

Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Suspending Rule 7.1(a)
JPMLCMECF
to:
JPMLCMDECF
06/19/2018 05:25 PM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/19/2018 at 5:17 PM EDT and filed on 6/19/2018
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 3417(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Febus v. Ethicon, Inc. et al
**Case Number:**    TNM/3:12-cv-00727
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Gray v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00361 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | EVANS et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | ME/2:14-cv-00138 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Costa et al v. Johnson & Johnson et al |
| **Case Number:** | RI/1:17-cv-00452 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Mayes v. Ethicon, Inc. et al |
| **Case Number:** | NYW/1:12-cv-00617 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Taggart v. Ethicon et al |
| **Case Number:** | UT/1:12-cv-00144 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Avis et al v. Johnson and Johnson et al |
| **Case Number:** | IAN/1:15-cv-00044 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**  Ainsworth et al vs. Ethicon, Inc. et al
**Case Number:**  KS/5:13-cv-04054
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**  Lawrence et al v. Ethicon, Inc. et al
**Case Number:**  MN/0:12-cv-02393
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**  WHITE et al v. JOHNSON & JOHNSON et al
**Case Number:**  ME/2:14-cv-00103
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**  VanPelt et al v. Ethicon, Inc. et al
**Case Number:**  TXE/1:12-cv-00440
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**  MUSEWICZ et al v. ETHICON, INC. et al
**Case Number:**  PAE/2:14-cv-05425
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**  Ellis et al v. American Medical Systems, Inc. et al
**Case Number:**  TXE/4:12-cv-00413
**Filer:**
**Document Number:** 2 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        CALDWELL v. ETHICON, INC. et al
**Case Number:**      PAE/2:15-cv-02900
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Simpson v. Boston Scientific Corporation et al
**Case Number:**      KYW/3:13-cv-00526
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Wilkins v. Ethicon, Inc. et al
**Case Number:**      GAN/4:12-cv-00141
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        SMITH v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:12-cv-04320
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        BUTTINO et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**     PAE/2:14-cv-06248
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        DESMOND v. ETHICON INC et al
**Case Number:**     ME/1:16-cv-00059
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**           McLaughlin v. Ethicon, Inc. et al
**Case Number:**      NYW/6:12-cv-06357
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**           SEIDLE v. ETHICON, INC. et al
**Case Number:**      PAE/2:16-cv-01655
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**           PEARSON et al v. ETHICON et al
**Case Number:**      PAE/2:14-cv-06225
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Lucas v. Ethicon, Inc. et al
**Case Number:**     OHS/2:12-cv-00022
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Reddick et al v. Gynecare, Inc. et al
**Case Number:**     MOE/4:16-cv-01462
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Busby v. Ethicon Inc et al
**Case Number:**     LAE/2:12-cv-01811
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | METCALF v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06028 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Williams et al v. Mentor Worldwide, LLC et al |
| **Case Number:** | MOW/4:12-cv-01405 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Brantley v. Johnson & Johnson Inc et al |
| **Case Number:** | LAW/3:16-cv-00853 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Fugate et al v. Ethicon, Inc.
**Case Number:**      ILN/1:12-cv-03039
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Moore et al v. Ethicon, Inc., et al
**Case Number:**      ILN/1:12-cv-06205
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Johnson v. Ethicon, Inc. et al
**Case Number:**      NYW/1:14-cv-00971
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Taylor et al v. Johnson & Johnson et al
**Case Number:**    MA/1:14-cv-12739
**Filer:**
**WARNING: CASE CLOSED on 06/22/2017**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Stevens et al v. Johnson & Johnson, Inc. et al
**Case Number:**    MOE/4:14-cv-00579
**Filer:**
**Document Number:** 11(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      MCCOY v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06104
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     RICE et al v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:13-cv-04032
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Ramirez et al v. Johnson & Johnson et al
**Case Number:**   TXN/3:12-cv-02095
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Baumgardner v. Ethicon Endo-Surgery, Inc et al
**Case Number:**   TNE/2:14-cv-00195
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         Moses et al v. Ethicon, Inc. et al
**Case Number:**      MOW/4:12-cv-00892
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         WALTERS v. ETHICON WOMEN'S HEALTH & UROLOGY et al
**Case Number:**      PAE/2:14-cv-02618
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         Guenther v. Johnson & Johnson et al
**Case Number:**      ARW/5:12-cv-05083
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Holland et al v. Cook Group, Inc. et al
**Case Number:**    MOW/4:13-cv-00155
**Filer:**
**Document Number:** 14(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      CHESTER v. ETHICON, INC. et al
**Case Number:**    PAE/5:14-cv-06030
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      McKenna v. Ethicon, Inc.
**Case Number:**    CO/1:17-cv-00331
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Nevel et al v. Ethicon, Inc., et al
**Case Number:**   ILN/1:12-cv-05805
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Farrar et al v. Ethicon, Inc. et al
**Case Number:**   KYE/5:12-cv-00213
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      White et al v. Johnson & Johnson et al
**Case Number:**   AZ/2:13-cv-02387
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          RUSSELL v. JOHNSON & JOHNSON et al
**Case Number:**      NJ/3:15-cv-03406
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Geel et al v. Ethicon, Inc. et al
**Case Number:**      MOE/4:14-cv-01397
**Filer:**
**Document Number:** 13(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Sansabrino v. Johnson & Johnson Inc et al
**Case Number:**      CT/3:14-cv-00639
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Kyzer et al v. Johnson & Johnson et al
**Case Number:**   ARE/5:12-cv-00283
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Johnson et al v. Ethicon, Inc. et al
**Case Number:**   MN/0:13-cv-01755
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Violet Rappuchi et al v. Johnson & Johnson et al
**Case Number:**   CAC/2:14-cv-07392
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        SPADAFORE et al v. ETHICON, INC. et al
**Case Number:**      PAE/2:14-cv-07212
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Russell et al v. Johnson & Johnson et al
**Case Number:**      MOW/4:16-cv-00175
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Torres-Ortiz et al v. Johnson & Johnson, Inc. et al
**Case Number:**      PR/3:12-cv-01746
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | McGrath v. Johnson & Johnson et al |
| **Case Number:** | VAE/2:12-cv-00102 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Dowling v. Johnson & Johnson et al |
| **Case Number:** | FLM/6:17-cv-00248 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Thomson-Roy v. Ethicon, Inc. et al |
| **Case Number:** | FLM/2:12-cv-00404 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Carpenter v. Ethicon, Inc. et al
**Case Number:**    NCE/7:13-cv-00191
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Layfield et al v. Boston Scientific Corporation et al
**Case Number:**    CAN/3:12-cv-03545
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    CARTER et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:14-cv-06026
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Henry v. Johnson & Johnson et al
**Case Number:**    MSS/4:12-cv-00136
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      BAYER et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:14-cv-06019
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Hagstrom v. Ethicon, Inc., et al
**Case Number:**    NYE/2:13-cv-00465
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      FOOTER v. ETHICON INC et al
**Case Number:**   ME/2:16-cv-00060
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Finley v. Ethicon Inc et al
**Case Number:**   LAW/3:13-cv-00877
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Allgood v. Ethicon, LLC et al
**Case Number:**   TNW/2:12-cv-02629
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Davis v. Ethicon, Inc. et al
**Case Number:**        OR/3:12-cv-01355
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Susan Schuricht v. Johnson and Johnson et al
**Case Number:**        CAC/2:15-cv-05384
**Filer:**
**Document Number:** 15(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Moore v. Ethicon, Inc. et al
**Case Number:**        KYW/3:12-cv-00408
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** ACUFF et al v. ETHICON, INC. et al
**Case Number:** PAE/2:14-cv-06460
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** FESTERMAN v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02899
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Fitzgerald v. Boston Scientific Corporation et al
**Case Number:** KYW/3:15-cv-00392
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Jones et al v. Johnson & Johnson et al
**Case Number:** MA/1:13-cv-13213
**Filer:**
**WARNING: CASE CLOSED on 06/22/2017**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Rose et al v. Robertson et al
**Case Number:** KYE/6:15-cv-00095
**Filer:**
**Document Number:** 15(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Thompson et al v. Johnson & Johnson et al
**Case Number:** GAN/1:12-cv-03085
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         Lobato et al v. Johnson & Johnson et al
**Case Number:**     CO/1:12-cv-00757
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         ATKINSON et al v. ETHICON, INC.
**Case Number:**     PAW/2:13-cv-00697
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         LEVERICH v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02230
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Carothers et al v. Johnson & Johnson et al
**Case Number:**     MOW/4:16-cv-00174
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Isabel Vasquez et al v. Johnson & Johnson et al
**Case Number:**     CAC/2:14-cv-07391
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          THACKER v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:13-cv-07332
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** TALKINGTON et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:** PAE/2:14-cv-07209
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** KELLEY et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:** PAE/2:14-cv-06246
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Burgin v. Ethicon, Inc. et al
**Case Number:** KYW/3:13-cv-00706
**Filer:**
**Document Number:** 7(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Nieders et al v. Johnson & Johnson et al
**Case Number:**      ILC/3:10-cv-03272
**Filer:**
**Document Number:** 28(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Gardiner et al v. Ethicon, Inc. et al
**Case Number:**      TXE/1:13-cv-00450
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        McCaughtry v. Johnson & Johnson et al
**Case Number:**      OKW/5:14-cv-00698
**Filer:**
**Document Number:** 12(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Roberson et al v. Johnson & Johnson, Inc. et al (JRG1) |
| **Case Number:** | TNE/2:15-cv-00058 |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | STRONG v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-03015 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Carlson et al v. Boston Scientific Corporation et al |
| **Case Number:** | CAN/3:12-cv-03524 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Shanon McFalls et al v. Ethicon, Inc. et al
**Case Number:**    CAC/2:17-cv-07582
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Valentine Schuler v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-05383
**Filer:**
**Document Number:** 15(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      SHUKOWITSH v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06014
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        BACA v. ETHICON, INC. et al
**Case Number:**      PAE/2:14-cv-06110
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Wynn et al v. Ethicon, Inc. et al
**Case Number:**      MOW/4:12-cv-00889
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Alfermann et al v. Ethicon, Inc. et al
**Case Number:**      MOE/4:15-cv-01178
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Campbell et al v. Mentor Corporation et al
**Case Number:**    MN/0:13-cv-01846
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Branson v. Ethicon, Inc. et al
**Case Number:**    TNW/2:12-cv-02555
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      SCHOENECKER v. ETHICON, INC. et al
**Case Number:**    PAE/2:16-cv-01656
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Branning v. Johnson & Johnson et al
**Case Number:**   MSS/3:14-cv-00993
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      HOLLIFIELD et al v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:14-cv-04137
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Sullivan v. Calvert Memorial Hospital et al
**Case Number:**   MD/8:15-cv-01188
**Filer:**
**Document Number:** 15(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Pitts v. Ethicon, Inc. et al
**Case Number:** PAE/2:12-cv-03888
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Ware v. Johnson & Johnson et al
**Case Number:** KYW/3:15-cv-00406
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Wiley v. Ethicon, Inc. et al
**Case Number:** MOW/4:12-cv-00962
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     DeLeon v. Tey, M.D. et al
**Case Number:**   TXS/7:13-cv-00439
**Filer:**
**Document Number:** 13(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Brown et al v. Johnson & Johnson et al
**Case Number:**   TNE/3:11-cv-00483
**Filer:**
**Document Number:** 42(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     HALL et al v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:12-cv-04242
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     ROBITAILLE et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-04282
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     GALLAGHER et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06017
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     DYKES v. ETHICON INC et al
**Case Number:**    FLN/3:11-cv-00564
**Filer:**
**Document Number:** 44(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      JONES v. JOHNSON & JOHNSON et al
**Case Number:**    ME/2:14-cv-00245
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Yoder v. Ethicon, Inc. et al
**Case Number:**    MN/0:13-cv-02073
**Filer:**
**Document Number:** 2 (No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Clabo v. Johnson & Johnson Health Care Systems, Inc. et al
**Case Number:**    TNE/3:13-cv-00329
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Freeman et al v. Ethicon, Inc. et al
**Case Number:**   GAN/1:12-cv-00125
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      JACOBSON v. ETHICON, INC.
**Case Number:**   PAE/2:11-cv-05591
**Filer:**
**Document Number:** 41 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Norris v. Ethicon, Inc. et al
**Case Number:**   NJ/1:12-cv-07500
**Filer:**
**Document Number:** 2 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       ROMAN v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:15-cv-03434
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Griffin v. Ethicon, Inc. et al
**Case Number:**     MN/0:12-cv-01689
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       DERHAK v. ETHICON INC et al
**Case Number:**     ME/1:17-cv-00209
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**   SCHULTE et al v. ETHICON, INC. et al
**Case Number:**  PAE/2:14-cv-06025
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**   Pratt v. Ethicon, Inc. et al
**Case Number:**  OR/3:12-cv-00865
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**   Spiva v. Johnson & Johnson et al
**Case Number:**  KYW/3:13-cv-00496
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Lockaby et al v. Ethicon, Inc. et al
**Case Number:**    KYW/3:12-cv-00415
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Marion et al v. Ethicon, Inc. et al
**Case Number:**    MOW/4:12-cv-00663
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    TRUEX v. JOHNSON & JOHNSON et al
**Case Number:**    INS/1:13-cv-01627
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** MANES et al v. ETHICON, INC. et al
**Case Number:** PAE/2:14-cv-06022
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** FLETCHER v. ETHICON, INC. et al
**Case Number:** PAE/2:16-cv-01657
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Jennings v. Johnson & Johnson Corp et al
**Case Number:** MT/1:16-cv-00134
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     BARNES et al v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:12-cv-04310
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Cuevas et al v. Ethicon, Inc. et al
**Case Number:**   MOE/4:17-cv-00498
**Filer:**
**Document Number:** 15(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Ogletree et al v. Ethicon, Inc. et al
**Case Number:**   NYW/1:12-cv-00320
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Peshewa et al v. Ethicon, Inc. et al
**Case Number:**      MOW/4:12-cv-01006
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Schillachi v. Roberts, M.D. et al
**Case Number:**      MOW/3:13-cv-05063
**Filer:**
**Document Number:** 18(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Lozano et al v. Ethicon, Inc. et al
**Case Number:**      TXS/1:13-cv-00218
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Vitale et al v. Ethicon Inc. et al
**Case Number:**   PAE/2:14-cv-06444
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Tully-O'Shea v. Johnson & Johnson et al
**Case Number:**   TXS/3:14-cv-00070
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Johnson et al v. Johnson & Johnson et al
**Case Number:**   MOE/4:13-cv-01763
**Filer:**
**Document Number:** 10(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Maynard v. Ethicon, Inc. et al
**Case Number:**     KYW/3:12-cv-00412
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       DARLING v. ETHICON INC et al
**Case Number:**     ME/2:16-cv-00063
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Rourke et al v. Johnson and Johnson
**Case Number:**     IAN/5:13-cv-04009
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      BAGNER v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-07213
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Vasconcelos et al v. Johnson & Johnson et al
**Case Number:**   CT/3:14-cv-00016
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      LATHAM et al v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:12-cv-04276
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Ryan v. Johnson & Johnson, Inc. et al |
| **Case Number:** | LAE/2:11-cv-02751 |
| **Filer:** | |
| **Document Number:** | 44(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | McDougal v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-03046 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Nolin, et al v. Cook Group, Inc., et al |
| **Case Number:** | ALM/1:13-cv-00100 |
| **Filer:** | |
| **Document Number:** | 12(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Harvell et al v. Ethicon, Inc. et al
**Case Number:**      KYE/7:12-cv-00068
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        PASCUAL v. JOHNSON & JOHNSON et al
**Case Number:**      NJ/3:12-cv-04296
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        BECKWITH v. JOHNSON & JOHNSON et al
**Case Number:**      ME/2:13-cv-00255
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Clark-Ajemian v. Ethicon, Inc. et al
**Case Number:**    MOE/4:13-cv-01085
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Bowling et al v. Ethicon, Inc. et al
**Case Number:**    MOW/4:12-cv-00841
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      SITTEN et al v. JOHNSON AND JOHNSON et al
**Case Number:**    GAM/5:13-cv-00045
**Filer:**
**Document Number:** 24(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | DeMauro v. Ethicon, Inc. et al |
| **Case Number:** | ILN/1:14-cv-05824 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Betty Killough et al v. Caldera Medical, Inc. et al |
| **Case Number:** | CAC/2:17-cv-07588 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Weger v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-01108 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**  Soltanshahi v. Ethicon, Inc. et al
**Case Number:**  ILS/3:12-cv-00699
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**  PETERSON et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**  PAE/2:14-cv-06388
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**  KINARD v. ETHICON et al
**Case Number:**  PAE/2:14-cv-06220
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Pringle et al v. Johnson & Johnson et al
**Case Number:**    FLS/9:13-cv-81022
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Early et al v. Johnson & Johnson et al
**Case Number:**    KYE/3:13-cv-00064
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Berg v. Johnson & Johnson, Inc. et al
**Case Number:**    SD/1:16-cv-01038
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        TREVINO v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-03028
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Cooper et al v. Siddighi et al
**Case Number:**     CAC/5:13-cv-00345
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        WASHBURN et al v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06216
**Filer:**
**WARNING: CASE CLOSED on 11/19/2014**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Clowe v. Johnson & Johnson, Inc. et al
**Case Number:**     TXN/3:12-cv-03948
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Holman et al v. Ethicon, Inc. et al
**Case Number:**     OKN/4:12-cv-00311
**Filer:**
**Document Number:** 2 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Datz et al v. Ethicon, Inc. et al
**Case Number:**     NYW/1:12-cv-00551
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**  TENEYCK v. ETHICON, INC. et al
**Case Number:**  PAE/2:14-cv-06109
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**  Melendez et al v. Johnson & Johnson et al
**Case Number:**  FLM/6:16-cv-02175
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**  Martinez v. Ethicon, Inc. et al
**Case Number:**  CAE/2:15-cv-00775
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Vaughan v. Johnson & Johnson et al |
| **Case Number:** | MSS/3:12-cv-00589 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | MELTON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:14-cv-05415 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Haley v. Ethicon Inc. et al |
| **Case Number:** | CAN/3:12-cv-03547 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      RUSSELL et al v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-06027
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Tenney et al v. Ethicon, LLC et al
**Case Number:**   VAE/2:12-cv-00101
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Pamperin v. Ethicon, Inc. et al
**Case Number:**   TNW/2:12-cv-02570
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

Case Name:        Catherine Rivera et al v. Caldera Medical, Inc et al
Case Number:      CAC/2:17-cv-07719
Filer:
Document Number: 5(No document attached)

Docket Text:
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

Case Name:        Messer v. Cardinal Health, Inc. et al
Case Number:      OHS/1:12-cv-00448
Filer:
Document Number: 4(No document attached)

Docket Text:
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

Case Name:        WILEY-AYOTTE v. ETHICON INC et al
Case Number:      ME/1:16-cv-00062
Filer:
Document Number: 4(No document attached)

Docket Text:
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**   Lee v. Ethicon, Inc. et al
**Case Number:**   KYW/1:12-cv-00115
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**   BOSWELL v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:12-cv-04232
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**   HELSINGER et al v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:14-cv-04139
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    HOERNIS et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:14-cv-02619
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    KOHN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:14-cv-06016
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Quinn v. Ethicon, Inc. et al
**Case Number:**    MN/0:12-cv-03044
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | JONES-SMALLEY et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06218 |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Rubio et al v. Arndal, M.D. et al |
| **Case Number:** | CAE/1:13-cv-00027 |
| **Filer:** | |
| **Document Number:** | 15(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Toczek et al v. Ethicon, Inc. et al |
| **Case Number:** | NYW/1:12-cv-00357 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | McClave v. Johnson & Johnson et al |
| **Case Number:** | NM/1:12-cv-00765 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Kell v. Ethicon, Inc. et al |
| **Case Number:** | TNW/2:12-cv-02564 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | BROSEK et al v. ETHICON, INC. |
| **Case Number:** | PAW/2:13-cv-01721 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Pepper et al v. Johnson & Johnson et al
**Case Number:**    IAS/4:16-cv-00587
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Hitt et al v. Johnson & Johnson et al
**Case Number:**    LAW/6:13-cv-02366
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        White et al v. Ethicon, Inc. et al
**Case Number:**    OHN/1:11-cv-01562
**Filer:**
**Document Number:** 43(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Deveraux v. Johnson & Johnson et al
**Case Number:**    MT/6:14-cv-00075
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    LARNERD v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:14-cv-07215
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    JOHNSON v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:15-cv-08806
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | DARGA et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06023 |
| **Filer:** | |
| **Document Number:** | 4 (No document attached) |

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | STERLING v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02902 |
| **Filer:** | |
| **Document Number:** | 4 (No document attached) |

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | DAVIS v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06385 |
| **Filer:** | |
| **Document Number:** | 4 (No document attached) |

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Green et al v. Ethicon, Inc. et al
**Case Number:**      CAN/3:12-cv-03469
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Clones v. Ethicon, Inc. et al
**Case Number:**      MOE/4:12-cv-01028
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        LEMBKE v. ETHICON, INC. et al
**Case Number:**      PAE/2:14-cv-06105
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        BARTMAN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/5:14-cv-05414
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Eileen Montalvo et al v. Johnson and Johnson et al
**Case Number:**    CAC/2:15-cv-08789
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        EDWARDS v. ETHICON, INC. et al
**Case Number:**    PAE/5:16-cv-01658
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Lennon et al v. Ethicon, Inc. et al |
| **Case Number:** | NV/2:13-cv-01716 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | George v. Johnson & Johnson et al |
| **Case Number:** | INN/3:12-cv-00369 |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Hopper v. Johnson & Johnson et al (TV1) |
| **Case Number:** | TNE/3:12-cv-00329 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Perry v. Ethicon, Inc. et al
**Case Number:**    NYW/1:12-cv-00318
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    SUAREZ et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06211
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Cutter et al v. Ethicon, Inc. et al
**Case Number:**    KYE/5:12-cv-00153
**Filer:**
**Document Number:** 7(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        McCain et al v. Ethicon, Inc. et al
**Case Number:**      MN/0:13-cv-00574
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Dawson v. Johnson & Johnson et al
**Case Number:**      NV/2:13-cv-00090
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Moosman et al v. Ethicon, Inc. et al
**Case Number:**      MOE/4:12-cv-01030
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Wasik et al v. Johnson & Johnson Inc et al
**Case Number:**    CT/3:13-cv-01169
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Josephs v. Johnson & Johnson et al
**Case Number:**    MN/0:16-cv-00999
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Daniels v. Ethicon, Inc. et al
**Case Number:**    NJ/2:10-cv-06148
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Golden v. Ethicon, Inc. et al
**Case Number:**   KYW/3:13-cv-00467
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      TOLIVER v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-07214
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      NEWBURY et al v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-06457
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Patterson v. Ethicon, Inc. et al
**Case Number:**     KYW/3:12-cv-00512
**Filer:**
**Document Number:** 6(No document attached)


**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Bertrand v. Johnson & Johnson et al
**Case Number:**     NYS/7:17-cv-07664
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Elms v. Johnson and Johnson et al
**Case Number:**     IAN/3:14-cv-03057
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        GREEN et al v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:12-cv-04258
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        BAEZ v. ETHICON, INC. et al
**Case Number:**   NJ/3:12-cv-01815
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Wynn et al v. Cook Group, Inc. et al
**Case Number:**   MOW/4:13-cv-00156
**Filer:**
**Document Number:** 14(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Heather et al v. Ethicon, Inc. et al
**Case Number:**      OHN/5:11-cv-02012
**Filer:**
**Document Number:** 41(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Helton v. Ethicon Inc. et al
**Case Number:**      OHS/1:12-cv-00240
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Hurst-Kendrick v. Ethicon, Inc. et al
**Case Number:**      MN/0:14-cv-01473
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      JORDAN et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:13-cv-04202
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Gray v. Johnson & Johnson, Inc. et al
**Case Number:**    TNE/2:15-cv-00056
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Shoffner v. Ethicon, Inc. et al (TV2)
**Case Number:**    TNE/3:12-cv-00359
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Courson v. Ethicon, Inc. et al
**Case Number:**     OR/3:12-cv-01352
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Moore et al v. Ethicon, Inc. et al
**Case Number:**     MOW/4:12-cv-00725
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Zouka Rosen et al v. Umakant M Khetan et al
**Case Number:**     CAC/2:12-cv-06940
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

Case Name:        THOMPSON v. ETHICON, INC. et al
Case Number:      NJ/3:12-cv-04375
Filer:
Document Number: 4(No document attached)

Docket Text:
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

Case Name:        Schmitt v. Ethicon, Inc. et al
Case Number:      MOW/4:12-cv-00924
Filer:
Document Number: 4(No document attached)

Docket Text:
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

Case Name:        French et al v. Viselli et al
Case Number:      VT/5:15-cv-00080
Filer:
Document Number: 4(No document attached)

Docket Text:
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Allbritton v. Johnson & Johnson et al
**Case Number:**    OKW/5:14-cv-00692
**Filer:**
**Document Number:** 12(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Trevino et al v. Vega et al
**Case Number:**    TXS/2:14-cv-00178
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      King et al v. Johnson & Johnson et al
**Case Number:**    KYW/3:12-cv-00388
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | ADAMS et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06111 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | GAINES v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:12-cv-04240 |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Hertslet v. Ethicon, Inc. et al |
| **Case Number:** | MD/8:17-cv-00799 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       INNERS et al v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06018
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       STAIGMILLER v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06029
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Owens et al v. Ethicon, Inc. et al
**Case Number:**     MOE/4:15-cv-00923
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Farmer et al v. Ethicon, Inc. et al
**Case Number:**      MOW/4:12-cv-00776
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Schroeder et al v. Ethicon, Inc. et al
**Case Number:**      NYW/1:12-cv-00273
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        WILLIAMS v. JOHNSON & JOHNSON et al
**Case Number:**      NJ/3:15-cv-04639
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          LEPLEY v. ETHICON, INC. et al
**Case Number:**        PAE/2:14-cv-06113
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Rinehart et al v. Johnson & Johnson et al
**Case Number:**        OHS/2:12-cv-01099
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Delaney v. Ethicon, Inc. et al
**Case Number:**        KS/2:15-cv-09068
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Gavin, Lucille v. Ethicon, Inc. et al
**Case Number:**    NYW/1:14-cv-00973
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Johnson et al v. Ethicon, Inc. et al
**Case Number:**    MOW/4:12-cv-00575
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     WEAVER v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-03035
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        TALLO v. ETHICON, INC. et al
**Case Number:**      PAE/2:16-cv-04974
**Filer:**
**Document Number:** 12(No document attached)


