# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL No. 2327

HONORABLE JUDGE
JOSEPH R. GOODWIN

## AFFIDAVIT OF RONALD E. CORKERN, JR.

STATE OF LOUISIANA )
)
PARISH OF NATCHITOCHES )

1. I am an attorney at law licensed to practice law in the State of Louisiana, and am in good standing.

2. I was admitted to the Louisiana Bar in 1975, and am authorized to practice law at all levels in the State Courts of Louisiana and United States District Courts (Western, Eastern, and Middle Districts); and United States Court of Appeals, Fifth Circuit.

3. I have extensive experience serving as a mediator in complex matters including Personal Injury Litigation, Products Liability, Commercial Disputes, Class Actions, Mass Tort and Employment Discrimination Claims.

4. I have experience in complex pharmaceutical and medical device cases, including MDL litigation.

5. I have previously been appointed by the U.S. District Court for the Southern District of West Virginia to serve as a settlement allocation Special Master. See, e.g., *In re: Ethicon Inc., Pelvic Repair System Products Liability Litigation* (MDL No. 2327) (Pretrial Order #258, entered May 18, 2017); *In re: Coloplast Corp., Pelvic Support Systems Products Liability Litigation* (MDL No. 2387) (Pretrial Order #116, entered September 15, 2016).

6. I have familiarized myself with the issues involved in the case captioned above, as a result of my knowledge of that case, I can attest and affirm that there are no grounds for disqualification that would prevent me from serving as Settlement Master in the above captioned matter.   I have reviewed the pleadings, medical information and scientific information pertaining to mesh cases generally and will use the information gathered, including information as it relates to Ethicon specifically. I will use the information gathered and my experience in performing my duties as Special Master.

RONALD E. CORKERN, JR.

SWORN TO AND SUBSCRIBED BEFORE ME

this 21st day of June, 2018

NOTARY PUBLIC

Tina B Coffey
156066