IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327
_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

**JOINT MOTION TO DISMISS DEFENDANT
BOSTON SCIENTIFIC CORP. WITH PREJUDICE**

Plaintiffs in this case (listed on the attached Exhibit A) and defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, Plaintiff and BSC jointly move the Court to dismiss BSC as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs. Other defendants remain in this action and plaintiffs will continue to prosecute their actions against them.

Dated: June 25, 2018

Respectfully submitted,

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com

**COUNSEL FOR DEFENDANT BOSTON SCIENTIFIC CORP.**

By: /s/ Derek H. Potts
Derek H. Potts
THE POTTS LAW FIRM
Suite 1900
3737 Buffalo Speedway
Houston, TX 77098
713/963-8881
Fax: 713/583-5388
Email: dpotts@potts-law.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018 I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT BOSTON SCIENTIFIC CORPORATION**

**EXHIBIT A**

| CASE NUMBER | CASE NAME |
|---|---|
| 15-cv-11237 | ABRAHAM, Kunjamma and Thomas Abraham vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-16291 | AHRENS, Lisa and Ronald Ahrens vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-15166 | APPENZELLER, Kim W. vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 15-cv-07406 | ARNOLD, Faye E. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-22781 | BASSETTI, Helen and William Bassetti vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 16-cv-02580 | BEST, Jean vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 14-cv-16648 | BOOTHE, Julie vs. Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-06060 | BROWN, Jacqueline and Joseph Brown, Sr. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-13252 | CAIN, Maria vs. Ethicon, Inc., Johnson and Johnson, Boston Scientific Corporation |
| 14-cv-03787 | CALDERON, Tina vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-03788 | CALLAHAN, Barbara and James Callahan vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-25646 | COBBS, Christine S. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-25648 | CONLEY, Cynthia L. and George Conley vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-05593 | CUMMINGS, Connie and Jim Jafao vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-05595 | CUNEO, Cheryl and Michael Cuneo vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 16-cv-06607 | DE LA GARZA, Sarita vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 15-cv-13453 | DOMINGUEZ, Aurora and Eddie Dominguez vs. Ethicon Inc., Johnson and Johnson, Boston Scientific Corporation |
| 14-cv-05741 | EVANS, Sharon Kay and Romel Evans vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-00879 | FARROW, Deborah vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 12-cv-09775 | FLORES, Rosa and Victor Flores vs. Ethicon, INc., Johnson & Johnson, Boston Scientific Corporation, C.R. Bard, Inc. |
| 13-cv-27302 | FRIES, Linda A. vs. Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-32472 | GALLOWAY, Wanda and Louis Galloway vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-31781 | GARL, Diane and Robert S. Garl, Sr. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-26423 | GILES, Diana Elaine and John Melvin Giles vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-07409 | GILLES, Debra vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-07410 | GILLIAM, Patty vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-11290 | GONYEA, Ernice and James Michael Gonyea vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-13944 | GOODRICH, Susan and Steve L. Goodrich vs. Ethicon, Inc., Johnson and Johnson and Boston Scientific Corporation |
| 13-cv-25015 | GORE, Karen and J. Daniel Gore vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-06449 | GRIFFIN, Michelle Marie and Howard Griffin vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-15214 | GRIGGS, Bennie Lou vs. Ethicon, Inc., Johnson and Johnson, Boston Scientific Corporation, Cook Incorporated, Cook Biotech, Inc., and Cook Medical, Inc. |
| 16-cv-02750 | HALE, Alta vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |

| | |
|---|---|
| 14-cv-05798 | HEMBREE, Kathleen vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 12-cv-04738 | HESTER, Geraldine A. vs. Johnson & Johnson, Ethicon, Inc., and Boston Scientific Corporation |
| 13-cv-28806 | HILLIARD, Belinda Ross and James Hilliard vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 12-cv-01851 | JOHNSON, Etta M. and Eugene P. Johnson vs. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |
| 14-cv-05130 | JOHNSTAD, Barbara vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-06542 | KEENAN, Linda vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-13322 | LAMBERT, Ruby vs. Ethicon, Inc., Johnson and Johnson, Boston Scientific Corporation |
| 15-cv-13107 | LANE, Joan vs. Ethicon, Inc., Johnson and Johnson, Boston Scientific Corporation |
| 12-cv-01969 | LAYNE, Nancy and Nathan Layne vs. Johnson & Johnson, Ethicon, Inc., and Boston Scientific Corporation |
| 14-cv-05215 | LEGGE, Janet vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-27208 | MARTIN, Renae J. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |

| | |
|---|---|
| 12-cv-02944 | MOORE, Diana D. and Benny Moore vs. Ethicon, Inc. Johnson & Johnson, and Boston Scientific Corporation |
| 15-cv-04093 | NEPPL, Jody vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-09791 | NORTON, Emilie and Brian Norton vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-11989 | PEREA, Rosanna and Rudy Perea vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 12-cv-01487 | PHILLIPS, Anita vs. Johnson & Johnson, Inc., Ethicon, Inc., and Boston Scientific Corporation, Inc. |
| 14-cv-03614 | PUNNEO, Johna and John Paul Punneo vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-20024 | RHODES, Shirley J. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-28804 | RIGGS, Rosa H. and Roy Eugene Riggs vs. Ethicon, Inc.; Ethicon, LLC.; Johnson & Johnson; Boston Scientific Corporation |
| 15-cv-13996 | ROBINSON, Anna L. and Kenneth J. Robinson, IV vs. Ethicon, Inc., Johnson and Johnson and Boston Scientific Corporation |
| 14-cv-16681 | SANCHEZ, Claudia G. and Ronald W. Sanchez vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 16-cv-02753 | SCHNICKER, Sandy vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |

| | |
|---|---|
| 14-cv-00264 | SHERRETS, Julie Ann and Steven Sherrets vs. Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 13-cv-12287 | SHRODE, Jackie vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation, C.R. Bard, Inc. |
| 13-cv-28812 | SHUTTLE, Maryke T. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-05172 | SIMPSON, Meredith Ann and Charles Andrew Simpson vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-05288 | SIZEMORE, Nannie and James A. Sizemore vs. Ethicon, Inc., Johnson & Johnson, , Boston Scientific Corporation |
| 16-cv-02591 | SMITH, Mary Kathryn vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 14-cv-18567 | STEADMAN, Pamela vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-07566 | SUTTER, Laura vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-07262 | THOMAS, Peggy vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-17227 | THOMPSON, Dana and James Thompson vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-00161 | TURNER, Shirlijeanne and Thomas K. Turner vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-30334 | VITA, Alisa A. vs. Ethicon, Inc.; Ethicon, LLC.; Johnson & Johnson; Boston Scientific Corporation |
| 15-cv-06100 | WALKER, Joan S. and Paul Walker vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-02531 | WALKER, Lizabeth and Jason Walker vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-12279 | WEBER, Olivia vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-15393 | WELLER, Diane vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 16-cv-00007 | WHITE, Sheena and Rafael Seijo vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 13-cv-33840 | WILLIAMS, Cheryl and Harry Browning vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |