# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Defendants jointly move the court to dismiss with prejudice, parties to bear their own costs, and terminate from the docket of the court the actions listed on the attached Exhibit A.

Respectfully:

/s/ *Clayton A. Clark*
Clayton A. Clark
CLARK, LOVE & HUTSON
440 Louisiana Street
Suite 1600
Houston, TX 77002
713.757.1400 (phone)
713.759.1217
*Attorney for Plaintiffs on Exhibit A*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com


/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*



SHOOK, HARDY & BACON

*/s Jon Strongman*
Jon Strongman
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550
jstrongman@shb.com
*Attorneys for Boston Scientific Corporation*


                                        Dated: June 29, 2018

**EXHIBIT A – CLARK, LOVE & HUTSON, G.P.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | PLAINTIFF NAME |
|---|---|
| 2:13-cv-32792 | Arlene Negron Gonzalez |
| 2:14-cv-01139 | Margaret Brannen |
| 2:14-cv-08583 | Cynthia Brockopp |
| 2:15-cv-07919 | Valerie Collins |
| 2:14-cv-02201 | Carletta Eagles |
| 2:15-cv-03984 | Joann Flowers |
| 2:14-cv-09585 | Shelia Gee |
| 2:14-cv-09595 | Nancy Geraths |
| 2:14-cv-29322 | Yvette Golec |
| 2:14-cv-07790 | Linda Hange |
| 2:15-cv-11268 | Agnes Harris |
| 2:15-cv-11326 | Shirley Hirsch |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 29, 2018 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

                                              */s/ Clayton A. Clark*
                                              Clayton A. Clark