IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                   MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

ORDER

(Dismissing Defendants Coloplast Corp. and Mentor Worldwide LLC with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 6077], is a Joint Motion to Dismiss Defendants Coloplast Corp. and Mentor Worldwide LLC with Prejudice filed by the plaintiff, identified on the attached Exhibit A, Coloplast Corp. ("Coloplast")[1] and Mentor Worldwide LLC ("Mentor")[2] seeking dismissal of Coloplast and Mentor from this action with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in this action, and plaintiff will continue to prosecute this action against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Coloplast and Mentor with Prejudice is **GRANTED**.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

[2] Mentor Worldwide LLC includes any incorrect or incomplete spellings of this Defendant, including Mentor, Mentor Corporation, Mentor World Wide LLC, Mentor Worldwide, Mentor Worldwide L.L.C., Mentor Worldwide, L.L.C., and Mentor Worldwide, LLC.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case listed on the attached Exhibit A.

ENTER: June 29, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – LOCKRIDGE GRINDAL NAUEN**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-cv-00071 | Gail Moen v. Ethicon, Inc., et al. |