IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                  MDL 2327

_____
THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Defendant C. R. Bard, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5736], is a Joint Motion to Dismiss C. R. Bard, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-Q, and C. R. Bard, Inc., seeking dismissal of C. R. Bard, Inc. from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss C. R. Bard, Inc. with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to dismiss C. R. Bard, Inc., and to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-Q.

ENTER: July 3, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – ANAPOL WEISS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-05328 | Jennifer Emerich v. C.R. Bard, Inc., et al. |

## EXHIBIT B – AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-00341 | Helen M. Brown and Robert E. Ruttkay v. C.R. Bard, Inc., et al. |
| 2:12-cv-08023 | Debra A. Johnson v. C.R. Bard, Inc., et al. |
| 2:13-cv-02850 | Christy Marie Hannon and Ronny Jay Hannon v. C.R. Bard, Inc., et al. |
| 2:13-cv-25557 | Barbara Kay Broussard v. C.R. Bard, Inc., et al. |
| 2:13-cv-26703 | Candice Holder v. C.R. Bard, Inc., et al. |
| 2:14-cv-08002 | Bridget K. Harper-Leonard v. C.R. Bard, Inc., et al. |
| 2:14-cv-08207 | Linda C. Sine and David M. Sine v. C.R. Bard, Inc., et al. |
| 2:14-cv-08835 | Shirley E. Williams v. C.R. Bard, Inc., et al. |
| 2:14-cv-26701 | Sue A. Mackin v. C.R. Bard, Inc., et al. |
| 2:15-cv-06181 | Joy Lewter v. C.R. Bard, Inc., et al. |
| 2:15-cv-07642 | Lyndia A. McCool v. C.R. Bard, Inc., et al. |
| 2:15-cv-07658 | Jaime Ann Ennis v. C.R. Bard, Inc., et al. |
| 2:16-cv-01937 | Patricia White v. C.R. Bard, Inc., et al. |

## EXHIBIT C – BARON & BUDD

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-26042 | Linda Reeves and Herman Reeves v. C.R. Bard, Inc., et al. |

## EXHIBIT D – BIGHORN LAW

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-cv-06050 | Bambi Lynn McNail v. C.R. Bard, Inc., et al. |

## EXHIBIT E – BROWN & CROUPPEN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-14491 | Judith L. Johnson v. C.R. Bard, Inc., et al. |

## EXHIBIT F – CELLINO & BARNES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-04054 | Ines Velez-Vega v. C.R. Bard, Inc., et al. |

**EXHIBIT G – COHEN & MALAD**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-16804 | Roseanna Drummond and Mark Drummond v. C.R. Bard, Inc., et al. |

**EXHIBIT H – HARRISON DAVIS STEAKLEY MORRISON**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-12287 | Jackie Shrode v. C.R. Bard, Inc., et al. |

## EXHIBIT I – HEARD ROBINS CLOUD & BLACK

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-11098 | Lisa Ann Shank and Meade Shank v. C.R. Bard, Inc., et al. |
| 2:14-cv-17637 | Janice Smith v. C.R. Bard, Inc., et al. |
| 2:14-cv-18562 | Phyllis Willdermood and William Willdermood, Sr. v. C.R. Bard, Inc., et al. |
| 2:14-cv-21212 | Joy J. Gonzales v. C.R. Bard, Inc., et al. |
| 2:14-cv-22463 | Iris Putnam v. C.R. Bard, Inc., et al. |

## EXHIBIT J – LEWIS SAUL & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-cv-00081 | Karen Mullane v. C.R. Bard, Inc., et al. |

**EXHIBIT K – LOPEZ MCHUGH**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-08964 | Eri Hensley and Randall Hensley v. C.R. Bard, Inc., et al. |
| 2:13-cv-28634 | Linda Turner and Kenneth Faulk v. C.R. Bard, Inc., et al. |

**EXHIBIT L – MARLIN & SALTZMAN**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-00381 | Betty Lucas and Peter Lucas v. C.R. Bard, Inc., et al. |

## EXHIBIT M – MILLER WEISBROD

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-08360 | Kimberly Sells v. C.R. Bard, Inc., et al. |
| 2:13-cv-10156 | Marjorie Miller v. C.R. Bard, Inc., et al. |
| 2:13-cv-11726 | Ignacia G. Sandoval v. C.R. Bard, Inc., et al. |
| 2:13-cv-20825 | Debra Walden v. C.R. Bard, Inc., et al. |
| 2:13-cv-27698 | Patricia Cranmer v. C.R. Bard, Inc., et al. |
| 2:16-cv-01366 | Pamela S. Hanko v. C.R. Bard, Inc., et al. |

**EXHIBIT N – NASTLAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-16815 | Rachel Pearson and Terry Pearson v. C.R. Bard, Inc., et al. |

**EXHIBIT O – NEMEROFF LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-21660 | Susan K. Horner and Bruce G. Horner v. C.R. Bard, Inc., et al. |

**EXHIBIT P – SOLIS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-18144 | Sonia Peinado and Isidro Peinado v. C.R. Bard, Inc., et al. |
| 2:13-cv-22601 | Cholonda Allen v. C.R. Bard, Inc., et al. |

## EXHIBIT Q – WATTS GUERRA CRAFT

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-22514 | Janet Mottice v. C.R. Bard, Inc., et al. |