IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON, INC.
         PELVIC REPAIR SYSTEMS
         PRODUCT LIABILITY LITIGATIONS          MDL No. 2327

THIS DOCUMENT RELATES TO ALL CASES

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Troutman Sanders LLP, by and through the undersigned, respectfully moves this Court for entry of an Order withdrawing N. Karen Deming, Georgia Bar No. 217581, in all actions in which she has appeared on behalf of Troutman Sanders LLP. Counsel respectfully requests that the Court enter an Order in MDL No. 2327, as well as in each individual member case with which she may have been associated.

Dated:  July 3, 2018.

                    Respectfully submitted,

                    */s/ N. Karen Deming*
                    N. Karen Deming
                    Georgia Bar No. 217581

                    */s/ S. Eric Rumanek*
                    S. Eric Rumanek
                    Georgia Bar No. 558047
                    TROUTMAN SANDERS LLP
                    3000 Bank of America Plaza
                    600 Peachtree Street NE
                    Atlanta, GA  30308-2216
                    Telephone:  404-885-3000
                    Facsimile:  404-885-3900
                    eric.rumanek@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2018, I electronically filed the Motion to Withdraw as Counsel in MDL No. 2327 using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system.

*/s/ S. Eric Rumanek*
S. Eric Rumanek