**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

**IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION**

**MDL NO. 2327**

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

**ORDER
(Dismissing Case with Prejudice)**

Pending in MDL 2327, 2:12-md-2327, is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibits A-G and Boston Scientific Corp., seeking dismissal with prejudice of the Boston Scientific Corp. claims only from the attached actions because all Boston Scientific Corp claims have been compromised and settled, including all claims, counterclaims, crossclaims and third party claims. After careful consideration, it is ORDERED that the Joint Motion to Dismiss with Prejudice is GRANTED. It is further ORDERED that the actions against Defendant Boston Scientific Corp. listed on the attached Exhibits A-G are DISMISSED WITH PREJUDICE. Other Defendants remain in these actions, and Plaintiffs will continue to pursue these actions against them.

The court DIRECTS the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case listed on the attached Exhibits A-G.

ENTER: July ___, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A: LOCKRIDGE GRINDAL NAUEN

| CASE NUMBER | CASE NAME |
| --- | --- |
| 2:14-cv-25967 | Lynne Dvoracek v. Ethicon, Inc. et al |
| | |

### EXHIBIT B: FABIAN & CLENDENIN

| CASE NUMBER | CASE NAME |
| --- | --- |
| 2:12-cv-08616 | Laura Carver v. Ethicon, Inc. et al |

**EXHIBIT C: GRUBER & GRUBER**

| CASE NUMBER | CASE NAME |
|---|---|
| 2:13-cv-14541 | Shannon Eades v. Ethicon, Inc. et al |

### EXHIBIT D: HOLLIS WRIGHT & COUCH

| CASE NUMBER | CASE NAME |
|---|---|
| 2:13-cv-06885 | Vickie Brewington and Richard Brewington v. Ethicon, Inc. et al |
| 2:13-cv-26643 | Linda Kinard and Glen Kinard, Jr. v. Ethicon, Inc. et al |
| 2:14-cv-09223 | Rebecca Whitley and Johnny Whitely v. Ethicon, Inc. et al |
| 2:14-cv-10358 | Colleen Blomenkamp and Joel Blomenkamp v. Ethicon, Inc. et al |
| 2:14-cv-11133 | Kathy Venable and Lewis Smith v. Ethicon, Inc. et al |
| 2:15-cv-03976 | Linda McMeans v. Ethicon, Inc. et al |

**EXHIBIT E: JTB LAW GROUP**

| CASE NUMBER | CASE NAME |
|---|---|
| 2:14-cv-15803 | Debora Thompson v. Ethicon, Inc. et al |

**EXHIBIT F: SEARCY DENNEY SCAROLA BARNHART & SHIPLEY**

| CASE NUMBER | CASE NAME |
|---|---|
| 2:15-cv-07232 | Claudia Smythe and David Smythe v. Ethicon, Inc. et al |

## EXHIBIT G: TATE LAW GROUP

| CASE NUMBER | CASE NAME |
| --- | --- |
| 2:16-cv-07151 | Sheila Spradlin and Gary Spradlin v. Ethicon, Inc. et al |
| 2:12-cv-07480 | Pamela Phillips v. Ethicon, Inc. et al |
| 2:13-cv-24016 | Linda S. Wilson and Lamont L. Wilson v. Ethicon, Inc. et al |
| 2:14-cv-13236 | Shirley Ferrell and George Ferrell v. Ethicon, Inc. et al |