# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Defendant Boston Scientific Corporation with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5682], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Boston Scientific Corporation also known as Boston Scientific Corp. (hereinafter referred to as "BSC") seeking dismissal of BSC from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. To the extent that other defendants remain in these actions, plaintiffs will continue to prosecute these actions against them, and such cases will remain open and active against those defendants. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: July 6, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – CLARK, LOVE & HUTSON, G.P.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | PLAINTIFF NAME |
|---|---|
| 2:13-cv-33550 | Susan Hires |
| 2:14-cv-06645 | Lorraine Collard |
| 2:14-cv-06650 | Traci Cooper |
| 2:14-cv-29294 | Lois A. Chavis |
| 2:15-cv-03780 | Michelle Clark |
| 2:15-cv-04890 | Carolyn Boddie |
| 2:15-cv-09190 | Alberta Bruno |
| 2:15-cv-11564 | Margaret Blaile |