IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br>---<br>THIS DOCUMENT RELATES TO ETHICON WAVE 8 CASES | MDL NO. 2327 |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion of Kline & Specter, P.C. and any response thereto, it is hereby ORDERED and DECREED that Kline & Specter's Motion has been GRANTED and the Deadlines for Plaintiffs' Responses to Defendants' Wave 8 Dispositive and *Daubert* Motions has been extended from seven (7) to fourteen (14) days.

BY THE COURT:

_____
Joseph R. Goodwin, J.