# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.,
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION       **MDL No. 2327**

--------------------------------------------------

**THIS DOCUMENT RELATES TO
THE CASES LISTED ON EXHIBIT A**

**PRETRIAL ORDER # 192
(Docket Control Order – Wave 1 Cases)**

At my request, the parties recently submitted a joint list of 200 of the oldest cases in the

Ethicon MDL that name only the Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson (the

"Ethicon defendants") or allege claims against only the Ethicon defendants' products.  These cases,

attached hereto as Exhibit A, will be known as the "Ethicon Wave 1 cases," and it is **ORDERED**

as follows:

**A.**    **SCHEDULING DEADLINES**.  The following deadlines shall apply in the Ethicon Wave

1 cases:

| | |
|---|---|
| Plaintiff Fact Sheets. | 10/19/2015 |
| Defendant Fact Sheets. | 11/19/2015 |
| Deadline for written discovery requests. | 01/04/2016 |
| Expert disclosure by party with burden of proof. | 12/17/2015 |
| Expert disclosure by opposing party. | 01/18/2016 |
| Expert disclosure for rebuttal purposes. | 02/01/2016 |
| Deposition deadline and close of discovery. | 02/16/2016 |
| Filing of dispositive and *Daubert* motions. | 03/07/2016 |
| Responses to dispositive and *Daubert* motions. | 03/21/2016 |
| Reply to response to dispositive and *Daubert* motions. | 03/28/2016 |

1.  **Discovery Completion Date.**  The last date to complete depositions shall be the "discovery completion date" by which all discovery, including disclosures required by Federal Rule of Civil Procedure 26(a)(1), and (2), but not disclosures required by Federal Rule of Civil Procedure 26(a)(3), shall be completed.

2.  **Limitations on Interrogatories, Requests for Admissions and Depositions**.  The following limitations apply:

    a.  Defendants are limited to 10 interrogatories and 10 requests for admission per plaintiff.

    b.  Plaintiffs are limited to 10 interrogatories and 10 requests for admission to the Ethicon defendants.

    c.  Depositions of plaintiff's friends and family members may be taken at any time prior to trial provided the deposition is requested before the discovery completion date.

    d.  Depositions of any witness are limited to 3 hours absent agreement of the parties.

    e.  The court will consider modifications to the above limitations upon good cause shown.

3.  **Limitations on Experts.**  The following limitations related to experts apply:

    a.  The parties may conduct general and specific expert discovery on the products at issue in Ethicon Wave 1.  In light of the bellwether trials that already occurred and the substantial discovery conducted to date on the Ethicon defendants' products, the parties are cautioned not to engage in duplicative general expert discovery, but instead, to tailor their discovery to

the remaining Ethicon defendants' products at issue (to the extent such discovery is necessary), supplementing any discovery already completed and conducting specific causation discovery for the Ethicon Wave 1 plaintiffs.  In light of the common products involved in Ethicon Wave 1, the likelihood of overlap in expert opinion from one case to another (except as to specific causation) and the need to streamline discovery in these cases, **each side is limited to no more than five (5) experts per case (exclusive of treating physicians)**.  It is the court's expectation that these experts will overlap for plaintiffs who have the same product(s), to some extent, if not entirely.

b. The parties shall coordinate the depositions of general causation experts. Insofar as multiple plaintiffs utilize the same general causation expert or experts, those experts shall be deposed only once on the issue of general causation.  As to Bard's experts, plaintiffs are instructed to choose a lead questioner.

c. The court encourages the coordination of depositions of specific causation experts to the extent there is overlap in the parties' use of specific causation experts for multiple plaintiffs.

d. The court will consider modifications to the above limitations upon good cause shown.

## B.    MOTION PRACTICE.

1. **Early Dispositive Motions.**  If discovery (e.g., the deposition of plaintiff and her implanting physician) reveals facts that could support a motion that would be dispositive of the

3

entirety of a plaintiff's claims (e.g., causation, the statute of limitations), either party may seek the court's leave *in the individual member case* to file an early dispositive motion on that issue. If such leave is granted, the court shall set a briefing schedule at that time.

2. ***Daubert* Motions.**  For the filing of *Daubert* motions on general causation issues only, the parties are instructed to file one *Daubert* motion per expert in the main MDL (MDL 2327) instead of the individual member case.  Each side may file one response and one reply in the main MDL to each *Daubert* motion.  This limitation does not apply to specific causation *Daubert* motions, responses and replies.  Specific causation *Daubert* motions, responses and replies must be filed in the individual member cases.  To the extent an expert is both a general and specific causation expert, the parties may file a general causation motion in the main MDL 2327 and an individual specific causation motion in an individual member case.

3. **Hearings.**  Hearing dates for dispositive and *Daubert* motions, if any, will be set at a future status conference.

4. **Page Limitations.**  The page limitations provided in Local Rule of Civil Procedure 7.1(a)(2) apply to memoranda in support of all dispositive and *Daubert* motions, oppositions, and replies, and the court will not be inclined to grant motions to exceed the page limit.

5. **Confidential Documents.**  In the past, the court has permitted parties to file placeholder exhibits in support of *Daubert*, dispositive and other motions, responses and replies in the place of confidential documents that may be sealed and then, within five days, redact/dedesignate the documents or file a motion to seal.  *Moving forward, the court will no longer permit this practice.  Parties may no longer file placeholder exhibits.*  The court expects leadership counsel for plaintiffs and the Ethicon defendants to resolve issues related to confidential designations well before the filing of motions.   Filings containing placeholder

4

exhibits will be struck.  In the event there are issues related to sealing of confidential documents that the parties are unable to resolve, they must be brought to the court's attention in a consolidated manner as follows:  A consolidated motion to seal is due on or before **February 8, 2016**, any response is due **February 16, 2016** and any reply is due **February 23, 2016**.

6.      **Locations of Filings.**  With the exception of the general causation *Daubert* motions as outlined above, the parties are reminded that they must file dispositive and *Daubert* motions on specific causation, responses and replies in the applicable member cases only, not in the Ethicon MDL.

## C.      CASES READY FOR TRANSFER, REMAND OR TRIAL

1.      **Venue Recommendations.**  By no later than **January 11, 2016**, the parties shall meet and confer concerning the appropriate venue for each of the cases, and the parties shall submit joint venue recommendations to the court by **January 19, 2016**.  The parties' joint recommendation(s) shall identify the cases about which the recommended venue is in dispute. The court may then request briefing concerning the venue for those cases about which the parties disagree.  Each party reserves the right to object to the venue selected by its adversary or the court.

2.      **Transfer and Remand.**  At the conclusion of pre-trial proceedings, the court, pursuant to PTO # 15 and 28 U.S.C. § 1404(a), will transfer each directly-filed case to a federal district court of proper venue as defined in 28 U.S.C. § 1391.  In the alternative, pursuant to PTO # 15 and 28 U.S.C. § 1407, cases that were transferred to this court by the MDL panel shall be

remanded for further proceedings to the federal district court from which each such case was initially transferred.[1]

3. **Trial Settings.**  If a case is to be tried in the United States District Court for the Southern District of West Virginia (either by agreement of the parties or where venue in the Southern District is determined to be proper by the court), the case shall be deemed trial-ready when discovery is completed and the court rules on the parties' pretrial motions.  The trial date for cases transferred or remanded to other federal district courts shall be set by the judge to whom the transferred or remanded case is assigned (including the undersigned through intercircuit assignment).

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the cases listed on Exhibit A.  The court further **DIRECTS** the Clerk to designate these cases as Ethicon Wave 1 cases on the docket.  In cases subsequently filed in this district after 2:15-cv-12499, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER:  August 19, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1]As expressly contemplated by PTO # 15, the Ethicon defendants do not waive their right to seek transfer—pursuant to 28 U.S.C. § 1406(a) or any other available ground—of any case to a court of proper venue, regardless of whether that case was transferred to or directly-filed in the Southern District of West Virginia.

Exhibit A to PTO # 192

| Case No. | Case Style |
|----------|------------|
| 2:11-cv-00809 | Wilma Johnson v. Ethicon, et al. |
| 2:12-cv-00256 | Amy and Brent Holland v. Ethicon, et al. |
| 2:12-cv-00258 | Carrie Smith v. Ethicon, et al. |
| 2:12-cv-00261 | Mary F. Cone v. Ethicon, et al. |
| 2:12-cv-00265 | Doris Chappell Jackson v. Ethicon, et al. |
| 2:12-cv-00276 | Cathy and John Warlick v. Ethicon, et al. |
| 2:12-cv-00277 | Joy and Kevin Essman v. Ethicon, et al. |
| 2:12-cv-00279 | Susan Thaman v. Ethicon, et al. |
| 2:12-cv-00286 | Quillan R. and Thomas W. Garnett v. Ethicon, et al. |
| 2:12-cv-00322 | Linda B. Ryan v. Ethicon, et al. |
| 2:12-cv-00335 | Sandra Wolfe v. Ethicon, et al. |
| 2:12-cv-00337 | Kathleen Wolfe v. Ethicon, et al. |
| 2:12-cv-00341 | Helen M. Brown and Robert E. Ruttkay v. Ethicon, et al. |
| 2:12-cv-00344 | Rose and Jesus Gomez v. Ethicon, et al. |
| 2:12-cv-00347 | Deborah and Felipe Lozano v. Ethicon, et al. |
| 2:12-cv-00351 | Kathy Barton v. Ethicon, et al. |
| 2:12-cv-00352 | Charlotte Hargrove v. Ethicon, et al. |
| 2:12-cv-00358 | Amanda and Raymond Deleon v. Ethicon, et al. |
| 2:12-cv-00368 | Sharon and Michael Boggs v. Ethicon, et al. |
| 2:12-cv-00369 | Dawna Hankins v. Ethicon, et al. |
| 2:12-cv-00376 | Charlene Logan Taylor v. Ethicon, et al. |
| 2:12-cv-00378 | Tina and Kenneth Morrow v. Ethicon, et al. |
| 2:12-cv-00379 | Teri Key and Johnny Shively v. Ethicon, et al. |
| 2:12-cv-00380 | Terrie S. and Ralph R. Gregory v. Ethicon, et al. |
| 2:12-cv-00381 | Susan C. and Leonard Hayes v. Ethicon, et al. |
| 2:12-cv-00387 | Maru LuEllen and Thomas Lawrence Kilday v. Ethicon, et al. |
| 2:12-cv-00389 | Janice Renee Swaney v. Ethicon, et al. |
| 2:12-cv-00397 | Deborah A. Smith v. Ethicon, et al. |
| 2:12-cv-00401 | Carol Jean Dimock v. Ethicon, et al. |
| 2:12-cv-00423 | Pamela Free v. Ethicon, et al. |
| 2:12-cv-00443 | Holy and Jason Jones v. Ethicon, et al. |
| 2:12-cv-00455 | Pamela Gray-Wheeler and Stan Wheeler  v. Ethicon, et al. |
| 2:12-cv-00468 | Amelia R. and Ernest B. Gonzales v. Ethicon, et al. |
| 2:12-cv-00469 | Patricia Tyler v. Ethicon, et al. |
| 2:12-cv-00470 | Mary Jane and Daniel Olson v. Ethicon, et al. |
| 2:12-cv-00476 | Harriet Beach v. Ethicon, et al. |
| 2:12-cv-00481 | Miranda Patterson v. Ethicon, et al. |
| 2:12-cv-00483 | Carey Beth and David Cole v. Ethicon, et al. |
| 2:12-cv-00485 | Danni Laffoon v. Ethicon, et al. |
| 2:12-cv-00486 | Karen and Joel Forester v. Ethicon, et al. |
| 2:12-cv-00489 | Melissa and Charles Clayton v. Ethicon, et al. |
| 2:12-cv-00490 | Shirley and William Freeman v. Ethicon, et al. |
| 2:12-cv-00491 | Gwendolyn T. Young v. Ethicon, et al. |
| 2:12-cv-00493 | Nancy and Daniel Hooper v. Ethicon, et al. |

Exhibit A to PTO # 192

| Case No. | Case Style |
|----------|------------|
| 2:12-cv-00494 | Penelope Ann Link and Dan Richard Saurino v. Ethicon, et al. |
| 2:12-cv-00495 | Andrea Carol and Mark Thomas Chandlee v. Ethicon, et al. |
| 2:12-cv-00496 | Sonya M. and James R. Moreland v. Ethicon, et al. |
| 2:12-cv-00497 | Dina Sanders Bennett v. Ethicon, et al. |
| 2:12-cv-00498 | Myndal Johnson v. Ethicon, et al. |
| 2:12-cv-00499 | Kimberly Thomas v. Ethicon, et al. |
| 2:12-cv-00500 | Krystal and Gregory Teasley v. Ethicon, et al. |
| 2:12-cv-00501 | Jennifer and David Sikes v. Ethicon, et al. |
| 2:12-cv-00504 | Donna T. and James W. Pilgreen v. Ethicon, et al. |
| 2:12-cv-00505 | Mary and Kenneth Thurston v. Ethicon, et al. |
| 2:12-cv-00506 | Martha and Stuart Newman v. Ethicon, et al. |
| 2:12-cv-00510 | Charlene Miracle v. Ethicon, et al. |
| 2:12-cv-00511 | Nancy Williams v. Ethicon, et al. |
| 2:12-cv-00516 | Patricia Conti v. Ethicon, et al. |
| 2:12-cv-00517 | Joann Lehman v. Ethicon, et al. |
| 2:12-cv-00539 | Ann Louise Ruppel and Robert Dean Fuller v. Ethicon, et al. |
| 2:12-cv-00540 | Nancy and Kenneth Feidler v. Ethicon, et al. |
| 2:12-cv-00547 | Brenda and James Riddell v. Ethicon, et al. |
| 2:12-cv-00548 | Rhoda Schachtman v. Ethicon, et al. |
| 2:12-cv-00554 | Sharon and Gardner Carpenter v. Ethicon, et al. |
| 2:12-cv-00555 | Carolyn Sue Doyle v. Ethicon, et al. |
| 2:12-cv-00567 | Noemi and Cesar Padilla v. Ethicon, et al. |
| 2:12-cv-00571 | Mary Catherine Wise v. Ethicon, et al. |
| 2:12-cv-00591 | Beverly Kivel v. Ethicon, et al. |
| 2:12-cv-00594 | Frances Ann and Herman Cortez v. Ethicon, et al. |
| 2:12-cv-00595 | Mary and Thomas Hendrix v. Ethicon, et al. |
| 2:12-cv-00601 | Deanna Jean and Bennie G. Thomas v. Ethicon, et al. |
| 2:12-cv-00609 | Patricia O. Powell v. Ethicon, et al. |
| 2:12-cv-00651 | Robin Bridges v. Ethicon, et al. |
| 2:12-cv-00652 | Maria C. and Mark A. Stone v. Ethicon, et al. |
| 2:12-cv-00654 | Stacy and Kevin Shultis v. Ethicon, et al. |
| 2:12-cv-00657 | Judy G. Williams v. Ethicon, et al. |
| 2:12-cv-00663 | Ana Ruebel v. Ethicon, et al. |
| 2:12-cv-00666 | Donna and Leon Loustaunau v. Ethicon, et al. |
| 2:12-cv-00669 | Teresa and Ricky J. Stout v. Ethicon, et al. |
| 2:12-cv-00679 | Lisa and Henry Stevens v. Ethicon, et al. |
| 2:12-cv-00683 | Louise Grabowski v. Ethicon, et al. |
| 2:12-cv-00736 | Karen and Thomas Daniell v. Ethicon, et al. |
| 2:12-cv-00737 | Beth and Stuart Harter v. Ethicon, et al. |
| 2:12-cv-00738 | Sheri and Gary Scholl v. Ethicon, et al. |
| 2:12-cv-00746 | Margaret Kirkpatrick v. Ethicon, et al. |
| 2:12-cv-00747 | Karyn E. and Douglas E. Drake v. Ethicon, et al. |
| 2:12-cv-00748 | Myra abd Richard Byrd v. Ethicon, et al. |
| 2:12-cv-00749 | Jennifer D. and Willem C.J. Van Rensburg v. Ethicon, et al. |

Exhibit A to PTO # 192

| Case No. | Case Style |
|---|---|
| 2:12-cv-00751 | Raquel and Ernesto De La Torre v. Ethicon, et al. |
| 2:12-cv-00755 | Cheryl Lankston v. Ethicon, et al. |
| 2:12-cv-00756 | Dee and Michael Woolsey v. Ethicon, et al. |
| 2:12-cv-00757 | Barbara Jean and Keith Bridges v. Ethicon, et al. |
| 2:12-cv-00759 | Diane and Robert Matott v. Ethicon, et al. |
| 2:12-cv-00760 | Lois and Gerald Durham v. Ethicon, et al. |
| 2:12-cv-00761 | Barbara J. and Gary L. Ware v. Ethicon, et al. |
| 2:12-cv-00762 | Janet D. Jones v. Ethicon, et al. |
| 2:12-cv-00765 | Rachel and Dwan Taylor v. Ethicon, et al. |
| 2:12-cv-00766 | Kimberly Garnto v. Ethicon, et al. |
| 2:12-cv-00767 | Rebecca and Charles Oehring v. Ethicon, et al. |
| 2:12-cv-00768 | Sandra and Christian LaBadie v. Ethicon, et al. |
| 2:12-cv-00769 | Kimberly T. Burnham v. Ethicon, et al. |
| 2:12-cv-00772 | Harmony Minniefield v. Ethicon, et al. |
| 2:12-cv-00773 | Tina and Keith Patterson v. Ethicon, et al. |
| 2:12-cv-00779 | Dee and Timothy McBrayer v. Ethicon, et al. |
| 2:12-cv-00783 | Wendy Hagans v. Ethicon, et al. |
| 2:12-cv-00784 | Schultz et al v. Ethicon, Inc. et al |
| 2:12-cv-00786 | Swint et al v. Ethicon, Inc et al |
| 2:12-cv-00787 | Joplin v. Ethicon, Inc et al |
| 2:12-cv-00799 | Quijano v. Ethicon, Inc. et al |
| 2:12-cv-00800 | Morrison et al v. Ethicon, Inc et al |
| 2:12-cv-00806 | Hill et al v. Ethicon, Inc. et al |
| 2:12-cv-00807 | Sweeney et al v. Ethicon, Inc. et al |
| 2:12-cv-00811 | Zoltowski et al v. Johnson & Johnson et al |
| 2:12-cv-00821 | Barr et al v. Ethicon, Inc. et al |
| 2:12-cv-00828 | Nix et al v. Ethicon, Inc. et al |
| 2:12-cv-00829 | Georgilakis et al v. Ethicon, Inc et at |
| 2:12-cv-00830 | Parrilla v. Ethicon, Inc. et al |
| 2:12-cv-00842 | Stubblefield v. Ethicon, Inc. et al |
| 2:12-cv-00846 | Raines et al v. Ethicon, Inc. et al |
| 2:12-cv-00848 | Fisk v. Ethicon, Inc et al |
| 2:12-cv-00854 | Ballard et al v. Ethicon, Inc et al |
| 2:12-cv-00856 | Massicot v. Ethicon, Inc. et al |
| 2:12-cv-00859 | Olmstead v. Ethicon, Inc. et al |
| 2:12-cv-00860 | Pelton v. Ethicon, Inc. et al |
| 2:12-cv-00861 | Smith et al v. Ethicon, Inc. et al |
| 2:12-cv-00863 | Gunter et al v. Ethicon, Inc |
| 2:12-cv-00864 | Nolan v. Ethicon, Inc. et al |
| 2:12-cv-00867 | Rock v. Ethicon et al |
| 2:12-cv-00873 | Walker et al v. Ethicon, Inc. et al |
| 2:12-cv-00875 | Holzerland et al v. Ethicon, Inc. et al |
| 2:12-cv-00876 | Hoy et al v. Ethicon, Inc. et al |
| 2:12-cv-00878 | Fox et al v. Johnson & Johnson, Inc. et al |

