IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                          MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5865], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: July 6, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| | |
|---|---|
| 2:14-cv-13167 | Ballee v. Ethicon |
| 2:13-cv-28842 | Baxter v. Ethicon |
| 2:13-cv-5002 | Blair v. Ethicon |
| 2:13-cv-20094 | Borgerding v. Ethicon |
| 2:13-cv-22852 | Branson v. Ethicon |
| 2:13-cv-20695 | Brinkman v. Ethicon |
| 2:14-cv-18564 | Brooks v. Ethicon |
| 2:13-cv-8818 | Cruise v. Ethicon |
| 2:14-cv-29594 | Fessenden v. Ethicon |
| 2:13-cv-25787 | Gamage v. Ethicon |
| 2:13-cv-5424 | Gaynor v. Ethicon |
| 2:13-cv-22202 | Glasman v. Ethicon |
| 2:13-cv-07367 | Haskell v. Ethicon |
| 2:13-cv-25931 | Heller v. Ethicon |
| 2:14-cv-07392 | Hill v. Ethicon |
| 2:13-cv-07877 | Holifield v. Ethicon |
| 2:13-cv-07555 | Kaderly v. Ethicon |
| 2:13-cv-16612 | Keziah v. Ethicon |
| 2:13-cv-07014 | Kriebel v. Ethicon |
| 2:13-cv-19998 | Kunkle v. Ethicon |
| 2:14-cv-01506 | Lambeth v. Ethicon |
| 2:13-cv-22894 | Langston v. Ethicon |
| 2:14-cv-12222 | Lorezca v. Ethicon |
| 2:13-cv-22859 | Lowe v. Ethicon |
| 2:13-cv-22447 | Marlow v. Ethicon |
| 2:13-cv-22423 | McReynolds v. Ethicon |
| 2:13-cv-13987 | Menses v. Ethicon |
| 2:14-cv-17999 | Mitchell v. Ethicon |
| 2:13-cv-02165 | Moss v. Ethicon |
| 2:13-cv-04077 | Munante v. Ethicon |
| 2:13-cv-13557 | Musgrave v. Ethicon |
| 2:13-cv-04806 | Norsworthy v. Ethicon |
| 2:13-cv-09314 | Nutter v. Ethicon |
| 2:13-cv-01940 | Odar v. Ethicon |
| 2:13-cv-24951 | Preuc v. Ethicon |
| 2:13-cv-23981 | Ramsey v. Ethicon |
| 2:13-cv-10479 | Reyes v. Ethicon |

| | |
|---|---|
| 2:13-cv-19937 | Siegfried v. Ethicon |
| 2:13-cv-07225 | Sitcoske v. Ethicon |
| 2:13-cv-19726 | Skiles v. Ethicon |
| 2:13-cv-13570 | Steverson v. Ethicon |
| 2:13-cv-02368 | Thompson v. Ethicon |
| 2:13-cv-11901 | Turner v. Ethicon |
| 2:14-cv-05920 | Vaughn v. Ethicon |
| 2:13-cv-3438 | Veloz v. Ethicon |
| 2:14-cv-14801 | Ward v. Ethicon |
| 2:13-cv-03604 | Wrightson v. Ethicon |