IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                              MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5790], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: July 6, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

**EXHIBIT A**

| Case Number | Last Name | First Name |
| --- | --- | --- |
| 2:14cv19601 | Aycox | Peggy M. |
| 2:14cv25014 | Bailey | Barbara Dessi |
| 2:14cv25123 | Baker | Tamorah Jo |
| 2:15cv03303 | Bateman | Diane |
| 2:14cv17412 | Chandler | Dorothy |
| 2:15cv01974 | Clouse | Judy |
| 2:15cv12568 | Dingle | Mary Louise |
| 2:15cv12797 | Garrison | Courtney |
| 2:15cv03904 | Godfrey | Lucy Cassilly |
| 2:14cv27700 | Goncher | Jackie |
| 2:15cv05348 | Goodwin | Connie Jean |
| 2:14cv19595 | Hayes | Lisa M. |
| 2:14cv17736 | Helton | Patricia Elaine |
| 2:15cv01797 | Hennes | Laurie Janean |
| 2:14cv27706 | Hilburn | Linda |
| 2:15cv06132 | Holmes | Debra Kay |
| 2:15cv01858 | Horvereid | Ann Elinor |
| 2:15cv01799 | Hughes | Caren Michele |
| 2:14cv19190 | Jackson | Tammy Lynn |
| 2:14cv16848 | Johnson | Tina Nall |
| 2:14cv25115 | Jones | Gina Renee |
| 2:13cv30361 | Jones | Nevada Ann |
| 2:15cv04188 | Kendrick | Janice |
| 2:15cv05379 | Knehr | Carol E. |
| 2:15cv01489 | Kramer | Debra J. |
| 2:15cv06826 | Landavazo | Vedna J. |
| 2:15cv01522 | Larson | Patsy L. |
| 2:15cv05404 | Levesque | Elizabeth A. |
| 2:15cv11631 | Lorenz | Stacy |
| 2:13cv26414 | Lutz | Minnie Sophia |
| 2:15cv03301 | Massey | Janice |
| 2:15cv01506 | McDonald | Charlene M. |
| 2:14cv10934 | McDonald | Deborah |
| 2:13cv29528 | Milberger | Dorothy |
| 2:15cv06915 | Monck | Christine |
| 2:15cv12887 | Nevarez | Lydia |
| 2:15cv05916 | Perez | Antonieta |
| 2:14cv29665 | Phillips | Cindy |
| 2:14cv27704 | Riccetti | Debra |

| | | |
|---|---|---|
| 2:15cv07676 | Rogers | Mary |
| 2:15cv12511 | Rousseau | Carol |
| 2:15cv03522 | Rowe | Queen E. |
| 2:15cv02509 | Roy | Denise Ann |
| 2:14cv19200 | Ruehman | Susana A. |
| 2:14cv25117 | Sammons | Mary Bernadette |
| 2:15cv02263 | Scott | Lorna June |
| 2:15cv12576 | Sharp | Mary C. |
| 2:14cv26037 | Simpson | Melissa |
| 2:14cv18427 | Sinden | Vickie |
| 2:13cv26416 | Smith | Naoma Irene |
| 2:15cv12799 | Tomlinson | Theresa |
| 2:15cv12503 | Werner | Nichole |
| 2:15cv12893 | Wilhelm | Stacy |
| 2:15cv02440 | Wooten | Dollie Arzula |
| 2:15cv01898 | Zimmer | Marlene Suzan |
| 2:15cv04488 | Zonneveld | Sabrena Henson |