IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                              MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5782], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: July 6, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| Civil Action Number | Case Name |
| --- | --- |
|  |  |
| 2:15-cv-11961 | Bender v. J&J |
| 2:14-cv-02179 | Chaney v. Ethicon |
| 2:15-cv-12065 | Demond v. Ethicon |
| 2:14-cv-02405 | Erickson v. Ethicon |
| 2:14-cv-06658 | Garland v. Ethicon |
| 2:14-cv-06302 | Givens v. Ethicon |
| 2:14-cv-30008 | Goodwin v. Ethicon |
| 2:14-cv-29681 | Green v. Ethicon |
| 2;15-cv-12128 | Hastings v. Ethicon |
|  |  |
| 2:14-cv-02630 | Jones v. Ethicon |
| 2:14-cv-01227 | Langell v. Ethicon |
| 2:15-cv-12212 | Lyles v. Ethicon |
| 2:13-cv-00587 | Orgeron v. Ethicon |
| 2:14-cv-06377 | Paz v. Ethicon |
| 2:15-cv-11214 | Pettit v. Ethicon |
| 2:15-cv-02303 | Pingolt v. Ethicon |
| 2:12-cv-09947 | Quintana v. Ethicon |
| 2:14-cv-04042 | Ribitzki v. Ethicon |