IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                          MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5785], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: July 6, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| | |
|---|---|
| 2:12-cv-04829 | Abraham v. Ethicon |
| 2:12-cv-03999 | Courville v. Ethicon |
| 2:13-cv-17105 | Dial v. Ethicon |
| 2:14-cv-16735 | Hammer v. Ethicon |
| 2:13-cv-18757 | Herrin v. C.R. Bard |
| 2:16-cv-04139 | Higgins v. Ethicon |
| 2:12-cv-05334 | Martin v. Ethicon |
| 2:14-cv-12189 | Peveto v. Ethicon |
| 2:13-cv-08589 | Sonnier v. Ethicon |
| 2:13-cv-09429 | Thomas v. Ethicon |
| 2:14-cv-27241 | Vickers v. Ethicon |