IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                               MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5881], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: July 6, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| | |
|---|---|
| 2:13-cv-16296 | Adames v. Ethicon |
| 2:13-cv-06098 | Adell v. Ethicon |
| 2:13-cv-21262 | Alexander v. Ethicon |
| 2:12-cv-09352 | Allen v. Ethicon |
| 2:13-cv-15256 | Almonor v. Ethicon |
| 2:12-cv-08859 | Austerman v. Ethicon |
| 2:13-cv-18989 | Bailey v. Ethicon |
| 2:14-cv-17335 | Baker v. Ethicon |
| 2:13-cv-16315 | Benanti v. Ethicon |
| 2:13-cv-13635 | Bliskowski v. Ethicon |
| 2:14-cv-27398 | Boehle v. Ethicon |
| 2:12-cv-09639 | Bonin v. Ethicon |
| 2:12-cv-09185 | Bowen v. Ethicon |
| 2:13-cv-04908 | Bucey v. Ethicon |
| 2:14-cv-30126 | Carrasquillo v. Ethicon |
| 2:14-cv-27425 | Chandler v. Ethicon |
| 2:13-cv-16320 | Cochran v. Ethicon |
| 2:13-cv-15242 | Conner v. Ethicon |
| 2:12-cv-09889 | Cox v. Ethicon |
| 2:14-cv-14649 | Custer v. Ethicon |
| 2:12-cv-09747 | Davis v. Ethicon |
| 2:13-cv-16321 | Day v. Ethicon |
| 2:13-cv-11104 | Deible v. Ethicon |
| 2:14-cv-18923 | Delaney v. Ethicon |
| 2:12-cv-09375 | Diaz v. Ethicon |
| 2:14-cv-10769 | Elwell v. Ethicon |
| 2:12-cv-09378 | Fowler v. Ethicon |
| 2:13-cv-06539 | Frasure v. Ethicon |
| 2:12-cv-09389 | Gentry v. Ethicon |
| 2:14-cv-15824 | Guzman v. Ethicon |
| 2:13-cv-15236 | Hammond v. Ethicon |
| 2:12-cv-09759 | Hanson v. Ethicon |
| 2:14-cv-10772 | Harris v. Ethicon |
| 2:13-cv-20578 | Harrison v. Ethicon |
| 2:13-cv-07078 | Hayes v. Ethicon |
| 2:13-cv-28802 | Herma v. Ethicon |
| 2:13-cv-11645 | Hight v. Ethicon |
| 2:13-cv-08615 | Hilburn v. Ethicon |
| 2:13-cv-29578 | Hopster v. Ethicon |
| 2:12-cv-09354 | Howard v. Ethicon |

| | |
|---|---|
| 2:12-cv-07979 | Huntington-Sell v. Ethicon |
| 2:14-cv-19237 | Jackson v. Ethicon |
| 2:12-cv-09346 | Johnson v. Ethicon |
| 2:13-cv-07984 | Johnson v. Ethicon |
| 2:13-cv-13861 | Knapp v. Ethicon |
| 2:13-cv-15253 | Lajiness v. Ethicon |
| 2:13-cv-11108 | Lamott v. Ethicon |
| 2:12-cv-09351 | Lashley v. Ethicon |
| 2:14-cv-27946 | Lohr v. Ethicon |
| 2:13-cv-11549 | Mayfield v. Ethicon |
| 2:12-cv-09755 | McMillen v. Ethicon |
| 2:12-cv-09749 | McQuilliam v. Ethicon |
| 2:13-cv-13870 | Meister v. Ethicon |
| 2:12-cv-09179 | Moye v. Ethicon |
| 2:12-cv-09734 | Murray-Scott v. Ethicon |
| 2:12-cv-09348 | Ortiz v. Ethicon |
| 2:13-cv-11545 | Peach v. Ethicon |
| 2:12-cv-07989 | Pearson v. Ethicon |
| 2:14-cv-17055 | Pierce v. Ethicon |
| 2:13-cv-11110 | Pitsch v. Ethicon |
| 2:14-cv-12171 | Pressley v. Ethicon |
| 2:13-cv-07986 | Ranucci v. Ethicon |
| 2:12-cv-08028 | Robydek v. Ethicon |
| 2:14-cv-17056 | Schussler v. Ethicon |
| 2:14-cv-19926 | Schwan v. Ethicon |
| 2:14-cv-20643 | Siart v. Ethicon |
| 2:13-cv-15248 | Silva v. Ethicon |
| 2:12-cv-09729 | Snitzmier v. Ethicon |
| 2:13-cv-04904 | Spurgeon v. Ethicon |
| 2:13-cv-07075 | Stephens v. Ethicon |
| 2:12-cv-09188 | Thacker v. Ethicon |
| 2:13-cv-13883 | Tubbs v. Ethicon |
| 2:13-cv-15246 | Tucker v. Ethicon |
| 2:12-cv-09641 | Tweedy v. Ethicon |
| 2:12-cv-09646 | Walter v. Ethicon |
| 2:14-cv-17058 | Warnke v. Ethicon |
| 2:12-cv-09154 | Weiers v. Ethicon |
| 2:13-cv-13884 | Weiss v. Ethicon |
| 2:16-cv-07957 | Wendling v. Ethicon |
| 2:14-cv-19342 | Wernet v. Ethicon |
| 2:13-cv-04907 | Wunsch v. Ethicon |
| 2:12-cv-09750 | Yagadich v. Ethicon |