IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                               MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5924], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: July 6, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| | |
|---|---|
| 2:13-cv-19859 | Gonzalez v. Ethicon |
| 2:13-cv-19878 | Hendel v. Ethicon |
| 2:15-cv-14442 | Rivera v. Ethicon |
| 2:14-cv-14140 | San Miguel v. Ethicon |
| 2:13-cv-19891 | Streuli v. Ethicon |