**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

**IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION**

**MDL NO. 2327**

---

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED
EXHIBIT:

**JOINT MOTION TO DISMISS DEFENDANT
BOSTON SCIENTIFIC CORP. WITH PREJUDICE**

Plaintiffs in this case (listed on the attached Exhibits A-D) and Defendant Boston Scientific

Corporation ("BSC") advise the Court that they have compromised and settled all claims between

them in this action, including all counterclaims, cross-claims and third-party claims.   Accordingly,

the Parties jointly move the Court to dismiss BSC as a defendant in these actions with prejudice,

Parties to bear their own costs.   Other Defendants remain in these actions, and Plaintiffs will

continue to pursue these actions against them.

Dated: July 9, 2018

Respectfully submitted,
By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com
**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

By: /s/  Yvonne M. Flaherty
Yvonne M. Flaherty – MN 267600
LOCKRIDGE GRINDAL NAUEN
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401
Telephone: 612/339-6900
Facsimile: 612/339-0981
ymflaherty@locklaw.com
**COUNSEL FOR PLAINTIFFS**

By: /s/ Curtis Brooks Cutter
Curtis Brooks Cutter
KERSHAW CUTTER & RATINOFF
401 Watt Avenue
Sacramento, CA 95864
916/290-9400
916/588-9330 (fax)
bcutter@kcrlegal.com
**COUNSEL FOR PLAINTIFFS**
**ON EXHIBIT A**

By: /s/ Merritt E. Cunningham
Merritt E. Cunningham
STAG LIUZZA
Suite 2850
365 Canal Street
New Orleans, LA 70130
504/593-9400
Fax: 504/593-9601
Email: mcunningham@stagliuzza.com
**COUNSEL FOR PLAINTIFFS**
**ON EXHIBIT B**

By: /s/ Stephen Dennis Behnke
Stephen Dennis Behnke
WRIGHT & SCHULTE
Suite A
812 East National Road
Vandalia, OH 45377
937/435-7500
Fax: 937/435-7511
Email: sbehnke@legaldayton.com
**COUNSEL FOR PLAINTIFFS**
**ON EXHIBIT C**

By: /s/ Carolyn Glass Anderson
Charles S. Zimmerman
Carolyn Glass Anderson
ZIMMERMAN REED
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612/341-0400
612/341-0844 (fax)
charles.zimmerman@zimmreed.com
Carolyn.Anderson@zimmreed.com
**COUNSEL FOR PLAINTIFFS**
**ON EXHIBIT D**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2018 I electronically filed the foregoing with the Clerk

using the CM/ECF system which will send notification of such filing to the CM/ECF participants

registered to receive service in the member cases.

By: /s/ Yvonne M. Flaherty
Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401
612/339-6900
612/339-0981 (fax)
ymflaherty@locklaw.com

**EXHIBIT A: KERSHAW CUTTER & RATINOFF (NKA CUTTER LAW)**

| CASE NUMBER | CASE NAME |
| --- | --- |
| 2:16-cv-09086 | Christie Caudill and Henry Caudill v. Ethicon, Inc. et al |
| 2:16-cv-10628 | Barbara Warick v. Ethicon, Inc. et al |

### EXHIBIT B: SMITH STAG (NKA STAG LIUZZA)

| CASE NUMBER | CASE NAME |
|---|---|
| 2:13-cv-16647 | Gerda Anderson v. Ethicon, Inc. et al |
| 2:13-cv-16652 | Patricia Ryan v. Ethicon, Inc. et al |
| 2:13-cv-16656 | Yvette Conner and Ortha Conner v. Ethicon, Inc. et al |
| 2:13-cv-18678 | Brenda Thompson and James Thompson v. Ethicon, Inc. et al |
| 2:13-cv-23588 | Linda Smith v. Ethicon, Inc. et al |

### EXHIBIT C: WRIGHT & SCHULTE

| CASE NUMBER | CASE NAME |
| --- | --- |
| 2:12-cv-07770 | Diana J. Altheide and Richard C. Altheide v. Ethicon, Inc. et al |
| 2:13-cv-11767 | Rita Smith and Roger Smith v. Ethicon, Inc. et al |
| 2:16-cv-08598 | Judy McNally and Eugene McNally v. Ethicon, Inc. et al |

## EXHIBIT D: ZIMMERMAN REED

| CASE NUMBER | CASE NAME |
| --- | --- |
| 2:13-cv-16530 | Anna Timpy v. Ethicon, Inc. et al |
| 2:14-cv-11002 | Janice Shoebridge and James Shoebridge  v. Ethicon, Inc. et al |
| 2:14-cv-25968 | Sandra Jean DeMenge and Stuart D. DeMenge v. Ethicon, Inc. et al |
| 2:14-cv-26817 | Rene M. Studniski and Steven J. Studniski v. Ethicon, Inc. et al |
| 2:15-cv-09984 | Sharon Samp v. Ethicon, Inc. et al |