# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

**ORDER**
**(Dismissing Case with Prejudice)**

Pending in MDL 2327, 2:12-md-2327, is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibits A-D and Boston Scientific Corp., seeking dismissal with prejudice of the Boston Scientific Corp. claims only from the attached actions because all Boston Scientific Corp claims have been compromised and settled, including all claims, counterclaims, crossclaims and third party claims. After careful consideration, it is ORDERED that the Joint Motion to Dismiss with Prejudice is GRANTED. It is further ORDERED that the actions against Defendant Boston Scientific Corp. listed on the attached Exhibits A-D are DISMISSED WITH PREJUDICE. Other Defendants remain in these actions, and Plaintiffs will continue to pursue these actions against them.

The court DIRECTS the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case listed on the attached Exhibits A-D.

ENTER: July __, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A: KERSHAW CUTTER & RATINOFF (NKA CUTTER LAW)**

| CASE NUMBER | CASE NAME |
|---|---|
| 2:16-cv-09086 | Christie Caudill and Henry Caudill v. Ethicon, Inc. et al |
| 2:16-cv-10628 | Barbara Warick v. Ethicon, Inc. et al |

## EXHIBIT B: SMITH STAG (NKA STAG LIUZZA)

| CASE NUMBER | CASE NAME |
| --- | --- |
| 2:13-cv-16647 | Gerda Anderson v. Ethicon, Inc. et al |
| 2:13-cv-16652 | Patricia Ryan v. Ethicon, Inc. et al |
| 2:13-cv-16656 | Yvette Conner and Ortha Conner v. Ethicon, Inc. et al |
| 2:13-cv-18678 | Brenda Thompson and James Thompson v. Ethicon, Inc. et al |
| 2:13-cv-23588 | Linda Smith v. Ethicon, Inc. et al |

## EXHIBIT C: WRIGHT & SCHULTE

| CASE NUMBER | CASE NAME |
| --- | --- |
| 2:12-cv-07770 | Diana J. Altheide and Richard C. Altheide v. Ethicon, Inc. et al |
| 2:13-cv-11767 | Rita Smith and Roger Smith v. Ethicon, Inc. et al |
| 2:16-cv-08598 | Judy McNally and Eugene McNally v. Ethicon, Inc. et al |

**EXHIBIT D: ZIMMERMAN REED**

| CASE NUMBER | CASE NAME |
| --- | --- |
| 2:13-cv-16530 | Anna Timpy v. Ethicon, Inc. et al |
| 2:14-cv-11002 | Janice Shoebridge and James Shoebridge v. Ethicon, Inc. et al |
| 2:14-cv-25968 | Sandra Jean DeMenge and Stuart D. DeMenge v. Ethicon, Inc. et al |
| 2:14-cv-26817 | Rene M. Studniski and Steven J. Studniski v. Ethicon, Inc. et al |
| 2:15-cv-09984 | Sharon Samp v. Ethicon, Inc. et al |