# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Defendant Boston Scientific Corporation. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5262], is a Joint Motion to Dismiss Defendant Boston Scientific Corporation with Prejudice filed by the plaintiff, identified on the attached Exhibit A, and Boston Scientific Corporation ("BSC") seeking dismissal of BSC from this action with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC with Prejudice is **GRANTED**. It is further **ORDERED** that the action listed on the attached Exhibit A is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual case at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case listed on the attached Exhibit A.

ENTER: July 10, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| Case Number | Case Name |
|---|---|
| 13-cv-28370 | Alma Patrick and Patrick Harris vs. Boston Scientific Corporation |