DENIED and SO ORDERED.
ENTER: July 10, 2018

*Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| THIS DOCUMENT RELATES TO THE CASE(S) LISTED ON THE EXHIBIT ATTACHED HERETO: | |

### JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendant C. R. Bard, Inc., advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard (where named) with prejudice in the cases listed on the attached Exhibit A, with each party to bear its own costs.

The settlements in the cases listed on Exhibit A relate only to Bard. Because other Defendant(s) remain in the cases listed on Exhibit A, the case(s) should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 6th day of February, 2018.

/s/ *Richard B. North, Jr.*  /s/ *Matthew R. McCarley*
Richard B. North, Jr.  Matthew R. McCarley
richard.north@nelsonmullins.com  mccarley@fnlawfirm.com
Melissa Foster Bird  FEARS NACHAWATI LAW FIRM
melissa.fosterbird@nelsonmullins.com  4925 Greenville Avenue, Suite 715
NELSON MULLINS RILEY & SCARBOROUGH  Dallas, TX  75206
L.L.P  Phone: 214.890.0711
P.O. Box 1856  Fax: 214.890.0712
Huntington, WV 25719-1856  *Counsel for Plaintiffs listed on Exhibit A*
Phone: 304.526.3500
Fax: 304.526.3599
*Counsel for C.R. Bard, Inc.*

8507261 v1

**EXHIBIT A - FEARS NACHAWATI LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:13-cv-28543 | Garvey, Janet and Joel Hall |
| 2:14-cv-08602 | Taylor, Lenda |
| 2:16-cv-00498 | King, Kim and Gregory |

8507261 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Richard B. North, Jr.*
Richard B. North, Jr.
*Counsel for C. R. Bard, Inc.*

8507261 v1