DENIED and SO ORDERED.
ENTER: July 10, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NO. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT BOSTON SCIENTIFIC CORPORATION WITH PREJUDICE

Plaintiffs (listed on the attached Exhibit A) and defendant Boston Scientific Corporation advise the Court that they have compromised and settled all claims between them. Accordingly, Plaintiffs and Boston Scientific Corporation jointly move the Court to dismiss with prejudice Boston Scientific Corporation as a defendant in the attached action with prejudice and to terminate Boston Scientific Corporation from the docket of the Court, each party to bear its own costs. Defendant, Ethicon, Inc., remains in this action, and plaintiffs will continue to prosecute this action against them.

Dated: February 7, 2018.

MARTIN & JONES, PLLC

/s/ *Carrie R. Guest*
Carrie R. Guest, NCSB# 36451
H. Forest Horne, NCSB# 16678
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone: (919) 821-0005
Facsimile: (919) 863-6084
Email: hfh@m-j.com
Email: crg@m-j.com
**COUNSEL FOR PLAINTIFF**

/s/ *Jon A. Strongman*
Robert T. Adams, MO Bar #34612
Jon A. Strongman, MO Bar #53995
SHOOK, HARD & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
rtadams@shb.com
jstrongman@shb.com

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2018, I electronically filed the foregoing with the Clerk using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

MARTIN & JONES, PLLC

/s/ *Carrie R. Guest*
Carrie R. Guest, NCSB# 36451
H. Forest Horne, NCSB# 16678
410 Glenwood Avenue, Suite 200
Raleigh, NC 27603
Telephone: (919) 821-0005
Facsimile: (919) 863-6084
hfh@m-j.com
crg@m-j.com

**COUNSEL FOR PLAINTIFF**