**DENIED and SO ORDERED.**
ENTER: July 10, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT
## BOSTON SCIENTIFIC CORPORATION WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and defendant Boston Scientific Corporation ("Boston") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third party claims. Accordingly, they jointly move the court to dismiss Boston as a defendant in these actions with prejudice, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue their actions against them.

Respectfully:

/s/ James G. Onder
James G. Onder
onder@onderlaw.com
ONDER LAW, LLC
110 East Lockwood
St. Louis, MO 63119
Phone: 314-963-9000
Fax: 314-963-1700

*Attorneys for Plaintiff on Exhibit A*

/s/ Jon A. Strongman
Jon A. Strongman
jstrongman@shb.com
SHOOK, HARDY & BACON, LLP
PO Box 1856
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 559-2430
Fax: (816) 421-5547

*Attorneys for Defendant Boston Scientific Corporation*

Dated: March 13, 2018

**EXHIBIT A – ONDER LAW, LLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-09809 | Helayne DuBois, et al v. Ethicon, Inc., et al |

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ James G. Onder