IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Defendant Boston Scientific Corporation. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5380], is a Joint Motion to Dismiss Defendant Boston Scientific Corporation with Prejudice filed by the plaintiff, identified on the attached Exhibit A, and Boston Scientific Corporation ("BSC") seeking dismissal of BSC from this action with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims.  Other defendants remain in this action, and plaintiff will continue to prosecute this action against them.  After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case listed on the attached Exhibit A.

ENTER: July 10, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – ONDER LAW, LLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-06518 | Pamela Dudley v. Ethicon, Inc., et al |