DENIED and SO ORDERED.
ENTER: July 11, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in this case (listed on the attached Exhibits A-G) and Defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, the Parties jointly move the Court to dismiss BSC as a defendant in these actions with prejudice, Parties to bear their own costs. Other Defendants remain in these actions, and Plaintiffs will continue to pursue these actions against them.

Dated: July 3, 2018

Respectfully submitted,
By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com
**COUNSEL FOR DEFENDANT BOSTON SCIENTIFIC CORP.**

By: /s/ Yvonne M. Flaherty
Yvonne M. Flaherty – MN 267600
LOCKRIDGE GRINDAL NAUEN
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401
Telephone: 612/339-6900
Facsimile: 612/339-0981
ymflaherty@locklaw.com
**COUNSEL FOR PLAINTIFFS ON EXHIBIT A.**

By: /s/ Douglas B. Cannon
Douglas B. Cannon
FABIAN & CLENDENIN
Suite 1200
215 South State Street
Salt Lake City, UT 84111-2323
801/531-8900
Fax: 801/531-1716
Email: dcannon@fabianvancott.com
**COUNSEL FOR PLAINTIFF**
**ON EXHIBIT B**

By: /s/ Daniel S. Gruber
Daniel S. Gruber
GRUBER & GRUBER
Suite 450
15165 Ventura Boulevard
Sherman Oaks, CA 91403
818/981-0066
818/981-2122 (fax)
dgruber@gruberlawfirm.com
**COUNSEL FOR PLAINTIFF**
**ON EXHIBIT C**

By: /s/ Bobby Jewell Bell, Jr.
Bobby Jewell Bell , Jr.
HOLLIS WRIGHT & COUCH
Suite 1500
505 North 20th Street
Birmingham, AL 35203
205/324-3600
Fax: 205/324-3636
Email: bob@hollis-wright.com
**COUNSEL FOR PLAINTIFFS**
**ON EXHIBIT D**

By: /s/ Jason T. Brown
Jason T. Brown
JTB LAW GROUP
Suite 4
155 2nd Street
Jersey City, NJ 07302
201/630-0000
855/582-5297 (fax)
jtb@jtblawgroup.com
**COUNSEL FOR PLAINTIFF**
**ON EXHIBIT E**

By: /s/ Brenda S. Fulmer
Brenda S. Fulmer
SEARCY DENNEY SCAROLA
BARNHART & SHIPLEY
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
561/686-6300
561/383-9498 (fax)
bsf@searcylaw.com
**COUNSEL FOR PLAINTIFF**
**ON EXHIBIT F**

By: /s/ Mark A. Tate
Mark Andrew Tate
James E. Shipley, Jr.
TATE LAW GROUP
Suite 600
2 East Bryan Street
Savannah, GA 31401
912-234-3030
Fax: 912-234-9700
Email: marktate@tatelawgroup.com
Email: jshipley@tatelawgroup.com
**COUNSEL FOR PLAINTIFFS**
**ON EXHIBIT G**

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2018 I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: /s/ Yvonne M. Flaherty
Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401
612/339-6900
612/339-0981 (fax)
ymflaherty@locklaw.com

## EXHIBIT A: LOCKRIDGE GRINDAL NAUEN

| CASE NUMBER | CASE NAME |
|---|---|
| 2:14-cv-25967 | Lynne Dvoracek v. Ethicon, Inc. et al |
| | |

**EXHIBIT B: FABIAN & CLENDENIN**

| CASE NUMBER | CASE NAME |
|---|---|
| 2:12-cv-08616 | Laura Carver v. Ethicon, Inc. et al |

**EXHIBIT C: GRUBER & GRUBER**

| CASE NUMBER | CASE NAME |
|---|---|
| 2:13-cv-14541 | Shannon Eades v. Ethicon, Inc. et al |

**EXHIBIT D: HOLLIS WRIGHT & COUCH**

| CASE NUMBER | CASE NAME |
|---|---|
| 2:13-cv-06885 | Vickie Brewington and Richard Brewington v. Ethicon, Inc. et al |
| 2:13-cv-26643 | Linda Kinard and Glen Kinard, Jr. v. Ethicon, Inc. et al |
| 2:14-cv-09223 | Rebecca Whitley and Johnny Whitely v. Ethicon, Inc. et al |
| 2:14-cv-10358 | Colleen Blomenkamp and Joel Blomenkamp v. Ethicon, Inc. et al |
| 2:14-cv-11133 | Kathy Venable and Lewis Smith v. Ethicon, Inc. et al |
| 2:15-cv-03976 | Linda McMeans v. Ethicon, Inc. et al |

**EXHIBIT E: JTB LAW GROUP**

| CASE NUMBER | CASE NAME |
|---|---|
| 2:14-cv-15803 | Debora Thompson v. Ethicon, Inc. et al |

## EXHIBIT F: SEARCY DENNEY SCAROLA BARNHART & SHIPLEY

| CASE NUMBER | CASE NAME |
|---|---|
| 2:15-cv-07232 | Claudia Smythe and David Smythe v. Ethicon, Inc. et al |

**EXHIBIT G: TATE LAW GROUP**

| CASE NUMBER | CASE NAME |
|---|---|
| 2:16-cv-07151 | Sheila Spradlin and Gary Spradlin v. Ethicon, Inc. et al |
| 2:12-cv-07480 | Pamela Phillips v. Ethicon, Inc. et al |
| 2:13-cv-24016 | Linda S. Wilson and Lamont L. Wilson v. Ethicon, Inc. et al |
| 2:14-cv-13236 | Shirley Ferrell and George Ferrell v. Ethicon, Inc. et al |