**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-C and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs.

Respectfully:

| | |
|---|---|
| /s/ Barbara Binis | /s/ Erik W. Legg |
| Barbara Binis | Erik W. Legg |
| REED SMITH | FARRELL WHITE & LEGG |
| Three Logan Square, Suite 3100 | P. O. Box 6457 |
| 1717 Arch Street | Huntington, WV 25772-6457 |
| Philadelphia, PA 19103 | 304.522.9100 (phone) |
| 215.851.8100 (phone) | 304.522.9162 (fax) |
| 215.851.1420 (fax) | EWL@farrell3.com |
| bbinis@reedsmith.com | |

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Shezad Malik
Shezad Malik
DR. SHEZAD MALIK LAW FIRM
Suite 320
4925 Greenville Avenue
Dallas, TX 75206
888.210.9693 (phone)
888.210.9693 (fax)
malik2law@yahoo.com
*Attorney for Plaintiff on Exhibit A*

/s/ Sarah R. London
Sarah R. London
LIEFF CABRASER HEIMANN & BERNSTEIN
29th Floor
275 Battery Street
San Francisco, CA 94111
415.956.1000 (phone)
415.956.1008 (fax)
slondon@lchb.com
*Attorney for Plaintiff on Exhibit B*

/s/ Laura V. Yaeger
Laura V. Yaeger
MORGAN & MORGAN
Suite 700
201 North Franklin Street
Tampa, FL 33602
813.318.5171 (phone)
813.222.4796 (fax)
lyaeger@forthepeople.com
*Attorney for Plaintiffs on Exhibit C*
Dated: July 12, 2018

## EXHIBIT A – DR. SHEZAD MALIK LAW FIRM

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:16-CV-07488 | Lou Jean Dyer v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – LIEFF CABRASER HEIMANN & BERNSTEIN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-CV-01936 | Lisa Lynn Grenning v. Ethicon, Inc., Johnson & Johnson, American Medical Systems Holdings, Inc. |

## EXHIBIT C – MORGAN & MORGAN

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:15-CV-08277 | Donna Moore, Paul Moore v. Ethicon, Inc., Johnson & Johnson, American Medical Systems Holdings, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Stephen J. McConnell