**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-C and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs.

Respectfully:

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Joel Lee DiLorenzo
Joel Lee DiLorenzo
THE DILORENZO LAW FIRM
Suite 100
2545 Highland Avenue South
Birmingham, AL 35205
205.212.9988 (phone)
205.877.7330 (fax)
joel@dilorenzo-law.com
*Attorney for Plaintiff on Exhibit A*

/s/ Jacob Plattenberger
Jacob Plattenberger
TOR HOERMAN LAW
Suite 2650
227 West Monroe Street
Chicago, IL 60606
618.656.4400 (phone)
618.656.4401 (fax)
jake@thlawyer.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Thomas P. Cartmell
Thomas P. Cartmell
WAGSTAFF & CARTMELL
Suite 300
4740 Grand Avenue
Kansas City, MO 64112
816.701.1100 (phone)
816.531.2372 (fax)
tcartmell@wcllp.com
*Attorney for Plaintiffs on Exhibit C*


Dated: July 12, 2018

**EXHIBIT A – THE DILORENZO LAW FIRM**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:17-CV-03162 | Gwendolyn Dills v. Ethicon, Inc., American Medical Systems, Inc. |

## EXHIBIT B – TOR HOERMAN LAW

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-03831 | Kathryn McDaniel, Russell McDaniel v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-03283 | Debra Archuleta v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc., |
| 2:15-CV-07044 | Marisa Renee Valles v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – WAGSTAFF & CARTMELL

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-09701 | Janet Turner v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-15081 | Deanna Blankenship, Earl Blankenship v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-CV-05282 | Thelma Brown v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc., |
| 2:16-CV-03365 | Dana Craver, Adam Craver v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:16-CV-03438 | Enid Trivett, Terry Trivett v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:16-CV-08608 | Eileen Radke, Bruce A. Radke v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:16-CV-12687 | Lisa Kolodziej v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:17-CV-01240 | Rosella Johnson, Ronald Johnson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Stephen J. McConnell