# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| ------------------------------------------------------------ | |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| ------------------------------------------------------------ | |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| ------------------------------------------------------------ | |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| ------------------------------------------------------------ | |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| ------------------------------------------------------------ | |
| THIS DOCUMENT RELATES TO ALL CASES | |

**KLINE & SPECTER, P.C.'S COMBINED FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES DIRECTED TO THE FEE AND COST COMMITTEE (FCC) IN CONNECTION WITH THE REQUEST FOR ALLOCATION OF AGGREGATE COMMON BENEFIT AND COSTS AWARD**

Pursuant to the Federal Rules of Civil Procedure, Kline & Specter, P.C., serves this Combined First Requests for Production of Documents, Things, and Interrogatories on the Transvaginal Mesh MDL Common Benefit Fee and Cost Committee ("FCC") in connection with the Request for Allocation of Aggregate Common Benefit and Costs Award.

## **DEFINTIONS AND INSTRUCTIONS**

The following Definitions and Instructions shall apply to the Requests for Production of Documents and Interrogatories:

1. These Requests and Interrogates are intended to ascertain information not only in the possession of the FCC individually, but also contained in records and documents in the FCC's custody or control or available to the FCC.

2. The Requests and Interrogatories which cannot be responded to in full shall be responded to as completely as possible, and incomplete responses shall be accompanied by a specification of the reasons for the incompleteness of the response, as well as by a statement of whatever knowledge, information or belief you possess with respect to each unanswered or incomplete response.

4. "Document" means and includes the original and all non-identical copies or drafts of the following items: agreements; drafts; e-mails; communications; correspondence; telegrams; cables; facsimiles; memoranda; records; books; financial statements; summaries of records or notes of personal conversations or interviews; however produced or reproduced.

5. "Communication" means every manner or means of disclosure or exchange of information, regardless of means utilized, whether oral, written, electronic, or by document or otherwise, and whether face-to-face, in a meeting, by telephone, mail, telex, discussion, release, personal delivery, or otherwise. Documents that typically reflect a "communication" include letters, electronic-mail, instant messages, handwritten notes, call logs, telephone memoranda slips, daily appointment books and diaries, bills, checks, correspondence, and memoranda, and includes all drafts of such documents.

6. "Firm" and "fee requesting firm" means any law firm involved in the Pelvic Mesh Litigation that has submitted time and expense submissions pursuant to the Court's Pre-Trial Orders in connection with the Aggregate Common Benefit and Costs Award.

7. "Affidavit" means the affidavits submitted by each fee requesting firm to the FCC following the February 16, 2018 letter from the FCC regarding the FCC's initial review submitted fees and costs.  (The FCC and the Fee Committee protocol required that any appeals to the fee determinations made by the FCC were to be accompanied by an affidavit are to be completed and submitted within thirty (30) days of receipt of the FCC's February 16, 2018 letter.)

## INTERROGATORIES

**INTERROGATORY NO. 1:**  With respect to each disallowance of the fees, time, and costs submissions by Kline & Specter following Kline & Specter's Affidavit provided to the FCC in connection with the allocation of cost awards and in compliance with the Fee Committee Protocol, please provide the full and complete reason for each disallowance.

**ANSWER:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

**REQUEST NO. 1:**  Documents disclosing the current amount of money received pursuant to the 5% assessments along with per firm itemizations of these payments.

**REQUEST NO. 2:** Production of each amended fee and expense request of each fee requesting firm following the initial submission of each firm's Affidavit provided to the FCC in connection with the allocation of cost awards and in compliance with the Fee Committee Protocol.

**REQUEST NO. 3:** Any and all documents and communications relating to the FCC's response to each amended request referenced in Request No. 2 above.

**REQUEST NO. 4:** Any and all communications, documents and emails relating to each firm's Affidavit provided to the FCC in connection with the allocation of cost awards and in compliance with the Fee Committee Protocol, including the submitted Affidavits of each firm.

**REQUEST NO. 5:** All communications among FCC members and all documents relating to FCC consideration of each fee requesting firm's Affidavit referenced in Request No. 4 above.

**REQUEST NO. 6:** All communications between the FCC and fee requesting firms in reference to the above five (5) Requests.

    Respectfully submitted,

By: _____
Charles M. Love, III, Esquire
Floyd Boon, Esquire
**Bowles Rice, LLP**
**101 S. Queen St,**
**Martinsburg, WV 25401**
*Counsel for Kline & Specter, P.C.*

                                                                       **KLINE & SPECTER, PC**

                                                                       \s\ Lee B. Balefsky
                                                                       Shanin Specter, Esquire
                                                                       Lee B. Balefsky, Esquire
                                                                       1525 Locust Street
                                                                       Philadelphia, PA 19102
                                                                       (215) 772-1000

Dated: May 25, 2018                                      *Counsel for Plaintiffs*