**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*All Wave 8 Cases* | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**AMENDED CERTIFICATE OF SERVICE OF PLAINTIFF'S DESIGNATION AND DISCLOSURE OF GENERAL EXPERT WITNESSES**

I hereby certify that on July 13, 2018, I electronically served Plaintiff's Designation and Disclosure of General Expert Witnesses on counsel of record listed below.  The Certificate is being amended to remove the reference to case-specific expert designations as filed on June 4, 2018 (docket number 5948).

| | |
|---|---|
| William Gage<br>william.gage@butlersnow.com<br>Butler, Snow, O'Mara, Stevens & Cannada, PLLC<br>1020 Highland Colony Parkway<br>Suite 1400 (39157)<br>P.O. Box 6010<br>Ridgeland, MS 39158-6010 | Susan M. Robinson<br>srobinson@tcspllc.com<br>Thomas Combs & Spann PLLC<br>300 Summers Street<br>Suite 1380 (25301)<br>P.O. Box 3824<br>Charleston, WV 24338 |

/s/ Bryan F. Aylstock
Bryan F. Aylstock
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
baylstock@awkolaw.com
Counsel For Plaintiffs