# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

## ORDER
(Dismissing Defendant Boston Scientific Corporation with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 6129], is a Joint Motion to Dismiss Defendant Boston Scientific Corporation with Prejudice filed by plaintiffs, identified on the attached Exhibits A-D, and Boston Scientific Corporation ("BSC") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-D.

ENTER: July 13, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A: KERSHAW CUTTER & RATINOFF (NKA CUTTER LAW)**

| CASE NUMBER | CASE NAME |
|---|---|
| 2:16-cv-09086 | Christie Caudill and Henry Caudill v. Ethicon, Inc. et al |
| 2:16-cv-10628 | Barbara Warick v. Ethicon, Inc. et al |

## EXHIBIT B: SMITH STAG (NKA STAG LIUZZA)

| CASE NUMBER | CASE NAME |
|---|---|
| 2:13-cv-16647 | Gerda Anderson v. Ethicon, Inc. et al |
| 2:13-cv-16652 | Patricia Ryan v. Ethicon, Inc. et al |
| 2:13-cv-16656 | Yvette Conner and Ortha Conner v. Ethicon, Inc. et al |
| 2:13-cv-18678 | Brenda Thompson and James Thompson v. Ethicon, Inc. et al |
| 2:13-cv-23588 | Linda Smith v. Ethicon, Inc. et al |

**EXHIBIT C: WRIGHT & SCHULTE**

| CASE NUMBER | CASE NAME |
|---|---|
| 2:12-cv-07770 | Diana J. Altheide and Richard C. Altheide v. Ethicon, Inc. et al |
| 2:13-cv-11767 | Rita Smith and Roger Smith v. Ethicon, Inc. et al |
| 2:16-cv-08598 | Judy McNally and Eugene McNally v. Ethicon, Inc. et al |

**EXHIBIT D: ZIMMERMAN REED**

| CASE NUMBER | CASE NAME |
| --- | --- |
| 2:13-cv-16530 | Anna Timpy v. Ethicon, Inc. et al |
| 2:14-cv-11002 | Janice Shoebridge and James Shoebridge v. Ethicon, Inc. et al |
| 2:14-cv-25968 | Sandra Jean DeMenge and Stuart D. DeMenge v. Ethicon, Inc. et al |
| 2:14-cv-26817 | Rene M. Studniski and Steven J. Studniski v. Ethicon, Inc. et al |
| 2:15-cv-09984 | Sharon Samp v. Ethicon, Inc. et al |