IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION           MDL 2327

THIS DOCUMENT RELATES TO ALL CASES:

### ORDER

Pending in *In re Ethicon, Inc., 2:12-md-2327*, MDL 2327, is the Motion to Compel Production of Documents and Additional Discovery Directed at the Fee and Cost Committee in Connection with the Request for Allocation of Aggregate Common Benefit and Cost Award, filed by Kline & Specter, P.C. on July 12, 2018 [ECF No. 6173]. The motion is styled in other MDLs, but was not filed in those MDLs. Although this matter is not yet ripe, for reasons appearing to the court, it is **ORDERED** that the motion is **DENIED**.

The court **DIRECTS** the Clerk to file a copy of this Order in 2:12-md-2327, and to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 13, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE