# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION          MDL 2327

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The court **ORDERS** that the following counsel appear in person for a meeting with the court on **Tuesday, August 14, 2018 at 9:00 a.m.** in Room 6600: (1) Henry Garrard, (2) Bryan Aylstock, (3) John Baden, (4) Derek Potts, (5) Riley Burnette, (6) Harris Junnell, (7) Yvonne Flaherty, (8) Randi Kasson, (9) Lana Varney, (10) Ken Zucker, (11) Ellen Reisman, (12) Joe Petrosinelli, (13) Mike Tanenbaum, and (14) William Gage.

The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 13, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE