# EXHIBIT A

| Last Name | First Name | MDL # |
|---|---|---|
| Aaron | Betty Jean Ashcraft | 2:13cv07339 |
| Aaron | Heather Noel Baugher | 2:15cv08402 |
| Abarca | Lyla | 2:15cv08196 |
| Abbe | Sherry A. | 2:14cv17117 |
| Abbott | Lesli Thelma Rainer Holman | 2:13cv04013 |
| Abbott | Pearlene Applehans | 2:13cv08285 |
| Abbott | Patrice Patsy Suezette Etal | 2:13cv25947 |
| Abbott | Eleanor C. Bougherty | 2:15cv02405 |
| Abbott | Joanne M. Chaples | 2:16cv01900 |
| Abbott | Sherri | 2:16cv04635 |
| Abbott | Tina Marie | 2:16cv06266 |
| Abbott | Julie A. | 2:17cv02586 |
| Abdelmuti | Nargiss Haleem | 2:13cv03664 |
| Abdow | Sandra Elizabeth Brumbles Gladden | 2:14cv27014 |
| Abee | Rhonda Davis | 2:15cv04593 |
| Abell | Emily Scott Gonterman Tavakolian Abece | 2:12cv01833 |
| Abercrombie | Tracey Williams | 2:15cv02212 |
| Abernathy | Barbara Lee Sosebee | 2:13cv02534 |
| Abernathy | Madeline | 2:14cv02042 |
| Ablonsky | Virginia Ginger Tewes Fifield | 2:15cv04904 |
| Abney | Effie Meirl | 2:16cv02858 |
| Abraham | Judy F. Judith Visvadra | 2:13cv09451 |
| Abramczyk | Rita Mae Hogon | 2:14cv29761 |
| Abrams | Carolyn A. Hall | 2:13cv06481 |