IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

―――――――――――――――――――――――――――――――――――
THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

### ORDER
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 6172], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-C, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-C.

ENTER: July 16, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – THE DILORENZO LAW FIRM**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:17-CV-03162 | Gwendolyn Dills v. Ethicon, Inc., American Medical Systems, Inc. |

## EXHIBIT B – TOR HOERMAN LAW

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-03831 | Kathryn McDaniel, Russell McDaniel v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-03283 | Debra Archuleta v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc., |
| 2:15-CV-07044 | Marisa Renee Valles v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – WAGSTAFF & CARTMELL

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-09701 | Janet Turner v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-CV-15081 | Deanna Blankenship, Earl Blankenship v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-CV-05282 | Thelma Brown v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc., |
| 2:16-CV-03365 | Dana Craver, Adam Craver v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:16-CV-03438 | Enid Trivett, Terry Trivett v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:16-CV-08608 | Eileen Radke, Bruce A. Radke v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:16-CV-12687 | Lisa Kolodziej v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:17-CV-01240 | Rosella Johnson, Ronald Johnson v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |