IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
C.R. BARD, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A - C and Defendant C.R. Bard, Inc. ("Bard") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs. Other Defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000

*Attorney for Defendant C.R. Bard, Inc.*

/s/ Bryan F. Aylstock
AYLSTOCK, WITKIN, KREIS AND OVERHOLTZ
17 E. Main Street, Suite 200
Pensacola, FL 32563
T: 850-202-1010
F: 850-916-7449
Email: baylstock@awkolaw.com
*Attorney for Plaintiff on Exhibit A*

/s/ Brian A. Goldstein
CELLINO & BARNES
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202-3725
716/854-2020
Fax: 716/854-6291
Email: brian.goldstein@cellinoandbarnes.com
*Attorney for Plaintiff on Exhibit B*

s/ Don K. Ledgard
CAPRETZ & ASSOCIATES
Suite 2500
5000 Birch Street
Newport Beach, CA 92660
949/724-3000
Fax: 949/209-2090
Email: dledgard@capretz.com
*Attorney for Plaintiffs on Exhibit C*


Dated: July 20, 2018

## EXHIBIT A – AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-14081 | Penny J. Reed v. C.R. Bard, Inc., et al. |

## EXHIBIT B – CELLINO & BARNES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-05467 | Sandra K. Oliver v. C.R. Bard, Inc., et al. |

## EXHIBIT C – CAPRETZ & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-05970 | Tana L. Hendrickson and Darrell Hendrickson v. C.R. Bard, Inc., et al. |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 20, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Richard B. North, Jr.