IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION          MDL 2327

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

It is **ORDERED** that the Clerk **STRIKE** from the docket, the proposed Order to Dismiss without Prejudice (Pursuant to PTO No. 293 as Amended by PTO No. 298) filed on July 24, 2018 [ECF No. 6294].

ENTER:  July 25, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE