**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:     ETHICON, INC.,
           PELVIC REPAIR SYSTEM
           PRODUCTS LIABILITY LITIGATION                    MDL 2327

THIS DOCUMENT RELATES TO ALL CASES

**ORDER**

It is **ORDERED** that the Clerk **STRIKE** from the docket, the proposed Order to Dismiss without Prejudice (Pursuant to PTO No. 293 as Amended by PTO No. 298) filed on July 24, 2018 [ECF No. 6301].

ENTER:  July 25, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE