# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: COOK INCORPORATED
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION          MDL NO. 2440

---

THIS DOCUMENT RELATES TO:

*Purcell, et al. v. Ethicon, Inc., et al.*          Civil Action No. 2:15-cv-15669

**ORDER**
(Transferring Case to MDL 2327)

Before the court is a Motion to Transfer MDL, filed by Cook Incorporated, Cook Biotech, Inc. and Cook Medical, Inc. ("Cook Defendants") seeking the transfer of this member case from MDL 2440 to MDL 2327 [ECF No. 17]. As stated in the motion, only defendants Ethicon, Inc. and Johnson & Johnson remain as named defendants in this civil action.[1]

After careful consideration, it is **ORDERED** that the Motion to Transfer MDL [ECF No. 17] is **GRANTED**. To the extent the Amended Short Form Complaint has not been filed, plaintiffs' counsel is **DIRECTED** to file an Amended Short Form Complaint within 14 days of this Order. This action is **TRANSFERRED** to MDL 2327, and the Clerk is directed to disassociate this civil action as a member case in MDL 2440 and re-associate it with MDL 2327.

The court further **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented parties.

ENTER: July 30, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] The Cook Defendants filed the instant motion in conjunction with a Joint Stipulation of Dismissal [ECF No. 16], which the court later approved on May 18, 2018 [ECF No. 18].