# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE:      **ETHICON, INC.**
               **PELVIC REPAIR SYSTEMS**
               **PRODUCT LIABILITY LITIGATIONS**     **MDL No. 2327**

**THIS DOCUMENT RELATES TO ALL CASES**

### MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Ruprecht Hart Weeks & Ricciardulli, LLP, by and through the undersigned, respectfully moves this Court for entry of an Order withdrawing Judith A. Wahrenberger, New Jersey Bar No. 017521984, in all actions in which she has appeared on behalf of Ruprecht Hart Weeks & Ricciardulli, LLP.  Counsel respectfully request that the Court enter an Order in MDL No. 2327, as well as in each individual member case with which she may have been associated.

Dated: July 31, 2018

Respectfully submitted,

*/s/ Judith A. Wahrenberger*
Judith A. Wahrenberger
NJ Bar No. 017521984
RUPRECHT HART WEEKS &
   RICCIARDULLI, LLP
53 Cardinal Drive, Suite 1
Westfield, New Jersey 07090
Tel. 908-232-4800
Fax: 908-232-4801
jwahrenberger@rhwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2018, I electronically filed the Motion to Withdraw as Counsel in MDL No. 2327 using the CM/ECF Filing system.  Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system.

*/s/ Judith A. Wahrenberger*
Judith A. Wahrenberger