Exhibit 1

| | | |
|---|---|---|
| 1 | Abbe, Ellen | 2:16cv05223 |
| 2 | Allen, Theresa & Anthony | 2:16cv07857 |
| 3 | Andrews, Linda | 2:14cv27817 |
| 4 | Andrews, Shana & Herb | 2:16cv04182 |
| 5 | Ard, Brenda & Robert K. | 2:16cv06221 |
| 6 | Baggett, Helen & James | 2:16cv03545 |
| 7 | Becton, Linda | 2:16cv03012 |
| 8 | Benge, Betty | 2:16cv03733 |
| 9 | Betts, Tanya | 2:16cv05220 |
| 10 | Bevers, Betty | 2:16cv04148 |
| 11 | Black, Kathy | 2:13cv30784 |
| 12 | Borden, Lorraine | 2:16cv03795 |

| | | |
|---|---|---|
| 13 | Bradshaw, Lorency | 2:14cv10881 |
| 14 | Branton, Wilma | 2:16cv03802 |
| 15 | Bravo, Olivia | 2:16cv04149 |
| 16 | Cantrell, Deborah | 2:16cv06286 |
| 17 | Cargill, Sharon | 2:16cv06667 |
| 18 | Carranza, Theresa M. | 2:14cv14210 |
| 19 | Cherry, Jennifer R. | 2:16cv06244 |
| 20 | Clarke, Wanda & William, Jr. | 2:16cv03844 |
| 21 | Coleman, Lori A. | 2:14cv13606 |
| 22 | Colvin, Sandra & Thomas | 2:16cv06313 |
| 23 | Cooper, Linda & Greg | 2:16cv02786 |
| 24 | Cowart, Tammy | 2:16cv04010 |
| 25 | Craig, Maggie & Donald W. | 2:16cv06662 |

| # | Name | Case |
|---|---|---|
| 26 | Cross, Deborah | 2:16cv03984 |
| 27 | Davis, Frances R. & Phillip | 2:14cv10884 |
| 28 | Decker, Joan & Keith | 2:16cv03985 |
| 29 | Douglas, Glenna | 2:14cv27649 |
| 30 | Durcholz, Judy | 2:16cv04026 |
| 31 | Feliciano, Barbara | 2:16cv04013 |
| 32 | Foust, Glenna & Michael | 2:16cv04014 |
| 33 | Franklin, Charlene | 2:16cv04015 |
| 34 | Fuller, Patsy & Joe, Jr. | 2:16cv02657 |
| 35 | Garcia-Pointon, Shannon Marie & Mark | 2:14cv25444 |
| 36 | Gibbs, Mary & George L. | 2:16cv03810 |
| 37 | Goff, Lauren | 2:16cv08086 |
| 38 | Goldston, Teresa Godoy | 2:16cv05417 |

| # | Name | Case |
|---|---|---|
| 39 | Greer, Vicki & Tom | 2:16cv03811 |
| 40 | Guffey, Gloria & Jack | 2:16cv06094 |
| 41 | Guinn, Sandra | 2:13cv27607 |
| 42 | Hall, Nina & Michael | 2:16cv06822 |
| 43 | Hall, Joni L. | 2:16cv06803 |
| 44 | Hamilton, Diane & James C. | 2:16cv07855 |
| 45 | Hannick, Sheila & Ray | 2:16cv04188 |
| 46 | Harris, Laura | 2:16cv03002 |
| 47 | Highfill, Teresa & Mark | 2:16cv07853 |
| 48 | Hindman, Phyllis & Paul | 2:16cv06787 |
| 49 | Hines, Sandra | 2:14cv27820 |
| 50 | Holmes, Pamela | 2:16cv06806 |
| 51 | John, Justina | 2:16cv06457 |

| | | |
|---|---|---|
| 52 | Johnson, Brenda & Carl | 2:16cv02992 |
| 53 | Jones, Karen A. | 2:14cv14098 |
| 54 | Kolbo, Renae & Mark | 2:16cv06461 |
| 55 | Koziol, Deborah | 2:16cv06642 |
| 56 | Kritzer, Kathy & Michael | 2:16cv06463 |
| 57 | Leap, Carole | 2:16cv05454 |
| 58 | Lee, Constance & Francis | 2:14cv27650 |
| 59 | Marquez-Rey, Brenda | 2:14cv15657 |
| 60 | McAbee, Paris & Fred | 2:13cv27612 |
| 61 | McKellar, Cynthia | 2:16cv06533 |
| 62 | Millage, Linda & Alan | 2:14cv02226 |
| 63 | Miracle, Bobbie & Russell | 2:16cv06645 |
| 64 | Monhollen, Audrey & Aaron | 2:16cv06784 |

| 65 | Noe, Lavon & James | 2:16cv03220 |
|---|---|---|
| 66 | Page, Catherine & Everett | 2:16cv03078 |
| 67 | Pearson, Linda & Ivan | 2:16cv06566 |
| 68 | Perdue, Karan | 2:14cv14351 |
| 69 | Posey-Webster, Amanda | 2:16cv06567 |
| 70 | Reeves, Cheryl A. | 2:16cv06247 |
| 71 | Reynolds, Velma & Rusty | 2:14cv25567 |
| 72 | Smith, Tammy & Robert | 2:14cv05488 |
| 73 | Trammell, Doris | 2:16cv06565 |
| 74 | Valadez, Ruby & Sergio | 2:14cv02900 |
| 75 | Viramontes, Cheri & Ramiro | 2:16cv06140 |
| 76 | Wells, Rhonda & Frederick | 2:16cv06251 |

| | | |
|---|---|---|
| 77 | Williams, Shelliann & Ralph | 2:16cv04036 |
| 78 | Young, Mary & Frank | 2:14cv14352 |
| 79 | Zylstra, Ruth & Morton | 2:14cv02254 |
| 80 | Rottero, Patty L. & Thomas | 2:16cv06660 |
| 81 | Johnson, Donna R. & John R. | 2:16cv06809 |
| 82 | Chelette, Marcelle | 2:16cv04365 |
| 83 | Hackett, Barbara & Desmond | 2:13cv27609 |
| 84 | Palma, Gloria | 2:14cv13609 |
| 85 | Miranda, Vanessa & James Lewis | 2:14cv02913 |
| 86 | Strohl, Ramona | 2:16cv06338 |
| 87 | Joaquin, Adaljisa | 2:16cv06435 |
| 88 | Collver, Maureen | 2:16cv03916 |
| 89 | Henson, Mary | 2:16cv08099 |

| | | |
|---|---|---|
| 90 | Newman, Nora & Mark | 2:14cv25443 |
| 91 | Turner, Gloria | 2:16cv03761 |
| 92 | Knox, Gayle & Charles | 2:14cv27653 |
| 93 | Allen, Charlann | 2:17cv00011 |
| 94 | Allen, Elizabeth & John McWilliams | 2:16cv02832 |
| 95 | Fleetwood, Dora & Tony | 2:14cv02906 |
| 96 | Crosby, Tina & Michael | 2:14cv14090 |
| 97 | Blevins, Kelly & Gary | 2:16cv02790 |
| 98 | Henderson, Jennifer L. | 2:14cv10873 |
| 99 | Lambert, Theresa | 2:17cv00904 |
| 100 | Corwin, Barbara & Raplh | 2:16cv04369 |
| 101 | Gaskill, Brenda & David | 2:16cv04217 |
| 102 | Soto, Evelyn | 2:16cv06538 |

| | | |
|---|---|---|
| 103 | Nelp, Cynthia | 2:16cv06355 |