# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: C. R. BARD, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION          MDL NO. 2187
_____

THIS DOCUMENT RELATES TO:

*Jones, et al. v. C. R. Bard, Inc., et al.*          Civil Action No. 2:13-cv-11310

## ORDER
(Dismissing Defendant C. R. Bard, Inc. with Prejudice
and Transferring Case to MDL 2327)

Before the court is the Joint Motion to Dismiss Defendant C. R. Bard, Inc. with Prejudice, filed by the plaintiffs and defendant C. R. Bard, Inc., ("Bard"). [ECF No. 12]. Also pending is the plaintiffs' Motion to Transfer MDLs. [ECF No. 12]. Collectively, the motions seek an order (1) granting dismissal of Bard with prejudice because all claims against Bard have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims; and (2) transferring this case to the appropriate remaining MDL.

After careful consideration, it is **ORDERED** that

(1) the Joint Motion to Dismiss Bard with Prejudice and the plaintiffs' Motion to Transfer MDLs are **GRANTED**;

(2) Defendant Bard is **DISMISSED WITH PREJUDICE** as a defendant in this action;

(3) this action is **TRANSFERRED** to MDL 2327;

(4) to the extent an Amended Short Form Complaint has not been filed, the court **DIRECTS** plaintiffs' counsel to file the appropriate Amended Short Form Complaint within two weeks of the date of this Order.

The court **DIRECTS** the Clerk as follows:

(1) disassociate this civil action as a member case in MDL 2187 and re-associate it with MDL 2327;

(2) remove the MDL Bard Inactive flag; retain the MDL Ethicon Inactive flag; and

(3) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 2, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE