IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                    MDL 2327

THIS DOCUMENT RLEATES TO ETHICON WAVE 8 CASES:

## ORDER

Pending in MDL 2327, 2:12-md-2327 [ECF No. 6098] is the Motion to Extend Deadlines for Plaintiffs' Responses to Defendants' Wave 8 Dispositive and *Daubert* Motions, filed by the law firm Kline & Specter on July 6, 2018.

After careful consideration and for reasons appearing to the court, it is **ORDERED** that Kline & Specter's Motion to Extend Deadlines for Plaintiffs' Responses to Defendants' Wave 8 Dispositive and Daubert Motions is **DENIED** [ECF No. 6098].

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327, and to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 2, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE