IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-B and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.  Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs.

Respectfully:

/s/ Barbara Binis                              /s/ Erik W. Legg
Barbara Binis                                  Erik W. Legg
REED SMITH                                     FARRELL WHITE & LEGG
Three Logan Square, Suite 3100                 P. O. Box 6457
1717 Arch Street                               Huntington, WV 25772-6457
Philadelphia, PA 19103                         304.522.9100 (phone)
215.851.8100 (phone)                           304.522.9162 (fax)
215.851.1420 (fax)                             EWL@farrell3.com
bbinis@reedsmith.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Jacob Plattenberger
Jacob Plattenberger
TOR HOERMAN LAW
Suite 2650
227 West Monroe Street
Chicago, IL 60606
618.656.4400 (phone)
618.656.4401 (fax)
jake@thlawyer.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Thomas P. Cartmell
Thomas P. Cartmell
WAGSTAFF & CARTMELL
Suite 300
4740 Grand Avenue
Kansas City, MO 64112
816.701.1100 (phone)
816.531.2372 (fax)
tcartmell@wcllp.com
*Attorney for Plaintiffs on Exhibit B*


Dated: August 7, 2018

## EXHIBIT A – TOR HOERMAN LAW

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-02511 | Debbie Howard, James E. Howard v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc., Coloplast Corporation |
| 2:16-CV-04080 | Kathleen Pena v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – WAGSTAFF & CARTMELL

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-18219 | Christine Stafford v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-25600 | Michele Hartzell, Dan Hartzell v. Ethicon, Inc., Johnson & Johnson, C. R. Bard, Inc., American Medical Systems, Inc. |
| 2:15-CV-01203 | Laurie Clements v. Ethicon Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:16-CV-01394 | Joane Carpenter, Charles Carpenter v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:16-CV-03381 | Rosa Balcazar, Daniel Balcazar v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis
Barbara R. Binis
