**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

                                                                                                   MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs.

Respectfully:

| | |
|---|---|
| /s/ Barbara Binis | /s/ Erik W. Legg |
| Barbara Binis | Erik W. Legg |
| REED SMITH | FARRELL WHITE & LEGG |
| Three Logan Square, Suite 3100 | P. O. Box 6457 |
| 1717 Arch Street | Huntington, WV 25772-6457 |
| Philadelphia, PA 19103 | 304.522.9100 (phone) |
| 215.851.8100 (phone) | 304.522.9162 (fax) |
| 215.851.1420 (fax) | EWL@farrell3.com |
| bbinis@reedsmith.com | |

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Thomas P. Cartmell
Thomas P. Cartmell
WAGSTAFF & CARTMELL
Suite 300
4740 Grand Avenue
Kansas City, MO 64112
816.701.1100 (phone)
816.531.2372 (fax)
tcartmell@wcllp.com
*Attorney for Plaintiffs on Exhibit A*


Dated: August 8, 2018

**EXHIBIT A – WAGSTAFF & CARTMELL**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-CV-14681 | Althea Aponte, Felipe Aponte v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-CV-16407 | Constance Carney v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis
Barbara R. Binis