IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: COOK MEDICAL, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                         MDL NO. 2440
_____

THIS DOCUMENT RELATES TO

*Cherie L. Harper v. Cook Incorporated, et al.*
Civil Action No. 2:13-cv-19130

ORDER
(Dismissing Cook Defendants with Prejudice
and Transferring Case to MDL 2327)

Pending before the court is a Stipulation of Dismissal [ECF No. 25] filed by the plaintiff and Cook Incorporated, Cook Biotech, Inc., and Cook Medical, Inc. (collectively, "the Cook defendants"). After careful consideration, it is **ORDERED** that the Stipulation of Dismissal is **GRANTED** and the Cook defendants are **DISMISSED WITH PREJUDICE** as defendants in this action.

Furthermore, the court notes that dismissing the Cook defendants leaves the Ethicon defendants as the only remaining active defendants in this case. Therefore, it is further **ORDERED** that this action is **TRANSFERRED** to MDL 2327.

The court **DIRECTS** the Clerk to disassociate the civil action as a member case in MDL 2440 and re-associate it with MDL 2327. The court further **DIRECTS** the Clerk to file a copy of this Order in 2:13-md-2440 and in this individual case.

ENTER: August 9, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE