IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION           MDL 2327

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The court **ORDERS** that the following counsel appear in person for a meeting with the court on **Wednesday, August 29, 2018 at 11:00 a.m.** in Room 6600: (1) Henry Garrard, (2) Bryan Aylstock, (3) John Baden, (4) Derek Potts, (5) Riley Burnette, (6) Yvonne Flaherty, (7) Randi Kasson, (8) Ken Zucker, (9) Ellen Reisman, (10) Mike Tanenbaum, and (11) William Gage.

The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 14, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE