<u>EXHIBIT 1</u>

| CAPTION | CASE NO. | DATE ELECTION FORM WAS FILED |
|---|---|---|
| Debra Hodson v. Ethicon, Inc., et al. | 13-cv-06812 | August 9, 2018 |
| Vishaka Mendez v. Ethicon, Inc., et al. | 13-cv-31739 | August 9, 2018 |
| Teresa King v. Ethicon, Inc., et al. | 14-cv-04112 | July 30, 2018 |
| Beverly Teel v. Ethicon, Inc., et al. | 14-cv-05371 | August 10, 2018 |
| Valerie Scudder v. Ethicon, Inc., et al. | 14-cv-10628 | August 2, 2018 |