# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                         MDL 2327

---------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES:

## PRETRIAL ORDER # 313
### (Order re: Stipulations/Notices of Settlement in Multi-Defendant Cases)

By PTO # 303 (Amended Docket Control Order – Ethicon, Inc. Wave 8 Cases), I directed that

> [f]or multi defendant cases where one or more defendants have entered into a Master Settlement Agreement that includes a case in the Ethicon Wave 8 but another defendant is still an active defendant (making the case inappropriate for the Inactive Docket), the settling defendant(s) with the plaintiff(s) may file a notice advising the court of the settlement agreement. The filing of such a notice will relieve the settling defendant(s) of any obligation to comply with the deadlines in this Docket Control Order. Obviously, remaining defendants will be subject to all such deadlines.

The court **ORDERS** that in cases in which the parties have already filed Notices of Settlement[1] as of the entry of this PTO, claims against the defendant(s) named in the Notice of Settlement must be dismissed by **October 31, 2018**.[2] If claims against a particular defendant that are subject to a Notice of Settlement are not dismissed by October 31, 2018, the court may have a hearing to determine the appropriate action pertaining to such claims subject to the Notice of Settlement or dismiss the claims against that defendant without prejudice.

---

[1] In addition to "Notices of Settlement," the parties have also filed "Stipulations of Settlement" pursuant to the provision of PTO # 303 cited above.
[2] This deadline tracks the current deadline for dismissing cases on the inactive docket.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and it shall apply to each member related case previously transferred to, removed to, or filed in this district, which includes counsel in all member cases.  It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court.  The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

    August 16, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE