# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS DEFENDANT
## BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and defendant Boston Scientific Corporation ("BSC"), now the only remaining defendant in these actions, advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims.  Accordingly, Plaintiff and BSC jointly move the court to dismiss BSC as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs.

Dated:  August 16, 2018

Respectfully submitted,

By: /s/ J. Mark Kell
J. Mark Kell – MO Bar #: 26413
KELL LAMPIN, LLC
14500 South Outer Forty, Suite 407
Chesterfield, MO 63017
Tele: 636-757-1700
Fax: 636-489-3971
Email: mark.kell@kelllampinlaw.com

**COUNSEL FOR PLAINTIFFS**

By: /s/ Jon A. Strongman
Robert T. Adams – MO Bar #: 34612
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
rtadams@shb.com
jstrongman@shb.com

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

EXHIBIT A

| | |
|---|---|
| 2:13-cv-06068 | Covey v. Boston Scientific Corp. |
| 2:13-cv-23708 | Savarese v. Boston Scientific Corp. |
| 2:14-cv-17057 | Smith v. Boston Scientific Corp. |

CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2018 I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ J. Mark Kell