# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                                   MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES
ASSIGNED TO JUDGE JOHNSTON

## PRETRIAL ORDER # 314
(Adoption of PTO #s 302 (Dismissal of Settled and Paid Cases from the Inactive Docket), 307 (Proper Dismissal Procedure), and 308 (Requirements for Counsel to Deceased Plaintiffs))

On May 7, 2018, the Judicial Panel on Multidistrict Litigation entered an Assignment Order reassigning those cases that present recusal issues for the original transferee judge, Judge Joseph R. Goodwin to me. Since that assignment several pretrial orders have been entered by Judge Goodwin in this multidistrict litigation, *In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation,* 2:12-md-2327 ("MDL 2327").

On June 13, 2018, July 12, 2018 and July 17, 2018, Judge Goodwin entered Pretrial Order (PTO) Nos. 302, (Dismissal of Settled and Paid Cases from the Inactive Docket), 307 (Proper Dismissal Procedure), and 308 (Requirements for Counsel to Deceased Plaintiffs), respectively. To effectively and efficiently streamline procedures and be as consistent as possible throughout MDL 2327, I find the adoption of PTO Nos. 302, 307 and 308 to be necessary.

The court **ORDERS** that **PTO Nos. 302, 307 and 308 are ADOPTED** for every case in MDL 2327 assigned to me.

      **IT IS SO ORDERED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in every MDL 2327 case assigned to me. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court, whether those pretrial orders were entered by myself or Judge Goodwin. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: August 16, 2018

_____
THOMAS E. JOHNSTON, CHIEF JUDGE