IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL Docket No. 2327 HONORABLE JUDGE JOSEPH R. GOODWIN |

## ORDER

Pending before the court is Plaintiffs' Motion for Leave to File Out of Time PTO #293/#298 Election Forms [ECF No. 6564]. Upon review of the plaintiffs' Motion, the court **FINDS** that good cause exists to allow the late filing of the election forms in the 5 cases listed on plaintiffs' Exhibit A to their Motion [ECF No. 6564-1]. Accordingly, plaintiffs' Motion is **GRANTED.** The court **ORDERS** that the election forms pertaining to the 5 cases identified on plaintiffs' Exhibit A be filed, if not already filed with this court, by **August 20, 2018**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-02327 and in each individual case listed on Exhibit A attached hereto.

ENTER:  August 16, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

<u>EXHIBIT 1</u>

| CAPTION | CASE NO. | DATE ELECTION FORM WAS FILED |
|---|---|---|
| Debra Hodson v. Ethicon, Inc., et al. | 13-cv-06812 | August 9, 2018 |
| Vishaka Mendez v. Ethicon, Inc., et al. | 13-cv-31739 | August 9, 2018 |
| Teresa King v. Ethicon, Inc., et al. | 14-cv-04112 | July 30, 2018 |
| Beverly Teel v. Ethicon, Inc., et al. | 14-cv-05371 | August 10, 2018 |
| Valerie Scudder v. Ethicon, Inc., et al. | 14-cv-10628 | August 2, 2018 |