IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S) ON THE EXHIBIT(S) ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A, with each party to bear its own costs.

Respectfully:

/s/ Christy D. Jones
Christy D. Jones. Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
P.O. Box 6010
Ridgeland, MS 38158
(601) 948-5711
Christy.Jones@butlersnow.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ David B. Thomas
David B. Thomas
THOMAS COMBS & SPANN, PLLC
P.O. Box 3824
Charleston, WV 25338
(304) 414-1800
dthomas@tcspllc.com
*Attorneys for the Ethicon, Inc., Ethicon LLC, and Johnson & Johnson*

/s/ Henry G. Garrard, III
Henry G. Garrard, III
BLASINGAME BURCH GARRARD & ASHLEY, P.C.
P. O. Box 832
Athens, GA 30603
(706) 354-4000
hgarrard@bbga.com
*Attorneys for Plaintiffs on Exhibit A*

W. Todd Harvey
Alabama Bar No. ASB-3215-E64W
BURKE HARVEY & FRANKOWSKI, LLC
One Highland Place
2151 Highland Avenue, Suite 120
Birmingham, AL 35205-4008
(205) 930-9091
tharvey@bhflegal.com
*Attorneys for Plaintiffs on Exhibit B*

**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 2:14-cv-21989 | ARNOLD, Destiny Lynn v. Ethicon, et al. |
| 2:14-cv-02453 | DOVE-COOPER, Grace Elizabeth v. Ethicon, et al. |
| 2:13-cv-09148 | JEREMIAH-NEAL, Cheryl and Herman Neal v. Ethicon, et al. |
| 2:14-cv-05175 | LYNN, Kathy Gail and Cecil L. Lynn v. Ethicon, et al. |
| 2:13-cv-31583 | MARLIN, Karen and William v. Ethicon, et al. |
| 2:13-cv-01827 | ZIEGLER, Renae B. v. Ethicon, et al. |

### EXHIBIT B – BURKE HARVEY & FRANKOWSKI, LLC

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 2:13-cv-31583 | MARLIN, Karen and William v. Ethicon, et al. |