IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
C.R. BARD, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-C and Defendant C.R. Bard, Inc. ("Bard") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs. Other Defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000
*Attorney for Defendant C.R. Bard, Inc.*

/s/ Seth S. Webb
BROWN & CROUPPEN
Suite 1600
211 North Broadway
St. Louis, MO 63102
314/421-0216
Fax: 314/421-4061
Email: sethw@getbc.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Regina S. Johnson
LOPEZ MCHUGH
214 Flynn Avenue
Moorestown, NJ 08057
856/273-8500
Fax: 856/273-8502
Email: rjohnson@lopezmchugh.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Andrew J. Fink
SOLIS LAW FIRM
5310 West Cermak Road
Cicero, IL 60804
708/795-0400
Fax: 708/652-4711
Email: transvaginal.mesh.solis@gmail.com
*Attorney for Plaintiffs on Exhibit C*

Dated: August 20, 2018

## EXHIBIT A – BROWN & CROUPPEN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-10948 | Mary Wenger and James Wenger v. C.R. Bard, Inc., et al. |

## EXHIBIT B – LOPEZ MCHUGH

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-25636 | Amy Marie Jansen v. C.R. Bard, Inc., et al. |

**EXHIBIT C – SOLIS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-13664 | Graciela Bonilla and Freddy Bonilla v. C.R. Bard, Inc., et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Richard B. North, Jr.