# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
     PELVIC REPAIR SYSTEM                    MDL NO. 2327
     PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES
ON AN INACTIVE DOCKET *ASSIGNED TO CHIEF JUDGE JOHNSTON*

## O R D E R

The parties in cases assigned to me that are on an Inactive Docket Order had until no later than August 31, 2018, to submit joint motions of dismissal. The Orders provided that if dismissals were not submitted by the August 31, 2018, deadline then the court would take certain actions.

For reasons appearing to the court, it is **ORDERED** as follows:

1. The deadline to submit joint motions of dismissal is now extended to October 31, 2018, for all cases in MDL 2327 currently on an inactive docket;

2. For all cases on an inactive docket and all cases to be put on an inactive docket, the parties may submit an agreed order of dismissal with prejudice on or before October 31, 2018; if settlements are not finalized and dismissal orders are not submitted by October 31, 2018, then the court may have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket, or dismiss the cases without prejudice;

3. All remaining provisions of Inactive Docket Orders entered in MDL 2327 and individual cases remain in effect.

**IT IS SO ORDERED**.

The Clerk is **DIRECTED** to file a copy of this order in every member case assigned to Chief Judge Johnston that is on an inactive docket, and to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 21, 2018

_____
THOMAS E. JOHNSTON, CHIEF JUDGE