IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                               MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 6571], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibits A and B, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third-party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A and B are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A and B.

ENTER:  August 21, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 2:14-cv-21989 | ARNOLD, Destiny Lynn v. Ethicon, et al. |
| 2:14-cv-02453 | DOVE-COOPER, Grace Elizabeth v. Ethicon, et al. |
| 2:13-cv-09148 | JEREMIAH-NEAL, Cheryl and Herman Neal v. Ethicon, et al. |
| 2:14-cv-05175 | LYNN, Kathy Gail and Cecil L. Lynn v. Ethicon, et al. |
| 2:13-cv-31583 | MARLIN, Karen and William v. Ethicon, et al. |
| 2:13-cv-01827 | ZIEGLER, Renae B. v. Ethicon, et al. |

**EXHIBIT B – BURKE HARVEY & FRANKOWSKI, LLC**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 2:13-cv-31583 | MARLIN, Karen and William v. Ethicon, et al. |