IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                              MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 6573], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC and Johnson & Johnson, to the extent they are named as Defendants. The parties are seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: August 21, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – BLASINGAME BURCH GARRARD & ASHLEY, P.C.**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 2:13-cv-07578 | Carol Ann Gazda Dawning and Dan K. Dawning v. Ethicon, et al. |
| 2:13-cv-25732 | Annmarie Kanhai and Sunil Kanhai v. Ethicon, et al. |
| 2:14-cv-27943 | Kimberly Lawton and Richard Lawton v. Ethicon, et al. |
| 2:14-cv-04824 | Nancy H. Salas and Richard Salas v. Ethicon, et al. |
| 2:12-cv-07304 | Patricia S. Simpson and Lloyd Simpson v. Ethicon, et al. |
| 2:13-cv-07577 | Mary Etta Walton and Joseph Walton v. Ethicon, et al. |
| 2:13-cv-27047 | Karyn G. Warrenbrand v. Ethicon, et al. |