UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In Re: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2327 |

## WITHDRAWAL OF APPEARANCE

John T. Schlafer, of the law firm of Faegre Baker Daniels LLP, respectfully requests the Court to withdraw his appearance behalf of the following defendants: Cook Incorporated, Cook Biotech Incorporated, and Cook Medical Incorporated n/k/a Cook Medical LLC, in the above-captioned matter.

WHEREFORE, John T. Schlafer. respectfully requests that this Court withdraw his appearance on behalf of Cook Defendants in this matter.

Respectfully Submitted,

FAEGRE BAKER DANIELS LLP

/s/ John T. Schlafer
John T. Schlafer (IN # 28771-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: john.schlafer@faegrebd.com

## CERTIFICATE OF SERVICE

On August 23, 2018, I electronically filed this document in the United States District Court – Southern District of West Virginia, through the CM/ECF system, which will send a notice of electronic filing to all parties of record who have elected to receive such service.

/s/ John T. Schlafer