IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Defendant Boston Scientific Corporation with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 6567], is a Joint Motion to Dismiss Defendant Boston Scientific Corp. with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Boston Scientific Corporation also known as Boston Scientific Corp. (hereinafter referred to as "BSC") seeking dismissal of BSC from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims.  After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC with Prejudice is **GRANTED**.  It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: August 23, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

| | |
|---|---|
| 2:13-cv-06068 | Covey v. Boston Scientific Corp. |
| 2:13-cv-23708 | Savarese v. Boston Scientific Corp. |
| 2:14-cv-17057 | Smith v. Boston Scientific Corp. |