IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION _____ **THIS DOCUMENT RELATES TO:** *All Active Cases per PTO 298* | Master File No. 2:12-MD-02327 MDL No. 2327 JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE OF PLAINTIFF'S DESIGNATION AND DISCLOSURE OF GENERAL EXPERT WITNESSES

I hereby certify that on August 29, 2018, I electronically served Plaintiff's Designation and Disclosure of General Expert Witnesses on counsel of record listed below.

William Gage
william.gage@butlersnow.com
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010

Susan M. Robinson
srobinson@tcspllc.com
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

/s/ Bryan F. Aylstock
Bryan F. Aylstock
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
baylstock@awkolaw.com
Counsel For Plaintiffs

1