**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                               MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO THE
CASES IDENTIFIED ON EXHIBIT A and
EXHIBIT B

**O R D E R**

On August 28, 2018, by Pretrial Order ("PTO") # 316 (First Order Amending PTO # 315 – Docket Control Order – Ethicon, Inc. Wave 9 Cases), I designated 217 cases, previously identified as Non-Revision cases, as Wave 9 and placed them on a Docket Control Order. Eighty (80) of those cases, listed on Exhibit A hereto, were subject to an Inactive Docket Order and have an inactive flag. The Inactive Docket Orders state in paragraph 1 that, "All discovery deadlines are continued until further order of the Court." Some Inactive Docket Orders also state that, "[a]ny case listed on Exhibit A [of the Inactive Docket Order] that does not have additional proposed orders submitted to the court for consideration regarding case management procedures by December 13, 2017 will, by Order, be placed back on the active docket and on a shortened Docket Control Order." While the December 13, 2017, date has been extended, the court expected that certain cases may be removed from the Inactive Docket and placed on a Docket Control Order. This is exactly what PTO # 316 accomplished.

Further, the cases listed on Exhibit B have multiple Wave Flags and should only be subject to the docket control order set forth in the Wave 9 cases.

Therefore, the court **ORDERS** that the cases on Exhibit A be placed back on the active docket and the Inactive Flag be removed.  All cases on Exhibit A are subject to PTO # 316.  The court further **ORDERS** that the cases listed on Exhibit B, have all Wave flags removed except the Wave 9 Flag.  All cases on Exhibit B are subject to PTO # 316.

The court **DIRECTS** the Clerk to remove the Inactive Flag on the cases on Exhibit A and to remove all Wave flags except the Wave 9 flag on the cases on Exhibit B.  The court further **DIRECTS** the Clerk to file a copy of this order in each case listed on Exhibits A and B and to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  August 31, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Count | Civil Action No. | Case Name |
|---|---|---|
| 1 | 2:12-cv-01247 | Housman v. Ethicon, Inc. et al |
| 2 | 2:12-cv-02973 | Correa et al v. Ethicon, Inc. et al |
| 3 | 2:12-cv-08805 | Horst et al v. Ethicon, Inc. et al |
| 4 | 2:13-cv-03906 | Henderson v. Ethicon, Inc. et al |
| 5 | 2:13-cv-04268 | Jackson et al v. Ethicon, Inc. et al |
| 6 | 2:13-cv-04513 | Walker et al v. Ethicon, Inc. et al |
| 7 | 2:13-cv-04598 | Bailey et al v. Ethicon, Inc. et al |
| 8 | 2:13-cv-05573 | Moore v. Ethicon, Inc. et al |
| 9 | 2:13-cv-05636 | Maier v. Ethicon, Inc. et al |
| 10 | 2:13-cv-06172 | Adams et al v. Ethicon, Inc. et al |
| 11 | 2:13-cv-06704 | Hale v. Ethicon, Inc. et al |
| 12 | 2:13-cv-09923 | Bryant et al v. Ethicon, Inc. et al |
| 13 | 2:13-cv-10084 | Sandercock et al v. Ethicon, Inc. et al |
| 14 | 2:13-cv-11721 | Nicely et al v. Ethicon, Inc. et al |
| 15 | 2:13-cv-12778 | Childs et al v. Ethicon, Inc. et al |
| 16 | 2:13-cv-13129 | Smith et al v. Ethicon, Inc. et al |
| 17 | 2:13-cv-13890 | Simpson v. Ethicon, Inc. et al |
| 18 | 2:13-cv-14355 | Garcia v. Ethicon, Inc. et al |
| 19 | 2:13-cv-14814 | Alvarez-Zermeno et al v. Ethicon, Inc. et al |
| 20 | 2:13-cv-14834 | Barron v. Ethicon, Inc. et al |
| 21 | 2:13-cv-15950 | Harshbarger v. Ethicon, Inc. et al |
| 22 | 2:13-cv-21699 | Fridlund et al v. Ethicon, Inc. et al |
| 23 | 2:13-cv-21924 | Peake et al v. Johnson & Johnson et al |
| 24 | 2:13-cv-23133 | Hawks et al v. Ethicon, Inc. et al |
| 25 | 2:13-cv-24124 | Robinson et al v. Ethicon, Inc. et al |
| 26 | 2:13-cv-24197 | Watson et al v. Ethicon, Inc. et al |
| 27 | 2:13-cv-25339 | Nancarvis v. Ethicon, Inc. et al |
| 28 | 2:13-cv-26101 | Cortez et al v. Ethicon, Inc. et al |
| 29 | 2:13-cv-28818 | Wagner et al v. Ethicon, Inc. et al |
| 30 | 2:13-cv-29249 | Vazquez et al v. Ethicon, Inc. et al |
| 31 | 2:13-cv-30310 | Hansen v. Ethicon, Inc. et al |
| 32 | 2:13-cv-31020 | Sheehe v. Ethicon, Inc. et al |
| 33 | 2:13-cv-31518 | Warden v. Ethicon, Inc. et al |
| 34 | 2:13-cv-31563 | Wendt v. Ethicon, Inc. et al |
| 35 | 2:14-cv-02446 | Benson et al v. Ethicon, Inc. et al |
| 36 | 2:14-cv-04481 | Gobert v. Ethicon, Inc. et al |
| 37 | 2:14-cv-09938 | Conn v. Ethicon, Inc. et al |
| 38 | 2:14-cv-09964 | Wilson v. Ethicon, Inc. et al |
| 39 | 2:14-cv-10884 | Davis et al v. Ethicon, Inc. et al |
| 40 | 2:14-cv-11915 | Couture v. Ethicon, Inc. et al |
| 41 | 2:14-cv-12071 | Simas et al v. Ethicon, Inc. et al |
| 42 | 2:14-cv-12321 | Artman et al v. Ethicon, Inc. et al |

