# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

## EXHIBIT A

## CASES WITH UNDISPUTED REMAND VENUE

| Plaintiff(s) | Civil Action Number | Joint Proposed Remand Jurisdiction |
|---|---|---|
| Rosemary Caddy | 2:14-cv-10162 | Southern District of California, San Diego Division |
| Kathy Ann Lee-Mandel and Robert Joshua Williams, III | 2:14-cv-17393 | Southern District of Mississippi |
| Carol L. Wherry and Jerome Wherry | 2:15-cv-08119 | Western District of Texas, San Antonio Division |
| Leonie Evans and Merton Evans | 2:17-cv-01863 | Eastern District of New York |
| Miriam Engstrom and John Engstrom | 2:17-cv-04172 | Eastern District of Michigan, Southern Division |