IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON, INC.,
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION          MDL 2327

THIS DOCUMENT RELATES TO ALL CASES

ORDER

It is **ORDERED** that the Clerk **STRIKE** from the docket, the proposed Order to Dismiss without Prejudice (Pursuant to PTO No. 293 as Amended by PTO No. 298) filed on August 29, 2018 [ECF No. 6600].

ENTER:  September 4, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE