IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION             MDL 2327

# ORDER

The court **ORDERS** that the following counsel appear in person for a meeting with the court on **Thursday, October 11, 2018 at 2:30 p.m.** in Room 6600: (1) Henry Garrard, (2) Bryan Aylstock, (3) John Baden, (4) Derek Potts, (5) Riley Burnette, (6) Yvonne Flaherty, (7) Randi Kasson, (8) Ken Zucker, (9) Ellen Reisman, (10) Joe Petrosinelli, (11) Mike Tanenbaum, and (12) William Gage.

The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 7, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE