IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

**JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and Defendants C.R. Bard, Inc. ("Bard") and Sofradim Production SAS[1] and Tissue Science Laboratories Limited[2] (collectively the "Covidien Entities"), to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, plaintiffs, Bard and the Covidien Entities jointly move the court to dismiss Bard and the Covidien Entities with prejudice, and terminate Bard and the Covidien Entities from the docket in the actions on the attached Exhibit A, parties to bear their own costs.

Respectfully:

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000
*Attorney for Defendant C.R. Bard, Inc.*


/s/ Devin K. Ross
Devin K. Ross
dkross@shb.com
Micah Hobbs
mhobbs@shb.com
SHOOK HARDY BACON
2555 Grand Boulevard
Kansas City, MO  64108
(816) 474-6550
*Attorneys for Defendants Covidien Entities*


/s/ Randi Kassan
SANDERS VIENER GROSSMAN, LLP
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
516-741-5600
rkassan@thesandersfirm.com
*Attorney for Plaintiffs on Exhibit A*


                                        Dated: September 11, 2018

**EXHIBIT A –SANDERS VIENER GROSSMAN, LLP**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-cv-06756 | Vickie Portier v. C.R. Bard, Inc., et al. |
| 2:16-cv-06758 | Nancy Anderson v. C.R. Bard, Inc., et al. |

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Richard B. North, Jr.