IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
      PELVIC REPAIR SYSTEM                      MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon Defendants") pursuant to the procedures established by Pretrial Order ("PTO") No. 302. *See* PTO No. 302, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020].

As stated in PTO No. 302, the court established certain procedures to prompt dismissals of settled cases. Under these procedures, the Court directed the Ethicon Defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the Court also mandated that Ethicon file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon Defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the Court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The Court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Civil Action Number | Case Name | ECF Number Corresponding to the Motion |
|---|---|---|
| 2:15-cv-12106 | Ackelson v. Johnson & Johnson et al | 16 |
| 2:14-cv-08030 | Adair et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-07713 | Adams v. Ethicon, Inc. et al | 12 |
| 2:13-cv-25182 | Albert et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-10132 | Aldridge v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12234 | Alford v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12268 | Allen et al v. Ethicon, Inc. et al | 9 |
| 2:12-cv-06326 | Allen v. Ethicon, Inc. et al | 26 |
| 2:14-cv-04292 | Allison v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12048 | Alvarez v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12020 | Amica et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-27721 | Anders et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-03253 | Anderson v. Ethicon, Inc. et al | 9 |
| 2:13-cv-30417 | Anderson v. Ethicon, Inc. et al | 10 |
| 2:14-cv-03970 | Anderson v. Ethicon, Inc. et al | 10 |
| 2:15-cv-08653 | Anderson v. Ethicon, Inc. et al | 15 |
| 2:14-cv-03259 | Andrews v. Ethicon, Inc. et al | 18 |
| 2:12-cv-00872 | Ankenman et al v. Johnson & Johnson, et al | 37 |
| 2:15-cv-12073 | Antommattei et al v. Johnson & Johnson, et al | 15 |
| 2:15-cv-04533 | Aquino v. Ethicon, Inc. et al | 18 |
| 2:14-cv-29517 | Arimendi v. Ethicon, Inc. et al | 9 |
| 2:14-cv-13231 | Arrieta et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12584 | Aslam et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-08670 | Atcheson v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04008 | Atkins et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-25242 | Austin et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-03889 | Babb et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12236 | Baggett et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-13233 | Bailes v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11945 | Bailey v. Ethicon, Inc. et al | 9 |
| 2:14-cv-10194 | Baldridge et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-03276 | Bales v. Ethicon, Inc. et al | 9 |
| 2:14-cv-23934 | Ball v. Ethicon, Inc. et al | 9 |
| 2:12-cv-03806 | Baltierrez v. Ethicon, Inc. et al | 26 |

| | | |
|---|---|---|
| 2:15-cv-12165 | Bandy v. Ethicon, Inc. et al | 17 |
| 2:14-cv-15069 | Barber v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05985 | Barber v. Ethicon, Inc. et al | 9 |
| 2:14-cv-23894 | Barker et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04015 | Barnett et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11226 | Barrows et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-09506 | Barrueta et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-03258 | Bator v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12372 | Bean et al v. Ethicon, Inc. et al | 20 |
| 2:15-cv-12101 | Beaschler et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-04299 | Becerra v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05962 | Bell v. Ethicon, Inc. et al | 9 |
| 2:13-cv-00563 | Benek et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-12361 | Bentley v. Johnson & Johnson et al | 15 |
| 2:15-cv-03453 | Bequer v. Ethicon, Inc. et al | 9 |
