# EXHIBIT A

GUELCHER EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Morales | Lydia Rodriguez Malonado Mogrovejo | 2:17cv03029 |
| McFarland | Heather Ann Evans Coakley | 2:16cv01502 |
| Aldridge | Kimberly Claire Shipman | 2:14cv18264 |
| Foster | Alice Alison Marie Bowen Reynolds Perse | 2:13cv06679 |
| DeBeneditto | Valerie Lynn Melendez Eckhoff | 2:14cv27487 |
| Alsadi | Heand | 2:17cv03724 |
| Sotolongo | Yolanda Rey | 2:18cv00242 |
| Howard | Lula Clark Mae Wise | 2:17cv03509 |
| Chadbourne | Joan L. | 2:16cv10326 |
| Corder | Virginia Gale Jones | 2:16cv10988 |
| Aylworth | Christine Ann Lueblke | 2:13cv06856 |
| Reeder | Debbie Deborah Dugas | 2:15cv12422 |
| Gossen | Jeanne Privat | 2:17cv03184 |
| Harms | Connie Jo Joe Worthley | 2:15cv01356 |
| Sumner | Juliet McCullough Davis | 2:16cv00090 |
| Sullivan | Tracy LaTour | 2:14cv16020 |
| Carlon | Debra Joy Cornelia | 2:16cv11121 |
| Cormell | Sloan Bateman Mcleod | 2:17cv01259 |
| Castillo | Rebecca Vela Alva | 2:13cv01991 |
| Takach | Debra Ellen Maurn Zinn Woodmyer Grant Brandt Mauro Brant Symes | 2:17cv03236 |
| Hellerman | Susan Margaret Gajewski | 2:17cv03237 |
| Duncan | Jo Ann Shipman | 2:17cv03893 |
| McLeod | Carolyn Louise Condon | 2:17cv03901 |
| Booth | Joyce Rodgers | 2:17cv03958 |
| Ringuette | Linda M. Beaucage | 2:17cv04325 |
| Rogers | Jeanne | 2:18cv00014 |
| Boroff | Mary Elizabeth Dool | 2:15cv15593 |
| Cohen | Randi S. Adler | 2:13cv22567 |
| McConnell | Tina Louise Monger | 2:17cv04608 |
| Cadell | Jessica M. Graf | 2:17cv04154 |
| Paholke | Elyece Leone Manfield | 2:17cv01100 |
| D'Andrea | Patricia Dean Bales | 2:14cv28729 |
| Bogie | Wanda J. Roper | 2:13cv08674 |
| Kyser | Tammy J. | 2:13cv03048 |
| Lowell | Patricia | 2:13cv01801 |
| Ellis | Gloria Jean Benjamin Meraw Graham | 2:15cv16155 |
| Farmer | Beverly Cindy Poteet | 2:14cv01855 |
| Davis | Darlene Louise | 2:14cv19431 |
| Hempstead | Anita Calhoun | 2:13cv09300 |
| Marhefka | Catherine A. Brady | 2:14cv15757 |

GUELCHER EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Haake | Theresa A. Gentges | 2:15cv16354 |
| Shull | Maxine Minnie Lilly | 2:12cv02296 |
| Searle-Rittle | Donna M. | 2:12cv06734 |
| Phillips | Mary Ann | 2:14cv17089 |
| Martinez | Theresa L. Quintana | 2:15cv02881 |
| Dent | Angela Rochelle Mills Stewart | 2:14cv27262 |
| Robins | Donna Beth Laughlin | 2:15cv05209 |
| Melton | Sheila Ann Thomas | 2:14cv27260 |
| Vitale | Carol S. Fetzer Gallagher | 2:14cv29254 |
| Vaughn | Linda Lynda Lou Lee Starkweather Swanson | 2:15cv07103 |
| Ottersbach | Nancy Lee Beswick | 2:13cv09729 |
| Messersmith | Veronica Marquez | 2:17cv03939 |
| Carr | Frances C. Carmel Tigue | 2:15cv05206 |
| Mangini | Lynn Sullivan | 2:13cv30480 |
| Kennedy | Ramona Y. Maupin | 2:13cv16859 |
| Hejduk | Barbara Jean Cooper | 2:14cv26096 |
| Benestad | Maria Mandalozis | 2:13cv16867 |
| Willet | Elizabeth J. Rebelsky | 2:13cv01573 |
| Prominski | Nancy | 2:16cv05601 |
| Engel | Vickey L. Burns | 2:17cv04585 |
| Famigletti | Susan E. Bailey | 2:12cv06576 |
| Weisz | Kathryn Lynn Bergan | 2:14cv24481 |
| Balsamo | Mary Ann | 2:14cv27839 |
| Coghlan | Linda Perry | 2:14cv18583 |
| Dafryck | Judy Ann Te'o | 2:13cv32034 |
| Dunlap | Donna Fern Wallace | 2:14cv11689 |
| Pelican | Cathy M. Pichalski | 2:15cv14522 |
| Rafal | Lisa Renee Pruss | 2:13cv30924 |
| Shaw | Lisa Michele Jenkins | 2:14cv25802 |
| Valdez | Linda Joyce Rodriguez | 2:14cv15375 |
| Vincent | Crystal Sims | 2:14cv10298 |
| Willis | Sherry Christine Hammond | 2:14cv14532 |
| Tindall | Donna D. Grieshach McDonald Carpenter Oliver Woodcock | 2:14cv24096 |
| Soto | Candida Camacho | 2:14cv20814 |
| Suppa | Corrinne L. Cochran | 2:14cv15978 |
| Bowling | Colleen Kelly M. Spradley Millhone | 2:14cv26063 |
| Bredlow | Joy Lynn Ford Stacy | 2:13cv33415 |
| Stone | Susan I. Roberta Pickett Vernor | 2:14cv24922 |
| Collins | Tina M. Libby Baldwin Jalbert | 2:14cv16375 |

GUELCHER EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Rowan | Tammy Lynn | 2:14cv02822 |
| Deforest | Carrie Ellen Walters Blackburn | 2:14cv29458 |
| Peltier-Ettiene | Joan R. | 2:14cv24479 |
| Thomas | Marti Rachel Keegan Rhodes | 2:14cv19682 |
| Aschmeller | Billie Jo Bliss | 2:14cv06219 |
| Riddle | Dreama Fay Roy | 2:17cv03032 |
| Young | Stacie Erin Freeman | 2:17cv02806 |