IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM                                    MDL NO. 2327
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon Defendants") pursuant to the procedures established by Pretrial Order ("PTO") No. 302. *See* PTO No. 302, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020].

As stated in PTO No. 302, the Court established certain procedures to prompt dismissals of settled cases. Under these procedures, the Court directed the Ethicon Defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the Court also mandated that the Ethicon Defendants file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon Defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the Court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The Court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 14, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Civil Action Number | Case Name | ECF Number Corresponding to the Motion |
|---|---|---|
| 2:14-cv-04468 | Potter v. Ethicon, Inc. et al | 9 |
| 2:13-cv-24609 | Powell v. Ethicon, Inc. et al | 13 |
| 2:14-cv-04900 | Powers v. Ethicon, Inc. et al | 11 |
| 2:14-cv-06380 | Pratt et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11281 | Preiser v. Ethicon, Inc. et al | 14 |
| 2:14-cv-14721 | Price et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-05856 | Rappuchi et al v. Johnson & Johnson et al | 63 |
| 2:14-cv-07801 | Pugh et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-30418 | Pyrdum v. Ethicon, Inc. et al | 10 |
| 2:15-cv-04887 | Garcia et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29220 | Rabideau et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-02213 | Gray v. Ethicon, Inc. et al | 10 |
| 2:14-cv-08069 | Rader v. Ethicon, Inc. et al | 18 |
| 2:12-cv-00846 | Raines et al v. Ethicon, Inc. et al | 53 |
| 2:13-cv-04074 | Raleigh et al v. Ethicon, inc. et al | 13 |
| 2:15-cv-12109 | Ramirez et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-08509 | Ramirez v. Ethicon, Inc. et al | 9 |
| 2:15-cv-05857 | Heredia et al v. Johnson & Johnson et al | 62 |
| 2:14-cv-10207 | Randl v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29909 | Rangel v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12091 | Raulston v. Ethicon, Inc. et al | 9 |
| 2:13-cv-10415 | Reep et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-04537 | Reeves et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-05858 | Marie Baron et al v. Johnson & Johnson et al | 61 |
| 2:14-cv-01136 | Reyna-Alaniz et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-12327 | Reynolds v. Ethicon, Inc. et al | 9 |
| 2:12-cv-07350 | Rhodes et al v. Ethicon, Inc. et al | 20 |
| 2:14-cv-02133 | Rhuberg v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05856 | Rappuchi et al v. Johnson & Johnson et al | 62 |
| 2:15-cv-05855 | Vasquez et al v. Johnson & Johnson et al | 61 |
| 2:13-cv-24352 | Riggle v. Ethicon, Inc. et al | 10 |
| 2:12-cv-04977 | Rigsby v. Ethicon, Inc. et al | 25 |
| 2:12-cv-07066 | Riley v. Ethicon, Inc. et al | 23 |
| 2:14-cv-04474 | Rios v. Ethicon, Inc. et al | 9 |

| | | |
|---|---|---|
| 2:14-cv-04903 | Rivera v. Ethicon, Inc. et al | 10 |
| 2:12-cv-09530 | Roath et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-05718 | Roberts v. Ethicon, Inc. et al | 10 |
| 2:14-cv-02642 | Robinson v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12262 | Rock v. Ethicon, Inc. et al | 9 |
| 2:15-cv-02893 | Rodd v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04475 | Rodriguez v. Ethicon, Inc. et al | 10 |
| 2:15-cv-06957 | Rodriguez et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04905 | Rodriguez v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05857 | Heredia et al v. Johnson & Johnson et al | 63 |
| 2:14-cv-04908 | Rodriguez v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05873 | Roe v. Ethicon, Inc. et al | 14 |
| 2:13-cv-11551 | Hartley v. Ethicon, Inc. et al | 10 |
| 2:14-cv-02230 | Rogers v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12105 | Rogers et al v. Ethicon, Inc.et al | 9 |
