# EXHIBIT A

JORDI EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Paholke | Elyece Leone Manfield | 2:17cv01100 |
| March | Brenda Loomis Lee | 2:13cv22928 |
| Strickland | April Morris Johnson Bright | 2:14cv12770 |
| Rueb | Katherine Katharine Elizabeth Crutchley Roehm Childers | 2:13cv32138 |
| Smith | Melva Jean | 2:13cv32406 |
| Sugg | Lenda Sue Potter Morrison | 2:12cv06033 |
| Baumgardner | Deborah Kay Thomas | 2:14cv24274 |
| Green | Nancy Ann Hughes | 2:13cv22087 |
| Weisz | Kathryn Lynn Bergan | 2:14cv24481 |
| Balsamo | Mary Ann | 2:14cv27839 |
| Coghlan | Linda Perry | 2:14cv18583 |
| Dafryck | Judy Ann Te'o | 2:13cv32034 |
| Dunlap | Donna Fern Wallace | 2:14cv11689 |
| Pelican | Cathy M. Pichalski | 2:15cv14522 |
| Rafal | Lisa Renee Pruss | 2:13cv30924 |
| Shaw | Lisa Michele Jenkins | 2:14cv25802 |
| Valdez | Linda Joyce Rodriguez | 2:14cv15375 |
| Vincent | Crystal Sims | 2:14cv10298 |
| Willis | Sherry Christine Hammond | 2:14cv14532 |
| Tindall | Donna D. Grieshach McDonald Carpenter Oliver Woodcock | 2:14cv24096 |
| Soto | Candida Camacho | 2:14cv20814 |
| Suppa | Corrinne L. Cochran | 2:14cv15978 |
| Bowling | Colleen Kelly M. Spradley Millhone | 2:14cv26063 |
| Bredlow | Joy Lynn Ford Stacy | 2:13cv33415 |
| Stone | Susan I. Roberta Pickett Vernor | 2:14cv24922 |
| Collins | Tina M. Libby Baldwin Jalbert | 2:14cv16375 |
| Rowan | Tammy Lynn | 2:14cv02822 |
| Deforest | Carrie Ellen Walters Blackburn | 2:14cv29458 |
| Peltier-Ettiene | Joan R. | 2:14cv24479 |
| Thomas | Marti Rachel Keegan Rhodes | 2:14cv19682 |