# EXHIBIT A

MAYS EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Cadell | Jessica M. Graf | 2:17cv04154 |
| Shull | Maxine Minnie Lilly | 2:12cv02296 |
| Searle-Rittle | Donna M. | 2:12cv06734 |
| Phillips | Mary Ann | 2:14cv17089 |
| Flath | Monica Margaret Davey | 2:14cv18397 |
| Halvorson | Julie Michelle Jackson | 2:14cv17037 |
| Hoss | Susan Thirkill | 2:13cv20079 |
| Kuhn | Sheryl Ann Peters | 2:14cv12593 |
| Heide | Cheryl M. Oxie | 2:14cv14441 |
| Fishman | Roberta Ann Brown | 2:14cv11047 |
| Greenwald | Carolyn White Marie | 2:14cv13810 |
| Hill | Christi Jo Hamilton | 2:13cv33413 |
| Adler | Evelyn Weiman | 2:17cv00158 |
| LaVoie | Kara N. | 2:13cv20077 |
| Krieg | Susan Behan Eleanor | 2:14cv19005 |
| Carr | Frances C. Carmel Tigue | 2:15cv05206 |
| Zastrow | Sarah Yvonne Wickwire Young | 2:13cv02421 |
| McLester | Carrie Beth Lambert | 2:17cv02668 |
| Porogi | Jeanine Porogi Wilcox | 2:14cv28635 |
| Cotton | Clara M. Conigan | 2:14cv16852 |
| Rourke | Pamela Miller | 2:13cv03866 |
| Daughters | Isabel | 2:14cv17334 |
| Price | Kimberly A. Crane | 2:15cv04178 |
| Bateman | Sharon Marie Lanzi | 2:14cv30004 |
| Wherry | Carol Lynn Jordan | 2:15cv08119 |
| Garcia | Rene Rebeca Barrita | 2:17cv02665 |
| Birkestrand | Carol Myran Barenberg Teuscher | 2:17cv03331 |
| Wilson | Jacqueline Jean Rinnels | 2:17cv04055 |
| Garcia-Valdez | Trinie | 2:14cv13951 |
| Polese | Elizabeth M. Capuzziello Lanman Ackermen | 2:14cv12542 |
| Shahbaz | Frieda Yaghobian | 2:13cv26237 |
| Powers | Linda Cochran | 2:14cv12626 |
| Foster | Marsha L. Crooker Hoback Morris | 2:15cv12513 |
| Catherman | Kathy Kathryn May Hale Stelling Hammett | 2:16cv05309 |
| Wolfe | Rhonda Dawson | 2:15cv12707 |
| Lane | Lisa Terese Meyer Kemppainen Supanich | 2:15cv04342 |
| Nunn | Edna Irene Tester | 2:15cv03265 |
| Gray | Teresa Berry | 2:15cv03266 |
| Seid | Karen Renae | 2:14cv13773 |
| Hartzell | Jeanne Schopp | 2:16cv08276 |
| Roberson | Diane Jane Isaacs | 2:15cv03277 |

MAYS EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Mullins | Evelyn Diana Jennings | 2:15cv12704 |
| Smith | Linda Shepard Decker Mann | 2:15cv13659 |
| Smith | Alice Ann Mullins | 2:15cv13745 |
| Holmer | Wanda Ann Barber | 2:17cv00093 |
| Lueb | Mary Ann Everett | 2:17cv03978 |
| Cloutier | Deborah Clark | 2:15cv11930 |
| Gosper | Robin Gail Hamzehpour Flannery | 2:17cv00316 |
| Winebrenner | Nancy Underwood Pugh | 2:17cv00576 |
| Famigletti | Susan E. Bailey | 2:12cv06576 |
| Weisz | Kathryn Lynn Bergan | 2:14cv24481 |
| Balsamo | Mary Ann | 2:14cv27839 |
| Coghlan | Linda Perry | 2:14cv18583 |
| Dafryck | Judy Ann Te'o | 2:13cv32034 |
| Dunlap | Donna Fern Wallace | 2:14cv11689 |
| Pelican | Cathy M. Pichalski | 2:15cv14522 |
| Rafal | Lisa Renee Pruss | 2:13cv30924 |
| Shaw | Lisa Michele Jenkins | 2:14cv25802 |
| Valdez | Linda Joyce Rodriguez | 2:14cv15375 |
| Vincent | Crystal Sims | 2:14cv10298 |
| Willis | Sherry Christine Hammond | 2:14cv14532 |
| Tindall | Donna D. Grieshach McDonald Carpenter Oliver Woodcock | 2:14cv24096 |
| Soto | Candida Camacho | 2:14cv20814 |
| Suppa | Corrinne L. Cochran | 2:14cv15978 |
| Bowling | Colleen Kelly M. Spradley Millhone | 2:14cv26063 |
| Bredlow | Joy Lynn Ford Stacy | 2:13cv33415 |
| Stone | Susan I. Roberta Pickett Vernor | 2:14cv24922 |
| Collins | Tina M. Libby Baldwin Jalbert | 2:14cv16375 |
| Rowan | Tammy Lynn | 2:14cv02822 |
| Deforest | Carrie Ellen Walters Blackburn | 2:14cv29458 |
| Peltier-Ettiene | Joan R. | 2:14cv24479 |
| Thomas | Marti Rachel Keegan Rhodes | 2:14cv19682 |
| Silva | Alicia DeLeon | 2:17cv02983 |
| Odor | Virginia Jane Ginger Allen | 2:13cv23786 |
| Cartner | Tiffany Diane Staton | 2:13cv31941 |
| Long | Misty Dawn Prilliman Mondoux Hermsen Ritchie | 2:17cv02667 |
| Williamson | Tabatha Sue Thompson | 2:17cv04021 |