# EXHIBIT A

PRIDDY EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Phillips | Mary Ann | 2:14cv17089 |
| Steele | Kelly Joyce Manus | 2:13cv23855 |
| Sansabrino | Joni Saviano | 2:14cv17174 |
| Murphy | Susan Saternis Oakes | 2:14cv27445 |
| Pringle | Cleola Lealand Benson Byrd | 2:13cv27200 |
| Daughters | Isabel | 2:14cv17334 |
| Cloutier | Deborah Clark | 2:15cv11930 |
| Gosper | Robin Gail Hamzehpour Flannery | 2:17cv00316 |
| Vituschi-Allen | Patricia Leigh | 2:16cv06064 |
| Ash | Tammy Lynn | 2:16cv11635 |
| Casebolt | Cheryl Camille | 2:16cv11636 |
| Kmiec | Lisa A. Seidler Gonzalez | 2:13cv24531 |
| Jacobsen | Joni Marie Shaw | 2:13cv24530 |
| Rapacki | Mary Rose Gabriel Chavez | 2:13cv19758 |
| Engstrom | Miriam Ann Yezbick | 2:17cv04172 |
| Golden | Yvette J. E. King | 2:13cv12710 |
| Winebrenner | Nancy Underwood Pugh | 2:17cv00576 |
| Weisz | Kathryn Lynn Bergan | 2:14cv24481 |
| Balsamo | Mary Ann | 2:14cv27839 |
| Coghlan | Linda Perry | 2:14cv18583 |
| Dafryck | Judy Ann Te'o | 2:13cv32034 |
| Dunlap | Donna Fern Wallace | 2:14cv11689 |
| Pelican | Cathy M. Pichalski | 2:15cv14522 |
| Rafal | Lisa Renee Pruss | 2:13cv30924 |
| Shaw | Lisa Michele Jenkins | 2:14cv25802 |
| Valdez | Linda Joyce Rodriguez | 2:14cv15375 |
| Vincent | Crystal Sims | 2:14cv10298 |
| Willis | Sherry Christine Hammond | 2:14cv14532 |
| Tindall | Donna D. Grieshach McDonald Carpenter Oliver Woodcock | 2:14cv24096 |
| Soto | Candida Camacho | 2:14cv20814 |
| Suppa | Corrinne L. Cochran | 2:14cv15978 |
| Bowling | Colleen Kelly M. Spradley Millhone | 2:14cv26063 |
| Bredlow | Joy Lynn Ford Stacy | 2:13cv33415 |
| Stone | Susan I. Roberta Pickett Vernor | 2:14cv24922 |
| Collins | Tina M. Libby Baldwin Jalbert | 2:14cv16375 |
| Rowan | Tammy Lynn | 2:14cv02822 |
| Deforest | Carrie Ellen Walters Blackburn | 2:14cv29458 |
| Peltier-Ettiene | Joan R. | 2:14cv24479 |

PRIDDY EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Thomas | Marti Rachel Keegan Rhodes | 2:14cv19682 |
| Hitt | Kim Marcel Terese Marcel | 2:13cv22103 |
| Long | Misty Dawn Prilliman Mondoux Hermsen Ritchie | 2:17cv02667 |
| Murray | Mary T. Brennan | 2:13cv24573 |
| Montejano | Angie Garza | 2:16cv11752 |