IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
    PELVIC REPAIR SYSTEM                                        MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon Defendants") pursuant to the procedures established by Pretrial Order ("PTO") No. 302. *See* PTO No. 302, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020].

As stated in PTO No. 302, the Court established certain procedures to prompt dismissals of settled cases. Under these procedures, the Court directed the Ethicon Defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the Court also mandated that the Ethicon Defendants file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon Defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the Court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The Court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Civil Action Number | Case Name | ECF Number Corresponding to the Motion |
|---|---|---|
| 2:12-cv-01845 | Adams v. Ethicon, Inc. et al | 20 |
| 2:13-cv-20906 | Barrett et al v. Johnson & Johnson et al | 31 |
| 2:12-cv-02741 | Bell et al v. Ethicon, Inc. et al | 58 |
| 2:13-cv-19614 | Betts et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-24466 | Boyd v. Ethicon, Inc. et al | 10 |
| 2:12-cv-08631 | Brandies v. Ethicon, Inc. et al | 16 |
| 2:13-cv-06505 | Burke et al v. Johnson & Johnson et al | 21 |
| 2:14-cv-26798 | Cannon et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-24487 | Carter et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-27611 | Caster et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-17584 | Clark v. Ethicon, Inc. et al | 16 |
| 2:14-cv-16969 | Clark v. Ethicon, Inc. et al | 14 |
| 2:16-cv-01204 | Collins v. Ethicon, Inc. et al | 10 |
| 2:13-cv-32590 | Connell et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-08202 | Costello v. Johnson & Johnson et al | 16 |
| 2:13-cv-09170 | Crenshaw v. Johnson & Johnson et al | 16 |
| 2:15-cv-01503 | Davis et al v. Johnson & Johnson et al | 13 |
| 2:13-cv-06424 | Davis v. Ethicon, Inc. et al | 16 |
| 2:14-cv-28946 | Drake v. Johnson & Johnson et al | 19 |
| 2:14-cv-15213 | Ferguson et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-10875 | Flowers v. Ethicon, Inc. et al | 18 |
| 2:14-cv-13343 | Ford et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-05990 | Garcia et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-10586 | Geiger v. Ethicon, Inc. et al | 13 |
| 2:14-cv-00324 | Gilbert v. Ethicon, Inc. et al | 15 |
| 2:12-cv-01547 | Gilbo v. Ethicon, Inc. et al | 42 |
| 2:12-cv-01120 | Goddin v. Ethicon, Inc. et al | 29 |
| 2:12-cv-05703 | Gray v. Ethicon, Inc. et al | 24 |
| 2:12-cv-04691 | Green et al v. Ethicon, Inc. et al | 21 |
| 2:13-cv-21436 | Griffin et al v. Ethicon, Inc. et al | 9 |
| 2:16-cv-01921 | Griffith et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-02816 | Guidry v. Ethicon, Inc. et al | 41 |
| 2:14-cv-00678 | Gunderson et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-24498 | Hall et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-21923 | Hamoud v. Ethicon, Inc. et al | 18 |
| 2:14-cv-10879 | Happich et al v. Ethicon, Inc. et al | 14 |

| | | |
|---|---|---:|
| 2:12-cv-00711 | Harris v. Ethicon, Inc. et al | 38 |
| 2:14-cv-25000 | Harszy et al v. Ethicon, Inc. et al | 23 |
| 2:12-cv-00502 | Hayzlett v. Ethicon, Inc. et al | 59 |
| 2:13-cv-23235 | Hambree v. Ethicon, Inc. et al | 14 |
| 2:13-cv-23063 | Henry et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-21106 | Humas et al v. Johnson & Johnson et al | 21 |
| 2:13-cv-04652 | James v. Ethicon, Inc. et al | 13 |
| 2:13-cv-31720 | Johnson et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-10829 | Johnson et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-03950 | Jones et al v. Ethicon, Inc. et al | 24 |
| 2:12-cv-00787 | Joplin v. Ethicon, Inc. et al | 151 |
| 2:13-cv-12823 | Kelly v. Ethicon, Inc. et al | 17 |
| 2:15-cv-04332 | Large v. Ethicon, Inc. et al | 11 |
| 2:14-cv-29195 | Lee v. Johnson & Johnson et al | 13 |
| 2:14-cv-14691 | Matthews et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-08043 | McLaughlin v. Ethicon, Inc. et al | 26 |
| 2:14-cv-11992 | McLeod et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-27636 | Meitz et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-08044 | Michael-Packer v. Ethicon, Inc. et al | 25 |
| 2:13-cv-05261 | Miles v. Johnson & Johnson et al | 18 |
| 2:12-cv-09550 | Millan et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-26233 | Mills et al v. Johnson & Johnson et al | 14 |
| 2:14-cv-15487 | Moore v. Ethicon, Inc. et al | 14 |
| 2:13-cv-07112 | Motta et al v. Johnson & Johnson et al | 21 |
| 2:13-cv-06070 | Murphy v. Ethicon, Inc. et al | 13 |
| 2:12-cv-04989 | Nelson et al v. Ethicon, Inc. et al | 31 |
| 2:15-cv-12502 | Ninomoto v. Johnson & Johnson et al | 14 |
| 2:13-cv-24529 | Nix et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-20369 | O'Connor v. Ethicon, Inc. et al | 10 |
| 2:16-cv-04335 | Pate-Hancock v. Ethicon, Inc. et al | 9 |
| 2:13-cv-26859 | Patton v. Ethicon, Inc. et al | 13 |
| 2:12-cv-04980 | Perez v. Johnson & Johnson et al | 26 |
| 2:15-cv-13123 | Pezikian v. Ethicon, Inc. et al | 14 |
| 2:13-cv-14065 | Pittsley et al v. Ethicon, Inc. et al | 39 |
| 2:15-cv-12356 | Ponzoa v. Ethicon, Inc. et al | 9 |
| 2:13-cv-21167 | Potts et al v. Johnson & Johnson et al | 26 |
| 2:13-cv-21109 | Randolph v. Johnson & Johnson et al | 20 |
| 2:13-cv-11916 | Reeves v. Ethicon, Inc. et al | 20 |
| 2:16-cv-05390 | Richard v. Ethicon, Inc. et al | 9 |
| 2:13-cv-25783 | Robertson et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-25177 | Rogers v. Ethicon, Inc. et al | 10 |

