IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
     PELVIC REPAIR SYSTEM                        MDL NO. 2327
     PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

### ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon Defendants") pursuant to the procedures established by Pretrial Order ("PTO") No. 302. *See* PTO No. 302, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020].

As stated in PTO No. 302, the Court established certain procedures to prompt dismissals of settled cases. Under these procedures, the Court directed the Ethicon Defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the Court also mandated that the Ethicon Defendants file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon Defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the Court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The Court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  September 17, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Civil Action Number | Case Name | ECF Number Corresponding to the Motion |
|---|---|---|
| 2:13-cv-12419 | Garcia v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12969 | Godi v. Ethicon, Inc. et al | 11 |
| 2:16-cv-03179 | Gonzales v. Ethicon, Inc. et al | 11 |
| 2:15-cv-07830 | Gottschalk et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-09406 | Gralewski v. Ethicon, Inc. et al | 17 |
| 2:15-cv-14089 | Graves et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-01832 | Gray v. Ethicon, Inc. et al | 44 |
| 2:14-cv-20972 | Griffith et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-03993 | Grover et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-22977 | Grunwaldt et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-01831 | Guy v. Ethicon, Inc. et al | 48 |
| 2:15-cv-13487 | Hackley v. Ethicon, Inc. et al | 11 |
| 2:14-cv-17616 | Hadges v. Ethicon, Inc. et al | 14 |
| 2:13-cv-31433 | Halderman-Madden et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-16984 | Hall et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-05772 | Halterman et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-22978 | Hamilton et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-01564 | Hammond et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12976 | Hampton et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-19999 | Hanley et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-05519 | Hansen v. Ethicon, Inc. et al | 12 |
| 2:12-cv-09487 | Harrell et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-22983 | Harris v. Ethicon, Inc. et al | 14 |
| 2:14-cv-10252 | Harrison v. Ethicon, Inc. et al | 11 |
| 2:14-cv-19056 | Hart v. Ethicon, Inc. et al | 12 |
| 2:14-cv-11458 | Hartline v. Ethicon, Inc. et al | 19 |
| 2:14-cv-20982 | Hartman et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-01657 | Hatfield et al v. Ethicon, Inc. et al | 42 |
| 2:14-cv-10042 | Hazel et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-20984 | Heisner et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-05797 | Helton v. Ethicon, Inc. et al | 11 |
| 2:14-cv-05801 | Henry et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-16981 | Frizell-Henry et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-01858 | Hensley v. Ethicon, Inc. et al | 45 |
| 2:14-cv-10048 | Hernandez et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-19057 | Hertzog et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-10255 | Hicks et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-01990 | Higgins v. Ethicon, Inc. et al | 44 |

| 2:14-cv-05817 | Higgins et al v. Ethicon, Inc. et al | 15 |
|---|---|---|
| 2:12-cv-04012 | Hightower v. Ethicon, Inc. et al | 25 |
| 2:12-cv-00806 | Hill et al v. Ethicon, Inc. et al | 99 |
| 2:16-cv-02583 | Hillyard v. Ethicon, Inc. et al | 11 |
| 2:15-cv-05518 | Hinson v. Ethicon, Inc. et al | 12 |
| 2:14-cv-20986 | Hobbs et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-22989 | Hodges et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-12361 | Hodo et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-20988 | Hoeck et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-15319 | Hohlt v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12129 | Holden v. Ethicon, Inc. et al | 11 |
| 2:15-cv-04420 | Hollister et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-05819 | Holt v. Ethicon, Inc. et al | 11 |
| 2:14-cv-22993 | Holtz v. Ethicon, Inc. et al | 12 |
| 2:16-cv-08940 | Hong v. Ethicon, Inc. et al | 11 |
| 2:15-cv-13455 | Hooker et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-11980 | Hooten v. Ethicon, Inc. et al | 9 |
| 2:16-cv-01787 | Horvath v. Ethicon, Inc. et al | 12 |
| 2:13-cv-01993 | Howell et al v. Ethicon, Inc. et al | 36 |
| 2:15-cv-13321 | Huber v. Ethicon, Inc. et al | 11 |
| 2:15-cv-09144 | Hudson et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-05822 | Huffman et al v. Ethicon, Inc. et al | 11 |
| 2:17-cv-01278 | Hunt v. Ethicon, Inc. et al | 9 |
| 2:14-cv-10056 | Huseby v. Ethicon, Inc. et al | 11 |
| 2:14-cv-19058 | Illian v. Ethicon, Inc. et al | 12 |
| 2:14-cv-20990 | Ingram v. Ethicon, Inc. et al | 11 |
| 2:14-cv-05824 | Ingram et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-16002 | Insley et al v. C. R. Bard, Inc. et al | 19 |
| 2:14-cv-10058 | Jackson et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12403 | Jaco v. Ethicon, Inc. et al | 11 |
| 2:15-cv-07399 | Jacobsen et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-12740 | Jean v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12402 | Jeffrey et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-16117 | Jeffries v. Ethicon, Inc. et al | 15 |
| 2:14-cv-24218 | Johnson v. Ethicon, Inc. et al | 12 |
| 2:14-cv-05827 | Johnson v. Ethicon, Inc. et al | 11 |
| 2:15-cv-13105 | Johnson v. Ethicon, Inc. et al | 11 |
| 2:15-cv-06964 | Johnson et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-11475 | Jones v. Ethicon, Inc. et al | 12 |
| 2:14-cv-16987 | Jones et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-00010 | Jones v. Ethicon, Inc. et al | 10 |
| 2:14-cv-10061 | Jones et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-16988 | Kading et al v. Ethicon, Inc. et al | 12 |

