IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM                      MDL NO. 2327
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon Defendants") pursuant to the procedures established by Pretrial Order ("PTO") No. 302. *See* PTO No. 302, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020].

As stated in PTO No. 302, the Court established certain procedures to prompt dismissals of settled cases. Under these procedures, the Court directed the Ethicon Defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the Court also mandated that the Ethicon Defendants file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon Defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the Court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The Court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Civil Action Number | Case Name | ECF Number Corresponding to the Motion |
|---|---|---|
| 2:13-cv-02564 | Bush v. Ethicon, Inc. et al | 16 |
| 2:13-cv-09023 | Callanhan et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-03077 | Castillo et al v. Ethicon, Inc. et al | 87 |
| 2:12-cv-05698 | Cave v. Ethicon, inc. et al | 29 |
| 2:13-cv-06880 | Coe et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-03548 | Conley et al v. Ethicon, Inc. et al | 46 |
| 2:16-cv-00295 | Conti v. Ethicon, Inc. et al | 10 |
| 2:12-cv-04284 | Cortes et al v. Ethicon, Inc. et al | 49 |
| 2:12-cv-03079 | Damron et al v. Ethicon, Inc. et al | 96 |
| 2:12-cv-05718 | Datray et al v. Ethicon, Inc. et al | 35 |
| 2:12-cv-03726 | Davis et al v. Ethicon, Inc. et al | 51 |
| 2:12-cv-06080 | Dawson et al v. Ethicon, Inc. et al | 23 |
| 2:12-cv-05696 | Dyarman et al v. Ethicon, Inc. et al | 30 |
| 2:13-cv-01094 | Elkington et al v. Ethicon, Inc. et al | 17 |
| 2:12-cv-05678 | Ellenburg et al v. Ethicon, Inc. et al | 36 |
| 2:13-cv-04608 | Escamilla v. Ethicon, Inc. et al | 14 |
| 2:12-cv-03607 | Fannin et al v. Ethicon, Inc. et al | 55 |
| 2:13-cv-15113 | Flilippo et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-04607 | Fitts et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-05704 | Fulton et al v. Ethicon, Inc. et al | 30 |
| 2:13-cv-02592 | Garcia et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-02579 | Garza et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-12525 | Geriets et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-08150 | Goodwin v. Ethicon, Inc.et al | 21 |
| 2:14-cv-00721 | Gossen et al v. Ethicon, Inc. et al | 16 |
| 2:12-cv-08151 | Hall et al v. Ethicon, Inc. et al | 19 |
| 2:13-cv-16346 | Harmon v. Ethicon, Inc. et al | 13 |
| 2:13-cv-15544 | Harris v.Ethicon, Inc. et al | 16 |
| 2:12-cv-05633 | Harvley v. Ethicon, Inc. et al | 35 |
| 2:12-cv-02371 | Hofsommer et al v. Ethicon, Inc. et al | 37 |
| 2:13-cv-02596 | Jacobson et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-12070 | Jex et al v. Ethicon, Inc. et al | 17 |
| 2:12-cv-08155 | Johnson v. Ethicon, Inc. et al | 21 |
| 2:13-cv-10444 | Jones v. Ethicon, Inc. et al | 14 |
| 2:13-cv-01095 | Kimball et al v. Ethicon, Inc. et al | 17 |
| 2:12-cv-03081 | King v. Ethicon, Inc. et al | 89 |

| | | |
|---|---|---|
| 2:13-cv-18095 | Landry v. Ethicon, Inc. et al | 14 |
| 2:13-cv-17014 | Lopez et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-05675 | Lynam et al v. Ethicon, Inc. et al | 24 |
