IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM                             MDL NO. 2327
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon Defendants") pursuant to the procedures established by Pretrial Order ("PTO") No. 302. *See* PTO No. 302, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020].

As stated in PTO No. 302, the Court established certain procedures to prompt dismissals of settled cases. Under these procedures, the Court directed the Ethicon Defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the Court also mandated that the Ethicon Defendants file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon Defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the Court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The Court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 20, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Civil Action Number | Case Name | ECF Number Corresponding to the Motion |
|---|---|---|
| 2:14-cv-03133 | Rosen et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-24323 | Rotenberry v. Ethicon, Inc. et al | 9 |
| 2:13-cv-29217 | Rountree et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-24709 | Roybal et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-07362 | Russell v. Ethicon, Inc. et al | 10 |
| 2:13-cv-19076 | Ryan et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-29219 | Ryan et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-14367 | Salazar v. Ethicon, Inc. et al | 18 |
| 2:14-cv-24591 | Sandham v. Ethicon, Inc. et al | 9 |
| 2:14-cv-25299 | Sandwick v. Ethicon, Inc. et al | 7 |
| 2:14-cv-11546 | Saunders v. Ethicon, Inc. et al | 14 |
| 2:13-cv-12933 | Schulz v. Ethicon, Inc. et al | 12 |
| 2:15-cv-09378 | Schwartz v. Ethicon, Inc. et al | 10 |
| 2:15-cv-09333 | Seeley-Hebert v. Ethicon, Inc. et al | 10 |
| 2:13-cv-12939 | Sexton v. Ethicon, Inc. et al | 12 |
| 2:12-cv-06822 | Sherman v. Ethicon, Inc. et al | 21 |
| 2:14-cv-03127 | Short v. Ethicon, Inc. et al | 15 |
| 2:13-cv-13407 | Singleton et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-29118 | Sisson et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-03462 | Smith v. Ethicon, Inc. et al | 14 |
| 2:13-cv-13409 | Smith et al v. Ethicon, Inc. et al | 20 |
| 2:14-cv-09521 | Smith et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-09839 | Smith et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-26071 | Smith et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-29449 | Smith v. Ethicon, Inc. et al | 9 |
| 2:13-cv-13410 | Snodgrass v. Ethicon, Inc. et al | 14 |
| 2:13-cv-13411 | Sorenson et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-16636 | Souza et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-26154 | Spencer et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-09335 | Steffey v. Ethicon, Inc. et al | 10 |
| 2:14-cv-15741 | Stephens Doyle et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-30550 | Strickland et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-19170 | Stripling et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-23484 | Suecof et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-03457 | Swett v. Ethicon, Inc. et al | 13 |
| 2:13-cv-26155 | Swisher et al v. Ethicon, Inc. et al | 10 |

| | | |
|---|---|---|
| 2:14-cv-09468 | Szink et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-31002 | Test et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-01332 | Thompson v. Ethicon, Inc. et al | 9 |
| 2:13-cv-23483 | Thompson v. Ethicon, Inc. et al | 14 |
| 2:14-cv-19150 | Tillman et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-17565 | Toral v. Ethicon, Inc. et al | 12 |
| 2:13-cv-33378 | Torres v. Ethicon, Inc. et al | 14 |
| 2:13-cv-06050 | Turner v. Ethicon, Inc. et al | 12 |
| 2:13-cv-04772 | Valderruten et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-09525 | Valdez et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-23486 | Vandenburg et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-27678 | Vellandi et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-27677 | Vorhes v. Ethicon, Inc. et al | 13 |
| 2:13-cv-03459 | Ward v. Ethicon, Inc. et al | 13 |
| 2:13-cv-04747 | Washington v. Ethicon, Inc. et al | 12 |
| 2:13-cv-09815 | Washington v. Ethicon, Inc. et al | 12 |
| 2:14-cv-08608 | Watkins et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-02380 | Weekly v. Ethicon, Inc. et al | 15 |
| 2:13-cv-04775 | White v. Ethicon, Inc. et al | 12 |
| 2:13-cv-03461 | Widner et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-15894 | Williams v. Ethicon, Inc. et al | 11 |
| 2:13-cv-29968 | Williams et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-02433 | Williams-Lester et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-17310 | Wilson v. Ethicon, Inc. et al | 10 |
| 2:14-cv-09546 | Wimmer v. Ethicon, Inc. et al | 10 |
| 2:16-cv-06060 | Woodrick v. Ethicon, Inc. et al | 10 |
| 2:13-cv-13417 | Woods v. Ethicon, Inc. et al | 14 |
| 2:14-cv-09503 | York et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-02021 | Abner et al v. Ethicon, Inc. et al | 16 |
| 2:15-cv-03350 | Adams v. Ethicon, inc. et al | 11 |
| 2:15-cv-14832 | Adams et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-23266 | Adams v. Ethicon, inc. et al | 11 |
| 2:14-cv-10152 | Adams et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-17371 | Adkins v. Johnson & Johnson et al | 19 |
| 2:14-cv-02045 | Adkins et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-14833 | Adrianson et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-13527 | Alberthal et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-02064 | Allen v. Ethicon, Inc. et al | 18 |
| 2:13-cv-30235 | Altman v. Ethicon, Inc. et al | 10 |
| 2:15-cv-03351 | Alvarez et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-01499 | Ancelet et al v. Ethicon, Inc. et al | 14 |

