IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-B and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs.

Respectfully:

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Bret Daniel Stanley
Bret Daniel Stanley
THE LAW OFFICES OF A. CRAIG EILAND
Suite 201
2211 The Strand
Galveston, TX 77550
409.763.3260 (phone)
409.163.8154 (fax)
bstanley@eilandlaw.com
*Attorney for Plaintiff on Exhibit A*

/s/ Ethan Lee Shaw
Ethan Lee Shaw
SHAW COWART
Suite 100
1609 Shoal Creek Boulevard
Austin, TX 78701
512.499.8900 (phone)
512.320.8906 (fax)
elshaw@shawcowart.com
*Attorney for Plaintiffs on Exhibit B*

Dated:  September 20, 2018

### EXHIBIT A – THE LAW OFFICES OF A. CRAIG EILAND

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-03334 | Elise Burger v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-15530 | Frances Jacobs, Dennis Jacobs v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – SHAW COWART

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-31357 | Patti Jo Crowley, Clayton Crowley v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

      /s/ Barbara R. Binis