IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                      MDL NO. 2327

THIS DOCUMENT RELATES TO:
ALL CASES

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the undersigned counsel respectfully moves this Court for entry of an Order updating the firm address of Bertram & Graf, L.L.C. in MDL No. 2327 and each individual case in which attorneys Benjamin A. Bertram, Blair Bertram Matyszczyk, and J. Scott Bertram are associated. In support of this Motion, the undersigned states as follows:

Effective immediately, Bertram & Graf, L.L.C. has relocated to:

> 2345 Grand Boulevard, Suite 1925
> Kansas City, MO 64108
>
> Telephone: (816) 523-2205
> Facsimile: (816) 523-8258

Accordingly, the undersigned counsel respectfully request the Court enter an Order updating the firm's contact information in MDL No. 2237 and each individual case in which attorneys Benjamin A. Bertram, Blair Bertram Matyszczyk, and J. Scott Bertram are associated.

Respectfully Submitted,

**BERTRAM & GRAF, L.L.C.**

*/s/ Benjamin A. Bertram*
Benjamin A. Bertram
Blair Bertram Matyszczyk
J. Scott Bertram
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
Phone: (816) 523-2205
Fax: (816) 523-8258
benbertram@bertramgraf.com
blair@bertramgraf.com
jsbertram@bertramgraf.com

Attorneys for the Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*By*:   */s/ Benjamin A. Bertram*
Benjamin A. Bertram