IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
      PELVIC REPAIR SYSTEM                MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon Defendants") pursuant to the procedures established by Pretrial Order ("PTO") No. 302. *See* PTO No. 302, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020].

As stated in PTO No. 302, the Court established certain procedures to prompt dismissals of settled cases. Under these procedures, the Court directed the Ethicon Defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the Court also mandated that the Ethicon Defendants file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon Defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the Court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The Court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Civil Action Number | Case Name | ECF Number Corresponding to the Motion |
|---|---|---|
| 2:16-cv-00487 | Garcia et al v. Ethicon, Inc. et al | 8 |
| 2:16-cv-00587 | Garcia et al v. Ethicon, Inc. et al | 7 |
| 2:15-cv-03300 | Gardella et al v. Tissue Science Laboratories Limited et al | 15 |
| 2:14-cv-26528 | Garfield v. Ethicon, Inc. et al | 8 |
| 2:14-cv-27430 | Garner et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-24010 | Garrett v. Ethicon, Inc. et al | 20 |
| 2:16-cv-00488 | Garza v. Ethicon, Inc. et al | 7 |
| 2:15-cv-15351 | Garza v. Ethicon, Inc. et al | 11 |
| 2:16-cv-00489 | Garza v. Ethicon, Inc. et al | 7 |
| 2:16-cv-00673 | Garza et al v. Ethicon, Inc., et al | 9 |
| 2:15-cv-11159 | George v. Ethicon, Inc. et al | 13 |
| 2:15-cv-00383 | Gilbert et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-03432 | Giles v. Ethicon, Inc. et al | 11 |
| 2:13-cv-01597 | Giunta et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-09006 | Glidden et al v. Ethicon, Inc. et al | 21 |
| 2:13-cv-07905 | Goldberg et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-15806 | Golden et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00345 | Gonzalez et al v. Ethicon, Inc. et al | 7 |
| 2:16-cv-00344 | Gonzalez v. Ethicon, Inc. et al | 7 |
| 2:16-cv-00581 | Gonzalez et al v. Ethicon, Inc. et al | 7 |
| 2:14-cv-20897 | Goodspeed v. Ethicon, Inc. et al | 12 |
| 2:17-cv-00683 | Gose et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-05878 | Gouvas et al v. Ethicon, Inc. et al | 20 |
| 2:14-cv-23105 | Gramke v. Ethicon, Inc. et al | 8 |
| 2:14-cv-00679 | Grassi et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-02098 | Gravely et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-06921 | Graves v. Ethicon, Inc. et al | 10 |
| 2:13-cv-18674 | Gray et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-07554 | Gregoire v. Ethicon, Inc. et al | 20 |
| 2:15-cv-14796 | Grider et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-00479 | Griffin et al v. Ethicon, Inc, et al | 14 |
| 2:13-cv-26795 | Grillo v. C.R. Bard, Inc. et al | 14 |
| 2:15-cv-16439 | Gruenewald et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-12897 | Guerrero v. Ethicon, Inc. et al | 7 |
| 2:16-cv-00552 | Gutierrez et al v. Ethicon, Inc. et al | 7 |
| 2:12-cv-08181 | Haas et al v. Ethicon, Inc. et al | 17 |

| 2:15-cv-06372 | Hackney et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-00327 | Hale v. Ethicon, Inc. et al | 15 |
| 2:14-cv-13532 | Hall v. Ethicon, Inc. et al | 13 |
| 2:15-cv-02321 | Hall et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-05094 | Hamilton et al v. Ethicon, Inc. et al | 18 |
| 2:16-cv-00458 | Hanley et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-13148 | Hannah et al v. Ethicon, Inc. et al | 18 |
| 2:14-cv-09547 | Hanserd v. Ethicon, Inc. et al | 13 |
| 2:14-cv-27431 | Hanson v. Ethicon, Inc. et al | 12 |
| 2:16-cv-00494 | Harari v. Ethicon, Inc. et al | 7 |
