# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 6664], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. With Prejudice filed by plaintiffs, identified on the attached Exhibit A, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. The Joint Motion to Dismiss states other defendants remain in these actions and plaintiffs will continue to prosecute these actions against them. However, in *Melville, et al., v. Ethicon, Inc., et al.*, 2:13-cv-07912, AMS is the only remaining defendant. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: September 26, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – CLARK LOVE & HUTSON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:13-CV-07912 | Eileen C. Melville, Darrell McCants v. Ethicon, Inc, Johnson & Johnson, American Medical Systems, Inc. |
| 2:17-CV-03997 | Susan Shea, Roderic Shea v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson, C. R. Bard, Inc. |