This motion is DENIED as moot. It is so
ORDERED.  ENTER:  09/26/2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED
EXHIBITS:

### JOINT MOTION TO DISMISS DEFENDANT
### AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-B and defendant American Medical

Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims

between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these

actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their

own costs.

Respectfully:

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903
401.457.7700 (phone)
401.457.7708 (fax)
dmigliori@motleyrice.com
*Attorney for Plaintiffs on Exhibit A*


/s/ W. Mark Lanier
W. Mark Lanier
THE LANIER LAW FIRM
Sixth Floor
126 East 56th Street
New York, NY 10022
212.421.2800 (phone)
212.421.2878 (fax)
WML@lanierlawfirm.com
*Attorney for Plaintiff on Exhibit B*


Dated:  September 21, 2018