IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 6678], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-B, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that:

1) the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**;

2) the cases on Exhibit A are dismissed with prejudice and **STRICKEN** from the active docket; and,

3) the case on Exhibit B has other named defendants and plaintiffs continue to prosecute their case against the remaining defendants.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-B.

ENTER: September 26, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – THE LAW OFFICES OF A. CRAIG EILAND

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-03334 | Elise Burger v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-15530 | Frances Jacobs, Dennis Jacobs v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – SHAW COWART

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-31357 | Patti Jo Crowley, Clayton Crowley v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |