IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
     PELVIC REPAIR SYSTEM                  MDL NO. 2327
     PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon Defendants") pursuant to the procedures established by Pretrial Order ("PTO") No. 302. *See* PTO No. 302, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020].

As stated in PTO No. 302, the Court established certain procedures to prompt dismissals of settled cases. Under these procedures, the Court directed the Ethicon Defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the Court also mandated that the Ethicon Defendants file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon Defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the Court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The Court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 27, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Civil Action Number | Case Name | ECF Number Corresponding to the Motion |
|---|---|---|
| 2:14-cv-11618 | Powell v. Ethicon, Inc. et al | 11 |
| 2:16-cv-08143 | Preston v. Ethicon, Inc. et al | 12 |
| 2:12-cv-04476 | Price et al v. Ethicon, Inc. et al | 41 |
| 2:13-cv-30213 | Puffer et al v. Ethicon, Inc. et al | 15 |
| 2:16-cv-02286 | Purtell et al v. Ethicon, Inc. et al | 9 |
| 2:12-cv-03153 | Putt et al v. Ethicon, Inc. et al | 33 |
| 2:13-cv-18239 | Pyle v. Ethicon, Inc. et al | 19 |
| 2:14-cv-12140 | Quevedo v. Ethicon, inc. et al | 18 |
| 2:16-cv-01548 | Quinlan et al v. Ethicon, Inc. et al | 9 |
| 2:16-cv-01258 | Quinn et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-24143 | Quintana et al v. Ethicon, Inc. et al | 16 |
| 2:15-cv-03375 | Rains et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-16294 | Rakes et al v. Ethicon, Inc. et al | 17 |
| 2:14-cv-12142 | Ralls et al v. Ethicon, Inc. et al | 18 |
| 2:12-cv-02191 | Ramirez et al v. Ethicon, Inc. et al | 87 |
| 2:14-cv-03943 | Ramirez et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-14870 | Ramoo et al v. Ethicon, Inc. et al | 20 |
| 2:16-cv-02099 | Ramos et al v. Ethicon, Inc. et al | 9 |
| 2:12-cv-00934 | Ramsey et al v. Johnson & Johnson et al | 40 |
| 2:13-cv-08248 | Randolph v. Ethicon, Inc. et al | 17 |
| 2:13-cv-14171 | Ratcliff et al v. Ethicon, Inc. et al | 17 |
| 2:12-cv-03835 | Ratledge et al v. Ethicon, Inc. et al | 36 |
| 2:15-cv-14108 | Rayborn et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-27695 | Reames v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05417 | Redmon et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-15354 | Redmond v. Ethicon, inc. et al | 11 |
| 2:12-cv-09519 | Hall et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-30241 | Reese et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-17892 | Regelin et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-08905 | Reid et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-26421 | Reid et al v. Ethicon, Inc. et al | 15 |
| ~~2:13-cv-22062~~ | ~~Renman et al v. Ethicon, Inc. et al~~ | ~~15~~ |
| 2:13-cv-20792 | Rettele v. Ethicon, Inc. et al | 31 |
| 2:14-cv-05597 | Reyes v. Ethicon, Inc. et al | 14 |
| 2:14-cv-29865 | Reynolds et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-09576 | White v. Ethicon, Inc. et al | 16 |

| 2:13-cv-05706 | Rice et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-15767 | Richard et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-01504 | Richard et al v. Ethicon, Inc. et al | 22 |
| 2:12-cv-02192 | Richard et al v. Ethicon, Inc. et al | 89 |
| 2:15-cv-04520 | Richard v. Ethicon, Inc. et al | 9 |
