UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| IN RE: ETHICON INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MASTER FILE NO.: 2:12-MD-02327 MDL 2327 <br><br> JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |
|---|---|
| **PATRICIA & FRED MURPHY** <br><br> Plaintiffs, <br><br> v. <br><br> ETHICON, INC., ET AL. <br><br> Defendants. | Case No. 2:16cv03907 |

## NOTICE OF WITHDRAWAL OF FILING

Plaintiffs, Patricia & Fred Murphy, through counsel, **hereby withdraw their NOTICE TO TAKE DEPOSITION OF OZ HARMANLI, M.D.** filed September 26, 2018 under Docket # 6700. The parties have reached an agreement pertaining to the deposition of Dr. Harmanli on an alternate date and the notice will be re-filed accordingly.

Dated:  September 27, 2018

Respectfully submitted,

/s/ Brittany S. Cates
Brittany S. Cates
FAXON LAW GROUP, LLC
59 Elm Street
New Haven, CT 06510
Tel: (203) 624-9500
bcates@faxonlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Notice was also sent via email to:

Laci Bonner, Esq.
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
Laci.Bonner@butlersnow.com

/s/ Brittany S. Cates
Brittany S. Cates
FAXON LAW GROUP, LLC
59 Elm Street
New Haven, CT 06510
Tel: (203) 624-9500
bcates@faxonlawgroup.com