# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> **ALL WAVE 8 CASES** | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

## PLAINTIFFS' MOTION TO WITHDRAW PLAINTIFFS' DOCKET NO. 6676

Plaintiffs' counsel hereby request withdrawal of the document identified as Docket No. 6676, Plaintiffs' Motion to Strike Defendants' Objections and Responses to Plaintiffs' "Notice to Take Deposition of Debra Fromer, M.D." (filed September 20, 2018).

Dated: October 1, 2018

                                        Respectfully submitted,

                                        /s/ D. Renee Baggett
                                        D. RENEE BAGGETT
                                        Aylstock, Witkin, Kreis and Overholtz, PLC
                                        17 E. Main Street, Suite 200
                                        Pensacola, FL 32563
                                        850-202-1010
                                        850-916-7449
                                        Rbaggett@awkolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
P: 850-202-1010
F: 850-916-7449
Rbaggett@awkolaw.com