# EXHIBIT A

Ie-Ming Shih

# CURRICULUM VITAE

The Johns Hopkins University School of Medicine

(Typed Name):   Ie-Ming Shih                    (Date of this version):   August 7, 2016

## DEMOGRAPHIC AND PERSONAL INFORMATION

### Current Appointments

**Richard W. TeLinde Distinguished Professor**, Department of Gynecology and Obstetrics with secondary appointment in the Departments of Oncology and Pathology, Johns Hopkins Medical Institutions

### Personal Data

Country of birth place: Dai-Chia Township, Tai-Chuan City, Taiwan
Nationality/citizenship: 1) United States of America; 2) Taiwan
Contact information:
    Address: 1550 Orleans Street, CRB-2, RM 305, Baltimore, Maryland 21231
    Office phone: 410-502-7774
    Fax: 410-502-7943
    E-mail: ishih@jhmi.edu, shihie@yahoo.com

## EDUCATION AND TRAINING

| Year | Degree | Institution | Discipline |
|---|---|---|---|
| 1981-1988 | M.D. | Taipei Medical University | Medicine |
| 1989- 1993 | Ph.D. | University of Pennsylvania | Pathology |
| 1993-1994 | Postdoctoral Fellow | The Wistar Institute | Cancer Biology |
| 1994-1997 | Resident | Johns Hopkins Hospital | Pathology |
| 1997-1998 | Clinical Fellow | Johns Hopkins Hospital | Gynecologic Pathology |
| 1998-2000 | Research Fellow | Johns Hopkins Oncology Ctr. (w/ Dr. Bert Vogelstein) | Cancer Genetics |

## PROFESSIONAL EXPERIENCE

2000-2001          **Instructor**, Department of Pathology
                   Johns Hopkins Medical Institutions, Baltimore, MD

1

Ie-Ming Shih

| 2001-2003 | **Assistant Professor**, Department of Pathology Johns Hopkins Medical Institutions, Baltimore, MD |
| --- | --- |
| 2003-2008 | **Associate Professor**, Departments of Pathology, Oncology and Gynecology and Obstetrics Johns Hopkins Medical Institutions, Baltimore, MD |
| 2008- | **Professor**, Departments of Pathology, Oncology and Gynecology/Obstetrics Johns Hopkins Medical Institutions, Baltimore, MD |
| 2014- | **Richard W. TeLinde Distinguished Professor (endowed Chair)** http://webapps.jhu.edu/namedprofessorships/professorshipdetail.cfm?professorshipID=220 Department of Gynecology and Obstetrics Johns Hopkins University School of Medicine |
| | **Director of Johns Hopkins TeLinde Gynecologic Pathology Research Program** http://www.hopkinsmedicine.org/gynecology_obstetrics/research/areas/telinde_lab.htm Department of Gynecology and Obstetrics Johns Hopkins University School of Medicine |
| | **Co-director of the Breast and Ovarian Cancer Program**, Sidney Kimmel Comprehensive Cancer Center, Johns Hopkins Medical Institutions, Baltimore, MD |

## RESEARCH ACTIVITIES        research website: www.gynecologycancer.org

**Peer-Reviewed Research Articles**

Dr. Shih's publications can be found in NCBI *My Bibliography* at:
http://www.ncbi.nlm.nih.gov/sites/myncbi/1NaHasBj9YLQE/bibliography/47955017/public/?sort=date&direction=ascending

1. **Shih IM,** Chiang HS, Yang LL, Wang TL. Antimotility effects of Chinese herbal medicines on human sperm. J Formos Med Assoc, 89:466-9, 1990. PMID: 1977862

2. Valyi-Nagy I, **Shih IM**, Gyorfi T, Greenstein D, Elder DE, Herlyn M. Spontaneous and induced differentiation of cultured human melanoma cells.  Int J Cancer, 54:159-165, 1993. PMID: 8478142

3. Valyi-Nagy I, Hirka G, Jensen PJ, **Shih IM**, Juhasz I, Herlyn M. Undifferentiated keratinocytes control growth, morphology, and antigen expression of normal melanocytes through cell-cell contact.  Lab Invest, 69:152-159, 1993. PMID: 8350597

4. Juhasz I, Lazarus GS, Murphy GF, **Shih IM**, Herlyn M. Development of pemphigus vulgaris-like lesions in severe combined immunodeficient (SCID) mice reconstituted with lymphocytes from patients.  J Clin Invest, 92:2401-2407, 1993. PMID: 8227357

2

Ie-Ming Shih

5.   Mancianti ML, Gyorfi T, **Shih IM**, Valyi-Nagy I, Levengood G, Menssen HD, Halpern A, Elder DE, Herlyn M. Growth regulation of cultured human nevus cells.  J Invest Dermatol, 100:281S-287S, 1993. PMID: 8440904

6.   **Shih IM**, Herlyn M. The role of growth factors and their receptors in the development and progression of melanoma.  J Invest Dermatol, 100:196S-203S, 1993. PMID: 8381840

7.   **Shih IM**, Herlyn M. Autocrine and paracrine roles of growth factors in human melanoma. In Vivo, 8:113-124, 1994. PMID: 7519892

8.   Herlyn M, **Shih IM**. Interactions of melanocytes and melanoma cells with the microenvironment. Pigment Cell Res, 7:81-88, 1994. PMID: 8066024

9.   **Shih IM**, Elder DE, Speicher D, Johnson JP, Herlyn M. Isolation and functional characterization of the A32 melanoma-associated antigens. Cancer Res, 54:2514-2520, 1994. PMID: 8162602

10.   **Shih IM**, Elder DE, Herlyn M. Regulation of Mel-CAM/MUC18 expression on melanocytes of different stages of tumor progression by normal keratinocytes. Am J Pathol, 145:837-845, 1994. PMID: 7943174

11.   **Shih IM**, Wang TL, Westra WH. Diagnostic and biologic implications of Mel-CAM expression in spindle cell neoplasms. Clin Cancer Res, 2:569-575, 1996. PMID: 9816205

12.   **Shih IM**, Kurman RJ. Expression of melanoma cell adhesion molecule in intermediate trophoblast. Lab Invest, 75: 377-388, 1996. (with cover illustration) PMID: 8804361

13.   **Shih IM**, Speicher D, Hsu MY, Levine E, Herlyn M. Melanoma cell-cell interactions are mediated through heterophilic Mel-CAM/ligand adhesion. Cancer Res, 57: 3835-3840, 1997. PMID: 9288796

14.   **Shih IM**, Hsu MY, Palazzo JP, Herlyn M. The cell-cell adhesion receptor Mel-CAM acts as a tumor suppressor in breast carcinoma. Am J Pathol, 151:745-751, 1997. PMID: 9284823

15.   **Shih IM**, Kurman RJ. New concepts in trophoblastic growth and differentiation with practical application for the diagnosis of gestational trophoblastic disease. Verh Dtsch Ges Path, 81: 266-272, 1997. PMID: 9474880

16.   **Shih IM**, Schnarr RL, Gearhart JD, Kurman RJ. Distribution of cells bearing the HNK-1 epitope in the human placenta. Placenta, 18:667-674, 1997. PMID: 9364602

17.   Hu PJ, **Shih IM**, Hutchins GM, Hellmann DB. Polyarteritis nodosa of the pericardium: antemortem diagnosis in a pericardiectomy specimen. J Rheumatol, 24:2042-2044, 1997. PMID: 9330952

18.   **Shih IM**, Kurman RJ. Ki-67 labeling index in the differential diagnosis of exaggerated placental site, placental site trophoblastic tumor, and choriocarcinoma: a double immunohistochemical staining technique using Ki-67 and Mel-CAM antibodies. Human Pathol, 29:27-33, 1998. (with cover illustration) PMID: 9445130

Ie-Ming Shih

19.   **Shih IM**, Nesbit M, Herlyn M, Kurman RJ. A new Mel-CAM (CD146) specific monoclonal antibody, MN-4, on paraffin embedded tissue. Mod Pathol, 11:1098-1106, 1998. PMID: 9831208

20.   **Shih IM**, Kurman RJ. Epithelioid trophoblastic tumor --- a neoplasm distinct from choriocarcinoma and placental site trophoblastic tumor simulating carcinoma.  Am J Surg Pathol, 22:1393-1403, 1998. PMID: 9808132

21.   **Shih IM**, Wang T-L, Wu T-C, Kurman RJ, Gearhart JD. Expression of Mel-CAM in implantation site intermediate trophoblastic cell line, IST-1, limits its migration on uterine smooth muscle cells. J Cell Sci, 111: 2655-2664, 1998. PMID: 9701564

22.   **Shih IM**, Kurman RJ. Immunohistochemical localization of inhibin-alpha in the human placenta and gestational trophoblastic lesions. Int J Gynecol Pathol, 18:144-150, 1999. PMID: 10202672

23.   Huang C-C, Kashima ML, Chen H, **Shih IM**, Kurman RJ, Wu T-C. HPV in situ hybridization with catalyzed signal amplification and polymerase chain reaction in establishing cerebellar metastasis of a cervical carcinoma.  Human Pathol, 30:587-591, 1999.

24.   **Shih IM.** The role of CD146 (Mel-CAM) in biology and pathology. J Pathol, 189:4-11,1999. PMID: 10451481

25.   Suzuki N, Nakayama J, **Shih IM**, Daisuke Aoki, Nozawa S, Fukuda MN. Expression of trophinin, tastin and bystin by trophoblasts and endometrial cells in human placenta. Biol Reprod, 60: 621-627, 1999. PMID: 10026108

26.   **Shih IM**, Seidman JD, Kurman RJ. Placental site nodule and characterization of distinctive types of intermediate trophoblast. Hum Pathol, 30:687-694, 1999. (with cover illustration) PMID: 10374778

27.   **Shih IM**, Yu J, He TC, Vogelstein B, Kinzler KW. The beta-catenin binding domain of APC gene is sufficient for tumor suppression. Cancer Res, 60:1671-1676, 2000. PMID: 10822298

28.   Wang TL, Ling M, **Shih IM,** Pham T, Pai SI, Lu Z, Kurman RJ, Pardoll DM, Wu TC. Intramuscular administration of E7-transfected dendritic cells generates the most potent E7-specific anti-tumor immunity. Gene Therapy, 7:726-733, 2000.

29.   **Shih IM**, Torrance C, Sokoll L, Chan DW, Kinzler KW, Vogelstein B. Assessing tumors in living animals through measurement of urinary beta-human chorionic gonadotropin. Nature Med, 6:711-714, 2000. PMID: 10835692

30.   Koch MB, **Shih IM**, Weiss SW, Folpe AL. Microphthalmia transcription factor and melanoma cell adhesion molecule expression distinguish desmoplastic/spindle cell melanoma from morphologic mimics. Am J Surg Pathol, 25:58-64, 2001. PMID: 11145252

31.   **Shih IM**, Kurman RJ. Editorial: Placental site trophoblastic tumor- past as prologue. Gynecol Oncol, 82:413-414, 2001. PMID: 11520133

Ie-Ming Shih

32. **Shih IM**, Zhou W, Goodman S, Kinzler KW, Vogelstein B. Evidence that genetic instability occurs at an early stage of colorectal tumorigenesis. Cancer Res, 61:818-822, 2001. PMID: 11221861

33. **Shih IM**, Wang TL, Traverso G, Romans K, Hamilton SR, Kinzler KW, Vogelstein B. Top-down morphogenesis of colorectal tumors. Proc Natl Acad Sci USA, 98:2640-2645, 2001. PMID: 11226292

34. **Shih IM**, Yan H, Speyrer D, Shmookler BM, Sugarbaker PH, Ronnett BM. Molecular genetic analysis of appendiceal mucinous adenomas in identical twins, including one with pseudomyxoma peritonei. Am J Surg Pathol, 25:1095-1099, 2001. PMID: 11474297

35. **Shih IM**, Kurman RJ. The pathology of intermediate trophoblastic tumors and tumor-like lesions. Int J Gynecol Pathol, 20:31-47, 2001. PMID: 11192071

36. **Shih IM**, Kurman RJ. Molecular basis of gestational trophoblastic diseases. Curr Mol Medicine, 2:1-12, 2002. PMID: 11898845

37. Singer G, Kurman RJ, Chang H-W, Cho SKR, **Shih IM**. Diverse tumorigenic pathways in ovarian serous carcinoma. Am J Pathol, 160:1223-1228, 2002. PMID: 11943707

38. Gerstein AV, Almeida TA, Ahao G, Chess E, **Shih IM**, Buhler K, Pienta K, Rubin MA, Vellella R, Papadopoulos N. APC/CTNNB*1* (beta-catenin) pathway alterations in human prostate cancers. Genes, Chromosomes & Cancer, 34:9-16, 2002. PMID: 11921277

39. Singer G, Kurman RJ, McMaster MT, **Shih IM**. HLA-G immunoreactivity is specific for intermediate trophoblast in gestational trophoblastic disease and can serve as a useful marker in differential diagnosis. Am J Surg Pathol, 26:914-920, 2002. PMID: 12131159

40. Oldt R J, Kurman RJ, **Shih IM**. Molecular genetic analysis of placental site trophoblastic tumors and epithelioid trophoblastic tumors confirms their trophoblastic origin. Am J Pathol, 161:1033-1038, 2002. PMID: 12213732

41. Hickman TN, **Shih IM**, Zacur HA, Kurman RJ, Diener-West M, Gearhart JD. Decreased progesterone receptor expression in the intermediate trophoblastic cells of spontaneous abortions. Fertil Steril, 77:1001-1005, 2002. PMID: 12009358

42. Chang H-W, Ali SZ, Cho SR, Kurman RJ, **Shih IM**. Detection of allelic imbalance in ascitic supernatant by digital SNP analysis. Clin Cancer Res, 8:2580-2585, 2002. PMID: 12171887

43. Chang H-W, Yen C-Y, Liu S-Y, Singer G, **Shih IM**. Genotype analysis using human hair shaft. Cancer Epidemiol Biomark Prev, 11:925-929, 2002. PMID: 12223440

44. Chang H-W, Singer G, Cho SR, Sokoll L, Montz F, Roden R, Zhang Z, Chan DW, Kurman RJ, **Shih IM**. Assessment of plasma DNA levels, allelic imbalance and CA 125 as diagnostic tests for cancer. J Natl Can Inst, 94:1697-1703, 2002. PMID: 12441325

45. Nowak MA, Komarova NL, Sengupta A, Jallepalli PV, **Shih IM,** Vogelstein B, Lengauer C. The role of chromosomal instability in tumor initiation. Proc Natl Acad Sci USA, 99:16226-16231, 2002. PMID: 12446840

Ie-Ming Shih

46.  **Shih IM**, Hsu M-Y, Oldt RJ III, Herlyn M, Gearhart JD, Kurman RJ. The role of E-cadherin in the motility and invasion of implantation site intermediate trophoblast. Placenta, 23:706-715, 2002. PMID: 12398810

47.  Rai AJ, Zhang Z, Rosenzweig J, **Shih IM**, Pham T, Fung ET, Sokoll LJ, Chan DW. Proteomic approaches to tumor marker discovery- identification of biomarkers for ovarian cancer. Arch Pathol Lab Med, 126:1518-1526, 2002. PMID: 12456215

48.  Fregnani ER, Pires FR, Quezada RD, **Shih IM**, Vargas PA, de Almeida OP. Calcifying odontogenic cyst: clinicopatholgoical features and immunohistochemical profile of 10 cases. J Oral Pathol Med, 32:163-170, 2003. PMID: 12581386

49.  Singer G, **Shih IM**, Truskinovsky A, Umudum H, Kurman RJ. Mutational analysis of K-ras segregates ovarian serous carcinomas into two types: Invasive MPSC (a low-grade tumor) and conventional serous carcinoma (a high-grade tumor). Int J Gynecol Pathol, 22:37-41, 2003. PMID: 12496696

50.  Singer G, Oldt 3rd R, Cohen Y, Wang B, Sidransky D, Kurman RJ, **Shih IM**. Mutations in BRAF and KRAS characterize the development of low-grade ovarian serous carcinoma.  J Natl Can Inst, 95:484-486, 2003. PMID: 12644542

51.  Pires FR, **Shih IM**, Perez DE, Almeida OP, Kowalski LP. Mel-CAM (CD146) expression in parotid mucoepidermoid carcinoma. Oral Oncol 39:277-281, 2003. PMID: 12618200

52.  Buckhaults P, Zhang Z, Chen Y-C, Wang T-L, St. Croix B, Saha S, Bardelli A, Morin PJ, Polyak K, Hruban RH, Velculescu VE, **Shih IM**. Identifying tumor origin using a gene expression based classification map. Cancer Res, 63:4144-4149, 2003 (with cover illustration). PMID: 12874019

53.  Wang BG, Huang H-Y, Chen Y-C, Bristow RE, Kassauei K, Cheng C-C, Roden R, Sokoll LJ, Chan DW, **Shih IM**. Increased plasma DNA integrity in cancer patients. Cancer Res, 63:3966-3968, 2003. PMID: 12873992

54.  Singer G, Rebmann V, Chen Y-C, Liu H-T, Ali SZ, Reinsberg J, McMaster MT, Pfeiffer K, Chan DW, Wardelmann E, Grosse-Wilde H, Cheng CC, Kurman RJ, **Shih IM**. HLA-G is a potential tumor marker in malignant effusion. Clin Cancer Res, 9: 4460-4466, 2003. PMID: 14555519

55.  Wang TL, Diaz L, Roman K. Bardelli A, Saha S, Parmigiani G, Choti M, **Shih IM**, Iacobuzio-Donahue C, Kinzler KW, Vogelstein B, Lengauer C, Velculescu V. Digital karyotyping identifies thymidylate synthase amplification as a mechanism of resistance to 5-FU in metastatic colorectal cancer patients. Proc Natl Acad Sci USA, 101:3089-3094, 2004. PMID: 14970324

56.  Berman DM, **Shih IM**, Burke L-A, Veenstra TD, Zhao Y, Contrads TP, Kwon SW, Hoang V, Yu L-R, Zhou M, Kurman RJ, Petricoin EF, Liotta LA. Profiling the activity of G proteins in patient-derived tissues by rapid affinity-capture of signal transduction protein (GRASP). Proteomics, 4:812-818, 2004. PMID: 14997501

Ie-Ming Shih

57.  **Shih IM** and Kurman RJ. p63 expression is useful in the distinction of epithelioid trophoblastic tumors and placental site trophoblastic tumor by profiling trophoblastic subpopulations. Am J Surg Pathol, 28:1177-1183, 2004. PMID: 15316317

58.  Cheng EJ, Kurman RJ, Wang M, Oldt III R, Wang BG, Berman DM, **Shih IM**.  Molecular genetic analysis of ovarian serous cystadenoma. Lab Invest, 84:778-784, 2004.  PMID: 15077125

59.  Pohl G and **Shih IM.** Principle and applications of digital PCR. Expert Rev Mol Diagn, 4:89-95, 2004. PMID: 14711348

60.  **Shih IM** and Kurman RJ. Ovarian tumorigenesis - a proposed model based on morphological and molecular genetic analysis. Am J Pathol, 164: 1511-1518, 2004. PMID: 15111296

61.  Hsu C-Y, Bristow R, Cha MS, Wang BG, Ho C-L, Kurman RJ, Wang TL, **Shih IM**. Characterization of Active Mitogen-activated Protein Kinase in Ovarian Serous Carcinomas. Clin Cancer Res, 10:6432-6436, 2004. PMID: 15475429

62.  Ho C-L, Kurman RJ, Dehari R, Wang T-L, **Shih IM**. Mutations of BRAF and KRAS precede the development of ovarian serous borderline tumors. Cancer Res, 64:6915-6918, 2004. PMID: 15466181

63.  Garg R, Russell JJ, **Shih, IM**, Bristow RE. Have you ruled out a placental site nodule? Contemporary Ob/Gyn, 49:18-20, 2004.

