# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** _____ **THIS DOCUMENT RELATES TO:** *Lisa D. Hudspeth* *v. Ethicon, Inc., et al.* **Case No. 2:15-cv-04163** | **Master File No. 2:12-MD-02327** **MDL No. 2327** **JOSEPH R. GOODWIN** **U.S. DISTRICT JUDGE** |

**PLAINTIFF'S DESIGNATION AND**
**DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES**

Pursuant to Pretrial Order (PTO) # 280, Rule 26 (a)(2) of the Federal Rules of Civil

Procedure, Plaintiff in the above-captioned civil action ("Plaintiff") submits the following

Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert

testimony specific to Plaintiff's case pursuant to Rule 702 of the Federal Rules of Evidence.

**RETAINED EXPERT WITNESSES**

1.  Dr. Bruce Rosenzweig, M.D. (General Causation - Urogynecologist)
    Rush University Professional Building
    1725 West Harrison Street, Suite 358
    Chicago, IL 60612

2.  Prof. Dr. med. Uwe Klinge (General Causation - Materials)
    KLINIK FÜR ALLGEMEIN-, VISZERAL- UND TRANSPLANTATIONSCHIRURGIE
    RWTH Aachen und Universitätsklinikum Aachen
    Pauwelsstraße 30
    D-52074 Aachen
    Germany

3. Dr. Vladimir Iakovlev, M.D. (General Causation - Pathologist)
   St. Michael's Hospital, Division of Pathology
   30 Bond Street, Cardinal Carter, Room 2-093
   Toronto, ON, M5B1W8
   CANADA

For the experts listed above, Plaintiff refers Defendants to the Expert Reports, which were previously produced, and included all subparts and attachments and any supplements thereto which set forth their opinions and the reasons and basis for them.

4. Dr. Bruce Rosenzweig, M.D. (Specific Causation – Urogynecology)
   Rush University Professional Building
   1725 West Harrison Street, Suite 358
   Chicago, IL 60612

For Dr. Bruce Rosenzweig, Plaintiff refers Defendants to this doctor's Expert Report, which is being served contemporaneously with this disclosure or by way of separate e-mail today, and all subparts and attachments thereto which sets forth his opinions and the reasons and basis for them. Dr. Bruce Rosenzweig's Expert Report and corresponding attachments set forth the facts, data, and information considered by Dr. Bruce Rosenzweig, exhibits that may be used to support his opinions, and his qualifications, publications, testimonial history, and compensation.  Plaintiff hereby incorporates by reference Dr. Bruce Rosenzweig's Expert Report and all subparts and attachments thereto.

5. le-Ming Shih, M.D. (Specific Causation - Pathology)
   1550 Orleans Street, CRB-2, RM 305
   Baltimore, Maryland 21231

For Dr. le-Ming Shih, Plaintiff refers Defendants to this doctor's Expert Report, which is being served contemporaneously with this disclosure or by way of separate e-mail today,  and all subparts and attachments thereto which sets forth his opinions and the reasons and basis for them. Dr. le-Ming Shih's Expert Report and corresponding attachments set forth the facts, data, and information considered by Dr. le-Ming Shih, exhibits that may be used to support his opinions, and his qualifications, publications, testimonial history, and compensation.  Plaintiff hereby incorporates by reference Dr. le-Ming Shih's Expert Report and all subparts and attachments thereto.

