**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br><br>THIS DOCUMENT RELATES TO:<br><br>*Jacobsen v Ethicon, Inc., et al.*<br>2:13-cv-24530;<br>*Kmiec v Ethicon, Inc., et al.*<br>2:13-cv-24531;<br>*Murray v Ethicon, Inc., et al.*<br>2:13-cv-24573;<br>*Rapacki v Ethicon, Inc., et al.*<br>2:13-cv-19758 | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF
PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

On October 1, 2018, Plaintiffs, Joni Jacobsen, Lisa Kmiec, Mary Murray and Mary Rapacki ("Plaintiffs"), through their attorneys, Shannon M. McNulty and Kristofer S. Riddle of CLIFFORD LAW OFFICES, P.C., filed a Motion for Protective Order. See MDL ECF No. 6714; see also, *Jacobsen,* 2:13-cv-24530, ECF No. 28; *Kmiec,* 2:13-cv-24531, ECF No. 26; *Murray,* 2:13-cv-24573, ECF No. 30; and, *Rapacki,* 2:13-cv-19758, ECF No. 28.   Plaintiffs now file this Notice to inform the Court that, having reached agreement with Defendant, they are withdrawing the previously filed Motion for Protective Order.

DATED: October 3, 2018               Respectfully submitted,

/s/ Shannon M. McNulty
Shannon M. McNulty
/s/ Kristofer S. Riddle
Kristofer S. Riddle
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
312.899.9090
smm@cliffordlaw.com
ksr@cliffordlaw.com