**CERTIFICATE OF SERVICE**

      I certify that on October 3, 2018, a copy of the foregoing was filed and served on all counsel of record via the Court's CM/ECF Electronic Filing System.

      /s/ Shannon M. McNulty
Shannon M. McNulty
/s/ Kristofer S. Riddle
Kristofer S. Riddle
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
312.899.9090
smm@cliffordlaw.com
ksr@cliffordlaw.com