**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**<br>_____<br>**THIS DOCUMENT RELATES TO:**<br><br>*Hudspeth v Ethicon, Inc., et al.*<br>**2:15-cv-04163;**<br>*Repka v Ethicon, Inc., et al.*<br>**2:13-cv-26198;**<br>*Siegrist v Ethicon, Inc., et al.*<br>**2:14-cv-17889;**<br>*Townson v Ethicon, Inc., et al.*<br>**2:13-cv-12954** | **Master File No. 2:12-MD-02327**<br>**MDL No. 2327**<br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE ORDER OF NOTICED GENERAL DEPOSITION OF DR. LE-MING SHIH**

**PLEASE BE ADVISED,** On October 1, 2018 Plaintiffs, Lisa Hudspeth, Diann Repka, Marianne Siegrist, and Irma Townson ("Plaintiffs") by and through their attorneys in the above-captioned cases filed an Emergency Motion for Protective Order of Noticed General Deposition of Dr. Le-Ming Shih. See MDL ECF No. 6716; see also, *Hudspeth,* 2:15-cv-04163, ECF No. 97; *Repka,* 2:13-cv-26198, ECF No. 33; *Siegrist,* 2:14-cv-17889, ECF No. 33; and, *Townson,* 2:13-cv-12954, ECF No. 39. Plaintiffs now file this Notice to inform the Court that, having reached an agreement with Defendant, they are withdrawing the previously filed Motion for Protective Order.

This 3rd day of October, 2018.

1

Respectfully submitted,

/s/ *Rachel A. Gross*
Rachel A. Gross, Esq.
rgross@waterskraus.com
TEXAS BAR NO 24073608
Waters & Kraus, LLP
3141 Hood Street, Suite700
Dallas, TX 75219
(214) 357-6244 Phone
(214) 357-7252 Fax
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3rd, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Rachel A. Gross*
Rachel A. Gross

2