IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
    PELVIC REPAIR SYSTEMS
    PRODUCTS LIABILITY LITIGATION         MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE EXHIBIT ATTACHED HERETO.

**ORDER TO DISMISS DEFENDANTS WITHOUT PREJUDICE**
**(PURSUANT TO PTO NO. 293 AS AMENDED BY PTO NO. 298 – NON-REVISION GYNECARE PRODUCTS)**

Pursuant to Pretrial Order No. 293 as Amended by PTO No. 298 (hereinafter collectively referred to as the "Non-Revision PTOs"), the plaintiffs (and all derivative plaintiffs), listed on the attached Exhibit A have agreed to dismiss Ethicon, Inc., Johnson & Johnson and Ethicon, LLC[1] (hereinafter referred to as the "Ethicon defendants") without prejudice. The plaintiffs listed on the attached Exhibit A have filed an Election Form electing to "[d]ismiss [their] presently pending case without prejudice subject to the waiver provisions" in the Non-Revision PTOs. **For the cases listed on the attached exhibit, dismissal without prejudice applies to the Ethicon defendants only.**

The court **ORDERS** that the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** pursuant to the provisions of the Non-Revision PTOs and, in any case on Exhibit A where the Ethicon defendants are the only remaining defendants, the case is **STRICKEN** from

---

[1] As used herein, "Ethicon Defendants" refers collectively to Johnson & Johnson, Ethicon LLC, Ethicon, Inc., as well as any of its former or present parent companies, subsidiaries, affiliated companies, directors, officers, design surgeons, employees, distributors, detail representatives named in an action pending in MDL No. 2327.

the active docket. The court further **ORDERS** that for any case listed on Exhibit A that resides in the Ethicon MDL and names other MDL defendants other than the Ethicon defendants, plaintiffs shall file a Motion to Transfer MDLs within **four (4) weeks** of the entry of this Order.

The court **DIRECTS** the Clerk to file a copy of this order in MDL No. _____ and in each case listed on the attached Exhibit(s) and to send a copy of this Order to counsel of record and any unrepresented party. The Clerk is further **DIRECTED** to link this Order to the Proposed Order to Dismiss filed at ECF No. \_\_\_\_.

ENTER:

