# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEMS
       PRODUCT LIABILITY LITIGATION        MDL No. 2327

-----------------------------------------------------------------

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| Hudspeth v. Ethicon, Inc., et al. | 2:15-cv-04163 |
| Repka v. Ethicon, Inc., et al. | 2:13-cv-26198 |
| Siegrist v. Ethicon, Inc., et al. | 2:14-cv-17889 |
| Townson v. Ethicon, Inc., et al. | 2:13-cv-12954 |
| Jacobsen v. Ethicon, Inc., et al. | 2:13-cv-24530 |
| Kmiec v. Ethicon, Inc., et al. | 2:13-cv-24531 |
| Murray v. Ethicon, Inc., et al. | 2:13-cv-24573 |
| Rapacki v. Ethicon, Inc., et al. | 2:13-cv-19758 |

## ORDER

Pending are Plaintiffs' Emergency Motion for a Protective Order, (ECF No. 6714), and Plaintiffs' Emergency Motion for Protective Order of Noticed General Deposition of Dr. Le-Ming Shih. (ECF No. 6716). In view of Plaintiffs' Notice of Withdrawal of Emergency Motion for Protective Order, (ECF No. 6726), and Plaintiffs' Notice of Withdrawal of Plaintiffs' Emergency Motion for Protective Order for Noticed General Deposition of Dr. Le-Ming Shih, (ECF No. 6727), the court **DENIES** Plaintiffs' Emergency Motion for Protective Order and Plaintiffs' Emergency Motion for Protective Order of Noticed General Deposition of Dr. Le-Ming Shih as moot. It is so **ORDERED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-02327 and in the above listed cases. In cases subsequently filed in this district after 2:18-cv-00758, a

copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action at the time of filing of the complaint. In cases subsequently removed or transferred to this court, a copy of the most recent pretrial order will be provided by the Clerk to counsel appearing in each new action upon removal or transfer. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at **http://www.wvsd.uscourts.gov**.

        **ENTERED:** October 4, 2018

        Cheryl A. Eifert
        United States Magistrate Judge