# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |

THIS DOCUMENT RELATES TO THE
CASE(S) LISTED ON THE EXHIBIT
ATTACHED HERETO:

## JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A through B and Defendant C. R. Bard, Inc. advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard (where named) with prejudice in the cases listed on the attached Exhibits A through B, with each party to bear its own costs.

The settlement in the cases listed on Exhibits A through B relate only to Bard. Because other Defendant(s) remain in the cases listed on Exhibit A through B, the case(s) should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 4th day of October, 2018.

/s/ *Richard B. North, Jr.*_____
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH L.L.P
P.O. Box 1856
Huntington, WV 25719-1856
Phone: 304.526.3500
Fax: 304.526.3599
*Counsel for C.R. Bard, Inc.*

/s/ *Buffy K. Martines*_____
Buffy K. Martines
LAMINACK PIRTLE & MARTINES
9th Floor
5020 Montrose Boulevard
Houston, TX 77006
713/292-2750
Fax: 713/292-2755
Email: buffym@lpm-triallaw.com
*Counsel for Plaintiffs listed on Exhibit A*

/s/ *Peyton P. Murphy*_____
Peyton P. Murphy
MURPHY LAW FIRM
7035 Jefferson Highway
Baton Rouge, LA 70806
225/928-8800
Fax: 225/928-8802
Email: pmurphy@murphylfirm.com
*Counsel for Plaintiffs listed on Exhibit B*

## EXHIBIT A - LAMINACK PIRTLE & MARTINES

| CIVIL ACTION NUMBER<br>(listed numerically in ascending order) | Case Name |
|---|---|
| 2:16-cv-07730 | Carpenter, Donna |

**EXHIBIT B - MURPHY LAW FIRM**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **Case Name** |
|---|---|
| 2:13-cv-32649 | Coffey, Kathy |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Richard B. North, Jr.*
Richard B. North, Jr.
*Counsel for C. R. Bard, Inc.*