# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**        **MDL NO. 2327**

THIS DOCUMENT RELATES TO THE
CASE(S) LISTED ON THE EXHIBIT
ATTACHED HERETO:

## JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A through B and Defendant C. R. Bard, Inc. advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard (where named) with prejudice in the cases listed on the attached Exhibits A through B, with each party to bear its own costs.

The settlement in the cases listed on Exhibits A through B relate only to Bard. Because other Defendant(s) remain in the cases listed on Exhibit A through B, the case(s) should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 4th day of October, 2018.

/s/ *Richard B. North, Jr.*_____  
Richard B. North, Jr.  
richard.north@nelsonmullins.com  
NELSON MULLINS RILEY &  
SCARBOROUGH L.L.P  
P.O. Box 1856  
Huntington, WV 25719-1856  
Phone: 304.526.3500  
Fax: 304.526.3599  
*Counsel for C.R. Bard, Inc.*

/s/ *Buffy K. Martines*_____  
Buffy K. Martines  
LAMINACK PIRTLE & MARTINES  
9th Floor  
5020 Montrose Boulevard  
Houston, TX 77006  
713/292-2750  
Fax: 713/292-2755  
Email: buffym@lpm-triallaw.com  
*Counsel for Plaintiffs listed on Exhibit A*

/s/ *Peyton P. Murphy*_____  
Peyton P. Murphy  
MURPHY LAW FIRM  
7035 Jefferson Highway  
Baton Rouge, LA 70806  
225/928-8800  
Fax: 225/928-8802  
Email: pmurphy@murphylfirm.com  
*Counsel for Plaintiffs listed on Exhibit B*

**EXHIBIT A - LAMINACK PIRTLE & MARTINES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:16-cv-07730 | Carpenter, Donna |

## EXHIBIT B - MURPHY LAW FIRM

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **Case Name** |
|---|---|
| 2:13-cv-32649 | Coffey, Kathy |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:  */s/ Richard B. North, Jr.*
 Richard B. North, Jr.
 *Counsel for C. R. Bard, Inc.*