IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

## ORDER

**AND NOW**, this _____ day of _____, 2018, upon consideration of Defendant American Medical System Inc.'s Motion to Withdraw its Previously Filed Joint Motion to Dismiss with Prejudice (Doc. 6738) and any opposition thereto, **IT IS ORDERED** that the motion is **GRANTED** and the Joint Motion to Dismiss With Prejudice (Doc. 6738) is hereby withdrawn. **IT IS SO ORDERED**.

Dated:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

### DEFENDANT AMERICAN MEDICAL SYSTEMS, INC.'S MOTION TO WITHDRAW JOINT MOTION TO DISMISS

PLEASE TAKE NOTICE that Defendant American Medical Systems, Inc., by and through their undersigned counsel, respectfully move this Court for an order to withdraw the previously filed Joint Motion to Dismiss with Prejudice that was docketed as Document 6738.

Respectfully:

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

<u>/s/ Bret Daniel Stanley</u>
Bret Daniel Stanley
THE LAW OFFICES OF A. CRAIG EILAND
Suite 201
2211 The Strand
Galveston, TX 77550
409.763.3260 (phone)
409.163.8154 (fax)
bstanley@eilandlaw.com
*Attorney for Plaintiff on Exhibit A*


<u>/s/ Cristina Yadira Hernandez</u>
Cristina Yadira Hernandez
FITTS LAW FIRM
Galleria Tower, Suite 1120
2700 Post Oak Boulevard
Houston, TX 77056
713.871.1670 (phone)
713.583.1492 (fax)
chernandez@fittslawfirm.com
*Attorney for Plaintiffs on Exhibit B*


Dated: October 4, 2018

**CERTIFICATE OF SERVICE**

I, Barbara R. Binis, hereby certify that on October 4, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Barbara R. Binis
Barbara R. Binis