# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
    PELVIC REPAIR SYSTEMS
    PRODUCTS LIABILITY LITIGATION         MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE EXHIBIT ATTACHED HERETO.

## ORDER TO DISMISS DEFENDANTS WITHOUT PREJUDICE
## (PURSUANT TO PTO NO. 293 AS AMENDED BY PTO NO. 298 – NON-REVISION GYNECARE PRODUCTS)

Pursuant to Pretrial Order No. 293 as Amended by PTO No. 298 (hereinafter collectively referred to as the "Non-Revision PTOs"), the plaintiffs (and all derivative plaintiffs), listed on the attached Exhibit A have agreed to dismiss Ethicon, Inc., Johnson & Johnson and Ethicon, LLC[1] (hereinafter referred to as the "Ethicon defendants") without prejudice. The plaintiffs listed on the attached Exhibit A have filed an Election Form electing to "[d]ismiss [their] presently pending case without prejudice subject to the waiver provisions" in the Non-Revision PTOs. **For the cases listed on the attached exhibit, dismissal without prejudice applies to the Ethicon defendants only.**

The court **ORDERS** that the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** pursuant to the provisions of the Non-Revision PTOs and, in any case on Exhibit A where the Ethicon defendants are the only remaining defendants, the case is **STRICKEN** from

---

[1] As used herein, "Ethicon Defendants" refers collectively to Johnson & Johnson, Ethicon LLC, Ethicon, Inc., as well as any of its former or present parent companies, subsidiaries, affiliated companies, directors, officers, design surgeons, employees, distributors, detail representatives named in an action pending in MDL No. 2327.

the active docket. The court further **ORDERS** that for any case listed on Exhibit A that resides in the Ethicon MDL and names other MDL defendants other than the Ethicon defendants, plaintiffs shall file a Motion to Transfer MDLs within **four (4) weeks** of the entry of this Order.

The court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in each case listed on the attached Exhibit, and to send a copy of this Order to counsel of record and any unrepresented party. The Clerk is further **DIRECTED** to link this Order to the Proposed Order to Dismiss filed at ECF No. 6728.

ENTER: October 5, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE


## EXHIBIT A

| MDL # | Case Name | Last Name | First Name |
|---|---|---|---|
| 2:12-cv-01104 | Bell, Angela & Steven | Bell | Angela R. |
| 2:12-cv-01206 | Holmes, Jeanie | Holmes | Jeanie S. Allgaier Potter |
| 2:12-cv-01265 | Hamby, Eualia & Robert | Hamby | Eualia A. Lawrence |
| 2:12-cv-02489 | Phillips, Joanne | Phillips | Joanne Miller |
| 2:12-cv-02690 | Lawyer-Johnson, Barbara | Lawyer-Johnson | Barbara Gene Lowe |
| 2:12-cv-02921 | Bartley, Susan D. | Bartley | Susan D. Mullins |
| 2:12-cv-02974 | Lovell, Charlotte & James A. | Lovell | Charlotte C. |
| 2:12-cv-03202 | Welch-Stamey, Emily | Welch-Stamey | Emily |
| 2:12-cv-03262 | Barkley, Janet & Barry | Barkley | Janet Louise Cook |
| 2:12-cv-03528 | Morgan, Terri S. | Morgan | Terri Dee Semmens |
| 2:12-cv-04743 | Cumby, Ronda & Garry | Cumby | Ronda Cook |
| 2:12-cv-04916 | Scott, Beverly | Scott | Beverly June Lovell |
| 2:12-cv-05768 | Headings, Cheryl & Gary | Headings | Cheryl S. |
| 2:12-cv-06012 | Sanders, Donna & James | Sanders | Donna T. |
| 2:12-cv-06561 | Rosario, Sylvia | Rosario | Sylvia |
| 2:12-cv-06729 | Cavallaro, Lisa | Cavallaro | Lisa |
| 2:12-cv-06990 | Vonderwahl, Candace & Jim | Vonderwahl | Candace K. Wilson |
| 2:12-cv-08152 | Hymas, Kathy P. & Kim | Hymas | Kathy P. |
| 2:12-cv-08800 | Cogley, Jessica & Mark | Cogley | Jessica M. |
| 2:12-cv-09270 | Pope, Lorrain June | Pope | Lorrain June |
| 2:12-cv-09414 | Rosenbalm, Sasha & Joseph | Rosenbalm | Sasha Trent |
| 2:12-cv-09840 | Ackerman, Beverly | Ackerman | Beverly J. Harris |
| 2:13-cv-00134 | Pazimino, Gabriela | Pazimino | Gabriela Maria |
| 2:13-cv-00747 | Lane, Kerensa | Lane | Kerensa D. |
| 2:13-cv-00887 | Blank, R'Lena & John | Blank | R'Lena Rlena Raquel Doucet |
| 2:13-cv-01505 | Young, Brenda F. | Young | Brenda F. Morton |
| 2:13-cv-01580 | Bolin, Teresa Ann & Dan | Bolin | Teresa Ann Koonce |
| 2:13-cv-02026 | Herrera, Cindy & Louis | Herrara | Cindy Castro |
| 2:13-cv-02140 | Rencowski, Becky & Alan | Rencowski | Becky |
| 2:13-cv-02357 | Kantun, Glenda | Kantun | Glenda |
| 2:13-cv-02448 | Walker, Bonnie | Walker | Bonnie Blue Counts |
| 2:13-cv-02464 | Cabrales, Kathy | Cabrales | Kathy Delores |
| 2:13-cv-02635 | Braswell, Debra | Braswell | Debra Shepard |
| 2:13-cv-03254 | Lokhorst, Lois K. | Lokhorst | Lois Katherine |
| 2:13-cv-03277 | Hall, Lisa G. & John | Hall | Lisa G. |
| 2:13-cv-03840 | Neumann, Linda M. | Neumann | Linda M. |

