UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.        )<br>PELVIC REPAIR SYSTEMS    )<br>PRODUCTS LIABILITY LITIGATION  ) | MDL NO.: 2327 |

## ORDER AUTHORIZING THE USE OF THE HARRY F. BELL QUALIFIED SETTLEMENTS FUND SUBACCOUNT FOR COMMON BENEFIT ATTORNEY FEES AND COSTS PAID TO HARRY F. BELL

Upon the Motion of Harry F. Bell, Jr., one of the Plaintiffs' Counsel in this matter, this Court issues the following Order authorizing the Common Benefit Fee and Cost Committee to pay Common Benefit attorney fee and cost payments to Harry F. Bell into the Harry F. Bell Qualified Settlements Fund Subaccount, with said Fund being approved by the Court's Pretrial Order #277 [ECF No. 5186].

**DONE** and **ORDERED** this _____ day of _____, 2018.

_____
JUDGE