# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-F and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs.

Respectfully:

| | |
|---|---|
| /s/ Barbara Binis | /s/ Erik W. Legg |
| Barbara Binis | Erik W. Legg |
| REED SMITH | FARRELL WHITE & LEGG |
| Three Logan Square, Suite 3100 | P. O. Box 6457 |
| 1717 Arch Street | Huntington, WV 25772-6457 |
| Philadelphia, PA 19103 | 304.522.9100 (phone) |
| 215.851.8100 (phone) | 304.522.9162 (fax) |
| 215.851.1420 (fax) | EWL@farrell3.com |
| bbinis@reedsmith.com | |

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Grant Lavalle Davis
Grant Lavalle Davis
DAVIS BETHUNE & JONES
Suite 2930
1100 Main Street
Kansas City, MO 64105
816.421.1600 (phone)
816.472.5972 (fax)
gdavis@dbjlaw.net
*Attorney for Plaintiffs on Exhibit A*

/s/ David M. Peterson
David M. Peterson
PETERSON & ASSOCIATES
Suite 107
801 West 47th Street
Kansas City, MO 64112-1253
816.531.0440 (phone)
816.531.0660 (fax)
dmp@petersonlawfirm.com
*Attorney for Plaintiffs on Exhibit B*

/s/ David G. Summers
David G. Summers
SUMMERS & JOHNSON
717 Thomas Street
Weston, MO 64098
816.640.9940 (phone)
816.386.9927 (fax)
david@summersandjohnson.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Raymond Joseph Kramer
Raymond Joseph Kramer
TORHOERMAN LAW
Suite 2650
227 West Monroe Street
Chicago, IL 60606
312.372.4800 (phone)
312.284.4914 (fax)
joe@thlawyer.com
*Attorney for Plaintiffs on Exhibit D*

/s/ Thomas P. Cartmell
Thomas P. Cartmell
WAGSTAFF & CARTMELL
Suite 300
4740 Grand Avenue
Kansas City, MO 64112
816.701.1100 (phone)
816.531.2372 (fax)
tcartmell@wcllp.com
*Attorney for Plaintiffs on Exhibit E*

/s/ Joseph J. Zonies
Joseph J. Zonies
ZONIES LAW
Suite 203
1900 Wazee Street
Denver, CO 80202
720.464.5300 (phone)
720.961.9252 (fax)
jzonies@zonieslaw.com
*Attorney for Plaintiffs on Exhibit F*

Dated: October 8, 2018

## EXHIBIT A – DAVIS BETHUNE & JONES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-15149 | Mary Frank, Leon Frank v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

## EXHIBIT B – PETERSON & ASSOCIATES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-19804 | Mary Sanchez v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:15-CV-09939 | Catharine Kinstler v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:15-CV-11662 | Delores Hood v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:16-CV-04196 | Rose Anderson v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |

## EXHIBIT C – SUMMERS & JOHNSON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-16175 | Cassandra Sutton, Robert Sutton v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |

## EXHIBIT D – TOR HOERMAN LAW

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-CV-02671 | Pauline Bascom, Billy Lee Bascom v. American Medical Systems, Inc. |

**EXHIBIT E – WAGSTAFF & CARTMELL**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-00969 | Margaret Gray v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:12-CV-09297 | Rita Rollin v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:13-CV-00158 | Cynthia Roberts v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:13-CV-00222 | Audrey Fenceroy, Johnny Fenceroy v. American Medical Systems, Inc., Boston Scientific Corporation, Ethicon Inc., Johnson & Johnson |
| 2:13-CV-01522 | Lula Slone v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:13-CV-23790 | Brenda Lau Vandewalker, Duane Vandewalker v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:13-CV-28036 | Ida Huff, James Huff v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:14-CV-13613 | Katrenia Andrues, Scott Andrues v. American Medical Systems, Inc., C. R. Bard, Inc., Ethicon, Inc., Tissue Science Laboratories Limited, Johnson & Johnson |
| 2:14-CV-17913 | Tamberlyn Moyers, Tony Moyers v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:14-CV-23496 | Marybell Little Big Eagle, Little Big Eagle v. American Medical Systems, Inc. |
| 2:14-CV-25602 | Susan Sides v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:15-CV-05278 | Carol Sherman, Michael C. Sherman v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:15-CV-08197 | Terina Yusufi v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:15-CV-16400 | Virginia Dowden, Ronald L. Dowden v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:16-CV-00253 | Kathleen Worthington, Dale Worthington v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:16-CV-00258 | Jeanette Rebello, Stanley Rebello v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:16-CV-03258 | Darlene Simion v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:16-CV-03350 | Misty Morgese v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:16-CV-03464 | Madeline Scoville, Clark Scoville v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

| | |
|---|---|
| 2:16-CV-09124 | Carol Tomas v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:17-CV-02103 | Linda Bautista v. American Medical Systems, Inc. |
| 2:17-CV-02927 | Nellie Cleland v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:17-CV-02940 | Ivonny Kiess v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |

**EXHIBIT F – ZONIES LAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-03303 | Lana McKenzie v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:15-CV-01314 | Susan Polizzi, Douglas Polizzi v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis