IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
         PELVIC REPAIR SYSTEM                                MDL NO. 2327
         PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon Defendants") pursuant to the procedures established by Pretrial Order ("PTO") No. 302. *See* PTO No. 302, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020].

As stated in PTO No. 302, the Court established certain procedures to prompt dismissals of settled cases. Under these procedures, the Court directed the Ethicon Defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the Court also mandated that the Ethicon Defendants file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon Defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the Court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The Court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 9, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Civil Action Number | Case Name | ECF Number Corresponding to the Motion |
|---|---|---|
| 2:13-cv-13118 | Gresham, et al. vs. Ethicon, Inc., et al. | 11 |
| ~~2:13-cv-28856~~ | ~~Greve, et al. vs. Ethicon, Inc., et al.~~ | ~~14~~ |
| 2:14-cv-11935 | Griffin, et al. vs. Ethicon, Inc., et al. | 10 |
| 2:14-cv-15722 | Grossi, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-14025 | Grossnickle vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-07843 | Guillen vs. Ethicon, Inc. et al. | 11 |
| 2:16-cv-04969 | Guin, et al. vs. Ethicon, Inc. et al. | 8 |
| 2:13-cv-32167 | Harris, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-11510 | Herron, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-11186 | Horton vs. Ethicon, et al. | 11 |
| 2:13-cv-13739 | Hren, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-10856 | Hubers vs. Ethicon, Inc., et al. | 14 |
| 2:13-cv-15904 | Jacobson vs. Ethicon, Inc. et al. | 17 |
| 2:14-cv-11947 | Janney, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-11825 | Jennings vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-18390 | Jobe, et al. vs. Ethicon, Inc. et al. | 11 |
| 2:13-cv-23698 | Johnson, et al. vs. Ethicon, Inc., et al. | 14 |
| 2:15-cv-08927 | Johnson, et al. vs. Ethicon, Inc., et al. | 10 |
| 2:14-cv-18531 | Johnson, et al. vs. Ethicon, Inc., et al. | 12 |
| 2:14-cv-18534 | Jones, et al. vs. Ethicon, Inc. et al. | 11 |
| 2:13-cv-31478 | Jordan vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-10897 | Kesler, et al. vs. Ethicon, Inc,., et al | 15 |
| 2:13-cv-33460 | Khan, et al. vs. Ethicon, Inc., et al. | 10 |
| 2:13-cv-14994 | Kindred, et al. vs. Ethicon, Inc., et al. | 19 |
| 2:13-cv-21358 | Kubera, et al. vs. Ethicon, Inc., et al. | 13 |
| 2:14-cv-28519 | Kyle, et al. vs. Ethicon, Inc., et al | 9 |
| 2:14-cv-00514 | Kavin-Mond, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-21127 | Lawson, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-12202 | Lee vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-19575 | Lewis, et al. vs. Ethicon, Inc., et al. | 12 |
| 2:13-cv-21354 | Lewis vs. Ethicon, Inc., et al. | 15 |
| 2:14-cv-11089 | Love vs. Ethicon, Inc. | 12 |
| 2:13-cv-16929 | Luis-Delacrua, et al. vs. Ethicon, Inc., et al. | 13 |
| 2:13-cv-14865 | Macias vs. Ethicon, Inc., et al. | 13 |
| 2:13-cv-24580 | Marbury, et al. vs. Ethicon, Inc., et al. | 10 |
| 2:14-cv-19428 | Marler vs. Ethicon, Inc., et al. | 12 |

| 2:16-cv-00475 | Marrero, et al. vs. Ethicon, Inc., et al. | 9 |
|---|---|---|
| 2:14-cv-13131 | Mayfield vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-12794 | Mazur, eta al. vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-15901 | McDonald vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-21196 | McGinnis, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-18856 | Medellin, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-11885 | Melton vs. Ethicon, Inc., et al. | 7 |
| 2:13-cv-17720 | Mencer, et al. vs. Ethicon, Inc., et al. | 12 |
| 2:13-cv-12856 | Merritt, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-18407 | Mills, et al. vs. Ethicon, Inc., et al. | 7 |
