IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-B and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs.

Respectfully:

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Bret Daniel Stanley
Bret Daniel Stanley
THE LAW OFFICES OF A. CRAIG EILAND
Suite 201
2211 The Strand
Galveston, TX 77550
409.763.3260 (phone)
409.163.8154 (fax)
bstanley@eilandlaw.com
*Attorney for Plaintiff on Exhibit A*


/s/ Cristina Yadira Hernandez
Cristina Yadira Hernandez
FITTS LAW FIRM
Galleria Tower, Suite 1120
2700 Post Oak Boulevard
Houston, TX 77056
713.871.1670 (phone)
713.583.1492 (fax)
chernandez@fittslawfirm.com
*Attorney for Plaintiffs on Exhibit B*


Dated: October 9, 2018

## EXHIBIT A – THE LAW OFFICES OF A. CRAIG EILAND

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-15044 | Norma Wooley v. American Medical Systems, Inc., Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson |

**EXHIBIT B – FITTS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-CV-10492 | Helen Harrod v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:16-CV-12735 | Alverda Goff v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:17-CV-00750 | Patricia Hooks v. American Medical Systems, Inc. |
| 2:17-CV-01545 | Virginia Lewis v. American Medical Systems, Inc., Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis