IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their own costs.

Respectfully:

/s/ Stephen J. McConnell
Stephen J. McConnell
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Charles H. Johnson
Charles H. Johnson
LAW OFFICES OF CHARLES H. JOHNSON
2599 Mississippi Street
New Brighton, MN 55112
651.633.5685 (phone)
651.633.4442 (fax)
bdehkes@charleshjohnsonlaw.com
*Attorney for Plaintiffs on Exhibit A*


Dated:  October 9, 2018

## EXHIBIT A – LAW OFFICES OF CHARLES H. JOHNSON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-04825 | Renee C. Dugas v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:12-CV-05110 | LuVerne Hoover v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:13-CV-33235 | Susan L. Coston v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:13-CV-33239 | LaVerne A. Von Rueden v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

## CERTIFICATE OF SERVICE

  I hereby certify that on October 9, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

                 /s/ Stephen J. McConnell
                 Stephen J. McConnell