IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                    MDL 2327

## ORDER

The court **ORDERS** that the meeting scheduled for **Thursday, October 11, 2018,** is **CANCELLED.** The meeting will be rescheduled by subsequent Order.

The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  October 9, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE