IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
   PELVIC REPAIR SYSTEM       MDL NO. 2327
   PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon Defendants") pursuant to the procedures established by Pretrial Order ("PTO") No. 302. *See* PTO No. 302, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020].

As stated in PTO No. 302, the Court established certain procedures to prompt dismissals of settled cases. Under these procedures, the Court directed the Ethicon Defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the Court also mandated that the Ethicon Defendants file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon Defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the Court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The Court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  October 9, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Civil Action Number | Case Name | ECF Number Corresponding to the Motion |
|---|---|---|
| 2:13-cv-04443 | Brand et al v. Ethicon, Inc. et al | 19 |
| 2:13-cv-12696 | Brockman et al v. Ethicon, Inc. et al | 17 |
| 2:15-cv-14740 | Brown v. Ethicon, Inc. et al | 10 |
| 2:14-cv-06015 | Brown v. Ethicon, Inc. et al | 11 |
| 2:13-cv-04316 | Brown et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-01885 | Brown et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-01349 | Brown et al v. Ethicon, Inc. et al | 40 |
| 2:14-cv-02942 | Brown et al v. Ethicon, Inc. et al | 11 |
| 2:12-cv-08920 | Brown et al v. Ethicon, Inc. et al | 45 |
| 2:13-cv-33739 | Brown et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-07097 | Bruce et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-13793 | Budig et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-29296 | Bunetta et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-10276 | Burnaugh et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-02907 | Butler v. Ethicon, Inc. et al | 12 |
| 2:14-cv-02908 | Cann et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-07502 | Cannon et al v. Ethicon, Inc. et al | 13 |
| 2:16-cv-00617 | Carlson v. Ethicon, Inc. et al | 9 |
| 2:13-cv-08497 | Carroll et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-01436 | Carson v. Ethicon, Inc. et al | 20 |
| 2:13-cv-33740 | Cassaday et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-00552 | Caudill et al v. Ethicon, Inc. et al | 23 |
| 2:15-cv-13792 | Cherry v. Ethicon, Inc. et al | 8 |
| 2:13-cv-08498 | Chester-Berlin et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-08921 | Cikota et al v. Ethicon, Inc. et al | 50 |
| 2:13-cv-01355 | Clark et al v. Ethicon, Inc. et al | 26 |
| 2:13-cv-04388 | Clark et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-07503 | Cole et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-04391 | Condor et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-27157 | Buckley et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-13782 | Cook et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-29314 | Cooksey et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-00618 | Cooper v. Ethicon, Inc. et al | 9 |
| 2:13-cv-08499 | Craig et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-24827 | Crause et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-04509 | Crete et al v. Ethicon, Inc. et al | 36 |

| 2:13-cv-27848 | Crumbly v. Ethicon, Inc. et al | 11 |
|---|---|---|
| 2:15-cv-15585 | Cutshaw et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-07504 | Davis v. Ethicon, Inc. et al | 14 |
| 2:13-cv-27850 | Davis v. Ethicon, Inc. et al | 11 |
| 2:13-cv-03069 | Davis et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-28709 | Davis et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-06806 | Davis v. Ethicon, Inc. et al | 13 |
| 2:12-cv-02264 | Day et al v. Ethicon, Inc. et al | 86 |
| 2:13-cv-29361 | Deters et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-04396 | Dias et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-28710 | Didier v. Ethicon, Inc. et al | 11 |
