IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM                      MDL NO. 2327
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon Defendants") pursuant to the procedures established by Pretrial Order ("PTO") No. 302. *See* PTO No. 302, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020].

As stated in PTO No. 302, the Court established certain procedures to prompt dismissals of settled cases. Under these procedures, the Court directed the Ethicon Defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the Court also mandated that the Ethicon Defendants file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon Defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the Court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The Court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The Court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 10, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Civil Action Number | Case Name | ECF Number Corresponding to the Motion |
|---|---|---|
| 2:13-cv-04352 | Krebs et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-07627 | Kroeger v. Ethicon, Inc. et al | 10 |
| 2:14-cv-01749 | Kurt et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-05031 | Kyle et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-18278 | Labrecque et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-07699 | Lacey et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-30986 | Ladd et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-06278 | Land et al v. Ethicon, Inc. et al | 12 |
| 2:15-cv-09587 | Larson v. Ethicon, Inc. et al | 10 |
| 2:14-cv-18088 | Larson v. Ethicon, Inc. et al | 11 |
| 2:12-cv-08647 | Laughery et al v. Ethicon, Inc. et al | 14 |
| 2:16-cv-06272 | Lawson v. Ethicon, Inc. et al | 9 |
| 2:14-cv-21348 | Leatherman et al v. Ethicon, Inc. et al | 9 |
| 2:12-cv-08707 | Lee v. Ethicon, Inc. et al | 14 |
| 2:13-cv-28920 | Leigaber et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-22637 | Lesniak v. Ethicon, Inc. et al | 9 |
| 2:13-cv-00450 | Lewis et al v. Ethicon, Inc. et al | 18 |
| 2:15-cv-07865 | Lieser v. Ethicon, Inc. et al | 9 |
| 2:13-cv-05667 | Long v. Ethicon, Inc. et al | 12 |
| 2:12-cv-04096 | James et al v. Ethicon, Inc. et al | 56 |
| 2:14-cv-21333 | Loper v. Ethicon, Inc. et al | 9 |
| 2:16-cv-06273 | Loughary et al v. Ethicon, Inc. et al | 9 |
| 2:15-cv-10869 | Loughran et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-04993 | Loughran v. Ethicon, Inc. et al | 19 |
| 2:12-cv-08709 | Loveday v. Ethicon, Inc. et al | 14 |
| 2:14-cv-01757 | Lovett v. Ethicon, Inc. et al | 10 |
| 2:14-cv-14430 | Lowery et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-04995 | Lytsell v. Ethicon, Inc. et al | 13 |
| 2:14-cv-02760 | Malone v. Ethicon, Inc. et al | 10 |
| 2:14-cv-01906 | Malott v. Ethicon, Inc. et al | 10 |
| 2:13-cv-05627 | Mansur v. Ethicon, Inc. et al | 12 |
| 2:14-cv-14421 | Marcano v. Ethicon, Inc. et al | 12 |
| 2:12-cv-09474 | Markert v. Ethicon, Inc. et al | 12 |
| 2:15-cv-07802 | Marra v. Ethicon, Inc. et al | 9 |
| 2:14-cv-15576 | Mathews v. Ethicon, Inc. et al | 11 |
| 2:14-cv-02788 | Matos et al v. Ethicon, Inc. et al | 10 |

| | | |
|---|---|---|
| 2:13-cv-27230 | McClintic et al v. Ethicon, Inc. et al | 14 |
| 2:14-cv-19676 | McCollough v. Ethicon, Inc. et al | 10 |
| 2:13-cv-06264 | McDaniel v. Ethicon, Inc. et al | 19 |
| 2:15-cv-01005 | McFeeters et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-01472 | McGuire v. Ethicon, Inc. et al | 14 |
| 2:13-cv-07733 | McKinney et al v. Ethicon, Inc. et al | 15 |
| 2:12-cv-06696 | Melton v. Ethicon, Inc. et al | 27 |
| 2:12-cv-04094 | Melton et al v. Ethicon, Inc. et al | 56 |
| 2:14-cv-14431 | Michalski v. Ethicon, Inc. et al | 15 |
| 2:13-cv-06291 | Mijares v. Ethicon, Inc. et al | 12 |
| 2:15-cv-07859 | Miller v. Ethicon, Inc. et al | 10 |
| 2:14-cv-18708 | Miller v. Ethicon, Inc. et al | 11 |
| 2:14-cv-15218 | Mims v. Ethicon, Inc. et al | 12 |
| 2:14-cv-02372 | Minchew v. Ethicon, Inc. et al | 11 |
| 2:13-cv-22740 | Miskimon v. Ethicon, Inc. et al | 17 |
| 2:13-cv-07534 | Mitchell v. Ethicon, Inc. et al | 12 |
| 2:13-cv-31004 | Molina et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-00820 | Montafi-Respini v. Ethicon, Inc. et al | 10 |
| 2:14-cv-17508 | Monville v. Ethicon, Inc. et al | 11 |
| 2:13-cv-28921 | Moore et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-26541 | Moores et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-07700 | Morgan v. Ethicon, Inc. et al | 12 |
| 2:13-cv-09094 | Morton v. Ethicon, Inc. et al | 14 |
| ~~2:13-cv-05879~~ | ~~Moyers et al v. Ethicon, Inc. et al~~ | ~~17~~ |
| 2:13-cv-05560 | Mundy v. Ethicon, Inc. et al | 12 |
| 2:14-cv-02791 | Munger et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-11646 | Munno et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-04332 | Murphy v. Ethicon, Inc. et al | 12 |
| 2:14-cv-12387 | Myers v. Ethicon, Inc. et al | 13 |
| 2:14-cv-00821 | Naman et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-06239 | Nell v. Ethicon, Inc. et al | 12 |
| 2:13-cv-26542 | Nelson et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-05561 | Niedringhaus et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-09954 | Nixon v. Ethicon, Inc. et al | 16 |
| 2:13-cv-04465 | Noll v. Ethicon, Inc. et al | 12 |
| 2:12-cv-08652 | Norman v. Ethicon, Inc. et al | 18 |
| 2:14-cv-00824 | Norris v. Ethicon, Inc. et al | 10 |
| 2:13-cv-06957 | Nydam et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-13489 | O'Brien v. Ethicon, Inc. et al | 10 |
| 2:14-cv-02793 | O'Brien v. Ethicon, Inc. et al | 10 |
| 2:13-cv-03665 | O'Dell et al v. Ethicon, Inc. et al | 15 |

