IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO: THE CASES LISTED ON EXHIBIT A OF THE ATTACHED, PROPOSED ORDER | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS ETHICON, LLC, WITHOUT PREJUDICE FOR THE WAVE 8 CASES LISTED IN EXHIBIT A**

Plaintiffs, whose cases are listed on Exhibit A to the attached Proposed Pretrial Order, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move the Court to dismiss Ethicon, LLC, without prejudice.

A Proposed Order, with the applicable cases listed in Exhibit A, is attached.

Respectfully submitted,

*/s/ Renee Baggett*
Renee Baggett (FL Bar No. 0038186)
Aylstock Witkin Kreis & Overholtz
Suite 200
17 East Main Street
Pensacola, FL  32502
(850) 201-1010
rbaggett@awkolaw.com

*/s/ William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

Counsel for Plaintiffs

2

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants Ethicon, Inc.,
and Johnson & Johnson

## **CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage