**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION         MDL No. 2327

------------------------------------------------

THIS DOCUMENT RELATES TO THE CASES LISTED ON EXHIBIT A

**PRETRIAL ORDER # \_\_\_\_\_**
**(Re: Order Dismissing Ethicon, LLC in Cases Listed on Exhibit A)**

      Pursuant to PTO # 117, the Court granted Plaintiffs' Motion to Amend First Amended Master Long Form Complaint and Jury Demand and Amended Master Short Form Complaint [Docket # 886] to the extent it sought to remove defendant Ethicon, LLC from the Master Long Form Complaint and Amended Short Form Complaint. After the date of PTO #117, Ethicon, LLC was removed from the Short Form Complaint and Amended Short Form Complaint in all MDLs. PTO #117 further provided that the Court would initiate a show cause process regarding Ethicon, LLC in cases filed prior to the date of the Order.

      Many cases identified as part of Wave 8 discovery pre-date PTO #117 and name Ethicon, LLC as a defendant. The parties have agreed to dismiss Ethicon, LLC without prejudice from the cases identified in Exhibit A.

      It is **ORDERED** that Ethicon, LLC shall be dismissed without prejudice from each case identified on Exhibit A.

      The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in each of the cases listed on Exhibit A. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTERED: _____, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

**EXHIBIT A**

| Plaintiff Last, First Name | MDL Docket No. |
|---|---|
| Adler, Evelyn | 2:17cv00158 |
| Ahner, Jacqueline | 2:13cv09790 |
| Akins, Mary E. & Kenneth | 2:14cv14182 |
| Aldridge, Kimberly C. & Larry T. | 2:14cv18264 |
| Alsadi, Heand | 2:17cv03724 |
| Anderson, Corlis | 2:13cv10032 |
| Aylworth, Christine | 2:13cv06856 |
| Bagsby, Collette Turner & Jeffrey | 2:13cv06860 |
| Baill, Randi | 2:13cv27100 |
| Bardo, Paula Sue & Leslie J. | 2:13cv23717 |
| Barney, Brenda & Richard | 2:13cv09184 |
| Benestad, Maria & John T. | 2:13cv16867 |
| Bernard, Elva | 2:13cv02932 |
| Bogie, Wanda | 2:13cv08674 |
| Boulette, Linda & Ernest P., III | 2:13cv07247 |
| Bredlow, Joy L. | 2:13cv33415 |
| Caldera, Rosa & Luis Fernando Luna | 2:13cv10649 |
| Caldwell, Cynthia & Ronald | 2:12cv07145 |
| Capes, Serita | 2:13cv06571 |
| Cartner, Tiffany Diane & Joshua Harold | 2:13cv31941 |
| Carver, Laura M. | 2:12cv08616 |

| Plaintiff Last, First Name | MDL Docket No. |
|---|---|
| Casperson, Susan & Robert | 2:13cv25272 |
| Caughill, Michelle & Brian | 2:13cv25266 |
| Cawthorne, Patricia & Richard | 2:13cv06218 |
| Close, Cynthia & Terrance | 2:13cv05940 |
| Cohen, Randi & James | 2:13cv22567 |
| Collins, Tina M. & Dwayne N. | 2:14cv16375 |
| Collins, Wilma | 2:14cv13055 |
| Cook, Martha | 2:14cv22417 |
| Cotton, Clara & Zack | 2:14cv16852 |
| Cunningham, Sherrilene | 2:13cv25155 |
| Dafryck, Judy Ann & Winston | 2:13cv32034 |
| Dalberg, Rebecca & Cornelius | 2:13cv09725 |
| Daughters, Isabel & Robert | 2:14cv17334 |
| Davis, Darlene Louise & Glenn Richard | 2:14cv19431 |
| Delsart, Cindy | 2:13cv03827 |
| Dodson, Mitsey | 2:13cv03546 |
| Eads, Danitta L. | 2:13cv03284 |
| Emerick, Glenda & Phillip | 2:14cv16802 |
| Erwin, Kathryn & Charles | 2:15cv00703 |
| Evans, Wanda L. | 2:13cv25626 |
| Famigletti, Susan & Michael | 2:12cv06576 |
| Fincher, Rosalie | 2:13cv25628 |
| Forrest, Lisa Ann | 2:13cv10033 |

