IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

## ORDER

**AND NOW**, this  12th  day of  October , 2018, upon consideration of Defendant American Medical System Inc.'s Motion to Withdraw its Previously Filed Joint Motion to Dismiss with Prejudice (Doc. 6738) and any opposition thereto, **IT IS ORDERED** that the Motion to Withdraw [ECF No. 6743] is **GRANTED**, and the Joint Motion to Dismiss With Prejudice [ECF No. 6738] is hereby **DENIED as moot**.

**IT IS SO ORDERED**.

ENTER:  October 12, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE