The motion to withdraw is GRANTED; it is further ORDERED that motion(s) #6676 is/are DENIED as MOOT.

ENTER: 10/12/2018

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ALL WAVE 8 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### PLAINTIFFS' MOTION TO WITHDRAW PLAINTIFFS' DOCKET NO. 6676

Plaintiffs' counsel hereby request withdrawal of the document identified as Docket No. 6676, Plaintiffs' Motion to Strike Defendants' Objections and Responses to Plaintiffs' "Notice to Take Deposition of Debra Fromer, M.D." (filed September 20, 2018).

Dated: October 1, 2018

                                        Respectfully submitted,

                                        /s/ D. Renee Baggett
                                        D. RENEE BAGGETT
                                        Aylstock, Witkin, Kreis and Overholtz, PLC
                                        17 E. Main Street, Suite 200
                                        Pensacola, FL 32563
                                        850-202-1010
                                        850-916-7449
                                        Rbaggett@awkolaw.com