IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
C.R. BARD, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A - I and Defendant C.R. Bard, Inc. ("Bard") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs. Other Defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000
*Attorney for Defendant C.R. Bard, Inc.*

/s/ Yvonne M. Flaherty
**Yvonne M. Flaherty**
LOCKRIDGE GRINDAL NAUEN
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401
612/339-6900
Fax: 612/339-0981
Email: ymflaherty@locklaw.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Brenda S. Fulmer
**Brenda S. Fulmer**
SEARCY DENNEY SCAROLA
BARNHART & SHIPLEY
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
561/686-6300
Fax: 561/383-9498
Email: bsf@searcylaw.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Merritt E. Cunningham
**Merritt E. Cunningham**
SMITH STAG
Suite 2800
365 Canal Street
New Orleans, LA 70130
504/593-9600
Fax: 504/593-9601
Email: mcunningham@smithstag.com
*Attorney for Plaintiff on Exhibit C*

/s/ Curtis Brooks Cutter
**Curtis Brooks Cutter**
KERSHAW CUTTER & RATINOFF
401 Watt Avenue
Sacramento, CA 95864
916/290-9400
Fax: 916/588-9330
Email: bcutter@kcrlegal.com
*Attorney for Plaintiff on Exhibit D*

/s/ Jennifer Ann Moore
**Jennifer Ann Moore**
GROSSMAN & MOORE
Suite 1810
401 West Main Street
Louisville, KY 40202
502/657-7100
Fax: 502/657-7111
Email: jmoore@gminjurylaw.com
*Attorney for Plaintiffs on Exhibit E*

/s/ Benjamin Todd Cochran
**Benjamin Todd Cochran**
HARDISON & COCHRAN
Suite 220
4800 Six Forks Road
Raleigh, NC 27609
919/829-0449
Fax: 919/835-1379
Email: ben@lawyernc.com
*Attorney for Plaintiffs on Exhibit F*

/s/ Bobby Jewell Bell, Jr.
**Bobby Jewell Bell , Jr.**
HOLLIS WRIGHT & COUCH
Suite 1500
505 North 20th Street
Birmingham, AL 35203
205/324-3600
Fax: 205/324-3636
Email: bob@hollis-wright.com
*Attorney for Plaintiffs on Exhibit G*

/s/ Benedict P. Morelli
**Benedict P. Morelli**
MORELLI LAW FIRM
31st Floor
777 Third Avenue
New York, NY 10017
212/751-9800
Fax: 212/751-0046
Email: bmorelli@morellilaw.com
*Attorney for Plaintiffs on Exhibit H*

/s/ Stephen Dennis Behnke
**Stephen Dennis Behnke**
WRIGHT & SCHULTE
Suite A
812 East National Road
Vandalia, OH 45377
937/435-7500
Fax: 937/435-7511
Email: sbehnke@legaldayton.com
*Attorney for Plaintiffs on Exhibit I*


Dated: October 15, 2018

**EXHIBIT A - LOCKRIDGE GRINDAL NAUEN PLLP**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-28757 | Wanda Bramel and Roy N. Bramel, II v. C.R. Bard, Inc., et al. |
| 2:15-cv-13095 | Nanette Anspach and Thomas Anspach v. C.R. Bard, Inc., et al. |

**EXHIBIT B – SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, PA**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-01622 | Ruth S. Chapman and James B. Chapman v. C.R. Bard, Inc., et al. |

**EXHIBIT C – SMITH STAG, LLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-14450 | Sally Manzo v. C.R. Bard, Inc., et al. |

## EXHIBIT D – KERSHAW CUTTER & RATINOFF

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-cv-11177 | Margaret M. Trowbridge v. C.R. Bard, Inc., et al. |

## EXHIBIT E – GROSSMAN & MOORE, PLLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-13374 | Cathy Delph and Bobby Delph v. C.R. Bard, Inc., et al. |

## EXHIBIT F – HARDISON & COCHRAN, PLLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-00570 | Clare Wadsworth and Rocco Wadsworth v. C.R. Bard, Inc., et al. |

**EXHIBIT G – HOLLIS WRIGHT & COUCH**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-16527 | Pamela J. Anderson and Morris Smith v. C.R. Bard, Inc., et al. |

## EXHIBIT H – MORELLI LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-18789 | Jean Gladding v. C.R. Bard, Inc., et al. |

## EXHIBIT I – WRIGHT & SCHULTE, LLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-00575 | Deanna Hall and Carl Hall v. C.R. Bard, Inc., et al. |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 15, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Richard B. North, Jr.