**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| ------------------------------------------------------- <br> ETHICON WAVE 8 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
HARRY JOHNSON, M.D. FOR WAVE 8**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Harry Johnson for Ethicon Waves 3 and 4, Dkts. 3273 and 3650 (motions), 3274 and 3661 (memorandums in support). Plaintiffs respectfully request that the Court exclude Harry Johnson's testimony, for the reasons expressed in the Waves 3 and 4 briefing. This notice applies to the following Wave 8 cases identified in Exhibit A attached hereto.

Dated: October 15, 2018

Respectfully submitted,

/s/  D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Hertslet, Gisela | 2:17-cv-02381 |
| Brooks, Cindy & Robert | 2:13-cv-22692 |
| Cagle, Terrill | 2:15-cv-01768 |
| Castro, Leonor & Anselmo | 2:14-cv-29620 |
| Dates, Vanessa | 2:15-cv-11333 |
| Donalds, Paula M. | 2:17-cv-02199 |
| Dunn, Peggy | 2:14-cv-29133 |
| Gueret-Negash, Sally & Girma | 2:15-cv-00257 |
| O'Fallon, Celia & Dennis | 2:14-cv-30122 |
| Pooley, Peggy & William | 2:13-cv-08270 |
| Scaife, Diane L. & Robert | 2:15-cv-04365 |
| Thompson, Regina M. & Gary | 2:12-cv-09074 |
| Williams, Nicole D. & Michael V. | 2:15-cv-16176 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com