IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Certain Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 6751], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-B, and American Medical Systems, Inc. ("AMS") seeking dismissal of the AMS defendants with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Although these cases reside in the Ethicon MDL, AMS is the only remaining defendant. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibits A-B are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-B.

ENTER: October 16, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – COVENEY LAW

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-CV-11388 | Frances Iness v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – PROVOST UMPHREY LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-CV-14799 | Kathleen Flores v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |