IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 6754], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-F, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**. It is further **ORDERED** that for any civil actions listed on the attached Exhibits A-F in which this order results in the last remaining active defendant being dismissed, then such cases are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-F.

ENTER: October 16, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – DAVIS BETHUNE & JONES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-15149 | Mary Frank, Leon Frank v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

**EXHIBIT B – PETERSON & ASSOCIATES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-19804 | Mary Sanchez v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:15-CV-09939 | Catharine Kinstler v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:15-CV-11662 | Delores Hood v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:16-CV-04196 | Rose Anderson v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |

**EXHIBIT C – SUMMERS & JOHNSON**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-16175 | Cassandra Sutton, Robert Sutton v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |

**EXHIBIT D – TOR HOERMAN LAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-CV-02671 | Pauline Bascom, Billy Lee Bascom v. American Medical Systems, Inc. |

**EXHIBIT E – WAGSTAFF & CARTMELL**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-00969 | Margaret Gray v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:12-CV-09297 | Rita Rollin v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:13-CV-00158 | Cynthia Roberts v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:13-CV-00222 | Audrey Fenceroy, Johnny Fenceroy v. American Medical Systems, Inc., Boston Scientific Corporation, Ethicon Inc., Johnson & Johnson |
| 2:13-CV-01522 | Lula Slone v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:13-CV-23790 | Brenda Lau Vandewalker, Duane Vandewalker v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:13-CV-28036 | Ida Huff, James Huff v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:14-CV-13613 | Katrenia Andrues, Scott Andrues v. American Medical Systems, Inc., C. R. Bard, Inc., Ethicon, Inc., Tissue Science Laboratories Limited, Johnson & Johnson |
| 2:14-CV-17913 | Tamberlyn Moyers, Tony Moyers v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:14-CV-23496 | Marybell Little Big Eagle, Little Big Eagle v. American Medical Systems, Inc. |
| 2:14-CV-25602 | Susan Sides v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:15-CV-05278 | Carol Sherman, Michael C. Sherman v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:15-CV-08197 | Terina Yusufi v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:15-CV-16400 | Virginia Dowden, Ronald L. Dowden v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:16-CV-00253 | Kathleen Worthington, Dale Worthington v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:16-CV-00258 | Jeanette Rebello, Stanley Rebello v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:16-CV-03258 | Darlene Simion v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:16-CV-03350 | Misty Morgese v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:16-CV-03464 | Madeline Scoville, Clark Scoville v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |

| | |
|---|---|
| 2:16-CV-09124 | Carol Tomas v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:17-CV-02103 | Linda Bautista v. American Medical Systems, Inc. |
| 2:17-CV-02927 | Nellie Cleland v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:17-CV-02940 | Ivonny Kiess v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |

## EXHIBIT F – ZONIES LAW

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-03303 | Lana McKenzie v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |
| 2:15-CV-01314 | Susan Polizzi, Douglas Polizzi v. American Medical Systems, Inc., Ethicon Inc., Johnson & Johnson |