IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT APPLIES TO: ETHICON WAVE 8 CASES LISTED IN EXHIBIT A | Joseph R. Goodwin UNITED STATES DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE ROBERT D. MOORE, D.O. FOR ETHICON WAVE 8

Defendants hereby adopt and incorporate by reference the *Daubert* motion filed against Robert D. Moore, D.O. for Ethicon Wave 5, Case No. 2:12-md-02327, Dkt. 4341 (motion) and Dkt. 4343 (memorandum in support), which incorporated Defendants' Ethicon Wave 1 briefing, Case No. 2:12-md-02327, Dkt. 2119 (motion) and Dkt. 2120 (memorandum in support). Defendants respectfully request that the Court exclude Dr. Moore's testimony for the reasons expressed in the Ethicon Wave 1 and 5 briefing.

This notice applies to the Ethicon Wave 8 case identified in Exhibit A attached hereto.

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*

3

44567817.v1