**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE PEGGY PENCE, PH.D., FOR ETHICON WAVE 8, BOSTON SCIENTIFIC CORP. WAVE 4, AND C.R. BARD, INC. WAVE 7**

**List of Applicable Cases**

| Case Name | Case Number | MDL Proceeding | Product(s) |
|---|---|---|---|
| Navarro, Marguerite Rose & Jesus | 2:15cv05222 | Bard MDL 2187 | Pelvitex;  TVT Obturator |
| Aylworth, Christine | 2:13cv06856 | Boston Scientific MDL 2326 | Obtryx; Prolift; TVT Abbrevo |
| Bartman, Elaine M. & Linwood | 2:14cv27267 | Boston Scientific MDL 2326 | Obtryx; Prolene |
| Carr, Frances | 2:15cv05206 | Boston Scientific MDL 2326 | Advantage; Gynemesh PS |
| D'Andrea, Patricia & Albert | 2:14cv28729 | Boston Scientific MDL 2326 | Advantage; Vicryl |
| Dent, Angela | 2:14cv27262 | Boston Scientific MDL 2326 | TVT; Uphold |
| Gulley, Kelley & John | 2:14cv30128 | Boston Scientific MDL 2326 | TVT |
| Halvorson, Julie | 2:14cv17037 | Boston Scientific MDL 2326 | Advantage; Prolift |
| Holt, Lana & John | 2:14cv27261 | Boston Scientific MDL 2326 | Obtryx; Prolift |
| Martinez, Theresa & Robert | 2:15cv02881 | Boston Scientific MDL 2326 | Gynemesh PS; Obtryx |
| Melton, Sheila & Bobby | 2:14cv27260 | Boston Scientific MDL 2326 | Pinnacle; TVT Abbrevo; Uphold |
| Musewicz, Gail & John | 2:14cv27281 | Boston Scientific MDL 2326 | Pinnacle; Prolift; TVT Obturator |
| Ottersbach, Nancy | 2:13cv09729 | Boston Scientific MDL 2326 | Lynx; Pinnacle; Solyx; TVT |
| Robins, Donna | 2:15cv05209 | Boston Scientific MDL 2326 | Advantage; Gynemesh PS |
| Vaughn, Linda & Robert | 2:15cv07103 | Boston Scientific MDL 2326 | Pinnacle; Repliform; TVT Obturator |
| Abt, Angela | 2:15cv04375 | Ethicon MDL 2327 | TVT Obturator |
| Aceto, Jayne & Joseph | 2:15cv15252 | Ethicon MDL 2327 | Prolene Soft |
| Ahner, Jacqueline | 2:13cv09790 | Ethicon MDL 2327 | Prolift |
| Anderson, Corlis | 2:13cv10032 | Ethicon MDL 2327 | Prolift |
| Anderson, Sharyne & Alan | 2:15cv11910 | Ethicon MDL 2327 | Gynemesh PS; TVT Exact |

| Name | Case No. | MDL | Product |
|---|---|---|---|
| Baca, Deborah | 2:14cv28542 | Ethicon MDL 2327 | Prolene |
| Bagner, Mable | 2:15cv00930 | Ethicon MDL 2327 | TVT Abbrevo |
| Bagsby, Collette Turner & Jeffrey | 2:13cv06860 | Ethicon MDL 2327 | Gynemesh PS |
| Balsamo, Mary Ann & Rocco L. | 2:14cv27839 | Ethicon MDL 2327 | Prolift +M; TVT Obturator; Vicryl |
| Bargiol, Debra & Jason | 2:16cv03726 | Ethicon MDL 2327 | Sparc; TVT Exact |
| Barnes, Hazel | 2:15cv13306 | Ethicon MDL 2327 | Prolift |
| Barney, Brenda & Richard | 2:13cv09184 | Ethicon MDL 2327 | TVT Obturator |
| Bathija, Jyoti & Jagdish T. | 2:15cv00080 | Ethicon MDL 2327 | Prolift |
| Bauer, Nancy & Stanlee | 2:15cv12751 | Ethicon MDL 2327 | TVT |
