IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br>--------------------------------------------------------<br>This document applies to:<br><br>ETHICON WAVE 8 CASES LISTED IN EXHIBIT A | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE NEERAJ KOHLI, M.D. FOR ETHICON WAVE 8

Defendants hereby adopt and incorporate by reference the Wave 3 *Daubert* motion filed regarding Neeraj Kohli, M.D. for Ethicon Wave 8, Case No. 2:12-md-02327, Dkt. 2806 (motion) and Dkt. 2809 (memorandum in support). Defendants respectfully request that the Court exclude Dr. Kohli's testimony, for the reasons expressed in the Ethicon Wave 3 briefing. This notice applies to the Ethicon Wave 8 cases identified in Exhibit A attached here.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street

Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                                */s/ William M. Gage*
                                                William M. Gage