**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE NEERAJ KOHLI, M.D., FOR ETHICON WAVE 8**

**List of Applicable Cases**

| Case Name | Case Number | MDL Proceeding | Product(s) |
|---|---|---|---|
| Balsamo, Mary Ann & Rocco L. | 2:14cv27839 | Ethicon MDL 2327 | Prolift +M; TVT Obturator; Vicryl |
| Boroff, Mary Elizabeth & Mark | 2:15cv15593 | Ethicon MDL 2327 | Prolift +M; Prolift; TVT Obturator |
| Bowling, Colleen K. | 2:14cv26063 | Ethicon MDL 2327 | TVT Obturator |
| Bredlow, Joy L. | 2:13cv33415 | Ethicon MDL 2327 | TVT Obturator |
| Carlon, Debra | 2:16cv11121 | Ethicon MDL 2327 | TVT; TVT Obturator |
| Coghlan, Linda P. & Ronnie G., Sr. | 2:14cv18583 | Ethicon MDL 2327 | TVT Exact |
| Collins, Tina M. & Dwayne N. | 2:14cv16375 | Ethicon MDL 2327 | TVT |
| Dafryck, Judy Ann & Winston | 2:13cv32034 | Ethicon MDL 2327 | TVT Secur |
| Deforest, Carrie Ellen & Dwight | 2:14cv29458 | Ethicon MDL 2327 | TVT; TVT |
| Dunlap, Donna F. & Vernon | 2:14cv11689 | Ethicon MDL 2327 | Prolift; TVT Obturator |
| McLeod, Carolyn | 2:17cv03901 | Ethicon MDL 2327 | TVT Obturator |
| Pelican, Cathy | 2:15cv14522 | Ethicon MDL 2327 | Ultrapro |
| Peltier-Ettiene, Joan & Janan | 2:14cv24479 | Ethicon MDL 2327 | PelviSoft; TVT Secur |
| Rafal, Lisa & Alan | 2:13cv30924 | Ethicon MDL 2327 | TVT; TVT Obturator |
| Reeder, Debbie D. & Claude | 2:15cv12422 | Ethicon MDL 2327 | TVT Obturator |
| Rowan, Tammy L. & Duane | 2:14cv02822 | Ethicon MDL 2327 | TVT Obturator |
| Shaw, Lisa M. & Anthony D. | 2:14cv25802 | Ethicon MDL 2327 | TVT |
| Soto, Candida | 2:14cv20814 | Ethicon MDL 2327 | TVT |
| Stone, Susan & William Vernor | 2:14cv24922 | Ethicon MDL 2327 | TVT Obturator |
| Suppa, Corrinne L. | 2:14cv15978 | Ethicon MDL 2327 | TVT Obturator |
| Thomas, Marti R. (f/k/a Keegan) & Scott R. | 2:14cv19682 | Ethicon MDL 2327 | TVT Obturator |

| | | | |
|---|---|---|---|
| Tindall, Donna | 2:14cv24096 | Ethicon MDL 2327 | Gynemesh PS |
| Valdez, Linda & Joaquin | 2:14cv15375 | Ethicon MDL 2327 | TVT Secur |
| Vincent, Crystal S. & Randy J. | 2:14cv10298 | Ethicon MDL 2327 | TVT Secur |
| Weisz, Kathryn L. | 2:14cv24481 | Ethicon MDL 2327 | TVT Abbrevo |
| Willis, Sherry & Travis | 2:14cv14532 | Ethicon MDL 2327 | Prolift |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Kohli as a general expert.**