# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 8 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF STEVEN MACLEAN, PH.D. FOR WAVE 8

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Steven MacLean for Ethicon Waves 1 and 3, Dkts. 2205 and 2825 (motions), 2206 and 2826 (memorandums in support). Plaintiffs respectfully request that the Court exclude Steven MacLean's testimony, for the reasons expressed in the Waves 1 and 3 briefing. This notice applies to the following Wave 8 cases identified in Exhibit A attached hereto.

Dated: October 16, 2018

Respectfully submitted,
/s/ D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

1

# EXHIBIT A

| | |
|---|---|
| McFarland, Heather | 2:16-cv-01502 |
| Warner, Jean | 2:14-cv-19117 |
| March, Brenda | 2:12-MD-02327 |
| Adler, Evelyn | 2:17cv00158 |
| Jacobson, Kristin | 2:17cv02046 |
| Pitagna, Rose | 2:15cv15358 |
| Carver, Laura | 2:12-cv-08616 |
| Casebolt, Cheryl | 2:16-cv-11636 |
| Montejano, Angie | 2:16-cv-11752 |
| Heinrich, Barbara | 2:13-CV-31006 |
| Price, Nadina | 2:16-cv-12566 |
| Thompson, Mandy | 2:17-cv-02208 |
| Brown, Della | 2:15-cv-13211 |
| Butler, Stacey | 2:15-cv-01541 |
| Seid, Karen Renae | 2:14-cv-13773 |
| Lane, Lisa Terese, et al | 2:15-cv-04342 |
| Aceto, Jayne & Joseph | 2:15-cv-15252 |
| Ahner, Jacqueline | 2:13-cv-09790 |
| Anderson, Corlis | 2:13-cv-10032 |
| Anderson, Katherine | 2:16-cv-10065 |
| Andryscik, Karen & Robert | 2:13-cv-22681 |
| Atkinson, Barbara M. & Roy E. | 2:13-cv-14888 |
| Aylworth, Christine | 2:13-cv-06856 |
| Baca, Deborah | 2:14-cv-28542 |
| Bailey, Nancy | 2:15-cv-07095 |
| Balsamo, Mary Ann & Rocco | 2:14-cv-27839 |
| Barber, Rachel Marie | 2:16-cv-11928 |
| Bardo, Paula Sue & Leslie J. | 2:13-cv-23717 |
| Barnes, Hazel | 2:15-cv-13306 |
| Barney, Brenda | 2:13-cv-09184 |
| Bartman, Elaine M. & Linwood | 2:14-cv-27267 |
| Bathija, Jyoti & Jagdish T. | 2:15-cv-00080 |
| Bell, Janet | 2:15-cv-04360 |
| Berube, Debra & Robert | 2:15-cv-07126 |
| Birkestrand, Carol | 2:17-cv-03331 |
| Boreni, Patricia & Alan | 2:15-cv-13965 |
| Bourque, Marilyn L. & John P. | 2:15-cv-13661 |
| Brough, Kimberly & Charles R. | 2:15-cv-00905 |
| Bryce, Linda & William J. | 2:16-cv-06293 |

| | |
|---|---|
| Burton, Barbara | 2:13-cv-22539 |
| Buttino, Robin & Luigi | 2:14-cv-29141 |
| Campos, Sara & Laurent Degrakovac | 2:17-cv-02027 |
| Cannon, Gail & John | 2:14-cv-29621 |
| Cano, Arlene | 2:16-cv-00021 |
| Carey, Rita | 2:15-cv-11909 |
| Carlon, Debra | 2:16-cv-11121 |
| Carr, Frances | 2:15-cv-05206 |
| Casperson, Susan & Robert | 2:13-cv-25272 |
| Caughill, Michelle & Brian | 2:13-cv-25266 |
| Chadbourne, Joan L. | 2:16-cv-10326 |
| Chester, Susie | 2:14-cv-28544 |
| Clark, Cherri L. & Jon L. | 2:16-cv-12028 |
| Cloutier, Deborah | 2:15-cv-11930 |
| Cohen, Randi & James | 2:13-cv-22567 |
| Collins, Tina M. & Dwayne N. | 2:14-cv-16375 |
| Cuckler, Deanna & Ronald | 2:15-cv-03036 |
| Cunningham, Patsy | 2:13-cv-22565 |
| Cunningham, Sherrilene | 2:13-cv-25155 |
| Danoff, Linda | 2:15-cv-13660 |
| Dates, Vanessa | 2:15-cv-11333 |
| Daughters, Isabel & Robert | 2:14-cv-17334 |
| Davis, Darlene Louise & Glenn Richard | 2:14-cv-19431 |
| Deforest, Carrie Ellen & Dwight | 2:14-cv-29458 |
| Dombroski, Cheryl | 2:14-cv-30883 |
| Ellis, Gloria Jean | 2:15-cv-16155 |
| Endicott, Dana & Charles | 2:15-cv-02656 |
| Engstrom, Miriam & John | 2:17-cv-04172 |
| Essenyi, Jennifer | 2:16-cv-09839 |
| Fincher, Rosalie | 2:13-cv-25628 |
| Flath, Monica M. | 2:14-cv-18397 |
| Foster, Marsha, et al. | 2:15-cv-12513 |
| Fountain, Joyce & Lonnie | 2:13-cv-03736 |
| Fowler, Corliss | 2:15-cv-11996 |
| Galanis, Diane & Christos | 2:15-cv-11247 |
| Garcia, Rene | 2:17-cv-02665 |
| Garcia-Valdez, Trinie & Frank | 2:14-cv-13951 |
| Gaughan, Sheryl & Philip | 2:15-cv-14349 |
| Gerbino, Laurie & Robert | 2:14-cv-28538 |
| Giancola, Kimberly & Michael | 2:16-cv-12479 |
| Gonzalez-Torres, Maria Cristina, et al. | 2:13-cv-01272 |
| Granillo, Monica & Henry | 2:13-cv-06575 |

