## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>------------------------------------------------------<br>THIS DOCUMENT APPLIES TO:<br><br>ETHICON WAVE 8 CASES LISTED IN EXHIBIT A | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION
TO EXCLUDE DONALD R. OSTERGARD, M.D. FOR ETHICON WAVE 8**

Defendants hereby adopt and incorporate by reference the *Daubert* motion filed against Donald R. Ostergard, M.D. for Ethicon Wave 3, Case No. 2**:**12-md-02327, Dkt. 2814 (motion) and Dkt. 2816 (memorandum in support). Defendants respectfully request that the Court exclude Dr. Ostergard's testimony for the reasons expressed in the Wave 3 briefing.

This notice applies to the Ethicon Wave 8 cases identified in Exhibit A attached hereto.

                                                      Respectfully submitted,

                                                      */s/ William M. Gage*
                                                      William M. Gage (MS Bar #8691)
                                                      Butler Snow LLP
                                                      1020 Highland Colony Parkway
                                                      Suite 1400 (39157)
                                                      P.O. Box 6010
                                                      Ridgeland, MS 39158-6010
                                                      (601) 985-4561
                                                      william.gage@butlersnow.com

                                                      */s/ Susan M. Robinson*
                                                      Susan M. Robinson (W. Va. Bar #5169)
                                                      Thomas Combs & Spann PLLC
                                                      300 Summers Street
                                                      Suite 1380 (25301)

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*