**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT*
MOTION TO EXCLUDE DONALD R. OSTERGARD, M.D., FOR ETHICON WAVE 8;
BOSTON SCIENTIFIC CORP. WAVE 4; AND AMERICAN MEDICAL SYSTEMS, INC.
WAVE 3**

**List of Applicable Cases**

| Case Name | Case Number | MDL Proceeding | Product(s) |
|---|---|---|---|
| Adler, Evelyn | 2:17cv00158 | AMS MDL 2325 | Monarc; Prolene Soft |
| Bartman, Elaine M. & Linwood | 2:14cv27267 | Boston Scientific MDL 2326 | Obtryx; Prolene |
| Carr, Frances | 2:15cv05206 | Boston Scientific MDL 2326 | Advantage; Gynemesh PS |
| Silva, Alicia | 2:17cv02983 | Boston Scientific MDL 2326 | Prolene |
| Aceto, Jayne & Joseph | 2:15cv15252 | Ethicon MDL 2327 | Prolene Soft |
| Baca, Deborah | 2:14cv28542 | Ethicon MDL 2327 | Prolene |
| Bagsby, Collette Turner & Jeffrey | 2:13cv06860 | Ethicon MDL 2327 | Gynemesh PS |
| Balsamo, Mary Ann & Rocco L. | 2:14cv27839 | Ethicon MDL 2327 | Prolift +M ; TVT Obturator; Vicryl |
| Belew-Nyquist, Deborah | 2:16cv11306 | Ethicon MDL 2327 | Mersilene |
| Bell, Sue & James | 2:15cv00708 | Ethicon MDL 2327 | Gynemesh PS |
| Berden, Cheryl & Mark | 2:14cv21966 | Ethicon MDL 2327 | Align; Mersilene |
| Birkestrand, Carol | 2:17cv03331 | Ethicon MDL 2327 | Gynemesh PS; TVT |
| Bowling, Colleen K. | 2:14cv26063 | Ethicon MDL 2327 | TVT Obturator |
| Bredlow, Joy L. | 2:13cv33415 | Ethicon MDL 2327 | TVT Obturator |
| Brooks, Cindy & Robert | 2:13cv22692 | Ethicon MDL 2327 | Gynemesh PS; TVT |
| Cagle, Terrill | 2:15cv01768 | Ethicon MDL 2327 | Gynemesh PS; TVT Obturator |
| Carey, Rita | 2:15cv11909 | Ethicon MDL 2327 | Gynemesh PS |
| Cartner, Tiffany Diane & Joshua Harold | 2:13cv31941 | Ethicon MDL 2327 | Advantage; Gynemesh PS |
| Cloutier, Deborah | 2:15cv11930 | Ethicon MDL 2327 | Prolene |

1

| | | | |
|---|---|---|---|
| Coghlan, Linda P. & Ronnie G., Sr. | 2:14cv18583 | Ethicon MDL 2327 | TVT Exact |
| Collins, Tina M. & Dwayne N. | 2:14cv16375 | Ethicon MDL 2327 | TVT |
| Cuckler, Deanna & Ronald | 2:15cv03036 | Ethicon MDL 2327 | Prolene |
| Dafryck, Judy Ann & Winston | 2:13cv32034 | Ethicon MDL 2327 | TVT Secur |
| Deforest, Carrie Ellen & Dwight | 2:14cv29458 | Ethicon MDL 2327 | TVT; TVT |
| Duncan, Jo Ann | 2:17cv03893 | Ethicon MDL 2327 | Gynemesh PS |
| Dunlap, Donna F. & Vernon | 2:14cv11689 | Ethicon MDL 2327 | Prolift; TVT Obturator |
| Elliott, Carol & Randy | 2:15cv07108 | Ethicon MDL 2327 | Gynemesh PS |
| ElQuesny, Pilar & Mongy | 2:15cv13288 | Ethicon MDL 2327 | Gynemesh PS |
| Emerick, Glenda & Phillip | 2:14cv16802 | Ethicon MDL 2327 | Lynx; Prolene |
| Fincher, Rosalie | 2:13cv25628 | Ethicon MDL 2327 | Prolene Soft |
| Forrest, Lisa Ann | 2:13cv10033 | Ethicon MDL 2327 | Gynemesh PS |
| Galanis, Diane & Christos | 2:15cv11247 | Ethicon MDL 2327 | Gynemesh PS |
| Garcia-Valdez, Trinie & Frank | 2:14cv13951 | Ethicon MDL 2327 | Prolene Soft |
| Giancola, Kimberly & Michael | 2:16cv12479 | Ethicon MDL 2327 | Prolene Soft |
| Glaze, Mary | 2:15cv04397 | Ethicon MDL 2327 | Gynemesh PS |
| Gosper, Robin G. & Michael | 2:17cv00316 | Ethicon MDL 2327 | Prolene |
| Hite, Deborah J. & James Barnhart | 2:13cv04693 | Ethicon MDL 2327 | Gynemesh PS; Obtryx |
| Howton, Beverly | 2:16cv02536 | Ethicon MDL 2327 | Gynemesh PS |
| Izguerra, Lilia Valadez | 2:15cv13289 | Ethicon MDL 2327 | Gynemesh PS |
| Jacobson, Naomi | 2:14cv29128 | Ethicon MDL 2327 | Gynemesh PS |
| Jones, Hilda & Johnny D. | 2:13cv07246 | Ethicon MDL 2327 | Gynemesh PS; TVT Obturator |
| Kohn, Anita & Ronald | 2:14cv28501 | Ethicon MDL 2327 | Gynemesh PS; TVT Obturator |
| Lampron, Sarah & Walter | 2:15cv02493 | Ethicon MDL 2327 | Prolene Soft |

