# EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE BOBBY SHULL M.D., FOR ETHICON WAVE 8 AND BOSTON SCIENTIFIC WAVE 4

## List of Applicable Cases

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Balsamo, Mary Ann & Rocco L. | Prolift +M Anterior"TVT Obturator"Vicryl Mesh (hernia) POP | 2:14cv27839 | Ethicon MDL 2327 |
| Baumgardner, Deborah Kay & Michael | Prosima Anterior | 2:14cv24274 | Ethicon MDL 2327 |
| Bell, Janet - | Prolift +M Posterior"TVT Obturator | 2:15cv04360 | Ethicon MDL 2327 |
| Bowling, Colleen K. | TVT Obturator | 2:14cv26063 | Ethicon MDL 2327 |
| Bredlow, Joy L. | TVT Obturator | 2:13cv33415 | Ethicon MDL 2327 |
| Carr, Frances | Advantage (BS)"Gynemesh PS | 2:15cv05206 | Boston Scientific MDL 2326 |
| Carver, Laura M. | Obtryx (BS)"Prolift Total | 2:12cv08616 | Ethicon MDL 2327 |
| Catherman, Kathy & Donald J., Sr. | Prolift +M Posterior TVT Obturator | 2:16cv05309 | Ethicon MDL 2327 |
| Chadbourne, Joan L. | Prosima Anterior | 2:16cv10326 | Ethicon MDL 2327 |
| Coghlan, Linda P. & Ronnie G., Sr. | IntePro Y-Sling (AMS) not sued TVT Exact | 2:14cv18583 | Ethicon MDL 2327 |

| Collins, Tina M. & Dwayne N. | TVT | 2:14cv16375 | Ethicon MDL 2327 |
|---|---|---|---|
| Dafryck, Judy Ann & Winston | TVT Secur | 2:13cv32034 | Ethicon MDL 2327 |
| Deforest, Carrie Ellen & Dwight | TVT"TVT | 2:14cv29458 | Ethicon MDL 2327 |
| Dozier, Jeanette & Charles | Prolift Posterior | 2:15cv04394 | Ethicon MDL 2327 |
| Dunlap, Donna F. & Vernon | Prolift Anterior"TVT Obturator | 2:14cv11689 | Ethicon MDL 2327 |
| Grubbs, Gloria & Glenn D. | Prolift +M Anterior"TVT | 2:15cv04275 | Ethicon MDL 2327 |
| Hartzell, Jeanne | Prolift"Prolift +M | 2:16cv08276 | Ethicon MDL 2327 |
| Hejduk, Barbara J. & Charles A. | Prolift +M"TVT Exact | 2:14cv26096 | Ethicon MDL 2327 |
| Kessler, Joyce R. & Allan | Prolift +M Total TVT Obturator | 2:13cv01211 | Ethicon MDL 2327 |
| Kountz, Lianne & Robert Charles | Monarc (AMS) x2 not sued"Prolift +M Total | 2:13cv01798 | Ethicon MDL 2327 |
| Loague, Alta Joy & Robert W. | Prolift +M Total Surgisis x4 (Cook) dismissed Alyte (Bard) | 2:13cv30754 | Ethicon MDL 2327 |
| Lowell, Patricia & Stanley A. | Gynemesh PS"Obtryx (BS) | 2:13cv01801 | Ethicon MDL 2327 |
| Mitchell, Sue Ann & John R. | MiniArc (AMS) dismissed"Prolift +M Total | 2:13cv01697 | Ethicon MDL 2327 |
| Nunn, Edna Irene & James | Prolift Anterior"TVT Obturator | 2:15cv03265 | Ethicon MDL 2327 |

| Pelican, Cathy | ObTape (Mentor) not sued"Supris (Coloplast) dismissed"Ultrapro (hernia) SUI x2 POP | 2:15cv14522 | Ethicon MDL 2327 |
|---|---|---|---|
| Peltier-Ettiene, Joan & Janan | PelviSoft (Bard) TVT Secur | 2:14cv24479 | Ethicon MDL 2327 |
| Rafal, Lisa & Alan | TVT TVT Obturator | 2:13cv30924 | Ethicon MDL 2327 |
| Roberson, Diane & Floyd | Prolift Posterior | 2:15cv03277 | Ethicon MDL 2327 |
| Rowan, Tammy L. & Duane | TVT Obturator | 2:14cv02822 | Ethicon MDL 2327 |
| Shaw, Lisa M. & Anthony D. | RetroArc (AMS) not sued TVT | 2:14cv25802 | Ethicon MDL 2327 |
| Soto, Candida | TVT | 2:14cv20814 | Ethicon MDL 2327 |
| Stone, Susan & William Vernor | TVT Obturator | 2:14cv24922 | Ethicon MDL 2327 |
| Suppa, Corrinne L. | TVT Obturator x2 | 2:14cv15978 | Ethicon MDL 2327 |
| Thomas, Marti R. (f/k/a Keegan) & Scott R. | TVT Obturator x2 | 2:14cv19682 | Ethicon MDL 2327 |
| Tindall, Donna | Gynemesh PS | 2:14cv24096 | Ethicon MDL 2327 |
| Tobin, Teresa & Ira Meyers | Prolift +M | 2:14cv29130 | Ethicon MDL 2327 |
| Valdez, Linda & Joaquin | TVT Secur | 2:14cv15375 | Ethicon MDL 2327 |
| Vincent, Crystal S. & Randy J. | TVT Secur | 2:14cv10298 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Weisz, Kathryn L. | TVT Abbrevo | 2:14cv24481 | Ethicon MDL 2327 |
| Willis, Sherry & Travis | Prolift Anterior | 2:14cv14532 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Shull as a general expert.**