KLINGE EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| D'Andrea | Patricia Dean Bales | 2:14cv28729 |
| Bogie | Wanda J. Roper | 2:13cv08674 |
| Kyser | Tammy J. | 2:13cv03048 |
| Lowell | Patricia | 2:13cv01801 |
| Ellis | Gloria Jean Benjamin Meraw Graham | 2:15cv16155 |
| Farmer | Beverly Cindy Poteet | 2:14cv01855 |
| Davis | Darlene Louise | 2:14cv19431 |
| Hempstead | Anita Calhoun | 2:13cv09300 |
| Marhefka | Catherine A. Brady | 2:14cv15757 |
| Haake | Theresa A. Gentges | 2:15cv16354 |
| Shull | Maxine Minnie Lilly | 2:12cv02296 |
| Landin | Yajaira Alexis | 2:13cv23995 |
| Jacobson | Kristin Lynn Appenzeller | 2:17cv02046 |
| Stiffler | Sandra K. Martin | 2:16cv03412 |
| Barnes | Hazel D. Fitzpatrick | 2:15cv13306 |
| Fincher | Rosalie | 2:13cv25628 |
| Dozier | Jeanette Roberts | 2:15cv04394 |
| Lopez | Rosemary Arveda | 2:13cv30196 |
| Cagle | Terrill LaRue Ashbaugh | 2:15cv01768 |
| Wilson | Tiffany K. Villaire Arnhamn | 2:15cv12752 |
| Lawson | Linda Gail Wade | 2:13cv06573 |
| Weaver | Robin Otto Nopens Baker May Quinn | 2:14cv01384 |
| Linnon | Marlene David Dillon Patricia | 2:15cv13125 |
| Wenger | Rebecca D. Burns | 2:14cv18705 |
| Dates | Vanessa Dianne | 2:15cv11333 |
| Tuohy-Shutt | Valerie Tacheco McClellan | 2:13cv11173 |
| Wessel | Joyce Wilkins Noonan Boyer | 2:14cv01383 |
| Rutherford | Stefanie Lynn Archer Dodd | 2:15cv01066 |
| Tallo | Patricia Shipshinski | 2:16cv11980 |
| Kelley | Norma Green | 2:14cv29174 |
| Campos | Sara Mendoza | 2:17cv02027 |
| Gillespie | Jessica Van De Walker Sandifer | 2:15cv04404 |
| Williams | Elizabeth Gordon | 2:13cv06215 |
| Estrada | Dora Maria Chapa | 2:13cv25625 |
| Fowler | Corliss Rozan Hoffman Carter | 2:15cv11996 |
| Abt | Angela L. Huck Smith | 2:15cv04375 |
| Cunningham | Patsy Riddle Blackwell | 2:13cv22565 |
| Erwin | Kathryn D. Bing Gillespie | 2:15cv00703 |
| Galanis | Diane Marolachakis | 2:15cv11247 |
| Dombroski | Cheryl L. Wilcox | 2:14cv30883 |

KLINGE EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Forlines | Catherine Woodward | 2:15cv13119 |
| Barney | Brenda E. Hardman | 2:13cv09184 |
| Carr | Frances C. Carmel Tigue | 2:15cv05206 |
| Jung | Wendy Jo | 2:15cv03317 |
| Green | Nancy Ann Hughes | 2:13cv22087 |
| Paris | Patricia Ann Patti Rice Tyler Miller | 2:15cv15749 |
| Mangini | Lynn Sullivan | 2:13cv30480 |
| Hoy | Lilyan Marie Coop | 2:15cv08089 |
| Williams | Terressa McLeod | 2:14cv16787 |
| Meltsch | Cynthia Binder | 2:15cv03037 |
| Warner | Jean K. Scheel Vitalis | 2:14cv19117 |
| Jackson | Rita May Robbins | 2:13cv23744 |
| Long | Janice Sharon Pressley | 2:13cv30195 |
| Post | Denise Accurso DeFrancis Federici | 2:15cv07109 |
| Patton | Karen Sue Colegrove | 2:14cv20472 |
| Loague | Alta Joy Ulsh Smith | 2:13cv30754 |
| Shelnutt | Beverly Morris | 2:13cv07248 |
| Escontrias | Sylvia Anne | 2:16cv11005 |
