# EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE JERRY BLAIVAS M.D., FOR ETHICON WAVE 8 AND BOSTON SCIENTIFIC WAVE 4

## List of Applicable Cases

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Ash, Tammy | TVT Exact | 2:16cv11635 | Ethicon MDL 2327 |
| Balsamo, Mary Ann & Rocco L. | Prolift +M Anterior"TVT Obturator"Vicryl Mesh (hernia) POP | 2:14cv27839 | Ethicon MDL 2327 |
| Barber, Rachel Marie | TVT Abbrevo | 2:16cv11928 | Ethicon MDL 2327 |
| Bateman, Sharon Marie Lanzi & Joseph E. | TVT Obturator | 2:14cv30004 | Ethicon MDL 2327 |
| Belew-Nyquist, Deborah | TVT Obturator | 2:16cv11306 | Ethicon MDL 2327 |
| Bowling, Colleen K. | TVT Exact | 2:14cv26063 | Ethicon MDL 2327 |
| Bredlow, Joy L. | TVT Obturator | 2:13cv33415 | Ethicon MDL 2327 |
| Cadell, Jessica | TVT Obturator | 2:17cv04154 | Ethicon MDL 2327 |
| Carr, Frances | Advantage (BS)"Gynemesh PS | 2:15cv05206 | Boston Scientific MDL 2326 |
| Casebolt, Cheryl Camille | TVT Obturator | 2:16cv11636 | Ethicon MDL 2327 |
| Castillo, Rebecca V. & Rodney L. Aguero | PelviLace (Bard) not sued" TVT | 2:13cv01991 | Ethicon MDL 2327 |
| Coghlan, Linda P. & Ronnie G., Sr. | IntePro Y-Sling (AMS) not sued TVT Exact | 2:14cv18583 | Ethicon MDL 2327 |

| Name | Product | Case No. | MDL |
|---|---|---|---|
| Collins, Tina M. & Dwayne N. | TVT | 2:14cv16375 | Ethicon MDL 2327 |
| Dafryck, Judy Ann & Winston | TVT Secur | 2:13cv32034 | Ethicon MDL 2327 |
| Deforest, Carrie Ellen & Dwight | TVT"TVT | 2:14cv29458 | Ethicon MDL 2327 |
| Donalds, Paula M. | TVT Abbrevo | 2:17cv02199 | Ethicon MDL 2327 |
| Dunlap, Donna F. & Vernon | Prolift Anterior"TVT Obturator | 2:14cv11689 | Ethicon MDL 2327 |
| Ellis, Gloria Jean | Prolift +M Total"TVT Obturator | 2:15cv16155 | Ethicon MDL 2327 |
| Escontrias, Sylvia | Advantage (BS)"Interceed (hernia)"TVT Obturator | 2:16cv11005 | Boston Scientific MDL 2326 |
| Farmer, Beverly Cindy & Stephen T. | TVT | 2:14cv01855 | Ethicon MDL 2327 |
| Foster, Marsha & Alvin A. Jensen | TVT | 2:15cv12513 | Ethicon MDL 2327 |
| Garcia, Rene | TVT Exact | 2:17cv02665 | Ethicon MDL 2327 |
| Gossen, Jeanne P. | TVT Exact | 2:17cv03184 | Ethicon MDL 2327 |
| Haake, Theresa A. & Carl R. | Prolift Anterior"TVT Obturator | 2:15cv16354 | Ethicon MDL 2327 |
| Hackman, Amy & Michael | TVT | 2:13cv06147 | Ethicon MDL 2327 |
| Halvorson, Julie | Advantage (BS) Prolift Total | 2:14cv17037 | Boston Scientific MDL 2326 |
| Hempstead, Anita | TVT | 2:13cv09300 | Ethicon MDL 2327 |
| Howard, Lula C. & Willie | TVT Secur | 2:17cv03509 | Ethicon MDL 2327 |

