# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 8 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE CERTAIN GENERAL OPINIONS OF DANIEL ELLIOTT, M.D. FOR WAVE 8

Defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon") hereby adopt and incorporate by reference the *Daubert* motion, and memorandum in relation to Dr. Daniel Elliott filed by Ethicon in Wave 7 Case No. 2:12-md-02327: Doc. 5339 (Motion) and Doc. 5340 (Memorandum in Support). Ethicon respectfully requests that the Court exclude Dr. Daniel Elliott's testimony, for the reasons expressed in the Wave 7 briefing. This notice applies to the Wave 8 cases identified in Exhibit A attached hereto.

        Respectfully Submitted,

        /s/ William M. Gage
        William M. Gage
        Butler Snow LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS  39158-6010
        (601) 985-4523
        William.gage@butlersnow.com

        /s/ Susan M. Robison
        Susan Robinson (W. Va. Bar #5169)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 25338
        (304) 414-1807
        srobinson@tcspllc.com

        Counsel for Defendants Ethicon, Inc. and
        Johnson & Johnson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 8 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I, William M. Gage, certify that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>  */s/* William M. Gage
>  William M. Gage
>  Butler Snow LLP
>  1020 Highland Colony Parkway
>  Suite 1400 (39157)
>  P.O. Box 6010
>  Ridgeland, MS  39158-6010
>  (601) 985-4523
>  William.gage@butlersnow.com