**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE DANIEL ELLIOTT M.D., FOR ETHICON WAVE 8, AMERICAN MEDICAL SYSTEMS INC. WAVE 3, AND BOSTON SCIENTIFIC WAVE 4**

**List of Applicable Cases**

| Case Name | Product (s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Ahner, Jacqueline | Prolift Total | 2:13cv09790 | Ethicon MDL 2327 |
| Alsadi, Heand | Gynemesh PS"Restorelle Y-Mesh (Coloplast)"T-Sling (Coloplast) | 2:17cv03724 | Ethicon MDL 2327 |
| Anderson, Corlis | Aris (Coloplast) dismissed"Prolift Total | 2:13cv10032 | Ethicon MDL 2327 |
| Aschmeller, Billie Jo | TVT | 2:14cv06219 | Ethicon MDL 2327 |
| Balsamo, Mary Ann & Rocco L. | Prolift +M Anterior"TVT Obturator"Vicryl Mesh (hernia) POP | 2:14cv27839 | Ethicon MDL 2327 |
| Barnes, Hazel | Prolift Total | 2:15cv13306 | Ethicon MDL 2327 |
| Bathija, Jyoti & Jagdish T. | Monarc (AMS) not sued"Prolift Total | 2:15cv00080 | Ethicon MDL 2327 |
| Benestad, Maria & John T. | Prolift Posterior"TVT | 2:13cv16867 | Ethicon MDL 2327 |
| Bernard, Elva | Prolift Anterior Prolift Posterior TVT Obturator | 2:13cv02932 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Boreni, Patricia & Alan | Monarc (AMS) no sued"Prolift Total"Sparc (AMS) not sued | 2:15cv13965 | Ethicon MDL 2327 |
| Borland, Irene E. | TVT Obturator | 2:16cv01868 | Ethicon MDL 2327 |
| Bowling, Colleen K. | TVT Obturator | 2:14cv26063 | Ethicon MDL 2327 |
| Bredlow, Joy L. | TVT Obturator | 2:13cv33415 | Ethicon MDL 2327 |
| Butler, Stacey | TVT | 2:15cv01541 | Ethicon MDL 2327 |
| Carver, Laura M. | Obtryx (BS)"Prolift Total | 2:12cv08616 | Ethicon MDL 2327 |
| Cessna, Phyllis & William | Prolift"TVT Obturator | 2:15cv05211 | Ethicon MDL 2327 |
| Chester, Susie | Prolift Posterior"TVT Secur | 2:14cv28544 | Ethicon MDL 2327 |
| Coghlan, Linda P. & Ronnie G., Sr. | IntePro Y-Sling (AMS) not sued TVT Exact | 2:14cv18583 | Ethicon MDL 2327 |
| Collins, Tina M. & Dwayne N. | TVT | 2:14cv16375 | Ethicon MDL 2327 |
| Corder, Virginia & Larry | Prolift Total"TVT Secur | 2:16cv10988 | Ethicon MDL 2327 |
| Cotton, Clara & Zack | Prolift Anterior"TVT Obturator | 2:14cv16852 | Ethicon MDL 2327 |
| Cunningham, Patsy | Pelvicol (Bard) dismissed"Prolift Anterior"TVTO | 2:13cv22565 | Ethicon MDL 2327 |
| Dafryck, Judy Ann & Winston | TVT Secur | 2:13cv32034 | Ethicon MDL 2327 |

