# EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE ALAN GARELY M.D., FOR ETHICON WAVE 8

## List of Applicable Cases

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Balsamo, Mary Ann & Rocco L. | Prolift +M Anterior"TVT Obturator"Vicryl Mesh (hernia) POP | 2:14cv27839 | Ethicon MDL 2327 |
| Booth, Joyce | Prolift Total & T-Sling (Caldera) not sued | 2:17cv03958 | Ethicon MDL 2327 |
| Bowling, Colleen K. | TVT Obturator | 2:14cv26063 | Ethicon MDL 2327 |
| Bredlow, Joy L. | TVT Obturator | 2:13cv33415 | Ethicon MDL 2327 |
| Coghlan, Linda P. & Ronnie G., Sr. | IntePro Y-Sling (AMS) not sued TVT Exact | 2:14cv18583 | Ethicon MDL 2327 |
| Collins, Tina M. & Dwayne N. | TVT | 2:14cv16375 | Ethicon MDL 2327 |
| Dafryck, Judy Ann & Winston | TVT Secur | 2:13cv32034 | Ethicon MDL 2327 |
| Deforest, Carrie Ellen & Dwight | TVT"TVT | 2:14cv29458 | Ethicon MDL 2327 |
| Dunlap, Donna F. & Vernon | Prolift Anterior"TVT Obturator | 2:14cv11689 | Ethicon MDL 2327 |
| Illjes, Lori & Robert | Desera (Caldera) not sued"TVT Obturator | 2:15cv05910 | Ethicon MDL |

| | | | |
|---|---|---|---|
| McConnell, Tina & Gabriel | Artisyn Y mesh (POP-SC) | 2:17cv04608 | Ethicon MDL |
| Pelican, Cathy | ObTape (Mentor) not sued"Supris (Coloplast) dismissed"Ultrapro (hernia) SUI x2 POP | 2:15cv14522 | Ethicon MDL 2327 |
| Peltier-Ettiene, Joan & Janan | PelviSoft (Bard) TVT Secur | 2:14cv24479 | Ethicon MDL 2327 |
| Phillips, Mary Ann & Rickie J. Loftis | Artisyn Y mesh (POP-SC)" MiniArc (AMS) | 2:14cv17089 | Ethicon MDL 2327 |
| Rafal, Lisa & Alan | TVT TVT Obturator | 2:13cv30924 | Ethicon MDL 2327 |
| Rowan, Tammy L. & Duane | TVT Obturator | 2:14cv02822 | Ethicon MDL 2327 |
| Shaw, Lisa M. & Anthony D. | RetroArc (AMS) not sued TVT | 2:14cv25802 | Ethicon MDL 2327 |
| Soto, Candida | TVT | 2:14cv20814 | Ethicon MDL 2327 |
| Stone, Susan & William Vernor | TVT Obturator | 2:14cv24922 | Ethicon MDL 2327 |
| Suppa, Corrinne L. | TVT Obturator x2 | 2:14cv15978 | Ethicon MDL 2327 |
| Thomas, Marti R. (f/k/a Keegan) & Scott R. | TVT Obturator x2 | 2:14cv19682 | Ethicon MDL 2327 |
| Tindall, Donna | Gynemesh PS | 2:14cv24096 | Ethicon MDL 2327 |
| Valdez, Linda & Joaquin | TVT Secur | 2:14cv15375 | Ethicon MDL 2327 |
| Vincent, Crystal S. & Randy J. | TVT Secur | 2:14cv10298 | Ethicon MDL 2327 |

| Weisz, Kathryn L. | TVT Abbrevo | 2:14cv24481 | Ethicon MDL 2327 |
|---|---|---|---|
| Willis, Sherry & Travis | Prolift Anterior | 2:14cv14532 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Garely as a general expert.**