**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE BRIAN RAYBON, M.D., FOR ETHICON WAVE 8**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Balsamo, Mary Ann | Prolift +M; TVT-O | 2:14cv27839 | Ethicon MDL 2327 |
| Bowling, Colleen K. | TVT-O | 2:14cv26063 | Ethicon MDL 2327 |
| Bredlow, Joy L. | TVT-O | 2:13cv33415 | Ethicon MDL 2327 |
| Brooks, Cindy | Gynemesh PS | 2:13cv22692 | Ethicon MDL 2327 |
| Coghlan, Linda P. | TVT Exact | 2:14cv18583 | Ethicon MDL 2327 |
| Collins, Tina M. | TVT | 2:14cv16375 | Ethicon MDL 2327 |
| Dafryck, Judy Ann | TVT Secur | 2:13cv32034 | Ethicon MDL 2327 |
| Deforest, Carrie Ellen | TVT; TVT-O | 2:14cv29458 | Ethicon MDL 2327 |
| Dunlap, Donna F. | Prolift; TVT-O | 2:14cv11689 | Ethicon MDL 2327 |
| Gueret-Negash, Sally | Prolift | 2:15cv00257 | Ethicon MDL 2327 |
| Hebert, Patricia E. | Prolift | 2:16cv08011 | Ethicon MDL 2327 |
| Johns, Linda | Prolift | 2:13cv11196 | Ethicon MDL 2327 |
| Jones, Evelyn | Prolift; TVT-O | 2:15cv00701 | Ethicon MDL 2327 |
| Kennedy, Ramona | Prolift | 2:13cv16859 | Ethicon MDL 2327 |
| Lueb, Mary | Prolift; TVT Secur | 2:17cv03978 | Ethicon MDL 2327 |
| McKenna, Vickie | TVT | 2:17cv01356 | Ethicon MDL 2327 |
| Pelican, Cathy | Ultrapro | 2:15cv14522 | Ethicon MDL 2327 |
| Peltier-Ettiene, Joan | TVT Secur | 2:14cv24479 | Ethicon MDL 2327 |
| Rafal, Lisa | TVT; TVT-O | 2:13cv30924 | Ethicon MDL 2327 |
| Rowan, Tammy L. | TVT-O | 2:14cv02822 | Ethicon MDL 2327 |
| Shaw, Lisa M. | TVT | 2:14cv25802 | Ethicon MDL 2327 |
| Soto, Candida | TVT | 2:14cv20814 | Ethicon MDL 2327 |
| Stone, Susan | TVT-O | 2:14cv24922 | Ethicon MDL 2327 |
| Suppa, Corrinne L. | TVT-O | 2:14cv15978 | Ethicon MDL 2327 |
| Thomas, Marti R. (f/k/a Keegan) | TVT-O | 2:14cv19682 | Ethicon MDL 2327 |
| Tindall, Donna | Gynemesh PS | 2:14cv24096 | Ethicon MDL 2327 |
| Valdez, Linda | TVT Secur | 2:14cv15375 | Ethicon MDL 2327 |

2

| Vincent, Crystal S. | TVT Secur | 2:14cv10298 | Ethicon MDL 2327 |
| Vituschi-Allen, Patricia L. | Prolift | 2:16cv06064 | Ethicon MDL 2327 |
| Weisz, Kathryn L. | TVT Abbrevo | 2:14cv24481 | Ethicon MDL 2327 |
| Willis, Sherry & Travis | Prolift | 2:14cv14532 | Ethicon MDL 2327 |
| Wilson, Tiffany | TVT Secur | 2:15cv12752 | Ethicon MDL 2327 |
| Yetter, Jean M. | Prolift; TVT-O | 2:15cv01599 | Ethicon MDL 2327 |

**\*Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Raybon as a general expert.**