**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 8 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
JAIME L. SEPULVEDA-TORO, M.D. FOR WAVE 8**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Jaime L. Sepulveda-Toro for Ethicon Wave 1, Dkt. 2014 (motion), 2018 (memorandum in support).  Plaintiffs respectfully request that the Court exclude Jaime L. Sepulveda-Toro's testimony, for the reasons expressed in the Wave 1 briefing.  This notice applies to the following Wave 8 cases identified in Exhibit A attached hereto.

Dated: October 16, 2018               Respectfully submitted,

/s/  Bryan F. Aylstock
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  baylstock@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

1

# EXHIBIT A

| | |
|---|---|
| Benestad, Maria | 2:13-cv-16867 |
| Sotolongo, Yolanda | 2:18-cv-00242 |
| Steele, Kelly & Steven | 2:13-cv-23855 |
| Heinrich, Barbara | 2:13-CV-31006 |
| Duffy, Dawn | 2:17-cv-04476 |
| Howard, Lula | 2:17-cv-03509 |
| Williams, Terressa | 2:14cv16787 |
| Aldridge, Kimberly C. | 2:14-cv-18264 |
| Altman, Victoria | 2:15-cv-13299 |
| Bailey, Nancy | 2:15-cv-07095 |
| Bell, Janet | 2:15-cv-04360 |
| Brown, Gay | 2:15-cv-13115 |
| Bushway, Rose Marie & Charles | 2:16-cv-08070 |
| Chester, Susie | 2:14-cv-28544 |
| Clabo, Leslie | 2:13-cv-16273 |
| Cook, Martha | 2:14-cv-22417 |
| Davila, Rafaela | 2:16-cv-00935 |
| Dixon, Rebie & Steve | 2:15-cv-00706 |
| Donaldson, Dianne M. & Dale A. | 2:15-cv-06253 |
| Dukek, Tamella L. & Wade | 2:13-cv-29525 |
| Erwin, Kathryn & Charles | 2:15-cv-00703 |
| Finley, James, Individually & on behalf of | 2:13-cv-29593 |
| Gardener, Jennifer | 2:13-cv-03724 |
| Glaze, Mary | 2:15-cv-04397 |
| Hall, Dale | 2:15-cv-13118 |
| Hall, Linda & Howard | 2:13-cv-02931 |
| Heffelfinger, Cynthia M. & Richard | 2:15-cv-01776 |
| Hejduk, Barbara J. & Charles A. | 2:14-cv-26096 |
| Helms, Amy M. | 2:14-cv-16378 |
| Hoover, Chari & George Robert | 2:15-cv-07107 |
| Hubbard, Deborah & Darren | 2:17-cv-00524 |
| Hudspeth, Lisa D. | 2:15-cv-04163 |
| Johnson, Jill & Keith | 2:13-cv-28793 |
| Joss, Jeanette & Russell | 2:15-cv-11658 |
| Lalumiere, Diane Hamlett & Gill | 2:13-cv-29509 |
| Langowsky, Eileen & John Joseph | 2:13-cv-09185 |
| Long, Janice | 2:13-cv-30195 |
| Mathis, Alisa M. & Gregg | 2:15-cv-16096 |
| McCaffrey, Elizabeth | 2:12-cv-09706 |

| | |
|---|---|
| McCracken, Cynthia & Randy C. | 2:13-cv-08268 |
| Minor, Kristen Elizabeth & Calvin T. | 2:15-cv-02394 |
| Moser, Susan L. | 2:16-cv-01314 |
| Nadelbach, Cindy & Barry | 2:13-cv-00353 |
| Paholke, Elyece & Herold | 2:17-cv-01100 |
| Parker, Maxine Edith | 2:15-cv-03184 |
| Payne, Rebecca | 2:16-cv-02833 |
| Peltier-Ettiene, Joan & Janan | 2:14-cv-24479 |
| Priest, Carvel | 2:15-cv-05597 |
| Rourke, Pamela & Fred | 2:13-cv-03866 |
| Searl, Tamara | 2:14-cv-00064 |
| Smith, Carolyn & Michael J. | 2:13-cv-01704 |
| Smith, Norma C. | 2:14-cv-29428 |
| Strickland, April M. | 2:14-cv-12770 |
| Suppa, Corrinne L. | 2:14-cv-15978 |
| Sutton, Kathleen & Glenn | 2:13-cv-04090 |
| Thibodeaux-Billodeaux, Dana & Craig | 2:14-cv-01381 |
| Thomas, Crystal | 2:14-cv-02536 |
| Thomas, Sadie L. & John | 2:15-cv-16174 |
| Thompson, Cynthia S. & Terry L. | 2:13-cv-10656 |
| Vituschi-Allen, Patricia L. | 2:16cv06064 |
| Vosper, Barbara A. & Kenneth W. | 2:14-cv-03449 |
| Washburn, Valera & Carlton | 2:14-cv-29096 |
| Weber, Tammy | 2:13-cv-26999 |
| Williams, Elizabeth | 2:13-cv-06215 |
| Williamson, Tabatha Sue | 2:17-cv-04021 |
| Willis, Sherry & Travis | 2:14-cv-14532 |
| Pringle, Cleola | 2:13-cv27200 |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
rbaggett@awkolaw.com