**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE BRUCE ROSENZWEIG M.D., FOR ETHICON WAVE 8, BOSTON SCIENTIFIC WAVE 4, C.R. BARD WAVE 7 AND AMERICAN MEDICAL SYSTEMS INC. WAVE 3**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Abt, Angela | TVT Obturator | 2:15cv04375 | Ethicon MDL 2327 |
| Adkins, Linda & Ronnie | TVT | 2:17cv02191 | Ethicon MDL 2327 |
| Akins, Mary E. & Kenneth | TVT Obturator | 2:14cv14182 | Ethicon MDL 2327 |
| Aldridge, Kimberly C. & Larry T. | Prolift +M Posterior TVT Abbrevo | 2:14cv18264 | Ethicon MDL 2327 |
| Altman, Victoria | TVT Exact TVT Secur | 2:15cv13299 | Ethicon MDL 2327 |
| Anderson, Sharyne & Alan | Gynemesh PS TVT Exact | 2:15cv11910 | Ethicon MDL 2327 |
| Andryscik, Karen & Robert | TVT Secur | 2:13cv22681 | Ethicon MDL 2327 |
| Aschmeller, Billie Jo | TVT | 2:14cv06219 | Ethicon MDL 2327 |
| Ash, Tammy | TVT Exact | 2:16cv11635 | Ethicon MDL 2327 |
| Aylworth, Christine | Obtryx (BS) Prolift Total TVT Abbrevo | 2:13cv06856 | Boston Scientific MDL 2326 |
| Bagner, Mable | TVT Abbrevo | 2:15cv00930 | Ethicon MDL 2327 |
| Bailey, Nancy | Prosima Anterior TVT Secur | 2:15cv07095 | Ethicon MDL 2327 |
| Baill, Randi | TVT | 2:13cv27100 | Ethicon MDL 2327 |

| Balsamo, Mary Ann & Rocco L. | Prolift +M Anterior<br>TVT Obturator<br>Vicryl Mesh (hernia) POP | 2:14cv27839 | Ethicon MDL 2327 |
|---|---|---|---|
| Barber, Rachel Marie | TVT Abbrevo | 2:16cv11928 | Ethicon MDL 2327 |
| Bardo, Paula Sue & Leslie J. | TVT | 2:13cv23717 | Ethicon MDL 2327 |
| Bargiol, Debra & Jason | Sparc (AMS)<br>T-Sling (Coloplast) not sued<br>TVT Exact | 2:16cv03726 | Ethicon MDL 2327 |
| Barney, Brenda & Richard | TVT Obturator | 2:13cv09184 | Ethicon MDL 2327 |
| Bauer, Nancy & Stanlee | Aris x2 (Coloplast)<br>dismissed<br>TVT | 2:15cv12751 | Ethicon MDL 2327 |
| Bell, Janet | Prolift +M Posterior<br>TVT Obturator | 2:15cv04360 | Ethicon MDL 2327 |
| Benestad, Maria & John T. | | 2:13cv16867 | Ethicon MDL 2327 |
| Berube, Debra & Robert | Monarc (AMS) not sued<br>Prolene Soft Mesh | 2:15cv07126 | Ethicon MDL 2327 |
| Bogie, Wanda | Gynemesh PS<br>Obtryx (BS) | 2:13cv08674 | Ethicon MDL 2327 |
| Borland, Irene E. | TVT Obturator | 2:16cv01868 | Ethicon MDL 2327 |
| Boulette, Linda & Ernest P., III | TVT x2 | 2:13cv07247 | Ethicon MDL 2327 |
| Bourque, Marilyn L. & John P. | TVT | 2:15cv13661 | Ethicon MDL 2327 |
| Bowling, Colleen K. | TVT Obturator | 2:14cv26063 | Ethicon MDL 2327 |

| Bradley, Johnetta | Elevate (AMS) not sued Prosima Combined | 2:15cv04398 | Ethicon MDL 2327 |
|---|---|---|---|
| Braun, Carlene | Intepro Y-Sling (AMS) dismissed TVT | 2:13cv30481 | Ethicon MDL 2327 |
| Bredlow, Joy L. | TVT Obturator | 2:13cv33415 | Ethicon MDL 2327 |
| Brooks, Cindy & Robert | Gynemesh PS IVS Tunneller (Tyco) not sued TVT | 2:13cv22692 | Ethicon MDL 2327 |
| Brough, Kimberly & Charles R. | TVT Secur | 2:15cv00905 | Ethicon MDL 2327 |
| Brown, Della & George Chedick | TVT Obturator | 2:15cv13211 | Ethicon MDL 2327 |
| Bryant, Peggy & Dean | Monarc (AMS) not sued TVT | 2:15cv04369 | Ethicon MDL 2327 |
| Bryant, Peggy & Dean | Monarc (AMS) not sued TVT | 2:15cv04369 | Ethicon MDL 2327 |
| Bryce, Linda & William J. | Prolift Total TVT Obturator | 2:16cv06293 | Ethicon MDL 2327 |
| Burton, Barbara | PelviSoft (Bard) dismissed TVT | 2:13cv22539 | Ethicon MDL 2327 |
| Bushway, Rose Marie & Charles | Prolift Posterior TVT Obturator | 2:16cv08070 | Ethicon MDL 2327 |
| Butler, Stacey | TVT | 2:15cv01541 | Ethicon MDL 2327 |
