**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE VERONIKIS DIONYSIOS, M.D. FOR ETHICON WAVE 8; AMS WAVE 3; AND BOSTON SCIENTIFIC WAVE 4**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Adler, Evelyn R. | Prolene Soft | 2:17cv00158 | AMS MDL 2325 |
| Carr, Frances | Gynemesh PS | 2:15cv05206 | Boston Scientific MDL 2326 |
| Silva, Alicia | Prolene | 2:17cv02983 | Boston Scientific MDL 2326 |
| Alsadi, Heand | Gynemesh PS | 2:17cv03724 | Ethicon MDL 2327 |
| Balsamo, Mary Ann | Prolift +M; TVT-O | 2:14cv27839 | Ethicon MDL 2327 |
| Birkestrand, Carol | Gynemesh PS; TVT | 2:17cv03331 | Ethicon MDL 2327 |
| Bowling, Colleen K. | TVT-O | 2:14cv26063 | Ethicon MDL 2327 |
| Bredlow, Joy L. | TVT-O | 2:13cv33415 | Ethicon MDL 2327 |
| Brown, Della | TVT-O | 2:15cv13211 | Ethicon MDL 2327 |
| Butler, Stacey M. | TVT | 2:15cv01541 | Ethicon MDL 2327 |
| Cadell, Jessica M. | TVT-O | 2:17cv04154 | Ethicon MDL 2327 |
| Cartner, Tiffany D. | Gynemesh PS | 2:13cv31941 | Ethicon MDL 2327 |
| Clabo, Leslie | TVT | 2:13cv16273 | Ethicon MDL 2327 |
| Coghlan, Linda P. | TVT Exact | 2:14cv18583 | Ethicon MDL 2327 |
| Cohen, Randi | Gynemesh PS | 2:13cv22567 | Ethicon MDL 2327 |
| Collins, Tina M. | TVT | 2:14cv16375 | Ethicon MDL 2327 |
| Dafryck, Judy Ann | TVT Secur | 2:13cv32034 | Ethicon MDL 2327 |
| Davila, Rafaela | Gynemesh PS | 2:16cv00935 | Ethicon MDL 2327 |

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Deforest, Carrie Ellen | TVT; TVT-O | 2:14cv29458 | Ethicon MDL 2327 |
| Dunlap, Donna F. | Prolift; TVT-O | 2:14cv11689 | Ethicon MDL 2327 |
| Engel, Vickie L. | Mersilene Mesh | 2:17cv04585 | Ethicon MDL 2327 |
| Foster, Alice | Prolift; TVT | 2:13cv06679 | Ethicon MDL 2327 |
| Galanis, Diane | Gynemesh PS | 2:15cv11247 | Ethicon MDL 2327 |
| Garcia, Rene | TVT Exact | 2:17cv02665 | Ethicon MDL 2327 |
| Giancola, Kimberly | Prolene Soft | 2:16cv12479 | Ethicon MDL 2327 |
| Grubb, Loretta | TVT | 2:13cv28584 | Ethicon MDL 2327 |
| Howton, Beverly | Gynemesh PS | 2:16cv02536 | Ethicon MDL 2327 |
| Imhoff, Laurie M. | Gynemesh PS | 2:13cv23712 | Ethicon MDL 2327 |
| Moore, Amanda R. | TVT | 2:17cv01815 | Ethicon MDL 2327 |
| Patton, Karen S. | TVT | 2:14cv20472 | Ethicon MDL 2327 |
| Pelican, Cathy | Ultrapro | 2:15cv14522 | Ethicon MDL 2327 |
| Peltier-Ettiene, Joan | TVT Secur | 2:14cv24479 | Ethicon MDL 2327 |
| Powers, Linda | Gynemesh PS | 2:14cv12626 | Ethicon MDL 2327 |
| Rafal, Lisa | TVT-O; TVT | 2:13cv30924 | Ethicon MDL 2327 |
| Rowan, Tammy L. | TVT-O | 2:14cv02822 | Ethicon MDL 2327 |
| Sansabrino, Joni | Prolene | 2:14cv17174 | Ethicon MDL 2327 |
| Shaw, Lisa M. | TVT | 2:14cv25802 | Ethicon MDL 2327 |
| Smith, Alice A. | Gynemesh PS; TVT | 2:15cv13745 | Ethicon MDL 2327 |
| Soto, Candida | TVT | 2:14cv20814 | Ethicon MDL 2327 |
| Stone, Susan | TVT-O | 2:14cv24922 | Ethicon MDL 2327 |

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Suppa, Corrinne L. | TVT-O | 2:14cv15978 | Ethicon MDL 2327 |
| Thomas, Marti R. | TVT-O | 2:14cv19682 | Ethicon MDL 2327 |
| Tindall, Donna | Gynemesh PS | 2:14cv24096 | Ethicon MDL 2327 |
| Valdez, Linda | TVT Secur | 2:14cv15375 | Ethicon MDL 2327 |
| Vincent, Crystal S. | TVT Secur | 2:14cv10298 | Ethicon MDL 2327 |
| Weisz, Kathryn L. | TVT Abbrevo | 2:14cv24481 | Ethicon MDL 2327 |
| Willis, Sherry | Prolift | 2:14cv14532 | Ethicon MDL 2327 |
| Wilson, Jacqueline J. | TVT Exact | 2:17cv04055 | Ethicon MDL 2327 |
| Wright, Esther | Prolene Soft | 2:17cv01380 | Ethicon MDL 2327 |
| Young, Stacie | Gynemesh PS | 2:17cv02806 | Ethicon MDL 2327 |

**\*Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Veronikis as a general expert.**