**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ----------------------------------------------------- | |
| ETHICON WAVE 8 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
TIMOTHY ULATOWSKI, M.D. FOR WAVE 8**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Timothy Ulatowski for Ethicon Wave 1, Dkt. 2060 (motion), 2065 (memorandum in support). Plaintiffs respectfully request that the Court exclude Timothy Ulatowski's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Wave 8 cases identified in Exhibit A attached hereto.

Dated: October 17, 2018                                Respectfully submitted,

/s/ D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

1

# EXHIBIT A

| | |
|---|---|
| Hertslet, Gisela | 2:17-cv-02381 |
| Benestad, Maria | 2:13-cv-16867 |
| McFarland, Heather | 2:16-cv-01502 |
| Sotolongo, Yolanda | 2:18-cv-00242 |
| Warner, Jean | 2:14-cv-19117 |
| March, Brenda | 2:12-MD-02327 |
| Foster, Alice | 2:13-cv-06679 |
| DeBeneditto, Valerie | 2:14-cv-27487 |
| Steele, Kelly & Steven | 2:13-cv-23855 |
| Adler, Evelyn | 2:17cv00158 |
| Cartner, Tiffany | 2:13cv31941 |
| Jacobson, Kristin | 2:17cv02046 |
| Tuohy-Shutt, Valerie | 2:13cv11173 |
| Pitagna, Rose | 2:15cv15358 |
| Borland, Irene | 2:16cv01868 |
| White, Terra | 2:18cv00063 |
| Carver, Laura | 2:12-cv-08616 |
| Ash, Tammy | 2:16-cv-11635 |
| Casebolt, Cheryl | 2:16-cv-11636 |
| Montejano, Angie | 2:16-cv-11752 |
| Winebrenner, Nancy | 2:17-cv-00576 |
| Heinrich, Barbara | 2:13-CV-31006 |
| Corder, Virginia | 2:16-cv-10988 |
| Pringle, Cleola | 2:13-cv27200 |
| Long, Misty Dawn | 2:17-cv-02667 |
| Duffy, Dawn | 2:17-cv-04476 |
| Howard, Lula | 2:17-cv-03509 |
| Price, Nadina | 2:16-cv-12566 |
| Thompson, Mandy | 2:17-cv-02208 |
| Williams, Terressa | 2:14cv16787 |
| Aldridge, Kimberly C. | 2:14-cv-18264 |
| Brown, Della | 2:15-cv-13211 |
| Butler, Stacey | 2:15-cv-01541 |
| Grubb, Loretta | 2:13-cv-28584 |
| Seid, Karen Renae | 2:14-cv-13773 |
| Lane, Lisa Terese, et al | 2:15-cv-04342 |
| Abt, Angela | 2:15-cv-04375 |
| Adkins, Linda & Ronnie | 2:17-cv-02191 |
| Ahner, Jacqueline | 2:13-cv-09790 |

| | |
|---|---|
| Akins, Mary E. & Kenneth | 2:14-cv-14182 |
| Alsadi, Heand | 2:17-cv-03724 |
| Altman, Victoria | 2:15-cv-13299 |
| Anderson, Corlis | 2:13-cv-10032 |
| Anderson, Katherine | 2:16-cv-10065 |
| Anderson, Sharyne & Alan | 2:15-cv-11910 |
| Andryscik, Karen & Robert | 2:13-cv-22681 |
| Aschmeller, Billie Jo | 2:14-cv-06219 |
| Atkinson, Barbara M. & Roy E. | 2:13-cv-14888 |
| Aylworth, Christine | 2:13-cv-06856 |
| Baca, Deborah | 2:14-cv-28542 |
| Bagsby, Collette Turner & Jeffrey | 2:13-cv-06860 |
| Bailey, Nancy | 2:15-cv-07095 |
| Baill, Randi | 2:13-cv-27100 |
| Balsamo, Mary Ann & Rocco | 2:14-cv-27839 |
| Barber, Rachel Marie | 2:16-cv-11928 |
| Bardo, Paula Sue & Leslie J. | 2:13-cv-23717 |
| Bargiol, Debra & Jason | 2:16-cv-03726 |
| Barnes, Hazel | 2:15-cv-13306 |
| Barney, Brenda | 2:13-cv-09184 |
| Bartman, Elaine M. & Linwood | 2:14-cv-27267 |
| Bathija, Jyoti & Jagdish T. | 2:15-cv-00080 |
| Bauer, Nancy & Stanlee | 2:15-cv-12751 |
| Baumgardner, Deborah Kay & Michael | 2:14-cv-24274 |
| Belew-Nyquist, Deborah | 2:16-cv-11306 |
| Bell, Janet | 2:15-cv-04360 |
| Bell, Sue & James | 2:15-cv-00708 |
| Berden, Cheryl & Mark | 2:14-cv-21966 |
| Bernard, Elva | 2:13-cv-02932 |
| Berube, Debra & Robert | 2:15-cv-07126 |
| Birkestrand, Carol | 2:17-cv-03331 |
| Bogie, Wanda | 2:13-cv-08674 |
| Booth, Joyce | 2:17-cv-03958 |
| Boreni, Patricia & Alan | 2:15-cv-13965 |
| Boulette, Linda & Ernest P., III | 2:13-cv-07247 |
| Bourque, Marilyn L. & John P. | 2:15-cv-13661 |
| Bowling, Colleen K. | 2:14-cv-26063 |
| Braun, Carlene | 2:13-cv-30481 |
| Bredlow, Joy L. | 2:13-cv-33415 |
| Brooks, Cindy & Robert | 2:13-cv-22692 |
| Brough, Kimberly & Charles R. | 2:15-cv-00905 |
| Brown, Gay | 2:15-cv-13115 |

