# EXHIBIT A

| | |
|---|---|
| Johns, Linda | 2:13-cv-11196 |
| Lawson, Linda Wade | 2:13-cv-06573 |