# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br>------------------------------------------------------------<br>This Document Applies To:<br>*Mullins, et al. vs. Ethicon, Inc., et al.*, 2:12-cv-02952, and each of the consolidated cases identified in Exhibit A | : : : : : : : : : : | CIVIL ACTION NO.<br>2:12-md-02327<br>MDL No. 2327<br>Judge Joseph R. Goodwin |

## PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF DR. REBECCA M. RYDER

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Motion, Plaintiffs respectfully request that the Court enter an order excluding, or limiting in the Court's discretion, the expert testimony proffered by Defendants' expert, Rebecca M. Ryder, M.D. ("Dr. Ryder").

Dated: August 1, 2016.

                                              Respectfully submitted,

                                              s/ Edward A. Wallace
                                              Edward A. Wallace
                                              Mark R. Miller
                                              Wexler Wallace LLP
                                              55 W Monroe Street, Suite 3300
                                              Chicago, Illinois 60603
                                              (312) 346-2222
                                              (312) 346-0022
                                              eaw@wexlerwallace.com
                                              mrm@wexlerwallace.com

                                              Bryan F. Aylstock, Esq.
                                              Renee Baggett, Esq.
                                              Aylstock, Witkin, Kreis and Overholtz, PLC
                                              17 East Main Street, Suite 200
                                              Pensacola, Florida 32563

(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1102
(816) 531-2372 (fax)
tcartmell@wcllp.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Respectfully submitted,

s/ Edward A. Wallace
Edward A. Wallace
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 346-2222
(312) 346-0022
eaw@wexlerwallace.com