IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ETHICON WAVE 8 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF ANNE WILSON FOR WAVE 8

Defendants hereby adopt and incorporate by reference the *Daubert* motion filed against Anne Wilson for Ethicon Wave 3 Dkt. 2830 (motion), 2831 (memorandum in support). Defendants respectfully request that the Court exclude Ms. Wilson's testimony, for the reasons expressed in the Wave 3 briefing.

This notice applies to the Wave 8 cases identified in Exhibit A attached hereto.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824

Charleston, WV 24338<br>
(304) 414-1800<br>
srobinson@tcspllc.com

Counsel for Defendants Ethicon, Inc.,<br>
and Johnson & Johnson

## **CERTIFICATE OF SERVICE**

    I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

<em>/s/ William M. Gage</em><br>
William M. Gage