**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT*
MOTION TO EXCLUDE ANNE WILSON, M.D., FOR ETHICON WAVE 8
AND BOSTON SCIENTIFIC WAVE 4**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Odor, Virginia | Prolift | 2:13cv23786 | Boston Scientific MDL 2326 |
| Balsamo, Mary Ann | Prolift +M; TVT-O | 2:14cv27839 | Ethicon MDL 2327 |
| Borland, Irene E. | TVT-O | 2:16cv01868 | Ethicon MDL 2327 |
| Boroff, Mary Elizabeth | Prolift; TVT-O; Prolift +M | 2:15cv15593 | Ethicon MDL 2327 |
| Bowling, Colleen K. | TVT-O | 2:14cv26063 | Ethicon MDL 2327 |
| Bredlow, Joy L. | TVT-O | 2:13cv33415 | Ethicon MDL 2327 |
| Coghlan, Linda P. | TVT Exact | 2:14cv18583 | Ethicon MDL 2327 |
| Collins, Tina M. | TVT | 2:14cv16375 | Ethicon MDL 2327 |
| Dafryck, Judy Ann | TVT Secur | 2:13cv32034 | Ethicon MDL 2327 |
| DeBeneditto, Valerie | TVT Secur | 2:14cv27487 | Ethicon MDL 2327 |
| Deforest, Carrie Ellen | TVT; TVT-O | 2:14cv29458 | Ethicon MDL 2327 |
| Dunlap, Donna F. | Prolift; TVT-O | 2:14cv11689 | Ethicon MDL 2327 |
| Gossen, Jeanne P. | TVT Exact | 2:17cv03184 | Ethicon MDL 2327 |
| Hitt, Kim | Gynemesh PS | 2:13cv22103 | Ethicon MDL 2327 |
| Patton, Karen | TVT | 2:14cv20472 | Ethicon MDL 2327 |
| Pelican, Cathy | Ultrapro | 2:15cv14522 | Ethicon MDL 2327 |
| Peltier-Ettiene, Joan | TVT Secur | 2:14cv24479 | Ethicon MDL 2327 |
| Pitagna, Rose | TVT | 2:15cv15358 | Ethicon MDL 2327 |
| Rafal, Lisa | TVT-O; TVT | 2:13cv30924 | Ethicon MDL 2327 |
| Reeder, Debbie D. | TVT-O | 2:15cv12422 | Ethicon MDL 2327 |

| Rowan, Tammy L. | TVT-O | 2:14cv02822 | Ethicon MDL 2327 |
|---|---|---|---|
| Shaw, Lisa M. | TVT | 2:14cv25802 | Ethicon MDL 2327 |
| Soto, Candida | TVT | 2:14cv20814 | Ethicon MDL 2327 |
| Steele, Kelly | TVT Secur | 2:13cv23855 | Ethicon MDL 2327 |
| Stone, Susan | TVT-O | 2:14cv24922 | Ethicon MDL 2327 |
| Strickland, April M. | TVT Secur | 2:14cv12770 | Ethicon MDL 2327 |
| Suppa, Corrinne L. | TVT-O | 2:14cv15978 | Ethicon MDL 2327 |
| Thomas, Marti R. (f/k/a Keegan) | TVT-O | 2:14cv19682 | Ethicon MDL 2327 |
| Tindall, Donna | Gynemesh PS | 2:14cv24096 | Ethicon MDL 2327 |
| Valdez, Linda | TVT Secur | 2:14cv15375 | Ethicon MDL 2327 |
| Vincent, Crystal S. | TVT Secur | 2:14cv10298 | Ethicon MDL 2327 |
| Weisz, Kathryn L. | TVT Abbrevo | 2:14cv24481 | Ethicon MDL 2327 |
| White, Terra L. | TVT | 2:18cv00063 | Ethicon MDL 2327 |
| Willis, Sherry | Prolift | 2:14cv14532 | Ethicon MDL 2327 |

**\*Defendants reserve the right to supplement this list should any other plaintiff designate Ms. Wilson as a general expert.**