# EXHIBIT A

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Mary Ann Balsamo, et al. v. Ethicon, Inc., et al. | 2:14-cv-027839 | Prolift +M; TVT-O |
| Colleen K. Bowling v. Ethicon, Inc., et al. | 2:14-cv-26063 | TVT |
| Joy L. Bredlow v. Ethicon, Inc., et al. | 2:13-cv-33415 | TVT-O |
| Linda P. Coghlan, et al. v. Ethicon, Inc., et al. | 2:14-cv-18583 | TVT-Exact |
| Tina M. Collins, et al. v. Ethicon, Inc., et al. | 2:14-cv-16375 | TVT |
| Judy Ann Dafryck, et al. v. Ethicon, Inc., et al. | 2:13-cv-32034 | TVT-S |
| Carrie Ellen Deforest, et al. v. Ethicon, Inc., et al. | 2:14-cv-29458 | TVT; TVT-O |
| Donna F. Dunlap, et al. v. Ethicon, Inc., et al. | 2:14-c-v11689 | TVT-O; Prolift |
| Cathy Pelican v. Ethicon, Inc., et al. | 2:15-cv-14522 | UltraPro mesh |
| Joan Peltier-Ettiene, et al. v. Ethicon, Inc., et al. | 2:14-cv-24479 | TVT-S |
| Lisa Rafal, et al. v. Ethicon, Inc., et al. | 2:13-cv-30924 | TVT-O; TVT-R |
| Tammy L. Rowan, et al. v. Ethicon, Inc., et al. | 2:14-cv-02822 | TVT-O |
| Lisa M. Shaw, et al. v. Ethicon, Inc., et al. | 2:14-cv-25802 | TVT |

| | | |
|---|---|---|
| Candida Soto v. Ethicon, Inc., et al. | 2:14-cv-20814 | TVT-O |
| Susan Stone, et al. v. Ethicon, Inc., et al. | 2:14-cv-24922 | TVT-O |
| Corrinne L. Suppa v. Ethicon, Inc., et al. | 2:14-cv-15978 | TVT-O |
| Marti R. Thomas, et al. v. Ethicon, Inc., et al. | 2:14-cv-19682 | TVT-O |
| Donna Tindall v. Ethicon, Inc., et al. | 2:14-cv-24096 | Gynemesh |
| Linda Valdez, et al. v. Ethicon, Inc., et al. | 2:14-cv-15375 | TVT-S |
| Crystal S. Vincent, et al. v. Ethicon, Inc., et al. | 2:14-cv-10298 | TVT-S |
| Kathryn L. Weisz v. Ethicon, Inc., et al. | 2:14-cv-24481 | TVT-Abbrevo |
| Sherry Willis, et al. v. Ethicon, Inc., et al. | 2:14-cv-14532 | Prolift |
| Jayne Aceto, et al. v. Ethicon, Inc., et al. | 2:15-cv-15252 | Prolene Soft |
| Debra Berube, et al. v. Ethicon, Inc., et al. | 2:15-cv-07126 | TVT |
| Linda Boulette, et al. v. Ethicon, Inc., et al. | 2:13-cv-07247 | TVT |
| Kimberly Brough, et al. v. Ethicon, Inc., et al. | 2:15-cv-00905 | TVT-S |
| Loretta Brown, et al. v. Ethicon, Inc., et al. | 2:15-cv-07520 | TVT-O |
| Patricia Cawthorne, et al. v. Ethicon, Inc., et al. | 2:13-cv-06218 | TVT-O |

5

| | | |
|---|---|---|
| Phyllis Cessna, et al. v. Ethicon, Inc., et al. | 2:15-cv-05211 | TVT-O; Prolift |
| Mary Elayne Eldreth, et al. v. Ethicon, Inc., et al. | 2:15-cv-00911 | TVT |
| Nicola Ferla, et al. v. Ethicon, Inc., et al. | 2:15-cv-13303 | TVT |
| Joyce Fountain, et al. v. Ethicon, Inc., et al. | 2:13-cv-03736 | TVT |
| Patricia Fox v. Ethicon, Inc., et al. | 2:15-cv-07116 | Prolift; TVT-S |
| Marquetta Hales v. Ethicon, Inc., et al. | 2:13-cv-27185 | TVT |
| Karen M. Hanna, et al. v. Ethicon, Inc., et al. | 2:13-cv-06214 | TVT |
| LaDonna Haviland . v. Ethicon, Inc., et al. | 2:13-cv-29779 | TVT |
| Kathleen M. Hewitt, et al. v. Ethicon, Inc., et al. | 2:13-cv-07766 | TVT |
| Sarah Lampron, et al. v. Ethicon, Inc., et al. | 2:15-cv-02493 | Prolene Soft Mesh |
| Barbara Leder v. Ethicon, Inc., et al. | 2:13-cv-29512 | TVT |
| Paulada S. Linder, et al. v. Ethicon, Inc., et al. | 2:13-cv-11087 | TVT |
| Susan Long, et al. v. Ethicon, Inc., et al. | 2:15-cv-01063 | TVT |
| Shirley McLaughlin v. Ethicon, Inc., et al. | 2:14-cv-29126 | Prolene Soft Mesh; Prolift |
| Deborah Miller v. Ethicon, Inc., et al. | 2:15-cv-08553 | TVT |

