**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

| | |
|---|---|
| **IN RE ETHICON, INC.,** **PELVIC REPAIR SYSTEM** **PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327** **MDL 2327** |
| **THIS DOCUMENT RELATES TO:** *Ethicon Wave 8 Cases* | **JOSEPH R. GOODWIN** **U.S. DISTRICT JUDGE** |

## MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DR. VLADIMIR IAKOVLEV

Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson ("Ethicon") move to exclude the opinions and testimony of Dr. Vladimir Iakovlev. Dr. Iakovlev's proposed opinion testimony is unreliable and irrelevant under the standard set forth in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). Ethicon incorporates its Memorandum in Support of Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev, and also the following exhibits:

1. List of Ethicon Wave 8 cases to which this motion applies, attached as Exhibit A.

2. Deposition of Dr. Vladimir Iakovlev, taken September 11, 2018, in Cheryl Berden, et al. v. Ethicon, Inc., et al, Case No. 2:14-cv-21966, attached as Exhibit B.

3. Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev [Dkt. #3619] and supporting Memorandum [Dkt. # 3621] filed April 13, 2017, for Ethicon Wave 4, Case No. 2:12md02327, attached as Exhibit C.

4. General Report of Dr. Vladimir Iakovlev, dated January 29, 2016, attached as Exhibit D.

5. Supplemental Report of Dr. Vladimir Iakovlev for Issues Related to Mersilene Mesh, dated June 23, 2018, attached as Exhibit E.

6. Nygaard IE et al. *Abdominal sacrocolpopexy: a comprehensive review*. Obstet. Gynecol. 2004; 104(4): 805-23, attached as Exhibit F.

7. Julian TM. *The efficacy of Marlex mesh in the repair of severe, recurrent vaginal prolapse of the anterior midvaginal wall*. Am. J. Obstet. Gynecol. 1996; 175(6): 1472-5, attached as Exhibit G.

8. Winters JC et al. *The use of synthetic mesh in female pelvic reconstruction surgery*. BJU Int'l. 2006; 98(1): 70-76, attached as Exhibit H.

WHEREFORE, FOR THESE REASONS and as more fully set forth in Ethicon's supporting memorandum of law, Ethicon respectfully requests that this Court enter an order granting Ethicon's Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev.

Dated: October 18, 2018

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON


/s/ Susan M. Robinson
Susan M. Robinson  (W. Va. Bar No. 5169)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 23558-3824
(304) 414-1800
(304)414-1808

*/s/ William M. Gage*
William M. Gage
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

| | |
|---|---|
| **IN RE ETHICON, INC.,**<br>**PELVIC REPAIR SYSTEM**<br>**PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327**<br>**MDL 2327** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Ethicon Wave 8 Cases* | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on October 18, 2018, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

ETHICON, INC. AND
JOHNSON & JOHNSON


*/s/ Susan M. Robinson*
Susan M. Robinson  (W. Va. Bar No. 5169)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 23558-3824
(304) 414-1800
(304)414-1808

*/s/ William M. Gage*
William M. Gage
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561