# EXHIBIT A

Exhibit A

| Name | Case Number | MDL |
|---|---|---|
| Abt, Angela | 2:15cv04375 | Ethicon MDL 2327 |
| Aceto, Jayne & Joseph | 2:15cv15252 | Ethicon MDL 2327 |
| Adkins, Linda & Ronnie | 2:17cv02191 | Ethicon MDL 2327 |
| *Adler, Evelyn | 2:17cv00158 | AMS MDL 2325 |
| Ahner, Jacqueline | 2:13cv09790 | Ethicon MDL 2327 |
| Akins, Mary E. & Kenneth | 2:14cv14182 | Ethicon MDL 2327 |
| Altman, Victoria | 2:15cv13299 | Ethicon MDL 2327 |
| Anderson, Corlis | 2:13cv10032 | Ethicon MDL 2327 |
| Anderson, Sharyne & Alan | 2:15cv11910 | Ethicon MDL 2327 |
| Andryscik, Karen & Robert | 2:13cv22681 | Ethicon MDL 2327 |
| Aschmeller, Billie Jo | 2:14cv06219 | Ethicon MDL 2327 |
| ***Aylworth, Christine | 2:13cv06856 | Boston Scientific MDL 2326 |
| Baca, Deborah | 2:14cv28542 | Ethicon MDL 2327 |
| Bagner, Mable | 2:15cv00930 | Ethicon MDL 2327 |
| Bagsby, Collette Turner & Jeffrey | 2:13cv06860 | Ethicon MDL 2327 |
| Bailey, Nancy | 2:15cv07095 | Ethicon MDL 2327 |
| Baill, Randi | 2:13cv27100 | Ethicon MDL 2327 |
| Bargiol, Debra & Jason | 2:16cv03726 | Ethicon MDL 2327 |
| Barnes, Hazel | 2:15cv13306 | Ethicon MDL 2327 |
| Barney, Brenda & Richard | 2:13cv09184 | Ethicon MDL 2327 |
| ***Bartman, Elaine M. & Linwood | 2:14cv27267 | Boston Scientific MDL 2326 |
| Bathija, Jyoti & Jagdish T. | 2:15cv00080 | Ethicon MDL 2327 |
| Bauer, Nancy & Stanlee | 2:15cv12751 | Ethicon MDL 2327 |
| Bell, Sue & James | 2:15cv00708 | Ethicon MDL 2327 |
| Berden, Cheryl & Mark | 2:14cv21966 | Ethicon MDL 2327 |
| Bernard, Elva | 2:13cv02932 | Ethicon MDL 2327 |
| Berube, Debra & Robert | 2:15cv07126 | Ethicon MDL 2327 |
| Booth, Joyce | 2:17cv03958 | Ethicon MDL 2327 |
| Boreni, Patricia & Alan | 2:15cv13965 | Ethicon MDL 2327 |
| Boroff, Mary Elizabeth & Mark | 2:15cv15593 | Ethicon MDL 2327 |
| Boulette, Linda & Ernest P., III | 2:13cv07247 | Ethicon MDL 2327 |
| Bourque, Marilyn L. & John P. | 2:15cv13661 | Ethicon MDL 2327 |
| Bowling, Colleen K. | 2:14cv26063 | Ethicon MDL 2327 |
| Braun, Carlene | 2:13cv30481 | Ethicon MDL 2327 |
| Bredlow, Joy L. | 2:13cv33415 | Ethicon MDL 2327 |
| Brough, Kimberly & Charles R. | 2:15cv00905 | Ethicon MDL 2327 |
| Brown, Loretta & Danny | 2:15cv07520 | Ethicon MDL 2327 |
| Bryant, Peggy & Dean | 2:15cv04369 | Ethicon MDL 2327 |

*Cases with * are pending in AMS MDL 2325. Cases with ** are pending in Bard 2187. Cases with *** are pending in Boston Scientific MDL 2326.*

