

Figure set 7b.Involvement of striated muscle by the mesh, H&E, 1.6x



Figure set 7c.Scarring of striated muscle at the mesh, H&E, 4x

Scra tissue highlighted yellow and muscle fibers red in the lower copy of the image.



Figure set 7d. Interposition of nerves, scar and damaged striated muscle in the mesh-scar plate,
S100, 10x



Figure set 7e. Interposition of nerves, scar and damaged striated muscle in the mesh-scar plate, S100, 10x



Figure set 7f. Interposition of nerves, scar and damaged striated muscle in the mesh-scar plate, S100, 4x.

.

.



Figure set 7g.Involvement of striated muscle by the mesh, desmin stain, 10x.



Figure set 8a.Involvement of the detrusor (bladder) muscle by the mesh, smooth muscle actin stain, 10x.



Figure set 8b.Involvement of smooth muscle by the mesh (thin strands of vaginal wall on the left of the mesh and thicker bundles of urethral muscles on the right), smooth muscle actin stain, 4x.



Figure set 8c. Involvement of the rectal muscle by the mesh, smooth muscle actin stain, 4x.



Figure set 8d.Involvement of the detrusor (bladder) muscle by the mesh, smooth muscle actin stain, 4x.



Figure set 8e.Involvement of the detrusor (bladder) and rectal muscle by the mesh, smooth muscle actin stain, 2.5x.



Figure set 8f.Involvement of the detrusor (bladder) or rectal muscle by the mesh, smooth muscle actin

stain, 2.5x.



Figure set 9a. Arterial obliteration in the mesh-scar plate, H&E, 4x and 10x.



Figure set 9b. Arterial obliteration in the mesh-scar plate, H&E, 4x.



Figure set 9b.Examples of capillary thrombosis in the mesh-scar plate, H&E, 40x.



Figure set 10a.TVT sling curled into a roll, cross-sectioned through the parallel walls, H&E, 2.5x.



Figure set 10b.A TVT sling with curled edges (right sling is TVT), [557]

*"Curling of the edges of explanted sling materials. **a** | Segment of a sling, which was explanted with very little adherent tissue and a structure that is readily visible. **b** | Segment of a mesh sling, which was excised with adherent tissue remaining attached to the sling material."*





Figure set 10c. A TVT sling with curled edges, H&E, 2.5x.



Figure set 10d. A folded pelvic organ prolapse device, H&E, 1.6x.



Figure set 10e. Complex folding of a Prolift pelvic organ prolapse device, H&E, 1.6x.



Figure set 10f. Complex folding of an exposed pelvic organ prolapse device, H&E, 1.6x.



Figure set 10g. Complex folding of a Prolift pelvic organ prolapse device, H&E, 1.6x.



Figure set 10h. Complex folding of an arm of a Prolift pelvic organ prolapse device, H&E, 1.6x.



Figure set 11a. A TVT sling with an exposed curled edge, H&E, 2.5x.



Figure set 11b. A cartoon showing the position of the exposed edge from Figure 11a.



Figure set 11c.An exposed edge of TVT sling rotated towards the mucosa, H&E, 2.5x.



Figure set 12a.Acute inflammation at a site of TVT exposure, H&E, 20x.



Figure set 12b.Granulation tissue, cute inflammation and bacterial colonies at a site of Gynecare mesh exposure, H&E, 2.5x.



Figure set 12c. Mesh erosion through vaginal mucosa, H&E, 1.6x.



Figure set 12d. Mesh erosion through vaginal mucosa, H&E, 4x.



Figure set 12e. .Mesh erosion through vaginal mucosa, H&E, 1.6x.



Figure set 12f. Mesh erosion through vaginal mucosa, H&E, 1.6x.



Figure set 12g. .Mesh erosion through vaginal mucosa, H&E, 1.6x.



Figure set 12h. .Extension of inflammation and scarring from a mesh erosion site into the deep

soft tissue, H&E, 1.6x.



Figure set 13a. Polypropylene degradation layer in regular (upper panel) and the same field in polarized light (lower panel), H&E, 100x.

Note that collagen, one of the most refractile components of human tissue is much darker than polypropylene in polarized light.

84



Figure set 13b.Polypropylene degradation layer in regular (upper panel) and the same field in polarized light (lower panel), H&E, 100x.



Figure set 13c.Polypropylene degradation layer in regular (upper panel) and the same field in polarized light (middle panel), H&E, 100x.

The mesh filament was manufactures with addition of blue dye granules. The granules are present in the degraded layer confirming its origin from polypropylene (lower panel).



Figure set 13d.Polypropylene degradation layer in regular (upper panel) and the same field in polarized light (middle panel), enlargement is in the lower panel, H&E, 100x.

In this field the bark detached from the core and neither its birefringence nor presence of the blue granules can be explained by an overlap with the core.

87



Figure set 13e. Polypropylene degradation layer in regular (upper panels) and the same field in polarized light (lower panel), H&E, 100x.

In this field the bark detached from the core and neither its birefringence nor presence of the blue granules can be explained by an overlap with the core.



Figure set 13f. Polypropylene degradation layer in regular (upper panel) and the same field in polarized light (lower panel), H&E, 100x.

In this field the bark detached from the core and its birefringence cannot be explained by light scatter from the core.