## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO: <br><br> WAVE 8 CASES ON ATTACHED EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## PLAINTIFFS' *DAUBERT* MOTION TO PRECLUDE OR, IN THE ALTERNATIVE, TO LIMIT THE OPINIONS AND TESTIMONY OF C. BRYCE BOWLING, M.D.

**COMES NOW** Plaintiffs in actions listed on attached Exhibit A, by and through the undersigned attorneys, and files this Plaintiffs' *Daubert* Motion to Exclude or, In The Alternative, To Limit The Opinions And Testimony of C. Bryce Bowling M.D. and would respectfully show the Court that Dr. Bowling should be excluded for the following reasons:

1.      Dr. Bowling is not qualified to offer general opinions as discussed in the memorandum of law.

2.      In support of this motion, Plaintiffs have submitted a memorandum of law and also rely upon the following attached exhibits:

   1.      A true copy of the Wave 8 Prolift, Prolift+M and Gynemesh Expert Report of C. Bryce Bowling is attached hereto as Exhibit B.

   2.      A true copy of the Wave 8 TVT, TVT-O and TVT-Exact Expert Report of C. Bryce Bowling is attached hereto as Exhibit C.

   3.      A true copy of Dr. Bowling's Curriculum Vitae is attached as Exhibit D.

4.     A true copy of excerpts from the Deposition of Dr. C. Bryce Bowling dated September 28, 2018, is attached hereto as Exhibit E.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court grant their *Daubert* Motion to Exclude or, In The Alternative, To Limit the Opinions And Testimony of C. Bryce Bowling, M.D.  Additionally, Plaintiffs request all other and further relief to which they may be justly entitled.

Dated: October 18, 2018.

Respectfully submitted,

/s/ D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com
*Attorneys for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed the foregoing document on October 18, 2018, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

/s/ D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com