# EXHIBIT A

| | |
|---|---|
| Price, Nadina | 2:16-cv-12566 |
| White, Terra | 2:18cv00063 |
| Balsamo, Mary Ann & Rocco | 2:14-cv-27839 |
| Bell, Janet | 2:15-cv-04360 |
| Bell, Sue & James | 2:15-cv-00708 |
| Booth, Joyce | 2:17-cv-03958 |
| Bushway, Rose Marie & Charles | 2:16-cv-08070 |
| Carr, Frances | 2:15-cv-05206 |
| Coghlan, Linda P. & Ronnie G., Sr. | 2:14-cv-18583 |
| Colter, Barbara A. | 2:16-cv-09128 |
| Cottrell, Teresa & Joe Palazzolo | 2:12-cv-01565 |
| Courtney, Alice Fay & Mark Bearry | 2:17-cv-02298 |
| Cunningham, Patsy | 2:13-cv-22565 |
| Dent, Angela | 2:14-cv-27262 |
| Dodson, Mitsey | 2:13-cv-03546 |
| Dozier, Jeanette & Charles | 2:15-cv-04394 |
| Ellis, Gloria Jean | 2:15-cv-16155 |
| Emerick, Glenda & Phillip | 2:14-cv-16802 |
| Erwin, Kathryn & Charles | 2:15-cv-00703 |
| Forrest, Lisa Ann | 2:13-cv-10033 |
| Grubbs, Gloria & Glenn D. | 2:15-cv-04275 |
| Hill, Christi J. & Charles | 2:13-cv-33413 |
| Holt, Lana & John | 2:14-cv-27261 |
| Kessler, Joyce R. & Allan | 2:13-cv-01211 |
| Laughlin, Robyn | 2:17-cv-01123 |
| Long, Janice | 2:13-cv-30195 |
| Mitchell, Sue Ann & John R. | 2:13-cv-01697 |
| Morales, Lydia Rodriguez | 2:17-cv-03029 |
| Norby, Rena Faye & John | 2:13-cv-31821 |
| Nunn, Edna Irene & James | 2:15-cv-03265 |
| Ottersbach, Nancy | 2:13-cv-09729 |
| Perrigan, Lois & Ray | 2:13-cv-15727 |
| Peterson, Pamela & David | 2:14-cv-30125 |
| Riddle, Dreama F. | 2:17-cv-03032 |
| Roberson, Diane & Floyd | 2:15-cv-03277 |
| Smith, Alice & Jerry | 2:15-cv-13745 |
| Smith, Carolyn & Michael J. | 2:13-cv-01704 |
| Stigen, Mary Ellen & Merritt | 2:15-cv-13307 |
| Swavely, Terri D. | 2:14-cv-24222 |
| Thomas, Sadie L. & John | 2:15-cv-16174 |
| Tindall, Donna | 2:14-cv-24096 |

| | |
|---|---|
| Tobin, Teresa & Ira Meyers | 2:14-cv-29130 |
| Wheat, Elaine | 2:15-cv-01889 |
| Corder, Virginia | 2:16-cv-10988 |