# EXHIBIT D

1932 ALCOA HIGHWAY, SUITE A-235 • KNOXVILLE, TN 37920
OFFICE PHONE (865) 305-5940
E-MAIL
HTTP://WWW.UTUROGYN.COM

# CHADWICK BRYCE BOWLING, MD, FACOG, FPMRS, FACS

## Curriculum Vitae

### BIOGRAPHICAL

| | |
|---|---|
| Date of Birth: | |
| Marital Status: | Married; 2 daughters |
| Current Position & Business Address: | Urogynecologist at The University of Tennessee Medical Center<br>Director, Division of Female Pelvic Medicine & Reconstructive Surgery<br>Department of Obstetrics & Gynecology<br>Center for Women's & Children's Health<br>University of Tennessee Medical Center<br>1932 Alcoa Highway, Suite A-235<br>Knoxville, TN 37920<br>Telephone: 865-305-5940 Fax: 865-305-5941 |

### EDUCATION & TRAINING

| | | |
|---|---|---|
| Fellowship Training: | Female Pelvic Medicine and Reconstructive Surgery<br>Division of Women's Pelvic Medicine & Reconstructive Surgery<br>University of Alabama-Birmingham<br>Division Director: Holly E Richter, PhD, MD<br>Fellowship Director: R. Ed Varner, MD | July 2007 – June 2010<br>Birmingham, AL |
| Residency Training: | Chief Resident, OB/GYN<br>University of Tennessee Health Science Center<br>Chairman: Veronica Mallett, MD | June 2006-June 2007<br>Memphis, TN |
| Residency Training: | Department of Obstetrics & Gynecology,<br>University of Tennessee Health Science Center<br>Chairman: Frank Ling, MD | June 2004-June 2007<br>Memphis, TN |
| Internship: | Department of Obstetrics & Gynecology,<br>University of Tennessee Health Science Center<br>Chairman: Frank Ling, MD | June 2003-June 2004<br>Memphis, TN |
| Doctor of Medicine: | University of Tennessee, Memphis College of Medicine<br>University of Tennessee Health Science Center | Aug 1999-May 2003<br>Memphis, TN |
| Bachelor of Science: | University of Tennessee, Knoxville<br>Major: Biology. Summa Cum Laude | Aug 1994-June 1998<br>Knoxville, TN |

## BOARD CERTIFICATION

| | | |
|---|---|---|
| General: American Board of Obstetrics & Gynecology | Certified/Active | 2011 |
| Subspecialty: Female Pelvic Medicine & Reconstructive Surgery | Certified/Active | 2013 |

## MEDICAL LICENSURE

| | | |
|---|---|---|
| State of Tennessee | #39871 | Status: Active |
| State of Arkansas | #E-4960 | Status: Retired |
| State of Alabama | #MD.28047 | Status: Retired |

## WORK EXPERIENCE

| | | |
|---|---|---|
| Urogynecologist/ Pelvic Reconstructive Surgeon | University of Tennessee Medical Center, Knoxville | 2010-current |
| Faculty OB/GYN | UAB Huntsville Hospital, Huntsville, AL | 2009-2010 |
| Faculty OB/GYN | Crittenden Memorial Hospital, West Memphis, AR | 2006-2007 |
| Faculty ER Physician | UT Medical Group, Memphis, TN | 2004-2007 |

## ACEDEMIC APPOINTMENTS

Division Director, Female Pelvic Medicine & Reconstructive Surgery — 2016-current
Department of OB/GYN, Division of Female Pelvic Medicine & Reconstructive Surgery — Knoxville, TN
University of Tennessee Medical Center, Knoxville

Assistant Professor — 2012-current
Department of OB/GYN, Division of Female Pelvic Medicine & Reconstructive Surgery — Knoxville, TN
University of Tennessee Medical Center, Knoxville

Clinical Instructor — 2010-2012
Department of OB/GYN, Division of Female Pelvic Medicine & Reconstructive Surgery — Knoxville, TN
University of Tennessee Medical Center, Knoxville

Clinical Instructor — 2009-2010
Department of Obstetrics & Gynecology — Huntsville, AL
Huntsville Hospital

