## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR          Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                              MDL 2327
LITIGATION

-------------------------------------------------------

ETHICON WAVE 8 CASES LISTED IN
EXHIBIT A                                                JOSEPH R. GOODWIN U.S. DISTRICT
                                                                         JUDGE

### DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT MOTIONS AND
### REPLY BRIEFINGS OF RALPH ZIPPER, M.D. FOR WAVE 8

Come now Defendants and hereby move to exclude certain general opinions of one of Plaintiffs' experts, Dr. Ralph Zipper.  Defendants adopt and incorporate by reference the *Daubert* motion filed against Dr. Zipper for Ethicon Wave 1, Dkt. Nos. 2068 (motion), 2072 (memorandum in support), and supporting Reply brief, Dkt. 2221.  Defendants also adopt and incorporate by reference the *Daubert* motion filed against Dr. Zipper for Ethicon Wave 6, Dkt. Nos. 5076 (motion), 5077 (memorandum in support), and supporting Reply brief, Dkt. 5178. Defendants also adopt and incorporate by reference the Court's Wave 1 ruling with respect to Dr. Zipper. *See* Order, Dkt.. No. 2717; *see also* Dkt. 2418 (Notice of Adoption for Wave 2 Order), 3299 (Notice of Adoption for Wave 3 Order).

Ethicon respectfully requests that the Court exclude Dr. Zipper's testimony, for the

1

reasons expressed in the Wave 1 and Wave 6 briefings.   This notice applies to the Wave 8 cases identified in Exhibit A attached hereto.

Respectfully submitted,
/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

44422355.v1

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*

William M. Gage

44422355.v1