# EXHIBIT A

44422355.v1

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Yajaira A. Landin, et al. v. Ethicon, Inc., et al. | 2:13-cv-23995 | TVT |
| Patricia Paris, et al. v. Ethicon, Inc., et al. | 2:15-cv-15749 | TVT-O |
| Lydia Rodriguez Morales, v. Ethicon, Inc., et al. | 2:17-cv-03029 | Prolift |
| Mary Ann Balsamo, et al. v. Ethicon, Inc., et al. | 2:14-cv-27839 | Prolift +M; TVT-O |
| Colleen K. Bowling v. Ethicon, Inc., et al. | 2:14-cv-26063 | TVT |
| Joy L. Bredlow v. Ethicon, Inc., et al. | 2:13-cv-33415 | TVT-O |
| Linda P. Coghlan, et al. v. Ethicon, Inc., et al. | 2:14-cv-18583 | TVT-Exact |
| Tina M. Collins, et al. v. Ethicon, Inc., et al. | 2:14-cv-16375 | TVT |
| Judy Ann Dafryck, et al. v. Ethicon, Inc., et al. | 2:13-cv-32034 | TVT-S |
| Carrie Ellen Deforest, et al. v. Ethicon, Inc., et al. | 2:14-cv-29458 | TVT; TVT-O |
| Donna F. Dunlap, et al. v. Ethicon, Inc., et al. | 2:14-c-v11689 | TVT-O; Prolift |
| Cathy Pelican v. Ethicon, Inc., et al. | 2:15-cv-14522 | UltraPro mesh |
| Joan Peltier-Ettiene, et al. v. Ethicon, Inc., et al. | 2:14-cv-24479 | TVT-S |
| Lisa Rafal, et al. v. Ethicon, Inc., et al. | 2:13-cv-30924 | TVT-O; TVT-R |

| Tammy L. Rowan, et al. v. Ethicon, Inc., et al. | 2:14-cv-02822 | TVT-O |
|---|---|---|
| Lisa M. Shaw, et al. v. Ethicon, Inc., et al. | 2:14-cv-25802 | TVT |
| Candida Soto v. Ethicon, Inc., et al. | 2:14-cv-20814 | TVT-O |
| Susan Stone, et al. v. Ethicon, Inc., et al. | 2:14-cv-24922 | TVT-O |
| Corrinne L. Suppa v. Ethicon, Inc., et al. | 2:14-cv-15978 | TVT-O |
| Marti R. Thomas, et al. v. Ethicon, Inc., et al. | 2:14-cv-19682 | TVT-O |
| Donna Tindall v. Ethicon, Inc., et al. | 2:14-cv-24096 | Gynemesh |
| Linda Valdez, et al. v. Ethicon, Inc., et al. | 2:14-cv-15375 | TVT-S |
| Crystal S. Vincent, et al. v. Ethicon, Inc., et al. | 2:14-cv-10298 | TVT-S |
| Kathryn L. Weisz v. Ethicon, Inc., et al. | 2:14-cv-24481 | TVT-Abbrevo |
| Sherry Willis, et al. v. Ethicon, Inc., et al. | 2:14-cv-14532 | Prolift |
| Linda Johnston v. Ethicon, Inc., et al. | 2:17-cv-01892 | TVT-O |
| Elizabeth J. Willet et al. v. Ethicon, Inc., et al. | 2:13-cv-01573 | Prosima |
| Elyece Paholke et al. v. Ethicon, Inc., et al. | 2:17-cv-01100 | Prosima; TVT-S |
| Pamela Rourke et al. v. Ethicon, Inc., et al. | 2:13-cv-03866 | Prosima |
| April M. Strickland v. | 2:14-cv-12770 | TVT-S |

6

44422355.v1

| Ethicon, Inc., et al. | | |
| --- | --- | --- |
| Barbara A. Vosper, et al. v. Ethicon, Inc., et al. | 2:14-cv-03449 | TVT-S |
| Dawn Duffy, et al. v. Ethicon, Inc., et al. | 2:17-cv-04476 | TVT-O; Prosima |

7

44422355.v1