**EXHIBIT A**
**TO DEFENDANTS' MOTION TO EXCLUDE THE GENERAL CAUSATION EXPERT OPINIONS OF DR.KONSTANTINWALMSLEY FOR ETHICON WAVE 8**

**List of Applicable Cases**

| Case Name | Case Number | Product(s) |
|---|---|---|
| Bryce, Linda & William J. | 2:16cv06293 | Prolift Total"TVT Obturator |
| Bushway, Rose Marie & Charles | 2:16cv08070 | Prolift Posterior"TVT Obturator |
| Gossen, Jeanne P. | 2:17cv03184 | TVT Exact |
| Payne, Rebecca | 2:16cv02833 | Prolift Total"TVT Secur |
| Reeder, Debbie D. & Claude | 2:15cv12422 | TVT Obturator |