## EXHIBIT A

| Expert Name (Last name, First name) | Case Specific or General ? | Plaintiff Name (Last name, First name) | Case No. |
|---|---|---|---|
| Kammerer-Doak, Dorothy | General & CS | Baca, Deborah | 2:14-cv-28542 |
| Kammerer-Doak, Dorothy | general | Calder, Rosa & Luis Fernando Luna | 2:13-cv-10649 |
| Kammerer-Doak, Dorothy | general | Christie, Rita | 2:15-cv-02880 |
| Kammerer-Doak, Dorothy | general | Close, Cynthia & Terrance | 2:13-cv-05940 |
| Kammerer-Doak, Dorothy | general | Deforest, Carrie Ellen & Dwight | 2:14-cv-29458 |
| Kammerer-Doak, Dorothy | general | Farmer, Beverly Cindy & Stephen T. | 2:14-cv-01855 |
| Kammerer-Doak, Dorothy | general | Garcia, Rene | 2:17-cv-02665 |
| Kammerer-Doak, Dorothy | General & CS | Granillo, Monica & Henry | 2:13-cv-06575 |
| Kammerer-Doak, Dorothy | General & CS | Haviland, LaDonna | 2:13-cv-29779 |
| Kammerer-Doak, Dorothy | General & CS | Holmer, Wanda Ann & Rich | 2:17-cv-00093 |
| Kammerer-Doak, Dorothy | general | Hoss, Susan & Neal | 2:13-cv-20079 |
| Kammerer-Doak, Dorothy | general | Jens, Frances & Steven | 2:15-cv-05599 |
| Kammerer-Doak, Dorothy | general | Jung, Wendy & John | 2:15-cv-03317 |
| Kammerer-Doak, Dorothy | general | LaVoie, Kara | 2:13-cv-20077 |
| Kammerer-Doak, Dorothy | general | McKenna, Vickie | 2:17-cv-01356 |
| Kammerer-Doak, Dorothy | general | Moore, Lynnyce | 2:13-cv-22695 |
| Kammerer-Doak, Dorothy | general | Paseka, Colleen S. | 2:13-cv-13451 |
| Kammerer-Doak, Dorothy | General & CS | Therrien, Brenda | 2:16-cv-11126 |
| Kammerer-Doak, Dorothy | General & CS | Westra, Rogene | 2:17-cv-01895 |
| Kammerer-Doak, Dorothy | general | Zastrow, Sarah et al. | 2:13-cv-02421 |