# EXHIBIT A

**EXHIBIT A**

| Expert Name (Last name, First name) | Case Specific or General ? | Plaintiff Name (Last name, First name) | Case No. |
|---|---|---|---|
| Bedestani, Ahmet | general | Bailey, Nancy | 2:15-cv-07095 |
| Bedestani, Ahmet | General & CS | Baumgardner, Deborah Kay & Michael | 2:14-cv-24274 |
| Bedestani, Ahmet | General & CS | Carter, Betty | 2:15-cv-02877 |
| Bedestani, Ahmet | general | Chadbourne, Joan L. | 2:16-cv-10326 |
| Bedestani, Ahmet | general | Cunningham, Sherrilene | 2:13-cv-25155 |
| Bedestani, Ahmet | general | Donaldson, Dianne M. & Dale A. | 2:15-cv-06253 |
| Bedestani, Ahmet | General & CS | Evans, Wanda L. | 2:13-cv-25626 |
| Bedestani, Ahmet | General & CS | Hitt, Kim & Darrell | 2:13-cv-22103 |
| Bedestani, Ahmet | General & CS | Rourke, Pamela & Fred | 2:13-cv-03866 |
| Bedestani, Ahmet | General & CS | Thibodeaux-Billodeaux, Dana & Craig | 2:14-cv-01381 |
| Bedestani, Ahmet | general | Willet, Elizabeth J. & James E. | 2:13-cv-01573 |