# EXHIBIT D

**From:** Meek, Jonathan [ETHUS] <JMeek1@ETHUS.JNJ.com>
**Sent:** Thu, 24 Apr 2008 09:21:36 GMT
**To:** Robinson, David [ETHUS] <DRobin11@ETHUS.JNJ.com>; Bourdeau, Dave [ETHUS] <DBourdea@ETHUS.JNJ.com>; St. Hilaire, Price [ETHUS] <PSTHILAI@ETHUS.JNJ.com>
**CC:** Gadot, Harel [ETHUS] <HGadot1@ethus.jnj.com>
**Subject:** Fw: PROLIFT + M Registration

---

Guys,
Despite reinforcing the caveat of unconfirmed accuracy, I want to feedback the concern to receive this feedback particularly as Dr Lucente was an ambassador for the company during his Australian visit and these comments if true are unhelpful to all.
Although I am not aware who owns this relationship, it appears that Dr Lucente may have some concerns that are being voiced via inappropriate channels that are unresolved.
Can I please encourage that we as an organisation work to address any concerns that he has and to reinforce the need to communicate appropriately (while being sensitive to the Australian team who provided the feedback)
Regards
Jonathan Meek


----- Original Message -----
From: HARCOURT, Rosalyn [MEDAU]
To: Meek, Jonathan [ETHUS]
Sent: Wed Apr 23 20:45:06 2008
Subject: RE: PROLIFT + M Registration


This is via a third person rather than directly to me, basically that he feels J&J don't look after him and appreciate his status in the industry. Apparently there was a conference that he was asked to speak at on short notice and J&J wouldnt pay for his airfare as he was already going there. He feels that his feedback on products is not being listened to as a top KOL and that there are other companies chasing him, offering to look after him at a much higher level.

As to whether or not any of this is true, I don't know however I thought it should be passed on. When he went through his presentations with me he was quite scathing of PROSIMA being a reckless product, TVT Secur as having problems and being behind MINI ARC in terms of reliability. I do know that several comments were made in surgery (off camera) about TVT Secur, the use of ULTRAPRO for gyne surgery (now there is a can of worms that we didnt need promoted).

This doesnt look like you are on holidays.... Do you want to speak some time next week for a general catch up? I can call you early am our time.

Ros

-----Original Message-----
From: Meek, Jonathan [ETHUS]
Sent: Wednesday, 23 April 2008 7:43 PM

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05009194

To: HARCOURT, Rosalyn [MEDAU]
Subject: Re: PROLIFT + M Registration


Thanks for this Ros.
What did Vince say?

----- Original Message -----
From: HARCOURT, Rosalyn [MEDAU]
To: Meek, Jonathan [ETHUS]
Sent: Wed Apr 23 00:58:35 2008
Subject: RE: PROLIFT + M Registration

Hello!

Arent you on holidays? Lets talk when you are back and a replacement is on the way. At this stage, things here are quite smooth - we had a brilliant roadshow last week with Preceptors, KOLs and locals in VIC. Interestingly, Vince didn't hold back in his disappointment with J&J in the US in terms of "looking after him". Im not sure who owns that relationship but I think he is after some serious TLC.

For the first time this year we are over forecast for a month - tracking at 20% over forecast for April, 36% over prior year. Fingers crossed for a good second quarter.

Sharon was a great marketer just not into compliance and slow turning wheels however I think her impact in three months has been really strong and hopefully that will flow smoothly into our plans for the rest of the year.


-----Original Message-----
From: Meek, Jonathan [ETHUS]
Sent: Tuesday, 22 April 2008 6:23 PM
To: HARCOURT, Rosalyn [MEDAU]
Subject: RE: PROLIFT + M Registration


Thanks Ros and welcome back.
Sorry to hear about Sharon.
Is there anything that I can do to help over there??

I am still happy to set up a recurrent call with you to assist you settling into the role. Over to you


Jonathan Meek
Worldwide Marketing Director
ETHICON Women's Health & Urology
P.O. Box 151, Route 22 West. Somerville, NJ. USA 08876-0151
(+1) Office: 908 541-3863 | Mobile: 908 938 7590 | jmeek1@ethus.jnj.com

-----Original Message-----
From: HARCOURT, Rosalyn [MEDAU]
Sent: Tuesday, April 22, 2008 3:32 AM
To: Meek, Jonathan [ETHUS]

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05009195

Cc: GRIEBEL, Paul [MEDAU]
Subject: PROLIFT + M Registration

Hi

A quick note to let you know that the above received TGA registration today. Rather than a full 12 month registration process as anticipated, the TGA downgraded the application from a full Class 3b application to a Class 2b, piggybacking on the back of PROLIFT. This means that we will be able to apply for reimbursement in the next round with anticipation of a Jan '09 launch.

As its a good news story, I just had to share it.

Regards

Ros
Rosalyn Harcourt |Senior Product Manager
Johnson & Johnson Medical Pty Ltd ABN 85 00 160 403
1-5 Khartoum Road, North Ryde, NSW 2113 Australia
P.O. Box 134, North Ryde, NSW 1670 Australia
Direct: +61 2 9878 9111 | Mobile: 0412 345 656 | Fax: +61 2 9801 2345

This document is Johnson & Johnson (J&J) Proprietary. You may forward this document within J&J on a need to know basis. You may not forward this onto the Internet without the author's permission. This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that J&J can arrange for proper delivery, and then please delete the message from your in-box. If you wish to receive no further e-mails please contact us via e-mail at jjmail@medau.jnj.com or phone us - Australia 1800 252 194, New Zealand 0800 803 988.