# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327**<br>**MDL 2327**<br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |
| **THIS DOCUMENT RELATES TO:**<br>**WAVE 8 CASES ON ATTACHED EXHIBIT "A"** | |

## PLAINTIFFS' MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF PETER SAND, M.D.

Plaintiffs respectfully request that the Court preclude defense expert Peter Sand, M.D., from giving opinions on: (1) the design and material properties of the TVT Retropubic mesh device; and (2) the safety and efficacy of the TVT Retropubic device.

In support of this motion, Plaintiffs have submitted a memorandum of law and also rely upon the following attached exhibits:

    1.    A true copy of the Wave 8 TVT Expert Report of Peter Sand, M.D., attached as Exhibit B.

    2.    A true copy of the Deposition of Peter Sand, M.D. dated September 26, 2018, attached as Exhibit C.

    3.    A true copy of the Curriculum Vitae of Peter Sand, M.D., attached as Exhibit D.

Dated: October 18, 2018

Respectfully submitted,

*/s/ Jeffrey M. Kuntz*
Thomas P. Cartmell, Esq.
Jeffrey M. Kuntz, Esp.
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on October 18, 2018 using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

*/s/ Jeffrey M. Kuntz*
**Attorney for Plaintiffs**