**EXHIBIT A**

| Expert Name (Last name, First name) | Case Specific or General ? | Plaintiff Name (Last name, First name) | Case No. |
|---|---|---|---|
| Sand, Peter | General | Ash, Tammy | 2:16-cv-11635 |
| Sand, Peter | general | Hempstead, Anita | 2:13-cv-09300 |
| Sand, Peter | General & CS | Moore, Linda | 2:15-cv-13404 |
| Sand, Peter | General & CS | Olsen, Pamela J. & David | 2:13-cv-12636 |
| Sand, Peter | general | Stiffler, Sandra & William | 2:16-cv-03412 |
| Sand, Peter | general | Suarez, Alisha (Perez) Lauzon & Carlos | 2:14-cv-29091 |
| Sand, Peter | General & CS | Wessel, Joyce & Phillip | 2:14-cv-01383 |