**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        SELLERS et al v. ETHICON, INC. et al
**Case Number:**      PAE/2:14-cv-06930
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Karen Metzgar et al v. Ethicon Inc et al
**Case Number:**      CAC/5:14-cv-01035
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | GERBINO et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:14-cv-06106 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Geisinger v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-02053 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Carroll et al v. Johnson & Johnson Inc et al |
| **Case Number:** | LAW/5:11-cv-01937 |
| **Filer:** | |
| **Document Number:** | 49(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        O'NEIL et al v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:13-cv-04280
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Deakins et al v. Ethicon, Inc. et al
**Case Number:**     MOW/4:12-cv-00871
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Pamela Ruiz et al v. Johnson & Johnson et al
**Case Number:**     CAC/2:13-cv-06289
**Filer:**
**Document Number:** 14(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       MULLANE v. ETHICON INC et al
**Case Number:**     ME/2:15-cv-00511
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Garner v. Ethicon Endo-Surgery, Inc. et al
**Case Number:**     NM/2:18-cv-00181
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Murphy et al v. Johnson & Johnson Inc et al
**Case Number:**     CT/3:14-cv-01346
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Kitchings et al v. Ethicon, Inc. et al
**Case Number:**     FLM/6:12-cv-00361
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Marcotte v. Ethicon, Inc.
**Case Number:**     ILN/1:15-cv-11553
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Poole et al v. Ethicon, Inc. et al
**Case Number:**     TXS/4:12-cv-00339
**Filer:**
**Document Number:** 20(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    RAMESY v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:13-cv-03947
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    HENDRIX v. JOHNSON & JOHNSON et al
**Case Number:**   ME/2:15-cv-00141
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Lopez et al v. Johnson & Johnson et al
**Case Number:**   FLM/6:13-cv-01644
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Lindsey et al v. Ethicon, Inc. et al
**Case Number:**        GAN/1:11-cv-02460
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Wilson v. Ethicon, Inc. et al
**Case Number:**        KYW/3:12-cv-00680
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Kraft et al v. Ethicon Inc
**Case Number:**        TXN/3:14-cv-03467
**Filer:**
**Document Number:** 12(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Franklin vs ETHICON, INC. |
| **Case Number:** | TXS/4:12-cv-01478 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Motta et al v. Johnson & Johnson et al |
| **Case Number:** | MA/1:13-cv-10576 |
| **Filer:** | |
| **WARNING: CASE CLOSED on 06/22/2017** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Carpenter v. Ethicon Inc. et al |
| **Case Number:** | NYS/1:16-cv-07106 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Rolandson v. Ethicon, Inc. et al
**Case Number:**     MN/0:15-cv-00537
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       CAMPBELL et al v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06015
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       JARVIS v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02904
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        YANDELL et al v. JOHNSON & JOHNSON et al
**Case Number:**      NJ/3:13-cv-04129
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        WAGNON v. JOHNSON & JOHNSON et al
**Case Number:**      NJ/3:13-cv-04182
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Nejat et al v. Ethicon, Inc. et al
**Case Number:**      CAN/5:12-cv-06368
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Bennett et al v. Ethicon, Inc. et al
**Case Number:**   MN/0:13-cv-00017
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Valle et al v. Johnson & Johnson, Inc. et al
**Case Number:**   MOE/4:13-cv-01249
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     CARPENTER et al v. ETHICON, INC. et al
**Case Number:**   NJ/3:12-cv-00449
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | WEISBECK v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02374 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | MORSE et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04283 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | WILLAMOR v. JOHNSON & JOHNSON et al |
| **Case Number:** | ME/2:15-cv-00238 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      JOHNSON et al v. ETHICON INC et al
**Case Number:**      GAM/1:12-cv-00002
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      DONNER v. ENDO PHARMACEUTICALS et al
**Case Number:**      PAE/2:12-cv-03991
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Canazzi et al v. Johnson & Johnson et al
**Case Number:**      MOW/4:16-cv-00178
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**   JACOBSON v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-06243
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**   BUTLER et al v. ETHICON, INC. et al
**Case Number:**   PAW/2:16-cv-00431
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**   DENT v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**   PAE/2:14-cv-05424
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Moores et al v. Johnson & Johnson et al
**Case Number:**    TNM/3:13-cv-00864
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Bradley et al v. Ethicon, Inc. et al
**Case Number:**    TXE/1:13-cv-00449
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Selleck v. Ethicon, Inc. et al
**Case Number:**    NH/1:14-cv-00149
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Clark et al v. Ethicon, Inc. et al |
| **Case Number:** | NYN/3:16-cv-01377 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | SHANNON v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06244 |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Ryan v. Johnson & Johnson et al |
| **Case Number:** | MOE/4:14-cv-00847 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         McKinnon v. Ethicon, Inc. et al
**Case Number:**    MN/0:14-cv-04554
**Filer:**
**Document Number:** 2 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         Sousa v. Johnson & Johnson
**Case Number:**    RI/1:15-cv-00198
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         Willet et al v. Ethicon, Inc. et al
**Case Number:**    IAS/1:12-cv-00034
**Filer:**
**Document Number:** 2 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Frieda Shahbaz et al v. Johnson & Johnson et al
**Case Number:**      CAC/2:13-cv-07382
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Maria Baron et al v. Johnson & Johnson et al
**Case Number:**      CAC/8:14-cv-01531
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Heddle v. Ethicon, Inc. et al
**Case Number:**      OR/2:12-cv-00863
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        GROVER et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**      PAE/2:14-cv-06021
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        LEEHY v. ETHICON, INC GYNECARE et al
**Case Number:**      INS/1:12-cv-01462
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Hart et al v. Ethicon, Inc. et al
**Case Number:**      NYW/1:12-cv-00271
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Hefley et al v. Johnson & Johnson et al
**Case Number:**        KYW/3:13-cv-00484
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Iovino v. Ethicon, Inc. et al
**Case Number:**        ILN/1:14-cv-04263
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Lourdes Heredia et al v. Johnson & Johnson et al
**Case Number:**        CAC/8:14-cv-01530
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       REIF et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**     PAE/2:14-cv-06549
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Gunn et al v. St Vincent Infirmary Medical Center et al
**Case Number:**     ARE/4:12-cv-00661
**Filer:**
**Document Number:** 21(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Geopfert v. Ethicon, Inc. et al
**Case Number:**     OHN/5:16-cv-00374
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          CONLEY v. ETHICON INC et al
**Case Number:**        ME/2:15-cv-00339
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          McGrew et al v. Ethicon, Inc. et al
**Case Number:**        OHS/2:12-cv-00066
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          MANSON et al v. JOHNSON & JOHNSON et al
**Case Number:**        NJ/3:14-cv-03628
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**  Mucciarone v. Johnson & Johnson et al
**Case Number:**  CT/3:12-cv-00799
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**  Nixon et al v. Ethicon Inc. et al
**Case Number:**  OHS/3:16-cv-00062
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**  HAMMOND v. ETHICON et al
**Case Number:**  PAE/2:14-cv-06456
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        HARRIS v. ETHICON, INC. et al
**Case Number:**      PAE/2:16-cv-01660
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Carver et al v. Ethicon, Inc. et al
**Case Number:**      MN/0:12-cv-03045
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Watkins v. Ethicon, Inc. et al
**Case Number:**      KYE/5:12-cv-00204
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Aldonia Moss et al v. Mentor Corporation et al
**Case Number:**      CAC/2:12-cv-10802
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Brawley et al v. Johnson & Johnson et al
**Case Number:**      MOE/4:16-cv-01439
**Filer:**
**Document Number:** 10(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Hoover v. Ethicon, Inc. et al
**Case Number:**      MN/0:12-cv-02052
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Bobbie Jo Renucci v. Johnson and Johnson et al
**Case Number:**        CAC/2:15-cv-05380
**Filer:**
**Document Number:** 15(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Miller et al v. Ethicon, Inc. et al
**Case Number:**        MOE/4:14-cv-01403
**Filer:**
**Document Number:** 13(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Bennett et al v. Ethicon, Inc. et al
**Case Number:**        CAN/3:14-cv-01543
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Middleton et al v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-01957 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Winslow v. Johnson and Johnson et al |
| **Case Number:** | IAS/4:13-cv-00299 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Braun v. Johnson & Johnson et al |
| **Case Number:** | CT/3:13-cv-01595 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Scott v. Johnson & Johnson et al
**Case Number:**      CAE/2:12-cv-02099
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Mayne v. Ethicon, Inc. et al
**Case Number:**      MOW/4:12-cv-01039
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Bray et al v. Ethicon, Inc. et al
**Case Number:**      MOW/4:12-cv-00577
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | White et al v. Ethicon, Inc. |
| **Case Number:** | ARW/5:12-cv-05045 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Donelly-Rogers et al v. Boston Scientific Corporation et al |
| **Case Number:** | CAN/3:12-cv-03336 |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Dotson et al v. Johnson & Johnson et al |
| **Case Number:** | OHN/5:12-cv-02909 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Owens v. Ethicon, Inc. et al
**Case Number:**   TNW/2:12-cv-02569
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Kieffaber et al v. Ethicon, Inc. et al
**Case Number:**   KS/6:12-cv-01312
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     SHIRLEY et al v. JOHNSON & JOHNSON et al
**Case Number:**   NJ/3:14-cv-01754
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          SHEAFFER et al v. ETHICON, INC. et al
**Case Number:**       PAE/2:14-cv-06217
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Pendleton et al v. Johnson & Johnson et al
**Case Number:**       TXN/3:12-cv-01812
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Penna et al v. Johnson & Johnson et al
**Case Number:**       KYW/3:13-cv-00483
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Barnes et al v. Johnson & Johnson, et al
**Case Number:**    WAW/2:13-cv-00406
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      STEPHENS et al v. ETHICON et al
**Case Number:**    PAE/2:14-cv-06224
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Hernandez v. Ethicon, Inc. et al
**Case Number:**    OR/3:12-cv-00867
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Kaifler et al v. Ethicon, Inc. et al |
| **Case Number:** | NYW/1:12-cv-00679 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | WARD et al v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-04163 |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Holman v. Johnson & Johnson et al |
| **Case Number:** | INN/2:15-cv-00226 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Davidson et al v. Johnson & Johnson et al
**Case Number:**    MOE/4:13-cv-01765
**Filer:**
**Document Number:** 10(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Gay v. LifeCell Corporation
**Case Number:**    TXN/3:13-cv-02639
**Filer:**
**Document Number:** 13(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    GLOVER v. JOHNSON & JOHNSON, INC. et al
**Case Number:**    DC/1:12-cv-01828
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Chrysler v. Ethicon, Inc. et al
**Case Number:**      MOW/4:12-cv-00668
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        KOSUDA v. ETHICON, INC. et al
**Case Number:**      PAE/2:16-cv-01653
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        HUNT et al v. ETHICON et al
**Case Number:**      PAE/2:14-cv-06221
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Raquel De La Torre et al v. Johnson and Johnson Inc et al
**Case Number:** CAC/2:12-cv-01620
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** BOBNIC v. ETHICON, INC. et al
**Case Number:** PAE/2:15-cv-02918
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Boykin v. Ethicon, Inc. et al
**Case Number:** KYW/3:12-cv-00678
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       MURRAH v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-03152
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Johnson et al v. Mentor Corporation et al
**Case Number:**     MN/0:13-cv-01881
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Zarrow et al v. Johnson & Johnson et al
**Case Number:**     NJ/3:12-cv-01017
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Smith v. Johnson & Johnson et al
**Case Number:**      MA/1:15-cv-13091
**Filer:**
**Document Number:** 2(No document attached)


**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Megan Moses et al v. Johnson & Johnson et al
**Case Number:**      CAC/2:13-cv-06288
**Filer:**
**Document Number:** 13(No document attached)


**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          CABLE et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**      PAE/2:14-cv-06387
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          ENNIS v. ETHICON, INC. et al
**Case Number:**       PAE/2:15-cv-02911
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          La Coste v. Coloplast Corp. et al
**Case Number:**       MN/0:13-cv-03280
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          FITZGERALD et al v. JOHNSON & JOHNSON et al
**Case Number:**       ME/2:13-cv-00257
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Reed et al v. Ethicon, Inc. et al
**Case Number:**   MOW/4:12-cv-00658
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       HOLT et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**   PAE/2:14-cv-05416
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Jones et al v. Johnson & Johnson et al
**Case Number:**   TNE/1:12-cv-00225
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***\*\*\*TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Byler et al v. Ethicon, Inc. et al
**Case Number:**     GAN/2:13-cv-00120
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       West et al v. Ethicon, Inc. et al
**Case Number:**     MOW/4:12-cv-00614
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       REYNOLDS v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:15-cv-04638
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       WITHERSPOON v. ETHICON WOMEN'S HEALTH AND UROLOGY et al
**Case Number:**    PAE/2:14-cv-06931
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Mayse et al v. Johnson & Johnson, Inc. et al (JRG2)
**Case Number:**    TNE/2:15-cv-00057
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Mitema et al v. Johnson & Johnson et al
**Case Number:**    TXN/3:12-cv-02838
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Dawn Flores et al v. Ethicon Inc et al
**Case Number:**   CAC/2:14-cv-03367
**Filer:**
**Document Number:** 14(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      BROUGH et al v. ETHICON, INC. et al
**Case Number:**   PAE/2:14-cv-07210
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Anglian v. Ethicon, Inc. et al
**Case Number:**   MOW/4:12-cv-00901
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Bishop et al v. Johnson & Johnson et al
**Case Number:**      ARW/5:12-cv-05084
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        SKIADAS v. ETHICON INC et al
**Case Number:**      ME/2:16-cv-00061
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Neuhaus v. Johnson & Johnson et al
**Case Number:**      MSS/3:13-cv-00320
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Rosas v. Johnson & Johnson et al |
| **Case Number:** | CAE/2:12-cv-00701 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Godfrey v. Johnson & Johnson Corp et al |
| **Case Number:** | MT/1:15-cv-00128 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Thompson v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:12-cv-02217 |
| **Filer:** | |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       HODGE et al v. JOHNSON & JOHNSON et al
**Case Number:**    NJ/3:12-cv-04254
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Dugas v. Ethicon, Inc. et al
**Case Number:**    MN/0:12-cv-01952
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Parker et al v. Analytic Biosurgical Solutions et al
**Case Number:**    MN/0:12-cv-01150
**Filer:**
**Document Number:** 8(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       Nunn v. Johnson & Johnson, Inc. et al (JRG1)
**Case Number:**     TNE/2:15-cv-00055
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       WHEELER et al v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06214
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**       PATTEN v. ZYCZYNSKI et al
**Case Number:**     PAW/2:16-cv-01747
**Filer:**
**Document Number:** 25(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Kirts v. Ethicon, Inc. et al
**Case Number:**      MN/0:14-cv-03164
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Sutton v. Johnson & Johnson et al
**Case Number:**      MA/1:14-cv-12900
**Filer:**
**WARNING: CASE CLOSED on 06/22/2017**
**Document Number:** 2(No document attached)


**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        PINKHAM et al v. JOHNSON & JOHNSON et al
**Case Number:**      ME/1:13-cv-00267
**Filer:**
**Document Number:** 4(No document attached)


**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Bickett et al v. Johnson & Johnson et al
**Case Number:**    KYW/3:15-cv-00194
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Elizabeth Romack et al v. Johnson and Johnson et al
**Case Number:**    CAC/2:13-cv-05026
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Stallman et al v. Ethicon, Inc et al
**Case Number:**    OHN/5:11-cv-02676
**Filer:**
**Document Number:** 25(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      HOWARD v. JOHNSON & JOHNSON et al
**Case Number:**  ME/2:13-cv-00393
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Bratcher et al v. Boston Scientific Corporation et al
**Case Number:**  KYW/3:13-cv-00480
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Beltran et al v. Ethicon, Inc. et al
**Case Number:**  NYW/1:12-cv-00738
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** O'FALLON et al v. BOSTON SCIENTIFIC CORP. et al
**Case Number:** PAE/2:14-cv-06327
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Colbert v. Ethicon Inc. et al
**Case Number:** KS/2:13-cv-02344
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Carr et al v. Ethicon, Inc. et al
**Case Number:** GAN/1:11-cv-02217
**Filer:**
**Document Number:** 50(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Marshall et al v. Johnson & Johnson Inc et al |
| **Case Number:** | LAW/3:16-cv-00857 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | WILSON et al v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:14-cv-06112 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Turner v. Johnson & Johnson et al |
| **Case Number:** | ALN/2:12-cv-02449 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    HARHART v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06223
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Layne et al v. Johnson & Johnson et al
**Case Number:**    MOE/4:12-cv-00899
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Cano v. Ethicon Endo-Surgery, Inc. et al
**Case Number:**    NM/1:15-cv-01106
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER\*\*\****

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Anderson v. Ethicon, Inc. et al
**Case Number:** TNW/2:12-cv-02616
**Filer:**
**Document Number:** 2 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** MORRIS et al v. JOHNSON & JOHNSON et al
**Case Number:** ME/2:14-cv-00273
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** BARBARA GROUP v. ETHICON, INC. et al
**Case Number:** PAE/2:14-cv-06108
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Lawrence et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00888 |
| **Filer:** | |
| **Document Number:** | 4 (No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | DEMONTOYA v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:14-cv-06020 |
| **Filer:** | |
| **Document Number:** | 4 (No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | BROADWAY v. JOHNSON & JOHNSON et al |
| **Case Number:** | NJ/3:13-cv-06570 |
| **Filer:** | |
| **Document Number:** | 4 (No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      ROSE v. JOHNSON & JOHNSON
**Case Number:**      PAW/2:13-cv-01816
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Mattingly v. Ethicon, Inc. et al
**Case Number:**      MN/0:12-cv-01688
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      DICOMO-WILSON et al v. ETHICON, INC. et al
**Case Number:**      PAE/2:14-cv-06107
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      BISHOP v. ETHICON, INC. et al
**Case Number:**    PAE/2:15-cv-02927
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      SANDOVAL v. ETHICON, INC. et al
**Case Number:**    PAE/2:16-cv-01652
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      LESTER et al v. ETHICON, INC. et al
**Case Number:**    PAE/2:11-cv-07507
**Filer:**
**Document Number:** 30(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         SARVER v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:14-cv-03505
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         Douglas et al v. Ethicon Inc. et al
**Case Number:**     LAE/2:12-cv-02863
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         Rozman v. Mentor Worldwide LLC et al
**Case Number:**     NYS/1:12-cv-07501
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Warhol v. Johnson & Johnson et al
**Case Number:** VT/2:15-cv-00094
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Higgins v. Ethicon, Inc. et al
**Case Number:** MOW/4:12-cv-00631
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** WALLIN et al v. ETHICON, INC. et al
**Case Number:** PAE/2:14-cv-06458
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Lindsay et al v. Johnson & Johnson et al
**Case Number:**      CAS/3:13-cv-01639
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Amber Clavesilla et al v. Johnson & Johnson et al
**Case Number:**      CAC/2:13-cv-06284
**Filer:**
**Document Number:** 13(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Sheldon v. Coloplast Corp. et al
**Case Number:**      MN/0:14-cv-04435
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Hawkins v. Johnson & Johnson et al
**Case Number:**      KYW/3:15-cv-00682
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Gelato v. Ethicon, Inc. et al
**Case Number:**      MN/0:14-cv-04912
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Challis v. Ethicon, Inc. et al
**Case Number:**      MOW/4:12-cv-00546
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Jackson v. Johnson & Johnson et al
**Case Number:**   GAN/1:11-cv-03903
**Filer:**
**Document Number:** 44(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Wright v. Johnson & Johnson et al
**Case Number:**   MSS/3:12-cv-00406
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Locke et al v. Ethicon Inc et al
**Case Number:**   TXS/4:14-cv-02648
**Filer:**
**Document Number:** 17(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Ray et al v. Johnson & Johnson et al
**Case Number:**    MOE/4:16-cv-01441
**Filer:**
**Document Number:** 10(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Mathes et al v. Ethicon,Inc. et al
**Case Number:**    MOE/4:14-cv-01668
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Aaron v. Ethicon, Inc. et al
**Case Number:**    KYW/3:12-cv-00679
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      DOMBROSKI v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-06933
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      ROGERS et al v. JOHNSON & JOHNSON et al
**Case Number:**     NJ/3:15-cv-03409
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      ELDRETH et al v. ETHICON, INC. et al
**Case Number:**     PAE/2:14-cv-07211
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         Hester v. Johnson & Johnson et al
**Case Number:**    MOE/4:12-cv-01087
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         Gaskins v. Johnson & Johnson Corporation et al
**Case Number:**    OHS/2:14-cv-00044
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**         OLAVARIA v. ETHICON et al
**Case Number:**    PAE/5:14-cv-07208
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Sugg et al v. Johnson & Johnson et al
**Case Number:**    TXN/3:12-cv-02477
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    Thurston v. Ethicon, Inc. et al
**Case Number:**    MOW/4:12-cv-00195
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**    MARKOWSKI v. ETHICON, INC. et al
**Case Number:**    PAE/2:16-cv-01654
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | GULLEY et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:14-cv-06419 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | LEWTER v. ETHICON, INC. et al |
| **Case Number:** | PAE/2:15-cv-02227 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | MCLAUGHLIN v. ETHICON et al |
| **Case Number:** | PAE/2:14-cv-06222 |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Taylor et al v. Johnson and Johnson et al
**Case Number:**       IAN/5:14-cv-04062
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Hall et al v. Johnson & Johnson et al
**Case Number:**       OHS/2:12-cv-01083
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Regina Fong et al v. Johnson and Johnson et al
**Case Number:**       CAC/2:18-cv-00470
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        PIERCE v. ETHICON INC et al
**Case Number:**      ME/1:16-cv-00021
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Donaldson et al v. Johnson & Johnson et al
**Case Number:**      ILS/3:15-cv-00014
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Dearing v. Johnson & Johnson et al
**Case Number:**      KYW/3:14-cv-00034
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Labiche et al v. Nisbet et al
**Case Number:**    TXS/4:12-cv-02584
**Filer:**
**Document Number:** 12(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Garcia v. Ethicon, Inc. et al
**Case Number:**    TXN/3:13-cv-04775
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**     Vosper et al v. Johnson & Johnson Company et al
**Case Number:**    NYN/5:14-cv-00028
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Jackson v. Johnson & Johnson Inc et al
**Case Number:**     OKW/5:17-cv-00336
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Matthews et al v. Ethicon, Inc. et al
**Case Number:**     CAC/8:12-cv-00417
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        MCCOOL v. ETHICON, INC. et al
**Case Number:**     PAE/2:15-cv-02897
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Spohrer et al v. Ethicon, Inc., et al
**Case Number:**    NYE/2:13-cv-01358
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        DUNN v. ETHICON, INC. et al
**Case Number:**    PAE/2:14-cv-06245
**Filer:**
**Document Number:** 6 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**        Kosakowski et al v. Johnson & Johnson et al
**Case Number:**    FLS/0:16-cv-62510
**Filer:**
**Document Number:** 4 (No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Bunch v. Roberts et al |
| **Case Number:** | MOW/3:14-cv-05156 |
| **Filer:** | |
| **Document Number:** | 9(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Rodriguez et al v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00874 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Cirocco v. Ethicon, Inc. et al |
| **Case Number:** | NYW/1:18-cv-00101 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Williams v. Ethicon, Inc. et al
**Case Number:** GAN/1:12-cv-02073
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** RODGERS v. JOHNSON & JOHNSON et al
**Case Number:** NJ/3:13-cv-04162
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:** Gutillo v. Ethicon, Inc. et al
**Case Number:** MOW/4:12-cv-00784
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Tarantelli- Benjamin et al v. Ethicon Women's Health and Urology et al
**Case Number:**   NYW/6:14-cv-06386
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      BELLITO-STANFORD et al v. ETHICON, INC. et al
**Case Number:**   PAE/2:12-cv-01483
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**      Solsberg v. Ethicon, Inc. et al
**Case Number:**   KS/2:13-cv-02469
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | Simpson et al v. Ethicon, Inc. et al |
| **Case Number:** | LAE/2:12-cv-00880 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | TOBIN et al v. ETHICON WOMEN'S HEALTH AND UROLOGY et al |
| **Case Number:** | PAE/2:14-cv-06247 |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

| | |
|---|---|
| **Case Name:** | SAPAUGH v. ETHICON INC et al |
| **Case Number:** | ME/2:15-cv-00341 |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Holliday et al v. Ethicon, Inc. et al
**Case Number:**        MOE/4:15-cv-00034
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          KENT v. ETHICON, INC. et al
**Case Number:**        PAE/2:16-cv-01659
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**Case Name:**          Adipietro v. Ethicon, Inc. et al
**Case Number:**        NYW/1:12-cv-00714
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
***TEXT ONLY ORDER***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 6/19/2018.**

**Associated Cases: MDL No. 2327 et al. (dld)**

**MDL No. 2327 Notice has been electronically mailed to:**

**Carl N Frankovitch     carln@facslaw.com**

**Michael J. Farrell     mjf@farrell3.com**

**Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com**

**Harry F Bell, Jr     hfbell@belllaw.com**

**DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com**

**Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com**

**Marc E. Williams     marc.williams@nelsonmullins.com**

**MDL No. 2327 Notice will not be electronically mailed to:**

**TNM/3:12-cv-00727 Notice has been electronically mailed to:**

**Neil D. Overholtz     noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com, pbarr@awkolaw.com, sgeisler@awkolaw.com**

**James Gerard Stranch, IV     gerards@bsjfirm.com, ecf-processor@bsjfirm.com, jennifers@bsjfirm.com**

**Benjamin Gastel     beng@bsjfirm.com**

**TNM/3:12-cv-00727 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00361 Notice has been electronically mailed to:**

**Thomas P. Cartmell     tcartmell@wcllp.com, m.goldwasser@wcllp.com**

**Jeffrey M. Kuntz     jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com**

**MOW/4:12-cv-00361 Notice will not be electronically mailed to:**

**ME/2:14-cv-00138 Notice has been electronically mailed to:**

**Kevin M. Fitzgerald     kfitzgerald@lewissaul.com**

**ME/2:14-cv-00138 Notice will not be electronically mailed to:**

**RI/1:17-cv-00452 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Thomas A. Tarro, III**    ttarro3rd@tarromarotti.com

**RI/1:17-cv-00452 Notice will not be electronically mailed to:**

**NYW/1:12-cv-00617 Notice has been electronically mailed to:**

**Brian A. Goldstein**    brian.goldstein@cellinoandbarnes.com

**NYW/1:12-cv-00617 Notice will not be electronically mailed to:**

**UT/1:12-cv-00144 Notice has been electronically mailed to:**

**George M Fleming**    George_fleming@fleming-law.com, mary_marusik@fleming-law.com

**Karen H Beyea-Schroeder**    Karen.schroeder@rburnettlaw.com

**Rhome D. Zabriskie**    rhomelawyer@yahoo.com

**UT/1:12-cv-00144 Notice will not be electronically mailed to:**

**Laura V. Yaeger**
**MORGAN & MORGAN PA**
**201 N. Franklin Street**
**7th Floor**
**Tampa, FL 33602**

**IAN/1:15-cv-00044 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Steven D Hamilton**    steve@hamiltonlawfirmpc.com

**Mary C. Hamilton**    mary@hamiltonlawfirmpc.com

**IAN/1:15-cv-00044 Notice will not be electronically mailed to:**

**KS/5:13-cv-04054 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Douglas B King**     doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com, marcee.voss@woodenmclaughlin.com

**James M. Boyers**     jboyers@woodmclaw.com

**Rodney C Olsen**     olsen@mfoilaw.com

**DAVID B. THOMAS**     dthomas@tcspllc.com, rdavis@tcspllc.com

**Gregory L Laker**     glaker@cohenandmalad.com

**Jeff S. Gibson**     jgibson@cohenandmalad.com

**John Schlafer**     john.schlafer@faegrebd.com, CookFilterFileclerk@FaegreBD.com, john.schlafer@FaegreBD.com

**KS/5:13-cv-04054 Notice will not be electronically mailed to:**

**MN/0:12-cv-02393 Notice has been electronically mailed to:**

**Yvonne M Flaherty**     ymflaherty@locklaw.com

**MN/0:12-cv-02393 Notice will not be electronically mailed to:**

**ME/2:14-cv-00103 Notice has been electronically mailed to:**

**Kevin M. Fitzgerald**     kfitzgerald@lewissaul.com

**ME/2:14-cv-00103 Notice will not be electronically mailed to:**

**TXE/1:12-cv-00440 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Bryan Adam Terrell**     baterrell@wgttlaw.com

**Howard Louis Close**     close@wrightclose.com

**Joseph Andrew Love**     love@wrightclose.com

**Jon B Burmeister**     jburmeister@moorelandrey.com

**TXE/1:12-cv-00440 Notice will not be electronically mailed to:**

**PAE/2:14-cv-05425 Notice has been electronically mailed to:**

**Lee B Balefsky     lee.balefsky@klinespecter.com**

**MICHELLE L. TIGER     michelle.tiger@klinespecter.com**

**Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com**

**THOMAS R. KLINE     thomas.kline@klinespecter.com**

**Kenneth A. Murphy     Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF     melissa.graff@dbr.com**

**Erin P. Loucks     eloucks@shb.com**

**PAE/2:14-cv-05425 Notice will not be electronically mailed to:**

**TXE/4:12-cv-00413 Notice has been electronically mailed to:**

**Michael J. Farrell     mjf@farrell3.com**

**Erik W. Legg     EWL@farrell3.com**

**George M Fleming     George_fleming@fleming-law.com, mary_marusik@fleming-law.com**

**Karen H Beyea-Schroeder     Karen.schroeder@rburnettlaw.com**

**Mary-Olga Lovett     lovettm@gtlaw.com**

**TXE/4:12-cv-00413 Notice will not be electronically mailed to:**

**Tracy G. Weiss
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103**

**PAE/2:15-cv-02900 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Kenneth A. Murphy     Kenneth.Murphy@dbr.com**

**James D. Barger     jbarger@awkolaw.com**

**MELISSA A GRAFF    melissa.graff@dbr.com**

**ANDREW P. REEVE    andrew.reeve@dbr.com**

**Cassandra Lee Matos    cmatos@reedsmith.com**

**Jana M. Landon    jlandon@stradley.com**

**PAE/2:15-cv-02900 Notice will not be electronically mailed to:**

**Andrew J. Trevelise**
**REED SMITH LLP**
**Three Logan Square**
**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**KYW/3:13-cv-00526 Notice has been electronically mailed to:**

**Mark K. Gray    mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com**

**Doris A. Kim    dkim@grayandwhitelaw.com**

**Matthew L. White    mwhite@grayandwhitelaw.com**

**KYW/3:13-cv-00526 Notice will not be electronically mailed to:**

**GAN/4:12-cv-00141 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,**
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Mark Randall Mueller    breanne@muellerlaw.com, irma.prado@muellerlaw.com,**
**mark@muellerlaw.com, mark@voodoocowboy.com, receptionist@muellerlaw.com**

**GAN/4:12-cv-00141 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04320 Notice has been electronically mailed to:**

**Catherine T. Heacox    cth@lanierlawfirm.com, CTH@lanierlawfirm.com**

**NJ/3:12-cv-04320 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06248 Notice has been electronically mailed to:**

**Richard B. North, Jr    richard.north@nelsonmullins.com,**
**Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com,**
**maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com,**

miche.boles@nelsonmullins.com

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**   lee.balefsky@klinespecter.com

**Clayton A Clark**   cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**MICHELLE L. TIGER**   michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**   jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**   Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**   melissa.graff@dbr.com

**PAE/2:14-cv-06248 Notice will not be electronically mailed to:**

**ME/1:16-cv-00059 Notice has been electronically mailed to:**

**Kevin M. Fitzgerald**   kfitzgerald@lewissaul.com

**ME/1:16-cv-00059 Notice will not be electronically mailed to:**

**NYW/6:12-cv-06357 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Brian A. Goldstein**   brian.goldstein@cellinoandbarnes.com

**NYW/6:12-cv-06357 Notice will not be electronically mailed to:**

**PAE/2:16-cv-01655 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**ROSEMARY PINTO**   rpinto@feldmanpinto.com

**JOE H. TUCKER, JR**   jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**   Kenneth.Murphy@dbr.com

**LAURA A. FELDMAN**     lfeldman@feldmanpinto.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**ANDREW P. REEVE**     andrew.reeve@dbr.com

**PAE/2:16-cv-01655 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06225 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**     lee.balefsky@klinespecter.com

**Clayton A Clark**     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**MICHELLE L. TIGER**     michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**PAE/2:14-cv-06225 Notice will not be electronically mailed to:**

**OHS/2:12-cv-00022 Notice has been electronically mailed to:**

**Mark Randall Mueller**     breanne@muellerlaw.com, irma.prado@muellerlaw.com, mark@muellerlaw.com, mark@voodoocowboy.com, receptionist@muellerlaw.com

**Susie Lin Hahn**     shahn@leesebergvalentine.com

**OHS/2:12-cv-00022 Notice will not be electronically mailed to:**

**MOE/4:16-cv-01462 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Dan Ball**     dhball@bclplaw.com, lisa.keys@bclplaw.com

**Randy J. Soriano**     rjsoriano@bryancave.com

**James P. Emanuel, Jr   james.emanuel@bryancave.com**

**MOE/4:16-cv-01462 Notice will not be electronically mailed to:**

**Sean Patrick Barth**
**Napoli Bern Ripka Shkolnik & Associates LLP**
**103 W Vandalia Street**
**Ste 125**
**Mark Twain Plaza II**
**Edwardsville, IL 62025**

**LAE/2:12-cv-01811 Notice has been electronically mailed to:**

**Robert L. Salim   robertsalim@cp-tel.net, BBeasley@Salim-Beasley.com, EBailey@Salim-Beasley.com, LCausey@Salim-Beasley.com, jlabom@salim-beasley.com, tgriffin@salim-beasley.com**

**LAE/2:12-cv-01811 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06028 Notice has been electronically mailed to:**

**Christy D. Jones   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Lee B Balefsky   lee.balefsky@klinespecter.com**

**Clayton A Clark   cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com**

**MICHELLE L. TIGER   michelle.tiger@klinespecter.com**

**JOE H. TUCKER, JR   jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

**Kenneth A. Murphy   Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF   melissa.graff@dbr.com**

**PAE/2:14-cv-06028 Notice will not be electronically mailed to:**

**MOW/4:12-cv-01405 Notice has been electronically mailed to:**

**Derek H. Potts   dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com, galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com, lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, rrojas@potts-law.com, wbarfield@potts-law.com**

**Patricia Campbell   pcampbell@potts-law.com**

**MOW/4:12-cv-01405 Notice will not be electronically mailed to:**

**LAW/3:16-cv-00853 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Tracy W. Houck**     thouck@suddenlinkmail.com

**Ronald L Riggle**     riggron@gmail.com, pcharris@suddenlinkmail.com

**LAW/3:16-cv-00853 Notice will not be electronically mailed to:**

**ILN/1:12-cv-03039 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Elise A Waisbren**     ewaisbren@phillipslegal.com, sphillips@phillipslegal.com

**Terrence M Quinn**     kwilloughby@phillipslegal.com, Tquinn@phillipslegal.com, ewaisbren@phillipslegal.com

**Stephen D Phillips**     sphillips@phillipslegal.com, ewaisbren@phillipslegal.com

**ILN/1:12-cv-03039 Notice will not be electronically mailed to:**

**ILN/1:12-cv-06205 Notice has been electronically mailed to:**

**Elise A Waisbren**     ewaisbren@phillipslegal.com, sphillips@phillipslegal.com

**Terrence M Quinn**     kwilloughby@phillipslegal.com, Tquinn@phillipslegal.com, ewaisbren@phillipslegal.com

**Stephen D Phillips**     sphillips@phillipslegal.com, ewaisbren@phillipslegal.com

**ILN/1:12-cv-06205 Notice will not be electronically mailed to:**

**NYW/1:14-cv-00971 Notice has been electronically mailed to:**

**Theresa M. Walsh**     twalsh@brownchiari.com

**Steven T. Senior**     ssenior@riker.com

**NYW/1:14-cv-00971 Notice will not be electronically mailed to:**

**MA/1:14-cv-12739 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Michael Bonasso**   mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

**DAVID B. THOMAS**   dthomas@tcspllc.com, rdavis@tcspllc.com

**Jon A. Strongman**   jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

**Wesley Chadwick Cook**   chad.cook@beasleyallen.com, donna.hunter@beasleyallen.com, ellen.royal@beasleyallen.com, kim.owen@beasleyallen.com, tabitha.dean@beasleyallen.com

**P. Leigh O'Dell**   leigh.odell@beasleyallen.com, melisa.bruner@beasleyallen.com

**ANDY D BIRCHFIELD, JR**   andy.birchfield@beasleyallen.com

**Marianne C. LeBlanc**   mleblanc@sugarman.com

**MA/1:14-cv-12739 Notice will not be electronically mailed to:**

**MOE/4:14-cv-00579 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Clayton A Clark**   cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**Scott A Love**   slove@triallawfirm.com, bgreif@triallawfirm.com