Exhibit A to PTO # 192

| Case No. | Case Style |
|---|---|
| 2:12-cv-00880 | Massey et al v. Ethicon, Inc. et al |
| 2:12-cv-00883 | Wroble et al v. Ethicon, Inc et al |
| 2:12-cv-00886 | Umberger et al v. Ethicon, Inc. et al |
| 2:12-cv-00887 | Kaiser et al v. Johnson & Johnson et al |
| 2:12-cv-00888 | Bruhn et al v. Ethicon, Inc et al |
| 2:12-cv-00899 | Barker et al v. Ethicon, Inc. et al |
| 2:12-cv-00921 | Wilson v. Ethicon, Inc et al |
| 2:12-cv-00923 | Atemnkeng et al v. Ethicon, Inc. et al |
| 2:12-cv-00931 | Collins v. Ethicon, Inc. et al |
| 2:12-cv-00938 | Kriz et al v. Ethicon, Inc. et al |
| 2:12-cv-00939 | Reyes et al v. Ethicon, Inc. et al |
| 2:12-cv-00956 | Justus v. Ethicon, Inc. et al |
| 2:12-cv-00957 | Funderburke v. Ethicon, Inc. et al |
| 2:12-cv-00958 | White et al v. Ethicon, Inc. et al |
| 2:12-cv-00960 | Amsden et al v. Ethicon, Inc. et al |
| 2:12-cv-00961 | Greene v. Ethicon, Inc. et al |
| 2:12-cv-00967 | Shepherd v. Ethicon, Inc. et al |
| 2:12-cv-00995 | Blake et al v. Ethicon, Inc. et al |
| 2:12-cv-00997 | Springer et al v. Ethicon, Inc. et al |
| 2:12-cv-01004 | Frye v. Ethicon, Inc. et al |
| 2:12-cv-01011 | Hankins et al v. Ethicon, Inc. et al |
| 2:12-cv-01013 | Lee et al v. Ethicon, Inc. et al |
| 2:12-cv-01018 | Gwinn et al v. Ethicon, Inc. et al |
| 2:12-cv-01021 | Ruiz v. Ethicon, Inc. et al |
| 2:12-cv-01023 | Burkhart v. Ethicon, Inc. et al |
| 2:12-cv-01052 | Babcock v. Ethicon, Inc. et al |
| 2:12-cv-01053 | Baugher v. Ethicon, Inc. et al |
| 2:12-cv-01071 | Schnering et al v. Ethicon, Inc. et al |
| 2:12-cv-01081 | Dixon v. Ethicon, Inc. et al |
| 2:12-cv-01088 | Wheeler et al v. Ethicon, Inc. et al |
| 2:12-cv-01090 | Wright v. Ethicon, Inc. et al |
| 2:12-cv-01119 | Rhynehart v. Ethicon, Inc. et al |
| 2:12-cv-01121 | Guinn v. Ethicon, Inc. et al |
| 2:12-cv-01124 | Bellito-Stanford et al v. Ethicon, Inc. et al |
| 2:12-cv-01145 | Constance Daino v. Ethicon, Inc. et al |
| 2:12-cv-01146 | Monica Freitas v. Ethicon, Inc. et al |
| 2:12-cv-01148 | Denise Sacchetti v. Ethicon, Inc. et al |
| 2:12-cv-01149 | Cindy Smith v. Ethicon, Inc. et al |
| 2:12-cv-01150 | Roberta Warmack v. Ethicon, Inc. et al |
| 2:12-cv-01151 | Laura Waynick v. Ethicon, Inc. et al |
| 2:12-cv-01171 | Patti Ann Phelps v. Ethicon, Inc. et al |
| 2:12-cv-01198 | Stacy Pangborn v. Ethicon, Inc. et al |
| 2:12-cv-01199 | Lisa Thompson v. Ethicon, Inc. et al |
| 2:12-cv-01202 | Diane Kropf v. Ethicon, Inc. et al |

Exhibit A to PTO # 192

| Case No. | Case Style |
|---|---|
| 2:12-cv-01203 | Joan Adams v. Ethicon, Inc. et al |
| 2:12-cv-01206 | Jeanie Holmes v. Ethicon, Inc. et al |
| 2:12-cv-01215 | Karen Bollinger v. Ethicon, Inc. et al |
| 2:12-cv-01216 | Christine Wiltgen v. Ethicon, Inc. et al |
| 2:12-cv-01225 | Ida Deanne Evans v. Ethicon, Inc. et al |
| 2:12-cv-01262 | Saundra Landes v. Ethicon, Inc. et al |
| 2:12-cv-01267 | Angela Coleman v. Ethicon, Inc. et al |
| 2:12-cv-01273 | Rebekah Barlett v. Ethicon, Inc. et al |
| 2:12-cv-01274 | Janice Colonna v. Ethicon, Inc. et al |
| 2:12-cv-01275 | Long v. Johnson & Johnson et al |
| 2:12-cv-01277 | Duncan v. Ethicon, Inc et al |
| 2:12-cv-01278 | Nix v. Ethicon, Inc. et al |
| 2:12-cv-01279 | Bertoni et al v. Ethicon, Inc. et al |
| 2:12-cv-01283 | Cyrus v. Ethicon, Inc. et al |
| 2:12-cv-01284 | Floyd v. Ethicon, Inc. et al |
| 2:12-cv-01285 | Simpson et al v. Ethicon, Inc. et al |
| 2:12-cv-01286 | Wilson v. Ethicon, Inc. et al |
| 2:12-cv-01293 | Costello v. Ethicon, Inc. et al |
| 2:12-cv-01294 | Herrera-Nevarez v. Ethicon, Inc |
| 2:12-cv-01299 | Destefano-Rasten et al v. Ethicon, Inc. et al |
| 2:12-cv-01304 | Irwin et al v. Ethicon, Inc. et al |
| 2:12-cv-01305 | Lager v. Ethicon, Inc. et al |
| 2:12-cv-01311 | Ridgley et al v. Ethicon, Inc. et al |
| 2:12-cv-01318 | Banks v. Johnson & Johnson, Inc. et al |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.,
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION       **MDL No. 2327**

--------------------------------------------------

**THIS DOCUMENT RELATES TO
ETHICON WAVE 2 CASES**

**PRETRIAL ORDER # 206
(Docket Control Order – Wave 2 Cases)**

At my request, the parties recently submitted a joint list of 200 of the oldest cases in the

Ethicon MDL (not already in Ethicon Wave 1) that name only Ethicon, Inc., Ethicon, LLC

and/or Johnson & Johnson (the "Ethicon defendants") or allege claims against only the Ethicon

defendants' products.  These cases, attached hereto as Exhibit A, will be known as the "Ethicon

Wave 2 cases," and it is **ORDERED** as follows:


**A.**      **SCHEDULING DEADLINES**. The following deadlines shall apply in the Ethicon

Wave 2 cases:

| | |
|---|---|
| Plaintiff Fact Sheets. | 01/19/2016 |
| Defendant Fact Sheets. | 02/19/2016 |
| Deadline for written discovery requests. | 04/05/2016 |
| Expert disclosure by plaintiffs. | 05/05/2016 |
| Expert disclosure by defendants. | 06/03/2016 |
| Expert disclosure for rebuttal purposes. | 06/17/2016 |
| Deposition deadline and close of discovery. | 07/01/2016 |
| Filing of Dispositive Motions. | 07/08/2016 |
| Response to Dispositive Motions. | 07/25/2016 |
| Reply to response to dispositive motions. | 08/04/2016 |
| Filing of *Daubert* motions. | 07/21/2016 |
| Responses to *Daubert* motions. | 08/08/2016 |
| Reply to response to *Daubert* motions. | 08/18/2016 |

1.      **Discovery Completion Date.** The last date to complete depositions shall be the "discovery completion date" by which all discovery, including disclosures required by Federal Rule of Civil Procedure 26(a)(1), and (2), but not disclosures required by Federal Rule of Civil Procedure 26(a)(3), shall be completed.

2.      **Limitations on Interrogatories, Requests for Admissions and Depositions**. The following limitations apply:

   a.   Defendants are limited to 10 interrogatories and 10 requests for admission per plaintiff.

   b.   Plaintiffs are limited to 10 interrogatories and 10 requests for admission to the Ethicon defendants.

   c.   In each individual member case, no more than 4 treating physicians may be deposed.[1]

   d.   Depositions of plaintiff's friends and family members may be taken at any time prior to trial provided the deposition is requested before the discovery completion date.

   e.   Depositions of any witness are limited to 3 hours absent agreement of the parties.

   f.   The court will consider modifications to the above limitations upon good cause shown.

3.      **Limitations on Experts.** The following limitations related to experts apply:

---

[1] To the extent disputes arise regarding the division of time between the parties for the deposition of treating physicians (three hours total absent agreement), I will address those disputes, rather than the assigned Magistrate Judge, Judge Eifert.

a. The parties may conduct general and specific expert discovery on the products at issue in Ethicon Wave 2. In light of the bellwether trials that already occurred and the substantial discovery conducted to date on the Ethicon defendants' products, the parties are cautioned not to engage in duplicative general expert discovery, but instead, to tailor their discovery to the remaining Ethicon defendants' products at issue (to the extent such discovery is necessary), supplementing any discovery already completed and conducting specific causation discovery for the Ethicon Wave 2 plaintiffs. In light of the common products involved in Ethicon Wave 2, the likelihood of overlap in expert opinion from one case to another (except as to specific causation) and the need to streamline discovery in these cases, **each side is limited to no more than five (5) experts per case (exclusive of treating physicians)**. It is the court's expectation that these experts will overlap for plaintiffs who have the same product(s), to some extent, if not entirely.

b. The parties shall coordinate the depositions of general causation experts. Insofar as multiple plaintiffs utilize the same general causation expert or experts, those experts shall be deposed only once on the issue of general causation. As to Ethicon's experts, plaintiffs are instructed to choose a lead questioner.

c. The court encourages the coordination of depositions of specific causation experts to the extent there is overlap in the parties' use of specific causation experts for multiple plaintiffs.

   d.   The court will consider modifications to the above limitations upon good cause shown.

**B.     MOTION PRACTICE.**

1.     **Early Dispositive Motions.** If discovery (e.g., the deposition of plaintiff and her implanting physician) reveals facts that could support a motion that would be dispositive of the *entirety* of a plaintiff's claims (e.g., causation, the statute of limitations), either party may seek the court's leave *in the individual member case* to file an early dispositive motion on that issue. If such leave is granted, the court shall set a briefing schedule at that time.

2.     ***Daubert* Motions.** For the filing of *Daubert* motions on general causation issues only, the parties are instructed to file one *Daubert* motion per expert in the main MDL (MDL 2327) instead of the individual member case. Each side may file one response and one reply in the main MDL to each *Daubert* motion. This limitation does not apply to specific causation *Daubert* motions, responses and replies. Specific causation *Daubert* motions, responses and replies must be filed in the individual member cases. To the extent an expert is both a general and specific causation expert, the parties may file a general causation motion in the main MDL 2327 and an individual specific causation motion in an individual member case.

3.     **Hearings.** Hearing dates for dispositive and *Daubert* motions, if any, will be set at a future status conference.

4.     **Page Limitations.** The page limitations provided in Local Rule of Civil Procedure 7.1(a)(2) apply to memoranda in support of all dispositive and *Daubert* motions, oppositions, and replies, and the court will not be inclined to grant motions to exceed the page limit.

5.     **Confidential Documents.** In the past, the court has permitted parties to file placeholder exhibits in support of *Daubert*, dispositive and other motions, responses and replies in

the place of confidential documents that may be sealed and then, within five days, redact/dedesignate the documents or file a motion to seal. *Moving forward, the court will no longer permit this practice. Parties may no longer file placeholder exhibits.* The court expects leadership counsel for plaintiffs and the Ethicon defendants to resolve issues related to confidential designations well before the filing of motions. Filings containing placeholder exhibits will be struck. In the event there are issues related to sealing of confidential documents that the parties are unable to resolve, they must be brought to the court's attention in a consolidated manner as follows: A consolidated motion to seal is due on or before **June 10, 2016**, any response is due **June 20, 2016** and any reply is due **June 30, 2016**.

6.      **Locations of Filings.** With the exception of the general causation *Daubert* motions as outlined above, the parties are reminded that they must file dispositive and *Daubert* motions on specific causation, responses and replies in the applicable member cases only, not in the Ethicon MDL.

**C.      CASES READY FOR TRANSFER, REMAND OR TRIAL**

1.      **Venue Recommendations.** By no later than **May 16, 2016**, the parties shall meet and confer concerning the appropriate venue for each of the cases, and the parties shall submit joint venue recommendations to the court by **May 24, 2016**. The parties' joint recommendation(s) shall identify the cases about which the recommended venue is in dispute. The court may then request briefing concerning the venue for those cases about which the parties disagree. Each party reserves the right to object to the venue selected by its adversary or the court.

2.      **Transfer and Remand.** At the conclusion of pre-trial proceedings, the court, pursuant to PTO # 15 and 28 U.S.C. § 1404(a), will transfer each directly-filed case to a federal district court of proper venue as defined in 28 U.S.C. § 1391. In the alternative, pursuant to PTO

# 15 and 28 U.S.C. § 1407, cases that were transferred to this court by the MDL panel shall be remanded for further proceedings to the federal district court from which each such case was initially transferred. [2]

3.      **Trial Settings.** If a case is to be tried in the United States District Court for the Southern District of West Virginia (either by agreement of the parties or where venue in the Southern District is determined to be proper by the court), the case shall be deemed trial-ready when discovery is completed and the court rules on the parties' pretrial motions. The trial date for cases transferred or remanded to other federal district courts shall be set by the judge to whom the transferred or remanded case is assigned (including the undersigned through intercircuit assignment).

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the Ethicon Wave 2 cases identified in Exhibit A.  In cases subsequently filed in this district after 2:15-cv-15339, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: November 20, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[2]As expressly contemplated by PTO # 15, the Ethicon defendants do not waive their right to seek transfer—pursuant to 28 U.S.C. § 1406(a) or any other available ground—of any case to a court of proper venue, regardless of whether that case was transferred to or directly-filed in the Southern District of West Virginia.

# EXHIBIT A

| Case | Civil Action Number |
|---|---|
| Ankenman, Cathleen & John J. | 2:12cv00872 |
| Kowalski, Judith Mary | 2:12cv01323 |
| Hart, Mary Ann & William J. | 2:12cv01326 |
| Schroeder, Carreen & Matthew | 2:12cv01327 |
| Almendarez, Angela M. | 2:12cv01329 |
| Hines, Lynn & Gregory | 2:12cv01331 |
| Rose, Lola | 2:12cv01336 |
| Vandergriff, Debbie & Carl | 2:12cv01342 |
| Eaton, Cynthia & Frank | 2:12cv01348 |
| Aldrich, Jacqueline Marie & Darryl | 2:12cv01364 |
| Higgins, Susan & Bob | 2:12cv01365 |
| McDonald, Maria & Thomas | 2:12cv01366 |
| Glasgow, Carol | 2:12cv01367 |
| Valle, Maritza | 2:12cv01368 |
| Thomas, Mary | 2:12cv01370 |
| Fitzgerald, Alina & Christopher | 2:12cv01371 |
| Boudreau, Linda L. & Charles J. | 2:12cv01373 |
| Simpson, Sherry Gill & Ricky | 2:12cv01414 |
| Watson, Sandra Rosalie & Earl L. | 2:12cv01426 |
| Brady, Victoria Lee & Maurice Joseph | 2:12cv01428 |
| Mickle, Karen | 2:12cv01432 |
| Grayson, Pamela Sue | 2:12cv01435 |
| Pocztowski, Debra | 2:12cv01470 |
| Perry, Mary Lou | 2:12cv01477 |
| Ford, Deborah K. & Donald K. Blowers, Jr. | 2:12cv01486 |
| Brown, Valerie | 2:12cv01489 |
| Blackston, Ossie & John | 2:12cv01493 |
| Martin, Diann & Donald | 2:12cv01495 |
| Schomer, Margaret A. | 2:12cv01497 |
| Smith, Patricia G. & Mark | 2:12cv01498 |
| Cruse, Peggy D. | 2:12cv01501 |
| Raney, Barbara A. & Marcus | 2:12cv01507 |
| Espinoza, Rhondi | 2:12cv01517 |
| Majors, Jennifer A. & Jonathan S. | 2:12cv01523 |
| Flanigan, Iris & Earl David | 2:12cv01524 |
| Gologan, Didina & Alexandru | 2:12cv01528 |
| Burton, Kimberly Lee & Christopher Carl | 2:12cv01529 |

| | |
|---|---|
| Chase, Alvette | 2:12cv01533 |
| McGathey, Elizabeth M. | 2:12cv01538 |
| Ferguson, Teresa | 2:12cv01544 |
| Crews, Lillie Harriet & Wain E. | 2:12cv01549 |
| Spitzner, Bobbie Dianne & James W. | 2:12cv01552 |
| Sanders, Melissa & Charles, Jr. | 2:12cv01562 |
| Amidei, Betty | 2:12cv01563 |
| Childress, Sandra & Timothy | 2:12cv01564 |
| Cottrell, Teresa & Joe Palazzolo | 2:12cv01565 |
| Harper, Kathy | 2:12cv01567 |
| Wilson, Marcia & Robert | 2:12cv01568 |
| Rasos, Katherine | 2:12cv01599 |
| Walkingstick, Margaret Christine | 2:12cv01616 |
| Smythia, Rebecca | 2:12cv01622 |
| Smith, Andora | 2:12cv01623 |
| Lindberg, Patricia & Carl | 2:12cv01637 |
| Perez, Leezel & Jeffrey | 2:12cv01640 |
| Cole, Phyllis Smith & Willie Ray | 2:12cv01645 |
| Guffey, Gail | 2:12cv01650 |
| Hatfield, Nona & Billy Ray | 2:12cv01657 |
| Moore, Phyllis | 2:12cv01659 |
| Cooper, Jennifer & Dave | 2:12cv01660 |
| Carter, Tamara & David | 2:12cv01661 |
| Smallwood, Nancy & Leon, Sr. | 2:12cv01662 |
| Glenn, Rhonda & Era Fox, III | 2:12cv01663 |
| Allen, Diana & Timothy | 2:12cv01676 |
| Fleck, Jean E. | 2:12cv01681 |
| Lenz, Debera & Robert | 2:12cv01692 |
| Mooney, Konnie L. & James | 2:12cv01695 |
| Miller, Mona | 2:12cv01696 |
| Bailey, Pamela & Houston | 2:12cv01700 |
| Cedeno, Joyce | 2:12cv01701 |
| Colbert, Rhonda & Joseph | 2:12cv01702 |
| Hoch, Susan & Christopher | 2:12cv01703 |
| Johnson, Cynthia & Robert | 2:12cv01704 |
| Meyer, Linda & Steve | 2:12cv01705 |
| Muir, Marilyn & Scott | 2:12cv01706 |
| Shelton, Mary & Frank | 2:12cv01707 |
| Shennum, Janice | 2:12cv01708 |
| Swanson, Karen & Thomas | 2:12cv01709 |
| Parker, Belinda | 2:12cv01710 |

| | |
|---|---|
| Hutchison, Deanna Gail | 2:12cv01711 |
| Suter, Carol Ann & Troy W. | 2:12cv01712 |
| Denton, Shirley & Marvin | 2:12cv01719 |
| Frazier, Margaret & William Allen | 2:12cv01731 |
| Raines, Myra & Kenneth | 2:12cv01735 |
| Rhodes, Rebecca & Scott | 2:12cv01736 |
| Sidwell, Loretta & Jimmy | 2:12cv01737 |
| Williamson, Betty & Donald | 2:12cv01739 |
| Gibson, Susan & Michael | 2:12cv01740 |
| Savage, Stacey D. & Ebbie E. Ferrell | 2:12cv01743 |
| Blevins, Vickie Lea & Robert Oliver | 2:12cv01746 |
| Slade, Sebrina & Eric | 2:12cv01753 |
| Paris, Christin & Michael | 2:12cv01759 |
| Young, Tina L. & Jeffrey | 2:12cv01772 |
| Patrick, Lottie M. & John D. | 2:12cv01776 |
| Lane, Ann Jennette & Daniel Mark | 2:12cv01785 |
| Cutter, Jenesta & Larry A. | 2:12cv01790 |
| Burnett, Mary K. | 2:12cv01795 |
| Heuer, Myra | 2:12-cv-01796 |
| Hammett, Carolyn R. | 2:12cv01802 |
| Brookman, Lesley Mitchell & Michael | 2:12cv01803 |
| Merten, Janet & Gerard | 2:12cv01817 |
| Zutovsky, Linda & Leonard | 2:12cv01818 |
| Sierra, Ana & Luis | 2:12cv01819 |
| Hemingway, Veda & Gary | 2:12cv01829 |
| Strickland, Deborah J. & Matthew | 2:12cv01830 |
| Guy, Sheryl C. | 2:12cv01831 |
| Gray, Wanda | 2:12cv01832 |
| Abell, Emily S. & Michael K. | 2:12cv01833 |
| Bishop, Cheryl L. | 2:12cv01834 |
| Symank, Bernie & Herman | 2:12cv01836 |
| Franklin, Betty | 2:12cv01837 |
| Gallehugh, Michelle & Ronnie | 2:12cv01838 |
| Parton, Lori Anne Copeland, Executrix of the Estate of Sue Bilbrey Copeland, deceased | 2:12cv01848 |
| Peterson, Winnie Elise | 2:12cv01849 |
| Jernigan, Joan E. & Fred T. | 2:12cv01850 |
| Luna, Tracy L. | 2:12cv01853 |
| Hays, Brenda & Roger | 2:12cv01855 |
| Sutton, Martha | 2:12cv01857 |
| Hensley, Mary M. | 2:12cv01858 |

| | |
|---|---|
| Bowles, Phyllis & Charles | 2:12cv01865 |
| Rogers, Ruby G. & Dwayne L. | 2:12cv01877 |
| Irwin, Priscilla A. & Daniel S. | 2:12cv01878 |
| Dycus, Myrtle Frances | 2:12cv01879 |
| Henry, Lana & Phillip Dean | 2:12cv01938 |
| Garland, Marian | 2:12cv01939 |
| Young-Poole, Brenda | 2:12cv01962 |
| Riggs, Donna & Gary | 2:12cv01967 |
| Zapata, Sandra | 2:12cv01972 |
| Slocumb, Kathryn | 2:12cv01974 |
| Hughes, Brenda L. & Ronnie | 2:12cv01976 |
| Poole, Cheryl & Kenneth | 2:12cv01978 |
| Devoe, Debra & Randy | 2:12cv01979 |
| Moon, Carolyn | 2:12cv01980 |
| Covington-Branker, Barbara M. & Brian B. | 2:12cv01983 |
| Cope, Michele A. & Barry | 2:12cv01984 |
| Deforrest, Patricia Ann & John H. | 2:12cv01985 |
| Cambre, Terri L. | 2:12cv01986 |
| Trimper, Carolyn S. | 2:12cv01987 |
| West, Peggy Sue & Larry R. | 2:12cv01988 |
| Phillips, Eleanor F. & John R. | 2:12cv01989 |
| Higgins, Anna R. | 2:12cv01990 |
| Brennon, Rebecca J. | 2:12cv01995 |
| Carr, Gwendolyn N. & Rundell D. | 2:12cv01996 |
| Bates, Diane | 2:12cv02020 |
| Bowers, Betty Jean | 2:12cv02022 |
| Beard, Gavie & Kenneth | 2:12cv02025 |
| Carroll, Margaret | 2:12cv02026 |
| Gullett, Brenda & Carl | 2:12cv02027 |
| Maddox, Brenda | 2:12cv02028 |
| Martin, Phyllis | 2:12cv02029 |
| Peterson, Tracy & Kevin | 2:12cv02030 |
| Reed, Deborah F. & Dale K. | 2:12cv02059 |
| Chrysler, Marion | 2:12cv02060 |
| Heddle, Bridget | 2:12cv02071 |
| Pratt, Cathy | 2:12cv02072 |
| Hernandez, Toni | 2:12cv02073 |
| Dawson, Kristen | 2:12cv02074 |
| Daugherty, Angela & Jimmy | 2:12cv02076 |
| Marshall, Natalie C. & David R. | 2:12cv02077 |
| Hand, Wanda M. & Charles W. | 2:12cv02079 |