# EXHIBIT A

| Count | Civil Action No. | Case Name |
|---|---|---|
| 43 | 2:14-cv-12510 | Godoy v. Ethicon, Inc. et al |
| 44 | 2:14-cv-12850 | Sharpe v. Ethicon, Inc. et al |
| 45 | 2:14-cv-14179 | Hawk v. Ethicon, Inc. et al |
| 46 | 2:14-cv-14403 | Quillen v. Ethicon, Inc. et al |
| 47 | 2:14-cv-15473 | Taylor v. Ethicon, Inc. et al |
| 48 | 2:14-cv-15557 | Borbely et al v. Ethicon, Inc. et al |
| 49 | 2:14-cv-17582 | Enos v. Ethicon, Inc. et al |
| 50 | 2:14-cv-17770 | Pochie v. Ethicon, Inc. et al |
| 51 | 2:14-cv-18173 | Register v. Ethicon, Inc. et al |
| 52 | 2:14-cv-20461 | Martinez et al v. Ethicon, Inc. et al |
| 53 | 2:14-cv-21861 | Bryant-Robinson v. Ethicon, Inc. et al |
| 54 | 2:14-cv-25364 | Wilson v. C. R. Bard, Inc. et al |
| 55 | 2:14-cv-25412 | Alvarado v. Ethicon, Inc. et al |
| 56 | 2:14-cv-26753 | Zariski et al v. Ethicon, Inc. et al |
| 57 | 2:14-cv-26981 | Meza v. Ethicon, Inc. et al |
| 58 | 2:14-cv-28343 | Dunn v. Ethicon, Inc. et al |
| 59 | 2:14-cv-28451 | Carter v. Ethicon, Inc. et al |
| 60 | 2:14-cv-28453 | Chavez v. Ethicon, Inc. et al |
| 61 | 2:14-cv-28739 | Sanders v. Ethicon, Inc. et al |
| 62 | 2:14-cv-28863 | Hall et al v. Ethicon, Inc. et al |
| 63 | 2:14-cv-30948 | Seavey v. Ethicon, Inc. et al |
| 64 | 2:15-cv-01722 | Small v. Ethicon, Inc. et al |
| 65 | 2:15-cv-02783 | Sprowls v. Ethicon, Inc. et al |
| 66 | 2:15-cv-02806 | Williams v. Ethicon, Inc. et al |
| 67 | 2:15-cv-02884 | Whalen v. Ethicon, Inc. et al |
| 68 | 2:15-cv-03484 | Gallardo v. Ethicon, Inc. et al |
| 69 | 2:15-cv-03832 | Pawlisa et al v. Ethicon, Inc. et al |
| 70 | 2:15-cv-04649 | Ashley v. Ethicon, Inc. et al |
| 71 | 2:15-cv-04768 | Loock v. Ethicon, Inc. et al |
| 72 | 2:15-cv-06395 | Vasquez v. Ethicon, Inc. et al |
| 73 | 2:15-cv-08130 | Gwaltney v. Ethicon, Inc. et al |
| 74 | 2:15-cv-11703 | Scott et al v. Ethicon, Inc. et al |
| 75 | 2:15-cv-15133 | Helms v. Ethicon, Inc. et al |
| 76 | 2:16-cv-02437 | Myers v. Ethicon, Inc. et al |
| 77 | 2:16-cv-06140 | Viramontes et al v. Ethicon, Inc. et al |
| 78 | 2:16-cv-09175 | Simants v. Ethicon, Inc. et al |
| 79 | 2:16-cv-10993 | Crittenden v. Ethicon, Inc. et al |
| 80 | 2:17-cv-01609 | Brooks v. Ethicon, Inc. et al |

# EXHIBIT B

| Count | Civil Action No. | Case Name |
|---|---|---|
| 1 | 2:12-cv-01926 | Klinker et al v. American Medical Systems, Inc. et al |
| 2 | 2:12-cv-05767 | Holmes et al v. Ethicon, Inc. et al |
| 3 | 2:12-cv-06565 | Styles et al v. Ethicon, Inc. et al |
| 4 | 2:13-cv-04705 | Bard v. Boston Scientific Corporation et al |
| 5 | 2:13-cv-30047 | Perez et al v. American Medical Systems, Inc. et al |
| 6 | 2:13-cv-30669 | Omiotek v. C. R. Bard, Inc. et al |
| 7 | 2:14-cv-03646 | Patel et al v. Boston Scientific Corporation et al |
| 8 | 2:14-cv-17227 | Adkins v. Boston Scientific Corporation et al |
| 9 | 2:15-cv-01890 | Minter v. Ethicon, Inc. et al |
| 10 | 2:16-cv-01702 | Lorenzana et al vl Ethicon, Inc. et al |