| 2:13-cv-24597 | Berryhill et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-07616 | Bibbs v. Ethicon, Inc. et al | 14 |
| 2:15-cv-08283 | Biddle et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-03798 | Bingham et al v. Ethicon, Inc. et al | 22 |
| 2:15-cv-11564 | Blaile et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-03530 | Blair et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-03517 | Blanchard et al v. Ethicon, Inc. et al | 22 |
| 2:14-cv-01937 | Blume v. Ethicon, Inc. et al | 13 |
| 2:15-cv-04890 | Boddie v. Ethicon, Inc. et al | 10 |
| 2:12-cv-08762 | Bogart v. Ethicon, Inc. et al | 16 |
| 2:15-cv-11778 | Boggs et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12089 | Bonilla v. Johnson & Johnson et al | 16 |
| 2:14-cv-08061 | Boothe et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-07391 | Bordelon v. Ethicon, Inc. et al | 13 |
| 2:14-cv-13237 | Brady v. Ethicon, Inc. et al | 10 |
| 2:13-cv-03542 | Brank et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-15633 | Bray v. Ethicon, Inc. et al | 7 |
| 2:15-cv-05987 | Brazee v. Ethicon, Inc. et al | 9 |
| 2:14-cv-03290 | Bremser v. Ethicon, Inc. et al | 9 |
| 2:13-cv-24349 | Brewer v. Ethicon, Inc. et al | 10 |
| 2:14-cv-23897 | Brewer v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12021 | Briggs et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-08583 | Brockopp v. Ethicon, Inc. et al | 12 |
| 2:13-cv-03574 | Brooks et al v. Ethicon, Inc. et al | 13 |

| | | |
|---|---|---|
| 2:15-cv-04538 | Brown et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-08136 | Brown v. Ethicon, Inc. et al | 10 |
| 2:15-cv-09190 | Bruno v. Ethicon, Inc. et al | 13 |
| 2:15-cv-11776 | Bryson et al v. Ethicon, Inc. et al | 8 |
| 2:14-cv-18194 | Bucago et al v. Ethicon, Inc. et al | 35 |
| 2:15-cv-12514 | Buerger v. Ethicon, Inc. et al | 9 |
| 2:14-cv-03330 | Bullard v. Ethicon, Inc. et al | 9 |
| 2:14-cv-00342 | Bunce v. Ethicon, Inc. et al | 15 |
| 2:15-cv-12119 | Bunyard et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-25217 | Burch v. Ethicon, Inc. et al | 20 |
| 2:14-cv-03335 | Burnett v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11445 | Busbee et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-29760 | Bussi et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12052 | Byars et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12054 | Caldwell v. Ethicon, Inc. et al | 9 |
| 2:14-cv-02169 | Callicoat et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12210 | Campbell v. Ethicon, Inc. et al | 14 |
| 2:14-cv-25744 | Campbell v. Ethicon, Inc. et al | 9 |
| 2:15-cv-03419 | Cantlon v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11946 | Cantu et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-08800 | Carbaugh v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12238 | Muniz et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-03383 | Carlo et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-05129 | Carnes v. Ethicon, Inc. et al | 9 |
| 2:15-cv-03544 | Carrow et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-03384 | Cartrette et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-29685 | Castaneda et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-03254 | Castaneda v. Ethicon, Inc. et al | 10 |
| 2:13-cv-25183 | Castellano v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12214 | Caswell v. Ethicon, Inc. et al | 12 |
| 2:14-cv-07745 | Catone et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-03998 | Catone et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12086 | Caufield v. Ethicon, Inc. et al | 13 |
| 2:13-cv-25185 | Cazinha v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29378 | Centeno et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-29915 | Cervantes et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-10415 | Chambers et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-14668 | Champion et al v. Ethicon, Inc. et al | 6 |
| 2:14-cv-29294 | Chavis v. Ethicon, Inc. et al | 12 |

| | | |
|---|---|---|
| 2:14-cv-30038 | Cheatwood et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-12302 | Child v. Ethicon, Inc. et al | 8 |