| 2:15-cv-12233 | Rojas v. Ethicon, Inc. et al | 9 |
| 2:12-cv-07731 | Rolen v. Ethicon, Inc. et al | 18 |
| 2:12-cv-09036 | Romero v. Ethicon, Inc. et al | 16 |
| 2:15-cv-12291 | Romiti v. Ethicon, Inc. et al | 14 |
| 2:12-cv-03796 | Rose et al v. Ethicon, Inc. et al | 22 |
| 2:13-cv-00092 | Ross et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-00590 | Roth v. Ethicon, Inc. et al | 15 |
| 2:14-cv-02644 | Rowley v. Ethicon, Inc. et al | 10 |
| 2:14-cv-03985 | Runyon v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11970 | Rutherford et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04486 | Sackett et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-29920 | Saldana et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-09526 | Salvail et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-22888 | Sansone v. Ethicon, Inc. et al | 13 |
| 2:15-cv-09197 | Santiago v. Ethicon, Inc. et al | 10 |
| 2:14-cv-23901 | Sassamane et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-07171 | Satterfield et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-11442 | Savage et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04316 | Saylor v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12344 | Sbragia et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-03785 | Schulze et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-05083 | Senrick et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-00307 | Seybold v. Ethicon, Inc. et al | 10 |
| 2:15-cv-04883 | Shaffer v. Ethicon, Inc. et al | 11 |

| | | |
|---|---|---|
| 2:14-cv-02234 | Sharp v. Ethicon, Inc. et al | 14 |
| 2:14-cv-02140 | Shaver v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12137 | Shaw et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-05878 | Shepherd v. Ethicon, Inc. et al | 10 |
| 2:14-cv-15634 | Sherrill-Boyles et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-07069 | Sherritt et al v. Ethicon, Inc. et al | 23 |
| 2:15-cv-12009 | Shewbert et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12316 | Shields et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-12346 | Shiffer et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-13903 | Shiflett v. Ethicon, Inc. et al | 7 |
| 2:15-cv-06974 | Shipman et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-03853 | Shireman v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12308 | Shobe et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-06193 | Shock v. Ethicon, Inc. et al | 10 |
| 2:13-cv-27554 | Sikes v. Ethicon, Inc. et al | 12 |
| 2:15-cv-09771 | Silbar v. Ethicon, Inc. et al | 17 |
| 2:13-cv-03863 | Silva v. Ethicon, Inc. et al | 11 |
| 2:14-cv-01224 | Silvey v. Ethicon, Inc. et al | 10 |
| 2:15-cv-06188 | Sims et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-00591 | Slone v. Ethicon, Inc. et al | 16 |
| 2:14-cv-14731 | Smith v. Ethicon, Inc. et al | 6 |
| 2:13-cv-00079 | Smith et al v. Ethicon, Inc. et al | 31 |
| 2:15-cv-11565 | Smith et al v. Ethicon, Inc. et al | 8 |
| 2:12-cv-04161 | Smith et al v. Ethicon, Inc. et al | 22 |
| 2:14-cv-06685 | Smith et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-07924 | Smith et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-06659 | Snellgrose v. Ethicon, Inc. et al | 10 |
| 2:14-cv-09598 | Soliz et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11271 | Sorenson v. Ethicon, Inc. et al | 9 |
| 2:14-cv-29516 | Sowles v. Ethicon, Inc. et al | 9 |
| 2:15-cv-05988 | Speakman v. Ethicon, Inc. et al | 10 |
| 2:14-cv-02075 | Spears v. Ethicon, Inc. et al | 14 |
| 2:15-cv-02330 | Sprague v. Ethicon, Inc. et al | 10 |
| 2:13-cv-00592 | Springer et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-11774 | St. John v. Ethicon, Inc. et al | 9 |
| 2:14-cv-02647 | Steckling v. Ethicon, Inc. et al | 10 |
| 2:13-cv-11550 | Stephens et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-09525 | Stephens et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-14734 | Stepp v. Ethicon, Inc. et al | 7 |

| | | |
|---|---|---|