| | | |
|---|---|---|
| 2:13-cv-03111 | Romero et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-11623 | Romine v. Ethicon, Inc. et al | 12 |
| 2:14-cv-00464 | Ryan et al v. Ethicon, Inc. et al | 15 |
| 2:16-cv-06107 | Saani v. Ethicon, Inc. et al | 8 |
| 2:14-cv-15492 | Sheek et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-07504 | Shelton et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-12002 | Shephard v. Ethicon, Inc. et al | 12 |
| 2:13-cv-27325 | Sherrill v. Ethicon, Inc. et al | 17 |
| 2:13-cv-26075 | Sicurezza et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-06115 | Simpson v. Ethicon, Inc. et al | 9 |
| 2:13-cv-14106 | Sitten et al v. Johnson & Johnson et al | 33 |
| 2:12-cv-09291 | Smith v. Ethicon, Inc. et al | 15 |
| 2:14-cv-12816 | Soils v. Ethicon, Inc. et al | 18 |
| 2:13-cv-04055 | Spel et al v. Ethicon, Inc. et al | 20 |
| 2:15-cv-07911 | Spivey v. Johnson & Johnson et al | 20 |
| 2:13-cv-19593 | Stephenson v. Ethicon, Inc. et al | 23 |
| 2:15-cv-11875 | Stevens v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12690 | Stone et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-16287 | Stringer et al v. Ethicon, Inc. et al | 20 |
| 2:12-cv-04258 | Sullivan v. Ethicon, Inc. et al | 36 |
| 2:14-cv-24031 | Sutton v. Johnson & Johnson et al | 20 |
| 2:16-cv-06464 | Taylor et al v. Johnson & Johnson et al | 13 |
| 2:14-cv-24019 | Taylor et al v. Johnson & Johnson et al | 20 |
| 2:12-cv-08747 | Templeton et al v. Ethicon, Inc. et al | 20 |
| 2:14-cv-12012 | Thomas et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-11157 | Tijerina et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-04057 | Tillman v. Ethicon, Inc. et al | 16 |
| 2:14-cv-12015 | Torres v. Ethicon, Inc. et al | 12 |
| 2:15-cv-01946 | Troup et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-04947 | Truesdale et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-28330 | Turner v. Ethicon, Inc. et al | 9 |
| 2:14-cv-22721 | Vela v. Ethicon, Inc. et al | 10 |
| 2:14-cv-12019 | Vendur et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-07512 | Vick v.Ethicon, Inc. et al | 17 |
| 2:14-cv-15569 | Violin v. Ethicon, Inc. et al | 14 |
| 2:14-cv-28333 | Waldron v. Ethicon, Inc. et al | 9 |
| 2:13-cv-03020 | Walker v. Ethicon, Inc. et al | 17 |
| 2:13-cv-17649 | Wells v. Ethicon, Inc. et al | 15 |
| 2:13-cv-26067 | Whittle et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-06231 | Wright v. Ethicon, Inc. et al | 11 |
| 2:12-cv-08143 | Almy et al v. Ethicon, Inc. et al | 19 |

| | | |
|---|---|---|
| 2:13-cv-02601 | Anderson et al v. Ethcn, Inc. et al | 18 |
| 2:12-cv-05610 | Anderson v. Ethicon, Inc. et al | 18 |
| 2:13-cv-10451 | Austin et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-12079 | Avila et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-02577 | Baca v. Ethicon, Inc. et al | 16 |
| 2:12-cv-03728 | Ball et al v. Ethicon, Inc. et al | 45 |
| 2:13-cv-17010 | Bawa et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-09021 | Bear et al v.Ethicon, Inc. et al | 14 |
| 2:12-cv-05686 | Beatrice et al v. Ethicon, Inc. et al | 38 |