| 2:14-cv-20003 | Kalch v. Ethicon, Inc. et al | 12 |
|---|---|---|
| 2:14-cv-29131 | Kauffman v. Ethicon, Inc. et al | 17 |
| 2:15-cv-13740 | Keeling v. Ethicon, Inc. et al | 11 |
| 2:14-cv-10067 | Keithley et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-12421 | Kelly et al v. Ethicon, Inc. et al | 17 |
| 2:14-cv-09289 | Kennedy v. Ethicon, Inc. et al | 11 |
| 2:15-cv-04091 | Kennedy v. Ethicon, Inc. et al | 11 |
| 2:15-cv-07560 | Kerl v. Ethicon, Inc. et al | 12 |
| 2:16-cv-02585 | Kerstetter et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-20995 | Kille v. Ethicon, Inc. et al | 12 |
| 2:14-cv-22550 | King v. Ethicon, Inc. et al | 12 |
| 2:14-cv-10073 | Kinney v. Ethicon, Inc. et al | 10 |
| 2:14-cv-10076 | Kirtinitis v. Ethicon, Inc. et al | 11 |
| 2:15-cv-07403 | Kite v. Ethicon, Inc. et al | 12 |
| 2:14-cv-20997 | Kohen v. Ethicon, Inc. et al | 12 |
| 2:13-cv-13762 | Kresch et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-17583 | Kroll v. Ethicon, Inc. et al | 10 |
| 2:14-cv-22562 | Kuehn et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-20999 | Kuhn v. Ethicon, Inc. et al | 12 |
| 2:15-cv-13456 | Kukla et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-21006 | La Rose et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-10271 | Labbe et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12977 | Lafitte v. Ethicon, Inc. et al | 11 |
| 2:13-cv-03808 | Lafler et al v. Ethicon, Inc. et al | 16 |
| 2:15-cv-08497 | Lamond et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-04335 | Lancaster et al v. C. R. Bard, Inc. et al | 18 |
| 2:15-cv-12840 | Lancaster et al v. C. R. Bard, Inc. et al | 11 |
| 2:14-cv-10081 | Landgraf et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-07561 | Lane v. Ethicon, Inc. et al | 12 |
| 2:14-cv-19059 | Lane et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-06608 | Lanigan-Smith et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-20109 | Latavitz v. Ethicon, Inc. et al | 19 |
| 2:15-cv-13488 | Lauher v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12978 | Law v. Ethicon, Inc. et al | 11 |
| 2:16-cv-09405 | Laws v. Ethicon, Inc. et al | 10 |
| 2:13-cv-01711 | Layne v. Ethicon, Inc. et al | 15 |
| 2:15-cv-07931 | Ledford v. Ethicon, Inc. et al | 11 |
| 2:14-cv-10226 | Lehman v. Ethicon, Inc. et al | 11 |
| 2:14-cv-10458 | Lenhart et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-11987 | Leon v. Ethicon, Inc. et al | 11 |
| 2:13-cv-09350 | Lester v. Ethicon, Inc. et al | 14 |
| 2:14-cv-16995 | Limke et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-27806 | Lines v. Ethicon, Inc. et al | 12 |