| 2:13-cv-10455 | Madsen et al v. Ethicon, Inc. et al | 18 |
| 2:12-cv-08159 | Maez v. Ethicon, Inc. et al | 18 |
| 2:13-cv-01096 | Mann et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-06879 | Mann et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-15533 | Martinez v. Ethicon, Inc. et al | 16 |
| 2:12-cv-05320 | Milani v. Ethicon, Inc. et al | 32 |
| 2:12-cv-05695 | Murphy et al v. Ethicon, Inc. et al | 35 |
| 2:13-cv-09026 | Mutte et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-23542 | Odom v. Ethicon, Inc. et al | 16 |
| 2:12-cv-08164 | Park v. Ethicon, Inc. et al | 25 |
| 2:13-cv-02589 | Pettway et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-12526 | Radliff et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-03082 | Reed v. Ethicon, Inc. et al | 77 |
| 2:12-cv-05720 | Richards et al v. Ethicon, Inc. et al | 25 |
| 2:13-cv-12086 | Roman-Hall v. Ethicon, Inc. et al | 14 |
| 2:12-cv-00663 | Ruebel v. Ethicon, Inc. et al | 162 |
| 2:13-cv-18464 | Ruehlen v. Ethicon, Inc. et al | 21 |
| 2:13-cv-10449 | Sassa v. Ethicon, Inc. et al | 14 |
| 2:12-cv-03553 | Saylor er al v. Ethicon, Inc. et al | 45 |
| 2:12-cv-05649 | Schnellenberger v. Ethicon, Inc. et al | 38 |
| 2:13-cv-02554 | Self et al v. Ethicon, Inc. et al | 23 |
| 2:13-cv-01086 | Sharpe v. Ethicon, Inc. et al | 19 |
| 2:14-cv-00727 | Shearer v. Ethicon, Inc. et al | 13 |
| 2:12-cv-05902 | Smith et al v. Johnson & Johnson et al | 30 |
| 2:13-cv-20931 | Spencer v. Ethicon, Inc. et al | 14 |
| 2:12-cv-05699 | Spencer et al v. Ethicon, Inc. et al | 24 |
| 2:12-cv-05717 | Spicer v. Ethicon, Inc. et al | 25 |
| 2:13-cv-01092 | Squires et al v. Ethicon, Inc. et al | 20 |
| 2:13-cv-04706 | Tasz v. Ethicon, Inc. et al | 16 |
| 2:12-cv-08171 | Thomas v. Ethicon, Inc. et al | 24 |
| 2:12-cv-05721 | Thompson et al v. Ethicon, Inc. et al | 25 |
| 2:13-cv-12530 | Turner et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-08174 | Weaver v. Ethicon, Inc. et al | 16 |
| 2:13-cv-07746 | Webb v. Ethicon, Inc. et al | 14 |
| 2:13-cv-04615 | White v. Ethicon, Inc. et al | 14 |
| 2:12-cv-03552 | Whitehead et al v. Ethicon, Inc. et al | 50 |
| 2:12-cv-05685 | Williams et al v. Ethicon, Inc. et al | 25 |
| 2:12-cv-08175 | Winkelman v. Ethicon, Inc. et al | 17 |

| | | |
|---|---|---|
| 2:12-cv-05693 | Wunsh v. Ethicon, Inc. et al | 28 |
| 2:12-cv-03083 | Young et al v. Ethicon, Inc. et al | 80 |
| 2:13-cv-01088 | Zeek et al v. Ethicon, Inc. et al | 23 |
| 2:13-cv-20701 | Anderson v. Ethicon, Inc. et al | 13 |
| 2:14-cv-14444 | Morris v. Ethicon, Inc. et al | 7 |
| 2:14-cv-15661 | Bell v. Ethicon, Inc. et al | 14 |
| 2:13-cv-20996 | Blais v. Ethicon, Inc. et al | 10 |
| 2:13-cv-26086 | Braddy v. Ethicon, Inc. et al | 10 |
| 2:13-cv-26089 | Brewer-Hochhalter v. Ethicon, Inc. et al | 11 |
| 2:13-cv-26092 | Brewington et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-04276 | Carper et al v. Ethicon, Inc. et al | 22 |
| 2:12-cv-04656 | Carr v. Ethicon, Inc. et al | 19 |
| 2:13-cv-26094 | Chanthaphasouk v. Ethicon, Inc. et al | 10 |
| 2:13-cv-26098 | Clark v. Ethicon, Inc. et al | 10 |
| 2:13-cv-10391 | Clements et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-13681 | Contreras et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-07823 | Cooper et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-29147 | Dowell et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-04988 | Ford et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-26104 | Gamboa v. Ethicon, Inc. et al | 10 |