| | | |
|---|---|---|
| 2:14-cv-29666 | Anderson et al v. Johnson & Johnson, et al | 15 |
| 2:15-cv-06281 | Anderson v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12569 | Arias v. Ethicon, Inc. et al | 15 |
| 2:13-cv-25742 | Armann et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-00799 | Armstrong et al Ethicon, Inc. et al | 10 |
| 2:14-cv-12136 | Arnold v. Ethicon, inc. et al | 18 |
| 2:13-cv-22832 | Arnold v. Ethicon, inc. et al | 17 |
| 2:14-cv-27740 | Asaadi et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-13178 | Asante v. Ethicon, Inc. et al | 14 |
| 2:14-cv-25701 | Atanasov et al v. Ethicon, Inc. et al | 13 |
| 2:16-cv-04806 | Bahr et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-01700 | Bailey et al v. Johnson & Johnson et al | 78 |
| 2:14-cv-11788 | Baker v. Ethicon, Inc. et al | 11 |
| ~~2:12-cv-02476~~ | ~~Baker et al v. Johnson & Johnson et al~~ | ~~53~~ |
| 2:15-cv-16372 | Ball et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-12959 | Banet v. Ethicon, Inc. et al | 16 |
| 2:14-cv-16991 | Barbee et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-15741 | Barber v. Ethicon, Inc. et al | 10 |
| 2:14-cv-26826 | Barbour v. Ethicon, Inc. et al | 11 |
| 2:14-cv-11043 | Barnes v. Ethicon, Inc. et al | 12 |
| 2:12-cv-00782 | Barnes et al v. Johnson & Johnson et al | 20 |
| 2:13-cv-32839 | Barnwell et al v. Ethicon, inc. et al | 10 |
| 2:13-cv-10750 | Bartlett et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-14118 | Baxter et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-32247 | Belcher et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-15952 | Belger et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-07952 | Bell et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-16286 | Belt v. Ethicon, Inc. et al | 11 |
| 2:13-cv-14003 | Bennett v. Ethicon, Inc. et al | 13 |
| 2:14-cv-16449 | Bennett et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-18763 | Berard et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-09826 | Berg et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-01507 | Bertrand v. Ethicon, Inc. et al | 14 |
| 2:16-cv-01284 | Best et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-27642 | Bible v. Johnson & Johnson et al | 15 |
| 2:15-cv-11245 | Bielawa v. Ethicon, Inc. et al | 10 |
| 2:13-cv-13528 | Binns v. Ethicon, Inc. et al | 15 |
| 2:15-cv-13490 | Bissell v. Ethicon, Inc. et al | 7 |
| 2:13-cv-22327 | Blackburn et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-21006 | Blais v. Ethicon, Inc. et al | 13 |
| 2:14-cv-10161 | Bledsoe et al v. Ethicon, Inc. et al | 18 |