| 2:12-cv-09654 | Harkness et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-01677 | Harmon v. Ethicon, Inc. et al | 10 |
| 2:12-cv-02316 | Harper v. Ethicon, Inc. et al | 93 |
| 2:15-cv-04382 | Harris v. Ethicon, Inc. et al | 12 |
| 2:13-cv-21366 | Harris v. Ethicon, Inc. et al | 20 |
| 2:16-cv-00370 | Harrison et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-08156 | Harwell et al v. Ethicon, Inc. et al | 13 |
| 2:16-cv-04054 | Hassler et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-22025 | Haywood v. Ethicon, Inc. et al | 21 |
| 2:15-cv-01627 | Heafner v. Ethicon, Inc. et al | 11 |
| 2:13-cv-30842 | Heath et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-32914 | Heath et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-00810 | Heavner v. Ethicon, Inc. et al | 8 |
| 2:13-cv-26040 | Hedrick v. Ethicon, Inc. et al | 10 |
| 2:16-cv-02864 | Williams et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-15815 | Hemmerle et al v. Ethicon, Inc. et al | 20 |
| 2:13-cv-30048 | Henderson v. Ethicon, Inc. et al | 18 |
| 2:14-cv-11838 | Hendrickson et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-05303 | Henry et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-13516 | Hensley et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-03119 | Hensley v. Ethicon, Inc. et al | 79 |
| 2:14-cv-21853 | Hernandez v. Ethicon, Inc. et al | 13 |
| 2:14-cv-09550 | Hernandez v. Ethicon, Inc. et al | 13 |
| 2:12-cv-04412 | Herold et al v. Ethicon, Inc. et al | 54 |
| 2:13-cv-23284 | Hicks et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-26811 | Higginbotham et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-19031 | Hill et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-13443 | Hill v. Ethicon, Inc. et al | 18 |
| 2:13-cv-01410 | Hillyer v. Ethicon, Inc. et al | 15 |
| 2:13-cv-22611 | Hinegardner et al v. Ethicon, Inc. et al | 17 |
| 2:15-cv-06593 | Hinshaw et al v. Ethicon, Inc. et al | 10 |

| 2:13-cv-26639 | Hitt v. Ethicon, Inc. et al | 16 |
|---|---|---|
| 2:12-cv-01703 | Hoch et al v. Johnson & Johnson et al | 89 |
| 2:13-cv-08700 | Hodge et al v. Ethicon, Inc. et al | 17 |
| 2:14-cv-22697 | Hodge et al v. Boston Scientific Corporation et al | 13 |
| 2:13-cv-16701 | Hodge et al v. Ethicon, Inc. et al | 21 |
| 2:12-cv-08699 | Hogan v. Ethicon, Inc. et al | 16 |
| 2:12-cv-09754 | Hogue v. Ethicon, Inc. et al | 24 |
| 2:13-cv-10208 | Hohimer v. Ethicon, Inc. et al | 23 |
| 2:13-cv-23257 | Holland et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-23264 | Holtz et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-23265 | Hooker et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-02156 | Hoover v. Johnson & Johnson et al | 34 |
| 2:14-cv-16161 | Horn et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-18897 | Horn et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-05693 | Horne et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-29129 | Horton et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-05237 | Howe et al v. Ethicon, Inc. et al | 54 |
| 2:12-cv-00876 | Hoy et al v. Ethicon, Inc. et al | 153 |
| 2:13-cv-11105 | Huddleston v. Ethicon, Inc. et al | 21 |
| 2:15-cv-09049 | Hudnut et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00495 | Huerta et al v. Ethicon, Inc. et al | 7 |
| 2:15-cv-05321 | Huff v. Ethicon, Inc. et al | 12 |
| 2:12-cv-05150 | Huffstetler et al. Ethicon, Inc. et al | 49 |
| 2:13-cv-25346 | Hunt et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-08741 | Hurd v. Ethicon, Inc. et al | 11 |
| 2:13-cv-30988 | Hurrin et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-00827 | Hutson et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-03009 | Ingram v. Ethicon, Inc. et al | 9 |
| 2:13-cv-00812 | Isabell v. Ethicon, Inc. et al | 14 |
| 2:16-cv-00588 | Islas et al v. Ethicon, Inc. et al | 7 |