| 2:13-cv-26199 | Rickman et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-07279 | Rife et al v. Ethicon, Inc. et al | 29 |
| 2:14-cv-01419 | Riggleman et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-12634 | Riner et al v. Ethicon, Inc. et al | 16 |
| 2:12-cv-05666 | Rings v. Ethicon, Inc. et al | 32 |
| 2:14-cv-22910 | Rippee et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-27002 | Roberts et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-01598 | Robinson et al v. Ethicon, Inc. et al | 20 |
| 2:15-cv-00824 | Robinson et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-14146 | Rogers et al v. Ethicon, Inc. et al | 17 |
| 2:15-cv-15422 | Romps et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-02734 | Ross et al v. Ethicon, Inc. et al | 19 |
| 2:13-cv-27704 | Ross v. Ethicon, inc. et al | 10 |
| 2:13-cv-20025 | Roy et al v. Ethicon, Inc. et al | 30 |
| 2:14-cv-08500 | Rudolf et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-27707 | Ruggiero v. Ethicon, Inc. et al | 14 |
| 2:14-cv-14144 | Rumfield et al v. Ethicon, Inc. et al | 17 |
| 2:14-cv-26471 | Rupard v. Ethicon, Inc. et al | 11 |
| 2:13-cv-27507 | Rushing v. Ethicon, Inc. et al | 9 |
| 2:13-cv-16608 | Ruttner et al v. Ethicon, Inc. et al | 18 |
| 2:15-cv-09975 | Saam et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-17368 | Sabens et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-09562 | Sabo V.Ethicon, Inc. et al | 12 |
| 2:16-cv-02059 | Safley et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-13526 | Salandez et al v. Ethicon, Inc. et al | 19 |
| 2:16-cv-00530 | Salazar v. Ethicon, Inc. et al | 7 |
| 2:16-cv-00605 | Salinas et al v. Ethicon, Inc. et al | 7 |
| 2:12-cv-08937 | Salyers et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-15203 | Sanders et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-06056 | Sanders et al v. Ethicon, Inc. et al | 13 |
| 2:16-cv-00354 | Sanders v. Ethicon, Inc. et al | 7 |
| 2:13-cv-07973 | Santacatterina v. Ethicon, Inc. et al | 12 |
| 2:13-cv-24576 | Scadden et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-08917 | Scalise et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-27492 | Schieving et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-13173 | Schimanski et al v. Ethicon, Inc. et al | 9 |

| 2:13-cv-12966 | Schimmelpfennig et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-15911 | Schoenborn et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-31315 | Schoenert et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-24279 | Schultz-Dufresne et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-03529 | Scipioni v. Ethicon, Inc. et al | 15 |
| 2:13-cv-13445 | Scott et al v. Ethicon, Inc. et al | 15 |
| 2:16-cv-11330 | Seelbach v. Ethicon, Inc. et al | 10 |
| 2:14-cv-21060 | Seltzer et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-29675 | Seward et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-27823 | Shand et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-27710 | Shannon v. Ethicon, Inc. et al | 10 |
| 2:13-cv-18812 | Shaw et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-08310 | Shea et al v. Ethicon, Inc. et al | 15 |
| 2:16-cv-01764 | Shelton v. Ethicon, Inc. et al | 9 |
| 2:12-cv-01707 | Shelton et al v. Ethicon, Inc. et al | 89 |
| 2:12-cv-01708 | Shennum v. Ethicon, Inc. et al | 77 |
| 2:14-cv-29826 | Shlafer et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-27439 | Shryock et al v. Johnson & Johnson et al | 21 |
| 2:13-cv-32145 | Shuman v. Ethicon, Inc. et al | 15 |
| 2:14-cv-29078 | Shupe et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-23756 | Siderio et al v. Ethicon, Inc. et al | 13 |