64.  Davidson B, Elstrand MV, McMaster MT, Berner A, Kurman RJ, Risberg B, Trope CG, **Shih IM**. HLA-G expression in effusions is a possible marker of tumor susceptibility to chemotherapy in ovarian carcinoma. Gyn Oncol, 96:42-47, 2005. PMID: 15589578

65.  Singer G, Stohr R, Cope L, Dehari R, Hartmann A, Cao D-F, Wang TL, Kurman RJ, **Shih IM**. Patterns of p53 mutations separate ovarian serous borderline tumors, low and high-grade carcinomas and provide support for a new model of ovarian carcinogenesis. Am J Surg Pathol, 29:218-224, 2005. PMID: 15644779

66.   Chen Y-C, Pohl G, Wang TL, Morin PJ, Risberg B, Christesen GB, Yu A, Davidson B, **Shih IM**. Apolipoprotein E is required for cell proliferation and survival in ovarian cancer. Cancer Res, 65:331-337, 2005. PMID: 15665311

67.   Hansel DE, Rahman A, Wilentz RE, **Shih IM**, McMaster MT, Yeo CJ, Maitra A. HLA-G upregulation in pre-malignant and malignant lesions of the gastrointestinal tract. Int J Gastrointestinal Cancer, 35:15-24, 2005. PMID: 15722570

68.   Pohl G, Ho C-L, Kurman RJ, Bristow R, Wang T-L, **Shih IM**. Inactivation of the MAPK pathway as a potential target-based therapy in ovarian serous tumors with KRAS or BRAF mutations.  Cancer Res, 65:1994-2000, 2005. PMID: 15753399

69.   Lai TH, **Shih IM**, Vlahos N, Ho CL, Wallach E, Zhao Y. Differential expression of L-selectin ligand in the endometrium during the menstrual cycle. Fertility and Sterility, 83/4S: 1297-1302, 2005. PMID: 15831305

Ie-Ming Shih

70.   Köbel M, Pohl G, Schmitt WD., Hauptmann S, Wang T-L, **Shih IM**. Activation of mitogen activated protein kinase is required for migration and invasion of placental site trophoblastic tumor. Am J Pathol, 167:879-885, 2005. PMID: 16127165

71.   **Shih IM** and Wang TL. Apply innovative technologies to explore cancer genome. Curr Opin Oncol, 17:33-38, 2005. PMID: 15608510

72.   **Shih IM** and Kurman RJ. Molecular pathogenesis of ovarian borderline tumors- new insights and old challenges. Clin Cancer Res, 11:7273-7279, 2005. PMID: 16243797

73.   Chen YC, Davidson B, Cheng CC, Maitra A, Giuntoli RL 2nd, Hruban RH, Wang T-L, **Shih IM**.  Identification and characterization of membralin, a novel tumor-associated gene, in ovarian carcinoma. Biochem Biophys Acta, 1730:96-102, 2005.  PMID: 16084606

74.   Hsu C-Y, Kurman RJ, Vang R, Wang T-L, Baak J, **Shih IM**. Nuclear size distinguishes low-grade from high-grade ovarian serous carcinoma and predicts outcome. Human Pathol, 36:1049-1054, 2005. PMID: 16226103

75.   Cooper T.K. **Shih IM,** Gabrielson KL. Uterine epithelioid trophoblastic tumor in a red-tailed Guenon (*Cercopithecus ascanius*). J Comp Path, 133:218-222, 2005. PMID: 16026797

76.   Kurman RJ, Seidman JD, **Shih IM**. Expert Opinion: Serous borderline tumors of the ovary, classifications, concepts and conundrums. Histopathol, 47:310-318, 2005. PMID: 16115232

77.   **Shih IM**, Sheu J, Yu CH, Santillan A, Yen MJ, Nakayama K, Bristow RE, Vang R, Parmigiani G, Kurman RJ, Trope CG, Davidson B and Wang T-L.  Amplification of a chromatin remodeling gene, Rsf-1/HBXAP, in ovarian carcinoma. Proc Natl Acad Sci USA, 102:14004-14009, 2005. PMID: 16172393

78.   Yen JM, Hsu C-Y, Mao T-L, Wu, TC, Roden R, Wang T-L, **Shih IM**. Diffuse mesothelin expression correlates with prolonged patient survival in ovarian serous carcinoma. Clin Cancer Res, 12:827-831, 2006. PMID: 16467095

79.   Song J, Yang W, **Shih IM**, Zhang Z, Bai J. Identification of BCOX1, a novel gene overexpressed in breast cancer. Biochem Biophys Acta, 1760:62-69, 2006. PMID: 16289875

80.   Lai T-H, Zhao Y, **Shih IM**, Ho C-L, Bankowski B, Vlahos N. Expression of L-selectin ligands in human endometrium during the implantation window after controlled ovarian stimulation for oocyte donation. Fertil Steril, 85:761-763, 2006. PMID: 16500358

81.   Kleinberg L, Flørenes V, Skrede M, Dong, Hiep Phuc, Nielsen, Søren, McMaster M, Nesland, J, **Shih IM**, Davidson B.  Expression of HLA-G in malignant mesothelioma and clinically aggressive breast carcinoma.  Virchows Archiv, 449:31-39, 2006. PMID: 16541284

82.   Mao T-L, Seidman JD, Kurman RJ, **Shih IM**. Cyclin E and p16 immunoreactivity in epithelioid trophoblastic tumor-an aid in differential diagnosis. Am J Surg Pathol, 30:1105-1110, 2006. PMID: 16931955

8

83.  Bazzaro M, Lee MK, Zoso A, Stirling WLH, Santillan A, **Shih IM**, Roden RBS. Ubiquitin-proteosome system stress sensitizes ovarian cancer to proteasome inhibitor-induced apoptosis. Cancer Res, 66:3754-3763, 2006. PMID: 16585202

84.  Yeh H-C, Ho Y-P, **Shih IM**, Wang Z-H. Homogeneous point mutation detection by quantum dot-mediated tow-color fluorescence coincidence analysis. Nuclei Acid Res, 34:e35, 2006. PMID: 16517937

85.  Nakayama K, Nakayama N. Kurman RJ, Cope L, Pohl G, Samuels Y, Velculescu VE, Wang TL, **Shih IM**. Sequence mutations and amplification of PIK3CA and AKT2 genes in purified ovarian serous neoplasms. Cancer Biol Therapy, 5:779-785, 2006. PMID: 16721043

86.  Nakayama K, Nakayama N, Davidson B, Katabuchi H, Kurman RJ, Velculescu VE, **Shih IM**, Wang TL. Homozygous deletion of MKK4 in ovarian serous carcinoma. Cancer Biol Therapy, 6:630-634, 2006. PMID: 16627982

87.  Park, JT, Li M, Nakayama K, Mao T-L, Davidson B, Zheng Z, Kurman RJ, Eberhart CG, **Shih IM**, Wang TL. Notch-3 gene amplification in ovarian cancer. Cancer Res, 66:6312-6318, 2006. PMID: 16778208

88.  Mao T-L, Hsu C-Y, Yen MJ, Gilks B, Sheu JC, Gabrielson E, Vang R, Cope L, Kurman RJ, Wang TL, **Shih IM**. Expression of Rsf-1, a chromatin-remodeling gene, in ovarian and breast carcinoma. Human Pathol, 37:1169-1175, 2006. PMID: 16938522

89.  Davidson B, Trope G, Wang T-L, **Shih IM**.  Expression of the chromatin remodeling factor, Rsf-1, in effusions is a novel predictor of poor survival in ovarian carcinoma. Gyn Oncol, 103:814-819, 2006. PMID: 16844205

90.  Staebler A, Karberg B, Behm J, Kuhlmann P, Neubert U, Schmidt H, Korsching E, Burger H, Lelle R, Kiesel L, Bocker W, **Shih  IM**, Buchweitz O. Chromosomal losses of regions on 5q and lack of high-level amplification at 8q24 are associated with favorable prognosis for ovarian serous carcinoma. Gene Chromosome and Cancer, 45:905-917, 2006. PMID: 16845658

91.  Vlahos NF, Lipari CW, Bankowski B, Lai TH, King JA, **Shih IM**, Fragakis K, Zhao Y. Effect of luteal-phase support on endometrial L-selectin ligand expression following recombinant follicle-stimulating hormone and ganirelix acetate for in vitro fertilization. J Clin Endocrinol Metab 91:4043-4049, 2006 PMID: 20132413

92.  Davidson B, Kleinberg L, Forences VA, Zhang Z, Wang TL, **Shih IM**. Gene expression signatures differentiate ovarian/peritoneal serous carcinoma from diffuse peritoneal malignant mesothelioma. Clin Cancer Res, 12:5944-5950, 2006.

93.  Nakayama K, Nakayama N, Davidson B, Sheu J, Natini Jinawath, Santillan A, Salani R, Bristow RE, Morin PJ, Kurman RJ, Wang TL, **Shih IM**. A BTB/POZ protein, NAC-1, is related to tumor recurrence and is essential for tumor growth and survival. Proc Natl Acad Sci USA, 103:18739-18744, 2006. PMID: 17509990

Ie-Ming Shih

94. Klleinberg L, Holth A, Fridman E, Schwartz I, **Shih IM**, Davidson B. The diagnostic role of claudins in serous effusions. Am J Clin Pathol, 127:928-937, 2007

95. Salani R, Neuberger I, Kurman RJ, Bristow R, Chang HW, Wang TL, **Shih IM**. Expression of extracellular matrix proteins in ovarian serous tumors. Int J Gynecol Pathol, 26:141-146, 2007. PMID: 17413980

96. Lai TH, King JA, **Shih IM**, Vlahos NF, Zhao Y. Immunological localization of syndecan-1 in human endometrium throughout the menstrual cycle. Fertil Steril, 87:121-126, 2007. PMID: 17113089

97. Reiko D, Kurman RJ, Logani S, **Shih IM**. The development of high-grade serous carcinoma from atypical proliferative (borderline) serous tumors and low-grade micropapillary serous carcinoma- a morphologic and molecular genetic analysis. Am J Surg Pathol, 31:1007-1012, 2007. PMID: 17592266

98. Chu D, **Shih IM**, Knechevich M, Sheth S. Uterine epithelioid trophoblastic tumor in an African green monkey (Chlorocebus aethiops sabaeus). J Am Assoc Lab Animal sci. 46:92-96, 2007. PMID: 17343360

99. **Shih IM**, Wang TL. Notch signaling, gamma secretase inhibitors and cancer therapy. Cancer Res, 67:1879-1882, 2007. PMID: 17332312

100. **Shih IM**. Applications of HLA-G expression in the diagnosis of human cancer. Hum Immunol, 68:272-276, 2007. PMID: 17400063

101. **Shih IM**. Trophogram, an immunohistochemistry-based algorithmic approach, in the differential diagnosis of trophoblastic tumors and tumor-like lesions. Ann Diag Pathol, 11:228-234, 2007. PMID: 17498600

102. **Shih IM**. Gestational trophoblastic neoplasia- pathogenesis and potential therapeutic targets. Lancet Oncology, 8:642-650, 2007. PMID: 17613426

103. Sheu J, **Shih IM**. The clinical and biological significance of HLA-G expression in ovarian cancer. Seminar Cancer Biology, 17:436-443, 2007. PMID: 17681474

104. Santillan A, Kim YW, Zahurak ML, Gardner GJ, Giuntoli II RL, **Shih IM**, Bristow RE. Differences of chemoresistance assay between invasive micropapillary/low-grade serous ovarian carcinoma and high-grade serous ovarian carcinoma. Int J Gyn Cancer, 17:601-606, 2007. PMID: 17504374

105. **Shih IM**, Salani R, Fiegl M, Wang TL, Soosaipillai A, Marth C, Muller-Holzner E, Gastl G, Zhang A, Diamandis EP. Ovarian cancer specific kallikrein profile in effusions. Gyn Oncol, 105:501-507, 2007. (PMID: 17303231)

106. Nakayama K, Nakayama N, Jinawath N, Salani R, Kurman RJ, **Shih IM**, Wang TL. Amplicon profiles in ovarian serous carcinomas. Int J Cancer, 120: 2613-2617, 2007. PMID: 17351921

107.    Davidson B, Berner A, Trope CG, Wang TL, **Shih IM**. Expression and clinical role of the BTB/POZ protein NAC-1 in ovarian carcinoma effusions. Hum Pathol, 38:1030-1036, 2007. PMID: 17413980

108.    Cheng WF, Hung CF, Chai CY, Chen CA, Lee CN, Su YN, Tseng WY, Hsieh CY, **Shih IM**, Wang TL, Wu. Generation and characterization of an ascitogenic mesothelin-expressing tumor model. Cancer, 110: 420-431, 2007. PMID: 17559144

109.    Nakayama K, Nakayama N, Wang TL, **Shih IM**. NAC-1 controls cell growth and survival by repressing transcription of Gadd45GIP1, a candidate tumor suppressor. Cancer Res, 67: 8058-8064, 2007. PMID: 17804717

110.    Davidson B, Skrede M, Silins I, **Shih IM**, Trope CG, Flørenes VA.  Low molecular weight cyclin E forms differentiate ovarian carcinoma from cells of mesothelial origin and are associated with poor survival in ovarian carcinoma. Cancer, 110:1264-1271, 2007. PMID: 17647260

111.    Salani R, Davidson B, Fiegl M, Huang HY, Marth C, Muller-Holzner E, Gastl G, Hsiao JC, Lin HS, Wang TL, Lin BL, **Shih IM**. Measurement of cyclin E genomic copy number and strand length in cell-free DNA distinguishes malignant versus benign effusions. Clin Cancer Res, 13:5805-5809, 2007. PMID: 17908972

112.    Song J, **Shih IM**, Salani R, Chan DW, Zhang Z. Annexin XI is associated with cisplatin resistance and related to tumor recurrence in ovarian cancer patients. Clin Cancer Res, 13:6842-6849, 2007. PMID: 17982121

113.    Davidson B, Baekelandt M, **Shih IM**. Mucin4 is upregulated in ovarian carcinoma effusions and differentiates carcinoma cells from mesothelial cells. Diagn Cytopathol, 35:756-760, 2007. PMID: 18008338

114.    Mao TL, Kurman RJ, Huang CC, Lin MC, **Shih IM**. Immunohistochemistry of choriocarcinoma: an aid in differential diagnosis and in elucidating pathogenesis. Am J Surg Pathol, 31:1726-1732, 2007. PMID: 18059230

115.    Bazzaro M, Santillan A, Lin Z, Tang T, Lee MK, Bristow RE, **Shih IM**, Roden RB. Myosin II co-chaperone general cell UNC-45 overexpression is associated with ovarian cancer, rapid proliferation, and motility. Am J Pathol, 171:1640-1649, 2007. PMID: 17872978

116.    Mao TL, Kurman RJ, Jeng YM, Huang W, **Shih IM**. HSD3B1 as a novel trophoblast-associated marker that assists in the differential diagnosis of trophoblastic tumors and tumor-like lesions. Am J Surg Pathol, 32:236-242, 2008. PMID: 18223326

117.    Salani, R, Kurman RJ, Giuntoli R, Gardner G, Bristow R, Wang TL, **Shih IM**. Assessment of TP53 mutation using purified tissue samples of ovarian serous carcinomas reveals a much higher mutation rate than previously reported and does not correlate with drug resistance. Int J Gyn Cancer, 18:487-491, 2008. (PMID: 17692090)

118.    Davidson B, Wang TL, **Shih IM**, Berner A. Expression of the chromatin remodeling factor Rsf-1 is down-regulated in breast carcinoma effusions. Hum Pathol, 39:616-622, 2008. PMID: 18289639

Ie-Ming Shih

119.   Brown L, Kalloger SE, Miller MA, **Shih IM**, McKinney SE, Santos JL, Swenerton K, Spellman PT, Gray J, Gilks CB, Huntsman DG. Amplification of 11q13 in ovarian carcinoma. Genes, Chromosome and Cancer, 47:481-489, 2008. PMID: 18314909

120.   Kurman RJ and **Shih IM**. Pathogenesis of ovarian cancer- Lessons from morphology and molecular biology and their clinical implications. Int J Gyn Pathol, 27:151-160, 2008. PMID: 18317228

121.   Kurman RJ, Visvanathan K, Roden R, Wu TC, **Shih IM**. Early detection and treatment of ovarian cancer: shifting from early stage to minimal volume of disease based on a new model of carcinogenesis. Am J Obst Gyn, 198:351-356, 2008. (PMID: 18395030)

122.   Davidson B, **Shih IM**, Wang TL. Different clinical roles for p21-activated kinase-1 in primary and recurrent ovarian carcinoma. Hum Pathol, 39:1630-1636, 2008. PMID: 18656238

123.   Sheu J, Choi JH, Lin A, Yyldyz I, Tsai F-J, Shaul Y, Wang TL, **Shih IM**. The roles of human sucrose nonfermenting protein 2 homologue in the tumor-promoting functions of Rsf-1. Cancer Res, 68:4050-4057, 2008.  PMID: 18519663

124.   Dahiya N, Sherman-Baust CA, Wang T-L, Davidson B, **Shih IM**, Zhang Y, Wood W III, Becker KG, Morin PJ. MicroRNA expression and identification of putative miRNA targets in ovarian cancer. PLoS ONE, 3:e2436, 2008. PMID: 18560586

125.   **Shih IM**, Kuo KT. The power of the every youth- Nanog expression in gestational choriocarcinoma. Am J Pathol, 173:911-914, 2008. PMID: 18755845

126.   Vang R, **Shih IM**, Salani R, Sugar E, Ayhan A, Kurman RJ. Subdividing ovarian and peritoneal serous carcinoma into moderately- and poorly-differentiated does not have biologic validity based on molecular genetic and *in vitro* drug resistance data. Am J Surg Pathol, 32:1667-1674, 2008. PMID: 18769340

127.   Choi J-H, Park JT, Davidson B, Morin PJ, **Shih IM**, Wang TL. Jagged-1 and Notch3 juxtacrine loop regulates ovarian tumor growth and adhesion. Cancer Res, 68:5716-5723, 2008. PMID: 18632624

128.   Chen L, Xuan J, Wang C, **Shih IM**, Wang TL, Zhang Z, Clarke R, Hoffman E, Wang Y. Biomarker identification by knowledge-driven multi-level ICA and motif analysis. Intl J. Data Mining and Bioinformatics, 3(4):365-81 2009. PMID: 20052902.