## NON-RETAINED EXPERT WITNESSES

| NAME | ADDRESS | SPECIALITY |
|---|---|---|
| Dr. Anita Chen | St. Vincent's Health Care<br>4205 Belfort Rd.<br>Jacksonville, FL 32216 | Obstetrician & Gynecologist |
| Dr. Stephen Henderson | Lakeshore Family Practice<br>932 Gunter Ave<br>Guntersville, AL 35976 | Primary Care Physician |
| Dr. Heath D. Beckham | 1317 4th Ave S<br>Birmingham, AL 35233 | Colonoscopy |
| Dr. Gayla Royer | 1317 4th Avenue S.<br>Birmingham, AL 35233 | Colorectal Surgeon |
| Dr. Nicolisa Massie | Urology Centers of Alabama<br>3485 Independence Dr.<br>Birmingham, AL 35209 | Urologist |
| Dr. Amy Diede | Apple Valley Medical Clinic<br>14655 Galaxie Avenue<br>Apple Valley, MN 55124 | Primary Care Physician |
| Dr. Ragnvald Mjanger | Metropolitan Obstetrics & Gynocology, PA<br>17 W. Exchange St., Suite 622<br>St. Paul, MN 55102 | Obstetrician & Gynecologist |
| Dr. W. Stuart Reynolds | Vanderbilt University Medical Center<br>1301 Medical Center Dr., Suite 3823<br>Nashville, TN 37232 | Urologist |
| Dr. Ekene Enemchukwa | Vanderbilt University Medical School<br>1161 21st Ave S<br>Nashville, TN 37232 | Urologist |
| Dr. Nathaniel Lafferty | Maury Regional Health<br>5421 Main Street<br>Spring Hill, TN 37174 | Primary Care Physician |
| Dr. Justin Kropf, M.D. | FHG Family Health Group<br>1222 Trotwood Ave. Suite 601<br>Columbia, TN 38401 | Urologist |
| Dr. Barry Jarnagin | Center for Pelvic Health<br>100 Covey Dr #205<br>Franklin, TN 37067 | Female Pelvic Medicine & Reconstructive Surgery |

A General Designation and Disclosure has been or is being served by and on behalf of the Wave 8 cases for general expert opinions. In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiff reserves the right to elicit testimony, either

through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiff.  In no event, however, will Plaintiff's retained experts at trial exceed five (5) experts without leave of Court for good cause shown.  Plaintiff further reserves the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

This 4th day of June, 2018.

Respectfully submitted,

/s/ *Rachel A. Gross*
Rachel A. Gross, Esq.
TEXAS BAR NO 24073608
Waters & Kraus, LLP
3141 Hood Street, Suite700
Dallas, TX 75219
(214) 357-6244 Phone
(214) 357-7252 Fax
rgross@waterskraus.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4th, 2018, a true and correct copy of the foregoing document was served via Electronic Mail to the following counsel of record:

**Caroline D. Walker, Esq.**
BUTLER SNOW, LLP
Suite 1000
1819 5th Avenue, North
Birmingham, AL 35203
205/297-2200
Fax: 205/297-2201
Email: caroline.walker@butlersnow.com
COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON &
JOHNSON

**Kari L. Sutherland, Esq.**
BUTLER SNOW, LLP
P. O. Box 1138
Oxford, MS 38655
901/680-7354
Fax: 901/680-7201
Email:
kari.sutherland@butlersnow.com
COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON &
JOHNSON

**Anita Modak-Truran, Esq.**
BUTLER SNOW, LLP
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, Tennessee 37201
615/651-6700
Fax: 615/651-6701
Email: Anita.Modak-ruran@butlersnow.com
COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON &
JOHNSON

**Halli D. Cohn, Esq.**
TROUTMAN SANDERS
Suite 3000
600 Peachtree Street, NE
Atlanta, GA 30308-2216
404/885-2549
Fax: 404/885-3900
Email: halli.cohn@troutman.com
COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON &
JOHNSON

**S. Eric Rumanek, Esq.**
TROUTMAN SANDERS
Suite 5200
600 Peachtree Street, NE
Atlanta, GA 30308-2216
404/885-3000
Fax: 404/885-3900
Email:
eric.rumanek@troutmansanders.com
COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON &
JOHNSON