## Exhibit A

| MDL # | Case Name | Last Name | First Name |
|---|---|---|---|
| 2:15-cv-15022 | Batista, Antonia | Batista | Antonia M. |
| 2:15-cv-15630 | White, Patricia & Norman | White | Patricia Carol Ainsworth Ford |
| 2:15-cv-15654 | Magana, Hope & Jose Corona | Magana | Hope T. |
| 2:15-cv-15656 | Whirley, Shirley & Ronald H. | Whirley | Shirley Brooks Kent Reinhandt |
| 2:15-cv-15670 | Atkins, Tonya | Atkins | Tonya Michelle |
| 2:15-cv-15739 | Long, Dawn | Long | Dawn Marie |
| 2:15-cv-15800 | Holder, Barbara & Phillip | Holder | Barbara J. Eastridge |
| 2:15-cv-15870 | Chapa, Stephanie & Adolfo | Chapa | Stephanie Lynn |
| 2:15-cv-15907 | Wixom, Patricia | Wixom | Patricia Womble |
| 2:15-cv-15935 | Joseph, Janet | Joseph | Janet S. Howard |
| 2:15-cv-16092 | Coyle, Jessica E. | Coyle | Jessica E. |
| 2:15-cv-16123 | Sharlow, Lisa & Randy | Sharlow | Lisa M. St Andrews |
| 2:15-cv-16158 | Archa, Deborah J. | Archa | Deborah J. |
| 2:15-cv-16351 | Mercado, Brunilda & Luis | Mercado | Brunilda Carrera |
| 2:15-cv-16363 | Hill, Patrice | Hill | Patrice Mechelle Willis |
| 2:15-cv-16378 | Brooks, Tina | Brooks | Tina Mae Bender |
| 2:15-cv-16503 | Hilton, Charlotte & Mickey | Hilton | Charlotte Ann Pardue Stephens Owens |
| 2:15-cv-16546 | Kittendorf, Kathy & Terry | Kittendorf | Kathy Meersma Katherine E. |
| 2:15-cv-16549 | Parker, Brenda & Chris | Parker | Brenda C. |
| 2:15-cv-16588 | Fletcher, Mildred | Fletcher | Mildred Juanita |
| 2:16-cv-00032 | Keeth, Ami | Keeth | Ami Nicole |
| 2:16-cv-00143 | Wells, Janis Marlene | Wells | Janis Marlene |
| 2:16-cv-00700 | Heaberlin, Patricia | Heaberlin | Patricia A. Delawder |
| 2:16-cv-00808 | Breckenridge, Pamela | Breckenridge | Pamela R. Clark |
| 2:16-cv-00824 | Jones, Gayle & Kyle Wayne | Jones | Gayle Meehan |
| 2:16-cv-01308 | Duvall, Pauline & Julio | Duvall | Pauline Priscilla P. Bellah |
| 2:16-cv-01397 | Henry, Beverly | Henry | Beverly |
| 2:16-cv-01491 | Merchant, Diana & George, Jr. | Merchant | Diana Lynn Pace Smith Sullivan |
| 2:16-cv-01517 | Arriaga, Gloria | Arriaga | Gloria S. |
| 2:16-cv-01594 | Brice, Diana | Brice | Diana Broussard |
| 2:16-cv-01677 | Hurley, Mary Lou | Hurley | Mary Lou Nash Nelms White Cross Lowery |
| 2:16-cv-02116 | Theisen, Janet & James | Theisen | Janet E. |
| 2:16-cv-02343 | Rodriguez, Antonia | Rodriguez | Antonia |

| | | | |
|---|---|---|---|
| 2:16-cv-02482 | LaDuron, Diosa & Lucus | LaDuron | Diosa Wilson Rupert Obsitnick |
| 2:16-cv-02507 | Petrovia, Tiffany & Louis | Petrovia | Tiffany |
| 2:16-cv-02657 | Fuller, Patsy & Joe, Jr. | Fuller | Patsy Meadows |
| 2:16-cv-02709 | Shapiro, Barbara & Leonard | Shapiro | Barbara Bobbi |
| 2:16-cv-02758 | Brothers, Gay Sharon | Brothers | Gay Sharon |
| 2:16-cv-02786 | Cooper, Linda & Greg | Cooper | Linda Stinson |
| 2:16-cv-02790 | Blevins, Kelly & Gary | Blevins | Kelly L. Jeffers Thomas |
| 2:16-cv-02832 | Allen, Elizabeth & John McWilliams | Allen | Elizabeth Timmons |
| 2:16-cv-02899 | Coleman, Patricia & Eugene Thornton | Coleman | Patricia |
| 2:16-cv-02901 | Coles, Velma & Eugene | Coles | Velma Hollowell |
| 2:16-cv-02929 | Lowe, Rochelle & Jeffrey | Lowe | Rochelle |
| 2:16-cv-02965 | Tillett, Charlotte Ann & LeRoy | Tillett | Charlotte Ann Allen |
| 2:16-cv-02992 | Johnson, Brenda & Carl | Johnson | Brenda Pace |
| 2:16-cv-02997 | Gagnon, Laurie | Gagnon | Laurie |
| 2:16-cv-03002 | Harris, Laura | Harris | Laura Ruth Horsley |
| 2:16-cv-03012 | Becton, Linda | Becton | Linda N. B. Gibson |
| 2:16-cv-03078 | Page, Catherine & Everett | Page | Catherine Rolene |
| 2:16-cv-03220 | Noe, Lavon & James | Noe | Lavon Amburgey |
| 2:16-cv-03297 | Quimby, Lillian & David | Quimby | Lillian Marie Ference |
| 2:16-cv-03388 | Likins, Cassey | Likins | Cassey L. Wells Crast |
| 2:16-cv-03471 | Ogle, Deborah | Ogle | Deborah |
| 2:16-cv-03545 | Baggett, Helen & James | Baggett | Helen Jorge |
| 2:16-cv-03702 | Dawson, Lillian | Dawson | Lillian |
| 2:16-cv-03728 | Thompson, Laura | Thompson | Laura Evelyn Daniel |
| 2:16-cv-03733 | Benge, Betty | Benge | Betty Sealf Wagers |
| 2:16-cv-03761 | Turner, Gloria | Turner | Gloria Jean |
| 2:16-cv-03795 | Borden, Lorraine | Borden | Lorraine |
| 2:16-cv-03802 | Branton, Wilma | Branton | Wilma |
| 2:16-cv-03810 | Gibbs, Mary & George L. | Gibbs | Mary Emma |
| 2:16-cv-03811 | Greer, Vicki & Tom | Greer | Vicki Sue |
| 2:16-cv-03844 | Clarke, Wanda & William, Jr. | Clarke | Wanda Renee Heavner |
| 2:16-cv-03916 | Collver, Maureen | Collver | Maureen |
| 2:16-cv-03984 | Cross, Deborah | Cross | Deborah D. |
| 2:16-cv-03985 | Decker, Joan & Keith | Decker | Joan A. |
| 2:16-cv-04010 | Cowart, Tammy | Cowart | Tammy Register |
| 2:16-cv-04013 | Feliciano, Barbara | Feliciano | Barbara A. Marino Moss |
| 2:16-cv-04014 | Foust, Glenna & Michael | Foust | Glenna Louise Daugherty |