| | | | |
|---|---|---|---|
| 2:13-cv-04513 | Walker, Dorothy & Kenneth | Walker | Dorothy Darlene Gisi |
| 2:13-cv-04518 | Willers, Kimberly & Matthew | Willers | Kimberly Ann Kimberley Christensen |
| 2:13-cv-05517 | Woods, Gina | Woods | Gina Rene |
| 2:13-cv-05605 | Walker, Vicki L. | Walker | Vicki Lynette Keller Bruce Lopez |
| 2:13-cv-06167 | Draffin, Sally A. & Dial T. | Draffin | Sally A. |
| 2:13-cv-06168 | Rapp, Sherry L. & Dennis R. | Rapp | Sherry Lee |
| 2:13-cv-06663 | Smith, Myra K. & Jerry Lee | Smith | Myra K. Redmon |
| 2:13-cv-06812 | Hodson, Debra | Hodson | Debra Kay Funk Syfert |
| 2:13-cv-06873 | Light, Marie A. | Light | Marie A. |
| 2:13-cv-07256 | Dyrseth, Noni & Robert | Dyrseth | Noni |
| 2:13-cv-07834 | Spurling, Lisa | Spurling | Lisa |
| 2:13-cv-08025 | Cordova, Virginia | Cordova | Virginia Gomez |
| 2:13-cv-08093 | Richardson, Bobbie | Richardson | Bobbie Prentice |
| 2:13-cv-08262 | Campbell, Candy | Campbell | Candy |
| 2:13-cv-08500 | Davila, Rosalee A. | Davila | Rosalee A. |
| 2:13-cv-08732 | Dennis, Katherine | Dennis | Katherine L. |
| 2:13-cv-08925 | Gonzalez, Sylvia Trevino | Gonzalez | Sylvia Trevino |
| 2:13-cv-09279 | Jones, Sherryl & David | Jones | Sherryl D. |
| 2:13-cv-09303 | Marcus, Pamela Diann & Kenneth | Marcus | Pamela Diann |
| 2:13-cv-09305 | Person, Shana D. | Person | Shana D. Smith |
| 2:13-cv-09413 | Ruiz, Carmen J. | Ruiz | Carmen J. |
| 2:13-cv-11384 | Garcia, Anne A. | Garcia | Anne A. |
| 2:13-cv-11583 | Rogers, Stella | Rogers | Stella L. Hubbard |
| 2:13-cv-11721 | Nicely, Victoria & Billy | Nicely | Victoria Earlene |
| 2:13-cv-11943 | Bunch, Donna | Bunch | Donna Yaquinto |
| 2:13-cv-11946 | Dove, Sandra A. | Dove | Sandra A. Combs |
| 2:13-cv-12069 | Knight, Debbie | Knight | Debbie Deborah Rae Hamann McKibben |
| 2:13-cv-12258 | Cantu, Virginia | Cantu | Virginia |
| 2:13-cv-12265 | Wishert, Janet & David | Wishert | Janet J. Alexander |
| 2:13-cv-12342 | Pate-Thompson, Sharla & Jackie | Pate-Thompson | Sharla |
| 2:13-cv-12357 | Ratliff, Kathleen & Robert | Ratliff | Kathleen M. Collette Raup |
| 2:13-cv-12547 | Holloway, Gloria L. | Holloway | Gloria L |
| 2:13-cv-12597 | Lopez, Gloria & Miguel | Lopez | Gloria |
| 2:13-cv-12607 | Forgash, Marlaina L. & Michael | Forgash | Marlaina Lee Burgin Kesselring |
| ~~2:13-cv-12704~~ | ~~Autrey, Teresa, deceased & Leverett, Jr.~~ | ~~Autrey, deceased~~ | ~~Teresa Lee~~ |

| | | | |
|---|---|---|---|
| 2:13-cv-12715 | Case, Shelly A. | Case | Shelly A. |
| 2:13-cv-12778 | Childs, Wanda B. & Timothy P. | Childs | Wanda B. Moore Brann |
| 2:13-cv-12802 | Cosme-Diaz, Cecilia & Alfredo Cosme | Cosme-Diaz | Cecilia |
| 2:13-cv-13132 | Stiles, Allyson E. & William F., Jr. | Stiles | Allyson E. |
| 2:13-cv-13165 | Weaver, Virginia | Weaver | Virginia |
| 2:13-cv-13173 | Pirovolos, Mary | Pirovolos | Mary |
| 2:13-cv-13299 | Castaneda, Graciela | Castaneda | Graciela |
| 2:13-cv-13304 | Bugajny, Theresa | Bugajny | Theresa Johnson |
| 2:13-cv-13491 | Munoz, Ofelia & Jose | Munoz | Ofelia Solis |
| 2:13-cv-13564 | Rodriguez-Ortiz, Maria & David Ortiz | Rodriguez-Ortiz | Maria Rodriguez-Arreguin |
| 2:13-cv-13815 | Garcia, Marta Martha & Erasmo | Garcia | Marta Martha E. Perez |
| 2:13-cv-13816 | Morales, Dora | Morales | Dora |
| 2:13-cv-13817 | Martinez, Maria & Jesus | Martinez | Maria Candelaria |
| ~~2:13-cv-13930~~ | ~~Wishart, Joyce & Michael~~ | ~~Wishart (Deceased, 04/04/2013)~~ | ~~Joyce D.~~ |
| 2:13-cv-14076 | Resendiz, Barbara | Resendiz | Barbara Loera |
| 2:13-cv-14077 | Webb, Linda & Brian | Webb | Linda |
| 2:13-cv-14137 | Hernandez, Lucia G. & Luis R. Noriega | Hernandez | Lucia G. |
| 2:13-cv-14272 | Bindner, Darleen | Bindner | Darlene Darleen Ethel Shaw |
| 2:13-cv-14820 | Regalado, Yolanda & Manuel | Regalado | Yolanda de |
| 2:13-cv-15367 | Chairez, Xochilt & Gabriel, Jr. | Chairez | Xochilt |
| 2:13-cv-15457 | Sanders, Lola & Edward Yarberry | Sanders | Lola |
| 2:13-cv-15873 | Weeks, Brenda Sue & Wayne M. | Weeks | Brenda Sue Jones |
| 2:13-cv-15913 | Richardson, Melissa & Doug | Richardson | Melissa Lynn Sloan Livingston |
| 2:13-cv-16017 | Stratton, Sharon | Stratton | Sharon |
| 2:13-cv-16257 | Brown, Cindy | Brown | Cindy S. |
| 2:13-cv-17599 | Roczynski, Sharon | Roczynski | Sharon |
| 2:13-cv-17766 | Moreno, Josefina & Ruben | Moreno | Josefina Santoyo |
| 2:13-cv-17837 | Artiles, Martha Luz & Rafael | Artiles | Martha Luz |
| 2:13-cv-17856 | Farias, Guadalupe & Jose Venegas | Farias | Guadalupe Cantu |
| 2:13-cv-18082 | Flanagan, Madoline & Robert | Flanagan | Madoline C. |
| 2:13-cv-18097 | Hoye, Guadalupe | Hoye | Guadalupe |