| 2:13-cv-20566 | Milton vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-33454 | Mitchell, et al. vs. Ethicon, Inc., et al. | 10 |
| 2:13-cv-31131 | Mitchell, et al. vs. Ethicon, Inc., et al. | 10 |
| 2:14-cv-19426 | Montoya vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-13109 | Moody vs. Ethicon, Inc. et al. | 11 |
| 2:13-cv-28184 | Moyer vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-15243 | Muniz vs. Ethicon, Inc., et al. | 14 |
| 2:13-cv-20626 | Mustalish, et al. vs. Ethicon, Inc. et al. | 11 |
| 2:14-cv-16707 | Nirschl, et al. vs. Ethicon, Inc., et al | 11 |
| 2:13-cv-20535 | O'Hara, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-32163 | Paradis vs. Ethicon, Inc., et al. | 10 |
| 2:13-cv-20613 | Parrish, et al. vs. Ethicon, Inc., et al. | 10 |
| 2:16-cv-04743 | Penuel vs. Ethicon, Inc., et al | 10 |
| 2:13-cv-31670 | Perkinson, et al., vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-11185 | Pheglry vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-27933 | Phillips, et al. vs. Ethicon, Inc., et al. | 15 |
| 2:13-cv-32651 | Plata, et al. vs, Ethicon, Inc., et al. | 12 |
| 2:14-cv-19816 | Polston, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-11651 | Ray, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-32539 | Rogers, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-31931 | Romero, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-15715 | Romp vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-31673 | Sammons vs. Ethicon, Inc., et al. | 12 |
| 2:13-cv-20564 | Sanders, et al. vs. Ethicon, Inc. et al. | 11 |
| 2:13-cv-17453 | Sass, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-16128 | Satterfield vs. Ethicon, Inc., et al. | 13 |
| 2:13-cv-32536 | Schneider, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-12184 | Sears vs. Ethicon, Inc., et al. | 13 |
| 2:13-cv-32535 | Settimi, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-31132 | Sherwood, et al. vs. Ethivon, Inc., et al. | 10 |
| 2:13-cv-14999 | Simpson, et al. vs. Ethicon, Inc., et al. | 13 |

| 2:13-cv-20544 | Singleton, et al. vs. Ethicon, Inc., et al. | 15 |
| --- | --- | --- |
| 2:13-cv-33871 | Smart, et al. vs. Ethicon, Inc., et al. | 10 |
| 2:13-cv-21134 | Smith, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-12879 | Smith, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-12209 | Sookra vs. Ethicon, Inc., et al. | 12 |
| 2:13-cv-21016 | Stang, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:16-cv-04816 | Stasiak, et al. vs. Ethicon, Inc., et al. | 10 |
| 2:14-cv-27625 | Stephens vs. Ethicon, Inc., et al. | 9 |
| 2:14-cv-19127 | Striefel, et al. vs. Ethicon, Inc., et al | 11 |
| 2:16-cv-5008 | Suarez vs. Ethicon, Inc., et al. | 10 |
| 2:14-cv-07207 | Woodall, et al. vs. Ethicon, Inc., et al. | 16 |
| 2:14-cv-15134 | Thornton, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-32165 | Turner vs. Ethicon, Inc., et al | 10 |
| 2:14-cv-14464 | Underwood vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-15312 | Verburg, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-14684 | Viau vs. Ethicon, Inc., et al. | 13 |
| 2:14-cv-23718 | Walters, et al. vs. Ethicon, Inc., et al. | 9 |
| 2:13-cv-29489 | Waske, et al. vs. Ethicon, Inc., et al. | 12 |
| 2:16-cv-04904 | Watts, et al. vs. Ethicon, Inc. et al. | 10 |
| 2:13-cv-26587 | Webb, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-30121 | Wesson vs. Ethicon, Inc., et al. | 12 |
| 2:14-cv-14465 | Willis, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-14463 | Wilson, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:14-cv-10702 | Woodring, et al. vs. Ethicon, Inc., et al. | 14 |
| 2:13-cv-13119 | Wright, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:13-cv-15409 | Wyss, et al. vs. Ethicon, Inc., et ak, | 13 |
| 2:13-cv-31661 | Youschuk vs. Ethicon, Inc., et al. | 12 |
| 2:13-cv-20618 | Zito, et al. vs. Ethicon, Inc., et al. | 15 |
| 2:14-cv-19122 | Zupan, et al. vs. Ethicon, Inc., et al. | 11 |
| 2:16-cv-00612 | Allen v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01550 | Allen v. Ethicon, Inc. et al | 10 |
| 2:14-cv-13062 | Alamaraz v. Ethicon, Inc. et al | 12 |