| 2:14-cv-02933 | Didomenico v. Ethicon, Inc. et al | 13 |
| 2:14-cv-02918 | Dimarco v. Ethicon, Inc. et al | 11 |
| 2:13-cv-04311 | Dimas v. Ethicon, Inc. et al | 17 |
| 2:13-cv-04403 | Dowell et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-25710 | Tessier v. Ethicon, Inc. et al | 11 |
| 2:13-cv-26385 | Duplechin et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-07505 | Durden v. Ethicon, Inc. et al | 13 |
| 2:15-cv-15586 | Elizabeth v. Ethicon, Inc. et al | 11 |
| 2:13-cv-01740 | Elliott et al v. Ethicon, Inc. et al | 40 |
| 2:14-cv-27144 | Swanson et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-03071 | Enzweiler et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-25700 | Equels et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-04514 | Euans et al v. Ethicon, Inc. et al | 64 |
| 2:15-cv-15587 | Ewing-Millett v. Ethicon, Inc. et al | 11 |
| 2:13-cv-28711 | Farrell v. Ethicon, Inc. et al | 15 |
| 2:13-cv-29317 | Faulk v. Ethicon, Inc. et al | 11 |
| 2:13-cv-24075 | Fear v. Ethicon, Inc. et al | 15 |
| 2:16-cv-12052 | Fisher v. Ethicon, Inc. et al | 8 |
| 2:13-cv-10280 | Floyd et al v. Ethicon, Inc. et al | 18 |
| 2:14-cv-27132 | Foley et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-05756 | Franzen et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-04513 | Fredenburg et al v. Ethicon, Inc. et al | 80 |
| 2:12-cv-06500 | Friberg et al v. Ethicon, Inc. et al | 73 |
| 2:13-cv-27851 | Fuscoe v. Ethicon, Inc. et al | 11 |
| 2:13-cv-22805 | Gallipo et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-31730 | Garbas v. Ethicon, Inc. et al | 14 |
| 2:16-cv-00619 | Gaston v. Ethicon, Inc. et al | 9 |
| 2:13-cv-31731 | Gear v. Ethicon, Inc. et al | 11 |
| 2:13-cv-01378 | Gearhart v. Ethicon, Inc. et al | 40 |
| 2:13-cv-07506 | Geiger et al v. Ethicon, Inc. et al | 13 |

| 2:13-cv-05759 | Gibson et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-31732 | Randolph v. Ethicon, Inc. et al | 11 |
| 2:13-cv-33721 | Giles v. Ethicon, Inc. et al | 16 |
| 2:15-cv-15864 | Gilman et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-33741 | Gilmore et al v. Ethicon, Inc. et al | 16 |
| 2:12-cv-08967 | Giraud et al v. Ethicon, Inc. et al | 20 |
| 2:13-cv-05761 | Goleman et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-04712 | Gonzalez et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-04016 | Goshe-Cook v. Ethicon, Inc. et al | 18 |
| 2:12-cv-04516 | Gracon et al v. Ethiocon, Inc. et al | 59 |
| 2:15-cv-05709 | Graham v. Ethicon, Inc. et al | 14 |
| 2:12-cv-06752 | Gravish v. Ethicon, Inc. et al | 20 |
| 2:13-cv-22799 | Green et al v. Ethicon, Inc. et al | 17 |
| 2:14-cv-07105 | Culver v. Ethicon, Inc. et al | 11 |
| 2:12-cv-08870 | Grundy et al v. Ethicon, Inc. et al | 22 |
| 2:15-cv-13790 | Gunnoud et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-29297 | Guthrie et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-05769 | Hagler et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-08401 | Halterman et al v. Ethicon, Inc. et al | 24 |
| 2:13-cv-04714 | Hamilton v. Ethicon, Inc. et al | 13 |
| 2:13-cv-06810 | Harper et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-06160 | Harrison et al v. Ethicon, Inc. et al | 65 |
| 2:13-cv-10970 | Havens et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-01750 | Heath et al v. Ethicon, Inc. et al | 42 |
| 2:15-cv-15869 | Helton et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-06840 | Hemby v. Ethicon, Inc. et al | 15 |
| 2:15-cv-15863 | Herbert et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-07126 | Hernandez v. Ethicon, Inc. et al | 12 |
| 2:13-cv-33020 | Mazon v. Ethicon, Inc. et al | 12 |
| 2:13-cv-08503 | Hess et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-27853 | Hodge v. Ethicon, Inc. et al | 11 |
| 2:13-cv-24557 | Hogan et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-30119 | Hoopes et al v. Ethicon, Inc. et al | 20 |
| 2:13-cv-26387 | Horne v. Ethicon, Inc. et al | 11 |
| 2:13-cv-31738 | Howe v. Ethicon, Inc. et al | 16 |