| | | |
|---|---|---|
| 2:13-cv-27231 | Olds v. Ethicon, Inc. et al | 14 |
| 2:14-cv-02380 | Onstott et al v. Johnson & Johnson et al | 13 |
| 2:14-cv-26531 | Pacheco v. Ethicon, Inc. et al | 10 |
| 2:14-cv-15224 | Parker v. Ethicon, Inc. et al | 12 |
| 2:15-cv-07493 | Parker v. Ethicon, Inc. et al | 10 |
| 2:13-cv-11359 | Patchin v. Ethicon, Inc. et al | 14 |
| 2:14-cv-17709 | Patton v. Ethicon, Inc. et al | 13 |
| 2:13-cv-08180 | Peloquin et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-01208 | Pickford et al v. Ethicon, Inc. et al | 20 |
| 2:13-cv-00992 | Pokoluk v. Ethicon, Inc. et al | 18 |
| 2:14-cv-17512 | Pope et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-19412 | Powell v. Ethicon, Inc. et al | 11 |
| 2:13-cv-03667 | Press v. Ethicon, Inc. et al | 14 |
| 2:14-cv-01771 | Price et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-06265 | Pruett v. Ethicon, Inc. et al | 9 |
| 2:13-cv-24767 | Pugh v. Ethicon, Inc. et al | 14 |
| 2:14-cv-01088 | Ragsdale v. Ethicon, Inc. et al | 15 |
| 2:15-cv-03059 | Rainey v. Ethicon, Inc. et al | 9 |
| 2:16-cv-06274 | Ramsey v. Ethicon, Inc. et al | 9 |
| 2:13-cv-08645 | Rasley et al v. Ethicon, Inc. et al | 17 |
| 2:14-cv-14836 | Rauch et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-17860 | Raymond v. Ethicon, Inc. et al | 14 |
| 2:13-cv-06391 | Read et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-03697 | Reed et al v. Ethicon, Inc. et al | 18 |
| 2:15-cv-07261 | Reed v. Ethicon, Inc. et al | 9 |
| 2:17-cv-01290 | Reichert et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-17574 | Reinholdt v. Ethicon, Inc. et al | 11 |
| 2:15-cv-06345 | Remmert et al v. Ethicon, Inc. et al | 9 |
| 2:12-cv-09465 | Repp v. Ethicon, Inc. et al | 12 |
| 2:14-cv-17575 | Reyes v. Ethicon, Inc. et al | 11 |
| 2:13-cv-28922 | Reynolds v. Ethicon, Inc. et al | 10 |
| 2:12-cv-06269 | Rich v. Ethicon, Inc. et al | 34 |
| 2:12-cv-07214 | Richardson et al v. Ethicon, Inc. et al | 29 |
| 2:16-cv-06279 | Rieger et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-04538 | Riner v. Ethicon, Inc. et al | 11 |
| 2:14-cv-02804 | Morales et al v. Ethicon, Inc. et al | 10 |
| 2:14-cv-01950 | Roberts v. Ethicon, Inc. et al | 13 |
| 2:13-cv-06986 | Robinson et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-30456 | Robles e al v. Ethicon, Inc. et al | 17 |
| 2:15-cv-14970 | Rodriguez v. Ethicon, Inc. et al | 10 |
| 2:13-cv-11369 | Romig v. Ethicon, Inc. et al | 17 |