| Plaintiff Last, First Name | MDL Docket No. |
|---|---|
| Foster, Alice & William | 2:13cv06679 |
| Fountain, Joyce & Lonnie | 2:13cv03736 |
| Garcia-Valdez, Trinie & Frank | 2:14cv13951 |
| Gardner, Jennifer | 2:13cv03724 |
| Godwin, Linda & Larry | 2:12cv03226 |
| Gonzalez-Torres, Maria Cristina & Francisco, Jr. | 2:13cv01272 |
| Granillo, Monica & Henry | 2:13cv06575 |
| Green, Nancy | 2:13cv22087 |
| Greenwald, Carolyn & Dan | 2:14cv13810 |
| Grimme, Kathleen & James | 2:14cv29556 |
| Grubb, Loretta & Bernard | 2:13cv28584 |
| Grubbs, Janice & Thomas | 2:13cv05120 |
| Gutierrez, Debra & Raymond | 2:14cv01045 |
| Hales, Marquetta | 2:13cv27185 |
| Hall, Linda & Howard | 2:13cv02931 |
| Halvorson, Julie | 2:14cv17037 |
| Hanna, Karen M. | 2:13cv06214 |
| Harris, Elisabeth & Robert | 2:13cv29782 |
| Haviland, LaDonna | 2:13cv29779 |
| Heide, Cheryl M. | 2:14cv14441 |
| Heinrich, Barbara & Gregory | 2:13cv31006 |
| Helms, Amy M. | 2:14cv16378 |
| Hempstead, Anita | 2:13cv09300 |

| Plaintiff Last, First Name | MDL Docket No. |
|---|---|
| Hewitt, Kathleen M. & William | 2:13cv07766 |
| Hill, Christi J. & Charles | 2:13cv33413 |
| Hill, Constance | 2:13cv03279 |
| Hite, Deborah J. & James Barnhart | 2:13cv04693 |
| Hoss, Susan & Neal | 2:13cv20079 |
| Hudspeth, Lisa D. | 2:15cv04163 |
| Jackson, Rita | 2:13cv23744 |
| Jacobsen, Joni & Jeffrey W. | 2:13cv24530 |
| Jennings, Tammy | 2:13cv11091 |
| Johns, Linda | 2:13cv11196 |
| Johnson, Jill & Keith | 2:13cv28793 |
| Jones, Evelyn & Daniel Beckett | 2:15cv00701 |
| Jones, Hilda & Johnny D. | 2:13cv07246 |
| Kennedy, Ramona & Rodney | 2:13cv16859 |
| Kessler, Joyce R. & Allan | 2:13cv01211 |
| Kingsbury, Margaret & John Joseph | 2:13cv28794 |
| Kmiec, Lisa | 2:13cv24531 |
| Krause, Kathleen & Roland | 2:14cv10191 |
| Kuhn, Sheryl A. | 2:14cv12593 |
| Laderbush, Bonnie & George Robert | 2:13cv24258 |
| Lawson, Linda Wade | 2:13cv06573 |
| Linder, Paulada S. & Kenneth | 2:13cv11087 |
| Loague, Alta Joy & Robert W. | 2:13cv30754 |