| Belew-Nyquist, Deborah | 2:16cv11306 | Ethicon MDL 2327 | Mersilene |
| Bell, Sue & James | 2:15cv00708 | Ethicon MDL 2327 | Gynemesh PS |
| Bernard, Elva | 2:13cv02932 | Ethicon MDL 2327 | Prolift ; TVT Obturator |
| Berube, Debra & Robert | 2:15cv07126 | Ethicon MDL 2327 | Prolene Soft |
| Bogie, Wanda | 2:13cv08674 | Ethicon MDL 2327 | Gynemesh PS; Obtryx |
| Booth, Joyce | 2:17cv03958 | Ethicon MDL 2327 | Prolift |
| Boreni, Patricia & Alan | 2:15cv13965 | Ethicon MDL 2327 | Prolift |
| Boulette, Linda & Ernest P., III | 2:13cv07247 | Ethicon MDL 2327 | TVT |
| Bourque, Marilyn L. & John P. | 2:15cv13661 | Ethicon MDL 2327 | TVT |
| Bowling, Colleen K. | 2:14cv26063 | Ethicon MDL 2327 | TVT Obturator |
| Braun, Carlene | 2:13cv30481 | Ethicon MDL 2327 | TVT |
| Bredlow, Joy L. | 2:13cv33415 | Ethicon MDL 2327 | TVT Obturator |
| Brooks, Cindy & Robert | 2:13cv22692 | Ethicon MDL 2327 | Gynemesh PS; TVT |
| Brown, Loretta & Danny | 2:15cv07520 | Ethicon MDL 2327 | TVT Obturator |
| Bryant, Peggy & Dean | 2:15cv04369 | Ethicon MDL 2327 | TVT |
| Bryce, Linda & William J. | 2:16cv06293 | Ethicon MDL 2327 | Prolift; TVT Obturator |
| Burton, Barbara | 2:13cv22539 | Ethicon MDL 2327 | TVT |
| Bushway, Rose Marie & Charles | 2:16cv08070 | Ethicon MDL 2327 | Prolift; TVT Obturator |
| Buttino, Robin & Luigi | 2:14cv29141 | Ethicon MDL 2327 | TVT Obturator |

| | | | |
|---|---|---|---|
| Cagle, Terrill | 2:15cv01768 | Ethicon MDL 2327 | Gynemesh PS; TVT Obturator |
| Caldera, Rosa & Luis Fernando Luna | 2:13cv10649 | Ethicon MDL 2327 | TVT |
| Campos, Sara & Laurent Degrakovac | 2:17cv02027 | Ethicon MDL 2327 | TVT Obturator |
| Cannon, Gail & John | 2:14cv29621 | Ethicon MDL 2327 | TVT Obturator |
| Cannon, Susan & William | 2:15cv08109 | Ethicon MDL 2327 | TVT |
| Capes, Serita | 2:13cv06571 | Ethicon MDL 2327 | TVT |
| Carey, Rita | 2:15cv11909 | Ethicon MDL 2327 | Gynemesh PS |
| Carlon, Debra | 2:16cv11121 | Ethicon MDL 2327 | TVT; TVT Obturator |
| Carter, Betty | 2:15cv02877 | Ethicon MDL 2327 | Prosima |
| Casperson, Susan & Robert | 2:13cv25272 | Ethicon MDL 2327 | TVT |
| Castillo, Rebecca V. & Rodney L. Aguero | 2:13cv01991 | Ethicon MDL 2327 | TVT |
| Castro, Leonor & Anselmo | 2:14cv29620 | Ethicon MDL 2327 | TVT Obturator |
| Caughill, Michelle & Brian | 2:13cv25266 | Ethicon MDL 2327 | TVT |
| Cawthorne, Patricia & Richard | 2:13cv06218 | Ethicon MDL 2327 | TVT Obturator |
| Cessna, Phyllis & William | 2:15cv05211 | Ethicon MDL 2327 | Prolift; TVT Obturator |
| Chadbourne, Joan L. | 2:16cv10326 | Ethicon MDL 2327 | Prosima |
| Christie, Rita | 2:15cv02880 | Ethicon MDL 2327 | TVT |
| Clarkson, Jean | 2:15cv13296 | Ethicon MDL 2327 | TVT Obturator |
| Clemons, Debra & Karry | 2:15cv02655 | Ethicon MDL 2327 | TVT |