| | |
|---|---|
| Gulley, Kelly & John | 2:14-cv-30128 |
| Guyette, Shelley & Raymond | 2:15-cv-00702 |
| Hall, Dale | 2:15-cv-13118 |
| Hall, Rhonda & Greg | 2:15-cv-13116 |
| Halvorson, Julie | 2:14-cv-17037 |
| Hanna, Karen M. | 2:13-cv-06214 |
| Harhart, Linda | 2:14-cv-29124 |
| Harms, Connie & Robert | 2:15-cv-01356 |
| Haviland, LaDonna | 2:13-cv-29779 |
| Hebert, Patricia | 2:16-cv-08011 |
| Heide, Cheryl M. | 2:14-cv-14441 |
| Hellerman, Susan M. | 2:17-cv-03237 |
| Hempstead, Anita | 2:13-cv-09300 |
| Hewitt, Kathleen M. & William | 2:13-cv-07766 |
| Hite, Deborah J. & James Barnhart | 2:13-cv-04693 |
| Holmer, Wanda Ann & Rich | 2:17-cv-00093 |
| Holt, Lana & John | 2:14-cv-27261 |
| Hoss, Susan & Neal | 2:13-cv-20079 |
| Iljes, Lori & Robert | 2:15-cv-05910 |
| Imhoff, Laurie M. & Robert | 2:13-cv-23712 |
| Jacobson, Naomi | 2:14-cv-29128 |
| Jung, Wendy & John | 2:15-cv-03317 |
| Kennedy, Ramona & Rodney | 2:13-cv-16859 |
| Kessler, Joyce R. & Allan | 2:13-cv-01211 |
| Kimble, Debra & Allan | 2:15-cv-09555 |
| Kinard, Christine | 2:14-cv-29115 |
| Kohn, Anita & Ronald | 2:14-cv-28501 |
| Kountz, Lianne & Robert Charles | 2:13-cv-01798 |
| Krouse, Kathleen & Roland | 2:14-cv-10191 |
| Krieg, Susan | 2:14-cv-19005 |
| Kuhn, Sheryl A. | 2:14-cv-12593 |
| Kyser, Tammy J. | 2:13-cv-03048 |
| Laderbush, Bonnie & George Robert | 2:13-cv-24258 |
| Lampron, Sarah & Walter | 2:15-cv-02493 |
| Landin, Yajaira A. & Brett Granowetter | 2:13-cv-23995 |
| LaVoie, Kara | 2:13-cv-20077 |
| Linnon, Marlene & Richard | 2:15-cv-13125 |
| Loague, Alta Joy & Robert W. | 2:13-cv-30754 |
| Long, Susan & Lee | 2:15-cv-01063 |
| Lopez, Rosemary | 2:13-cv-30196 |
| Lowell, Patricia & Stanley A. | 2:13-cv-01801 |
| Lueb, Mary | 2:17-cv-03978 |