| Massoudi, Farah & Cyrus | 2:15cv13111 | Ethicon MDL 2327 | Prolene Soft |
|---|---|---|---|
| Maurer, Jane & Arthur | 2:13cv04834 | Ethicon MDL 2327 | Prolene |
| May, Sue Ellen & Gerald G. | 2:13cv29781 | Ethicon MDL 2327 | Gynemesh PS |
| McLaughlin, Shirley (Terban) | 2:14cv29126 | Ethicon MDL 2327 | Prolene Soft; Prolift |
| Mitchell, Doris | 2:16cv02466 | Ethicon MDL 2327 | Prolene |
| Morales, Lydia Rodriguez | 2:17cv03029 | Ethicon MDL 2327 | Prolift Total |
| Pelican, Cathy | 2:15cv14522 | Ethicon MDL 2327 | Ultrapro |
| Peltier-Ettiene, Joan & Janan | 2:14cv24479 | Ethicon MDL 2327 | PelviSoft (Bard); TVT Secur |
| Polese, Elizabeth | 2:14cv12542 | Ethicon MDL 2327 | Mersilene |
| Post, Denise & Kenneth | 2:15cv07109 | Ethicon MDL 2327 | Gynemesh PS; TVT |
| Rafal, Lisa & Alan | 2:13cv30924 | Ethicon MDL 2327 | TVT; TVT Obturator |
| Rogers, Jeanne | 2:18cv00014 | Ethicon MDL 2327 | Prolift Total |
| Rowan, Tammy L. & Duane | 2:14cv02822 | Ethicon MDL 2327 | TVT Obturator |
| Santistevan, Mariquita & Dennis | 2:15cv02875 | Ethicon MDL 2327 | Gynemesh PS |
| Shahbaz, Frieda & Cyrus | 2:13cv26237 | Ethicon MDL 2327 | Prolene Soft |
| Shaw, Lisa M. & Anthony D. | 2:14cv25802 | Ethicon MDL 2327 | TVT |
| Shelnutt, Beverly | 2:13cv07248 | Ethicon MDL 2327 | Gynemesh PS; TVT |
| Singer, Doris & Gary | 2:15cv05352 | Ethicon MDL 2327 | TVT |
| Smith, Janeen & Randall | 2:14cv01378 | Ethicon MDL 2327 | Prolene Soft |
| Soto, Candida | 2:14cv20814 | Ethicon MDL 2327 | TVT |
| Stiffler, Sandra & William | 2:16cv03412 | Ethicon MDL 2327 | TVT |
| Stone, Susan & William Vernor | 2:14cv24922 | Ethicon MDL 2327 | TVT Obturator |
| Suppa, Corrinne L. | 2:14cv15978 | Ethicon MDL 2327 | TVT Obturator |
| Thomas, Crystal | 2:14cv02536 | Ethicon MDL 2327 | Gynemesh PS;  TVT Obturator |
| Thomas, Marti R. | 2:14cv19682 | Ethicon MDL 2327 | TVT Obturator |

| | | | |
|---|---|---|---|
| (f/k/a Keegan) & Scott R. | | | |
| Thompson, Regina M. & Gary | 2:12cv09074 | Ethicon MDL 2327 | Prolene Soft |
| Tindall, Donna | 2:14cv24096 | Ethicon MDL 2327 | Gynemesh PS |
| Valdez, Linda & Joaquin | 2:14cv15375 | Ethicon MDL 2327 | TVT Secur |
| Vincent, Crystal S. & Randy J. | 2:14cv10298 | Ethicon MDL 2327 | TVT Secur |
| Vonach, Ida & Leland | 2:13cv01698 | Ethicon MDL 2327 | Prolene Soft |
| Walz, Theresa & John J., III | 2:15cv04396 | Ethicon MDL 2327 | Prolene Soft |
| Weisz, Kathryn L. | 2:14cv24481 | Ethicon MDL 2327 | TVT Abbrevo |
| Wheeler, Geraldine & George | 2:14cv29089 | Ethicon MDL 2327 | Gynemesh PS; TVT |
| Willis, Sherry & Travis | 2:14cv14532 | Ethicon MDL 2327 | Prolift |
| Winebrenner, Nancy | 2:17cv00576 | Ethicon MDL 2327 | Prolene Soft |
| Wright, Esther & Andrew | 2:17cv01380 | Ethicon MDL 2327 | Prolene Soft |
| Young, Stacie & Steven | 2:17cv02806 | Ethicon MDL 2327 | Gynemesh PS |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Ostergard as a general expert.**