| Yetter | Jean Marie Yazawich | 2:15cv01599 |
| Musewicz | Gail Marie Rafalko | 2:14cv27281 |
| Barber | Rachel Marie Blake Otto | 2:16cv11928 |
| Kohn | Anita M. Reale | 2:14cv28501 |
| O'Fallon | Celia Marie Kane | 2:14cv30122 |
| Giancola | Kimberly E. Whitson | 2:16cv12479 |
| Brooks | Cindy Cynthia Michelle Clark Cameron | 2:13cv22692 |
| Foley | Carolyn Kisselbach | 2:15cv01064 |
| McLaughlin | Shirley | 2:14cv29126 |
| McCracken | Cynthia Beth Spargo | 2:13cv08268 |
| Thibodeaux-Billodeaux | Dana A. Brown Comeaux | 2:14cv01381 |
| Hall | Rhonda Lynn Leu Rakestraw Hammond | 2:15cv13116 |
| Perez | Tracy Ann Bible | 2:17cv00878 |
| Wheeler | Geraldine Rose Gozola | 2:14cv29089 |
| Thomas | Crystal G. | 2:14cv02536 |
| Johnson | Jill Denise Murray | 2:13cv28793 |
| Colter | Barbara Ann Woods Crook | 2:16cv09128 |
| Wright | Esther Mae Losey Rice | 2:17cv01380 |
| Gordon | Linda Backs Nottingham | 2:15cv05600 |
| Stigen | Mary Ellen | 2:15cv13307 |
| Grubbs | Gloria V. Alexander | 2:15cv04275 |
| Bell | Janet L. | 2:15cv04360 |
| Kessler | Joyce R. Deckter | 2:13cv01211 |

KLINGE EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Hoover | Chari Lynn White | 2:15cv07107 |
| Swavely | Terri D. Wright Sherwood | 2:14cv24222 |
| Imhoff | Laurie Melinda Vail | 2:13cv23712 |
| Davila | Rafaela | 2:16cv00935 |
| Bardo | Paula Sue Miller | 2:13cv23717 |
| Gutierrez | Debra Ann Cardenas Castilleja Elmore | 2:14cv01045 |
| Kennedy | Ramona Y. Maupin | 2:13cv16859 |
| Cannon | Susan Makres | 2:15cv08109 |
| Caldera | Rosa Maria | 2:13cv10649 |
| Gulley | Kelley Kelly C. Finnegan Swartz | 2:14cv30128 |
| Illjes | Lori Ann Waterous | 2:15cv05910 |
| Aceto | Jayne Ellen DeNicolo | 2:15cv15252 |
| Elliott | Carol A. Delong Matthews Saunders | 2:15cv07108 |
| Williams | Nicole Denise Beasley | 2:15cv16176 |
| ElQuesny | Pilar Sosa Ahmad Diaz | 2:15cv13288 |
| Caughill | Michelle Laurene Borngraber Brittain | 2:13cv25266 |
| Nixon | Katrina Efurd Ragazzo | 2:16cv02467 |
| Newton | Mary Sue Waller | 2:13cv11092 |
| Walz | Theresa Dalva Friend | 2:15cv04396 |
| Laderbush | Bonnie Michaud | 2:13cv24258 |
| Nix | Arlene | 2:13cv06574 |
| Rutledge | Clara Mae Gibson | 2:15cv07519 |
| Clarkson | Jean A. Cooper | 2:15cv13296 |
| Guyette | Shelley Owens Marriam | 2:15cv00702 |
| Sellers | Jennifer Nicole Douglas | 2:14cv30849 |
| Leder | Barbara | 2:13cv29512 |
| Lee | Myrle Ann | 2:13cv09183 |
| Nadelbach | Cindy Jill Singer | 2:13cv00353 |
| Hebert | Patricia E. Garrett Connor | 2:16cv08011 |
| Izguerra | Lilia Valadez Jaber | 2:15cv13289 |
| Moore | Linda Lou McGary Strauss Bell | 2:15cv13404 |
| Mitchell | Doris Lena Lynn Lillian Lindley Carver | 2:16cv02466 |
| Moore | Shirley Shelton | 2:13cv10035 |
| Sadler | Evelyn Renee Adams | 2:16cv06176 |
| Lepley | Sharon K. | 2:14cv28548 |