| C. | | | |
|---|---|---|---|
| Lane, Lisa Terese & Robert | TVT | 2:15cv04342 | Ethicon MDL 2327 |
| Lee-Mandell, Kathy Ann & Robert Joshua Williams, III | Restorelle (Coloplast) x 2 dismissed TVT Abbrevo | 2:14cv17393 | Ethicon MDL 2327 |
| McConnell, Tina & Gabriel | Artisyn Y mesh (POP-SC) | 2:17cv04608 | Ethicon MDL 2327 |
| McKenna, Vickie | TVT | 2:17cv01356 | Ethicon MDL 2327 |
| McLester, Carrie & Joe | TVT Obturator | 2:17cv02668 | Ethicon MDL 2327 |
| Messersmith, Veronica | Advantage (BS) "Prolene | 2:17cv03939 | Ethicon MDL 2327 |
| Montejano, Angie | TVT | 2:16cv11752 | Ethicon MDL 2327 |
| Morales, Lydia Rodriguez | Monarc (AMS) dismissed Prolift Total | 2:17cv03029 | Ethicon MDL 2327 |
| Odor, Virginia & Kevin | Obtryx (BS)"Prolift Total | 2:13cv23786 | Boston Scientific MDL 2326 |
| Pelican, Cathy | ObTape (Mentor) not sued"Supris (Coloplast) dismissed"Ultrapro (hernia) SUI x2 POP | 2:15cv14522 | Ethicon MDL 2327 |
| Peltier-Ettiene, Joan & Janan | PelviSoft (Bard) TVT Secur | 2:14cv24479 | Ethicon MDL 2327 |
| Perez, Tracy | TVT Obturator | 2:17cv00878 | Ethicon MDL 2327 |
| Phillips, Mary Ann & Rickie J. Loftis | Artisyn Y mesh (POP-SC)" MiniArc (AMS) | 2:14cv17089 | Ethicon MDL 2327 |

3

| | | | |
|---|---|---|---|
| Price, Kimberly & Matthew | Pelvicol (Bard)"TVT Obturator | 2:15cv04178 | Ethicon MDL 2327 |
| Rafal, Lisa & Alan | TVT TVT Obturator | 2:13cv30924 | Ethicon MDL 2327 |
| Riddle, Dreama F. | Prolift +M Anterior"TVT Obturator | 2:17cv03032 | Ethicon MDL 2327 |
| Rowan, Tammy L. & Duane | TVT Obturator | 2:14cv02822 | Ethicon MDL 2327 |
| Seid, Karen Renae | TVT | 2:14cv13773 | Ethicon MDL 2327 |
| Shaw, Lisa M. & Anthony D. | RetroArc (AMS) not sued TVT | 2:14cv25802 | Ethicon MDL 2327 |
| Soto, Candida | TVT | 2:14cv20814 | Ethicon MDL 2327 |
| Stone, Susan & William Vernor | TVT Obturator | 2:14cv24922 | Ethicon MDL 2327 |
| Strickland, April M. | TVT Secur | 2:14cv12770 | Ethicon MDL 2327 |
| Suppa, Corrinne L. | TVT Obturator x2 | 2:14cv15978 | Ethicon MDL 2327 |
| Thomas, Marti R. (f/k/a Keegan) & Scott R. | TVT Obturator x2 | 2:14cv19682 | Ethicon MDL 2327 |
| Tindall, Donna | Gynemesh PS | 2:14cv24096 | Ethicon MDL 2327 |
| Valdez, Linda & Joaquin | TVT Secur | 2:14cv15375 | Ethicon MDL 2327 |
| Vincent, Crystal S. & Randy J. | TVT Secur | 2:14cv10298 | Ethicon MDL 2327 |
| Vituschi-Allen, Patricia L. & Stewart W., Sr. | Prolift Anterior Prolift Posterior | 2:16cv06064 | Ethicon MDL 2327 |
| Weisz, Kathryn L. | TVT Abbrevo | 2:14cv24481 | Ethicon MDL 2327 |
| Wenger, Rebecca D. & Eric | TVT Obturator | 2:14cv18705 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Williamson, Tabatha Sue | TVT Secur | 2:17cv04021 | Ethicon MDL 2327 |
| Willis, Sherry & Travis | Prolift Anterior | 2:14cv14532 | Ethicon MDL 2327 |
| Wilson, Jacqueline | MiniArc (AMS) not sued TVT Exact | 2:17cv04055 | Ethicon MDL 2327 |
| Zastrow, Sarah & John | TVT Exact | 2:13cv02421 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Blaivas as a general expert.**