| Name | Product | Case Number | MDL |
|---|---|---|---|
| Dalberg, Rebecca & Cornelius | Contasure Needleless (Neomedic) not sued"Prolift Total"Uretex (Bard) dismissed | 2:13cv09725 | Ethicon MDL 2327 |
| Dates, Vanessa | Align (Bard) dismissed"Prolift Total | 2:15cv11333 | Ethicon MDL 2327 |
| DeBeneditto, Valerie | TVT Secur | 2:14cv27487 | Ethicon MDL 2327 |
| Deforest, Carrie Ellen & Dwight | TVT"TVT | 2:14cv29458 | Ethicon MDL 2327 |
| Dombroski, Cheryl | Gynemesh PS"Prolene Mesh"TVT Obturator | 2:14cv30883 | Ethicon MDL 2327 |
| Dukek, Tamella L. & Wade | Prolift TVT Secur | 2:13cv29525 | Ethicon MDL 2327 |
| Dunlap, Donna F. & Vernon | Prolift Anterior"TVT Obturator | 2:14cv11689 | Ethicon MDL 2327 |
| Dunn, Peggy | Prolift Total | 2:14cv29133 | Ethicon MDL 2327 |
| Engstrom, Miriam & John | Prolift Total T-Sling (Coloplast) | 2:17cv04172 | Ethicon MDL 2327 |
| Erwin, Kathryn & Charles | Prolift +M Posterior Prosima Anterior TVT Secur TVT Abbrevo | 2:15cv00703 | Ethicon MDL 2327 |
| Famigletti, Susan & Michael | TVT Obturator"Uretex (Bard) dismissed | 2:12cv06576 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Foley, Carolyn & Charles | Prolift Posterior"TVT Obturator | 2:15cv01064 | Ethicon MDL 2327 |
| Forlines, Catherine & Charles B. | Prolift Total"TVT Obturator | 2:15cv13119 | Ethicon MDL 2327 |
| Foster, Alice & William | Prolift Total TVT | 2:13cv06679 | Ethicon MDL 2327 |
| Fox, Patricia | Prolift Total TVT Secur | 2:15cv07116 | Ethicon MDL 2327 |
| Golden, Yvette | Prolift Anterior"Prolift Posterior"TVT | 2:13cv12710 | Ethicon MDL 2327 |
| Gordon, Linda & Jeff | Prolift Total"TVT Secur | 2:15cv05600 | Ethicon MDL 2327 |
| Green, Nancy | TVT | 2:13cv22087 | Ethicon MDL 2327 |
| Grubb, Loretta & Bernard | TVT | 2:13cv28584 | Ethicon MDL 2327 |
| Gueret-Negash, Sally & Girma | Prolift Total Sparc (AMS) not sued | 2:15cv00257 | Ethicon MDL 2327 |
| Hall, Rhonda & Greg | Prolift"TVT Secur | 2:15cv13116 | Ethicon MDL 2327 |
| Harris, Elisabeth & Robert | Desara (Caldera) Prolift Anterior"TVT | 2:13cv29782 | Ethicon MDL 2327 |
| Hebert, Patricia | PelviSoft (Bard) not sued"Prolift Anterior"Repliform (BS) not sued"Uretex (Bard) not sued | 2:16cv08011 | Ethicon MDL 2327 |
| Heinrich, Barbara & Gregory | TVT Secur Prolene Soft Mesh | 2:13cv31006 | Ethicon MDL 2327 |
| Hoover, Chari & George | Prolift Anterior"Prolift | 2:15cv07107 | Ethicon MDL 2327 |

4

| | | | |
|---|---|---|---|
| Robert | Total"TVT Obturator | | |
| Hoy, Lilyan | Prolift"TVT | 2:15cv08089 | Ethicon MDL 2327 |
| Hubbard, Deborah & Darren | Prolift Total"TVT Secur | 2:17cv00524 | Ethicon MDL 2327 |
| Jackson, Rita | Prolift Total"TVT Secur | 2:13cv23744 | Ethicon MDL 2327 |
| Jacobson, Kristin Lynn & Eric Christopher | Aris (Coloplast) dismissed TVT Exact | 2:17cv02046 | Ethicon MDL 2327 |
| Johns, Linda | Prolift Total | 2:13cv11196 | Ethicon MDL 2327 |
| Johnson, Jill & Keith | Prolift +M Posterior"Prosima Anterior"TVT Secur | 2:13cv28793 | Ethicon MDL 2327 |
| Johnston, Linda | TVT Obturator | 2:17cv01892 | Ethicon MDL 2327 |
| Jones, Evelyn & Daniel Beckett | Prolift Anterior"TVT Obturator | 2:15cv00701 | Ethicon MDL 2327 |
| Kennedy, Ramona & Rodney | Advantage (BS) not sued"Prolift Anterior | 2:13cv16859 | Ethicon MDL 2327 |
| Lane, Lisa Terese & Robert | TVT | 2:15cv04342 | Ethicon MDL 2327 |
| Langowsky, Eileen & John Joseph | Monarc (AMS) not sued"Prolift Total"TVT Secur | 2:13cv09185 | Ethicon MDL 2327 |
| Lawson, Linda Wade | Prolift Total | 2:13cv06573 | Ethicon MDL 2327 |
| Leonard, Kimberly & Michael | TVT Obturator | 2:14cv25743 | Ethicon MDL 2327 |
| Loague, Alta Joy & | Prolift +M Total Surgisis x4 (Cook) | 2:13cv30754 | Ethicon MDL 2327 |