| Buttino, Robin & Luigi | Align (Bard) dismissed TVT Obturator | 2:14cv29141 | Ethicon MDL 2327 |
| Caldera, Rosa & Luis Fernando Luna | TVT | 2:13cv10649 | Ethicon MDL 2327 |
| Campos, Sara & Laurent Degrakovac | TVT Obturator | 2:17cv02027 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Cannon, Gail & John | TVT Obturator | 2:14cv29621 | Ethicon MDL 2327 |
| Cannon, Susan & William | TVT | 2:15cv08109 | Ethicon MDL 2327 |
| Capes, Serita | TVT | 2:13cv06571 | Ethicon MDL 2327 |
| Carr, Frances | Advantage (BS) Gynemesh PS | 2:15cv05206 | Boston Scientific MDL 2326 |
| Carter, Betty | Prosima Anterior | 2:15cv02877 | Ethicon MDL 2327 |
| Casebolt, Cheryl Camille | Advantage (BS) Gynemesh PS | 2:16cv11636 | Ethicon MDL 2327 |
| Casperson, Susan & Robert | TVT Obturator | 2:13cv25272 | Ethicon MDL 2327 |
| Castro, Leonor & Anselmo | Elevate (AMS) not sued Perigee (AMS) not sued TVT | 2:14cv29620 | Ethicon MDL 2327 |
| Caughill, Michelle & Brian | TVT | 2:13cv25266 | Ethicon MDL 2327 |
| Cawthorne, Patricia & Richard | Avaulta Plus Anterior (Bard) dismissed TVT Obturator | 2:13cv06218 | Ethicon MDL 2327 |
| Chester, Susie | Prolift Posterior TVT Secur | 2:14cv28544 | Ethicon MDL 2327 |
| Christie, Rita | TVT | 2:15cv02880 | Ethicon MDL 2327 |
| Clarkson, Jean | TVT Obturator | 2:15cv13296 | Ethicon MDL 2327 |
| Clemons, Debra & Karry | TVT | 2:15cv02655 | Ethicon MDL 2327 |
| Close, Cynthia & Terrance | TVT | 2:13cv05940 | Ethicon MDL 2327 |
| Coghlan, Linda P. & Ronnie G., Sr. | Prolene Mesh | 2:14cv18583 | Ethicon MDL 2327 |

| Collins, Tina M. & Dwayne N. | IntePro Y-Sling (AMS) not sued<br>TVT Exact | 2:14cv16375 | Ethicon MDL 2327 |
|---|---|---|---|
| Collins, Wilma | TVT | 2:14cv13055 | Ethicon MDL 2327 |
| Cormell, Sloan | TVT | 2:17cv01259 | Ethicon MDL 2327 |
| Cotton, Clara & Zack | Prolift Anterior<br>TVT Obturator | 2:14cv16852 | Ethicon MDL 2327 |
| Dafryck, Judy Ann & Winston | TVT Secur | 2:13cv32034 | Ethicon MDL 2327 |
| D'Andrea, Patricia & Albert | Advantage (BS)<br>Vicryl Mesh (hernia) POP | 2:14cv28729 | Boston Scientific MDL 2326 |
| Danoff, Linda | Repliform (BS) not sued<br>TVT Secur | 2:15cv13660 | Ethicon MDL 2327 |
| DeBeneditto, Valerie | TVT Secur | 2:14cv27487 | Ethicon MDL 2327 |
| Deforest, Carrie Ellen & Dwight | TVT<br>TVT | 2:14cv29458 | Ethicon MDL 2327 |
| Delsart, Cindy | TVT Obturator | 2:13cv03827 | Ethicon MDL 2327 |
| Dent, Angela | TVT"Uphold (BS) | 2:14cv27262 | Boston Scientific MDL 2326 |
| Dixon, Rebie & Steve | TVT Secur | 2:15cv00706 | Ethicon MDL 2327 |
| Dombroski, Cheryl | Gynemesh PS<br>Prolene Mesh<br>TVT Obturator | 2:14cv30883 | Ethicon MDL 2327 |
| Duffy, Dawn & Darren | Prosima Anterior<br>TVT Obturator | 2:17cv04476 | Ethicon MDL 2327 |
| Dukek, Tamella L. & Wade | Prolift<br>TVT Secur | 2:13cv29525 | Ethicon MDL 2327 |
| Dunlap, Donna F. & Vernon | Prolift Anterior<br>TVT Obturator | 2:14cv11689 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Eads, Danitta L. | TVT Secur | 2:13cv03284 | Ethicon MDL 2327 |
| Eldreth, Mary Elayne & Bobby | MiniArc (AMS) not sued TVT | 2:15cv00911 | Ethicon MDL 2327 |
| Ellis, Gloria Jean | Prolift +M Total TVT Obturator | 2:15cv16155 | Ethicon MDL 2327 |
| Endicott, Dana & Charles | TVT Obturator | 2:15cv02656 | Ethicon MDL 2327 |
| Erwin, Kathryn & Charles | Prolift +M Posterior Prosima Anterior TVT Secur TVT Abbrevo | 2:15cv00703 | Ethicon MDL 2327 |
| Essenyi, Jennifer | TVT Abbrevo | 2:16cv09839 | Ethicon MDL 2327 |
| Estrada, Dora & Joel | TVT | 2:13cv25625 | Ethicon MDL 2327 |