| | |
|---|---|
| Brown, Loretta & Danny | 2:15-cv-07520 |
| Bryant, Peggy & Dean | 2:15-cv-04369 |
| Bryce, Linda & William J. | 2:16-cv-06293 |
| Burton, Barbara | 2:13-cv-22539 |
| Bushway, Rose Marie & Charles | 2:16-cv-08070 |
| Buttino, Robin & Luigi | 2:14-cv-29141 |
| Cadell, Jessica | 2:17-cv-04154 |
| Cagle, Terrill | 2:15-cv-01768 |
| Calder, Rosa & Luis Fernando Luna | 2:13-cv-10649 |
| Caldwell, Cynthia & Ronald | 2:12-cv-07145 |
| Campos, Sara & Laurent Degrakovac | 2:17-cv-02027 |
| Cannon, Gail & John | 2:14-cv-29621 |
| Cannon, Susan & Williams | 2:15-cv-08109 |
| Cano, Arlene | 2:16-cv-00021 |
| Capes, Serita | 2:13-cv-06571 |
| Carey, Rita | 2:15-cv-11909 |
| Carlon, Debra | 2:16-cv-11121 |
| Carr, Frances | 2:15-cv-05206 |
| Carter, Betty | 2:15-cv-02877 |
| Casperson, Susan & Robert | 2:13-cv-25272 |
| Castillo, Rebecca V. & Rodney L. Aguero | 2:13-cv-01991 |
| Castro, Leonor & Anselmo | 2:14-cv-29620 |
| Catherman, Kathy & Donald J., Sr. | 2:16-cv-05309 |
| Caughill, Michelle & Brian | 2:13-cv-25266 |
| Cawthorne, Patricia & Richard | 2:13-cv-06218 |
| Cessna, Phyllis & Williams | 2:15-cv-05211 |
| Chadbourne, Joan L. | 2:16-cv-10326 |
| Chester, Susie | 2:14-cv-28544 |
| Christie, Rita | 2:15-cv-02880 |
| Clabo, Leslie | 2:13-cv-16273 |
| Clark, Cherri L. & Jon L. | 2:16-cv-12028 |
| Clarkson, Jean | 2:15-cv-13296 |
| Clemons, Debra & Karry | 2:15-cv-02655 |
| Close, Cynthia & Terrance | 2:13-cv-05940 |
| Cloutier, Deborah | 2:15-cv-11930 |
| Coghlan, Linda P. & Ronnie G., Sr. | 2:14-cv-18583 |
| Cohen, Randi & James | 2:13-cv-22567 |
| Collins, Tina M. & Dwayne N. | 2:14-cv-16375 |
| Collins, Wilma | 2:14-cv-13055 |
| Colter, Barbara A. | 2:16-cv-09128 |
| Cook, Martha | 2:14-cv-22417 |
| Cormell, Sloan | 2:17-cv-01259 |