| | | |
|---|---|---|
| Kristen Elizabeth Minor, et al. v. Ethicon, Inc., et al. | 2:15-cv-02394 | TVT Exact; TVT Secur |
| Lynnyce Moore v. Ethicon, Inc., et al. | 2:13-cv-22695 | TVT |
| Crystal Morrow, et al. v. Ethicon, Inc., et al. | 2:13-cv-31271 | TVT |
| Cindy Nadelbach, et al. v. Ethicon, Inc., et al. | 2:13-cv-00353 | TVT-S |
| Denise Nelson v. Ethicon, Inc., et al. | 2:13-cv-08672 | TVT |
| Kristine Pearson, et al. v. Ethicon, Inc., et al. | 2:14-cv-29129 | TVT |
| Pamela Peterson, et al. v. Ethicon, Inc., et al. | 2:14-cv-30125 | TVT Exact; TVT-O |
| Delphia Plott, et al. v. Ethicon, Inc., et al. | 2:15-cv-04301 | Prolift Total |
| Kimberley Poe v. Ethicon, Inc., et al. | 2:15-cv-04373 | TVT-O |
| Melody Poore, et al. v. Ethicon, Inc., et al. | 2:15-cv-03182 | TVT-O |
| Carvel Priest v. Ethicon, Inc., et al. | 2:15-cv-05597 | TVT |
| Heyda Rosa, et al. v. Ethicon, Inc., et al. | 2:15-cv-05911 | TVT Abbrevo |
| Cathy A. Russell v. Ethicon, Inc., et al. | 2:15-cv-03305 | TVT |
| Crystal Shannon v. Ethicon, Inc., et al. | 2:14-cv-29138 | TVT |
| Janeen Smith, et al. v. Ethicon, Inc., et al. | 2:14-cv-01378 | Prolene Soft Mesh |

7

| | | |
|---|---|---|
| Sandra Stiffler, et al. v. Ethicon, Inc., et al. | 2:16-cv-03412 | Prolene Mesh |
| Doreen Villandry v. Ethicon, Inc., et al. | 2:16-cv-01755 | TVT |
| Jyoti Bathija, et al. v. Ethicon, Inc., et al. | 2:15-cv-00080 | Prolift |
| Maria Benestad, et al. v. Ethicon, Inc., et al. | 2:13-cv-16867 | Prolift Posterior; TVT |
| Jessica Cadell v. Ethicon, Inc., et al. | 2:17-cv-04154 | TVT-O |
| Barbara A. Colter v. Ethicon, Inc., et al. | 2:16-cv-09128 | TVT-O |
| Brenda March, et al. v. Ethicon, Inc., et al. | 2:13cv22928 | TVT-O |
| Heather McFarland v. Ethicon, Inc., et al. | 2:16-cv-01502 | TVT-S |
| Veronica Messersmith v. Ethicon, Inc., et al. | 2:17-cv-03939 | Prolene |
| Karen Rockafellow, v. Ethicon, Inc., et al. | 2:17-cv-00745 | TVT-O |
| Yolanda Rey Sotolongo v. Ethicon, Inc., et al. | 2:18-cv-00242 | Gynemesh |
| Lenda Sugg, et al. v. Ethicon, Inc., et al. | 2:12-cv-06033 | TVT-O |
| Rose Marie Bushway, et al. v. Ethicon, Inc., et al. | 2:16-cv-08070 | Prolift +M, TVT-O |
| Rebecca Payne v. Ethicon, Inc., et al. | 2:16-cv-02833 | Prolift, TVT-S |
| Linda Bryce, et al. v. Ethicon, Inc., et al. | 2:16-cv-06293 | Prolift +M, TVT-O |

8

9

44420559.v1