| Name | Case Number | MDL |
|---|---|---|
| Burton, Barbara | 2:13cv22539 | Ethicon MDL 2327 |
| Buttino, Robin & Luigi | 2:14cv29141 | Ethicon MDL 2327 |
| Cadell, Jessica | 2:17cv04154 | Ethicon MDL 2327 |
| Cagle, Terrill | 2:15cv01768 | Ethicon MDL 2327 |
| Caldera, Rosa & Luis Fernando Luna | 2:13cv10649 | Ethicon MDL 2327 |
| Campos, Sara & Laurent Degrakovac | 2:17cv02027 | Ethicon MDL 2327 |
| Cannon, Gail & John | 2:14cv29621 | Ethicon MDL 2327 |
| Cannon, Susan & William | 2:15cv08109 | Ethicon MDL 2327 |
| Capes, Serita | 2:13cv06571 | Ethicon MDL 2327 |
| Carey, Rita | 2:15cv11909 | Ethicon MDL 2327 |
| Carlon, Debra | 2:16cv11121 | Ethicon MDL 2327 |
| ***Carr, Frances | 2:15cv05206 | Boston Scientific MDL 2326 |
| Carter, Betty | 2:15cv02877 | Ethicon MDL 2327 |
| Cartner, Tiffany Diane & Joshua Harold | 2:13cv31941 | Ethicon MDL 2327 |
| Carver, Laura M. | 2:12cv08616 | Ethicon MDL 2327 |
| Casperson, Susan & Robert | 2:13cv25272 | Ethicon MDL 2327 |
| Castillo, Rebecca V. & Rodney L. Aguero | 2:13cv01991 | Ethicon MDL 2327 |
| Castro, Leonor & Anselmo | 2:14cv29620 | Ethicon MDL 2327 |
| Catherman, Kathy & Donald J., Sr. | 2:16cv05309 | Ethicon MDL 2327 |
| Caughill, Michelle & Brian | 2:13cv25266 | Ethicon MDL 2327 |
| Cawthorne, Patricia & Richard | 2:13cv06218 | Ethicon MDL 2327 |
| Cessna, Phyllis & William | 2:15cv05211 | Ethicon MDL 2327 |
| Chester, Susie | 2:14cv28544 | Ethicon MDL 2327 |
| Christie, Rita | 2:15cv02880 | Ethicon MDL 2327 |
| Clarkson, Jean | 2:15cv13296 | Ethicon MDL 2327 |
| Clemons, Debra & Karry | 2:15cv02655 | Ethicon MDL 2327 |
| Close, Cynthia & Terrance | 2:13cv05940 | Ethicon MDL 2327 |
| Coghlan, Linda P. & Ronnie G., Sr. | 2:14cv18583 | Ethicon MDL 2327 |
| Cohen, Randi & James | 2:13cv22567 | Ethicon MDL 2327 |
| Collins, Tina M. & Dwayne N. | 2:14cv16375 | Ethicon MDL 2327 |
| Collins, Wilma | 2:14cv13055 | Ethicon MDL 2327 |
| Cormell, Sloan | 2:17cv01259 | Ethicon MDL 2327 |
| Cuckler, Deanna & Ronald | 2:15cv03036 | Ethicon MDL 2327 |
| Cunningham, Patsy | 2:13cv22565 | Ethicon MDL 2327 |
| Dafryck, Judy Ann & Winston | 2:13cv32034 | Ethicon MDL 2327 |
| Dalberg, Rebecca & Cornelius | 2:13cv09725 | Ethicon MDL 2327 |
| Danoff, Linda | 2:15cv13660 | Ethicon MDL 2327 |

*Cases with * are pending in AMS MDL 2325.  Cases with ** are pending in Bard 2187. Cases with *** are pending in Boston Scientific MDL 2326.*