Clinical Instructor — 2007-2010
Department of OB/GYN — Birmingham, AL
Division of Women's Pelvic Medicine & Reconstructive Surgery
University of Alabama, Birmingham

Clinical Instructor — 2006-2007
Department of Obstetrics & Gynecology — West Memphis, AR
Crittenden Memorial Hospital

## ACEDEMIC APPOINTMENTS (CONT.)

| | |
|---|---|
| Clinical Instructor<br>Department of Emergency Medicine<br>The Regional Medical Center at Memphis | 2004-2007<br>Memphis, TN |

## PROFESSIONAL CONSULTANT

| | |
|---|---|
| Butler-Snow Law Firm<br>Medical Consultant | 2018-present<br>Ridgeland, MS |
| Gerson Lehrman Group<br>Council Member/Consultant | 2017-present<br>New York, NY |
| American Medical Systems<br>Innovation Panel Member | 2013-2015<br>Minneapolis, MN |
| Warner Chilcott<br>Lecturer | 2011-2013<br>Knoxville, TN |

## PROFESSIONAL MEMBERSHIPS

| | |
|---|---|
| Fellow, American College of Surgeons | 2015-current |
| Knoxville Academy of Medicine (Member) | 2014-current |
| Associate Fellow, American College of Surgeons | 2014-2015 |
| Diplomate, American Board of Obstetrics & Gynecology, FPMRS Division | 2013-current |
| Diplomate, American Board of Obstetrics & Gynecology | 2012-current |
| Fellow, American Congress of Obstetricians & Gynecologists | 2012-current |
| Society of Gynecologic Surgeons (Member) | 2012-current |
| International Continence Society (Member) | 2009-current |
| American Urogynecologic Society (Member) | 2007-current |
| AUGS Fellow's Pelvic Research Network | June 2007-June 2010 |
| Southern Medical Association (Member) | 2005-current |
| American College of Obstetricians and Gynecologists, Junior Fellow | 2003-2011 |
| Tennessee Medical Association (Member) | 1999-current |
| American Medical Association (Member) | 1999-current |

## PRESENTATIONS, PUBLICATIONS & RESEARCH

Russ SF, Smith WB, **Bowling CB**, et al. 2018
The Urovant Trial. A Randomized, Double-Blind, Placebo- and Active-Controlled Multicenter Study to Evaluate the Safety and Efficacy of Vibegron in Patients with Symptoms of Overactive Bladder.
In Progress

Hyatt B, **Bowling CB** 2017
Mesh Complications Management: Removal of Eroded Mid-Urethral Sling, Excision of Saddle Diverticulum & Repair of Urethrovaginal Fistula with Martius Graft.
In Progress.

Schwirian K, **Bowling CB** 2015
*Robotic-Assisted Laparoscopic Removal of Eroded Transobturator Midurethral Sling After Failed Cystoscopic Excision*
Society of Gynecologic Surgeons' 39th Annual Meeting. Palm Springs, CA. Apr 2016
*American Journal of Obstetrics & Gynecology* April 2016, Volume 214, Issue 4, Pages S512–S513

Lenger SM, Yates A, **Bowling CB** 2015
*A Novel Approach to Cystoscopic Removal of Mesh*
Presented as Video/Poster presentation at 36th Annual Meeting of the
American Urogynecologic Society Meeting. Seattle, Washington. October, 2015.

**Bowling CB**, Meyer I, Northington G, Richter HE. 2014
Urinary Neurotropin Levels in Postmenopausal Women with Overactive Bladder
After Vaginal Estrogen Treatment. In Progress.

Versi E, **Bowling CB**, et al. Taris Biomedical TAR-100-202. The Liris Trial. In Progress. 2014

Ellington DR, **Bowling CB**, Drelichman ER, Richter HE, et al. 2011
*Pelvic Floor Symptoms and Quality of Life Analysis in Women undergoing surgery for rectal prolapse.*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Presented at Society of Gynecologic Surgeons' 37th Annual Meeting.
*World Journal of Colorectal Surgery.* Vol 3. Issue 3. Article 1. December 2013.