**Randy J. Soriano**   rjsoriano@bryancave.com

**Thomas E Schwartz**   tschwartz@holloranlaw.com

**Bettina J. Strauss**   bjstrauss@bryancave.com

**MOE/4:14-cv-00579 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06104 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

PAE/2:14-cv-06104 Notice will not be electronically mailed to:

NJ/3:13-cv-04032 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, katyel@erichweinberg.com

Christopher J. Keale     christopher.keale@sedgwicklaw.com,
marian.krushinsky@sedgwicklaw.com

MARINA HOPPAS     marina.hoppas@sdma.com

NJ/3:13-cv-04032 Notice will not be electronically mailed to:

TXN/3:12-cv-02095 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Tim K Goss     tim@freeseandgoss.com, kevin@freeseandgoss.com, peter@freeseandgoss.com,
tbanno@freeseandgoss.com

TXN/3:12-cv-02095 Notice will not be electronically mailed to:

TNE/2:14-cv-00195 Notice has been electronically mailed to:

Anthony A Seaton     tony@tonyseaton.com

Robert Dwight Bates, II     rbates@tonyseaton.com

TNE/2:14-cv-00195 Notice will not be electronically mailed to:

Ethicon Endo-Surgery, Inc.
c/o CT Corporation System
800 South Gay Street, Suite 2021

Knoxville, TN 37929

Tracy G. Weiss
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

**MOW/4:12-cv-00892 Notice has been electronically mailed to:**

**Thomas P. Cartmell**    tcartmell@wcllp.com, m.goldwasser@wcllp.com

**Jeffrey M. Kuntz**    jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**MOW/4:12-cv-00892 Notice will not be electronically mailed to:**

**PAE/2:14-cv-02618 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Lee B Balefsky**    lee.balefsky@klinespecter.com

**Louis W. Schack**    lschack@reedsmith.com

**JOE H. TUCKER, JR**    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

**ANDREW P. REEVE**    andrew.reeve@dbr.com

**V. AMANDA WITTS**    Awitts@tlgattorneys.com, JTucker@tlgattorneys.com,
dcrane@tlgattorneys.com, dfynes@tlgattorneys.com, mdonkor@tlgattorneys.com

**PAE/2:14-cv-02618 Notice will not be electronically mailed to:**

Alex G. Gross
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

Tracy G. Weiss
REED SMITH LLP
Three Logan Square

**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**ARW/5:12-cv-05083 Notice has been electronically mailed to:**

**Sean T. Keith     skeith@arkattorneys.com**

**ARW/5:12-cv-05083 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00155 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,**
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Douglas B King     doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com,**
**marcee.voss@woodenmclaughlin.com**

**Thomas P. Cartmell     tcartmell@wcllp.com, m.goldwasser@wcllp.com**

**Jeffrey M. Kuntz     jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com**

**Robert A. Henderson     rhenderson@polsinelli.com**

**MOW/4:13-cv-00155 Notice will not be electronically mailed to:**

**Jennifer L. Schuster**
**FROST BROWN TODD LCC**
**WinmatsConversion6**
**201 N. Illinois Street**
**Ste 1900, Po Box 44961**
**Indianapolis, IN 462440961**

**PAE/5:14-cv-06030 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,**
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Lee B Balefsky     lee.balefsky@klinespecter.com**

**MICHELLE L. TIGER     michelle.tiger@klinespecter.com**

**JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

**Kenneth A. Murphy     Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF     melissa.graff@dbr.com**

**PAE/5:14-cv-06030 Notice will not be electronically mailed to:**

**CO/1:17-cv-00331 Notice has been electronically mailed to:**

**Michael J. Farrell    mjf@farrell3.com**

**Erik W. Legg    EWL@farrell3.com**

**Darin L Schanker    dschanker@coloradolaw.net, sandra.dixon@coloradolaw.net**

**John Schlafer    john.schlafer@faegrebd.com, CookFilterFileclerk@FaegreBD.com, john.schlafer@FaegreBD.com**

**John Christopher Elliott    celliott@coloradolaw.net**

**J. Kyle Bachus    kyle.bachus@coloradolaw.net**

**CO/1:17-cv-00331 Notice will not be electronically mailed to:**

**ILN/1:12-cv-05805 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Elise A Waisbren    ewaisbren@phillipslegal.com, sphillips@phillipslegal.com**

**Terrence M Quinn    kwilloughby@phillipslegal.com, Tquinn@phillipslegal.com, ewaisbren@phillipslegal.com**

**Stephen D Phillips    sphillips@phillipslegal.com, ewaisbren@phillipslegal.com**

**ILN/1:12-cv-05805 Notice will not be electronically mailed to:**

**KYE/5:12-cv-00213 Notice has been electronically mailed to:**

**George M Fleming    George_fleming@fleming-law.com, mary_marusik@fleming-law.com**

**Karl N. Truman    karltruman@trumanlaw.com**

**Karen H Beyea-Schroeder    Karen.schroeder@rburnettlaw.com**

**KYE/5:12-cv-00213 Notice will not be electronically mailed to:**

**AZ/2:13-cv-02387 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**

mkabbash@riker.com

Mary G. Pryor    mpryor@cavanaghlaw.com

Terence James Hislop    thislop@hisloplawgroup.com

AZ/2:13-cv-02387 Notice will not be electronically mailed to:

NJ/3:15-cv-03406 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG    ehw@erichweinberg.com, katyel@erichweinberg.com

Kelly Strange Crawford    kcrawford@riker.com

Michael Paul O'Mullan    momullan@riker.com

NJ/3:15-cv-03406 Notice will not be electronically mailed to:

MOE/4:14-cv-01397 Notice has been electronically mailed to:

HENRY G GARRARD, III    hgarrard@bbga.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Jeffrey J. Lowe    jlowe@careydanis.com, cmiller@careydanis.com, econzelman@careydanis.com

Andrew J. Cross    across@careydanis.com

Scott A Love    slove@triallawfirm.com, bgreif@triallawfirm.com

John J Carey    jcarey@careydanis.com

Randy J. Soriano    rjsoriano@bryancave.com

Bettina J. Strauss    bjstrauss@bryancave.com

Sarah Shoemake Doles    sdoles@careydanis.com, amacdonald@careydanis.com, econzelman@careydanis.com

W. Michael Moreland    mmoreland@triallawfirm.com

MOE/4:14-cv-01397 Notice will not be electronically mailed to:

**CT/3:14-cv-00639 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**James V. Sabatini**     sa@sabatinilaw.com

**CT/3:14-cv-00639 Notice will not be electronically mailed to:**

**ARE/5:12-cv-00283 Notice has been electronically mailed to:**

**Jeffrey M. Kuntz**     jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**Sean T. Keith**     skeith@arkattorneys.com

**Justin Kyle Kavalir**     jkavalir@arkattorneys.com

**ARE/5:12-cv-00283 Notice will not be electronically mailed to:**

**MN/0:13-cv-01755 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Yvonne M Flaherty**     ymflaherty@locklaw.com

**William M. Gage**     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

**DAVID B. THOMAS**     dthomas@tcspllc.com, rdavis@tcspllc.com

**Wesley Chadwick Cook**     chad.cook@beasleyallen.com, donna.hunter@beasleyallen.com, ellen.royal@beasleyallen.com, kim.owen@beasleyallen.com, tabitha.dean@beasleyallen.com

**P. Leigh O'Dell**     leigh.odell@beasleyallen.com, melisa.bruner@beasleyallen.com

**ANDY D BIRCHFIELD, JR**     andy.birchfield@beasleyallen.com

**Kari L. Sutherland**     kari.sutherland@butlersnow.com

**MN/0:13-cv-01755 Notice will not be electronically mailed to:**

**CAC/2:14-cv-07392 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Mark P. Robinson, Jr**   banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net, mrobinson@robinsonfirm.com, wpolischuk@rcrsd.com

**Clayton A Clark**   cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**Scott A Love**   slove@triallawfirm.com, bgreif@triallawfirm.com

**Karen Barth Menzies**   kbm@classlawgroup.com, ecf@classlawgroup.com

**Daniel Stewart Robinson**   drobinson@robinsonfirm.com, bzwirner@robinsonfirm.com, jrogers@rcrlaw.net

**Amanda C Robinson**   arobinson@rcrlaw.net

**Joshua J Wes**   joshua.wes@tuckerellis.com

**Jeffrey Ray Vaughan**   jvaughan@triallawfirm.com, MHERNANDEZ@TRIALLAWFIRM.COM

**Shannon Lukei**   slukei@rcrlaw.net

**Lauren H Bragin**   lauren.bragin@tuckerellis.com

**Mollie Fleming Benedict**   mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

**CAC/2:14-cv-07392 Notice will not be electronically mailed to:**

**PAE/2:14-cv-07212 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**   lee.balefsky@klinespecter.com

**MICHELLE L. TIGER**   michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**   jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**   Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**   melissa.graff@dbr.com

**PAE/2:14-cv-07212 Notice will not be electronically mailed to:**

**MOW/4:16-cv-00175 Notice has been electronically mailed to:**

**Thomas P. Cartmell     tcartmell@wcllp.com, m.goldwasser@wcllp.com**

**Jeffrey M. Kuntz     jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com**

**MOW/4:16-cv-00175 Notice will not be electronically mailed to:**

**PR/3:12-cv-01746 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Manuel A Moreda-Toledo     mmt@mcvpr.com**

**Douglass A. Kreis     dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com**

**Andres W Lopez     andres@awllaw.com**

**Marc D. Grossman     mgrossman@thesandersfirm.com, rkassan@thesandersfirm.com**

**PR/3:12-cv-01746 Notice will not be electronically mailed to:**

**VAE/2:12-cv-00102 Notice has been electronically mailed to:**

**Willard James Moody, Jr     will@moodyrrlaw.com**

**VAE/2:12-cv-00102 Notice will not be electronically mailed to:**

**FLM/6:17-cv-00248 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**William E. Lawton     wlawton@drml-law.com**

**Hugh Joseph Turner, Jr     hugh.turner@akerman.com, ENJOLIQUE.AYTCH@AKERMAN.COM, grace.veniero@akerman.com**

**BRENDA S. FULMER     bsf@searcylaw.com, afs@searcylaw.com, cbr@searcylaw.com, kkiziah@searcylaw.com, oap@searcylaw.com, svm@searcylaw.com**

**Clell Calvin Warriner, III     ccw@searcylaw.com, _ccwteam@searcylaw.com, cbr@searcylaw.com, oap@searcylaw.com**

**FLM/6:17-cv-00248 Notice will not be electronically mailed to:**

**FLM/2:12-cv-00404 Notice has been electronically mailed to:**

**BRENDA S. FULMER    bsf@searcylaw.com, afs@searcylaw.com, cbr@searcylaw.com, kkiziah@searcylaw.com, oap@searcylaw.com, svm@searcylaw.com**

**Clell Calvin Warriner, III    ccw@searcylaw.com, _ccwteam@searcylaw.com, cbr@searcylaw.com, oap@searcylaw.com**

**Laurie J. Briggs    lxb@searcylaw.com**

**FLM/2:12-cv-00404 Notice will not be electronically mailed to:**

**NCE/7:13-cv-00191 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**William Grainger Wright, Sr    wwright@shipmanlaw.com**

**David Neal Allen    dallen@hedrickgardner.com**

**NCE/7:13-cv-00191 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03545 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Matthew D. Keenan    mkeenan@shb.com**

**Amy Eskin    aeskin@levinsimes.com**

**Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com**

**William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com**

**William Levin    wlevin@levinsimes.com**

**DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com**

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Rachel Beth Abrams    rabrams@levinsimes.com

Bryan T. Pratt    bpratt@shb.com, bsmith@shb.com, cbellamy@shb.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Robert T. Adams    rtadams@shb.com

Laurel Simes    llsimes@lskg-law.com

CAN/3:12-cv-03545 Notice will not be electronically mailed to:

PAE/2:14-cv-06026 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    Kenneth.Murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

PAE/2:14-cv-06026 Notice will not be electronically mailed to:

MSS/4:12-cv-00136 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Neville H. Boschert    nboschert@joneswalker.com

Shane F Langston    shane@langstonlawyers.com

Rebecca McRae Langston    rebecca@langstonlawyers.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

**Jessica Elizabeth Murray**     jessica@langstonlawyers.com

**Laura Louise Hill**     laura.dixon@butlersnow.com

**Robert F. Walker**     rwalker@bakerdonelson.com

**MSS/4:12-cv-00136 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06019 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Lee B Balefsky**     lee.balefsky@klinespecter.com

**MICHELLE L. TIGER**     michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**PAE/2:14-cv-06019 Notice will not be electronically mailed to:**

**NYE/2:13-cv-00465 Notice has been electronically mailed to:**

**Donald Alan Migliori**     dmigliori@motleyrice.com, kdotson@motleyrice.com,
ldonaldson@motleyrice.com

**NYE/2:13-cv-00465 Notice will not be electronically mailed to:**

**ME/2:16-cv-00060 Notice has been electronically mailed to:**

**Kevin M. Fitzgerald**     kfitzgerald@lewissaul.com

**ME/2:16-cv-00060 Notice will not be electronically mailed to:**

**LAW/3:13-cv-00877 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Richard L Fewell, Jr**     rfewell@centurytel.net, josephwwright@yahoo.com

**LAW/3:13-cv-00877 Notice will not be electronically mailed to:**

TNW/2:12-cv-02629 Notice has been electronically mailed to:

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Matthew D. Keenan**    mkeenan@shb.com

**Michael J. Farrell**    mjf@farrell3.com

**Neil D. Overholtz**    noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com, noverholtz@aws-law.com, pbarr@awkolaw.com, sgeisler@awkolaw.com

**William M. Gage**    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

**Douglas C Monsour**    doug@monsourlawfirm.com, ronda@monsourlawfirm.com

**Erik W. Legg**    EWL@farrell3.com

**Douglass A. Kreis**    dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

**DAVID B. THOMAS**    dthomas@tcspllc.com, rdavis@tcspllc.com

**Jon A. Strongman**    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

**James Gerard Stranch, IV**    gerards@bsjfirm.com, ecf-processor@bsjfirm.com, jennifers@bsjfirm.com

**Philip J. Combs**    pcombs@tcspllc.com

**Bryan Aylstock**    baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, churt@awkolaw.com

**D. Renee Baggett**    rbaggett@awkolaw.com

**Bryan T. Pratt**    bpratt@shb.com, bsmith@shb.com, cbellamy@shb.com

**Kari L. Sutherland**    kari.sutherland@butlersnow.com

**SUSAN M. ROBINSON**    srobinson@tcspllc.com

**Benjamin Gastel**    beng@bsjfirm.com

**Robert T. Adams**    rtadams@shb.com

**Katharine Gale Krottinger**     katy@monsourlawfirm.com

**TNW/2:12-cv-02629 Notice will not be electronically mailed to:**

**OR/3:12-cv-01355 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Jeffrey A Bowersox**     jeffrey@bowersoxlaw.com

**OR/3:12-cv-01355 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05384 Notice has been electronically mailed to:**

**Jason Aron Itkin**     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

**Kurt B. Arnold**     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, nwexler@arnolditkin.com

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Thomas Vincent Girardi**     tgirardi@girardikeese.com, SFujimoto@GirardiKeese.com

**Paul R Kiesel**     kiesel@kiesel.law, jsalgueiro@kiesel.law

**Amy F. Solomon**     asolomon@girardikeese.com

**Helen E Zukin**     zukin@kiesel.law, cleofe@kiesel.law, palmer@kiesel.law, smendoza@kiesel.law

**Noah M. Wexler**     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

**Joshua J Wes**     joshua.wes@tuckerellis.com

**Lauren H Bragin**     lauren.bragin@tuckerellis.com

**Mark Christopher Sparks**     mark@mostynlaw.com, crcallahan@mostynlaw.com

**Melanie Meneses Palmer**     palmer@kiesel.law

**Mollie Fleming Benedict**     mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

**CAC/2:15-cv-05384 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00408 Notice has been electronically mailed to:**

**Neil D. Overholtz**     noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com, pbarr@awkolaw.com, sgeisler@awkolaw.com

**Douglass A. Kreis**     dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

**James Gerard Stranch, IV**     gerards@bsjfirm.com, ecf-processor@bsjfirm.com, jennifers@bsjfirm.com

**Bryan Aylstock**     baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, churt@awkolaw.com

**D. Renee Baggett**     rbaggett@awkolaw.com

**Stacey A. Skillman**     sskillman@branstetterlaw.com

**KYW/3:12-cv-00408 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06460 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**     lee.balefsky@klinespecter.com

**Clayton A Clark**     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**JOE H. TUCKER, JR**     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**William Barfield**     wbarfield@potts-law.com, skhan@potts-law.com

**PAE/2:14-cv-06460 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02899 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

Cassandra Lee Matos     cmatos@reedsmith.com

Jana M. Landon     jlandon@stradley.com

PAE/2:15-cv-02899 Notice will not be electronically mailed to:

Andrew J. Trevelise
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

KYW/3:15-cv-00392 Notice has been electronically mailed to:

Mark K. Gray     mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com

Doris A. Kim     dkim@grayandwhitelaw.com

Matthew L. White     mwhite@grayandwhitelaw.com

Jacob Edward Levy     jlevy@grayandwhitelaw.com, mgray@grayandwhitelaw.com

KYW/3:15-cv-00392 Notice will not be electronically mailed to:

MA/1:13-cv-13213 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com,
nthompson@fsblaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com,
abyard@shb.com, reickbush@shb.com

Wesley Chadwick Cook     chad.cook@beasleyallen.com, donna.hunter@beasleyallen.com,
ellen.royal@beasleyallen.com, kim.owen@beasleyallen.com, tabitha.dean@beasleyallen.com

P. Leigh O'Dell     leigh.odell@beasleyallen.com, melisa.bruner@beasleyallen.com

**ANDY D BIRCHFIELD, JR**    andy.birchfield@beasleyallen.com

**Marianne C. LeBlanc**    mleblanc@sugarman.com

**MA/1:13-cv-13213 Notice will not be electronically mailed to:**

**KYE/6:15-cv-00095 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**DONALD K. BROWN, JR**    brownd@obtlaw.com

**Susan J. Pope**    spope@fbtlaw.com

**Edward A Wallace**    eaw@wexlerwallace.com, ecf@wexlerwallace.com, mrm@wexlerwallace.com

**GREGORY F. COLEMAN**    greg@gregcolemanlaw.com, dawn@gregcolemanlaw.com, mark@gregcolemanlaw.com

**D. Randall Jewell**    drjbville@yahoo.com

**Christie Jessica Pratt**    jpratt@rendigs.com

**Thomas M. Evans**    tevans@rendigs.com

**Adam A. Edwards**    adam@gregcolemanlaw.com

**KYE/6:15-cv-00095 Notice will not be electronically mailed to:**

**GAN/1:12-cv-03085 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Andrea S. Hirsch**    bclardy@hermangerel.com

**GAN/1:12-cv-03085 Notice will not be electronically mailed to:**

**CO/1:12-cv-00757 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Aimee Wagstaff**   aimee.wagstaff@andruswagstaff.com, david.wool@andruswagstaff.com, kellie.johnson@andruswagstaff.com, kevin.rowe@andruswagstaff.com

**CO/1:12-cv-00757 Notice will not be electronically mailed to:**

**PAW/2:13-cv-00697 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**John E. Quinn**   Jquinn@quinnlogue.com

**C. James Zeszutek**   james.zeszutek@dinslaw.com

**PAW/2:13-cv-00697 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02230 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Kenneth A. Murphy**   Kenneth.Murphy@dbr.com

**James D. Barger**   jbarger@awkolaw.com

**MELISSA A GRAFF**   melissa.graff@dbr.com

**ANDREW P. REEVE**   andrew.reeve@dbr.com

**PAE/2:15-cv-02230 Notice will not be electronically mailed to:**

**MOW/4:16-cv-00174 Notice has been electronically mailed to:**

**Thomas P. Cartmell**   tcartmell@wcllp.com, m.goldwasser@wcllp.com

**Jeffrey M. Kuntz**   jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**MOW/4:16-cv-00174 Notice will not be electronically mailed to:**

**CAC/2:14-cv-07391 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Mark P. Robinson, Jr**   banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net,

dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net, mrobinson@robinsonfirm.com, wpolischuk@rcrsd.com

Karen Barth Menzies    kbm@classlawgroup.com, ecf@classlawgroup.com

Daniel Stewart Robinson    drobinson@robinsonfirm.com, bzwirner@robinsonfirm.com, jrogers@rcrlaw.net

Amanda C Robinson    arobinson@rcrlaw.net

Joshua J Wes    joshua.wes@tuckerellis.com

Jeffrey Ray Vaughan    jvaughan@triallawfirm.com, MHERNANDEZ@TRIALLAWFIRM.COM

Shannon Lukei    slukei@rcrlaw.net

Lauren H Bragin    lauren.bragin@tuckerellis.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

CAC/2:14-cv-07391 Notice will not be electronically mailed to:

NJ/3:13-cv-07332 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Paige Boldt    pboldt@wattsguerra.com, cjgarcia@wattsguerra.com, rcarmony@wattsguerra.com

NJ/3:13-cv-07332 Notice will not be electronically mailed to:

PAE/2:14-cv-07209 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**   melissa.graff@dbr.com

**PAE/2:14-cv-07209 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06246 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, **MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Lee B Balefsky**   lee.balefsky@klinespecter.com

**Samuel W Silver**   ssilver@schnader.com

**Clayton A Clark**   cclark@TrialLawFirm.com, bdeady@triallawfirm.com, **dblack@triallawfirm.com, twindham@triallawfirm.com**

**MICHELLE L. TIGER**   michelle.tiger@klinespecter.com

**William R. Stuart, III**   wstuart@sillscummis.com

**JOE H. TUCKER, JR**   jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**   Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**   melissa.graff@dbr.com

**PAE/2:14-cv-06246 Notice will not be electronically mailed to:**

**KYW/3:13-cv-00706 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, **MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Susan J. Pope**   spope@fbtlaw.com

**Bruce Garrett Anderson**   bga@andersonandhorne.com

**KYW/3:13-cv-00706 Notice will not be electronically mailed to:**

**ILC/3:10-cv-03272 Notice has been electronically mailed to:**

**Richard B. North, Jr**   richard.north@nelsonmullins.com, **Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Dan Ball**     dhball@bclplaw.com, lisa.keys@bclplaw.com

**Matthew Brian Lerner**     matthew.lerner@nelsonmullins.com

**Amy Collignon Gunn**     agunn@simonlawpc.com, dzurheide@simonlawpc.com

**Bettina J. Strauss**     bjstrauss@bryancave.com

**Stefan A Mallen**     samallen@bryancave.com

**Anne Brockland**     abrockland@simonlawpc.com

**Taylor T Daly**     taylor.daly@nelsonmullins.com

**Caroline Tinsley**     caroline.tinsley@tuckerellis.com, carrie.lange@tuckerellis.com, tracey.west@tuckerellis.com

**ILC/3:10-cv-03272 Notice will not be electronically mailed to:**

**TXE/1:13-cv-00450 Notice has been electronically mailed to:**

**Richard B. North, Jr**     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Douglas B King**     doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com, marcee.voss@woodenmclaughlin.com

**Barbara R. Binis**     bbinis@reedsmith.com, kmccloskey@reedsmith.com

**DEBORAH A. MOELLER**     dmoeller@fredlaw.com, ckirk@shb.com

**Jon A. Strongman**     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

**Dustin B. Rawlin**     dustin.rawlin@tuckerellis.com, brenda.sweet@tuckerellis.com, darlene.hudeck@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com

**Christopher Thomas Kirchmer**     ckirchmer@provostumphrey.com, alee@pulf.com

**Ronn B Kreps**    rkreps@fulbright.com, ronn.kreps@nortonrosefulbright.com

**TXE/1:13-cv-00450 Notice will not be electronically mailed to:**

**OKW/5:14-cv-00698 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Larry D. Ottaway**    larryottaway@oklahomacounsel.com

**Julie Rhoades**    jrhoades@thematthewslawfirm.com

**Amy Sherry Fischer**    amyfischer@oklahomacounsel.com

**Tim K Goss (Terminated)**    tim@freeseandgoss.com, kevin@freeseandgoss.com, peter@freeseandgoss.com, tbanno@freeseandgoss.com

**Matthew J. Sill**    msill@fulmersill.com, david@sill-law.com, lindar@sill-law.com, tosha@sill-law.com

**Andrew M Bowman**    andrewbowman@oklahomacounsel.com

**David Paul Matthews**    dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, cmulholland@thematthewslawfirm.com, lsantiago@thematthewslawfirm.com, msalazar@thematthewslawfirm.com

**Kevin L Edwards (Terminated)**    kevin@edwardsdelacerda.com

**Peter De La Cerda (Terminated)**    peter@freeseandgoss.com

**Timothy M. Bunson**    TIM@SILL-LAW.COM

**Tamara L. Banno (Terminated)**    Tbanno@tlb-law.com, tbanno@tlb-law.com

**OKW/5:14-cv-00698 Notice will not be electronically mailed to:**

**TNE/2:15-cv-00058 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Anthony A Seaton**    tony@tonyseaton.com

**Robert Dwight Bates, II**    rbates@tonyseaton.com

**TNE/2:15-cv-00058 Notice will not be electronically mailed to:**

**Tracy G. Weiss**
**REED SMITH LLP**
**Three Logan Square**
**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**PAE/2:15-cv-03015 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**James D. Barger**    jbarger@awkolaw.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

**ANDREW P. REEVE**    andrew.reeve@dbr.com

**Cassandra Lee Matos**    cmatos@reedsmith.com

**Jana M. Landon**    jlandon@stradley.com

**PAE/2:15-cv-03015 Notice will not be electronically mailed to:**

**Andrew J. Trevelise**
**REED SMITH LLP**
**Three Logan Square**
**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**CAN/3:12-cv-03524 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Matthew D. Keenan**    mkeenan@shb.com

**Amy Eskin**    aeskin@levinsimes.com

**Michael Bonasso**    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com,
**nthompson@fsblaw.com**

**William M. Gage**    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

**William Levin**    wlevin@levinsimes.com

**DAVID B. THOMAS**    dthomas@tcspllc.com, rdavis@tcspllc.com

**Jon A. Strongman**    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

**Rachel Beth Abrams**    rabrams@levinsimes.com

**Philip J. Combs**    pcombs@tcspllc.com

**Bryan T. Pratt**    bpratt@shb.com, bsmith@shb.com, cbellamy@shb.com

**Kari L. Sutherland**    kari.sutherland@butlersnow.com

**SUSAN M. ROBINSON**    srobinson@tcspllc.com

**Robert T. Adams**    rtadams@shb.com

**Laurel Simes**    llsimes@lskg-law.com

**CAN/3:12-cv-03524 Notice will not be electronically mailed to:**

**CAC/2:17-cv-07582 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Mark P. Robinson, Jr**    mrobinson@robinsonfirm.com, banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net, wpolischuk@rcrsd.com

**Karen Barth Menzies**    kbm@classlawgroup.com, ecf@classlawgroup.com

**Karen L. Karavatos**    kkaravatos@rcrlaw.net, bzwirner@rcrlaw.net

**Joshua J Wes**    joshua.wes@tuckerellis.com

**Aimee Wagstaff**    aimee.wagstaff@andruswagstaff.com, david.wool@andruswagstaff.com, kellie.johnson@andruswagstaff.com, kevin.rowe@andruswagstaff.com

**Mollie Fleming Benedict**    mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

**CAC/2:17-cv-07582 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05383 Notice has been electronically mailed to:**

**Jason Aron Itkin**    jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

**Kurt B. Arnold**    karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, nwexler@arnolditkin.com

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Thomas Vincent Girardi**    tgirardi@girardikeese.com, SFujimoto@GirardiKeese.com

**Paul R Kiesel**    kiesel@kiesel.law, jsalgueiro@kiesel.law

**Amy F. Solomon (Terminated)**    asolomon@girardikeese.com

**Helen E Zukin**    zukin@kiesel.law, cleofe@kiesel.law, palmer@kiesel.law, smendoza@kiesel.law

**Noah M. Wexler**    nwexler@arnolditkin.com, tpeebles@arnolditkin.com

**Joshua J Wes**    joshua.wes@tuckerellis.com

**Lauren H Bragin**    lauren.bragin@tuckerellis.com

**Mark Christopher Sparks**    mark@mostynlaw.com, crcallahan@mostynlaw.com

**Melanie Meneses Palmer**    palmer@kiesel.law

**Mollie Fleming Benedict**    mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

**J. Steven Mostyn**    jsmostyn@mostynlaw.com

**CAC/2:15-cv-05383 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06014 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**    lee.balefsky@klinespecter.com

**Clayton A Clark**    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**MICHELLE L. TIGER**    michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

**PAE/2:14-cv-06014 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06110 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**    lee.balefsky@klinespecter.com

**MICHELLE L. TIGER**    michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

**PAE/2:14-cv-06110 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00889 Notice has been electronically mailed to:**

**Thomas P. Cartmell**    tcartmell@wcllp.com, m.goldwasser@wcllp.com

**Jeffrey M. Kuntz**    jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**MOW/4:12-cv-00889 Notice will not be electronically mailed to:**

**MOE/4:15-cv-01178 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Timothy J Phillips**    tjplaw@swbell.net

**Bettina J. Strauss**    bjstrauss@bryancave.com

**MOE/4:15-cv-01178 Notice will not be electronically mailed to:**

**Ethicon SARL**
**Rue Puits Godet 20**

**Neuchatel, Switzerland, CH-2000**

**Ethicon SAS**
**1 Rue Camille Desmoulins, TSA**
**81002**
**Issy-Les-Moulineaux, F-92787**
**Cedex 9**
**France**

**Johnson & Johnson Medical GmbH**
**Robert-Koch-Str. 1**
**Norderstedt, Germany, 22851**

**Johnson & Johnson Medical, Ltd.**
**China Central Place Office Building**
**77 Jianguo Road**
**14 Floor, Building III**
**Chaoyang District, 100025**
**Beijing**

**MN/0:13-cv-01846 Notice has been electronically mailed to:**

**Yvonne M Flaherty     ymflaherty@locklaw.com**

**MN/0:13-cv-01846 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02555 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,**
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Neil D. Overholtz     noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com,**
**pbarr@awkolaw.com, sgeisler@awkolaw.com**

**TNW/2:12-cv-02555 Notice will not be electronically mailed to:**

**PAE/2:16-cv-01656 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,**
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**ROSEMARY PINTO     rpinto@feldmanpinto.com**

**JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

**Kenneth A. Murphy     Kenneth.Murphy@dbr.com**

**LAURA A. FELDMAN**   lfeldman@feldmanpinto.com

**MELISSA A GRAFF**   melissa.graff@dbr.com

**ANDREW P. REEVE**   andrew.reeve@dbr.com

**PAE/2:16-cv-01656 Notice will not be electronically mailed to:**

**MSS/3:14-cv-00993 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Barry W Gilmer**   gilmerlaw@gilmerlawfirm.com

**James H. Bolin**   jay.bolin@butlersnow.com

**Kari L. Sutherland**   kari.sutherland@butlersnow.com

**MSS/3:14-cv-00993 Notice will not be electronically mailed to:**

**NJ/3:14-cv-04137 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**ERIC HOWARD WEINBERG**   ehw@erichweinberg.com, katyel@erichweinberg.com

**NJ/3:14-cv-04137 Notice will not be electronically mailed to:**

**MD/8:15-cv-01188 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Bruce Robert Parker**   brparker@venable.com

**Shannon Beamer**   sebeamer@venable.com

**Kimm Hudley Massey**   masseylawfirm@gmail.com

**Erica C Mudd**   emudd@adclawfirm.com

**Andrew E Vernick**   avernick@vernicklegal.com

Craig B Merkle     cbm@gdldlaw.com

MD/8:15-cv-01188 Notice will not be electronically mailed to:

PAE/2:12-cv-03888 Notice has been electronically mailed to:

Michael J. Farrell     mjf@farrell3.com

Douglas C Monsour     doug@monsourlawfirm.com, ronda@monsourlawfirm.com

Erik W. Legg     EWL@farrell3.com

Douglass A. Kreis     dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Bryan Aylstock     baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, churt@awkolaw.com

James D. Barger     jbarger@awkolaw.com

D. Douglas Grubbs     dgrubbs@leemurphylaw.com

D. Renee Baggett     rbaggett@awkolaw.com

PAE/2:12-cv-03888 Notice will not be electronically mailed to:

KYW/3:15-cv-00406 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Mark K. Gray     mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com

Doris A. Kim     dkim@grayandwhitelaw.com

Matthew L. White     mwhite@grayandwhitelaw.com

Jacob Edward Levy     jlevy@grayandwhitelaw.com, mgray@grayandwhitelaw.com

KYW/3:15-cv-00406 Notice will not be electronically mailed to:

MOW/4:12-cv-00962 Notice has been electronically mailed to:

Derek H. Potts     dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com, galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com, lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, rrojas@potts-law.com, wbarfield@potts-law.com

Timothy L. Sifers     tsifers@potts-law.com

Patricia Campbell     pcampbell@potts-law.com

MOW/4:12-cv-00962 Notice will not be electronically mailed to:

TXS/7:13-cv-00439 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Samuel A. Houston     shouston@schlawyers.com, cfreeman@sschlaw.com

James Michael Moore     mmoore@moore-firm.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

Scott A Love     slove@triallawfirm.com, bgreif@triallawfirm.com

Tim K Goss     tim@freeseandgoss.com, kevin@freeseandgoss.com, peter@freeseandgoss.com, tbanno@freeseandgoss.com

David J Lumber     dlumber@guerralawgroup.com

Carlos L Guerra     carlos@guerralawgroup.com

David George Oliveira     doliveira@rofllp.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, cmulholland@thematthewslawfirm.com, lsantiago@thematthewslawfirm.com, msalazar@thematthewslawfirm.com

Darrell Lee Barger     dbarger@hdbdlaw.com

William W. Lundquist     wlundquist@triallawfirm.com, twindham@triallawfirm.com

Angela T Bongat     abongat@hdbdlaw.com

Wendy D. May     wmay@hdbdlaw.com

TXS/7:13-cv-00439 Notice will not be electronically mailed to:

TNE/3:11-cv-00483 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,

mkabbash@riker.com

Michael S. Pemberton     pemberton@dpsslaw.com

TNE/3:11-cv-00483 Notice will not be electronically mailed to:

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Johnson & Johnson Inc.
Douglas K. Chia, Registered Agent
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Douglas K Chia
Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Renee Selman
Ethicon, Inc. d/b/a Gynecare, Inc. d/b/a Ethicon Women'
Route 22 West
Sommerville, NJ 08876

NJ/3:12-cv-04242 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Catherine T. Heacox     cth@lanierlawfirm.com, CTH@lanierlawfirm.com

NJ/3:12-cv-04242 Notice will not be electronically mailed to:

NJ/3:13-cv-04282 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Edward A Coleman     ecoleman@lewissaul.com

NJ/3:13-cv-04282 Notice will not be electronically mailed to:

PAE/2:14-cv-06017 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,

catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky      lee.balefsky@klinespecter.com

Clayton A Clark      cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER      michelle.tiger@klinespecter.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy      Kenneth.Murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

PAE/2:14-cv-06017 Notice will not be electronically mailed to:

FLN/3:11-cv-00564 Notice has been electronically mailed to:

Sybil Shainwald      shainwald@shainwaldlaw.com

Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Neil D. Overholtz      noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com, pbarr@awkolaw.com, sgeisler@awkolaw.com

Douglass A. Kreis      dkreis@awkolaw.com, athane@awkolaw.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

Justin G. Witkin      Jwitkin@awkolaw.com, jlindsey@awkolaw.com

Bryan Aylstock      baylstock@awkolaw.com, baylstock@aws-law.com, Jlindsey@awkolaw.com, churt@awkolaw.com

FLN/3:11-cv-00564 Notice will not be electronically mailed to:

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Renee Selman
Ethicon, Inc. d/b/a Gynecare, Inc. d/b/a Ethicon Women'
Route 22 West
Sommerville, NJ 08876

ME/2:14-cv-00245 Notice has been electronically mailed to:

Kevin M. Fitzgerald     kfitzgerald@lewissaul.com

ME/2:14-cv-00245 Notice will not be electronically mailed to:

MN/0:13-cv-02073 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Michael T Gallagher     mike@gld-law.com, lisak@gld-law.com, pamm@gld-law.com,
shawnaf@gld-law.com

Douglas B King     doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com,
marcee.voss@woodenmclaughlin.com

Tracy J Van Steenburgh     tvan@halleland.com

Barbara R. Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

James M. Boyers     jboyers@woodmclaw.com

Yvonne M Flaherty     ymflaherty@locklaw.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com,
catherine.mason@butlersnow.com, david.johnson@butlersnow.com,
diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Cooper S. Ashley     cooper.ashley@maslon.com

Catherine H. Ahlin-Halverson     catherine.ahlin@maslon.com, Catherine.Ahlin@maslon.com

Keiko L. Sugisaka     keiko.sugisaka@maslon.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Jan R McLean Bernier     jbernier@nilanjohnson.com

MN/0:13-cv-02073 Notice will not be electronically mailed to:

Jennifer L. Schuster
FROST BROWN TODD LCC
WinmatsConversion6
201 N. Illinois Street
Ste 1900, Po Box 44961
Indianapolis, IN 462440961

**TNE/3:13-cv-00329 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, **MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**T. Harold Pinkley, Jr**     harold.pinkley@butlersnow.com

**Richard Baker**     Richard@RichardBakerLaw.com

**TNE/3:13-cv-00329 Notice will not be electronically mailed to:**

**GAN/1:12-cv-00125 Notice has been electronically mailed to:**

**David E. Tuszynski**     det@gsllaw.com, dtuszynski@comcast.net

**Nancy Karen Deming**     karen.deming@troutmansanders.com, **kay.deming@troutmansanders.com**

**S. Eric Rumanek**     eric.rumanek@troutmansanders.com

**GAN/1:12-cv-00125 Notice will not be electronically mailed to:**

**PAE/2:11-cv-05591 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, **MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Mark Randall Mueller**     breanne@muellerlaw.com, irma.prado@muellerlaw.com, **mark@muellerlaw.com, receptionist@muellerlaw.com**

**MELISSA A GRAFF**     melissa.graff@dbr.com

**PAE/2:11-cv-05591 Notice will not be electronically mailed to:**

**NJ/1:12-cv-07500 Notice has been electronically mailed to:**

**Barbara R. Binis**     bbinis@reedsmith.com, kmccloskey@reedsmith.com

**George E. McDavid**     gmcdavid@reedsmith.com

**Donald Alan Migliori**     dmigliori@motleyrice.com, kdotson@motleyrice.com, **ldonaldson@motleyrice.com**

**Michael J. Farrell**     mjf@farrell3.com

**Michael Bonasso**     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, **nthompson@fsblaw.com**

**Erik W. Legg    EWL@farrell3.com**

**Christopher Michael Placitella    cplacitella@cprlaw.com**

**NJ/1:12-cv-07500 Notice will not be electronically mailed to:**

**NJ/3:15-cv-03434 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**ERIC HOWARD WEINBERG    ehw@erichweinberg.com, katyel@erichweinberg.com**

**NJ/3:15-cv-03434 Notice will not be electronically mailed to:**

**MN/0:12-cv-01689 Notice has been electronically mailed to:**

**Charles S Zimmerman    charles.zimmerman@zimmreed.com, Tina.Olson@zimmreed.com, leslie.harms@zimmreed.com**

**Genevieve M Zimmerman    hsternquist@meshbesher.com**

**Jason P Johnston    Jason.Johnston@zimmreed.com, Jennifer.Galzki@zimmreed.com**

**MN/0:12-cv-01689 Notice will not be electronically mailed to:**

**ME/1:17-cv-00209 Notice has been electronically mailed to:**

**Kevin M. Fitzgerald    kfitzgerald@fitz-lawgroup.com**

**ME/1:17-cv-00209 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06025 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Lee B Balefsky    lee.balefsky@klinespecter.com**

**Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com**

**MICHELLE L. TIGER    michelle.tiger@klinespecter.com**

**JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

Kenneth A. Murphy    Kenneth.Murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

PAE/2:14-cv-06025 Notice will not be electronically mailed to:

OR/3:12-cv-00865 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Jeffrey A Bowersox    jeffrey@bowersoxlaw.com

OR/3:12-cv-00865 Notice will not be electronically mailed to:

KYW/3:13-cv-00496 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Mark K. Gray    mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com

Doris A. Kim    dkim@grayandwhitelaw.com

Matthew L. White    mwhite@grayandwhitelaw.com

KYW/3:13-cv-00496 Notice will not be electronically mailed to:

KYW/3:12-cv-00415 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

James Gerard Stranch, IV    gerards@bsjfirm.com, ecf-processor@bsjfirm.com,
jennifers@bsjfirm.com

William J. Doyle, II    bill@doyleapc.com

Stacey A. Skillman    sskillman@branstetterlaw.com

Christopher W Cantrell    ccantrell@doylelowther.com

KYW/3:12-cv-00415 Notice will not be electronically mailed to:

MOW/4:12-cv-00663 Notice has been electronically mailed to:

**Thomas P. Cartmell**     tcartmell@wcllp.com, m.goldwasser@wcllp.com

**Jeffrey M. Kuntz**     jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**MOW/4:12-cv-00663 Notice will not be electronically mailed to:**

**INS/1:13-cv-01627 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Ann C. Barron**     abarron@heylroyster.com

**Richard K. Hunsaker**     rhunsaker@heylroyster.com

**John J Driscoll**     john@thedriscollfirm.com, chris@thedriscollfirm.com, eric@thedriscollfirm.com, greg@thedriscollfirm.com, tiffany@thedriscollfirm.com

**W. Jason Rankin**     wjr@heplerbroom.com, jason.rankin@heplerbroom.com

**INS/1:13-cv-01627 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06022 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**     lee.balefsky@klinespecter.com

**MICHELLE L. TIGER**     michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**PAE/2:14-cv-06022 Notice will not be electronically mailed to:**

**PAE/2:16-cv-01657 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**JOE H. TUCKER, JR**   jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**   Kenneth.Murphy@dbr.com

**LAURA A. FELDMAN**   lfeldman@feldmanpinto.com

**MELISSA A GRAFF**   melissa.graff@dbr.com

**ANDREW P. REEVE**   andrew.reeve@dbr.com

**PAE/2:16-cv-01657 Notice will not be electronically mailed to:**

**MT/1:16-cv-00134 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**John C. Heenan**   john@heenanlawfirm.com

**Colette B. Davies**   colette@bhdlawyers.com

**MT/1:16-cv-00134 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04310 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Catherine T. Heacox**   cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04310 Notice will not be electronically mailed to:**

**MOE/4:17-cv-00498 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Jeffrey J. Lowe**   jlowe@careydanis.com, cmiller@careydanis.com, econzelman@careydanis.com

**Andrew J. Cross**   across@careydanis.com

**Thomas P. Cartmell**   tcartmell@wcllp.com, m.goldwasser@wcllp.com

**Clayton A Clark**   cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**Scott A Love**    slove@triallawfirm.com, bgreif@triallawfirm.com

**Dan Ball**    dhball@bclplaw.com, lisa.keys@bclplaw.com

**Jeffrey M. Kuntz**    jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**Randy J. Soriano**    rjsoriano@bryancave.com

**Bettina J. Strauss**    bjstrauss@bryancave.com

**Sarah Shoemake Doles**    sdoles@careydanis.com, amacdonald@careydanis.com,
econzelman@careydanis.com

**W. Michael Moreland**    mmoreland@triallawfirm.com

**William W. Lundquist**    wlundquist@triallawfirm.com, twindham@triallawfirm.com

**James P. Emanuel, Jr**    james.emanuel@bryancave.com

**John Francis Garvey, Jr**    jgarvey@careydanis.com

**Grace Hooten**    ghooten@triallawfirm.com

**MOE/4:17-cv-00498 Notice will not be electronically mailed to:**

**NYW/1:12-cv-00320 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Brian A. Goldstein**    brian.goldstein@cellinoandbarnes.com

**NYW/1:12-cv-00320 Notice will not be electronically mailed to:**

**MOW/4:12-cv-01006 Notice has been electronically mailed to:**

**Thomas P. Cartmell**    tcartmell@wcllp.com, m.goldwasser@wcllp.com

**Jeffrey M. Kuntz**    jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**MOW/4:12-cv-01006 Notice will not be electronically mailed to:**

**MOW/3:13-cv-05063 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

David E. Overby    deovrby@cs.com

Bettina J. Strauss    bjstrauss@bryancave.com

Kent O. Hyde    kohyde@aol.com

Kathryn A. Dugan    kate.dugan@bryancave.com

Glenn Russell Gulick    glenn@4stateslaw.com, karen@4stateslaw.com

MOW/3:13-cv-05063 Notice will not be electronically mailed to:

TXS/1:13-cv-00218 Notice has been electronically mailed to:

Richard B. North, Jr    richard.north@nelsonmullins.com,
Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com,
maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com,
miche.boles@nelsonmullins.com

Jason Aron Itkin    jitkin@arnolditkin.com, cmartinez@arnolditkin.com,
kbrown@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B. Arnold    karnold@arnolditkin.com, jerickson@arnolditkin.com,
kmcdonald@arnolditkin.com, nwexler@arnolditkin.com

Russell W. Schell    RSchell@schellcooley.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

John H. Martin    john.martin@tklaw.com

Hugh Joseph Turner, Jr    hugh.turner@akerman.com,
ENJOLIQUE.AYTCH@AKERMAN.COM, grace.veniero@akerman.com

Steven G Reade    steven.reade@apks.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com,
nthompson@fsblaw.com

Bruce Davidson Oakley    bruce.oakley@hoganlovells.com, bdoakley@hhlaw.com,
jodie.maniet@hoganlovells.com, veatris.negrete@hoganlovells.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com,
catherine.mason@butlersnow.com, david.johnson@butlersnow.com,
diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Julie A. Hardin     jhardin@reedsmith.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

David George Oliveira     doliveira@rofllp.com

Dustin B. Rawlin     dustin.rawlin@tuckerellis.com, brenda.sweet@tuckerellis.com, darlene.hudeck@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com

David Scott Hartnett     dhartnett@shb.com

Melissa Foster Bird     melissa.fosterbird@nelsonmullins.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Lana K Varney     lana.varney@nortonrosefulbright.com, holly.kipp@nortonrosefulbright.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Micah Hobbs     mhobbs@shb.com

Robert Bruce Hurley, Jr     bhurley@kslaw.com

David M. Macdonald     dmacdonald@macdonalddevin.com

Heleina Lorraine Formoso     hformoso@kslaw.com

Jane E. Bockus     jbockus@coxsmith.com

Michael D. Napoli     mnapoli@coxsmith.com

Jennise W. Stubbs     jstubbs@shb.com, cshaddix@shb.com, dxbrown@shb.com, sthemeli@shb.com

Michelle Johnson     michelle.johnson@nelsonmullins.com

Christopher S. McRae     cmcrae@shb.com

Angel L. Tang     Angel_Tang@aporter.com, Angel.Tang@aporter.com

Carolyn Purwin Ryan     cpurwin@c-wlaw.com, cking@c-wlaw.com

Alan Fry     alan.fry@akerman.com

Emily A. Jung     ejung@shb.com

Andrew Cookingham     Andrew.Cookingham@tklaw.com

**Timothy D. Ryan**     tryan@schellcooley.com, cgayler@schellcooley.com

**Phoebe Anne Wilkinson**     Phoebe.Wilkinson@hoganlovells.com,
phoebe.wilkinson@hoganlovells.com, pwilkinson@chadbourne.com

**Lauren S Colton**     Lauren.Colton@hoganlovells.com

**Amanda Naes Shelton**     amanda.shelton@nelsonmullins.com

**Sarah L. Bunce**     sarah.bunce@tuckerellis.com

**Mark Christopher Sparks**     mark@mostynlaw.com, crcallahan@mostynlaw.com

**Kathleen A. Frazier**     kfrazier@shb.com

**Ronn B Kreps**     rkreps@fulbright.com

**J. Steven Mostyn**     jsmostyn@mostynlaw.com

**TXS/1:13-cv-00218 Notice will not be electronically mailed to:**

**Tracy G. Weiss**
**REED SMITH LLP**
**Three Logan Square**
**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**PAE/2:14-cv-06444 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Lee B Balefsky**     lee.balefsky@klinespecter.com

**Barbara R. Binis**     bbinis@reedsmith.com, kmccloskey@reedsmith.com

**Louis W. Schack**     lschack@reedsmith.com

**Michael J. Farrell**     mjf@farrell3.com

**Michael Bonasso**     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com,
nthompson@fsblaw.com

**Erik W. Legg**     EWL@farrell3.com

**MICHELLE L. TIGER**     michelle.tiger@klinespecter.com

**DAVID B. THOMAS**   dthomas@tcspllc.com, rdavis@tcspllc.com

**Jon A. Strongman**   jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

**Kenneth A. Murphy**   Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**   melissa.graff@dbr.com

**ANDREW P. REEVE**   andrew.reeve@dbr.com

**Joseph H. Blum**   jblum@shb.com

**Erin P. Loucks**   eloucks@shb.com

**PAE/2:14-cv-06444 Notice will not be electronically mailed to:**

**Alex G. Gross**
**REED SMITH LLP**
**Three Logan Square**
**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**TXS/3:14-cv-00070 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Michelle R Eddington**   michelle@mcdonaldworley.com

**Stephen Robert Lewis, Jr**   slewis@lewisandwilliams.com

**McDonald Scott Worley**   don@mcdonaldworley.com

**Donald Worley**   don@mcdonaldworley.com

**TXS/3:14-cv-00070 Notice will not be electronically mailed to:**

**MOE/4:13-cv-01763 Notice has been electronically mailed to:**

**HENRY G GARRARD, III**   hgarrard@bbga.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Edward Blizzard**    eblizzard@blizzardlaw.com, jpiper@blizzardlaw.com, mgreenberg@blizzardlaw.com

**Jeffrey J. Lowe**    jlowe@careydanis.com, cmiller@careydanis.com, econzelman@careydanis.com

**Andrew J. Cross**    across@careydanis.com

**Scott A Love**    slove@triallawfirm.com, bgreif@triallawfirm.com

**John J Carey**    jcarey@careydanis.com

**Derek H. Potts**    dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com, galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com, lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, rrojas@potts-law.com, wbarfield@potts-law.com

**Joseph P Danis**    jdanis@careydanis.com

**Bettina J. Strauss**    bjstrauss@bryancave.com

**Sarah Shoemake Doles**    sdoles@careydanis.com, amacdonald@careydanis.com, econzelman@careydanis.com

**W. Michael Moreland**    mmoreland@triallawfirm.com

**Kathryn A. Dugan**    kate.dugan@bryancave.com

**MOE/4:13-cv-01763 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00412 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Neil D. Overholtz**    noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com, pbarr@awkolaw.com, sgeisler@awkolaw.com

**Douglass A. Kreis**    dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

**James Gerard Stranch, IV**    gerards@bsjfirm.com, ecf-processor@bsjfirm.com, jennifers@bsjfirm.com

**Bryan Aylstock**    baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, churt@awkolaw.com

**D. Renee Baggett**    rbaggett@awkolaw.com

**Stacey A. Skillman**    sskillman@branstetterlaw.com

**KYW/3:12-cv-00412 Notice will not be electronically mailed to:**

**ME/2:16-cv-00063 Notice has been electronically mailed to:**

**Kevin M. Fitzgerald     kfitzgerald@lewissaul.com**

**ME/2:16-cv-00063 Notice will not be electronically mailed to:**

**IAN/5:13-cv-04009 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Willis J Hamilton     willis@hamiltonlawfirmpc.com**

**IAN/5:13-cv-04009 Notice will not be electronically mailed to:**

**PAE/2:14-cv-07213 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Lee B Balefsky     lee.balefsky@klinespecter.com**

**MICHELLE L. TIGER     michelle.tiger@klinespecter.com**

**JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

**Kenneth A. Murphy     Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF     melissa.graff@dbr.com**

**PAE/2:14-cv-07213 Notice will not be electronically mailed to:**

**CT/3:14-cv-00016 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Robert Reginald Simpson     rsimpson@goodwin.com**

**David M. Bernard     dbernard@koskoff.com**

**Christopher R. Drury     cdrury@goodwin.com**

**CT/3:14-cv-00016 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04276 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Catherine T. Heacox**     cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04276 Notice will not be electronically mailed to:**

**LAE/2:11-cv-02751 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Daniel E Becnel, Jr**     dbecnel@becnellaw.com

**Tracy W. Houck**     thouck@suddenlinkmail.com

**Ronald L Riggle**     riggron@gmail.com, pcharris@suddenlinkmail.com

**LAE/2:11-cv-02751 Notice will not be electronically mailed to:**

**Ethicon, Inc.**
**Route 22 West**
**Sommerville, NJ 08876**

**Douglas K Chia**
**Johnson & Johnson, Inc.**
**One Johnson & Johnson Plaza**
**New Brunswick, NJ 08933**

**MN/0:12-cv-03046 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Yvonne M Flaherty**     ymflaherty@locklaw.com

**MN/0:12-cv-03046 Notice will not be electronically mailed to:**

**ALM/1:13-cv-00100 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Douglas B King**   doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com, marcee.voss@woodenmclaughlin.com

**James David Martin**   martin@copelandfranco.com

**Bryan Aylstock**   baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, churt@awkolaw.com

**J. David Martin**   martin@copelandfranco.com

**Robert D Segall**   segall@copelandfranco.com

**ALM/1:13-cv-00100 Notice will not be electronically mailed to:**

**Johnson & Johnson**
**New Brunswick, NJ 08933**

**KYE/7:12-cv-00068 Notice has been electronically mailed to:**

**George M Fleming**   George_fleming@fleming-law.com, mary_marusik@fleming-law.com

**Karl N. Truman**   karltruman@trumanlaw.com

**Karen H Beyea-Schroeder**   Karen.schroeder@rburnettlaw.com

**KYE/7:12-cv-00068 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04296 Notice has been electronically mailed to:**

**Catherine T. Heacox**   cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04296 Notice will not be electronically mailed to:**

**ME/2:13-cv-00255 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Kevin M. Fitzgerald**   kfitzgerald@lewissaul.com

**ME/2:13-cv-00255 Notice will not be electronically mailed to:**

**MOE/4:13-cv-01085 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**William R. Stuart, III**    wstuart@sillscummis.com

**Seth S. Webb**    sethw@getbc.com, andeem@getbc.com, davidp@getbc.com, farrahh@getbc.com, krystalr@getbc.com, simones@getbc.com

**Lana K Varney**    lana.varney@nortonrosefulbright.com, holly.kipp@nortonrosefulbright.com

**MOE/4:13-cv-01085 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00841 Notice has been electronically mailed to:**

**Derek H. Potts**    dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com, galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com, lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, rrojas@potts-law.com, wbarfield@potts-law.com

**Timothy L. Sifers**    tsifers@potts-law.com

**Patricia Campbell**    pcampbell@potts-law.com

**MOW/4:12-cv-00841 Notice will not be electronically mailed to:**

**GAM/5:13-cv-00045 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Douglas B King**    doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com, marcee.voss@woodenmclaughlin.com

**Lori Gail Cohen**    cohenl@gtlaw.com, bennettd@gtlaw.com, gablel@gtlaw.com

**Kendall C Dunson**    kendall.dunson@beasleyallen.com

**Wesley Chadwick Cook**    chad.cook@beasleyallen.com, donna.hunter@beasleyallen.com, ellen.royal@beasleyallen.com, kim.owen@beasleyallen.com, tabitha.dean@beasleyallen.com

**Christiana C. Jacxsens**    jacxsensc@gtlaw.com

**Ivan Andrew Gustafson**    rlhuenefeld@ewhlaw.com

**P. Leigh O'Dell**    leigh.odell@beasleyallen.com, melisa.bruner@beasleyallen.com

**ANDY D BIRCHFIELD, JR**    andy.birchfield@beasleyallen.com

**Francis M. McDonald, Jr**   fmcdonald@mtwlegal.com

**GAM/5:13-cv-00045 Notice will not be electronically mailed to:**

**ILN/1:14-cv-05824 Notice has been electronically mailed to:**

**John Dames**   john.dames@dbr.com

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Michael Elliot Holden**   mholden@rblaw.net

**Casey James Johnson**   casey.johnson@dbr.com

**ILN/1:14-cv-05824 Notice will not be electronically mailed to:**

**CAC/2:17-cv-07588 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Douglas B King**   doug.king@woodenlawyers.com, gayle.williams@woodenmclaughlin.com, marcee.voss@woodenmclaughlin.com

**Lowell W. Finson**   lowell@finsonlawfirm.com

**Joshua J Wes**   joshua.wes@tuckerellis.com

**Aimee Wagstaff**   aimee.wagstaff@andruswagstaff.com, david.wool@andruswagstaff.com, kellie.johnson@andruswagstaff.com, kevin.rowe@andruswagstaff.com

**Mollie Fleming Benedict**   mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

**CAC/2:17-cv-07588 Notice will not be electronically mailed to:**

**Sean O. McCrary**
**Andrus Hood and Wagstaff PC**
**1999 Broadway Suite 4150**
**Denver, CO 80202**

**MOW/4:12-cv-01108 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,

mkabbash@riker.com

**Derek H. Potts**   **dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com, galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com, lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, rrojas@potts-law.com, wbarfield@potts-law.com**

**Timothy L. Sifers**   **tsifers@potts-law.com**

**Patricia Campbell**   **pcampbell@potts-law.com**

**Hans H. van Zanten**   **hvanzanten@potts-law.com**

**MOW/4:12-cv-01108 Notice will not be electronically mailed to:**

**ILS/3:12-cv-00699 Notice has been electronically mailed to:**

**Christy D. Jones**   **christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Matthew J. Daher**   **Mjdattorney1@gmail.com**

**ILS/3:12-cv-00699 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06388 Notice has been electronically mailed to:**

**Christy D. Jones**   **christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Lee B Balefsky**   **lee.balefsky@klinespecter.com**

**Clayton A Clark**   **cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com**

**JOE H. TUCKER, JR**   **jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

**Kenneth A. Murphy**   **Kenneth.Murphy@dbr.com**

**Lana K Varney**   **lana.varney@nortonrosefulbright.com, holly.kipp@nortonrosefulbright.com**

**MELISSA A GRAFF**   **melissa.graff@dbr.com**

**Cassandra Lee Matos**   **cmatos@reedsmith.com**

**Jana M. Landon**   **jlandon@stradley.com**

**PAE/2:14-cv-06388 Notice will not be electronically mailed to:**

Andrew J. Trevelise
**REED SMITH LLP**
**Three Logan Square**
**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**PAE/2:14-cv-06220 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Lee B Balefsky**     lee.balefsky@klinespecter.com

**Clayton A Clark**     cclark@TrialLawFirm.com, bdeady@triallawfirm.com,
**dblack@triallawfirm.com, twindham@triallawfirm.com**

**MICHELLE L. TIGER**     michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**PAE/2:14-cv-06220 Notice will not be electronically mailed to:**

**FLS/9:13-cv-81022 Notice has been electronically mailed to:**

**Patricia Elaine Lowry**     patricia.lowry@squiresanders.com

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Barbara Bolton Litten**     barbara.litten@squiresanders.com

**Bonita Herrmann Navin**     ban@kulaw.com, TERRI@KULAW.COM

**Jordan M Lewis**     jordan@jml-lawfirm.com

**FLS/9:13-cv-81022 Notice will not be electronically mailed to:**

**KYE/3:13-cv-00064 Notice has been electronically mailed to:**

**Mark K. Gray**     mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com

Doris A. Kim     dkim@grayandwhitelaw.com

Matthew L. White     mwhite@grayandwhitelaw.com

KYE/3:13-cv-00064 Notice will not be electronically mailed to:

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Ethicon, LLC
Route 22 West
Sommerville, NJ 08876

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

SD/1:16-cv-01038 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Jeffrey T. Embry     jeff@hossleyembry.com, george@hossleyembry.com,
katelyn@hossleyembry.com, kyna@hossleyembry.com

Thomas L. Sannes     tomsannes@itctel.com

SD/1:16-cv-01038 Notice will not be electronically mailed to:

PAE/2:15-cv-03028 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

PAE/2:15-cv-03028 Notice will not be electronically mailed to:

CAC/5:13-cv-00345 Notice has been electronically mailed to:

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Barbara R. Binis**   bbinis@reedsmith.com, kmccloskey@reedsmith.com

**Christopher Carl Cannon**   ccannon@ljdfa.com, Vmoreno@ljdfa.com

**Joshua J Wes**   joshua.wes@tuckerellis.com

**Peter De La Cerda**   peter@freeseandgoss.com

**Stewart Richard Albertson**   stewart@aldavlaw.com

**Stephanie Rae Hanning**   shanning@schmidvoiles.com, cdean@schmidvoiles.com

**Marissa Ann Warren**   mwarren@ljdfa.com

**David Stanley**   dstanley@reedsmith.com, aswenson@reedsmith.com, dbernal@reedsmith.com, ebuhr@reedsmith.com, gmunoz@reedsmith.com, kwan@reedsmith.com, mmandell@reedsmith.com

**Mollie Fleming Benedict**   mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

**Robert B. Fessinger**   rfessinger@sdhmidvoiles.com

**Kyle A. Cruse**   kcruse@schmidvoiles.com

**CAC/5:13-cv-00345 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06216 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**   lee.balefsky@klinespecter.com

**Clayton A Clark**   cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**MICHELLE L. TIGER**   michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**   jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**   Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**   melissa.graff@dbr.com

PAE/2:14-cv-06216 Notice will not be electronically mailed to:

TXN/3:12-cv-03948 Notice has been electronically mailed to:

Kip A Petroff    kpetroff@petroffassociates.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

David R. Noteware    david.noteware@tklaw.com

Janelle Lauren Davis    janelle.davis@tklaw.com

TXN/3:12-cv-03948 Notice will not be electronically mailed to:

OKN/4:12-cv-00311 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Michael J. Farrell    mjf@farrell3.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg    EWL@farrell3.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs    pcombs@tcspllc.com

Robert E. Price    rprice@levinlaw.com, jlee@levinlaw.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

SUSAN M. ROBINSON    srobinson@tcspllc.com

James DeNice Sill, Jr    jim@sill-law.com, ashley@sill-law.com, jim.sill@sillmedleylaw.com

OKN/4:12-cv-00311 Notice will not be electronically mailed to:

NYW/1:12-cv-00551 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,

catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Brian A. Goldstein     brian.goldstein@cellinoandbarnes.com**

**NYW/1:12-cv-00551 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06109 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Lee B Balefsky     lee.balefsky@klinespecter.com**

**MICHELLE L. TIGER     michelle.tiger@klinespecter.com**

**JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

**Kenneth A. Murphy     Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF     melissa.graff@dbr.com**

**PAE/2:14-cv-06109 Notice will not be electronically mailed to:**

**FLM/6:16-cv-02175 Notice has been electronically mailed to:**

**Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**William E. Lawton     wlawton@drml-law.com**

**Barbara R. Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com**

**BRENDA S. FULMER     bsf@searcylaw.com, afs@searcylaw.com, cbr@searcylaw.com, kkiziah@searcylaw.com, oap@searcylaw.com, svm@searcylaw.com**

**Clell Calvin Warriner, III     ccw@searcylaw.com, _ccwteam@searcylaw.com, cbr@searcylaw.com, oap@searcylaw.com**

**FLM/6:16-cv-02175 Notice will not be electronically mailed to:**

**CAE/2:15-cv-00775 Notice has been electronically mailed to:**

**Richard B. North, Jr**    richard.north@nelsonmullins.com,
Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com,
maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com,
miche.boles@nelsonmullins.com