| | |
|---|---|
| Burns-Martin, Dayna & Kevin | 2:12cv02081 |
| Brady, Deborah D. | 2:12-cv-02086 |
| Hicks, Shannon H. & James D. | 2:12cv02094 |
| McClain, Barbara Sue | 2:12cv02095 |
| Roberts, Brenda C. & Dwight | 2:12cv02096 |
| Clay, Crystal Lynn | 2:12cv02097 |
| Wilson, Tina | 2:12cv02099 |
| Scott, Teresa | 2:12cv02100 |
| Bishop, Jessie | 2:12cv02101 |
| Whinery, Joyce | 2:12cv02102 |
| Nelson, Kathryn M. | 2:12cv02103 |
| Loomis, Barbara & Dighton | 2:12cv02104 |
| Minogue, Bridgette | 2:12cv02112 |
| Doucette, Karen L. | 2:12cv02125 |
| Dunham, Lynne & David | 2:12cv02131 |
| Ursini, Tara | 2:12cv02132 |
| Anderson, Elaine | 2:12cv02134 |
| Crabtree, Reba & Jack | 2:12cv02135 |
| Lary, Sheryl & Kevin E. | 2:12cv02136 |
| Manor, Kristy & John E., III | 2:12cv02137 |
| Maxwell, Bonnie | 2:12cv02138 |
| Lewis, Marlene | 2:12cv02139 |
| Messina, Laritza & John | 2:12cv02140 |
| Morrison, Laura | 2:12cv02141 |
| Panske-Phillips, Emma & Luther Y., Jr. | 2:12cv02142 |
| Phillips, Ramona | 2:12cv02143 |
| Pitts, Michelle | 2:12cv02144 |
| Green, Janice | 2:12cv02148 |
| Pippin, Laura & Donald | 2:12cv02152 |
| Bihlmeyer, Donna & Joe | 2:12cv02159 |
| Semere, Yvonne | 2:12cv02160 |
| Hreiz, Amy Elizabeth & Adel Elias | 2:12cv02165 |
| Villarreal, Katherine & Carlos | 2:12cv02167 |
| Ogletree, Linda J. & John A. | 2:12cv02168 |
| Partin, Patricia Graham | 2:12cv02179 |
| Pageau, Tina Marie | 2:12cv02180 |
| Lambert, Corrie Ann & Ronson | 2:12cv02183 |
| Martin, Patricia J. & Dennis R., Sr. | 2:12cv02185 |
| Miller, Rose M. | 2:12cv02187 |
| Pieper, Laura & Mike | 2:12cv02189 |
| Pridmore, Hope Elaine & James O. | 2:12cv02190 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.,
          PELVIC REPAIR SYSTEM
          PRODUCTS LIABILITY LITIGATION         MDL No. 2327

--------------------------------------------------

**THIS DOCUMENT RELATES TO
ETHICON WAVE 3 CASES**

**PRETRIAL ORDER # 210
(Docket Control Order – Wave 3 Cases)**

At my request, the parties recently submitted a joint list of 200 of the oldest cases in the

Ethicon MDL (not already in Ethicon Waves 1 or 2) that name only Ethicon, Inc., Ethicon, LLC

and/or Johnson & Johnson (the "Ethicon defendants") or allege claims against only the Ethicon

defendants' products.  These cases, attached hereto as Exhibit A, will be known as the "Ethicon

Wave 3 cases," and it is **ORDERED** as follows:


A.      **SCHEDULING DEADLINES**. The following deadlines shall apply in the Ethicon

Wave 3 cases:

| | |
|---|---|
| Plaintiff Fact Sheets. | 03/21/2016 |
| Defendant Fact Sheets. | 04/19/2016 |
| Deadline for written discovery requests. | 06/06/2016 |
| Expert disclosure by plaintiffs. | 07/04/2016 |
| Expert disclosure by defendants. | 08/02/2016 |
| Expert disclosure for rebuttal purposes. | 08/16/2016 |
| Deposition deadline and close of discovery. | 08/30/2016 |
| Filing of Dispositive Motions. | 09/06/2016 |
| Response to Dispositive Motions. | 09/23/2016 |
| Reply to response to dispositive motions. | 10/03/2016 |
| Filing of *Daubert* motions. | 09/19/2016 |
| Responses to *Daubert* motions. | 10/07/2016 |
| Reply to response to *Daubert* motions. | 10/17/2016 |

1.    **Discovery Completion Date.** The last date to complete depositions shall be the "discovery completion date" by which all discovery, including disclosures required by Federal Rule of Civil Procedure 26(a)(1), and (2), but not disclosures required by Federal Rule of Civil Procedure 26(a)(3), shall be completed.

2.    **Limitations on Interrogatories, Requests for Admissions and Depositions**. The following limitations apply:

    a.  Defendants are limited to 10 interrogatories and 10 requests for admission per plaintiff.

    b.  Plaintiffs are limited to 10 interrogatories and 10 requests for admission to the Ethicon defendants.

    c.  In each individual member case, no more than 4 treating physicians may be deposed.[1]

    d.  Depositions of plaintiff's friends and family members may be taken at any time prior to trial provided the deposition is requested before the discovery completion date.

    e.  Depositions of any witness are limited to 3 hours absent agreement of the parties.

    f.  The court will consider modifications to the above limitations upon good cause shown.

3.    **Limitations on Experts.** The following limitations related to experts apply:

---

[1] To the extent disputes arise regarding the division of time between the parties for the deposition of treating physicians (three hours total absent agreement), I will address those disputes, rather than the assigned Magistrate Judge, Judge Eifert.

a. The parties may conduct general and specific expert discovery on the products at issue in Ethicon Wave 3. In light of the bellwether trials and Waves 1 and 2 and the substantial discovery conducted to date on the Ethicon defendants' products, the parties are cautioned not to engage in duplicative general expert discovery, but instead, to tailor their discovery to the remaining Ethicon defendants' products at issue (to the extent such discovery is necessary), supplementing any discovery already completed and conducting specific causation discovery for the Ethicon Wave 3 plaintiffs. In light of the common products involved in Ethicon Wave 3, the likelihood of overlap in expert opinion from one case to another (except as to specific causation) and the need to streamline discovery in these cases, **each side is limited to no more than five (5) experts per case (exclusive of treating physicians)**. It is the court's expectation that these experts will overlap for plaintiffs who have the same product(s), to some extent, if not entirely.

b. The parties shall coordinate the depositions of general causation experts. Insofar as multiple plaintiffs utilize the same general causation expert or experts, those experts shall be deposed only once on the issue of general causation. As to Ethicon's experts, plaintiffs are instructed to choose a lead questioner.

c. The court encourages the coordination of depositions of specific causation experts to the extent there is overlap in the parties' use of specific causation experts for multiple plaintiffs.

3

     d.  The court will consider modifications to the above limitations upon good cause shown.

**B.**     **MOTION PRACTICE.**

1.    **Early Dispositive Motions.** If discovery (e.g., the deposition of plaintiff and her implanting physician) reveals facts that could support a motion that would be dispositive of the *entirety* of a plaintiff's claims (e.g., causation, the statute of limitations), either party may seek the court's leave *in the individual member case* to file an early dispositive motion on that issue. If such leave is granted, the court shall set a briefing schedule at that time.

2.    ***Daubert* Motions.** For the filing of *Daubert* motions on general causation issues only, the parties are instructed to file one *Daubert* motion per expert in the main MDL (MDL 2327) instead of the individual member case. Each side may file one response and one reply in the main MDL to each *Daubert* motion. This limitation does not apply to specific causation *Daubert* motions, responses and replies. Specific causation *Daubert* motions, responses and replies must be filed in the individual member cases. To the extent an expert is both a general and specific causation expert, the parties may file a general causation motion in the main MDL 2327 and an individual specific causation motion in an individual member case.

3.    **Hearings.** Hearing dates for dispositive and *Daubert* motions, if any, will be set at a future status conference.

4.    **Page Limitations.** The page limitations provided in Local Rule of Civil Procedure 7.1(a)(2) apply to memoranda in support of all dispositive and *Daubert* motions, oppositions, and replies, and the court will not be inclined to grant motions to exceed the page limit.

5.    **Confidential Documents.** In the past, the court has permitted parties to file placeholder exhibits in support of *Daubert*, dispositive and other motions, responses and replies in the place of confidential documents that may be sealed and then, within five days, redact/dedesignate the documents or file a motion to seal. *Moving forward, the court will no longer permit this practice. Parties may no longer file placeholder exhibits.* The court expects leadership counsel for plaintiffs and the Ethicon defendants to resolve issues related to confidential designations well before the filing of motions. Filings containing placeholder exhibits will be struck. In the event there are issues related to sealing of confidential documents that the parties are unable to resolve, they must be brought to the court's attention in a consolidated manner as follows: A consolidated motion to seal is due on or before **August 9, 2016**, any response is due **August 19, 2016** and any reply is due **August 29, 2016**.

6.    **Locations of Filings.** With the exception of the general causation *Daubert* motions as outlined above, the parties are reminded that they must file dispositive and *Daubert* motions on specific causation, responses and replies in the applicable member cases only, not in the Ethicon MDL.

**C.    CASES READY FOR TRANSFER, REMAND OR TRIAL**

1.    **Venue Recommendations.** By no later than **July 15, 2016**, the parties shall meet and confer concerning the appropriate venue for each of the cases, and the parties shall submit joint venue recommendations to the court by **July 25, 2016**. The parties' joint recommendation(s) shall identify the cases about which the recommended venue is in dispute. The court may then request briefing concerning the venue for those cases about which the parties disagree. Each party reserves the right to object to the venue selected by its adversary or the court.

2.      **Transfer and Remand.** At the conclusion of pre-trial proceedings, the court, pursuant to PTO # 15 and 28 U.S.C. § 1404(a), will transfer each directly-filed case to a federal district court of proper venue as defined in 28 U.S.C. § 1391. In the alternative, pursuant to PTO # 15 and 28 U.S.C. § 1407, cases that were transferred to this court by the MDL panel shall be remanded for further proceedings to the federal district court from which each such case was initially transferred.[2]

3.      **Trial Settings.** If a case is to be tried in the United States District Court for the Southern District of West Virginia (either by agreement of the parties or where venue in the Southern District is determined to be proper by the court), the case shall be deemed trial-ready when discovery is completed and the court rules on the parties' pretrial motions. The trial date for cases transferred or remanded to other federal district courts shall be set by the judge to whom the transferred or remanded case is assigned (including the undersigned through intercircuit assignment).

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the Ethicon Wave 3 cases identified in Exhibit A. In cases subsequently filed in this district after 2:15-cv-16245, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility

---

[2] As expressly contemplated by PTO # 15, the Ethicon defendants do not waive their right to seek transfer–pursuant to 28 U.S.C. § 1406(a) or any other available ground–of any case to a court of proper venue, regardless of whether that case was transferred to or directly-filed in the Southern District of West Virginia.

of the parties to review and abide by all pretrial orders previously entered by the court. The

orders may be accessed through the CM/ECF system or the court's website at

www.wvsd.uscourts.gov.

ENTER: December 18, 2015

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

7

**EXHIBIT A**

| | Case | Civil Action Number |
|---|---|---|
| 1 | Angelia M. & Manuel M. Ramirez | 2:12-cv-02191 |
| 2 | Mary Frances & Joseph L. Richard | 2:12-cv-02192 |
| 3 | Dawn & David Sequino | 2:12-cv-02193 |
| 4 | Susan & Stanley Struckus | 2:12-cv-02194 |
| 5 | Mary & Jeffrey Ward | 2:12-cv-02198 |
| 6 | Leslie Warner | 2:12-cv-02199 |
| 7 | Judy Haddon | 2:12-cv-02200 |
| 8 | Nancy & Steve Russell | 2:12-cv-02201 |
| 9 | Grace & Edward Eack | 2:12-cv-02219 |
| 10 | Leslie & Eric Rodgers | 2:12-cv-02221 |
| 11 | Mattie & Ronnie Todd | 2:12-cv-02242 |
| 12 | Kathy & Joseph Birt | 2:12-cv-02251 |
| 13 | Patricia & Martin, Jr. Kuks | 2:12-cv-02257 |
| 14 | Charlotte A. & Troy Day | 2:12-cv-02264 |
| 15 | Norma J. & James Kustes | 2:12-cv-02265 |
| 16 | Frankie & Jimmy Miller | 2:12-cv-02266 |
| 17 | Edith A. & Roger Richardson | 2:12-cv-02267 |
| 18 | Tonya Rogers | 2:12-cv-02268 |
| 19 | Ruth & Anthony Coffman | 2:12-cv-02278 |
| 20 | Shannon O'Neal & James W. Hewatt | 2:12-cv-02279 |
| 21 | Linda & Greg Combs | 2:12-cv-02283 |
| 22 | Joyce Dobson | 2:12-cv-02298 |
| 23 | Barbara A. & Joseph R. Wilcox | 2:12-cv-02300 |
| 24 | Samantha L. Webb | 2:12-cv-02314 |
| 25 | Karen Conley | 2:12-cv-02315 |
| 26 | Helen Harper | 2:12-cv-02316 |
| 27 | Deborah Blankenship | 2:12-cv-02327 |
| 28 | Tammy & James, III Carroll | 2:12-cv-02328 |
| 29 | Mary Pritchett | 2:12-cv-02329 |
| 30 | Christina Tullier | 2:12-cv-02331 |
| 31 | Helen Van Wyck | 2:12-cv-02374 |
| 32 | Linda & Ralph Burroughs | 2:12-cv-02378 |
| 33 | Patricia Warren | 2:12-cv-02381 |
| 34 | Traci & Marty Goss | 2:12-cv-02382 |
| 35 | Deborah & John Greene | 2:12-cv-02386 |
| 36 | Geraldine & John Yaletchko | 2:12-cv-02401 |
| 37 | Mary & Keith Horton | 2:12-cv-02402 |
| 38 | Bonnie Odum | 2:12-cv-02404 |
| 39 | Janet Hawkins | 2:12-cv-02409 |
| 40 | Bonnie & Calvin Huggins | 2:12-cv-02412 |
| 41 | Norma & Larry Carroll | 2:12-cv-02414 |
| 42 | Kimberly Stevens | 2:12-cv-02424 |
| 43 | Stephanie & Steven Blanchard | 2:12-cv-02429 |

| | Case | Civil Action Number |
|---|---|---|
| 44 | Katherine Didomizio | 2:12-cv-02436 |
| 45 | Cynthia & Raymond, Sr. Falcon | 2:12-cv-02446 |
| 46 | Melissa Mincey | 2:12-cv-02448 |
| 47 | Rhonda & Anthony Arnette | 2:12-cv-02475 |
| 48 | Dawn & Michael Baker | 2:12-cv-02476 |
| 49 | Rhonda & Roger Harvey | 2:12-cv-02477 |
| 50 | Donna & Earl Matthews | 2:12-cv-02478 |
| 51 | Terri Milan | 2:12-cv-02479 |
| 52 | Donna Murphy | 2:12-cv-02485 |
| 53 | Francesca Bopp | 2:12-cv-02486 |
| 54 | Elisabeth Payne | 2:12-cv-02488 |
| 55 | Joanne Phillips | 2:12-cv-02489 |
| 56 | Martha & Kenneth Brown | 2:12-cv-02498 |
| 57 | Janie L. & Clarence J. Moret | 2:12-cv-02501 |
| 58 | Barbara Hatfield | 2:12-cv-02509 |
| 59 | Debbie & James E. Howard | 2:12-cv-02511 |
| 60 | Linda Madding | 2:12-cv-02512 |
| 61 | Shirley L. & George W. Knight | 2:12-cv-02515 |
| 62 | Rhonda Cooper | 2:12-cv-02532 |
| 63 | Brandy & Jeffrey Swinney | 2:12-cv-02539 |
| 64 | Deborah L. & David K. Slone | 2:12-cv-02544 |
| 65 | Carla J. Thorpe | 2:12-cv-02546 |
| 66 | Pamela & Jackie Lee, Sr. Harvey | 2:12-cv-02556 |
| 67 | Alice Sue Wilkin | 2:12-cv-02563 |
| 68 | Patsy & Howard Mays | 2:12-cv-02565 |
| 69 | Dorothy Hunt | 2:12-cv-02575 |
| 70 | Tammy & Bryon Jackson | 2:12-cv-02576 |
| 71 | Patricia & Floyd Marks | 2:12-cv-02577 |
| 72 | Mary Clayborne | 2:12-cv-02579 |
| 73 | Wanda Clayborne | 2:12-cv-02580 |
| 74 | Anita Fisher | 2:12-cv-02581 |
| 75 | Kathleen & Albert Young Flynn | 2:12-cv-02582 |
| 76 | Rhonda & Billy Garner | 2:12-cv-02583 |
| 77 | Trina Hill | 2:12-cv-02584 |
| 78 | Michellyn & Michael Murphy | 2:12-cv-02600 |
| 79 | Bonita Taylor | 2:12-cv-02601 |
| 80 | Nancy & Darryl Rivers | 2:12-cv-02602 |
| 81 | Rhonda T. Brantley | 2:12-cv-02605 |
| 82 | Gayle King | 2:12-cv-02606 |
| 83 | Kandy P. & Rick Dotson | 2:12-cv-02633 |
| 84 | Ila Cosgray | 2:12-cv-02634 |
| 85 | Tabitha Williamson | 2:12-cv-02642 |
| 86 | Lori & Duane Morse | 2:12-cv-02657 |

|  | Case | Civil Action Number |
|---|---|---|
| 87 | Nancy Parks | 2:12-cv-02660 |
| 88 | Joyce & William Thomas | 2:12-cv-02662 |
| 89 | Debbie & Charles Tomlinson | 2:12-cv-02663 |
| 90 | Robin & Jack Webb | 2:12-cv-02669 |
| 91 | Judy Wiley | 2:12-cv-02670 |
| 92 | Deborah & Steven Ray, Jr. Young | 2:12-cv-02672 |
| 93 | Kathleen & Glennon Toennies | 2:12-cv-02687 |
| 94 | Victoria Soltanshahi | 2:12-cv-02688 |
| 95 | Karen A. & Thomas F. Lyszcarz | 2:12-cv-02689 |
| 96 | Barbara Lawyer-Johnson | 2:12-cv-02690 |
| 97 | Antoinette & Ronnie James | 2:12-cv-02696 |
| 98 | Shelia L. Bracato | 2:12-cv-02697 |
| 99 | Martha M. & James Stevenson | 2:12-cv-02700 |
| 100 | Brenda Simpson | 2:12-cv-02716 |
| 101 | Susan Walker | 2:12-cv-02728 |
| 102 | Alberta Clark | 2:12-cv-02734 |
| 103 | Sara & Terrance Bell | 2:12-cv-02741 |
| 104 | Jennifer & Hilario Aguilar | 2:12-cv-02742 |
| 105 | Emma G. Honeycutt | 2:12-cv-02746 |
| 106 | Sharon K. & Timothy T. Carrell | 2:12-cv-02751 |
| 107 | Dorothy F. Foust | 2:12-cv-02752 |
| 108 | Monica Lynn & James Charles Bauernfeind | 2:12-cv-02768 |
| 109 | Diana N. Farris | 2:12-cv-02776 |
| 110 | Teresa Alltop | 2:12-cv-02782 |
| 111 | Dion & Sheldon Cole | 2:12-cv-02786 |
| 112 | Tammy & Johnny Coward | 2:12-cv-02788 |
| 113 | Constance Fisher | 2:12-cv-02792 |
| 114 | Lisa & Patrick Fritz | 2:12-cv-02796 |
| 115 | Susan & Hubert Jones (SUSAN JONES IS DECEASED) | 2:12-cv-02797 |
| 116 | Tracey Ryan Smith | 2:12-cv-02798 |
| 117 | Susan Clones | 2:12-cv-02799 |
| 118 | Kathy Robertson | 2:12-cv-02802 |
| 119 | Donna & Hugh Snoddy | 2:12-cv-02803 |
| 120 | Janet & Larry Taulbee | 2:12-cv-02804 |
| 121 | Donna & Joe Moosman | 2:12-cv-02805 |
| 122 | Linda Heatherly | 2:12-cv-02807 |
| 123 | Jennifer D. & David C. Marshall | 2:12-cv-02809 |
| 124 | Selena & Chane Thompson | 2:12-cv-02814 |
| 125 | Karla A. Guidry | 2:12-cv-02816 |
| 126 | Cathy Lynn Stanley | 2:12-cv-02817 |
| 127 | Lottie & Edward Brusseau | 2:12-cv-02819 |
| 128 | Nettie Watts | 2:12-cv-02823 |
| 129 | Julia & Willis Walker | 2:12-cv-02826 |