| 2:13-cv-25187 | Christensen v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12366 | Cintron v. Johnson & Johnson et al | 15 |
| 2:14-cv-06287 | Clark et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-03450 | Clark et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12121 | Clark et al v. Ethicon, Inc. et al | 9 |
| 2:12-cv-06328 | Clark et al v. Ethicon, Inc. et al | 25 |
| 2:15-cv-12376 | Clark v. Ethicon, Inc. et al | 18 |
| 2:13-cv-30858 | Clark et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-03780 | Clark et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05131 | Cobb et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-06645 | Collard et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-06305 | Collazos et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04861 | Collins et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-03811 | Collor v. Ethicon, Inc. et al | 22 |
| 2:15-cv-12334 | Connolly et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12367 | Cook v. Ethicon, Inc. et al | 20 |
| 2:15-cv-12014 | Cook v. Ethicon, Inc. et al | 14 |
| 2:15-cv-12141 | Cook et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-03971 | Cooke et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-06650 | Cooper v. Ethicon, Inc. et al | 11 |
| 2:14-cv-03391 | Counts v. Ethicon, Inc. et al | 9 |
| 2:14-cv-06289 | Cox et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05068 | Craft et al v. Ethicon, Inc. et al | 20 |
| 2:14-cv-03972 | Crigler et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-04049 | Crowell v. Ethicon, Inc. et al | 18 |
| 2:13-cv-30851 | Cu et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-25244 | Culver et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-15635 | Cumming v. Ethicon, Inc. et al | 11 |
| 2:15-cv-05242 | Cummings et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-06652 | Cunnick et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-02114 | Cunningham v. Ethicon, Inc. et al | 14 |
| 2:14-cv-02373 | Dalmolin et al v. Johnson & Johnson et al | 15 |
| 2:14-cv-10123 | Dashiell v. Ethicon, Inc. et al | 9 |
| 2:14-cv-06293 | Davis v. Ethicon, Inc. et al | 10 |
| 2:13-cv-10382 | Davis et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-13898 | Davis et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12271 | Davis et al v. Ethicon, Inc. et al | 9 |

6

| | | |
|---|---|---|
| 2:13-cv-03541 | Davis v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12064 | De Leon v. Ethicon, Inc. et al | 9 |
| 2:12-cv-09527 | Dean et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-03393 | Deckert v. Ethicon, Inc. et al | 9 |
| 2:15-cv-09740 | Decoster v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12217 | DeHart v. Ethicon, Inc. et al | 13 |
| 2:14-cv-03397 | DeJesus et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-32311 | DeLeon v. Tey et al | 35 |
| 2:15-cv-08148 | DeLuca v. Ethicon, Inc. et al | 14 |
| 2:14-cv-03398 | Demcoe v. Ethicon, Inc. et al | 13 |
| 2:14-cv-29947 | Deprey v. Ethicon, Inc. et al | 9 |
| 2:15-cv-07924 | DeSilva et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12374 | Desjardins v. Ethicon, Inc. et al | 18 |
| 2:14-cv-08065 | DeVille v. Ethicon, Inc. et al | 14 |
| 2:14-cv-02052 | Diamond v. Ethicon, Inc. et al | 18 |
| 2:15-cv-12371 | Dibble et al v. Ethicon, Inc. et al | 19 |
| 2:15-cv-12299 | Dill v. Ethicon, Inc. et al | 9 |
| 2:13-cv-27731 | Dixon et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-02627 | Dora et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12194 | Dosch et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04864 | Dotson et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12067 | Doucette et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11949 | Duarte et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-02195 | Duran et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-03401 | Dyer v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12180 | Eagle v. Ethicon, Inc. et al | 14 |