| 2:13-cv-09937 | Stweart et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-27744 | Stickley v. Ethicon, Inc. et al | 9 |
| 2:15-cv-08789 | Stiles v. Ethicon, Inc. et al | 10 |
| 2:13-cv-09528 | Still v. Ethicon, Inc. et al | 10 |
| 2:14-cv-06686 | Stinson v. Ethicon, Inc. et al | 10 |
| 2:15-cv-08139 | Strackbein et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05069 | Straw et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04549 | Strickland v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11971 | Stubblefield et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12332 | Stull v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12335 | Suarez v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12516 | Sulaiman et al v. Ethicon, Inc. et al | 8 |
| 2:14-cv-03988 | Sutcliffe v. Ethicon, Inc. et al | 11 |
| 2:15-cv-11282 | Swartout et al v. Ethicon, Inc. et al | 9 |
| 2:12-cv-03391 | Sweet et al v. Ethicon, Inc. et al | 24 |
| 2:14-cv-03989 | Szukaitis v. Ethicon, Inc. et al | 10 |
| 2:14-cv-06393 | Tabers et al v. Ethicon,Inc. et al | 10 |
| 2:13-cv-31929 | Tallman et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-03476 | Tate et al v. Ethicon, Inc. et al | 22 |
| 2:13-cv-25258 | Taylor v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12263 | Taylor v. Ethicon, Inc. et al | 9 |
| 2:15-cv-07916 | Taylor v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11942 | Tefft et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-09285 | Teran et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-03288 | Thompson et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12143 | Thompson et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04047 | Thompson et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-08853 | Thompson v. Ethicon, Inc. et al | 9 |
| 2:15-cv-04389 | Thompson v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04557 | Thompson et al v. Ethicon, Inc. et al | 9 |
| 2:12-cv-05484 | Tibbs v. Ethicon, Inc. et al | 27 |
| 2:14-cv-14737 | Tice v. Ethicon, Inc. et al | 6 |
| 2:15-cv-11878 | Tiffin v. Ethicon, Inc. et al | 9 |
| 2:14-cv-23902 | Tinus v. Ethicon, Inc. et al | 9 |
| 2:12-cv-04162 | Tircuit et al v. Ethicon, Inc. et al | 22 |
| 2:15-cv-12264 | Tiska v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11453 | Traynor v. Ethicon, Inc. et al | 9 |
| 2:12-cv-03556 | Trent v. Ethicon, Inc. et al | 22 |
| 2:14-cv-04563 | Trujillo v. Ethicon, Inc. et al | 9 |

| | | |
|---|---|---|
| 2:15-cv-04210 | Trujillo v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12243 | Tucker et al Ethicon, Inc. et al | 9 |
| 2:15-cv-12235 | Turner v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04920 | Tushick v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04564 | Tyer et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-03218 | Tyra et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-02657 | Umphrey v. Ethicon, Inc. et al | 10 |
| 2:14-cv-30041 | Vale v. Ethicon, Inc. et al | 9 |
| 2:14-cv-02144 | Vandergriff et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29630 | Vargas v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11967 | Vasquez v. Ethicon, Inc. et al | 9 |
| 2:13-cv-30427 | Walker v. Ethicon, Inc. et al | 10 |
| 2:14-cv-02151 | Vignola et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-09211 | Villalon v. Ethicon, Inc. et al | 10 |
| 2:13-cv-06145 | Villarreal et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-05736 | Wagers et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12166 | Waldron v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12115 | Walker et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-04331 | Wallis v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12865 | Walters v. Ethicon, Inc. et al | 8 |
| 2:14-cv-04569 | Waltrip v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04572 | Ward et al v. Ethicon, Inc. et al | 9 |
| 2:12-cv-03435 | Wart et al v. Ethicon, Inc. et al | 24 |
| 2:15-cv-06091 | Ward v. Ethicon, Inc. et al | 13 |
| 2:15-cv-08874 | Watkins v. Ethicon, Inc. et al | 10 |
| 2:14-cv-06638 | Way v. Ethicon, Inc. et al | 13 |