| | | |
|---|---|---|
| 2:14-cv-10094 | Littau et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-31437 | Little et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-12970 | Littlefield v. Ethicon, Inc. et al | 11 |
| 2:14-cv-22589 | Lockert v. Ethicon, Inc. et al | 12 |
| 2:14-cv-01345 | Logan et al v. Ethicon, Inc. et al | 34 |
| 2:14-cv-19061 | Loper et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-14291 | Loucks et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-22592 | Lovinggood et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-19062 | Lucier v. Ethicon, Inc. et al | 12 |
| 2:12-cv-01853 | Luna v. Ethicon, Inc. et al | 43 |
| 2:15-cv-12404 | Lynch et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-19063 | Main et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-07400 | Maniscalco et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-21025 | Martin v. Ethicon, Inc. et al | 12 |
| 2:14-cv-09194 | Martinez et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-21027 | Matthews v. Ethicon, Inc. et al | 13 |
| 2:14-cv-19064 | Mayabb v. Ethicon, Inc. et al | 12 |
| 2:14-cv-19065 | Mayhugh v. Ethicon, Inc. et al | 12 |
| 2:13-cv-15672 | McBee et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-22595 | McBrayer v. Ethicon, Inc. et al | 14 |
| 2:14-cv-01620 | McComb et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-12250 | McCullar et al v. Ethicon, Inc. et al | 19 |
| 2:14-cv-21036 | McElroy et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-21038 | McGarry v. Ethicon, Inc. et al | 14 |
| 2:15-cv-07996 | McGorisk et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-21055 | McKitrick v. Ethicon, Inc. et al | 14 |
| 2:14-cv-27444 | McNelley v. Ethicon, Inc. et al | 12 |
| 2:15-cv-03463 | McPhail v. Ethicon, Inc. et al | 11 |
| 2:14-cv-15443 | Meyers v. Ethicon, Inc. et al | 13 |
| 2:16-cv-01583 | Mick v. Ethicon, Inc. et al | 12 |
| 2:14-cv-21062 | Miller v. Ethicon, Inc. et al | 14 |
| 2:14-cv-29629 | Mitchell v. Ethicon, Inc. et al | 18 |
| 2:13-cv-31506 | Moessner et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-11832 | Montez v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12971 | Montgomery v. Ethicon, Inc. et al | 11 |
| 2:12-cv-04587 | Monto v. Ethicon, Inc. et al | 22 |
| 2:14-cv-22617 | Moore v. Ethicon, Inc. et al | 14 |
| 2:14-cv-29134 | Moralez v. Ethicon, Inc. et al | 19 |
| 2:17-cv-01144 | Morris v. Ethicon, Inc. et al | 11 |
| 2:15-cv-07404 | Mosch et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-10810 | Munjone v. Ethicon, Inc. et al | 14 |
| 2:12-cv-09807 | Nakken et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-12972 | Napoli v. Ethicon, Inc. et al | 11 |

| | | |
|---|---|---|
| 2:15-cv-03083 | Nelson et al v. Ethicon, Inc. et al | 12 |
| 2:17-cv-00402 | Nelson et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-29140 | Newbury et al v. Ethicon, Inc. et al | 21 |
| 2:15-cv-11718 | Newby et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-08941 | Newell v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12845 | Newell v. Ethicon, Inc. et al | 11 |
| 2:14-cv-24219 | Niebel v. Ethicon, Inc. et al | 12 |
| 2:13-cv-31439 | Nottingham et al v. Ethicon, Inc. et al | 16 |
| 2:15-cv-13742 | Oconner et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-19068 | Owens et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-10112 | Palmer v. Ethicon, Inc. et al | 11 |
| 2:15-cv-10551 | Palumbo et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-22411 | Pandya et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-12576 | Parham et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-11719 | Parks v. Ethicon, Inc. et al | 11 |
| 2:14-cv-09898 | Pashenee et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-21070 | Peek et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-08579 | Perry v. Ethicon, Inc. et al | 10 |
| 2:15-cv-15667 | Peterson v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12276 | Peterson et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-21074 | Piloto v. Ethicon, Inc. et al | 14 |
| 2:14-cv-21075 | Pittman v. Ethicon, Inc. et al | 14 |
| 2:14-cv-03605 | Powell et al v. Johnson & Johnson et al | 16 |
| 2:14-cv-10128 | Pressgrove et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-02329 | Pritchett v. Ethicon, Inc. et al | 32 |
| 2:14-cv-03614 | Punneo v. Ethicon | 15 |
| 2:15-cv-03028 | Putnam et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-10294 | Raiford v. Ethicon, Inc. et al | 14 |
| 2:14-cv-21091 | Rainey et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-04264 | Randall et al v. Ethicon, Inc. et al | 22 |
| 2:13-cv-09615 | Ray v. Ethicon, Inc. et al | 12 |
| 2:15-cv-12610 | Ray et al v. Ethicon, Inc. et al | 11 |
| 2:17-cv-01280 | Reachard et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-14478 | Reece-Leverett et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-21101 | Reed et al v. Ethicon, Inc. et al | 14 |
| 2:17-cv-01433 | Reeves v. Ethicon, Inc. et al | 9 |
| 2:14-cv-19070 | Reid v. Ethicon, Inc. et al | 12 |
| 2:14-cv-15944 | Reining v. Ethicon, Inc. et al | 14 |
| 2:16-cv-08947 | Reininger et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-07994 | Renteria et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-10333 | Rice et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-02694 | Rice et al v. Ethicon, Inc. et al | 16 |
| 2:15-cv-12847 | Rietz et al v. Ethicon, Inc. et al | 11 |