| 2:12-cv-04572 | Gilbert et al v. Ethicon, Inc. et al | 25 |
| 2:13-cv-26109 | Graham et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-03904 | Hatto v. Ethicon, Inc. et al | 26 |
| 2:13-cv-00756 | Hinson et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-29944 | Holt et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-02412 | Huggins et al v. Ethicon, Inc. et al | 53 |
| 2:14-cv-20286 | Jackson v. Ethicon, Inc. et al | 9 |
| 2:12-cv-04089 | Jefcoat v. Ethicon, Inc. et al | 31 |
| 2:12-cv-09005 | Klein et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-26111 | Lee v. Ethicon, Inc. et al | 10 |
| 2:14-cv-23918 | Marino v. Ethicon, Inc. et al | 9 |
| 2:13-cv-03963 | Mattingly et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-04990 | McAllister v. Ethicon, Inc. et al | 15 |
| 2:12-cv-09811 | Mosier v. Ethicon, Inc. et al | 20 |
| 2:13-cv-26733 | Payne v. Ethicon, Inc. et al | 13 |
| 2:13-cv-20993 | Riddle v. Ethicon, Inc. et al | 12 |
| 2:14-cv-13765 | Riley et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-06318 | Rogers v. Ethicon, Inc. et al | 18 |
| 2:13-cv-06711 | Sager v. Ethicon, Inc. et al | 13 |
| 2:13-cv-26739 | Springfield v. Ethicon, Inc. et al | 10 |
| 2:12-cv-06568 | Staats v. Ethicon, Inc. et al | 17 |

| | | |
|---|---|---:|
| 2:12-cv-09756 | Stallard v. Ethicon, Inc. et al | 14 |
| 2:12-cv-06266 | Stevens v. Ethicon, Inc. et al | 18 |
| 2:13-cv-20703 | Stratton et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-29148 | Stuber v. Ethicon, Inc. et al | 10 |
| 2:13-cv-26741 | Swanger v. Ethicon, Inc. et al | 10 |
| 2:12-cv-03908 | Wallace v. Ethicon, Inc. et al | 27 |
| 2:12-cv-09221 | Young v. Ethicon, Inc. et al | 15 |
| 2:15-cv-15605 | Ackland et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-01203 | Adams v. Johnson & Johnson et al | 151 |
| 2:12-cv-08944 | Alleger v. Ethicon, Inc. et al | 20 |
| 2:14-cv-25775 | Allen v. Ethicon, Inc. et al | 9 |
| 2:13-cv-15505 | Alpers v. Ethicon, Inc. et al | 14 |
| 2:14-cv-28048 | Alvarez-Lopez et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-19163 | Ames v. Ethicon, Inc. | 9 |
| 2:14-cv-19162 | Archibeque et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-29972 | Barnett et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-30950 | Beaty v. Ethicon, Inc. et al | 9 |
| 2:13-cv-33387 | Beckwith et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-09957 | Beier et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-29973 | Ben et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-13345 | Bennitt et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-04168 | Bettinger v. Ethicon, Inc. et al | 10 |
| 2:14-cv-17258 | Bigelow v. Ethicon, Inc. et al | 10 |
| 2:14-cv-11466 | Billingham v. Ethicon, Inc. et al | 14 |
| 2:13-cv-15508 | Biscamp v. Ethicon, Inc. et al | 14 |
| 2:14-cv-30998 | Bledsoe et al v. Ethicon, Inc. et al | 23 |
| 2:13-cv-06762 | Bonham v. Ethicon, Inc. et al | 12 |
| 2:13-cv-06115 | Bosetti v. Ethicon, Inc. et al | 12 |
| 2:14-cv-15738 | Bouchard v. Ethicon, Inc. et al | 14 |
| 2:13-cv-15510 | Bradley et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-13347 | Brooks v. Ethicon, Inc. et al | 14 |
| 2:13-cv-23933 | Broussard v. Ethicon, Inc. et al | 13 |