| | | |
|---|---|---|
| 2:13-cv-32888 | Chappelle v. Ethicon, Inc. et al | 12 |
| 2:12-cv-05428 | Blum v. Ethicon, Inc. et al | 47 |
| 2:14-cv-30767 | Boezi et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-05520 | Bonter et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-27025 | Borchers v. Ethicon, Inc. et al | 11 |
| 2:13-cv-16986 | Borgard et al v. Johnson & Johnson | 19 |
| 2:14-cv-26018 | Borkowski v. Ethicon, Inc. et al | 11 |
| 2:15-cv-06518 | Bouhelal et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-22557 | Box et al v. Ethicon, Inc. et al | 17 |
| 2:14-cv-04062 | Boyce v. Ethicon, Inc. et al | 14 |
| 2:13-cv-20198 | Boyce v. Ethicon, Inc. et al | 13 |
| 2:14-cv-07958 | Branum v. Ethicon, Inc. et al | 14 |
| 2:13-cv-28389 | Bray v. Ethicon, Inc. et al | 10 |
| 2:13-cv-11918 | Brazas v. Ethicon, Inc. et al | 21 |
| ~~2:14-cv-20198~~ | ~~Breidenbach et al v. Ethicon, Inc. et al~~ | ~~11~~ |
| 2:12-cv-08357 | Bridgers v. Ethicon, Inc. et al | 17 |
| 2:15-cv-05054 | Bridges et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-12524 | Broadley et al v. Ethicon, Inc. et al | 9 |
| 2:12-cv-09814 | Broesder v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12431 | Brothers et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-01149 | Broughton v. Ethicon, Inc. et al | 13 |
| 2:14-cv-07974 | Brown v. Ethicon, Inc. et al | 17 |
| 2:12-cv-09687 | Brown et al v. Ethicon, Inc. et al | 19 |
| 2:12-cv-01417 | Brunetto et al v. Ethicon, Inc. et al | 25 |
| 2:12-cv-06837 | Buckner v. Ethicon, Inc. et al | 25 |
| 2:15-cv-13167 | Bullock et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-25565 | Bulmer v. Ethicon, Inc. et al | 12 |
| 2:13-cv-23936 | Burleson v. Ethicon, Inc. et al | 16 |
| 2:13-cv-20118 | Buss v. Mentor Worldwide LLC et al | 15 |
| 2:15-cv-05915 | Byrd et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-28344 | Cady v. Ethicon, Inc. et al | 10 |
| 2:14-cv-10167 | Cain et al v. Ethicon, Inc. et al | 18 |
| 2:16-cv-03918 | Cain et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-17240 | Campbell v. Ethicon, Inc. | 20 |
| 2:13-cv-29110 | Canning v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04071 | Cannon v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12171 | Capell v. Ethicon, Inc. et al | 9 |
| 2:14-cv-19446 | Carneal v. Ethicon, Inc. et al | 12 |
| 2:13-cv-14314 | Carolan et al v. Ethicon, Inc. et al | 19 |
| 2:12-cv-02026 | Carroll v. Johnson & Johnson et al | 88 |
| 2:15-cv-14930 | Carver v. Ethicon, Inc. et al | 8 |