| 2:14-cv-00602 | Isom et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-29101 | Ives et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-05330 | Iyua et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-23273 | Jacapraro v. Ethicon, Inc. et al | 14 |
| 2:12-cv-07981 | Jackson v. Ethicon, Inc. et al | 32 |
| 2:13-cv-16282 | Jacobson et al v. Ethicon, Inc. et al | 15 |
| 2:16-cv-02904 | James et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05430 | Jaramillo v. Ethicon, Inc. et al | 18 |
| 2:13-cv-24570 | Jarusinski et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-09440 | Jenkins v. Ethicon, Inc. et al | 12 |
| 2:13-cv-24699 | Jenkinson et al v. Ethicon, Inc. et al | 13 |

| 2:14-cv-24630 | Jennings v. Ethicon, Inc. et al | 15 |
| 2:14-cv-03848 | Jester et al v. Ethicon, Inc. et al | 13 |
| 2:16-cv-00496 | Johnson et al v. Ethicon, Inc. et al | 7 |
| 2:12-cv-01704 | Johnson v. Ethicon, Inc. et al | 108 |
| 2:13-cv-09531 | Johnson v. Ethicon, Inc. et al | 12 |
| 2:16-cv-00497 | Johnson et al v. Ethicon, Inc. et al | 8 |
| 2:14-cv-05265 | Johnson et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-11153 | Johnson et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-09558 | Jones v. Ethicon, Inc. et al | 14 |
| 2:12-cv-03131 | Jones v. Ethicon, Inc. et al | 70 |
| 2:16-cv-10681 | Jordan et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-29143 | Juarez v. Ethicon, Inc. et al | 11 |
| 2:14-cv-08481 | Juarez et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-07902 | Jump v. Ethicon, Inc. et al | 10 |
| 2:13-cv-23907 | Kahle et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-7761 | Kaiser et al v. Ethicon, Inc. et al | 9 |
| 2:12-cv-08940 | Kandel et al v. Ethicon, Inc. et al | 16 |
| 2:16-cv-08252 | Kangas v. Ethicon, Inc. et al | 10 |
| 2:12-cv-09370 | Karlhofer v. Ethicon, Inc. et al | 28 |
| 2:13-cv-06631 | Karol et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-15207 | Kasanezky et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-30882 | Katsikis v. Ethicon, Inc. et al | 18 |
| 2:12-cv-08694 | Katz et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-05335 | Keene v. Ethicon, Inc. et al | 11 |
| 2:13-cv-33152 | Keiffer et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-10341 | Kemp et al v. Ethicon, Inc. et al | 24 |
| 2:14-cv-23130 | Kilian et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-10262 | Killmer v. Ethicon, Inc. et al | 10 |
| 2:13-cv-12649 | Kincaid et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-33440 | King et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00498 | King et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-03340 | King v. Ethicon, Inc. et al | 14 |
| 2:13-cv-18134 | King et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-22395 | Kirk v. Ethicon, Inc. et al | 14 |
| 2:13-cv-26042 | Kirkland v. Ethicon, Inc. et al | 10 |
| 2:13-cv-08702 | Klein et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-16971 | Knight et al v. Johnson & Johnson et al | 16 |
| 2:12-cv-08031 | Koepsel et al v. Ethicon, Inc. et al | 28 |
| 2:14-cv-08007 | Korus v. Ethicon, Inc. et al | 12 |
| 2:14-cv-19940 | Kosmet-Cavins et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-25751 | Kough v. Ethicon, Inc. et al | 9 |

| | | |
|---|---|---|
| 2:12-cv-03696 | Kramer et al v. Ethicon, Inc. et al | 45 |
| 2:13-cv-16685 | Kranz v. Ethicon, Inc. et al | 20 |
| 2:14-cv-07619 | Krause et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-10119 | Krebs v. Ethicon, Inc. et al | 16 |
| 2:13-cv-06415 | Krukow et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-07620 | Krygier et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12433 | Kubinski v. Ethicon, Inc. et al | 9 |
| 2:12-cv-06070 | Kulenkamp et al v. Ethicon, Inc. et al | 30 |