| 2:16-cv-01604 | Silveira et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-01084 | Simons et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-02716 | Simpson et al v. Ethicon, Inc. et al | 82 |
| 2:12-cv-03277 | Simpson et al v. Ethicon, Inc. et al | 25 |
| 2:16-cv-02194 | Slattery v. Ethicon, Inc. et al | 10 |
| 2:12-cv-03124 | Smallwood et al v. Ethicon, Inc. et al | 75 |
| 2:13-cv-16352 | Smith et al v. Ethicon, Inc. et al | 7 |
| 2:14-cv-13158 | Smith et al v. Ethicon, Inc. et al | 19 |
| 2:14-cv-18402 | Smith et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-03105 | Smith et al v. Ethicon, Inc. et al | 24 |
| 2:12-cv-01149 | Smith v. Johnson & Johnson et al | 164 |
| 2:14-cv-00995 | Smith et al v. Ethicon, Inc. et al | 18 |
| 2:15-cv-03972 | Smith et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-18105 | Smith v. Ethicon, Inc. et al | 18 |
| 2:13-cv-27714 | Smith v. Ethicon, Inc. et al | 13 |
| 2:15-cv-09196 | Smith et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-24582 | Smith et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-29677 | Smith v. Ethicon, Inc. et al | 10 |
| 2:13-cv-19091 | Smith et al v. Ethicon, Inc. et al | 15 |
| 2:16-cv-00533 | Smith et al v. Ethicon, Inc. et al | 7 |

| | | |
|---|---|---|
| 2:14-cv-22742 | Smithyman et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-00128 | Snyder et al v. Ethicon, Inc. et al | 9 |
| 2:16-cv-00534 | Solis et al v. Ethicon, Inc. et al | 7 |
| 2:14-cv-17446 | Solomon et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-17369 | Spaulding v. Ethicon, Inc. et al | 12 |
| 2:13-cv-14704 | Spellman et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-07982 | Spence et al v. Ethicon, Inc. et al | 16 |
| 2:16-cv-02963 | Spiller et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-09644 | Spinks v. Ethicon, Inc. et al | 21 |
| 2:12-cv-06319 | Sponaugle et al v. Ethicon, Inc. et al | 29 |
| 2:13-cv-29679 | Spurlock et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-15738 | Stamper et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-26398 | Starr v. Ethicon, Inc. et al | 16 |
| 2:16-cv-02195 | Staton et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-24584 | Steele et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-06861 | Stemmer v. Ethicon, Inc. et al | 28 |
| 2:13-cv-29681 | Steverson et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11073 | Stich et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-13441 | Stickler et al v. Ethicon, Inc. et al | 16 |
| 2:16-cv-02485 | Stiltner v. Ethicon, Inc. et al | 10 |
| 2:14-cv-00217 | Stoltman v. Ethicon, Inc. et al | 10 |
| 2:12-cv-06740 | Stone et al v. Ethicon, Inc. et al | 22 |
| 2:14-cv-14656 | Storck v. Ethicon, Inc. et al | 20 |
| 2:13-cv-04902 | Strongman v. Ethicon, Inc. et al | 17 |
| 2:13-cv-29320 | Stroud v. Ethicon, Inc. et al | 16 |
| 2:14-cv-07854 | Struchko et al v. Ethicon, Inc. et al | 17 |
| 2:12-cv-00842 | Stubblefield v. Johnson & Johnson et al | 135 |
| 2:15-cv-12409 | Stumpff v. Ethicon, Inc. et al | 16 |
| 2:12-cv-08610 | Sundby et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-03288 | Sunseri et al v. Ethicon, Inc. et al | 55 |
| 2:14-cv-19897 | Swan v. Ethicon, Inc. et al | 12 |
| 2:12-cv-07980 | Swanson v. Ethicon, Inc. et al | 33 |
| 2:13-cv-01089 | Swint v. Ethicon, Inc. et al | 15 |
| 2:16-cv-08764 | Sylvester v. Ethicon, Inc. et al | 11 |
| 2:16-cv-08500 | Szymkowicz-Petroski v. Ethicon, Inc. et al | 11 |