129.   Tsai HW, Lin CP, Chou CY, Li CF, Chow NH, **Shih IM**, Ho CL. Placental site nodule transformed into a malignant epithelioid trophoblastic tumor with pelvic lymph node and lung metastasis. Histopathol, 53:601-604, 2008 PMID: 18983471

130.   Yemelyanova A, Mao TL, Nakayama N, **Shih IM**, Kurman RJ.  Macropapillary serous carcinoma of the ovary. A distinctive type of low-grade serous carcinoma. Am J Surg Pathol, 32:1800-1806, 2008. PMID: 18779727

131.   Park J. **Shih IM**, Wang TL.  Identification of Pbx1, a potential oncogene, as a Notch3 target gene in ovarian cancer. Cancer Res, 68:8852-60, 2008. PMID: 18974129

12

Ie-Ming Shih

132. Chen LL, Xuan J, Wang C, **Shih IM**, Wang Y, Zhang Z, Hoffman E, and Clarke R. Knowledge-guided multi-scale independent component analysis for biomarker identification. BMC Bioinformatics, 9:416, 2008. PMID: 18837990

133. Sturgeon CM, Duffy MJ, Stenman UH, Lilja H, Brunner N, Chan DW, Babaian R, Bast Jr R, Dowell B, Esteva FJ, Haglund C, Harbeck N, Hayes DF, Holten-Andersen M, Klee GG, Lamerz R, Looijenga LH, Molina R, Nielsen HJ, Rittenhouse H, Semjonow A, **Shih IM**, Sibley P, Soletormos G, Stephan C, Sokoll L, Hoffman BR, Diamandis EP. National academy of clinical biochemistry laboratory medicine practice guideline for use of tumor markers in testicular, prostate, colorectal, breast and ovarian cancers. Clin Chem, 54:12 e11-e79, 2008. PMID: 19042984

134. Cho K, **Shih IM**. Ovarian cancer. Annual Review Pathol, 4:287-313, 2009. PMID: 18842102

135. Choi JH, Sheu J, Guan B, Jinawath N, Markowski P, Wang TL, **Shih IM**. Functional analysis of 11q13.5 amplicon identifies Rsf-1 (HBXAP) as a gene involved in paclitaxel resistance in ovarian cancer. Cancer Res, 69:1407-1415, 2009. PMID: 19190325

136. Sheu J, Hua CH, Wan L, Lin YJ, Lai MT, Tseng HC, Jinawath N, Tsai MH, Chang NW, Lin CF, Lin CC, Hsieh LJ, Wang TL, **Shih IM**, Tsai FJ. Functional genomic analysis identified EGFR activation as the most common genetic event in oral squamous cell carcinoma. Cancer Res, 69:2568-2576, 2009. PMID: 19276369

137. Veras E, Mao TL, Ayhan A, Ueda S, Lai H, **Shih IM**, Kurman RJ. Cystic and adenofibromatous clear cell carcinomas of the ovary, distinctive tumors that differ in their pathogenesis and behavior: A clinicopathologic analysis of 122 cases. Am J Surg Pathol, 33:844-853, 2009. PMID: 19342944

138. Kobel M, Xu H, Bourne PA, Spaulding BO, **Shih IM**, Mao TL, Soslow R, Ewanowich C, Kalloger SE, Mehl E, Lee CH, Huntsman D, Gilks CB. IGF2BP3 (IMP3) expression is a marker of unfavorable prognosis in ovarian carcinoma of clear cell subtype. Modern Pathol, 22:469-475, 2009. PMID: 19136932

139. Kuo KT, Mao TL, Jones S, Veras E, Ayhan A, Wang TL, Glas R, Slamon D, Velculescu VE, Kurman RJ, **Shih IM**. Frequent activating mutations of PIK3CA in ovarian clear cell carcinoma. Am J Pathol, 174:1597-1601, 2009. PMID: 19342944

140. Ayhan A, Kurman RJ, Vang R, Logani S, Seidman, **Shih IM**. Defining the cut-point between low- and high-grade ovarian serous carcinomas: A clinicopathologic and molecular genetic analysis. Am J Surg Pathol, 33:1220, 2009. PMID: 19461510

141. Kuo KT, Guan B, Feng Y, Mao TL, Chen X, Jinawath N, Wang Y, Kurman RJ, **Shih IM**, and Wang TL. Analysis of DNA copy number alterations in ovarian serous tumors identifies new molecular genetic changes in low-grade and high-grade carcinomas. Cancer Res, 69:4036-4042, 2009. PMID: 19383911

142. Jinawath N. Nakayama K, Yap K, Thiaville M, Wang TL, **Shih IM**. NAC-1, a potential stem cell pluripotency factor, contributes to paclitaxel resistance in ovarian cancer through inactivating Gadd45 pathway. Oncogene, 28: 1941-1948, 2009. PMID: 19305429

Ie-Ming Shih

143. Lotan TL, Ye H, Melamed J, Wu XR, **Shih IM**, Epstein JI. Immunohistochemical panel to identify the primary site of invasive micropapillary Carcinoma. Am J Surg Pathol, 33:1037-1041, 2009. (PMID: 19238079)

144. Song J**, Shih IM**, Chan DW, Zhang Z. Suppression of annexin A11 in ovarian cancer: implications in chemoresistance, Neoplasia, 11:605-614, 2009. PMID: 19484149

145. Mao TL, **Shih IM**. Advances in the diagnosis of gestational trophoblastic tumor and tumor-like lesions (review). Expert Opin Med Diagn, 3:371-380, 2009.

146. Yuan Y, Nymoen DA, Dong HP, Bjorang O, **Shih IM**, Low PS, Trope CG, Davidson B. Expression of the folate receptor genes FOLR1 and FOLR3 differentiates ovarian carcinoma from breast carcinoma and malignant mesothelioma in serous effusions. Hum Pathol, 40:1453-1460, 2009. PMID: 19454358

147. Tsai-Turton M, Santillan A, Lu D, Bristow RE, Chan KC, **Shih IM**, Roden RB. p53 autoantibodies, cytokine levels and ovarian carcinogenesis. Gynecol Oncol, 114:12-17, 2009. PMID: 19398128

148. Vang R, **Shih IM**, Kurman RJ. Ovarian low-grade and high-grade serous carcinoma: pathogenesis, clinicopathologic and molecular biologic features, and diagnostic problems. Adv Anatomic Pathol, 16:267-282, 2009. PMID: 19700937

149. Yemelyanova A, Ji H, **Shih IM**, Wang TL, Wu LS, Ronnett BM. Utility of p16 expression for distinction of uterine serous carcinomas from endometrial endometrioid and endocervical adenocarcinomas: immunohistochemical analysis of 201 cases. Am J Surg Pathol, 33:1504-1514, 2009 PMID: 19623034

150. Tian Y, Tan A-C, Sun X, Olso MT, Xie Z, Jinawath N, Chan DW, **Shih IM**, Zhang Z, and Zhang H. Quantitative proteomic analysis of ovarian cancer cells identified mitochondrial proteins associated with paclitaxel resistance.  Proteomics Clin Appli, 3:1288-1295, 2009.

151. Allan RW, Algood CB, **Shih IM**. Metastatic epithelioid trophoblastic tumor in a male patient with mixed germ cell tumor of the testis. Am J Surg Pathol, 33:19021905, 2009. PMID: 19898219

152. Ueda S, Mao TL, Kuhajda F, Giuntoli RL 2nd, Bristow R, Kurman RJ, **Shih IM**. Gestational trophoblastic neoplasms express fatty acid synthase which may be a therapeutic target using its inhibitor, C93. Am J Pathol, 175:2618-2624, 2009. PMID: 19893031

153. **Shih IM** and Davidson B. Pathogenesis of ovarian cancer- clues from selected overexpressed genes. Future Oncol, 5:1641-1657, 2009. PMID: 20001801

154. Chen L, Xuan J, Wang C, Wang Y, **Shih IM**, Wang TL, Zhang Z, Clarke R, Hoffman EP. Biomarker identification by knowledge-driven multilevel ICA and motif analysis. Int J Data Min Bioinform, 3:365-81, 2009. PMID: 20052902

155. Feng Y, Yu G, Wang TL, **Shih IM**, Wang Y. Analyzing DNA copy number changes using fused margin regression. Int J Functional Informatics and Personalised Medicine, 3:3-15, 2010.

Ie-Ming Shih

156. Kurman RJ, **Shih IM**. The origin and pathogenesis of epithelial ovarian cancer- a proposed unifying theory. Am J Surg Pathol, 34:433-443, 2010. PMID: 20154587

157. Sheu J, **Shih IM**. HLA-G and immune evasion in cancer cells. J Formos Med Assoc, 109:248-257, 2010. PMID: 20434034

158. Yap KL, Hafez MJ, Mao T-L, Kurman RJ, Murphy KM, **Shih IM**. Lack of a Y-chromosomal complement in the majority of gestational trophoblastic neoplasms. J Oncol, 2010:364508, 2010.  PMID: 20182630

159. Gross A, Kurman RJ, Vang R, **Shih IM**, Visvanathan K. Precursor lesions of high-grade serous ovarian carcinoma: Morphological and molecular characteristics. J Oncol, 2010:126295, 2010. PMID: 20445756.

160. Sehdev AS, Kurman RJ, Kuhn E, **Shih IM**. Serous tubal intraepithelial carcinoma upregulates markers associated with high-grade serous carcinomas including Rsf-1 (HBXAP), cyclin E and fatty acid synthase. Mod Pathol, 23:844-855, 2010. PMID: 20228782

161. Ueda SM, Yap KL, Davidson B, Tian Y, Murthy V, Wang, TL, Visvanathan K, Kuhajda FP, Bristow RE, Zhang H, **Shih IM**. Expression of fatty acid synthase depends on NAC1 and is associated with recurrent ovarian serous carcinomas. J Oncol, 2010:285191, 2010.  PMID: 20508725

162. **Shih IM**. Ovarian serous low-malignant-potential (borderline) tumor- does "micropapillary" matter? (Editorial). Gyn Oncol, 117:1-3, 2010. PMID: 20298906

163. Kuo KT, Mao TL, Chen X, Feng Y, Nakayama K, Wang Y, Glas R, Ma J, Kurman RJ, **Shih IM**, Wang TL.  DNA copy number profiles in affinity-purified ovarian clear cell carcinoma. Clin Cancer Res, 16:1997-2008, 2010.  PMID: 20233889

164. Kuhn E, Meeker A, Wang TL, Sehdev AS, Kurman RJ, **Shih IM**. Shortened telomeres in serous tubal intraepithelial carcinoma: an early event in ovarian high-grade serous carcinogenesis. Am J Surg Pathol, 34:829-836, 2010. PMID: 20431479

165. Sun L, Kong B, Sheng X, Sheu JC, **Shih IM**. Dendritic cells transduced with Rsf-1/HBXAP gene generate specific cytotoxic T lymphocytes against ovarian cancer in vitro. Biochem Biophys Res Commun., 394:633-638, 2010. PMID: 20226169

166. Jinawath N, Vasoontara C, Jinawath A, Fang X, Zhao K, Yap, KL, Guo T, Lee CS, Wang W, Balgley BM, Davidson B, Wang, TL, **Shih IM**. Oncoproteomic analysis reveals co-upregulation of RELA and STAT5 in carboplatin resistant ovarian carcinoma.  PLoS ONE, 5:e11198, 2010. PMID: 20585448

167. Liu K, Brock M, **Shih IM**, Wang TH, Decoding circulating nucleic acids in human serum using microfluidic single molecule spectroscopy. J Am Chem Soc, 132:5793-5798, 2010. PMID: 20364832

168. Yu G, Miller DJ, Xuan J, Hoffman EP, Clarke R, Davidson B, **Shih IM**, Wang Y. Matched gene selection and committee classifier for molecular classification of heterogeneous diseases. J Machine Learning Res, 11: 2141-2167, 2010.

Ie-Ming Shih

169.  Przybycin C, Kurman RJ, Ronnett BM, **Shih IM**, Vang R. Are all pelvic (non-uterine) serous carcinomas of tubal origin? Am J Surg Pathol, 34:1407-1416, 2010. PMID: 20861711

170.  Park J, Xu C, Trope CG, Davidson B, **Shih IM**, Wang TL. Notch3 overexpression is related to the recurrence of ovarian cancer and confers resistance to carboplatin. Am J Pathol, 177:1087-1094, 2010. PMID: 20671266

171.  **Shih IM**, Chen L, Wang CC, Gu J, Davidson B, Cope L, Kurman RJ, Xuan J, Wang TL. Distinct DNA methylation profiles in ovarian serous neoplasms and their implications in ovarian carcinogenesis. Am J Ob Gyn, 2010 203:584, e1-e22. PMID: 20965493

172.  Davidson B, Reich R, Trope CG, Wang, TL, **Shih IM**. New determinates of disease progression and outcome in metastatic ovarian carcinoma. Histology and Histopapthology, 25:1591-1609, 2010. PMID:20886439

173.  Chen X, Stoeck A, Lee SJ, **Shih IM**, Wang MM, Wang TL. Jagged1 expression regulated by Notch3 and Wnt/β-catenin signaling pathways in ovarian cancer. Oncotarget, 1:210-218, 2010. PMID: 20953350

174.  Wiegand KC, Shah SP, Al-Agha OM, Zhao Y, Tse K, Zeng T, Senz J, McConechy M, Anglesio MS, Kalloger SE, Yang W, Heravi-Moussavi A, Giuliany R, Chow C, Fee J, Zayed A, Melnyk N, Turashvili G, Delaney A, Madore J, Yip S, McPherson AW, Ha G, Bell L, Fereday S, Tam A, Galletta L, Tonin PN, Provencher D, Miller D, Jones S, Moore RA, Morin GB, Oloumi A, Boyd N, Aparicio SA, **Shih IM**, Mes-Masson A, Bowtell D, Hirst M,  Gilks B, Marra MA, Huntsman DG.  ARID1A gene mutations in endometriosis associated ovarian carcinomas. New Engl J Med, 363:1532-1543, 2010. PMID: 20942669.

175.  Jones S, Wang TL, **Shih IM**, Mao TL, Nakayama K, Roden R, Glas R, Slamon D, Diaz L, Vogelstein B, Kinzler KW, Velculescu VE, Papadopoulos N. Exomic sequences of ovarian clear cell carcinomas. Science, 330:228-231, 2010. PMID: 20826764

176.  Sheu JJ, Guan B, Choi JH, Lin A, Lee CH, Hsiao YI, Wang TL, Tsai FJ. **Shih IM**. Rsf-1, a chromatin remodeling protein, induces DNA damage and promotes genomic instability. J Biol Chem, 285:38260-38269, 2010. PMID: 20923775

177.  Maeda D, Mao TL, Fukayama M, Yano T, Taketani Y, Nakagawa S, **Shih IM**. Clinicopathological significance of loss of ARID1A immunoreactivity in ovarian clear cell carcinoma. Int J Mol Sci, 11:5120-5128, 2010.

178.  Yu G, Li H, Xuan J, Ha S, **Shih IM**, Clarke R, Hoffman EP, Madhavan S, Xuan J, Wang Y. PUGSVM: a caBIGTM analytical tool for multiclass gene selection and predictive classification. Bioinformatics, 27:736-738, 2010. PMID: 21186245

179.  Davidson B, Stavnes HT, Holth A, Chen X, Yang Y, **Shih IM**, Wang TL. Gene expression signatures differentiate ovarian/peritoneal serous carcinoma from breast carcinoma in effusions. J Cell Mol Med, 15:535-544, 2011. PMID: 20132413

180.  Maeda D, Xu C, Wang TL, **Shih IM**. Rsf-1 (HBXAP) expression is associated with advanced stage and lymph node metastasis in ovarian clear cell carcinoma. Int J Gyn Pathol, 30:30-35, 2011. PMID: 21131837

Ie-Ming Shih

181. Olson M, Gocke C, Giuntoli R, **Shih IM**. Evolution of a trophoblastic tumor from an endometrioid carcinoma- a morphological and molecular analysis. Int J Gyn Pathol, 30:117-120, 2011. PMID:21293290

182. Davidson B, Holth A, Moripen L, Trope CG, Wang TL, **Shih IM**. Osteopontin expression in ovarian carcinoma effusions is related to improved clinical outcome. Hum Pathol, 42:991-997, 2011. PMID:21315424

183. **Shih IM**. Trophoblastic vasculogenic mimicry in gestational choriocarcinoma. Mod Pathol, 24:646-652, 2011. PMID: 21217646

184. Wu PH, Hung SH, Ren C, **Shih IM**, Tseng Y. Cell cycle dependent alteration in NAC1 nuclear body dynamics and morphology. Phys Biol, 8:015005, 2011. PMID:21301057

185. **Shih IM**, Nakayama K, Wu G, Nakayama N, Zhang J, Wang TL. Amplification of the ch19p13.2 NACC1 locus in ovarian high-grade serous carcinoma. Mod Pathol, 24:638-645, 2011. PMID: 21240255

186. **Shih IM**, Panuganti PK, Kuo KT, Mao TL, Kuhn E, Jones J, Velculescu VE, Kurman R, Wang TL. Somatic mutations of PPP2R1A in ovarian and uterine carcinomas. Am J Pathol, 178: 1442-1447, 2011. PMID: 21435433

187. Kuhn, E, Meeker A, Visvanathan K, Gross AL, Wang TL, Kurman RJ, **Shih IM**. Telomere length in different histologic types of epithelial ovarian cancer with emphasis on clear cell carcinoma. Mod Pathol, 24:1139-1145, 2011. PMID: 21499239

188. Guan B, Mao TL, Panuganti PK, Kuhn E, Kurman RJ, Maeda D, Chen E., Jeng YM, Wang TL, **Shih IM**. Mutation and loss of expression of ARID1A in uterine low-grade endometrioid carcinoma. Am J Surg Pathol, 35:625-632, 2011. PMID: 21412130

189. Fang FM, Li CF, Huang HY, Lai MT, Chen CM, Chiu IW, Wang TL, Tsai FJ, **Shih IM**, Sheu JJ. Overexpression of a chromatin remodeling factor, Rsf-1/HBXAP, correlates with aggressive oral squamous cell carcinoma. Am J Pathol, 178:2407-2415, 2011. PMID: 21514451 (corresponding author)

190. **Shih IM**, Wang TL. Commentary: Mutation in PPP2R1A- a new clue in unveiling the pathogenesis of uterine serous carcinoma. J Pathol, 223:567-573, 2011. PMID: 21432855

191. Zhang B, Tian Y, Jin L, Li H, **Shih IM**, Madhavan S, Clarke R, Hoffman EP, Xuan J, Hilakivi-Clarke L, Wang Y. DDN: A caBIG(R) analytical tool for differential network analysis. Bioinformatics, 27:1036-1038, 2011. PMID:21296752