**Chris Morris, Esq.**
BUTLER SNOW, LLP
Butler Snow, LLP
1020 Highland Colony Park, Ste 1400
Ridgeland, MS 39157
205/297-2200
Fax: 205/297-2201
Email: Chris.Morris@butlersnow.com
COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON &
JOHNSON

/s/ *Rachel A. Gross*
Rachel A. Gross

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** <br><br> _____ <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Diann Repka, et. al.* <br> *v. Ethicon, Inc., et al.* <br><br> **Case No. 2:13-cv-26198** | **Master File No. 2:12-MD-02327** <br> **MDL No. 2327** <br><br><br> **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

**PLAINTIFFS' DESIGNATION AND
DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES**

Pursuant to Pretrial Order (PTO) # 280, Rule 26 (a)(2) of the Federal Rules of Civil

Procedure, Plaintiffs in the above-captioned civil action ("Plaintiffs") submit the following

Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert

testimony specific to Plaintiffs' case pursuant to Rule 702 of the Federal Rules of Evidence.

**RETAINED EXPERT WITNESSES**

1.   Dr. Bruce Rosenzweig, M.D. (General Causation - Urogynecologist)
Rush University Professional Building
1725 West Harrison Street, Suite 358
Chicago, IL 60612

2.  Prof. Dr. med. Uwe Klinge (General Causation - Materials)
KLINIK FÜR ALLGEMEIN-, VISZERAL- UND TRANSPLANTATIONSCHIRURGIE
RWTH Aachen und Universitätsklinikum Aachen
Pauwelsstraße 30
D-52074 Aachen
Germany

3.  Dr. Vladimir Iakovlev, M.D. (General Causation - Pathologist)
    St. Michael's Hospital, Division of Pathology
    30 Bond Street, Cardinal Carter, Room 2-093
    Toronto, ON, M5B1W8
    CANADA

For the experts listed above, Plaintiffs refer Defendants to the Expert Reports, which were previously produced, and included all subparts and attachments and any supplements thereto which set forth their opinions and the reasons and basis for them.

4.  Dr. Bruce Rosenzweig, M.D. (Specific Causation – Urogynecology)
    Rush University Professional Building
    1725 West Harrison Street, Suite 358
    Chicago, IL 60612

For Dr. Bruce Rosenzweig, Plaintiffs refer Defendants to this doctor's Expert Report, which is being served contemporaneously with this disclosure or by way of separate e-mail today, and all subparts and attachments thereto which sets forth his opinions and the reasons and basis for them. Dr. Bruce Rosenzweig's Expert Report and corresponding attachments set forth the facts, data, and information considered by Dr. Bruce Rosenzweig, exhibits that may be used to support his opinions, and his qualifications, publications, testimonial history, and compensation.  Plaintiffs hereby incorporate by reference Dr. Bruce Rosenzweig's Expert Report and all subparts and attachments thereto.

5.  le-Ming Shih, M.D. (Specific Causation - Pathology)
    1550 Orleans Street, CRB-2, RM 305
    Baltimore, Maryland  21231

For Dr. le-Ming Shih, Plaintiffs refer Defendants to this doctor's Expert Report, which is being served contemporaneously with this disclosure or by way of separate e-mail today,  and all subparts and attachments thereto which sets forth his opinions and the reasons and basis for them. Dr. le-Ming Shih's Expert Report and corresponding attachments set forth the facts, data, and information considered by Dr. le-Ming Shih, exhibits that may be used to support his opinions, and his qualifications, publications, testimonial history, and compensation.  Plaintiffs hereby incorporate by reference Dr. le-Ming Shih's Expert Report and all subparts and attachments thereto.