| | | | |
|---|---|---|---|
| 2:16-cv-04015 | Franklin, Charlene | Franklin | Charlene |
| 2:16-cv-04026 | Durcholz, Judy | Durcholz | Judy L. |
| 2:16-cv-04148 | Bevers, Betty | Bevers | Betty Maichel |
| 2:16-cv-04149 | Bravo, Olivia | Bravo | Olivia Linda |
| 2:16-cv-04182 | Andrews, Shana & Herb | Andrews | Shana Denise |
| 2:16-cv-04188 | Hannick, Sheila & Ray | Hannick | Sheila Ann Ambuehl Curnel Huddlestan Cayce Gleason |
| 2:16-cv-04217 | Gaskill, Brenda & David | Gaskill | Brenda lEE Brewer Ronald |
| 2:16-cv-04315 | Shannon, Carissa & Jamie | Shannon | Carissa Bettis |
| 2:16-cv-04365 | Chelette, Marcelle | Chelette | Marcelle Chelette |
| 2:16-cv-04369 | Corwin, Barbara & Raplh | Corwin | Barbara Sholman |
| 2:16-cv-04567 | Fohmann, Kathryn | Fohmann | Kathryn |
| 2:16-cv-04767 | Thorpe, Kathryn & James | Thorpe | Kathryn Lobo |
| 2:16-cv-04898 | Hoover, Kari & William | Hoover | Kari M. Sorhaug |
| 2:16-cv-05220 | Betts, Tanya | Betts | Tanya Lynn Odom |
| 2:16-cv-05223 | Abbe, Ellen | Abbe | Ellen Beth Subin |
| 2:16-cv-05318 | Novotny, Serena | Novotny | Serena Yuk-Wan Choy |
| 2:16-cv-05454 | Leap, Carole | Leap | Carole Perry |
| 2:16-cv-05531 | Brown, Trish | Brown | Trish R. Hunt |
| 2:16-cv-05857 | Cameron, Lillian | Cameron | Lillian G. |
| 2:16-cv-05886 | Nuquist, Gloria | Nuquist | Gloria M. |
| 2:16-cv-05930 | King, Donna B. | King | Donna Basham |
| 2:16-cv-05991 | Deangelis, Sharon | Deangelis | Sharon |
| 2:16-cv-06027 | Taylor, Dashon Lynette | Taylor | Dashon Lynette |
| 2:16-cv-06044 | Ayala, Evelyn | Ayala | Evelyn |
| 2:16-cv-06048 | Borucki, Mary Katherine | Borucki | Mary Katherine Taber |
| 2:16-cv-06049 | Limoges, Annette | Limoges | Annette E. Martin |
| 2:16-cv-06050 | McNail, Bambi Lynn | McNail | Bambi Lynn Hampton Claxton |
| 2:16-cv-06054 | Cave, Rebecca Ann | Cave | Rebecca Ann Archer-Pauchet Brady |
| 2:16-cv-06055 | Moscatelli, Donna | Moscatelli | Donna |
| 2:16-cv-06056 | Sanders, Joyce Pauline | Sanders | Joyce Pauline Ennis |
| 2:16-cv-06068 | Baldez, Kristen Mary | Baldez | Kristen Mary Johnson |
| 2:16-cv-06069 | Bohartz, Kimberly Jo | Bohartz | Kimberly Jo Eichenlaub |
| 2:16-cv-06072 | Rayburn, Carrie | Rayburn | Carrie A. |
| 2:16-cv-06075 | Starrett, Sally | Starrett | Sally Ann Powell |
| 2:16-cv-06221 | Ard, Brenda & Robert K. | Ard | Brenda Fay Johnson |
| 2:16-cv-06236 | Lagow, Jessica | Lagow | Jessica A. Yarbrough |
| 2:16-cv-06244 | Cherry, Jennifer R. | Cherry | Jennifer R. |
| 2:16-cv-06247 | Reeves, Cheryl A. | Reeves | Cheryl A. Lee |
| 2:16-cv-06251 | Wells, Rhonda & Frederick | Wells | Rhonda Whisnont |