| | | | |
|---|---|---|---|
| 2:13-cv-18116 | Jaroch, Cindy & Peter | Jaroch | Cindy Sue Siewerth Jahnke Jaroth |
| 2:13-cv-18236 | Blanton, Pauline | Blanton | Pauline Brooks |
| 2:13-cv-18458 | Gutierrez, Diana aka Gonzalez-Gutierrez, Diana | Gutierrez aka Gonzalez-Gutierrez | Diana A. |
| 2:13-cv-18732 | Watkins, Lenora & Zollie | Watkins | Lenora James Jordan |
| 2:13-cv-18880 | Hampton, Gloria & Richard Furr | Hampton | Gloria Barry |
| 2:13-cv-18931 | Japp, Rebecca Ann | Japp | Rebecca Ann |
| 2:13-cv-19012 | Bjerke, Claudia J. & Rodney | Bjerke | Claudia J. |
| 2:13-cv-19014 | Sobek, Patricia | Sobek | Patricia M. |
| 2:13-cv-19134 | Buchler, Karen & James | Buchler | Karen |
| 2:13-cv-19454 | Davis, Sandra | Davis | Sandra |
| 2:13-cv-19464 | Magrell, Jacqueline Ann & Robert Wayne | Magrell | Jacqueline Ann Taylor Imsicke Schummer |
| 2:13-cv-19484 | Williams, Anna M. | Williams | Anna M. Padilla Hentman Gordon King Shafer |
| 2:13-cv-19485 | Wriston, Kristina L. & David | Wriston | Kristina L. Trice |
| 2:13-cv-19991 | Leonard, Marion | Leonard | Marion Alice Besmehn |
| 2:13-cv-20156 | Johnson, Melody A. | Johnson | Melody A. |
| 2:13-cv-20169 | Shockley, Connie Lynn & Bruce D. | Shockley | Connie Lynn Thies |
| 2:13-cv-20172 | Thomas, Eilene E. & Ronald Eugene | Thomas | Eilene E. |
| 2:13-cv-20178 | Wesson, Carolyn | Wesson | Carolyn Watts Popwell Moore Haney |
| 2:13-cv-20228 | Johnson, Vendola & Victor | Johnson | Vendola Greene |
| 2:13-cv-20275 | Williams, Barbara | Williams | Barbara |
| 2:13-cv-20280 | Anderson, Donna Jean | Anderson | Donna Jean |
| 2:13-cv-20355 | Harris, Alaine Robin | Harris | Alaine Robin |
| 2:13-cv-20361 | Oropeza, Tomasa | Oropeza | Tomasa Tlatenchi |
| 2:13-cv-20492 | Vickers, Stacie | Vickers | Stacie L. |
| 2:13-cv-21014 | Truluck, Lynda Diane & Peter | Truluck | Lynda Diane Carter |
| 2:13-cv-21364 | Miller, Carole A. | Miller | Carole Ann |
| 2:13-cv-21568 | Strom, Betti | Strom | Betti |
| 2:13-cv-21704 | Knox, Florence & Larry | Knox | Florence Daniels |
| 2:13-cv-21876 | Baker, Connie & James | Baker | Connie Lynn |
| 2:13-cv-22024 | Little, Cynthia & George E., Jr. | Little | Cynthia |
| 2:13-cv-22601 | Allen, Cholonda | Allen | Cholonda M. |
| 2:13-cv-22683 | Austin, Dana & Robert | Austin | Dana Lynn Dawson Gadbois |

| | | | |
|---|---|---|---|
| 2:13-cv-22703 | DePatra, Annemarie & Brian | DePatra | Annemarie |
| 2:13-cv-22833 | Cole, Eileen | Cole | Eileen K. Shippie |
| 2:13-cv-23270 | Brown, Kenyetta | Brown | Kenyetta Khadijah |
| 2:13-cv-23618 | Baker, Donna & Darryl | Baker | Donna M. |
| 2:13-cv-23667 | Castro, Debra & Adalberto | Castro | Debra |
| 2:13-cv-23757 | Clouse, Dana | Clouse | Dana L. Jackson |
| 2:13-cv-23842 | Anderson, Jan | Anderson | Jan T. |
| 2:13-cv-23868 | Pipers, Christine | Pipers | Christine R. |
| 2:13-cv-23872 | Huckaby, Frances Donnell | Huckaby | Frances Donnell |
| 2:13-cv-23874 | Rollins, Nikki | Rollins | Nikki Sue Kilbarger Millroy |
| 2:13-cv-23904 | Johnston, Mary & Gary | Johnston | Mary |
| 2:13-cv-23997 | Brazeau, Vikki | Brazeau | Vikki |
| 2:13-cv-24400 | Soley, Elaine D. | Soley | Elaine Dadar |
| 2:13-cv-24924 | Villarreal, Ramona & Roberto | Villarreal | Ramona |
| 2:13-cv-24926 | Williams, Deloris & Wilbur | Williams | Deloris Clay |
| 2:13-cv-24929 | Wynens, Brenda & Stan | Wynens | Brenda Gail Manning |
| 2:13-cv-24953 | Romero, Carmen | Romero | Carmen Asto |
| 2:13-cv-25261 | Bailey, Michelle | Bailey | Michelle Renee |
| 2:13-cv-25345 | King, Mary B. & Dwight | King | Mary B. Newman |
| 2:13-cv-25440 | Baca, Gloria & Juan | Baca | Gloria H. |
| 2:13-cv-25820 | Harding, Sharon & James | Harding | Sharon L. |
| 2:13-cv-26054 | Howell, Mary | Howell | Mary K. |
| 2:13-cv-26071 | Corder, Lyndie Shea & Charlie R., Jr. | Corder | Lyndie Shea Jacobson |
| 2:13-cv-26766 | Glaspie, Bertha | Glaspie | Bertha |
| 2:13-cv-26789 | Conley, Toni | Conley | Toni |
| 2:13-cv-26793 | Bills, Bonnie & George | Bills | Bonnie L. Monroe |
| 2:13-cv-26809 | Cielens, Collette & Andrew | Cielens | Collette Olsen |
| 2:13-cv-26864 | Lucas, Sandra & Donald | Lucas | Sandra Sandy Sandie |
| 2:13-cv-26906 | Petty, Judy | Petty | Judy Helms |
| 2:13-cv-27034 | Haste, Brinda | Haste | Brinda Sue |
| 2:13-cv-27227 | Savage, Linda | Savage | Linda |
| ~~2:13-cv-27362~~ | ~~Kloess, Mildred & Larry, deceased~~ | ~~Kloess~~ | ~~Mildred Idalene Sellers~~ |
| 2:13-cv-27464 | Brandon, Veronica | Brandon | Veronica Kay |
| 2:13-cv-27526 | Galloway, Heather A. & Timothy | Galloway | Heather Anne |
| 2:13-cv-27607 | Guinn, Sandra | Guinn | Sandra L. |
| 2:13-cv-27609 | Hackett, Barbara & Desmond | Hackett | Barbara Ann Bobbie Fain Chambers |
| 2:13-cv-27612 | McAbee, Paris & Fred | McAbee | Paris |
| 2:13-cv-27711 | Shockey, Dawn & Andrew | Shockey | Dawn Marie Sharp Rapp |