| 2:16-cv-01035 | Andersen v. Ethicon, Inc, et al | 10 |
| 2:15-cv-14619 | Anderson et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-06059 | Appelberg v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01552 | Arenivas v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00850 | Arguelles v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01434 | Arsenault v. Ethicon, Inc. et al | 7 |
| 2:17-cv-01555 | Arteaga v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01576 | Atkins v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00606 | Aucoin v. Ethicon, Inc. et al | 10 |

| | | |
|---|---|---|
| 2:16-cv-01167 | Baber et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-28176 | Bailey et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-28653 | Baker et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-28654 | Barboza v. Ethicon, Inc. et al | 11 |
| 2:17-cv-01435 | Barlage v. Ethicon, Inc. et al | 7 |
| 2:16-cv-01037 | Barlow et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-11503 | Barnett et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-02896 | Barron v. Ethicon, Inc. et al | 12 |
| 2:14-cv-14445 | Bartlett v. Ethicon, Inc. et al | 14 |
| 2:16-cv-00766 | Beard-Woiderski et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-03573 | Beeler et al v. Ethicon, Inc. et al | 17 |
| 2:12-cv-03074 | Berry et al v. Ethicon, Inc. et al | 68 |
| 2:16-cv-00604 | Biechy et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-02251 | Birt et al v. Ethicon, Inc. et al | 67 |
| 2:12-cv-09093 | Black et al v. Ethicon, Inc. et al | 17 |
| 2:14-cv-25501 | Bogaards et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-30332 | Bowden et al v.Ethicon, Inc. et al | 15 |
| 2:15-cv-14615 | Boyd et al v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01578 | Brenly v. Ethicon, Inc. et al | 10 |
| 2:14-cv-15521 | Brito et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-33133 | Brockman et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-10950 | Brown et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-01053 | Brown et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-30341 | Brown et al v. Ethicon, Inc. et al | 12 |
| 2:17-cv-01580 | Brown v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11294 | Burns et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-11256 | Burrow v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01581 | Bush v. Ethicon, Inc. et al | 10 |
| 2:13-cv-09060 | Bute et al v. Ethicon, Inc. et al | 12 |
| 2:17-cv-01582 | Cadotte v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01445 | Cadran v. Ethicon, Inc. et al | 7 |
| 2:16-cv-00600 | Caplain et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00732 | Carithers et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-01194 | Casias et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-28656 | Castillo v. Ethicon, Inc. et al | 11 |
| 2:17-cv-01446 | Castro-Soto v. Ethicon, Inc. et al | 7 |
| 2:17-cv-01447 | Chaplin v. Ethicon, Inc. et al | 7 |
| 2:16-cv-00731 | Chase et al v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01583 | Christensen v. Ethicon, Inc. et al | 10 |
| 2:16-cv-01198 | Cigainero et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-28657 | Clark et al v. Ethicon, Inc.et al | 11 |

| 2:14-cv-15544 | Clark v. Ethicon, Inc. et al | 17 |
|---|---|---|
| 2:13-cv-30626 | Cleveland v. Johnson & Johnson et al | 12 |
| 2:13-cv-31147 | Cline v. Ethicon, Inc. et al | 11 |
| 2:16-cv-00843 | Cochardo et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00849 | Coe v. Ethicon, Inc. et al | 10 |
| 2:14-cv-16393 | Cogzill et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-01216 | Cohen et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-01217 | Cole et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-14500 | Combs v. Ethicon, Inc. et al | 11 |
| 2:17-cv-01448 | Conaway v. Ethicon, Inc. et al | 7 |
| 2:13-cv-31152 | Cooper et al v. Ethicon, Inc. et al | 11 |
| 2:17-cv-01584 | Corbin v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01585 | Crawford v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01586 | Crouch v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00598 | Crow et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-15561 | Crowley et al v. Ethicon, Inc. et al | 8 |