| 2:14-cv-27135 | Higginbotham v. Ethicon, Inc. et al | 10 |
| 2:14-cv-04100 | Inman et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-04101 | Fuller v. Ethicon, Inc. et al | 11 |
| 2:14-cv-02927 | James v. Ethicon, Inc. et al | 11 |
| 2:12-cv-06217 | Jennings et al v. Ethicon, Inc. et al | 63 |
| 2:14-cv-19628 | Johnson et al v. Ethicon, Inc. et al | 16 |

| 2:13-cv-27080 | Johnson v. Ethicon, Inc. et al | 12 |
|---|---|---|
| 2:12-cv-03615 | Johnson et al v. Ethicon, Inc. et al | 71 |
| 2:15-cv-13791 | Jones et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-15868 | Jones v. Ethicon, Inc. et al | 10 |
| 2:13-cv-30132 | Kalman v. Ethicon, Inc. et al | 12 |
| 2:15-cv-14420 | Kato v. Ethicon, Inc. et al | 10 |
| 2:15-cv-13788 | Kelly v. Ethicon, Inc. et al | 9 |
| 2:14-cv-15047 | Kennedy et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-13786 | Kerstetter v. Ethicon, Inc. et al | 9 |
| 2:13-cv-04018 | King v. Ethicon, Inc. et al | 15 |
| 2:13-cv-05773 | Kirk et al v. Ethicon, Inc. et al | 21 |
| 2:13-cv-04715 | Koehn et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-23109 | Kramer et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-04118 | Kruszka et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-30133 | Lacourse et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-01334 | Lane et al v. Ethicon, Inc. et al | 52 |
| 2:13-cv-03079 | Laskowski et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-06815 | Lawyer v. Ethicon, Inc. et al | 13 |
| 2:13-cv-02324 | Leonard et al v. Ethicon, Inc. et al | 30 |
| 2:13-cv-09962 | Logsdon v. Ethicon, Inc. et al | 19 |
| 2:13-cv-25702 | Lopez et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-10284 | Lusk et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-22800 | Lynch et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-10285 | MacInnis v. Ethicon, Inc. et al | 13 |
| 2:13-cv-10286 | Madia et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-05714 | Maitland et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-24751 | Marshall v. Ethicon, Inc. et al | 16 |
| 2:15-cv-13787 | Masch et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-08504 | Mason v. Ethicon, Inc. et al | 17 |
| 2:14-cv-06017 | Mathis v. Ethicon, Inc. et al | 14 |
| 2:13-cv-24171 | McFarden v. Ethicon, Inc. et al | 11 |
| 2:14-cv-04141 | McGalliard et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-01380 | McGee v. Ethicon, Inc. et al | 38 |
| 2:15-cv-15359 | McMullin et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-27854 | Medina v. Ethicon, Inc. et al | 11 |
| 2:13-cv-04019 | Melendez et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-02327 | Melton et al v. Ethicon, Inc. et al | 45 |
| 2:13-cv-08441 | Meyers et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-01752 | Moore v. Ethicon, Inc. et al | 44 |
| 2:13-cv-02329 | Schmid v. Ethicon, Inc. et al | 41 |
| 2:12-cv-04517 | Morgan et al v. Ethicon, Inc. et al | 23 |

| | | |
|---|---|---|
| 2:13-cv-04021 | Morris et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-02451 | Muniz et al v. Ethicon, Inc. et al | 22 |
| 2:13-cv-01335 | Murff v. Ethicon, Inc. et al | 27 |
| 2:13-cv-07515 | Naeve et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-27070 | McKim v. Ethicon, Inc. et al | 15 |
| 2:14-cv-04306 | Ollis v. Ethicon, Inc. et al | 12 |
| 2:13-cv-26388 | Oppelt v. Ethicon, Inc. et al | 15 |
| 2:14-cv-27141 | Palo et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-11181 | Parker et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-23110 | Lankford v. Ethicon, Inc. et al | 14 |
| 2:13-cv-23629 | Payne v. Ethicon, Inc. et al | 17 |
| 2:13-cv-04407 | Hester v. Ethicon, Inc. et al | 13 |
| 2:13-cv-04716 | Payton v. Ethicon, Inc. et al | 13 |
| 2:14-cv-04330 | Pete et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-03080 | Peyton v. Ethicon, Inc. et al | 16 |
| 2:13-cv-27856 | Pizzo v. Ethicon, Inc. et al | 11 |
| 2:13-cv-01844 | Poole v. Ethicon, Inc. et al | 44 |