| | | |
|---|---|---|
| 2:14-cv-17576 | Rose v. Ethicon, Inc. et al | 11 |
| 2:13-cv-23516 | Ross et al v. Ethicon, Inc. et al | 17 |
| 2:14-cv-24118 | Rotatori et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-00827 | Roth et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-07794 | Ruben et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-06311 | Rudicill et al v. Ethicon, Inc. et al | 10 |
| 2:15-cv-09280 | Ryals v. Ethicon, Inc. et al | 10 |
| 2:14-cv-00840 | Salari v. Ethicon, Inc. et al | 10 |
| 2:13-cv-03702 | Salinas et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-11380 | Santia et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-00989 | Schachter et al v. Ethicon, Inc. et al | 18 |
| 2:12-cv-08844 | Evans et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-02812 | Schiff v. Ethicon, Inc. et al | 11 |
| 2:14-cv-17849 | Schroeder et al v. Ethicon, Inc. et al | 11 |
| 2:16-cv-06283 | Schulte et al v. Ethicon, Inc. et al | 9 |
| 2:13-cv-07737 | Scott et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-01482 | Selph v. Ethicon, Inc. et al | 10 |
| 2:14-cv-18090 | Sembler v. Ethicon, Inc. et al | 13 |
| 2:12-cv-08835 | Shelton v. Ethicon, Inc. et al | 12 |
| 2:14-cv-18092 | Shuman et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-33123 | Silvidi v. Ethicon, Inc. et al | 26 |
| 2:14-cv-01960 | Singer et al v. Ethicon, Inc. et al | 10 |
| 2:16-cv-01758 | Skrozo et al v. Ethicon, Inc. et al | 11 |
| 2:15-cv-16149 | Smith v. Ethicon, Inc. et al | 15 |
| 2:14-cv-13970 | Smith v. Ethicon, Inc. et al | 14 |
| 2:14-cv-17578 | Smith v. Ethicon, Inc. et al | 11 |
| 2:16-cv-06292 | Spears v. Ethicon, Inc. | 9 |
| 2:15-cv-09169 | Springhetti et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-06987 | Stanley v. Ethicon, Inc. et al | 12 |
| 2:15-cv-07793 | Stark v. Ethicon, Inc. et al | 10 |
| 2:14-cv-17750 | Stith v. Ethicon, Inc. et al | 11 |
| 2:13-cv-04356 | Stolz et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-18286 | Stoner v. Ethicon, Inc. et al | 10 |
| 2:14-cv-00852 | Stroud v. Ethicon, Inc. et al | 10 |
| 2:16-cv-06276 | Stroup v. Ethicon, Inc. et al | 9 |
| 2:12-cv-08832 | Tatum v. Ethicon, Inc. et al | 12 |
| 2:14-cv-21319 | Taylor et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-28914 | Teasley et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-04095 | Thomas v. Ethicon, Inc. et al | 49 |
| 2:14-cv-17274 | Thomas v. Ethicon, Inc. et al | 11 |
| 2:13-cv-04359 | Thompson v. Ethicon, Inc. et al | 12 |

| 2:13-cv-04251 | Thompson et al v. Ethicon, Inc. et al | 13 |
|---|---|---|
| 2:14-cv-02393 | Trussell et al v. Ethicon, Inc. et al | 10 |
| 2:13-cv-07636 | Tudor et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-18710 | Viverette et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-00859 | Wade v. Ethicon, Inc. et al | 14 |
| 2:14-cv-24125 | Walker v. Ethicon, Inc. et al | 16 |
| 2:13-cv-04515 | Walterscheid et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-04362 | Weaver v. Ethicon, Inc. et al | 12 |
| 2:13-cv-04517 | Webb v. Ethicon, Inc. et al | 23 |
| 2:13-cv-20208 | Webster et al v. Ethicon, Inc. et al | 19 |
| 2:13-cv-07722 | White v. Ethicon, Inc. et al | 12 |
| 2:13-cv-31121 | Whitehead v. Ethicon, Inc. et al | 20 |
| 2:13-cv-00984 | Widdoss v. Ethicon, Inc. et al | 18 |
| 2:13-cv-25906 | Wiegert et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-08717 | Wilkinson et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-05051 | Wilson v. Ethicon, Inc. et al | 12 |
| 2:14-cv-15883 | Wilson v. Ethicon, Inc. et al | 13 |
| 2:13-cv-29308 | Wilson v. Ethicon, Inc. et al | 21 |
| 2:15-cv-09166 | Winser et al v. Ethicon, Inc. et al | 10 |
| 2:12-cv-08825 | Woltman et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-07723 | Wood v. Ethicon, Inc. et al | 12 |
| 2:14-cv-14423 | Worthington v. Ethicon, Inc. et al | 12 |
| 2:14-cv-02399 | Wright et al v. Ethicon, Inc. et al | 13 |
| 2:12-cv-08828 | Wynn et al v. Ethicon, Inc. et al | 13 |
| 2:15-cv-07494 | Yadegar et al v. Ethicon, Inc. et al | 9 |
| 2:14-cv-15221 | Zimmerman et al v. Ethicon, Inc. et al | 12 |

44163837.v1