| Plaintiff Last, First Name | MDL Docket No. |
|---|---|
| Lopez, Rosemary | 2:13cv30196 |
| Lowell, Patricia & Stanley A. | 2:13cv01801 |
| MacLeod, Renee & Michael | 2:13cv10608 |
| Marhefka, Catherine A. & Robert J. | 2:14cv15757 |
| Marsh, Sara | 2:13cv03073 |
| Martinez, Theresa & Robert | 2:15cv02881 |
| May, Sue Ellen & Gerald G. | 2:13cv29781 |
| McCaffrey, Elizabeth | 2:12cv09706 |
| McCracken, Cynthia & Randy C. | 2:13cv08268 |
| Minzel, Carlene & Russell | 2:13cv08274 |
| Mitchell, Sue Ann & John R. | 2:13cv01697 |
| Mongeon, Sheila | 2:15cv00391 |
| Moore, Lynnyce | 2:13cv22695 |
| Moore, Shirley | 2:13cv10035 |
| Morrow, Crystal & Thomas | 2:13cv31271 |
| Murphy, Sharon & John G., Jr. | 2:15cv13839 |
| Murphy, Susan & Brian | 2:14cv27445 |
| Murray, Mary | 2:13cv24573 |
| Nadelbach, Cindy & Barry | 2:13cv00353 |
| Nave, Brenda Gail | 2:13cv05127 |
| Nero, Esther & Norman | 2:13cv24805 |
| Newton, Mary Sue & Samuel Ray Ford | 2:13cv11092 |
| Nix, Arlene & HL | 2:13cv06574 |

| **Plaintiff Last, First Name** | **MDL Docket No.** |
|---|---|
| Norby, Rena Faye & John | 2:13cv31821 |
| Odor, Virginia & Kevin | 2:13cv23786 |
| Olsen, Pamela J. & David | 2:13cv12636 |
| Ottersbach, Nancy | 2:13cv09729 |
| Paseka, Colleen S. | 2:13cv13451 |
| Perrigan, Lois & Ray | 2:13cv15727 |
| Pooley, Peggy & William | 2:13cv08270 |
| Rafal, Lisa & Alan | 2:13cv30924 |
| Rapacki, Mary R. & Michael | 2:13cv19758 |
| Repka, Diann & Ken | 2:13cv26198 |
| Rourke, Pamela & Fred | 2:13cv03866 |
| Rowan, Tammy L. & Duane | 2:14cv02822 |
| Rueb, Katherine | 2:13cv32138 |
| Sansabrino, Joni | 2:14cv17174 |
| Searl, Tamara | 2:14cv00064 |
| Shaffer, Brenda & Daniel, Sr. | 2:13cv07769 |
| Shahbaz, Frieda & Cyrus | 2:13cv26237 |
| Shelnutt, Beverly | 2:13cv07248 |
| Silvia, Carolann | 2:14cv00058 |
| Slusher, Veronica & Randall | 2:13cv10633 |
| Smallwood, Sheila & John | 2:13cv03949 |
| Smith, Janeen & Randall | 2:14cv01378 |
| Smith, Norma C. | 2:14cv29428 |

| Plaintiff Last, First Name | MDL Docket No. |
|---|---|
| Sprague, Barbara & Thomas | 2:14cv05276 |
| Steele, Kelly & Steven | 2:13cv23855 |
| Strickland, April M. | 2:14cv12770 |
| Sutton, Kathleen & Glenn | 2:13cv04090 |
| Templin, Cherie & Robert | 2:13cv10620 |
| Thibodeaux-Billodeaux, Dana & Craig | 2:14cv01381 |
| Thomas, Crystal | 2:14cv02536 |
| Thomas, Lawanda & Sherman | 2:13cv24259 |
| Thompson, Cynthia S. & Terry L. | 2:13cv10656 |
| Townson, Irma | 2:13cv12954 |
| Trivett, Donna | 2:13cv08259 |
| Valdez, Linda & Joaquin | 2:14cv15375 |
| Vincent, Crystal S. & Randy J. | 2:14cv10298 |
| Vonach, Ida & Leland | 2:13cv01698 |
| Weber, Tammy | 2:13cv26999 |
| Williams, Terressa & Russell | 2:14cv16787 |
| Willis, Sherry & Travis | 2:14cv14532 |