| Close, Cynthia & Terrance | 2:13cv05940 | Ethicon MDL 2327 | TVT |
| Coghlan, Linda P. & Ronnie G., Sr. | 2:14cv18583 | Ethicon MDL 2327 | TVT Exact |
| Collins, Tina M. & Dwayne N. | 2:14cv16375 | Ethicon MDL 2327 | TVT |
| Collins, Wilma | 2:14cv13055 | Ethicon MDL 2327 | TVT Obturator |
| Cormell, Sloan | 2:17cv01259 | Ethicon MDL 2327 | TVT |
| Cuckler, Deanna & Ronald | 2:15cv03036 | Ethicon MDL 2327 | Prolene |
| Cunningham, Patsy | 2:13cv22565 | Ethicon MDL 2327 | Prolift ; TVTO |
| Dafryck, Judy Ann & Winston | 2:13cv32034 | Ethicon MDL 2327 | TVT Secur |
| Dalberg, Rebecca & Cornelius | 2:13cv09725 | Ethicon MDL 2327 | Prolift |

| Name | Case No. | MDL | Product |
|---|---|---|---|
| Dates, Vanessa | 2:15cv11333 | Ethicon MDL 2327 | Prolift |
| Deforest, Carrie Ellen & Dwight | 2:14cv29458 | Ethicon MDL 2327 | TVT; TVT |
| Delsart, Cindy | 2:13cv03827 | Ethicon MDL 2327 | TVT Obturator |
| Duncan, Jo Ann | 2:17cv03893 | Ethicon MDL 2327 | Gynemesh PS |
| Dunlap, Donna F. & Vernon | 2:14cv11689 | Ethicon MDL 2327 | Prolift; TVT Obturator |
| Dunn, Peggy | 2:14cv29133 | Ethicon MDL 2327 | Prolift |
| Eldreth, Mary Elayne & Bobby | 2:15cv00911 | Ethicon MDL 2327 | TVT |
| Elliott, Carol & Randy | 2:15cv07108 | Ethicon MDL 2327 | Gynemesh PS |
| ElQuesny, Pilar & Mongy | 2:15cv13288 | Ethicon MDL 2327 | Gynemesh PS |
| Emerick, Glenda & Phillip | 2:14cv16802 | Ethicon MDL 2327 | Lynx; Prolene |
| Endicott, Dana & Charles | 2:15cv02656 | Ethicon MDL 2327 | TVT Obturator |
| Engstrom, Miriam & John | 2:17cv04172 | Ethicon MDL 2327 | Prolift; T-Sling |
| Estrada, Dora & Joel | 2:13cv25625 | Ethicon MDL 2327 | TVT |
| Fancil, Lydia & Todd | 2:15cv04367 | Ethicon MDL 2327 | TVT Obturator |
| Farrell, Mary & Paul Vincent | 2:15cv13305 | Ethicon MDL 2327 | TVT |
| Ferla, Nicola & Paul T. | 2:15cv13303 | Ethicon MDL 2327 | TVT |
| Fincher, Rosalie | 2:13cv25628 | Ethicon MDL 2327 | Prolene Soft |
| Flath, Monica M. | 2:14cv18397 | Ethicon MDL 2327 | TVT |
| Foley, Carolyn & Charles | 2:15cv01064 | Ethicon MDL 2327 | Prolift; TVT Obturator |
| Forrest, Lisa Ann | 2:13cv10033 | Ethicon MDL 2327 | Gynemesh PS |
| Foster, Marsha & Alvin A. Jensen | 2:15cv12513 | Ethicon MDL 2327 | TVT |
| Fountain, Joyce & Lonnie | 2:13cv03736 | Ethicon MDL 2327 | TVT |
| Fox, Patricia | 2:15cv07116 | Ethicon MDL 2327 | Prolift; TVT Secur |
| Gaughan, Sheryl & Philip | 2:15cv14349 | Ethicon MDL 2327 | TVT Obturator |
| Gerbino, Laurie & Robert | 2:14cv28538 | Ethicon MDL 2327 | TVT |
| Gibson, Angela | 2:14cv25732 | Ethicon MDL 2327 | TVT Exact |
| Gillespie, Jessica & Damien Sandifer | 2:15cv04404 | Ethicon MDL 2327 | TVT |
| Glaze, Mary | 2:15cv04397 | Ethicon MDL 2327 | Gynemesh PS |
| Gonzalez-Torres, | 2:13cv01272 | Ethicon MDL 2327 | TVT |