| | |
|---|---|
| MacLeod, Renee & Michael | 2:13-cv-10608 |
| Maloney, Elaine & Dennis | 2:15-cv-07117 |
| Martinez, Theresa & Robert | 2:15-cv-02881 |
| Massoudi, Farah & Cyrus | 2:15-cv-13111 |
| McCracken, Cynthia & Randy C. | 2:13-cv-08268 |
| McKenna, Vickie | 2:17-cv-01356 |
| McLaughlin, Shirley (Terban) | 2:14-cv-29126 |
| McLeod, Carolyn | 2:17-cv-03901 |
| Meltsch, Cynthia & John | 2:15-cv-03037 |
| Messersmith, Veronica | 2:17-cv-03939 |
| Metcalf, Debra | 2:14-cv-28533 |
| Miller, Deborah | 2:15-cv-08553 |
| Mongeon, Sheila | 2:15-cv-00391 |
| Montijo, Jeanette | 2:16-cv-10117 |
| Morales, Lydia Rodriguez | 2:17-cv-03029 |
| Murphy, Patricia & Fred | 2:16-cv-03907 |
| Murphy, Sharon & John G., Jr. | 2:15-cv-13839 |
| Murphy, Susan & Brian | 2:14-cv-27445 |
| Musewicz, Gail & John | 2:14-cv-27281 |
| Navarro, Marguerite Rose & Jesus | 2:15-cv-05222 |
| Nave, Brenda Gail | 2:13-cv-05127 |
| Nero, Esther & Norman | 2:13-cv-24805 |
| Odor, Virginia & Kevin | 2:13-cv-23786 |
| Olsen, Pamela J. & David | 2:13-cv-12636 |
| Ouchida, Lorraine | 2:13-cv-04087 |
| Paseka, Colleen S. | 2:13-cv-13451 |
| Patton, Karen | 2:14-cv-20472 |
| Pelican, Cathy | 2:15-cv-14522 |
| Perez, Tracy | 2:17-cv-00878 |
| Peterson, Pamela & David | 2:14-cv-30125 |
| Pike, Carol Lynn & Darrell | 2:16-cv-09883 |
| Pooley, Peggy & William | 2:13-cv-08270 |
| Post, Denise & Kenneth | 2:15-cv-07109 |
| Priest, Carvel | 2:15-cv-05597 |
| Prominski, Nancy & Joseph Rooney | 2:16-cv-05601 |
| Radun, Elizabeth | 2:17-cv-00913 |
| Rafal, Lisa & Alan | 2:13-cv-30924 |
| Rambeau, Mary Katherine | 2:15-cv-05842 |
| Riddle, Dreama F. | 2:17-cv-03032 |
| Ringuette, Linda | 2:17-cv-04325 |
| Robins, Donna | 2:15-cv-05209 |
| Rockafellow, Karen | 2:17-cv-00745 |

Case 2:12-md-02327   Document 6824   Filed 10/16/18   Page 6 of 8 PageID #: 180810

| | |
|---|---|
| Rogers, Jeanne | 2:18-cv-00014 |
| Rolandson, Janet | 2:15-cv-02446 |
| Rowan, Tammy L. & Duane | 2:14-cv-02822 |
| Russell, Cathy A. | 2:15-cv-03305 |
| Rutledge, Clara Mae & Donald | 2:15-cv-07519 |
| Sadler, Evelyn Renee & Samuel | 2:16-cv-06176 |
| Sansabrino, Joni | 2:14-cv-17174 |
| Santistevan, Mariquita & Dennis | 2:15-cv-02875 |
| Scaife, Diane L. & Robert | 2:15-cv-04365 |
| Searle-Rittle, Donna | 2:12-cv-06734 |
| Segrist, Sharon & John | 2:15-cv-05202 |
| Shaffer, Brenda & Daniel, Sr. | 2:13-cv-07769 |
| Shahbaz, Frieda & Cyrus | 2:13-cv-26237 |
| Shaw, Lisa M. & Anthony D. | 2:14-cv-25802 |
| Shaeffer, Glenda & Brian | 2:14-cv-29117 |
| Shrive, Jane & Dennis | 2:14-cv-00060 |
| Silva, DeeAnne & David Holland | 2:14-cv-00059 |
| Silvia, Carolann | 2:14-cv-00058 |
| Singer, Doris & Gary | 2:15-cv-05352 |
| Smith, Janeen & Randall | 2:14-cv-01378 |
| Smith, Norma C. | 2:14-cv-29428 |
| Smith, Tammie | 2:14-cv-29558 |
| Soto, Candida | 2:14-cv-20814 |
| Spadafore, Donna Lee & Ray | 2:15-cv-00928 |
| Stiffler, Sandra & William | 2:16-cv-03412 |
| Stigen, Mary Ellen & Merritt | 2:15-cv-13307 |
| Suarez, Alisha (Perez) Lauzon & Carlos | 2:14-cv-29091 |
| Sullivan, Tracy | 2:14-cv-16020 |
| Sumner, Juliet | 2:16-cv-00090 |
| Suppa, Corrinne L. | 2:14-cv-15978 |
| Swavely, Terri D. | 2:14-cv-24222 |
| Takach, Debra E. | 2:17-cv-03236 |
| Therrien, Brenda | 2:16-cv-11126 |
| Thompson, Joanna | 2:14-cv-01382 |
| Tindall, Donna | 2:14-cv-24096 |
| Tobin, Teresa & Ira Meyers | 2:14-cv-29130 |
| Trivett, Donna N. | 2:13-cv-08259 |
| Vanconcelos, Francesca & Rui | 2:14-cv-07706 |
| Vaughn, Linda & Robert | 2:15-cv-07103 |
| Vitale, Carol & William | 2:14-cv-29254 |
| Vonach, Ida & Leland | 2:13-cv-01698 |
| Vosper, Barbara A. & Kenneth W. | 2:14-cv-03449 |

| Walz, Theresa & John J., III | 2:15-cv-04396 |
| --- | --- |
| Weisz, Kathryn L. | 2:14-cv-24481 |
| Westra, Rogene | 2:17-cv-01895 |
| Wheeler, Geraldine & George | 2:14-cv-29089 |
| Zastrow, Sarah et al. | 2:13-cv-02421 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com