| Navarro | Marguerite A. Rose Kanzinger | 2:15cv05222 |
| Anderson | Sharyne Sue Barnes | 2:15cv11910 |
| Endicott | Dana Sue Myers | 2:15cv02656 |
| Washburn | Valera Crafton | 2:14cv29096 |
| Hunt | Charlene | 2:14cv29125 |

KLINGE EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Seely | Joyce J. Barnett Campbell | 2:13cv03281 |
| Ahner | Jacqueline A. Golden Gosnell | 2:13cv09790 |
| Plott | Delphia Seabolt | 2:15cv04301 |
| Poe | Kimberley Kimberly Lake | 2:15cv04373 |
| Poore | Melody L. Watts Evans Fowler | 2:15cv03182 |
| Hite Bird | Deborah J. | 2:13cv04693 |
| Priest | Carvel | 2:15cv05597 |
| Rosa | Heyda Mondragon | 2:15cv05911 |
| Long | Susan Joy Becraft | 2:15cv01063 |
| Regino | Lisa Faye Hernandez Loera | 2:15cv05220 |
| Pooley | Peggy Robinson | 2:13cv08270 |
| Norby | Rena Faye Smith Elliott | 2:13cv31821 |
| Parker | Maxine Edith Rowland | 2:15cv03184 |
| Linder | Paulada Simank | 2:13cv11087 |
| Joss | Jeanette Defeo Galimi | 2:15cv11658 |
| Dunn | Peggy Ann Maddox Judy | 2:14cv29133 |
| Mongeon | Sheila Johnson | 2:15cv00391 |
| Minor | Kristen Kristin Elizabeth McLaughlin | 2:15cv02394 |
| Mitchell | Nora Frances Puckett | 2:15cv08094 |
| Pike | Carol Lynn VanderCoalien | 2:16cv09883 |
| Brough | Kimberly R. Sinkovic | 2:15cv00905 |
| Dixon | Rebie Ann Powell Boulineau | 2:15cv00706 |
| Eldreth | Mary Elayne | 2:15cv00911 |
| Haizlip | Barbara R. Grant | 2:15cv03306 |
| Young | Carol S. | 2:14cv27926 |
| Rambeau | Mary Katherine | 2:15cv05842 |
| Hubbard | Deborah Heim Labead | 2:17cv00524 |
| Harhart | Linda L. Acevedo | 2:14cv29124 |
| Peterson | Pamela Jean Fodrocy | 2:14cv30125 |
| Kinard | Christine J. | 2:14cv29115 |
| Rolandson | Janet Patricia Burrington Holtz | 2:15cv02446 |
| Thompson | Cynthia Sue Hill | 2:13cv10656 |
| Templin | Cherie | 2:13cv10620 |
| Segrist | Sharon Carr | 2:15cv05202 |
| Nelson | Denise McCauley Rodino Perkins | 2:13cv08672 |
| Inners | Connie Jo MIller | 2:14cv28346 |
| Nave | Brenda Gail Pedigo Kirkpatrick | 2:13cv05127 |
| Metcalf | Debra M. Whitton | 2:14cv28533 |
| Morrow | Crystal Verbout | 2:13cv31271 |
| Russell | Cathy A. Rhoades | 2:15cv03305 |

KLINGE EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Pearson | Kristine Talbott | 2:14cv29129 |
| Santistevan | Mariquita R. | 2:15cv02875 |
| Murphy | Sharon J. Gellernan Scully | 2:15cv13839 |
| Cessna | Phyllis Encalade | 2:15cv05211 |
| Sutton | Kathleen Anne Kathy Burke | 2:13cv04090 |
| Vonach | Ida M. Grubaugh | 2:13cv01698 |
| Moore | Lynnyce K. Marzouk | 2:13cv22695 |
| Suarez | Alisha Perez Lauzon | 2:14cv29091 |
| Vaughn | Carrie A. Jackson | 2:15cv11666 |
| Miller | Deborah Ann Sicotte | 2:15cv08553 |
| Holt | Lana Patricia Haddon | 2:14cv27261 |
| Baca | Deborah Saavedra | 2:14cv28542 |
| Hull | Barbara L. Smith Talley | 2:14cv26340 |
| Villandry | Doreen Nikias | 2:16cv01755 |