5

| | | | |
|---|---|---|---|
| Robert W. | dismissed Alyte (Bard) | | |
| Long, Janice | Prolift +M Posterior"Prosima Anterior"TVT Obturator | 2:13cv30195 | Ethicon MDL 2327 |
| Lopez, Rosemary | Elevate (AMS) x2 not sued"Obtryx (BS) "Prolift Anterior | 2:13cv30196 | Ethicon MDL 2327 |
| Lueb, Mary | Prolene Mesh | 2:17cv03978 | Ethicon MDL 2327 |
| Mangini, Lynn & Steven | Gynemesh PS"Sparc (AMS) | 2:13cv30480 | American Medical Systems Inc. MDL 2325 |
| March, Brenda & Edgar | TVT Obturator | 2:13cv22928 | Ethicon MDL 2327 |
| McCracken, Cynthia & Randy C. | Prolift Anterior"TVT Secur | 2:13cv08268 | Ethicon MDL 2327 |
| McFarland, Heather | TVT Secur | 2:16cv01502 | Ethicon MDL 2327 |
| McKenna, Vickie | TVT | 2:17cv01356 | Ethicon MDL 2327 |
| McLaughlin, Shirley (Terban) | Prolene Soft Mesh"Prolift Anterior | 2:14cv29126 | Ethicon MDL 2327 |
| Meltsch, Cynthia & John | Prolift Anterior Prolift Posterior TVT Obturator | 2:15cv03037 | Ethicon MDL 2327 |
| Moore, Ronna | Prolift +M | 2:18cv00040 | Ethicon MDL 2327 |
| Moore, Shirley | PelvLace (Bard) dismissed"Prolift Anterior | 2:13cv10035 | Ethicon MDL 2327 |
| Murphy, Susan & Brian | Prolift Total | 2:14cv27445 | Ethicon MDL 2327 |

| Murphy, Susan & Brian | Prolift +M Total"TVT | 2:14cv27445 | Ethicon MDL 2327 |
|---|---|---|---|
| Musewicz, Gail & John | Pinnacle (BS)"Prolift Anterior"Prolift Posterior"TVT Obturator | 2:14cv27281 | Boston Scientific MDL 2326 |
| O'Fallon, Celia & Dennis | Obtryx (BS)"Prolift Anterior | 2:14cv30122 | Ethicon MDL 2327 |
| Paris, Patricia & Michael | TVT Obturator | 2:15cv15749 | Ethicon MDL 2327 |
| Parker, Maxine Edith | Prolift Total Sparc Vaginal Sling | 2:15cv03184 | Ethicon MDL 2327 |
| Pelican, Cathy | ObTape (Mentor) not sued"Supris (Coloplast) dismissed"Ultrapro (hernia) SUI x2 POP | 2:15cv14522 | Ethicon MDL 2327 |
| Peltier-Ettiene, Joan & Janan | PelviSoft (Bard) TVT Secur | 2:14cv24479 | Ethicon MDL 2327 |
| Pitagna, Rose & Frank L. | TVT | 2:15cv15358 | Ethicon MDL 2327 |
| Plott, Delphia & Carter | Monarc (AMS) not sued Prolift Total | 2:15cv04301 | Ethicon MDL 2327 |
| Porogi, Jeanine & John | Prolift Total"TVT Secur | 2:14cv28635 | Ethicon MDL 2327 |
| Price, Nadina J. & Jason | Prolift +M Total TVT Exact | 2:16cv12566 | Ethicon MDL 2327 |
| Rafal, Lisa & Alan | TVT TVT Obturator | 2:13cv30924 | Ethicon MDL 2327 |
| Rowan, Tammy L. & Duane | TVT Obturator | 2:14cv02822 | Ethicon MDL 2327 |