| Famiglietti, Susan & Michael | TVT Obturator Uretex (Bard) dismissed | 2:12cv06576 | Ethicon MDL 2327 |
| Fancil, Lydia & Todd | TVT Obturator | 2:15cv04367 | Ethicon MDL 2327 |
| Farmer, Beverly Cindy & Stephen T. | TVT | 2:14cv01855 | Ethicon MDL 2327 |
| Farrell, Mary & Paul Vincent | TVT | 2:15cv13305 | Ethicon MDL 2327 |
| Ferla, Nicola & Paul T. | TVT | 2:15cv13303 | Ethicon MDL 2327 |
| Fishman, Roberta | Obtryx (BS) dismissed Prolene Soft Mesh | 2:14cv11047 | Ethicon MDL 2327 |
| Flath, Monica M. | TVT | 2:14cv18397 | Ethicon MDL 2327 |
| Foley, Carolyn & Charles | Prolift Posterior TVT Obturator | 2:15cv01064 | Ethicon MDL 2327 |
| Forlines, Catherine & Charles B. | Prolift Total TVT Obturator | 2:15cv13119 | Ethicon MDL 2327 |
| Foster, Alice & William | Prolift Total TVT | 2:13cv06679 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Foster, Marsha & Alvin A. Jensen | TVT | 2:15cv12513 | Ethicon MDL 2327 |
| Fountain, Joyce & Lonnie | TVT | 2:13cv03736 | Ethicon MDL 2327 |
| Fowler, Corliss | Prosima Anterior TVT Secur | 2:15cv11996 | Ethicon MDL 2327 |
| Gardner, Jennifer | Prolift Total TVT Secur | 2:13cv03724 | Ethicon MDL 2327 |
| Gaughan, Sheryl & Philip | Altis Sling (Coloplast) not sued) TVT Obturator | 2:15cv14349 | Ethicon MDL 2327 |
| Gerbino, Laurie & Robert | TVT | 2:14cv28538 | Ethicon MDL 2327 |
| Gibson, Angela | TVT Exact | 2:14cv25732 | Ethicon MDL 2327 |
| Gillespie, Jessica & Damien Sandifer | TVT | 2:15cv04404 | Ethicon MDL 2327 |
| Gonzalez-Torres, Maria Cristina & Francisco, Jr. | TVT | 2:13cv01272 | Ethicon MDL 2327 |
| Gordon, Linda & Jeff | Prolift Total TVT Secur | 2:15cv05600 | Ethicon MDL 2327 |
| Granillo, Monica & Henry | TVT | 2:13cv06575 | Ethicon MDL 2327 |
| Gray, Teresa | TVT Obturator | 2:15cv03266 | Ethicon MDL 2327 |
| Green, Nancy | TVT | 2:13cv22087 | Ethicon MDL 2327 |
| Greenwald, Carolyn & Dan | Prolift Anterior Prolift Posterior | 2:14cv13810 | Ethicon MDL 2327 |
| Grimme, Kathleen & James | TVT | 2:14cv29556 | Ethicon MDL 2327 |
| Grubb, Loretta & Bernard | TVT | 2:13cv28584 | Ethicon MDL 2327 |

| Grubbs, Gloria & Glenn D. | Prolift +M Anterior TVT | 2:15cv04275 | Ethicon MDL 2327 |
|---|---|---|---|
| Grubbs, Janice & Thomas | Pelvicol (Bard) dismissed PelviSoft (Bard) x2 dismissed TVT Xenform(BS) not sued | 2:13cv05120 | Ethicon MDL 2327 |
| Gulley, Kelley & John | TVT | 2:14cv30128 | Boston Scientific MDL 2326 |
| Gutierrez, Debra & Raymond | TVT Obturator | 2:14cv01045 | Ethicon MDL 2327 |
| Guyette, Shelley & Raymond | Aris (Coloplast) not sued TVT | 2:15cv00702 | Ethicon MDL 2327 |
| Haake, Theresa A. & Carl R. | Prolift Anterior TVT Obturator | 2:15cv16354 | Ethicon MDL 2327 |
| Haizlip, Barbara & William C. | TVT Obturator | 2:15cv03306 | Ethicon MDL 2327 |
| Hales, Marquetta | TVT | 2:13cv27185 | Ethicon MDL 2327 |
| Hall, Linda & Howard | Prosima Anterior | 2:13cv02931 | Ethicon MDL 2327 |
| Hall, Rhonda & Greg | Prolift TVT Secur | 2:15cv13116 | Ethicon MDL 2327 |
| Halvorson, Julie | Advantage (BS) Prolift Total | 2:14cv17037 | Boston Scientific MDL 2326 |
| Hanna, Karen M. | TVT | 2:13cv06214 | Ethicon MDL 2327 |
| Harhart, Linda | TVT Obturator | 2:14cv29124 | Ethicon MDL 2327 |
| Harms, Connie & Robert | Prosima Combined TVT Abbrevo | 2:15cv01356 | Ethicon MDL 2327 |
| Haviland, LaDonna | TVT | 2:13cv29779 | Ethicon MDL 2327 |

| Heffelfinger, Cynthia M. & Richard | TVT Secur | 2:15cv01776 | Ethicon MDL 2327 |
|---|---|---|---|
| Heide, Cheryl M. | Prolene Mesh | 2:14cv14441 | Ethicon MDL 2327 |