| | |
|---|---|
| Cotton, Clara & Zack | 2:14-cv-16852 |
| Cottrell, Teresa & Joe Palazzolo | 2:12-cv-01565 |
| Courtney, Alice Fay & Mark Bearry | 2:17-cv-02298 |
| Cuckler, Deanna & Ronald | 2:15-cv-03036 |
| Cunningham, Patsy | 2:13-cv-22565 |
| Cunningham, Sherrilene | 2:13-cv-25155 |
| Dafryck, Judy Ann & Winston | 2:13-cv-32034 |
| Dalberg, Rebecca & Cornelius | 2:13-cv-09725 |
| D'Andrea, Patricia & Albert | 2:14-cv-28729 |
| Danoff, Linda | 2:15-cv-13660 |
| Dates, Vanessa | 2:15-cv-11333 |
| Daughters, Isabel & Robert | 2:14-cv-17334 |
| Davila, Rafaela | 2:16-cv-00935 |
| Davis, Darlene Louise & Glenn Richard | 2:14-cv-19431 |
| Deese, Sandra Sue Chavis & Ricky | 2:16-cv-01156 |
| Deforest, Carrie Ellen & Dwight | 2:14-cv-29458 |
| Delsart, Cindy | 2:13-cv-03827 |
| Dent, Angela | 2:14-cv-27262 |
| Dixon, Rebie & Steve | 2:15-cv-00706 |
| Dodson, Mitsey | 2:13-cv-03546 |
| Dombroski, Cheryl | 2:14-cv-30883 |
| Donalds, Paula M. | 2:17-cv-02199 |
| Donaldson, Dianne M. & Dale A. | 2:15-cv-06253 |
| Dozier, Jeanette & Charles | 2:15-cv-04394 |
| Dukek, Tamella L. & Wade | 2:13-cv-29525 |
| Duncan, Jo Ann | 2:17-cv-03893 |
| Dunlap, Donna F. & Vernon | 2:14-cv-11689 |
| Dunn, Peggy | 2:14-cv-29133 |
| Eads, Danitta L. | 2:13-cv-03284 |
| Eldrath, Mary Elayne & Bobby | 2:15-cv-00911 |
| Elliott, Carol & Randy | 2:15-cv-07108 |
| Ellis, Gloria Jean | 2:15-cv-16155 |
| ElQuesny, Pilar & Mongy | 2:15-cv-13288 |
| Emerick, Glenda & Phillip | 2:14-cv-16802 |
| Endicott, Dana & Charles | 2:15-cv-02656 |
| Engel, Vickey | 2:17-cv-04585 |
| Engstrom, Miriam & John | 2:17-cv-04172 |
| Erwin, Kathryn & Charles | 2:15-cv-00703 |
| Escontrias, Sylvia | 2:16-cv-11005 |
| Essenyi, Jennifer | 2:16-cv-09839 |
| Estrada, Dora & Joel | 2:13-cv-25625 |
| Evans, Wanda L. | 2:13-cv-25626 |

| | |
|---|---|
| Famigletti, Susan & Michael | 2:16-cv-06576 |
| Fancil, Lydia & Todd | 2:15-cv-04367 |
| Farmer, Beverly Cindy & Stephen T. | 2:14-cv-01855 |
| Farrell, Mary & Paul Vincent | 2:15-cv-13305 |
| Ferla, Nicola & Paul T. | 2:15-cv-13303 |
| Fincher, Rosalie | 2:13-cv-25628 |
| Finley, James, Individually & on behalf of | 2:13-cv-29593 |
| Fishman, Roberta | 2:14-cv-11047 |
| Flath, Monica M. | 2:14-cv-18397 |
| Foley, Carolyn & Charles | 2:15-cv-01064 |
| Forlines, Catherine & Charles B. | 2:15-cv-13119 |
| Forrest, Lisa Ann | 2:13-cv-10033 |
| Foster, Marsha, et al. | 2:15-cv-12513 |
| Fountain, Joyce & Lonnie | 2:13-cv-03736 |
| Fowler, Corliss | 2:15-cv-11996 |
| Fox, Patricia | 2:15-cv-07116 |
| Galanis, Diane & Christos | 2:15-cv-11247 |
| Garcia, Rene | 2:17-cv-02665 |
| Garcia-Valdez, Trinie & Frank | 2:14-cv-13951 |
| Gardener, Jennifer | 2:13-cv-03724 |
| Gaughan, Sheryl & Philip | 2:15-cv-14349 |
| Gerbino, Laurie & Robert | 2:14-cv-28538 |
| Giancola, Kimberly & Michael | 2:16-cv-12479 |
| Gibson, Angela | 2:14-cv-25732 |
| Gillespie, Jessica & Damien Sandifer | 2:15-cv-04404 |
| Glaze, Mary | 2:15-cv-04397 |
| Godwin, Linda & Larry | 2:12-cv-03226 |
| Golden, Yvette | 2:13-cv-12710 |
| Gonzalez-Torres, Maria Cristina, et al. | 2:13-cv-01272 |
| Gordon, Linda & Jeff | 2:15-cv-05600 |
| Gosper, Robin G. & Michael | 2:17-cv-00316 |
| Granillo, Monica & Henry | 2:13-cv-06575 |
| Gray, Teresa | 2:15-cv-03266 |
| Green, Nancy | 2:13-cv-22087 |
| Greenwald, Carolyn & Dan | 2:14-cv-13810 |
| Grimme, Kathleen & James | 2:14-cv-29556 |
| Grubbs, Gloria & Glenn D. | 2:15-cv-04275 |
| Grubbs, Janice & Thomas | 2:13-cv-05120 |
| Gueret-Negash, Sally & Girma | 2:15-cv-00257 |
| Gulley, Kelly & John | 2:14-cv-30128 |
| Gutierrez, Debra & Raymond | 2:14-cv-01045 |
| Guyette, Shelley & Raymond | 2:15-cv-00702 |