| | | |
|---|---|---|
| Dates, Vanessa | 2:15cv11333 | Ethicon MDL 2327 |
| Deforest, Carrie Ellen & Dwight | 2:14cv29458 | Ethicon MDL 2327 |
| Delsart, Cindy | 2:13cv03827 | Ethicon MDL 2327 |
| ***Dent, Angela | 2:14cv27262 | Boston Scientific MDL 2326 |
| Dixon, Rebie & Steve | 2:15cv00706 | Ethicon MDL 2327 |
| Dombroski, Cheryl | 2:14cv30883 | Ethicon MDL 2327 |
| Donalds, Paula M. | 2:17cv02199 | Ethicon MDL 2327 |
| Dozier, Jeanette & Charles | 2:15cv04394 | Ethicon MDL 2327 |
| Dukek, Tamella L. & Wade | 2:13cv29525 | Ethicon MDL 2327 |
| Duncan, Jo Ann | 2:17cv03893 | Ethicon MDL 2327 |
| Dunlap, Donna F. & Vernon | 2:14cv11689 | Ethicon MDL 2327 |
| Dunn, Peggy | 2:14cv29133 | Ethicon MDL 2327 |
| Eads, Danitta L. | 2:13cv03284 | Ethicon MDL 2327 |
| Eldreth, Mary Elayne & Bobby | 2:15cv00911 | Ethicon MDL 2327 |
| Elliott, Carol & Randy | 2:15cv07108 | Ethicon MDL 2327 |
| Ellis, Gloria Jean | 2:15cv16155 | Ethicon MDL 2327 |
| ElQuesny, Pilar & Mongy | 2:15cv13288 | Ethicon MDL 2327 |
| Emerick, Glenda & Phillip | 2:14cv16802 | Ethicon MDL 2327 |
| Endicott, Dana & Charles | 2:15cv02656 | Ethicon MDL 2327 |
| Engel, Vickey | 2:17cv04585 | Ethicon MDL 2327 |
| Erwin, Kathryn & Charles | 2:15cv00703 | Ethicon MDL 2327 |
| Essenyi, Jennifer | 2:16cv09839 | Ethicon MDL 2327 |
| Estrada, Dora & Joel | 2:13cv25625 | Ethicon MDL 2327 |
| Fancil, Lydia & Todd | 2:15cv04367 | Ethicon MDL 2327 |
| Farmer, Beverly Cindy & Stephen T. | 2:14cv01855 | Ethicon MDL 2327 |
| Farrell, Mary & Paul Vincent | 2:15cv13305 | Ethicon MDL 2327 |
| Ferla, Nicola & Paul T. | 2:15cv13303 | Ethicon MDL 2327 |
| Fincher, Rosalie | 2:13cv25628 | Ethicon MDL 2327 |
| Flath, Monica M. | 2:14cv18397 | Ethicon MDL 2327 |
| Forlines, Catherine & Charles B. | 2:15cv13119 | Ethicon MDL 2327 |
| Forrest, Lisa Ann | 2:13cv10033 | Ethicon MDL 2327 |
| Fountain, Joyce & Lonnie | 2:13cv03736 | Ethicon MDL 2327 |
| Fowler, Corliss | 2:15cv11996 | Ethicon MDL 2327 |
| Fox, Patricia | 2:15cv07116 | Ethicon MDL 2327 |
| Galanis, Diane & Christos | 2:15cv11247 | Ethicon MDL 2327 |
| Gardner, Jennifer | 2:13cv03724 | Ethicon MDL 2327 |
| Gaughan, Sheryl & Philip | 2:15cv14349 | Ethicon MDL 2327 |
| Gerbino, Laurie & Robert | 2:14cv28538 | Ethicon MDL 2327 |
| Gibson, Angela | 2:14cv25732 | Ethicon MDL 2327 |
| Gillespie, Jessica & Damien | 2:15cv04404 | Ethicon MDL 2327 |

*Cases with * are pending in AMS MDL 2325.  Cases with ** are pending in Bard 2187. Cases with *** are pending in Boston Scientific MDL 2326.*

| | | |
|---|---|---|
| Sandifer | | |
| Glaze, Mary | 2:15cv04397 | Ethicon MDL 2327 |
| Golden, Yvette | 2:13cv12710 | Ethicon MDL 2327 |
| Gonzalez-Torres, Maria Cristina & Francisco, Jr. | 2:13cv01272 | Ethicon MDL 2327 |
| Gossen, Jeanne P. | 2:17cv03184 | Ethicon MDL 2327 |
| Granillo, Monica & Henry | 2:13cv06575 | Ethicon MDL 2327 |
| Gray, Teresa | 2:15cv03266 | Ethicon MDL 2327 |
| Greenwald, Carolyn & Dan | 2:14cv13810 | Ethicon MDL 2327 |
| Grimme, Kathleen & James | 2:14cv29556 | Ethicon MDL 2327 |
| Grubbs, Janice & Thomas | 2:13cv05120 | Ethicon MDL 2327 |
| Gueret-Negash, Sally & Girma | 2:15cv00257 | Ethicon MDL 2327 |
| ***Gulley, Kelley & John | 2:14cv30128 | Boston Scientific MDL 2326 |
| Guyette, Shelley & Raymond | 2:15cv00702 | Ethicon MDL 2327 |
| Haake, Theresa A. & Carl R. | 2:15cv16354 | Ethicon MDL 2327 |
| Haizlip, Barbara & William C. | 2:15cv03306 | Ethicon MDL 2327 |
| Hales, Marquetta | 2:13cv27185 | Ethicon MDL 2327 |
| Hall, Linda & Howard | 2:13cv02931 | Ethicon MDL 2327 |
| ***Halvorson, Julie | 2:14cv17037 | Boston Scientific MDL 2326 |
| Hanna, Karen M. | 2:13cv06214 | Ethicon MDL 2327 |
| Harhart, Linda | 2:14cv29124 | Ethicon MDL 2327 |
| Harms, Connie & Robert | 2:15cv01356 | Ethicon MDL 2327 |
| Harris, Elisabeth & Robert | 2:13cv29782 | Ethicon MDL 2327 |
| Hartzell, Jeanne | 2:16cv08276 | Ethicon MDL 2327 |
| Haviland, LaDonna | 2:13cv29779 | Ethicon MDL 2327 |
| Hebert, Patricia | 2:16cv08011 | Ethicon MDL 2327 |
| Heffelfinger, Cynthia M. & Richard | 2:15cv01776 | Ethicon MDL 2327 |
| Heide, Cheryl M. | 2:14cv14441 | Ethicon MDL 2327 |
| Heinrich, Barbara & Gregory | 2:13cv31006 | Ethicon MDL 2327 |
| Hellerman, Susan M. | 2:17cv03237 | Ethicon MDL 2327 |
| Hempstead, Anita | 2:13cv09300 | Ethicon MDL 2327 |
| Hewitt, Kathleen M. & William | 2:13cv07766 | Ethicon MDL 2327 |
| Hill, Christi J. & Charles | 2:13cv33413 | Ethicon MDL 2327 |
| Hill, Constance | 2:13cv03279 | Ethicon MDL 2327 |
| Hite, Deborah J. & James Barnhart | 2:13cv04693 | Ethicon MDL 2327 |
| Hitt, Kim & Darrell | 2:13cv22103 | Ethicon MDL 2327 |
| Holmer, Wanda Ann & Rich | 2:17cv00093 | Ethicon MDL 2327 |
| ***Holt, Lana & John | 2:14cv27261 | Boston Scientific |