**Bowling CB**, Greer WJ, Bryant SA, Gleason JL, Szychowski JM, Varner RE, Holley RL, Richter HE 2010
*Testing and Validation of a Low Cost Cystoscopy Teaching Model*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Funded by $10,000 Astellas Educational Research Grant.
Oral Poster at 36th Annual Scientific Meeting of the Society of Gynecologic Surgeons. Tucson, AZ
*Obstetric & Gynecology* 116(1):85-91, July 2010.

Lloyd LK, Munoz O, Jackson AB, **Bowling CB** 2009
*Endoscopic Treatment with Bulking Agents for Complex Adult Vesicoureteral Reflux*
University of Alabama, Birmingham; Department of Surgery, Division of Urology;
University of Alabama, Birmingham; Department of Obstetrics & Gynecology,
Division of Women's Pelvic Medicine & Reconstructive Surgery
Oral Poster at the International Spinal Cord Society 48th Annual Scientific Meeting, Florence, Italy

**Bowling CB** and Clemons JL, et al. AUGS Fellows Literature Reviews, November-December 2008. 2009
"Randomized trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up" Posted at http://www.augs.org on Aug. 14, 2009

**Bowling CB,** Munoz O, Gerten KA, Mann ML, Taryor R, Szychowski, JM, Norman AM, Richter HE 2009
*Characterization of Pelvic Floor Symptoms in Women of Northeastern Liberia*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Presented as Oral Poster at the International Continence Society 39th Annual Meeting, San Francisco, CA
Presented as Poster at the American Urogynecologic Society 30th Annual Meeting, Hollywood, FL
*Neurourology & Urodynamics*. Vol 27(7):624-625, 2009.
*Journal of Pelvic Medicine & Surgery*. 15(5):332-333, September/October 2009.
*International Journal of Gynecology and Obstetrics* 109 (2010), pp.251-253.

Munoz O, **Bowling CB**, Gerten KA, Kolleh R, Szychowski JM, Norman AM, Richter HE 2009
*Factors Influencing Post-Operative Outcomes from VVF Repairs in a Community Hospital in Liberia*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Read by Title at the International Continence Society 39th Annual Meeting, San Francisco, CA
Presented as Poster at the American Urogynecologic Society 30th Annual Meeting, Hollywood, FL
*Journal of Pelvic Medicine & Surgery*. 15(5):374-375, September/October 2009.
*Brit J Med Surg Urol,* In Press, 2011.

**Bowling CB**, Gerten KA, Greer WJ, Wheeler TL, Richter HE. 2009
"Benign Gynecologic Disorders in the Elderly" in *Principles and Practice of Geriatric Surgery*, *2nd Edition*. Rosenthal RA, Zenilman M, Catlic M (Eds.) New York, NY: Springer, ©2009. In Press.

**Bowling CB** and Clemons JL, et al. AUGS Fellows Literature Reviews, November-December 2007. 2008
"Lower Urinary Tract Symptoms and Uroflowmetry in Women With Type 2 Diabetes Mellitus With and Without Bladder Dysfunction"
Posted at http://www.augs.org on Jun. 4, 2008

**Bowling CB** and Clemons JL, et al. AUGS Fellows Literature Reviews, July-August 2007. 2008
"Normal Preoperative Urodynamic Testing Does Not Predict Voiding Dysfunction After Burch Colposuspension Versus Pubovaginal Sling"
Posted at http://www.augs.org on Jun. 4, 2008

**Bowling CB**, Gerten KA, Chapman VR, Cliver SP, Neely CL, Burgio KL, Wheeler TL, Richter HE 2007
*Sphincter Tears in Primiparous Women: Is Age a Factor?*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Poster presented at 34th Annual SGS Meeting, Apr. 2008;
*International Urogynecology Journal*, Volume 20, Issue5 (2009), Page 565.

**Bowling CB**, Greer WJ, Wheeler TL, Gerten KA, Varner RE, Richter HE 2007
*A Low Cost Cystoscopy Teaching Model*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Video podium presentation at 34th Annual SGS Meeting, Apr. 2008;
*Journal of Pelvic Medicine & Surgery*. 14(6):423-426, November/December 2008.