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**John Charles Miller, Jr**    jmiller@millerlawinc.com

**CAE/2:15-cv-00775 Notice will not be electronically mailed to:**

**MSS/3:12-cv-00589 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Neville H. Boschert**    nboschert@joneswalker.com

**Shane F Langston**    shane@langstonlawyers.com

**Rebecca McRae Langston**    rebecca@langstonlawyers.com

**Kari L. Sutherland**    kari.sutherland@butlersnow.com

**Jessica Elizabeth Murray**    jessica@langstonlawyers.com

**Laura Louise Hill**    laura.dixon@butlersnow.com

**MSS/3:12-cv-00589 Notice will not be electronically mailed to:**

**PAE/2:14-cv-05415 Notice has been electronically mailed to:**

**Lee B Balefsky**    lee.balefsky@klinespecter.com

**MICHELLE L. TIGER**    michelle.tiger@klinespecter.com

**Jon A. Strongman**    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com,
abyard@shb.com, reickbush@shb.com

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

**Erin P. Loucks**    eloucks@shb.com

PAE/2:14-cv-05415 Notice will not be electronically mailed to:

CAN/3:12-cv-03547 Notice has been electronically mailed to:

Matthew D. Keenan     mkeenan@shb.com

Amy Eskin     aeskin@levinsimes.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William Levin     wlevin@levinsimes.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Rachel Beth Abrams     rabrams@levinsimes.com

Robert T. Adams     rtadams@shb.com

Laurel Simes     llsimes@lskg-law.com

CAN/3:12-cv-03547 Notice will not be electronically mailed to:

PAE/2:14-cv-06027 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

PAE/2:14-cv-06027 Notice will not be electronically mailed to:

VAE/2:12-cv-00101 Notice has been electronically mailed to:

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com,

miche.boles@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Mark P. Robinson, Jr     mrobinson@robinsonfirm.com, banderson@rcrlaw.net,
bzwirner@rcrsd.com, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com,
drobinson@rcrlaw.net, lmoen@rcrlaw.net, wpolischuk@rcrsd.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com,
catherine.mason@butlersnow.com, david.johnson@butlersnow.com,
diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DEBORAH A. MOELLER     dmoeller@fredlaw.com, ckirk@shb.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Matthew Brian Lerner     matthew.lerner@nelsonmullins.com

Karen Barth Menzies     kbm@classlawgroup.com, ecf@classlawgroup.com

Melissa Foster Bird     melissa.fosterbird@nelsonmullins.com

Daniel Stewart Robinson     drobinson@robinsonfirm.com, bzwirner@robinsonfirm.com,
drobinson@rcrsd.com, jrogers@rcrlaw.net

Philip J. Combs     pcombs@tcspllc.com

Marc E. Williams     marc.williams@nelsonmullins.com

Willard James Moody, Jr     will@moodyrrlaw.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Shannon Lukei     slukei@rcrlaw.net

Taylor T Daly     taylor.daly@nelsonmullins.com

VAE/2:12-cv-00101 Notice will not be electronically mailed to:

TNW/2:12-cv-02570 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Neil D. Overholtz    noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com, pbarr@awkolaw.com, sgeisler@awkolaw.com

TNW/2:12-cv-02570 Notice will not be electronically mailed to:

CAC/2:17-cv-07719 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Mark P. Robinson, Jr    mrobinson@robinsonfirm.com, banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net, wpolischuk@rcrsd.com

Barbara R. Binis    bbinis@reedsmith.com, kmccloskey@reedsmith.com

Karen Barth Menzies    kbm@classlawgroup.com, ecf@classlawgroup.com

Karen L. Karavatos    kkaravatos@rcrlaw.net, bzwirner@rcrlaw.net

Amanda C Robinson    arobinson@rcrlaw.net

Joshua J Wes    joshua.wes@tuckerellis.com

Michael Laurence Mandell    mmandell@reedsmith.com

David Stanley    dstanley@reedsmith.com, aswenson@reedsmith.com, dbernal@reedsmith.com, ebuhr@reedsmith.com, gmunoz@reedsmith.com, kwan@reedsmith.com, mmandell@reedsmith.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

CAC/2:17-cv-07719 Notice will not be electronically mailed to:

J-PAC, LLC
25 Centre Road
Somersworth, NH 03878-2927

OHS/1:12-cv-00448 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Rita A Maimbourg    rmaimbourg@tuckerellis.com

Theodore L Tsoras    TTsoras@RobinsonLegalOffices.com

Jillian M Suwanski    jsuwanski@bakerdonelson.com

OHS/1:12-cv-00448 Notice will not be electronically mailed to:

ME/1:16-cv-00062 Notice has been electronically mailed to:

Kevin M. Fitzgerald    kfitzgerald@lewissaul.com

ME/1:16-cv-00062 Notice will not be electronically mailed to:

KYW/1:12-cv-00115 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Neil D. Overholtz    noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com,
pbarr@awkolaw.com, sgeisler@awkolaw.com

Douglass A. Kreis    dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com,
mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

James Gerard Stranch, IV    gerards@bsjfirm.com, ecf-processor@bsjfirm.com,
jennifers@bsjfirm.com

Bryan Aylstock    baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com,
churt@awkolaw.com

D. Renee Baggett    rbaggett@awkolaw.com

Stacey A. Skillman    sskillman@branstetterlaw.com

KYW/1:12-cv-00115 Notice will not be electronically mailed to:

NJ/3:12-cv-04232 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Catherine T. Heacox    cth@lanierlawfirm.com, CTH@lanierlawfirm.com

NJ/3:12-cv-04232 Notice will not be electronically mailed to:

NJ/3:14-cv-04139 Notice has been electronically mailed to:

Richard B. North, Jr    richard.north@nelsonmullins.com,
Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com,

maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com,
miche.boles@nelsonmullins.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

ERIC HOWARD WEINBERG    ehw@erichweinberg.com, katyel@erichweinberg.com

NJ/3:14-cv-04139 Notice will not be electronically mailed to:

PAE/2:14-cv-02619 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    Kenneth.Murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

V. AMANDA WITTS    Awitts@tlgattorneys.com, JTucker@tlgattorneys.com,
dcrane@tlgattorneys.com, dfynes@tlgattorneys.com, mdonkor@tlgattorneys.com

PAE/2:14-cv-02619 Notice will not be electronically mailed to:

PAE/2:14-cv-06016 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com,
dblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**   melissa.graff@dbr.com

**PAE/2:14-cv-06016 Notice will not be electronically mailed to:**

**MN/0:12-cv-03044 Notice has been electronically mailed to:**

**Yvonne M Flaherty**   ymflaherty@locklaw.com

**MN/0:12-cv-03044 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06218 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Lee B Balefsky**   lee.balefsky@klinespecter.com

**Clayton A Clark**   cclark@TrialLawFirm.com, bdeady@triallawfirm.com,
dblack@triallawfirm.com, twindham@triallawfirm.com

**MICHELLE L. TIGER**   michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**   jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**   Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**   melissa.graff@dbr.com

**PAE/2:14-cv-06218 Notice will not be electronically mailed to:**

**CAE/1:13-cv-00027 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Peter De La Cerda**   peter@freeseandgoss.com

**Bradley A Snyder**   brads@sd4law.com

**Mollie Fleming Benedict**   mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

**CAE/1:13-cv-00027 Notice will not be electronically mailed to:**

**NYW/1:12-cv-00357 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,

MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Michael J. Farrell    mjf@farrell3.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg    EWL@farrell3.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs    pcombs@tcspllc.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

SUSAN M. ROBINSON    srobinson@tcspllc.com

Brian A. Goldstein    brian.goldstein@cellinoandbarnes.com

NYW/1:12-cv-00357 Notice will not be electronically mailed to:

NM/1:12-cv-00765 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Bill Robins, III    robins@heardrobins.com, cchica@heardrobins.com, cmendola@heardrobins.com, oviner@heardrobins.com

Justin Ross Kaufman    jkaufman@kdplawfirm.com, smonsey@heardrobins.com

NM/1:12-cv-00765 Notice will not be electronically mailed to:

TNW/2:12-cv-02564 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Neil D. Overholtz    noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com, pbarr@awkolaw.com, sgeisler@awkolaw.com

TNW/2:12-cv-02564 Notice will not be electronically mailed to:

PAW/2:13-cv-01721 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

C. James Zeszutek    james.zeszutek@dinslaw.com

Rolf Louis Patberg    rpatberg@patbergcarmodyging.com

PAW/2:13-cv-01721 Notice will not be electronically mailed to:

IAS/4:16-cv-00587 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Steven D Hamilton    steve@hamiltonlawfirmpc.com

Gregory M Lederer    glederer@lwclawyers.com

Megan R. Dimitt    mdimitt@lwclawyers.com

IAS/4:16-cv-00587 Notice will not be electronically mailed to:

LAW/6:13-cv-02366 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Brent A. Talbot    talbot@chaffe.com

Peter Joseph Rotolo, III    rotolo@chaffe.com

Anthony M Fazzio    anthonyfazzio@4906.glacoxmail.com

D. Blayne Honeycutt    dbhoneycutt@fayardlaw.com, benita@fayardlaw.com

LAW/6:13-cv-02366 Notice will not be electronically mailed to:

OHN/1:11-cv-01562 Notice has been electronically mailed to:

Richard B. North, Jr    richard.north@nelsonmullins.com,

Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com,
maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com,
miche.boles@nelsonmullins.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Gerald S. Leeseberg    gsl@leesebergvalentine.com

Mark Randall Mueller    breanne@muellerlaw.com, irma.prado@muellerlaw.com,
mark@muellerlaw.com, receptionist@muellerlaw.com

Susie Lin Hahn    shahn@leesebergvalentine.com

OHN/1:11-cv-01562 Notice will not be electronically mailed to:

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

MT/6:14-cv-00075 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

John C. Heenan    john@heenanlawfirm.com

Colette B. Davies    colette@bhdlawyers.com

MT/6:14-cv-00075 Notice will not be electronically mailed to:

PAE/2:14-cv-07215 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    Kenneth.Murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

**PAE/2:14-cv-07215 Notice will not be electronically mailed to:**

**NJ/3:15-cv-08806 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**ERIC HOWARD WEINBERG**    ehw@erichweinberg.com, katyel@erichweinberg.com

**NJ/3:15-cv-08806 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06023 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**    lee.balefsky@klinespecter.com

**MICHELLE L. TIGER**    michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

**PAE/2:14-cv-06023 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02902 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**James D. Barger**    jbarger@awkolaw.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

**ANDREW P. REEVE**    andrew.reeve@dbr.com

**PAE/2:15-cv-02902 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06385 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**     lee.balefsky@klinespecter.com

**Clayton A Clark**     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**JOE H. TUCKER, JR**     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**William Barfield**     wbarfield@potts-law.com, skhan@potts-law.com

**PAE/2:14-cv-06385 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03469 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Matthew D. Keenan**     mkeenan@shb.com

**Amy Eskin**     aeskin@levinsimes.com

**Michael Bonasso**     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

**William M. Gage**     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

**William Levin**     wlevin@levinsimes.com

**DAVID B. THOMAS**     dthomas@tcspllc.com, rdavis@tcspllc.com

**Jon A. Strongman**     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

**Rachel Beth Abrams**     rabrams@levinsimes.com

**Philip J. Combs**     pcombs@tcspllc.com

**Bryan T. Pratt**   bpratt@shb.com, bsmith@shb.com, cbellamy@shb.com

**Kari L. Sutherland**   kari.sutherland@butlersnow.com

**SUSAN M. ROBINSON**   srobinson@tcspllc.com

**Robert T. Adams**   rtadams@shb.com

**Laurel Simes**   llsimes@lskg-law.com

**CAN/3:12-cv-03469 Notice will not be electronically mailed to:**

**MOE/4:12-cv-01028 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Matthew J. Daher**   Mjdattorney1@gmail.com

**MOE/4:12-cv-01028 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06105 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**   lee.balefsky@klinespecter.com

**MICHELLE L. TIGER**   michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**   jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**   Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**   melissa.graff@dbr.com

**PAE/2:14-cv-06105 Notice will not be electronically mailed to:**

**PAE/5:14-cv-05414 Notice has been electronically mailed to:**

**Lee B Balefsky**   lee.balefsky@klinespecter.com

**MICHELLE L. TIGER**   michelle.tiger@klinespecter.com

**Jon A. Strongman**   jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

Erin P. Loucks     eloucks@shb.com

PAE/5:14-cv-05414 Notice will not be electronically mailed to:

CAC/2:15-cv-08789 Notice has been electronically mailed to:

John F Denove     firm@cdrb-law.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Joshua J Wes     joshua.wes@tuckerellis.com

Alicia S Curran     ascurran@cdrb-law.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

CAC/2:15-cv-08789 Notice will not be electronically mailed to:

PAE/5:16-cv-01658 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

ROSEMARY PINTO     rpinto@feldmanpinto.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

LAURA A. FELDMAN     lfeldman@feldmanpinto.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

PAE/5:16-cv-01658 Notice will not be electronically mailed to:

NV/2:13-cv-01716 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,

mkabbash@riker.com

**Barbara R. Binis**     bbinis@reedsmith.com, kmccloskey@reedsmith.com

**DAVID B. THOMAS**     dthomas@tcspllc.com, rdavis@tcspllc.com

**Artemus W. Ham, IV**     aham@egletlaw.com, badams@egletlaw.com, eentsminger@egletlaw.com, ksapp@egletlaw.com, nlittlejohn@egletlaw.com, reglet@egletlaw.com

**Kara B. Hendricks**     hendricksk@gtlaw.com

**Erica D. Entsminger**     eentsminger@egletlaw.com

**NV/2:13-cv-01716 Notice will not be electronically mailed to:**

**INN/3:12-cv-00369 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Douglas D Small**     dsmall@foleyandsmall.com, pwatson@foleyandsmall.com

**INN/3:12-cv-00369 Notice will not be electronically mailed to:**

**TNE/3:12-cv-00329 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Steve E Fox**     steve@foxandfarmer.com

**TNE/3:12-cv-00329 Notice will not be electronically mailed to:**

**NYW/1:12-cv-00318 Notice has been electronically mailed to:**

**Brian A. Goldstein**     brian.goldstein@cellinoandbarnes.com

**NYW/1:12-cv-00318 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06211 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**     lee.balefsky@klinespecter.com

**Clayton A Clark**    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**MICHELLE L. TIGER**    michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

**PAE/2:14-cv-06211 Notice will not be electronically mailed to:**

**KYE/5:12-cv-00153 Notice has been electronically mailed to:**

**Karen H Beyea-Schroeder**    Karen.schroeder@rburnettlaw.com

**Charles C. Adams, Jr**    chuck.adams@herrenadams.com

**KYE/5:12-cv-00153 Notice will not be electronically mailed to:**

**MN/0:13-cv-00574 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Tracy J Van Steenburgh**    tvan@halleland.com

**Yvonne M Flaherty**    ymflaherty@locklaw.com

**Jan R McLean Bernier**    jbernier@nilanjohnson.com

**MN/0:13-cv-00574 Notice will not be electronically mailed to:**

**NV/2:13-cv-00090 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Robert R. McCoy**    rmccoy@kcnvlaw.com, Rmccoy@kcnvlaw.com

**Joni A Jamison**    jjamison@kcnvlaw.com

**Mark G Henness**    MGHEsq@HennessandHaight.com

**David J Martin**    david@hennessandhaight.com

**NV/2:13-cv-00090 Notice will not be electronically mailed to:**

**MOE/4:12-cv-01030 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Matthew J. Daher**   Mjdattorney1@gmail.com

**MOE/4:12-cv-01030 Notice will not be electronically mailed to:**

**CT/3:13-cv-01169 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**James V. Sabatini**   sa@sabatinilaw.com

**CT/3:13-cv-01169 Notice will not be electronically mailed to:**

**MN/0:16-cv-00999 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Tracy J Van Steenburgh**   tvan@halleland.com

**Vincent J Moccio**   vincent@bennerotte.com

**Jan R McLean Bernier**   jbernier@nilanjohnson.com

**MN/0:16-cv-00999 Notice will not be electronically mailed to:**

**NJ/2:10-cv-06148 Notice has been electronically mailed to:**

**Richard B. North, Jr**   richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Donald Alan Migliori**     dmigliori@motleyrice.com, kdotson@motleyrice.com, ldonaldson@motleyrice.com

**Fred Thompson, III**     fthompson@motleyrice.com, FThompson@motleyrice.com, mbessis@motleyrice.com

**DAVID B. THOMAS**     dthomas@tcspllc.com, rdavis@tcspllc.com

**Matthew Brian Lerner**     matthew.lerner@nelsonmullins.com

**MELISSA A. GEIST**     mgeist@reedsmith.com

**Melissa Foster Bird**     melissa.fosterbird@nelsonmullins.com

**Fidelma Fitzpatrick**     ffitzpatrick@motleyrice.com, cqunell@motleyrice.com, ktaylor@motleyrice.com

**Marc E. Williams**     marc.williams@nelsonmullins.com

**Jonathan Orent**     jorent@motleyrice.com, kmenard@motleyrice.com

**Christopher Michael Placitella**     cplacitella@cprlaw.com

**Kari L. Sutherland**     kari.sutherland@butlersnow.com

**Taylor T Daly**     taylor.daly@nelsonmullins.com

**NJ/2:10-cv-06148 Notice will not be electronically mailed to:**

**Eric F Gladbach**
**REED SMITH LLP**
**599 Lexington Avenue**
**New York, NY 10022**

**KYW/3:13-cv-00467 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Kenneth H. Baker**     khbakerlaw1500@aol.com

**KYW/3:13-cv-00467 Notice will not be electronically mailed to:**

**PAE/2:14-cv-07214 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,

mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

PAE/2:14-cv-07214 Notice will not be electronically mailed to:

PAE/2:14-cv-06457 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

William Barfield     wbarfield@potts-law.com, skhan@potts-law.com

PAE/2:14-cv-06457 Notice will not be electronically mailed to:

KYW/3:12-cv-00512 Notice has been electronically mailed to:

Lawrence L. Jones, II     larry@jonesward.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Corey Ann Finn     corey@jonesward.com

KYW/3:12-cv-00512 Notice will not be electronically mailed to:

NYS/7:17-cv-07664 Notice has been electronically mailed to:

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Katherine E. Mayo**   katherineemayo@gmail.com

**NYS/7:17-cv-07664 Notice will not be electronically mailed to:**

**IAN/3:14-cv-03057 Notice has been electronically mailed to:**

**Richard A Stefani**   rickstefani@gsmlawyers.com

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Steven D Hamilton**   steve@hamiltonlawfirmpc.com

**Mary C. Hamilton**   mary@hamiltonlawfirmpc.com

**IAN/3:14-cv-03057 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04258 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Catherine T. Heacox**   cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04258 Notice will not be electronically mailed to:**

**NJ/3:12-cv-01815 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Marc D. Grossman**   mgrossman@thesandersfirm.com, rkassan@thesandersfirm.com

**NJ/3:12-cv-01815 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00156 Notice has been electronically mailed to:**

**Douglas B King**   doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com, marcee.voss@woodenmclaughlin.com

**Thomas P. Cartmell**   tcartmell@wcllp.com, m.goldwasser@wcllp.com

**Jeffrey M. Kuntz**   jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**Robert A. Henderson**   rhenderson@polsinelli.com

**MOW/4:13-cv-00156 Notice will not be electronically mailed to:**

**Jennifer L. Schuster**
**FROST BROWN TODD LCC**
**WinmatsConversion6**
**201 N. Illinois Street**
**Ste 1900, Po Box 44961**
**Indianapolis, IN 462440961**

**OHN/5:11-cv-02012 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Barbara R. Binis**   bbinis@reedsmith.com, kmccloskey@reedsmith.com

**Gerald S. Leeseberg**   gsl@leesebergvalentine.com

**Mark Randall Mueller**   breanne@muellerlaw.com, irma.prado@muellerlaw.com,
**mark@muellerlaw.com, receptionist@muellerlaw.com**

**Susie Lin Hahn**   shahn@leesebergvalentine.com

**OHN/5:11-cv-02012 Notice will not be electronically mailed to:**

**American Medical Systems, Inc.**
**10700 Bren Road West**
**Minnetonka, MN 55343**

**Renee Selman**
**Ethicon, Inc. d/b/a Gynecare, Inc. d/b/a Ethicon Women'**
**Route 22 West**
**Sommerville, NJ 08876**

**OHS/1:12-cv-00240 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**JOSEPH J. ZONIES**   jzonies@zonieslaw.com, gbentley@zonieslaw.com, jcox@zonieslaw.com,
**jreebel@zonieslaw.com, sshaver@zonieslaw.com**

**Seth W Schanher**    sschanher@dgmslaw.com

**OHS/1:12-cv-00240 Notice will not be electronically mailed to:**

**MN/0:14-cv-01473 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, **MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Michael Bonasso**    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, **nthompson@fsblaw.com**

**DAVID B. THOMAS**    dthomas@tcspllc.com, rdavis@tcspllc.com

**Jon A. Strongman**    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, **abyard@shb.com, reickbush@shb.com**

**Charles H. Johnson**    bdehkes@charleshjohnsonlaw.com

**Jonathan R Mencel**    jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-01473 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04202 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, **MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Douglas B King**    doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com, **marcee.voss@woodenmclaughlin.com**

**ERIC HOWARD WEINBERG**    ehw@erichweinberg.com, katyel@erichweinberg.com

**NJ/3:13-cv-04202 Notice will not be electronically mailed to:**

**TNE/2:15-cv-00056 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, **MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Anthony A Seaton**    tony@tonyseaton.com

**Robert Dwight Bates, II**    rbates@tonyseaton.com

**TNE/2:15-cv-00056 Notice will not be electronically mailed to:**

**Tracy G. Weiss**
**REED SMITH LLP**
**Three Logan Square**
**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**TNE/3:12-cv-00359 Notice has been electronically mailed to:**

**Christopher W Cantrell**     chris@doyleapc.com

**James Gerard Stranch, IV**     gerards@bsjfirm.com, ecf-processor@bsjfirm.com,
jennifers@bsjfirm.com

**William J. Doyle, II**     bill@doyleapc.com

**TNE/3:12-cv-00359 Notice will not be electronically mailed to:**

**OR/3:12-cv-01352 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Jeffrey A Bowersox**     jeffrey@bowersoxlaw.com

**OR/3:12-cv-01352 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00725 Notice has been electronically mailed to:**

**Derek H. Potts**     dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com,
galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com,
lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com,
rrojas@potts-law.com, wbarfield@potts-law.com

**Timothy L. Sifers**     tsifers@potts-law.com

**Patricia Campbell**     pcampbell@potts-law.com

**MOW/4:12-cv-00725 Notice will not be electronically mailed to:**

**CAC/2:12-cv-06940 Notice has been electronically mailed to:**

**Jeffrey A Milman**     jmilman@hml-lawyers.com

**Jessica L Wilber**     jvandenbrink@hml-lawyers.com

**Gary L Tysch**     gltysch@pacbell.net

**Joshua J Wes     joshua.wes@tuckerellis.com**

**Aimee Wagstaff     aimee.wagstaff@andruswagstaff.com, david.wool@andruswagstaff.com, kellie.johnson@andruswagstaff.com, kevin.rowe@andruswagstaff.com**

**Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com**

**CAC/2:12-cv-06940 Notice will not be electronically mailed to:**

**Sean O. McCrary**
**Andrus Hood and Wagstaff PC**
**1999 Broadway Suite 4150**
**Denver, CO 80202**

**NJ/3:12-cv-04375 Notice has been electronically mailed to:**

**James D. Barger     jbarger@awkolaw.com**

**NJ/3:12-cv-04375 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00924 Notice has been electronically mailed to:**

**Derek H. Potts     dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com, galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com, lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, rrojas@potts-law.com, wbarfield@potts-law.com**

**Timothy L. Sifers     tsifers@potts-law.com**

**Patricia Campbell     pcampbell@potts-law.com**

**MOW/4:12-cv-00924 Notice will not be electronically mailed to:**

**VT/5:15-cv-00080 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Stacey A. Adamski     SAA@essexvtlaw.com, sadamski@ellisboxer.com**

**VT/5:15-cv-00080 Notice will not be electronically mailed to:**

**Dr. Anne L. Viselli, M.D.**
**Vermont Urogynecology Associates PC**
**71 Knight Ln Ste 20**
**Williston, VT 05495**

**OKW/5:14-cv-00692 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Larry D. Ottaway**   larryottaway@oklahomacounsel.com

**Julie Rhoades**   jrhoades@thematthewslawfirm.com

**Amy Sherry Fischer**   amyfischer@oklahomacounsel.com

**Tim K Goss (Terminated)**   tim@freeseandgoss.com, kevin@freeseandgoss.com, peter@freeseandgoss.com, tbanno@freeseandgoss.com

**Matthew J. Sill**   msill@fulmersill.com, david@sill-law.com, lindar@sill-law.com, tosha@sill-law.com

**Andrew M Bowman**   andrewbowman@oklahomacounsel.com

**David Paul Matthews**   dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, cmulholland@thematthewslawfirm.com, lsantiago@thematthewslawfirm.com, msalazar@thematthewslawfirm.com

**Kevin L Edwards (Terminated)**   kevin@edwardsdelacerda.com

**Peter De La Cerda (Terminated)**   peter@freeseandgoss.com

**Timothy M. Bunson**   TIM@SILL-LAW.COM

**Tamara L. Banno (Terminated)**   Tbanno@tlb-law.com, tbanno@tlb-law.com

**OKW/5:14-cv-00692 Notice will not be electronically mailed to:**

**TXS/2:14-cv-00178 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Clayton A Clark**   cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**Scott A Love**   slove@triallawfirm.com, bgreif@triallawfirm.com

**William Michael Moreland**   mmoreland@triallawfirm.com, bgreif@triallawfirm.com

**Darrell Lee Barger**   dbarger@hdbdlaw.com

**Jeffrey Ray Vaughan**   jvaughan@triallawfirm.com,

MHERNANDEZ@TRIALLAWFIRM.COM

**Angela T Bongat**    abongat@hdbdlaw.com

**Dan Ballard**    danballard@ballardsimmons.com

**Wendy D. May**    wmay@hdbdlaw.com

**TXS/2:14-cv-00178 Notice will not be electronically mailed to:**

**KYW/3:12-cv-00388 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee Lawrence Coleman**    lcoleman@hughesandcoleman.com

**KYW/3:12-cv-00388 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06111 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**    lee.balefsky@klinespecter.com

**MICHELLE L. TIGER**    michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

**PAE/2:14-cv-06111 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04240 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Catherine T. Heacox**    cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04240 Notice will not be electronically mailed to:**

**MD/8:17-cv-00799 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Andrew N Sindler**    andrewsindler@gmail.com

**MD/8:17-cv-00799 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06018 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**    lee.balefsky@klinespecter.com

**Clayton A Clark**    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**MICHELLE L. TIGER**    michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

**PAE/2:14-cv-06018 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06029 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**    lee.balefsky@klinespecter.com

**Clayton A Clark**    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**JOE H. TUCKER, JR**    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

PAE/2:14-cv-06029 Notice will not be electronically mailed to:

MOE/4:15-cv-00923 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Joseph C. Orlet     joseph.orlet@huschblackwell.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com,
abyard@shb.com, reickbush@shb.com

Jeffrey M. Kuntz     jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

Randy J. Soriano     rjsoriano@bryancave.com

Robert F. Chandler     chandler@bscr-law.com

Timothy J Walsh     tim.walsh@nortonrosefulbright.com

Bettina J. Strauss     bjstrauss@bryancave.com

RAYMOND R. FOURNIE     rfournie@armstrongteasdale.com

Adrienne L. Hernandez     ahernandez@shb.com

Robert T. Adams     rtadams@shb.com

Carolyn Purwin Ryan     cpurwin@c-wlaw.com, cking@c-wlaw.com

Matthew D. Knepper     matt.knepper@huschblackwell.com

Adrienne L. Byard     abyard@shb.com

Tim Walsh     tim.walsh@nortonrosefulbright.com

Caroline Tinsley     caroline.tinsley@tuckerellis.com, carrie.lange@tuckerellis.com,
tracey.west@tuckerellis.com

MOE/4:15-cv-00923 Notice will not be electronically mailed to:

MOW/4:12-cv-00776 Notice has been electronically mailed to:

Thomas P. Cartmell     tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M. Kuntz     jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

MOW/4:12-cv-00776 Notice will not be electronically mailed to:

**NYW/1:12-cv-00273 Notice has been electronically mailed to:**

**Brian A. Goldstein     brian.goldstein@cellinoandbarnes.com**

**NYW/1:12-cv-00273 Notice will not be electronically mailed to:**

**NJ/3:15-cv-04639 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**ERIC HOWARD WEINBERG     ehw@erichweinberg.com, katyel@erichweinberg.com**

**NJ/3:15-cv-04639 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06113 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Lee B Balefsky     lee.balefsky@klinespecter.com**

**MICHELLE L. TIGER     michelle.tiger@klinespecter.com**

**JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

**Kenneth A. Murphy     Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF     melissa.graff@dbr.com**

**PAE/2:14-cv-06113 Notice will not be electronically mailed to:**

**OHS/2:12-cv-01099 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Frank E. Piscitelli, Jr.     frank@feplaw.com, pam@feplaw.com**

**OHS/2:12-cv-01099 Notice will not be electronically mailed to:**

**KS/2:15-cv-09068 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**

catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas P. Cartmell     tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M. Kuntz     jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

Theresa L.F. Levings     tlevings@badgerlevings.com

KS/2:15-cv-09068 Notice will not be electronically mailed to:

NYW/1:14-cv-00973 Notice has been electronically mailed to:

Theresa M. Walsh     twalsh@brownchiari.com

Steven T. Senior     ssenior@riker.com

NYW/1:14-cv-00973 Notice will not be electronically mailed to:

MOW/4:12-cv-00575 Notice has been electronically mailed to:

Derek H. Potts     dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com, galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com, lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, rrojas@potts-law.com, wbarfield@potts-law.com

Timothy L. Sifers     tsifers@potts-law.com

Patricia Campbell     pcampbell@potts-law.com

MOW/4:12-cv-00575 Notice will not be electronically mailed to:

PAE/2:15-cv-03035 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

Cassandra Lee Matos     cmatos@reedsmith.com

Jana M. Landon     jlandon@stradley.com

**PAE/2:15-cv-03035 Notice will not be electronically mailed to:**

**Andrew J. Trevelise**
**REED SMITH LLP**
**Three Logan Square**
**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**PAE/2:16-cv-04974 Notice has been electronically mailed to:**

**Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,**
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Lee B Balefsky      lee.balefsky@klinespecter.com**

**MICHELLE L. TIGER      michelle.tiger@klinespecter.com**

**Jon A. Strongman      jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com,**
**abyard@shb.com, reickbush@shb.com**

**Kenneth A. Murphy      kenneth.murphy@dbr.com**

**MELISSA A GRAFF      melissa.graff@dbr.com**

**ANDREW P. REEVE      andrew.reeve@dbr.com**

**Joseph H. Blum      jblum@shb.com**

**Erin P. Loucks      eloucks@shb.com**

**PAE/2:16-cv-04974 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06930 Notice has been electronically mailed to:**

**Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,**
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Lee B Balefsky      lee.balefsky@klinespecter.com**

**JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

**Kenneth A. Murphy      Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF      melissa.graff@dbr.com**

**PAE/2:14-cv-06930 Notice will not be electronically mailed to:**

**CAC/5:14-cv-01035 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Douglas F Welebir**   dfw@wtw-law.com

**CAC/5:14-cv-01035 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06106 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**   lee.balefsky@klinespecter.com