| | Case | Civil Action Number |
|---|---|---|
| 130 | Kimberly Hill | 2:12-cv-02829 |
| 131 | Patricia & Stephen Caughorn | 2:12-cv-02832 |
| 132 | Victoria Gutierrez | 2:12-cv-02857 |
| 133 | Peggy S. Wollitz | 2:12-cv-02858 |
| 134 | Mattie J. Brooks | 2:12-cv-02865 |
| 135 | Bonnie S. & Robert G. Smith | 2:12-cv-02876 |
| 136 | Lisa A. Russell | 2:12-cv-02879 |
| 137 | Sandra Sweeney | 2:12-cv-02880 |
| 138 | Kathy & Phillip Kidd | 2:12-cv-02883 |
| 139 | Terry Page | 2:12-cv-02884 |
| 140 | Tymika Tunstall | 2:12-cv-02906 |
| 141 | Thelma & Harold Cole | 2:12-cv-02908 |
| 142 | Susan D. Bartley | 2:12-cv-02921 |
| 143 | Tina M. Douglas | 2:12-cv-02922 |
| 144 | Dawn Cordea | 2:12-cv-02934 |
| 145 | Lillie R. & Ernest P. Miller | 2:12-cv-02942 |
| 146 | Kathy Blake | 2:12-cv-02943 |
| 147 | Charlotte Ann Schaub | 2:12-cv-02947 |
| 148 | Rhonda Mitchell | 2:12-cv-02949 |
| 149 | Inez & Carlton S. Creel | 2:12-cv-02950 |
| 150 | Brenda J. & Barry Wooden | 2:12-cv-02951 |
| 151 | Anne M. Currie | 2:12-cv-02955 |
| 152 | Audrey & Theron Smallridge | 2:12-cv-02956 |
| 153 | Jamie & Steven Rutherford | 2:12-cv-02959 |
| 154 | Trudy M. & Dale R. Usey | 2:12-cv-02960 |
| 155 | Janice & Don Fields | 2:12-cv-02971 |
| 156 | Grethel Taylor | 2:12-cv-02975 |
| 157 | Margaret Polly | 2:12-cv-02979 |
| 158 | Leslie Elder | 2:12-cv-02987 |
| 159 | Shannon L. Smith | 2:12-cv-02989 |
| 160 | Susan & Simon Thomas Grizzle | 2:12-cv-02991 |
| 161 | Vicki & Randall Trammell | 2:12-cv-02994 |
| 162 | Katy Sue & Daniel Wilson | 2:12-cv-02997 |
| 163 | Mary Allmon | 2:12-cv-02999 |
| 164 | Deborah & Robert Kisell | 2:12-cv-03013 |
| 165 | Sharita Malone | 2:12-cv-03037 |
| 166 | Tammy & Danny Richmond | 2:12-cv-03038 |
| 167 | April & Danny Berry | 2:12-cv-03074 |
| 168 | Delilah & Walter Bishop | 2:12-cv-03075 |
| 169 | Stephanie & Davin Booher | 2:12-cv-03076 |
| 170 | Carmen & Jose L. Castillo | 2:12-cv-03077 |
| 171 | Araceli Baez | 2:12-cv-03078 |
| 172 | Judy K. & Benny Damron | 2:12-cv-03079 |

| | Case | Civil Action Number |
|---|---|---|
| 173 | Yolanda & Edward G. Garcia | 2:12-cv-03080 |
| 174 | Phyllis A. King | 2:12-cv-03081 |
| 175 | Ronda L. Reed | 2:12-cv-03082 |
| 176 | Catherine L. & David Young | 2:12-cv-03083 |
| 177 | Mary Diana Book | 2:12-cv-03085 |
| 178 | Mary Cox | 2:12-cv-03087 |
| 179 | Shirlene Franklin | 2:12-cv-03091 |
| 180 | Lori & Mark Ludwig | 2:12-cv-03093 |
| 181 | Deborah & Tony Mattingly | 2:12-cv-03097 |
| 182 | Melissa Moore | 2:12-cv-03108 |
| 183 | Carol Noffsinger | 2:12-cv-03118 |
| 184 | Glenna T. Hensley | 2:12-cv-03119 |
| 185 | Kimberly & Glen A. Martello | 2:12-cv-03122 |
| 186 | Tammy Webb-Henson | 2:12-cv-03123 |
| 187 | Katherine & Henry, II Smallwood | 2:12-cv-03124 |
| 188 | Jeannie Holland | 2:12-cv-03125 |
| 189 | Julia Smith | 2:12-cv-03128 |
| 190 | Kelly L. & John D. White | 2:12-cv-03129 |
| 191 | Shari & Ronnie L. Thomas | 2:12-cv-03130 |
| 192 | Sara Camille Jones | 2:12-cv-03131 |
| 193 | Christine & Joseph Webb | 2:12-cv-03136 |
| 194 | Debra & Stephen Krauser | 2:12-cv-03140 |
| 195 | Tracy & Kevin Woosley | 2:12-cv-03145 |
| 196 | Lydia & Douglas Blackwell | 2:12-cv-03155 |
| 197 | Floreen Leland | 2:12-cv-03161 |
| 198 | Joann S. Bradley | 2:12-cv-03162 |
| 199 | Geraldean Gaylor | 2:12-cv-03163 |
| 200 | Christine Walker | 2:12-cv-03166 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.,
           PELVIC REPAIR SYSTEM
           PRODUCTS LIABILITY LITIGATION          MDL No. 2327

--------------------------------------------------

**THIS DOCUMENT RELATES TO
ETHICON WAVE 4 CASES**

**PRETRIAL ORDER # 243
(Docket Control Order – Wave 4 Cases)**

At my request, the parties recently submitted a joint list of 400 of the oldest cases in the Ethicon MDL not already in a wave that name only the Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson (the "Ethicon defendants") or allege claims against only the Ethicon defendants' products.  These cases, attached hereto as Exhibit A, will be known as the "Ethicon Wave 4 cases," and it is **ORDERED** as follows:

A.      **SCHEDULING DEADLINES**. The following deadlines shall apply in the Ethicon

Wave 4 cases:

| | |
|---|---|
| Plaintiff Fact Sheets. | 11/28/2016 |
| Defendant Fact Sheets. | 12/28/2016 |
| Deadline for written discovery requests. | 01/31/2017 |
| Expert disclosure by plaintiffs. | 01/17/2017 |
| Expert disclosure by defendants. | 02/15/2017 |
| Expert disclosure for rebuttal purposes. | 03/03/2017 |
| Deposition deadline and close of discovery. | 03/17/2017 |
| Filing of Dispositive Motions. | 04/06/2017 |
| Response to Dispositive Motions. | 04/20/2017 |
| Reply to response to dispositive motions. | 04/27/2017 |
| Filing of *Daubert* motions. | 04/13/2017 |
| Responses to *Daubert* motions. | 04/27/2017 |
| Reply to response to *Daubert* motions. | 05/04/2017 |

1.  **Discovery Completion Date.** The last date to complete depositions shall be the "discovery completion date" by which all discovery, including disclosures required by Federal Rule of Civil Procedure 26(a)(1), and (2), but not disclosures required by Federal Rule of Civil Procedure 26(a)(3), shall be completed.

2.  **Limitations on Interrogatories, Requests for Admissions and Depositions**. The following limitations apply:

    a.  Defendants are limited to 10 interrogatories and 10 requests for admission per plaintiff.

    b.  Plaintiffs are limited to 10 interrogatories and 10 requests for admission to the Ethicon defendants.

    c.  In each individual member case, no more than 4 treating physicians may be deposed.[1]

    d.  Depositions of plaintiff's friends and family members may be taken at any time prior to trial provided the deposition is requested before the discovery completion date.

    e.  Depositions of any witness are limited to 3 hours absent agreement of the parties.

    f.  The court will consider modifications to the above limitations upon good cause shown.

3.  **Limitations on Experts.** The following limitations related to experts apply:

---

[1] To the extent disputes arise regarding the division of time between the parties for the deposition of treating physicians (three hours total absent agreement), I will address those disputes, rather than the assigned Magistrate Judge, Judge Eifert.

a.  The parties may conduct general and specific expert discovery on the products at issue in Ethicon Wave 4. In light of the bellwether trials, Waves 1, 2 and 3 and the substantial discovery conducted to date on the Ethicon defendants' products, the parties are cautioned not to engage in duplicative general expert discovery, but instead, to tailor their discovery to the remaining Ethicon defendants' products at issue (to the extent such discovery is necessary), supplementing any discovery already completed and conducting specific causation discovery for the Ethicon Wave 4 plaintiffs. In light of the common products involved in Ethicon Wave 4, the likelihood of overlap in expert opinion from one case to another (except as to specific causation) and the need to streamline discovery in these cases, **each side is limited to no more than five (5) experts per case (exclusive of treating physicians)**. It is the court's expectation that these experts will overlap for plaintiffs who have the same product(s), to some extent, if not entirely.

b.  The parties shall coordinate the depositions of general causation experts. Insofar as multiple plaintiffs utilize the same general causation expert or experts, those experts shall be deposed only once on the issue of general causation. As to Ethicon's experts, plaintiffs are instructed to choose a lead questioner.

c.  The court encourages the coordination of depositions of specific causation experts to the extent there is overlap in the parties' use of specific causation experts for multiple plaintiffs.

3

    d. The court will consider modifications to the above limitations upon good cause shown.

## B.    MOTION PRACTICE.

1.    **Early Dispositive Motions.** If discovery (e.g., the deposition of plaintiff and her implanting physician) reveals facts that could support a motion that would be dispositive of the *entirety* of a plaintiff's claims (e.g., causation, the statute of limitations), either party may seek the court's leave *in the individual member case* to file an early dispositive motion on that issue. If such leave is granted, the court shall set a briefing schedule at that time.

2.    *Daubert* **Motions.** For the filing of *Daubert* motions on general causation issues only, the parties are instructed to file one *Daubert* motion per expert in the main MDL (MDL 2327) instead of the individual member case. Each side may file one response and one reply in the main MDL to each *Daubert* motion.[2] This limitation does not apply to specific causation *Daubert* motions, responses and replies. Specific causation *Daubert* motions, responses and replies must be filed in the individual member cases. To the extent an expert is both a general and specific causation expert, the parties may file a general causation motion in the main MDL 2327 and an individual specific causation motion in an individual member case.

3.    **Hearings.** Hearing dates for dispositive and *Daubert* motions, if any, will be set at a future status conference.

4.    **Page Limitations.** The page limitations provided in Local Rule of Civil Procedure 7.1(a)(2) apply to memoranda in support of all dispositive and *Daubert* motions, oppositions, and replies, and the court will not be inclined to grant motions to exceed the page limit.

---

[2] If parties wish to adopt previous *Daubert* motions on general causation experts, they may so indicate in a filing in the main MDL 2327.

5. **Confidential Documents.** In the past, the court has permitted parties to file placeholder exhibits in support of *Daubert*, dispositive and other motions, responses and replies in the place of confidential documents that may be sealed and then, within five days, redact/dedesignate the documents or file a motion to seal. *Moving forward, the court will no longer permit this practice. Parties may no longer file placeholder exhibits.* The court expects leadership counsel for plaintiffs and the Ethicon defendants to resolve issues related to confidential designations well before the filing of motions. Filings containing placeholder exhibits will be struck. In the event there are issues related to sealing of confidential documents that the parties are unable to resolve, they must be brought to the court's attention in a consolidated manner as follows: A consolidated motion to seal is due on or before **February 9, 2017**, any response is due **February 23, 2017** and any reply is due **March 2, 2017**.

6. **Locations of Filings.** With the exception of the general causation *Daubert* motions as outlined above, the parties are reminded that they must file dispositive and *Daubert* motions on specific causation, responses and replies in the applicable member cases only, not in the Ethicon MDL.

## C.  CASES READY FOR TRANSFER, REMAND OR TRIAL

1. **Venue Recommendations.** By no later than **January 30, 2017**, the parties shall meet and confer concerning the appropriate venue for each of the cases, and the parties shall submit joint venue recommendations to the court by **February 9, 2017**. The parties' joint recommendation(s) shall identify the cases about which the recommended venue is in dispute. The court may then request briefing concerning the venue for those cases about which the parties disagree. Each party reserves the right to object to the venue selected by its adversary or the court.

2.      **Transfer and Remand.** At the conclusion of pre-trial proceedings, the court, pursuant to PTO # 15 and 28 U.S.C. § 1404(a), will transfer each directly-filed case to a federal district court of proper venue as defined in 28 U.S.C. § 1391. In the alternative, pursuant to PTO # 15 and 28 U.S.C. § 1407, cases that were transferred to this court by the MDL panel shall be remanded for further proceedings to the federal district court from which each such case was initially transferred.[3]

3.      **Trial Settings.** If a case is to be tried in the United States District Court for the Southern District of West Virginia (either by agreement of the parties or where venue in the Southern District is determined to be proper by the court), the case shall be deemed trial-ready when discovery is completed and the court rules on the parties' pretrial motions. The trial date for cases transferred or remanded to other federal district courts shall be set by the judge to whom the transferred or remanded case is assigned (including the undersigned through intercircuit assignment).

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 **and in the Ethicon Wave 4 cases listed on Exhibit A**. In cases subsequently filed in this district after 2:16-cv-09871, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The

---

[3] As expressly contemplated by PTO # 15, the Ethicon defendants do not waive their right to seek transfer–pursuant to 28 U.S.C. § 1406(a) or any other available ground–of any case to a court of proper venue, regardless of whether that case was transferred to or directly-filed in the Southern District of West Virginia.

orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: October 25, 2016

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

|  | **Plaintiff(s) name** | **Civil Action No.** |
|---|---|---|
| 1 | Swink, Lisa | 2:12-cv-01290 |
| 2 | Cross, Kathy & Ian | 2:12-cv-02281 |
| 3 | Lucas, Sue A. | 2:12-cv-03025 |
| 4 | Fine, Vicki R. & Howard | 2:12-cv-03167 |
| 5 | West, Sherrill | 2:12-cv-03180 |
| 6 | Young, Rose & William E., Jr. | 2:12-cv-03198 |
| 7 | Branaman, Connie & James | 2:12-cv-03205 |
| 8 | Ocker, Carol | 2:12-cv-03227 |
| 9 | Pruitt, Tammy & Royce | 2:12-cv-03228 |
| 10 | Schaffer, Stephanie | 2:12-cv-03229 |
| 11 | Schlosser, Joan & Anthony, Jr. | 2:12-cv-03230 |
| 12 | Shaner, Julie | 2:12-cv-03231 |
| 13 | Smith, Ethel | 2:12-cv-03232 |
| 14 | Soloman, Misty | 2:12-cv-03233 |
| 15 | Watson, Ruth & Robert | 2:12-cv-03234 |
| 16 | White, Emma | 2:12-cv-03235 |
| 17 | Heidel, Barbara & James | 2:12-cv-03236 |
| 18 | Dodd, Stacey & Mikell | 2:12-cv-03237 |
| 19 | Upchurch, Jessie | 2:12-cv-03238 |
| 20 | Brittain, Kay f/k/a Kay Fifield & Claire, Jr. | 2:12-cv-03239 |
| 21 | Heber, Jeannean & Arthur | 2:12-cv-03240 |
| 22 | Plahmer, Donna & Gary | 2:12-cv-03241 |
| 23 | Bailey, Glenda | 2:12-cv-03242 |
| 24 | Seto, Jewell | 2:12-cv-03243 |
| 25 | Harris, Tina | 2:12-cv-03246 |
| 26 | Webb, Wilma & Kenneth | 2:12-cv-03247 |
| 27 | Peters, Christy | 2:12-cv-03249 |
| 28 | Tharp, Iva June | 2:12-cv-03251 |
| 29 | Wiseman, Jeanette | 2:12-cv-03252 |
| 30 | Romero, Carolyn | 2:12-cv-03255 |
| 31 | Mullins, Deborah Jean | 2:12-cv-03258 |
| 32 | Borel, Sara | 2:12-cv-03259 |
| 33 | Bell, Charlotte | 2:12-cv-03260 |
| 34 | Dawson, Gloria | 2:12-cv-03264 |
| 35 | Altvater, Mary | 2:12-cv-03265 |
| 36 | Gregory, Janice & John | 2:12-cv-03268 |
| 37 | Justice, Brenda | 2:12-cv-03285 |
| 38 | Sunseri, Joyce & Louis | 2:12-cv-03288 |
| 39 | Goins, Sondra S. | 2:12-cv-03289 |
| 40 | Norris, Thelma | 2:12-cv-03294 |
| 41 | Spencer, Tanya | 2:12-cv-03295 |
| 42 | Bush, Linda Ann | 2:12-cv-03298 |
| 43 | Junior, Joyce | 2:12-cv-03299 |

**EXHIBIT A**

|  | Plaintiff(s) name | Civil Action No. |
|---|---|---|
| 44 | Massengill, Melissa & Franklin | 2:12-cv-03303 |
| 45 | Towns, Bertha & Frank | 2:12-cv-03306 |
| 46 | Lunsford, Sharon Kay & Charles | 2:12-cv-03308 |
| 47 | Hubbard, Pamela | 2:12-cv-03309 |
| 48 | Todd, Peggy & Edgar | 2:12-cv-03311 |
| 49 | Eckdahl, Patricia A. & Peter | 2:12-cv-03319 |
| 50 | Brasher, Karen | 2:12-cv-03324 |
| 51 | Reed, Debra & Rodney | 2:12-cv-03325 |
| 52 | Aston, Helen | 2:12-cv-03326 |
| 53 | Kane, Alice Christine | 2:12-cv-03365 |
| 54 | Reggio, Carolyn & Sidney | 2:12-cv-03367 |
| 55 | Augustus, Deshawn & Charles | 2:12-cv-03368 |
| 56 | Chandler, Vivian | 2:12-cv-03369 |
| 57 | Greve, Ann | 2:12-cv-03370 |
| 58 | Duhe, Alice | 2:12-cv-03371 |
| 59 | Lyons, Marie & Marion H., III | 2:12-cv-03372 |
| 60 | Taylor, Marva | 2:12-cv-03374 |
| 61 | Gremillion, Gayle & Paul | 2:12-cv-03375 |
| 62 | Gutillo, Tiffany | 2:12-cv-03378 |
| 63 | Amie, Tina & Craig | 2:12-cv-03387 |
| 64 | McGee, Penny | 2:12-cv-03408 |
| 65 | Tumblin, Felicia & Monroe | 2:12-cv-03411 |
| 66 | Maurice, Estelle | 2:12-cv-03415 |
| 67 | Holloway, Janice M. & Martin G. | 2:12-cv-03417 |
| 68 | Decker, Karon & Manuel | 2:12-cv-03427 |
| 69 | Rogers, Monica | 2:12-cv-03429 |
| 70 | Anderson, Mary | 2:12-cv-03437 |
| 71 | Scruggs, Peggy & William | 2:12-cv-03439 |
| 72 | Coleman, Priscilla & Elmer Richardson | 2:12-cv-03440 |
| 73 | Banks, Orelia | 2:12-cv-03441 |
| 74 | Mayes, Tammy M. | 2:12-cv-03463 |
| 75 | Baksic, Danielle & Brian | 2:12-cv-03536 |
| 76 | Cupp, Joyce A. & Carmen | 2:12-cv-03547 |
| 77 | Conley, Maglenda & Ray | 2:12-cv-03548 |
| 78 | Whitehead, Rebecca & Randall | 2:12-cv-03552 |
| 79 | Saylor, Katie & Jason | 2:12-cv-03553 |
| 80 | Lester, Mary E. | 2:12-cv-03560 |
| 81 | Herbert, Jane L. & William | 2:12-cv-03568 |
| 82 | Mullins, Lottie M. & Darrell | 2:12-cv-03577 |
| 83 | Watkins, Kitty M. & Larry | 2:12-cv-03578 |
| 84 | Glass, Beverly & William | 2:12-cv-03579 |
| 85 | Steiner, Annie & Phillip | 2:12-cv-03580 |
| 86 | Marrero, Ada & Gary | 2:12-cv-03581 |