| 2:14-cv-05686 | Earley et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-32068 | Ebersberger v. Ethicon, Inc. et al | 11 |
| 2:14-cv-05691 | Ebright et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05532 | Ege v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11314 | Ellenburg et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-12242 | Elliott et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29756 | Ellis v. Ethicon, Inc. et al | 9 |
| 2:15-cv-05084 | Englert et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-09779 | Erard-Coupe et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-10160 | Fabian v. Ethicon, Inc. et al | 10 |
| 2:15-cv-08651 | Farris et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-03516 | Faulconer et al v. Ethicon, Inc. et al | 22 |
| 2:13-cv-30449 | Faulconer et al v. Ethicon, Inc. et al | 14 |

| | | |
|---|---|---|
| 2:14-cv-03581 | Feder v. Ethicon, Inc. et al | 9 |
| 2:15-cv-08840 | Fenter v. Ethicon, Inc. et al | 10 |
| 2:15-cv-03069 | Ferguson v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29757 | Ferland et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11503 | Fisher v. Ethicon, Inc. et al | 9 |
| 2:14-cv-03598 | Fletcher v. Ethicon, Inc. et al | 9 |
| 2:13-cv-09509 | Flood v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11884 | Flores v. Ethicon, Inc. et al | 9 |
| 2:12-cv-01486 | Ford et al v. Ethicon, Inc. et al | 28 |
| 2:15-cv-12246 | Foulston et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-06628 | Fowler et al v. Ethicon, Inc. et al | 22 |
| 2:14-cv-03610 | Frakes v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12169 | Fuehne et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-08057 | Furniss et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-30025 | Garcia v. Ethicon, Inc. et al | 9 |
| 2:13-cv-32075 | Garcia v. Ethicon, Inc. et al | 11 |
| 2:12-cv-07060 | Garris v. Ethicon, Inc. et al | 23 |
| 2:14-cv-14680 | Garza st al v. Ethicon, Inc. et al | 6 |
| 2:14-cv-29754 | Geldrich v Ethicon, Inc. et al | 9 |
| 2:15-cv-05434 | Gibbins et al v. Ethicon, Inc. et al | 18 |
| 2:14-cv-29709 | Gibbs et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-09195 | Gilbert et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12124 | Giner et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-05697 | Glaub v. Ethicon, Inc. et al | 10 |
| 2:13-cv-11350 | Goetz et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-30403 | Gomez v. Ethicon, Inc. et al | 10 |
| 2:14-cv-08588 | Gomez et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-29635 | Gonzales v. Ethicon, Inc. et al | 9 |
| 2:15-cv-05540 | Gonzales et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12586 | Grannillo v. Ethicon, Inc. et al | 8 |
| 2:15-cv-11567 | Grant et al v. Ethicon, Inc. et al | 8 |
| 2:12-cv-09211 | Green v. Ethicon, Inc. et al | 16 |
| 2:13-cv-00576 | Greenan v. Ethicon, Inc. et al | 15 |
| 2:12-cv-00961 | Greene v. Ethicon, Inc. et al | 65 |
| 2:13-cv-22903 | Greenleaf v. Ethicon, Inc. et al | 13 |
| 2:14-cv-06663 | Griffin et al v. Ethiscon, Inc. et al | 12 |
| 2:14-cv-22976 | Griffis v. Ethicon, Inc. et al | 12 |
| 2:14-cv-24701 | Stevens et al v. Johnson & Johnson, Inc. et al | 34 |
| 2:12-cv-07349 | Grover v. Ethicon, Inc. et al | 20 |

| | | |
|---|---|---|
| 2:12-cv-09043 | Guinn et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-02211 | Gunn et al v. St. Vincent Infirmary Medical Center et al | 40 |
| 2:15-cv-12125 | Gutierrez et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-29927 | Guy et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-05429 | Guzman v. Ethicon, Inc. et al | 10 |
| 2:14-cv-14681 | Haddock et al v. Ethicon, Inc. et al | 6 |
| 2:13-cv-25192 | Hale v. Ethicon, Inc. et al | 10 |
| 2:13-cv-12304 | Hall v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11499 | Hall et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04867 | Hall v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12076 | Hallcox et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04868 | Hamilton et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-03624 | Hamilton v. Ethicon, Inc. et al | 9 |