| 2:13-cv-25763 | Weaver et al v. Ethicon Inc. et al | 7 |
| 2:12-cv-03475 | Weaver et al v. Ethicon Inc. et al | 27 |
| 2:14-cv-14738 | Weeks et al v. Ethicon, Inc. et al | 6 |
| 2:15-cv-03201 | Weidler v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04333 | Welker et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-30026 | Wells-Hayes et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11927 | Wentz et al v. Ethicon, Inc. et al | 8 |
| 2:15-cv-12099 | Wesley v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11775 | Wesley et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11560 | West v. Ethicon, Inc. et al | 9 |
| 2:12-cv-09216 | Wethington v. Ethicon, Inc. et al | 13 |
| 2:14-cv-02126 | Whiting et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-12007 | Whitman et al v. Ethicon, Inc. et al | 13 |

| | | |
|---|---|---|
| 2:15-cv-11770 | Wiersma et al v. Ethicon, Inc. et al | 9 |
| 2:12-cv-04380 | Barroso v. Johnson & Johnson et al | 25 |
| 2:13-cv-01228 | Williams et al v. Johnson & Johnson et al | 15 |
| 2:15-cv-05082 | Williams v. Ethicon, Inc. et al | 10 |
| 2:15-cv-04206 | Williams et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-06184 | Williams et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04585 | Wilson et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-01131 | Wilson et al v. Ethicon, Inc. et al | 17 |
| 2:14-cv-14739 | Wilson et al v. Ethicon, Inc. et al | 6 |
| 2:15-cv-12229 | Wimer v. Ethicon, Inc. et al | 14 |
| 2:14-cv-10215 | Wisdon v. Ethicon, Inc. et al | 12 |
| 2:15-cv-12854 | Wise v. Ethicon, Inc. et al | 9 |
| 2:13-cv-33544 | Wolak v. Ethicon, Inc. et al | 12 |
| 2:15-cv-04952 | Woods v. Ethicon, Inc. et al | 9 |
| 2:15-cv-01224 | Worthy v. Ethicon, Inc. et al | 9 |
| 2:15-cv-03437 | Wright-Hibbit v. Ethicon, Inc. et al | 9 |
| 2:15-cv-09788 | Wyman v. Ethicon, Inc. et al | 10 |
| 2:15-cv-04347 | Yanez et al Ethicon, Inc. et al | 14 |
| 2:15-cv-12283 | Young et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-25198 | Young et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11759 | Young v. Ethicon, Inc. et al | 8 |
| 2:15-cv-02892 | Young v. Ethicon, Inc. et al | 12 |
| 2:14-cv-10216 | Younger v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12310 | Zamora v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12348 | Zamora v. Ethicon, Inc. et al | 9 |
| 2:15-cv-04051 | Zarychta et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-11563 | Zellers er al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-07804 | Ziems v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12261 | Zigan v. Eithicon, Inc. et al | 9 |
| 2:14-cv-28616 | Barber v. Ethicon, Inc. et al | 12 |
| 2:15-cv-03906 | Carney v. Ethicon, Inc. et al | 11 |
| 2:14-cv-28140 | Chrane v. Ethicon, Inc. et al | 11 |
| 2:14-cv-27072 | Halliburton et al v. Johnson & Johnson et al | 33 |
| 2:13-cv-22815 | Harrison v. Ethicon, Inc. et al | 14 |
| 2:14-cv-28909 | Hawkins et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-15027 | Marron et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-16077 | Turner v. Ethicon, Inc. et al | 14 |
| 2:15-cv-15142 | Senger v. Ethicon, Inc. et al | 10 |
| 2:15-cv-15137 | Sellers v. Ethicon, Inc. et al | 10 |

| 2:15-cv-04621 | Welty et al v. Ethicon, Inc. et al | 10 |
| --- | --- | --- |
| 2:15-cv-06312 | Iler v. Ethicon, Inc. et al | 11 |
| 2:14-cv-15957 | Loewer v. Ethicon, Inc. et al | 10 |
| 2:14-cv-28189 | Sellers v. Ethicon, Inc. et al | 9 |
| 2:15-cv-15188 | Vitale v. Ethicon, Inc. et al | 10 |
| 2:15-cv-02799 | Willis v. Ethicon, Inc. et al | 10 |
| 2:13-cv-19322 | Everhart v. Ethicon, Inc. et al | 14 |
| 2:14-cv-27071 | Gooch et al v. Johnson & Johnson | 34 |
| 2:15-cv-06952 | Marshall v. Ethicon, Inc. et al | 10 |
| 2:14-cv-28509 | Martinez v. Ethicon, Inc. et al | 10 |
| 2:14-cv-28524 | McDonald et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-25498 | Smith v. Ethicon, Inc. et al | 14 |
| 2:15-cv-15181 | Swenson v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12489 | Tedeschi et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-23810 | Brown v. Ethicon, Inc. et al | 14 |