| | | |
|---|---|---|
| 2:14-cv-29139 | Rinck et al v. Ethicon, Inc. et al | 18 |
| 2:14-cv-14689 | Frassato et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-22647 | Rinder v. Ethicon, Inc. et al | 14 |
| 2:14-cv-09635 | Rivero v. Ethicon, Inc. et al | 14 |
| 2:15-cv-11898 | Roberts v. Ethicon, Inc. et al | 11 |
| 2:12-cv-02096 | Roberts et al v. Ethicon, Inc. et al | 40 |
| 2:14-cv-19071 | Roberts v. Ethicon, Inc. et al | 13 |
| 2:13-cv-31040 | Robles v. Ethicon | 13 |
| 2:16-cv-00006 | Roche et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12848 | Rodney v. Ethicon, Inc. et al | 11 |
| 2:14-cv-10301 | Rodriguez v. Ethicon | 11 |
| 2:14-cv-16999 | Roman et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-22905 | Rosema v. Ethicon, Inc. et al | 14 |
| 2:14-cv-10136 | Rowan v. Ethicon | 11 |
| 2:13-cv-28807 | Ruiz v. Ethicon | 13 |
| 2:13-cv-31510 | Ruiz et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-00011 | Ryan v. Ethicon, Inc. et al | 10 |
| 2:15-cv-07344 | Sanders et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-05803 | Sanders v. Ethicon | 11 |
| 2:15-cv-15174 | Saunier et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-22941 | Sawilla v. Ethicon, Inc. et al. | 14 |
| 2:13-cv-29471 | Schierbaum et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-03029 | Schilling et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-10477 | Schmidt v. Ethicon, Inc. et al | 10 |
| 2:16-cv-09306 | Schmiesing et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-07235 | Scholz v. Ethicon | 12 |
| 2:15-cv-07345 | Sevcech v. Ethicon, Inc. et al | 11 |
| 2:15-cv-04421 | Sewell et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-09271 | Shachtman et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-07246 | Sheets v. Ethicon | 15 |
| 2:13-cv-22385 | Sheets et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-25153 | Sheldon et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-15668 | Shelton v. Ethicon, Inc. et al | 11 |
| 2:15-cv-07158 | Shimanek v. Ethicon, Inc. et al | 12 |
| 2:14-cv-15103 | Shorts v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12849 | Shotlander et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-24841 | Silva v. Ethicon | 18 |
| 2:13-cv-28813 | Sims v. Ethicon, Inc. et al | 13 |
| 2:14-cv-11027 | Smith v. Ethicon, Inc. et al | 12 |
| 2:12-cv-02989 | Smith v. Ethicon, Inc. et al | 42 |
| 2:12-cv-04285 | Snyder et al v. Ethicon, Inc. et al | 24 |
| 2:12-cv-03570 | Soileau et al v. Ethicon, Inc. et al | 21 |
| 2:13-cv-32477 | Sotelo v. Ethicon, Inc. et al | 11 |