| 2:16-cv-00200 | Brouzes v. Ethicon, Inc. et al | 9 |
| 2:14-cv-13744 | Broyles et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-04769 | Bruce v. Ethicon, Inc. et al | 12 |
| 2:13-cv-00190 | Buck et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-07369 | Bullard et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-06062 | Burge et al v. Ethicon, Inc. et al | 17 |
| 2:14-cv-30468 | Butzin v. Ethicon, Inc. et al | 9 |
| 2:13-cv-17554 | Capps v. Ethicon, Inc. et al | 12 |
| 2:13-cv-15541 | Dippery v. Ethicon, Inc. et al | 14 |

| | | |
|---|---|---|
| 2:13-cv-27679 | Carter v. Ethicon, Inc. et al | 13 |
| 2:13-cv-33397 | Casas v. Ethicon, Inc. et al | 13 |
| 2:15-cv-11387 | Castiglione v. Ethicon, Inc. et al | 10 |
| 2:13-cv-03444 | Cavenaugh et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-04928 | Cherkusova v. Ethicon, Inc. et al | 14 |
| 2:15-cv-11388 | Childers v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00201 | Collinsworth v. Ethicon, Inc. et al | 9 |
| 2:13-cv-04771 | Colvin et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-13352 | Connelly v. Ethicon, Inc. et al | 14 |
| 2:14-cv-08607 | Cousart v. Ethicon, Inc. et al | 14 |
| 2:13-cv-10864 | Covert et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-33394 | Cross et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-07034 | Croston v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29107 | Crouch v. Ethicon, Inc. et al | 9 |
| 2:14-cv-15743 | Powers v. Ethicon, Inc. et al | 14 |
| 2:16-cv-04166 | Dahl v. Ethicon, Inc. et al | 9 |
| 2:16-cv-07251 | Dahl v. Ethicon, Inc. et al | 8 |
| 2:16-cv-00202 | Davey v. Ethicon, Inc. et al | 9 |
| 2:14-cv-30987 | DeCanio v. Ethicon, Inc. et al | 9 |
| 2:15-cv-03187 | Delgado et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-15538 | DeMars et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-00203 | Dentzer v. Ethicon, Inc. et al | 9 |
| 2:12-cv-04373 | Dickson v. Ethicon, Inc. et al | 25 |
| 2:14-cv-09512 | Dixon et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-14962 | Doheny et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-19061 | Dover v. Ethicon, Inc. et al | 16 |
| 2:13-cv-31548 | Dowling et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-17555 | Draughn v. Ethicon, Inc. et al | 13 |
| 2:13-cv-01175 | Durocher et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-23827 | Duron et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-01757 | Dutton et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-15545 | Duty et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-25773 | Emerson v. Ethicon, Inc. et al | 9 |
| 2:14-cv-19148 | Ervin v. Ethicon, Inc. et al | 9 |
| 2:13-cv-15547 | Fender v. Ethicon, Inc. et al | 14 |
| 2:15-cv-01333 | Fisher v. Ethicon, Inc. et al | 9 |
| 2:15-cv-12941 | Flores v. Ethicon, Inc. et al | 9 |
| 2:14-cv-12414 | Fortuno et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-20117 | Friedman et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-25776 | Fuller et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-13754 | Gainous v. Ethicon, Inc. et al | 12 |

| 2:17-cv-01160 | Game v. Ethicon, Inc. et al | 10 |
|---|---|---|
| 2:13-cv-33401 | Gillman et al v. Ethicon, Inc. et al | 13 |
| 2:16-cv-01885 | Glass v. Ethicon, Inc. et al | 9 |