| | | |
|---|---|---|
| 2:14-cv-05547 | Casper et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-09054 | Castillo v. Ethicon, Inc. et al | 15 |
| 2:15-cv-11158 | Castle et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-14629 | Cater v. Ethicon, Inc. et al | 13 |
| 2:12-cv-01701 | Cedeno v. Johnson & Johnson et al | 79 |
| 2:14-cv-11687 | Chaffin et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-03578 | Charles et al v. Ethicon, Inc. et al | 9 |
| 2:16-cv-10323 | Chase v. Ethicon, Inc. et al | 11 |
| 2:13-cv-08904 | Childers et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-29102 | Childress et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-14342 | Chiralaksanakol v. Ethicon, Inc. et al | 18 |
| 2:14-cv-05284 | Chryn et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-26755 | Clark v. Ethicon, Inc. et al | 10 |
| 2:14-cv-13142 | Clark et al v. Ethicon, Inc. et al | 18 |
| 2:16-cv-09293 | Clarke v. Ethicon, Inc. et al | 9 |
| 2:13-cv-08359 | Clarkson v. Ethicon, Inc. et al | 16 |
| 2:15-cv-05925 | Clemons et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-12619 | Clevenger et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-07539 | Clewel v. Ethicon, Inc. et al | 14 |
| 2:12-cv-09816 | Cline et al v. Ethicon, Inc. et al | 13 |
| 2:16-cv-09798 | Cogar v. Ethicon, Inc. et al | 12 |
| 2:15-cv-16309 | Coggins v. Ethicon, Inc. et al | 10 |
| 2:14-cv-18530 | Connor et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-27323 | Conrey et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-09350 | Cook v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00421 | Cook et al v. Ethicon, Inc. et al | 7 |
| 2:13-cv-15481 | Copley et al v. Ethicon, Inc. et al | 25 |
| 2:14-cv-25593 | Copley-Keen et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-02520 | Coppin v. Ethicon, Inc. et al | 13 |
| 2:13-cv-12960 | Coran v. Ethicon, Inc. et al | 16 |
| 2:12-cv-02634 | Cosgray v. Johnson v. Johnson et al | 97 |
| 2:13-cv-16633 | Cotton v. Ethicon, Inc. et al | 17 |
| 2:12-cv-05480 | Cottrell et al v. Ethicon, Inc. et al | 59 |
| 2:12-cv-06671 | Coulson v. Ethicon, Inc. et al | 28 |
| 2:14-cv-16205 | Cremen v. Ethicon, Inc. et al | 17 |
| 2:14-cv-12868 | Crews et al v. Ethicon, Inc. et al | 18 |
| 2:15-cv-06931 | Cuffe v. Ethicon, Inc. | 14 |
| 2:15-cv-00282 | Cummings et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-07685 | Cummings et al v. Ethicon, Inc. et a | 13 |
| 2:13-cv-22841 | Curd et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-03959 | Currier et al v. Ethicon, Inc. et al | 13 |

| | | |
|---|---|---|
| 2:12-cv-04948 | Custer et al v. Ethicon, Inc. et al | 53 |
| 2:15-cv-00846 | D'Adam et al v. Ethicon, Inc.et al | 11 |
| 2:12-cv-07213 | Dalton v. Ethicon, Inc. et al | 23 |
| 2:12-cv-09673 | Danielson v. Ethicon, Inc. et al | 18 |
| 2:15-cv-14589 | Darabosh et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-26140 | Darnell v. Ethicon, Inc. et al | 11 |
| 2:16-cv-00425 | Davila et al v. Ethicon, Inc. et al | 7 |
| 2:14-cv-00693 | Davis v. Ethicon, Inc. et al | 14 |
| 2:15-cv-06942 | Davis v. Ethicon, Inc. et al | 14 |
| 2:14-cv-21728 | Davis et al v. Ethicon, Inc. et al | 8 |
| 2:13-cv-05688 | Davis et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-10297 | Davis v. Ethicon, Inc. et al | 12 |
| 2:15-cv-06276 | Davis et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-13861 | Davis et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-24206 | Davis v. Ethicon, Inc. et al | 10 |
| 2:14-cv-05551 | Deibel et al v. Ethicon, Inc. et al | 16 |
| 2:15-cv-14835 | Dekker et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-06518 | Denault et al v. Ethicon, Inc. et al | 18 |
| 2:14-cv-05587 | Denney et al v. Johnson & Johnson et al | 14 |
| 2:14-cv-11795 | Depasquale et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-04833 | Derrick et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-24006 | Deuel et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-05692 | Dever et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-09951 | Dilly v. Ethicon, inc. et al | 10 |
| 2:14-cv-10756 | DiPersio et al v. Ethicon, Inc. et al | 18 |
| 2:16-cv-04742 | Disbrow et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-10943 | Dods et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-02125 | Doucette v. Ethicon, Inc. et al | 68 |
| 2:13-cv-19956 | Dove et al v. Ethicon, Inc. et al | 16 |
| 2:12-cv-09727 | Dowell v. Ethicon, Inc. et al | 19 |
| 2:15-cv-13429 | Drew v. Ethicon, Inc. et al | 9 |
| 2:14-cv-19562 | Driscoll et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-32427 | Drummonds et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-22289 | Duckworth et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-14994 | Duncan v. Ethicon, Inc. et al | 21 |
| 2:14-cv-01402 | Duncan v. Ethicon, Inc. et al | 13 |
| 2:15-cv-08480 | Dunn v. Ethicon, Inc. et al | 11 |
| 2:13-cv-12334 | Duque et al v. Ethicon, Inc. et al | 17 |
| 2:15-cv-03414 | Durham v. Ethicon, Inc. et al | 11 |
| 2:13-cv-22361 | Dutil v. Ethicon, Inc. et al | 13 |
| 2:13-cv-27836 | Dye v. Ethicon, Inc. et al | 18 |