| 2:13-cv-15949 | Kurth et al v. Ethicon, Inc. et al | 25 |
| 2:14-cv-22899 | LaFlair et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-00624 | La Fleur et al v. Ethicon, Inc. et al | 7 |
| 2:15-cv-08557 | Labrum et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-03346 | Labrum v. Ethicon, Inc. et al | 10 |
| 2:13-cv-32036 | Laird et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-26043 | Lambert v. Ethicon, Inc. et al | 10 |
| 2:13-cv-18966 | Lammers et al v. Ethicon, Inc. et al | 17 |
| 2:15-cv-14440 | Landis et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-23278 | Landrum et al v. Ethicon, Inc. et al | 18 |
| 2:14-cv-28041 | Laney v. Ethicon, inc. et al | 10 |
| 2:16-cv-08651 | Lang et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-26046 | Langham v. Ethicon, Inc. et al | 14 |
| 2:15-cv-10175 | Lanier-Jones et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-08625 | LaPenta v. Ethicon, Inc. et al | 11 |
| 2:12-cv-03271 | Larsen v. Ethicon, Inc. et al | 24 |
| 2:16-cv-03501 | Larsen-Davis et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-02136 | Lary et al v. Ethicon, Inc. et al | 89 |
| 2:15-cv-16587 | Lastor et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-03532 | Lavigne et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-09720 | Lawrence et al v. Ethicon, Inc. et al | 20 |
| 2:13-cv-10243 | Lawson et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-06536 | Layton et al v. Ethicon, Inc. et al | 8 |
| 2:13-cv-32033 | LeMaster et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-13103 | Lense et al v. Ethicon, Inc. et al | 18 |
| 2:14-cv-26997 | Leon v. Ethicon, Inc. et al | 13 |
| 2:12-cv-01097 | Leon et al v. Ethicon, Inc. et al | 31 |
| 2:13-cv-21437 | Leone v. Ethicon, Inc. et al | 21 |
| 2:13-cv-05632 | Lester v. Ethicon, Inc. et al | 20 |
| 2:13-cv-16631 | LeSuer v. Ethicon, Inc. et al | 16 |
| 2:12-cv-02139 | Lewis v. Ethicon, Inc. et al | 85 |
| 2:16-cv-08137 | Leyder v. Ethicon, Inc. et al | 10 |
| 2:13-cv-26415 | Liddington et al v. Ethicon, Inc. et al | 14 |

| 2:13-cv-28435 | Lindsay v. Ethicon, Inc. et al | 10 |
| 2:13-cv-13249 | Linn v. Ethicon, Inc. et al | 15 |
| 2:14-cv-24060 | Lipscombe v. Ethicon, Inc. et al | 13 |
| 2:16-cv-00582 | Littlefield v. Ethicon, Inc. et al | 7 |
| 2:14-cv-03348 | Lizarraga et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-14004 | Logsdon v. Ethicon, Inc. et al | 12 |
| 2:13-cv-23908 | Logue et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-01666 | Lombardi v. Ethicon, Inc. et al | 9 |
| 2:16-cv-00500 | Long et al v. Ethicon, Inc. et al | 7 |
| 2:15-cv-09321 | Longhini et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-00745 | Longway v. Ethicon, Inc. et al | 16 |
| 2:16-cv-00589 | Lopez v. Ethicon, Inc. et al | 7 |
| 2:13-cv-25418 | Lopez et al v. Ethicon, Inc. et al | 17 |
| 2:16-cv-00348 | Lopez et al v. Ethicon, Inc. et al | 7 |
| 2:14-cv-00036 | Lopez et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-18974 | Louie et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-25419 | Lujan v. Ethicon, Inc. et al | 17 |
| 2:15-cv-15753 | Lukuch et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-02192 | Lupton v. Ethicon, Inc. et al | 10 |
| 2:12-cv-04832 | Lynch et al v. Ethicon, Inc. et al | 48 |
| 2:12-cv-02689 | Lyszcarz et al v. Ethicon, Inc. et al | 103 |
| 2:13-cv-30173 | Maas v. Ethicon, Inc. et al | 11 |
| 2:12-cv-09819 | MacDonald-Lyons et al v. Ethicon, Inc. et al | 20 |
| 2:14-cv-16299 | Mackay v. Ethicon, Inc. et al | 12 |
| 2:12-cv-02028 | Maddox v. Ethicon, Inc. et al | 37 |
| 2:14-cv-20434 | Madry et al v. Ethicon, Inc. et al | 8 |
| 2:15-cv-05339 | Maes et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-04713 | Magestro et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-23241 | Malik v. Ethicon, Inc. et al | 13 |