| 2:15-cv-04414 | Tabor et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-00053 | Tahlier et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-02735 | Tatom et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-08602 | Taylor v. Ethicon, Inc. et al | 13 |
| 2:14-cv-31176 | Taylor-Richards v. Ethicon, Inc. et al | 10 |
| 2:12-cv-06195 | Te Ronde v. Ethicon, Inc. et al | 28 |

6

| | | |
|---|---|---|
| 2:14-cv-00057 | Tharnish v. Ethicon, Inc. et al | 10 |
| 2:13-cv-05698 | Thomas v. Ethicon, Inc. et al | 12 |
| 2:13-cv-11803 | Thorlacius-Curry et al v. Ethicon, Inc. et al | 19 |
| 2:12-cv-03681 | Thornock et al v. Ethicon, Inc. et al | 23 |
| 2:13-cv-33478 | Thornell v. Ethicon, Inc. et al | 9 |
| 2:12-cv-04930 | Thurman v. Ethicon, Inc. et al | 40 |
| 2:13-cv-17258 | Tibbits et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-29690 | Tilley et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-11160 | Tillman et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-13159 | Tilson et al v. Ethicon, Inc. et al | 18 |
| 2:12-cv-03311 | Todd et al v. Ethicon, Inc. et al | 44 |
| 2:16-cv-10324 | Toews et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-19953 | Tolbert et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-24911 | Tomassetti et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-21043 | Totty v. Ethicon, Inc. et al | 13 |
| 2:15-cv-11471 | Townsend et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-16607 | Tracey et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-17301 | Tracy v. Ethicon, Inc. et al | 18 |
| 2:12-cv-00813 | Trahan et al v. Ethicon, Inc. et al | 23 |
| 2:13-cv-24823 | Trammell v. Ethicon, Inc. et al | 11 |
| 2:13-cv-14793 | Trimpe v. Ethicon, Inc. et al | 16 |
| 2:13-cv-31042 | Troyan et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-00540 | Truitt et al v. Ethicon, Inc. et al | 8 |
| 2:13-cv-31634 | Trull v. Ethicon, Inc. et al | 10 |
| 2:15-cv-08077 | Trujillo v. Ethicon, Inc. et al | 11 |
| 2:13-cv-10185 | Tumminelli v. Ethicon, Inc. et al | 22 |
| 2:13-cv-32409 | Turner v. Ethicon, Inc. et al | 10 |
| 2:13-cv-33480 | Tyler v. Ethicon, Inc. et al | 9 |
| 2:14-cv-05280 | Valletta v. Ethicon, Inc. et al | 10 |
| 2:12-cv-04991 | Valverde et al v. Ethicon, Inc. et al | 34 |
| 2:12-cv-04585 | Van Etten et al v. Ethicon, Inc. et al | 46 |
| 2:14-cv-21684 | Vanasse v. Ethicon, Inc. et al | 10 |
| 2:13-cv-01491 | Vandervelde et al v. Ethicon, Inc. et al | 24 |
| 2:15-cv-14841 | VanRooyen v. Ethicon, Inc. et al | 10 |
| 2:15-cv-08248 | Vargas v. Ethicon, Inc. et al | 14 |
| 2:14-cv-10899 | Vargas, et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-22614 | Vaughn et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-11293 | Vaught v. Ethicon, Inc. et al | 18 |
| 2:14-cv-04242 | Verschure et al v. Johnson & Johnson et al | 15 |
| 2:13-cv-07370 | Veselka et al v. Ethicon, Inc. et al | 22 |
| 2:13-cv-04249 | Vessella v. Ethicon, Inc. et al | 20 |

| 2:13-cv-10699 | Vickers v. Ethicon, Inc. et al | 21 |
| 2:12-cv-05228 | Vieth v. Ethicon, Inc. et al | 12 |
| 2:13-cv-00741 | Vint et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-29699 | Vlachos v. Ethicon, Inc. et al | 10 |
| 2:14-cv-27175 | Volker et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-05228 | Vrana v. Ethicon, Inc. et al | 12 |
| 2:15-cv-06474 | Walker v. Ethicon, Inc. et al | 11 |
| 2:12-cv-08690 | Wallach et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-04254 | Wallenberg et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-26825 | Walsh et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-08814 | Walsh et al v. Ethicon, Inc. et al | 19 |