192. Kurman RJ, **Shih IM**. Molecular pathogenesis and extraovarian origin of epithelial ovarian cancer: Shifting the paradigm. Hum Pathol, 42:918-931, 2011. PMID: 21683865

193. Yemelyanova A, Vang R, Morgan MA, Kshirsagar M, Lu D, **Shih IM**, Kurman RJ. Immunohistochemical staining patterns of p53 can serve as a surrogate marker for TP53 mutations in ovarian carcinoma. An immunohistochemical and nucleotide sequencing analysis. Mod Pathol, 24:1248-1253, 2011. PMID: 21552211

Ie-Ming Shih

194.    Yu G, Zhang B, Bova SG, Xu J, **Shih IM**, Wang Y. BACOM: In silico detection of genomic deletion types and correlation of normal cell contamination in copy number data. Bioinormatics, 27:1473-1480, 2011. PMID: 21498400

195.    Lu D, Kuhn E, Bristow RE, Giuntoli RL 2nd, Kjaer SK, **Shih IM**, Roden RB. Comparison of candidate serologic markers for thye I and type II ovarian cancer. Gyn Oncol, 122:560-566, 2011. PMID: 21704359

196.    Guan B, Wang TL, **Shih IM**. The tumor suppressor role of ARID1A in gynecological cancer. Cancer Res, 71:6718-6727, 2011. PMID: 21900401

197.    Kurman RJ, Vang R, Jung J, Hannibal CG, Kjaer SK, **Shih IM**. Papillary tubal hyperplasia: the putative precursor of ovarian atypical proliferative (borderline) serous tumors, noninvasive implants, and endosalpingiosis. Am J Surg Pathol, 35:1605-1614, 2011. PMID: 21997682

198.    Visvanathan K, Vang R, Shaw P, Gross A, Soslow R, Parkash V, **Shih IM**, Kurman RJ. Diagnosis of serous tubal intraepithelial carcinoma (STIC) based on morphologic and immunohistochemical features- a reproducibility study. Am J Surg Pathol, 35:1766-1775, 2011. PMID:21989347

199.    Davidson B, Stavnes HT, Nesland JM, Wohlschlager J, Yang Y, **Shih IM**, Wang TL. Gene expression signatures differentiate adenocarcinoma of lung and breast origin in effusions. Human Pathol, 43:684-694, 2012. PMID:21937081

200.    Kshirsagar M, Jiang W, **Shih IM**. DNA damage response is prominent in ovarian high-grade serous carcinomas, especially those with Rsf-1 (HBXAP) overexpression. J Oncol, 2012:621685, 2012. PMID:22028712

201.    Heaphy CM, Subhawong AP, Jong SM, Goggins MG, Montgomery EA, Gabrielson E, Netto GJ, Epstein JI, Lotan TL, Westra WH, **Shih IM**, Iacobuzio-Donahue CA, MaitraA, Li QK, Eberhart CG, Taube JM, Rakheja D, Kurman RJ, Wu, TC, Roden R, Argani, P, De Marzo AM, Terracciano L, Torbenson, M, Meeker AK. Prevalence of the alternative lengthening of telomeres telomere maintenance mechanism in human cancer subtypes. Am J Pathol, 179:1608-1615, 2011. PMID:21888887

202.    Jones S*, Wang TL*, Kurman RJ, Nakayama K, Velculescu VE, Vogelstein B, Kinzler KW, Papadopoulos N, **Shih IM**. Low-grade serous carcinomas of the ovary contain very few point mutations. J Pathol, 226:413-420, 2012. PMID:22102435 (with cover illustration)

203.    Kuhn E, Kurman RJ, Vang R, Sehdev AS, Han G, Soslow R, Wang TL, **Shih IM**. TP53 mutations in serous tubal intraepithelial carcinoma (STIC) and concurrent pelvic high-grade serous carcinoma- evidence supporting their clonal relationship. J Pathol, 226:421-426, 2012.  PMID:21990067

204.    Zhang Y, Cheng Y, Ren X, Zhang L, Yap KL, Wu H, Patel R, Liu D, Qin ZH, **Shih IM**, Yang JM. NAC1 modulates sensitivity of ovarian cancer cells to cisplatin via altering the HMGB1-mediated autophagic response. Oncogene, 31:1055-1064, 2012. (co-corresponding author) PMID:21743489

Ie-Ming Shih

205. Wu CH, Mao TL, Vang R, Ayhan A, Wang TL, Kurman RJ, **Shih IM**. Endocervical-type mucinous borderline tumors are related to endometrioid tumors based on mutation and koss of expression of ARID1A. Int J Gyn Pathol, 31:297-303, 2012. PMID: 22653341

206. Vang R, Visvanathan K, Gross A, Maambo E, Gupta M, Kuhn E, Fanghong L, Ronnett BM, Seidman JD, Yemelyanova a, **Shih IM**, Shaw PA, Soslow RA, Kurman RJ. Validation of an algorithm for the diagnosis of serous tubal intraepithelial carcinoma. Int J Gyn Pathol, 31:243-253, 2012. PMID:22498942

207. Sheu JJC, Guan b, Tsai FJ, Hsia YT, Chen CM, Wang TL, **Shih IM**. Mutant BRAF induces DNA strand breaks, activates DNA damage response pathway and upregulates glucose transporter-1 in non-transformed epithelial cells. Am J Pathol, 180:1179-1188, 2012. PMID: 22227015

208. Kuhn E, Kurman RJ, Sehdev AS, **Shih IM**. Ki-67 Labeling Index as an Adjunct in the Diagnosis of Serous Tubal Intraepithelial Carcinoma. Int J Gyn Pathol, 31:416-422, 2012. PMID:22833080

209. Kuhn E, Kurman RJ, **Shih IM**. Ovarian cancer is an imported disease- fact or fiction? Current Ob Gyn Report, 1:1-9, 2012. PMID: 22506137

210. Zhang Y, Liu K, Wang TL, **Shih IM**, Wang TH. Mapping DNA quality into electrophoretic mobility through quantum dot nanotethers for high resolution genetic and epigenetic analysis. ACS Nano, 6:858-864, 2012. PMID: 221366000

211. Rahman MT, Nakayama K, Rahman M, Nakayama N, Ishikawa M, Katagiri A, Lida K, Nakayama S, Otsuki Y, **Shih IM**, Miyazaki K. Prognostic and therapeutic impact of the chromosome 20q13.2 ZNF217 locus amplification in ovarian clear cell carcinoma. Cancer, 118:2846-2857, 2012. PMID:22139760

212. Chen X, Gao M, Xuan J, Chen L, Thiaville M, Stoeck A, **Shih IM**, Wang TL. Definition of NOTCH3 target genes in ovarian cancers. Cancer Res, 2012; 72 2294-2303. PMID: 22396495

213. Thiaville, M, Stoeck A, Chen L, Wu RC, Magnani L, Oidtman J, **Shih IM**, Lupien M, Wang TL. Identification of PBX1 target genes in cancer cells by global mapping of PBX1 binding sites. PLoS ONE, e36054, 2012. PMID:22567123

214. Yap KL, Fraley SI, Thiaville MM, Jinawath N, Nakayama K, Wang J, Wang TL, Wirtz D, **Shih IM**. NAC1 is an actin-binding protein that is essential for effective cytokinesis in cancer cells. Cancer Res, 72:4085-4096, 2012. PMID:22761335

215. Zhang Y, Cheng Y, Ren X, Hori T, Huber-Keener K, Zhang L, Yap KL, Liu D, Shantz LM, Qin ZH, Zhang S, Wang J, Wang HG, **Shih IM**, Yang JM. Dysfunction of nucleus accumbens-1 (NAC1) activates cellular senescence and inhibits tumor cell proliferation and oncogenesis. Cancer Res, 72:4265-4275, 2012. PMID:22665267

216. Kuhn E, Wu RC, Wu G, Guan B, Zhang J, Wang Y, Song L, Yuan X, Wei L, Roden RBS, Kuo KT, Nakayama K, Clarke B, Shaw P, Olvera N, Levine DA, Kurman RJ, Wang TL, **Shih IM**. Genome-wide analyses of uterine serous carcinoma identify pathway aberrations

involving cyclin E-Fbxw7, PI3K and p53. J Natl Cancer Inst, 104:1503-1513, 2012. PMID:22923510

217.   Kuhn E, Kurman RJ, Soslow R, Sehdev AS, Morin PJ, Wang TL, **Shih IM**. The diagnostic and biological implications of laminin expression in serous tubal intraepithelial carcinoma. Am J Surg Pathol, 36:1826-1834, 2012. PMID:22892598

218.   Wang C, Xuan J, **Shih IM**, Clarke R, Wang Y. Regulatory component analysis: a semi-blind extraction approach to infer gene regulatory networks with imperfect biological knowledge. Signal Processing, 92:1902-1915, 2012. PMID:22685363

219.   Rahman M, Nakayama K, Rahman MT, Nakayama N, Ishikawa M, Katagiri A, Iida K, Nakayama S, Otsuki Y, **Shih IM**, Miyazaki K. Clinicopathological and biological analysis of PIK3CA mutation in ovarian clear cell carcinoma. Hum Pathol, 43:2197-2206, 2012. PMID: 22705003

220.   Yeh HC, Sharma J, **Shih IM**, Vu D, Martinez J, Werner J. A flouresence ligh-up Ag nanocluster probe that discriminates single-nucleotide variants by emission color. J Am Chem Society. 134:11550-11558, 2012. PMID: 22775452

221.   Ayhan A, Mao TL, Seckin T, Wu CH, Guan B, Ogawa H, Futagami M, Mizukami H, Yokoyama Y, Kurman RJ, **Shih IM**. Loss of ARID1A expression is an early molecular event in tumor progression from ovarian endometriotic cyst to clear cell and endometrioid carcinoma. Int J Gyn Cancer. 22:1310-1315, 2012. PMID:22976498

222.   Yuan x, Yu G, Hou X, **Shih IM**, Clarke R, Zhang J, Hoffman EP, Wang RR, Zhang Z, Wang Y. Genome-wide identification of significant aberrations in cancer genome. BMC Genomics, 13:342, 2012. PMID:22839576

223.   Yap KL, **Shih IM**. NACC1 (nucleus accumbens associated 1, BEN and BTB (POZ) domain containing). Atlas Genet Cytogenet Oncol Haematol, 16:723-726, 2012.

224.   **Shih IM**, Ho CM, Nakayama K, Salani R. Pathogenesis and new therapeutic targets of ovarian cancer. J Oncol, 2012:867512, 2012. PMID:22969800

225.   Guan B, Gao M, Wu CS, Wang TL, **Shih IM**. Functional analysis of in-frame indel ARID1A mutations reveals new regulatory mechanisms of its tumor suppressor functions. Neoplasia, 14:986-993, 2012. PMID:23097632

226.   Yang YI, Lee KT, Park HJ, Kim TJ, Choi YS, **Shih IM**, Choi JH. Tectorigenin sensitize paclitaxel-resistant human ovarian cancer cells through downregulation of the Akt and NFκB pathway. Carcinogenesis, 33:2488-2498, 2012. PMID:23027625.

227.   Gao M, **Shih IM**, Wang TL. The role of Forkhead Box Q1 transcription factor in ovarian epithelial carcinomas. Int J Mol Sci, 13:13881-13893, 2012. PMID:23203039

228.   Sheu J, Choi JH, Guan B, Tsai FJ, Hua CH, Lai MT, Wang TL, **Shih IM**. Rsf-1, a chromatin remodeling protein, interacts with cyclin E1 and promotes tumor development. J Pathol, 229:559-568, 2013. PMID:23378270

Ie-Ming Shih

229. Davidson B, Abeler VM, Hellesylt E, Hoth A, **Shih IM**, Skele-Jensen, Chen L, Yang Y, Wang TL. Gene expression signatures differentiate uterine endometrial stromal sarcoma from leiomyosarcoma. Gyn Oncol, 128:349-355, 2013. PMID:23181618

230. Cope L, Wu, RC, **Shih IM**, Wang TL. High level of chromosomal aberration in ovarian cancer genome correlates with poor clinical outcome. Gyn Oncol, 128:500-505, 2013. PMID:23200914

231. Maeda D, **Shih IM**. Pathogenesis and the role of ARID1A mutation in endometriosis-related ovarian neoplasms. Adv Anatomic Pathol, 20:45-52, 2013. PMID:23232571

232. Marzinke MA, Choi CH, Chen L, **Shih IM**, Chan DW, Zhang H. Proteomic analysis of temporally stimulated ovarian cancer cells for biomarker discovery. Mol Cell Proteom, 12:356-368, 2013. PMID:23172893

233. Hromatka BS, Drake PM, Kapidzic m, Stolp H, Goldfien GA, **Shih IM**, Fisher SJ. Polysialic acid enhances the migration and invastion of human cytotrophoblast. Glycobiology, 23:593-602, 2013. PMID:23208007

234. Vang R, **Shih IM**, Kurman RJ. Fallopian tube precursors of ovarian low- and high-grade serous neoplasms. Histopathology, 62:44-58, 2013. PMID:23240669

235. Kinde I, Bettegowda C, Wang Y, Wu J, Agrawal N, **Shih IM**, Kurman RJ, Dao F, Levine DA, Giuntoli R, Roden R, Eshleman FR, Carvalho JP, Marie SKN, Papadopoulos N, Kinzler KW, Vogelstein B, Diaz LA. Evaluation of DNA from the Papanicolaou test to detect ovarian and endometrial cancers. Sci Transl Med, 5:167ra4, 2013. PMID:23303603

236. Yang G, Mercado-Uribe I, Multani A, Sen S, **Shih IM**, Wong KK, Gershenson D, Liu J. RAS promotes tumorigenesis through genomic instability induced by imbalanced expression of Aruora-A and BRCA2. Int J Cancer, in press. PMID:23319376

237. Mao TL, Ardighieri L, Ayhan A, Kuo KT, Wang TL, **Shih IM**. Loss of ARID1A expression correlates with stages of tumor progression in uterine endometrioid carcinoma. Am J Surg Pathol, 37:1342-1348, 2013. PMID:24076775

238. Zheng G, Martignoni G, Antonescu C, Montgomery E, Eberhart C, Netto G, Taube J, Westra W, Epstein J, Lotan T, Maitra A, Gabrielson E, Torbeson M, Iacobuzio-Donahue, Dermazo A, **Shih IM**, Ellei P, Wu TC, Argani P. A broad survey of cathepsin K immunoreactivity in human neoplasms. Am J Clin Pathol, 139:151-9, 2013. PMID:23355199

239. Wu E, **Shih IM**, Diaz-Montes TP. Dedifferentiated endometrioid adenocarcinoma: an under-recognized but aggressive tumor? Gynecol Oncol Case Rep, 5:25-27, 2013. PMID: 24371688

240. Kushnir CL, Gerardi M, Banet N, **Shih IM**, Diaz-Montes T. Extrauterine inflammatory myofibroblastic tumor: A case report. Gynecol Oncol Case Rep, 6:39-41, 2013. PMID: 24371717

241. Killela PJ, Ritman ZJ, Jiao Y, Bettegowda C, Agrawal N, Diaz LA, Friedman A, Gallia G, Giovanella BC, Grollman AP, He TC, He Y, Hruban RH, Jallo GI, Meeker AK, Mertens F, Netto G, Rasheed A, Rosenquist T, Schiffman M, **Shih IM**, Theodorescu D, Torbenson MS,

Ie-Ming Shih

Velculescu VE, Wang TL, Wentzensen N, Wood LD, Zhang M, McLendon RE, Bigner DD, Papadopoulos N, Kinzer KW, Vogelstein B, Yan H. TERT promoter mutations occur frequently in gliomas and in a subset of tumors derived from cells with low rates of self-renewal. Proc Natl Acad Sci USA, 110:6021-6026, 2013. PMID:23530248

242. Kurman RJ, Visvanathan K, **Shih IM**. Bokhman's dualistic model of endometrial carcinoma-revisited. Gyn Oncol, 129:271-272, 2013. PMID:23582581

243. Yap KL, Shah PS, Bolon B, Wu RC, Gao M, Wang F, Faiola F, Huso D, Wang TL, Wang JL, **Shih IM**. Loss of NAC1 expression is associated with defective cell fate specification and bony patterning in the murine vertebral axis. PLoS one, 8:e69099, 2013. PMID:23922682

244. Guan B, Mogami T, Wang TL, **Shih IM**. Establishing isogenic inducible cell lines using founder reporter lines and recombinase-mediated cassette exchange. Biotechniques, 55:233-242, 2013. PMID:24215638

245. Kuhn E, Ayhan A, **Shih IM**, Seidman JD, Kurman RJ. The pathogenesis of atypical proliferative Brenner tumor: an immunohistochemical and molecular genetic analysis. Mod Pathol, 2013, PMID: 23887305

246. Mao TL, **Shih IM**. The roles of ARID1A in gynecological cancer. J Gyn Oncol, 24:376-381, 2013. PMID:24167674

247. Kuhn E, Seidman J, Ayhan A, **Shih IM**, Kurman RJ. Ovarian Brenner tumor: a morphologic and immunohistochemical analysis suggesting an origin from fallopian tube epithelium. Eur J Cancer, 49:3839-3849, 2013. PMID:24012099

248. Allo G, Bernardini MQ, Wu RC, **Shih IM**, Kalloger S, Pollett A, Gilks CB, Clarke BA. ARID1A loss correlates with mismatch repair deficiency and intact p53 expression in high-grade endometrial carcinomas. Mod Pathol, 27: 255-261, 2014. PMID:23887303

249. Nik NN, Vang R, **Shih IM**, Kurman RJ. Origin and pathogenesis of pelvic (ovarian, tubal and primary peritoneal) serous carcinoma. Ann Rev Pathol, 9:27-45, 2014. PMID:23937438

250. Gao M, Uw RC, Herlinger AL, Yap K, Kim JW, Wang TL, **Shih IM**. Identification of NAC1-regulated genes in ovarian cancer. Am J Pathol, 184:133-140, 2014. PMID:24200849

251. Ardighieri L, Lonardi S, Moratto D, Facchetti F, **Shih IM**, Vermi W, Kurman RJ. Characterization of the immune cell repertoire in the normal fallopian tube- implications for understanding ovarian carcinogenesis. Int J Gyn Cancer, 33:581-591, 2014. PMID: 25172297

252. Kuhn E, Bahadirli A, **Shih IM**. Frequent CCNE1 amplification in endometrial intraepithelial carcinoma and uterine serous carcinoma. Mod Pathol, 27:1014-1019, 2014. PMID:24309323.