## NON-RETAINED EXPERT WITNESSES

| NAME | ADDRESS | SPECIALITY |
|---|---|---|
| Dr. Thomas O'Neill | North Central Baptist Hospital 520 Madison Oak Drive San Antonio, TX 78258 | Urologist |
| Dr. Brian Harle | 7 Oaks Womens Center 7711 Louis Pasteur San Antonio, TX 78229 | Obstetricians & Gynecologists |
| Dr. Daniel Saltzstein | Urology San Antonio 18915 Meisner Dr. San Antonio, TX 78258 | Urologist |
| Dr. Juan Reyna | 255 E Sonterra Blvd San Antonio, TX 78258 | Urologist |
| Dr Alejandro Treszezamsky | 540 Madison Oak Drive Ste. 570 San Antonio, TX 78258 | Urogynecologist |
| Dr. Ash Dabbous | Stone Oaks Womens Center 1139 E. Sonterra Blvd. San Antonio, TX 78258 | Urogynecologist |
| Carissa Parish, PT | Urology San Antonio 18915 Meisner Dr San Antonio, TX 78258 | Physical Therapist |
| Dr. Peter Ramirez | Methodist Stone Oak Hospital 1139 E. Sonterra Blvd. San Antonio, TX 78258 | Pathologist |

A General Designation and Disclosure has been or is being served by and on behalf of the Wave 8 cases for general expert opinions.  In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiffs reserve the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiffs.  In no event, however, will Plaintiffs' retained experts at trial exceed five (5) experts without leave of Court for good cause shown.  Plaintiffs further reserve the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

This 4th day of June, 2018.

Respectfully submitted,

/s/ *Rachel A. Gross*
Rachel A. Gross, Esq.
TEXAS BAR NO 24073608
Waters & Kraus, LLP
3141 Hood Street
Suite700
Dallas, TX 75219
(214) 357-6244 Phone
(214) 357-7252 Fax
rgross@waterskraus.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4th, 2018, a true and correct copy of the foregoing document was served via Electronic Mail to the following counsel of record:

**Kim Gustafson Bueno, Esq**.
SCOTT DOUGLASS & MCCONNICO
Colorado Tower, Suite 2400
303 Colorado Street
Austin, TX 78701
512/495-6300
512/495-6399 (fax
Email: kbueno@scottdoug.com
COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC, AND
JOHNSON & JOHNSON

**John William Ellis, Esq.**
SCOTT DOUGLASS & MCCONNICO
Colorado Tower, Suite 2400
303 Colorado Street
Austin, TX 78701
512/495-6300
512/495-6399 (fax)
Email: jellis@scottdoug.com
COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC, AND
JOHNSON & JOHNSON

4

**Mary Byars, Esq.**
SCOTT DOUGLASS & MCCONNICO
Colorado Tower, Suite 2400
303 Colorado Street
Austin, TX 78701
512/495-6300
512/495-6399 (fax
Email: mbyars@scottdoug.com
COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC, AND
JOHNSON & JOHNSON


/s/ *Rachel A. Gross*
Rachel A. Gross

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: *Marianne L. Siegrist, et. al. v. Ethicon, Inc., et al.* Case No. 2:14-cv-17889 | Master File No. 2:12-MD-02327 MDL No. 2327 JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## PLAINTIFFS' DESIGNATION AND
## DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES

Pursuant to Pretrial Order (PTO) # 280, Rule 26 (a)(2) of the Federal Rules of Civil

Procedure, Plaintiffs in the above-captioned civil action ("Plaintiffs") submit the following

Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert

testimony specific to Plaintiffs' case pursuant to Rule 702 of the Federal Rules of Evidence.

## RETAINED EXPERT WITNESSES

1.  Dr. Bruce Rosenzweig, M.D. (General Causation - Urogynecologist)
    Rush University Professional Building
    1725 West Harrison Street, Suite 358
    Chicago, IL 60612

2.  Prof. Dr. med. Uwe Klinge (General Causation - Materials)
    KLINIK FÜR ALLGEMEIN-, VISZERAL- UND TRANSPLANTATIONSCHIRURGIE
    RWTH Aachen und Universitätsklinikum Aachen
    Pauwelsstraße 30
    D-52074 Aachen
    Germany

3. Dr. Vladimir Iakovlev, M.D. (General Causation - Pathologist)
   St. Michael's Hospital, Division of Pathology
   30 Bond Street, Cardinal Carter, Room 2-093
   Toronto, ON, M5B1W8
   CANADA

For the experts listed above, Plaintiffs refer Defendants to the Expert Reports, which were previously produced, and included all subparts and attachments and any supplements thereto which set forth their opinions and the reasons and basis for them.