| | | | |
|---|---|---|---|
| 2:16-cv-06286 | Cantrell, Deborah | Cantrell | Deborah Lynell Debbie |
| 2:16-cv-06328 | Campbell, Pamaula | Campbell | Pamaula Schofield |
| 2:16-cv-06330 | Harden, Kimberly | Harden | Kimberly Kim Lynn Canfield |
| 2:16-cv-06338 | Strohl, Ramona | Strohl | Ramona |
| 2:16-cv-06355 | Nelp, Cynthia | Nelp | Cynthia M. Frisse |
| 2:16-cv-06435 | Joaquin, Adaljisa | Joaquin | Adaljisa |
| 2:16-cv-06457 | John, Justina | John | Justina J. |
| 2:16-cv-06461 | Kolbo, Renae & Mark | Kolbo | Renae E. Guerrettaz |
| 2:16-cv-06463 | Kritzer, Kathy & Michael | Kritzer | Kathy L. Yakubik Apelons |
| 2:16-cv-06533 | McKellar, Cynthia | McKellar | Cynthia Rippey Macon Gustin Johnson Wakefield |
| 2:16-cv-06538 | Soto, Evelyn | Soto | Evelyn Ponce |
| 2:16-cv-06566 | Pearson, Linda & Ivan | Pearson | Linda Joyce Thalacker |
| 2:16-cv-06567 | Posey-Webster, Amanda | Posey-Webster | Amanda M. |
| 2:16-cv-06584 | Rodriguez, Carmen & George | Rodriguez | Carmen Otero |
| 2:16-cv-06642 | Koziol, Deborah | Koziol | Deborah Jean |
| 2:16-cv-06645 | Miracle, Bobbie & Russell | Miracle | Bobbie Sue Hensley |
| 2:16-cv-06660 | Rottero, Patty L. & Thomas | Rottero | Patty Lorene |
| 2:16-cv-06662 | Craig, Maggie & Donald W. | Craig | Maggie Cambron |
| 2:16-cv-06667 | Cargill, Sharon | Cargill | Sharon Ruth Davis |
| 2:16-cv-06680 | Taylor, Barbara | Taylor | Barbara R. |
| 2:16-cv-06784 | Monhollen, Audrey & Aaron | Monhollen | Audrey Arlene Walz-Nunez |
| 2:16-cv-06787 | Hindman, Phyllis & Paul | Hindman | Phyllis Jeanette Smith |
| 2:16-cv-06803 | Hall, Joni L. | Hall | Joni L. DeJohn |
| 2:16-cv-06806 | Holmes, Pamela | Holmes | Pamela M. |
| 2:16-cv-06809 | Johnson, Donna R. & John R. | Johnson | Donna Renee Frazier |
| 2:16-cv-06822 | Hall, Nina & Michael | Hall | Nina Lee Shipwash |
| 2:16-cv-07517 | Mooney, Sarah | Mooney | Sarah |
| 2:16-cv-07680 | Stuart, Virginia | Stuart | Virginia Lucille Spradling |
| 2:16-cv-07756 | Castellow, Janet & Harry D. | Castellow | Janet |
| 2:16-cv-07853 | Highfill, Teresa & Mark | Highfill | Teresa Renee Bozant |
| 2:16-cv-07855 | Hamilton, Diane & James C. | Hamilton | Diane J. Anglin |
| 2:16-cv-07857 | Allen, Theresa & Anthony | Allen | Theresa Moore |
| 2:16-cv-07907 | Cutliff, Faith | Cutliff | Faith Marie |
| 2:16-cv-07945 | Ortiz, Dollie | Ortiz | Dollie Pamela |
| 2:16-cv-08086 | Goff, Lauren | Goff | Lauren Elizabeth |
| 2:16-cv-08099 | Henson, Mary | Henson | Mary Lee Hibbart |