| | | | |
|---|---|---|---|
| 2:13-cv-28384 | Bice, Tina & Jack | Bice | Tina Rich |
| 2:13-cv-28401 | Cain, Melissa & Richard, Jr. | Cain | Melissa Murphy Warfield |
| 2:13-cv-28668 | Wogan, Cheryl M. & Fred | Wogan | Cheryl M. Simmons |
| 2:13-cv-28748 | Armes, Regina S. & Scott | Armes | Regina S. Sue Cook |
| 2:13-cv-28755 | Bickerstaff, Tressa L. | Bickerstaff | Tressa Lynne |
| 2:13-cv-28762 | Correll, Kathy | Correll | Kathy Sheril W. |
| ~~2:13-cv-28950~~ | ~~White, Janet~~ | ~~White, Deceased~~ | ~~Janet~~ |
| 2:13-cv-29137 | Livingston, Debra & Perry | Livingston | Debra Moates |
| 2:13-cv-29523 | Jones, Juanita | Jones | Juanita |
| 2:13-cv-29597 | Davis, Janet C. | Davis | Janet C. |
| 2:13-cv-29819 | Pierce, Elaine | Pierce | Elaine |
| 2:13-cv-30044 | Smith, Rashanna | Smith | Rashanna P. |
| 2:13-cv-30198 | McMichen, Theresa & James | McMichen | Theresa Bagby |
| 2:13-cv-30308 | Fisher, Ina Faye & Donald J. | Fisher | Ina Faye |
| 2:13-cv-30693 | Guice, Marilyn K. | Guice | Marilyn Kathleen |
| 2:13-cv-30784 | Black, Kathy | Black | Kathy Kathryn H. Archer |
| 2:13-cv-30921 | Marquez, Maria & Michael | Marquez | Maria L. |
| 2:13-cv-30991 | Thien-Stasko, Vicki & Michael | Thien-Stasko | Vicki Lynn Knepper |
| 2:13-cv-31261 | Campbell, Kristina & Dale O. | Campbell | Kristina Bracksick |
| 2:13-cv-31263 | Nguyen, Thuy & Phu Tan | Nguyen | Thuy Kim |
| 2:13-cv-31323 | Robinson, Brenda & Winford G. | Robinson | Brenda |
| 2:13-cv-31488 | Carter, Vickie & Bradley | Carter | Vickie Griffin |
| 2:13-cv-31534 | Stevens, Chrystal | Stevens | Chrystal |
| 2:13-cv-31638 | Ubiles, Carmen | Ubiles | Carmen |
| 2:13-cv-31739 | Mendez, Vishaka D. | Mendez | Vishaka Deive |
| 2:13-cv-31804 | Diehl, Desiree | Diehl | Desiree R. |
| 2:13-cv-31831 | Bush, Eva | Bush | Eva Couch |
| 2:13-cv-32017 | Jensen, Wonder Charmaine & Lori K. Jensen | Jensen | Wonder Charmaine |
| 2:13-cv-32598 | Brown, Barbara, et al. | Epperson | DeAnna Dani Louise Kester |
| 2:13-cv-32598 | Brown, Barbara, et al. | Nonhof | Laurel A. |
| 2:13-cv-32847 | Carrasco, Sonja & Jesse | Carrasco | Sonja L. |
| ~~2:13-cv-32974~~ | ~~Moses, Megan, et al.~~ | ~~Aldridge~~ | ~~Virginia~~ |
| ~~2:13-cv-32974~~ | ~~Moses, Megan, et al.~~ | ~~Andrews~~ | ~~Dierdre Deirdre~~ |
| ~~2:13-cv-32974~~ | ~~Moses, Megan, et al.~~ | ~~Beatty~~ | ~~Cherie A.~~ |
| ~~2:13-cv-32974~~ | ~~Moses, Megan, et al.~~ | ~~Buit~~ | ~~Sherry~~ |
| ~~2:13-cv-32974~~ | ~~Moses, Megan, et al.~~ | ~~Callear~~ | ~~Tina~~ |
| ~~2:13-cv-32974~~ | ~~Moses, Megan, et al.~~ | ~~Champion~~ | ~~Dorothy Nell~~ |

| | | | |
|---|---|---|---|
| ~~2:13-cv-32974~~ | ~~Moses, Megan, et al.~~ | ~~Conrad~~ | ~~Donna M. Eldridge~~ |
| ~~2:13-cv-32974~~ | ~~Moses, Megan, et al.~~ | ~~Cooper~~ | ~~Charlesetta~~ |
| ~~2:13-cv-32974~~ | ~~Moses, Megan, et al.~~ | ~~Davis~~ | ~~Cynthia~~ |
| ~~2:13-cv-32974~~ | ~~Moses, Megan, et al.~~ | ~~Davis~~ | ~~Dona~~ |
| ~~2:13-cv-32974~~ | ~~Moses, Megan, et al.~~ | ~~Dishon~~ | ~~Michelle~~ |
| ~~2:13-cv-33147~~ | ~~Wigington, Brenda & David~~ | ~~Wigington~~ | ~~Brenda S.~~ |
| 2:13-cv-33148 | Wright, Carmel Lynn & Alfred Charles | Wright | Carmel Lynn Turner |
| 2:13-cv-33235 | Coston, Susan L. | Coston | Susan L. |
| 2:13-cv-33438 | Damron-Hunter, Melissa & Dale | Damron-Hunter | Melissa Kacar |
| 2:13-cv-33445 | Capp, Mandy & Brian | Capp | Mandy |
| 2:13-cv-33599 | Gonzales, Corina & Johnny | Gonzales | Corina |
| 2:13-cv-34044 | Johnson, Gloria J. & Phillip M. | Johnson | Gloria J. |
| 2:13-cv-34056 | Goodman, Gardenia | Goodman | Gardenia |
| 2:13-cv-34059 | DeMasso, Diane | DeMasso | Diane Gross Bauman Walters De Bord |
| 2:13-cv-34061 | Campbell, Charlotte L. & Michael W. | Campbell | Charlotte L. |
| 2:13-cv-34067 | Roberteau, Debra & Wilhien | Roberteau | Debra A. Erebia |
| 2:14-cv-00197 | Williams, Lucinda | Williams | Lucinda |
| ~~2:14-cv-00583~~ | ~~Ruiz, Pamela, et al.~~ | ~~Taylor~~ | ~~Rosalind Diana~~ |
| 2:14-cv-00696 | Ballestero, Sandra J. | Ballestero | Sandra J. Yoders |
| 2:14-cv-00764 | Helton, Barbara & Miller | Helton | Barbara Pugh |
| 2:14-cv-00814 | West, Barbara | West | Barbara |
| 2:14-cv-00818 | Williams, Janet & Gary | Williams | Janet |
| 2:14-cv-00828 | Arnold, Shana | Arnold | Shana Faye Loflin |
| 2:14-cv-00970 | Aguirre, Joyce I. | Aguirre | Joyce Ilene Martin Diaz |
| 2:14-cv-01470 | Fountain, Lynette | Fountain | Lynette Marie |
| 2:14-cv-01495 | Diaz, Maria DeJesus | Diaz | Maria De Jesus |
| 2:14-cv-01614 | Polland, Linda M. | Polland | Linda M. |
| 2:14-cv-01645 | Carter, Patricia L. | Carter | Patricia L. |
| 2:14-cv-01689 | Herman, Nancy & Jeffrey | Herman | Nancy A Boyce |
| 2:14-cv-01690 | Hilliard, Tamara & Bruce | Hilliard | Tamara Lennon |
| 2:14-cv-01793 | DeFiore-Stemick, Cynthia & Gerald | DeFiore-Stemick | Cynthia Lorraine |
| 2:14-cv-01840 | Douthit, Traci Anne & Kevin | Douthit | Traci Ann |
| 2:14-cv-02226 | Millage, Linda & Alan | Millage | Linda |
| 2:14-cv-02254 | Zylstra, Ruth & Morton | Zylstra | Ruth Ann Longoria Emelander |
| 2:14-cv-02900 | Valadez, Ruby & Sergio | Valadez | Ruby Ann Iturbe Perales |
| 2:14-cv-02906 | Fleetwood, Dora & Tony | Fleetwood | Dora Mae |
| 2:14-cv-02911 | Cerkowski-Dahoda, Lisa A. | Cerkowski-Dahoda | Lisa A. |