| 2:16-cv-00709 | Cruz v. Ethicon, Inc. et al | 10 |
| 2:16-cv-01219 | Cupp et al v. Ethicon, Inc et al | 10 |
| 2:14-cv-10732 | Smith-Cyphers et al v. Ethicon, Inc. et al | 13 |
| 2:17-cv-01587 | D'Antonio v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00737 | Davis v. Ethicon, Inc.et al | 10 |
| 2:13-cv-28172 | Davis et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-09061 | Dawson et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-00608 | Delmage et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-01220 | Demske et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-30634 | DiCarlo et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-31442 | Dible v. Ethicon, Inc. et al | 11 |
| 2:13-cv-30642 | Donnelly v. Ethicon, Inc. et al | 12 |
| 2:14-cv-10953 | Duluk v. Ethicon, Inc. et al | 12 |
| 2:13-cv-28171 | Earwood et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-00480 | Farrow v. Ethicon, Inc. et al | 10 |
| 2:15-cv-06046 | Fauris v. Ethicon, Inc. et al | 10 |
| 2:13-cv-30292 | Fernandez v. Ethicon, Inc. et al | 11 |
| 2:13-cv-07269 | Fetters et al v. Ethicon, Inc. et al | 12 |
| 2:17-cv-01453 | Figge v. Ethicon, Inc. et al | 7 |
| 2:14-cv-13063 | Flowers et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-01078 | Folsom et al v. Ethicon, Inc. et al | 12 |
| 2:17-cv-01454 | Ford-Victory v. Ethicon, Inc. et al | 7 |
| 2:15-cv-14664 | Foster et al v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01595 | Foster v. Ethicon, Inc. et al | 10 |
| 2:12-cv-00878 | Fox et al v. Ethicon, Inc. et al | 143 |

| | | |
|---|---|---|
| 2:17-cv-01456 | Frazier v. Ethicon, Inc. et al | 7 |
| 2:17-cv-01596 | Frederick v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01457 | Freeman v. Ethicon, Inc. et al | 7 |
| 2:16-cv-00513 | Garceau et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29627 | Gardner et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-08013 | Geisinger et al Ethicon, Inc. et al | 11 |
| 2:12-cv-08411 | Glissman v. Ethicon, Inc. et al | 12 |
| 2:14-cv-10554 | Goble et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-01168 | Gossens et al v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01459 | Grubert v. Ethicon, Inc. et al | 7 |
| 2:17-cv-01597 | Haider v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00733 | Hampton et al v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01607 | Hart v. Ethicon, Inc. et al | 10 |
| 2:16-cv-11413 | Hausdorfer v. Ethicon, Inc. et al | 9 |
| 2:14-cv-10954 | Hensley v. Ethicon, Inc. et al | 12 |
| 2:15-cv-14667 | Higgs et al v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01599 | Holmes v. Ethicon, Inc. et al | 10 |
| 2:13-cv-28181 | Bertuzzi v. Ethicon, Inc. et al | 11 |
| 2:15-cv-11293 | Horton et al v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01867 | Howerton v. Ethicon, Inc. et al | 11 |
| 2:15-cv-01985 | Hughes v. Ethicon, Inc. et al | 10 |
| 2:15-cv-14659 | Hughes v. Ethicon, Inc. et al | 10 |
| 2:14-cv-15549 | Hunting et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-11596 | Icasiano v. Ethicon, Inc. et al | 13 |
| 2:17-cv-01464 | Ingle v. Ethicon, Inc. et al | 7 |
| 2:13-cv-11956 | James-Margison et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-01240 | Johnson v. Ethicon, Inc. et al | 12 |
| 2:16-cv-00603 | Johnson v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00711 | Jourdan et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-15543 | Keck v. Ethicon, Inc. et al | 14 |
| 2:17-cv-01602 | Kiburz v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00840 | Kido v. Ethicon, Inc. et al | 10 |
| 2:16-cv-01027 | Kiersy et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-15523 | Kimmel et al v. Ethicon, Inc. et al | 12 |
| 2:17-cv-01667 | Kinney v. Ethicon, Inc. et al | 14 |
| 2:15-cv-14985 | Kissee et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-00773 | Klein et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-01028 | klonowski et al v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01668 | Krebs v. Ethicon, Inc. et al | 11 |