| 2:14-cv-27142 | Popek v. Ethicon, Inc. et al | 10 |
| 2:15-cv-15590 | Powell et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-04338 | Preuss-Ayres et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-29298 | Prieto v. Ethicon, Inc. et al | 11 |
| 2:14-cv-06019 | Pritchard v. Ethicon, Inc. et al | 12 |
| 2:13-cv-03075 | Ramsey v. Ethicon, Inc. et al | 14 |
| 2:14-cv-10802 | Richards v. Ethicon, Inc. et al | 19 |
| 2:12-cv-03611 | Riffle v. Ethicon, Inc. et al | 67 |
| 2:13-cv-25703 | Roberts v. Ethicon, Inc. et al | 14 |
| 2:15-cv-13789 | Roberts et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-05774 | Roebuck v. Ethicon, Inc. et al | 18 |
| 2:14-cv-05304 | Roeder v. Ethicon, Inc. et al | 11 |
| 2:13-cv-00743 | Rohrer et al v. Ethicon, Inc. et al | 19 |
| 2:13-cv-31740 | Ruby et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-10998 | Rushing et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-05306 | Salazar v. Ethicon, Inc. et al | 11 |
| 2:13-cv-22801 | Sanders v. Ethicon, Inc. et al | 14 |
| 2:14-cv-05312 | Scarfo et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-33039 | Schutter v. Ethicon, Inc. et al | 12 |
| 2:14-cv-05320 | Scott et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-11000 | Scribner v. Ethicon, Inc. et al | 13 |
| 2:13-cv-22796 | Shaw et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-07161 | Sheets v. Ethicon, Inc. et al | 15 |
| 2:13-cv-01384 | Sheffield v. Ethicon, Inc. et al | 43 |

| | | |
|---|---|---|
| 2:13-cv-10290 | Smith et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-15865 | Smith et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-10291 | Smith v. Ethicon, Inc. et al | 17 |
| 2:13-cv-33021 | Sotak et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-07169 | Spangler et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-01337 | Stacey v. Ethicon, Inc. et al | 19 |
| 2:13-cv-04025 | Stansell et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-04402 | Stevens v. Ethicon, Inc. et al | 20 |
| 2:13-cv-33022 | Stout v. Ethicon, Inc. et al | 12 |
| 2:14-cv-08319 | Hammond v. Ethicon, Inc. et al | 15 |
| 2:14-cv-14232 | Strege v. Ethicon, Inc. et al | 17 |
| 2:13-cv-25706 | Surles v. Ethicon, Inc. et al | 15 |
| 2:13-cv-11001 | Talkmitt et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-25843 | Tanguay et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-11005 | Taylor v. Ethicon, Inc. et al | 13 |
| 2:13-cv-25708 | Taylor v. Ethicon, Inc. et al | 15 |
| 2:13-cv-22803 | Taylor v. Ethicon, Inc. et al | 14 |
| 2:13-cv-24828 | Thompson v. Ethicon, Inc. et al | 12 |
| 2:13-cv-04027 | Tinkle et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-33713 | Tribble et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-05383 | Tripplett v. Ethicon, Inc. et al | 16 |
| 2:13-cv-04020 | Langford et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-06162 | Underwood et al v. Ethicon, Inc. et al | 74 |
| 2:14-cv-05389 | Vigil et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-23112 | Vivier v. Ethicon, Inc. et al | 18 |
| 2:13-cv-29302 | Walker v. Ethicon, Inc. et al | 10 |
| 2:13-cv-01742 | Walker et al v. Ethicon, Inc. et al | 49 |
| 2:13-cv-25711 | Walther et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-27857 | Ward v. Ethicon, Inc. et al | 13 |
| 2:13-cv-08512 | Warner v. Ethicon, Inc. et al | 13 |
| 2:14-cv-18608 | Warren v. Ethicon, Inc. et al | 18 |
| 2:15-cv-15361 | Watts v. Ethicon, Inc. et al | 11 |
| 2:15-cv-15872 | Webb et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-31742 | Weber v. Ethicon, Inc. et al | 49 |
| 2:14-cv-05395 | Weddle et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-15862 | Wendel v. Ethicon, Inc. et al | 10 |
| 2:13-cv-25712 | White et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-02929 | Whitehurst et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-22797 | Wierzbicki v. Ethicon, Inc. et al | 14 |
| 2:13-cv-00742 | Williams v. Ethicon, Inc. et al | 18 |
| 2:14-cv-05463 | Williams-Proffitt et al v. Ethicon, Inc. et al | 12 |