| | | | |
|---|---|---|---|
| Maria Cristina & Francisco, Jr. | | | |
| Gordon, Linda & Jeff | 2:15cv05600 | Ethicon MDL 2327 | Prolift; TVT Secur |
| Granillo, Monica & Henry | 2:13cv06575 | Ethicon MDL 2327 | TVT |
| Greenwald, Carolyn & Dan | 2:14cv13810 | Ethicon MDL 2327 | Prolift |
| Grimme, Kathleen & James | 2:14cv29556 | Ethicon MDL 2327 | TVT |
| Grubbs, Gloria & Glenn D. | 2:15cv04275 | Ethicon MDL 2327 | Prolift +M; TVT |
| Grubbs, Janice & Thomas | 2:13cv05120 | Ethicon MDL 2327 | TVT |
| Gueret-Negash, Sally & Girma | 2:15cv00257 | Ethicon MDL 2327 | Prolift |
| Guyette, Shelley & Raymond | 2:15cv00702 | Ethicon MDL 2327 | TVT |
| Haizlip, Barbara & William C. | 2:15cv03306 | Ethicon MDL 2327 | TVT Obturator |
| Hales, Marquetta | 2:13cv27185 | Ethicon MDL 2327 | TVT |
| Hall, Linda & Howard | 2:13cv02931 | Ethicon MDL 2327 | Prosima |
| Hanna, Karen M. | 2:13cv06214 | Ethicon MDL 2327 | TVT |
| Harhart, Linda | 2:14cv29124 | Ethicon MDL 2327 | TVT Obturator |
| Harms, Connie & Robert | 2:15cv01356 | Ethicon MDL 2327 | Prosima; TVT Abbrevo |
| Harris, Elisabeth & Robert | 2:13cv29782 | Ethicon MDL 2327 | Desara; Prolift; TVT |
| Haviland, LaDonna | 2:13cv29779 | Ethicon MDL 2327 | TVT |
| Hebert, Patricia | 2:16cv08011 | Ethicon MDL 2327 | Prolift |
| Heide, Cheryl M. | 2:14cv14441 | Ethicon MDL 2327 | Prolene |
| Hewitt, Kathleen M. & William | 2:13cv07766 | Ethicon MDL 2327 | Davol; TVT |
| Hill, Christi J. & Charles | 2:13cv33413 | Ethicon MDL 2327 | TVT |
| Hill, Constance | 2:13cv03279 | Ethicon MDL 2327 | TVT Obturator |
| Hite, Deborah J. & James Barnhart | 2:13cv04693 | Ethicon MDL 2327 | Gynemesh PS; Obtryx |
| Hitt, Kim & Darrell | 2:13cv22103 | Ethicon MDL 2327 | Gynemesh PS; Pinnacle |
| Holmer, Wanda Ann & Rich | 2:17cv00093 | Ethicon MDL 2327 | Arise; TVT |
| Hoover, Chari & George Robert | 2:15cv07107 | Ethicon MDL 2327 | Prolift; TVT Obturator |
| Hoss, Susan & Neal | 2:13cv20079 | Ethicon MDL 2327 | TVT |
| Hoy, Lilyan | 2:15cv08089 | Ethicon MDL 2327 | Prolift; TVT |

| | | | |
|---|---|---|---|
| Hubbard, Deborah & Darren | 2:17cv00524 | Ethicon MDL 2327 | Prolift; TVT Secur |
| Hunt, Charlene & Kenneth | 2:14cv29125 | Ethicon MDL 2327 | TVT Obturator |
| Illjes, Lori & Robert | 2:15cv05910 | Ethicon MDL 2327 | TVT Obturator |
| Inners, Connie & Daniel J. | 2:14cv28346 | Ethicon MDL 2327 | TVT |
| Izguerra, Lilia Valadez | 2:15cv13289 | Ethicon MDL 2327 | Gynemesh PS |
| Jacobson, Kristin Lynn & Eric Christopher | 2:17cv02046 | Ethicon MDL 2327 | TVT Exact |
| Jacobson, Naomi | 2:14cv29128 | Ethicon MDL 2327 | Gynemesh PS |
| Jennings, Tammy | 2:13cv11091 | Ethicon MDL 2327 | TVT Abbrevo |
| Jens, Frances & Steven | 2:15cv05599 | Ethicon MDL 2327 | TVT |