| Shannon | Crystal Wernsing | 2:14cv29138 |
| Cuckler | Deanna L. Potts | 2:15cv03036 |
| Scaife | Diane L. Robertson | 2:15cv04365 |
| Sharp | Rebecca Lynn Auch Jeffries Dollarihide | 2:15cv00696 |
| Grubbs | Janice B. Holmes | 2:13cv05120 |
| Emerick | Glenda Rae Law | 2:14cv16802 |
| Cannon | Gail Beavers P. McKay | 2:14cv29621 |
| Capes | Serita Foster | 2:13cv06571 |
| Carey | Rita Vicki Ann DeCastro | 2:15cv11909 |
| Sheaffer | Glenda Zimmerman | 2:14cv29117 |
| Searl | Tamara Billie | 2:14cv00064 |
| Bauer | Nancy L. Smith Shields Stagle | 2:15cv12751 |
| Bargiol | Debra L. Chestnut Cassidy | 2:16cv03726 |
| Bryant | Peggy S. Hafner | 2:15cv04369 |
| Shaffer | Brenda Neiderer | 2:13cv07769 |
| Moser | Susan Lashomb Kern | 2:16cv01314 |
| Cawthorne | Patricia A. Fowler | 2:13cv06218 |
| Minzel | Carlene Jo Chestnutt Florer | 2:13cv08274 |
| Bell | Sue Carolyn Harris | 2:15cv00708 |
| Bourque | Marilyn L. | 2:15cv13661 |
| Bradley | Johnetta Audrey Myers | 2:15cv04398 |
| Walker | Merel Smith Marie | 2:14cv01385 |
| Buttino | Robin Franklin | 2:14cv29141 |
| Boreni | Patricia A. Niland | 2:15cv13965 |
| Jones | Evelyn J. Kubicek | 2:15cv00701 |
| Christie | Rita G. Ackerd Graham Revere Bezaire | 2:15cv02880 |
| Jens | Frances L. Snoke | 2:15cv05599 |
| Scott | Patti Williams | 2:15cv07113 |

KLINGE EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Jacobson | Naomi S. | 2:14cv29128 |
| Jennings | Tammy Weldon | 2:13cv11091 |
| Massoudi | Farah Minoui | 2:15cv13111 |
| Slusher | Veronica Vaconrca Lee | 2:13cv10633 |
| McCaffrey | Elizabeth Phillips | 2:12cv09706 |
| Maloney | Elaine Antonucci | 2:15cv07117 |
| MacLeod | Renee J. | 2:13cv10608 |
| Sinkovich | Brenda J. Stone | 2:15cv01062 |
| Silvia | Carolann Ferrell | 2:14cv00058 |
| Shrive | Jane D. Duffy | 2:14cv00060 |
| Vasconcelos | Francesca Signorelli | 2:14cv07706 |
| Braun | Carlene | 2:13cv30481 |
| Clemons | Debra | 2:15cv02655 |
| Casperson | Susan M. Stampf | 2:13cv25272 |
| Close | Cynthia Miscovich Keener | 2:13cv05940 |
| Thompson | Regina M. Hutsell | 2:12cv09074 |
| Ferla | Nicola M. Deblasis Ansman | 2:15cv13303 |
| Farrell | Mary E. Brodbeck | 2:15cv13305 |
| Fancil | Lydia S. Pine | 2:15cv04367 |
| Sirko | Mary Ann Margo | 2:14cv01376 |
| Trivett | Donna Noles Dillow Hart | 2:13cv08259 |
| Granillo Preciado | Monica | 2:13cv06575 |
| Anderson | Corlis Marie Mattson | 2:13cv10032 |
| Andryscik | Karen Stawicki | 2:13cv22681 |
| Hales | Marquetta Anderson | 2:13cv27185 |
| Fox | Patricia E. Cooper Marszalek | 2:15cv07116 |
| Gaughan | Sheryl R. Kenyon | 2:15cv14349 |
| Hall | Linda Louise Staggs | 2:13cv02931 |
| Hanna | Karen M. | 2:13cv06214 |
| Harris | Elisabeth Derer | 2:13cv29782 |
| Wildfong | Darlene Boonie | 2:14cv01388 |
| Haviland | LaDonna Marie Ayers Patterson Kinney | 2:13cv29779 |
| May | Sue Ellen Wills | 2:13cv29781 |