| Rueb, Katherine | PelviSoft (Bard) not sued"TVT Obturator | 2:13cv32138 | Ethicon MDL 2327 |
|---|---|---|---|
| Searle-Rittle, Donna | Surgisis (Cook) dismissed TVT Secur | 2:12cv06734 | Ethicon MDL 2327 |
| Segrist, Sharon & John | Prolift Total | 2:15cv05202 | Ethicon MDL 2327 |
| Seid, Karen Renae | TVT | 2:14cv13773 | Ethicon MDL 2327 |
| Shaw, Lisa M. & Anthony D. | RetroArc (AMS) not sued TVT | 2:14cv25802 | Ethicon MDL 2327 |
| Shull, Maxine & Thomas | PelviSoft (Bard) dismissed"TVT Obturator | 2:12cv02296 | Ethicon MDL 2327 |
| Singer, Doris & Gary | TVT | 2:15cv05352 | Ethicon MDL 2327 |
| Smith, Melva J. | TVT Obturator x2 | 2:13cv32406 | Ethicon MDL 2327 |
| Soto, Candida | TVT | 2:14cv20814 | Ethicon MDL 2327 |
| Sotolongo, Yolanda Rey | Gynemesh PS | 2:18cv00242 | Ethicon MDL 2327 |
| Stigen, Mary Ellen & Merritt - 162728 - | Prolift +M Total TVT Exact | 2:15cv13307 | Ethicon MDL 2327 |
| Stone, Susan & William Vernor | TVT Obturator | 2:14cv24922 | Ethicon MDL 2327 |
| Suppa, Corrinne L. | TVT Obturator x2 | 2:14cv15978 | Ethicon MDL 2327 |
| Thibodeaux-Billodeaux, Dana & Craig | Prosima Anterior TVT Obturator | 2:14cv01381 | Ethicon MDL 2327 |
| Thomas, Marti R. (f/k/a Keegan) & Scott R. | TVT Obturator x2 | 2:14cv19682 | Ethicon MDL 2327 |
| Tindall, Donna - 145460 | Gynemesh PS | 2:14cv24096 | Ethicon MDL 2327 |

| Tuohy-Shutt, Valerie | Novasilk (Coloplast) dismissed Prolift Total | 2:13cv11173 | Ethicon MDL 2327 |
|---|---|---|---|
| Valdez, Linda & Joaquin | TVT Secur | 2:14cv15375 | Ethicon MDL 2327 |
| Vincent, Crystal S. & Randy J. | TVT Secur | 2:14cv10298 | Ethicon MDL 2327 |
| Warner, Jean & Steven | Prolift Total TVT Obturator | 2:14cv19117 | Ethicon MDL 2327 |
| Weisz, Kathryn L. | TVT Abbrevo | 2:14cv24481 | Ethicon MDL 2327 |
| Willis, Sherry & Travis | TVT | 2:14cv14532 | Ethicon MDL 2327 |
| Williams, Terressa & Russell | Prolift Total | 2:14cv16787 | Ethicon MDL 2327 |
| Williamson, Tabatha Sue | TVT Secur | 2:17cv04021 | Ethicon MDL 2327 |
| Willis, Sherry & Travis | Prolift Anterior | 2:14cv14532 | Ethicon MDL 2327 |
| Yetter, Jean M. | Prolift Anterior"Surgisis (Cook) not sued"TVT Obturator | 2:15cv01599 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Elliott as a general expert.**