| Heinrich, Barbara & Gregory | TVT Secur<br>Prolene Soft Mesh | 2:13cv31006 | Ethicon MDL 2327 |
| Hejduk, Barbara J. & Charles A. | Prolift +M<br>TVT Exact | 2:14cv26096 | Ethicon MDL 2327 |
| Hellerman, Susan M. | TVT Secur | 2:17cv03237 | Ethicon MDL 2327 |
| Hempstead, Anita | TVT | 2:13cv09300 | Ethicon MDL 2327 |
| Hewitt, Kathleen M. & William | Davol (Bard)<br>TVT | 2:13cv07766 | Ethicon MDL 2327 |
| Hill, Christi J. & Charles | TVT | 2:13cv33413 | Ethicon MDL 2327 |
| Hill, Constance | TVT Obturator | 2:13cv03279 | Ethicon MDL 2327 |
| Holmer, Wanda Ann & Rich | Arise (BS)<br>Desara (Caldera) not sued<br>TVT | 2:17cv00093 | Ethicon MDL 2327 |
| Holt, Lana & John | Obtryx (BS)<br>Prolift Anterior | 2:14cv27261 | Boston Scientific MDL 2326 |
| Hoover, Chari & George Robert | Prolift Anterior<br>Prolift Total<br>TVT Obturator | 2:15cv07107 | Ethicon MDL 2327 |
| Hoss, Susan & Neal | TVT | 2:13cv20079 | Ethicon MDL 2327 |
| Howard, Lula C. & Willie C. | TVT Secur | 2:17cv03509 | Ethicon MDL 2327 |
| Hoy, Lilyan | Prolift<br>TVT | 2:15cv08089 | Ethicon MDL 2327 |
| Hudspeth, Lisa D. | Pelvitex (Bard)<br>TVT Obturator | 2:15cv04163 | C.R. Bard MDL 2187 |

| Hull, Barbara | Pelvitex (Bard) dismissed<br>TVT Secur | 2:14cv26340 | Ethicon MDL 2327 |
|---|---|---|---|
| Hunt, Charlene &<br>Kenneth | TVT Obturator<br>Universal Sling (GMD,<br>Inc.) not sued | 2:14cv29125 | Ethicon MDL 2327 |
| Illjes, Lori & Robert | Desera (Caldera) not sued<br>TVT Obturator | 2:15cv05910 | Ethicon MDL 2327 |
| Inners, Connie & Daniel<br>J. | TVT | 2:14cv28346 | Ethicon MDL 2327 |
| Jacobsen, Joni & Jeffrey<br>W. | TVT Abbrevo | 2:13cv24530 | Ethicon MDL 2327 |
| Jacobson, Kristin Lynn &<br>Eric Christopher | Aris (Coloplast) dismissed<br>TVT Exact | 2:17cv02046 | Ethicon MDL 2327 |
| Jennings, Tammy | TVT Abbrevo | 2:13cv11091 | Ethicon MDL 2327 |
| Jens, Frances & Steven | TVT | 2:15cv05599 | Ethicon MDL 2327 |
| Johnson, Jill & Keith | Prolift +M Posterior<br>Prosima Anterior<br>TVT Secur | 2:13cv28793 | Ethicon MDL 2327 |
| Johnston, Linda | TVT Obturator | 2:17cv01892 | Ethicon MDL 2327 |
| Jones, Hilda & Johnny D. | Gynemesh PS x2<br>TVT Obturator | 2:13cv07246 | Ethicon MDL 2327 |
| Joss, Jeanette & Russell | TVT Secur | 2:15cv11658 | Ethicon MDL 2327 |
| Jung, Wendy & John | TVT Exact | 2:15cv03317 | Ethicon MDL 2327 |
| Kelley, Norma & Dennis | Desera (Caldera)<br>TVT | 2:14cv29174 | Ethicon MDL 2327 |
| Kennedy, Ramona &<br>Rodney | Advantage (BS) not sued<br>Prolift Anterior | 2:13cv16859 | Ethicon MDL 2327 |
| Kessler, Joyce R. &<br>Allan | Prolift +M Total<br>TVT Obturator | 2:13cv01211 | Ethicon MDL 2327 |

| Kimble, Debra & Allan | TVT Abbrevo | 2:15cv09555 | Ethicon MDL 2327 |
|---|---|---|---|
| Kinard, Christine | TVT Obturator | 2:14cv29115 | Ethicon MDL 2327 |
| Kingsbury, Margaret & John Joseph | TVT | 2:13cv28794 | Ethicon MDL 2327 |
| Kmiec, Lisa | TVT | 2:13cv24531 | Ethicon MDL 2327 |
| Kohn, Anita & Ronald | Gynemesh PS TVT Obturator | 2:14cv28501 | Ethicon MDL 2327 |
| Krause, Kathleen & Roland | TVT | 2:14cv10191 | Ethicon MDL 2327 |
| Krieg, Susan | TVT Obturator | 2:14cv19005 | Ethicon MDL 2327 |
| Kuhn, Sheryl A. | TVT Secur | 2:14cv12593 | Ethicon MDL 2327 |
| Kyser, Tammy J. | Advantage (BS) Prosima Combined TVT Obturator | 2:13cv03048 | Ethicon MDL 2327 |
| Laderbush, Bonnie & George Robert | TVT Exact | 2:13cv24258 | Ethicon MDL 2327 |
| Lalumiere, Diane Hamlett & Gill | Aris (Coloplast) dismissed TVT Secur | 2:13cv29509 | Ethicon MDL 2327 |