| | |
|---|---|
| Haake, Theresa A. & Carl R. | 2:15-cv-16354 |
| Haizlip, Barbara & William C. | 2:15-cv-03306 |
| Hales, Marquetta | 2:13-cv-27185 |
| Hall, Dale | 2:15-cv-13118 |
| Hall, Linda & Howard | 2:13-cv-02931 |
| Hall, Rhonda & Greg | 2:15-cv-13116 |
| Halvorson, Julie | 2:14-cv-17037 |
| Hanna, Karen M. | 2:13-cv-06214 |
| Harhart, Linda | 2:14-cv-29124 |
| Harms, Connie & Robert | 2:15-cv-01356 |
| Harris, Elisabeth & Robert | 2:13-cv-29782 |
| Hartzell, Jeanne | 2:16-cv-08276 |
| Haviland, LaDonna | 2:13-cv-29779 |
| Hebert, Patricia | 2:16-cv-08011 |
| Heffelfinger, Cynthia M. & Richard | 2:15-cv-01776 |
| Heide, Cheryl M. | 2:14-cv-14441 |
| Hejduk, Barbara J. & Charles A. | 2:14-cv-26096 |
| Hellerman, Susan M. | 2:17-cv-03237 |
| Helms, Amy M. | 2:14-cv-16378 |
| Hempstead, Anita | 2:13-cv-09300 |
| Hewitt, Kathleen M. & William | 2:13-cv-07766 |
| Hill, Christi J. & Charles | 2:13-cv-33413 |
| Hill, Constance | 2:13-cv-03279 |
| Hite, Deborah J. & James Barnhart | 2:13-cv-04693 |
| Hitt, Kim & Darrell | 2:13-cv-22103 |
| Hodge, Barbara Sue & Edward J. | 2:15-cv-12908 |
| Holmer, Wanda Ann & Rich | 2:17-cv-00093 |
| Holt, Lana & John | 2:14-cv-27261 |
| Hoover, Chari & George Robert | 2:15-cv-07107 |
| Hoss, Susan & Neal | 2:13-cv-20079 |
| Howton, Beverly | 2:16-cv-02536 |
| Hoy, Lilyan | 2:15-cv-08089 |
| Hubbard, Deborah & Darren | 2:17-cv-00524 |
| Hudspeth, Lisa D. | 2:15-cv-04163 |
| Hull, Barbara | 2:14-cv-26340 |
| Hunt, Charlene & Kenneth | 2:14-cv-29125 |
| Iljes, Lori & Robert | 2:15-cv-05910 |
| Imhoff, Laurie M. & Robert | 2:13-cv-23712 |
| Inners, Connie & Daniel J. | 2:14-cv-28346 |
| Izguerra, Lilia Valadez | 2:15-cv-13289 |
| Jackson, Rita | 2:13-cv-23744 |
| Jacobsen, Joni & Jeffrey W. | 2:13-cv-24530 |