*Cases with \* are pending in AMS MDL 2325.  Cases with \*\* are pending in Bard 2187. Cases with \*\*\* are pending in Boston Scientific MDL 2326.*

| | | |
|---|---|---|
| | | MDL 2326 |
| Hoss, Susan & Neal | 2:13cv20079 | Ethicon MDL 2327 |
| Howton, Beverly | 2:16cv02536 | Ethicon MDL 2327 |
| Hubbard, Deborah & Darren | 2:17cv00524 | Ethicon MDL 2327 |
| **Hudspeth, Lisa D. | 2:15cv04163 | Bard MDL 2187 |
| Hull, Barbara | 2:14cv26340 | Ethicon MDL 2327 |
| Hunt, Charlene & Kenneth | 2:14cv29125 | Ethicon MDL 2327 |
| Illjes, Lori & Robert | 2:15cv05910 | Ethicon MDL 2327 |
| Inners, Connie & Daniel J. | 2:14cv28346 | Ethicon MDL 2327 |
| Izguerra, Lilia Valadez | 2:15cv13289 | Ethicon MDL 2327 |
| Jacobson, Kristin Lynn & Eric Christopher | 2:17cv02046 | Ethicon MDL 2327 |
| Jacobson, Naomi | 2:14cv29128 | Ethicon MDL 2327 |
| Jennings, Tammy | 2:13cv11091 | Ethicon MDL 2327 |
| Jens, Frances & Steven | 2:15cv05599 | Ethicon MDL 2327 |
| Johns, Linda | 2:13cv11196 | Ethicon MDL 2327 |
| Johnston, Linda | 2:17cv01892 | Ethicon MDL 2327 |
| Jones, Evelyn & Daniel Beckett | 2:15cv00701 | Ethicon MDL 2327 |
| Jones, Hilda & Johnny D. | 2:13cv07246 | Ethicon MDL 2327 |
| Joss, Jeanette & Russell | 2:15cv11658 | Ethicon MDL 2327 |
| Jung, Wendy & John | 2:15cv03317 | Ethicon MDL 2327 |
| Kelley, Norma & Dennis | 2:14cv29174 | Ethicon MDL 2327 |
| Kimble, Debra & Allan | 2:15cv09555 | Ethicon MDL 2327 |
| Kinard, Christine | 2:14cv29115 | Ethicon MDL 2327 |
| Kingsbury, Margaret & John Joseph | 2:13cv28794 | Ethicon MDL 2327 |
| Kountz, Lianne & Robert Charles | 2:13cv01798 | Ethicon MDL 2327 |
| Krause, Kathleen & Roland | 2:14cv10191 | Ethicon MDL 2327 |
| Krieg, Susan | 2:14cv19005 | Ethicon MDL 2327 |
| Kuhn, Sheryl A. | 2:14cv12593 | Ethicon MDL 2327 |
| Laderbush, Bonnie & George Robert | 2:13cv24258 | Ethicon MDL 2327 |
| Lalumiere, Diane Hamlett & Gill | 2:13cv29509 | Ethicon MDL 2327 |
| Lampron, Sarah & Walter | 2:15cv02493 | Ethicon MDL 2327 |
| Landin, Yajaira A. & Brett Granowetter | 2:13cv23995 | Ethicon MDL 2327 |
| Lane, Lisa Terese & Robert | 2:15cv04342 | Ethicon MDL 2327 |
| Langowsky, Eileen & John Joseph | 2:13cv09185 | Ethicon MDL 2327 |
| LaVoie, Kara | 2:13cv20077 | Ethicon MDL 2327 |
| Lawson, Linda Wade | 2:13cv06573 | Ethicon MDL 2327 |
| Leder, Barbara | 2:13cv29512 | Ethicon MDL 2327 |
| Lee, Myrle Ann | 2:13cv09183 | Ethicon MDL 2327 |