**Bowling CB** and Clemons JL, et al. AUGS Fellows Literature Reviews, March-April 2007. 2007
"Botulinum Toxin B Is Not an Effective Treatment of Refractory Overactive Bladder"
Posted at http://www.augs.org on Nov. 2, 2007

**Bowling CB** and Clemons JL, et al. AUGS Fellows Literature Reviews, January-February 2007. 2007
"Long-Term Results of the Pelvic Floor Muscle Training for Female Urinary Incontinence: An 8-Year Transition Tree and Predictive Parameters"
Posted at http://www.augs.org on Nov. 2, 2007

**Bowling CB**, Ling FW, Stovall TG. "Urinary Tract Infections." In *Atlas of Gynecology for the Primary Care Physician, 2nd Edition.* Stovall, Th.G.; Ling, F.W.; Nikki, B.Z.; Chuang, A.W.; Tillmanns, T.T. (Eds.) Philadelphia, PA: Current Medicine, ©2008. 2006-2007

**Bowling CB**, Ling FW, Stovall TG. "The Pelvic Mass." In *Atlas of Gynecology for the Primary Care Physician, 2nd Edition.* Stovall, Th.G.; Ling, F.W.; Nikki, B.Z.; Chuang, A.W.; Tillmanns, T.T. (Eds.) Philadelphia, PA: Current Medicine, ©2008. 2006-2007

**Bowling CB**, Varner RE, Richter HE, et al. *Modified LeFort Colpocleisis with Puborectalis Plication & Perineorraphy for Total Pelvic Procidentia* 2005-2006
University of Alabama – Birmingham, Dept. of Medical Surgical Gynecology
Video presentation at the 32nd Annual Meeting of SGS – 2006
*Journal of Pelvic Medicine & Surgery,* March/April 2006; Vol 12, No. 2, pp. 117

Wheeler TL, Richter HE, Greer WJ, **Bowling CB**, Gerten KA, Varner RE 2005-2006
*Predictors of Success with Postoperative Voiding Trials after Midurethral Sling Procedures*
University of Alabama – Birmingham, Dept. of Medical Surgical Gynecology
*Journal of Urology*, Feb. 2008; 179(2): 600-4. Epub 2007 Dec 21.

**Bowling CB**[1], Vogt VY[2], Summitt RL[2]. *Teaching and Assessing Basic Surgical Skills; Testing the Effectiveness of an Interactive DVD*; 2005-2006
University of Tennessee, Memphis; Department of Obstetrics & Gynecology[1]
Vanderbilt University; Department of Obstetrics & Gynecology[2]
Presented as Poster at 2006 CREOG/APGO Annual Meeting

**Bowling CB**, Lipscomb GL. *Appendiceal Torsion Mimicking Ovarian Torsion: A Case Report.* 2004-2005
University of Tennessee, Memphis; Department of Obstetrics & Gynecology
*Obstetrics & Gynecology*, Feb 2006; Vol 107, No. 2, pp. 466-7

## SCHOLARLY ACTIVITY / DIDACTIC SESSIONS

**Bowling CB.** Urinary Incontinence: Etiologies & Treatment Strategies — May 2018
Parkinson's Support Group; Cole Neurosciences — Knoxville, TN

Polin MR, **Bowling CB.** Obstetric Laceration Repair: An Evidence-Based Approach — April 2018
High Risk Obstetrics Conference; University of Tennessee Medical Center — Knoxville, TN

**Bowling CB**. Management of Urinary Tract Fistula — September 2017
University of Tennessee, Department of OB/GYN Grand Rounds — Knoxville, TN

**Bowling CB.** Difficult Vaginal Hysterectomy: Tips & Tricks — September, 2015
University of Tennessee, Department of OB/GYN Didactic Lectures — Knoxville, TN

**Bowling CB.** Complex Urodynamics for the Gynecologist — March 2015
University of Tennessee, Department of OB/GYN Didactic Lectures — Knoxville, TN

**Bowling CB.** Step by Step: Mid-Urethral Slings — January 2015
University of Tennessee, Department of OB/GYN Didactic Lectures — Knoxville, TN

**Bowling CB.** Step by Step: Vaginal Hysterectomy — August 2014
University of Tennessee, Department of OB/GYN Didactic Lectures — Knoxville, TN

**Bowling CB.** POP-Q and Pelvic Anatomy — March 2014
University of Tennessee, Department of OB/GYN Grand Rounds — Knoxville, TN

SCHOLARLY ACTIVITY / DIDACTIC SESSIONS (CONT.)