**Clayton A Clark**   cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**MICHELLE L. TIGER**   michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**   jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**   Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**   melissa.graff@dbr.com

**PAE/2:14-cv-06106 Notice will not be electronically mailed to:**

**MN/0:12-cv-02053 Notice has been electronically mailed to:**

**Charles H. Johnson**   bdehkes@charleshjohnsonlaw.com

**Jonathan R Mencel**   jmencel@charleshjohnsonlaw.com

**MN/0:12-cv-02053 Notice will not be electronically mailed to:**

**LAW/5:11-cv-01937 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Jon A. Strongman**   jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

**Tracy W. Houck**   thouck@suddenlinkmail.com

**Ronald L Riggle**   riggron@gmail.com, pcharris@suddenlinkmail.com

**LAW/5:11-cv-01937 Notice will not be electronically mailed to:**

**Boston Scientific Corporation**
**J. Raymond Elliot**
**One Boston Scientific Place**
**Natick, MA 01760**

**Ethicon, Inc.**
**Route 22 West**
**Sommerville, NJ 08876**

**Johnson & Johnson Inc.**
**Douglas K. Chia, Registered Agent**
**One Johnson & Johnson Plaza**
**New Brunswick, NJ 08933**

**Douglas K Chia**
**Johnson & Johnson, Inc.**
**One Johnson & Johnson Plaza**
**New Brunswick, NJ 08933**

**NJ/3:13-cv-04280 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Edward A Coleman**   ecoleman@lewissaul.com

**NJ/3:13-cv-04280 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00871 Notice has been electronically mailed to:**

**Thomas P. Cartmell**   tcartmell@wcllp.com, m.goldwasser@wcllp.com

**Jeffrey M. Kuntz**   jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**MOW/4:12-cv-00871 Notice will not be electronically mailed to:**

**CAC/2:13-cv-06289 Notice has been electronically mailed to:**

**Jason Aron Itkin**   jitkin@arnoldditkin.com, cmartinez@arnoldditkin.com,
**kbrown@arnoldditkin.com, nwexler@arnoldditkin.com, valford@arnoldditkin.com**

**Kurt B. Arnold**   karnold@arnoldditkin.com, jerickson@arnoldditkin.com,

kmcdonald@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Thomas Vincent Girardi     tgirardi@girardikeese.com, SFujimoto@GirardiKeese.com

Amy F. Solomon     asolomon@girardikeese.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Joshua J Wes     joshua.wes@tuckerellis.com

Micajah D Boatright     cboatright@arnolditkin.com

Lauren H Bragin     lauren.bragin@tuckerellis.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

J. Steven Mostyn     jsmostyn@mostynlaw.com

CAC/2:13-cv-06289 Notice will not be electronically mailed to:

ME/2:15-cv-00511 Notice has been electronically mailed to:

Kevin M. Fitzgerald     kfitzgerald@lewissaul.com

ME/2:15-cv-00511 Notice will not be electronically mailed to:

NM/2:18-cv-00181 Notice has been electronically mailed to:

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com,
catherine.mason@butlersnow.com, david.johnson@butlersnow.com,
diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Timothy C Holm     tch@modrall.com

Alex Cameron Walker     awalker@modrall.com, victorial@modrall.com

James P Lyle     pennname@prodigy.net

NM/2:18-cv-00181 Notice will not be electronically mailed to:

Prakash Ranka
4612 Windsor Ridge Drive
Irving, TX 75038

CT/3:14-cv-01346 Notice has been electronically mailed to:

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**James V. Sabatini**     sa@sabatinilaw.com

**CT/3:14-cv-01346 Notice will not be electronically mailed to:**

**FLM/6:12-cv-00361 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Huda Ajlani**     ajlanilaw@gmail.com

**FLM/6:12-cv-00361 Notice will not be electronically mailed to:**

**ILN/1:15-cv-11553 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Jay Paul Deratany**     jaypaulderatany@aol.com

**Megan S O'connor**     moconnor@lawinjury.com

**Michael A. Kosner**     mkosner@lawinjury.com

**ILN/1:15-cv-11553 Notice will not be electronically mailed to:**

**TXS/4:12-cv-00339 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Charles R Houssiere, III**     choussi@hdhtex.com, breeves@hdhtex.com, jmbrooks@hdhtex.com,
**jreznickova@hdhtex.com, rkauffman@hdhtex.com**

**Howard Louis Close**     close@wrightclose.com

**TXS/4:12-cv-00339 Notice will not be electronically mailed to:**

**NJ/3:13-cv-03947 Notice has been electronically mailed to:**

**Richard B. North, Jr    richard.north@nelsonmullins.com,**
**Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com,**
**maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com,**
**miche.boles@nelsonmullins.com**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,**
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**ERIC HOWARD WEINBERG    ehw@erichweinberg.com, katyel@erichweinberg.com**

**NJ/3:13-cv-03947 Notice will not be electronically mailed to:**

**ME/2:15-cv-00141 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,**
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Kevin M. Fitzgerald    kfitzgerald@lewissaul.com**

**MELISSA A GRAFF    melissa.graff@dbr.com**

**ME/2:15-cv-00141 Notice will not be electronically mailed to:**

**FLM/6:13-cv-01644 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,**
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Kenton V. Sands    kent@sandswhitesands.com**

**FLM/6:13-cv-01644 Notice will not be electronically mailed to:**

**GAN/1:11-cv-02460 Notice has been electronically mailed to:**

**HENRY G GARRARD, III    hgarrard@bbga.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com,**
**jab@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com**

**Richard B. North, Jr    richard.north@nelsonmullins.com,**
**Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com,**
**maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com,**
**miche.boles@nelsonmullins.com**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,**
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**

catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Marilyn Ann Moberg    mmoberg@reedsmith.com

Lori Gail Cohen    cohenl@gtlaw.com, bennettd@gtlaw.com, gablel@gtlaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Matthew Brian Lerner    matthew.lerner@nelsonmullins.com

Andrew Judson Hill, III    ahill@bbga.com

Melissa Foster Bird    melissa.fosterbird@nelsonmullins.com

Adam Bryant Land (Terminated)    abl@bbgbalaw.com

Gary B. Blasingame    gbb@bbgbalaw.com

Josh B. Wages    jwages@bbga.com

Marc E. Williams    marc.williams@nelsonmullins.com

James B. Matthews, III    jmatthews@bbga.com

Charles Wade Bowden    bowdenw@gtlaw.com

Justin Benjamin Aronson    aronsonj@gtlaw.com

Taylor T Daly    taylor.daly@nelsonmullins.com

Christine Marie Neuharth    cneuharth@reedsmith.com

Michelle Lyu Cheng    mcheng@reedsmith.com

Roxanne McClure Wilson    rwilson@reedsmith.com

Michael Kevin Brown    mkbrown@reedsmith.com, VBarreto@ReedSmith.com, cchillingworth@reedsmith.com, ealexander@reedsmith.com, mjacobson@reedsmith.com, sboranian@reedsmith.com, slauritzen@reedsmith.com

GAN/1:11-cv-02460 Notice will not be electronically mailed to:

KYW/3:12-cv-00680 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Mark K. Gray    mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com

Doris A. Kim     dkim@grayandwhitelaw.com

Matthew L. White     mwhite@grayandwhitelaw.com

KYW/3:12-cv-00680 Notice will not be electronically mailed to:

TXN/3:14-cv-03467 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

J Frank Kinsel, Jr     jkinsel@canteyhanger.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Tim K Goss     tim@freeseandgoss.com, kevin@freeseandgoss.com, peter@freeseandgoss.com,
tbanno@freeseandgoss.com

David Paul Matthews     dmatthews@thematthewslawfirm.com,
aharrison@thematthewslawfirm.com, cmulholland@thematthewslawfirm.com,
lsantiago@thematthewslawfirm.com, msalazar@thematthewslawfirm.com

Peter De La Cerda     peter@freeseandgoss.com

Richard A Capshaw     richard@capslaw.com, anna@capslaw.com

Carol Jean Traylor     ctraylor@canteyhanger.com

TXN/3:14-cv-03467 Notice will not be electronically mailed to:

TXS/4:12-cv-01478 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Bonnie E Spencer     bonniespencer@spencer-law.com, liceasims@spencer-law.com

TXS/4:12-cv-01478 Notice will not be electronically mailed to:

MA/1:13-cv-10576 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Michael Bonasso**    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

**DAVID B. THOMAS**    dthomas@tcspllc.com, rdavis@tcspllc.com

**Jon A. Strongman**    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

**Wesley Chadwick Cook**    chad.cook@beasleyallen.com, donna.hunter@beasleyallen.com, ellen.royal@beasleyallen.com, kim.owen@beasleyallen.com, tabitha.dean@beasleyallen.com

**P. Leigh O'Dell**    leigh.odell@beasleyallen.com, melisa.bruner@beasleyallen.com

**ANDY D BIRCHFIELD, JR**    andy.birchfield@beasleyallen.com

**Marianne C. LeBlanc**    mleblanc@sugarman.com

**MA/1:13-cv-10576 Notice will not be electronically mailed to:**

**NYS/1:16-cv-07106 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Howard M. File**    hfile@hmfesq.com

**NYS/1:16-cv-07106 Notice will not be electronically mailed to:**

**Ethicon LTD**
**PO Box 1988**
**Simpson Parkway, Kirkton Campus**
**Livingston, EH54 0AB**
**UK**

**Ethicon US LLC**
**4545 Creek Rd 3**
**Blue Ash, OH 45242-2839**

**MN/0:15-cv-00537 Notice has been electronically mailed to:**

**Robert J King, Jr**    rking@briggs.com

**MN/0:15-cv-00537 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06015 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,

mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com,
dblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    Kenneth.Murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

PAE/2:14-cv-06015 Notice will not be electronically mailed to:

PAE/2:15-cv-02904 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Kenneth A. Murphy    Kenneth.Murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

Cassandra Lee Matos    cmatos@reedsmith.com

PAE/2:15-cv-02904 Notice will not be electronically mailed to:

Andrew J. Trevelise
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

NJ/3:13-cv-04129 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

ERIC HOWARD WEINBERG    ehw@erichweinberg.com, katyel@erichweinberg.com

**MELISSA A. GEIST    mgeist@reedsmith.com**

**NJ/3:13-cv-04129 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04182 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**ERIC HOWARD WEINBERG    ehw@erichweinberg.com, katyel@erichweinberg.com**

**MELISSA A. GEIST    mgeist@reedsmith.com**

**NJ/3:13-cv-04182 Notice will not be electronically mailed to:**

**CAN/5:12-cv-06368 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Justin Scott Draa    jdraa@greenfieldlaw.com, channon@greenfieldlaw.com**

**Tyler G. Draa    tdraa@tgsdlaw.com**

**CAN/5:12-cv-06368 Notice will not be electronically mailed to:**

**MN/0:13-cv-00017 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Yvonne M Flaherty    ymflaherty@locklaw.com**

**MN/0:13-cv-00017 Notice will not be electronically mailed to:**

**MOE/4:13-cv-01249 Notice has been electronically mailed to:**

**HENRY G GARRARD, III    hgarrard@bbga.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com**

**Edward Blizzard    eblizzard@blizzardlaw.com, jpiper@blizzardlaw.com, mgreenberg@blizzardlaw.com**

**Jeffrey J. Lowe    jlowe@careydanis.com, cmiller@careydanis.com, econzelman@careydanis.com**

**Andrew J. Cross**    across@careydanis.com

**Scott A Love**    slove@triallawfirm.com, bgreif@triallawfirm.com

**Dan Ball**    dhball@bclplaw.com, lisa.keys@bclplaw.com

**John J Carey**    jcarey@careydanis.com

**Randy J. Soriano**    rjsoriano@bryancave.com

**Derek H. Potts**    dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com, galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com, lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, rrojas@potts-law.com, wbarfield@potts-law.com

**Bettina J. Strauss**    bjstrauss@bryancave.com

**Sarah Shoemake Doles**    sdoles@careydanis.com, amacdonald@careydanis.com, econzelman@careydanis.com

**Kathryn A. Dugan**    kate.dugan@bryancave.com

**MOE/4:13-cv-01249 Notice will not be electronically mailed to:**

**NJ/3:12-cv-00449 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Kelly Strange Crawford**    kcrawford@riker.com

**ANDREW LOWE O'CONNOR**    aoconnor@nagelrice.com

**NJ/3:12-cv-00449 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02374 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**James D. Barger**    jbarger@awkolaw.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

**ANDREW P. REEVE**     andrew.reeve@dbr.com

**Erin P. Loucks**     eloucks@shb.com

**PAE/2:15-cv-02374 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04283 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Edward A Coleman**     ecoleman@lewissaul.com

**NJ/3:13-cv-04283 Notice will not be electronically mailed to:**

**ME/2:15-cv-00238 Notice has been electronically mailed to:**

**Kevin M. Fitzgerald**     kfitzgerald@lewissaul.com

**ME/2:15-cv-00238 Notice will not be electronically mailed to:**

**GAM/1:12-cv-00002 Notice has been electronically mailed to:**

**S. Eric Rumanek**     eric.rumanek@troutmansanders.com

**Mark Randall Mueller**     breanne@muellerlaw.com, irma.prado@muellerlaw.com,
**mark@muellerlaw.com, mark@voodoocowboy.com, receptionist@muellerlaw.com**

**GAM/1:12-cv-00002 Notice will not be electronically mailed to:**

**PAE/2:12-cv-03991 Notice has been electronically mailed to:**

**Dianne M. Nast**     dnast@nastlaw.com

**PAE/2:12-cv-03991 Notice will not be electronically mailed to:**

**MOW/4:16-cv-00178 Notice has been electronically mailed to:**

**Thomas P. Cartmell**     tcartmell@wcllp.com, m.goldwasser@wcllp.com

**Jeffrey M. Kuntz**     jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**MOW/4:16-cv-00178 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06243 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**

mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com,
dblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

PAE/2:14-cv-06243 Notice will not be electronically mailed to:

PAW/2:16-cv-00431 Notice has been electronically mailed to:

Richard B. North, Jr     richard.north@nelsonmullins.com,
Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com,
maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com,
miche.boles@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Rolf Louis Patberg     rpatberg@patbergcarmodyging.com

PAW/2:16-cv-00431 Notice will not be electronically mailed to:

Generic Medical Devices, Inc.
5727 Baker Way N.W., Suite 201
Gig Harbor, WA 98332-5811

J-PAC, LLC
25 Centre Road
Somersworth, NH 03878-2927

PAE/2:14-cv-05424 Notice has been electronically mailed to:

Lee B Balefsky     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com,
abyard@shb.com, reickbush@shb.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

**MELISSA A GRAFF** melissa.graff@dbr.com

**Erin P. Loucks** eloucks@shb.com

**PAE/2:14-cv-05424 Notice will not be electronically mailed to:**

**TNM/3:13-cv-00864 Notice has been electronically mailed to:**

**David Randolph Smith** drs@drslawfirm.com, marlena@drslawfirm.com

**Dominick R. Smith** dom@drslawfirm.com

**William Lyon Chadwick, Jr** lyon@drslawfirm.com

**TNM/3:13-cv-00864 Notice will not be electronically mailed to:**

**Ethicon Endo-Surgery, Inc.**
**4545 Creek Rd.**
**Blue Ash, OH 45242-2803**

**Ethicon Endo-Surgery, LLC**
**c/o Registered Agent The Corporation Trust Company**
**1209 Orange St,**
**Wilmington, DE 19801**

**Ethicon LLC**
**Corporation Trust Center**
**1209 Orange Street**
**Wilmington, DE 19082**

**Ethicon, Inc.**
**Route 22 West**
**Sommerville, NJ 08876**

**Johnson & Johnson**
**One Johnson & Johnson Plaza**
**New Brunswick, NJ 08933**

**TXE/1:13-cv-00449 Notice has been electronically mailed to:**

**Richard B. North, Jr** richard.north@nelsonmullins.com,
Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com,
maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com,
miche.boles@nelsonmullins.com

**Christy D. Jones** christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Douglas B King    doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com, marcee.voss@woodenmclaughlin.com

Barbara R. Binis    bbinis@reedsmith.com, kmccloskey@reedsmith.com

DEBORAH A. MOELLER    dmoeller@fredlaw.com, ckirk@shb.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Dustin B. Rawlin    dustin.rawlin@tuckerellis.com, brenda.sweet@tuckerellis.com, darlene.hudeck@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com

Christopher Thomas Kirchmer    ckirchmer@provostumphrey.com, alee@pulf.com

Ronn B Kreps    rkreps@fulbright.com, ronn.kreps@nortonrosefulbright.com

TXE/1:13-cv-00449 Notice will not be electronically mailed to:

NH/1:14-cv-00149 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Hugh Joseph Turner, Jr    hugh.turner@akerman.com, ENJOLIQUE.AYTCH@AKERMAN.COM, grace.veniero@akerman.com

Leslie C Nixon    lcnixon56@gmail.com

Barbara R. Binis    bbinis@reedsmith.com, kmccloskey@reedsmith.com

Les Weisbrod    lweisbrod@millerweisbrod.com, aboone@millerweisbrod.com, lboling@millerweisbrod.com, mtrull@millerweisbrod.com, tnguyen@millerweisbrod.com

NH/1:14-cv-00149 Notice will not be electronically mailed to:

Tracy G. Weiss
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

NYN/3:16-cv-01377 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,

mkabbash@riker.com

Janet M Izzo    janetizzo@izzolawoffice.com

NYN/3:16-cv-01377 Notice will not be electronically mailed to:

PAE/2:14-cv-06244 Notice has been electronically mailed to:

Richard B. North, Jr    richard.north@nelsonmullins.com,
Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com,
maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com,
miche.boles@nelsonmullins.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com,
dblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    Kenneth.Murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

Cassandra Lee Matos    cmatos@reedsmith.com

PAE/2:14-cv-06244 Notice will not be electronically mailed to:

Andrew J. Trevelise
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

MOE/4:14-cv-00847 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

William R. Stuart, III    wstuart@sillscummis.com

**Michael S. Kruse**     kruse@ngklawfirm.com, mkruse859@hotmail.com, toth@ngklawfirm.com

**MOE/4:14-cv-00847 Notice will not be electronically mailed to:**

**MN/0:14-cv-04554 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Michael Bonasso**     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com,
**nthompson@fsblaw.com**

**DAVID B. THOMAS**     dthomas@tcspllc.com, rdavis@tcspllc.com

**Jon A. Strongman**     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com,
**abyard@shb.com, reickbush@shb.com**

**Charles H. Johnson**     bdehkes@charleshjohnsonlaw.com

**Jonathan R Mencel**     jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-04554 Notice will not be electronically mailed to:**

**RI/1:15-cv-00198 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Kathleen M. Guilfoyle**     kguilfoyle@campbell-trial-lawyers.com

**Sharon D. Sybel**     Sharon@briancunha.com

**RI/1:15-cv-00198 Notice will not be electronically mailed to:**

**IAS/1:12-cv-00034 Notice has been electronically mailed to:**

**Daniel B. Shuck**     Dan.Shuck@shucklawfirm.com

**Michael J. Farrell**     mjf@farrell3.com

**Erik W. Legg**     EWL@farrell3.com

**IAS/1:12-cv-00034 Notice will not be electronically mailed to:**

**CAC/2:13-cv-07382 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,

MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Bruce Michael Brusavich    brusavich@agnewbrusavich.com, dunn@agnewbrusavich.com

Tobin Dean Ellis    ellis@agnewbrusavich.com

CAC/2:13-cv-07382 Notice will not be electronically mailed to:

Ethicon SARL
Rue Puits Godet 20
Neuchatel, Switzerland, CH-2000

Ethicon SAS
1 Rue Camille Desmoulins, TSA
81002
Issy-Les-Moulineaux, F-92787
Cedex 9
France

Johnson & Johnson Medical GmbH
Robert-Koch-Str. 1
22851
Norderstedt, Germany,

Johnson & Johnson Medical Ltd
PO Box 1988
Livingston, West Lothian
EH54 0AB
Kirkton, Scotland,
UK

CAC/8:14-cv-01531 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Mark P. Robinson, Jr    banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net,
dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net,
mrobinson@robinsonfirm.com, wpolischuk@rcrsd.com

Karen Barth Menzies    kbm@classlawgroup.com, ecf@classlawgroup.com

Daniel Stewart Robinson    drobinson@robinsonfirm.com, bzwirner@robinsonfirm.com,
jrogers@rcrlaw.net

Amanda C Robinson    arobinson@rcrlaw.net

**Joshua J Wes     joshua.wes@tuckerellis.com**

**Jeffrey Ray Vaughan     jvaughan@triallawfirm.com,
MHERNANDEZ@TRIALLAWFIRM.COM**

**Shannon Lukei     slukei@rcrlaw.net**

**Lauren H Bragin     lauren.bragin@tuckerellis.com**

**Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com**

**CAC/8:14-cv-01531 Notice will not be electronically mailed to:**

**OR/2:12-cv-00863 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Jeffrey A Bowersox     jeffrey@bowersoxlaw.com**

**OR/2:12-cv-00863 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06021 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Lee B Balefsky     lee.balefsky@klinespecter.com**

**MICHELLE L. TIGER     michelle.tiger@klinespecter.com**

**JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

**Kenneth A. Murphy     Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF     melissa.graff@dbr.com**

**PAE/2:14-cv-06021 Notice will not be electronically mailed to:**

**INS/1:12-cv-01462 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Jeff S. Gibson     jgibson@cohenandmalad.com**

**INS/1:12-cv-01462 Notice will not be electronically mailed to:**

**NYW/1:12-cv-00271 Notice has been electronically mailed to:**

**Brian A. Goldstein     brian.goldstein@cellinoandbarnes.com**

**NYW/1:12-cv-00271 Notice will not be electronically mailed to:**

**KYW/3:13-cv-00484 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Mark K. Gray     mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com**

**Doris A. Kim     dkim@grayandwhitelaw.com**

**Matthew L. White     mwhite@grayandwhitelaw.com**

**KYW/3:13-cv-00484 Notice will not be electronically mailed to:**

**ILN/1:14-cv-04263 Notice has been electronically mailed to:**

**John Dames     john.dames@dbr.com**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Michael Elliot Holden     mholden@rblaw.net**

**Stephan David Blandin     sblandin@rblaw.net**

**Casey James Johnson     casey.johnson@dbr.com**

**Erin Valerie Calandriello     ecalandriello@rblaw.net, erin@glinklaw.com**

**ILN/1:14-cv-04263 Notice will not be electronically mailed to:**

**CAC/8:14-cv-01530 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Mark P. Robinson, Jr     banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net,**

dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net, mrobinson@robinsonfirm.com, wpolischuk@rcrsd.com

Karen Barth Menzies     kbm@classlawgroup.com, ecf@classlawgroup.com

Daniel Stewart Robinson     drobinson@robinsonfirm.com, bzwirner@robinsonfirm.com, jrogers@rcrlaw.net

Amanda C Robinson     arobinson@rcrlaw.net

Joshua J Wes     joshua.wes@tuckerellis.com

Jeffrey Ray Vaughan     jvaughan@triallawfirm.com, MHERNANDEZ@TRIALLAWFIRM.COM

Shannon Lukei     slukei@rcrlaw.net

Lauren H Bragin     lauren.bragin@tuckerellis.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

CAC/8:14-cv-01530 Notice will not be electronically mailed to:

PAE/2:14-cv-06549 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

PAE/2:14-cv-06549 Notice will not be electronically mailed to:

ARE/4:12-cv-00661 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Gail O. Matthews     rsanders@msslawfirm.com

**Clayton A Clark**    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**Scott A Love**    slove@triallawfirm.com, bgreif@triallawfirm.com

**LYN P. PRUITT**    lpruitt@mwlaw.com

**W. Michael Moreland**    mmoreland@triallawfirm.com

**Adria Conklin**    aconklin@mwlaw.com

**Doralee Idleman Chandler**    dchandler@msslawfirm.com

**ARE/4:12-cv-00661 Notice will not be electronically mailed to:**

**OHN/5:16-cv-00374 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Erica M. James**    erica.james@tuckerellis.com

**Rita A Maimbourg**    rmaimbourg@tuckerellis.com

**Stephen P. Griffin, Jr**    sgriffin@wr-law.com

**Michael J. Kahlenberg**    mkahlenberg@wr-law.com

**Michael D. Demchak**    mikdemchak@sssnet.com

**Vivianne Whalen Duffrin**    vduffrin@yahoo.com

**OHN/5:16-cv-00374 Notice will not be electronically mailed to:**

**Ethicon US, LLC**
**4545 Creek Rd. 3**
**Blue Ash, OH 45242**

**Johnson & Johnson Medical, Inc.**
**2500 Arbrook Blvd.**
**P.O. Box 90130**
**Arlington, TX 76004**

**ME/2:15-cv-00339 Notice has been electronically mailed to:**

**Kevin M. Fitzgerald**    kfitzgerald@lewissaul.com

**ME/2:15-cv-00339 Notice will not be electronically mailed to:**

**OHS/2:12-cv-00066 Notice has been electronically mailed to:**

**Melanie Sue Bailey     mbailey@burgsimpson.com**

**OHS/2:12-cv-00066 Notice will not be electronically mailed to:**

**NJ/3:14-cv-03628 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Edward A Coleman     ecoleman@lewissaul.com**

**NJ/3:14-cv-03628 Notice will not be electronically mailed to:**

**CT/3:12-cv-00799 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Kelly Elizabeth Reardon     kreardon@reardonlaw.com**

**CT/3:12-cv-00799 Notice will not be electronically mailed to:**

**OHS/3:16-cv-00062 Notice has been electronically mailed to:**

**Aaron Durden     agdlawyer@aol.com, aguersney@aol.com**

**OHS/3:16-cv-00062 Notice will not be electronically mailed to:**

**Ethicon, Inc.**
**Route 22 West**
**P.O. Box 151**
**Sommerville, NJ 08876**

**Ethicon, LLC**
**Route 22 West**
**Sommerville, NJ 08876**

**Johnson & Johnson**
**One Johnson & Johnson Plaza**
**New Brunswick, NJ 08933**

**PAE/2:14-cv-06456 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,**

MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

William Barfield     wbarfield@potts-law.com, skhan@potts-law.com

PAE/2:14-cv-06456 Notice will not be electronically mailed to:

PAE/2:16-cv-01660 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

ROSEMARY PINTO     rpinto@feldmanpinto.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

LAURA A. FELDMAN     lfeldman@feldmanpinto.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

PAE/2:16-cv-01660 Notice will not be electronically mailed to:

MN/0:12-cv-03045 Notice has been electronically mailed to:

Yvonne M Flaherty     ymflaherty@locklaw.com

MN/0:12-cv-03045 Notice will not be electronically mailed to:

KYE/5:12-cv-00204 Notice has been electronically mailed to:

Karl N. Truman     karltruman@trumanlaw.com

KYE/5:12-cv-00204 Notice will not be electronically mailed to:

**CAC/2:12-cv-10802 Notice has been electronically mailed to:**

**Mark P. Robinson, Jr**   mrobinson@robinsonfirm.com, banderson@rcrlaw.net,
bzwirner@rcrsd.com, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com,
drobinson@rcrlaw.net, lmoen@rcrlaw.net, wpolischuk@rcrsd.com

**Karen Barth Menzies**   kbm@classlawgroup.com, ecf@classlawgroup.com

**Daniel Stewart Robinson**   drobinson@robinsonfirm.com, bzwirner@robinsonfirm.com,
drobinson@rcrsd.com, jrogers@rcrlaw.net

**Amanda C Robinson**   arobinson@rcrsd.com

**Shannon Lukei**   slukei@rcrlaw.net

**CAC/2:12-cv-10802 Notice will not be electronically mailed to:**

**MOE/4:16-cv-01439 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Jeffrey J. Lowe**   jlowe@careydanis.com, cmiller@careydanis.com, econzelman@careydanis.com

**Andrew J. Cross**   across@careydanis.com

**Dan Ball**   dhball@bclplaw.com, lisa.keys@bclplaw.com

**John J Carey**   jcarey@careydanis.com

**Randy J. Soriano**   rjsoriano@bryancave.com

**Bettina J. Strauss**   bjstrauss@bryancave.com

**Sarah Shoemake Doles**   sdoles@careydanis.com, amacdonald@careydanis.com,
econzelman@careydanis.com

**James P. Emanuel, Jr**   james.emanuel@bryancave.com

**MOE/4:16-cv-01439 Notice will not be electronically mailed to:**

**MN/0:12-cv-02052 Notice has been electronically mailed to:**

**Charles H. Johnson**   bdehkes@charleshjohnsonlaw.com

**Jonathan R Mencel**   jmencel@charleshjohnsonlaw.com

**MN/0:12-cv-02052 Notice will not be electronically mailed to:**

**CAC/2:15-cv-05380 Notice has been electronically mailed to:**

**Jason Aron Itkin**   jitkin@arnolditkin.com, cmartinez@arnolditkin.com,
kbrown@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

**Kurt B. Arnold**   karnold@arnolditkin.com, jerickson@arnolditkin.com,
kmcdonald@arnolditkin.com, nwexler@arnolditkin.com

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Thomas Vincent Girardi (Terminated)**   tgirardi@girardikeese.com,
SFujimoto@GirardiKeese.com

**Paul R Kiesel**   kiesel@kiesel.law, jsalgueiro@kiesel.law

**Amy F. Solomon (Terminated)**   asolomon@girardikeese.com

**Helen E Zukin**   zukin@kiesel.law, cleofe@kiesel.law, palmer@kiesel.law, smendoza@kiesel.law

**Noah M. Wexler**   nwexler@arnolditkin.com, tpeebles@arnolditkin.com

**Joshua J Wes**   joshua.wes@tuckerellis.com

**Lauren H Bragin**   lauren.bragin@tuckerellis.com

**Mark Christopher Sparks**   mark@mostynlaw.com, crcallahan@mostynlaw.com

**Melanie Meneses Palmer**   palmer@kiesel.law

**Mollie Fleming Benedict**   mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

**J. Steven Mostyn**   jsmostyn@mostynlaw.com

**CAC/2:15-cv-05380 Notice will not be electronically mailed to:**

**MOE/4:14-cv-01403 Notice has been electronically mailed to:**

**HENRY G GARRARD, III**   hgarrard@bbga.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com,
jab@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Jeffrey J. Lowe**   jlowe@careydanis.com, cmiller@careydanis.com, econzelman@careydanis.com

Andrew J. Cross    across@careydanis.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

Scott A Love    slove@triallawfirm.com, bgreif@triallawfirm.com

John J Carey    jcarey@careydanis.com

Randy J. Soriano    rjsoriano@bryancave.com

Joseph P Danis    jdanis@careydanis.com

Bettina J. Strauss    bjstrauss@bryancave.com

Sarah Shoemake Doles    sdoles@careydanis.com, amacdonald@careydanis.com, econzelman@careydanis.com

W. Michael Moreland    mmoreland@triallawfirm.com

MOE/4:14-cv-01403 Notice will not be electronically mailed to:

CAN/3:14-cv-01543 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Ernest F. Koschineg    ekoschineg@c-wlaw.com, mwilliams@c-wlaw.com

Michelle Ann Childers    michelle.childers@dbr.com

Sally Francis White    sally.white@dbr.com

Young S. Lee    ylee@audetlaw.com

Mark Etheredge Burton, Jr    mburton@audetlaw.com

CAN/3:14-cv-01543 Notice will not be electronically mailed to:

MN/0:12-cv-01957 Notice has been electronically mailed to:

Charles S Zimmerman    charles.zimmerman@zimmreed.com, Tina.Olson@zimmreed.com, leslie.harms@zimmreed.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Michael J. Farrell**   mjf@farrell3.com