**EXHIBIT A**

| | Plaintiff(s) name | Civil Action No. |
|---|---|---|
| 87 | Harvell, Rita | 2:12-cv-03586 |
| 88 | Eversole, Debbie | 2:12-cv-03593 |
| 89 | Vanover, Sherry & Lawrence | 2:12-cv-03594 |
| 90 | Himes, Carolyn | 2:12-cv-03595 |
| 91 | Farrar, Lunda E. | 2:12-cv-03596 |
| 92 | Smith, Betty & Carl | 2:12-cv-03597 |
| 93 | Clark, Addie | 2:12-cv-03598 |
| 94 | May, Bethany & Jimmy | 2:12-cv-03602 |
| 95 | Snow, Joyce & Christopher | 2:12-cv-03603 |
| 96 | Deakins, Lucille & Donald | 2:12-cv-03605 |
| 97 | Riffle, Kimberly A. & Michael | 2:12-cv-03611 |
| 98 | Robinson, Michelle & Bobby, Jr. | 2:12-cv-03612 |
| 99 | Neal, Glendora | 2:12-cv-03614 |
| 100 | Johnson, Pamela F. & James | 2:12-cv-03615 |
| 101 | Cox, Patty & Raymond | 2:12-cv-03616 |
| 102 | Horton, Barbara & Michael | 2:12-cv-03641 |
| 103 | O'Neill, Kary | 2:12-cv-03642 |
| 104 | Boettner, Brenda | 2:12-cv-03643 |
| 105 | Jucha, Anna M. | 2:12-cv-03646 |
| 106 | Hogue, Nancy & Ernest | 2:12-cv-03679 |
| 107 | Sales, Dorothy Jean & Millard | 2:12-cv-03682 |
| 108 | Borden, Rose | 2:12-cv-03692 |
| 109 | Kramer, Catherine M. & James R. | 2:12-cv-03696 |
| 110 | Champion, Joyce & Charles | 2:12-cv-03723 |
| 111 | Staton, Toni | 2:12-cv-03724 |
| 112 | Davis, Terri & Daniel | 2:12-cv-03726 |
| 113 | Hampton, Zona & Glen | 2:12-cv-03727 |
| 114 | Ball, Shannon & Darius | 2:12-cv-03728 |
| 115 | Bynum, Rachel & Randall | 2:12-cv-03729 |
| 116 | Bodah, Carole Ann | 2:12-cv-03733 |
| 117 | Datz, Lillian & Kerry M. | 2:12-cv-03735 |
| 118 | White, Jessica & Jeremy | 2:12-cv-03736 |
| 119 | Orr, Cindy & Allen | 2:12-cv-03738 |
| 120 | Thompson, Harriet & Bertram | 2:12-cv-03741 |
| 121 | Adkins, Lori & William Preston Martin | 2:12-cv-03751 |
| 122 | Harris, Jennie L. | 2:12-cv-03781 |
| 123 | Kerley, Lisa & K. Lynn | 2:12-cv-03786 |
| 124 | McKay, Kara | 2:12-cv-03807 |
| 125 | Clark, Gloria J. & James R. | 2:12-cv-03833 |
| 126 | Elliott, Sandra L. & John W. | 2:12-cv-03834 |
| 127 | Ratledge, Lori L. & Edward F. | 2:12-cv-03835 |
| 128 | Arceneaux, Cherie & Scott | 2:12-cv-03840 |
| 129 | Gross, Theresa | 2:12-cv-03842 |

**EXHIBIT A**

| | Plaintiff(s) name | Civil Action No. |
|---|---|---|
| 130 | Ashburn, Regina | 2:12-cv-03843 |
| 131 | Turner, Melanie | 2:12-cv-03847 |
| 132 | Beckstead, Cicily & Jeffery | 2:12-cv-03849 |
| 133 | Hollingsworth, Melanie W. | 2:12-cv-03850 |
| 134 | Ammons, Lynn C. & Thomas B. | 2:12-cv-03853 |
| 135 | Thornwall, Lorna G. | 2:12-cv-03854 |
| 136 | West, Susan D. | 2:12-cv-03855 |
| 137 | Collins, Melissa D. & Charles | 2:12-cv-03866 |
| 138 | Blankship, Tina & Shelby | 2:12-cv-03867 |
| 139 | Bird, Gladys | 2:12-cv-03869 |
| 140 | Thacker, Connie J. | 2:12-cv-03870 |
| 141 | Jackson, Cynthia & William | 2:12-cv-03871 |
| 142 | Keller, Linda | 2:12-cv-03872 |
| 143 | Knox, Frances M. & Thomas | 2:12-cv-03873 |
| 144 | Wooten, Melissa G. & John | 2:12-cv-03874 |
| 145 | Vance, Lisa R. & Christopher S. | 2:12-cv-03886 |
| 146 | Happel, Wendy B. & John M. | 2:12-cv-03889 |
| 147 | Burlison, Shirley Ann | 2:12-cv-03893 |
| 148 | Christian, Kathy | 2:12-cv-03894 |
| 149 | Francis, Steven A., as personal representative of the Estate of Debbie Jean Francis, Deceased | 2:12-cv-03895 |
| 150 | Jelks, Mary A. | 2:12-cv-03896 |
| 151 | Kelley, Peggy & Elton | 2:12-cv-03897 |
| 152 | Hodge, Vivian L. | 2:12-cv-03898 |
| 153 | Holden, Shirley | 2:12-cv-03899 |
| 154 | Hutson, Glena D. | 2:12-cv-03900 |
| 155 | Jolly, Shelia L. | 2:12-cv-03901 |
| 156 | Dill, Diane S. & Lawrence Wayne | 2:12-cv-03914 |
| 157 | Kitts, Mary Ruth (Allman) | 2:12-cv-03916 |
| 158 | Leach, Rhonda Lea | 2:12-cv-03917 |
| 159 | Ouzts, Connie Melissa | 2:12-cv-03918 |
| 160 | Flowers, Lisa & Keith | 2:12-cv-03922 |
| 161 | Wimberly, Sharon Marie | 2:12-cv-03932 |
| 162 | Ruiz-Lambert, Tamara | 2:12-cv-03938 |
| 163 | Bates, Dana & Charles | 2:12-cv-03939 |
| 164 | Mays, Crystal Mae & Harold | 2:12-cv-03942 |
| 165 | Zollman, Gloria & Terry | 2:12-cv-03951 |
| 166 | Rasch, Joan Marie | 2:12-cv-03952 |
| 167 | Guichard, Blanche | 2:12-cv-03955 |
| 168 | Camanga, Dolores Ann | 2:12-cv-03957 |
| 169 | Stewart, Juanita & Benny | 2:12-cv-03958 |
| 170 | Culbertson, Edna & Thomas, Jr. | 2:12-cv-03970 |
| 171 | Howard, Ella Jean & John Aubrey, Sr. | 2:12-cv-03976 |

EXHIBIT A

| | Plaintiff(s) name | Civil Action No. |
|---|---|---|
| 172 | Duet, Deniese & Bob | 2:12-cv-03988 |
| 173 | Brugier, Bernadette & William Ray | 2:12-cv-03989 |
| 174 | Glenn, Kim F. & Timothy J. Brown | 2:12-cv-03996 |
| 175 | Galarza, Delia | 2:12-cv-03998 |
| 176 | Courville, Vanessa & Troy | 2:12-cv-03999 |
| 177 | Chapman, Cheryl Annette | 2:12-cv-04001 |
| 178 | Alexander, Cathy L. | 2:12-cv-04002 |
| 179 | Moses, Christine Wilder & Robert | 2:12-cv-04005 |
| 180 | Armstrong, Jill Victoria | 2:12-cv-04025 |
| 181 | Connolly, Peggy & Gregory | 2:12-cv-04026 |
| 182 | Morningstar, Wyonne K. & Robert | 2:12-cv-04038 |
| 183 | Heady, Tammy Jo | 2:12-cv-04040 |
| 184 | Secord, Estelle & Paul | 2:12-cv-04042 |
| 185 | Boyd, Betty & Richard | 2:12-cv-04047 |
| 186 | Lloyd, LaSedar M. & Mark S. | 2:12-cv-04061 |
| 187 | Oglesby, Robin | 2:12-cv-04062 |
| 188 | Sally, Wanda C. & Robert | 2:12-cv-04065 |
| 189 | Stephens, Patricia | 2:12-cv-04081 |
| 190 | Jenkins, Tina & Randy | 2:12-cv-04082 |
| 191 | Taylor, Elizabeth & Robert | 2:12-cv-04083 |
| 192 | Hopper, Sherry | 2:12-cv-04084 |
| 193 | Baker, Terri Lyn | 2:12-cv-04085 |
| 194 | Vanderpool, Ortha | 2:12-cv-04087 |
| 195 | Lowery, Margie & John | 2:12-cv-04092 |
| 196 | Melton, Rebecca & Arthur | 2:12-cv-04094 |
| 197 | Thomas, Deanna | 2:12-cv-04095 |
| 198 | James, LaJoyce & Jesse | 2:12-cv-04096 |
| 199 | Benz, Christine | 2:12-cv-04097 |
| 200 | Dano, Autumn & Larry | 2:12-cv-04100 |
| 201 | Thate, Connie F. & Steven C. | 2:12-cv-04144 |
| 202 | Armstrong, Bernadine | 2:12-cv-04168 |
| 203 | Humbert, Anne | 2:12-cv-04170 |
| 204 | Alvarado, Jeanette | 2:12-cv-04196 |
| 205 | Rhoads, Marjorie Juanita | 2:12-cv-04243 |
| 206 | Spoon, Edna M. & William S. | 2:12-cv-04245 |
| 207 | Jenkinson, Rebecca | 2:12-cv-04246 |
| 208 | Schmidt, Lou Ann | 2:12-cv-04248 |
| 209 | Toole, Sharon Adams | 2:12-cv-04249 |
| 210 | Zeagler, Linda & Roy | 2:12-cv-04250 |
| 211 | Biel, Frances & John | 2:12-cv-04254 |
| 212 | Batis, GeorgeAnn & John Steven | 2:12-cv-04257 |
| 213 | Carbon, Ediany & Albert | 2:12-cv-04269 |
| 214 | Bartley, Sharon & Larry D. | 2:12-cv-04270 |

**EXHIBIT A**

| | Plaintiff(s) name | Civil Action No. |
|---|---|---|
| 215 | Kaifler, Barbara & Bruce | 2:12-cv-04271 |
| 216 | Ragusa, Mary Jo | 2:12-cv-04272 |
| 217 | Adipietro, Ann D. | 2:12-cv-04281 |
| 218 | Patterson, Beverly & Donald | 2:12-cv-04282 |
| 219 | Franks, Keri S. & Harvey L. | 2:12-cv-04283 |
| 220 | Cortes, Blanca & Larry Richardson | 2:12-cv-04284 |
| 221 | Riegert, Debra | 2:12-cv-04287 |
| 222 | Perkins, Carol | 2:12-cv-04328 |
| 223 | Griffin, Tamika | 2:12-cv-04331 |
| 224 | Peshewa, Melanie & Macaki | 2:12-cv-04332 |
| 225 | Blades, Nancy & Wayne | 2:12-cv-04349 |
| 226 | Hahn, Kathleen K. | 2:12-cv-04364 |
| 227 | Christopherson, Verla M. | 2:12-cv-04365 |
| 228 | Schmitt, Lori J. & Paul A. | 2:12-cv-04379 |
| 229 | Hart, Debra Ann & Walter J. | 2:12-cv-04411 |
| 230 | Herold, Melissa & Matt | 2:12-cv-04412 |
| 231 | Tarver, Anna Lynn | 2:12-cv-04428 |
| 232 | Fields, Angela B. | 2:12-cv-04473 |
| 233 | Lewis, Sandra | 2:12-cv-04474 |
| 234 | Ray, Darla | 2:12-cv-04475 |
| 235 | Price, Leigh A. & Douglas | 2:12-cv-04476 |
| 236 | Wang, Gloria & Donald E. Wakeman | 2:12-cv-04477 |
| 237 | Sheldon, Christine & Michael | 2:12-cv-04508 |
| 238 | Crete, Teresa L. & Kyle | 2:12-cv-04509 |
| 239 | Boess, Jennifer H. & Jamie | 2:12-cv-04510 |
| 240 | Wade, Mary F. & Forrest | 2:12-cv-04512 |
| 241 | Fredenburg, Carol & Oliver | 2:12-cv-04513 |
| 242 | Euans, Audrey J. & Brad | 2:12-cv-04514 |
| 243 | Browley, Stephanie Q. & Marcus Johnson | 2:12-cv-04515 |
| 244 | Gracon, Pamela M. & Lawrence | 2:12-cv-04516 |
| 245 | Raymond, Julie & James | 2:12-cv-04541 |
| 246 | Thomson-Roy, Jeannae M. | 2:12-cv-04586 |
| 247 | Tedeschi, Phyllis | 2:12-cv-04588 |
| 248 | Ferrer, Brooke | 2:12-cv-04591 |
| 249 | Nevel, Mary L. & Thomas | 2:12-cv-04645 |
| 250 | Breeden, Candy S. | 2:12-cv-04658 |
| 251 | Poland, Nyla S. | 2:12-cv-04659 |
| 252 | Sparkman, Sheridan Sheryl | 2:12-cv-04671 |
| 253 | Wurtz, Julieann & Bruce | 2:12-cv-04679 |
| 254 | Decuir, Sabrina | 2:12-cv-04727 |
| 255 | Fox, Cynthia & Lonnie M. | 2:12-cv-04755 |
| 256 | Alfred, Lula | 2:12-cv-04756 |
| 257 | Messick, Linda & Marlin | 2:12-cv-04757 |

**EXHIBIT A**

| | Plaintiff(s) name | Civil Action No. |
|---|---|---|
| 258 | Blough, Cathy & Mark | 2:12-cv-04758 |
| 259 | Norris, Tina | 2:12-cv-04759 |
| 260 | Kern, Sharon & Raymond | 2:12-cv-04760 |
| 261 | Funk, Sharon | 2:12-cv-04761 |
| 262 | Doane, Rebecca Jane | 2:12-cv-04763 |
| 263 | Boswell, Courtney Lynette | 2:12-cv-04770 |
| 264 | Gomez, Celia | 2:12-cv-04776 |
| 265 | Petsch, Adrienne | 2:12-cv-04778 |
| 266 | Sobie, Pamela & Raymond | 2:12-cv-04789 |
| 267 | Reeves, Sarah | 2:12-cv-04790 |
| 268 | Smith, Barbara & Gary | 2:12-cv-04791 |
| 269 | Schalk, Julie K. & Ron | 2:12-cv-04806 |
| 270 | Paul, Claudine & Jack Gary | 2:12-cv-04808 |
| 271 | Humphrey, Charlotte & Allen C., III | 2:12-cv-04810 |
| 272 | Taylor, Brenda L. | 2:12-cv-04811 |
| 273 | Kimsey, Cathy & Christopher | 2:12-cv-04814 |
| 274 | Thorpe, Tina Darlene | 2:12-cv-04822 |
| 275 | Beltran, Alba G. & Manuel | 2:12-cv-04824 |
| 276 | Goggins, Judy & Marshall | 2:12-cv-04827 |
| 277 | Collins, April & Paul | 2:12-cv-04828 |
| 278 | Janus, Rosemary | 2:12-cv-04830 |
| 279 | Lynch, Margaret & James | 2:12-cv-04832 |
| 280 | Cross, Vicki Ann | 2:12-cv-04836 |
| 281 | Buie, Phyllis Darlene | 2:12-cv-04838 |
| 282 | Eddington, Rosalei May | 2:12-cv-04839 |
| 283 | Gaffield, Trisha & Kevin | 2:12-cv-04843 |
| 284 | Gaines, Jackie L. | 2:12-cv-04844 |
| 285 | Hall, Teresa & Brian | 2:12-cv-04846 |
| 286 | Hodge, Tammie Jean & Jerry | 2:12-cv-04847 |
| 287 | Hopper, Sarah & William | 2:12-cv-04848 |
| 288 | Jefferson, Edna Marie | 2:12-cv-04849 |
| 289 | Green, Karen & Curtis | 2:12-cv-04851 |
| 290 | Barnes, Margaret A. & Clarence A. | 2:12-cv-04853 |
| 291 | Cox, Brenda | 2:12-cv-04854 |
| 292 | Johnson, Crystal & Jonathan W. | 2:12-cv-04856 |
| 293 | Malone, Jeanette & Ronald Dean | 2:12-cv-04903 |
| 294 | Duncan, Debbie & Danny | 2:12-cv-04904 |
| 295 | Brown, Judy & Jerry | 2:12-cv-04906 |
| 296 | Hall, Teresa | 2:12-cv-04915 |
| 297 | Thurman, Gladys | 2:12-cv-04930 |
| 298 | Strunk, Sandy & Charles | 2:12-cv-04933 |
| 299 | Piquette, Anna | 2:12-cv-04934 |
| 300 | Mellody, Marilyn & Martin | 2:12-cv-04936 |

**EXHIBIT A**

| | Plaintiff(s) name | Civil Action No. |
|---|---|---|
| 301 | Presley, Wanda | 2:12-cv-04945 |
| 302 | Fahlberg, Barbara & Herbert Joe | 2:12-cv-04946 |
| 303 | Custer, Charlotte & Kelly Michael | 2:12-cv-04948 |
| 304 | Tucker, Diana & Carl | 2:12-cv-04958 |
| 305 | Burns, Deborah | 2:12-cv-04963 |
| 306 | Carino, Jessamyn Rebekah & Frankie | 2:12-cv-04966 |
| 307 | Childress, Shirley | 2:12-cv-04971 |
| 308 | Valverde, Cecilia & Robert | 2:12-cv-04991 |
| 309 | Pirlein, Adelheid | 2:12-cv-04992 |
| 310 | Crook, Sandra Jordan | 2:12-cv-04998 |
| 311 | Crespin, Tawnya | 2:12-cv-05004 |
| 312 | Schwartz, Lauren & Jon | 2:12-cv-05009 |
| 313 | Murphy, Cynthia | 2:12-cv-05012 |
| 314 | Wollitz, Cindy & John | 2:12-cv-05013 |
| 315 | Husted, Stacy & Kenneth | 2:12-cv-05024 |
| 316 | Lewis, Sharon Gail & Earl | 2:12-cv-05026 |
| 317 | Martin, Mary Elizabeth | 2:12-cv-05028 |
| 318 | Paape, Sarina Catherine & Rickey | 2:12-cv-05029 |
| 319 | Pascual, Mary | 2:12-cv-05032 |
| 320 | Wall, Patti Ann & A. Dwayne | 2:12-cv-05034 |
| 321 | McCoy, Lesa Gail | 2:12-cv-05040 |
| 322 | Birchfield, Sheila & Dennis | 2:12-cv-05053 |
| 323 | Slemp, Rita G. | 2:12-cv-05056 |
| 324 | Moore, Jennifer & Ronald | 2:12-cv-05084 |
| 325 | Geisinger, Melinda P. | 2:12-cv-05112 |
| 326 | Sullivan, Ladonna & Myron | 2:12-cv-05113 |
| 327 | Thornton, Betty | 2:12-cv-05115 |
| 328 | Rizer, Renae Lynn | 2:12-cv-05128 |
| 329 | Coppinger, Mary & Robert | 2:12-cv-05129 |
| 330 | Ronquille, Rebecca & Blane | 2:12-cv-05132 |
| 331 | Bertel, Brenda C. & Lanny | 2:12-cv-05136 |
| 332 | Ermold, Ruth | 2:12-cv-05137 |
| 333 | Gibson, Connie Sue & Jesse Willis | 2:12-cv-05142 |
| 334 | Huffstetler, Jane & Charles | 2:12-cv-05150 |
| 335 | Riddle, Dawn Ann | 2:12-cv-05166 |
| 336 | Anders, Shelby | 2:12-cv-05168 |
| 337 | Lewis, Tammy & James | 2:12-cv-05169 |
| 338 | Creager-Awichi, Sharon | 2:12-cv-05184 |
| 339 | Miller, Roxanna D. & Tony R. Kingery | 2:12-cv-05185 |
| 340 | Cox, Shirley & Randall | 2:12-cv-05191 |
| 341 | Gibbons, Shirley J. | 2:12-cv-05216 |
| 342 | Vieth, Judith A. | 2:12-cv-05228 |
| 343 | West, Peggie | 2:12-cv-05236 |

**EXHIBIT A**

| | Plaintiff(s) name | Civil Action No. |
|---|---|---|
| 344 | Howe, Cynthia A. & Fred | 2:12-cv-05237 |
| 345 | Shaw, Carol | 2:12-cv-05239 |
| 346 | Waterman, Doris | 2:12-cv-05253 |
| 347 | Roman, Jeanette | 2:12-cv-05255 |
| 348 | Winston, Cynthia & Alfred W., Jr. | 2:12-cv-05256 |
| 349 | Hartwig, Deborah M. & Douglas | 2:12-cv-05257 |
| 350 | Spada, Jamie | 2:12-cv-05258 |
| 351 | Robles, Gwendolyn | 2:12-cv-05266 |
| 352 | Trump, Ruth Kash & Jeffrey | 2:12-cv-05267 |
| 353 | Garcia, Maria | 2:12-cv-05279 |
| 354 | Strauss, Candace & Troy | 2:12-cv-05280 |
| 355 | Smith, Teresa & Dwaine | 2:12-cv-05305 |
| 356 | Zaccardi, Cindy & Thomas | 2:12-cv-05312 |
| 357 | Martin, Kirsten & Roger | 2:12-cv-05334 |
| 358 | Stahl, Judy M. | 2:12-cv-05340 |
| 359 | Stepski, Zinaida | 2:12-cv-05342 |
| 360 | Comstock, Margaret H. & Roger | 2:12-cv-05345 |
| 361 | Church, Lucinda & Samuel | 2:12-cv-05359 |
| 362 | Smith-McDuffie, Katherine & Samuel | 2:12-cv-05379 |
| 363 | Stensgard, Janet | 2:12-cv-05389 |
| 364 | Hooten, Leota | 2:12-cv-05392 |
| 365 | Martin, Darlene & Glenn | 2:12-cv-05394 |
| 366 | Smith, Elizabeth B. | 2:12-cv-05395 |
| 367 | Whipple, Christine & Douglas | 2:12-cv-05402 |
| 368 | Jenkins, Robileen & Jerry | 2:12-cv-05405 |
| 369 | Fincher, William, Administrator of the Estate of Latricia Fincher, deceased | 2:12-cv-05406 |
| 370 | Moore, Samantha L. & Larry C. | 2:12-cv-05412 |
| 371 | Harden, Terri | 2:12-cv-05413 |
| 372 | Blum, Marsha Ann | 2:12-cv-05428 |
| 373 | Furgason, Stacie & Jacky | 2:12-cv-05441 |
| 374 | Erickson, Jennifer & Corey | 2:12-cv-05462 |
| 375 | Warman, Doretta M. | 2:12-cv-05463 |
| 376 | Valencia, Jasmine | 2:12-cv-05475 |
| 377 | Bernhardt, Florence | 2:12-cv-05476 |
| 378 | Bowers, Deborah | 2:12-cv-05477 |
| 379 | Martinek, Esther | 2:12-cv-05478 |
| 380 | Cottrell, Tammy & Rand A. | 2:12-cv-05480 |
| 381 | Bowman, Lynn M. & Bradley | 2:12-cv-05485 |
| 382 | Brown, Ana Maria & Manford | 2:12-cv-05488 |
| 383 | Cockman, Martha & Ray | 2:12-cv-05504 |
| 384 | Ledezma, Brenda & Alipio | 2:12-cv-05505 |
| 385 | Cress, Wilma & Danny Lee, Jr. | 2:12-cv-05512 |

**EXHIBIT A**

|  | Plaintiff(s) name | Civil Action No. |
|---|---|---|
| 386 | Sloan, Penny | 2:12-cv-05515 |
| 387 | Newton, Cynthia D. & Robert A. | 2:12-cv-05517 |
| 388 | Cisek, Donna | 2:12-cv-05521 |
| 389 | Coake, Hope | 2:12-cv-05523 |
| 390 | Cox, Jennifer | 2:12-cv-05526 |
| 391 | Dorsey, Cinnamon | 2:12-cv-05528 |
| 392 | Duffy, Sharon | 2:12-cv-05529 |
| 393 | Cotton, Debbie | 2:12-cv-05530 |
| 394 | Raney, Glenda & Gary | 2:12-cv-05551 |
| 395 | Jones, Beverly & Greg | 2:12-cv-05555 |
| 396 | Kirkland, Bernice | 2:12-cv-05569 |
| 397 | Hollaway, Martha & Robert A. | 2:12-cv-05572 |
| 398 | Robinson, Carol A. | 2:12-cv-05573 |
| 399 | Ferrell, Ann & Cecil | 2:12-cv-05593 |
| 400 | Draper, Amy L. | 2:12-cv-05594 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEM
        PRODUCTS LIABILITY LITIGATION        MDL No. 2327

--------------------------------------------------

**THIS DOCUMENT RELATES TO
ETHICON WAVE 5 CASES**

**PRETRIAL ORDER # 248
(Docket Control Order – Wave 5 Cases)**

At my request, the parties recently submitted a joint list of 400 of the oldest cases in the

Ethicon MDL not already in a wave that name only Ethicon, Inc., Ethicon, LLC and/or Johnson &

Johnson (the "Ethicon defendants") or allege claims against only the Ethicon defendants' products.