| 2:13-cv-30407 | Hamm v. Ethicon, Inc. et al | 10 |
| 2:15-cv-10154 | Hammonds v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29728 | Hannum v. Ethicon, Inc. et al | 9 |
| 2:12-cv-07061 | Harrelson et al v. Ethicon, Inc. et al | 23 |
| 2:14-cv-05701 | Harris v. Ethicon, Inc. et at | 10 |
| 2:15-cv-03418 | Harris et at v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12589 | Harris v. Ethicon, Inc. et at | 9 |
| 2:14-cv-14682 | Harvey et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-03276 | Hatch et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-15641 | Hatfield et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-06321 | Hatmaker et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-08284 | Hauer v. Ethicon, Inc. et al | 10 |
| 2:12-cv-09042 | Hazeltine v. Ethicon, Inc. et al | 16 |
| 2:14-cv-06324 | Hazelwood v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29678 | Hedges et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11505 | Heiny v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12579 | Helmey v. Ethicon, Inc. et al | 8 |
| 2:15-cv-12369 | Helton et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-03457 | Hembree v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12322 | Hendricks et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11777 | Hendrix v. Ethicon, Inc. et al | 9 |
| 2:14-cv-29735 | Henson et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-32079 | Hernandez et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-04152 | Hernandez v. Ethicon, Inc. et al | 9 |
| 2:15-cv-05002 | Hiles v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29288 | Hill v. Ethicon, Inc. et al | 10 |

| 2:14-cv-06647 | Hillidge et al v. Ethicon, Inc. et al | 10 |
|---|---|---|
| 2:12-cv-05076 | Himes et al v. Ethicon, Inc. et al | 52 |
| 2:12-cv-05159 | Holbrook-Clark et al v. Ethicon, Inc. et al | 25 |
| 2:15-cv-07016 | Holder v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04302 | Holland v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11558 | Holmes v. Ethicon, Inc. et al | 9 |
| 2:13-cv-33176 | Hoopaugh v. Ethicon, Inc. et al | 15 |
| 2:14-cv-08595 | Hopp et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12132 | Horton v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11761 | Hossalla v. Ethicon, Inc. et al | 9 |
| 2:14-cv-06665 | Howard v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04872 | Huey v. Ethicon, Inc. et al | 10 |
| 2:14-cv-02027 | Hufnagel v. Ethicon, Inc. et al | 16 |
| 2:14-cv-23868 | Hughes et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12133 | Husband-Taylor et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-03895 | Hutchison et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04196 | Hutchison v. Ethicon, Inc. et al | 9 |
| 2:13-cv-32803 | Hyde et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-02406 | Ingram et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11370 | Irwin et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-32087 | Jacinto et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-15636 | Jackson et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-07913 | James v. Ethicon, Inc. et al | 10 |
| 2:15-cv-02336 | Janowski et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12092 | Jarvis et al v. Johnson & Johnson, et al | 14 |
| 2:15-cv-11931 | Jarvis v. Ethicon, Inc. et al | 9 |
| 2:14-cv-06340 | Jaynes v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11768 | Johnson v. Ethicon, inc. et al | 8 |
| 2:15-cv-11224 | Johnson v. Ethicon, inc. et al | 9 |
| 2:15-cv-08794 | Johnson v. Ethicon, inc. et al | 10 |
| 2:12-cv-03492 | Johnson et al v. Ethicon, Inc. et al | 22 |
| 2:15-cv-11447 | Johnson et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12370 | Jones et al v. Ethicon, Inc. et al | 18 |
| 2:14-cv-04022 | Jones v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12240 | Jones v. Ethicon, Inc. et al | 9 |
| 2:15-cv-04381 | Jones v. Ethicon, Inc. et al | 10 |
| 2:14-cv-30145 | Jones et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11928 | Jones v. Ethicon, Inc. et al | 8 |