| 2:15-cv-04588 | Jorgensen v. Ethicon, Inc. et al | 10 |
| 2:12-cv-02749 | Stutler et al v. Ethicon, Inc. et al | 27 |
| 2:15-cv-15013 | Ajon-Ramirez v. Ethicon, Inc. et al | 9 |
| 2:14-cv-21439 | Alcantara v. Ethicon, Inc. et al | 11 |
| 2:14-cv-28609 | Bartram v. Ethicon, Inc. et al | 12 |
| 2:15-cv-15046 | Cassano v. Ethicon, Inc. et al | 10 |
| 2:13-cv-04199 | Chavis et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-25320 | Fisher et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-06353 | Hawk et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-28861 | Hernandez v. Ethicon, Inc. et al | 9 |
| 2:14-cv-12841 | Nelson v. Ethicon, Inc. et al | 12 |
| 2:14-cv-27901 | Shuck et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-28228 | Smith v. Ethicon, Inc. et al | 12 |
| 2:14-cv-28236 | Spigener v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05706 | Villalobos v. Ethicon, Inc. et al | 12 |
| 2:15-cv-01563 | Aponte et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-27233 | Clark et al v. Ethicon, Inc. et al | 25 |
| 2:15-cv-07775 | Cooper et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-27006 | Lowe v. Ethicon, Inc. et al | 9 |
| 2:12-cv-07040 | McConville v. Ethicon, Inc. et al | 32 |
| 2:12-cv-05453 | Rosas et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-25069 | Schafer et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-01207 | Adams v. Ethicon, Inc. et al | 20 |
| 2:12-cv-02486 | Bopp v. Ethicon, Inc. et al | 40 |

| | | |
|---|---|---|
| 2:13-cv-12846 | Bowman et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-00261 | Cone v. Ethicon, Inc. et al | 121 |
| 2:13-cv-04721 | Daugherty v. Ethicon, Inc. et al | 16 |
| 2:12-cv-01299 | Destefano-Raston et al v. Ethicon, Inc. et al | 146 |
| 2:12-cv-01271 | Ervin v. Ethicon, Inc. et al | 27 |
| 2:13-cv-06656 | Espinosa v. Ethicon, Inc. et al | 16 |
| 2:12-cv-01168 | Evans et al v. Ethicon, Inc. et al | 26 |
| 2:13-cv-01830 | Farley et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-02943 | Ferguson et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-00776 | Fields et al v. Ethicon, Inc. et al | 16 |
| 2:12-cv-00848 | Fisk v. Ethicon, Inc. et al | 118 |
| 2:13-cv-01681 | Fleury et al v. Ethicon, Inc. et al | 16 |
| 2:12-cv-01731 | Frazier et al v. Ethicon, Inc. et al | 48 |
| 2:13-cv-07158 | Frost et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-04295 | Fuson et al v. Ethicon, Inc. et al | 20 |
| 2:12-cv-04817 | Garcia et al v. Ethicon, Inc. et al | 19 |
| 2:12-cv-00829 | Georgilakis et al v. Ethicon, Inc. et al | 150 |
| 2:13-cv-06543 | Gibby v. Ethicon, Inc. et al | 12 |
| 2:12-cv-03915 | Gladden v. Ethicon, Inc. et al | 27 |
| 2:12-cv-07185 | Golberg et al v. Ethicon, Inc. et al | 16 |
| 2:12-cv-00344 | Gomez et al v. Ethicon, Inc. et al | 133 |
| 2:12-cv-03224 | Gonzalez v. Ethicon, Inc. et al | 30 |
| 2:12-cv-02382 | Goss et al v. Ethicon Inc. et al | 35 |
| 2:12-cv-03355 | Goulder et al v. Ethicon, Inc. et al | 37 |
| 2:12-cv-03358 | Grant v. Ethicon, Inc. et al | 27 |
| 2:12-cv-07057 | Green et al v. Ethicon, Inc. et al | 19 |
| 2:12-cv-03359 | Griffin et al v. Ethicon, Inc. et al | 22 |
| 2:12-cv-01650 | Guffey v. Ethicon, Inc. et al | 70 |
| 2:13-cv-00731 | Guillen et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-09359 | Gwathney et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-00369 | Hanks v. Ethicon, Inc. et al | 138 |
| 2:12-cv-01011 | Hankins et al v. Ethicon, Inc. et al | 135 |
| 2:13-cv-06546 | Hartman v. Ethicon, Inc. et al | 14 |
| 2:13-cv-12396 | Hartwell et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-00348 | Heather et al v. Ethicon, Inc. et al | 53 |
| 2:13-cv-11840 | Heinrich et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-19819 | Hennigan et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-01331 | Hines et al v. Ethicon, Inc. et al | 63 |
| 2:12-cv-04816 | Hobbs et al v. Ethicon, Inc. et al | 19 |