| 2:15-cv-07563 | Spivey et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-01827 | Steelman v. Ethicon, Inc. et al | 28 |
| 2:15-cv-13459 | Steltz v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12612 | Stevens v. Ethicon, Inc. et al | 11 |
| 2:13-cv-31444 | Stewart et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-24843 | Stone v. Ethicon, Inc. et al | 16 |
| 2:14-cv-10141 | Stone v. Ethicon, Inc. et al | 11 |
| 2:13-cv-29473 | Stone v. Ethicon, Inc. et al | 13 |
| ~~2:12-cv-01830~~ | ~~Strickland et al v. Ethicon, Inc. et al~~ | ~~60~~ |
| 2:16-cv-02754 | Suda-Parish et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-04261 | Sutton et al v. Ethicon, Inc. et al | 22 |
| 2:13-cv-21428 | Swaby et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-28814 | Sweitzer v. Ethicon, Inc. et al | 13 |
| 2:14-cv-23003 | Swinson et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-07257 | Sykes v. Ethicon, Inc. et al | 11 |
| 2:16-cv-00013 | Taliceo v. Ethicon, Inc. et al | 10 |
| 2:15-cv-09634 | Taylor et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-12405 | Taylor v. Ethicon, Inc. et al | 11 |
| 2:14-cv-20050 | Taylor v. Ethicon, Inc. et al | 12 |
| 2:14-cv-21155 | Teperino et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-09275 | Tetrault v. Ethicon, Inc. et al | 11 |
| 2:13-cv-28808 | Thompson v. Ethicon, Inc. et al | 13 |
| 2:12-cv-09772 | Tiller et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-32141 | Tippett v. Ethicon, Inc. et al | 12 |
| 2:13-cv-29475 | Tolentino v. Ethicon, Inc. et al | 13 |
| 2:14-cv-20069 | Torres v. Ethicon, Inc. et al | 12 |
| 2:14-cv-07269 | Treer v. Ethicon, Inc. et al | 11 |
| 2:15-cv-10553 | Trejo v. Ethicon, Inc. et al | 12 |
| 2:12-cv-01987 | Trimper v. Ethicon, Inc. et al | 34 |
| 2:14-cv-17005 | Troio et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-11703 | Trout v. Ethicon, Inc. et al | 12 |
| 2:12-cv-02331 | Tullier v. Ethicon, Inc. et al | 36 |
| 2:15-cv-08491 | Turner v. Ethicon, Inc. et al | 12 |
| 2:16-cv-03181 | Turner et al v. Ethicon, Inc. et al | 13 |
| 2:16-cv-09411 | Twigg v. Ethicon, Inc. et al | 11 |
| 2:15-cv-07442 | Tygart v. Ethicon, Inc. et al | 12 |
| 2:14-cv-10166 | Tyo v. Ethicon, Inc. et al | 11 |
| 2:14-cv-10179 | Van v. Ethicon, Inc. et al | 12 |
| 2:15-cv-13326 | Van Winkle v. Ethicon, Inc. et al | 11 |
| 2:14-cv-14294 | VanDyke v. Ethicon, Inc. et al | 13 |
| 2:14-cv-17006 | Vasquez v. Ethicon, Inc. et al | 14 |
| 2:17-cv-01193 | Vera v. Ethicon, Inc. et al | 9 |
| 2:15-cv-08256 | Vestal v. Ethicon, Inc. et al | 13 |

| 2:13-cv-28810 | Volpe v. Ethicon, Inc. et al | 13 |
|---|---|---|
| 2:14-cv-21172 | Vuncannon et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-20078 | Walker v. Ethicon, Inc. et al | 12 |
| 2:13-cv-32449 | Wallace v. Ethicon, Inc. et al | 11 |
| 2:13-cv-28811 | Wallace v. Ethicon, Inc. et al | 13 |
| 2:14-cv-17008 | Waterman et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-07525 | Watson v. Ethicon, Inc. et al | 11 |
| 2:17-cv-01909 | Weber v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12852 | West v. Ethicon, Inc. et al | 11 |
| 2:12-cv-07357 | West v. Ethicon, Inc. et al | 15 |
| 2:14-cv-07533 | Weston v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12742 | White v. Ethicon, Inc. et al | 11 |
| 2:14-cv-07534 | Wichman v. Ethicon, Inc. et al | 11 |
| 2:13-cv-02696 | Wilkinson et al v. Ethicon, Inc. et al | 16 |
| 2:16-cv-03042 | Williams et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-00657 | Williams v. Ethicon, Inc. et al | 94 |
| 2:16-cv-06609 | Williamson et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-23019 | Wilson et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-17010 | Wilson v. Ethicon, Inc. et al | 12 |
| 2:14-cv-23021 | Winchell v. Ethicon, Inc. et al | 14 |
| 2:14-cv-16684 | Winn et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-23023 | Winter v. Ethicon, Inc. et al | 14 |
| 2:16-cv-01569 | Wise et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-06451 | Wojtak et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-00335 | Wolfe v. Ethicon, Inc. et al | 97 |
| 2:13-cv-30340 | Wood v. Ethicon, Inc. et al | 13 |
| 2:14-cv-09317 | Woodward v. Ethicon, Inc. et al | 11 |
| 2:15-cv-06447 | Worthey et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-31449 | Zarnowiec et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-24221 | Zasa v. Ethicon, Inc. et al | 12 |
| 2:13-cv-26486 | Zindler et al v. Ethicon, LLC et al | 17 |
| 2:14-cv-21182 | Zuidema et al v. Ethicon, Inc. et al | 14 |