| 2:13-cv-13361 | Gleim et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-01177 | Goadsby et al v. Ethicon, Inc. et al | 19 |
| 2:13-cv-03446 | Goodman et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-26066 | Graves v. Ethicon, Inc. et al | 9 |
| 2:13-cv-19684 | Green v. Ethicon, Inc. et al | 12 |
| 2:13-cv-06760 | Griffin et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-17266 | Guernsey v. Ethicon, Inc. et al | 11 |
| 2:13-cv-13364 | Gundelach et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-03452 | Gutierrez et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-09819 | Hans v. Ethicon, Inc. et al | 12 |
| 2:12-cv-09955 | Harmon v. Ethicon, Inc. et al | 15 |
| 2:13-cv-32323 | Harrison v. Ethicon, Inc. et al | 10 |
| 2:13-cv-17128 | Hayes et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-08570 | Heard et al v. Ethicon, Inc. et al | 22 |
| 2:13-cv-30553 | Hefel et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-13368 | Herman v. Ethicon, Inc. et al | 13 |
| 2:15-cv-01097 | Hibbits v. Ethicon, Inc. et al | 9 |
| 2:16-cv-00205 | Hicks v. Ethicon, Inc. et al | 10 |
| 2:13-cv-32324 | Hicok et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-01328 | Hill v. Ethicon, Inc. et al | 9 |
| 2:13-cv-12937 | Hillman et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-33642 | Hinson et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29103 | Hinton v. Ethicon, Inc. et al | 9 |
| 2:14-cv-19176 | Hinton et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-33643 | Hoaglin et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11383 | Hodges v. Ethicon, Inc. et al | 10 |
| 2:13-cv-07004 | Horne v. Ethicon, Inc. et al | 12 |
| 2:13-cv-23488 | Hurtado et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-04164 | Huss v. Ethicon, Inc. et al | 10 |
| 2:14-cv-11457 | Isham v. Ethicon, Inc. et al | 14 |
| 2:15-cv-01336 | Jenkinson et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-03438 | Jimenez v. Ethicon, Inc. et al | 9 |
| 2:14-cv-17279 | Jones v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01161 | Keeney v. Ethicon, Inc. et al | 10 |
| 2:13-cv-00646 | Kerrigan v. Ethicon, Inc. et al | 16 |
| 2:14-cv-20121 | Key v. Ethicon, Inc. et al | 9 |
| 2:13-cv-33367 | Kilpatrick v. Ethicon, Inc. et al | 18 |
| 2:14-cv-13745 | Knubel et al v. Ethicon, Inc. et al | 12 |

| | | |
|---|---|---|
| 2:13-cv-08051 | Kooyman v. Ethicon, Inc. et al | 12 |
| 2:12-cv-09880 | Kuhn et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-05798 | Lacy et al v. Ethicon, Inc. et al | 17 |
| 2:14-cv-20118 | Laferla v. Ethicon, Inc. et al | 9 |
| 2:13-cv-00643 | Lavelle v. Ethicon, Inc. et al | 16 |
| 2:16-cv-11577 | Lee et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-12920 | Lindsey et al v. Ethicon, Inc. et al | 24 |
| 2:14-cv-09530 | Lombardi v. Ethicon, Inc. et al | 10 |
| 2:14-cv-25762 | Lombardo v. Ethicon, Inc. et al | 9 |
| 2:13-cv-33655 | Love et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-24599 | Luckeroth v. Ethicon, Inc. et al | 9 |
| 2:14-cv-22770 | Luna et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11384 | Lurz v. Ethicon, Inc. et al | 12 |
| 2:14-cv-28050 | Luttrell v. Ethicon, Inc. et al | 9 |