| | | |
|---|---|---|
| 2:16-cv-07488 | Dyer v. Ethicon, Inc. et al | 12 |
| 2:15-cv-06497 | Dykstra et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-14831 | Ebnit et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-16610 | Edmonds et al v. Ethicon, Inc. et al | 18 |
| 2:12-cv-07361 | Eisenbath v. Ethicon, Inc. et al | 37 |
| 2:14-cv-02147 | Ellington et al v. Ethicon, Inc. et al | 20 |
| 2:13-cv-32031 | Ellison v. Ethicon, Inc. et al | 15 |
| 2:14-cv-14344 | Endsley v. Ethicon, Inc. et al | 11 |
| 2:16-cv-03797 | English et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-00920 | Enriquez et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-02562 | Epley v. Ethicon, Inc. et al | 13 |
| 2:12-cv-05462 | Erickson et al v. Ethicon, Inc. et al | 42 |
| 2:15-cv-06437 | Espinosa v. Ethicon, Inc. et al | 12 |
| 2:14-cv-05558 | Evans et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-22558 | Evans et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-32732 | Everitt et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-04072 | Faux v. Ethicon, Inc. et al | 13 |
| 2:16-cv-06944 | Fenger v. Ethicon, Inc. et al | 10 |
| 2:16-cv-03862 | Hepner v. Ethicon, Inc. et al | 10 |
| ~~2:13-cv-03423~~ | ~~Ferguson et al v. Ethicon, Inc. et al~~ | ~~15~~ |
| 2:12-cv-05593 | Ferrell et al v. Ethicon, Inc. et al | 47 |
| 2:13-cv-00066 | Ferrero v. Ethicon, Inc. et al | 14 |
| 2:12-cv-03167 | Fine v. Ethicon, Inc. et al | 51 |
| 2:14-cv-19875 | Fischer et al v. Ethicon, Inc. et al | 20 |
| 2:16-cv-00432 | Fisher et al v. Ethicon, Inc. et al | 7 |
| 2:14-cv-19451 | Fitzpatrick et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-09586 | Flach v. Ethicon, Inc. et al | 10 |
| 2:12-cv-02182 | Howell v. Johnson v. Johnson et al | 31 |
| 2:14-cv-28488 | Forbess et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-05559 | Fortier v. Ethicon, Inc. et al | 12 |
| 2:14-cv-10770 | Foyle et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-31237 | Mangels v. Ethicon, Inc. et al | 20 |
| 2:13-cv-32924 | Frashier et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-12148 | Fraiser v. Ethicon, Inc. et al | 9 |
| 2:15-cv-16124 | Fraum et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-03072 | Frost et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-19946 | Fryberg v. Ethicon, Inc. et al | 12 |
| 2:13-cv-11048 | Fuhrman et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-10185 | Fulbright et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-02954 | Fulk v. Ethicon, Inc. et al | 14 |
| 2:15-cv-15966 | Gaby v. Ethicon, Inc. et al | 11 |

| 2:13-cv-24821 | Gallego v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00573 | Galvan v. Ethicon, Inc. et al | 7 |
| 2:16-cv-00486 | Garcia v. Ethicon, Inc. et al | 7 |

44210885.v1

Case 2:12-md-02327 Document 6677 Filed 09/20/18 Page 10 of 10 PageID #: 180004