| 2:15-cv-16352 | Mandolfi v. Ethicon, Inc. et al | 10 |
| 2:15-cv-03538 | Manning v. Ethicon, Inc. et al | 10 |
| 2:13-cv-02732 | Mannix et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-13150 | Mansel v. Ethicon, Inc. et al | 18 |
| 2:13-cv-23912 | Mansfield v. Ethicon, Inc. et al | 13 |
| 2:14-cv-28996 | Matranga et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-06452 | Manzano v. Ethicon, Inc. et al | 10 |
| 2:15-cv-00937 | Marholz et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-06927 | Markham et al v. Ethicon, inc. et al | 9 |
| 2:14-cv-07667 | Marks et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-00590 | Marquez et al v. Ethicon, Inc. et al | 7 |
| 2:16-cv-00592 | Marron et al v. Ethicon, Inc. et al | 8 |

| 2:15-cv-00543 | Marshall v. Ethicon, Inc. et al | 11 |
|---|---|---|
| 2:12-cv-03132 | Marski et al v. Ethicon, Inc. et al | 35 |
| 2:12-cv-03122 | Martello et al v. Ethicon, Inc. et al | 86 |
| 2:14-cv-10200 | Martin et al v. Ethicon, Inc. et al | 19 |
| 2:12-cv-05394 | Martin et al v. Ethicon, Inc. et al | 56 |
| 2:14-cv-12459 | Martin v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12438 | Martin v. Ethicon, Inc. et al | 9 |
| 2:13-cv-13580 | Martin et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-29140 | Martin v. Ethicon, Inc. et al | 10 |
| 2:14-cv-03934 | Martin et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-12625 | Martin et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-14471 | Martinez v. Ethicon, Inc. et al | 16 |
| 2:13-cv-23914 | Martinez v. Ethicon, Inc. et al | 13 |
| 2:13-cv-14995 | Martinez et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-32040 | Martinez-Cons v. Ethicon, Inc. et al | 14 |
| 2:15-cv-02080 | Martoni et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-07555 | Masi v. Ethicon, Inc. et al | 24 |
| 2:13-cv-01087 | Mather et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-07929 | Matovich et al v. Ethicon, Inc. et al | 34 |
| 2:12-cv-02478 | Matthews et al v. Ethicon, Inc. et al | 80 |
| 2:14-cv-14331 | Maurer et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-21756 | May et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-24144 | Mazza v. Ethicon, Inc. et al | 13 |
| 2:13-cv-07265 | McCain et al v. Ethicon, Inc. et al | 25 |
| 2:15-cv-12520 | McCall et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-30931 | McCarter et al v. Johnson & Johnson et al | 12 |
| 2:13-cv-12938 | McCarty et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-24611 | McCollum et al v. Johnson & Johnson et al | 16 |
| 2:13-cv-23917 | McCord et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-10186 | McCown et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-19539 | McCracken et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-16121 | McDaniel et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-09538 | McDowell V. Ethicon, Inc. et al | 12 |
| 2:14-cv-13933 | McEntire et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12413 | McGeorge et al v. Ethicon, Inc. et al | 9 |
| 2:16-cv-00504 | McGough et al v. Ethicon, Inc. et al | 7 |
| 2:12-cv-09081 | McGowan et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-11246 | McGowan et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-14720 | McHugh et al v. Ethicon, Inc. et al | 16 |
| 2:12-cv-05766 | McKee et al v. Ethicon, Inc. et al | 24 |
| 2:14-cv-11167 | McLaughlin v. Ethicon, Inc. et al | 13 |

| 2:15-cv-02119 | McMillan v. Ethicon, Inc. et al | 9 |
|---|---|---|
| 2:15-cv-12835 | McNeil et al v. Ethicon, Inc. et al | 7 |
| 2:14-cv-05321 | McQueen et al v. Ethicon, Inc. et al | 18 |
| 2:14-cv-18143 | Megale et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-02831 | Meksch et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-03865 | Melvin v. Ethicon, Inc. et al | 10 |