| 2:15-cv-03958 | Walsh et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-30243 | Waltke et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-04477 | Wang et al v. Ethicon, Inc. et al | 40 |
| 2:13-cv-20290 | Ward v. Ethicon, Inc. et al | 15 |
| 2:12-cv-02199 | Warner v. Ethicon, Inc. et al | 67 |
| 2:12-cv-05253 | Waterman v. Ethicon, Inc. et al | 34 |
| 2:14-cv-03854 | Watson v. Ethicon, Inc. et al | 15 |
| 2:12-cv-01151 | Waynick v. Johnson & Johnson et al | 122 |
| 2:12-cv-07553 | Weberg et al v. Ethicon, Inc. et al | 25 |
| 2:15-cv-05422 | Weinberg et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-02487 | West et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-11115 | West v. Ethicon, Inc. et al | 17 |
| 2:15-cv-09976 | Wheatley v. Ethicon, Inc. et al | 11 |
| 2:13-cv-32038 | Wheeler v. Ethcion, Inc. et al | 15 |
| 2:15-cv-03965 | Wheeler v. Ethcion, Inc. et al | 11 |
| 2:12-cv-03129 | White et al v. Ethicon, Inc. et al | 100 |
| 2:14-cv-05614 | White v. Ethicon, Inc. et al | 13 |
| 2:14-cv-17374 | White et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-01912 | Whitley et al v. Ethicon, Inc. et al | 18 |
| 2:15-cv-14444 | Whittenburg et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-00714 | Wicklein v. Ethicon, Inc. et al | 25 |
| 2:13-cv-30245 | Wilder et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-06516 | Wilford et al v. Ethicon, Inc. et al | 17 |
| 2:14-cv-05526 | Willey v. Ethicon, Inc. et al | 10 |
| 2:14-cv-16084 | Williams v. Ethicon, Inc. et al | 11 |
| 2:12-cv-06554 | Williams et al v. Ethicon, Inc. et al | 23 |
| 2:13-cv-32362 | Williams v. Ethicon, Inc. et al | 18 |
| 2:16-cv-02100 | Williams v. Ethicon, Inc. et al | 9 |
| 2:14-cv-29851 | Williams et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-06156 | Willis et al v. Ethicon, Inc. et al | 11 |

| | | |
|---|---|---|
| 2:13-cv-10784 | Wilson et al v. Ethicon, Inc. et al | 21 |
| 2:13-cv-01085 | Wilson et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-09399 | Wilson et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-10381 | Wilson v. Ethicon, Inc. et al | 16 |
| 2:14-cv-05405 | Winding v. Ethicon, Inc. et al | 13 |
| 2:12-cv-05187 | Windsor v. Ethicon, Inc. et al | 32 |
| 2:12-cv-08394 | Wolinska v. Ethicon, Inc. et al | 17 |
| 2:13-cv-26107 | Wood et al v. Ethicon, Inc. et al | 16 |
| 2:16-cv-05322 | Woodrow et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-11993 | Woods et al v. Ethicon, Inc. et al | 17 |
| 2:15-cv-15347 | Woodson et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-06255 | Woosley et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-26945 | Worthington v. Ethicon, Inc. et al | 11 |
| 2:13-cv-11556 | Worthington et al v. Ethicon, Inc. et al | 17 |
| 2:14-cv-00994 | Wright v. Ethicon, Inc. et al | 18 |
| 2:16-cv-03314 | Wright v. Ethicon, Inc. et al | 9 |
| 2:14-cv-07868 | Wright v. Ethicon, Inc. et al | 17 |
| 2:12-cv-06844 | Wright v. Ethicon, Inc. et al | 29 |
| 2:16-cv-00551 | Wynia et al v. Ethicon, Inc. et al | 7 |
| 2:13-cv-22169 | Wysocki et al v. Ethicon, Inc. et al | 15 |
| 2:16-cv-00546 | Wyszynski v. Ethicon, Inc. et al | 7 |
| 2:14-cv-08628 | Yadegari et al v. Ethicon, Inc. et al | 8 |
| 2:13-cv-00766 | Yeagle et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-12731 | Yee v. Ethicon, Inc. et al | 18 |
| 2:14-cv-17377 | Yerington et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-22603 | York et al v. Ethicon, Inc. et al | 17 |