253. Ardighieri L, Zeppernick F, Hannibal CG, Vang R, Cope L, Junge J, Kjaer SK, Kurman RJ, **Shih IM**. Mutational analysis of BRAF and KRAS in ovarian atypical proliferative serous (borderline) tumors and associated peritoneal implants. J Pathol, 232:16-22, 2014. PMID:24307542

Ie-Ming Shih

254. Wu RC, Syhan A, Maeda D, Kim KR, Clarke BA, Shaw P, Chiu MH, Rosen B, **Shih IM**, Wang TL. Frequent somatic mutations of the telomerase reverse transcriptase promoter in ovarian clear cell carcinoma but not in other major types of gynecologic malignancies. J Pathol, 232:473-481, 2014. PMID:24338723. (corresponding author)

255. Kuhn E, Ayhan A, Bahadirli-Talbott, Zhao Chengquan, **Shih IM**. Molecular characterization of undifferentiated carcinoma associated with endometrioid carcinoma. Am J Surg Pathol, 38:660-665, 2014. PMID:24451280

256. Maniar KP, Wang YH, Visvanathan K, **Shih IM**, Kurman RJ. Evaluation of microinvastion and lymph node involvement in ovarian borderline/atypical proliferative serous tumors. A morphologic and immunohistochemical analysis of 37 cases. Am J Surg Pathol, 38:743-755, 2014. PMID:24441661

257. Zhang B, Hou X, Yuan X, **Shih IM**, Zhang Z, Clarke R, Wang RR, Fu Y, Madhavan S, Wang Y, Yu G. AISAIC, a software suite for accurate identification of significant aberrations in cancers. Bioinformatics, 30:431-433, 2014. PMID:24292941

258. Davidson B, Abeler VM, Forsund M, Holth A, Yang Y, Kobayshi Y, Chen L, Kristensen GB, **Shih IM**, Wang TL. Gene expression signatures of primary and metastatic uterine leiomyosarcoma. Hum Pathol, 45:691-700, 2014. PMID:24485798

259. Yang YI, Ahn JH, Lee KT, **Shih IM**, Choi JH. RSF-1 is a positive regulator of NFκB-induced gene expression required for ovarian cancer chemoresistance. Cancer Res, 74:2258-2269, 2014. PMID:24566868

260. Rodic N. Sharma R, Sharma R, Zampella J, Dai L, Taylor MS, Hruban RH, Iacobuzio-Donahue CA, Maitra A, Torbenson MS, Goggins M, **Shih IM**, Duffield AS, Montgomery EA, Gabrielson E, Netto GJ, Lotan TL, De Marzo AM, Westra W, Binder ZA, Orr BA, Gallia GL, Eberhart CG, Boeke JD, Harris CR, Burns KH. Long interspersed element-1 protein expression is a hallmark of many human cancers. Am J Pathol, 184:1280-1286, 2014. PMID:24607009

261. Bettegowda C, Sausen M, Leary RJ, Kinde I, Wang Y, Agrawal N, Bartlett BR, Wang H, Luber B, Alani RM, Antonarakis ES, Azad NS, Bardelli A, Brem H, Cameron JL, Lee CC, Fecher LA, Gallia GL, Gibbs P, Le D, Giuntoli RL, Goggins M, Hogarty MD, Holdhoff M, Hong SM, Jiao Y, Juhl HH, Kim JJ, Siravegna G, Laheru DA, Lauricella C, Lim M, Lipson EJ, Marie SK, Netto GJ, Oliner KS, Olivi A, Olsson L, Riggins GJ, Sartore-Bianchi A, Schmidt K, **Shih I M**, Oba-Shinjo SM, Siena S, Theodorescu D, Tie J, Harkins TT, Veronese S, Wang TL, Weingart JD, Wolfgang CL, Wood LD, Xing D, Hruban RH, Wu J, Allen PJ, Schmidt CM, Choti MA, Velculescu VE, Kinzler KW, Vogelstein B, Papadopoulos N, Diaz LA, Jr.: Detection of circulating tumor DNA in early- and late-stage human malignancies. Sci Transl Med 2014, 6:224ra24. PMID:24553385

262. Wu RC, Wang TL, **Shih IM**. The emerging roles of ARID1A in tumor suppression. Cancer Biol Ther, 15:655-664, 2014. PMID:24618703

263. Kurman RJ, **Shih IM**. Discovery of a cell: reflections on the checkered history of intermediate trophoblast and update on its nature and pathologic manifestations. Int J Gyn Pathol, 33:339-347, 2014. PMID:24901393

Ie-Ming Shih

264. Tian Y, Wang SS, Zhang Z, Rodriguez OC, Petricoin E 3rd, **Shih IM**, Chan D, Avantaggiati M, Yu G, Ye S, Clarke R, Wang C, Zhang B, Wang Y, Albanese C. Integration of network biology and imaging to study cancer phenotypes and responses. IEEE/ACM Trans Comput Biol Bioinform, 11:1009-1019, 2014.

265. Sherman-Baust C, Kuhn E, Valle BL, **Shih IM**, Kurman RJ, Wang TL, Amano T, Ko MSH, Miyoshi I, Araki Y, Lehrmann E, Zhang Y, Becker DG, Morin PJ. A genetically engineered ovarian cancer mouse model based on fallopian tube transformation mimics human high-grade serous carcinoma development. J Pathol, 233:228-237, 2014. PMID: 24652535

266. Guan B, Rahmanto YS, Wu RC, Wang Y, Wang Z, Wang TL, **Shih IM**. The roles of deletion of Arid1a, a tumor suppressor, in mouse ovarian tumorigenesis. J Natl Cancer Inst, June 4; 106(7).  doi: 10.1093/jnci/dju146 (July issue). 2014. PMID:24899687

267. Zeppernick F. Ardigheri L, Hannibal CG, Vang R, Junge J, Kjaer SK, Zhang R, Kurman RJ, **Shih IM**. BRAF mutation is associated with a specific cell-type with features suggestive of senescence in ovarian serous borderline (atypical proliferative) tumors. Am J Surg Pathol, 38:1603-1611, 2014. PMID: 25188864

268. Faraj SF, Chaux A, Gonzale-Roibon N, Munari E, Ellis C, Driscoll T, Schoenberg MP, Bivalacqua TJ, **Shih IM**, Netto GJ. ARID1A immunohistochemistry improves outcome prediction in invasive urothelial carcinoma of urinary bladder. Hum Pathol, 45:2233-2239, 2014. PMID:25175170

269. Jung J, Stoeck A, Guan B, Wu RC, Zhu H, Blackshaw S, **Shih IM**, Wang TL. Notch3 interactome analysis identified WWP2 as a negative regulator of Notch3 signaling in ovarian cancer. PLoS Genetics, 10:e1004751, 2014. PMID:25356737

270. Tian Y, Zhang B, Hoffman EP, Clarke R, Zhang Z, **Shih IM**, Xuan J, Herrington DM, Wang Y. KDDN: An open-souce cytoscape app for constructing differential dependency networks with significant rewiring. Bioinformatics, 31:287-289, 2015, PMID: 25273109

271. Zhang B, Wang J, Wang X, Zhu J, Liu Q, Shi Z, Chambers MC, Zimmerman LJ, Shaddox KF, Kim S, Davies SR, Wang S, Wang P, Kinsinger CR, Rivers RC, Rodriguez H, Townsend RR, Ellis MJ, Carr SA, Tabb DL, Coffey RJ, Slebos RJ, Liebler DC, and **NCI CTPAC**: Proteogenomic characterization of human colon and rectal cancer. Nature 2014.

272. Tian Y, Zhang B, Hoffman E, Clarke R, Zhang Z, **Shih IM**, Xuan J, Herrington D, Wang Y. Knowledge-fused differential dependency network models for detecting significant rewiring in biological networks. BMC Syst Biol, 8:87, doi: 10.1186/s12918-014-0087-1, 2014.

273. Banet N. Gown AM, **Shih IM**, Kay LQ, Roden RB, Nucci MR, Cheng L, Przybycin CG, Nasseri-Nik N, Wu LS, Netto GJ, Ronnett BM, Vang R. GATA-3 epxression in trophoblastic tissues: an immunohistochemical study of 445 cases, including diagnostic utility.  Am J Surg Pathol, 39:101-108, 2015. PMID: 25188865

274. Zeppernick F, Meinhold-Heerlein I, **Shih IM**. Precursors of ovarian cancer in the tube- STIC an update. J Obstet Gynaecol Res, 41:6-11, 2015. PMID: 25330822

Ie-Ming Shih

275. Wang N, Gong T, Clarke R, Chen L, **Shih IM**, Zhang Z, Levine DA, Xuan J, Wang Y. UNDO: a Bioconductor R package for unsupervised deconvolution of mixed gene expressions in tumor samples. Bioinformatics, 31:137-139, 2015. PMID: 25212756

276. Chui MH, Wang Y, Wu RC, Seidman J, Kurman RJ, Wang TL, **Shih IM**. Loss of ALDH1A1 expression is an early event in the pathogenesis of ovarian high-grade serous carcinoma. Mod Pathol, 28:437-445, 2015. PMID: 25216223

277. Lai TH, Vlahos N, **Shih I**, Zhao Y. Expression of VEGF and Flk-1 in human endometrium at the various phases of the normal menstrual cycle. J Reprod Infertil, 16: 3-9, 2015. PMID: 25717429

278. Bitler BG, Aird KM, Garipov A, Li H, Amatangelo M, Kossenkov AV, Schultz DC, Liu Q, **Shih IM**, Conefo-Garcia JR, Speicher DW, Zhang R. Synthetic lethality by targeting EZH2 methyltransferase activity in ARID1A-mutated cancers. Nat Med, 21:231-238, 2015. PMID:25686104

279. Faraj SF, Chaux A, Gonzalez-Roibon N, Munari E, Cubilla AL, **Shih IM**, Netto GJ. Immunohistochemical expression of ARID1A in penile squamous cell carcinomas: a tissue microarray study of 112 cases. Hum Pathol, 46:761-766, 2015. PMID: 25776029

280. Ayhan A, Mao TL, Rahmanto YS, Ogawa H, Wu RC, Wang TL, **Shih IM**. Increased proliferation in atypical hyperplasia/endometrioid intraepithelial neoplasia of endometrium with concurrent inactivation of ARID1A and PTEN tumor suppressors. J Pathol Clin Res, 1:186-193, 2015. PMID: 27499903

281. Ju J, Kapoor P, Shen X, **Shih IM**,  Peng G. ARID1A deficiency impairs the DNA damage checkpoint and sensitizes cells to PARP inhibitors. Cancer Discovery, 5:752-767, 2015. PMID: 26096845

282. Yu Y,  Gaillard S, Jude MP, Huang TC, Pinto SM, Tessarollo NG, Zhang Z, Pandey A, Wirtz D, Ayhan A, Davidson B, Wang TL, **Shih IM**.  Inhibition of Spleen Tyrosine Kinase Potentiates Paclitaxel-Induced Cytotoxicity in Ovarian Cancer Cells by Stabilizing Microtubules. Cancer Cell, 28:82-96, 2015. PMID: 26096845

283. Kobayashi Y, Kashima H, Wu RC, Jung J, Kuan JC, Gu J, Xuan J, Visvanathan K, **Shih IM**, Wang TL. Mevalonate pathway antagonist inhibits proliferation of serous tubal intraepithelial carcinoma and ovarian carcinoma in mouse models. Clin Cancer Res, 21:4652-62, 2015. PMID: 26109099

284. Wang YH, Wu RC, Shwartz LE, Haley L, Lin MT, **Shih IM**, Kurman RJ. Clonality analysis of combined Brenner and mucinous tumours of the ovary reveals their monoclonal origin. J Pathol, 237:146-151, 2015. PMID: 26095692

285. Gerry E, **Shih IM**. Will shorter time interval to diagnose ovarian cancer improve early detection? A perspective from the dualistic model. Br J Ob Gyn, Jul 3. doi: 10.1111/1471-0528.13502. [Epub ahead of print]. PMID: 26138012

286. Wang YH, Anderson D, Haley L, Lin MT, **Shih IM**, Kurman RJ. Molecular analysis of ovarian mucinous carcinoma reveals different cell of origins. Oncotarget, 6:22949-58, 2015. PMID: 26355245

25

287.   Cobb LP, Gaillard S, Wang YH, **Shih IM**, Secord AA. Adenocarcinoma of Mullerian origin: review of pathogenesis, molecular biology, and emerging treatment paradigms. Gyn Oncol Res Pract, 2:1, 2015.

288.   Fu Y, Yu G, Levine D, Wang N, **Shih IM**, Zhang Z, Clarke R, Wang Y. BACOM2.0 facilitates absolute normalization and quantification of somatic copy number alterations in heterogeneous tumor. Scientific Reports, 5:13955, 2015. PMID:26350498

289.   Kashima H, Wu RC, Wang Y, Sinno A, Miyamoto T, Shiozawa T, Wang TL, Fader AN, **Shih IM**. Laminin C1 expression by uterine carcinoma cells is associated with tumor progression. Gyn Oncol, 139:338-344, 2015. PMID: 26343160

290.   Vang R, Levine DA, Soslow RA, Zaloudek C, **Shih IM**, Kurman RJ. Molecular alterations of TP53 are a defining feature of ovarian high-grade serous carcinoma: A re-review of cases lacking TP53 mutations in The Cancer Genome Atlas Ovarian study. Int J Gynecol Pathol, 35:48-55, 2016. PMID:26166714

291.   Kurman RJ, **Shih IM**. Seromucinous Tumors of the Ovary. What's in a Name? Int J Gyn Pathol, 35:78-81, 2016. PMID: 26598986

292.   Kurman RJ, **Shih IM**. The Dualistic Model of Ovarian Carcinogenesis. Revisited, Revised and Expanded.  Am J Pathol, 186:733-747, 2016. PMID: 27012190

293.   Chen X. Jung JG, Shajahan-Haq AN, Clarke R, **Shih IM**, Wang Y, Magnani L, Wang TL, Xuan J. ChIP-BIT Bayesian inferences of target genes using a novel joint probabilistic model of ChIP-seq profiles. Nucleic Acids Res, 2016. PMID:  26704972

294.   Rahmanto YS, Jung JG, Wu RC, Kobayashi Y, Heaphy CM, Meeker AK, Wang TL, **Shih IM.** Inactivating ARID1A tumor suppressor enhances hTERT transcription and maintains telomere length in cancer cells. J Biol Chem, 291:9690-9699, 2016. PMID: 26953344

295.   Kito M, Maeda D, Kudo-Asabe Y, Sato N, **Shih IM**, Wang TL, Tanaka M, Terada Y. Goto A. Expression of cell competition markers at the interface between p53 signature and normal epithelium in the human fallopian tube. PLoS One, 11(6):e0156069, 2016. PMID: 27258067

296.   Kuhn E, Wang TL, Doberstein K, Bahadirli-Talbott A, Ayhan A, Sehdev S, Drapkin R, Kurman RJ, **Shih IM**. CCNE1 amplification and centrosome number abnormality in serous tubal intraepithelial carcinoma- further evidence supporting its role as a precursor of ovarian high-grade serous carcinoma. Mod Pathol, in press.

297.   Jung JG, **Shih IM**, Gerry E, Kim TH, Ayhan A, Handschuh K, Davidson B, Fader A, Selleri L, Wang TL. PBX1 promotes stemness and chemoresistance in ovarian cancer through direct transcriptional regulation of genes in stem cell pathway. Cancer Res, in press.

298.   Sherman ME, Drapkin RI, Horowitz NS, Crum CP, Friedman S, Kwon J, Levine DA, **Shih IM**, Shoupe D, Swisher EM, Walker J, Trabert B, Greene MH, Samimi G, Temkin SM, Minasian LM. Rationale for developing a specimen bank to study the pathogenesis of high-grade serous carcinoma: a review of evidence. Can Prev Res, in press. PMID:27221539

Ie-Ming Shih

299.  Veras E, Kurman RJ, Wang TL, **Shih IM**. PDL-1 expression in human placentas and gestational trophoblastic diseases. Int J Gyn Pathol, in press. PMID: 27362903

300.  Wang Y, Sundfeldt K, Mateoiu C, **Shih IM**, Kurman RJ, Schaeffer J, Silliman A, Kinde I, Springer S, Foote M, Kristjansfottir B, James N, Kinzler KW, Papadopoulos N, Diaz LA, Vogelstein B. Diagnostic potential of tumor DNA from ovarian cyst fluid. E-Life, in press.

301.  Zhang, H, Liu T, Zhang Z, Payne SH, Zhang B, McDermott JE, Zhou JY, Petyuk VA, Chen L, Ray D, Sun S, Yang F, Chen L, Wang J, Shah P, Cha SW, Aiyetan P, Woo S, Tian Y, Gritsenko MA, Nie S, Uw C, Moore RJ, Yu KH, Tabb DL, Genyo D, Bafna V, Wang Y, Rodriguez H, Boja E, Hiltke T, Rivers RC, Sololl L, Zhu H, **Shih IM**, Cope L, Pandey A, Zhang B, Snyder, MP, Levine DA, Smith R, Chan DW, Rodland KD and CPTAC investigators. Integrated proteogenomic characterization of human high grade serous ovarian cancer. Cell, in press. doi:10.1016/j.cell.2016.05.069

302.  Jung JG, **Shih IM**, Park JT, Gerry E, Kim TH, Ayhan A, Handshuh K, Davidson B, Fader AN, Selleri L, Wang TL. The expression of PBX1, a stem cell reprogramming factor, in ovarian cancer chemoresistance. Cancer Res, in press.

303.  Ayhan A, Kuhn E, Wu RC, Ogawa H, Talbott AB, Mao TL, Sugimura H, **Shih IM**, Wang TL. CCNE1 copy number gain and overexpression identifies ovarian clear cell carcinoma with a poor prognosis. Mod Path, in press.


### Book Chapters

1. **Shih IM**, Mazur MT, Kurman RJ. Chapter 49: Gestational trophoblastic disease. In Sternberg's Diagnostic Surgical Pathology. Edited by Stacey E. Mills. pp 2049-2070, Sixth edition. Lippincott Williams & Wilkins Publishers, New York, 2014.

2. **Shih IM**, Mazur MT, Kurman RJ. Chapter 20: Gestational trophoblastic disease. In Blaustein's Pathology of Female Genital Tract. Edited by Robert J. Kurman. Sixth edition. Springer-Verlag, New York, pp1075-1135, 2011.

3. **Shih IM**, Sokoll L, Chan DW. Tumor markers of ovarian cancer. In "Tumor markers-physiology, pathobiology and clinical applications" Edited by E.P. Diamandis et al. American Association for Clinical Chemistry Press. Washington DC, First edition, pp239-252, 2002.

4. Chang H-W, **Shih IM**. Digital Single-Nucleotide polymorphism analysis for allelic imbalance. In Methods in Molecular Medicine: Pancreatic Cancer (volume: 103). Edited by G. H. Su, Humana Press, Totowa, NJ, USA, pp 137-142, 2004.

5. Yen, JM, **Shih IM**, Velculescu VE, Wang TL. Amplification in DNA copy numbers as a mechanism of acquired drug reisistance. In Cancer drug resistance. Edited by Teicher BA, Human press, Totowa, New Jersey. pp 531-540, 2006.