4. Dr. Bruce Rosenzweig, M.D. (Specific Causation – Urogynecology)
   Rush University Professional Building
   1725 West Harrison Street, Suite 358
   Chicago, IL 60612

For Dr. Bruce Rosenzweig, Plaintiffs refer Defendants to this doctor's Expert Report, which is being served contemporaneously with this disclosure or by way of separate e-mail today, and all subparts and attachments thereto which sets forth his opinions and the reasons and basis for them. Dr. Bruce Rosenzweig's Expert Report and corresponding attachments set forth the facts, data, and information considered by Dr. Bruce Rosenzweig, exhibits that may be used to support his opinions, and his qualifications, publications, testimonial history, and compensation.  Plaintiffs hereby incorporate by reference Dr. Bruce Rosenzweig's Expert Report and all subparts and attachments thereto.

5. le-Ming Shih, M.D. (Specific Causation - Pathology)
   1550 Orleans Street, CRB-2, RM 305
   Baltimore, Maryland 21231

For Dr. le-Ming Shih, Plaintiffs refer Defendants to this doctor's Expert Report, which is being served contemporaneously with this disclosure or by way of separate e-mail today, and all subparts and attachments thereto which sets forth his opinions and the reasons and basis for them. Dr. le-Ming Shih's Expert Report and corresponding attachments set forth the facts, data, and information considered by Dr. le-Ming Shih, exhibits that may be used to support his opinions, and his qualifications, publications, testimonial history, and compensation.  Plaintiffs hereby incorporate by reference Dr. le-Ming Shih's Expert Report and all subparts and attachments thereto.

## **NON-RETAINED EXPERT WITNESSES**

| NAME | ADDRESS | SPECIALITY |
|------|---------|------------|
| Dr. Elizbeth Roberts | Virginia Women's Center<br>7611 Forest Avenue<br>Suite 200<br>Richmond, VA 23229 | Obstetrician-Gynecologist |
| Dr. David B. Glazier | Virginia Urology<br>9105 Stony Point Dr.<br>Richmond, VA 23235 | Urologist |
| Dr. Catherine Matthews | Duke University<br>5324 McFarland Rd<br>Suite 310<br>Durham, NC 27707 | Urogynecologist |
| Dr. Karen Knapp, MD | Commonwealth OB/GYN Specialists<br>7605 Forest Ave.<br>Richmond, VA 23229 | Obstetrician-Gynecologist |
| Dr. Adrienne Maraist | Commonwealth OB/GYN Specialists<br>7605 Forest Ave.<br>Richmond, VA 23229 | Obstetrician-Gynecologist |
| Kathy Oxford | Virginia Urology<br>9105 Stony Point Dr.<br>Richmond, VA 23235 | Physical Therapist |
| Dr. Spencer Rusin | ReTreat Doctor's Hospital<br>2621 Grove Ave.<br>Richmond, VA 23220 | Pathologist |

A General Designation and Disclosure has been or is being served by and on behalf of the Wave 8 cases for general expert opinions. In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiffs reserve the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiffs. In no event, however, will Plaintiffs' retained experts at trial exceed five (5) experts without leave of Court for good cause shown. Plaintiffs further reserve the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

3

This 4th day of June, 2018.