| | | | |
|---|---|---|---|
| 2:16-cv-08169 | Green, Kristy | Green | Kristy D. |
| 2:16-cv-08228 | Stehling, Beverly | Stehling | Beverly Wadsworth |
| 2:16-cv-08718 | Pippin, Laura & James | Pippin | Laura M. Baker Farris |
| 2:16-cv-08985 | Howard, Wanda | Howard | Wanda Edwards |
| 2:16-cv-09168 | Sanchez, Olga | Sanchez | Olga Francisco Molina |
| 2:16-cv-09172 | Cox, Norma | Cox | Norma J. |
| 2:16-cv-09205 | Gray, Eva | Gray | Eva Eugenia Morris |
| 2:16-cv-09240 | McNamara, Christine | McNamara | Christine M. DeLaTorre |
| 2:16-cv-09661 | Robertson, Alma & William, Jr. | Robertson | Alma Leauna Mitchell |
| 2:16-cv-09950 | Chow, Julie | Chow | Julie Amelia Davis |
| 2:16-cv-10053 | Bethell, Brenda Catherine | Bethell | Brenda Catherine Caldarello Gilbert Hollier |
| 2:16-cv-10063 | Smith, Lori Lynn | Smith | Lori Lynn |
| 2:16-cv-10199 | Kahle-Simonette, Kelly & Joseph | Kahle-Simonette | Kelly Sue Kahle Baranowski |
| 2:16-cv-10277 | Mitchell, Lisa Anne Miller | Mitchell | Lisa Anne Miller Callahan |
| 2:16-cv-10395 | Stiles, Lynette | Stiles | Lynette |
| 2:16-cv-10993 | Crittenden, Kendall | Crittenden | Kendall Russ Hobbs |
| 2:16-cv-11257 | Bales, Paula I. | Bales | Paula I. |
| 2:16-cv-11317 | Pettinger, Gail | Pettinger | Gail |
| 2:16-cv-11497 | Enslen, Ellen | Enslen | Ellen M. |
| 2:16-cv-11498 | Kessler, Sheila | Kessler | Sheila M. Heronemus |
| 2:16-cv-12181 | Suttles, Edna | Suttles | Edna Rector |
| 2:16-cv-12260 | Fiori, Marjorie | Fiori | Marjorie Davis |
| 2:16-cv-12558 | Cuesta, Antonia | Cuesta | Antonia |
| 2:16-cv-12601 | Cranford, Carolyn | Cranford | Carolyn Ann Powell |
| 2:16-cv-12781 | Injasoulian, Wanda | Injasoulian | Wanda L. |
| 2:17-cv-00011 | Allen, Charlann | Allen | Charlann June Ann Allen-Dezess |
| 2:17-cv-00414 | Dowling, Tina | Dowling | Tina M. |
| 2:17-cv-00602 | Jones, Marjorie | Jones | Marjorie Gayle Sizemore |
| 2:17-cv-00904 | Lambert, Theresa | Lambert | Theresa E. |
| 2:17-cv-01245 | Nickoli, Susie | Nickoli | Susie Joyce |
| 2:17-cv-01354 | Cuevas, Cinthia, et al. | Freeman | Susan |
| 2:17-cv-01354 | Cuevas, Cinthia, et al. | May | Pamela |
| 2:17-cv-01354 | Cuevas, Cinthia, et al. | Snyder | Pamela |
| 2:17-cv-01394 | Stephens, Sandra | Stephens | Sandra K. |
| 2:17-cv-02482 | Oliphant, Laverne | Oliphant | Laverne |
| 2:17-cv-02606 | Miles, Karen L. | Miles | Karen L. |
| 2:17-cv-02880 | Johnson, Amanda | Johnson | Amanda |