| | | | |
|---|---|---|---|
| 2:14-cv-02913 | Miranda, Vanessa & James Lewis | Miranda | Vanessa |
| 2:14-cv-03174 | Anderson, Cynthia Sue | Anderson | Cynthia Sue Brindza |
| 2:14-cv-03312 | Johnson, Thebe | Johnson | Thebe Moon |
| 2:14-cv-03317 | Jung, Christina & Jason | Jung | Christina Powell Wilson |
| 2:14-cv-03426 | Mazzagatti, Mary | Mazzagatti | Mary |
| 2:14-cv-03437 | Hackler, Lella | Hackler | Lella B. Cross Johnson Plum Hackathorn |
| 2:14-cv-03463 | Paul, Sandra | Paul | Sandra L. Cotton |
| 2:14-cv-03465 | Perkins, Kristen | Perkins | Kristen M. Kenyon |
| 2:14-cv-04112 | King, Teresa L. & Mark | King | Teresa L. Ward |
| 2:14-cv-04990 | Roberts, Lynda & Gary | Roberts | Lynda A. Anderson |
| 2:14-cv-05329 | Shuler, Monica L. | Shuler | Monica L. Cochrane |
| 2:14-cv-05371 | Teel, Beverly R. & Price | Teel | Beverly R. Monkman Kinder Huffman |
| 2:14-cv-05380 | Torres, Laura | Torres | Laura Ann Vice |
| 2:14-cv-05488 | Smith, Tammy & Robert | Smith | Tammy Lynn McClendon |
| 2:14-cv-05516 | Wade, Diana | Wade | Diana Persinger |
| 2:14-cv-05672 | Liebig, Tracie R. & Joshua Woelke | Liebig | Tracie R. |
| 2:14-cv-06029 | Harrington, Eve | Harrington | Eve Barden |
| 2:14-cv-06501 | Raisor, Victoria & Kelly | Raisor | Victoria L. |
| 2:14-cv-06536 | Arnao, Christine | Arnao | Christine E. |
| 2:14-cv-06995 | Huckabey, Sharon | Huckabey | Sharon |
| 2:14-cv-07021 | Bertolozzi, Denise | Bertolozzi | Denise Galante |
| 2:14-cv-07133 | Karsen, Sandra L. | Karsen | Sandra L. |
| 2:14-cv-07784 | Gold, Ruth | Gold | Ruth Geller |
| 2:14-cv-07895 | Kingston, Victoria Lynn | Kingston | Victoria Lynn |
| 2:14-cv-08420 | Alberti, Lynn C. | Alberti | Lynn C. |
| 2:14-cv-08617 | Verdugo, Gianna | Verdugo | Gianna M |
| 2:14-cv-09197 | McClain, Lynne | McClain | Lynne Perry Halsey |
| 2:14-cv-09421 | Johnson, Denise | Johnson | Denise |
| 2:14-cv-09434 | Mattox, Patricia E. & James A. | Mattox | Patricia E. |
| 2:14-cv-09436 | Horne, Dena M. | Horne | Dena M. Burt |
| 2:14-cv-09438 | Atkins, Sandra A. & Daniel L. | Atkins | Sandra A. |
| 2:14-cv-09442 | Trujillo, Mary Lou & Levi M. | Trujillo | Mary Lou Josie Ortega |
| 2:14-cv-09443 | Abrams, Peggy Sue | Abrams | Peggy Sue |
| 2:14-cv-09445 | Jandrasitz, Joanne A. & William C. | Jandrasitz | Joanne A. |
| 2:14-cv-09479 | Ballew, Judy C. & Jerry, Sr. | Ballew | Judy C. Mentz |
| 2:14-cv-09501 | Miller, Teresa | Miller | Teresa Kay |
| 2:14-cv-09686 | Jones, Rosa Marie & Randy | Jones | Rosa Marie |

|  |  |  |  |
|---|---|---|---|
|  | M. |  |  |
| 2:14-cv-09918 | Adkins, Sherry | Adkins | Sherry Sample |
| 2:14-cv-09928 | Cost, Tracy | Cost | Tracy R. George |
| 2:14-cv-09946 | Goble, Donna | Goble | Donna K. Bickerstaff |
| 2:14-cv-09956 | Saiz, Sofia | Saiz | Sofia E. |
| 2:14-cv-10307 | Sanderson, Tonya & Lonnie | Sanderson | Tonya D. |
| 2:14-cv-10438 | Napier, Dorothy & James | Napier | Dorothy Bagwell |
| 2:14-cv-10516 | Baker, Karen & Charles | Baker | Karen M. |
| 2:14-cv-10518 | Estus, Sandra | Estus | Sanda K. |
| 2:14-cv-10542 | Blankenship, Sharon & Jerry Lee | Blankenship | Sharon J. |
| 2:14-cv-10555 | Gubelli, Jean M. & Lawrence | Gubelli | Jean M. |
| 2:14-cv-10570 | Rogers, Verda Ann & Joseph Franklin | Rogers | Verda Ann |
| 2:14-cv-10589 | Coleman, Dorothy & Ricky | Coleman | Dorothy |
| 2:14-cv-10609 | Whitlow, Jo Beth & William | Whitlow | Jo Beth |
| 2:14-cv-10628 | Scudder, Valerie | Scudder | Valerie J. Smith |
| 2:14-cv-10873 | Henderson, Jennifer L. | Henderson | Jennifer L. |
| 2:14-cv-10881 | Bradshaw, Lorency | Bradshaw | Lorency |
| 2:14-cv-10965 | Kurtz, Brigitte M. | Kurtz | Brigitte M. |
| 2:14-cv-11140 | Brown, Donna & Ronald | Brown | Donna Gail Evans |
| 2:14-cv-11535 | Holsinger, Rebecca & Paul | Holsinger | Rebecca |
| 2:14-cv-11751 | Bond, Joyce Ann & Donald | Bond | Joyce Ann |
| 2:14-cv-12393 | Marquez, Michelle & Nathan | Marquez | Michelle Candelaria |
| 2:14-cv-13274 | Keys, Julia | Keys | Julia N. Brooks |
| 2:14-cv-13389 | Booth, Barbara | Booth | Barbara Dianne |
| 2:14-cv-13606 | Coleman, Lori A. | Coleman | Lori A. Campbell |
| 2:14-cv-13609 | Palma, Gloria | Palma | Gloria |
| 2:14-cv-13926 | Goumaz, Pauline B. | Goumaz | Pauline B. Hancock |
| 2:14-cv-14090 | Crosby, Tina & Michael | Crosby | Tina |
| 2:14-cv-14098 | Jones, Karen A. | Jones | Karen A. |
| 2:14-cv-14189 | Strine, Alice | Strine | Alice Frances Wood |
| 2:14-cv-14351 | Perdue, Karan | Perdue | Karan C. |
| 2:14-cv-14352 | Young, Mary & Frank | Young | Mary Elizabeth |
| 2:14-cv-14497 | Cadle, Shirley | Cadle | Shirley J. Kadle McKinney |
| 2:14-cv-14614 | DuBois, Renee | DuBois | Renee Sherie |
| ~~2:14-cv-15099~~ | ~~Meaige, Freda~~ | ~~Meaige, deceased~~ | ~~Freda L.~~ |
| 2:14-cv-15657 | Marquez-Rey, Brenda | Marquez-Rey | Brenda G. Cox |
| 2:14-cv-15814 | Ayala, Tonya | Ayala | Tonya Briggs Johnson |
| 2:14-cv-15915 | Turner, Melva | Turner | Melva Hardaway |
| 2:14-cv-16841 | Benally, Stella M. | Benally | Stella Mae Scott |