| 2:13-cv-32000 | Kuzma et al v. Ethicon, Inc. et al | 15 |
| 2:16-cv-00493 | Lacey v. Ethicon, Inc. et al | 10 |

| | | |
|---|---|---|
| 2:14-cv-10738 | LaRose et al v. Ethicon, Inc. et al | 13 |
| 2:17-cv-01729 | LaRue v. Ethicon, Inc. et al | 10 |
| 2:14-cv-14505 | Lassiter v, Ethicon, Inc. et al | 12 |
| 2:16-cv-00745 | Laughlin v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01899 | Leech v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01473 | Lemon v. Ethicon, Inc. et al | 7 |
| 2:16-cv-01242 | Lewis v. Ethicon, Inc. et al | 10 |
| 2:14-cv-26764 | Lewis et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-01017 | Lobbestael et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00499 | Love et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-01016 | Love v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00742 | Lovell et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00734 | Lowe v. Ethicon, Inc. et al | 10 |
| 2:14-cv-23852 | Lucas v. Ethicon, Inc. et al | 11 |
| 2:13-cv-28661 | Lugo v. Ethicon, Inc. et al | 16 |
| 2:14-cv-02580 | Lupton et al v. Ethicon, Inc. et al | 12 |
| 2:17-cv-01671 | Lybarger v. Ethicon, Inc. et al | 10 |
| 2:16-cv-00740 | MacFarlane et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-01018 | Remington-Madison et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-28655 | Magno-Buppersberger et al v. Ethicon, Inc. et al | 11 |
| 2:17-cv-01477 | Martensen v. Ethicon, Inc. et al | 7 |
| 2:17-cv-01479 | Martin v. Ethicon, Inc. et al | 7 |
| 2:17-cv-01673 | Martinez v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01480 | Mayfield v. Ethicon, Inc. et al | 7 |
| 2:17-cv-01484 | McAfee v. Ethicon, Inc. et al | 7 |
| 2:17-cv-01675 | McCarley v. Ethicon, Inc. et al | 10 |
| 2:14-cv-07522 | McGuire et al v. Ethicon, Inc. et al | 12 |
| 2:17-cv-01283 | McIntire v. Ethicon, Inc. et al | 11 |
| 2:17-cv-01677 | McKee v. Ethicon, Inc. et al | 10 |
| 2:14-cv-10961 | McQuarrie v. Ethicon, Inc. et al | 12 |
| 2:14-cv-24071 | Menchace et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-01029 | Mesar et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-02360 | Montera et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-28662 | Morgan v. Ethicon, Inc. et al | 11 |
| 2:15-cv-16067 | Morrison et al v. Ethicon, Inc. et al | 9 |
| 2:17-cv-01678 | Morrow v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01489 | Mueller v. Ethicon, Inc. et al | 7 |
| 2:16-cv-01208 | Muniz v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01679 | Nagy v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01680 | Nelson, v. Ethicon, Inc. et al | 10 |
| 2:13-cv-03579 | Neumann v. Ethicon, Inc. et al | 14 |

| 2:14-cv-10985 | Nichols v. Ethicon, Inc. et al | 12 |
|---|---|---|
| 2:17-cv-01490 | Norton v. Ethicon, Inc. et al | 7 |
| 2:16-cv-01014 | Nunn v. Ethicon, Inc. et al | 10 |
| 2:16-cv-01205 | Nunnery et al v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01681 | O'Brien v. Ethicon, Inc. et al | 10 |
| 2:13-cv-28663 | O'Bryant et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-14171 | O'Dell v. Ethicon, Inc. et al | 12 |
| 2:16-cv-00707 | Orsak et al v. Ethicon, Inc. et al | 8 |
| 2:17-cv-01491 | Osborne v. Ethicon, Inc. et al | 7 |
| 2:14-cv-07492 | Otkin v. Ethicon, Inc. et al | 12 |
| 2:17-cv-01682 | Papalia v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01492 | Parent v. Ethicon, Inc. et al | 7 |
| 2:14-cv-16397 | Parton v. Ethicon, Inc. et al | 12 |
| 2:17-cv-01493 | Pease v. Ethicon, Inc. et al | 7 |
| 2:15-cv-11289 | Perez et al. v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01687 | Perkins v. Ethicon, Inc. et al | 11 |
| 2:13-cv-31747 | Phelps et al v. Ethicon, Inc. et al | 11 |
| 2:17-cv-01690 | Pilgrim v. Ethicon, Inc. et al | 10 |
| 2:16-cv-12603 | Powell v. Ethicon, Inc. et al | 10 |
| 2:13-cv-02370 | Rader et al v. Ethicon, Inc. et al | 18 |
| 2:17-cv-01494 | Ramierez v. Ethicon, Inc. et al | 7 |
| 2:17-cv-01495 | Randle v. Ethicon, Inc. et al | 7 |