| 2:13-cv-06816 | Williams-Wallace et al v. Ethicon, Inc. et al | 13 |
|---|---|---|
| 2:13-cv-01743 | Wood et al v. Ethicon, Inc. et al | 19 |
| 2:13-cv-05775 | Smart v. Ethicon, Inc. et al | 13 |
| 2:13-cv-28712 | Young v. Ethicon, Inc. et al | 11 |
| 2:13-cv-28714 | Young v. Ethicon, Inc. et al | 11 |
| 2:15-cv-15591 | Youngblood et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-01745 | Zoltowski et al v. Ethicon, Inc. et al | 19 |
| 2:16-cv-01021 | Alves v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05453 | Awwad v. Ethicon, Inc. et al | 13 |
| 2:17-cv-01969 | Babler et al v. Ethicon, Inc. et al | 9 |
| 2:12-cv-08886 | Bowman v. Ethicon, Inc. et al | 23 |
| 2:14-cv-06533 | Bradshaw v. Ethicon, Inc. et al | 10 |
| 2:14-cv-13771 | Bridges v. Ethicon, Inc. et al | 13 |
| 2:14-cv-11006 | Walker v. Ethicon, Inc. et al | 13 |
| 2:15-cv-16585 | Bufford v. Ethicon, Inc. et al | 9 |
| 2:13-cv-06886 | Cooper et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-00454 | Darnell v. Ethicon, Inc. et al | 13 |
| 2:14-cv-29614 | Doddroe v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05454 | Duncan v. Ethicon, Inc. et al | 13 |
| 2:15-cv-03973 | Feazell et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-13774 | Goostree v. Ethicon, Inc. et al | 13 |
| 2:15-cv-01693 | Gregory v. Ethicon, Inc. et al | 10 |
| 2:14-cv-27234 | Guinn v. Ethicon, Inc. et al | 10 |
| 2:15-cv-05114 | Hardin et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-09038 | Harvey et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-06911 | Horton et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-17338 | Hosimer v. Ethicon, Inc. et al | 12 |
| 2:12-cv-04810 | Humphrey et al v. Ethicon, Inc. et al | 43 |
| 2:14-cv-06521 | James et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-15640 | Johnson v. Ethicon, Inc. et al | 9 |
| 2:14-cv-11212 | Kirby et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-14103 | Lumpkin v. Ethicon, Inc. et al | 13 |
| 2:13-cv-12032 | Martin et al v. Ethicon, Inc. et al | 13 |
| 2:16-cv-07138 | McDonald et al v. Ethicon, Inc. et al | 8 |
| 2:13-cv-31936 | McGuffee et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-06910 | Martin-Mealer v. Ethicon, Inc. et al | 10 |
| 2:13-cv-01291 | Moore et al v. Ethicon, Inc. et al | 23 |
| 2:15-cv-05132 | Moyers et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-32149 | Nimri et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-14569 | Olguin et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-26648 | Ostek v. Ethicon, Inc. et al | 16 |

| 2:14-cv-06513 | Page et al v. Ethicon, Inc. et al | 12 |
|---|---|---|
| 2:15-cv-09042 | Price v. Ethicon, Inc. et al | 10 |
| 2:15-cv-06909 | Rice v. Ethicon, Inc. et al | 10 |
| 2:13-cv-01375 | Robinson et al v. Ethicon, Inc. et al | 27 |
| 2:13-cv-06889 | Ruggerio et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-24510 | Sikes et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-09221 | Slay v. Ethicon, Inc. et al | 13 |
| 2:14-cv-06306 | Tapscott v. Johnson & Johnson et al | 17 |
| 2:16-cv-07978 | Taylor et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-13777 | Vinson et al v. Ethicon, Inc. et al | 18 |
| 2:14-cv-29612 | Wade v. Ethicon, Inc. et al | 9 |
| 2:14-cv-06505 | Walker et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-06528 | White v. Ethicon, Inc. et al | 10 |
| 2:14-cv-29615 | Williams v. Ethicon, Inc. et al | 10 |
| 2:13-cv-08220 | Abel et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-17828 | Ackerman v. Ethicon, Inc. et al | 12 |
| 2:14-cv-14426 | Adams v. Ethicon, Inc. et al | 12 |
| 2:13-cv-00397 | Albright et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-04453 | Allen et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-07486 | Altomaro v. Ethicon, Inc. et al | 10 |
| 2:12-cv-06687 | Alvarez et al v. Ethicon, Inc. et al | 41 |
| 2:13-cv-06977 | Alvarez et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-01300 | Amponin v. Ethicon, Inc. et al | 9 |