| Johns, Linda | 2:13cv11196 | Ethicon MDL 2327 | Prolift |
| Johnson, Jill & Keith | 2:13cv28793 | Ethicon MDL 2327 | Prolift +M; Prosima; TVT Secur |
| Johnston, Linda | 2:17cv01892 | Ethicon MDL 2327 | TVT Obturator |
| Jones, Evelyn & Daniel Beckett | 2:15cv00701 | Ethicon MDL 2327 | Prolift; TVT Obturator |
| Jung, Wendy & John | 2:15cv03317 | Ethicon MDL 2327 | TVT Exact |
| Kelley, Norma & Dennis | 2:14cv29174 | Ethicon MDL 2327 | TVT |
| Kessler, Joyce R. & Allan | 2:13cv01211 | Ethicon MDL 2327 | Prolift +M;  TVT Obturator |
| Kimble, Debra & Allan | 2:15cv09555 | Ethicon MDL 2327 | TVT Abbrevo |
| Kinard, Christine | 2:14cv29115 | Ethicon MDL 2327 | TVT Obturator |
| Kingsbury, Margaret & John Joseph | 2:13cv28794 | Ethicon MDL 2327 | TVT |
| Kohn, Anita & Ronald | 2:14cv28501 | Ethicon MDL 2327 | Gynemesh PS; TVT Obturator |
| Krieg, Susan | 2:14cv19005 | Ethicon MDL 2327 | TVT Obturator |
| Kuhn, Sheryl A. | 2:14cv12593 | Ethicon MDL 2327 | TVT Secur |
| Kyser, Tammy J. | 2:13cv03048 | Ethicon MDL 2327 | Advantage; Prosima; TVT Obturator |
| Laderbush, Bonnie & George Robert | 2:13cv24258 | Ethicon MDL 2327 | TVT Exact |
| Lampron, Sarah & Walter | 2:15cv02493 | Ethicon MDL 2327 | Prolene Soft |
| Landin, Yajaira A. & Brett Granowetter | 2:13cv23995 | Ethicon MDL 2327 | TVT |
| Lane, Lisa Terese & | 2:15cv04342 | Ethicon MDL 2327 | TVT |

| Name | Case No. | MDL | Product |
|---|---|---|---|
| Robert | | | |
| LaVoie, Kara | 2:13cv20077 | Ethicon MDL 2327 | TVT |
| Lawson, Linda Wade | 2:13cv06573 | Ethicon MDL 2327 | Prolift |
| Leder, Barbara | 2:13cv29512 | Ethicon MDL 2327 | TVT |
| Lee, Myrle Ann | 2:13cv09183 | Ethicon MDL 2327 | TVT |
| Lepley, Sharon | 2:14cv28548 | Ethicon MDL 2327 | TVT Obturator |
| Linder, Paulada S. & Kenneth | 2:13cv11087 | Ethicon MDL 2327 | TVT |
| Long, Janice | 2:13cv30195 | Ethicon MDL 2327 | Prolift +M; Prosima; TVT Obturator |
| Long, Susan & Lee | 2:15cv01063 | Ethicon MDL 2327 | TVT |
| Lopez, Rosemary | 2:13cv30196 | Ethicon MDL 2327 | Obtryx; Prolift |
| Lueb, Mary | 2:17cv03978 | Ethicon MDL 2327 | Prolene |
| MacLeod, Renee & Michael | 2:13cv10608 | Ethicon MDL 2327 | TVT Obturator |
| Maloney, Elaine & Dennis | 2:15cv07117 | Ethicon MDL 2327 | TVT |
| March, Brenda & Edgar | 2:13cv22928 | Ethicon MDL 2327 | TVT Obturator |
| Massoudi, Farah & Cyrus | 2:15cv13111 | Ethicon MDL 2327 | Prolene Soft |
| Maurer, Jane & Arthur | 2:13cv04834 | Ethicon MDL 2327 | Prolene |
| May, Sue Ellen & Gerald G. | 2:13cv29781 | Ethicon MDL 2327 | Gynemesh PS |
| McCracken, Cynthia & Randy C. | 2:13cv08268 | Ethicon MDL 2327 | Prolift; TVT Secur |
| McKenna, Vickie | 2:17cv01356 | Ethicon MDL 2327 | TVT |
| McLaughlin, Shirley (Terban) | 2:14cv29126 | Ethicon MDL 2327 | Prolene Soft; Prolift |