| Burton | Barbara Jean | 2:13cv22539 |
| Thomas | Lawanda | 2:13cv24259 |
| Smith | Janeen Carter | 2:14cv01378 |
| Forrest | Lisa Ann Chafin Pafford Rodgers | 2:13cv10033 |
| Fountain | Joyce Alicia | 2:13cv03736 |
| Gardner | Jennifer N. Pelfrey | 2:13cv03724 |
| Gonzalez-Torres | Maria Cristina | 2:13cv01272 |
| Smith | Norma Calvert | 2:14cv29428 |
| Smith | Sandra Ann Goss | 2:15cv00258 |
| Gerbino | Laurie Cooke | 2:14cv28538 |

KLINGE EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Glaze | Mary L. Henning King | 2:15cv04397 |
| Tobin | Teresa N. Meyers | 2:14cv29130 |
| Toliver | Rosemary Milledge | 2:15cv00932 |
| Heffelfinger | Cynthia Mary Schmidt | 2:15cv01776 |
| Bernard | Elva Grove Bate Ulmer | 2:13cv02932 |
| Dalberg | Rebecca Marie Boothe Solan Fleetwood | 2:13cv09725 |
| Delsart | Cindy Hocks | 2:13cv03827 |
| Kingsbury | Margaret | 2:13cv28794 |
| Kountz | Lianne Marie Osman King | 2:13cv01798 |
| Hill | Constance Radloff | 2:13cv03279 |
| Hewitt | Kathleen M. Longtin | 2:13cv07766 |
| Grimme | Kathleen A. Bell | 2:14cv29556 |
| Gueret-Negash | Sally Raymond | 2:15cv00257 |
| Boulette | Linda Carole | 2:13cv07247 |
| Moore | Ronna | 2:18cv00040 |
| Singer | Doris Dori Ann Niewiadomski | 2:15cv05352 |
| Johns | Linda Curry | 2:13cv11196 |
| Bathija | Jyoti | 2:15cv00080 |
| Bagsby | Collette Turner | 2:13cv06860 |
| Kimble | Debra Debbie Maynard Cola Channell Umphrey Thompson | 2:15cv09555 |
| Jones | Hilda Myhand | 2:13cv07246 |
| Berube | Debra A. Wilson Humphreys | 2:15cv07126 |
| Carver | Laura Moody Thomas | 2:12cv08616 |
| White | Terra Leann Lawless | 2:18cv00063 |
| Danoff | Linda Helen McMenamin | 2:15cv13660 |
| Akins | Mary Elizabeth | 2:14cv14182 |
| Krause | Kathleen Marie Holzman | 2:14cv10191 |
| Lalumiere | Diane Hamlett | 2:13cv29509 |
| Dukek | Tamella Tammy Laurie Haugen | 2:13cv29525 |
| Townson | Irma Idalia Garcia | 2:13cv12954 |
| Rockafellow | Karen J. Carroll | 2:17cv00745 |
| Repka | Diann Floerke Gocricke | 2:13cv26198 |
| Mitchell | Sue Ann Dick | 2:13cv01697 |
| Castro | Leonor Montenegro | 2:14cv29620 |
| Gibson | Angela Lynn Grundy | 2:14cv25732 |
| Collins | Wilma Marie Baldridge | 2:14cv13055 |
| Donalds | Paula M. Besseck | 2:17cv02199 |
| Olsen | Pamela Jean Christensen | 2:13cv12636 |
| Thompson | Joanna Bobbi Kissee | 2:14cv01382 |
| Spadafore | Donna Lee Williams | 2:15cv00928 |
| Paseka | Colleen Sandra Panchott | 2:13cv13451 |

KLINGE EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Siegrist | Marianne Land | 2:14cv17889 |
| Bailey | Nancy Newsome | 2:15cv07095 |
| Eads | Danitta Lynn Lewis Moore Hodges McCoy Pearson | 2:13cv03284 |
| Altman | Victoria Lee | 2:15cv13299 |
| Chester, Deceased | Susie Lane | 2:14cv28544 |
| Langowsky | Eileen Susan Clouse | 2:13cv09185 |
| Johnston | Linda Rilee | 2:17cv01892 |