| Landin, Yajaira A. & Brett Granowetter | Pelvicol (Bard) dismissed TVT | 2:13cv23995 | Ethicon MDL 2327 |
| Langowsky, Eileen & John Joseph | Monarc (AMS) not sued Prolift Total TVT Secur | 2:13cv09185 | Ethicon MDL 2327 |
| LaVoie, Kara | TVT | 2:13cv20077 | Ethicon MDL 2327 |
| Leder, Barbara | TVT | 2:13cv29512 | Ethicon MDL 2327 |
| Lee, Myrle Ann | TVT | 2:13cv09183 | Ethicon MDL 2327 |
| Lepley, Sharon | Ajust (Bard) not sued TVT Obturator | 2:14cv28548 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Linder, Paulada S. & Kenneth | TVT | 2:13cv11087 | Ethicon MDL 2327 |
| Linnon, Marlene & Richard | TVT Secur | 2:15cv13125 | Ethicon MDL 2327 |
| Long, Janice | Prolift +M Posterior Prosima Anterior TVT Obturator | 2:13cv30195 | Ethicon MDL 2327 |
| Long, Misty Dawn & Darren Wayne | TVT Obturator | 2:17cv02667 | Ethicon MDL 2327 |
| Long, Susan & Lee | TVT | 2:15cv01063 | Ethicon MDL 2327 |
| Lowell, Patricia & Stanley A. | Gynemesh PS Obtryx (BS) | 2:13cv01801 | Ethicon MDL 2327 |
| MacLeod, Renee & Michael | TVT Obturator | 2:13cv10608 | Ethicon MDL 2327 |
| Maloney, Elaine & Dennis | TVT | 2:15cv07117 | Ethicon MDL 2327 |
| Mangini, Lynn & Steven | Gynemesh PS Sparc (AMS) | 2:13cv30480 | American Medical Systems Inc. MDL 2325 |
| Martinez, Theresa & Robert | Gynemesh PS Obtryx (BS) | 2:15cv02881 | Boston Scientific MDL 2326 |
| McCaffrey, Elizabeth | MiniArc (AMS) dismissed TVT Secur | 2:12cv09706 | Ethicon MDL 2327 |
| McConnell, Tina & Gabriel | Artisyn Y mesh (POP-SC) | 2:17cv04608 | Ethicon MDL 2327 |
| McCracken, Cynthia & Randy C. | Prolift Anterior TVT Secur | 2:13cv08268 | Ethicon MDL 2327 |
| McFarland, Heather | TVT Secur | 2:16cv01502 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Melton, Sheila & Bobby | Pinnacle (BS)<br>TVT Abbrevo<br>Uphold (BS) | 2:14cv27260 | Boston Scientific MDL 2326 |
| Meltsch, Cynthia & John | Prolift Anterior<br>Prolift Posterior<br>TVT Obturator | 2:15cv03037 | Ethicon MDL 2327 |
| Messersmith, Veronica | Advantage (BS)<br>Prolene | 2:17cv03939 | Ethicon MDL 2327 |
| Metcalf, Debra | TVT Exact | 2:14cv28533 | Ethicon MDL 2327 |
| Miller, Deborah | TVT | 2:15cv08553 | Ethicon MDL 2327 |
| Minor, Kristen Elizabeth & Calvin Thomas | TVT Exact<br>TVT Secur | 2:15cv02394 | Ethicon MDL 2327 |
| Minzel, Carlene & Russell | TVT Obturator | 2:13cv08274 | Ethicon MDL 2327 |
| Mitchell, Nora & Arthur | TVT Secur | 2:15cv08094 | Ethicon MDL 2327 |
| Mongeon, Sheila | TVT Secur | 2:15cv00391 | Ethicon MDL 2327 |
| Montejano, Angie | TVT | 2:16cv11752 | Ethicon MDL 2327 |
| Moore, Linda | TVT | 2:15cv13404 | Ethicon MDL 2327 |
| Moore, Lynnyce | TVT | 2:13cv22695 | Ethicon MDL 2327 |
| Morrow, Crystal & Thomas | TVT | 2:13cv31271 | Ethicon MDL 2327 |
| Moser, Susan L. | TVT | 2:16cv01314 | Ethicon MDL 2327 |
| Mullins, Evelyn & Travis | Prolift Total<br>TVT Obturator | 2:15cv12704 | Ethicon MDL 2327 |
| Murphy, Sharon & John G., Jr. | Prolene Mesh<br>TVT Obturator | 2:15cv13839 | Ethicon MDL 2327 |
| Murray, Mary | TVT Obturator | 2:13cv24573 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Musewicz, Gail & John | Pinnacle (BS)<br>Prolift Anterior<br>Prolift Posterior<br>TVT Obturator | 2:14cv27281 | Boston Scientific MDL 2326 |
| Nadelbach, Cindy & Barry | Sparc (AMS) not sued<br>TVT Secur | 2:13cv00353 | Ethicon MDL 2327 |
| Navarro, Marguerite Rose & Jesus | Pelvitex (Bard)<br>TVT Obturator | 2:15cv05222 | C.R. Bard MDL 2187 |
| Nave, Brenda Gail | TVT Obturator | 2:13cv05127 | Ethicon MDL 2327 |