| | |
|---|---|
| Jacobson, Naomi | 2:14-cv-29128 |
| Jennings, Tammy | 2:13-cv-11091 |
| Jens, Frances & Steven | 2:15-cv-05599 |
| Johns, Linda | 2:13-cv-11196 |
| Johnson, Jill & Keith | 2:13-cv-28793 |
| Johnston, Linda | 2:17-cv-01892 |
| Jones, Evelyn & Daniel Beckett | 2:15-cv-00701 |
| Jones, Hilda & Johnny D. | 2:13-cv-07246 |
| Joss, Jeanette & Russell | 2:15-cv-11658 |
| Jung, Wendy & John | 2:15-cv-03317 |
| Kelley, Norma & Dennis | 2:14-cv-29174 |
| Kennedy, Ramona & Rodney | 2:13-cv-16859 |
| Kessler, Joyce R. & Allan | 2:13-cv-01211 |
| Kimble, Debra & Allan | 2:15-cv-09555 |
| Kinard, Christine | 2:14-cv-29115 |
| Kingsbury, Margaret & John Joseph | 2:13-cv-28794 |
| Kmiec, Lisa | 2:13-cv-24531 |
| Kohn, Anita & Ronald | 2:14-cv-28501 |
| Kountz, Lianne & Robert Charles | 2:13-cv-01798 |
| Krouse, Kathleen & Roland | 2:14-cv-10191 |
| Krieg, Susan | 2:14-cv-19005 |
| Kuhn, Sheryl A. | 2:14-cv-12593 |
| Kyser, Tammy J. | 2:13-cv-03048 |
| Laderbush, Bonnie & George Robert | 2:13-cv-24258 |
| Lalumiere, Diane Hamlett & Gill | 2:13-cv-29509 |
| Lampron, Sarah & Walter | 2:15-cv-02493 |
| Landin, Yajaira A. & Brett Granowetter | 2:13-cv-23995 |
| Langowsky, Eileen & John Joseph | 2:13-cv-09185 |
| Laughlin, Robyn | 2:17-cv-01123 |
| LaVoie, Kara | 2:13-cv-20077 |
| Lawson, Linda Wade | 2:13-cv-06573 |
| Leder, Barbara | 2:13-cv-29512 |
| Lee, Myrle Ann | 2:13-cv-09183 |
| Leonard, Kimberly & Michael | 2:14-cv-25743 |
| Lepley, Sharon | 2:14-cv-28548 |
| Linder, Paulada S. & Kenneth | 2:13-cv-11087 |
| Linnon, Marlene & Richard | 2:15-cv-13125 |
| Loague, Alta Joy & Robert W. | 2:13-cv-30754 |
| Long, Janice | 2:13-cv-30195 |
| Long, Susan & Lee | 2:15-cv-01063 |
| Lopez, Rosemary | 2:13-cv-30196 |
| Lowell, Patricia & Stanley A. | 2:13-cv-01801 |

| | |
|---|---|
| Lueb, Mary | 2:17-cv-03978 |
| MacLeod, Renee & Michael | 2:13-cv-10608 |
| Maloney, Elaine & Dennis | 2:15-cv-07117 |
| Mangini, Lynn & Steven | 2:13-cv-30480 |
| Marhefka, Catherine A. & Robert J. | 2:14-cv-15757 |
| Marsh, Sara | 2:13-cv-03073 |
| Martinez, Theresa & Robert | 2:15-cv-02881 |
| Massoudi, Farah & Cyrus | 2:15-cv-13111 |
| Mathis, Alisa M. & Gregg | 2:15-cv-16096 |
| Maurer, Jane & Arthur | 2:13-cv-04834 |
| May, Sue Ellen & Gerald G. | 2:13-cv-29781 |
| McCaffrey, Elizabeth | 2:12-cv-09706 |
| McConnell, Tina & Gabriel | 2:17-cv-04608 |
| McCracken, Cynthia & Randy C. | 2:13-cv-08268 |
| McKenna, Vickie | 2:17-cv-01356 |
| McLaughlin, Shirley (Terban) | 2:14-cv-29126 |
| McLeod, Carolyn | 2:17-cv-03901 |
| McLester, Carrie & Joe | 2:17-cv-02668 |
| Melton, Sheila & Bobby | 2:14-cv-27260 |
| Meltsch, Cynthia & John | 2:15-cv-03037 |
| Mendoza, Maricela & Arnoldo, Jr. | 2:13-cv-31570 |
| Messersmith, Veronica | 2:17-cv-03939 |
| Metcalf, Debra | 2:14-cv-28533 |
| Miller, Deborah | 2:15-cv-08553 |
| Minor, Kristen Elizabeth & Calvin T. | 2:15-cv-02394 |
| Minzel, Carlene & Russell | 2:13-cv-08274 |
| Mitchell, Doris | 2:16-cv-02466 |
| Mitchell, Nora & Arthur | 2:15-cv-08094 |
| Mitchell, Sue Ann & John R. | 2:13-cv-01697 |
| Mongeon, Sheila | 2:15-cv-00391 |
| Montijo, Jeanette | 2:16-cv-10117 |
| Moore, Amanda | 2:17-cv-01815 |
| Moore, Linda | 2:15-cv-13404 |
| Moore, Lynnyce | 2:13-cv-22695 |
| Moore, Ronna | 2:18-cv-00040 |
| Moore, Shirley | 2:13-cv-10035 |
| Morales, Lydia Rodriguez | 2:17-cv-03029 |
| Morin, Brigette & Keith | 2:16-cv-01497 |
| Morrow, Crystal & Thomas | 2:13-cv-31271 |
| Moser, Susan L. | 2:16-cv-01314 |
| Mullins, Evelyn & Travis | 2:15-cv-12704 |
| Murphy, Patricia & Fred | 2:16-cv-03907 |