*Cases with * are pending in AMS MDL 2325.  Cases with ** are pending in Bard 2187. Cases with *** are pending in Boston Scientific MDL 2326.*

| | | |
|---|---|---|
| Leonard, Kimberly & Michael | 2:14cv25743 | Ethicon MDL 2327 |
| Lepley, Sharon | 2:14cv28548 | Ethicon MDL 2327 |
| Linder, Paulada S. & Kenneth | 2:13cv11087 | Ethicon MDL 2327 |
| Linnon, Marlene & Richard | 2:15cv13125 | Ethicon MDL 2327 |
| Long, Susan & Lee | 2:15cv01063 | Ethicon MDL 2327 |
| Lopez, Rosemary | 2:13cv30196 | Ethicon MDL 2327 |
| Lueb, Mary | 2:17cv03978 | Ethicon MDL 2327 |
| MacLeod, Renee & Michael | 2:13cv10608 | Ethicon MDL 2327 |
| Maloney, Elaine & Dennis | 2:15cv07117 | Ethicon MDL 2327 |
| ***Martinez, Theresa & Robert | 2:15cv02881 | Boston Scientific MDL 2326 |
| Massoudi, Farah & Cyrus | 2:15cv13111 | Ethicon MDL 2327 |
| Maurer, Jane & Arthur | 2:13cv04834 | Ethicon MDL 2327 |
| May, Sue Ellen & Gerald G. | 2:13cv29781 | Ethicon MDL 2327 |
| McCaffrey, Elizabeth | 2:12cv09706 | Ethicon MDL 2327 |
| McConnell, Tina & Gabriel | 2:17cv04608 | Ethicon MDL 2327 |
| McKenna, Vickie | 2:17cv01356 | Ethicon MDL 2327 |
| McLeod, Carolyn | 2:17cv03901 | Ethicon MDL 2327 |
| ***Melton, Sheila & Bobby | 2:14cv27260 | Boston Scientific MDL 2326 |
| Messersmith, Veronica | 2:17cv03939 | Ethicon MDL 2327 |
| Metcalf, Debra | 2:14cv28533 | Ethicon MDL 2327 |
| Miller, Deborah | 2:15cv08553 | Ethicon MDL 2327 |
| Minor, Kristen Elizabeth & Calvin Thomas | 2:15cv02394 | Ethicon MDL 2327 |
| Minzel, Carlene & Russell | 2:13cv08274 | Ethicon MDL 2327 |
| Mitchell, Doris | 2:16cv02466 | Ethicon MDL 2327 |
| Mitchell, Nora & Arthur | 2:15cv08094 | Ethicon MDL 2327 |
| Mitchell, Sue Ann & John R. | 2:13cv01697 | Ethicon MDL 2327 |
| Mongeon, Sheila | 2:15cv00391 | Ethicon MDL 2327 |
| Moore, Amanda | 2:17cv01815 | Ethicon MDL 2327 |
| Moore, Linda | 2:15cv13404 | Ethicon MDL 2327 |
| Moore, Lynnyce | 2:13cv22695 | Ethicon MDL 2327 |
| Moore, Ronna | 2:18cv00040 | Ethicon MDL 2327 |
| Moore, Shirley | 2:13cv10035 | Ethicon MDL 2327 |
| Morales, Lydia Rodriguez | 2:17cv03029 | Ethicon MDL 2327 |
| Morrow, Crystal & Thomas | 2:13cv31271 | Ethicon MDL 2327 |
| Moser, Susan L. | 2:16cv01314 | Ethicon MDL 2327 |
| Mullins, Evelyn & Travis | 2:15cv12704 | Ethicon MDL 2327 |
| Murphy, Sharon & John G., Jr. | 2:15cv13839 | Ethicon MDL 2327 |
| Nadelbach, Cindy & Barry | 2:13cv00353 | Ethicon MDL 2327 |
| **Navarro, Marguerite Rose & | 2:15cv05222 | Bard MDL 2187 |