**Bowling CB**. Fistulae at Home and Abroad — February 2014
University of Tennessee, Department of OB/GYN Didactic Lectures — Knoxville, TN

**Bowling CB.** Urge Urinary Incontinence – Diagnosis & Treatment — October 2013
University of Tennessee, Department of OB/GYN Didactic Lectures — Knoxville, TN

**Bowling CB.** Patient Positioning in the Operating Room – Dangers & Caveats — September 2013
University of Tennessee, Dept of OB/GYN; Dept of Surgery Joint Grand Rounds — Knoxville, TN

**Bowling CB.** Non-Surgical Management of Pelvic Organ Prolapse – Pessary Fitting — August 2013
University of Tennessee, Department of OB/GYN Didactic Lectures — Knoxville, TN

**Bowling CB.** Pelvic Anatomy (Cadaver Lab Teaching) — August 2012
University of Tennessee, Department of OB/GYN Simulation Lab — Knoxville, TN

**Bowling CB.** Neuromodulation (Interstim) for the Treatment of Refractory Urge Incontinence — June 2012
University of Tennessee, Department of OB/GYN Didactic Lectures — Knoxville, TN

**Bowling CB.** Urogynecology CREOG Review — January 2012
University of Tennessee, Department of OB/GYN Didactic Lectures — Knoxville, TN

**Bowling CB.** Acute Cystitis — August 2011
University of Tennessee, Department of OB/GYN Didactic Lectures — Knoxville, TN

**Bowling CB.** Urodynamics – Made Ridiculously Simple — December 2010
University of Tennessee, Dept of OB/GYN; Dept of Urology Joint Grand Rounds — Knoxville, TN

**Bowling CB.** Urinary Fistulae – University of Tennessee — November 2010
University of Tennessee, Department of OB/GYN Didactic Lectures — Knoxville, TN

**Bowling CB**. An Update on Urinary Tract Infections — April 2010
University of Alabama, Birmingham, Department of OB/GYN Didactic Lectures — Birmingham, AL

**Bowling CB**. Case Studies in Urogynecology — March 2010
University of Alabama, Birmingham, Department of OB/GYN Didactic Lectures — Birmingham, AL

**Bowling CB**. Fistulae at Home and Abroad — December 2009
University of Tennessee, Department of OB/GYN Grand Rounds — Knoxville, TN

**Bowling CB**. Fistulae at Home and Abroad — November 2009
University of Florida, Department of OB/GYN Grand Rounds — Gainesville, FL

**Bowling CB**. Burch vs. Sling for Stress Urinary Incontinence. — November 2008
Cooper-Green Hospital, Department of OB/GYN Grand Rounds — Birmingham, AL

**Bowling CB**. Vaginal Hysterectomy – Tips & Tricks. — September 2008
University of Alabama, Birmingham, Department of OB/GYN Didactic Lectures — Birmingham, AL

**Bowling CB**. Ectopic Pregnancy: Medical vs. Surgical Management. — June 2008
University of Alabama, Birmingham, Department of OB/GYN Didactic Lectures — Birmingham, AL

**Bowling CB**. OB Trauma: GSW to the Gravid Uterus. — April 2008
University of Alabama, Birmingham, Department of OB/GYN Didactic Lectures — Birmingham, AL

**Bowling CB**. POP-Q: How Bad is Bad? — January 2008
University of Alabama, Birmingham, Department of OB/GYN Didactic Lectures — Birmingham, AL

## SCHOLARLY ACTIVITY / DIDACTIC SESSIONS (CONT.)

**Bowling CB**. LeFort Colpocleisis. — November 2007
University of Alabama, Birmingham, Department of OB/GYN Grand Rounds — Birmingham, AL