**William M. Gage**   william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

**Erik W. Legg**   EWL@farrell3.com

**DAVID B. THOMAS**   dthomas@tcspllc.com, rdavis@tcspllc.com

**Philip J. Combs**   pcombs@tcspllc.com

**Genevieve M Zimmerman**   gzimmerman@meshbesher.com, hsternquist@meshbesher.com

**Jason P Johnston**   Jason.Johnston@zimmreed.com, Jennifer.Galzki@zimmreed.com

**Kari L. Sutherland**   kari.sutherland@butlersnow.com

**SUSAN M. ROBINSON**   srobinson@tcspllc.com

**MN/0:12-cv-01957 Notice will not be electronically mailed to:**

**IAS/4:13-cv-00299 Notice has been electronically mailed to:**

**Steven D Hamilton**   steve@hamiltonlawfirmpc.com

**Mary C. Hamilton**   mary@hamiltonlawfirmpc.com

**IAS/4:13-cv-00299 Notice will not be electronically mailed to:**

**Ethicon, Inc.**
**Route 22 West**
**Sommerville, NJ 08876**

**Johnson & Johnson**
**One Johnson & Johnson Plaza**
**New Brunswick, NJ 08933**

**CT/3:13-cv-01595 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Barbara R. Binis**   bbinis@reedsmith.com, kmccloskey@reedsmith.com

**William M. Gage**   william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com,

diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

**DAVID B. THOMAS**     dthomas@tcspllc.com, rdavis@tcspllc.com

**Kari L. Sutherland**     kari.sutherland@butlersnow.com

**David M. Bernard**     dbernard@koskoff.com

**CT/3:13-cv-01595 Notice will not be electronically mailed to:**

**CAE/2:12-cv-02099 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Matthew D. Keenan**     mkeenan@shb.com

**Michael Bonasso**     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

**William M. Gage**     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

**DAVID B. THOMAS**     dthomas@tcspllc.com, rdavis@tcspllc.com

**Jon A. Strongman**     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

**Christopher W Cantrell**     ccantrell@doylelowther.com

**William J. Doyle, II**     bill@doyleapc.com

**Philip J. Combs**     pcombs@tcspllc.com

**Bryan T. Pratt**     bpratt@shb.com, bsmith@shb.com, cbellamy@shb.com

**Kari L. Sutherland**     kari.sutherland@butlersnow.com

**SUSAN M. ROBINSON**     srobinson@tcspllc.com

**Robert T. Adams**     rtadams@shb.com

**James R. Hail**     jim@doylelowther.com

**CAE/2:12-cv-02099 Notice will not be electronically mailed to:**

**MOW/4:12-cv-01039 Notice has been electronically mailed to:**

**Thomas P. Cartmell**   tcartmell@wcllp.com, m.goldwasser@wcllp.com

**Jeffrey M. Kuntz**   jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**MOW/4:12-cv-01039 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00577 Notice has been electronically mailed to:**

**Derek H. Potts**   dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com, galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com, lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, rrojas@potts-law.com, wbarfield@potts-law.com

**Timothy L. Sifers**   tsifers@potts-law.com

**Patricia Campbell**   pcampbell@potts-law.com

**MOW/4:12-cv-00577 Notice will not be electronically mailed to:**

**ARW/5:12-cv-05045 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Asa Hutchinson**   asa@ahlawgroup.com

**ARW/5:12-cv-05045 Notice will not be electronically mailed to:**

**CAN/3:12-cv-03336 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Matthew D. Keenan**   mkeenan@shb.com

**Amy Eskin**   aeskin@levinsimes.com

**Michael Bonasso**   mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

**William M. Gage**   william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

**William Levin**   wlevin@levinsimes.com

**DAVID B. THOMAS**     dthomas@tcspllc.com, rdavis@tcspllc.com

**Jon A. Strongman**     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

**Rachel Beth Abrams**     rabrams@levinsimes.com

**Philip J. Combs**     pcombs@tcspllc.com

**Bryan T. Pratt**     bpratt@shb.com, bsmith@shb.com, cbellamy@shb.com

**Kari L. Sutherland**     kari.sutherland@butlersnow.com

**SUSAN M. ROBINSON**     srobinson@tcspllc.com

**Robert T. Adams**     rtadams@shb.com

**Laurel Simes**     llsimes@lskg-law.com

**CAN/3:12-cv-03336 Notice will not be electronically mailed to:**

**OHN/5:12-cv-02909 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Frank E. Piscitelli, Jr.**     frank@feplaw.com, pam@feplaw.com

**OHN/5:12-cv-02909 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02569 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Neil D. Overholtz**     noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com, pbarr@awkolaw.com, sgeisler@awkolaw.com

**TNW/2:12-cv-02569 Notice will not be electronically mailed to:**

**KS/6:12-cv-01312 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Elizabeth S Dudley     liz@lizdudleylaw.com

KS/6:12-cv-01312 Notice will not be electronically mailed to:

NJ/3:14-cv-01754 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, katyel@erichweinberg.com

NJ/3:14-cv-01754 Notice will not be electronically mailed to:

Tracy G. Weiss
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

PAE/2:14-cv-06217 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

Louis W. Schack     lschack@reedsmith.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com,
dblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

PAE/2:14-cv-06217 Notice will not be electronically mailed to:

Alex G. Gross
REED SMITH LLP
Three Logan Square
1717 Arch Street

**Suite 3100**
**Philadelphia, PA 19103**

**Tracy G. Weiss**
**REED SMITH LLP**
**Three Logan Square**
**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**TXN/3:12-cv-01812 Notice has been electronically mailed to:**

**Christy D. Jones** christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Julie Rhoades** jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

**Tim K Goss** tim@freeseandgoss.com, kevin@freeseandgoss.com, peter@freeseandgoss.com, tbanno@freeseandgoss.com

**David Paul Matthews** dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, cmulholland@thematthewslawfirm.com, lsantiago@thematthewslawfirm.com, msalazar@thematthewslawfirm.com

**Kevin L Edwards** kevin@edwardsdelacerda.com

**Peter De La Cerda** peter@freeseandgoss.com

**Tamara L. Banno** Tbanno@tlb-law.com, tbanno@tlb-law.com

**TXN/3:12-cv-01812 Notice will not be electronically mailed to:**

**KYW/3:13-cv-00483 Notice has been electronically mailed to:**

**Christy D. Jones** christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Mark K. Gray** mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com

**Jon A. Strongman** jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

**Doris A. Kim** dkim@grayandwhitelaw.com

**Matthew L. White** mwhite@grayandwhitelaw.com

**KYW/3:13-cv-00483 Notice will not be electronically mailed to:**

**WAW/2:13-cv-00406 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Jeffrey Royal Johnson**    jjohnson@scheerlaw.com

**Gregory P Thatcher**    gthatcher@scheerlaw.com

**Paul H Beattie**    paul.beattie@rimonlaw.com

**WAW/2:13-cv-00406 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06224 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Lee B Balefsky**    lee.balefsky@klinespecter.com

**Clayton A Clark**    cclark@TrialLawFirm.com, bdeady@triallawfirm.com,
dblack@triallawfirm.com, twindham@triallawfirm.com

**MICHELLE L. TIGER**    michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

**PAE/2:14-cv-06224 Notice will not be electronically mailed to:**

**OR/3:12-cv-00867 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Jeffrey A Bowersox**    jeffrey@bowersoxlaw.com

**OR/3:12-cv-00867 Notice will not be electronically mailed to:**

**NYW/1:12-cv-00679 Notice has been electronically mailed to:**

**Brian A. Goldstein**    brian.goldstein@cellinoandbarnes.com

**NYW/1:12-cv-00679 Notice will not be electronically mailed to:**

**NJ/3:13-cv-04163 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Douglas B King**    doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com,
**marcee.voss@woodenmclaughlin.com**

**ERIC HOWARD WEINBERG**    ehw@erichweinberg.com, katyel@erichweinberg.com

**NJ/3:13-cv-04163 Notice will not be electronically mailed to:**

**INN/2:15-cv-00226 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Kimberly C. Metzger**    Kimberly.Metzger@icemiller.com, kimberly.metzger@icemiller.com,
**beth.barranger@icemiller.com, jessica.martin@icemiller.com, kiersten.kamman@icemiller.com,
ruth.jackson@icemiller.com**

**Brock Alvarado**    brock@gowithalvarez.com

**Kevin D Tessier**    ktessier@reedsmith.com

**INN/2:15-cv-00226 Notice will not be electronically mailed to:**

Tracy G. Weiss
**REED SMITH LLP**
**Three Logan Square**
**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**MOE/4:13-cv-01765 Notice has been electronically mailed to:**

**HENRY G GARRARD, III**    hgarrard@bbga.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com,
**jab@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Edward Blizzard**   eblizzard@blizzardlaw.com, jpiper@blizzardlaw.com, mgreenberg@blizzardlaw.com

**Jeffrey J. Lowe**   jlowe@careydanis.com, cmiller@careydanis.com, econzelman@careydanis.com

**Andrew J. Cross**   across@careydanis.com

**Scott A Love**   slove@triallawfirm.com, bgreif@triallawfirm.com

**John J Carey**   jcarey@careydanis.com

**Derek H. Potts**   dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com, galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com, lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, rrojas@potts-law.com, wbarfield@potts-law.com

**Joseph P Danis**   jdanis@careydanis.com

**Bettina J. Strauss**   bjstrauss@bryancave.com

**Sarah Shoemake Doles**   sdoles@careydanis.com, amacdonald@careydanis.com, econzelman@careydanis.com

**Kathryn A. Dugan**   kate.dugan@bryancave.com

**MOE/4:13-cv-01765 Notice will not be electronically mailed to:**

**TXN/3:13-cv-02639 Notice has been electronically mailed to:**

**Alexandra V. Boone**   aboone@millerweisbrod.com

**Les Weisbrod**   lweisbrod@millerweisbrod.com, lboling@millerweisbrod.com, mtrull@millerweisbrod.com, tnguyen@millerweisbrod.com

**Luke H Metzler**   lmetzler@millerweisbrod.com

**TXN/3:13-cv-02639 Notice will not be electronically mailed to:**

**DC/1:12-cv-01828 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Nathan I Finkelstein**   nat@fglawfirm.com

**Robert Jay Goldman**   rob@fglawfirm.com, adminstaff@fglawfirm.com

**DC/1:12-cv-01828 Notice will not be electronically mailed to:**

**Bruce Robert Parker**
**VENABLE LLP**
**750 East Pratt Street**
**Suite 900**
**Baltimore, MD 21202**

**MOW/4:12-cv-00668 Notice has been electronically mailed to:**

**Thomas P. Cartmell**    tcartmell@wcllp.com, m.goldwasser@wcllp.com

**Jeffrey M. Kuntz**    jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**MOW/4:12-cv-00668 Notice will not be electronically mailed to:**

**PAE/2:16-cv-01653 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**ROSEMARY PINTO**    rpinto@feldmanpinto.com

**JOE H. TUCKER, JR**    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**LAURA A. FELDMAN**    lfeldman@feldmanpinto.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

**ANDREW P. REEVE**    andrew.reeve@dbr.com

**PAE/2:16-cv-01653 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06221 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Lee B Balefsky**    lee.balefsky@klinespecter.com

**Clayton A Clark**    cclark@TrialLawFirm.com, bdeady@triallawfirm.com,
**dblack@triallawfirm.com, twindham@triallawfirm.com**

**MICHELLE L. TIGER**    michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    Kenneth.Murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

PAE/2:14-cv-06221 Notice will not be electronically mailed to:

CAC/2:12-cv-01620 Notice has been electronically mailed to:

Brian R. Strange    bstrange@strangeandbutler.com, gtatum@strangeandbutler.com,
jhood@strangeandbutler.com

Gretchen Carpenter    gretchen@gcarpenterlaw.com

John P Kristensen    john@kristensenlaw.com, neil@kristensenlaw.com

Brett Shainfeld    brett.shainfeld@gmail.com

Jessica F Anvar    Jessica@Shainfeld-Anvar.com

CAC/2:12-cv-01620 Notice will not be electronically mailed to:

PAE/2:15-cv-02918 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Kenneth A. Murphy    Kenneth.Murphy@dbr.com

James D. Barger    jbarger@awkolaw.com

MELISSA A GRAFF    melissa.graff@dbr.com

ANDREW P. REEVE    andrew.reeve@dbr.com

Cassandra Lee Matos    cmatos@reedsmith.com

PAE/2:15-cv-02918 Notice will not be electronically mailed to:

Andrew J. Trevelise
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

KYW/3:12-cv-00678 Notice has been electronically mailed to:

Mark K. Gray    mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com

Doris A. Kim     dkim@grayandwhitelaw.com

Matthew L. White     mwhite@grayandwhitelaw.com

KYW/3:12-cv-00678 Notice will not be electronically mailed to:

PAE/2:15-cv-03152 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

James D. Barger     jbarger@awkolaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

ANDREW P. REEVE     andrew.reeve@dbr.com

PAE/2:15-cv-03152 Notice will not be electronically mailed to:

MN/0:13-cv-01881 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Tracy J Van Steenburgh     tvan@halleland.com

Dustin B. Rawlin     dustin.rawlin@tuckerellis.com, brenda.sweet@tuckerellis.com,
darlene.hudeck@tuckerellis.com, jennifer.steinmetz@tuckerellis.com,
kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com

Michael K. Johnson     mjohnson@johnsonbecker.com, aarnold@johnsonbecker.com,
abackus@johnsonbecker.com, spatchen@johnsonbecker.com

Stacy K. Hauer     shauer@johnsonbecker.com

Jan R McLean Bernier     jbernier@nilanjohnson.com

MN/0:13-cv-01881 Notice will not be electronically mailed to:

NJ/3:12-cv-01017 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,

mkabbash@riker.com

Michael J. Farrell    mjf@farrell3.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg    EWL@farrell3.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Eric Chaffin    chaffin@chaffinluhana.com

Philip J. Combs    pcombs@tcspllc.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

SUSAN M. ROBINSON    srobinson@tcspllc.com

Roopal P. Luhana    luhana@chaffinluhana.com, kgoldhirsch@chaffinluhana.com

NJ/3:12-cv-01017 Notice will not be electronically mailed to:

MA/1:15-cv-13091 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Wesley Chadwick Cook    chad.cook@beasleyallen.com, donna.hunter@beasleyallen.com, ellen.royal@beasleyallen.com, kim.owen@beasleyallen.com, tabitha.dean@beasleyallen.com

P. Leigh O'Dell    leigh.odell@beasleyallen.com, melisa.bruner@beasleyallen.com

ANDY D BIRCHFIELD, JR    andy.birchfield@beasleyallen.com

Marianne C. LeBlanc    mleblanc@sugarman.com

MA/1:15-cv-13091 Notice will not be electronically mailed to:

**CAC/2:13-cv-06288 Notice has been electronically mailed to:**

**Jason Aron Itkin**     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

**Kurt B. Arnold**     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, nwexler@arnolditkin.com

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Thomas Vincent Girardi**     tgirardi@girardikeese.com, SFujimoto@GirardiKeese.com

**Amy F. Solomon**     asolomon@girardikeese.com

**Amanda Heather Kent**     akent@girardikeese.com, ilongoria@girardikeese.com

**Noah M. Wexler**     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

**Joshua J Wes**     joshua.wes@tuckerellis.com

**Micajah D Boatright**     cboatright@arnolditkin.com

**Lauren H Bragin**     lauren.bragin@tuckerellis.com

**Mollie Fleming Benedict**     mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

**J. Steven Mostyn**     jsmostyn@mostynlaw.com

**CAC/2:13-cv-06288 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06387 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**     lee.balefsky@klinespecter.com

**Clayton A Clark**     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**JOE H. TUCKER, JR**     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**William Barfield**     wbarfield@potts-law.com, skhan@potts-law.com

**PAE/2:14-cv-06387 Notice will not be electronically mailed to:**

**Tracy G. Weiss**
**REED SMITH LLP**
**Three Logan Square**
**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**PAE/2:15-cv-02911 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

**James D. Barger**     jbarger@awkolaw.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**ANDREW P. REEVE**     andrew.reeve@dbr.com

**Cassandra Lee Matos**     cmatos@reedsmith.com

**PAE/2:15-cv-02911 Notice will not be electronically mailed to:**

**Andrew J. Trevelise**
**REED SMITH LLP**
**Three Logan Square**
**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**MN/0:13-cv-03280 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**DAVID B. THOMAS**     dthomas@tcspllc.com, rdavis@tcspllc.com

**Charles H. Johnson**     bdehkes@charleshjohnsonlaw.com

**Jonathan R Mencel**     jmencel@charleshjohnsonlaw.com

**Lana K Varney**     lana.varney@nortonrosefulbright.com, holly.kipp@nortonrosefulbright.com

**MN/0:13-cv-03280 Notice will not be electronically mailed to:**

**ME/2:13-cv-00257 Notice has been electronically mailed to:**

**Kevin M. Fitzgerald     kfitzgerald@lewissaul.com**

**ME/2:13-cv-00257 Notice will not be electronically mailed to:**

**Ethicon, Inc.**
**Route 22 West**
**Sommerville, NJ 08876**

**Johnson & Johnson**
**One Johnson & Johnson Plaza**
**New Brunswick, NJ 08933**

**MOW/4:12-cv-00658 Notice has been electronically mailed to:**

**Derek H. Potts     dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com, galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com, lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, rrojas@potts-law.com, wbarfield@potts-law.com**

**Timothy L. Sifers     tsifers@potts-law.com**

**Patricia Campbell     pcampbell@potts-law.com**

**MOW/4:12-cv-00658 Notice will not be electronically mailed to:**

**PAE/2:14-cv-05416 Notice has been electronically mailed to:**

**Lee B Balefsky     lee.balefsky@klinespecter.com**

**MICHELLE L. TIGER     michelle.tiger@klinespecter.com**

**Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com**

**THOMAS R. KLINE     thomas.kline@klinespecter.com**

**Kenneth A. Murphy     Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF     melissa.graff@dbr.com**

**Erin P. Loucks     eloucks@shb.com**

**PAE/2:14-cv-05416 Notice will not be electronically mailed to:**

**TNE/1:12-cv-00225 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**James Paul Sizemore**    paul@sizemoretaylor.net

**Aimee Wagstaff**    aimee.wagstaff@andruswagstaff.com, david.wool@andruswagstaff.com, kellie.johnson@andruswagstaff.com, kevin.rowe@andruswagstaff.com

**TNE/1:12-cv-00225 Notice will not be electronically mailed to:**

**GAN/2:13-cv-00120 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Douglas B King**    doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com, marcee.voss@woodenmclaughlin.com

**DAVID B. THOMAS**    dthomas@tcspllc.com, rdavis@tcspllc.com

**Dustin B. Rawlin**    dustin.rawlin@tuckerellis.com, brenda.sweet@tuckerellis.com, darlene.hudeck@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com

**Michael Brandon Smith**    bsmith@cssfirm.com

**GAN/2:13-cv-00120 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00614 Notice has been electronically mailed to:**

**Derek H. Potts**    dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com, galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com, lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, rrojas@potts-law.com, wbarfield@potts-law.com

**Timothy L. Sifers**    tsifers@potts-law.com

**Patricia Campbell**    pcampbell@potts-law.com

**MOW/4:12-cv-00614 Notice will not be electronically mailed to:**

**NJ/3:15-cv-04638 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**ERIC HOWARD WEINBERG**    ehw@erichweinberg.com, katyel@erichweinberg.com

**NJ/3:15-cv-04638 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06931 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Lee B Balefsky    lee.balefsky@klinespecter.com**

**JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

**Kenneth A. Murphy    Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF    melissa.graff@dbr.com**

**PAE/2:14-cv-06931 Notice will not be electronically mailed to:**

**TNE/2:15-cv-00057 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Anthony A Seaton    tony@tonyseaton.com**

**Robert Dwight Bates, II    rbates@tonyseaton.com**

**TNE/2:15-cv-00057 Notice will not be electronically mailed to:**

**Tracy G. Weiss**
**REED SMITH LLP**
**Three Logan Square**
**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**TXN/3:12-cv-02838 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Tim K Goss    tim@freeseandgoss.com, kevin@freeseandgoss.com, peter@freeseandgoss.com, tbanno@freeseandgoss.com**

**Tamara L. Banno     Tbanno@tlb-law.com, tbanno@tlb-law.com**

**TXN/3:12-cv-02838 Notice will not be electronically mailed to:**

**CAC/2:14-cv-03367 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Daniel Mitchell Graham     dmgapc@aol.com, debwakeman@dmgapc.com**

**Joshua J Wes     joshua.wes@tuckerellis.com**

**Lauren H Bragin     lauren.bragin@tuckerellis.com**

**Dennis K. Ames     dames@ljdfa.com**

**Wendy E. Coulston     wcoulston@ljdfa.com**

**Robert J. Iacopino     riacopino@ljdfa.com**

**John C Kelly     jckelly@cktfmlaw.com**

**David P Pruett     dpruett@cktfmlaw.com, lmtheobald@cktfmlaw.com**

**Sandra J Carlson     scarlson@cktfmlaw.com, sjcarlson@cktfmlaw.com**

**Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com**

**CAC/2:14-cv-03367 Notice will not be electronically mailed to:**

**PAE/2:14-cv-07210 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Lee B Balefsky     lee.balefsky@klinespecter.com**

**Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com**

**MICHELLE L. TIGER     michelle.tiger@klinespecter.com**

**JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

**Kenneth A. Murphy     Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF    melissa.graff@dbr.com**

**PAE/2:14-cv-07210 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00901 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Derek H. Potts    dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com, galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com, lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, rrojas@potts-law.com, wbarfield@potts-law.com**

**Timothy L. Sifers    tsifers@potts-law.com**

**Patricia Campbell    pcampbell@potts-law.com**

**MOW/4:12-cv-00901 Notice will not be electronically mailed to:**

**ARW/5:12-cv-05084 Notice has been electronically mailed to:**

**Sean T. Keith    skeith@arkattorneys.com**

**ARW/5:12-cv-05084 Notice will not be electronically mailed to:**

**ME/2:16-cv-00061 Notice has been electronically mailed to:**

**Kevin M. Fitzgerald    kfitzgerald@lewissaul.com**

**ME/2:16-cv-00061 Notice will not be electronically mailed to:**

**MSS/3:13-cv-00320 Notice has been electronically mailed to:**

**Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**James H. Bolin    jay.bolin@butlersnow.com**

**Kari L. Sutherland    kari.sutherland@butlersnow.com**

**Stacy Everett Pepper    stacy@pepperodom.com**

**MSS/3:13-cv-00320 Notice will not be electronically mailed to:**

**CAE/2:12-cv-00701 Notice has been electronically mailed to:**

**Eric H Gibbs**   ehg@classlawgroup.com, ajd@classlawgroup.com, ecf@classlawgroup.com

**A J Bartolomeo**   ajd@girardgibbs.com

**CAE/2:12-cv-00701 Notice will not be electronically mailed to:**

**MT/1:15-cv-00128 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**John C. Heenan**   john@heenanlawfirm.com

**Colette B. Davies**   colette@bhdlawyers.com

**MT/1:15-cv-00128 Notice will not be electronically mailed to:**

**MN/0:12-cv-02217 Notice has been electronically mailed to:**

**Charles H. Johnson**   bdehkes@charleshjohnsonlaw.com

**Jonathan R Mencel**   jmencel@charleshjohnsonlaw.com

**MN/0:12-cv-02217 Notice will not be electronically mailed to:**

**NJ/3:12-cv-04254 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Catherine T. Heacox**   cth@lanierlawfirm.com, CTH@lanierlawfirm.com

**NJ/3:12-cv-04254 Notice will not be electronically mailed to:**

**MN/0:12-cv-01952 Notice has been electronically mailed to:**

**Charles H. Johnson**   bdehkes@charleshjohnsonlaw.com

**Jonathan R Mencel**   jmencel@charleshjohnsonlaw.com

**MN/0:12-cv-01952 Notice will not be electronically mailed to:**

**MN/0:12-cv-01150 Notice has been electronically mailed to:**

**Yvonne M Flaherty**   ymflaherty@locklaw.com

P. Leigh O'Dell    leigh.odell@beasleyallen.com, melisa.bruner@beasleyallen.com

ANDY D BIRCHFIELD, JR    andy.birchfield@beasleyallen.com

Eric Hermanson    hermansone@whiteandwilliams.com

MN/0:12-cv-01150 Notice will not be electronically mailed to:

TNE/2:15-cv-00055 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Anthony A Seaton    tony@tonyseaton.com

Robert Dwight Bates, II    rbates@tonyseaton.com

TNE/2:15-cv-00055 Notice will not be electronically mailed to:

Tracy G. Weiss
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

PAE/2:14-cv-06214 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    Kenneth.Murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

PAE/2:14-cv-06214 Notice will not be electronically mailed to:

PAW/2:16-cv-01747 Notice has been electronically mailed to:

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**John C. Conti**     jconti@dmclaw.com

**C. James Zeszutek**     james.zeszutek@dinslaw.com

**Marcus Bentley Schneider**     marcschneider@steeleschneider.com, nikkischneider@steeleschneider.com

**Lisa D. Dauer**     ldauer@dmclaw.com

**Justin M. Gottwald**     jgottwald@dmclaw.com

**Nicholas J Godfrey**     nicholas.godfrey@dinsmore.com

**Megan Justine Block**     mblock@dmclaw.com

**Hillary C. Cox**     hillarycox@steeleschneider.com

**PAW/2:16-cv-01747 Notice will not be electronically mailed to:**

**MN/0:14-cv-03164 Notice has been electronically mailed to:**

**Charles H. Johnson**     bdehkes@charleshjohnsonlaw.com

**Jonathan R Mencel**     jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-03164 Notice will not be electronically mailed to:**

**MA/1:14-cv-12900 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Michael Bonasso**     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

**DAVID B. THOMAS**     dthomas@tcspllc.com, rdavis@tcspllc.com

**Jon A. Strongman**     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

**Wesley Chadwick Cook**     chad.cook@beasleyallen.com, donna.hunter@beasleyallen.com, ellen.royal@beasleyallen.com, kim.owen@beasleyallen.com, tabitha.dean@beasleyallen.com

P. Leigh O'Dell    leigh.odell@beasleyallen.com, melisa.bruner@beasleyallen.com

ANDY D BIRCHFIELD, JR    andy.birchfield@beasleyallen.com

Marianne C. LeBlanc    mleblanc@sugarman.com

MA/1:14-cv-12900 Notice will not be electronically mailed to:

ME/1:13-cv-00267 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Kevin M. Fitzgerald    kfitzgerald@lewissaul.com

ME/1:13-cv-00267 Notice will not be electronically mailed to:

KYW/3:15-cv-00194 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Mark K. Gray    mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com

Doris A. Kim    dkim@grayandwhitelaw.com

Matthew L. White    mwhite@grayandwhitelaw.com

KYW/3:15-cv-00194 Notice will not be electronically mailed to:

CAC/2:13-cv-05026 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Jeffrey C Bogert    bogert@sizemorelawfirm.com

CAC/2:13-cv-05026 Notice will not be electronically mailed to:

OHN/5:11-cv-02676 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Beth S. Rose**     brose@sillscummis.com

**Craig A. Marvinney**     cmarvinney@walterhav.com

**Jon A. Strongman**     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com,
**abyard@shb.com, reickbush@shb.com**

**William R. Stuart, III**     wstuart@sillscummis.com

**Stephen E. Matasich**     sematasich@day-ketterer.com

**Brian R Wilson**     brian@n-wlaw.com

**Mark Randall Mueller**     breanne@muellerlaw.com, irma.prado@muellerlaw.com,
**mark@muellerlaw.com, mark@voodoocowboy.com, receptionist@muellerlaw.com**

**Erica M. James**     erica.james@tuckerellis.com

**Rita A Maimbourg**     rmaimbourg@tuckerellis.com

**OHN/5:11-cv-02676 Notice will not be electronically mailed to:**

**ME/2:13-cv-00393 Notice has been electronically mailed to:**

**Kevin M. Fitzgerald**     kfitzgerald@lewissaul.com

**ME/2:13-cv-00393 Notice will not be electronically mailed to:**

**Ethicon, Inc.**
**Route 22 West**
**Sommerville, NJ 08876**

**Ethicon, LLC**
**Route 22 West**
**Sommerville, NJ 08876**

**Johnson & Johnson**
**One Johnson & Johnson Plaza**
**New Brunswick, NJ 08933**

**KYW/3:13-cv-00480 Notice has been electronically mailed to:**

**Mark K. Gray**     mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com

**Doris A. Kim**     dkim@grayandwhitelaw.com

**Matthew L. White**     mwhite@grayandwhitelaw.com

**KYW/3:13-cv-00480 Notice will not be electronically mailed to:**

**NYW/1:12-cv-00738 Notice has been electronically mailed to:**

**Brian A. Goldstein     brian.goldstein@cellinoandbarnes.com**

**NYW/1:12-cv-00738 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06327 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Lee B Balefsky     lee.balefsky@klinespecter.com**

**Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com,
dblack@triallawfirm.com, twindham@triallawfirm.com**

**Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com,
abyard@shb.com, reickbush@shb.com**

**Kenneth A. Murphy     Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF     melissa.graff@dbr.com**

**Erin P. Loucks     eloucks@shb.com**

**PAE/2:14-cv-06327 Notice will not be electronically mailed to:**

**KS/2:13-cv-02344 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Douglas B King     doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com,
marcee.voss@woodenmclaughlin.com**

**Derek H. Potts     dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com,
galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com,
lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com,
rrojas@potts-law.com, wbarfield@potts-law.com**

**Timothy L. Sifers     tsifers@potts-law.com**

**KS/2:13-cv-02344 Notice will not be electronically mailed to:**

**GAN/1:11-cv-02217 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,**

MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Barbara R. Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

Lori Gail Cohen     cohenl@gtlaw.com, bennettd@gtlaw.com, gablel@gtlaw.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Audrey M Tolson     AudreyTolson@TolsonFirm.com

Nancy Karen Deming     karen.deming@troutmansanders.com, kay.deming@troutmansanders.com

S. Eric Rumanek     eric.rumanek@troutmansanders.com

Mark Randall Mueller     breanne@muellerlaw.com, irma.prado@muellerlaw.com, mark@muellerlaw.com, receptionist@muellerlaw.com

R. Scott Campbell     campbellrs@gtlaw.com

Johnathan T. Krawcheck     jkrawcheck@wwhgd.com

Hunter Smith Allen, Jr     hallen@amolawfirm.com

Cara Weiner     CWeiner@amolawfirm.com

Michael L. Brown     michael.brown@butlersnow.com

Brannon Jones Arnold     barnold@wwhgd.com

GAN/1:11-cv-02217 Notice will not be electronically mailed to:

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

LAW/3:16-cv-00857 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Tracy W. Houck     thouck@suddenlinkmail.com

Ronald L Riggle     riggron@gmail.com, pcharris@suddenlinkmail.com

LAW/3:16-cv-00857 Notice will not be electronically mailed to:

**PAE/2:14-cv-06112 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Lee B Balefsky     lee.balefsky@klinespecter.com**

**MICHELLE L. TIGER     michelle.tiger@klinespecter.com**

**JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

**Kenneth A. Murphy     Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF     melissa.graff@dbr.com**

**PAE/2:14-cv-06112 Notice will not be electronically mailed to:**

**ALN/2:12-cv-02449 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Kenneth Evan Riley     kriley@frplegal.com**

**ALN/2:12-cv-02449 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06223 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Lee B Balefsky     lee.balefsky@klinespecter.com**

**Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com**

**MICHELLE L. TIGER     michelle.tiger@klinespecter.com**

**JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

**Kenneth A. Murphy     Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF     melissa.graff@dbr.com**

**PAE/2:14-cv-06223 Notice will not be electronically mailed to:**

**MOE/4:12-cv-00899 Notice has been electronically mailed to:**

**Kevin J. Davidson     kevin@zevandavidson.com**

**MOE/4:12-cv-00899 Notice will not be electronically mailed to:**

**NM/1:15-cv-01106 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Richard A Sandoval     rick@sandovalfirm.com**

**NM/1:15-cv-01106 Notice will not be electronically mailed to:**

**TNW/2:12-cv-02616 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Matthew D. Keenan     mkeenan@shb.com**

**Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com**

**Neil D. Overholtz     noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com, pbarr@awkolaw.com, sgeisler@awkolaw.com**