These cases, attached hereto as Exhibit A, will be known as the "Ethicon Wave 5 cases," and it is

**ORDERED** as follows:

A.      **SCHEDULING DEADLINES**. The following deadlines shall apply in the Ethicon

Wave 5 cases:

| | |
|---|---|
| Plaintiff Fact Sheets. | 03/22/2017 |
| Defendant Fact Sheets. | 04/22/2017 |
| Deadline for written discovery requests. | 06/05/2017 |
| Expert disclosure by plaintiffs. | 05/22/2017 |
| Expert disclosure by defendants. | 06/19/2017 |
| Expert disclosure for rebuttal purposes. | 07/05/2017 |
| Deposition deadline and close of discovery. | 07/19/2017 |
| Filing of Dispositive Motions. | 08/08/2017 |
| Response to Dispositive Motions. | 08/22/2017 |
| Reply to response to dispositive motions. | 08/29/2017 |
| Filing of *Daubert* motions. | 08/15/2017 |
| Responses to *Daubert* motions. | 08/29/2017 |
| Reply to response to *Daubert* motions. | 09/05/2017 |

1. **Discovery Completion Date.** The last date to complete depositions shall be the "discovery completion date" by which all discovery, including disclosures required by Federal Rule of Civil Procedure 26(a)(1), and (2), but not disclosures required by Federal Rule of Civil Procedure 26(a)(3), shall be completed.

2. **Limitations on Interrogatories, Requests for Admissions and Depositions**. The following limitations apply:

   a.  Defendants are limited to 10 interrogatories, 10 requests for production of documents and 10 requests for admission per plaintiff.

   b.  Each plaintiff is limited to 10 interrogatories, 10 requests for production of documents and 10 requests for admission to the Ethicon defendants.

   c.  In each individual member case, no more than 4 treating physicians may be deposed.[1]

   d.  Depositions of plaintiff's friends and family members may be taken at any time prior to trial provided the deposition is requested before the discovery completion date.

   e.  Depositions of any witness are limited to 3 hours absent agreement of the parties.

   f.  The court will consider modifications to the above limitations upon good cause shown.

3. **Limitations on Experts.** The following limitations related to experts apply:

---

[1] To the extent disputes arise regarding the division of time between the parties for the deposition of treating physicians (three hours total absent agreement), I will address those disputes, rather than the assigned Magistrate Judge, Judge Eifert.

a.  The parties may conduct general and specific expert discovery on the products at issue in Ethicon Wave 5. In light of the bellwether trials, Waves 1, 2, 3 and 4 and the substantial discovery conducted to date on the Ethicon defendants' products, the parties are cautioned not to engage in duplicative general expert discovery, but instead, to tailor their discovery to the remaining Ethicon defendants' products at issue (to the extent such discovery is necessary), supplementing any discovery already completed and conducting specific causation discovery for the Ethicon Wave 5 plaintiffs. In light of the common products involved in Ethicon Wave 5, the likelihood of overlap in expert opinion from one case to another (except as to specific causation) and the need to streamline discovery in these cases, **each side is limited to no more than five (5) experts per case (exclusive of treating physicians)**. It is the court's expectation that these experts will overlap for plaintiffs who have the same product(s), to some extent, if not entirely.

b.  The parties shall coordinate the depositions of general causation experts. Insofar as multiple plaintiffs utilize the same general causation expert or experts, those experts shall be deposed only once on the issue of general causation. As to Ethicon's experts, plaintiffs are instructed to choose a lead questioner.

c.  The court encourages the coordination of depositions of specific causation experts to the extent there is overlap in the parties' use of specific causation experts for multiple plaintiffs.

3

d.  The court will consider modifications to the above limitations upon good cause shown.

## B.  MOTION PRACTICE.

1.  ***Daubert* Motions.** For the filing of *Daubert* motions on general causation issues only, the parties are instructed to file one *Daubert* motion per expert in the main MDL (MDL 2327) instead of the individual member case. Each side may file one response and one reply in the main MDL to each *Daubert* motion.[2] This limitation does not apply to specific causation *Daubert* motions, responses and replies. Specific causation *Daubert* motions, responses and replies must be filed in the individual member cases. To the extent an expert is both a general and specific causation expert, the parties may file a general causation motion in the main MDL 2327 and an individual specific causation motion in an individual member case.

2.  **Hearings.** Hearing dates for dispositive and *Daubert* motions, if any, will be set at a future status conference.

3.  **Page Limitations.** The page limitations provided in Local Rule of Civil Procedure 7.1(a)(2) apply to memoranda in support of all dispositive and *Daubert* motions, oppositions, and replies, and the court will not be inclined to grant motions to exceed the page limit.

4.  **Confidential Documents.** In the past, the court has permitted parties to file placeholder exhibits in support of *Daubert*, dispositive and other motions, responses and replies in the place of confidential documents that may be sealed and then, within five days, redact/dedesignate the documents or file a motion to seal. *Moving forward, the court will no longer permit this practice*. *Parties may no longer file placeholder exhibits.* The court expects leadership

---

[2] If parties wish to adopt previous *Daubert* motions on general causation experts, they may so indicate in a filing in the main MDL 2327.

counsel for plaintiffs and the Ethicon defendants to resolve issues related to confidential designations well before the filing of motions. Filings containing placeholder exhibits will be struck. In the event there are issues related to sealing of confidential documents that the parties are unable to resolve, they must be brought to the court's attention in a consolidated manner as follows: A consolidated motion to seal is due on or before **June 28, 2017**, any response is due **July 12, 2017** and any reply is due **July 19, 2017**.

5.     **Locations of Filings.** With the exception of the general causation *Daubert* motions as outlined above, the parties are reminded that they must file dispositive and *Daubert* motions on specific causation, responses and replies in the applicable member cases only, not in the Ethicon MDL.

**C.     CASES READY FOR TRANSFER, REMAND OR TRIAL**

1.     **Venue Recommendations.** By no later than **June 30, 2017**, the parties shall meet and confer concerning the appropriate venue for each of the cases, and the parties shall submit joint venue recommendations to the court by **July 10, 2017**. The parties' joint recommendation(s) shall identify the cases about which the recommended venue is in dispute. The court may then request briefing concerning the venue for those cases about which the parties disagree. Each party reserves the right to object to the venue selected by its adversary or the court.

2.     **Transfer and Remand.** At the conclusion of pre-trial proceedings, the court, pursuant to PTO # 15 and 28 U.S.C. § 1404(a), will transfer each directly-filed case to a federal district court of proper venue as defined in 28 U.S.C. § 1391. In the alternative, pursuant to PTO # 15 and 28 U.S.C. § 1407, cases that were transferred to this court by the MDL panel shall

be remanded for further proceedings to the federal district court from which each such case was initially transferred.[3]

      3.    **Trial Settings.** If a case is to be tried in the United States District Court for the Southern District of West Virginia (either by agreement of the parties or where venue in the Southern District is determined to be proper by the court), the case shall be deemed trial-ready when discovery is completed and the court rules on the parties' pretrial motions. The trial date for cases transferred or remanded to other federal district courts shall be set by the judge to whom the transferred or remanded case is assigned (including the undersigned through intercircuit assignment).

**D.    COMMON BENEFIT TIME.** I have entered a number of Pretrial Orders related to the eventual recovery of the cost of special services performed and expenses incurred by participating counsel in this and the other MDLs assigned to me. While I have not yet expressed an opinion regarding whether payment of common benefit fees is appropriate, nor will I here, I direct the parties' attention to PTO # 18, and its warning that "[n]o time spent on developing or processing purely individual issues in any case for an individual client (claimant) will be considered or should be submitted, nor will time spent on any unauthorized work." Pretrial Order No. 18, ECF No. 282, ¶ C. The nature of this litigation persuades me that I should inform counsel that at this point in the litigation, where most if not all of the general causation discovery has been completed, it is difficult to envision that any work performed by counsel on individual wave cases would rise to the level of common benefit work.

---

[3] As expressly contemplated by PTO # 15, the Ethicon defendants do not waive their right to seek transfer–pursuant to 28 U.S.C. § 1406(a) or any other available ground–of any case to a court of proper venue, regardless of whether that case was transferred to or directly-filed in the Southern District of West Virginia.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 **and in the Ethicon Wave 5 cases listed on Exhibit A**.  In cases subsequently filed in this district after 2:17-cv-01324, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: February 21, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A
## TO PTO # 248

| No. | Case | Civil Action Number |
|-----|------|---------------------|
| 1 | Blackburn, Judy & Ronald | 2:12-cv-05605 |
| 2 | Hoggatt, Laurie & Paul | 2:12-cv-05667 |
| 3 | Surcey, Tammy | 2:12-cv-05668 |
| 4 | Green, Patricia & Jackie | 2:12-cv-05688 |
| 5 | Franklin, Chasidy | 2:12-cv-05708 |
| 6 | Parks, Beatrice & Curtis | 2:12-cv-05724 |
| 7 | Walkowiak, Carol & Joseph | 2:12-cv-05727 |
| 8 | Cleveland, Sherry & Jeff | 2:12-cv-05747 |
| 9 | Clowes, JoAnn | 2:12-cv-05749 |
| 10 | Aldridge, Margaret | 2:12-cv-05750 |
| 11 | McKee, Patricia & Samuel | 2:12-cv-05766 |
| 12 | Holmes, Sheila & Robert | 2:12-cv-05767 |
| 13 | Deaton, Sherry P. | 2:12-cv-05774 |
| 14 | Glaser, Judy & Bill | 2:12-cv-05776 |
| 15 | Baez, Diana | 2:12-cv-05787 |
| 16 | Bergstrom, Julie Keller | 2:12-cv-05789 |
| 17 | Phelps, Teresa L. | 2:12-cv-05790 |
| 18 | Nethercott, Betty | 2:12-cv-05802 |
| 19 | Spangler, Mary | 2:12-cv-05823 |
| 20 | Geraty, Elaine G. | 2:12-cv-05830 |
| 21 | Reder, Mary K. | 2:12-cv-05832 |
| 22 | Shaw, Susan | 2:12-cv-05833 |
| 23 | Roath, Amata Gayle | 2:12-cv-05841 |
| 24 | Sabatino, Teresa | 2:12-cv-05843 |
| 25 | Walker, Lavonda M. & James | 2:12-cv-05863 |
| 26 | Thaxton, Dortha & Curtis | 2:12-cv-05868 |
| 27 | Kennedy, Lillian M. | 2:12-cv-05870 |
| 28 | Bibb, Alice F. & Don | 2:12-cv-05882 |
| 29 | Sanders, Jeri K. & Larry A. | 2:12-cv-05883 |
| 30 | Turner, Norma J. & Lindel | 2:12-cv-05892 |
| 31 | Junkin, Barbara & Robert | 2:12-cv-05894 |
| 32 | Endicott, Judy M. & Gary | 2:12-cv-05916 |
| 33 | Lindsey, Becky & Jason | 2:12-cv-05935 |
| 34 | Partain, Deborah | 2:12-cv-05958 |
| 35 | Robertson, Nova Darlene & Dennis | 2:12-cv-05959 |
| 36 | Stevens, Mona L. & Ira P., Sr. | 2:12-cv-05972 |
| 37 | Trenidad, Angelita | 2:12-cv-05974 |
| 38 | Greenberg, Phyllis & Robert | 2:12-cv-05996 |
| 39 | Newitt, Ellen & Brian | 2:12-cv-05998 |
| 40 | Saucedo-Casares, Ernestine & Rolando Casares | 2:12-cv-06041 |
| 41 | Addy, Valerie Jo & Mitchell | 2:12-cv-06044 |
| 42 | Odens, Jill & James | 2:12-cv-06055 |
| 43 | Kulenkamp, Joan & Stanley | 2:12-cv-06070 |

| No. | Case | Civil Action Number |
|-----|------|---------------------|
| 44 | Singleton, Suzette | 2:12-cv-06077 |
| 45 | Patterson, Elizabeth | 2:12-cv-06081 |
| 46 | Morales-Donaldson, Linda & Richard | 2:12-cv-06088 |
| 47 | Collins, Cynthia | 2:12-cv-06095 |
| 48 | Cox, Blake | 2:12-cv-06096 |
| 49 | Dynes, Donna & Bobby | 2:12-cv-06104 |
| 50 | Zepp, Nancy & Leonard | 2:12-cv-06124 |
| 51 | Jeffery, Melissa & Dewey | 2:12-cv-06130 |
| 52 | Thompson, Lissa | 2:12-cv-06140 |
| 53 | Reyes, Monnica & Marces | 2:12-cv-06141 |
| 54 | Hammond, Helen | 2:12-cv-06158 |
| 55 | Harrison, Lela B. & Larry | 2:12-cv-06160 |
| 56 | Murphy, Melinda S. | 2:12-cv-06161 |
| 57 | Underwood, Martha A. & Daniel Cancio | 2:12-cv-06162 |
| 58 | Jackson, Ann | 2:12-cv-06166 |
| 59 | Wyatt, Mabel | 2:12-cv-06168 |
| 60 | Thompson, Anna M. | 2:12-cv-06179 |
| 61 | Wren, Susan G. | 2:12-cv-06180 |
| 62 | Crawford, Rosa M. | 2:12-cv-06181 |
| 63 | Fender, Lula F. | 2:12-cv-06182 |
| 64 | Schwartz, Genevieve S. | 2:12-cv-06184 |
| 65 | Te Ronde, Sherry L. | 2:12-cv-06195 |
| 66 | Lenderman, Mary & James, Sr. | 2:12-cv-06216 |
| 67 | Jennings, Iris A. & Michael | 2:12-cv-06217 |
| 68 | Wood, Mary L. | 2:12-cv-06218 |
| 69 | Washburn, Suzanne & Christopher | 2:12-cv-06248 |
| 70 | Skurat, Tialisa L. | 2:12-cv-06250 |
| 71 | Rich, Dorothy M. | 2:12-cv-06269 |
| 72 | Russell, Ruth | 2:12-cv-06291 |
| 73 | Gregersen, Gina Lynn | 2:12-cv-06299 |
| 74 | Rose-Carter, Tawana & Robert | 2:12-cv-06301 |
| 75 | Higgins, Helen | 2:12-cv-06315 |
| 76 | Cochran, Donna Ann & Harry C. Wiggins | 2:12-cv-06317 |
| 77 | Timmerman, Nancy L. & John C. | 2:12-cv-06329 |
| 78 | O'Donnell, Carolyn | 2:12-cv-06330 |
| 79 | Minter, Polly A. | 2:12-cv-06356 |
| 80 | Bitowt, Suylane & John | 2:12-cv-06357 |
| 81 | O'Dell, Joyce | 2:12-cv-06358 |
| 82 | Ancona, Angel & Roy, Sr. | 2:12-cv-06379 |
| 83 | Alello, Jacqueline & Ronald | 2:12-cv-06381 |
| 84 | Burden, Gayle & Michael | 2:12-cv-06383 |
| 85 | Callahan, Sonja & Layn | 2:12-cv-06387 |
| 86 | Davis, Ethel | 2:12-cv-06388 |

| No. | Case | Civil Action Number |
|---|---|---|
| 87 | Garrison, Cherrie | 2:12-cv-06390 |
| 88 | Kempf, Diana | 2:12-cv-06394 |
| 89 | Paschke, Anna L. | 2:12-cv-06399 |
| 90 | Picou, Esther | 2:12-cv-06403 |
| 91 | Redden, Regina Beth | 2:12-cv-06405 |
| 92 | Reeves, Virginia & Richard | 2:12-cv-06408 |
| 93 | Scuderi, Lynn A. | 2:12-cv-06409 |
| 94 | Waites, Marie & Paul A. | 2:12-cv-06410 |
| 95 | Jackson, Michele | 2:12-cv-06426 |
| 96 | Carman, Roxanne | 2:12-cv-06428 |
| 97 | Lloyd, Jane | 2:12-cv-06430 |
| 98 | Wells, Stephanie & Larry | 2:12-cv-06438 |
| 99 | Gaston, Deborah | 2:12-cv-06473 |
| 100 | Bell, Tammy Louise & Shandon | 2:12-cv-06474 |
| 101 | Hillard, Arterbell D. & Edwin | 2:12-cv-06475 |
| 102 | Clark, Phyllis | 2:12-cv-06481 |
| 103 | Friberg, Glorida & Henry | 2:12-cv-06500 |
| 104 | Kates, Karen | 2:12-cv-06503 |
| 105 | Peters, Rose & George | 2:12-cv-06504 |
| 106 | Brown, Gwendolyn | 2:12-cv-06508 |
| 107 | Flynn, Rosemary & James A. | 2:12-cv-06510 |
| 108 | Jonus, Angela & Chris | 2:12-cv-06511 |
| 109 | Paulman, Sharon & Randy | 2:12-cv-06512 |
| 110 | Rabon, Denesesea | 2:12-cv-06514 |
| 111 | Remy, Carine & Patrick Jabovin | 2:12-cv-06515 |
| 112 | Lewis, Katherine | 2:12-cv-06524 |
| 113 | Cargle, Rita | 2:12-cv-06526 |
| 114 | Hickerson, Mary Ann & Thomas | 2:12-cv-06529 |
| 115 | Larson, Judi & William | 2:12-cv-06531 |
| 116 | Matthews, Loretta | 2:12-cv-06532 |
| 117 | Woodie, Renee & Keith Cummings | 2:12-cv-06534 |
| 118 | Williams, Chiquita Martin & Everett | 2:12-cv-06554 |
| 119 | Kincaid, Rosemarie & Edward | 2:12-cv-06560 |
| 120 | Rosario, Sylvia | 2:12-cv-06561 |
| 121 | Nichols, Nancy & David | 2:12-cv-06562 |
| 122 | Hewitt, Jody Arlene & Jack | 2:12-cv-06564 |
| 123 | Styles, Dixie C. & Tim F. | 2:12-cv-06565 |
| 124 | Taylor, Cathy Lynn | 2:12-cv-06566 |
| 125 | Wilcher, Patricia | 2:12-cv-06573 |
| 126 | Henstrom, Melanie & William | 2:12-cv-06579 |
| 127 | Foy, Connie & Charles | 2:12-cv-06589 |
| 128 | Durkin, Kristy & Brian | 2:12-cv-06632 |
| 129 | Parr, Lynn & Christopher | 2:12-cv-06637 |