| 2:13-cv-32756 | Jones et al v. Ethicon, Inc. et al | 14 |

| 2:14-cv-04024 | Jordan v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11979 | Juene v. Ethicon, Inc. et al | 9 |
| 2:12-cv-07062 | Kayhart et al v. Ethicon, Inc. et al | 23 |
| 2:14-cv-04307 | Kelley v. Ethicon, Inc. et al | 10 |
| 2:12-cv-09529 | Kelly et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-04027 | Kelly-McCuin et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-05154 | Kennedy v. Ethicon, Inc. et al | 25 |
| 2:14-cv-23876 | Kerr v. Ethicon, Inc. et al | 9 |
| 2:14-cv-02407 | Kidd v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12517 | Kilhefner v. Ethicon, Inc. et al | 9 |
| 2:14-cv-29671 | Kirkland v. Ethicon, Inc. et al | 9 |
| 2:12-cv-02515 | Knight et al v. Ethicon, Inc. et al | 30 |
| 2:14-cv-01226 | Komsky v. Ethicon, Inc. et al | 10 |
| 2:15-cv-04349 | Kor et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-04250 | Kotch v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12017 | Krirkorian v. Ethicon, Inc. et al | 13 |
| 2:14-cv-04259 | Kristian et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-11558 | Kruse et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29683 | Kupiec v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04268 | Kurelmeyer et al v. Ethicon, Inc. et al | 9 |
| 2:12-cv-05157 | Kutil v. Ethicon, Inc. et al | 25 |
| 2:14-cv-00370 | Lacey et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-07772 | Lacott v. Ethicon, Inc. et al | 10 |
| 2:14-cv-06348 | Lafanette et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04275 | Lahlou v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12006 | Langdon v. Ethicon, Inc. et al | 13 |
| 2:14-cv-06351 | Lanier v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12053 | LaPerle v. Ethicon, Inc. et al | 9 |
| 2:15-cv-06173 | Lapier v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12368 | Lawson v. Ethicon, Inc. et al | 18 |
| 2:15-cv-11451 | Lablaux v. Ethicon, Inc. et al | 9 |
| 2:15-cv-13259 | Lee et al v. Ethicon, Inc. et al | 8 |
| 2:15-cv-11642 | Lee v. Ethicon, Inc. et al | 9 |
| 2:14-cv-19143 | Leisure et al v. Ethicon, Inc. et al | 31 |
| 2:15-cv-03771 | Lenkofsky v. Ethicon, Inc. et al | 10 |
| 2:14-cv-14688 | Lent v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12209 | Leonard et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-08555 | Lesch v. Ethicon, Inc. et al | 14 |
| 2:13-cv-25119 | Lettig v. Ethicon, Inc. et al | 10 |

| 2:14-cv-23880 | Levy et al v. Ethicon, Inc. et al | 9 |
|---|---|---|
| 2:14-cv-01229 | Leyvas v. Ethicon, Inc. et al | 10 |
| 2:14-cv-08066 | Lindsey v. Ethicon, Inc. et al | 15 |
| 2:12-cv-03802 | Liner et at v. Ethicon, Inc. et al | 26 |
| 2:13-cv-25254 | Lira et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-09481 | Littrell v. Ethicon, Inc. et al | 10 |
| 2:14-cv-02127 | Locklear et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12518 | Long et al v. Eithicon, Inc. et al | 9 |
| 2:14-cv-00299 | Long et al v. Eithicon, Inc. et al | 12 |
| 2:14-cv-29506 | Lopez v. Ethicon, inc. et al | 9 |
| 2:15-cv-04383 | Lopez v. Ethicon, inc. et al | 10 |
| 2:15-cv-12134 | Lopez-Garcie v. Ethicon, Inc. et al | 9 |
| 2:15-cv-02891 | Loveless v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04032 | Luedecke et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-03854 | Lumpkin et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12187 | Luther v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12135 | Lynch et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-06306 | Macomber v. Ethicon, Inc. et al | 10 |
| 2:14-cv-03977 | Madison-Bonds v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12117 | Madline v. Johnson & Johnson et al | 14 |
| 2:12-cv-09911 | Maier et al v. Ethicon, Inc et al | 20 |
| 2:15-cv-11643 | Malcolm v. Ethicon, Inc. et al | 9 |
| 2:15-cv-07139 | Maloney et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-02338 | Mandel v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11279 | Manello v. Etiicon, Inc. et al | 13 |