| 2:13-cv-11690 | Hoge-Thiel et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-04131 | Holloway v. Ethicon, Inc. et al | 16 |
| 2:12-cv-00493 | Hooper et al v. Ethicon, Inc. et al | 150 |
| 2:14-cv-20355 | Hovis et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-03085 | Howard v. Ethicon, Inc. et al | 16 |
| 2:12-cv-09974 | Hughes et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-14699 | Hull et al v. Ethicon, Inc. et al | 16 |
| 2:12-cv-07182 | Infusino et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-22408 | Jenkins et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-04887 | Jensen et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-00456 | Johnson et al v. Ethicon, Inc. et al | 39 |
| 2:11-cv-00809 | Johnson v. Ethicon, Inc. et al | 125 |
| 2:13-cv-12398 | Johnston et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-04135 | Jones et al v. Ethicon, Inc. et al | 16 |
| 2:12-cv-03360 | Joost et al v. Ethicon, Inc. et al | 29 |
| 2:12-cv-04956 | Julian v. Ethicon, Inc. et al | 19 |
| 2:13-cv-25661 | Karnowsky et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-07138 | Keaton et al v. Ethicon, Inc. et al | 19 |
| 2:13-cv-09782 | Kervin et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-00746 | Kirkpatrick v. Ethicon, Inc. et al | 14 |
| 2:13-cv-10615 | Koppert et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-00938 | Kriz et al v. Ethicon, Inc. et al | 132 |
| 2:12-cv-04226 | Lambert et al v. Ethicon, Inc. et al | 20 |
| 2:12-cv-01013 | Lee et al v. Ethicon, Inc. | 100 |
| 2:13-cv-16116 | Lee et al v. Ethicon, Inc. | 16 |
| 2:13-cv-02679 | Lindberg et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-05550 | Lorenzo v. Ethicon, Inc. et al | 14 |
| 2:12-cv-00347 | Lozano et al v. Ethicon, Inc. et al | 133 |
| 2:12-cv-00515 | Lucas et al v. Ethicon, Inc. et al | 44 |
| 2:13-cv-11832 | Matthews et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-03956 | McClafferty et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-08258 | McKenzie et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-05350 | McManus et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-06440 | McMillan et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-07686 | Midgett et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-04723 | Miller et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-11410 | Miller et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-15692 | Miller v. Ethicon, Inc. et al | 10 |
| 2:12-cv-06131 | Mims et al v. Ethicon, Inc. et al | 20 |

| | | |
|---|---|---|
| 2:12-cv-09684 | Mirabal v. Ethicon, Inc. et al | 14 |
| 2:13-cv-03783 | Morris et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-06614 | Murdock et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-11842 | Murphy v. Ethicon, Inc. et al | 14 |
| 2:13-cv-03011 | Oppenheim et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-00567 | Padilla et al v. Ethicon, Inc. et al | 112 |
| 2:13-cv-25686 | Papineau et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-07103 | Parker et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-03623 | Patterson v. Ethicon, Inc. et al | 27 |
| 2:12-cv-00481 | Patterson v. Ethicon, Inc. et al | 137 |
| 2:13-cv-04653 | Peeler et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-07319 | Pense et al v. Ethicon, Inc. et al | 19 |
| 2:13-cv-05832 | Phillips et al v. Ethicon, Inc. et al | 23 |
| 2:12-cv-04055 | Plunkett et al v. Ethicon, Inc. et al | 23 |
| 2:13-cv-16129 | Putzek et al v. Ethicon, Inc. | 16 |
| 2:13-cv-08255 | Rafatjah v. Ethicon, Inc. et al | 15 |
| 2:13-cv-07324 | Raghunath et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-01386 | Rainer et al v. Ethicon, Inc. et al | 16 |
| 2:12-cv-01735 | Raines et al v. Ethicon, Inc. et al | 63 |
| 2:13-cv-22710 | Redman v. Ethicon, Inc. et al | 16 |
| 2:12-cv-04868 | Reid v. Ethicon, Inc. et al | 19 |
| 2:12-cv-00939 | Reyes et al v. Ethicon, Inc. et al | 136 |
| 2:13-cv-05391 | Reyno et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-04063 | Riedel v. Ethicon, Inc. et al | 16 |
| 2:12-cv-01967 | Riggs et al v. Ethicon, Inc. et al | 72 |