| 2:12-cv-08415 | MacAllister et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-12932 | Mackie et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-30546 | Macks et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-00863 | Main et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-00439 | Manzo et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-28575 | Mares v. Ethicon, Inc. et al | 10 |
| 2:16-cv-03500 | Marks v. Ethicon, Inc. et al | 9 |
| 2:13-cv-15582 | Martin et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-10238 | Matthews v. Ethicon, Inc. et al | 9 |
| 2:14-cv-00440 | McArthur v. Ethicon, Inc. et al | 10 |
| 2:14-cv-00441 | McBride et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-13378 | McClure et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-07370 | McGovern v. Ethicon, Inc. et al | 10 |
| 2:15-cv-09375 | McIver v. Ethicon, Inc. et al | 10 |
| 2:13-cv-24619 | McLeod et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-15896 | McMillian v. Ethicon, Inc. et al | 11 |
| 2:13-cv-30549 | Medler et al v. Ethicon, Inc. et al | 14 |
| 2:17-cv-01163 | Meier et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-09337 | Miano v. Ethicon, Inc. et al | 10 |
| 2:13-cv-17557 | Miellmier et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-24625 | Miles v. Ethicon, Inc. et al | 10 |
| 2:13-cv-09823 | Miles et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-09881 | Miller v. Ethicon, Inc. et al | 15 |
| 2:13-cv-19067 | Miller v. Ethicon, Inc. et al | 16 |
| 2:13-cv-01179 | Miller v. Ethicon, Inc. et al | 14 |
| 2:13-cv-19894 | Miller v. Ethicon, Inc. et al | 15 |
| 2:14-cv-13751 | Mimes v. Ethicon, Inc. et al | 12 |

| 2:16-cv-01424 | Morris v. Ethicon, Inc. et al | 9 |
|---|---|---|
| 2:13-cv-15602 | Morrison et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-01357 | Morse et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-15891 | Moss v. Ethicon, Inc. et al | 11 |
| 2:13-cv-29210 | Mott v. Ethicon, Inc. et al | 14 |
| 2:14-cv-01362 | Murphy v. Ethicon, Inc. et al | 10 |
| 2:15-cv-01331 | Murphy v. Ethicon, Inc. et al | 9 |
| 2:14-cv-19167 | Murray v. Ethicon, Inc. et al | 9 |
| 2:14-cv-01364 | Nelson et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-24705 | Nicholson v. Ethicon, Inc. et al | 10 |
| 2:13-cv-03456 | Nunez v. Ethicon, Inc. et al | 14 |
| 2:14-cv-01363 | Oder et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-02816 | Oppert v. Ethicon, Inc. et al | 14 |
| 2:17-cv-01162 | Ospina v. Ethicon, Inc. et al | 10 |
| 2:14-cv-26060 | Pagels et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-30996 | Palomino v. Ethicon, Inc. et al | 9 |
| 2:13-cv-24706 | Pena v. Ethicon, Inc. et al | 10 |
| 2:12-cv-04778 | Petsch v. Ethicon, Inc. et al | 22 |
| 2:13-cv-04745 | Phillips et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-09336 | Pitre v. Ethicon, Inc. et al | 10 |
| 2:12-cv-06849 | Ponsler et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-15606 | Pope et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-17558 | Potante v. Ethicon, Inc. et al | 12 |
| 2:14-cv-13758 | Purdy v. Ethicon, Inc. et al | 12 |
| 2:14-cv-24443 | Razzaq v. Ethicon, Inc. et al | 9 |
| 2:12-cv-08946 | Reichert v. Ethicon, Inc. et al | 16 |
| 2:14-cv-19172 | Reznicsek v. Ethicon, Inc. et al | 9 |
| 2:13-cv-23476 | Richard v. Ethicon, Inc. et al | 14 |
| 2:14-cv-28045 | Riggleman et al v. Ethicon, Inc. et al | 9 |
| 2:16-cv-06058 | Robinson v. Ethicon, Inc. et al | 12 |
| 2:13-cv-13405 | Rogers v. Ethicon, Inc. et al | 14 |