| 2:13-cv-18131 | Menard v. Ethicon, Inc. et al | 18 |
| 2:15-cv-12552 | Mendez et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-05381 | Merryman v. Ethicon, Inc. et al | 14 |
| 2:12-cv-01705 | Meyer et al v. Ethicon, Inc. et al | 89 |
| 2:14-cv-03872 | Meyer et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-24910 | Meyers et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-08422 | Migliori et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-02479 | Milan v. Ethicon, Inc. et al | 54 |
| 2:13-cv-28076 | Miller v. Ethicon, Inc. et al | 13 |
| 2:15-cv-11414 | Miller v. Ethicon, Inc. et al | 11 |
| 2:12-cv-07028 | Miller et al v. Ethicon, Inc. et al | 29 |
| 2:13-cv-02733 | Miller et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-13532 | Miller-Ballard v. Ethicon, Inc. et al | 15 |
| 2:13-cv-20443 | Minisee v. Ethicon, Inc. et al | 13 |
| 2:13-cv-30051 | Miyata et al v. Ethicon,Inc. et al | 13 |
| 2:13-cv-07563 | Mojica et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-20291 | Monez-Heyer et al v. Ethicon, Inc. et al | 24 |
| 2:14-cv-16280 | Montgomery et al v. Ethicon, Inc. et al | 25 |
| 2:12-cv-08660 | Montoya et al v. Ethicon, Inc. et al | 21 |
| 2:14-cv-21039 | Moore et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-10174 | Moore et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-25426 | Rasul v. Ethicon, Inc. et al | 15 |
| 2:15-cv-03493 | Moore v. Ethicon, Inc. et al | 10 |
| 2:15-cv-14885 | Moore v. Ethicon, Inc. et al | 10 |
| 2:13-cv-24907 | Iles v. Ethicon, Inc. et al | 15 |
| 2:15-cv-10145 | Morecroft et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-09810 | Moreland et al v. Ethicon, Inc. et al | 34 |
| 2:15-cv-16356 | Moreland et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-07270 | Morgan et al v. Ethicon, Inc. et al | 26 |
| 2:13-cv-30239 | Morgan et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-07946 | Morrissey et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-20832 | Morris et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-02141 | Morrison v. Ethicon, Inc. et al | 79 |
| 2:14-cv-28758 | Moseman et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-08736 | Mosley v. Ethicon, Inc. et al | 8 |

| 2:12-cv-01706 | Muir et al v. Ethicon, Inc. et al | 76 |
|---|---|---|
| 2:13-cv-16564 | Mullens et al v. Ethicon, Inc.et al | 31 |
| 2:13-cv-26187 | Murphy et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-11874 | Murray et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-23016 | Murrell et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-03820 | Musall et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-07953 | Myers-Placek v. Ethicon, Inc. et al | 16 |
| 2:13-cv-06634 | Nault et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-07099 | Nearhood v. Ethicon, Inc. et al | 27 |
| 2:14-cv-04168 | Negron v. Ethicon, Inc. et al | 13 |
| 2:14-cv-00779 | Neive v. Ethicon, Inc. et al | 10 |
| 2:13-cv-19431 | Nelson et al v. Johnson & Johnson et al | 13 |
| 2:14-cv-26527 | Nelson et al v. Ethicon, Inc. et al | 8 |
| 2:15-cv-05881 | Nemer et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-09813 | Newton et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-02487 | Nichols et al v. Johnson & Johnson et al | 30 |
| 2:12-cv-06562 | Nichols et al v. Ethicon, Inc. et al | 24 |
| 2:14-cv-27990 | Nicholson et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-31016 | Nicholson v. Ethicon, Inc. et al | 10 |
| 2:13-cv-01213 | Nixon et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-03118 | Noffsinger v. Ethicon, Inc. et al | 87 |
| 2:16-cv-00813 | Norris v. Ethicon, Inc. et al | 7 |
| 2:13-cv-14917 | Odams v. Ethicon, Inc. et al | 20 |
| 2:13-cv-19562 | Oglesby et al v. Ethicon, Inc. et al | 24 |