| 2:15-cv-14842 | Yuchasz et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-01493 | Zangerie et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-13184 | Zapata et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-12439 | Zayas et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-23363 | Zeestraten v. Ethicon, Inc. et al | 15 |
| 2:14-cv-04263 | Zeigenbein v. Ethicon, Inc. et al | 14 |
| 2:13-cv-26334 | Zinnert et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-12432 | Zureki et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-18040 | Zwerk v. Ethicon, Inc. et al | 18 |
| 2:14-cv-14763 | Ali v. Ethicon, Inc. et al | 13 |
| 2:13-cv-27959 | Alldredge v. Ethicon, Inc. et al | 13 |
| 2:14-cv-10964 | Bennett et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-04511 | Berstein v. Ethicon, Inc. et al | 10 |
| 2:14-cv-22248 | Bilyeu v. Ethicon, Inc. et al | 10 |
| 2:14-cv-17883 | Calcagni v. Ethicon, Inc. et al | 8 |

| 2:15-cv-00934 | Cohen v. Ethicon, Inc. et al | 11 |
| 2:15-cv-01892 | Cook v. Ethicon, Inc. et al | 10 |
| 2:16-cv-08564 | Elyashar et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-19886 | Fares et al v. Ethicon, Inc. et al | 8 |
| 2:14-cv-21388 | Finkbeiner et al v. Ethicon, Inc. et al | 8 |
| 2:15-cv-01089 | Fitzgerald v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11745 | Flores et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-03953 | Forbes v. Ethicon, Inc. et al | 11 |
| 2:14-cv-22277 | Forman et al v. Ethicon, Inc. et al | 8 |
| 2:14-cv-13272 | Fritinger et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-07362 | Gilyana et al v. Ethicon, Inc. et al | 25 |
| 2:13-cv-21555 | Ginex et al v. Ethicon, Inc. et al | 8 |
| 2:13-cv-27977 | Griffith v. Ethicon, Inc. et al | 11 |
| 2:14-cv-19299 | Grimm v. Ethicon, Inc. et al | 8 |
| 2:14-cv-20721 | Hardister v. Ethicon, Inc. et al | 9 |
| 2:14-cv-19318 | Hemeon v. Ethicon, Inc. et al | 8 |
| 2:16-cv-01751 | Hernandez v. Ethicon, Inc. et al | 8 |
| 2:14-cv-12437 | Hesse et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-22605 | Huntsman et al v. Ethicon, Inc. et al | 8 |
| 2:16-cv-00343 | Hutchinson et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-04048 | Isenhower v. Ethicon, Inc. et al | 10 |
| 2:13-cv-21475 | Jensen v. Ethicon, Inc. et al | 18 |
| 2:14-cv-29098 | Johnston et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-09665 | Kelemen v. Ethicon, Inc. et al | 11 |
| 2:14-cv-03797 | Kresta v. Ethicon, Inc. et al | 14 |
| 2:14-cv-19872 | Lambert et al v. Ethicon, Inc. et al | 8 |
| 2:16-cv-04042 | Laube v. Ethicon, Inc. et al | 9 |
| 2:15-cv-01099 | Litaker et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-08238 | Lupton et al v. Ethicon, Inc. et al | 19 |
| 2:14-cv-02686 | Madison et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-09631 | Martinson v. Ethicon, Inc. et al | 10 |
| 2:14-cv-11105 | McCluskey et al v. Ethicon, Inc. et al | 16 |
| 2:15-cv-09638 | McKibben et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-01391 | Miller et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-20777 | Miller v. Ethicon, Inc. et al | 8 |
| 2:16-cv-12419 | Miller et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-09667 | Mundhenke et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-19240 | Nugent et al v. Ethicon, Inc. et al | 8 |
| 2:14-cv-20992 | Palm et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-02717 | Parker et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-26550 | Quin v. Ethicon, Inc. et al | 8 |

| 2:14-cv-15502 | Schmidt et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-22249 | Sedillos et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-27764 | Solis-Munoz et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-05141 | Spurlin v. Ethicon, Inc. et al | 36 |