6. **Shih IM**, Kurman RJ. Ovarian serous carcinogenesis- a proposed model. In Molecular Pathology of Gynecological Cancer.  Edited by Giordano A, Bovicelli A, and Kurman RJ, Humana press, Totowa, New Jersey. pp 17-28, 2006.

Ie-Ming Shih

7. **Shih IM**, Kurman RJ. Pathogenesis of gestational trophoblastic lesions. In <u>Molecular Pathology of Gynecological Cancer</u>.  Edited by Giordano A, Bovicelli A, and Kurman RJ, Humana press, Totowa, New Jersey. pp 157-166, 2006.

8. Sturgeon CM, Duffy MJ, Hofmann BR, Stenman U-H, Lilja H, Brünner N, Chan DW, Sokoll L, Babaian R, Bast RC, Bosl GJ, Dowell B, Esteva FJ, Haglund C, Harbeck N, Hayes DF, Holten-Andersen M, Klee GG, Lamerz R, Looijenga LH, Molina R, Nielsen HJ, Rittenhouse H, Semjonow A, **Shih IM**, Sibley P, Sölétormos G, Stephan C and Diamandis EP. National <u>Academy of Clinical Biochemistry Laboratory Medicine Practice Guidelines for Use of Tumor Markers in Testicular, Prostate, Colorectal, Breast and Ovarian Cancers</u>. American Association for Clinical Chemistry press.

9. Jinawath N. **Shih IM**. Biology and Pathology of Ovarian Cancer. In <u>Early Diagnosis of Cancer Series: Ovarian Cancer</u>. Edited by Bristow R. and Armstrong D. (series editor: Yang, SC). Elsevier, Amsterdam, Netherlands, pp17-32, 2009.

10. Guan B, Wang TL, **Shih IM**.  Recent advances in cancer genomics and cancer-associated genes discovery. In: An Omics Perspective of Cancer. WCS Cho (ed.), p11-29, Springer-Verlag, New York, 2010.

11. **Shih IM**. Gestational trophoblastic lesions. In Gynecologic Pathology, a volume in the series of Foundations in Diagnostic Pathology. Edited by Nucci MR, Oliva E. (Series editor: Goldblum JR), pp645-655. Elsevier Churchill Linvingstone, 2009.

12. Park J. **Shih IM**, Wang TL. Targeting the Notch signaling pathway in cancer stem cells. In: Cancer Stem Cells. Edited by William Farrar. pp128-137, Cambridge University Press (CUUS668), 2009.

13. Sfakianos G P, Secord AA, **Shih IM**. Chapter 13: Epithelial ovarian cancers: low malignant potential and non-serous ovarian histologies. In: Gynecologic oncology: clinical practice and surgical atlas. pp 237-256. McGraw-Hill Professional, New York, NY, 2012.

14. Kurman RJ, Bagby C. **Shih IM**. Chapter 37: Molecular diagnostics of gynecologic neoplasms. In: Principles of Molecular Diagnostics and Personalized Cancer Therapy. Ed by Tan D. Lippincott Williams & Wilkins.

15. Chen L, Tian Y, Yu G, Miller DJ, **Shih IM**, and Wang Y.  Discriminant and network analysis to study origin of cancer. In: Statistical Diagnostics of Cancer: Analyzing High Dimensional Genetics and Genomics Data. Edited by Frank Emmert-Streib and Matthias Dehmer, Wiley-Blackwell, 2012.

16. WHO classification of tumours of female reproductive organs. Ed by Kurman, Carcangiu, Herrington, Young. 4th edition,  WHO (IARC) press, Lyon, France, 2014.

17. Yen TT, Fader AN, Gerry E, **Shih IM**. The molecular landscape of different ovarian cancer subtypes and new prospects. SM Group Open Access eBooks, Dover Delaware, 2016

**Others**

1. **Shih IM**. Placental site trophoblastic tumor. In Encyclopedia of Cancer, 3rd edition, Springer-Verlag, Editor: Manfred Schwab, Berlin and Heidelberg, GmbH & Co, 2016.
http://www.springerreference.com/docs/featured/978-3-540-47648-1_5715.html

2. Chen L, Xuan J, Gu J, Wang Y, Zhang Z, Wang TL, **Shih IM**. Integrative network analysis to identify aberrant pathway networks in ovarian cancer. Pac Symp Biocomput, 31-42, 2012.

3. Kurman RJ**, Shih IM**. Ovarian cancer- silent and deadly. In Atlas of Science.
http://atlasofscience.org/ovarian-cancer-silent-and-deadly/#more-13913

## Inventions, Patents, Copyrights

- US patent #6419896: Non-invasive approach for assessing tumor in living animals. Inventors: Vogelstein B, Kinzler WK and Shih I-M

- US patent #20110171741: DNA integrity assay (DIA) for cancer diagnostics, using confocal fluorescence spectroscopy. Inventors: Tza-Hui Wang, Kelvin J. Liu, Ie-Ming Shih

- US patent in process (11/604,183): Application of Rsf-1 expression to predict clinical outcome in cancer patients. Inventors: Shih I-M and Wang T-L

- International patent in progress (PCT/US2008/011948): Detection of cancer by measuring genomic DNA copy number and strand length in cell-free DNA. Inventors: Shih I-M

## Extramural Funding

## Current awarded Grants

| | |
|---|---|
| 4/1/2016 – 3/31/2021 | Early Detection Research Network (EDRN)<br>UO1 CA200469<br>Development of in vitro diagnostic multivariate index assay using liquid-based cervical cytology specimen and/or serum/plasma biomarkers for the detection of early stage or low-volume ovarian cancer<br>NCI/NIH<br>Role: Principal Investigator (multiple PIs: Shih & Zhang)<br>Purpose: To identify protein biomarkers and develop immunoassays for ovarian cancer detection in liquid-based cervical cytologic samples and blood. |
| 4/1/2011 – 3/31/2017 | Notch3 signaling in ovarian cancer<br>RO1 CA148826 (PI: TL Wang)<br>NCI/NIH<br>Role: co-investigator; 0.5 calendar months |

Purpose: To investigate the molecular mechanism of Notch3 signaling in the pathogenesis of ovarian high-grade serous carcinoma.

| | |
|---|---|
| 10/01/2011 – 09/30/2017 | Prevention of Ovarian High-Grade Serous Carcinoma by Elucidating Its Early Changes<br>OC100517 (Director: RJ  Kurman; co-Director: I-M Shih)<br>Consortium Award, US Department of Defense (USAMRMC), Directed Medical Research Programs (CDMRP)<br>Role: Co-director and co-investigator; 3.0 calendar months<br>Purpose: To determine the origin and pathogenesis in the development of ovarian high-grade serous carcinomas by employing cancer genetics, cell biology, animal models and epidemiologic studies through multi-institutional research effort. The consortium includes five research projects and three cores. |
| 07/01/2011 - 06/30/2016 | Multiplexed Detection of Cell Free DNA Biomarkers for Cancer<br>RO1 CA155305 (PI: TZ Wang)<br>NCI/NIH<br>Role: co-investigator; 1.0 calendar months<br>Purpose: To analyze the potential application of multiplexed detection of cell free DNA as biomarkers for cancer detection. |
| 09/01/2011 - 08/30/2016 | Proteome characterization center: a genoproteomics pipeline for cancer biomarker. Clinical Proteomic Technologies for Cancer Initiative.<br>U24CA160036  (PI: D Chan)<br>NCI/NIH<br>Role: co-investigator; 1.0 calendar months<br>Purpose: To identify, verify and characterize biomarkers for ovarian cancer by combining genomics and proteomic approaches. To establish the clinical proteomic technology center and to validate, verify and characterized of ovarian cancer biomarkers using genoproteomic approaches. |
| 09/30/2014-09/29/2016 | Targeting the Mevalonate Pathway to Reduce Mortality from Ovarian Cancer<br>DoD W81XWH-14-10021<br>DoD, OCRP<br>Role: co-investigator<br>Purpose: To determine if targeting the mevalonate pathway in ovarian cancer has biological and pre-clinical utility in delaying tumor progression in ovarian high-grade serous carcinoma. Several cell biology and molecular biologic approaches together with animal ovarian tumor models will be applied. |

## Recent Completed Research Grants

| | |
|---|---|
| 12/01/2004 - 11/30/2012 | Molecular Diagnostics for Malignant Effusion |

2R01 CA103937 (PI: I-M Shih)
NCI/NIH
Role: principal investigator; 1.0 calendar months
Purpose: To study the functional role of NAC-1 in the development of ovarian carcinoma.

4/01/2008 - 1/31/2013      The Roles of HBXAP Gene in Ovarian Cancer
1R01 CA129080 (PI: I-M Shih)
NCI/NIH
Role: principal investigator; 1.0 calendar months
Purpose: To study the molecular mechanism of HBXAP gene product in the progression of ovarian carcinoma.

04/01/2007 - 01/31/2012   Pathogenesis of Ovarian Serous Borderline Tumors
RO1 CA116184 (PI: R.J. Kurman)
NCI/NIH
Role: co-Director, project 1 leader; 0.5 calendar months
Purpose: To study the molecular genetic profiles of implants that is associated with ovarian serous borderline tumors.  To develop biomarkers to better diagnose the implant and correlate the molecular genetic profiles and biomarker expression with clinical behavior in patients.

07/01/2002- 06/30/2007   Development of a New Technology in Analyzing Allelic Imbalance in Plasma DNA as a Tool for Early Cancer Detection
R21/R33 CA97527 (PI: Shih)
NCI/NIH
Role: principal investigator; 4.0 calendar months
Purpose: To develop an innovative molecular method to better diagnose human cancer using cell-free circulating DNA in patients.

07/01/2008 - 06/30/2012   Notch3 Signaling Pathway in the Ovarian Carcinoma
GMC-113937 (PI: TL Wang)
American Cancer Society
Role: co-investigator; 1.0 calendar month
Purpose: This project is to characterize the role of Notch3 signaling pathway in ovarian tumorigenesis and identify Notch3 down-stream target genes in ovarian cancer.

06/01/2009 – 05/31/2012   High-throughput intracellular microrheology: a new tool for cancer research
1R21CA137686 (PI: D Wirtz/IM Shih)
NCI/NIH
Role: Co-PI
Purpose: To apply a high-throughput intracellular microrheology in studying ovarian cancer

12/01/2011 - 11/30/2014   Tumor suppressor role of ARID1A
R21 CA165807 (PI: IM Shih)
NCI/NIH

Ie-Ming Shih

Role: principal investigator; 1.0 calendar months
Purpose: To determine the tumor suppressor roles of ARID1A and its molecular mechanisms in developing gynecological cancer.

07/01/2002- 06/30/2006    Diverse Pathways in the Development of Ovarian Serous Tumors
OC010017 (PI: RJ Kurman)
US Department of Defense (USAMRMC), Directed Medical Research Programs (CDMRP)
Role: Project #1 leader; 3.0 calendar months
Purpose: To study the molecular pathways that is involved in the development of different types of ovarian serous carcinoma by using several new technologies including SAGE.

09/01/2003- 08/30/2004    Molecular genetic changes in the development of cervical cancer
P50CA098252- SPORE (PI: TC Wu)
NIH/NCI
Role: co-investigator; 1.0 calendar month
Purpose: The development project/pilot study in this SPORE of cervical cancer is to investigate the DNA copy number changes involved in the development of cervical cancer.

12/28/2005- 12/27/2006    Marker Discovery for Ovarian Cancer
Research agreement
Developmental Center of Biotechnology, Taiwan
(PI: Shih)
Role: principal investigator; 1.0 calendar month
Purpose: To identify biomarkers for potential use in ovarian cancer diagnosis and therapy.

10/01/2006 - 09/30/2007    Characterization of Rsf-1 in human cancer
China Medical University, Taiwan
Research agreement
(PI: Shih)
Role: principal investigator; no salary requested
Purpose: To study the molecular etiology of Rsf-1 expression in oral cancer in Taiwanese patients.

1/1/2008 - 12/31/2009    Notch3 signaling in the pathogenesis of ovarian cancer
Ovarian Cancer Research Foundation (OCRF, New York)
Individual Investigator Award (PI: T.L. Wang)
Role: co-investigator; 0.6 calendar month
Purpose: To characterize the Notch3 signaling pathway in the tumor progression of ovarian cancer. Specifically, the proposal is to determine how the Notch3 pathway goes awry in normal ovaries and the molecular mechanisms in which Notch3 pathway aberration contributes to ovarian cancer.

01/01/2009 – 12/31/2010    Screening of Chinese herbal medicine extracts in cancer therapy

|  | Research Agreement (PI: IM Shih)<br>China Medical University, Taichung city, Taiwan<br>Role: Principal; investigator<br>Purpose: To screen candidate Chinese herbal extracts to inhibit specific cancer-associated targets for potential molecularly targeted therapy. |
|---|---|
| 12/11/2006 - 12/31/2007 | Molecular Markers for Clinical Outcome Prediction<br>Oncotech, Inc.<br>Research Agreement (PI: Shih)<br>Role: principal investigator; 0.60 calendar month<br>Purpose: To assess the clinical potential of Rsf-1 and NAC-1 immunohistochemistry in predicting clinical outcome in ovarian cancer patients. |
| 04/01/2008 - 03/31/2010 | Nanobiosensing Method for Point Mutation Detection of Cancer<br>1R21CA120742 (PI: TZ Wang)<br>NCI/NIH<br>Role: co-investigator; 0.60 calendar month<br>Purpose: To develop a nanobiosensing technical platform to detect point sequence mutation of Kras and Braf genes using a relatively small amount of DNA samples without PCR. |
| 07/01/2007 - 06/31/2009 | Characterization of Chromatin Remodeling Gene, Rsf-1, in Pathogenesis of Ovarian Cancer<br>Johns Hopkins-Weizmann Inst. (PI: Shih)<br>Role: principal investigator; 0.60 calendar month<br>Purpose: To study the biological function of Rsf-1 gene in the development of ovarian cancer. |
| 01/01/2005 -12/31/2008 | Identification and Characterization of Genomic Amplifications in Ovarian Serous Carcinoma<br>OC04-0060 (PI: T.L. Wang)<br>US Department of Defense (USAMRMC), Directed Medical Research Programs (CDMRP), New Investigator Research award<br>Role: co-investigator; 1.0 calendar month<br>Purpose: To identify and characterize ovarian cancer genome using digital karyotyping and SNP array. |
| 07/01/2009 – 06/30/2011 | Elucidation of molecular alterations in precursor lesions of ovarian serous carcinoma<br>OC080469 (Director: RJ  Kurman; Co-director: IM Shih)<br>Role: Co-director<br>Purpose: To establish ovarian cancer research consortiums to facilitate identify and characterize early lesions of ovarian cancer through multiple institution collaborations |

## EDUCATIONAL ACTIVITIES

Ie-Ming Shih

**Classroom Instruction** (Johns Hopkins University School of Medicine)

- Gynecological Pathology and laboratory/small group, Pathology course for medical students, 1994-
- Graduate course in Pathobiology and Disease Mechanisms, Section of Ovarian Tumors, 2002-
- Graduate course in Functional Anatomy ("Female Reproductive Organ"), for graduate students, Johns Hopkins University, 2006-
- Graduate course in Pathobiology ("Gynecological Pathology") for graduate students, Johns Hopkins University, 2005-

**Clinical Instruction** (the Johns Hopkins Hospital)

- Microscopic and gross teachings for medical students, residents and fellows rotating to gynecologic pathology, 1999-
- Didactic course on Gynecologic Pathology for residents and fellows, 2002-

**CME course speaker**

- "Molecular pathways of ovarian cancer". At the Current Concepts in the Multidisciplinary Management of Ovarian Cancer, the Sidney Kimmel Cancer Center and the office of Continuing Medical Education, Johns Hopkins University, Baltimore, September, 2004.
- "Molecular genetics and target-based therapy for low-grade serous cancers of the ovary". At the Current Concepts in the Multidisciplinary Management of Ovarian Cancer, the office of Continuing Medical Education, Johns Hopkins University, Baltimore, September, 2005.
- "Gynecologic neoplasms- trophoblastic tumors and ovarian epithelial neoplasms". Symposium of the Taiwanese Association of Pathology, August 2006.
- "Update in gestational trophoblastic disease". Surgical Pathology Update, Leipzig, Germany, June, 2007.

**Mentoring**

**Research Fellows**
- 2000-2002, Hsueh-Wei Chang, PhD, currently Chairman and Professor of the Department of Biological Science and Environmental Biology, Kaohsiung Medical University, Taiwan
- 2001-2003, Gad Singer, M.D., Professor at the Institute of Pathology, Baden, Switzerland
- 2002-2004, Brant G. Wang, MD, PhD, research fellow; currently an attending pathologist at the Washington Medical Center, Washington DC
- 2003-2004, Gudrun Pohl, MD, assistant professor at the University of Vienna, Austria
- 2003-2004, Chung-Liang Ho, MD, PhD, Associate Professor, National Chenug-Kung University School of Medicine, Tainan, Taiwan
- 2003, Ariane Aigelsreiter, MD, visiting research fellow, Austria
- 2003-2004, Reiko Dehari, MD, Visiting research fellow, Japan
- 2003-2004, Chih-Yi Hsu, MD, Visiting research fellow, currently a faculty t the National Yang-Ming University School of Medicine/VGH -Taipei, Taiwan

34

Ie-Ming Shih

- 2004-2005, Tsung-Hsuan Lai, MD, Director of Reproductive Endocrinology and Infertility division, Department of Ob and Gyn, Taipei Cathay General Hospital, Taipei, Taiwan
- 2004-2006, Kentaro Nakayma, MD, PhD, Associate Professor, Shimane National University School of Medicine, Japan
- 2005-2007, Jim Sheu, PhD, Professor at the Institute of Biomedical Sciences, National Sun Yat-Sen University, Taiwan
- 2005-2006, Ritu Salani, MD, Assistant Professor and attending physician at the Ohio State University Health System, division of Gynecologic Oncology
- 2007 – current (visiting scholar), Ayse Ayhan, MD, PhD, attending/consulting pathologist at the Seirei Mikatahara General Hospital, Hamamatsu, Japan
- 2005-2007, Tsui-Lien Mao, MD, research fellow, currently an assistant professor at the National Taiwan University College of Medicine, Taipei, Taiwan
- 2007, Artit Jinawath, MD, PhD, research fellow/visiting resident, Thailand
- 2006-2008, Natini, Jinawath, MD, PhD, research fellow, currently a medical cytogenetics fellow at the Johns Hopkins Hospital
- 2006-2008, Jung Hye Choi, PhD, Assistant Professor at Kyung Hee University, Seoul, South Korea
- 2006-2008, Kuan-Ting Kuo, MD, Assistant Professor at the National Taiwan University Hospital, Taipei, Taiwan
- 2007-2008, Stefanie Ueda, MD, Assistant Profession, Department of Obstetrics and Gynecology, University of California at San Francisco, CA
- 2008-2010, Michelle Thiaville, PhD, Assistant Professor, Department of Biological Science, Nicholls State University, Louisiana
- 2008-2010, Pradeep K. panuganti, MD, currently a resident in Texas Tech University of Health Sciences
- 2010, Daichi Maeda, MD, PhD, Assistant Professor, Department of Pathology, University of Tokyo, Japan
- 2010-2012, Stephanie Gaillard, Assistant Professor, Duke University
- 2009-2012, Alex Stoeck, PhD, Research Scientist Leader, Merck Co.
- 2011-2012, Chen-Hsuan Wu, MD, Instructor, Kaohsiung Chang Gung Memorial Hospital, and Chang Gung University college of medicine, Kaohsiung, Taiwan
- 2012-2013, Laura Ardighieri, MD, a fellow at the Anatomia Patologicaat Spedali Civili Brescia, Italy
- 2009-2013, Elisabetta Kuhn, MD, staff scientist, International Agency for Research on Cancer (IARC), Lyon, France
- 2007-2013, Bin Guan, PhD, NIDDK, NIH
- 2012-2014, Tae Mogami, MD, PhD, Department of Gynecology, Yokolohoma City University Medical Center, Japan

**Graduate and Undergraduate Students (Johns Hopkins University except Ms. Mahle)**
- 2011-2015, Ren-Chin Wu, pathobiology graduate student (thesis student), currently an Assistant Professor at the Cahng-Gang University School of Medicine, Taiwan.
- 2008-2012, KaiLee Yap, pathobiology graduate student (thesis student), currently a postdoc fellow at the University of Chicago.
- 2010-2012, Min Gao, exchange/visiting graduate student from Shandong University/Zilu hospital, China.