Respectfully submitted,

/s/ *Rachel A. Gross*
Rachel A. Gross, Esq.
TEXAS BAR NO. 24073608
Waters & Kraus, LLP
3141 Hood Street, Suite700
Dallas, TX 75219
(214) 357-6244 Phone
(214) 357-7252 Fax
rgross@waterskraus.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4th, 2018, a true and correct copy of the foregoing document was served via Electronic Mail to the following counsel of record:

**Julianne E. Jayson, Esq.**
LAVIN O'NEIL CEDRONE & DISIPIO
190 North Independence Mall West,
Suite 500
6th & Race Streets
Philadelphia, PA 19106
215/627-0303
Fax: 215/627-2551
Email: jjayson@lavin-law.com
COUNSEL FOR DEFENDANTS ETHICON,
INC. AND JOHNSON & JOHNSON

**John J. O'Donnell, Esq.**
LAVIN O'NEIL CEDRONE & DISIPIO
190 North Independence Mall West,
Suite 500
6th & Race Streets
Philadelphia, PA 19106
215/351-7936
Fax: 215/351-3085
Email: jodonnell@lavin-law.com
COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON &
JOHNSON

**Joseph E. O'Neil, Esq.**
LAVIN O'NEIL CEDRONE & DISIPIO
190 North Independence Mall West,
Suite 500
6th & Race Streets
Philadelphia, PA 19106
215/351-7901
Fax: 215/627-0303
Email: joneil@lavin-law.com
COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON &
JOHNSON

**Julia M. Rafferty, Esq**.
LAVIN O'NEIL CEDRONE & DISIPIO
190 North Independence Mall West,
Suite 500
6th & Race Streets
Philadelphia, PA 19106
215/351-7547
Fax: 215/351-3041
Email: jrafferty@lavin-law.com
COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON &
JOHNSON

/s/ *Rachel A. Gross*
Rachel A. Gross

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**<br><br>_____<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Irma Townson*<br>*v. Ethicon, Inc., et al.*<br><br>**Case No. 2:13-cv-12954** | **Master File No. 2:12-MD-02327**<br>**MDL No. 2327**<br><br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

**PLAINTIFF'S DESIGNATION AND**
**DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES**

Pursuant to Pretrial Order (PTO) # 280, Rule 26 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff in the above-captioned civil action ("Plaintiff") submits the following Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert testimony specific to Plaintiff's case pursuant to Rule 702 of the Federal Rules of Evidence.

**RETAINED EXPERT WITNESSES**

1.  Dr. Bruce Rosenzweig, M.D. (General Causation - Urogynecologist)
    Rush University Professional Building
    1725 West Harrison Street, Suite 358
    Chicago, IL 60612

2.  Prof. Dr. med. Uwe Klinge (General Causation - Materials)
    KLINIK FÜR ALLGEMEIN-, VISZERAL- UND TRANSPLANTATIONSCHIRURGIE
    RWTH Aachen und Universitätsklinikum Aachen
    Pauwelsstraße 30
    D-52074 Aachen
    Germany

3.  Dr. Vladimir Iakovlev, M.D. (General Causation - Pathologist)
    St. Michael's Hospital, Division of Pathology
    30 Bond Street, Cardinal Carter, Room 2-093
    Toronto, ON, M5B1W8
    CANADA

For the experts listed above, Plaintiff refers Defendants to the Expert Reports, which were previously produced, and included all subparts and attachments and any supplements thereto which set forth their opinions and the reasons and basis for them.

4.  Dr. Bruce Rosenzweig, M.D. (Specific Causation – Urogynecology)
    Rush University Professional Building
    1725 West Harrison Street, Suite 358
    Chicago, IL 60612

For Dr. Bruce Rosenzweig, Plaintiff refers Defendants to this doctor's Expert Report, which is being served contemporaneously with this disclosure or by way of separate e-mail today, and all subparts and attachments thereto which sets forth his opinions and the reasons and basis for them. Dr. Bruce Rosenzweig's Expert Report and corresponding attachments set forth the facts, data, and information considered by Dr. Bruce Rosenzweig, exhibits that may be used to support his opinions, and his qualifications, publications, testimonial history, and compensation. Plaintiff hereby incorporates by reference Dr. Bruce Rosenzweig's Expert Report and all subparts and attachments thereto.