| | | | |
|---|---|---|---|
| 2:17-cv-03284 | Shaw, Karen & Carl | Shaw | Karen J. |
| 2:17-cv-03375 | Wood, Barbi | Wood | Barbi Jean |
| 2:17-cv-03409 | Smith, Mary | Smith | Mary Maryanna |
| 2:17-cv-03437 | Billingsley, Nakeia | Billingsley | Nakeia Y. |
| 2:17-cv-03438 | Bolling, Loretta | Bolling | Loretta S. Bollingbakri Vakri |
| 2:17-cv-03441 | Byers, Ruthann | Byers | Ruthann |
| 2:17-cv-03442 | Ripa, Johnna | Ripa | Johnna |
| 2:17-cv-03443 | Rocque, Sandra | Rocque | Sandra L. |
| 2:17-cv-03446 | Sarracco, Stefanie | Sarracco | Stefanie I. Steffenhagen Moradiellos Pena |
| 2:17-cv-03465 | Hammer, Loretta | Hammer | Loretta J. |
| 2:17-cv-03466 | Meli, Christine | Meli | Christine Anne |
| 2:17-cv-03734 | Reed, Jennifer | Reed | Jennifer Rickman |
| 2:17-cv-03777 | Sanchez, Monica | Sanchez | Monica |
| 2:17-cv-04179 | Means, Vickie | Means | Vickie Casey Thompson Bird Chavez Means |
| 2:17-cv-04207 | Kesser, Emily Schumacher | Kesser | Emily |
| 2:17-cv-04472 | Avalos, Trina | Avalos | Trina Marie |
| 2:17-cv-04502 | Davis-Fuel, Katherine | Davis-Fuel | Katherine |
| 2:17-cv-04503 | Dyches, Lorraine | Dyches | Lorraine E. |
| 2:17-cv-04504 | Graves, Belinda | Graves | Belinda L. |
| 2:17-cv-04506 | Limmer, Lisa | Limmer | Lisa Jo |
| 2:17-cv-04508 | Parker, Hiam | Parker | Hiam |
| 2:18-cv-00081 | Randolph, Rita | Randolph | Rita |
| 2:18-cv-00195 | Torres, Monica | Torres | Monica |
| 2:18-cv-00240 | Rodriquez, Yolanda | Rodriquez | Yolanda Rose |