| | | | |
|---|---|---|---|
| 2:14-cv-16842 | Filback, Elizabeth | Filback | Elizabeth Hicks |
| 2:14-cv-17284 | Hall, Libby Rene & Theodore | Hall | Libby Rene Phillips Head |
| 2:14-cv-17418 | Combs, Brenda | Combs | Brenda |
| 2:14-cv-17423 | Harmon, Mary & Boyd | Harmon | Mary Ruth |
| 2:14-cv-17427 | Isaacs, Norma | Isaacs | Norma |
| 2:14-cv-17430 | Morris, Patsy | Morris | Patsy |
| 2:14-cv-17456 | Vealey, Janet & Clinton | Vealey | Janet F. |
| 2:14-cv-17582 | Enos, Darlene | Enos | Darlene |
| 2:14-cv-19390 | Yeazell, Denise & David | Yeazell | Denise L. |
| 2:14-cv-19552 | Garcia, Maricela aka Maricela Sanchez & Geraldo | Garcia | Maricela Sanchez |
| 2:14-cv-19591 | Standifer, Linda & Dewey | Standifer | Linda Anderson |
| 2:14-cv-19768 | Ramirez, Rosa Maria | Ramirez | Rosa Maria |
| 2:14-cv-20046 | Thompson, Catherine | Thompson | Catherine |
| 2:14-cv-20054 | Solis, Loucella & Ernie | Solis | Loucella |
| 2:14-cv-20265 | Robshaw, Sherry & Richard Auger | Robshaw | Sherry L. Chaisson Auger |
| 2:14-cv-20572 | Grandy, Jody | Grandy | Jody Ann Dunn Browder |
| 2:14-cv-20576 | Perry, Ellie | Perry | Ellie May Parent |
| 2:14-cv-20580 | Young, Shannon & John | Young | Shannon Lee Cheshire |
| 2:14-cv-20740 | Stanfield, Maude M. | Stanfield | Maude M. McCarthy |
| ~~2:14-cv-20783~~ | ~~Price, Betty Ann & Vincent~~ | ~~Price, deceased~~ | ~~Betty Ann Johnson~~ |
| 2:14-cv-20797 | Richards, Annette M. & Nathan | Richards | Annette M. Dobbins George |
| 2:14-cv-21738 | Landosky, Tina | Landosky | Tina Marie N. Londowsky |
| 2:14-cv-21861 | Bryant-Robinson, Donna | Bryant-Robinson | Donna Bryant |
| 2:14-cv-22149 | Chookittiampol, Sandra J. & Richie | Chookittiampol | Sandra J. |
| 2:14-cv-23143 | Burgess, Linda & Steve | Burgess | Linda Kay Turner |
| 2:14-cv-23157 | Driver, Christina | Driver | Christina M. Brown |
| 2:14-cv-23181 | Vetrovec, Renee | Vetrovec | Renee Ann Blodgett |
| 2:14-cv-23424 | Stewart, Robbin Hickey | Stewart | Robbin Hickey Seitz Patterson |
| 2:14-cv-23504 | Billings, Tabitha M. | Billings | Tabitha M. Calvert |
| 2:14-cv-23515 | Soares, Elaine | Soares | Elaine Teixeira |
| 2:14-cv-23921 | Myers, Carol | Myers | Carol Dean Spenkelink |
| 2:14-cv-23922 | Wolfe, Melinda | Wolfe | Melinda Madden |
| 2:14-cv-23925 | Hackbarth, Brenda | Hackbarth | Brenda |
| 2:14-cv-24080 | Lovett, Bertiva & James, Jr. | Lovett | Bertiva Norris Thomas |
| 2:14-cv-24291 | Valle-Gil, Esther | Valle-Gil | Esther Flores |
| 2:14-cv-24639 | Bowlus, Dixie | Bowlus | Dixie |
| 2:14-cv-24795 | Petersen, Joan & Charles | Petersen | Joan Belfrage |
| 2:14-cv-24818 | Gilman, Sherry & Elmer | Gilman | Sherry L. Miller |