| 2:17-cv-01749 | Redmon v. Ethicon, Inc. et al | 10 |
| 2:14-cv-19967 | Reece v. Ethicon, Inc. et al | 12 |
| 2:16-cv-00848 | Reed et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-14169 | Reed et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-01263 | Richards et al v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01496 | Rick v. Ethicon, Inc. et al | 7 |
| 2:17-cv-01497 | Ridout v. Ethicon, Inc. et al | 7 |
| 2:16-cv-00847 | Riley et al v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01541 | Robbins v. Ethicon, Inc. et al | 7 |
| 2:15-cv-14660 | Robinson et al v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01498 | Robinson-Heard v. Ethicon, Inc. et al | 7 |
| 2:16-cv-01261 | Rock et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-31436 | Rogers et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-31676 | Rohbuch et al v. Ethicon, Inc. et al | 11 |
| 2:17-cv-01499 | Romani v. Ethicon, Inc. et al | 7 |
| 2:17-cv-01712 | Rose v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01500 | Rush v. Ethicon, Inc. et al | 7 |
| 2:14-cv-26762 | Rustad v. Ethicon, Inc. et al | 11 |
| 2:13-cv-28170 | Ryan v. Ethicon, Inc. et al | 11 |

| | | |
|---|---|---|
| 2:13-cv-28665 | Salmi et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-01260 | Sanders v. Ethicon, Inc. et al | 10 |
| 2:14-cv-13066 | Saunders et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-09066 | Schoppol et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-06062 | Secore-Erbland et al v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01684 | Seely v. Ethicon, Inc. et al | 10 |
| 2:16-cv-01237 | Seymour et al v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01719 | Shadwick v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01503 | Sheaves v. Ethicon, Inc. et al | 7 |
| 2:17-cv-01504 | Silva v. Ethicon, Inc. et al | 7 |
| 2:13-cv-30289 | Sizemore v. Ethicon, Inc. et al | 11 |
| 2:16-cv-00602 | Smith et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-28666 | Smolder et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-28166 | Sparks et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-11262 | Spitzengel et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-15279 | Starzinski et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-07266 | Strayer et al v. Ethicon, Inc.et al | 14 |
| 2:17-cv-01156 | Sugerman v. Ethicon, Inc. et al | 11 |
| 2:17-cv-01505 | Sutherland v. Ethicon, Inc. et al | 7 |
| 2:12-cv-09247 | Sutter v. Ethicon, Inc. et al | 14 |
| 2:14-cv-14167 | Switzer v. Ethicon, Inc. et al | 15 |
| 2:14-cv-16399 | Tackett v. Ethicon, Inc. et al | 12 |
| 2:17-cv-01506 | Talley v. Ethicon, Inc. et al | 7 |
| 2:13-cv-30875 | Taylor et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-31678 | Thomas et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-02306 | Tidwell et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-10907 | Trento v. Ethicon, Inc. et al | 11 |
| 2:15-cv-02006 | Unseth et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-15519 | Vendlands et al v. Ethicon, Inc. et al | 12 |
| 2:17-cv-01723 | Vowles v. Ethicon, Inc. et al | 10 |
| 2:17-cv-01724 | Weishaupt v. Ethicon, inc. et al | 10 |
| 2:15-cv-14665 | Wells et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-32923 | Westbrook et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-30297 | Winkler et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-10989 | Wissen v. Ethicon, Inc. et al | 12 |
| 2:17-cv-01725 | Woloch v. Ethicon, Inc. et al | 10 |
| 2:15-cv-06223 | Wood et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-09327 | Wright v. Ethicon, Inc. et al | 9 |
| 2:15-cv-06060 | Wunderle v. Ethicon, Inc. et al | 9 |
| 2:17-cv-01514 | Wylie v. Ethicon, Inc. et al | 7 |
| 2:17-cv-01515 | Yeager v. Ethicon, Inc. et al | 7 |

| | | |
|---|---|---|
| 2:14-cv-14175 | Zapata et al v. Johnson & Johnson, et al | 14 |
| 2:17-cv-01728 | Ziemba v. Ethicon, Inc. et al | 10 |
| 2:13-cv-13186 | Anderson et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-15523 | Anderson v. Ethicon, Inc. et al | 14 |
| 2:13-cv-01648 | Anthony v. Ethicon, Inc. et al | 16 |