| 2:13-cv-06350 | Andersen et al v. Ethicon, Inc. et al | 19 |
| 2:13-cv-05699 | Anthony v. Ethicon, Inc. et al | 12 |
| 2:13-cv-00143 | Apfel v. Ethicon, Inc. et al | 18 |
| 2:12-cv-09435 | Apodaca et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-07623 | Apple v. Ethicon, Inc. et al | 10 |
| 2:15-cv-07488 | Arnold v. Ethicon, Inc. et al | 10 |
| 2:12-cv-03969 | Arnold et al v. Ethicon, Inc. et al | 23 |
| 2:14-cv-19411 | Askan v. Ethicon, Inc. et al | 11 |
| 2:14-cv-22606 | Avila v. Ethicon, Inc. et al | 26 |
| 2:12-cv-01007 | Baez v. Ethicon, Inc. et al | 21 |
| 2:15-cv-09241 | Bain et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-14315 | Baker v. Ethicon, Inc. et al | 12 |
| 2:15-cv-00363 | Baldwin v. Ethicon, Inc. et al | 10 |
| 2:13-cv-07050 | Ballard et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-06701 | Barekzi et al v. Ethicon, Inc. et al | 34 |
| 2:13-cv-06351 | Barndt v. Ethicon, Inc. et al | 12 |
| 2:13-cv-06978 | Barnes v. Ethicon, Inc. et al | 12 |
| 2:14-cv-01709 | Basler-Allulis v. Ethicon, Inc. et al | 10 |

| 2:13-cv-03615 | Batllia v. Ethicon, Inc. et al | 14 |
|---|---|---|
| 2:14-cv-16183 | Bautista v. Ethicon, Inc. et al | 16 |
| 2:15-cv-13637 | Beaty v. Ethicon, Inc. et al | 9 |
| 2:13-cv-06354 | Beighey v. Ethicon, Inc. et al | 16 |
| 2:15-cv-08291 | Bellamy v. Ethicon, Inc. et al | 10 |
| 2:14-cv-17563 | Benicek v. Ethicon, Inc. et al | 11 |
| 2:15-cv-08292 | Benoit et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-04097 | Benz v. Ethicon, Inc. et al | 64 |
| 2:14-cv-26153 | Bertino et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-14413 | Berube v. Ethicon, Inc. et al | 16 |
| 2:15-cv-08295 | Bihner v. Ethicon, Inc. et al | 10 |
| 2:14-cv-01871 | Birr et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-33110 | Bishop v. Ethicon, Inc. et al | 15 |
| 2:14-cv-01874 | Bivens v. Ethicon, Inc. et al | 10 |
| 2:14-cv-18619 | Blankenship et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-05450 | Blome et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-01904 | Bobb et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-08661 | Boelke et al v. Ethicon, Inc. et al | 8 |
| 2:12-cv-08791 | Bolton et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-09468 | Borgognone v. Ethicon, Inc. et al | 12 |
| 2:13-cv-26061 | Bowe et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-18082 | Brandt v. Ethicon, inc. et al | 11 |
| 2:13-cv-03221 | Brantley et al v. Ethicon, Inc. et al | 15 |
| 2:14-cv-01512 | Brock v. Ethicon, Inc. et al | 14 |
| 2:13-cv-03575 | Brown v. Ethicon, Inc. et al | 14 |
| 2:13-cv-24937 | Brown et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-03222 | Brown v. Ethicon, Inc. et al | 16 |
| 2:13-cv-08294 | Brown v. Ethicon, Inc. et al | 14 |
| 2:13-cv-07715 | Brown v. Ethicon, Inc. et al | 12 |
| 2:14-cv-18083 | Bruns v. Ethicon, Inc. et al | 11 |
| 2:16-cv-06281 | Bryant v. Ethicon, Inc. et al | 9 |
| 2:15-cv-07624 | Buettner v. Ethicon, Inc. et al | 10 |
| 2:14-cv-14419 | Burden et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-05066 | Burkett v. Ethicon, Inc. et al | 12 |
| 2:15-cv-03416 | Burns v. Ethicon, Inc. et al | 11 |
| 2:13-cv-07716 | Butler v. Ethicon, Inc. et al | 12 |
| 2:13-cv-23510 | Byas et al v. Ethicon, Inc. et al | 18 |
| 2:13-cv-30307 | Campbell et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-06357 | Campbell v. Ethicon, Inc. et al | 12 |
| 2:14-cv-01997 | Campbell et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-09001 | Carr v. Ethicon, Inc. et al | 17 |

| 2:13-cv-04258 | Carter et al v. Ethicon, Inc. et al | 13 |
|---|---|---|
| 2:14-cv-15215 | Caskey v. Ethicon, Inc. et al | 12 |
| 2:14-cv-02474 | Castro-Marchand et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-17832 | Cavey v. Ethicon, Inc. et al | 20 |
| 2:12-cv-08641 | Champion et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-06319 | Chaney v. Ethicon, Inc. et al | 12 |