| McLeod, Carolyn | 2:17cv03901 | Ethicon MDL 2327 | TVT Obturator |
| Meltsch, Cynthia & John | 2:15cv03037 | Ethicon MDL 2327 | Prolift; TVT Obturator |
| Metcalf, Debra | 2:14cv28533 | Ethicon MDL 2327 | TVT Exact |
| Miller, Deborah | 2:15cv08553 | Ethicon MDL 2327 | TVT |
| Minor, Kristen Elizabeth & Calvin Thomas | 2:15cv02394 | Ethicon MDL 2327 | TVT Exact; TVT Secur |
| Minzel, Carlene & Russell | 2:13cv08274 | Ethicon MDL 2327 | TVT Obturator |
| Mitchell, Doris | 2:16cv02466 | Ethicon MDL 2327 | Prolene |
| Moore, Linda | 2:15cv13404 | Ethicon MDL 2327 | TVT |
| Moore, Lynnyce | 2:13cv22695 | Ethicon MDL 2327 | TVT |
| Moore, Ronna | 2:18cv00040 | Ethicon MDL 2327 | Prolift +M |
| Moore, Shirley | 2:13cv10035 | Ethicon MDL 2327 | Prolift |

| Name | Case No. | MDL | Product |
|---|---|---|---|
| Morrow, Crystal & Thomas | 2:13cv31271 | Ethicon MDL 2327 | TVT |
| Moser, Susan L. | 2:16cv01314 | Ethicon MDL 2327 | TVT |
| Murphy, Patricia & Fred | 2:16cv03907 | Ethicon MDL 2327 | Prolift |
| Murphy, Sharon & John G., Jr. | 2:15cv13839 | Ethicon MDL 2327 | Prolene; TVT Obturator |
| Nave, Brenda Gail | 2:13cv05127 | Ethicon MDL 2327 | TVT Obturator |
| Nelson, Denise | 2:13cv08672 | Ethicon MDL 2327 | TVT |
| Newton, Mary Sue & Samuel Ray Ford | 2:13cv11092 | Ethicon MDL 2327 | TVT Obturator |
| Nix, Arlene & HL | 2:13cv06574 | Ethicon MDL 2327 | TVT Obturator |
| Nixon, Katrina | 2:16cv02467 | Ethicon MDL 2327 | TVT |
| Norby, Rena Faye & John | 2:13cv31821 | Ethicon MDL 2327 | Gynemesh PS |
| Paris, Patricia & Michael | 2:15cv15749 | Ethicon MDL 2327 | TVT Obturator |
| Parker, Maxine Edith | 2:15cv03184 | Ethicon MDL 2327 | Prolift; Sparc |
| Payne, Rebecca | 2:16cv02833 | Ethicon MDL 2327 | Prolift; TVT Secur |
| Pearson, Kristine & Brad | 2:14cv29129 | Ethicon MDL 2327 | TVT |
| Pelican, Cathy | 2:15cv14522 | Ethicon MDL 2327 | Ultrapro |
| Peltier-Ettiene, Joan & Janan | 2:14cv24479 | Ethicon MDL 2327 | PelviSoft; TVT Secur |
| Peterson, Pamela & David | 2:14cv30125 | Ethicon MDL 2327 | TVT Exact; TVT Obturator |
| Pike, Carol Lynn & Darrell | 2:16cv09883 | Ethicon MDL 2327 | TVT Exact |
| Plott, Delphia & Carter | 2:15cv04301 | Ethicon MDL 2327 | Prolift |
| Poe, Kimberley | 2:15cv04373 | Ethicon MDL 2327 | TVT Obturator |
| Pooley, Peggy & William | 2:13cv08270 | Ethicon MDL 2327 | TVT Obturator |
| Poore, Melody & Ronald | 2:15cv03182 | Ethicon MDL 2327 | TVT Obturator |
| Post, Denise & Kenneth | 2:15cv07109 | Ethicon MDL 2327 | Gynemesh PS; TVT |
| Powers, Linda | 2:14cv12626 | Ethicon MDL 2327 | Gynemesh PS |
| Priest, Carvel | 2:15cv05597 | Ethicon MDL 2327 | TVT |
| Rafal, Lisa & Alan | 2:13cv30924 | Ethicon MDL 2327 | TVT; TVT Obturator |