| Howton | Beverly Jean Dooley Collins Horner Ornelas Johnston Garcia | 2:16cv02536 |
| McKenna | Vickie Leigh | 2:17cv01356 |
| Zastrow | Sarah Yvonne Wickwire Young | 2:13cv02421 |
| McLester | Carrie Beth Lambert | 2:17cv02668 |
| Porogi | Jeanine Porogi Wilcox | 2:14cv28635 |
| Cotton | Clara M. Conigan | 2:14cv16852 |
| Rourke | Pamela Miller | 2:13cv03866 |
| Steele | Kelly Joyce Manus | 2:13cv23855 |
| Sansabrino | Joni Saviano | 2:14cv17174 |
| Murphy | Susan Saternis Oakes | 2:14cv27445 |
| Brown | Della Chedick | 2:15cv13211 |
| Pringle | Cleola Lealand Benson Byrd | 2:13cv27200 |
| Engel | Vickey L. Burns | 2:17cv04585 |
| Famigletti | Susan E. Bailey | 2:12cv06576 |
| Weisz | Kathryn Lynn Bergan | 2:14cv24481 |
| Balsamo | Mary Ann | 2:14cv27839 |
| Coghlan | Linda Perry | 2:14cv18583 |
| Dafryck | Judy Ann Te'o | 2:13cv32034 |
| Dunlap | Donna Fern Wallace | 2:14cv11689 |
| Pelican | Cathy M. Pichalski | 2:15cv14522 |
| Rafal | Lisa Renee Pruss | 2:13cv30924 |
| Shaw | Lisa Michele Jenkins | 2:14cv25802 |
| Valdez | Linda Joyce Rodriguez | 2:14cv15375 |
| Vincent | Crystal Sims | 2:14cv10298 |
| Willis | Sherry Christine Hammond | 2:14cv14532 |
| Tindall | Donna D. Grieshach McDonald Carpenter Oliver Woodcock | 2:14cv24096 |
| Soto | Candida Camacho | 2:14cv20814 |
| Suppa | Corrinne L. Cochran | 2:14cv15978 |
| Bowling | Colleen Kelly M. Spradley Millhone | 2:14cv26063 |
| Bredlow | Joy Lynn Ford Stacy | 2:13cv33415 |
| Stone | Susan I. Roberta Pickett Vernor | 2:14cv24922 |

KLINGE EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Collins | Tina M. Libby Baldwin Jalbert | 2:14cv16375 |
| Rowan | Tammy Lynn | 2:14cv02822 |
| Deforest | Carrie Ellen Walters Blackburn | 2:14cv29458 |
| Peltier-Ettiene | Joan R. | 2:14cv24479 |
| Thomas | Marti Rachel Keegan Rhodes | 2:14cv19682 |
| Silva | Alicia DeLeon | 2:17cv02983 |
| Aschmeller | Billie Jo Bliss | 2:14cv06219 |
| Lampron | Sarah Jane Chesley | 2:15cv02493 |
| Maurer | Jane Elizabeth Anderson | 2:13cv04834 |
| Bartman | Elaine May Sheeler | 2:14cv27267 |
| Grubb | Loretta M. Maracino | 2:13cv28584 |
| Pitagna | Rose Rosalie Santora | 2:15cv15358 |
| Borland | Irene E. Ward Harrington Langford Haslett | 2:16cv01868 |
| Murphy | Patricia Fitzgerald | 2:16cv03907 |
| Duffy | Dawn E. LaPointe Bosworth | 2:17cv04476 |
| Carter | Betty | 2:15cv02877 |
| Villagomez | Teresa Villarreal | 2:15cv05914 |
| Shook | Marie E. Miller Esther | 2:15cv13670 |
| Brown | Loretta Lynn Hall | 2:15cv07520 |
| Hudspeth | Lisa Renee Lee Deerman Schlarb Shelton | 2:15cv04163 |
| Essenyi | Jennifer Christine Fretz | 2:16cv09839 |
| Butler | Stacey M. Wilson | 2:15cv01541 |
| Long | Misty Dawn Prilliman Mondoux Hermsen Ritchie | 2:17cv02667 |
| Young | Stacie Erin Freeman | 2:17cv02806 |
| Bryce | Linda | 2:16cv06293 |
| Bushway | Rose Marie | 2:16cv08070 |
| Payne | Rebecca | 2:16cv02833 |