| Nelson, Denise | Avaulta (Bard) dismissed<br>PelviSoft (Bard) dismissed<br>TVT | 2:13cv08672 | Ethicon MDL 2327 |
| Newton, Mary Sue & Samuel Ray Ford | TVT Obturator | 2:13cv11092 | Ethicon MDL 2327 |
| Nix, Arlene & HL | TVT Obturator | 2:13cv06574 | Ethicon MDL 2327 |
| Nixon, Katrina | TVT | 2:16cv02467 | Ethicon MDL 2327 |
| Norby, Rena Faye & John | Gynemesh PS In-Fast (AMS) not sued<br>Surgisis (Cook) not sued | 2:13cv31821 | Ethicon MDL 2327 |
| O'Fallon, Celia & Dennis | Obtryx (BS)<br>Prolift Anterior | 2:14cv30122 | Ethicon MDL 2327 |
| Olsen, Pamela J. & David | TVT | 2:13cv12636 | Ethicon MDL 2327 |
| Ottersbach, Nancy | Lynx (BS)<br>Pinnacle (BS)<br>Solyx (BS)<br>TVT | 2:13cv09729 | Boston Scientific MDL 2326 |
| Paholke, Elyece & Herold | Prosima Combined<br>TVT Secur | 2:17cv01100 | Ethicon MDL 2327 |
| Paris, Patricia & Michael | TVT Obturator | 2:15cv15749 | Ethicon MDL 2327 |
| Paseka, Colleen S. | TVT Exact | 2:13cv13451 | Ethicon MDL 2327 |

| Payne, Rebecca | Prolift Total<br>TVT Secur | 2:16cv02833 | Ethicon MDL 2327 |
|---|---|---|---|
| Pearson, Kristine & Brad | TVT | 2:14cv29129 | Ethicon MDL 2327 |
| Pelican, Cathy | ObTape (Mentor) not sue<br>Supris (Coloplast)<br>dismissed<br>Ultrapro (hernia) SUI x2<br>POP | 2:15cv14522 | Ethicon MDL 2327 |
| Peltier-Ettiene, Joan &<br>Janan | PelviSoft (Bard)<br>TVT Secur | 2:14cv24479 | Ethicon MDL 2327 |
| Peterson, Pamela &<br>David | NovaSilk (Coloplast)<br>dismissed<br>Pelvicol (Bard) dismissed<br>TVT Exact<br>TVT Obturator | 2:14cv30125 | Ethicon MDL 2327 |
| Pike, Carol Lynn &<br>Darrell | TVT Exact | 2:16cv09883 | Ethicon MDL 2327 |
| Pitagna, Rose & Frank L. | TVT | 2:15cv15358 | Ethicon MDL 2327 |
| Poe, Kimberley | TVT Obturator | 2:15cv04373 | Ethicon MDL 2327 |
| Pooley, Peggy & William | TVT Obturator | 2:13cv08270 | Ethicon MDL 2327 |
| Poore, Melody & Ronald | TVT Obturator | 2:15cv03182 | Ethicon MDL 2327 |
| Porogi, Jeanine & John | Prolift Total<br>TVT Secur | 2:14cv28635 | Ethicon MDL 2327 |
| Post, Denise & Kenneth | Gynemesh PS<br>TVT | 2:15cv07109 | Ethicon MDL 2327 |
| Priest, Carvel | TVT | 2:15cv05597 | Ethicon MDL 2327 |
| Pringle, Cleola & Albert | TVT Secur | 2:13cv27200 | Ethicon MDL 2327 |
| Prominski, Nancy &<br>Joseph Rooney | TVT" TVT Exact<br>I-Stop (CL Medical) | 2:16cv05601 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Rafal, Lisa & Alan | TVT<br>TVT Obturator | 2:13cv30924 | Ethicon MDL 2327 |
| Rambeau, Mary Katherine | TVT x2 | 2:15cv05842 | Ethicon MDL 2327 |
| Rapacki, Mary R. & Michael | TVT Exact | 2:13cv19758 | Ethicon MDL 2327 |
| Regino, Lisa Faye | TVT Exact | 2:15cv05220 | Ethicon MDL 2327 |
| Repka, Diann & Ken | TVT | 2:13cv26198 | Ethicon MDL 2327 |
| Riddle, Dreama F. | Prolift +M Anterior<br>TVT Obturator | 2:17cv03032 | Ethicon MDL 2327 |
| Ringuette, Linda | TVT Secur | 2:17cv04325 | Ethicon MDL 2327 |
| Robins, Donna | Advantage(BS)<br>Gynemesh PS | 2:15cv05209 | Boston Scientific<br>MDL 2326 |
| Rockafellow, Karen | Align (Bard)<br>TVT Obturator | 2:17cv00745 | Ethicon MDL 2327 |
| Rolandson, Janet | Prolift Total<br>TVT | 2:15cv02446 | Ethicon MDL 2327 |
| Rosa, Heyda & Eddie | TVT Abbrevo | 2:15cv05911 | Ethicon MDL 2327 |
| Rourke, Pamela & Fred | Prosima Combined | 2:13cv03866 | Ethicon MDL 2327 |
| Rowan, Tammy L. & Duane | TVT Obturator | 2:14cv02822 | Ethicon MDL 2327 |
| Rueb, Katherine | PelviSoft (Bard) not sued<br>TVT Obturator | 2:13cv32138 | Ethicon MDL 2327 |
| Russell, Cathy A. | TVT | 2:15cv03305 | Ethicon MDL 2327 |
| Rutherford, Stefanie | TVT | 2:15cv01066 | Ethicon MDL 2327 |