| | |
|---|---|
| Murphy, Sharon & John G., Jr. | 2:15-cv-13839 |
| Murphy, Susan & Brian | 2:14-cv-27445 |
| Murray, Mary | 2:13-cv-24573 |
| Musewicz, Gail & John | 2:14-cv-27281 |
| Nadelbach, Cindy & Barry | 2:13-cv-00353 |
| Navarro, Marguerite Rose & Jesus | 2:15-cv-05222 |
| Nave, Brenda Gail | 2:13-cv-05127 |
| Nelson, Denise | 2:13-cv-08672 |
| Nero, Esther & Norman | 2:13-cv-24805 |
| Neuhaus, Glenda | 2:13-cv-14809 |
| Newton, Mary Sue & Samuel Ray Ford | 2:13-cv-11092 |
| Nix, Arlene & HL | 2:13-cv-06574 |
| Nixon, Katrina | 2:16-cv-02467 |
| Norby, Rena Faye & John | 2:13-cv-31821 |
| Nunn, Edna Irene & James | 2:15-cv-03265 |
| Odor, Virginia & Kevin | 2:13-cv-23786 |
| O'Fallon, Celia & Dennis | 2:14-cv-30122 |
| Olsen, Pamela J. & David | 2:13-cv-12636 |
| Ottersbach, Nancy | 2:13-cv-09729 |
| Ouchida, Lorraine | 2:13-cv-04087 |
| Paholke, Elyece & Herold | 2:17-cv-01100 |
| Paris, Patricia & Michael | 2:15-cv-15749 |
| Parker, Maxine Edith | 2:15-cv-03184 |
| Paseka, Colleen S. | 2:13-cv-13451 |
| Patton, Karen | 2:14-cv-20472 |
| Payne, Rebecca | 2:16-cv-02833 |
| Pearson, Kristine & Brad | 2:14-cv-29129 |
| Pelican, Cathy | 2:15-cv-14522 |
| Peltier-Ettiene, Joan & Janan | 2:14-cv-24479 |
| Perez, Tracy | 2:17-cv-00878 |
| Perrigan, Lois & Ray | 2:13-cv-15727 |
| Peterson, Pamela & David | 2:14-cv-30125 |
| Phillips, Mary Ann & Rickie J. Loftis | 2:14-cv-17089 |
| Pike, Carol Lynn & Darrell | 2:16-cv-09883 |
| Plott, Delphia & Carter | 2:15-cv-04301 |
| Poe, Kimberly | 2:15-cv-04373 |
| Polese, Elizabeth | 2:14-cv-12542 |
| Pooley, Peggy & William | 2:13-cv-08270 |
| Poore, Melody & Ronald | 2:15-cv-03182 |
| Porogi, Jeanine & John | 2:14-cv-28635 |
| Post, Denise & Kenneth | 2:15-cv-07109 |
| Powers, Linda | 2:14-cv-12626 |