*Cases with * are pending in AMS MDL 2325.  Cases with ** are pending in Bard 2187. Cases with *** are pending in Boston Scientific MDL 2326.*

| | | |
|---|---|---|
| Jesus | | |
| Nave, Brenda Gail | 2:13cv05127 | Ethicon MDL 2327 |
| Nelson, Denise | 2:13cv08672 | Ethicon MDL 2327 |
| Newton, Mary Sue & Samuel Ray Ford | 2:13cv11092 | Ethicon MDL 2327 |
| Nix, Arlene & HL | 2:13cv06574 | Ethicon MDL 2327 |
| Nixon, Katrina | 2:16cv02467 | Ethicon MDL 2327 |
| Norby, Rena Faye & John | 2:13cv31821 | Ethicon MDL 2327 |
| Nunn, Edna Irene & James | 2:15cv03265 | Ethicon MDL 2327 |
| ***Odor, Virginia & Kevin | 2:13cv23786 | Boston Scientific MDL 2326 |
| Olsen, Pamela J. & David | 2:13cv12636 | Ethicon MDL 2327 |
| ***Ottersbach, Nancy | 2:13cv09729 | Boston Scientific MDL 2326 |
| Paris, Patricia & Michael | 2:15cv15749 | Ethicon MDL 2327 |
| Parker, Maxine Edith | 2:15cv03184 | Ethicon MDL 2327 |
| Paseka, Colleen S. | 2:13cv13451 | Ethicon MDL 2327 |
| Pearson, Kristine & Brad | 2:14cv29129 | Ethicon MDL 2327 |
| Pelican, Cathy | 2:15cv14522 | Ethicon MDL 2327 |
| Peltier-Ettiene, Joan & Janan | 2:14cv24479 | Ethicon MDL 2327 |
| Peterson, Pamela & David | 2:14cv30125 | Ethicon MDL 2327 |
| Pike, Carol Lynn & Darrell | 2:16cv09883 | Ethicon MDL 2327 |
| Plott, Delphia & Carter | 2:15cv04301 | Ethicon MDL 2327 |
| Poe, Kimberley | 2:15cv04373 | Ethicon MDL 2327 |
| Pooley, Peggy & William | 2:13cv08270 | Ethicon MDL 2327 |
| Poore, Melody & Ronald | 2:15cv03182 | Ethicon MDL 2327 |
| Price, Nadina J. & Jason | 2:16cv12566 | Ethicon MDL 2327 |
| Priest, Carvel | 2:15cv05597 | Ethicon MDL 2327 |
| Prominski, Nancy & Joseph Rooney | 2:16cv05601 | Ethicon MDL 2327 |
| Rafal, Lisa & Alan | 2:13cv30924 | Ethicon MDL 2327 |
| Rambeau, Mary Katherine | 2:15cv05842 | Ethicon MDL 2327 |
| Reeder, Debbie D. & Claude | 2:15cv12422 | Ethicon MDL 2327 |
| Regino, Lisa Faye | 2:15cv05220 | Ethicon MDL 2327 |
| Repka, Diann & Ken | 2:13cv26198 | Ethicon MDL 2327 |
| Riddle, Dreama F. | 2:17cv03032 | Ethicon MDL 2327 |
| Ringuette, Linda | 2:17cv04325 | Ethicon MDL 2327 |
| Roberson, Diane & Floyd | 2:15cv03277 | Ethicon MDL 2327 |
| ***Robins, Donna | 2:15cv05209 | Boston Scientific MDL 2326 |
| Rockafellow, Karen | 2:17cv00745 | Ethicon MDL 2327 |
| Rogers, Jeanne | 2:18cv00014 | Ethicon MDL 2327 |