**Bowling CB**. Urinary Incontinence Overview. — August 2007
University of Alabama, Birmingham, Department of OB/GYN Didactic Lectures — Birmingham, AL

**Bowling CB**. Antepartum Hemorrhage. — February 2007
University of Tennessee, Memphis, The Regional Medical Center, Department of OB/GYN Didactic Lectures — Memphis, TN

**Bowling CB**. The Genetics of Oncology. — November 2006
University of Tennessee, Memphis, The Regional Medical Center, Department of OB/GYN Grand Rounds — Memphis, TN

**Bowling CB**. Postpartum Hemorrhage. — July 2006
University of Tennessee, Memphis, The Regional Medical Center, Department of OB/GYN Didactic Lectures — Memphis, TN

**Bowling CB**. Gunshot Wound to the Gravid Uterus — March 2006
University of Tennessee, Memphis, The Regional Medical Center, Department of OB/GYN Grand Rounds — Memphis, TN

## MAJOR LECTURES / INVITED TALKS

**Bowling CB.** Peer Review Discussant "The Wasted Vaginal Hysterectomy- An Argument for Track in OBGYN Residency Programs" — April 2016
42st Annual Meeting of The Society of Gynecologic Surgeons — Palm Springs, CA

**Bowling CB.** "Genital Tract Fistulae" — August, 2015
*Healthline*, (Television Series) Knoxville Academy of Medicine Alliance Television. — Knoxville, TN

**Bowling CB.** "Tips & Tricks for Mesh Complications" — March, 2015
41st Annual Meeting of The Society of Gynecologic Surgeons — Orlando, FL

**Bowling CB.** Peer Review Discussant "Prevalence of Pelvic Floor Disorders in Women with Gynecologic Malignancies" — March 2015
41st Annual Meeting of The Society of Gynecologic Surgeons — Orlando, FL

**Bowling CB.** "Pelvic Organ Prolapse" — February, 2015
*Healthline*, (Television Series) Knoxville Academy of Medicine Alliance Television. — Knoxville, TN

**Bowling CB.** "Urinary & Fecal Incontinence" — November, 2014
*Healthline*, (Television Series) Knoxville Academy of Medicine Alliance Television. — Knoxville, TN

**Bowling CB.** "Interstitial Cystitis" — July, 2014
*Healthline*, (Television Series) Knoxville Academy of Medicine Alliance Television. — Knoxville, TN

**Bowling CB.** "Patient Positioning in the OR" – UT Medical Center Surgical Grand Rounds. — 2013
University of Tennessee Medical Center Surgical Grand Rounds — Knoxville, TN

**Bowling CB.** "Post-op Care of the Prolapse and Incontinence Patient" — 2013
University of Tennessee Medical Center Nurse Training Course — Knoxville, TN

**Bowling CB.** "Urinary Incontinence" — 2012
Oak Ridge National Lab Employee Health Program — Oak Ridge, TN

## MAJOR LECTURES / INVITED TALKS (CONT.)

**Bowling CB.** "Pelvic Floor and Incontinence Primer" 2011
Clayton Financial Services. Knoxville, TN

**Bowling CB.** "Testing and Validation of a Low Cost Cystoscopy Teaching Model" 2010
Society of Gynecologic Surgeons -36th Annual Meeting. Tucson, AZ

**Bowling CB**. "Fistulae at Home and Abroad" 2009
University of Tennessee, Department of OB/GYN Grand Rounds Knoxville, TN

**Bowling CB**. "Fistulae at Home and Abroad" 2009
University of Florida, Department of OB/GYN Grand Rounds Gainesville, FL

**Bowling CB.** "Characterization of Pelvic Floor Symptoms in Women of NE Liberia" 2009
International Continence Society, 39th Annual Meeting. San Francisco, CA

**Bowling CB**. "Burch vs. Sling for Stress Urinary Incontinence" 2008
Cooper-Green Hospital, Department of OB/GYN Grand Rounds Birmingham, AL

**Bowling CB.** "A Low Cost Cystoscopy Teaching Model" 2008
Society of Gynecologic Surgeons -34th Annual Meeting. Savannah, GA