**William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com**

**Douglass A. Kreis     dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com**

**DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com**

**Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com**

**Bryan Aylstock     baylstock@awkolaw.com, Jlindsey@awkolaw.com, baylstock@aws-law.com, churt@awkolaw.com**

**Joseph A. Osborne     josborne@oa-lawfirm.com, dmonahan@oa-lawfirm.com, rbell@oa-**

lawfirm.com

D. Renee Baggett      rbaggett@awkolaw.com

Bryan T. Pratt      bpratt@shb.com, bsmith@shb.com, cbellamy@shb.com

Kari L. Sutherland      kari.sutherland@butlersnow.com

Robert T. Adams      rtadams@shb.com

TNW/2:12-cv-02616 Notice will not be electronically mailed to:

ME/2:14-cv-00273 Notice has been electronically mailed to:

Kevin M. Fitzgerald      kfitzgerald@lewissaul.com

ME/2:14-cv-00273 Notice will not be electronically mailed to:

PAE/2:14-cv-06108 Notice has been electronically mailed to:

Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky      lee.balefsky@klinespecter.com

Clayton A Clark      cclark@TrialLawFirm.com, bdeady@triallawfirm.com,
dblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER      michelle.tiger@klinespecter.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy      Kenneth.Murphy@dbr.com

MELISSA A GRAFF      melissa.graff@dbr.com

PAE/2:14-cv-06108 Notice will not be electronically mailed to:

MOW/4:12-cv-00888 Notice has been electronically mailed to:

Thomas P. Cartmell      tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M. Kuntz      jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

MOW/4:12-cv-00888 Notice will not be electronically mailed to:

PAE/2:14-cv-06020 Notice has been electronically mailed to:

Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,

**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Lee B Balefsky     lee.balefsky@klinespecter.com**

**MICHELLE L. TIGER     michelle.tiger@klinespecter.com**

**JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

**Kenneth A. Murphy     Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF     melissa.graff@dbr.com**

**PAE/2:14-cv-06020 Notice will not be electronically mailed to:**

**NJ/3:13-cv-06570 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Edward A Coleman     ecoleman@lewissaul.com**

**NJ/3:13-cv-06570 Notice will not be electronically mailed to:**

**PAW/2:13-cv-01816 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**C. James Zeszutek     james.zeszutek@dinslaw.com**

**Elliott J. Schuchardt     elliott016@gmail.com**

**PAW/2:13-cv-01816 Notice will not be electronically mailed to:**

**MN/0:12-cv-01688 Notice has been electronically mailed to:**

**Charles S Zimmerman     charles.zimmerman@zimmreed.com, Tina.Olson@zimmreed.com, leslie.harms@zimmreed.com**

**Genevieve M Zimmerman     hsternquist@meshbesher.com**

**Jason P Johnston     Jason.Johnston@zimmreed.com, Jennifer.Galzki@zimmreed.com**

**MN/0:12-cv-01688 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06107 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Lee B Balefsky**     lee.balefsky@klinespecter.com

**Clayton A Clark**     cclark@TrialLawFirm.com, bdeady@triallawfirm.com,
**dblack@triallawfirm.com, twindham@triallawfirm.com**

**MICHELLE L. TIGER**     michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**PAE/2:14-cv-06107 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02927 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com**

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

**James D. Barger**     jbarger@awkolaw.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**ANDREW P. REEVE**     andrew.reeve@dbr.com

**Cassandra Lee Matos**     cmatos@reedsmith.com

**PAE/2:15-cv-02927 Notice will not be electronically mailed to:**

**Andrew J. Trevelise**
**REED SMITH LLP**
**Three Logan Square**
**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**PAE/2:16-cv-01652 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,

MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

JOE H. TUCKER, JR   jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy   Kenneth.Murphy@dbr.com

LAURA A. FELDMAN   lfeldman@feldmanpinto.com

MELISSA A GRAFF   melissa.graff@dbr.com

ANDREW P. REEVE   andrew.reeve@dbr.com

PAE/2:16-cv-01652 Notice will not be electronically mailed to:

PAE/2:11-cv-07507 Notice has been electronically mailed to:

Dianne M. Nast   dnast@nastlaw.com

Christy D. Jones   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

PAE/2:11-cv-07507 Notice will not be electronically mailed to:

NJ/3:14-cv-03505 Notice has been electronically mailed to:

Christy D. Jones   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

ERIC HOWARD WEINBERG   ehw@erichweinberg.com, katyel@erichweinberg.com

Jon A. Strongman   jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

NJ/3:14-cv-03505 Notice will not be electronically mailed to:

LAE/2:12-cv-02863 Notice has been electronically mailed to:

Christy D. Jones   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Anthony D. Irpino   airpino@irpinolaw.com, asims@irpinolaw.com, hcannata@irpinolaw.com, kgray@irpinolaw.com, lhiggins@irpinolaw.com, mfarrell@irpinolaw.com

James B. Irwin, V    jirwin@irwinllc.com

Bobby G. Hawkins    bhawkins@irpinolaw.com

LAE/2:12-cv-02863 Notice will not be electronically mailed to:

NYS/1:12-cv-07501 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Dustin B. Rawlin    dustin.rawlin@tuckerellis.com, brenda.sweet@tuckerellis.com,
darlene.hudeck@tuckerellis.com, jennifer.steinmetz@tuckerellis.com,
kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com

Eric Chaffin    chaffin@chaffinluhana.com

Lana K Varney    lana.varney@nortonrosefulbright.com, holly.kipp@nortonrosefulbright.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Roopal P. Luhana    luhana@chaffinluhana.com, Luhana@chaffinluhana.com,
kgoldhirsch@chaffinluhana.com

Morissa Robin Falk    falk@chaffinluhana.com

NYS/1:12-cv-07501 Notice will not be electronically mailed to:

Morissa R Falk
LABATON SUCHAROW LLP
140 Broadway
34th Floor
New York, NY 10005

VT/2:15-cv-00094 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Ritchie E. Berger    rberger@dinse.com

Matthew S Borick    mborick@drm.com

Walter E. Judge, Jr    wjudge@drm.com

**Catherine E. Clark, Esq**    catherineclark@cwf-pc.com

**VT/2:15-cv-00094 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00631 Notice has been electronically mailed to:**

**Derek H. Potts**    dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com,
galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com,
lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com,
rrojas@potts-law.com, wbarfield@potts-law.com

**Timothy L. Sifers**    tsifers@potts-law.com

**Patricia Campbell**    pcampbell@potts-law.com

**MOW/4:12-cv-00631 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06458 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Lee B Balefsky**    lee.balefsky@klinespecter.com

**Clayton A Clark**    cclark@TrialLawFirm.com, bdeady@triallawfirm.com,
dblack@triallawfirm.com, twindham@triallawfirm.com

**JOE H. TUCKER, JR**    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

**William Barfield**    wbarfield@potts-law.com, skhan@potts-law.com

**PAE/2:14-cv-06458 Notice will not be electronically mailed to:**

**CAS/3:13-cv-01639 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Nathan Aaron Shaman**    nathan@shamanlegal.com

**CAS/3:13-cv-01639 Notice will not be electronically mailed to:**

**CAC/2:13-cv-06284 Notice has been electronically mailed to:**

**Jason Aron Itkin**   jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

**Kurt B. Arnold**   karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, nwexler@arnolditkin.com

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Thomas Vincent Girardi**   tgirardi@girardikeese.com, SFujimoto@GirardiKeese.com

**Amy F. Solomon**   asolomon@girardikeese.com

**Amanda Heather Kent**   akent@girardikeese.com, ilongoria@girardikeese.com

**Joshua J Wes**   joshua.wes@tuckerellis.com

**Lauren H Bragin**   lauren.bragin@tuckerellis.com

**Mollie Fleming Benedict**   mollie.benedict@tuckerellis.com, estella.licon@tuckerellis.com

**J. Steven Mostyn**   jsmostyn@mostynlaw.com

**CAC/2:13-cv-06284 Notice will not be electronically mailed to:**

**MN/0:14-cv-04435 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**DAVID B. THOMAS**   dthomas@tcspllc.com, rdavis@tcspllc.com

**Charles H. Johnson**   bdehkes@charleshjohnsonlaw.com

**Jonathan R Mencel**   jmencel@charleshjohnsonlaw.com

**Lana K Varney**   lana.varney@nortonrosefulbright.com, holly.kipp@nortonrosefulbright.com

**MN/0:14-cv-04435 Notice will not be electronically mailed to:**

**KYW/3:15-cv-00682 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Mark K. Gray**   mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com

**Dustin B. Rawlin**   dustin.rawlin@tuckerellis.com, brenda.sweet@tuckerellis.com, darlene.hudeck@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com

**Matthew L. White**   mwhite@grayandwhitelaw.com

**Jacob Edward Levy**   jlevy@grayandwhitelaw.com, mgray@grayandwhitelaw.com

**Craig E Stewart**   stewartc@whiteandwilliams.com

**Eric Hermanson**   hermansone@whiteandwilliams.com

**KYW/3:15-cv-00682 Notice will not be electronically mailed to:**

**MN/0:14-cv-04912 Notice has been electronically mailed to:**

**Charles H. Johnson**   bdehkes@charleshjohnsonlaw.com

**Jonathan R Mencel**   jmencel@charleshjohnsonlaw.com

**MN/0:14-cv-04912 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00546 Notice has been electronically mailed to:**

**Thomas P. Cartmell**   tcartmell@wcllp.com, m.goldwasser@wcllp.com

**Jeffrey M. Kuntz**   jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**MOW/4:12-cv-00546 Notice will not be electronically mailed to:**

**GAN/1:11-cv-03903 Notice has been electronically mailed to:**

**HENRY G GARRARD, III**   hgarrard@bbga.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Andrew Judson Hill, III**   ahill@bbga.com

**Adam Bryant Land**   abl@bbgbalaw.com

**Gary B. Blasingame**   gbb@bbgbalaw.com

**Josh B. Wages**   jwages@bbga.com

**James B. Matthews, III**     jmatthews@bbga.com

**GAN/1:11-cv-03903 Notice will not be electronically mailed to:**

**Ethicon, Inc.**
**Route 22 West**
**Sommerville, NJ 08876**

**Douglas K Chia**
**Johnson & Johnson, Inc.**
**One Johnson & Johnson Plaza**
**New Brunswick, NJ 08933**

**MSS/3:12-cv-00406 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Shane F Langston**     shane@langstonlawyers.com

**Rebecca McRae Langston**     rebecca@langstonlawyers.com

**Kari L. Sutherland**     kari.sutherland@butlersnow.com

**Jessica Elizabeth Murray**     jessica@langstonlawyers.com

**ADAM SPICER**     adam.spicer@butlersnow.com

**MSS/3:12-cv-00406 Notice will not be electronically mailed to:**

**TXS/4:14-cv-02648 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

**Julie Rhoades**     jrhoades@thematthewslawfirm.com

**Tim K Goss**     tim@freeseandgoss.com, kevin@freeseandgoss.com, peter@freeseandgoss.com,
tbanno@freeseandgoss.com

**David Paul Matthews**     dmatthews@thematthewslawfirm.com,
aharrison@thematthewslawfirm.com, cmulholland@thematthewslawfirm.com,
lsantiago@thematthewslawfirm.com, msalazar@thematthewslawfirm.com

**Joseph Andrew Love**     love@wrightclose.com

**Kevin L Edwards**     kevin@edwardsdelacerda.com

Peter De La Cerda     peter@freeseandgoss.com

Richard A Capshaw     richard@capslaw.com, anna@capslaw.com

Tamara L. Banno     Tbanno@tlb-law.com, tbanno@tlb-law.com

TXS/4:14-cv-02648 Notice will not be electronically mailed to:

MOE/4:16-cv-01441 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Jeffrey J. Lowe     jlowe@careydanis.com, cmiller@careydanis.com, econzelman@careydanis.com

Andrew J. Cross     across@careydanis.com

Dan Ball     dhball@bclplaw.com, lisa.keys@bclplaw.com

John J Carey     jcarey@careydanis.com

Randy J. Soriano     rjsoriano@bryancave.com

Bettina J. Strauss     bjstrauss@bryancave.com

Sarah Shoemake Doles     sdoles@careydanis.com, amacdonald@careydanis.com, econzelman@careydanis.com

James P. Emanuel, Jr     james.emanuel@bryancave.com

John Francis Garvey, Jr     jgarvey@careydanis.com

MOE/4:16-cv-01441 Notice will not be electronically mailed to:

MOE/4:14-cv-01668 Notice has been electronically mailed to:

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Douglas B King     doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com, marcee.voss@woodenmclaughlin.com

**Bart C. Sullivan**     bsullivan@foxgalvin.com

**James M. Boyers**     jboyers@woodmclaw.com

**Joseph C. Orlet**     joseph.orlet@huschblackwell.com

**Jon A. Strongman**     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com,
abyard@shb.com, reickbush@shb.com

**Jeffrey M. Kuntz**     jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**Randy J. Soriano**     rjsoriano@bryancave.com

**Robert F. Chandler**     chandler@bscr-law.com

**Dustin B. Rawlin**     dustin.rawlin@tuckerellis.com, brenda.sweet@tuckerellis.com,
darlene.hudeck@tuckerellis.com, jennifer.steinmetz@tuckerellis.com,
kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com

**Timothy J Walsh**     tim.walsh@nortonrosefulbright.com

**Bettina J. Strauss**     bjstrauss@bryancave.com

**Adrienne L. Hernandez**     ahernandez@shb.com

**Robert T. Adams**     rtadams@shb.com

**Devin Kyle Ross**     dkross@shb.com, ckirk@shb.com

**Craig R. Klotz**     cklotz@jchildresslaw.com

**Matthew D. Knepper**     matt.knepper@huschblackwell.com

**Monte P. Clithero**     mclithero@taylorstafford.com

**James W Childress**     jchildress@jchildresslaw.com

**Caroline Tinsley**     caroline.tinsley@tuckerellis.com, carrie.lange@tuckerellis.com,
tracey.west@tuckerellis.com

**MOE/4:14-cv-01668 Notice will not be electronically mailed to:**

**Jennifer L. Schuster**
**FROST BROWN TODD LCC**
**WinmatsConversion6**
**201 N. Illinois Street**
**Ste 1900, Po Box 44961**
**Indianapolis, IN 462440961**

**KYW/3:12-cv-00679 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Mark K. Gray    mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com

Doris A. Kim    dkim@grayandwhitelaw.com

Matthew L. White    mwhite@grayandwhitelaw.com

KYW/3:12-cv-00679 Notice will not be electronically mailed to:

PAE/2:14-cv-06933 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    Kenneth.Murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

PAE/2:14-cv-06933 Notice will not be electronically mailed to:

NJ/3:15-cv-03409 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

ERIC HOWARD WEINBERG    ehw@erichweinberg.com, katyel@erichweinberg.com

NJ/3:15-cv-03409 Notice will not be electronically mailed to:

PAE/2:14-cv-07211 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     Kenneth.Murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

PAE/2:14-cv-07211 Notice will not be electronically mailed to:

MOE/4:12-cv-01087 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Kevin J. Davidson     kevin@zevandavidson.com

MOE/4:12-cv-01087 Notice will not be electronically mailed to:

OHS/2:14-cv-00044 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Erica M. James     erica.james@tuckerellis.com

OHS/2:14-cv-00044 Notice will not be electronically mailed to:

John N Ellem
Ellem Law Office
500 Green Street
PO Box 322
Parkersburg, WV 26102-0322

PAE/5:14-cv-07208 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

Clayton A Clark     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**MICHELLE L. TIGER**     michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**PAE/5:14-cv-07208 Notice will not be electronically mailed to:**

**TXN/3:12-cv-02477 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Darren Ray Wolf**     darren@darrenwolf.com

**TXN/3:12-cv-02477 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00195 Notice has been electronically mailed to:**

**Thomas P. Cartmell**     tcartmell@wcllp.com, m.goldwasser@wcllp.com

**Jeffrey M. Kuntz**     jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**MOW/4:12-cv-00195 Notice will not be electronically mailed to:**

**PAE/2:16-cv-01654 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**ROSEMARY PINTO**     rpinto@feldmanpinto.com

**JOE H. TUCKER, JR**     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

**LAURA A. FELDMAN**     lfeldman@feldmanpinto.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**ANDREW P. REEVE**     andrew.reeve@dbr.com

**PAE/2:16-cv-01654 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06419 Notice has been electronically mailed to:**

**Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Lee B Balefsky     lee.balefsky@klinespecter.com**

**Barbara R. Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com**

**Louis W. Schack     lschack@reedsmith.com**

**MICHELLE L. TIGER     michelle.tiger@klinespecter.com**

**Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com**

**Kenneth A. Murphy     Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF     melissa.graff@dbr.com**

**Cassandra Lee Matos     cmatos@reedsmith.com**

**Joseph H. Blum     jblum@shb.com**

**Jana M. Landon     jlandon@stradley.com**

**Erin P. Loucks     eloucks@shb.com**

**PAE/2:14-cv-06419 Notice will not be electronically mailed to:**

**Alex G. Gross
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103**

**Andrew J. Trevelise
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103**

**PAE/2:15-cv-02227 Notice has been electronically mailed to:**

**Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com,**

miche.boles@nelsonmullins.com

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

**James D. Barger**     jbarger@awkolaw.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**ANDREW P. REEVE**     andrew.reeve@dbr.com

**PAE/2:15-cv-02227 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06222 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Lee B Balefsky**     lee.balefsky@klinespecter.com

**Clayton A Clark**     cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

**MICHELLE L. TIGER**     michelle.tiger@klinespecter.com

**JOE H. TUCKER, JR**     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**PAE/2:14-cv-06222 Notice will not be electronically mailed to:**

**IAN/5:14-cv-04062 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Mary C. Hamilton**     mary@hamiltonlawfirmpc.com

**IAN/5:14-cv-04062 Notice will not be electronically mailed to:**

**OHS/2:12-cv-01083 Notice has been electronically mailed to:**

**Christy D. Jones**   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Frank E. Piscitelli, Jr.**   frank@feplaw.com, pam@feplaw.com

**OHS/2:12-cv-01083 Notice will not be electronically mailed to:**

**CAC/2:18-cv-00470 Notice has been electronically mailed to:**

**Bruce Michael Brusavich**   brusavich@agnewbrusavich.com, dunn@agnewbrusavich.com

**William M. Gage**   william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

**Alexander B Boris**   alex@agnewbrusavich.com

**CAC/2:18-cv-00470 Notice will not be electronically mailed to:**

Ethicon SARL
Rotzenbuehstrasse 55
Spreitenbach, CH-8957 Switzerland


Ethicon SAS
1 Rue Camille Desmoulins
Issy-Les-Moulineaux 92130

France

Johnson & Johnson Medical GmbH
Robert-Koch-Str. 1
22851
Norderstedt, Germany,

Johnson & Johnson Medical Ltd
Pinewood Campus
Nine Mile Ride
Wokingham, RG40 3EW
United Kingdom,

**ME/1:16-cv-00021 Notice has been electronically mailed to:**

**Kevin M. Fitzgerald**   kfitzgerald@lewissaul.com

**ME/1:16-cv-00021 Notice will not be electronically mailed to:**

**ILS/3:15-cv-00014 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Michael J Meyer**     mjmeyer@consolidated.net

**ILS/3:15-cv-00014 Notice will not be electronically mailed to:**

**KYW/3:14-cv-00034 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Mark K. Gray**     mgray@grayandwhitelaw.com, dkim@grayandwhitelaw.com

**Doris A. Kim**     dkim@grayandwhitelaw.com

**Matthew L. White**     mwhite@grayandwhitelaw.com

**KYW/3:14-cv-00034 Notice will not be electronically mailed to:**

**TXS/4:12-cv-02584 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Samuel A. Houston**     shouston@schlawyers.com, cfreeman@sschlaw.com

**Julie Rhoades**     jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

**Tim K Goss**     tim@freeseandgoss.com, kevin@freeseandgoss.com, peter@freeseandgoss.com, tbanno@freeseandgoss.com

**Stephen Robert Lewis, Jr**     slewis@lewisandwilliams.com

**TXS/4:12-cv-02584 Notice will not be electronically mailed to:**

**TXN/3:13-cv-04775 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Max E Freeman, II**    mfreeman@millerweisbrod.com

**Steven G Reade**    steven.reade@apks.com

**Alexandra V. Boone**    aboone@millerweisbrod.com

**Michael J. Farrell**    mjf@farrell3.com

**David R. Noteware**    david.noteware@tklaw.com

**William M. Gage**    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

**Erik W. Legg**    EWL@farrell3.com

**Julie A. Hardin**    jhardin@reedsmith.com

**DAVID B. THOMAS**    dthomas@tcspllc.com, rdavis@tcspllc.com

**Kari L. Sutherland**    kari.sutherland@butlersnow.com

**Cathryn R Paton**    cpaton@strlaw.net

**Les Weisbrod**    lweisbrod@millerweisbrod.com, aboone@millerweisbrod.com, lboling@millerweisbrod.com, mtrull@millerweisbrod.com, tnguyen@millerweisbrod.com

**Max Freeman**    mfreeman@millerweisbrod.com

**Jane E. Bockus**    jbockus@coxsmith.com

**Michael D. Napoli**    mnapoli@coxsmith.com

**Sandra C. Zamora**    szamora@coxsmith.com

**Angel L. Tang**    Angel_Tang@aporter.com, Angel.Tang@aporter.com

**Julie Hardin**    jhardin@reedsmith.com

**Lawrence R. Lassiter**    llassiter@millerweisbrod.com, mtrull@millerweisbrod.com

**Philipa Marie Remington**    premington@trtblaw.com

**Janelle Lauren Davis**    janelle.davis@tklaw.com

**TXN/3:13-cv-04775 Notice will not be electronically mailed to:**

**Tracy G. Weiss**
**REED SMITH LLP**
**Three Logan Square**

**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**NYN/5:14-cv-00028 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Eric C Nordby**    enordby@pnhlawyers.com

**Maha Munayyer Kabbash**    mkabbash@riker.com

**Michael Porter**    mporter@pnhlawyers.com, enordby@pnhlawyers.com

**NYN/5:14-cv-00028 Notice will not be electronically mailed to:**

**OKW/5:17-cv-00336 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Amy Sherry Fischer**    amyfischer@oklahomacounsel.com

**Mary Patricia Tate Westman**    mary@marywestmanlaw.com

**OKW/5:17-cv-00336 Notice will not be electronically mailed to:**

**CAC/8:12-cv-00417 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
**MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,**
**catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,**
**mkabbash@riker.com**

**Michael J. Farrell**    mjf@farrell3.com

**William M. Gage**    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
**brenda.jones@butlersnow.com, brian.jackson@butlersnow.com,**
**catherine.mason@butlersnow.com, david.johnson@butlersnow.com,**
**diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com**

**Erik W. Legg**    EWL@farrell3.com

**DAVID B. THOMAS**    dthomas@tcspllc.com, rdavis@tcspllc.com

**Ramon Rossi Lopez**    rlopez@lopezmchugh.com, wespitia@lopezmchugh.com

**Regina S Johnson**    rjohnson@lopezmchugh.com

**Troy Alexander Brenes**    Tbrenes@breneslawgroup.com, jsabol@breneslawgroup.com

**Philip J. Combs**    pcombs@tcspllc.com

**Kari L. Sutherland**    kari.sutherland@butlersnow.com

**SUSAN M. ROBINSON**    srobinson@tcspllc.com

**Pauline Toboulidis**    ptoboulidis@lopezmchugh.com

**Troy A. Brenes**    tbrenes@lopezmchugh.com

**CAC/8:12-cv-00417 Notice will not be electronically mailed to:**

**PAE/2:15-cv-02897 Notice has been electronically mailed to:**

**Christy D. Jones**    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Kenneth A. Murphy**    Kenneth.Murphy@dbr.com

**James D. Barger**    jbarger@awkolaw.com

**MELISSA A GRAFF**    melissa.graff@dbr.com

**ANDREW P. REEVE**    andrew.reeve@dbr.com

**Cassandra Lee Matos**    cmatos@reedsmith.com

**PAE/2:15-cv-02897 Notice will not be electronically mailed to:**

**Andrew J. Trevelise**
**REED SMITH LLP**
**Three Logan Square**
**1717 Arch Street**
**Suite 3100**
**Philadelphia, PA 19103**

**NYE/2:13-cv-01358 Notice has been electronically mailed to:**

**Jerrold S. Parker**    Jerry@yourlawyer.com

**Melanie H. Muhlstock**    mmuhlstock@yourlawyer.com, hkim@yourlawyer.com

**Raymond C Silverman**    rsilverman@yourlawyer.com, cdurant@yourlawyer.com

**NYE/2:13-cv-01358 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06245 Notice has been electronically mailed to:**

**Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Lee B Balefsky      lee.balefsky@klinespecter.com**

**Clayton A Clark      cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com**

**MICHELLE L. TIGER      michelle.tiger@klinespecter.com**

**JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com**

**Kenneth A. Murphy      Kenneth.Murphy@dbr.com**

**MELISSA A GRAFF      melissa.graff@dbr.com**

**PAE/2:14-cv-06245 Notice will not be electronically mailed to:**

**FLS/0:16-cv-62510 Notice has been electronically mailed to:**

**Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**Michael Austin Robb      mrobb@clarkrobb.com**

**James Kendall Clark      jclark@clarkrobb.com**

**FLS/0:16-cv-62510 Notice will not be electronically mailed to:**

**Ethicon LTD
Simpson Parkway, Kirkton Campus
PO Box 1988
Livingston, EH54 0AB
UK**

**MOW/3:14-cv-05156 Notice has been electronically mailed to:**

**Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com**

**David E. Overby      deovrby@cs.com**

**Roger Alan Johnson**     rjohnson@rj-laws.com, evorhees@rj-laws.com

**Glenn Russell Gulick**     glenn@4stateslaw.com, karen@4stateslaw.com

**Michael J. Patton**     mpatton@trdlp.com

**Jeffrey T Davis**     jdavis@trdlp.com

**MOW/3:14-cv-05156 Notice will not be electronically mailed to:**

**MOW/4:12-cv-00874 Notice has been electronically mailed to:**

**Derek H. Potts**     dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com, galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com, lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, rrojas@potts-law.com, wbarfield@potts-law.com

**Timothy L. Sifers**     tsifers@potts-law.com

**Patricia Campbell**     pcampbell@potts-law.com

**MOW/4:12-cv-00874 Notice will not be electronically mailed to:**

**NYW/1:18-cv-00101 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**Theresa M. Walsh**     twalsh@brownchiari.com

**Steven T. Senior**     ssenior@riker.com

**NYW/1:18-cv-00101 Notice will not be electronically mailed to:**

**GAN/1:12-cv-02073 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**H. Forest Horne, Jr**     hfh@m-j.com

**Michael J. Farrell**     mjf@farrell3.com

**William M. Gage**     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com,

diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg     EWL@farrell3.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs     pcombs@tcspllc.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Carolyn R. Guest     crg@m-j.com

SUSAN M. ROBINSON     srobinson@tcspllc.com

Carrie R. Guest     crg@m-j.com

Samuel L. Starks     sls@m-j.com

GAN/1:12-cv-02073 Notice will not be electronically mailed to:

NJ/3:13-cv-04162 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Douglas B King     doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com, marcee.voss@woodenmclaughlin.com

ERIC HOWARD WEINBERG     ehw@erichweinberg.com, katyel@erichweinberg.com

NJ/3:13-cv-04162 Notice will not be electronically mailed to:

MOW/4:12-cv-00784 Notice has been electronically mailed to:

Thomas P. Cartmell     tcartmell@wcllp.com, m.goldwasser@wcllp.com

Jeffrey M. Kuntz     jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

MOW/4:12-cv-00784 Notice will not be electronically mailed to:

NYW/6:14-cv-06386 Notice has been electronically mailed to:

Anna C. Czarples     anna@jakewelchlaw.com

NYW/6:14-cv-06386 Notice will not be electronically mailed to:

PAE/2:12-cv-01483 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,

MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

PAE/2:12-cv-01483 Notice will not be electronically mailed to:

KS/2:13-cv-02469 Notice has been electronically mailed to:

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Douglas B King     doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com, marcee.voss@woodenmclaughlin.com

Barbara R. Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

William R. Stuart, III     wstuart@sillscummis.com

Dustin B. Rawlin     dustin.rawlin@tuckerellis.com, brenda.sweet@tuckerellis.com, darlene.hudeck@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com, kristina.susinskas@tuckerellis.com

Lana K Varney     lana.varney@nortonrosefulbright.com, holly.kipp@nortonrosefulbright.com

Theresa L.F. Levings     tlevings@badgerlevings.com

Melissa L. Steed     msteed@etkclaw.com

Micah Hobbs     mhobbs@shb.com

Christopher S. McRae     cmcrae@shb.com

Leah M. Mason     lmason@etkclaw.com

KS/2:13-cv-02469 Notice will not be electronically mailed to:

LAE/2:12-cv-00880 Notice has been electronically mailed to:

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,

MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Val P Exnicios    vpexnicios@exnicioslaw.com, bsergi@exnicioslaw.com

Carlos Alberto Ramirez    cramirez@exnicioslaw.com

LAE/2:12-cv-00880 Notice will not be electronically mailed to:

PAE/2:14-cv-06247 Notice has been electronically mailed to:

Richard B. North, Jr    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

Clayton A Clark    cclark@TrialLawFirm.com, bdeady@triallawfirm.com, dblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    Kenneth.Murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

PAE/2:14-cv-06247 Notice will not be electronically mailed to:

ME/2:15-cv-00341 Notice has been electronically mailed to:

Kevin M. Fitzgerald    kfitzgerald@lewissaul.com

ME/2:15-cv-00341 Notice will not be electronically mailed to:

MOE/4:15-cv-00034 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Bart C. Sullivan    bsullivan@foxgalvin.com

**Thomas P. Cartmell**     tcartmell@wcllp.com, m.goldwasser@wcllp.com

**Joseph C. Orlet**     joseph.orlet@huschblackwell.com

**Jon A. Strongman**     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

**Jeffrey M. Kuntz**     jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

**Bettina J. Strauss**     bjstrauss@bryancave.com

**Micah Hobbs**     mhobbs@shb.com

**Robert T. Adams**     rtadams@shb.com

**Devin Kyle Ross**     dkross@shb.com, ckirk@shb.com

**Craig R. Klotz**     cklotz@jchildresslaw.com

**Matthew D. Knepper**     matt.knepper@huschblackwell.com

**Monte P. Clithero**     mclithero@taylorstafford.com

**Adrienne L. Byard**     abyard@shb.com

**James W Childress**     jchildress@jchildresslaw.com

**Tim Walsh**     tim.walsh@nortonrosefulbright.com

**Caroline Tinsley**     caroline.tinsley@tuckerellis.com, carrie.lange@tuckerellis.com, tracey.west@tuckerellis.com

**MOE/4:15-cv-00034 Notice will not be electronically mailed to:**

**PAE/2:16-cv-01659 Notice has been electronically mailed to:**

**Christy D. Jones**     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

**ROSEMARY PINTO**     rpinto@feldmanpinto.com

**JOE H. TUCKER, JR**     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

**Kenneth A. Murphy**     Kenneth.Murphy@dbr.com

**LAURA A. FELDMAN**     lfeldman@feldmanpinto.com

**MELISSA A GRAFF**     melissa.graff@dbr.com

**ANDREW P. REEVE      andrew.reeve@dbr.com**

**PAE/2:16-cv-01659 Notice will not be electronically mailed to:**

**NYW/1:12-cv-00714 Notice has been electronically mailed to:**

**Brian A. Goldstein      brian.goldstein@cellinoandbarnes.com**

**NYW/1:12-cv-00714 Notice will not be electronically mailed to:**