**EXHIBIT A**
**TO PTO # 248**

| No. | Case | Civil Action Number |
|---|---|---|
| 130 | Conley, Peggy & Wesley, McCook | 2:12-cv-06638 |
| 131 | Shook, Brenda | 2:12-cv-06651 |
| 132 | Pelletier, Diane | 2:12-cv-06664 |
| 133 | Roberts, Carol Ann & Roland D., Sr. | 2:12-cv-06666 |
| 134 | Coulson, Shirley J. | 2:12-cv-06671 |
| 135 | Roof, Mary | 2:12-cv-06683 |
| 136 | Alvarez, Abigail & Adrian Quito | 2:12-cv-06687 |
| 137 | Barekzi, Lida & Amin Barek | 2:12-cv-06701 |
| 138 | Cavallaro, Lisa | 2:12-cv-06729 |
| 139 | Sweeney, Karen | 2:12-cv-06736 |
| 140 | Barnes, Danyele & Tommy | 2:12-cv-06737 |
| 141 | Pegg, Brenda L. | 2:12-cv-06738 |
| 142 | Collier, Sheri & Robert | 2:12-cv-06739 |
| 143 | Stone, Barbara J. & Gary R. | 2:12-cv-06740 |
| 144 | Bland, Ethel L. & Fred | 2:12-cv-06748 |
| 145 | Bell, Patricia D. & Joseph | 2:12-cv-06750 |
| 146 | Winters, Betty A. & Gary | 2:12-cv-06753 |
| 147 | Oddo, Karen V. & Nicholas | 2:12-cv-06762 |
| 148 | Thompson, Rebecca Lynne & Todd | 2:12-cv-06769 |
| 149 | Pavlekovich, Tamara & John | 2:12-cv-06772 |
| 150 | Kaul, Jacqueline D. & Randolph | 2:12-cv-06781 |
| 151 | Smiley, Rebecca Neel | 2:12-cv-06798 |
| 152 | Barone, Deborah & August | 2:12-cv-06802 |
| 153 | Horvath, Marie | 2:12-cv-06810 |
| 154 | Sauer, Carol & William Conner | 2:12-cv-06818 |
| 155 | Conrath, Patrice & Michael | 2:12-cv-06823 |
| 156 | Anthony, Deanna & William E. | 2:12-cv-06831 |
| 157 | Buckner, Marion | 2:12-cv-06837 |
| 158 | Kurelmeyer, Alta & Cliff | 2:12-cv-06842 |
| 159 | Wright, Rebecca | 2:12-cv-06844 |
| 160 | Afflitto, Mary Ann & Patrick | 2:12-cv-06858 |
| 161 | Stemmer, Ellen J. | 2:12-cv-06861 |
| 162 | Higginbotham, Charlotte & Tilton Ray | 2:12-cv-06868 |
| 163 | Wagoner, Rosemary & Charlie | 2:12-cv-06871 |
| 164 | Brown, Alfreda & Stephen | 2:12-cv-06872 |
| 165 | Parker, Johnnie Maria & Bryant Eugene | 2:12-cv-06874 |
| 166 | Sandy, Ruth Lucille  (deceased) | 2:12-cv-06875 |
| 167 | Clowe, Paula Carole & Audie L. Pope | 2:12-cv-06893 |
| 168 | Wilks, Edna & Herman | 2:12-cv-06896 |
| 169 | Holland, Virda & Benjamin | 2:12-cv-06907 |
| 170 | Stern, Michele | 2:12-cv-06914 |
| 171 | Hollan, Sandy & David | 2:12-cv-06924 |
| 172 | Oliver, Sylvia | 2:12-cv-06950 |

**EXHIBIT A
TO PTO # 248**

| No. | Case | Civil Action Number |
|---|---|---|
| 173 | Jacob, Liberty & Jack | 2:12-cv-06954 |
| 174 | Weatherford, Angela S. & Thomas | 2:12-cv-06958 |
| 175 | Vonderwahl, Candace & Jim | 2:12-cv-06990 |
| 176 | Miller, Cynthia & James J. | 2:12-cv-07028 |
| 177 | Newman, Deborah H. | 2:12-cv-07031 |
| 178 | Rogers, Martina Jo & Billy W. | 2:12-cv-07032 |
| 179 | Sciumbata, Teresa & Giuseppe | 2:12-cv-07037 |
| 180 | Pearson, Pauline M. | 2:12-cv-07074 |
| 181 | Diaz, Judy H. & Francisco | 2:12-cv-07076 |
| 182 | Whittaker, Robin E. | 2:12-cv-07077 |
| 183 | Nearhood, Tonya | 2:12-cv-07099 |
| 184 | Ross, Eileen J. & James | 2:12-cv-07108 |
| 185 | Cook, Donna | 2:12-cv-07113 |
| 186 | Brattin, Cheri & Daryl | 2:12-cv-07134 |
| 187 | Kramer, Susan & Lorin | 2:12-cv-07142 |
| 188 | Mixon, Gwendolyn C. | 2:12-cv-07143 |
| 189 | Palozzolo, Grace | 2:12-cv-07160 |
| 190 | Whedon, Debbie Ann | 2:12-cv-07162 |
| 191 | Chizek, Ramona & Kenneth | 2:12-cv-07163 |
| 192 | Arnold, Alice P. & Scott D. | 2:12-cv-07176 |
| 193 | Graves, Tina & Horace E. | 2:12-cv-07177 |
| 194 | Anderson, Linda K. & Jack Marion | 2:12-cv-07189 |
| 195 | Armstrong, Janice A. & Edward Leon, Jr. | 2:12-cv-07190 |
| 196 | Duke, Yvonne Jean | 2:12-cv-07211 |
| 197 | Dalton, Pamela G. | 2:12-cv-07213 |
| 198 | Richardson, Kathleen Marion & John Parks | 2:12-cv-07214 |
| 199 | Abate, Beverly | 2:12-cv-07238 |
| 200 | Gray, Ora Kay & Clarence Allen | 2:12-cv-07251 |
| 201 | Hawks, Christie S. | 2:12-cv-07257 |
| 202 | Alvarez, Connie | 2:12-cv-07269 |
| 203 | Morgan, Lori & William | 2:12-cv-07270 |
| 204 | Roberts, Rebecca | 2:12-cv-07272 |
| 205 | Huffmaster, Betty R. & Jeff | 2:12-cv-07274 |
| 206 | Rife, Darlene Patricia & Buddy Lee | 2:12-cv-07279 |
| 207 | Ontiveros, Irene & Armando | 2:12-cv-07280 |
| 208 | Nunan, Karen L. & Timothy | 2:12-cv-07282 |
| 209 | Martinez, Gloria Tapia | 2:12-cv-07295 |
| 210 | Hinderberger, Josephine | 2:12-cv-07308 |
| 211 | Pigg, Felicia | 2:12-cv-07320 |
| 212 | Claypool, Sarah & Timothy | 2:12-cv-07325 |
| 213 | Doaks, Kyna & Stanley | 2:12-cv-07330 |
| 214 | Eubanks, Wanda | 2:12-cv-07334 |
| 215 | Fritsch, Patrice & Craig | 2:12-cv-07336 |

**EXHIBIT A**
**TO PTO # 248**

| No. | Case | Civil Action Number |
|-----|------|---------------------|
| 216 | Garcia, Linda | 2:12-cv-07337 |
| 217 | Abadie, Mary J. | 2:12-cv-07356 |
| 218 | Eisenbath, Dorothy | 2:12-cv-07361 |
| 219 | Gilyana, Larissa & Calvin | 2:12-cv-07362 |
| 220 | Hendrickson, Susan | 2:12-cv-07363 |
| 221 | Hoover, Janet & Freemen William Michael | 2:12-cv-07365 |
| 222 | Levine, Patricia & David | 2:12-cv-07370 |
| 223 | Love, Virginia | 2:12-cv-07376 |
| 224 | Navaroli, Pam | 2:12-cv-07379 |
| 225 | Newton, Dorothy | 2:12-cv-07380 |
| 226 | Owen, Shirley | 2:12-cv-07382 |
| 227 | Bienvenu, Anne | 2:12-cv-07388 |
| 228 | Brandy, Sheri | 2:12-cv-07389 |
| 229 | Mackaben, Teri K. & Chester T. | 2:12-cv-07390 |
| 230 | Peterson, Mardie | 2:12-cv-07395 |
| 231 | Ishmael, Lisa & Richard | 2:12-cv-07409 |
| 232 | Avant, Debbie & Jack | 2:12-cv-07413 |
| 233 | Forpomes, Danielle | 2:12-cv-07414 |
| 234 | Ball, Sammie Marie | 2:12-cv-07415 |
| 235 | Bohne, Chantel | 2:12-cv-07417 |
| 236 | Ross, Veronica A. | 2:12-cv-07419 |
| 237 | Platt, Mary Lee & Clair | 2:12-cv-07420 |
| 238 | Jarrell, Kimberly & Stevie Lee | 2:12-cv-07422 |
| 239 | Sampson, Beverly | 2:12-cv-07424 |
| 240 | Bordelon, Jane & Frederick, III | 2:12-cv-07431 |
| 241 | Brehm, Sandra | 2:12-cv-07433 |
| 242 | Webb, Nancy | 2:12-cv-07442 |
| 243 | Shook, Maria & Peter | 2:12-cv-07446 |
| 244 | Jones, Leslie & Calvin | 2:12-cv-07476 |
| 245 | Lee, Amy | 2:12-cv-07478 |
| 246 | Sutherlin, Anita | 2:12-cv-07479 |
| 247 | Thorson, Rachel & James | 2:12-cv-07481 |
| 248 | Shary, Maureen & Dennis M. | 2:12-cv-07483 |
| 249 | Lipscomb, Marsha | 2:12-cv-07485 |
| 250 | Dupont, Catherine & Richard | 2:12-cv-07490 |
| 251 | Dobard, Raja | 2:12-cv-07493 |
| 252 | Bybel, Celeste P. | 2:12-cv-07495 |
| 253 | Morrison, Anne R. | 2:12-cv-07496 |
| 254 | Orozco, Elia | 2:12-cv-07498 |
| 255 | Roberts, Judy M. | 2:12-cv-07499 |
| 256 | Garner, LaDonna G. | 2:12-cv-07501 |
| 257 | Motes, Johnnie E. & James E. | 2:12-cv-07504 |
| 258 | Slaybaugh, Rebecca Ann & Michael William | 2:12-cv-07511 |

**EXHIBIT A**
**TO PTO # 248**

| No. | Case | Civil Action Number |
|---|---|---|
| 259 | Woods-Fraley, Betty & Steven | 2:12-cv-07515 |
| 260 | Fremin, Margaret Richard | 2:12-cv-07523 |
| 261 | Frame, Patsy | 2:12-cv-07524 |
| 262 | Huffman, Catherine | 2:12-cv-07525 |
| 263 | Gillson, Carolyn A. & Robert | 2:12-cv-07537 |
| 264 | Grindle, Marcia A. & Charles S. | 2:12-cv-07538 |
| 265 | Brantner, Rebecca & Donald | 2:12-cv-07539 |
| 266 | Nally, Carolyn | 2:12-cv-07542 |
| 267 | Weberg, Monica M. & Richard B. | 2:12-cv-07553 |
| 268 | Masi, Lorraine S. | 2:12-cv-07555 |
| 269 | Jaufre, Dianne | 2:12-cv-07573 |
| 270 | Heintz, Kathleen | 2:12-cv-07579 |
| 271 | Harris, Sabrina | 2:12-cv-07582 |
| 272 | Coffey, Sharon | 2:12-cv-07620 |
| 273 | Galaski, Carla & Greg | 2:12-cv-07621 |
| 274 | Baldwin, Angela & Robert | 2:12-cv-07623 |
| 275 | Broderick, Alicia & Michael | 2:12-cv-07625 |
| 276 | Owens, Carmen | 2:12-cv-07637 |
| 277 | Miller, Joycelyn | 2:12-cv-07644 |
| 278 | McCoy, Clarisa | 2:12-cv-07646 |
| 279 | Lockwood, Maria | 2:12-cv-07649 |
| 280 | Montgomery, Gloria | 2:12-cv-07653 |
| 281 | Adams, Lesa | 2:12-cv-07658 |
| 282 | Campbell, Lisa O. | 2:12-cv-07659 |
| 283 | Stock, Sandra L. & Raymond W., Jr. | 2:12-cv-07664 |
| 284 | Clemons, Sheila | 2:12-cv-07669 |
| 285 | Wright, Debbie | 2:12-cv-07676 |
| 286 | Fox, Stacy L. | 2:12-cv-07677 |
| 287 | Barnes, Martha R. & James H. | 2:12-cv-07682 |
| 288 | Lenard, Karlena G. | 2:12-cv-07684 |
| 289 | Fabbrini, Laura T. & Wayne | 2:12-cv-07686 |
| 290 | Patrick, Belinda | 2:12-cv-07688 |
| 291 | Harris, Angela D. | 2:12-cv-07689 |
| 292 | Thomas-Krafka, Mary Jo Ann & Frank | 2:12-cv-07693 |
| 293 | Smith, Donna K. & William A | 2:12-cv-07700 |
| 294 | Murray, Sharon & Robert | 2:12-cv-07705 |
| 295 | Rayburn, Judy & Brian E. | 2:12-cv-07711 |
| 296 | Conrad, Toni Jo | 2:12-cv-07718 |
| 297 | Gibbs, Linda K. | 2:12-cv-07744 |
| 298 | Jones, Janet Pee | 2:12-cv-07746 |
| 299 | White, Mollie Sanders | 2:12-cv-07748 |
| 300 | Holley, Mary & Jimmy | 2:12-cv-07750 |
| 301 | Thomas, Nancy & Michael | 2:12-cv-07751 |

**EXHIBIT A**
**TO PTO # 248**

| No. | Case | Civil Action Number |
|-----|------|---------------------|
| 302 | Carty, Janice | 2:12-cv-07756 |
| 303 | Harvey, Anita | 2:12-cv-07768 |
| 304 | Weaver, Karen & Victor E. | 2:12-cv-07769 |
| 305 | Latimer, Sherry S. & James | 2:12-cv-07771 |
| 306 | McKinnie, Amanda J. | 2:12-cv-07773 |
| 307 | Tichbourn, Loral | 2:12-cv-07777 |
| 308 | Terrebonne, Shirley | 2:12-cv-07779 |
| 309 | Taylor, Bessie & William, Sr. | 2:12-cv-07784 |
| 310 | Gartner, Ilene & Carlos | 2:12-cv-07791 |
| 311 | Guyton, Deborah | 2:12-cv-07798 |
| 312 | Phelps, Mary Alice | 2:12-cv-07800 |
| 313 | Massey, Vicky G. | 2:12-cv-07801 |
| 314 | Thompson, Rebecca | 2:12-cv-07802 |
| 315 | Mendiola, Rosario | 2:12-cv-07805 |
| 316 | Ollervidez, Maria Del Socorro | 2:12-cv-07808 |
| 317 | Hizen, Brenda C. & Peter M. | 2:12-cv-07811 |
| 318 | Patton, Yelandra | 2:12-cv-07813 |
| 319 | Pierel, Jennifer S. | 2:12-cv-07822 |
| 320 | Stephens, Carolyn K. | 2:12-cv-07835 |
| 321 | Peralez, Irene | 2:12-cv-07836 |
| 322 | Fann, Carrie M. | 2:12-cv-07837 |
| 323 | Whalen, Connie & Timothy | 2:12-cv-07839 |
| 324 | Vazquez, Yadira & Ricardo | 2:12-cv-07840 |
| 325 | Sine, Mary & Charlie | 2:12-cv-07842 |
| 326 | Hosbrook, Patricia | 2:12-cv-07843 |
| 327 | Scott, Cassandra | 2:12-cv-07846 |
| 328 | Santana, Santa | 2:12-cv-07849 |
| 329 | Kasee, Susanne K. | 2:12-cv-07851 |
| 330 | Bethune, Susan & Ronnie Jerome | 2:12-cv-07852 |
| 331 | Martin, Linda A. & Henry | 2:12-cv-07853 |
| 332 | Balura, Cathy & Peter | 2:12-cv-07854 |
| 333 | Wessel, Christina | 2:12-cv-07863 |
| 334 | Appleton, Rita M. & Charles E. | 2:12-cv-07872 |
| 335 | Hogge, Vivian & Randy | 2:12-cv-07873 |
| 336 | Morse, Robin & Bruce | 2:12-cv-07874 |
| 337 | Hampton, Christina | 2:12-cv-07875 |
| 338 | Marcum, Lori & Joel | 2:12-cv-07877 |
| 339 | Tillman, Jamie & David | 2:12-cv-07879 |
| 340 | Mansfield, Kimberlie | 2:12-cv-07880 |
| 341 | Josey, Nancy | 2:12-cv-07881 |
| 342 | Zimmerman, Robyn I. & Len | 2:12-cv-07883 |
| 343 | Greenwood, Kassandra & Cody | 2:12-cv-07889 |
| 344 | Bass, June & Murray D. | 2:12-cv-07891 |

| No. | Case | Civil Action Number |
|-----|------|---------------------|
| 345 | Butler, Rebecca & Buford | 2:12-cv-07892 |
| 346 | Blake, Patricia & Dale | 2:12-cv-07901 |
| 347 | Palmer, Teresa | 2:12-cv-07902 |
| 348 | Valentine, Katrina L. | 2:12-cv-07904 |
| 349 | Wilson, Denise | 2:12-cv-07905 |
| 350 | Chauvaux, Marjorie Anne | 2:12-cv-07906 |
| 351 | Bogue, Teresa | 2:12-cv-07907 |
| 352 | Eason, Carla & Edward Lester, Jr. | 2:12-cv-07909 |
| 353 | Ferguson, Beckie Ellen & William Arthur Bill | 2:12-cv-07910 |
| 354 | Boucher, Marie | 2:12-cv-07912 |
| 355 | Lombera, Nohemi | 2:12-cv-07913 |
| 356 | Oubre, Terry | 2:12-cv-07914 |
| 357 | Mitchell, Marianne B. | 2:12-cv-07918 |
| 358 | Salva, Sandra A. & Ronnie L., Jr. | 2:12-cv-07920 |
| 359 | Ronan, Linda M. & James M., III | 2:12-cv-07922 |
| 360 | Matovich, Virginia K. & Stanley P. | 2:12-cv-07929 |
| 361 | Harvey, Brenda | 2:12-cv-07930 |
| 362 | Marteney, Crystal | 2:12-cv-07931 |
| 363 | Levey, Phillip D., Trustee of the Estate of Deborah L. Czartoryski, deceased | 2:12-cv-07933 |
| 364 | Morrison, Ella | 2:12-cv-07935 |
| 365 | Prestage, Robin | 2:12-cv-07936 |
| 366 | Seelbach, Dorothy | 2:12-cv-07940 |
| 367 | Clazie, Shirley | 2:12-cv-07945 |
| 368 | Kitchens, Rebecca | 2:12-cv-07947 |
| 369 | Bailey, Jane | 2:12-cv-07952 |
| 370 | Orr, Patricia | 2:12-cv-07959 |
| 371 | Wilson, Rosemary & Charles W., Sr. | 2:12-cv-07960 |
| 372 | Landeche, Mary Alice & Nolan, Jr. | 2:12-cv-07962 |
| 373 | Duchene, Margaret L. & Ralph | 2:12-cv-07968 |
| 374 | Gaunt, Dawn & Roger L. | 2:12-cv-07969 |
| 375 | Wethal, Mary | 2:12-cv-07976 |
| 376 | Huntington-Sell, Marcia as personal representative of the estate of Fabian Huntington | 2:12-cv-07979 |
| 377 | Swanson, Ellen Jane | 2:12-cv-07980 |
| 378 | Jackson, Laretta | 2:12-cv-07981 |
| 379 | Halstead, Susan & J. Wesley | 2:12-cv-07982 |
| 380 | Hutcherson, Roberta & David | 2:12-cv-07983 |
| 381 | Cortez, Sonya | 2:12-cv-07984 |
| 382 | Stapleton, Shannon & Vansel | 2:12-cv-07987 |
| 383 | Pearson, Melissa | 2:12-cv-07989 |
| 384 | Adams, Jennifer & J.D. | 2:12-cv-07990 |
| 385 | Valverde, Jodi & Leffy | 2:12-cv-07999 |

**EXHIBIT A**
**TO PTO # 248**

| No. | Case | Civil Action Number |
|-----|------|---------------------|
| 386 | McLain, Jamie & Travis | 2:12-cv-08004 |
| 387 | Prescott, Sherry & J.C. | 2:12-cv-08012 |
| 388 | Kaviratna, Hema & Padma | 2:12-cv-08019 |
| 389 | Shelor, Kathleen M. | 2:12-cv-08030 |
| 390 | Koepsel, Susan & Ned | 2:12-cv-08031 |
| 391 | Beaman, Gloria & Gregory N. | 2:12-cv-08032 |
| 392 | McLaughlin, Susan | 2:12-cv-08043 |
| 393 | Michael-Packer, Tracey & Percy | 2:12-cv-08044 |
| 394 | Rowan, Kathleen F. | 2:12-cv-08045 |
| 395 | Dawes, Glenda & Marvin, Sr. | 2:12-cv-08048 |
| 396 | DuBois, Virginia L. & Ronald | 2:12-cv-08070 |
| 397 | Davis, Mortisha & Keith | 2:12-cv-08076 |
| 398 | Leith, Sherrie | 2:12-cv-08079 |
| 399 | McCumber, Betty Linton | 2:12-cv-08083 |
| 400 | McClinsey, Sharon & Harvey | 2:12-cv-08114 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.,
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION         **MDL No. 2327**

-------------------------------------------------

**THIS DOCUMENT RELATES TO
ETHICON WAVE 7 CASES**

**PRETRIAL ORDER # 269
(Docket Control Order – Wave 7 Cases)**

      I find that certain additional cases involving West Virginia plaintiffs should be placed in a

Wave and worked up for trial. To that end, I have attached a list of West Virginia cases not already

in an Ethicon Wave that name only Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson (the

"Ethicon defendants") or allege claims against only the Ethicon defendants' products.  These cases,

attached hereto as Exhibit A, will be known as the "Ethicon Wave 7 cases." Because the parties

have conducted extensive discovery in Waves 1 through 6, I have shortened the deadlines in Wave

7. It is **ORDERED** as follows:

    **A.**     **SCHEDULING DEADLINES**. The following deadlines shall apply in the Ethicon

Wave 7 cases:

| | |
|---|---|
| Plaintiff Fact Sheets. | 10/25/2017 |
| Defendant Fact Sheets. | 11/27/2017 |
| Deadline for written discovery requests. | 12/27/2017 |
| Expert disclosure by plaintiffs. | 12/13/2017 |
| Expert disclosure by defendants. | 01/12/2018 |
| Expert disclosure for rebuttal purposes. | 01/26/2018 |
| Deposition deadline and close of discovery. | 02/09/2018 |
| Filing of Dispositive Motions. | 03/01/2018 |
| Response to Dispositive Motions. | 03/15/2018 |
| Reply to response to dispositive motions. | 03/22/2018 |

Filing of *Daubert* motions.                              03/07/2018

Responses to *Daubert* motions.                           03/21/2018

Reply to response to *Daubert* motions.                   03/28/2018

1.     **Discovery Completion Date.** The last date to complete depositions shall be the "discovery completion date" by which all discovery, including disclosures required by Federal Rule of Civil Procedure 26(a)(1), and (2), but not disclosures required by Federal Rule of Civil Procedure 26(a)(3), shall be completed.