| 2:12-cv-03794 | Mangold v. Ethicon, Inc. et al | 22 |
| 2:13-cv-32744 | Manis v. Ethicon, Inc. et al | 10 |
| 2:14-cv-30019 | Manjarrez v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04876 | Mann v. Ethicon, Inc. et al | 10 |
| 2:13-cv-31909 | Marbury et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05991 | Maria v. Ethicon, Inc. et al | 10 |
| 2:14-cv-18190 | Neal v. Ethicon, Inc. et al | 31 |
| 2:14-cv-29960 | Marks et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-08535 | Marquez et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-04345 | Marshall v. Ethicon, Inc. et al | 9 |
| 2:13-cv-30439 | Martin et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04350 | Martindale et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-29935 | Martinez v. Ethicon, Inc. et al | 9 |
| 2:14-cv-06674 | Massengale v. Ethicon, Inc. et al | 13 |

| 2:15-cv-12136 | Matthews v. Ethicon, Inc. et al | 9 |
| 2:14-cv-02218 | Mattingly v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04355 | Mauzey et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-04860 | Mayer et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-08150 | Mays v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04357 | McAnally v. Ethicon, Inc. et al | 9 |
| 2:14-cv-15637 | McCafferty v. Ethicon, Inc. et al | 14 |
| 2:13-cv-00559 | McCaffrey et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-12107 | McCormick et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-03487 | McCoy et al v. Ethicon, Inc. et al | 22 |
| 2:14-cv-29514 | McElhenny et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12216 | McGill v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04877 | McGraw et al v. Ethicon, Inc et al | 10 |
| 2:15-cv-11993 | McGuire v. Ethicon, Inc. et al | 9 |
| 2:14-cv-05706 | McKee v. Ethicon, Inc. et al | 10 |
| 2:12-cv-07063 | McNeely et al v. Ethicon, Inc. et al | 23 |
| 2:14-cv-06591 | McPhearson et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-02632 | Meacham et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-06677 | Meeks et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-06362 | Melendez v. Ethicon, Inc. et al | 10 |
| 2:15-cv-03527 | Mendez v. Ethicon, Inc. et al | 9 |
| 2:15-cv-03282 | Mercado v. Ethicon, Inc. et al | 9 |
| 2:14-cv-02077 | Meredith v. Ethicon, Inc. et al | 15 |
| 2:13-cv-00584 | Merida et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-12330 | Merkley et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04035 | Merryman v. Ethicon, Inc. et al | 11 |
| 2:14-cv-29723 | Messerschmidt v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12084 | Messler v. Ethicon, Inc. et al | 9 |
| 2:14-cv-06679 | Migues et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-14719 | Miller et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04039 | Miller et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-03793 | Miller v. Ethicon, Inc. et al | 25 |
| 2:12-cv-09408 | Miller et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-12375 | Miller-Schmitz v. Ethicon, Inc. et al | 18 |
| 2:14-cv-02408 | Mills v. Ethicon, Inc. et al | 10 |
| 2:13-cv-02250 | Mock et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-06179 | Moden et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-32749 | Moerbe et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04881 | Mollett et al v. Ethicon, Inc. et al | 10 |

| 2:14-cv-02409 | Montag et al v. Ethicon, Inc. et al | 10 |
|---|---|---|
| 2:15-cv-12255 | Montgomery v. Ethicon, Inc. et al | 9 |
| 2:14-cv-30014 | Montoya v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04374 | Moody v. Ethicon, Inc. et al | 9 |
| 2:14-cv-06681 | Moody v. Ethicon, Inc. et al | 11 |
| 2:14-cv-29763 | Morales v. Ethicon, Inc. et al | 9 |
| 2:15-cv-07031 | Moreland et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29332 | Moreno v. Ethicon, Inc. et al | 10 |
| 2:15-cv-03852 | Morgan v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12088 | Morgan et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12178 | Morris et al v. Johnson & Johnson et al | 15 |