| 2:13-cv-22711 | Robertson et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-08415 | Robinson et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-09362 | Rogers v. Ethicon, Inc. et al | 13 |
| 2:13-cv-02652 | Satterwhite v. Ethicon, Inc. et al | 18 |
| 2:13-cv-02947 | Schaefer v. Ethicon, Inc. et al | 16 |
| 2:13-cv-19653 | Seaton et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-09633 | Self et al v. Ethicon, Inc. et al | 16 |
| 2:12-cv-07136 | Sides et al v. Ethicon, Inc. et al | 21 |
| 2:12-cv-00501 | Sikes et al v. Ethicon, Inc. et al | 140 |
| 2:12-cv-07188 | Simmons v. Ethicon, Inc. et al | 16 |
| 2:13-cv-07396 | Simpson et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-04181 | Slemp v. Ethicon, Inc. et al | 14 |
| 2:13-cv-05340 | Smith et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-09752 | Smith et al v. Ethicon, Inc. et al | 10 |

| | | |
|---|---|---|
| 2:14-cv-10920 | Stokes et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-06324 | Strickland et al v. Ethicon, Inc. | 14 |
| 2:12-cv-02194 | Struckus et al v. Ethicon, Inc. | 39 |
| 2:13-cv-03119 | Swanson et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-02308 | Sweezy et al v. Ethicon, Inc. et al | 18 |
| 2:12-cv-00786 | Swint et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-05117 | Taylor v. Ethicon, Inc. et al | 20 |
| 2:13-cv-02787 | Taylor et al v. Ethicon, Inc. et al | 16 |
| 2:12-cv-00500 | Teasley et al v. Ethicon, Inc. et al | 151 |
| 2:13-cv-11836 | Tedesco et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-00499 | Thomas v. Ethicon, Inc. et al | 119 |
| 2:12-cv-01370 | Thomas v. Ethicon, Inc. et al | 67 |
| 2:13-cv-09839 | Thomases et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-01289 | Thompson v. Ethicon, Inc. et al | 9 |
| 2:13-cv-07323 | Truschke v. Ethicon, Inc. et al | 13 |
| 2:13-cv-09786 | Turner et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-09904 | Turpin v. Ethicon, Inc. et al | 14 |
| 2:12-cv-00469 | Tyler v. Ethicon, Inc. et al | 107 |
| 2:13-cv-11683 | Stadtler-Urban et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-15712 | Velazquez v. Ethicon, Inc. et al | 16 |
| 2:13-cv-06292 | Vilcinskas et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-00906 | Wafer et al v. Ethicon, Inc. et al | 19 |
| 2:12-cv-00276 | Warlick et al v. Ethicon, Inc. et al | 123 |
| 2:12-cv-02381 | Warren v. Ethicon, Inc. et al | 40 |
| 2:13-cv-04651 | Webb et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-06640 | Weeks et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-11017 | Williams et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-04882 | Williams v. Ethicon, Inc. et al | 14 |
| 2:12-cv-01739 | Williamson et al v. Ethicon, Inc. et al | 57 |
| 2:13-cv-05346 | Willis et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-03922 | Wolfe et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-02311 | Griffie v. Ethicon, Inc. et al | 18 |
| 2:14-cv-20822 | Aguayo v. Ethicon, Inc. et al | 12 |
| 2:13-cv-31486 | Akers et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-22670 | Allan et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-16968 | Almsteadt v. Ethicon, Inc. et al | 13 |
| 2:13-cv-31429 | Anderson v. Ethicon, Inc. et al | 14 |
| 2:14-cv-16970 | Anderson v. Ethicon, Inc. et al | 13 |
| 2:15-cv-10186 | Anderson v. Ethicon, Inc. et al | 12 |

| 2:12-cv-03599 | Bailey v. Ethicon, Inc. et al | 22 |
|---|---|---|
| 2:12-cv-04263 | Baker et al v. Ethicon, Inc. et al | 22 |
| 2:14-cv-20826 | Besecker et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-18231 | Bettendorf et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-03458 | Bishop v. Ethicon, Inc. et al | 13 |
| 2:13-cv-14589 | Blakely et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-33270 | Blizzard v. Ethicon, Inc. et al | 13 |
| 2:14-cv-19050 | Blue v. Ethicon, Inc. et al | 12 |
| 2:14-cv-16971 | Boje v. Ethicon, Inc. et al | 13 |
| 2:15-cv-15811 | Boucher et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-02982 | Bowling v. Ethicon, Inc. et al | 14 |