| 2:14-cv-05590 | Orazine et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-18141 | Orchekowsky et al v. Ethicon, Inc. et al | 18 |
| 2:15-cv-05349 | Orozco et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-21678 | Osborne et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-24909 | Osborne et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-02102 | Ott et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-22854 | Ferguson v. Ethicon, Inc. et al | 17 |
| 2:13-cv-05882 | Owens v. Ethicon, Inc. et al | 17 |
| 2:16-cv-01549 | Palmberg v. Ethicon, Inc. et al | 9 |
| 2:15-cv-06922 | Palmer et al v. Ethicon, Inc. et al | 9 |
| 2:16-cv-00527 | Panetta et al v. Ethicon, Inc. et al | 7 |
| 2:13-cv-16437 | Paniconi et al v. Ethicon, Inc. et al | 19 |
| 2:15-cv-05415 | Paguette et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-15089 | Paradise et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-01710 | Parker v. Ethicon, Inc. et al | 79 |
| 2:13-cv-33442 | Parren v. Ethicon, Inc. et al | 10 |
| 2:12-cv-08774 | Parris et al v. Ethicon, Inc. et al | 16 |

| | | |
|---|---|---|
| 2:15-cv-15314 | Parrish et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-09323 | Parsons et al v. Ethicon, Inc. et al | 25 |
| 2:14-cv-10078 | Patek et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-15230 | Patrick v. Ethicon, Inc. et al | 19 |
| 2:14-cv-08573 | Patrick v. Ethicon, Inc. et al | 9 |
| 2:13-cv-26903 | Patterson v. Ethicon, Inc. et al | 14 |
| 2:13-cv-05639 | Pecha v. Ethicon, Inc. et al | 12 |
| 2:13-cv-11403 | Peeples v. Ethicon, Inc. et al | 13 |
| 2:16-cv-03953 | Pelafigue et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-09783 | Peltz et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-19570 | Pena v. Ethicon, Inc. et al | 21 |
| 2:13-cv-13872 | Pena v. Ethicon, Inc. et al | 17 |
| 2:12-cv-09834 | Pendleton v. Ethicon, Inc. et al | 12 |
| 2:12-cv-01640 | Perez v. Ethicon, Inc. et al | 101 |
| 2:13-cv-16661 | Perry et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-09809 | Pesaresi v. Ethicon, Inc. et al | 13 |
| 2:12-cv-06504 | Peters et al v. Ethicon, Inc. et al | 28 |
| 2:13-cv-03894 | Petersen et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-12626 | Peterson v. Ethicon, Inc. et al | 16 |
| 2:12-cv-02030 | Petersen et al v. Ethicon, Inc. et al | 79 |
| 2:15-cv-09045 | Schlichting v. Ethicon, Inc. et al | 11 |
| 2:12-cv-02143 | Phillips v. Ethicon, Inc. et al | 87 |
| 2:15-cv-16471 | Phillips v. Ethicon, Inc. et al | 10 |
| 2:15-cv-07967 | Phillips v. Ethicon, Inc. et al | 12 |
| 2:12-cv-02189 | Pieper et al v. Ethicon, Inc. et al | 90 |
| 2:13-cv-05883 | Piland v. Ethicon, Inc. et al | 12 |
| 2:16-cv-00351 | Pineda et al v. Ethicon, Inc. et al | 7 |
| 2:13-cv-15227 | Pivarnik v. Ethicon, Inc. et al | 19 |
| 2:13-cv-14423 | Plummer et al v. Ethicon, Inc. et al | 16 |
| 2:16-cv-00369 | Poe v. Ethicon, Inc. et al | 10 |
| 2:14-cv-26235 | Poitevien et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-33128 | Police et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-29997 | Polk et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-09806 | Pollard et al v. Ethicon, Inc. et al | 39 |
| 2:13-cv-19531 | Pollock et al v. Johnson & Johnson et al | 13 |
| 2:13-cv-17366 | Polyak et al v. Ethicon, Inc. et al | 22 |
| 2:16-cv-00352 | Ponce et al v. Ethicon, Inc. et al | 7 |
| 2:13-cv-24535 | Ponton v. Ethicon, Inc. et al | 10 |
| 2:12-cv-02164 | Poole et al v. Ethicon, Inc. et al | 33 |
| 2:14-cv-23215 | Pope et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-23199 | Poplaski et al v. Ethicon, Inc. et al | 11 |

| 2:15-cv-14279 | Popp et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-00037 | Porter v. Ethicon, Inc. et al | 10 |
| 2:15-cv-13863 | Potridge et al v. Ethicon, Inc. et al | 8 |
| 2:15-cv-13035 | Pound v. Ethicon, Inc. et al | 10 |