| 2:14-cv-11129 | Sutton et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-08879 | Tanner et al v. Ethicon Inc. et al | 16 |
| 2:13-cv-27524 | Tarbox et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-34019 | Taylor v. Ethicon, Inc. et al | 16 |
| 2:15-cv-06580 | Tinoco v. Ethicon, Inc. et al | 10 |
| 2:13-cv-33988 | Trotta et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-11350 | Watt et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-13023 | Whisner et al v. Ethicon, Inc. et al | 25 |
| 2:15-cv-04717 | Wiley v. Ethicon, Inc. et al | 10 |
| 2:16-cv-03177 | Williamson v. Ethicon, Inc. et al | 9 |
| 2:13-cv-16647 | Anderson v. Ethicon, Inc. et al | 20 |
| 2:15-cv-03912 | Brown et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-09897 | Carter et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-07550 | Collins et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-16656 | Conner et al v. Ethicon, Inc. et al | 23 |
| 2:13-cv-16210 | Doolittle v. Ethicon, Inc. et al | 14 |
| 2:13-cv-01226 | Douglas et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-14500 | Driscoll v. Ethicon, Inc. et al | 22 |
| 2:13-cv-12860 | Dunn et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-09519 | Evridge v. Ethicon, Inc. et al | 14 |
| 2:15-cv-06436 | Fortenberry et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-14503 | Garren v. Ethicon, Inc. et al | 16 |
| 2:15-cv-06427 | George v. Ethicon, Inc. et al | 11 |
| 2:13-cv-12864 | Goad v. Ethicon, Inc. et al | 14 |
| 2:15-cv-12047 | Hartley v. Ethicon, Inc. et al | 11 |
| 2:13-cv-16640 | Henry v. Ethicon, Inc. et al | 23 |
| 2:13-cv-01282 | Hobbs et al v. Ethicon, Inc. et al | 18 |
| 2:12-cv-08325 | Honold v. Ethicon, Inc. et al | 24 |
| 2:15-cv-11391 | Howard v. Ethicon, Inc. et al | 11 |
| 2:13-cv-05299 | Jenkins et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-02921 | Labure et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-13868 | Layel v. Ethicon, Inc. et al | 10 |
| 2:12-cv-08591 | Levin v. Ethicon, Inc. et al | 17 |
| 2:13-cv-15757 | Liberatore et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-23605 | Maddalone et al v. Ethicon, Inc. et al | 16 |
| ~~2:14-cv-14450~~ | ~~Manzo v. Ethicon, Inc. et al~~ | ~~19~~ |
| 2:15-cv-11381 | McCord v. Ethicon, Inc. et al | 13 |

| | | |
|---|---|---|
| 2:13-cv-00209 | McDaniel v. Ethicon, Inc. et al | 17 |
| 2:14-cv-09802 | McQueeny et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-16643 | McRae v. Ethicon, Inc. et al | 17 |
| 2:13-cv-12871 | Messer et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-12878 | Morris v. Ethicon, Inc. et al | 14 |
| 2:15-cv-06431 | Mouron v. Ethicon, Inc. et al | 10 |
| 2:13-cv-16214 | Murray v. Ethicon, Inc. et al | 14 |
| 2:15-cv-04187 | Neeley v. Ethicon, Inc. et al | 10 |
| 2:16-cv-05059 | Ohmen et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-11390 | Paduana et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-01283 | Palmer et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-23585 | Passno et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-16220 | Raimo et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-07541 | Reagan et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-05311 | Ridenour et al v. Ethicon, Inc. et al | 22 |
| 2:13-cv-15033 | Roper v. Ethicon, Inc. et al | 16 |
| 2:13-cv-16652 | Ryan v. Ethicon, Inc. et al | 20 |
| 2:13-cv-15766 | Sammons et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-08324 | Sherrill et al v. Ethicon, Inc. et al | 15 |