- 2008-2010, Chen Xu, exchange/visiting graduate student from China Scholarship council, currently attending physician in the Department of Urology, the first affiliated hospital, Sun Yat Sen University, China
- 2005- 2009, Joon Park, pathobiology graduate student (thesis student), currently a Senior Scientist, Samsung Advanced Institution for Technology, Seoul, South Korea.
- 2009-2010, Elizabeth Chen, currently medical student in Uniformed Services University of Health Sciences, Bethesda, Maryland.
- 2007-2008, Vivek Murthy, currently a medical student at NYU.
- 2003-2005, Robert J. Oldt III, currently a medical student at UMDNJ, NY.
- 2005, Jim M. Yen, MD, currently a medical resident at the Medical Center of the University of South California, CA.
- 2005, Eric Cheng, currently a medical student at UMDNJ, NY.
- 2005, Ilena Neuberger, currently a medical student at UMDNJ, NY.
- 2007, Rebecca Bush, currently a medical student in Washington University School of Medicine, MO.
- 2007, David Chu, currently a medical student in University of Pittsburg, PA.
- 2007, Mandy Mahle, Queens University of Charlotte, NC, currently, a Biochemistry major
- 2007-2009, Kevin Lee, currently a medical student in Albany Medical College, NY.
- 2007-2009, Paul Markowiski, previously lab assistant, currently a medical student in Robert Wood Johnson Medical School, NJ.
- Marilina Mascaró, visiting PhD student, Facultad de Farmacia Bioquimica, Catedra de Immunologia, Buenos Aires, Argentina

### Ph.D. Student Qualification Committee:
- MD/PhD candidates in Cellular & Molecular Medicine Graduate Program:
  Saurubh Saha, Harith Rajagopalan, Chetan Bettego, Jordan Cummins
- PhD candidates in Cellular & Molecular Medicine Graduate Program:
  Ian Cheong, Carlo Rago and Jihye Yun
- Pharmacology Graduate Program:
  Xin Huang, Meng Li, Kibem Kim
- Pathobiology Graduate Program:
  Yin Yeh, Shaaretha Pelly, Sophie Lin Zhirong; Kah Suan Lim; Byung-Hak Kang, Shu-Han Yu
- Graduate Board Exam, Department of Chemical and Molecular Engineering, Johns Hopkins Univeristy:
  Serving as the Chair of the Exam committee for Melissa Thompson, CK Wang.

### Ph.D. Student Thesis Committee:
- Melissa Thompson, PhD candidate, Department of Chemical and Molecular Engineering, Johns Hopkins University (Homewood campus), 2007- current
- Melissa Landek, PhD candidate, Pathobiology Graduate Program, Johns Hopkins Medical Institutions, 2008
- Hsin Chih Yeh, PhD candidate, Department of Bioengineering, Johns Hopkins University, 2008
- Christopher Puleo, PhD candidate, Department of Bioengineering, Johns Hopkins University, 2009

- Vasudev Bailey, PhD candidate, Department of Bioengineering, Johns Hopkins University, 2010
- Kelvin Liu, PhD candidate, Department of Bioengineering, Johns Hopkins University, 2011
- Yi Zhang, PhD candidate, Department of Bioengineering, Johns Hopkins University, 2013

**Participation in mentoring Gynecologic Pathology Fellows (*Johns Hopkins Hospital*):**

- 2003 – 2005, Monica Srodon, M.D.
  Staff pathologist
  Greensboro Pathology Associates
  Greensboro, NC
- 2004 – 2006, Saeid Movahedi-Lankarani, M.D.
  Staff pathologist
  Hospital Pathology Associates
  St. Paul, MN
- 2006 – 2007, Dengfeng Cao, M.D., Ph.D.
  Assistant Professor
  Department of Pathology & Immunology
  Washington University School of Medicine
  St. Louis, MO
- 2006 – 2007, Kara Judson, M.D.
  Attending pathologist
  Lenox Hill Hospital
  New York, NY
- 2005 – Current, Anna Yemelyanova, M.D.
  (Current Fellow)
- 2007 – Current, Thomas McConnell, M.D.
  (Current Fellow)
- 2007 – 2008, Emanuela Veras, M.D.
  Memorial Sloan-Kettering Cancer Center

**Awards Received by Dr. Shih's Trainees**

- **HERA Research Award,** 2015, Yohan Suryo Rahmanto, PhD, research fellow
- **Collen's Dream Foundation for ovarian cancer research award,** 2014, Hiroyasu Kashima, MD, research fellow
- **Keio University School of Medicine Young Investigator Award, Japan,** 2014, Yusuke Kobayashi, research fellow
- **Young Investigator Award in Basic Science, Department of Pathology, JHU,** 2014, Fun Yuyu, postdoctoral fellow
- **Ovarian Cancer Research Foundation (OCRF) award, 2013,** Fun Yuyu, postdoctoral fellow
- **Oppo's Foundation for Ovarian Cancer Young Investigator Award,** 2013, Felix Zeppernick, research fellow
- **Scholar-in-Training Award, American Association for Cancer Research,** 2013, Ren-Chin Wu, graduate student
- **HERA Research Award,** 2013**,** Fnu Yuyu, PhD, research fellow

Ie-Ming Shih

- **Collen's Dream Foundation for ovarian cancer research award,** 2013, Felix Zeppernick, MD, research fellow
- **YW Loke Award,** 2012, Yusuke Kobayashi, MD, PhD, research fellow, award from International Federation of Placenta Associations
- **HERA Research Award,** 2012, Elizabeth Kuhn, MD, research fellow
- **Scholar-in-Training Award, American Association for Cancer Research**, 2011, Kai-Lee Yap, graduate student
- **Ovarian Cancer Research Foundation (OCRF) Award**, 2011, Bin Guan, PhD, postdoctoral fellow
- **American Society of Clinical Oncology Young Investigator Research Grant,** 2011, Stephanie Gaillard, MD, PhD, research fellow
- **Scholar-in-Training Award by Aflac, Inc.,** 2011, Kai-Lee Yap, PhD graduate student
- **HERA Research Award,** 2011**,** Alex Stoeck, PhD, research fellow
- **Pathology Young Investigator Award,** 2011, Kai-Lee Yap, PhD graduate student
- **Pathology Young Investigator Award,** 2011, Elisabetta Kuhn, MD research fellow
- **Pathology Young Investigator Award,** 2011, Alex Stoeck, PhD research fellow
- **International Society of Gynecologic Pathology Fellowship Award,** 2011, Laura Ardigheri, research fellow, 2011
- **HERA Research Award,** 2010**,** Bin Guan, PhD, research fellow
- **UICC, ICRETT award**. 2010, Marilina Mascaró, visiting PhD student, Argentina
- **Pathology Young Investigator Award,** 2010, Kai-Lee Yap, PhD graduate student
- **HERA Research Award,** 2008**,** Stefanie Ueda, MD, research fellow
- **Pathology Department Young Investigator First Price Award in Basic Science,** 2008, Joon Park, Johns Hopkins Medical Institutions
- **HERA Research Award,** 2007**,** Natini Jinawath, MD, PhD, research fellow
- **Provost's undergraduate research award,** 2007, Chanont Vasoontara, Johns Hopkins University
- **Ovarian Cancer Research Fund (OCRF)**, 2006, Ritu Salani, MD, research fellow
- **Best Abstract Award,** 2006, Ritu Salani, MD, research fellow, International Gynecologic Cancer Society biannual meeting, Santa Monica
- **Provost's undergraduate research award**, 2006, Rebecca Busch, JHU undergraduate student
- **HERA Research Award,** 2005**,** Kentaro Nakayama, MD, PhD, research fellow
- **First Place Award for Research Fellow in Basic Research, Johns Hopkins Oncology,** 2005, Jim Sheu, PhD, research fellow
- **International Union Against Cancer Technology Transfer Fellowship,** 2004, Gudrum Pohl, MD, research fellow
- **HERA Research Award,** 2003**,** Brant Wang, MD, PhD, research fellow
- **Yong Investigator Award of the International Society of Gynecologic Pathologists**, 2004, Gad Singer, MD, research fellow
- **Howard Hughes Undergraduate Research Award**, 2003, Robert J. Oldt III, JHU undergraduate student
- **Provost's undergraduate research award**, 2002, Robert J. Oldt III, JHU undergraduate student


<u>**CLINICAL ACTIVITIES**</u>


**Certification**

Ie-Ming Shih

- The American Board of Pathology --- Anatomic Pathology, 1997
- Medical Licensure: Maryland, 1997

**Clinical Service Responsibilities (**20% of total effort) at the Johns Hopkins Hospital

- **Attending Physician**- diagnostic pathology in routine gynecologic specimens
- **Consultant Pathologist**- gynecologic pathology, specifically gestational trophoblastic diseases (nationally and internationally)

## ADMINISTRATIVE AND ORGANIZATIONAL ACTIVITIES

**Administrative Appointments**
- Co-director, the Breast and Ovarian Cancer Program, Sidney Kimmel Comprehensive Cancer Center, Johns Hopkins Medical Institutions, 2014- current. Mainly involved in program development, research planning and educational activities.
- Planning Committee, the 7th Biennial Meeting of Asia-Pacific International Academy of Pathology, 2009-2011
- Johns Hopkins Oncology Center Tissue Core oversight committee, 2013-
- Johns Hopkins Professor Promotion Committee, 2013-
- Symposium organizer, Johns Hopkins Annual Ovarian Cancer Symposium, 2009-current.
- President of International Association of Chinese Pathologists, 2006-2007; received the Excellent Service Award, March 2, 2008
- President of North American Taiwanese Medical Association-Baltimore chapter, 2006-2008
- Faculty promotion committee, Department of Pathology, Johns Hopkins Medical Institutions, 2004
- PhD student qualification/thesis committees, 2002-current
- Pathology residency advisory committee, 2009-current

**Editorial Board Appointments**
- The American Journal of Pathology (2016-2019)
- Editor-in-Chief, Current Obstetrics and Gynecology Report (2012-2015)
- Cancer Research (2013-2015)
- The Journal of Pathology (2012-)
- Guest Editor, Journal of Oncology special issue in ovarian cancer targeted therapy, 2011
- International Journal of Gynecologic Pathology
- ISRN Pathology
- International Journal of Molecular Sciences (Molecular Pathology section)
- Journal of the Formosan Medical Association
- Frontiers in Women's Cancer

**Journal Peer Review Activities**
- Proceedings of National Academy of Science
- Cancer Research
- Clinical Cancer Research
- Oncogene
- Journal of Clinical Investigation
- Journal of Biological Chemistry

Ie-Ming Shih

- International Journal of Cancer
- Gynecologic Oncology
- Cancer Letters
- Modern Pathology
- Placenta
- The American Journal of Pathology
- Laboratory Investigation
- Human Pathology
- The Journal of Obstetrics and Gynecology Research
- British Journal of Cancer
- International Journal of Gynecologic Pathology
- Gastroenterology
- Annals of Oncology
- American Journal of Obstetrics and Gynecology
- International Journal of Gynecologic Cancer

**Professional Societies Membership**
- American Association for Cancer Research, 2004-present
- American Society for Investigative Pathology, 2002-present
- International Association of Gynecologic Pathologists, 1998-present
- United States and Canadian Academy of Pathology, 1998-present
- International Society for the Study of Trophoblastic Disease, 2000-present
- Society for the Study of Reproduction, 2000-present
- American Medical Association, 1998
- International Federation of Placental Associations, 1996-present

**Panelist in Study Sections and Grant Review Committees**
- National Institute of Health, National Cancer Institute, member of Omnibus- Cancer Biology 1 study section, 2013
- National Institute of Health, National Cancer Institute, member of P50 SPORE study section, 2012-
- National Institute of Health, National Cancer Institute, , Ad Hoc member of Provocative Question study section, 2012
- National Institute of Health, National Cancer Institute, member of Cancer Molecular Pathobiology Study section (CAMP), 2006-2011 (*Recipient of "Brain Award" and "Humanitarian Award")
- National Institute of Health, National Cancer Institute, Ad Hoc member of R15 Academic Research Enhancement Award Study Section, 2011.
- National Institute of Health, National Cancer Institute, site visit adviser, EDRN Early Detection Network, Cancer Biomarkers Research Group, July 15, 2008
- National Institute of Health, National Cancer Institute, member of ZRG1 Onc-L (12)B Cancer Diagnostic & Treatment Study Section, March 2005, October 2005, March 2006, June 2006, February 2007 (member)
- The Wellcome Trust, London, United Kingdom, Research proposal reviewer, 1998 (Ad Hoc)
- National Institute of Health, National Cancer Institute, study section of IMAT, R21: "new innovative technology in cancer", 2002 (Ad Hoc)
- Israel Science Foundation (ISF), Research proposal reviewer, 2004 (Ad Hoc)

Ie-Ming Shih

- US Department of Defense (USAMRMC/CDMRP) ovarian cancer research program, member of the review committee, April, 2005 (Ad Hoc)
- Cancer Research UK, April 2005, July 2008 (Ad Hoc)
- Netherlands Organization for Health Research and Development (ZonMw), Netherland, grant proposal reviewer for 80-007029-98-07041, March 2006 (Ad Hoc)
- Research Grants Council of Hong Kong, panel member and external reviewer, March 2006, December 2007
- US Department of Defense ovarian cancer research program-concept awards, member of the review committee, April, 2006 (Ad Hoc)
- Cancer Research UK, requested by the Translational Research in Clinical Trials Committee, July 2006 (Ad Hoc)
- U.S. Civilian Research Development Foundation, Arlington, Virginia, October 2006 (Ad Hoc)
- Swiss Nationals Science Foundation, Berne, Switzerland, January, 2007 (Ad Hoc)
- Kansas Masonic Foundation, Kansas Masonic Cancer Research Institute, 2007 (Ad Hoc)
- Invited reviewer requested by the Ministry of Science & Technology, Life Sciences Division, Israel, for Taiwanese Israeli scientific and technological cooperation, 2007
- Invited reviewer requested by the Sheffield Hospital Charitable Trust Medical Research Committee, UK, 2008
- Maryland Industrial Partnerships (MIPS) Program, University of Maryland College Park, 2008
- US Department of Defense (USAMRMC/CDMRP) ovarian cancer research program, member of the review committee, April, 2009 (Ad Hoc)
- American Institute of Biological Sciences (AIBS), May, 2010 (Ad Hoc)
- Calgary Laboratory Services Health Services Research Funding Competition, June, 2010 (Ad Hoc)
- National Medical Research Council, Singapore, January 2011.


**Organizer, chair and moderator in conference organizations**

- *Chair Moderator*, Poster Section In 4th Conference of the International Federation of Placenta Associations. Tokyo, Japan, 1998.
- *Symposium section chair,* Gestational trophoblastic disease. In XXVI International Congress of the International Academy of Pathology, Montreal, Canada, September 2006.
- *Moderator*, Pathobiology platform section, annual (the 97th) meeting of the United States and Canadian Academy of Pathology (USCAP), Denver, Colorado, March 2008.
- *Symposium organizer,* Ovarian Cancer Symposium- Elucidating Early Ovarian Carcinogenesis: Implications for Early Detection and Treatment. Sponsored by Department of Defense. Baltimore, Maryland, May 28-29, 2009.
- *Moderator,* Gynecologic Pathology platform section, annual (the 99th) meeting of the United States and Canadian Academy of Pathology (USCAP), Washington DC, March 2010.
- *Moderator,* Gynecologic Pathology platform section, annual (the 100th) meeting of the United States and Canadian Academy of Pathology (USCAP), San Antonio, TX, March 2011.
- *Section convener,* gynecologic pathology section, in the (scheduled) 7th Asia-Pacific International Academy of Pathology, Taipei, Taiwan, May 20-24, 2011.

Ie-Ming Shih

**Advisory boards, committees and consultation groups**

- **Scientific Advisory Committee,** Ovarian Cancer Research Foundation (OCRF), New York, 2013-
- **Oncology Tumor Specimen Core Oversight Committee**, Johns Hopkins Sidney Kimmel Cancer Center, 2013-
- **NCI Ovarian Task Force of Gynecologic Cancer Steering Committee,** 2012-2015
- **International Society of Gynecologic Pathology/World Health Organization (WHO) Nomenclature Committee for gynecological neoplasm**, 2012
- **External advisory board**, Ovarian Cancer SPORE at Fox Chase Cancer Center, 2013
- **International Society of Gynecologic Pathology Nomenclature Committee:** Gestational trophoblastic disease subcommittee, 2011-
- **Panelist** of an NIH sponsored consensus meeting for ovarian borderline tumor, Bethesda, 2003
- **Committee member** in the *National Academy for Clinical Biochemistry*-ovarian cancer marker Laboratory Medicine Practice Guidelines (tumor markers). 2003

**Ad Hoc member in Award/Fellowship Committee**
- Wittgenstein Award, funded by the Austrian Science Fund (FWF), 2007
- Moldovan Young Scientist Scholarship Program, United States Civilian Research & Development Foundation, 2007


## RECOGNITION

**Awards and Honors**
- *The Best Intern Award,* McKay Memorial Hospital, Taiwan, 1988
- *TeLinde Research Award,* Division of Gynecologic Pathology, Department of Pathology, the Johns Hopkins Hospital, 1996-1998
- *Young Investigator Award,* The 13th Rochester Trophoblast Conference, Banff, Canada, 1996
- *Junior Achievement Award,* NIH/FDA Chinese American Association and Washington DC Chapter of Society of Chinese Bioscientists in America, 1998
- *Young Investigator Award,* International Society of Gynecological Pathologists, 2000.
- *Clinician Scientist Award,* Johns Hopkins University School of Medicine, 2002.