5.  le-Ming Shih, M.D. (Specific Causation - Pathology)
    1550 Orleans Street, CRB-2, RM 305
    Baltimore, Maryland 21231

For Dr. le-Ming Shih, Plaintiff refers Defendants to this doctor's Expert Report, which is being served contemporaneously with this disclosure or by way of separate e-mail today, and all subparts and attachments thereto which sets forth his opinions and the reasons and basis for them. Dr. le-Ming Shih's Expert Report and corresponding attachments set forth the facts, data, and information considered by Dr. le-Ming Shih, exhibits that may be used to support his opinions, and his qualifications, publications, testimonial history, and compensation. Plaintiff hereby incorporates by reference Dr. le-Ming Shih's Expert Report and all subparts and attachments thereto.

### NON-RETAINED EXPERT WITNESSES

| NAME | ADDRESS | SPECIALITY |
|---|---|---|
| Dr. Warren Scott | Isbell Medical Group<br>550 Medical Center Dr SW<br>Fort Payne, AL 35968 | Obstetrician &<br>Gynecologist |
| Dr. Gaudencio Olgin | Urology Institute at Renaissance<br>2603 Michael Angelo Dr.<br>Edinburg, TX 78539 | Urologist |
| Dr. Henry Ruiz | Urology Institute at Renaissance<br>2603 Michael Angelo Dr.<br>Edinburg, TX 78539 | Urologist |
| Dr. Pavindra Veeramachaneni | Doctors Hospital at Renaissance<br>5501 S McColl Rd.<br>Edinburg, TX 78539 | Pathologist |
| Dr. Juan Anzaldua | Urology Institute at Renaissance<br>2603 Michael Angelo Dr.<br>Edinburg, TX 78539 | Physician's Assistant |
| Dr. Monjri Shah | 619 19th Street South<br>Birmingham, AL 35249 | Obstetrician &<br>Gynecologist |

A General Designation and Disclosure has been or is being served by and on behalf of the Wave 8 cases for general expert opinions.  In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiff reserves the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiff.  In no event, however, will Plaintiff's retained experts at trial exceed five (5) experts without leave of Court for good cause shown.  Plaintiff further reserves the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

This 4th day of June, 2018.

Respectfully submitted,

/s/ *Rachel A. Gross*
Rachel A. Gross, Esq.
TEXAS BAR NO 24073608
Waters & Kraus, LLP
3141 Hood Street, Suite700
Dallas, TX 75219
(214) 357-6244  Phone
(214) 357-7252 Fax
rgross@waterskraus.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4th, 2018, a true and correct copy of the foregoing document was served via Electronic Mail to the following counsel of record:

**Paige Arnette Amstutz, Esq.**
SCOTT DOUGLASS &
MCCONNICO
Colorado Tower, Suite 2400
303 Colorado Street
Austin, TX 78701
512/495-6300
Fax: 512/495-6399
Email: pamstutz@scottdoug.com
COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC,
AND JOHNSON & JOHNSON

**Stephen E. McConnico, Esq.**
SCOTT DOUGLASS &
MCCONNICO
Suite 2400
303 Colorado Street
Austin, TX 78701
512/495-6300
Fax: 512/495-6399
Email: smcconnico@scottdoug.com
COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC,
AND JOHNSON & JOHNSON

**Steven James Wingard, Esq.**
SCOTT DOUGLASS &
MCCONNICO
Colorado Tower, Suite 2400
303 Colorado Street
Austin, TX 78701
512/495-6300
Fax: 512/495-6399
Email: swingard@scottdoug.com
COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC,
AND JOHNSON & JOHNSON


/s/ *Rachel A. Gross*
Rachel A. Gross