| 2:14-cv-25229 | Velazquez, Nelida | Velazquez | Nelida Montanez Carlton-Cuevas |
|---|---|---|---|
| 2:14-cv-25443 | Newman, Nora & Mark | Newman | Nora Ellen Havard |
| 2:14-cv-25444 | Garcia-Pointon, Shannon Marie & Mark | Garcia-Pointon | Shannon Marie Hensel |
| 2:14-cv-25567 | Reynolds, Velma & Rusty | Reynolds | Velma Lorraine Lori |
| 2:14-cv-26332 | Lefever, Eva & Robert Charles, II | Lefever | Eva E. Veress |
| 2:14-cv-26572 | Jones, Carolyn & Donald | Jones | Carolyn S. |
| 2:14-cv-26714 | Curran-Padley, Erin & Albert | Curran-Padley | Erin |
| 2:14-cv-26763 | Wright, Kimberly & Bryan | Wright | Kimberly S. Wells |
| 2:14-cv-27214 | Hill, Edna L. | Hill | Edna Louise Parton |
| 2:14-cv-27649 | Douglas, Glenna | Douglas | Glenna Lee |
| 2:14-cv-27650 | Lee, Constance & Francis | Lee | Constance T. Wright |
| 2:14-cv-27653 | Knox, Gayle & Charles | Knox | Gayle Marie Bahakel |
| 2:14-cv-27817 | Andrews, Linda | Andrews | Linda Lanham |
| 2:14-cv-27820 | Hines, Sandra | Hines | Sandra R. Harris |
| 2:14-cv-28072 | Bueno, June | Bueno | June Jinkens |
| 2:14-cv-28124 | Byrum, Candice M. & Terry E. | Byrum | Candice Medellie |
| 2:14-cv-28183 | Moon, Virginia | Moon | Virginia Gehrt |
| 2:14-cv-28184 | Fisher, Marcene | Fisher | Marcene S. |
| 2:14-cv-28195 | Shaak, Jacqueline | Shaak | Jacqueline C. Hosner |
| 2:14-cv-28198 | Shadd, Myrtle & Frank | Shadd | Myrtle L. |
| 2:14-cv-28414 | Bullock, Linda & Raymond | Bullock | Linda Boufford |
| 2:14-cv-28540 | Group, Barbara | Group | Barbara W. Hale |
| 2:14-cv-28738 | Morgan, Gail A. | Morgan | Gail A. |
| 2:14-cv-28812 | Ford, Shannon | Ford | Shannon J. Hill |
| 2:14-cv-28871 | Holloway, Joyce | Holloway | Joyce M. |
| 2:14-cv-29079 | Miller, Rosanne | Miller | Rosanne Vincent |
| 2:14-cv-29083 | McKinnon, Ida | McKinnon | Ida Frances |
| 2:14-cv-29393 | Bowen, Charlotte | Bowen | Charlotte Rouhselang |
| 2:14-cv-29394 | Taveirne, Mary | Taveirne | Mary I. Lamm Dropik |
| 2:14-cv-29477 | Herring, Cheryl | Herring | Cheryl A. Hyden |
| 2:14-cv-29837 | Cromwell, Mary | Cromwell | Mary E. |
| 2:14-cv-29969 | Brogna, Shelia Abbott & Carlo | Brogna | Shelia Abbott |
| 2:14-cv-30001 | Kaiser, Andrea | Kaiser | Andrea L. Cartun Kottler |
| 2:14-cv-30002 | Betts, Brenda | Betts | Brenda D. Dunlap McGraw |
| 2:14-cv-30012 | Gelato, Margaret | Gelato | Margaret Lizanetz |
| 2:14-cv-30013 | Baker, Madeline | Baker | Madeline Midge Morelli Moyer Moore |
| 2:14-cv-30015 | Garcia, Maria I. & George | Garcia | Maria Inez Salinas |

Case 2:12-md-02327 Document 6744 Filed 10/05/18 Page 14 of 16 PageID #: 180459

| | | | |
|---|---|---|---|
| 2:14-cv-30627 | Reeder, Carleen | Reeder | Carleen A. Boucher Holt |
| 2:14-cv-30629 | Revell, Sandy | Revell | Sandy Lee Jarrell |
| 2:14-cv-31320 | Kempa, Geri & Paul | Kempa | Geri Lenee |
| 2:15-cv-00356 | Deshotel, Jayde Marie | Deshotel | Jayde Marie Hawkins |
| 2:15-cv-00531 | Goetz, Harriet | Goetz | Harriet Halliday |
| 2:15-cv-00555 | Byrd, Claudia | Byrd | Claudia Annabell Pendleton |
| 2:15-cv-00560 | Hartman, Judith | Hartman | Judith C. Nyman |
| 2:15-cv-00798 | Baker, Colleen & Ronnie | Baker | Colleen |
| 2:15-cv-00880 | Holliday, Pamela | Holliday | Pamela E. Baines |
| 2:15-cv-01044 | Benitez, Tracy | Benitez | Tracy L. Creasy |
| 2:15-cv-01566 | Stewart, Linda D. | Stewart | Linda D. Logan |
| 2:15-cv-01678 | West, Lynne & James | West | Lynne Campbell |
| 2:15-cv-01822 | Denney-Hutchins, Meredith | Denney-Hutchins | Meredith Seyer |
| 2:15-cv-01890 | Minter, Elizabeth Castleberry | Minter | Elizabeth ElaineCastleberry |
| 2:15-cv-02113 | Thompson, Melinda | Thompson | Melinda Gail |
| 2:15-cv-02265 | Estes, Nancy | Estes | Nancy Carroll Walker |
| 2:15-cv-02267 | Murphy, Suzanne & Tom | Murphy | Suzanne Lizebeth Watts |
| 2:15-cv-03136 | Diaz, Maria De Jesus | Diaz | Maria De Jesus |
| 2:15-cv-03471 | Stamback, Linda & Farrell | Stamback | Linda Pardick Allen Lambertson Patterson |
| 2:15-cv-03662 | Misiaszek, Diane | Misiaszek | Diane M. |
| 2:15-cv-03910 | Nielsen, Carol | Nielsen | Carol Ann |
| 2:15-cv-04277 | Duvall, Lisa | Duvall | Lisa Marie Marshall Shanz |
| 2:15-cv-04304 | Rutledge, Debbie & Garry Don | Rutledge | Debbie Deborah A. |
| 2:15-cv-04461 | Schroeder, Millie C. & Gary | Schroeder | Millie C. Joy |
| 2:15-cv-04586 | Johnson, Patricia Lynn | Johnson | Patricia Lynn |
| 2:15-cv-04710 | Brown, Dorothy | Brown | Dorothy Tidewell |
| 2:15-cv-04763 | LaJoy, Donna M. | LaJoy | Donna M. Baker |
| ~~2:15-cv-04772~~ | ~~Bunch, Sharon~~ | ~~Bunch, deceased~~ | ~~Sharon Holley~~ |
| 2:15-cv-04787 | Cabral, Sandra & Pedro, Jr. | Cabral | Sandra Dasilva |
| 2:15-cv-04812 | Collins, Mary | Collins | Mary S. Wretha |
| 2:15-cv-05062 | Pettis, Carmen | Pettis | Carmen |
| 2:15-cv-05315 | Downing, Brenda Lee | Downing | Brenda Lee Porter |
| 2:15-cv-05316 | Duncan, Darlene | Duncan | Darlene E. Randall |
| 2:15-cv-05319 | Harmon, Katina | Harmon | Katina |
| 2:15-cv-05320 | Huff, Cheryl Lynn & Bobby D. | Huff | Cheryl Lynn French |
| 2:15-cv-05332 | Keen, Carolyn Louise | Keen | Carolyn Louise |
| 2:15-cv-05420 | Wagoner, Margie Pearl | Wagoner | Margie Pearl |
| 2:15-cv-05563 | Aldridge, Carolyn J. | Aldridge | Carolyn J. Steedley |
| ~~2:15-cv-05586~~ | ~~Milam, Billie R.~~ | ~~Milam, deceased~~ | ~~Billie Ruth McKeever~~ |