| 2:13-cv-05857 | Barbour et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-15524 | Barr et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-01927 | Belco et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-13849 | Bellino et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-15619 | Black et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-01349 | Blanton v. Ethicon, Inc. et al | 31 |
| 2:12-cv-02939 | Blickhan v. Ethicon, Inc. et al | 28 |
| 2:13-cv-15507 | Bowen et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-07061 | Bradburn et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-02283 | Braden et al v. Ethicon, Inc. et al | 58 |
| 2:12-cv-02414 | Carroll et al v. Ethicon, Inc. et al | 84 |
| 2:13-cv-26910 | Cervantes v. Ethicon, Inc. et al | 11 |
| 2:12-cv-02934 | Cullipher v. Ethicon, Inc. et al | 73 |
| 2:13-cv-13807 | DeBorja v. Ethicon, Inc. et al | 14 |
| 2:13-cv-31530 | Devries v. Ethicon, Inc. et al | 11 |
| 2:15-cv-15282 | Dorsey v. Ethicon, Inc. et al | 11 |
| 2:13-cv-16391 | Doss v. Ethicon, Inc. et al | 12 |
| 2:12-cv-01728 | Dotson v. Ethicon, Inc. et al | 35 |
| 2:13-cv-03671 | Engman v. Ethicon, Inc. et al | 15 |
| 2:13-cv-01928 | White v. Ethicon, Inc. et al | 21 |
| 2:16-cv-03103 | Falco et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-21225 | Falgout et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-09125 | Finkel v. Ethicon, Inc. et al | 16 |
| 2:16-cv-01015 | Gamboa v. Ethicon, Inc. et al | 11 |
| 2:12-cv-06473 | Gaston v. Ethicon, Inc. et al | 35 |
| 2:13-cv-10124 | Goldsmith v. Ethicon, Inc. et al | 13 |
| 2:12-cv-01763 | Haley v. Ethicon, Inc. et al | 39 |
| 2:12-cv-08574 | Hebb et al v. Ethicon, Inc. et al | 26 |
| 2:13-cv-27745 | Hendrix v. Ethicon, Inc. et al | 14 |
| 2:12-cv-08734 | Herrera v. Ethicon, Inc. et al | 13 |
| 2:13-cv-31533 | Herzig v. Ethicon, Inc. et al | 11 |
| 2:16-cv-00717 | Hooper v. Ethicon, Inc. et al | 11 |
| 2:13-cv-02198 | Jacky v. Ethicon, Inc. et al | 21 |
| 2:12-cv-09337 | Johnson et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-27647 | Jorgenson et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-00823 | Kern et al v. Ethicon, Inc. et al | 11 |

| | | |
|---|---|---|
| 2:16-cv-00787 | Kerr v. Ethicon, Inc. et al | 11 |
| 2:13-cv-17778 | King v. Ethicon, Inc. et al | 15 |
| 2:12-cv-09820 | Koth et al v. Ethicon, Inc. et al | 18 |
| 2:15-cv-15954 | Kuebler v. Ethicon, Inc. et al | 11 |
| 2:12-cv-02292 | Lafour v. Boston Scientific Corporation et al | 26 |
| 2:12-cv-09825 | Lamb et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-17768 | LaSota v. Ethicon, Inc. et al | 12 |
| 2:13-cv-16468 | Linville v. Ethicon, Inc. et al | 12 |
| 2:13-cv-29231 | Loker v. Ethicon, Inc. et al | 17 |
| 2:13-cv-27746 | Ludwig et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-10149 | Magnuson et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-27661 | Marcell v. Ethicon, Inc. et al | 10 |
| 2:13-cv-27673 | Mascuch et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-17050 | McCaughey v. Ethicon, Inc. et al | 16 |
| 2:13-cv-10165 | McCauley v. Ethicon, Inc. et al | 13 |
| 2:13-cv-16752 | Medrano v. Ethicon, Inc. et al | 14 |
| 2:12-cv-02448 | Mincey v. Ethicon, Inc. et al | 64 |
| 2:13-cv-18725 | Oberstar v. Ethicon, Inc. et al | 12 |
| 2:12-cv-04636 | Orchard et al v. Ethicon , Inc. et al | 27 |
| 2:13-cv-25139 | Osborne v. Ethicon, Inc. et al | 15 |
| 2:12-cv-08496 | Palmersheim et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-03779 | Pebbles et al v. Ethicon, Inc. et al | 18 |
| 2:12-cv-07320 | Pigg v. Ethicon, Inc. et al | 31 |
| 2:13-cv-17161 | Pittman et al v. Ethicon, Inc. et al | 19 |
| 2:13-cv-26905 | Pohl v. Ethicon, Inc. et al | 11 |
| 2:16-cv-01244 | Poll et al v. Ethicon, Inc. et al | 8 |
| 2:13-cv-17702 | Polvi v. Ethicon, Inc. et al | 12 |
| 2:12-cv-08509 | Smelser v. Ethicon, Inc. et al | 14 |
| 2:16-cv-00853 | Ray et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-14946 | Reifinger et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-00870 | Rollins et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-28581 | Roy v. Ethicon, Inc. et al | 11 |