| 2:14-cv-01791 | Chasteen et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-06269 | Cheney et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-24999 | Cheshire et al v. Ethicon, Inc. et al | 19 |
| 2:14-cv-22230 | Christie v. Ethicon, Inc. et al | 9 |
| 2:13-cv-30315 | Churchill et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-04971 | Clark et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-17728 | Cleave-Trepus v. Ethicon, Inc. et al | 14 |
| 2:13-cv-24960 | Cline et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-02468 | Cloud et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-06270 | Clubine v. Ethicon, Inc. et al | 9 |
| 2:14-cv-14314 | Collecchi et al v. Ethicon et al | 12 |
| 2:15-cv-08299 | Collins v. Ethicon, Inc. et al | 9 |
| 2:13-cv-30317 | Colon et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-06823 | Conrath et al v. Ethicon, Inc. et al | 35 |
| 2:14-cv-17835 | Cook et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-00774 | Cormier v. Ethicon, Inc. et al | 13 |
| 2:13-cv-33796 | Cowan v. Ethicon, Inc. et al | 11 |
| 2:16-cv-06284 | Crisp v. Ethicon, Inc. et al | 9 |
| 2:14-cv-13875 | Dailey v. Ethicon, Inc. et al | 14 |
| 2:14-cv-14414 | Daly et al v. Ethicon, Inc. et al | 15 |
| 2:15-cv-07790 | Darwish v. Ethicon, Inc. et al | 9 |
| 2:13-cv-06394 | Daulton v. Ethicon, Inc. et al | 19 |
| 2:15-cv-08289 | Davis et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-04325 | Dawson et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-04460 | De la Paz v. Ethicon, Inc. et al | 12 |
| 2:14-cv-17799 | Debevic v. Ethicon, Inc. et al | 11 |
| 2:15-cv-07860 | DeMorgante et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-17738 | Deren v. Ethicon, Inc. et al | 11 |
| 2:14-cv-17752 | Desmet v. Ethicon, Inc. et al | 11 |
| 2:13-cv-26535 | Dill v. Ethicon, Inc. et al | 14 |
| 2:14-cv-18084 | Dimatteo v. Ethicon, Inc. et al | 11 |
| 2:13-cv-06380 | Dollmann et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-03660 | Dorsett et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-09557 | Dragicevic et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-05704 | Droste v. Ethicon, Inc. et al | 12 |

| 2:13-cv-03719 | Duke et al v. Ethicon, Inc. et al | 15 |
|---|---|---|
| 2:14-cv-17566 | Duncan v. Ethicon, Inc. et al | 17 |
| 2:12-cv-08797 | Dunlap v. Ethicon, Inc. et al | 14 |
| 2:14-cv-18077 | Durant v. Ethicon, Inc. et al | 11 |
| 2:13-cv-03607 | Duvall et al v. Ethicon, Inc. et al | 14 |
| 2:12-cv-09330 | Eadie et al v. Ethicon, Inc. et al | 18 |
| 2:14-cv-24809 | Ederheimer et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-08304 | Eller v. Ethicon, Inc. et al | 11 |
| 2:13-cv-27383 | Embry et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-18272 | Endris v. Ethicon, Inc. et al | 11 |
| 2:13-cv-08146 | Errazuri et al v. Ethicon, Inc. et al | 18 |
| 2:14-cv-14428 | Estrela et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-03924 | Etchells et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-05707 | Everett et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-06926 | Farrison et al v. Ethicon, Inc. et al | 16 |
| 2:14-cv-14304 | Felton et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-17554 | Ferich et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-03599 | Fernandez et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-04527 | Forbes et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-27389 | Ford et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-07053 | Forson et al v. Ethicon, Inc. et al | 12 |
| 2:12-cv-08788 | Foster et al v. Ethicon, Inc. et al | 12 |
| 2:16-cv-10635 | Fowler v. Ethicon, Inc. et al | 9 |
| 2:13-cv-06344 | Fruge v. Ethicon, Inc. et al | 12 |
| 2:13-cv-31912 | Fulmer et al v. Ethicon, Inc. et al | 16 |
| 2:12-cv-08711 | Furr v. Ethicon, Inc. et al | 14 |
| 2:13-cv-04528 | Gallatin v. Ethicon, Inc. et al | 12 |
| 2:13-cv-03746 | Gallon v. Ethicon, Inc. et al | 14 |
| 2:14-cv-17569 | Gaspar v. Ethicon, Inc. et al | 17 |
| 2:13-cv-03750 | Gattenby v. Ethicon, Inc. et al | 14 |