| Rambeau, Mary Katherine | 2:15cv05842 | Ethicon MDL 2327 | TVT |
| Regino, Lisa Faye | 2:15cv05220 | Ethicon MDL 2327 | TVT Exact |
| Rockafellow, Karen | 2:17cv00745 | Ethicon MDL 2327 | Align; TVT Obturator |
| Rogers, Jeanne | 2:18cv00014 | Ethicon MDL 2327 | Prolift |

| Rosa, Heyda & Eddie | 2:15cv05911 | Ethicon MDL 2327 | TVT Abbrevo |
|---|---|---|---|
| Rowan, Tammy L. & Duane | 2:14cv02822 | Ethicon MDL 2327 | TVT Obturator |
| Russell, Cathy A. | 2:15cv03305 | Ethicon MDL 2327 | TVT |
| Rutherford, Stefanie | 2:15cv01066 | Ethicon MDL 2327 | TVT |
| Rutledge, Clara Mae & Donald | 2:15cv07519 | Ethicon MDL 2327 | Prolene Soft; TVT |
| Sadler, Evelyn Renee & Samuel | 2:16cv06176 | Ethicon MDL 2327 | TVT |
| Santistevan, Mariquita & Dennis | 2:15cv02875 | Ethicon MDL 2327 | Gynemesh PS |
| Scaife, Diane L. & Robert | 2:15cv04365 | Ethicon MDL 2327 | TVT Obturator |
| Scott, Patti & Matthew | 2:15cv07113 | Ethicon MDL 2327 | TVT Obturator |
| Segrist, Sharon & John | 2:15cv05202 | Ethicon MDL 2327 | Prolift |
| Seid, Karen Renae | 2:14cv13773 | Ethicon MDL 2327 | TVT |
| Sellers, Jennifer & Jason | 2:14cv30849 | Ethicon MDL 2327 | TVT Obturator |
| Shaffer, Brenda & Daniel, Sr. | 2:13cv07769 | Ethicon MDL 2327 | TVT Obturator |
| Shannon, Crystal | 2:14cv29138 | Ethicon MDL 2327 | TVT |
| Sharp, Rebecca | 2:15cv00696 | Ethicon MDL 2327 | TVT Obturator |
| Shaw, Lisa M. & Anthony D. | 2:14cv25802 | Ethicon MDL 2327 | TVT |
| Sheaffer, Glenda & Brian | 2:14cv29117 | Ethicon MDL 2327 | TVT Obturator |
| Shelnutt, Beverly | 2:13cv07248 | Ethicon MDL 2327 | Gynemesh PS; TVT |
| Shrive, Jane & Dennis | 2:14cv00060 | Ethicon MDL 2327 | TVT |
| Silvia, Carolann | 2:14cv00058 | Ethicon MDL 2327 | TVT |
| Sinkovich, Brenda & Aaron | 2:15cv01062 | Ethicon MDL 2327 | TVT Obturator |
| Sirko, Mary Ann | 2:14cv01376 | Ethicon MDL 2327 | TVT Obturator |
| Slusher, Veronica & Randall | 2:13cv10633 | Ethicon MDL 2327 | TVT Abbrevo; TVT Exact |
| Smith, Janeen & Randall | 2:14cv01378 | Ethicon MDL 2327 | Prolene Soft |
| Smith, Sandra Ann | 2:15cv00258 | Ethicon MDL 2327 | TVT Obturator |
| Soto, Candida | 2:14cv20814 | Ethicon MDL 2327 | TVT |
| Spadafore, Donna Lee & Ray | 2:15cv00928 | Ethicon MDL 2327 | TVT Exact |
| Stiffler, Sandra & William | 2:16cv03412 | Ethicon MDL 2327 | TVT |

| Stigen, Mary Ellen & Merritt | 2:15cv13307 | Ethicon MDL 2327 | Prolift +M; TVT Exact |
|---|---|---|---|
| Stone, Susan & William Vernor | 2:14cv24922 | Ethicon MDL 2327 | TVT Obturator |
| Suarez, Alisha (Perez) Lauzon & Carlos | 2:14cv29091 | Ethicon MDL 2327 | TVT |
| Suppa, Corrinne L. | 2:14cv15978 | Ethicon MDL 2327 | TVT Obturator |
| Takach, Debra E. | 2:17cv03236 | Ethicon MDL 2327 | TVT |
| Tallo, Patricia | 2:16cv11980 | Ethicon MDL 2327 | Pinnacle; TVT Obturator |