| Rutledge, Clara Mae & Donald | Prolene Soft Mesh<br>TVT | 2:15cv07519 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Sadler, Evelyn Renee & Samuel | TVT | 2:16cv06176 | Ethicon MDL 2327 |
| Scaife, Diane L. & Robert | Novasilk (Coloplast) dismissed<br>TVT Obturator | 2:15cv04365 | Ethicon MDL 2327 |
| Scott, Patti & Matthew | TVT Obturator | 2:15cv07113 | Ethicon MDL 2327 |
| Searl, Tamara | TVT Secur | 2:14cv00064 | Ethicon MDL 2327 |
| Searle-Rittle, Donna | Surgisis (Cook) dismissed<br>TVT Secur | 2:12cv06734 | Ethicon MDL 2327 |
| Seely, Joyce | TVT Secur | 2:13cv03281 | Ethicon MDL 2327 |
| Sellers, Jennifer & Jason | Advantage (BS) not sued<br>TVT Obturator | 2:14cv30849 | Ethicon MDL 2327 |
| Shaffer, Brenda & Daniel, Sr. | TVT Obturator | 2:13cv07769 | Ethicon MDL 2327 |
| Shannon, Crystal | Pelvitex (Bard) not sued<br>TVT | 2:14cv29138 | Ethicon MDL 2327 |
| Sharp, Rebecca | TVT Obturator | 2:15cv00696 | Ethicon MDL 2327 |
| Shaw, Lisa M. & Anthony D. | RetroArc (AMS) not sued<br>TVT | 2:14cv25802 | Ethicon MDL 2327 |
| Sheaffer, Glenda & Brian | Elevate (AMS) dismissed<br>TVT Obturator | 2:14cv29117 | Ethicon MDL 2327 |
| Shelnutt, Beverly | Gynemesh PS<br>TVT | 2:13cv07248 | Ethicon MDL 2327 |
| Shook, Marie | TVT Secur | 2:15cv13670 | Ethicon MDL 2327 |
| Shrive, Jane & Dennis | TVT | 2:14cv00060 | Ethicon MDL 2327 |
| Shull, Maxine & Thomas | PelviSoft (Bard) dismissed<br>TVT Obturator | 2:12cv02296 | Ethicon MDL 2327 |
| Siegrist, Marianne L. & Stephen | TVT Obturator | 2:14cv17889 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Silva, Alicia | Lynx (BS) dismissed Prolene | 2:17cv02983 | Boston Scientific MDL 2326 |
| Silvia, Carolann | TVT | 2:14cv00058 | Ethicon MDL 2327 |
| Singer, Doris & Gary | TVT | 2:15cv05352 | Ethicon MDL 2327 |
| Sinkovich, Brenda & Aaron | TVT Obturator | 2:15cv01062 | Ethicon MDL 2327 |
| Sirko, Mary Ann | TVT Obturator | 2:14cv01376 | Ethicon MDL 2327 |
| Slusher, Veronica & Randall | TVT Abbrevo TVT Exact | 2:13cv10633 | Ethicon MDL 2327 |
| Smith, Linda & Freddie Joe | TVT Obturator | 2:15cv13659 | Ethicon MDL 2327 |
| Smith, Norma C. | TVT Secur | 2:14cv29428 | Ethicon MDL 2327 |
| Smith, Sandra Ann | TVT Obturator | 2:15cv00258 | Ethicon MDL 2327 |
| Soto, Candida | TVT | 2:14cv20814 | Ethicon MDL 2327 |
| Sotolongo, Yolanda Rey | Gynemesh PS | 2:18cv00242 | Ethicon MDL 2327 |
| Spadafore, Donna Lee & Ray | TVT Exact | 2:15cv00928 | Ethicon MDL 2327 |
| Steele, Kelly & Steven | TVT Secur | 2:13cv23855 | Ethicon MDL 2327 |
| Stigen, Mary Ellen & Merritt | Prolift +M Total TVT Exact | 2:15cv13307 | Ethicon MDL 2327 |
| Stone, Susan & William Vernor | TVT Obturator | 2:14cv24922 | Ethicon MDL 2327 |
| Suarez, Alisha (Perez) Lauzon & Carlos | TVT | 2:14cv29091 | Ethicon MDL 2327 |
| Sumner, Juliet | TVT Exact | 2:16cv00090 | Ethicon MDL 2327 |
| Suppa, Corrinne L. | TVT Obturator x2 | 2:14cv15978 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Sutton, Kathleen & Glenn | Avaulta (Bard) dismissed TVT Secur | 2:13cv04090 | Ethicon MDL 2327 |
| Swavely, Terri D. | TVT | 2:14cv24222 | Ethicon MDL 2327 |
| Takach, Debra E. | TVT | 2:17cv03236 | Ethicon MDL 2327 |
| Tallo, Patricia | Pinnacle (BS) TVT Obturator | 2:16cv11980 | Ethicon MDL 2327 |
| Templin, Cherie & Robert | TVT | 2:13cv10620 | Ethicon MDL 2327 |
| Therrien, Brenda | TVT | 2:16cv11126 | Ethicon MDL 2327 |
| Thibodeaux-Billodeaux, Dana & Craig | Prosima Anterior TVT Obturator | 2:14cv01381 | Ethicon MDL 2327 |