| | |
|---|---|
| Priest, Carvel | 2:15-cv-05597 |
| Prominski, Nancy & Joseph Rooney | 2:16-cv-05601 |
| Radun, Elizabeth | 2:17-cv-00913 |
| Rafal, Lisa & Alan | 2:13-cv-30924 |
| Rambeau, Mary Katherine | 2:15-cv-05842 |
| Rapacki, Mary R. & Michael | 2:13-cv-19758 |
| Regino, Lisa Faye | 2:15-cv-05220 |
| Repka, Diann & Ken | 2:13-cv-26198 |
| Riddle, Dreama F. | 2:17-cv-03032 |
| Ringuette, Linda | 2:17-cv-04325 |
| Roberson, Diane & Floyd | 2:15-cv-03277 |
| Robins, Donna | 2:15-cv-05209 |
| Rockafellow, Karen | 2:17-cv-00745 |
| Rogers, Jeanne | 2:18-cv-00014 |
| Rolandson, Janet | 2:15-cv-02446 |
| Rosa, Heyda & Eddie | 2:15-cv-05911 |
| Rourke, Pamela & Fred | 2:13-cv-03866 |
| Rowan, Tammy L. & Duane | 2:14-cv-02822 |
| Rueb, Katherine | 2:13-cv-32138 |
| Russell, Cathy A. | 2:15-cv-03305 |
| Rutherford, Stefanie | 2:15-cv-01066 |
| Rutledge, Clara Mae & Donald | 2:15-cv-07519 |
| Sadler, Evelyn Renee & Samuel | 2:16-cv-06176 |
| Sansabrino, Joni | 2:14-cv-17174 |
| Santistevan, Mariquita & Dennis | 2:15-cv-02875 |
| Scaife, Diane L. & Robert | 2:15-cv-04365 |
| Scott, Patti & Matthew | 2:15-cv-07113 |
| Searl, Tamara | 2:14-cv-00064 |
| Searle-Rittle, Donna | 2:12-cv-06734 |
| Seely, Joyce | 2:13-cv-03281 |
| Segrist, Sharon & John | 2:15-cv-05202 |
| Sellers, Jennifer & Jason | 2:14-cv-30849 |
| Shaffer, Brenda & Daniel, Sr. | 2:13-cv-07769 |
| Shahbaz, Frieda & Cyrus | 2:13-cv-26237 |
| Shannon, Crystal | 2:14-cv-29138 |
| Sharp, Rebecca | 2:15-cv-00696 |
| Shaw, Lisa M. & Anthony D. | 2:14-cv-25802 |
| Shaeffer, Glenda & Brian | 2:14-cv-29117 |
| Shelnutt, Beverly | 2:13-cv-07248 |
| Shrive, Jane & Dennis | 2:14-cv-00060 |
| Shull, Maxine, et al. | 2:12-cv-02296 |
| Siegrist, Marianne L. & Stephen | 2:14-cv-17889 |

| | |
|---|---|
| Silva, Alicia | 2:17-cv-02983 |
| Silva, DeeAnne & David Holland | 2:14-cv-00059 |
| Silvia, Carolann | 2:14-cv-00058 |
| Singer, Doris & Gary | 2:15-cv-05352 |
| Sinkovich, Brenda & Aaron | 2:15-cv-01062 |
| Sirko, Mary Ann | 2:14-cv-01376 |
| Slusher, Veronica & Randall | 2:13-cv-10633 |
| Smallwood, Sheila & John | 2:13-cv-03949 |
| Smith, Alice & Jerry | 2:15-cv-13745 |
| Smith, Carolyn & Michael J. | 2:13-cv-01704 |
| Smith, Janeen & Randall | 2:14-cv-01378 |
| Smith, Linda & Freddie Joe | 2:15-cv-13659 |
| Smith, Norma C. | 2:14-cv-29428 |
| Smith, Sandra Ann | 2:15-cv-00258 |
| Smith, Tammie | 2:14-cv-29558 |
| Soto, Candida | 2:14-cv-20814 |
| Spadafore, Donna Lee & Ray | 2:15-cv-00928 |
| Sprague, Barbara & Thomas | 2:14-cv-05276 |
| Stiffler, Sandra & William | 2:16-cv-03412 |
| Stigen, Mary Ellen & Merritt | 2:15-cv-13307 |
| Stone, Susan & William Vernor | 2:14-cv-24922 |
| Strickland, April M. | 2:14-cv-12770 |
| Suarez, Alisha (Perez) Lauzon & Carlos | 2:14-cv-29091 |
| Sugg, Lenda & Ernest | 2:12-cv-06033 |
| Sullivan, Tracy | 2:14-cv-16020 |
| Sumner, Juliet | 2:16-cv-00090 |
| Suppa, Corrinne L. | 2:14-cv-15978 |
| Sutton, Kathleen & Glenn | 2:13-cv-04090 |
| Swavely, Terri D. | 2:14-cv-24222 |
| Takach, Debra E. | 2:17-cv-03236 |
| Tallo, Patricia | 2:16-cv-11980 |
| Templin, Cherie & Robert | 2:13-cv-10620 |
| Therrien, Brenda | 2:16-cv-11126 |
| Thibodeaux-Billodeaux, Dana & Craig | 2:14-cv-01381 |
| Thomas, Crystal | 2:14-cv-02536 |
| Thomas, Lawanda & Sherman | 2:13-cv-24259 |
| Thomas, Marti R. (f/k/a Keegan) & Scott | 2:14-cv-19682 |
| Thomas, Sadie L. & John | 2:15-cv-16174 |
| Thompson, Cynthia S. & Terry L. | 2:13-cv-10656 |
| Thompson, Joanna | 2:14-cv-01382 |
| Thompson, Regina M. & Gary | 2:12-cv-09074 |
| Tindall, Donna | 2:14-cv-24096 |