*Cases with \* are pending in AMS MDL 2325.  Cases with \*\* are pending in Bard 2187. Cases with \*\*\* are pending in Boston Scientific MDL 2326.*

| Name | Case Number | MDL |
|---|---|---|
| Rolandson, Janet | 2:15cv02446 | Ethicon MDL 2327 |
| Rosa, Heyda & Eddie | 2:15cv05911 | Ethicon MDL 2327 |
| Rowan, Tammy L. & Duane | 2:14cv02822 | Ethicon MDL 2327 |
| Russell, Cathy A. | 2:15cv03305 | Ethicon MDL 2327 |
| Rutherford, Stefanie | 2:15cv01066 | Ethicon MDL 2327 |
| Rutledge, Clara Mae & Donald | 2:15cv07519 | Ethicon MDL 2327 |
| Sadler, Evelyn Renee & Samuel | 2:16cv06176 | Ethicon MDL 2327 |
| Santistevan, Mariquita & Dennis | 2:15cv02875 | Ethicon MDL 2327 |
| Scaife, Diane L. & Robert | 2:15cv04365 | Ethicon MDL 2327 |
| Scott, Patti & Matthew | 2:15cv07113 | Ethicon MDL 2327 |
| Searl, Tamara | 2:14cv00064 | Ethicon MDL 2327 |
| Seely, Joyce | 2:13cv03281 | Ethicon MDL 2327 |
| Segrist, Sharon & John | 2:15cv05202 | Ethicon MDL 2327 |
| Seid, Karen Renae | 2:14cv13773 | Ethicon MDL 2327 |
| Sellers, Jennifer & Jason | 2:14cv30849 | Ethicon MDL 2327 |
| Shaffer, Brenda & Daniel, Sr. | 2:13cv07769 | Ethicon MDL 2327 |
| Shannon, Crystal | 2:14cv29138 | Ethicon MDL 2327 |
| Sharp, Rebecca | 2:15cv00696 | Ethicon MDL 2327 |
| Shaw, Lisa M. & Anthony D. | 2:14cv25802 | Ethicon MDL 2327 |
| Sheaffer, Glenda & Brian | 2:14cv29117 | Ethicon MDL 2327 |
| Shook, Marie | 2:15cv13670 | Ethicon MDL 2327 |
| Shrive, Jane & Dennis | 2:14cv00060 | Ethicon MDL 2327 |
| Siegrist, Marianne L. & Stephen | 2:14cv17889 | Ethicon MDL 2327 |
| ***Silva, Alicia | 2:17cv02983 | Boston Scientific MDL 2326 |
| Silvia, Carolann | 2:14cv00058 | Ethicon MDL 2327 |
| Singer, Doris & Gary | 2:15cv05352 | Ethicon MDL 2327 |
| Sinkovich, Brenda & Aaron | 2:15cv01062 | Ethicon MDL 2327 |
| Sirko, Mary Ann | 2:14cv01376 | Ethicon MDL 2327 |
| Slusher, Veronica & Randall | 2:13cv10633 | Ethicon MDL 2327 |
| Smith, Alice & Jerry | 2:15cv13745 | Ethicon MDL 2327 |
| Smith, Janeen & Randall | 2:14cv01378 | Ethicon MDL 2327 |
| Smith, Linda & Freddie Joe | 2:15cv13659 | Ethicon MDL 2327 |
| Smith, Norma C. | 2:14cv29428 | Ethicon MDL 2327 |
| Smith, Sandra Ann | 2:15cv00258 | Ethicon MDL 2327 |
| Soto, Candida | 2:14cv20814 | Ethicon MDL 2327 |
| Spadafore, Donna Lee & Ray | 2:15cv00928 | Ethicon MDL 2327 |
| Stiffler, Sandra & William | 2:16cv03412 | Ethicon MDL 2327 |
| Stone, Susan & William Vernor | 2:14cv24922 | Ethicon MDL 2327 |
| Suarez, Alisha (Perez) Lauzon & Carlos | 2:14cv29091 | Ethicon MDL 2327 |
| Sullivan, Tracy | 2:14cv16020 | Ethicon MDL 2327 |

*Cases with * are pending in AMS MDL 2325.  Cases with ** are pending in Bard 2187. Cases with *** are pending in Boston Scientific MDL 2326.*