**Bowling CB.** "Modified LeFort Colpocleisis with Puborectalis
Plication & Perineorraphy for Total Pelvic Procidentia" 2006
Society of Gynecologic Surgeons -32th Annual Meeting. Tucson, AZ

## PEER REVIEWED ORAL & VIDEO PRESENTATIONS

Schwirian K, **Bowling CB** 2015
*Robotic-Assisted Laparoscopic Removal of Eroded Transobturator Midurethral Sling After Failed Cystoscopic Excision*
Society of Gynecologic Surgeons' 39th Annual Meeting. Palm Springs, CA. Apr 2016
*American Journal of Obstetrics & Gynecology* April 2016, Volume 214, Issue 4, Pages S512–S513

Lenger SM, Yates A, **Bowling CB** 2015
*A Novel Approach to Cystoscopic Removal of Mesh*
Presented as Video/Poster presentation at 36th Annual Meeting of the
American Urogynecologic Society Meeting. Seattle, Washington. October, 2015.

**Bowling CB**, Greer WJ, Bryant SA, Gleason JL, Szychowski JM, Varner RE, Holley RL, Richter HE 2010
*Testing and Validation of a Low Cost Cystoscopy Teaching Model*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Funded by $10,000 Astellas Educational Research Grant.
Oral Poster at 36th Annual Scientific Meeting of the Society of Gynecologic Surgeons. Tucson, AZ
*Obstetric & Gynecology* 116(1):85-91, July 2010.

**Bowling CB,** Munoz O, Gerten KA, Mann ML, Taryor R, Szychowski, JM, Norman AM, Richter HE 2009
*Characterization of Pelvic Floor Symptoms in Women of Northeastern Liberia*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Presented as Oral Poster at the International Continence Society 39th Annual Meeting, San Francisco, CA
Presented as Poster at the American Urogynecologic Society 30th Annual Meeting, Hollywood, FL
*Neurourology & Urodynamics*. Vol 27(7):624-625, 2009.
*Journal of Pelvic Medicine & Surgery*. 15(5):332-333, September/October 2009.
*International Journal of Gynecology and Obstetrics* 109 (2010), pp.251-253.

## PEER REVIEWED ORAL & VIDEO PRESENTATIONS (CONT.)

**Bowling CB**, Greer WJ, Wheeler TL, Gerten KA, Varner RE, Richter HE — 2007
*A Low Cost Cystoscopy Teaching Model*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Video podium presentation at 34th Annual SGS Meeting, Apr. 2008;
*Journal of Pelvic Medicine & Surgery.* 14(6):423-426, November/December 2008.

**Bowling CB**, Varner RE, Richter HE, et al. *Modified LeFort Colpocleisis with Puborectalis Plication & Perineorraphy for Total Pelvic Procidentia* — 2005-2006
University of Alabama – Birmingham, Dept. of Medical Surgical Gynecology
Video presentation at the 32nd Annual Meeting of SGS – 2006
*Journal of Pelvic Medicine & Surgery,* March/April 2006; Vol 12, No. 2, pp. 117

## PEER REVIEWED POSTER PRESENTATIONS

Ellington DR, **Bowling CB**, Drelichman ER, Richter HE, et al. — 2011
*Pelvic Floor Symptoms and Quality of Life Analysis in Women undergoing surgery for rectal prolapse.*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Presented at Society of Gynecologic Surgeons' 37th Annual Meeting.
*World Journal of Colorectal Surgery.* Vol 3. Issue 3. Article 1. December 2013.