2.     **Limitations on Interrogatories, Requests for Admissions and Depositions**. The following limitations apply:

   a.   The Ethicon defendants are limited to 10 interrogatories, 10 requests for production of documents and 10 requests for admission per plaintiff.

   b.   Each plaintiff is limited to 10 interrogatories, 10 requests for production of documents and 10 requests for admission to the Ethicon defendants.

   c.   In each individual member case, no more than 4 treating physicians may be deposed.[1]

   d.   Depositions of plaintiff's friends and family members may be taken at any time prior to trial provided the deposition is requested before the discovery completion date.

   e.   Depositions of any witness are limited to 3 hours absent agreement of the parties.

   f.   The court will consider modifications to the above limitations upon good cause shown.

3.     **Limitations on Experts.** The following limitations related to experts apply:

---

[1] To the extent disputes arise regarding the division of time between the parties for the deposition of treating physicians (three hours total absent agreement), I will address those disputes, rather than the assigned Magistrate Judge, Judge Eifert.

a. The parties may conduct general and specific expert discovery on the products at issue in Ethicon Wave 7. In light of the bellwether trials, Waves 1, 2, 3, 4, 5 and 6 and the substantial discovery conducted to date, the parties are cautioned not to engage in duplicative general expert discovery, but instead, to tailor their discovery to the remaining Ethicon defendants' products at issue (to the extent such discovery is necessary), supplementing any discovery already completed and conducting specific causation discovery for the Ethicon Wave 7 plaintiffs. In light of the common products involved in Ethicon Wave 7, the likelihood of overlap in expert opinion from one case to another (except as to specific causation) and the need to streamline discovery in these cases, **each side is limited to no more than five (5) experts per case (exclusive of treating physicians)**. It is the court's expectation that these experts will overlap for plaintiffs who have the same product(s), to some extent, if not entirely.

b. The parties shall coordinate the depositions of general causation experts. Insofar as multiple plaintiffs utilize the same general causation expert or experts, those experts shall be deposed only once on the issue of general causation. As to Ethicon's experts, plaintiffs are instructed to choose a lead questioner.

c. The court encourages the coordination of depositions of specific causation experts to the extent there is overlap in the parties' use of specific causation experts for multiple plaintiffs.

3

d.   The court will consider modifications to the above limitations upon good cause shown.

**B.     MOTION PRACTICE.**

1.     ***Daubert* Motions.** For the filing of *Daubert* motions on general causation issues only, the parties are instructed to file one *Daubert* motion per expert in the main MDL (MDL 2327) instead of the individual member case. Each side may file one response and one reply in the main MDL to each *Daubert* motion.[2] This limitation does not apply to specific causation *Daubert* motions, responses and replies. Specific causation *Daubert* motions, responses and replies must be filed in the individual member cases. To the extent an expert is both a general and specific causation expert, the parties must file a general causation motion in the main MDL 2327 and an individual specific causation motion in an individual member case.

2.     **Hearings.** Hearing dates for dispositive and *Daubert* motions, if any, will be set at a future status conference.

3.     **Page Limitations.** The page limitations provided in Local Rule of Civil Procedure 7.1(a)(2) apply to memoranda in support of all dispositive and *Daubert* motions, oppositions, and replies, and the court will not be inclined to grant motions to exceed the page limit.

4.     **Confidential Documents.** In the past, the court has permitted parties to file placeholder exhibits in support of *Daubert*, dispositive and other motions, responses and replies in the place of confidential documents that may be sealed and then, within five days, redact/dedesignate the documents or file a motion to seal. *Moving forward, the court will no longer permit this practice. Parties may no longer file placeholder exhibits.* The court expects leadership

---

[2] If parties wish to adopt previous *Daubert* motions on general causation experts, they may so indicate in a filing in the main MDL 2327.

4

counsel for plaintiffs and the Ethicon defendants to resolve issues related to confidential designations well before the filing of motions. Filings containing placeholder exhibits will be struck. In the event there are issues related to sealing of confidential documents that the parties are unable to resolve, they must be brought to the court's attention in a consolidated manner as follows: A consolidated motion to seal is due on or before **January 16, 2018**, any response is due **January 30, 2018** and any reply is due **February 6, 2018**.

5. **Locations of Filings.** With the exception of the general causation *Daubert* motions as outlined above, the parties are reminded that they must file dispositive and *Daubert* motions on specific causation, responses and replies in the applicable member cases only, not in the Ethicon MDL.

**C.     PRETRIAL AND SETTLEMENT CONFERENCES**

1. **Pretrial and Settlement Conferences:** The court shall notify the parties as to the date of the Pretrial and Final Settlement Conferences at a later date.

2. **Deposition Designations:** The court shall notify the parties as to the dates of affirmative deposition designation, including identifying exhibits to be offered through the deposition testimony, objections to an opposing party's designation and accompanying exhibits, and any counter-designations at a later date.

3. **Exhibit and Witness Lists, Proposed Integrated Pretrial Order and Proposed Jury Instructions/Special Interrogatories/Verdict Form**: The court shall notify the parties as to the dates of exchanging and/or filing of Exhibit and Witness Lists, Proposed Integrated Pretrial Order and Proposed Jury Instructions/Special Interrogatories/Verdict Form at a later date.

**D.      TRIAL**

1.      **Trial:** All Wave 7 cases will be set for trial beginning on **May 15, 2018** at **8:30 a.m.** at the United States District Court, Southern District of West Virginia, Room 6600  and will be tried seriatim without interruption, except for weekends and court holidays, as pending on the trial date until all remaining Wave 7 cases are completed.

**E.      COMMON BENEFIT TIME.** I have entered a number of Pretrial Orders related to the eventual recovery of the cost of special services performed and expenses incurred by participating counsel in this and the other MDLs assigned to me. While I have not yet expressed an opinion regarding whether payment of common benefit fees is appropriate, nor will I here, I direct the parties' attention to PTO # 18, and its warning that "[n]o time spent on developing or processing purely individual issues in any case for an individual client (claimant) will be considered or should be submitted, nor will time spent on any unauthorized work." Pretrial Order No. 18, ECF No. 282, ¶ C. The nature of this litigation persuades me that I should inform counsel that at this point in the litigation, where most if not all of the general causation discovery has been completed, it is difficult to envision that any work performed by counsel on individual wave cases would rise to the level of common benefit work.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 **and in the Ethicon Wave 7 cases listed on Exhibit A**.  In cases subsequently filed in this district after 2:17-cv-03944, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility

of the parties to review and abide by all pretrial orders previously entered by the court. The

orders may be accessed through the CM/ECF system or the court's website at

www.wvsd.uscourts.gov.

ENTER: September 8, 2017

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A
# WAVE 7 CASES

| Count | Case Number | Case Style |
|---|---|---|
| 1 | 2:12-cv-08646 | Perry et al v. Ethicon, Inc. et al |
| 2 | 2:12-cv-08805 | Horst et al v. Ethicon, Inc. et al |
| 3 | 2:12-cv-09172 | Trevail et al v. Ethicon, Inc. et al |
| 4 | 2:12-cv-09311 | Bryant et al v. Ethicon, Inc. et al |
| 5 | 2:12-cv-09644 | Spinks v. Ethicon, Inc. et al |
| 6 | 2:13-cv-02563 | Cline et al v. Ethicon, Inc. et al |
| 7 | 2:13-cv-03373 | Massey et al v. Ethicon, Inc. et al |
| 8 | 2:13-cv-03398 | Miller et al v. Ethicon, Inc. et al |
| 9 | 2:13-cv-03487 | Clutter et al v. Ethicon, Inc. et al |
| 10 | 2:13-cv-03621 | Dailey et al v. Ethicon, Inc. et al |
| 11 | 2:13-cv-03758 | Adams et al v. Ethicon, Inc. et al |
| 12 | 2:13-cv-04514 | Walls v. Ethicon, Inc. et al |
| 13 | 2:13-cv-05489 | Sheets et al v. Ethicon, Inc. et al |
| 14 | 2:13-cv-05677 | Harris v. Ethicon, Inc. et al |
| 15 | 2:13-cv-06172 | Adams et al v. Ethicon, Inc. et al |
| 16 | 2:13-cv-06200 | Crowder et al v. Ethicon, Inc. et al |
| 17 | 2:13-cv-07057 | Gorby v. Ethicon, Inc. et al |
| 18 | 2:13-cv-07552 | Perry v. Ethicon, Inc. et al |
| 19 | 2:13-cv-07854 | Musgrave et al v. Ethicon, Inc. |
| 20 | 2:13-cv-08502 | Hall et al v. Ethicon, Inc. et al |

# EXHIBIT A
# WAVE 7 CASES

| | | |
|---|---|---|
| 21 | 2:13-cv-08506 | Miller et al v. Ethicon, Inc. et al |
| 22 | 2:13-cv-09237 | Davis v. Ethicon, Inc. et al |
| 23 | 2:13-cv-10287 | Sawyer et al v. Ethicon, Inc. et al |
| 24 | 2:13-cv-11946 | Dove v. Ethicon, Inc. et al |
| 25 | 2:13-cv-12827 | Browning et al v. Ethicon, Inc. et al |
| 26 | 2:13-cv-12972 | Butler v. Ethicon, Inc. et al |
| 27 | 2:13-cv-13263 | Lane et al v. Ethicon, Inc. et al |
| 28 | 2:13-cv-14448 | Hager v. Ethicon, Inc. et al |
| 29 | 2:13-cv-14694 | Fleshman et al v. Ethicon, Inc. et al |
| 30 | 2:13-cv-16151 | Watts et al v. Ethicon, Inc. et al |
| 31 | 2:13-cv-16271 | Moore v. Ethicon, Inc. et al |
| 32 | 2:13-cv-17140 | Zande et al v. Ethicon, Inc. et al |
| 33 | 2:13-cv-18487 | McKinney et al v. Ethicon, Inc. et al |
| 34 | 2:13-cv-18643 | Samples v. Ethicon, Inc. et al |
| 35 | 2:13-cv-20172 | Thomas et al v. Ethicon, Inc. et al |
| 36 | 2:13-cv-21184 | Thomas et al v. Ethicon, Inc. et al |
| 37 | 2:13-cv-22023 | Morgan v. Ethicon, Inc. et al |
| 38 | 2:13-cv-22854 | Ferguson v. Ethicon, Inc. et al |
| 39 | 2:13-cv-22900 | Pritt et al v. Ethicon, Inc. et al |
| 40 | 2:13-cv-22901 | Farley v. Ethicon, Inc. et al |
| 41 | 2:13-cv-25013 | Patton et al v. Ethicon, Inc. et al |

## EXHIBIT A
## WAVE 7 CASES

| 42 | 2:13-cv-25932 | Neely v. Ethicon, Inc. et al |
|----|---------------|------------------------------|
| 43 | 2:13-cv-26601 | Shivley et al v. Ethicon, Inc. et al |
| 44 | 2:13-cv-26811 | Higginbotham et al v. Ethicon, Inc. et al |
| 45 | 2:13-cv-27170 | Anderson et al v. Ethicon, Inc. et al |
| 46 | 2:13-cv-27366 | Renforth et al v. Ethicon, Inc. et al |
| 47 | 2:13-cv-27727 | Davis v. Ethicon, Inc. et al |
| 48 | 2:13-cv-29380 | Hurley v. Ethicon, Inc. et al |
| 49 | 2:13-cv-31164 | Jackson v. Ethicon, Inc. et al |
| 50 | 2:13-cv-31232 | Kerns et al v. Johnson & Johnson Corporation et al |
| 51 | 2:13-cv-31240 | Goodnight v. Ethicon, Inc. et al |
| 52 | 2:13-cv-32037 | Hanna et al v. Ethicon, Inc. et al |
| 53 | 2:13-cv-32698 | Stratton et al v. Ethicon, Inc. et al |
| 54 | 2:14-cv-00081 | Corfee et al v. Ethicon, Inc. et al |
| 55 | 2:14-cv-01100 | Hicks v. Ethicon, Inc. et al |
| 56 | 2:14-cv-01379 | Sutphin v. Ethicon, Inc. |
| 57 | 2:14-cv-02800 | Paynter et al v. Ethicon, Inc. et al |
| 58 | 2:14-cv-02950 | Casto et al v. Ethicon, Inc. et al |
| 59 | 2:14-cv-03389 | Cooper et al v. Ethicon, Inc. et al |
| 60 | 2:14-cv-03398 | Demcoe v. Ethicon, Inc. et al |
| 61 | 2:14-cv-04174 | Howell et al v. Ethicon, Inc. et al |
| 62 | 2:14-cv-04366 | Miller et al v. Ethicon, Inc. et al |

**EXHIBIT A**
**WAVE 7 CASES**

| 63 | 2:14-cv-06748 | German v. Ethicon, Inc. et al |
| 64 | 2:14-cv-07246 | Sheets v. Ethicon, Inc. et al |
| 65 | 2:14-cv-07281 | Sheppard v. Ethicon, Inc. et al |
| 66 | 2:14-cv-07467 | Ryan v. Ethicon, Inc.et al |
| 67 | 2:14-cv-07917 | McNew v. Ethicon, Inc. et al |
| 68 | 2:14-cv-07971 | Gilkerson et al v. Ethicon, Inc. et al |
| 69 | 2:14-cv-08149 | Moore v. Ethicon, Inc. et al |
| 70 | 2:14-cv-08427 | Epling v. Ethicon, Inc. et al |
| 71 | 2:14-cv-09014 | Bailey v. Ethicon, Inc. et al |
| 72 | 2:14-cv-09070 | Garcia v. Ethicon, Inc. et al |
| 73 | 2:14-cv-10224 | Pruitt et al v. Ethicon, Inc. et al |
| 74 | 2:14-cv-12186 | Winals et al v. Ethicon, Inc. et al |
| 75 | 2:14-cv-12441 | Hanshaw et al v. Ethicon, Inc. et al |
| 76 | 2:14-cv-12835 | Jones v. Ethicon, Inc. et al |
| 77 | 2:14-cv-12919 | Kitchen v. Ethicon, Inc. et al |
| 78 | 2:14-cv-14350 | Whitt et al v. Ethicon, Inc. et al |
| 79 | 2:14-cv-14412 | Orndorff v. Ethicon, Inc. et al |
| 80 | 2:14-cv-14497 | Cadle v. Ethicon, Inc. et al |
| 81 | 2:14-cv-14687 | Lane et al v. Ethicon, Inc. et al |
| 82 | 2:14-cv-15099 | Meaige v. Ethicon, Inc. et al |
| 83 | 2:14-cv-16229 | Edwards et al v. Ethicon, Inc. et al |

# EXHIBIT A
## WAVE 7 CASES

| 84 | 2:14-cv-16478 | Vandevender v. Ethicon, Inc. et al |
|---|---|---|
| 85 | 2:14-cv-22107 | Gunn v. Ethicon, Inc. et al |
| 86 | 2:14-cv-24201 | Lively v. Ethicon, Inc. et al |
| 87 | 2:14-cv-25229 | Velazquez v. Ethicon, Inc. |
| 88 | 2:14-cv-25281 | Christensen v. Ethicon, Inc. et al |
| 89 | 2:14-cv-25281 | Christensen v. Ethicon, Inc., et al |
| 90 | 2:14-cv-25584 | Vargas v. Ethicon, Inc. et al |
| 91 | 2:14-cv-25603 | Vugrinovich v. Ethicon, Inc. et al |
| 92 | 2:14-cv-26253 | Rowe et al v. Ethicon, Inc. et al |
| 93 | 2:14-cv-28237 | Starr v. Ethicon, Inc. et al |
| 94 | 2:14-cv-28300 | Anderson et al v. Ethicon, Inc. et al |
| 95 | 2:14-cv-28853 | Harless v. Ethicon, Inc. et al |
| 96 | 2:14-cv-29176 | Messer v. Ethicon, Inc. |
| 97 | 2:14-cv-29917 | Crane et al v. Ethicon, Inc. et al |
| 98 | 2:14-cv-30297 | Chatman v. Ethicon, Inc. et al |
| 99 | 2:14-cv-30635 | Morrison et al v. Ethicon, Inc. et al |
| 100 | 2:14-cv-30787 | Flowers v. Ethicon, Inc. et al |
| 101 | 2:15-cv-00800 | Absten et al v. Ethicon, Inc. et al |
| 102 | 2:15-cv-02800 | Dickson v. Ethicon, Inc. et al |
| 103 | 2:15-cv-03033 | Jewell v. Ethicon, Inc. et al |
| 104 | 2:15-cv-03766 | Phillips et al v. Ethicon, Inc. et al |

# EXHIBIT A
## WAVE 7 CASES

| | | |
|---|---|---|
| 105 | 2:15-cv-04533 | Aquino v. Ethicon, Inc. et al |
| 106 | 2:15-cv-06267 | Price v. Ethicon, Inc. et al |
| 107 | 2:15-cv-11330 | Watson et al v. Ethicon, Inc. et al |
| 108 | 2:15-cv-11685 | Woods et al v. Ethicon, Inc. et al |
| 109 | 2:15-cv-12165 | Bandy v. Ethicon, Inc. et al |
| 110 | 2:15-cv-12552 | Mendez et al v. Ethicon, Inc. et al |
| 111 | 2:15-cv-12764 | Michael v. Ethicon, Inc. et al |
| 112 | 2:15-cv-13283 | Johnson v. Ethicon, Inc. et al |
| 113 | 2:15-cv-14261 | Parkins et al v. Ethicon, Inc. et al |
| 114 | 2:15-cv-14783 | Mullins et al v. Ethicon, Inc. et al |
| 115 | 2:15-cv-14871 | Mueller v. Ethicon, Inc. et al |
| 116 | 2:16-cv-00188 | Oliverio et al v. Ethicon, Inc. et al |
| 117 | 2:16-cv-01436 | Casto v. Ethicon, Inc. et al |
| 118 | 2:16-cv-01635 | Demont v. Ethicon, Inc. et al |
| 119 | 2:16-cv-01780 | Murdock et al v. Ethicon, Inc. et al |
| 120 | 2:16-cv-01994 | Watts v. Ethicon, Inc. et al |
| 121 | 2:16-cv-02193 | Lyons v. Ethicon, Inc. et al |
| 122 | 2:16-cv-03506 | Prater et al v. Ethicon, Inc. et al |
| 123 | 2:16-cv-03858 | Hackler v. Ethicon, Inc. et al |
| 124 | 2:16-cv-04003 | Lantz v. Ethicon, Inc. et al |
| 125 | 2:16-cv-04149 | Bravo v. Ethicon, Inc. et al |

## EXHIBIT A
## WAVE 7 CASES

| 126 | 2:16-cv-04176 | Wolfe et al v. Ethicon, Inc. et al |
|-----|---------------|-------------------------------------|
| 127 | 2:16-cv-04407 | Gore et al v. Ethicon, Inc. et al |
| 128 | 2:16-cv-05064 | Westfall v. Ethicon, Inc. et al |
| 129 | 2:16-cv-05082 | Oliver et al v. Ethicon, Inc. et al |
| 130 | 2:16-cv-05198 | Lodato et al v. Ethicon, Inc. et al |
| 131 | 2:16-cv-05965 | Stepp v. Ethicon, Inc. et al |
| 132 | 2:16-cv-06368 | Perry et al v. Ethicon, Inc. et al |
| 133 | 2:16-cv-09555 | Young v. Ethicon, Inc. et al |
| 134 | 2:16-cv-09879 | McCauley v. Ethicon, Inc. et al |
| 135 | 2:16-cv-10461 | Johnson v. Ethicon, Inc. et al |
| 136 | 2:16-cv-10986 | Trembly v. Ethicon, Inc. et al |
| 137 | 2:16-cv-11228 | Dingess v. Ethicon, Inc. et al |
| 138 | 2:16-cv-11448 | Ball v. Ethicon, Inc. et al |
| 139 | 2:16-cv-11923 | Foster v. Ethicon, Inc. et al |
| 140 | 2:16-cv-11943 | Young v. Ethicon, Inc. et al |
| 141 | 2:16-cv-12290 | Wiblin v. Ethicon, Inc. et al |
| 142 | 2:16-cv-12361 | Walker v. Ethicon, Inc. et al |
| 143 | 2:16-cv-12747 | Wickline et al v. Ethicon, Inc. et al |
| 144 | 2:17-cv-00376 | Nichols v. Ethicon, Inc. et al |
| 145 | 2:17-cv-00788 | Leighton v. Ethicon, Inc. et al |
| 146 | 2:17-cv-01801 | Cricks v. Ethicon, Inc. et al |

**EXHIBIT A**
**WAVE 7 CASES**

| 147 | 2:17-cv-01875 | Toney v. Ethicon, Inc. et al |
|-----|---------------|------------------------------|
| 148 | 2:17-cv-02116 | Amos et al v. Ethicon, Inc. et al |
| 149 | 2:17-cv-02857 | Watkins v. Ethicon, Inc. et al |
| 150 | 2:17-cv-03062 | McNish v. Ethicon, Inc. et al |