| 2:13-cv-09517 | Morrison et al v. Ethicon, et al | 10 |
| 2:14-cv-06366 | Morton v. Ethicon, Inc. et al | 10 |
| 2:14-cv-02635 | Mosley v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05064 | Mosley et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12267 | Mosley v. Ethicon, Inc. et al | 9 |
| 2:12-cv-09391 | Mullen et al v. Ethicon, Inc. et al | 16 |
| 2:15-cv-12040 | Mullis v. Ethicon, Inc. et al | 13 |
| 2:14-cv-07794 | Munoz v. Ethicon, Inc. et al | 13 |
| 2:14-cv-26909 | Murphy v. Ethicon, Inc. et al | 9 |
| 2:14-cv-06683 | Murray at el v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05426 | Murray at el v. Ethicon, Inc. et al | 10 |
| 2:15-cv-08636 | Murvine et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-02416 | Murzycki v. Ethicon, Inc. et al | 10 |
| 2:13-cv-10684 | Neely-Nobles v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11984 | Nelson et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-06369 | Nelson v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12580 | Nelson v. Ethicon, Inc. et al | 8 |
| 2:14-cv-02639 | Nestler-Ford v. Ethicon, Inc. et al | 10 |
| 2:14-cv-06373 | Newell et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-24607 | Newman et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-03252 | Newton v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12395 | Newville et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-05709 | Nix et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-27737 | Noble et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11498 | Norman v. Ethicon, Inc. et al | 9 |
| 2:13-cv-10414 | North v. Ethicon, Inc. et al | 14 |
| 2:12-cv-03473 | Norton v. Ethicon, Inc. et al | 22 |
| 2:13-cv-11134 | Nowlin et al v. Ethicon, Inc. et al | 10 |

| | | |
|---|---|---|
| 2:14-cv-02129 | Nuila et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-30024 | Ochoa et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-03981 | Ogilvie et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-05428 | Ogilvy et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-02130 | Oglesby et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29502 | Olberding et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-27739 | Olejniczak et al v. Ethicon, Inc. et al | 16 |
| 2:15-cv-11645 | Olhausen et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-03411 | Olson et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-30240 | Ortega et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-32799 | ott et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-00090 | Owens et al v. Ethicon, Inc. et al | 18 |
| 2:15-cv-12331 | Pabelick v. Ethicon, Inc. et al | 9 |
| 2:15-cv-06187 | Palma v. Johnson & Johnson et al | 15 |
| 2:15-cv-07449 | Papke v. Ethicon, Inc. et al | 10 |
| 2:14-cv-19139 | Paredes v. Ethicon, Inc. et al | 29 |
| 2:15-cv-05239 | Parks v. Ethicon, Inc. et al | 9 |
| 2:14-cv-10206 | Parsons v. Ethicon, Inc. et al | 10 |
| 2:12-cv-05866 | Patterson v. Ethicon, Inc. et al | 25 |
| 2:14-cv-07778 | Patton v. Ethicon, Inc. et al | 18 |
| 2:13-cv-25195 | Payne et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-06010 | Peckingpaugh v. Ethicon, Inc. et al | 10 |
| 2:15-cv-09785 | Pedroza et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-03519 | Peltier v. Ethicon, Inc. et al | 29 |
| 2:14-cv-08606 | Pena et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05871 | Penze et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12258 | Peralta v. Ethicnon, inc. et al | 9 |
| 2:14-cv-29381 | Perez v. Ethicon, Inc. et al | 9 |
| 2:13-cv-00588 | Perez et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-12396 | Perez v. Ethicon, Inc. et al | 9 |
| 2:12-cv-04214 | Petty et al v. Ethicon, Inc. et al | 22 |
| 2:15-cv-07133 | Phillips v. Ethicon, Inc. et al | 14 |
| 2:15-cv-12259 | Pippens-Edwards v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12228 | Polanco et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-04892 | Pollard v. Ethicon, Inc. et at | 11 |
| 2:15-cv-11450 | Pope v. Ethicon, Inc. et al | 9 |
| 2:14-cv-02072 | Potter v. Ethicon, Inc. et al | 14 |