| 2:14-cv-25150 | Box v. Ethicon, Inc. et al | 12 |
| 2:14-cv-16973 | Bradds v. Ethicon, Inc. et al | 13 |
| 2:14-cv-20827 | Bradley v. Ethicon, Inc. et al | 12 |
| 2:14-cv-20828 | Brake v. Ethicon, Inc. et al | 12 |
| 2:14-cv-22768 | Brakenberry et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-19998 | Brown v. Ethicon, Inc. et al | 12 |
| 2:14-cv-20829 | Brown v. Ethicon, Inc. et al | 12 |
| 2:12-cv-03525 | Broyles et al v. Ethicon, Inc. et al | 25 |
| 2:14-cv-19052 | Bubert-Coffin v. Ethicon, Inc. et al | 12 |
| 2:14-cv-20836 | Burkhart v. Ethicon, Inc. et al | 12 |
| 2:15-cv-14332 | Bushard-Albright et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-02463 | Buster v. Ethicon, Inc. et al | 12 |
| 2:15-cv-03459 | Butler v. Ethicon, Inc. et al | 13 |
| 2:14-cv-15943 | Capps v. Ethicon, Inc. et al | 14 |
| 2:13-cv-12578 | Carden v. Ethicon, Inc. et al | 13 |
| 2:14-cv-16975 | Cardenas et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-16976 | Carpenter et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-02328 | Carroll et al v. Ethicon, Inc. et al | 31 |
| 2:14-cv-19053 | Carter v. Ethicon, Inc. et al | 12 |
| 2:14-cv-22801 | Castrellon v. Ethicon, Inc. et al | 12 |
| 2:15-cv-06093 | Christian et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-20852 | Clark v. Ethicon, Inc. et al | 12 |
| 2:14-cv-20860 | Clavon et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-03388 | Coby v. Ethicon, Inc. et al | 13 |
| 2:14-cv-20899 | Cockrell et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-20901 | Colitzas v. Ethicon, Inc. et al | 12 |
| 2:15-cv-12400 | Comero v. Ethicon, Inc. et al | 12 |
| 2:14-cv-03868 | Connor v. Ethicon, Inc. et al | 11 |

| | | |
|---|---|---|
| 2:15-cv-07402 | Cooper et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-05884 | Covington et al v. Ethicon, Inc. et al | 20 |
| 2:12-cv-04265 | Cox v. Ethicon, Inc. et al | 22 |
| 2:16-cv-08937 | Crockett v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12607 | Cruz v. Ethicon, Inc. et al | 11 |
| 2:14-cv-19055 | Cruz v. Ethicon, Inc. et al | 12 |
| 2:13-cv-01994 | Cruzado et al v. Ethicon, Inc. et al | 28 |
| 2:12-cv-01834 | Bishop v. Ethicon, Inc. et al | 52 |
| 2:14-cv-05595 | Cuneo, et al v. Ethicon, Inc., et al | 14 |
| 2:15-cv-06094 | Cunningham et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-08939 | Custer v. Ethicon, Inc. et al | 11 |
| 2:15-cv-09532 | Davis v. Ethicon, Inc. et al | 12 |
| 2:14-cv-17614 | Davis et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-20925 | Decator-Madison et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-01985 | DeForrest et al v. Ethicon, Inc. et al | 51 |
| 2:12-cv-08972 | Miller-Delany v. Ethicon, Inc. et al | 15 |
| 2:14-cv-16680 | Derosiers v. Ethicon, Inc. et al | 14 |
| 2:12-cv-01979 | DeVoe et al v. Ethicon, Inc. et al | 41 |
| 2:16-cv-01786 | Downie et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-11229 | Dupree v. Ethicon, Inc. et al | 12 |
| 2:14-cv-10248 | Eisel v. Ethicon, Inc. et al | 14 |
| 2:13-cv-12423 | Ellington et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-29692 | Esparza et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-00277 | Essman et al v. Ethicon, Inc. et al | 108 |
| 2:15-cv-16052 | Euliss v. Ethicon, Inc. et al | 11 |
| 2:13-cv-01364 | Factor, et al v. Ethicon, Inc., et al | 17 |
| 2:15-cv-03460 | Farber et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-22963 | Faron et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-02792 | Fisher v. Ethicon, Inc. et al | 34 |
| 2:16-cv-12020 | Flores et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-08493 | Flowers et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-10032 | Force et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-03396 | Foreman v. Ethicon, Inc. et al | 13 |
| 2:15-cv-15395 | Fournier v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12401 | Frank et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-11240 | Freed v. Ethicon, Inc. et sl | 12 |
| 2:14-cv-16982 | Ganus v. Ethicon, Inc. et al | 12 |