| 2:16-cv-01622 | Shoudy v. Ethicon, Inc. et al | 12 |
| 2:13-cv-15034 | Simeone et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-16946 | Smart et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-15384 | Sowards v. Ethicon, Inc. et al | 17 |
| 2:16-cv-05983 | Staats et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-08332 | Stewart et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-18834 | Strauss et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-06433 | Sturgeon et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-14502 | Terrell v. Ethicon, Inc. et al | 16 |
| 2:13-cv-18678 | Thompson et al v. Ethicon, Inc. et al | 20 |
| 2:12-cv-04087 | Vanderpool v. Ethicon, Inc. et al | 52 |
| 2:13-cv-06153 | Vann v. Ethicon, Inc. et al | 14 |
| 2:13-cv-16216 | Wilson v. Ethicon, Inc. et al | 14 |
| 2:13-cv-14853 | Alderson, et al. Ethicon, Inc., et al. | 13 |
| 2:14-cv-07214 | Alexander, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-10141 | Alyea, et al. vs. Ethicon, Inc. | 11 |
| 2:14-cv-16269 | Andrews, et al. vs. Ethicon, Inc., et al. | 13 |
| 2:13-cv-17741 | Arrowood, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-10133 | Autrey, et al. vs. Ethicon, Inc. | 11 |
| 2:14-cv-17866 | Ballard, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:17-cv-02712 | Balluff, et al. vs. Ethicon, et al. | 11 |
| 2:16-cv-00484 | Barnett vs. Ethicon, Inc. | 9 |

| 2:13-cv-12653 | Roma-Barrera vs. Ethicon Inc, et al. | 11 |
|---|---|---|
| 2:13-cv-11502 | Bigley, et al. vs. Ethicon, Inc. | 11 |
| 2:14-cv-07212 | Blackshear vs. Ethicon, Inc., et al | 14 |
| 2:13-cv-12865 | Booth, et al. vs. Ethicon, Inc., et al. | 10 |
| 2:14-cv-14460 | Brownrigg, et al. vs. Ethicon Inc., et al. | 11 |
| 2:14-cv-07202 | Bush vs. Ethicon, Inc, et al. | 11 |
| 2:13-cv-11184 | Calhoun vs. Ethicon, et al. | 12 |
| 2:13-cv-28996 | Camden, et al. vs. Ethicom, Inc., et al. | 11 |
| 2:13-cv-17449 | Chroninger, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:16-cv-04902 | Clark vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-28989 | Clark, et al. vs. Ethicon, Inc., et al. | 12 |
| 2:14-cv-13845 | Clouser vs. Ethicon, Inc, et al. | 11 |
| 2:13-cv-13115 | Clutter vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-30123 | Coleman, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-21424 | Collinsworth vs. Ethicon, et al. | 14 |
| 2:13-cv-26581 | Craine, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-32160 | Crayton, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-17734 | Daly vs. Ethivon, Inc., et al. | 12 |
| 2:13-cv-31482 | Davilla vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-28510 | Dean, et al. vs. Ethicon, Inc., et al. | 9 |
| 2:14-cv-18122 | Dodd vs. Ethicon, Inc., et al. | 12 |
| 2:14-cv-20368 | Dossett, et al. vs. Ethicon, Inc., et al. | 10 |
| 2:14-cv-19810 | Etten, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-33457 | Farkas, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-12644 | Fernandez, et al. vs Ethicon Inc., et al. | 11 |
| 2:14-cv-28527 | Ferreell, et al. vs. Ethicon, Inc., et al. | 7 |
| 2:14-cv-17867 | Forst vs. Ethicon, Inc., et al. | 12 |
| 2:13-cv-28183 | Forster, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-14687 | Fosnocht, et al. vs. Ethicon, Inc., et al. | 13 |
| 2:14-cv-09227 | Francis vs. Ethicon, Inc., et al. | 11 |
| 2:15-cv-03921 | Galindo, et al. vs. Ethicon, Inc., et al. | 9 |
| 2:12-cv-09244 | Garcia vs. Ethicon, Inc, et al. | 38 |
| 2:13-cv-12599 | Gerharter, et al, vs. Ethicon, Inc., et al. | 14 |
| 2:13-cv-12863 | Gerry vs. Ethicon, Inc. et al. | 11 |

44322082.v1