**Invited Talks and Panels**
- *Invited Speaker*, "Pathology of benign and malignant lesions of intermediate trophoblast". In 4th Conference of the International Federation of Placental Associations. Tokyo, Japan, 1998.
- *Invited Speaker* "Molecular surrogates of tumor progression in body fluids". Bowling Green State University, Ohio, 2001.
- *Invited Speaker,* "Molecular Landscape of Ovarian cancer and its implication for early diagnosis". Chang-Gung Memorial Hospital, Taiwan, 2002.
- *Invited Speaker,* "Gestational trophoblastic diseases", Taipei Medical University, Taiwan, 2002.

Ie-Ming Shih

- *Invited Speaker,* "Molecular Landscape of Ovarian cancer". National Cancer Institute/NIH, 2002.
- *Invited Lecturer,* "Gestational trophoblastic diseases", Pathology Laboratory, National Cancer Institute/NIH, 2002.
- *Invited Speaker,* "Circulating tumor-released DNA as the marker for early detection of cancer". Pathology Grand Round, MD Anderson Cancer Center, January 2003.
- *Invited Lecturer,* "Pathology of gestational trophoblastic diseases", MD Anderson Cancer Center, January 2003.
- *Invited Speaker, "*Digital PCR and clinical applications". At the 11th annual meeting of "Nuclei acid-based technologies" Baltimore, June 2003.
- *Invited Speaker, "*New technologies in exploring disorders of human implantation and trophoblast". Perinatology research branch, NICHD, Detroit, May, 2003.
- *Invited Speaker, "*Pathology of intermediate trophoblastic lesions". NICHD, Detroit, May, 2003.
- *Invited Speaker, "*Allelic imbalance in detecting ovarian and other types of cancer". At the 4th Principal Investigator Meeting of "Innovative Molecular Analysis Technologies (IMAT) Program" sponsored by NIH. San Diego, June 2003.
- *Invited Speaker, "*Molecular Genetic Markers for Cancer Detection in Blood". At the Cambridge Healthtech Institute's 11th Annual Molecular Medicine Tri-Conference, San Francisco, March 2004.
- *Invited Speaker,* "Molecular pathways of ovarian cancer-translational cancer research by analyzing cancer genome". Division of epidemiology and genetics, NCI/NIH, Rockville, Maryland, September 16, 2004.
- *Invited Speaker,* "DNA preparation for cancer genomic study-the pathologist's views". Lecture in the G.O.T. (Getting Optimal Targets) summit series, Genomic and Proteomic Sample Preparation, Boston, May 3-4, 2005.
- *Invited Speaker,* "Identification of novel genes for cancer therapy and diagnosis by exploring cancer genome". 10th Annual Meeting of Chinese Biopharmaceutical Association, Rockville, Maryland, June 18, 2005.
- *Guest Speaker,* "Exploring ovarian cancer genome- new insights and old challenges". Fox Chase Cancer Center, Philadelphia, Pennsylvania, August 9, 2005.
- *Invited Speaker,* "Relationship of serous borderline tumor and carcinoma". The annual companion meeting of the International Association for Gynecologic Pathologists. Atlanta, Georgia, Feb. 12, 2006.
- *Invited Speaker,* "Identification of novel molecular targets for ovarian cancer therapy". University of Oslo. Olso, Norway, Feb. 27, 2006.
- *Invited Speaker,* "Translating Ovarian Cancer Genome- New Genes for Prognostic Prediction and Targeted Therapy". Pathology Grand Round, University of British Columbia, Vancouver, Canada, March 13, 2006.
- *Invited Speaker,* "Trophoblastic tumors and tumor-like lesions". Department of Pathology, Vancouver Hospital, Canada, March 13, 2006.
- *Invited Speaker, "Gestational trophoblastic tumor-an intellectual Odyssey".*  Second Investigative Pathology Conference, Cleveland Clinics, Cleveland, Ohio, June 3, 2006
- *Invited Speaker,* "Applications of HLA-G expression in the diagnosis of human neoplastic diseases". Forth International conference on HLA-G, Paris, France, July 12, 2006.
- *Invited Speaker,* "Trophoblastic tumors- molecular classification and pathogenesis". Biennial Meeting of International Gynecological Cancer Society, Santa Monica, October 17, 2006.

- *Invited Speaker,* "Analyzing ovarian cancer genome- from gene discovery to therapeutic targets". Sloan Kettering Memorial Hospital, New York, December 11, 2006.
- *Distinguished Visiting Professor*, "Ovarian cancer- molecular pathways, diagnostic markers and therapeutic targets". Pathology Grand Round, Emory University, March 9, 2007.
- *Distinguished Visiting Professor*, "New concept in ovarian cancer- the dualistic pathway and its implications". Pathology Grand Round, Yale University School of Medicine, April 19, 2007.
- *Invited Speaker,* "Translational Research and New Diagnosis in Ovarian Cancer". The 12th Taiwan Joint Cancer Conference (Gynecologic Oncology section), Taipei, Taiwan, May 5, 2007.
- *Invited Speaker,* "Genomic analysis of ovarian cancer from marker discovery to translational applications". Taipei Medical University, Taipei, Taiwan, May 3, 2007.
- *Invited Speaker,* "Analyzing Ovarian Cancer Genome for Marker Discovery". International Symposium on Biomarkers Discovery in Human Cancers, Tainan, Taiwan, May 7, 2007.
- *Invited Speaker,* "Analyzing ovarian cancer genome for therapeutic target discovery". 12th annual meeting of SCBA, University of Maryland Shady Groove Conference Center, MD, June 2, 2007.
- *Invited Speaker,* "Update in gestational trophoblastic disease". Surgical Pathology Update, Leipzig, Germany, June 15, 2007.
- *Invited Speaker,* "The roles of NAC-1 in chemoresistance in ovarian carcinoma". The Montebello Conference, Norway, June 18, 2007.
- *Invited Speaker,* "Exploring ovarian cancer genome- from marker discovery to therapeutic targeting". Symposium of Toronto Ovarian Cancer Research Network/University of Toronto Health Network, Toronto, Canada, November 2, 2007.
- *Invited Speaker,* "Biological and clinical significance of Rsf-1 gene amplification in ovarian cancer". Grand Round at the Cancer Institute of New Jersey, April 2, 2008.
- *Invited Speaker,* "Analyzing cancer genome to identify new cancer-associated genes in ovarian cancer". In the series of Molecular Pathology seminar, University of Maryland at Baltimore, Baltimore, April 11, 2008.
- *Invited Speaker,* "Molecular etiology of drug resistance in ovarian cancer". Symposium on Ovarian Cancer Research, Medical University of South Carolina, Charleston, South Carolina, May 2, 2008.
- *Invited Speaker,* "Identifying new cancer genes through analyzing cancer genomics- Rsf-1 amplification in ovarian cancer". National Health Research Institution, Taiwan, August 5, 2008.
- *Invited Speaker,* "Early detection and treatment of ovarian cancer: shifting from early stage to minimal volume of disease based on a new model of carcinogenesis". 7th Biennial Ovarian Cancer Symposium, Marsha Rivkin Center for Ovarian Cancer Research, Charleston, Seattle, Washington, September 4-5, 2008
- *Invited Speaker,* "Functional genomic analysis of ovarian cancer", in honor of Dr. Meenhard Herlyn's achievement in cancer research, The Wistar Institute, Philadelphia, PA, August 10, 2009
- *Invited Speaker,* "Notch3 signaling in ovarian cancer", Institute of Genomic Medicine, China Medical University, Taiwan, August 21, 2009
- *Invited Speaker*, "Targeted therapy in ovarian cancer", Ovarian Cancer SPORE meeting, Fox Chase Cancer Center, Philadelphia, PA, September 26, 2009
- *Invited Speaker,* 7th International Seminar at Lake Hamana- Surgical and Molecular Pathology of the Endometrium, Placenta, and Ovary. "Pathology of gestational

Ie-Ming Shih

trophoblastic diseases", and "Molecular pathogenesis of ovarian cancer", Hamamatsu, Shizuoka, Japan, November 7, 8, 2009

- *Invited Speaker*, "Gestational trophoblastic diseases", Grand Round in the Department of Pathology, Memorial Sloan-Kettering Cancer Center, New York, NY, December 7, 2009
- *Invited Speaker*, "The origin and pathogenesis of epithelial ovarian cancer- a proposed unifying theory", Grand Round, Department of Gynecologic Oncology, MD Anderson Cancer Center, Houston, TX, February 1, 2010
- *Invited Speaker*, "Definition and characterization of low-grade and high-grade ovarian serous carcinomas", 2nd Annual European Gynecologic Oncology Congress, Athens, Greece, February 12-13, 2010
- *Invited Speaker*, "Clear cell carcinoma of the ovary", Gynecologic Pathology Specialty Conference, United States & Canadian Academy of Pathology, 99th annual meeting. Washington DC, March 20-26, 2010
- *Invited Speaker*, "Molecular pathology of ovarian clear cell carcinoma", University of British Columbia, Vancouver, Canada, June 24, 2010
- *Invited Speaker*, "The origin and pathogenesis of epithelial ovarian cancer- a proposed unifying theory", Fox Chase Cancer Center, Philadelphia, July 15, 2010
- *Invited Speaker*, "The origin and pathogenesis of epithelial ovarian cancer- a proposed unifying theory", Department of Pathology, Chang-Gang Memorial Hospital at Kaohsiung, Taiwan, August 12, 2010
- *Invited Speaker*, "The biological roles of NAC1 in cancer pathogenesis", Department of Developmental Biology and Regeneration Medicine, Mount Sinai School of Medicine, New York City, New York, September 2, 2010
- *Invited Speaker*, "Chromatin remodeling in ovarian cancer", Department of Molecular and Cellular Biology, Rutgers University, New Jersey, January 11, 2011
- *Invited Speaker*, "Genomic analysis of gynecological cancer", National Cancer Research Center, Tokyo, Japan, June 30, 2011
- *Invited Keynote Speaker*, "Ovarian cancer is an imported disease- fiction or fact", The 10th annual meeting of targeted therapy in gynecologic oncology, Izumo, Shimane, Japan, July 2, 2011
- *Invited Keynote Speaker*, "Pathogenesis of ovarian clear cell carcinoma", The 10th annual meeting of targeted therapy in gynecologic oncology, Izumo, Shimane, Japan, July 2, 2011
- *Invited Speaker*, "Diagnosis of biological implication of serous tubal intraepithelial carcinoma", Chang-Kung Memorial Hospital, Kaohsiung, Taiwan, July 6, 2011
- *Invited Speaker*, "Ovarian cancer genetics- latest insight", The Boehringer Ingelheim Conversations in Oncology, Vienna, Austria, October 28-29, 2011
- *Invited Speaker*, "Integrated molecular analysis of ovarian cancer", Virginia Polytechnic Institute and State University, Arlington, Virginia, February 22, 2012.
- *Invited Speaker,* "Intertumoral heterogeneity- how many types of cancers do my patients have?" In the symposium of "Intratumoral and intertumoral heterogeneity in ovarian cancer",  American Association for Cancer Research (AACR) annual meeting, Chicago, April 2, 2012
- *Invited Speaker*, "Genomic landscape in gynecologic cancer and its biological and translation implications", Department of Pathology and Laboratory Medicine, University of California at Irvine, April 16, 2012.
- *Lecture,* "Molecular analysis of serous tubal intraepithelial carcinoma", the 3rd Johns Hopkins Ovarian Cancer Symposium, Baltimore, Maryland, May 18, 2012.

Ie-Ming Shih

- *Invited Keynote Speaker*, "Endometriosis-related ovarian cancer", The 16th Korea-Japan, the 2nd Korea-Taiwan-Japan Joint Conference for Gynecological Pathology, Kumamoto University, Kumamoto City, Japan, May 26, 2012.
- *Invited Speaker*, "Genomic landscape in gynecologic cancer- a road map to new therapeutics", Bristol-Myers Squibb Lectureship, Kumamoto City, Japan, May 27, 2012.
- *Invited Speaker*, "Genomic landscape in gynecologic cancer- a road map to new therapeutics", Kyoto University, Kyoto, Japan, May 29, 2012.
- *Invited Keynote Speaker*, "Genomic analysis of gynecological cancer and their clinical implications", In annual meeting of Korean Division of International Association of Pathologists, Seoul, South Korea, October 18, 2012.
- *Invited Speaker*, "The tumor suppressor role of ARID1A in human cancer", Kyung Hee University, Seoul, South Korea, October 18, 2012.
- *Invited Speaker*, "The tumor suppressor role of ARID1A in human cancer", Korean National Cancer Center, Seoul, South Korea, October 19, 2012.
- *Invited Speaker*, "The origin of ovarian cancer- clear cell carcinoma", International Society of Gynecologic Pathologists companion meeting of United States and Canadian Association of Pathology annual meeting, Baltimore, Maryland, March 3, 2013.
- *Invited Speaker*, "Genomic landscape of ovarian cancer and its translational implications", The Wistar Institute, Philadelphia, April 15, 2013.
- *Invited Speaker*, "Molecular alterations in serous tubal intraepithelial carcinoma", 4th Ovarian Cancer Symposium, the Memorial Sloan Kettering Cancer Center, New York, May 15, 2013.
- *Invited Speaker,* "Emerging therapeutics in gynecologic cancer", China Medical University, Taichung, Taiwan, July 7, 2013
- *Invited Speaker,* "Bokhman's dualistic model of endometrial carcinoma- revisited", Chang-Kung Memorial Hospital, Kaohsiung, Taiwan, July 8, 2013
- *Invited Speaker*, "Genomic analysis and pathogenesis of uterine carcinoma", Taipei Veterans General Hospital, Taipei, Taiwan, July 11, 2013.
- *Invited Speaker*, "The Genomic landscape and origin of ovarian cancer", The 18th Taiwan Joint Cancer conference, Taipei, Taiwan, July 13, 2013.
- *Invited Lecturer*, "The origin and pathogenesis of ovarian cancer", The 2013 International Diagnostic Pathology Course, Tokyo, Japan, July 14, 2013.
- *Invited Speaker,* "Ovarian cancer is an imported disease- fiction or fact?" Charite Hospital (Mitt campus), Berlin, Germany, September 11, 2013
- *Invited Lecturer,* "Various topics in gynecologic pathology and oncology", Nederland Master Class in ovarian cancer. Berlin, Germany, September 12, 2013
- *Invited Lecturer,* "Understanding the molecular mechanisms in the development of chemoresistance in cancer", Rush University Medical Center, Chicago, October 30, 2013
- *Invited Speaker*, "Ovarian cancer is an imported disease – translational implication and beyond", Ovarian Cancer SPORE meeting, MD Anderson Cancer Center, Houston, TX, May 28, 2014
- *Invited Speaker,* "The cell of origin of ovarian high-grade serous carcinoma". Tzu-Chi Hospital, Hui-Lien, Taiwan, June 20, 2014
- *Invited Speaker,* "Molecular pathogenesis of high-grade serous carcinoma". Symposium of the semiannual National Gynecologic Oncology Group (GOG, now NGR) meeting. Symposium title: "New paradigms in the pathogenesis of high-grade serous carcinoma: translating biological advances into prevention". Chicago, IL. July 9, 2014

Ie-Ming Shih

- *Invited Speaker: "ARID1A, a new tumor suppressor, in Type I ovarian cancer"* In 2014 5th Ovarian Cancer Symposium, Toronto, Canada. September 22, 2014.
- *Invited Speaker, "*The origin and molecular biology of ovarian cancer: the role of fallopian tube". In 2014 Gynecologic Cancer Survivors Course, Baltimore, MD, September 27, 2014.
- *Grand Round Speaker, "*Chromatin remodeling and tumor suppression- a cross talk of genetics and epigenetics" Pathology Grand Round, Johns Hopkins Medical Institutions, October 20, 2014.
- *Invited Special Lecturer, "*New paradigm in the origin of ovarian carcinoma- from molecular to clinical implications". The 128th Meeting of the Kanto Society of Obstetrics and Gynecology, Matsumoto City, Nagano, Japan, October 25-26, 2014.
- *Invited Special Lecturer, "*The biology of ARID1A, a chromatin remodeling gene, in tumor suppression". National Sun Yat-sen University, Kaohsiung City, Taiwan. October 28, 2014.
- *Invited Speaker,* Talk-1 "Molecular prognostic factors: Will it affect treatment decision?" Talk-2 "Genetic innovations in screening for ovarian cancer" Talk-3 "Pathology evaluation of gestational trophoblastic neoplasia", Turkish GOG Congress, Antalya, Turkey. November 20-22, 2014.
- *Invited Speaker, "*Molecular etiology and pathogenesis of ovarian cancer". In 2014 Ella T. Grasso Memorial Conference New Haven, CT, December 3, 2014.
- *Invited Speaker, "*Molecular innovations for early detection of gynecologic cancer using cervical cytology specimens". 2015 Conference of Chinese Society of Colposcopy and Cervical Pathology. Beijing, China, May 22-24, 2015.
- *Invited Speaker*, "Molecular Classification of Ovarian Cancer". Qilu Hospital of Shandong University. China, May 26, 2015.
- Invited Speaker, "Translational Implications of Genomic Analysis in Gynecologic Cancer". CGMH-Kaoushiang, Taiwan, May 16, 2015.
- Invited Speaker, topic 1: "Intermediate trophoblastic tumors and tumor-like lesions" topic 2: "The dualistic model of ovarian carcinogenesis, revisited, revised and expanded" In Professor TY Chen Memorial Symposium, Taipei Medical University, Taipei, Taiwan, June 27, 2015.
- Invited Seminar Speaker, "Targeting SYK as a new strategy to sensitize paclitaxel in ovarian cancer". Massachusetts General Hospital (Center for Cancer Research) and Harvard Medical School, Boston, Massachusetts. September 2, 2015.
- Invited Speaker, AACR special meeting- "Endometriosis-associated Ovarian Cancer". Advances in Ovarian Cancer Research: Exploiting Vulnerabilities. Orland, Florida. October 19, 2015.
- Grand Round Speaker, "The cell of origin of ovarian cancer- a paradigm shift and clinical implications" Karmanos Cancer Institute, Detroit, MI, March 24, 2016
- Invited Speaker, "Personalized medicine in gynecologic cancer- the challenges and promise" In Taiwan Join Cancer Conference, May 15, 2016.
- Invited Speaker, " The promise of translational gynecologic research at the post-genomic era" Veteran General Hospital- Taipei, Taiwan, May 16, 2016
- Invited Speaker, "Immunohistochemical markers- key to understand pathogenesis and tool for differential diagnosis", in Asia-Pacific Society of Molecular Immunohistology, December 11, 2016, Taipei, Taiwan.
- Invited Speaker, "Molecular Genetic Landscape of Endometriosis" First Congress of Taiwan Endometriosis Society, December 17, 2016.

Ie-Ming Shih

## **OTHER NONPROFESSIONAL ACTIVITIES**

Photography website: http://www.shih-photography.com