| | | | |
|---|---|---|---|
| 2:15-cv-05975 | Baty, Tammie Lynne & Byron | Baty | Tammie Lynne |
| 2:15-cv-06138 | Bagley, Andrea L. | Bagley | Andrea L. Gatons Barr Rodeghero |
| 2:15-cv-06324 | Holbert, Tina | Holbert | Tina |
| 2:15-cv-06325 | Gossett, Jill | Gossett | Jill Marie |
| 2:15-cv-06341 | Herila, Lisa | Herila | Lisa Darlene |
| 2:15-cv-06434 | Aviles, Norma A. & Saul Garcia | Aviles | Norma A. Parra |
| 2:15-cv-06803 | Hartweck, Sharon & Tom | Hartweck | Sharon E. |
| 2:15-cv-06919 | Taylor, Telya R. | Taylor | Telya Renee |
| 2:15-cv-06933 | Preston, Ruby | Preston | Ruby |
| 2:15-cv-07315 | Koch, Rebecca | Koch | Rebecca D. Spears Root |
| 2:15-cv-07535 | Blackmon, Carolyn | Blackmon | Carolyn Mullinax Teeler Hodges Blum |
| 2:15-cv-07607 | Simpson, Louise | Simpson | Louise W. Baker |
| 2:15-cv-07753 | Keating, Kelly | Keating | Kelly M. |
| 2:15-cv-08359 | Declue, Donna & Gary | Declue | Donna M. Skaggs Yanes |
| 2:15-cv-08837 | Martinez, Olga E. | Martinez | Olga E. |
| 2:15-cv-09527 | Stanley, Roshunda | Stanley | Roshunda Lyniece Nowels Hatfield |
| 2:15-cv-09623 | Starnes, Glenda Carol | Starnes | Glenda Carol Dean |
| 2:15-cv-09626 | Harris, Chalonda Hope | Harris | Chalonda Hope Mansfield |
| 2:15-cv-09637 | Steinhagen, Catherine Ann & John H. | Steinhagen | Catherine Ann Boyd Spaulding |
| 2:15-cv-10020 | Melton, Lisa | Melton | Lisa Susan Driggers Adams Wainwright |
| 2:15-cv-10986 | Bishop, Itza & Scott | Bishop | Itza Toro |
| 2:15-cv-11137 | Thomas, Lisa | Thomas | Lisa Klingel |
| 2:15-CV-11513 | Kennedy, Amy | Kennedy | Amy N. |
| 2:15-cv-11763 | Barber, Tamara L. & Layne L. | Barber | Tamara L. Sermon |
| 2:15-cv-11804 | Bray, Robin | Bray | Robin Dee Ann DeAnn |
| 2:15-cv-11805 | Carroll, Jane | Carroll | Jane Jordan |
| 2:15-cv-11806 | Cerda, Kenia | Cerda | Kenia Rivera |
| 2:15-cv-11807 | Cropper, Melinda | Cropper | Melinda Ann Smith Bevell |
| 2:15-cv-11809 | Dupree, Constance | Dupree | Constance |
| 2:15-cv-11811 | Hambright, Monica | Hambright | Monica Yvonne |
| 2:15-cv-11812 | Kendzie, Deborah | Kendzie | Deborah A. Close Droman Hawkins Kuntzman |
| 2:15-cv-11817 | Strawser, Pamela | Strawser | Pamela J. Maddox |
| 2:15-cv-11820 | Tingle, Lisa | Tingle | Lisa Denis |
| 2:15-cv-11821 | Wade, Candis | Wade | Candis R. |

| | | | |
|---|---|---|---|
| 2:15-cv-11822 | Walker, Sandra | Walker | Sandra Olivia Wilson |
| 2:15-cv-11823 | Walters, Teresa | Walters | Teresa C. Grainger |
| 2:15-cv-11826 | Youngblood, Barbara | Youngblood | Barbara Grimes |
| 2:15-cv-11828 | Cooper, Delores | Cooper | Delores J. |
| 2:15-cv-11848 | Baker, Carolyn & Julius | Baker | Carolyn Harris |
| 2:15-cv-11999 | Sullivan, Leeanne Marie | Sullivan | Leeanne Marie |
| 2:15-cv-12249 | Holcomb, Rhonda G. & Marc | Holcomb | Rhonda G. Savoy |
| 2:15-cv-12270 | Phillips, Cynthia L. | Phillips | Cynthia Luanne |
| 2:15-cv-12420 | Quillen, Margaret A. & Ronald | Quillen | Margaret A. Greene |
| 2:15-cv-12636 | Eimers, Nancy | Eimers | Nancy |
| 2:15-cv-12713 | Vega, Patricia | Vega | Patricia Simanca |
| 2:15-cv-12872 | Piazza, Paulette | Piazza | Paulette Scheibel |
| 2:15-cv-12940 | Rahman, Lynn | Rahman | Lynn Ann |
| 2:15-cv-12946 | Rodriguez, Sylvia | Rodriguez | Sylvia Hunter Castillo |
| 2:15-cv-12962 | Alexander, Pamela | Alexander | Pamela Denise |
| 2:15-cv-12982 | Paris, Christin | Paris | Christin L. Murphy York |
| 2:15-cv-13025 | Allen, Shirley B. & Charles | Allen | Shirley B. Ridley |
| 2:15-cv-13389 | Clayton, Nartez | Clayton | Nartez Cecillila Donley Thrasher Edes |
| 2:15-cv-13410 | Frazell, Tamyra Lee & Jerome W. | Frazell | Tamyra Lee Townsend Woods |
| 2:15-cv-13579 | Escalera, Ellis | Escalera | Ellis A. Muniz |
| 2:15-cv-13625 | Pettet, Dawn | Pettet | Dawn M. |
| 2:15-cv-13714 | Holston, Judith Gayle | Holston | Judith Gayle |
| 2:15-cv-13892 | Edmonds-Anankwa, Lisa | Edmonds-Anakwa | Lisa |
| 2:15-cv-13899 | Pendleton, Gracie | Pendleton | Gracie Leach |
| 2:15-cv-14323 | Cox, Pamela | Cox | Pamela S. |
| 2:15-cv-14351 | Walker, Patricia | Walker | Patricia D. |
| 2:15-cv-14648 | Arrington, Twyla L. & Samuel C. | Arrington | Twyla Coleen Locke Chambers |
| 2:15-cv-14799 | Flores, Kathleen | Flores | Kathleen J. |
| 2:15-cv-14859 | Benford, Cindy & Dennis | Benford | Cindy J. Gillitzer Bisbee |
| 2:15-cv-14900 | Elias, Kathy | Elias | Kathy J. |
| 2:15-cv-14938 | Hillman, Patricia | Hillman | Patricia Harper |