| 2:13-cv-01917 | Russell v. Ethicon, Inc. et al | 15 |
| 2:13-cv-17802 | Ryan v. Ethicon, Inc. et al | 13 |
| 2:13-cv-00099 | Sarver v. Ethicon, Inc. et al | 15 |
| 2:13-cv-01903 | Sawyer v. Ethicon, Inc. et al | 20 |
| 2:12-cv-09339 | Schroeder v. Ethicon, Inc. et al | 19 |
| 2:14-cv-11487 | Shepard et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-01000 | Shervey v. Ethicon, Inc. et al | 15 |
| 2:15-cv-11283 | Shirlow et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-27684 | Smith v. Ethicon, Inc. et al | 11 |

| | | |
|---|---|---|
| 2:13-cv-11866 | Smith et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-02424 | Stevens v. Ethicon, Inc. et al | 88 |
| 2:13-cv-17955 | Stewart v. Ethicon, Inc. et al | 12 |
| 2:13-cv-18038 | Stone-Johnson et al v. Ethicon, Inc. et al | 25 |
| 2:13-cv-18041 | Stuckey v. Ethicon, Inc et al | 13 |
| 2:13-cv-02822 | Sullivan v. Ethicon, Inc. et al | 15 |
| 2:15-cv-06084 | Sullivan et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-00151 | Swanson et al v. Ethicon, Inc. et al | 37 |
| 2:16-cv-01056 | Taylor-Marsden et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-00837 | Tenney et al v. Ethicon, LLC et al | 37 |
| 2:13-cv-03843 | Thomas et al v. Ethicon, Inc. et al | 16 |
| 2:16-cv-01124 | Trytten et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-07848 | Van Oss v. Ethicon, Inc. et al | 13 |
| 2:12-cv-02374 | Van Wyck v. Johnson & Johnson et al | 93 |
| 2:12-cv-01342 | Vandergriff et al v. Ethicon, Inc. et al | 98 |
| 2:13-cv-18225 | Vines v. Ethicon, Inc. et al | 12 |
| 2:14-cv-10943 | Wages et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-11867 | Walsh et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-18106 | Walters et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-18117 | Watson et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-02817 | Winter et al v. Ethicon, Inc. et al | 20 |
| 2:16-cv-00841 | Young et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-11886 | Zapalac v. Ethicon, Inc. et al | 17 |
| 2:12-cv-06124 | Zepp et al v. Ethicon, Inc. et al | 30 |
| 2:13-cv-10069 | Ziadeh et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-25696 | Recinos v. Ethicon, Inc. et al | 15 |
| 2:13-cv-28715 | Agnew et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-16301 | Alcoser et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-07501 | Allen v. Ethicon, Inc. et al | 25 |
| 2:13-cv-24072 | Alonzo et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-22798 | Alvarez et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-04376 | Amos v. Ethicon, Inc. et al | 13 |
| 2:13-cv-33711 | Anderson et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-13784 | Asay et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-28706 | August v. Ethicon, Inc. et al | 11 |
| 2:14-cv-02939 | Bachtel et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-25698 | Bagnall et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-03748 | Bain et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-08919 | Ballesteros v. Ethicon, Inc. et al | 46 |
| 2:13-cv-06803 | Barker et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-28707 | Barton v. Ethicon, Inc. et al | 11 |

| | | |
|---|---|---|
| 2:13-cv-30763 | Bateman v. Ethicon, Inc. et al | 12 |
| 2:15-cv-14744 | Becker et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-06750 | Bell et al v. Ethicon, Inc. et al | 64 |
| 2:14-cv-07167 | Solwick et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-27079 | Benham et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-08496 | Benton et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-30764 | Blagg et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-06804 | Blaha et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-28708 | Blowers et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-02940 | Boodon-Elliott et al v. Ethicon, Inc. et al | 18 |
| 2:14-cv-02941 | Borelli et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-06751 | Borrego et al v. Ethicon, Inc. et al | 20 |
| 2:13-cv-23104 | Bowling et al v. Ethicon, Inc. et al | 16 |

44483603.v1