| 2:15-cv-07446 | Gaurin et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-19971 | Ghantt et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-07622 | Glenn et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-08400 | Gobel et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-00727 | Goertzen et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-09168 | Gonzalez et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-06388 | Gonzalez v. Ethicon, Inc. et al | 13 |
| 2:13-cv-02303 | Gordy v. Ethicon, Inc. et al | 14 |
| 2:13-cv-06333 | Gourley-Kinney et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-12928 | Gray v. Ethicon, Inc. et al | 9 |
| 2:15-cv-01608 | Gray et al v. Ethicon, Inc. et al | 9 |

| | | |
|---|---|---|
| 2:13-cv-05708 | Greene et al v. Johnson & Johnson et al | 17 |
| 2:13-cv-05565 | Gretillat v. Ethicon, Inc. et al | 12 |
| 2:13-cv-05092 | Gretzinger v. Johnson & Johnson et al | 17 |
| 2:14-cv-17571 | Griffin v. Ethicon, Inc. et al | 11 |
| 2:13-cv-05566 | Griffiths v. Ethicon, Inc. et al | 12 |
| 2:13-cv-05073 | Grimm v. Ethicon, Inc. et al | 12 |
| 2:15-cv-16070 | Grinstead v. Ethicon, Inc. et al | 9 |
| 2:12-cv-03842 | Gross v. Ethicon, Inc. et al | 63 |
| 2:13-cv-05661 | Hancock v. Ethicon, Inc. et al | 12 |
| 2:13-cv-06389 | Hansberry et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-06274 | Hansen v. Ethicon, Inc. et al | 12 |
| 2:15-cv-09584 | Hanson et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-07479 | Hanson v. Ethicon, Inc. et al | 10 |
| 2:15-cv-07799 | Hanson et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-05663 | Harris v. Ethicon, Inc. et al | 15 |
| 2:12-cv-03978 | Harris v. Johnson & Johnson et al | 21 |
| 2:14-cv-17555 | Head v. Ethicon, Inc. et al | 12 |
| 2:12-cv-03742 | Henry v. Ethicon, Inc. et al | 7 |
| 2:14-cv-17742 | Herring v. Ethicon, Inc. et al | 7 |
| 2:13-cv-32491 | Hicks et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-08846 | Highfield v. Ethicon, Inc. et al | 12 |
| 2:14-cv-17808 | Hoffman v. Ethicon, Inc. et al | 11 |
| 2:14-cv-16018 | Holder v. Ethicon, Inc. et al | 16 |
| 2:13-cv-03611 | Holland et al v. Ethicon, Inc. et al | 18 |
| 2:14-cv-00803 | Holley et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-09275 | Holliday v. Ethicon, Inc. et al | 10 |
| 2:13-cv-04423 | Holmen et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-26537 | Holt et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-04982 | Hood v. Ethicon, Inc. et al | 12 |
| 2:15-cv-13164 | Hood et al v. Ethicon, Inc. et al | 9 |
| 2:16-cv-06278 | Hooper et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-33117 | Hottinger v. Ethicon, Inc. et al | 19 |
| 2:16-cv-06288 | Hulvey v. Ethicon, Inc. et al | 9 |
| 2:13-cv-28911 | Hutchins v. Ethicon, Inc. et al | 10 |
| 2:13-cv-04347 | Imes v. Ethicon, Inc. et al | 12 |
| 2:15-cv-09165 | Jablonski et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-05617 | Jagow v. Ethicon, Inc. et al | 12 |
| 2:13-cv-04493 | Jarvis et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-03708 | Johnson v. Ethicon, Inc. et al | 14 |
| 2:13-cv-04348 | Johnston et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-07487 | Jones et al v. Ethicon, Inc. et al | 10 |

| 2:14-cv-17756 | Jordan et al v. Ethicon, Inc. et al | 11 |
|---|---|---|
| 2:12-cv-08706 | Jowers et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-04989 | Justice v. Ethicon, Inc. et al | 12 |
| 2:13-cv-08605 | Kasper v. Ethicon, Inc. et al | 13 |
| 2:14-cv-14319 | Keadle v. Ethicon, Inc. et al | 12 |
| 2:13-cv-24949 | Kebleris v. Ethicon, Inc. et al | 10 |
| 2:13-cv-03602 | Kendrix v. Ethicon, Inc. et al | 14 |
| 2:12-cv-03786 | Kerley et al v. Ethicon, Inc. et al | 76 |
| 2:13-cv-25641 | Kirkpatrick et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-32494 | Klein v. Ethicon, Inc. et al | 14 |
| 2:14-cv-01904 | Koch et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-17757 | Korteway et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-08313 | Kozak v. Ethicon, Inc. et al | 9 |

44536319.v1