| Templin, Cherie & Robert | 2:13cv10620 | Ethicon MDL 2327 | TVT |
| Thibodeaux-Billodeaux, Dana & Craig | 2:14cv01381 | Ethicon MDL 2327 | Prosima; TVT Obturator |
| Thomas, Crystal | 2:14cv02536 | Ethicon MDL 2327 | Gynemesh PS; TVT Obturator |
| Thomas, Lawanda & Sherman | 2:13cv24259 | Ethicon MDL 2327 | TVT |
| Thomas, Marti R. (f/k/a Keegan) & Scott R. | 2:14cv19682 | Ethicon MDL 2327 | TVT Obturator |
| Thompson, Joanna | 2:14cv01382 | Ethicon MDL 2327 | TVT Abbrevo |
| Thompson, Regina M. & Gary | 2:12cv09074 | Ethicon MDL 2327 | Prolene Soft |
| Tindall, Donna | 2:14cv24096 | Ethicon MDL 2327 | Gynemesh PS |
| Toliver, Rosemary | 2:15cv00932 | Ethicon MDL 2327 | TVT |
| Trivett, Donna | 2:13cv08259 | Ethicon MDL 2327 | TVT Obturator |
| Tuohy-Shutt, Valerie | 2:13cv11173 | Ethicon MDL 2327 | Prolift |
| Valdez, Linda & Joaquin | 2:14cv15375 | Ethicon MDL 2327 | TVT Secur |
| Vasconcelos, Francesca & Rui | 2:14cv07706 | Ethicon MDL 2327 | TVT |
| Vaughn, Carrie | 2:15cv11666 | Ethicon MDL 2327 | TVT Obturator |
| Villandry, Doreen | 2:16cv01755 | Ethicon MDL 2327 | Suspend; TVT |
| Vincent, Crystal S. & Randy J. | 2:14cv10298 | Ethicon MDL 2327 | TVT Secur |
| Vitale, Carol & William | 2:14cv29254 | Ethicon MDL 2327 | Advantage; Repliform; TVT |
| Vituschi-Allen, Patricia L. & Stewart W., Sr. | 2:16cv06064 | Ethicon MDL 2327 | Prolift |
| Vonach, Ida & Leland | 2:13cv01698 | Ethicon MDL 2327 | Prolene Soft |
| Walker, Merel | 2:14cv01385 | Ethicon MDL 2327 | Aris; TVT Obturator |

| Name | Case No. | MDL | Product |
|---|---|---|---|
| Walz, Theresa & John J., III | 2:15cv04396 | Ethicon MDL 2327 | Prolene Soft |
| Warner, Jean & Steven | 2:14cv19117 | Ethicon MDL 2327 | Prolift; TVT Obturator |
| Washburn, Valera & Carlton | 2:14cv29096 | Ethicon MDL 2327 | TVT Obturator |
| Weaver, Robin & Frank | 2:14cv01384 | Ethicon MDL 2327 | TVT Obturator |
| Weisz, Kathryn L. | 2:14cv24481 | Ethicon MDL 2327 | TVT Abbrevo |
| Wessel, Joyce & Phillip | 2:14cv01383 | Ethicon MDL 2327 | TVT |
| Wheeler, Geraldine & George | 2:14cv29089 | Ethicon MDL 2327 | Gynemesh PS; TVT |
| Wildfong, Darlene & Harry Clayton | 2:14cv01388 | Ethicon MDL 2327 | TVT Obturator |
| Willet, Elizabeth J. & James E. | 2:13cv01573 | Ethicon MDL 2327 | Prosima |
| Williams, Nicole D. & Michael V. | 2:15cv16176 | Ethicon MDL 2327 | TVT Obturator |
| Williamson, Tabatha Sue | 2:17cv04021 | Ethicon MDL 2327 | TVT Secur |
| Willis, Sherry & Travis | 2:14cv14532 | Ethicon MDL 2327 | Prolift |
| Yetter, Jean M. | 2:15cv01599 | Ethicon MDL 2327 | Prolift; TVT Obturator |
| Young, Carol & Joseph | 2:14cv27926 | Ethicon MDL 2327 | TVT |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Pence as a general expert.**