| Thomas, Crystal | Gynemesh PS TVT Obturator | 2:14cv02536 | Ethicon MDL 2327 |
| Thomas, Lawanda & Sherman | TVT | 2:13cv24259 | Ethicon MDL 2327 |
| Thomas, Marti R. (f/k/a Keegan) & Scott R. | TVT Obturator x2 | 2:14cv19682 | Ethicon MDL 2327 |
| Thompson, Cynthia S. & Terry L. | Prolift Total TVT Secur x2 | 2:13cv10656 | Ethicon MDL 2327 |
| Thompson, Joanna | TVT Abbrevo | 2:14cv01382 | Ethicon MDL 2327 |
| Thompson, Mandy L. & Ricardo J. Aguirre | TVT Obturator | 2:17cv02208 | Ethicon MDL 2327 |
| Tindall, Donna | Gynemesh PS | 2:14cv24096 | Ethicon MDL 2327 |
| Toliver, Rosemary | TVT | 2:15cv00932 | Ethicon MDL 2327 |
| Townson, Irma | TVT Obturator | 2:13cv12954 | Ethicon MDL 2327 |
| Trivett, Donna | TVT Obturator | 2:13cv08259 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Tuohy-Shutt, Valerie | Novasilk (Coloplast) dismissed<br>Prolift Total | 2:13cv11173 | Ethicon MDL 2327 |
| Valdez, Linda & Joaquin | TVT Secur | 2:14cv15375 | Ethicon MDL 2327 |
| Vasconcelos, Francesca & Rui | TVT | 2:14cv07706 | Ethicon MDL 2327 |
| Vaughn, Carrie | TVT Obturator | 2:15cv11666 | Ethicon MDL 2327 |
| Vaughn, Linda & Robert | Pinnacle (BS)<br>Repliform (BS)<br>TVT Obturator | 2:15cv07103 | Boston Scientific MDL 2326 |
| Villagomez, Teresa | TVT Secur | 2:15cv05914 | Ethicon MDL 2327 |
| Villandry, Doreen | Pelvilace (Bard) not sued<br>Suspend (Coloplast)<br>T-Sling (Caldera) not sued<br>TVT | 2:16cv01755 | Ethicon MDL 2327 |
| Vincent, Crystal S. & Randy J. | TVT Secur | 2:14cv10298 | Ethicon MDL 2327 |
| Vitale, Carol & William | Advantage (BS)<br>Repliform (BS)<br>Sparc (AMS) not sued<br>TVT | 2:14cv29254 | Ethicon MDL 2327 |
| Vosper, Barbara A. & Kenneth W. | TVT Secur | 2:14cv03449 | Ethicon MDL 2327 |
| Walker, Merel | Aris (Coloplast) not sued<br>TVT Obturator | 2:14cv01385 | Ethicon MDL 2327 |
| Warner, Jean & Steven | Prolift Total<br>TVT Obturator | 2:14cv19117 | Ethicon MDL 2327 |
| Washburn, Valera & Carlton | TVT Obturator | 2:14cv29096 | Ethicon MDL 2327 |
| Weaver, Robin & Frank | TVT Obturator | 2:14cv01384 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Weisz, Kathryn L. | TVT Abbrevo | 2:14cv24481 | Ethicon MDL 2327 |
| Wessel, Joyce & Phillip | TVT | 2:14cv01383 | Ethicon MDL 2327 |
| Westra, Rogene | TVT | 2:17cv01895 | Ethicon MDL 2327 |
| Wheat, Elaine | Pinnacle (BS) dismissed<br>TVT<br>TVT Exact<br>Uphold (BS) dismissed | 2:15cv01889 | Ethicon MDL 2327 |
| Wheeler, Geraldine & George | Gynemesh PS<br>IVS Tunneller (Tyco) not sued<br>TVT | 2:14cv29089 | Ethicon MDL 2327 |
| Wherry, Carol L. & Jerome | TVT Restorelle (Coloplast) | 2:15cv08119 | Ethicon MDL 2327 |
| Wildfong, Darlene & Harry Clayton | TVT Obturator | 2:14cv01388 | Ethicon MDL 2327 |
| Williams, Elizabeth | TVT Secur | 2:13cv06215 | Ethicon MDL 2327 |
| Williams, Nicole D. & Michael V. | Obtryx (BS) not sued<br>TVT Obturator | 2:15cv16176 | Ethicon MDL 2327 |
| Williamson, Tabatha Sue | TVT Secur | 2:17cv04021 | Ethicon MDL 2327 |
| Willis, Sherry & Travis | Prolift Anterior | 2:14cv14532 | Ethicon MDL 2327 |
| Wilson, Tiffany K. & Nathan Arnhamn | TVT Secur | 2:15cv12752 | Ethicon MDL 2327 |
| Wolfe, Rhonda & Roger | TVT Obturator | 2:15cv12707 | Ethicon MDL 2327 |
| Yetter, Jean M. | Prolift Anterior<br>Surgisis (Cook) not sued<br>TVT Obturator | 2:15cv01599 | Ethicon MDL 2327 |
| Young, Carol & Joseph | Advantage (BS) x2 not sued<br>TVT | 2:14cv27926 | Ethicon MDL 2327 |
| Zastrow, Sarah & John | TVT Exact | 2:13cv02421 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Rosenzweig as a general expert.**