| Tobin, Teresa & Ira Meyers | 2:14-cv-29130 |
|---|---|
| Toliver, Rosemary | 2:15-cv-00932 |
| Townson, Irma | 2:13-cv-12954 |
| Trivett, Donna N. | 2:13-cv-08259 |
| Valdez, Linda & Joaquin | 2:14-cv-15375 |
| Vanconcelos, Francesca & Rui | 2:14-cv-07706 |
| Vaughn, Carrie | 2:15-cv-11666 |
| Vaughn, Linda & Robert | 2:15-cv-07103 |
| Villagomez, Teresa | 2:15-cv-05914 |
| Villandry, Doreen | 2:16-cv-01755 |
| Vincent, Crystal S. & Randy J. | 2:14-cv-10298 |
| Vitale, Carol & William | 2:14-cv-29254 |
| Vonach, Ida & Leland | 2:13-cv-01698 |
| Vosper, Barbara A. & Kenneth W. | 2:14-cv-03449 |
| Walker, Merel | 2:14-cv-01385 |
| Walz, Theresa & John J., III | 2:15-cv-04396 |
| Washburn, Valera & Carlton | 2:14-cv-29096 |
| Weaver, Robin & Frank | 2:14-cv-01384 |
| Weber, Tammy | 2:13-cv-26999 |
| Weisz, Kathryn L. | 2:14-cv-24481 |
| Wenger, Rebecca D. & Eric | 2:14-cv-18705 |
| Wessel, Joyce & Phillip | 2:14-cv-01383 |
| Westra, Rogene | 2:17-cv-01895 |
| Wheat, Elaine | 2:15-cv-01889 |
| Wheeler, Geraldine & George | 2:14-cv-29089 |
| Wherry, Carol L. & Jerome | 2:15-cv-08119 |
| Wildfong, Darelene & Harry Clayton | 2:14-cv-01388 |
| Willet, Elizabeth J. & James E. | 2:13-cv-01573 |
| Williams, Elizabeth | 2:13-cv-06215 |
| Williams, Nicole D. & Michael V. | 2:15-cv-16176 |
| Williamson, Tabatha Sue | 2:17-cv-04021 |
| Willis, Sherry & Travis | 2:14-cv-14532 |
| Wilson, Jacqueline | 2:17-cv-04055 |
| Wilson, Tiffany K. & Nathan Arnhamn | 2:15-cv-12752 |
| Wolfe, Rhonda & Roger | 2:15-cv-12707 |
| Wright, Esther & Andrew | 2:17-cv-01380 |
| Yetter, Jean M. | 2:15-cv-01599 |
| Young, Carol & Joseph | 2:14-cv-27926 |
| Young, Stacie & Steven | 2:17-cv-02806 |
| Zastrow, Sarah et al. | 2:13-cv-02421 |
| Gossen, Jeanne | 2:17-cv-03184 |
| Reeder, Debbie | 2:15-cv-12422 |

| Boroff, Mary | 2:15-cv-15593 |
| Aceto, Jayne & Joseph | 2:15-cv-15252 |
| Vituschi-Allen, Patricia L. | 2:16cv06064 |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com