| Name | Case No. | MDL |
|---|---|---|
| Sumner, Juliet | 2:16cv00090 | Ethicon MDL 2327 |
| Suppa, Corrinne L. | 2:14cv15978 | Ethicon MDL 2327 |
| Sutton, Kathleen & Glenn | 2:13cv04090 | Ethicon MDL 2327 |
| Swavely, Terri D. | 2:14cv24222 | Ethicon MDL 2327 |
| Takach, Debra E. | 2:17cv03236 | Ethicon MDL 2327 |
| Tallo, Patricia | 2:16cv11980 | Ethicon MDL 2327 |
| Templin, Cherie & Robert | 2:13cv10620 | Ethicon MDL 2327 |
| Therrien, Brenda | 2:16cv11126 | Ethicon MDL 2327 |
| Thomas, Lawanda & Sherman | 2:13cv24259 | Ethicon MDL 2327 |
| Thomas, Marti R. (f/k/a Keegan) & Scott R. | 2:14cv19682 | Ethicon MDL 2327 |
| Thompson, Cynthia S. & Terry L. | 2:13cv10656 | Ethicon MDL 2327 |
| Thompson, Joanna | 2:14cv01382 | Ethicon MDL 2327 |
| Thompson, Mandy L. & Ricardo J. Aguirre | 2:17cv02208 | Ethicon MDL 2327 |
| Thompson, Regina M. & Gary | 2:12cv09074 | Ethicon MDL 2327 |
| Tindall, Donna | 2:14cv24096 | Ethicon MDL 2327 |
| Tobin, Teresa & Ira Meyers | 2:14cv29130 | Ethicon MDL 2327 |
| Toliver, Rosemary | 2:15cv00932 | Ethicon MDL 2327 |
| Townson, Irma | 2:13cv12954 | Ethicon MDL 2327 |
| Trivett, Donna | 2:13cv08259 | Ethicon MDL 2327 |
| Tuohy-Shutt, Valerie | 2:13cv11173 | Ethicon MDL 2327 |
| Valdez, Linda & Joaquin | 2:14cv15375 | Ethicon MDL 2327 |
| Vasconcelos, Francesca & Rui | 2:14cv07706 | Ethicon MDL 2327 |
| Vaughn, Carrie | 2:15cv11666 | Ethicon MDL 2327 |
| ***Vaughn, Linda & Robert | 2:15cv07103 | Boston Scientific MDL 2326 |
| Villagomez, Teresa | 2:15cv05914 | Ethicon MDL 2327 |
| Villandry, Doreen | 2:16cv01755 | Ethicon MDL 2327 |
| Vincent, Crystal S. & Randy J. | 2:14cv10298 | Ethicon MDL 2327 |
| Vitale, Carol & William | 2:14cv29254 | Ethicon MDL 2327 |
| Vonach, Ida & Leland | 2:13cv01698 | Ethicon MDL 2327 |
| Walker, Merel | 2:14cv01385 | Ethicon MDL 2327 |
| Walz, Theresa & John J., III | 2:15cv04396 | Ethicon MDL 2327 |
| Washburn, Valera & Carlton | 2:14cv29096 | Ethicon MDL 2327 |
| Weaver, Robin & Frank | 2:14cv01384 | Ethicon MDL 2327 |
| Wenger, Rebecca D. & Eric | 2:14cv18705 | Ethicon MDL 2327 |
| Wessel, Joyce & Phillip | 2:14cv01383 | Ethicon MDL 2327 |
| Westra, Rogene | 2:17cv01895 | Ethicon MDL 2327 |
| Wheat, Elaine | 2:15cv01889 | Ethicon MDL 2327 |
| White, Terra L. & Larry T. | 2:18cv00063 | Ethicon MDL 2327 |
| Wildfong, Darlene & Harry | 2:14cv01388 | Ethicon MDL 2327 |

*Cases with * are pending in AMS MDL 2325.  Cases with ** are pending in Bard 2187. Cases with *** are pending in Boston Scientific MDL 2326.*

| Clayton | | |
|---|---|---|
| Williams, Elizabeth | 2:13cv06215 | Ethicon MDL 2327 |
| Williams, Nicole D. & Michael V. | 2:15cv16176 | Ethicon MDL 2327 |
| Willis, Sherry & Travis | 2:14cv14532 | Ethicon MDL 2327 |
| Wilson, Tiffany K. & Nathan Arnhamn | 2:15cv12752 | Ethicon MDL 2327 |
| Wolfe, Rhonda & Roger | 2:15cv12707 | Ethicon MDL 2327 |
| Young, Carol & Joseph | 2:14cv27926 | Ethicon MDL 2327 |
| Young, Stacie & Steven | 2:17cv02806 | Ethicon MDL 2327 |

**Defendants reserve the right to supplement this list should any other plaintiff designate Iakovlev as a general expert.**

*Cases with \* are pending in AMS MDL 2325.  Cases with \*\* are pending in Bard 2187. Cases with \*\*\* are pending in Boston Scientific MDL 2326.*