Lloyd LK, Munoz O, Jackson AB, **Bowling CB** — 2009
*Endoscopic Treatment with Bulking Agents for Complex Adult Vesicoureteral Reflux*
University of Alabama, Birmingham; Department of Surgery, Division of Urology;
University of Alabama, Birmingham; Department of Obstetrics & Gynecology,
Division of Women's Pelvic Medicine & Reconstructive Surgery
Oral Poster at the International Spinal Cord Society 48th Annual Scientific Meeting, Florence, Italy

Munoz O, **Bowling CB**, Gerten KA, Kolleh R, Szychowski JM, Norman AM, Richter HE — 2009
*Factors Influencing Post-Operative Outcomes from VVF Repairs in a Community Hospital in Liberia*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Read by Title at the International Continence Society 39th Annual Meeting, San Francisco, CA
Presented as Poster at the American Urogynecologic Society 30th Annual Meeting, Hollywood, FL
*Journal of Pelvic Medicine & Surgery.* 15(5):374-375, September/October 2009.
*Brit J Med Surg Urol,* In Press, 2011.

**Bowling CB**, Gerten KA, Chapman VR, Cliver SP, Neely CL, Burgio KL, Wheeler TL, Richter HE — 2007
*Sphincter Tears in Primiparous Women: Is Age a Factor?*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Poster presented at 34th Annual SGS Meeting, Apr. 2008;
*International Urogynecology Journal*, Volume 20, Issue5 (2009), Page 565.

**Bowling CB**[1], Vogt VY[2], Summitt RL[2]. *Teaching and Assessing Basic Surgical Skills; Testing the Effectiveness of an Interactive DVD*; — 2005-2006
University of Tennessee, Memphis; Department of Obstetrics & Gynecology[1]
Vanderbilt University; Department of Obstetrics & Gynecology[2]
Presented as Poster at 2006 CREOG/APGO Annual Meeting

## UNIVERSITY ACTIVITIES

Women & Infant's Center Steering Committee — 2015-current
University of Tennessee Medical Center — Knoxville, TN

Pelvic Floor Disorders Center Steering Committee — 2015-current
University of Tennessee Medical Center — Knoxville, TN

Principal Developer - Urogynecology Rotation — 2014
University of Tennessee Medical Center — Knoxville, TN

Urogynecology Steering Committee — 2014
University of Tennessee Medical Center — Knoxville, TN

Robotics Steering Committee — 2012-current
University of Tennessee Medical Center — Knoxville, TN

Principal Developer – Resident Cystourethroscopy Credentialing Course — 2008-2010
University of Alabama, Birmingham — Birmingham, AL

Administrative Chief Resident, Obstetrics & Gynecology — 2006-2007
University of Tennessee, Memphis — Memphis, TN

Coordinator – Resident Journal Club — 2005- 2007
University of Tennessee, Memphis — Memphis, TN

Residency Recruitment Committee — June 2003- June 2007
University of Tennessee, Memphis — Memphis, TN

## HONORS AND AWARDS

*CityView Top Doc - Urogynecology* — 2018

*CityView Top Doc - Urogynecology* — 2017

*CityView Top Doc - Urogynecology* — 2016

*CityView Top Doc - Urogynecology* — 2015

*CityView Top Doc - Urogynecology* — 2014

*Astellas Research Educational Grant* - $10,000. Purpose of testing cystoscopy balloon teaching model — 2009

*Outstanding Video Presentation*, 34th Annual Meeting of the Society of Gynecologic Surgeons — 2008

*Golden Apple Teaching Award,* University of Tennessee OB/GYN Residency Program — 2004

*Orville Jack Duncan Scholarship for Academic Achievement,* UT College of Medicine — 2001

*James & Catherine Waters Scholarship for Academic Achievement,* UT College of Medicine — 2001

*Billy & Sally Gore Scholarship for Academic Achievement*, UT College of Medicine — 2001

## HONORS AND AWARDS (CONT.)

| | |
|---|---|
| *Summa Cum Laude,* University of Tennessee, Knoxville | 1998 |
| *Phi Beta Kappa,* University of Tennessee, Knoxville | 1997 |
| *Gamma Beta Phi Society*, University of Tennessee, Knoxville | 1996 |
| *Golden Key National Honor Society*, University of Tennessee, Knoxville | 1996 |
| *Phi Eta Sigma Honor Society,* University of Tennessee, Knoxville | 1995 |
| *Dean's List – 8 consecutive semesters*, University of Tennessee, Knoxville | 1994-1998 |

## INTERNATIONAL FISTULA WORK

Ganta United Methodist Hospital. January, 2009
Ganta, Liberia, Africa