**EXHIBIT D**

# CURRICULUM VITAE

### PETER K. SAND, M.D.

**Title**: Clinical Professor of Obstetrics & Gynecology
University of Chicago, Pritzker School of Medicine
Director, Evanston Continence Center
NorthShore University HealthSystem

**WORK:**  Evanston Continence Center
NorthShore University HealthSystem
9650 Gross Point Road
Suite 3900
Skokie, Illinois  60076

**EDUCATION:**

| | |
|---|---|
| 1974-1978 | Northwestern University, Honors Program In Medical Education B.S. Medical Sciences - 1978 |
| | Hebrew University, Jerusalem, Israel Additional Thesis Work in History And Literature of Religion - 1976 |
| 1976-1980 | Northwestern University Medical School M.D. - 1980 |

**MEDICAL TRAINING**:
Residency:

Obstetrics and Gynecology
Prentice Women's Hospital
Northwestern University Medical School
Chicago, Illinois   1980-1984

Fellowship:

Gynecologic Urology and Pelvic Surgery
Memorial Medical Center of Long Beach
And University of California
Irvine, California 1984-1986

**CERTIFICATION:**

Obstetrics & Gynecology
American Board of Obstetrics and Gynecology, December 1988
Recertification – 1998 to 2017
Female Pelvic Medicine & Reconstructive Surgery
June 21, 2013

**MEDICAL LICENSURE:**

Illinois 1980- present
036-064560

**HONORS & AWARDS:**

1. **New Jersey Masonic Temple Academic Scholarship**, 1974.

1

2. **First** **Annual** **Ralph** **Reis** **Research** **Award** for "Pregnancy Following Repeat Gestational Trophoblastic Disease," Chicago, Illinois, June 1981.

3. **Best** **Paper,** **District** **VI** **Annual** **Meeting** for "Repeat Gestational Trophoblastic Disease"; Chicago, IL, 1982.

4. **The** **Purdue-Frederick Award** for "Repeat Gestational Trophoblastic Disease", at the Annual ACOG Meeting; Atlanta, GA, May, 1983.

5. **Fourth** **Annual** **Ralph** **Reis** **Research** **Award** for "Methotrexate Inhibition of Normal Trophoblasts In-Vitro"; Chicago, IL, June 1984.

6. **Evanston** **Hospital** **Research** **Award** for "Methotrexate Inhibition of Normal Trophoblasts In-Vitro"; Evanston, IL, June, 1984.

7. **Central** **Prize** **Award** **of the Central Association of Obstetricians and Gynecologists** for "Conservative **Treatment of Ectopic Pregnancy with Methotrexate", at the annual Central Association of Obstetricians** and Gynecologists meeting, New Orleans, LA, October, 1985.

8. **Best** **Paper, Gynecologic** **Urology Society Annual Meeting** for "Hysterectomy and Prior Incontinence Surgery as Risk Factors for Failure of Retropubic Urethropexy"; Montreal, Canada, October,1986.

9. **Best Paper, American Urogynecologic Society Annual Meeting** for "Cryosurgery versus Dilation and Massage for the Treatment of Recurrent Urethral Syndrome"; San Francisco, CA, September 1987.

10. **Illinois** **Award** for "Cryosurgery versus Dilation and Massage for the Treatment of Recurrent Urethral Syndrome" at the ACOG District VI Annual Meeting, London, England, October, 1987.

11. **Best** **Paper,** **ACOG District VI Annual Meeting** for "Standing Incremental Cystometry Versus Multichannel Urodynamics for the Diagnosis of Detrusor Instability," Des Moines, IA, September, 1988.

12. **Award** **for** **Research, Society of Obstetricians and Gynecologists of Canada** for "Transvaginal Electrical Stimulation in the Treatment of Genuine Stress Incontinence and Detrusor Instability," at the Annual Meeting, Quebec, PQ, June, 1989.

13. **Illinois Award** for "Transvaginal Electrical Stimulation in the Treatment of Genuine Stress Incontinence and Detrusor Instability" at the ACOG District VI Annual Meeting, St. Paul, MN, September, 1989.

14. **Best Paper, ACOG District VI Annual Meeting** for "Transvaginal Electrical Stimulation in the Treatment of Genuine Stress Incontinence and Detrusor Instability," St. Paul, MN, September, 1989.

15. **Best Paper, International Urogynecological Association Annual Meeting** for "Pelvic Floor Stimulation Treatment of the Low Pressure Urethra" Nimes, France, September, 1993.

16. **Organon Ovestin Award**, for "Pelvic Floor Stimulation Treatment of the Low Pressure Urethra", September, 1993.

17. **President's Award, Society of Gynecologic Surgeons**, for "The Protective Effect of Suburethral Slings on Postoperative Cystocele Recurrence Following Pelvic Reconstructive Surgery," Lake Buena Vista, Florida, March, 2001.

18. **ACOG/Pharmacia Corporation Research Award on Overactive Bladder**, for "Lower Extremity Acupuncture for the Treatment of Lower Urinary Tract Symptoms", Los Angeles, California, May, 2002.

19. **Young Investigators Award of the Central Association of Obstetricians and Gynecologists**, for "Urinary Incontinence Among 'Mothers of Multiples': The Protective Effect of Cesarean Delivery **and Assessment of Obstetrical Risk Factors", Las Vegas, Nevada, October, 2002.**

20. **International Health Professional of the Year for 2005,** presented by the International Biographical Centre, Cambridge, England, October, 2004.

21. **Roy Pitkin Award for Excellence in Research** (4 Best Papers in *Obstetrics & Gynecology*), 2006.

22. **District VI Junior Fellow Paper of the Year** for Can Female Sexual Dysfunction in the General Population be Reliably Assessed by the PISQ-12, the Short Form of the Pelvic Organ Prolapse/Urinary Incontinence Sexual Questionnaire? Presented at the Annual District VI Meeting of the American College of Obstetricians & Gynecologists, Vancouver, B.C., Canada, August, 2007.

23. **IUGA Best Poster Award** for Factors Predicting Detrusor Overactivity Using a Logistic Regression Model, presented at the 32nd Annual Meeting of the International Urogynecology Association, Cancun, Mexico, June, 2007.

24. **AUGS Best Clinical Paper Award** for Environmental Factors Play A Dominant Role Over Genetics in Women with Stress Urinary Incontinence: A Large Population-Based Classical Twin Study." Presented at the 29th Annual Meeting of the American Urogynecologic Society, Chicago, Illinois, September, 2008.


**MILITARY SERVICE:** none


**FACULTY APPOINTMENTS:**

1. Clinical Instructor, Department of Obstetrics and Gynecology, University of California, Irvine, 1984-1986.

2. Assistant Professor, Department of Obstetrics and Gynecology, Rush Medical College, 1986-1991.

3. Associate Professor, Department of Obstetrics and Gynecology, Northwestern University Medical School, 1991-present.

4. Professor, Department of Obstetrics and Gynecology, Northwestern University Medical School, 2002-2009.

5. Clinical Professor, Department of Obstetrics & Gynecology, University of Chicago, Pritzker School of Medicine, 2009- present.


**HOSPITAL STAFF APPOINTMENTS:**

1. Associate Staff, Memorial Medical Center of Long Beach, 1984-1986.

2. Attending Staff, Rush-Presbyterian-St. Lukes Medical Center, 1986-1991.

3. Attending Staff, Evanston Hospital, 1988-1998.

4. Attending Staff, Rush Northshore Medical Center, 1988-1991.

5. Consulting Staff, Lutheran General Hospital, 1989-.

6.      Affiliate Staff, Rush Northshore Medical Center, 1991-present.

7.      Attending Staff, Highland Park Hospital, 1995-present.

8.      Senior Attending, Evanston Northwestern Healthcare, 1998-present.

9.      Attending Staff, Catholic Health Partners, 1998-2015.


**ADMINISTRATIVE APPOINTMENTS:**

1.      Director, Section of Urogynecology, Rush Medical College, 1986-1991.

2.      Director, Rush Urodynamics Center, Rush Medical College, 1986-1991.

3.      Assistant Director of Residency Education, Department of Obstetrics and Gynecology, Rush Medical College, 1986-1988.

4.      Director, Rush Laser Center, Rush Medical College, 1987-1991.

5.      Director, Fellowship in Urogynecology, Rush Medical College, 1987-1991.

6.      Director, Division of Urogynecology, NorthShore University HealthSystem, 1991-2010.

7.      Director, Evanston Continence Center, NorthShore University HealthSystem, 1991-present.

8.      Director, Fellowship in Urogynecology and Reconstructive Pelvic Surgery, NorthShore University HealthSystem, 1992-2011.


**TEACHING EXPERIENCE:**

1.      Developed a teaching curriculum for junior and senior medical students in the Ambulatory Urogynecology Clinic, Memorial Medical Center of Long Beach, University of California, Irvine, (1985).

2.      Participated in Core Teaching curriculum for junior medical students in Gynecology, Rush Medical College, 1986-1991.

3.      Devised new evaluation form for resident evaluation in Obstetrics and Gynecology, Rush Medical College, 1987.

4.      Developed Guidelines for Resident Education in Urogynecology, Education Committee, American Urogynecologic Society, 1988.

5.      Started Journal Club Seminar for residents in Obstetrics and Gynecology, Rush Medical College, 1988.

6.      Developed Cadaveric Instructional Hands-on Laboratory in Pelvic Anatomy for Residents in Obstetrics and Gynecology, Rush Medical College, 1988-1990.

7.      Started Post-Graduate Course in Urogynecology, Rush Medical College, 1988-1990.

8.      Started Fellowship in Urogynecology, Rush Medical College, 1988-1991.

9.      Participate in Core Teaching Curriculum for junior medical students in Obstetrics and Gynecology, Northwestern University Medical School, 1991-present.

10.     Started Fellowship in Urogynecology and Reconstructive Pelvic Surgery, Evanston Northwestern Healthcare, Northwestern University Medical School, 1992-present.

11.     Started Annual Post-Graduate Course, Advances in Urogynecology and Reconstructive Pelvic Surgery, Northwestern University Medical School, 1992-present.

12.     Started weekly Urogynecology Rounds with residents and students, Evanston Northwestern Healthcare, 1992-present.

13.     Started weekly Urodynamics Rounds for Fellows, Residents and staff, Evanston Northwestern Healthcare, 1993-present.

14.     Started Annual Post-Graduate Course, Update in Gynecologic Urology in St. Croix, Northwestern University Medical School, 1995.

15.     Started Annual Post-graduate Course, Update in Gynecologic Urology in St. Thomas, Northwestern University Medical School, 1996-present.

16.     Started weekly Urogynecology Research Rounds for Fellows, Residents and staff, Evanston Northwestern Healthcare, 1996-present.

17.     Developed Educational Guidelines for Medical Student, Resident and Fellow Education (Core Curriculum) in Urogynecology and Reconstructive Pelvic Surgery, International Urogynecological Association, 1998-2001.


**COMMITTEE SERVICE:**

1.      Rush Medical College, Executive Committee, 1988-1991.

2.      Rush Medical College, Residency Selection Committee, 1987-1991.

3.      Rush Medical College, Faculty Senate, 1989-1990.

4.      Rush Medical College, Committee on Senior Faculty Appointments and Promotions, 1990-1991.

5.      Evanston Hospital Ethics Committee, 1992-present.

6.      Evanston Hospital Department of OB/GYN Education Committee 1992-present.

7.      Evanston Hospital Operating Room Committee 1993-2002.

8.      Northwestern University Medical School, Department of OB/GYN Continuing Medical Education Committee, 1995-2009.

9.      Evanston Northwestern Healthcare OB/GYN Executive Committee, 2000- 2010.

10.     Evanston Northwestern Healthcare Women's Issues Committee, 2001-present.

11.     Northwestern University Medical School, Department of OB/GYN Promotions Committee, 2002-2009.

12.   Northwestern University, Feinberg School of Medicine, Continuing Medical Education Committee, 2004-2009.


**PROFESSIONAL & SCIENTIFIC ACTIVITY:**

1.   Editor, International Urogynecological Association Newsletter, 1985-1989.

2.   Education Committee Member, American Urogynecologic Society, 1987-1989.

3.   Special Reviewer, Obstetrics and Gynecology, 1987-present.

4.   Special Reviewer, American Journal of Obstetrics and Gynecology, 1987-present.

5.   Secretary-Treasurer, International Urogynecological Association, 1988-2004.

6.   Chairman, Bylaws Committee, International Urogynecological Association, 1988-2004.

7.   Associate Editor, International Urogynecology Journal, 1989-present.

8.   Consultant to the American Medical Association, The Diagnostic and Therapeutic Technology Assessment Program, 1992-1994.

9.   Consultant to the American Medical Association, Drug Evaluations, 1993-1994.

10.  Reviewer, International Journal of Gynecology and Obstetrics, 1992-present.

11.  Reviewer, Neurourology and Urodynamics, 1993-present.

12.  International Editorial Board, UROGIN- Journal of the Society of Mexican Urogynecologists, 1997-present.

13.  Consultant, American Geriatrics Society, Ad Hoc Committee on Bladder Problems in Older Adults, 2000-2002.

14.  Reviewer, Journal of Urology, 2001-present.

15.  Reviewer, Urology, 2001-present.

16.  Reviewer, Journal of Reproductive Medicine, 2001-present.

17.  Reviewer, Journal of Pelvic Surgery, 2001-present.

18.  Second Vice-President, International Urogynecological Association, 2004-6.

19.  Special Reviewer, Drug Therapy, 2005-present.

20.  Special Reviewer, Therapy, 2005-present.

21.  Reviewer, British Journal of Obstetrics & Gynaecology, 2005-present.

22.  Reviewer, European Journal of Obstetrics & Gynecology, 2006-present.

23.  Reviewer, Canadian Medical Association Journal, 2006- present.

24.  Reviewer, British Journal of Urology International, 2008- present.

25.  Reviewer, Journal of Sexual Medicine, 2009- present.

26.  Vice-President, International Urogynecological Association 2007-8.

27.  President, International Urogynecological Association 2009-10.

28.  Reviewer, Hospital Practice, 2010- present.

29.  Past-President, International Urogynecological Association 2011-12.

30.  Reviewer, Therapy, 2010- present.

31.  Reviewer, Expert Review of Obstetrics & Gynecology, 2012- present.

32.  President, Foundation for International Urogynecological Assistance, 2013- present.

33.  Reviewer, BioMed Research International 2015- present.


**SOCIETIES:**

1.      American College of Obstetrics and Gynecology, 1980-present.

2.      American Urogynecologic Society, 1984-present.

3.      International Continence Society, 1985-present.

4.      International Urogynecological Association, 1985-present.

5.      Chicago Gynecological Society, 1985-present.

6.      American Medical Association, 1986-present.

7.      Chicago Medical Society, 1986-present.

8.      Illinois State Medical Association, 1986-present.

9.      Central Association of Obstetricians and Gynecologists, 1994-present.

10.    Chicago Urogynecology Society, 2005- present.


**RESEARCH GRANTS (1996-present):**

1.      Principal Investigator, "Vicryl Mesh in the Prevention of Recurrent Cystocele", Phase IV Research Grant, Ethicon, Inc., 1996-2000: $21,870.

2.      Principal Investigator, "Modified Pereyra Urethropexy with Bone Anchoring Versus Abdominal Burch Urethropexy, A Prospective, Randomized Study", Phase IV Research Grant, Mitek, Inc., 1996-2000:

$116,434.

3.    Principal Investigator, "Urethrin Versus Contigen in the Treatment of Type III Incontinence", Phase III Research Grant, Mentor Urology, 1996-2000: $60,990.

4.    Principal Investigator, "A Multicenter, Randomized, Cohort-Controlled Study to Evaluate the Safety and Effectiveness of the On-Command Catheter in Women with Lower Urinary Outlet Tract Disorders: A Pilot Study", Phase II Research Grant, Uroquest Corporation, 1997-1998: $26,400.

5.    Principal Investigator, "Open-Label Safety and Dose-Conversion/Determination Study of OROS Oxybutynin Chloride for Urge Urinary Incontinence", Phase III Research Grant, Alza Pharmaceuticals, 1997-1998: $26,670.

6.    Principal Investigator, "Pilot Study for the Clinical Evaluation of Tutoplast Processed Fascia", Research Grant, Mentor Urology,1998-2001: $57,800.

7.    Principal Investigator, "A Comparison of Fiberoptic Versus Microtip Transducers for Identifying Intrinsic Sphincteric Deficiency", Research Grant, Medamicus, Inc., 1998-1999: $8,000.

8.    Principal Investigator, "Muscle Stimulation System for Treatment of Incontinence", Research Grant, Neotonus Corporation,1998-1999: $59,632.

9.    Principal Investigator, "Tolterodine Versus Tolterodine and Estring in Patients with Symptoms of Urinary Urgency and Mixed Incontinence", Phase IV Research Grant, Pharmacia-Upjohn, 1998-1999: $26,670.

10.   Principal Investigator, "An Open-Label Study to Evaluate Patient Acceptance and Safety of OROS Oxybutynin Chloride in Urge Urinary Incontinence", Phase IIIb Research Grant, Alza Pharmaceuticals, 1998-1999: $44,600.

11.   Principal Investigator, "Anterior Colporrhaphy With or Without Tutoplast Processed Fascia: A Comparative Trial", Research Grant, Mentor Urology, 1999-2002: $217,200.

12.   Principal Investigator, "A Multicenter, Randomized, Double-Blind, Parallel Group Evaluation of the Safety and Efficacy and the Effect on Coagulation Parameters and Clotting Factors of Three Different Daily Doses of Elmiron in Patients with Interstitial Cystitis", Phase IIIb Research Grant, Alza Pharmaceuticals, 1999-2000: $26,000.

13.   Principal Investigator, "A 12 Week Safety and Efficacy Study of Oral TAK-637 Versus Placebo in Subjects with Overactive Bladder", Phase III Research Grant, Tap Holdings, Inc., 2000-2001: $59,700.

14.   Principal Investigator, "Comparison of the Efficacy and Tolerability of Ditropan XL and Detrol in the Treatment of Overactive Bladder", Phase IIIb Research Grant, Alza Pharmaceuticals, 2000: $65,497.

15.   Principal Investigator, Pharmacia, "A Phase IIIb, Open-Label, Single-Arm Trial in Adult Patients with Overactive Bladder and Symptoms of Urinary Urgency, Frequency and/or Urge Incontinence", Phase IIIb Research Grant,   2001: $22,512.

16.   Principal Investigator, "A Prospective, randomized,    Comparative, Parallel Group Study of Coaptite and Contigen for Urethral Sphincter Augmentation in the Treatment of Stress Incontinence in a Female Population", Phase III Research Grant, Bioform, Inc., 2001-2004: $200,850.

17.   Principal Investigator, "Double-Blind, Placebo-Controlled Study Comparing Oxybutynin Transdermal Systems Versus Tolterodine Long Acting Capsules in Patients with Overactive Bladder", Phase III Research Grant, Watson Pharmaceuticals, 2001-2002: $85,800.

18. Principal Investigator, "An Eight-Week, Double-Blind, Randomized, Parallel-Group Design, Multicenter Study of Flomax Capsules, 0.4mg Daily Versus Placebo, in Female Patients with  Lower Urinary Tract Symptoms (LUTS) with a Significant Component of Voiding Symptoms", Phase III Research Grant, Boehringer Ingelheim Pharmaceuticals, 2001-2003: $60,355.

19. Principal Investigator, "Randomized, Double-Blind, Placebo-Controlled, Dose-Finding Study to Evaluate the Effects of Partial Alpha 1A/1L Adenoreceptor Agonist, Ro115-1240, in Women with Stress Urinary Incontinence", Phase III Research Grant, Hoffman La Roche Pharmaceuticals, 2001-2004: $85,358.

20. Principal Investigator, Comparison of the Efficacy and Tolerability of Ditropan XL and Detrol LA in the Treatment of Overactive Bladder, Research Grant, Ortho-McNeil Pharmaceuticals, 2002: $79,760.

21. Principal Investigator, A Multi-Center, Double-Blind, Placebo-Controlled Study of 20 mg, Twice Daily Trospium Chloride for 12 Weeks Followed by a 6-Month Open-Label Treatment Phase in Patients with Overactive Bladder, Research Grant, Interneuron Pharmaceuticals 2001-2003: $58,250.

22. Principal Investigator, A Multicenter Evaluation of Colpexin Spheres in Females with Vaginal Prolapse, Research Grant, Adamed, Inc., 2001-2002: $52,240.

23. Principal Investigator, A Prospective Randomized Evaluation Comparing FortaPerm to Autologous Fascia as Suburethral Slings for the Management of Female Stress Urinary Incontinence, Research Grant, Biomatrix Corporation, 2002-2005: $45,000.

24. Principal Investigator, "Acupuncture for the Treatment of Lower Urinary Tract Symptoms", Pharmacia/ACOG Research Award on Overactive Bladder, 2002-2003: $15,000.

25. Principal Investigator,6-Month Open-Label Treatment Phase Extension in Patients with Overactive Bladder: A Multi-Center, Double-Blind, Placebo-Controlled Study of 20 mg, Twice Daily Trospium Chloride, Research Grant, Indevus Pharmaceuticals,2002-2004: $17,881.

26. Principal Investigator, A Multi-Center, Double-Blind, Placebo-Controlled, Dose-Titration Study of Oxybutynin Trransdermal Systems in Patients with Overactive Bladder, Research Grant, Watson Pharma, 2003-2004: $39,024.

27. Principal Investigator, A Placebo-Controlled Study Evaluating the Safety and Efficacy of Oxybutynin Chloride 3 mg and 5 mg in Woman with Overactive Bladder, Research Grant, Ortho McNeil, 2003-2005: $26,970.

28. Principal Investigator, Retrospective Evaluation of Anterior Colporrhaphy versus Arcus Tendineus Graft Placement for the Repair of Advanced Anterior Vaginal Wall Prolapse, Research Grant, Boston Scientific Corporation, 2003-2005: $36,075.

29. Principal Investigator, Parallel Group, Randomized Double-Blind, Placebo Controlled Multi-Center Trial to Investigate the Efficacy and Safety of Sustained Release Fesoterodine in Subjects with Overactive Bladder Syndrome, Research Grant, Pfizer, 2004-2005: $48,000.

30. Principal Investigator, A Randomized, Double-Blind, Placebo-Controlled Parallel Group Evaluation of the Efficacy and Tolerability of Two Different Doses of Elmiron for the Treatment of Interstitial Cystitis, Research Grant, Ortho McNeil, 2003-2004: $72,000.

31. Principal Investigator, Anterior Colporrhaphy Versus Arcus Tendinous Graft Placement for the Repair of Advanced Anterior Vaginal Wall Prolapse, Research Grant, Boston Scientific Corporation, 2004-2006:

$56,775.

32.     Principal Investigator, Enhancement of Vaginal Wound Healing by Non-Viral Transfection of PDGF TGF-Beta and bFGF Genes  (Master Animal Use Application), Research Grant, Department of Obstetrics & Gynecology, Evanston Northwestern Healthcare, 2004-6: $35,000.

33.     Principal Investigator, Lower Extremity Acupuncture for the Treatment of Lower Urinary Symptoms, Research Grant, ACOG Pfizer Award for Overactive Bladder Syndrome Research, 2003-2007: $40,000.

34.     Principal Investigator, A Prospective, Randomized Comparison of Outcomes Following Posterior Colporrhaphy vs. Site-Specific Defect Repair of Advanced Rectocele, Divisional Funding, 2003-2008.

35.     Principal Investigator, A Prospective Randomized Evaluation Comparing Tension Free Vaginal Tape to Transvaginal Cooper's Ligament Sling for the Treatment of Genuine Stress Incontinence and Low Pressure Urethra, Divisional Funding, 2002-2004.

36.     Principal Investigator, A Prospective, Single-Arm, Post Market Clinical Study to Evaluate a Mid-Urethral Vaginal Tape Procedure with a Pre-Pubic Delivery Approach, for the Treatment of Stress Urinary Incontinence, Research Grant, Boston Scientific Corporation, 2006-7: $27,700.

37.     Principal Investigator, A Multi-Center, Double-Blind, Randomized, Placebo-Controlled , Parallel-Group, Dose-Response Study of the Safety and Efficacy of a Single Treatment of BOTOX (Botulinum Toxin Type A) Purified Neurotoxin Complex in Patients with idiopathic Overactive Bladder with Urinary Urge Incontinence, Research Grant, Allergan Corporation, 2006-2008: $147,875.

38.     Principal Investigator, SUmiT Trial: Study of Urgent PC vs. Sham Effectiveness in Treatment of Overactive Bladder Symptoms, Research Grant, Uroplasty, Inc., 2008-2009: $92,500.

39.     Principal Investigator, A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Study of the Safety and Efficacy of Repeat Treatment with Two Dose Levels of BOTOX (Botulinum Toxin Type A) Purified Neurotoxin Complex Followed by a Treatment with BOTOX in Patients with Urinary Incontinence Due to Neurogenic Bladder Dysfunction, Research Grant, Allergan Corporation, 2006-2009: $447,490.

40.     Principal Investigator, Efficacy, Safety, and Duration of Action of Detrusor Muscle Injections of Botulinum Toxin Type A (Botox) in Subjects with Refractory Idiopathic Overactive Bladder (IOAB) Symptoms and Incontinence - a Prospective, Open-Label Study, BTX0625, Research Grant, Allergan Corporation, 2008-2010: $40,000.

41.     Principal Investigator: Adult Muscle Derived Cells in the Treatment of Type III Stress Urinary Incontinence, A Prospective Randomized, Placebo-Controlled Trial, Research Grant, Cook Myosite Corporation, 2014-preseent: $325,000.


**SCHOLARLY PRODUCTIVITY:**


**Publications (Refereed Journals):**

1.   Lurain JR, **Sand PK,** Carson SA, et al.: Pregnancy Outcome Subsequent to Consecutive Hydatidiform Moles. Am J Obstet Gynecol 142:1060, 1982.

2. **Sand PK,** Lurain JR, and Brewer JI:  Repeat Gestational Trophoblastic   Disease.  Obstet Gynecol 63:140, 1984.

3. **Sand PK**, Bowen LW, Ostergard DR:  A Primer on Laser Use in Gynecology. Female Patient 10:91, 1985.

4. **Sand PK**, Bowen LW, Ostergard DR:  Voiding Dysfunction in the Adolescent. Obstet Gynecol Surv 41:342, 1986.

5. Bowen LW, **Sand PK**, Ostergard DR:  Toxic Shock Syndrome Following $CO_2$ Laser of Genital Tract Condyloma Acuminatum.  Am J Obstet Gynecol    154:145, 1986.

6. Lurain JR, **Sand PK**, Brewer JI:  Choriocarcinoma Associated with Ectopic Pregnancy.  Obstet Gynecol 62:226, 1986.

7. **Sand PK**, Bowen LW, Blischke SO, Ostergard DR:  Human Papillomavirus   Infection in Male Consorts. Obstet Gynecol 68:679, 1986.

8. **Sand PK**, Bowen LW, Ostergard DR:  Uninhibited Urethral Relaxation:  An Unusual Cause of Incontinence. Obstet Gynecol 68:645, 1986.

9. **Sand PK**, Stubblefield PA Ory SJ:  Methotrexate Inhibition of Normal   Trophoblasts In-Vitro.  Am J Obstet Gynecol 155:324, 1986.

10. Ory SJ, Villanueva AL, **Sand PK**, Tamura RK:  Conservative  Treatment of Ectopic Pregnancy with Methotrexate.  Am J Obstet Gynecol 154:1299, 1986.

11. **Sand PK**, Shen W. Bowen LW, Ostergard DR:  Cryotherapy for the Treatment of Intraurethral Condyloma Acuminatum.  J Urol 137:874,1987.

12. Francis LN, **Sand PK**, Hamrang K, Ostergard DR:  A Urodynamic Appraisal of Success and Failure After Retropubic Urethropexy.  J Reprod Med 32:693, 1987.

13. **Sand PK**, Bowen LW, Panganiban R, Ostergard DR:  The Low Pressure Urethra as a Factor in Failed Retropubic Urethropexy.  Obstet Gynecol 69:399, 1987.

14. **Sand PK**, Hill RC, Ostergard DR:  Supine Urethroscopic and Standing Cystometry as Screening Methods for the Detection of Detrusor Instability.  Obstet Gynecol 70:57, 1987.

15. **Sand PK**, Bowen LW, Ostergard DR, Nakanishi AM:  Hysterectomy and Prior Incontinence Surgery as Risk Factors for Failure of Retropubic Urethropexy. J Reprod Med 33:171, 1988.

16. **Sand PK**, Hill RC, Ostergard DR:  The Incontinence History as a Predictor of Detrusor Instability.  Obstet Gynecol 71:257, 1988.

17. **Sand PK**, Bowen LW, Ostergard DR, Brubaker LT, Panganiban R: The Effect of Retropubic Urethropexy on Detrusor Stability. Obstet Gynecol 71:818,  1988.

18. Bowen LW, **Sand PK**, Ostergard DR, Franti CE:  Unsuccessful Burch Retropubic Urethropexy.  A Case Controlled Urodynamic Study.  Am J Obstet Gynecol 160:452, 1989.

19. **Sand PK**, Bowen LW, Ostergard DR, Bent A. Panganiban R:  Cryosurgery Versus Dilation and Massage for the Treatment of Recurrent Urethral Syndrome.  J Reprod Med 34:499, 1989.

20. Brubaker LT, **Sand PK**: Cystometry, Urethrocystometry, and Videocystourethrography.  Clin Obstet

Gynecol 33:315, 1990.

21. **Sand PK**, Bowen LW, Ostergard DR:  The Effects of a Filling Catheter During Urodynamics.  Int Urogynecol J 1:124, 1990.

22. **Sand PK**, Bowen LW, Ostergard DR:  The Prognostic Significance of Augmentation of Urethral Closure Pressure and Functional Length. Int J Gynecol Obstet 33:155, 1990.

23. **Sand PK**, Brubaker LT:  Nonsurgical Treatment of Detrusor Overactivity in Postmenopausal Women.  J. Reprod Med 35:758, 1990.

24. **Sand PK**, Brubaker LT, Novak T:  Simple Standing Incremental Cystometry as a Screening Method for Detrusor Instability.  Obstet Gynecol 77:453 - 7, 1991.

25. Bent AE, **Sand PK**,  Ostergard DR, Brubaker LT:  Transvaginal Electrical Stimulation in the Treatment of Genuine Stress Incontinence and Detrusor Instability.  Int Urogynecol J 4:9-13, 1993.

26. Bowen LW, **Sand PK**, Ostergard DR, Franti CE:  Urodynamic Effects of a Vaginal Pessary in Women with Genital Prolapse. Obstet Gynecol (submitted).

27. **Sand PK**: Cryosurgery for Treatment of Urethral Syndrome.  Infect Urol 6:39-43, 1993.

28. Fedorkow DM, **Sand PK**, Retzky SS, Johnson DC:  The Cotton Swab Test:  Receiver-Operating Characteristic Curves.  J Reprod Med 1995;40:42-46.

29. Ouslander JG, **Sand PK**, Zuker W, Rappaport S:  Effects of Terodiline on Urinary Incontinence among Older Non-Institutionalized Women. J Am Geriatr Soc 41:915-922, 1993.

30. **Sand PK**, Richardson DA, Staskin DR, Swift SE, Appell RA, Whitmore KE, Ostergard DR, Lavin PT: Pelvic Floor Stimulation in the Treatment of  Genuine Stress Incontinence: A Multicenter, Placebo-Controlled Trial. Am J Obstet Gynecol 173:72-9, 1995.

31. Allen PM, Davis GD, Bowen LW, **Sand PK**, Hebert DB, Wilkinson EJ: The Female Urethral Syndrome is Rarely Associated with Human Papilloma-virus Infection Types 6, 11, 16, 18, 33, 35. Int Urogynecol J 6:195-7, 1995.

32. Staskin D, Bavendam T, Miller J, Diokno A, Sant G, Davilla GW, Knapp P, Rappaport S, **Sand PK**, Tutrone R: Effectiveness of a Urinary Control Insert in the Management of Stress Urinary Incontinence:  Results of a Multicenter Study. Urology 47: 629-36, 1996.

33. Lobel RW, **Sand PK**: The Empty Supine Stress Test as a Predictor of Intrinsic Urethral Sphincteric Dysfunction, Obstet Gynecol 88: 128-32, 1996.

34. **Sand PK**: Pelvic Floor Stimulation in the Treatment of Mixed Incontinence Complicated by a Low Pressure Urethra. Obstet Gynecol 88: 757-60, 1996.

35. Lobel RW, **Sand PK**: Incisional Hernia after Suprapubic Catheterization. Obstet Gynecol 89:844-6, 1997.

36. Miller KL, Richardson DA, Siegel SW, Karram MM, Blackwood NB, **Sand PK**: Pelvic Floor Electrical Stimulation for Genuine Stress Incontinence: Who Will Benefit and When? Int Urogynecol J 9:265-9, 1998.

37. Winkler HA, **Sand PK**: The Evaluation and Management of Hematuria in Women. Int Urogynecol J 8:156-60, 1997.

38. Siegel SW, Richardson DA, Miller KL, Karram MM, Blackwood NB, **Sand PK**, Staskin DR, Tuttle JP: Pelvic Floor Electrical Stimulation for the Treatment of Urge and Mixed Urinary Incontinence in Women. Urology 50:934-40, 1997.

39. Winkler HA, **Sand PK**: Treatment of Detrusor Instability with Oxybutynin Rectal Suppositories. Int Urogynecol J 9:100-2, 1998.

40. Lobel, RW, **Sand PK**: The use of Polyglactin 910 Mesh to Prevent Recurrence of Cystocele. Int Urogynecol J (in press).

41. **Sand PK**: Staskin D, Miller J, Diokno A, Sant GR, Davila GW, Knapp P, Rappaport S, Tutrone R: A Urinary Control. The Effect of a Urinary Control Insert on Quality of Life in Incontinent Women. Int Urogynecol J 10:100-5, 1999.

42. Winkler HA, **Sand PK**, Culligan PJ, Middleton, AW: Phase II Trial of an Intraurethral Magnetic Catheter. J Pelvic Surg 5:212-5, 2000.

43. **Sand PK**, Winkler HA: Analysis of Long-Term Elmiron Therapy for Interstitial Cystitis. Urology 49 (Suppl.5A): 93-99, 1997.

44. Gleason DM, Susset J, White C, Minoz DR, **Sand PK**: Evaluation of a New Once-Daily Formulation of Oxybutynin for Treatment of Urinary Urge Incontinence. Urology 54:420-3, 1999.

45. **Sand PK**, Culligan PJ, Winkler HA: A Prospective Randomized Study Comparing Modified Burch Retropubic Urethropexy and Suburethral Sling for Treatment of Genuine Stress Incontinence with Low Pressure Urethra. Am J Obstet Gynecol 182:30-34, 2000.

46. Glaser V, Blaivas JG, **Sand PK**: A Straightforward Approach to Urinary Incontinence. Patient Care Supplement March, 1999.

47. Winkler HA, Tomezsko JE, **Sand, PK**: Anterior Sacrospinous Vaginal Vault Suspension for Prolapse. Obstet Gynecol 95:612-5, 2000.

48. Winkler HA, David M, Culligan PJ, **Sand PK**: Detrusor Instability Index for Predicting Persistant Postoperative Detrusor Instability. Neurourol and Urodyn (submitted).

49. Galloway NTM, El-Galley RES, **Sand PK**, Appell RA, Russell HW, Carlan SJ: Extracorporeal Magnetic Innervation (ExMI) Therapy for Stress Incontinence. Urology 53(6):1108-11, 1999.

50. Koduri S, Goldberg RP, **Sand PK**: Transvaginal Therapy of Genuine Stress Incontinence. Urology 56(supp6A): 23-7, 2000.

51. Culligan PJ, Rackley R, Koduri S, Thompson RB, **Sand PK**: Is it Safe to Re-use a Syringe of Gax-Collagen? A Microbiological study. J Urol 164:1275-6, 2000.

52. Enzler M, Agins HJ, Kogan M, Kudurna J, **Sand PK**, Wurtz R, Culligan P: Osteomyelitis of the Pubis Following Suspension of the Neck of the Bladder with Use of Bone Anchors, J Bone Joint Surg 81A(12): 1736-40, 1999.

53. Goldberg RP, **Sand PK**: Electromagnetic Pelvic Floor Stimulation: Applications for the Gynecologist, Obstet Gyn Surv 55:715-20, 2001.

54. Goldberg RP, **Sand PK**, Beck H: Early Stage Ovarian Carcinoma Presenting with Lower Urinary Tract Symptoms, Int Urogynecol J 12:342-4, 2001.

55. Culligan PJ, Goldberg RP, Sasso K, Koduri S, Blackhurst DW, **Sand PK**: A Comparison of Microtransducer and Fiberoptic Transducer Catheters for Urethral Pressure Profilometry and Leak Point Pressure Assessment, Obstet Gynecol 98: 253-7, 2001.

56. Beck HH, Goldberg RP, **Sand PK**: Patient Symptoms in Early Stage Ovarian Cancer, J Pelvic Surg 7:79-82, 2001.

57. Koduri S, **Sand PK**: Recent Developments in Pelvic Organ Prolapse, Curr Opin Obstet Gynecol 12:399-403, 2000.

58. Koduri S, Goldberg R, Sand PK: Transvaginal Therapy of Genuine Stress Incontinence, Urology 56 (Supp; 6): 23-7, 2000.

59. **Sand PK**, Koduri S, Lobel RW, Winkler HA, Tomezsko J, Culligan PJ, Goldberg RP: Prospective Randomized Trial of Polyglactin 910 Mesh to Prevent Recurrence of Cystoceles and Rectoceles, Am J Obstet Gynecol 184:1357-64, 2001.

60. Goldberg RP, Koduri S, Culligan PJ, Lobel RW, Tomezsko J, **Sand PK**: The Protective Effect of Suburethral Slings on Postoperative Cystocele Recurrence Following Pelvic Reconstructive Surgery, Am J Obstet Gynecol 185:1307-13, 2001.

61. Appell RA, **Sand PK**, Dmochowski R, Anderson R, et al. Prospective, Randomized, Controlled Trial of Extended-Release Oxybutynin Chloride and Tolterodine Tartrate in the Treatment of Overactive Bladder: Results of the OBJECT Study, Mayo Clin Proc 76:358-63, 2001.

62. Goldberg RP, **Sand PK**:  Electromagnetic Pelvic Floor Stimulation for Urinary Incontinence and Bladder Disease, Int Urogynecol J 12:401-4, 2001.

63. Galloway N, El-Galley R, **Sand PK**, Appell RA, Russell H, Carlan S: Update on Extracorporeal Magnetic Innervation (ExMi) Therapy for Stress Urinary Incontinence, Urology 56(Supp 6A): 82-6, 2000.

64. Goldberg RP, Tomezsko JE, Winkler, HA, Koduri S, Culligan PJ, **Sand PK**: Anterior or Posterior Sacrospinous Vaginal Vault Suspension:  Long-Term Anatomic and Functional Evaluation, Obstet Gynecol 98: 199-204, 2001.

65. Goldberg RP, Tomezsko JE, Winkler, HA, Koduri S, Culligan PJ, **Sand PK**: Anterior or Posterior Sacrospinous Vaginal Vault Suspension:  Long-Term Anatomic and Functional Evaluation, Ob Gyn Surv 56(11): 689-90, 2001.

66. Koduri S, **Sand PK**:  Transvaginal Bladder Neck Suspension to Cooper's Ligament, Current Urology Reports 2(5): 344-9, 2001.

67. **Sand PK**: The Impact of Treating Overactive Bladder in Women, Female Patient 26(Suppl): 10-5, 2001.

68. **Sand PK**:  Urogynecology:  The Death of Dogma, Int Urogynecol J 12: 1-2, 2001.

69. Goldberg RP, **Sand PK**: Pathophysiology of the Overactive Bladder, Clin Obstet Gynecol 45 (1): 182-92, 2002.

70. **Sand PK**:  Elective Cesarean Section Can Prevent Future Urogenital Tract Disorders, Female Patient 27:18-28, 2002.

71. Culligan PJ, Koduri S, Heit MH, Rackley R, Thomson RB, Scwabe L, Goldberg RP, Bent AE, Nihira M, **Sand**

**PK**: The Safety of Reusing Injectable Collagen: A Multicenter Microbiological Study, Int Urogynecol J 13:232-5, 2002.

72. Culligan PJ, Goldberg RP, **Sand PK**: Long-Term Follow-up of a Prospective Randomized Study Comparing Modified Burch Retropubic Urethropexy and Suburethral Sling for Low-Pressure Urethra, Int Urogynecol J 14: 229-33, 2003.

73. **Sand PK**, Grobman W: Do Cesarean Deliveries Prevent Future Urogenital Abnormalities?, Female Patient 27:22-31, 2002.

74. Mattox JH, Parsons CL, **Sand PK**: Chronic Pelvic Pain of Bladder Origin, Female Patient 27(Supp):3, 2002.

75. Parsons CL, Stanford EJ, Kahn BS, **Sand PK**: Tools for Diagnosis and Treatment, Female Patient 27(Supp):12-17, 2002.

76. Goldberg RP, Kwon C, Gandhi S, Atkuru LV, Sorensen M, **Sand PK**: Urinary Incontinence Among Mothers of Multiples: The Protective Effect of Cesarean Delivery, Am J Obstet Gynecol 188: 1447-53, 2003.

77. Kwon C, **Sand PK**: Conservative Therapy for Overactive Bladder; Pelvic Floor Exercises, Current Urology Reports 3: 6, 2002.

78. Kwon CH, Culligan PJ, Koduri S, Goldberg RP, **Sand PK**: The Development of Pelvic Organ Prolapse Following Burch Retropubic Urethropexy, Int Urogynecol J 14: 321-5, 2003.

79. Goldberg RP, Tchetgen MB, **Sand PK**, Koduri S, Rackley R, Appell R, Culligan P: Incidence of Pubic Osteomyelitis Following Bladder Neck Suspension Using Bone Anchors, Urology 63: 704-8, 2004.

80. Dmochowski RR, **Sand PK**, Zinner NR, Gittleman MC, Davila GW, Sanders SW: Comparative Efficacy and Safety of Transdermal Oxybutynin versus Tolterodine in Previously Treated Patients with Urge and Mixed Urinary Incontinence, Urology 62: 237-42, 2003.

81. Goldberg RP, Kwon CH, Gandhi G, Atkuru LV, Sorensen M, **Sand PK**: Prevalence of Anal Incontinence Among "Mothers of Multiples" and Analysis of Risk Factors, Am J Obstet Gynecol 189 (6): 1627-30, 2003.

82. Kwon CH, Goldberg RP, Koduri S, **Sand PK**: The Use of Intraoperative Cystoscopy in Major Vaginal and Urogynecologic Surgeries, Am J Obstet Gynecol 187: 1466-72, 2002.

83. Boone TB, Appell R, **Sand PK**: Evaluation and Noninvasive Management of Overactive Bladder, OB/GYN Special Edition 5: 36-41, 2002.

84. Diokno A, **Sand P**, Labasky R, Sieber P, Antoci J Leach G, Atkinson L, Albrecht D: Long-term Safety of Extended-release Oxybutynin Chloride in a Community-dwelling Population of Participants with an Overactive Bladder: A One-year Study, Int Urol Nephrol 34(1): 43-49, 2002.

85. **Sand PK**, Wright EJ, Karram MM: Management of Overactive Bladder in the Gynecologic Practice Setting, OB/GYN Special Edition 6: 73-8, 2003.

86. Kwon C, **Sand PK**: Management of Overactive Bladder and Urinary Tract Infections in Women, OB/GYN Special Edition 6: 1-5, 2003.

87. Kwon C, **Sand PK**:  Anal Incontinence, J Pelvic Med Surg 10: 161-7, 2004.

88. Diokno AC, Appell RA, **Sand PK**, Dmochowski RR, Grubek BM, Klimberg IW, Kell SH: Prospective, Randomized, Double-Blind Study of the Efficacy and Tolerability of Extended-Release Formulations of Oxybutynin and

Tolterodine for Overactive Bladder: Results of the OPERA Trial, Mayo Clin Proc 78: 687-95, 2003.

89. Dmochowski RR, Fourcroy JL, Staskin DR, Appell RA, Burgio KL, DuBeau CE, Horowitz M, Lemack GE, Lightner DJ, Luber KM, MacDiarmid SA, Mallett VT, Newman DK, Peters KM, **Sand PK**: The Public Health Implications of Urogenital Disease: A Focus on Overactive Bladder, Clinician 21 (4): 1-20, 2003.

90. Goldberg RP, Koduri S, **Sand PK**, Kwon C, Culligan P: The Tensile Strength of Cooper's Ligament Suturing: Comparisons of Abdominal and Transvaginal Techniques, Int Urogynecol J 15: 425-8, 2004.

91. Gandhi S, Beaumont J, Goldberg R, Kwon C, Abramov Y, **Sand PK**: Foley versus Intermittent Self-Catheterization After Transvaginal Sling Surgery: Which Works Best? Urology 64: 53-7, 2004.

92. **Sand PK**, Miklos J, Karram M, Ritter H, Appell R: A Comparison of Extended-Release Oxybutynin and Tolterodine for the Treatment of Overactive Bladder in Women, Int Urogynecol J 15:243-8, 2004.

93. Goldberg RP, Kwon C, Gandhi S, Atkuru LV, **Sand PK**: Urinary Incontinence After Multiple Gestation and Delivery: Impact on Quality of Life, Int J Urogynecol 16:334-6, 2005.

94. Abramov Y, Goldberg RP, McGuire M, Golden B, Gandhi S, **Sand PK**: Eosinophilic Cystitis Following Bladder Instillation with Dimethyl Sulfoxide, Urology 63: 1182-3, 2004.

95. **Sand PK**: Chronic Pain Syndromes of Gynecologic Origin, J Reprod Med 49(Suppl): 230-4, 2004.

96. Abramov Y, **Sand PK**, Gandhi S, Botros S, Goldberg RP: Chronic Pelvic Actinomycosis Following a Bone Anchored Sling, J Urol 171:2381, 2004.

97. Gandhi S, Kubba LM, Abramov Y, Botros SM, Goldberg RP, Victor TA, **Sand PK**: Histopathologic Changes of Porcine Dermis Xenografts for Transvaginal Slings, Am J Obstet Gynecol 192: 1643-8, 2005.

98. Gandhi S, Goldberg RP, Kwon C, Koduri S, Beaumont JL, Abramov Y, **Sand PK**: A prospective Randomized Trial Using Solvent Dehydrated Fascia Lata for the Prevention of Recurrent Anterior Vaginal Wall Prolapse, Am J Obstet Gynecol 192: 1649-54, 2005.

99. Botros SM, Dieterich M, **Sand PK**, Goldberg RP: Successful Treatment of Zoon's Vulvitis with High Potency Topical Steroid, Int Urogynecol J 17: 178-9, 2006.

100. Abramov Y, Gandhi S, Botros SM, Goldberg RP, Sherman W, Rurak M, **Sand PK**: Do Alterations in Vaginal Dimensions Following Reconstructive Pelvic Surgeries Affect the Risk for Dyspareunia? Am J Obstet Gynecol 192: 1573-7, 2005.

101. Botros SM, **Sand PK**: Urinary Incontinence, Part 1: Evaluation, Menopause Management 13(5): 23-8, 2004.

102. Botros SM, **Sand PK**: Urinary Incontinence, Part 2: Treatment, Menopause Management 13 (6): 20-4, 2004.

103. **Sand PK**: Elevating our Therapeutic Expectations in Overactive Bladder, J Am Acad Nurse Pract 16(10) Supp: 8-11, 2004.

104. Abramov Y, **Sand PK**: Oxybutynin for Treatment of Urge Urinary Incontinence and Overactive Bladder: An Update and Review, Expert Opin Pharmacother 5(11): 2351-9, 2004.

105. Abramov Y, Gandhi S, Goldberg RP, Botros SM, Sherman W, **Sand PK**: Site-Specific Rectocele Repair Compared with Standard Posterior Colporrhaphy: Which Works Best?  Obstet Gynecol 105: 314-8, 2005.

106. Dmochowski R, Nitti V, Staskin D, Luber K, Appell R, Davila GW, **Sand P**: Transdermal Oxybutynin in the

Treatment of Adults With Overactive Bladder: Combined Results of Two Randomized Clinical Trials. W J Urol  23(4); 263-270, 2005.

107. Chu FB, Dmochowski RR, Lama DJ, Anderson RU, **Sand PK**: Extended-Release Formulations of Oxybutynin and Tolterodine Exhibit Similar Central Nervous System Tolerability Profiles: A Subanalysis of Data from the OPERA Trial, Am J Obstet Gynecol 192: 1849-55, 2005.

108. Appell RA, **Sand PK**: Nocturia: Etiology, Diagnosis and Treatment, Neurourol Urodyn 27:34-9, 2008.

109. **Sand PK**:  Should Women be Offered Elective Cesarean Section in the Hope of Preserving Pelvic Floor Function?  Int J Urogynecol 16: 255-6, 2005.

110. Koduri S, Goldberg RP, Kwon C, Dobrez DG, **Sand PK**: Factors Influencing the Long-Term Success of Periurethral Collagen Therapy in the Office, Int J Urogynecol 17:346-51, 2006.

111. Abramov Y, **Sand PK**, Botros SM, Gandhi S, Miller JJR, Nickolov A, Goldberg RP: Risk Factors for Female Anal Incontinence: New Insight Through the Evanston-Northwestern Twin Sisters Study, Obstet Gynecol 106: 726-32, 2005.

112. Lukban JC, Aguirre OA, Davila GW, **Sand PK**: Safety and Effectiveness of the Colpexin Sphere in the Treatment of Pelvic Organ Prolapse, Int Urogynecol J 17(5): 449-454, 2006.

113. **Sand PK**, Appell RA: Disruptive Effects of Overactive Bladder and Urge Urinary Incontinence in Younger Women, Am J Med 119(3A): 16S-23S, 2006.

115. Lavelle JP, Karram M, Chu, FM, Dmochowski R, MacDiarmid SA, Staskin DR, **Sand PK**, Appell R, Erdem N: Management of Incontinence for Family Physicians, Am J Med 119(3A): 37S-40S, 2006.

116. Botros SM, AbramovY, Goldberg RP, Beaumont JL, Gandhi S, Miller JR, Sand PK:  Detrusor  overactivity following midurethral sling procedures.  Am J Obstet Gynecol 193:2144-8, 2005.

117. Goldberg RP, Abramov Y, Botros S, Miller JR, Gandhi S, Nickolov A., Sherman W, Sand PK:  Delivery mode is the main environmental determinant of stress urinary incontinence: results of the Evanston-Northwestern Twin Sisters Study.  Am J Obstet Gynecol 193: 2149-53, 2005.

118. Abramov Y. Sand PK, Gandhi S, Botros SM, Miller JR, Koh EK, Goldberg RP: The effect of preemptive pudendal nerve blockade on pain after transvaginal pelvic reconstructive surgery, Obstet Gynecol 106:782-8, 2005.

119. Miller JJR, Sand PK: Diagnosis and Treatment of Overactive Bladder, Minerva Ginecologica 57: 501-20, 2005.

120. Abramov Y, Gandhi S, Goldberg RP, Botros SM, Kwon C, Sand PK. Site-specific repair compared with standard posterior colporrhaphy. Obstet Gynecol Surv 60: 297-8, 2005.

121. Gandhi S, Abramov Y, Kwon C, Beaumont JL, Botros S, Sand PK, Goldberg RP: TVT Versus SPARC: Comparison of Outcomes for Two Midurethral Tape Procedures, Int Urogynecol J 17: 125-30, 2006.

122. Abramov Y, Webb A, Miller JR, Alshahrour A, Botros SM, Goldberg RP, Ameer G, Sand PK: Biomechanical Characterization of Vaginal Versus Abdominal Surgical Wound Healing in a Rabbit Model, Am J Obstet Gynecol 194(5):1472-7, 2006.

123. Abramov Y, Miller JR, Golden B, Sullivan M, Alshahrour A, Botros SM, Goldberg RP, Sand PK: Histologic Characterization of Vaginal Versus Abdominal Surgical Wound Healing in the Rabbit, Wound Rep Regen 15:90-8, 2007.

124. Chester AE, Sathyan G, Bashir M, Dmochowski RR, Sand PK: The Distribution of Oxybutynin Chloride and Tolterodine Tartrate in Mice, J Pharmacol Exp Ther (submitted).

125. Diokno AC, Sand PK, MacDiarmid S, Shah R, Armstrong RB: Perceptions and Behaviors of Women with Bladder Control Problems, Fam Pract:568-77, 2006.

126. Armstrong RB, Dmochowski RR, Sand PK, MacDiarmid SA: Safety and Tolerability of Extended-Release Oxybutynin Once Daily in Urinary Incontinence: Combined Results From Two Phase 4 Controlled Clinical Trials, Int Urol Nephrol 39: 1069-77, 2007.

127. Sand PK: Trospium Chloride- Over 20 Years of Clinical Use, Therapy 3(2): 215-26, 2006.

128. Mayer RD, Dmochowski R, Appell RA, Sand PK, Klimberg I, Jacoby K, Graham CW, Snyder JA, Nitti V: Prospective Randomized 52-Week Trial of Calcium Hydroxylapatite Vs. Bovine Dermal Collagen for Treatment of Stress Urinary Incontinence, Urology 69: 876-80,2007.

129. MacDiarmid S, Sand PK: Diagnosis of Interstitial Cystitis in Patients with Overactive Bladder Syndrome, Rev Urol 9(1): 9-16, 2007.

130. Sand PK: Evaluation and Treatment, Female Patient 11(S58): 8-9, 2006.

131. Miller JJR, Botros SM, Akl MN, Aschkenazi SO, Beaumont JL, Goldberg RP, Sand PK: Is Transobturator Tape as Effective as Tension-free Vaginal Tape in Patients with Borderline Maximum Urethral Closure Pressure?. Am J Obstet Gynecol 195: 1799-1804, 2006.

132. Garely AD, Kaufman JM, Sand PK, Smith N, Andoh M: Symptom Bother and Quality of Life Outcomes Following Solifenacin Treatment for Overactive Bladder: The VESIcare Open-Label Trial (VOLT), Clin Ther 28:1935-46, 2006.

133. Botros SM, Abramov Y, Miller JJR, Sand PK, Gandhi S, Nickolov A, Goldberg RP: Effect of Parity on Sexual Function: An Identical Twin Study, Obstet Gynecol 107: 765-70, 2006.

134. Mishell DR, Dell J, Sand P: Evolving Trends in Successful Management of Interstitial Cystitis/Painful Bladder Syndrome, J Reprod Med, 53(9):651-6, 2008.

135. Sand PK, Appell R, Armstrong RB, Diokno A, Xiang J, Boone TB: A Comparison of the Effects of Extended-Release Formulations of Oxybutynin and Tolterodine on Nocturnal Voiding Frequency in Women with Overactive Bladder, Cur Med Res Opin (submitted).

136. Sand PK, Goldberg RG, Dmochowski R, McIlwain M: The Impact of Overactive Bladder on Sexual Function: Results from the MATRIX Study, Am J Obstet Gynecol 195(6):1730-5, 2006.

137. Miller JJ, Sand PK: Conservative Therapy for Overactive Bladder: Pelvic Floor Exercises, Curr Bladder Dysfunction Rep (in press).

138. Sand PK, Zinner N, Newman D, Lucente V, Kelleher CJ, Dahl N: Oxybutynin Transdermal System Improves Quality of Life in Adults with Overactive Bladder: A Multicenter, Community Based, Randomized Study, BJU Int 99:836-44,2007.

139. Sand PK: Subjective Measures of Efficacy: Quality of Life, Patient Satisfaction and Patient-Oriented Goals: The Search for Value, European Urology Suppl 6:438-43, 2007.

140. Botros S, Miller JJR, Goldberg RP, Gandhi S, Akl M, Beaumont JL  Sand PK: Detrusor Overactivity and Urge Urinary Incontinence Following Trans Obturator Versus Retropubic Midurethral Slings, Neurourol Urodynam

5;26(1):42-45, 2006.

141. Dmochowski RR, Sand PK: Botulinum Toxin in Overactive Bladder: Current Status and Future Directions, BJU Int 99:247-62, 2007.

142. Sand PK, Sasso K, Davila GW, Aguirre O: The Effect of ColpexinTM Spheres on Urinary Symptoms in Women Treated for Genital Prolapse, Int J Urogynecol (submitted).

143. Nitti VW, Sanders S, Staskin DR, Dmochowski RR, Sand PK, MacDiarmid S, Maibach HI: Transdermal delivery of drugs for urologic applications: basic principles and applications, Urology 67(4):657-64, 2006.

144. Sand PK: Proposed pathogenesis of painful bladder syndrome/interstitial cystitis, J Reprod Med 51(3) Suppl: 234-40, 2006.

145. Nitti V, Dmochowski R, Sand P, Forst H-T, Haag-Molkenteller C, Massow U, Wang J, Brodsky M, Bavendam T: Efficacy, Safety, and Tolerability of Fesoterodine in Subjects with Overactive Bladder, J Urol 178: 2488-94, 2007.

146. Staskin DR, Sand PK, Zinner NR, Dmochowski RR: Once-Daily Trospium Chloride is Effective and Well Tolerated for the Treatment of Overactive Bladder: Results from a Multicenter Phase III Trial, J Urol 178: 978-84, 2007.

147. Dmochowski RR, Sand PK, Zinner NR, Staskin DR: Trospium 60mg Once Daily(QD) for Overactive Bladder Syndrome: Results From a Placebo-Controlled Interventional Study, Urology 71: 449-54, 2008.

148. Dmochowski RR, Rosenberg MT, Zinner NR,Staskin DR, Sand PK: Trospium Chloride Extended Release Significantly Improves Quality of Life in Subjects with Overactive Bladder Syndrome: An Integrated Analysis of Two Randomized, Phase III Trials, Int J Clin Pract (submitted).

149. Goldberg RP, Sherman W, Sand PK: Cystoscopy for Lower Urinary Tract Symptoms in Urogynecologic Practice: The Likelihood of Bladder Cancer, Int Urogynecol J 19:991-4, 2008.

150. Gamble T, Sand PK: Evaluation and Treatment of Female Urinary Incontinence. Minerva Urol Nefrol. 59(4):431-50, 2007.

151. Sand PK, Kaufman DM, Evans RJ, Zhang HF, Fisher DLA, Nickel JC: Association Between Response to Pentosan Polysulfate Sodium Therapy for Interstitial Cystitis and Patient Questionnaire-Based Treatment Satisfaction, Curr Med Res Opin 24 (08): 2259-64, 2008.

152. Appell R, Sand PK: Nocturia: Etiology, Diagnosis and Treatment, Neurourol Urodyn 27:34-9, 2008.

153. Nickel JC, Kaufman DM, Zhang HF, Wan GJ, Sand PK: Time to Initiation of Pentosan Polysulfate Sodium Treatment after Interstitial Cystitis Diagnosis: Effect on Symptom Improvement, Urology 71:57-61, 2008

154. Gamble T, Sand PK: Patient Perspectives in The Management of Overactive Bladder, Focus on Transdermal Oxybutynin, Patient Prefer Adherence, Feb 2;2:349-56, 2008.

155. Sand PK, Steers W, Dmochowski R, Lemack G, Davila GW, Ando M, Forero-Schwanhaeuser: Patient-Reported Most Bothersome Symptom in OAB: Post Hoc Analysis of Data From a Large, Open-Label Trial of Solefenacin, Int Urogynecol J Pelvic Floor Dysfunct. 2009 Jun;20(6):667-75.

156. Sand PK, Stanford EJ, Wan GJ: Initial Treatment Patterns of Interstitial Cystitis Within 30 and 365 Days After Diagnosis, Int J Urogynecol(submitted).

157. Siegel JF, Sand PK, Sasso K:  Vulvodynia and Pelvic Pain? Think Interstitial Cystitis, Nurse Pract 33(10):40-5, 2008.

158. Miller JR, Botros SM, Aschkenazi SO, Gamble T, Goldberg RP, Sand PK: Urge on Bladder Palpation as a Predictor of Detrusor Overactivity, Am J Obstet  Gynecol (submitted).

159. Miller JR, Beaumont JL, Botros SM, Aschkenazi SO, Gamble TL, Sand, PK, Goldberg RP: Effect of Hysterectomy on Stress Urinary Incontinence: An Identical Twin Study, Am J Obstet Gynecol 198:565-565, 2008.

160. Stanford EJ, Chen A, Wan GJ, Lunacsek OE, Sand PK: Treatment Modalities, Health Care Resource Utilization, and Costs in Patients Diagnosed With Interstitial Cystitis, Am J Obstet Gynecol 199: 71-5, 2008.

161. Aguirre OA, Sand PK, Davila GW: Long-term Safety and Efficacy of the Colpexin Sphere in Women with Pelvic Organ Prolapse, Am J Obstet Gynecol (submitted).

162. Sand PK, Creanga DL, Morrow JD, Bavendam T, Nitti VW: Efficacy and Tolerability of Fesoterodine in Women with Overactive Bladder Int Urogynecol J 20(7):827-35, 2009.

163. Gamble T, Aschkenazi SO, Botros S, Goldberg RG, Sand PK: Predictors of Postoperative Detrusor Overactivity, Am J Obstet Gynecol Oct 7, 2008 Epub ahead of publication.

164. Pizzi LT, Talati A, Gemmen E, Dahl NV, Sand PK: Impact of Transdermal Oxybutynin on Work Productivity in Patients with Overactive Bladder: Results from the MATRIX Study, Pharmacoeconomics 27(4): 229-339, 2009.

165. Sand PK: Treatment of Overactive Bladder Syndrome with Oxybutynin Chloride 10% Gel, J Med 2(4): 235-8, 2009.

166. Butrick CW, Howard F, Sand PK: Interstitial Cystitis Diagnosis and Treatment for Obstetrician-Gynecologists, J Womens Health 19(6):1185-93, 2010.

167. Miller JJR, Sand PK: Overactive Bladder Syndrome Presentations at the 31st International Urogynecological Association Annual Meeting, Current Bladder Dysfunction Reports 2: 221-6, 2007.

168. Sand PK, Dmochowski RR, Zinner NR, Staskin DR, Appell RA: Trospium chloride once-daily extended release is effective and well tolerated in women with overactive bladder syndrome, Int Urogynecol J 20(12):1431-8, 2009.

169. Nguyen A, Sand PK: Subjective Measures of Efficacy and Quality of Life in OAB, Curr Urol Rep  9(5):368-72, 2008.

170. Dmochowski RR, Rosenberg MT, Zinner NR, Staskin DR, Sand PK: Trospium Chloride Extended Release Significantly Improves Quality of Life in Subjects with Overactive Bladder Syndrome: an Integrated Analysis of Two Randomized Phase III Trials, Value Health 13(2): 251-7, 2010.

171. Staskin DR, Rosenberg MT, Sand PK, Zinner NR, Dmochowski RR: Trospium Chloride Once-Daily Extended Release is Effective and Well Tolerated for the Treatment of Overactive Bladder Syndrome: an Integrated Analysis of Two Randomized, Phase III Trials, Int J Clin Pract: 63 (12): 1715-23, 2009.

172. Walters MD, Maher C, Constantini E, Lazzeri M, Goldberg RP, Sand PK: Discussion of Case Report: Uterovaginal Prolapse in a Woman Desiring Uterine Preservation, Int Urogynecol J 19: 1465-70, 2008.

173. Staskin DR, Ruscin JM, Dmochowski RR, Sand PK, Dahl NV: CNS Safety of Transdermal Oxybutynin Treatment in Adults with Overactive Bladder, Clin Ther (submitted).

174. Staskin DR, Dmochowski RR, Sand PK, MacDiarmid S, Caramelli MS, Thomas H, Hoel G: Efficacy and Safety of Oxybutynin Chloride Topical Gel for Treatment of Adults With Overactive Bladder: A Randomized, Double-Blind, Placebo-Controlled, Multicenter Study, J Urol 181(4):1764-72, 2009.

175. Sand PK, Steers W, Dmochowski R, Andoh M, Forero-Schwanhaeuser S: Patient-Reported Most Bothersome Symptoms in OAB: Post-Hoc Analysis of Data From a Large, Open-Label Trial of Solefenacin, Int Urogynecol J 20:667-75, 2009.

176. Botros, SM, Sand PK, Beaumont JL, Abramov, Y, Rurak M, Goldberg RP.  Arcus-Anchored Acellular Dermal Graft Compared to Anterior Colporrhaphy for Stage II Cystoceles and Beyond, Int Urogynecol J 10):1265-71, 2009.

177. Cardozo L, Khullar V, Wang JT, Zhonghong G, Sand PK: Fesoterodine in Subjects With the Overactive Bladder Syndrome: Can Severity of Baseline Urgency Urinary Incontinence Predict Dosing Requirement? BJU Int 106(6):816-21, 2010.

178. Sand PK, Johnson T, Rovner E, Ellsworth P, Dmochowski R, Oefelein MG, Staskin DR: Trospium chloride Once-Daily Extended Release is Effective and Well Tolerated in Elderly Subjects (Aged ≥75 Years) with Overactive Bladder Syndrome, BJU Int 107(4):612-20, 2011.

179. Gamble TL, Sand PK, Aschkenazi SO, Nguyen AL, Botros SM, Beaumont JL, Rurak M, Goldberg RP: Graft-Augmented Sacrospinous Hysteropexy: Anatomical and Functional Outcomes, Int Urogynecol J (submitted).

180. Staskin D, Oefelein MG, Sand PK: Continent Days per Week and the Importance of Baseline Disease Severity Stratification: A Post-Hoc Analysis of Sanctura XR 60 mg Phase III Clinical Data, World J Urol (in press).

181. Abrams P, Artibani W, Cardozo L, Dmochowski R, van Kerrebroeck P, Sand P: Reviewing the ICS 2002 Terminology Report: the Ongoing Debate, Neurourol Urodyn 28(4):287, 2009.

182. Gamble TL, Botros SM, Beaumont JL, Goldberg RP, Miller JJ, Adeyanju O, Sand PK:  Predictors of Persistent Detrusor Overactivity after Transvaginal Sling Procedures, Am J Obstet Gynecol 199(6):696.e1-7, 2008.

183. Vu M, Sand PK: The Present and Future Treatment of Overactive Bladder Syndrome, Female Patient 34:1-6, 2009.

184. Sand PK, Rovner E, Watanbe J, Oefelein MG: Once-daily Trospium Chloride 60 mg Extended-Release in Subjects with the Overactive Bladder Syndrome who use Multiple Concomitant Medications, Drugs & Aging 28 (2): 151-60,2011.

185. Rosier P, Gayewski JB, Sand PK, Szabo L, Capewell A, Hosker GL: Executive Summary: The International Consultation on Incontinence 2008 -Committee on: 'Dynamic Testing'; for Urinary and for Fecal Incontinence. Part One: Innovations in Urodynamic Techniques and Urodynamics Testing for Signs and Symptoms of Urinary Incontinence in Female Patients, Neurourol Urodynam epub August 29, 2009.

186. Rosier P, Szabo L, Capewell A, Gayewski JB, Sand PK, Hosker GL: Executive Summary: The International Consultation on Incontinence 2008 -Committee on: 'Dynamic Testing'; for urinary or fecal incontinence. Part Two: Urodynamic Testing in Male Patients with Symptoms of Urinary Incontinence, in Patients with Relevant Neurological Abnormalities and in Children and in Frail Elderly with Symptoms of Urinary Incontinence, Neurourol Urodynam epub September 21, 2009.

187. Rosier P, Hosker GL, Szabo L, Capewell A, Gayewski JB, Sand PK: Executive Summary: The International Consultation on Incontinence 2008 -Committee on: 'Dynamic Testing'; for urinary or fecal incontinence. Part Three: Anorectal physiology studies, Neurourol Urodynam epub August 29, 2009.

188. Gamble TL, Du H, Sand PK, Botros SM, Rurak M, Goldberg RP: Urge Incontinence:  Estimating Environmental and Obstetrical Risk Factors Using an Identical Twin Study, Int Urogynecol J Pelvic Floor Dysfunct. Int Urogynecol J 21(8):939-46, 2010

189. Sand PK, Heesakkers J, Kraus S, Berriman S, Padmanabhan-Aiyer L, Carlsson M, Guan Z: Long-term Safety, Tolerability, and Efficacy of Fesoterodine Treatment in Subjects With Overactive Bladder Stratified by Age: Pooled Analysis of Two Open-Label Extension Studies, Drugs & Aging (in press).

190. Sand PK: The evolution of transdermal therapy for overactive bladder: The evolution of transdermal therapy for overactive bladder, Curr Urol Rep 10(5): 338-41, 2009.

191. Haylen BT, DeRidder D, Freeman R, Swift S, Berghmans B, Lee J, Monga A, Petri E, Rizk DE, Sand PK, Schaer G: An International Urogynecological Association (IUGA)/ International Continence Society (ICS) Joint Report on the Terminology of Female Pelvic Floor Dysfunction, Neurourol Urodyn 29(1):4-20, 2010.

192. Haylen BT, DeRidder D, Freeman R, Swift S, Berghmans B, Lee J, Monga A, Petri E, Rizk DE, Sand PK, Schaer GN: An International Urogynecological Association (IUGA)/ International Continence Society (ICS) Joint Report on the Terminology of Female Pelvic Floor Dysfunction, Int Urogynecol J 21(1): 5-26, 2010.

193. Gamble TL, Goldberg RP, Nguyen AL, Botros, SM, Beaumont JL, Sand PK: The Effect of Detrusor Overactivity Pressures on Midurethral Sling Outcomes, Am J Obstet Gynecol (submitted).

194. Zinner N, Dmochowski R, Staskin D, Siami P, Sand PK, Oefelein MG: Once-Daily Trospium Chloride 60 mg Extended-Release Provides Effective, Long-Term Relief of Overactive Bladder Syndrome Symptoms, Neurourol Urodynam 30: 1214-9,2011.

195. Sand PK, Corcos J: Editorial Comment on an International Urogynecological Association (IUGA)/International Continence Society (ICS) Joint Report on the Terminology for Female Pelvic Floor Dysfunction, Int Urogynecol J 21(1): 3-4, 2010.

196. **Sand PK**, Corcos J: Editorial Comment on an International Urogynecological Association (IUGA)/International Continence Society (ICS) Joint Report on the Terminology for Female Pelvic Floor Dysfunction, Neurourol Urodyn 29(1)3, 2010.

197. **Sand PK**, Davila GW, Lucente VR, Scarpero HM, Thomas H, Caramelli KE, Hoel G: Efficacy and safety of oxybutynin chloride topical gel for treatment of women with overactive bladd**er,** Am J Obstet Gynecol 2011, August 11 (Epub ahead of print).

198. Scarpero H, **Sand PK**, Kelleher CJ, Berriman S, Guan Z, Bavendam T, Padmanabhan-Aiyer L, Carlsson M: Long-Term Safety, Tolerability, and Efficacy of Fesoterodine Treatment in Men and Women with Overactive Bladder Symptoms, Current Medical Research & Opinion 27(5): 921–930, 2011.

199. Haylen BT, Freeman RM, Swift SE, Cosson M, Davila GW, Deprest J, Dwyer PL, Fatton B, Kocjancic E, Lee J, Maher C, Rizk DE, Petri E, Sand PK, Schaer GN, Webb R: An International Urogynecological Association (IUGA) / International Continence Society (ICS) Joint Terminology and Classification of the Complications Related Directly to the Insertion of Prostheses (Meshes, Implants, Tapes) & Grafts in Female Pelvic Floor Surgery, Int Urogynecol J 22(1):3-15, 2011.

200. Haylen BT, Freeman RM, Swift SE, Cosson M, Davila GW, Deprest J, Dwyer PL, Fatton B, Kocjancic E, Lee J, Maher C, Rizk DE, Petri E, **Sand PK,** Schaer GN, Webb R: An International Urogynecological Association (IUGA) / International Continence Society (ICS) Joint Terminology and Classification of the Complications Related Directly to the Insertion of Prostheses (Meshes, Implants, Tapes) & Grafts in Female Pelvic Floor Surgery, Neurourol Urodynam 30(1):2-12, 2011.

201. Dmochowski R, Newman D, **Sand P**, Rudy D, Caramelli K, Thomas H, Hoel G: Pharmacokinetics of Oxybutynin Chloride Topical Gel: Effects of Application Site, Showering, Sunscreen, and Person-to-Person Transference, Clin Drug Investig 31(8): 559-71, 2011.

202. Abramov Y, Ameer G, Goldberg RP, Botros S, **Sand PK**: The Effect of Bilateral Oophorectomy on Wound Healing of the Rabbit Vagina, Fertil Steril. 2010 Sep 7. [Epub ahead of print]

203. Nguyen, A, Aschkenazi SO, **Sand PK**, Du H, Botros SM, GambleTL, Kuo R, Goldberg RP.  Non-Genetic Factors Associated with Stress Urinary Incontinence.  *Obstet Gynecol* 117 (2 Pt 1): 251-5, 2011.

204. **Sand PK**, MacDiarmid SA, Thomas H, Caramelli KE, Hoel G: Effect of Baseline Symptom Severity on Oxybutynin Chloride Topical Gel (OTG)- Mediated Improvement in Continence, Open Access J Urology (in press).

205. Jirschele KED, Nguyen A, **Sand PK**, Botros SM: Two Unusual Presentations of Bladder Diverticula, Obstet Gynecol 118: 415-7, 2011.

206. Gafni-Kane A, Goldberg RP, Spitz JS, **Sand PK**: Extrasphincteric Perianal Fistulae After Sacrospinous Fixation for Apical Prolapse, Obstet Gynecol, 117(2):438-40, 2011.

207. Brubaker L, Gousse A, **Sand P**, Thompson C, Patel V, Zhou J, Jenkins B, Sievert KD: Treatment Satisfaction and Goal Attainment with Onabotulinumtoxin A in Patients with Incontinence due to Idiopathic OAB, Int Urogynecol J 23(8): 1017-25, 2012.

208. Haylen B, Sand PK, Swift S, Moran P, Freeman R: Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse- More FDA Concerns- Positive Reactions are Possible, Int Urogynecol J. 2012 Jan;23(1):11-3.

209. Gafni-Kane A, Sand PK: Foreign-Body Granuloma after Injection of Calcium Hydroxyllapatite for Type III Stress Urinary Incontinence, Obstet Gynecol 118: 418-20, 2011.

210. Lavy Y, Sand PK, Kaniel CI, Hochner-Celnikier D: Can pelvic floor injury secondary to delivery be prevented? Int Urogynecol J. 2012 Feb;23(2):165-73.

211. Abramov Y, Hirsch E, Ilievski V, Golderg RP, Botros SM, Sand PK: Platelet Derived Growth Factor BB Expression During Vaginal versus Dermal Incisional Wound Healing, Am J Obstet Gynecol,(submitted).

212. Abramov Y, Golden B, Sullivan M, Goldberg RP, Botros SM, Sand PK: Vaginal Incisional Wound Healing in a Rabbit Menopause Model: A Histologic Analysis, Int Urogynecol J, DOI: 10.1007/s00192-012-1793-0.

213. Gafni-Kane A, Goldberg RP, Sand PK, Botros SM: Enhanced interpretability of the PFDI-20 with establishment of reference scores among women in the general population, Neurourol Urodyn. 2012 Nov;31(8):1252-7.

214. Abramov Y, Hirsch E, Ilievski V, Goldberg RP, Botros SM, Sand PK: Expression of Transforming Growth Factor Beta During Vaginal Incisional Wound Healing in the Rabbit, Am J Obstet Gynecol,(submitted).

215. Sand PK, Sand RI: The Diagnosis & Management of Lower Urinary Tract Symptoms in Multiple Sclerosis Patients, Management of Multiple Sclerosis for the Primary Care Physician, Dis Mon. 2013 Jul;59(7):261-8.

216. Gafni-Kane A, Botros SM, Du H, Sand RI, Sand PK: Measuring the Success of Combined Intravesical Dimethyl Sulfoxide and Triamcinolone for Treatment of Bladder Pain Syndrome/Interstitial Cystitis, Int Urogynecol J. 2013 Feb;24(2):303-11.

217. Abramov Y, Hirsch E, Ilievski V, Goldberg RP, Botros SM, Sand PK: Transforming Growth Factor Beta Gene Expression During Vaginal vs. Cutaneous Surgical Wound Healing in the Rabbit, Int Urogynecol J (submitted).

218. Abramov Y, Hirsch E, Ilievski V, Goldberg RP, Botros SM, **Sand PK**: Expression of platelet-derived growth factor-B mRNA during vaginal vs. dermal incisional wound healing in the rabbit, Eur J Obstet Gynecol Reprod Biol, Available online 30 March, 2012.

219. Jirschele K, Sand PK:  Oxybutynin: past, present, and future, Int Urogynecol J. 2013 Apr;24(4):595-604.

220. Sand PK, Dmochowski RR, Reddy J, van der Meulen EA: Efficacy and safety of low dose desmopressin orally disintegrating tablet in women with nocturia: results of a multicenter, randomized, double-blind, placebo controlled, parallel group study, J Urol. 2013 Sep;190(3):958-64.

221. Nitti VW, Dmochowski R, Herschorn S, **Sand P,** Thompson C, Nardo C, Yan X, Haag-Molkeneller C, Embark Study Group:  OnabotulinumtoxinA for the Treatment of Patients with Overactive Bladder and Urinary Incontinence: Results of a Phase 3, Randomized, Placebo Controlled Trial. 189(6): 2186-93, 2013.

222. Rockwood TH, Constantine ML, Adegoke O, Rogers RG, McDermott E, Davila GW, Domoney C, Jha S, Kammerer-Doak D, Lukacz ES, Parekh M, Pauls R, Pitkin J, Reid F, Ridgeway B, Thakar R, Sand PK, Sutherland SE, Espuna-Pons M: The PISQ-IR: considerations in scale scoring and development, Int Urogynecol J. 2013 Jul;24(7):1105-22.

223. Sand PK, Owens GM, Black EJ, Anderson LH, Martinson MS: Cost effectiveness of radiofrequency micromodeling for stress urinary incontinence. Int Urogynecol J. 2014 Apr;25(4):517-23.

224. Gafni-Kane A, Sand PK: Vesico-ureteral reflux in women with idiopathic high-pressure detrusor overactivity: prevalence, bladder function, and effect on the upper urinary tract, Int Urogynecol J. 2014 Oct;25(10):1405-10.

225. Goldfischer ER, Sand PK, Thomas H, Peters-Gee J: Efficacy and safety of oxybutynin topical gel 3% in patients with urgency and/or mixed urinary incontinence: a randomized, double-blind, placebo-controlled study, Neurourol Urodyn. 2015 Jan;34(1):37-43.

226. Pauls RN, Rogers RG, Parekh M, Pitkin J, Kammerer-Doak D, Sand P: Sexual function in women with anal incontinence using a new instrument: the PISQ-IR, Int Urogynecol J. 2015 May;26(5):657-63.

227. Tran AM, Sand PK, Seitz MJ, Gafni-Kane A, Zhou Y, Botros SM: Does physician specialty affect persistence to pharmacotherapy among patients with overactive bladder syndrome? Int Urogynecol J 2016.

228. Iyer S, Lotsof E, Zhou1 Y, Tran A, Botros C, **Sand P**, Goldberg R, Tomezsko J, Gafni-Kane A, Botros S: Which bladder instillations are more effective? DMSO vs. bupivacaine/heparin/triamcinolone: a retrospective study, Int Urogynecol J, 2017 DOI 10.1007/s00192-017-3266-y

229. Tran AM, **Sand PK**: Is there a Relationship Between Patient-Reported Satisfaction and Persistence on Overactive Bladder Syndrome Pharmacotherapy, Female Pelvic Medicine, 2017.

230. Yehoshua A, Murray BP, Vasavada SP, **Sand PK**: Comparing Direct Medical Costs of OnabotulinumtoxinA with other Common Overactive Bladder Interventions, Am J Pharm Benefits (in press).

231. Botros C, Letko J, Gafni Kane A, Botros S, Lozo S, **Sand PK**: Post-operative pain and perceptions of recuperation with suture- and mesh-based sacrospinous apical suspensions, Int J Gynecol Obstet (in press).

232. van Geelen H, Ostergard DR, **Sand PK**: A review of the impact of pregnancy and childbirth on pelvic floor function as assessed by objective measurement techniques. Int Urogynecol J(in press).

**Books and Book Chapters:**

1.  Bowen LW, **Sand PK**, Ostergard DR:  Interstitial Cystitis, in <u>Gynecologic Urology and Urodynamics: Principles and Practice</u>, Ostergard DR (ed): Baltimore, Williams & Wilkins,1985.

2.  **Sand PK**, Bowen LW, Ostergard DR:  Lower Urinary Tract Abnormalities in the Adolescent, <u>Gynecologic Urology and Urodynamics: Principle and Practice</u>, Ostergard DR (ed): Baltimore, Williams & Wilkins, 1985.

3.  **Sand PK**, Bowen LW, Ostergard DR:  The Lower Urinary Tract in Pregnancy, in <u>Gynecologic Urology and Urodynamics:  Principles and Practice</u>, Ostergard DR (ed): Baltimore, Williams & Wilkins, 1985.

4.  Brubaker LT, **Sand PK**:  Urinary Frequency and Urgency, in <u>Obstetric and Gynecology Clinics of North America</u>. Thiede H (ed): WB Saunders Company, 16:883, 1989.

5.  Bowen LW, **Sand PK**, Ostergard DR:  Interstitial Cystitis, in <u>Gynecologic Urology and Urodynamics: Principles and Practice, 3rd edition</u>, Ostergard DR & Bent AE (ed): Baltimore, Williams & Wilkins, 1991.

6.  **Sand PK**, Bowen LW, Ostergard DR:  Dysfunction of the Lower Urinary Tract in young Women, in <u>Gynecologic Urology and Urodynamics:  Principles and Practice. 3rd edition</u>, Ostergard DR & Bent AE (ed): Baltimore, Williams and Wilkins, 1991.

7.  **Sand PK**, Bowen LW, Ostergard DR:  The Lower Urinary Tract in Pregnancy, in <u>Gynecologic Urology and Urodynamics: Principles and Practice, 3rd edition</u>, Ostergard DR & Bent AE (eds): Baltimore, Williams & Wilkins, 1991.

8.  **Sand PK**: Office Evaluation of the Incontinent Female in <u>Office Gynecology</u>. Knaus J, Isaacs J. (eds): Springer-Verlag, New York, 1993.

9.  **Sand PK**, Ostergard DR, (Eds): <u>Urodynamics and the Evaluation of the Incontinent Female</u>, Springer-Verlag, London, 1995.

10. **Sand PK**: Diagnostic Procedures in the Evaluation of Urinary Incontinence in <u>Gynecology and Obstetrics</u>, Sciarra JJ (ed): Lippincott-Raven, Philadelphia, 1996.

11. Tomezsko JE, **Sand PK**: Pregnancy and Intercurrent Diseases of the Urogenital Tract, in <u>Clinics in Perinatology</u>, Silver RK, Hageman JR (eds): WB Saunders, Philadelphia, 1997.

12. **Sand PK**: Transvaginal and Anal Pelvic Floor Stimulation for the Treatment of Urinary Incontinence, in <u>Investigation and Conservative Treatment of Pelvic Floor Dysfunction</u>, Appell RA, Bourcier A, La Torre F (eds): C.E.S.I., Rome, Italy, 1998.

13. Goldberg RP, **Sand PK**: Extracorporeal Electromagnetic Stimulation for Urinary Incontinence and Bladder Disease, in <u>Bladder Disease- Research Concepts and Clinical Applications</u>, Atala A,Slade D (eds). Kluwer Academic/ Plenum Publishers, New York, N.Y., 2003.

14. Koduri S, **Sand PK**: Urodynamic Evaluation of Pelvic Floor Dysfunction, in <u>Female Pelvic Health and Reconstructive Surgery</u>, Carlin BI and Leong FC (eds) Marcel Dekker, New York, New York, 2002.

15. Goldberg RP, Lobel RL, **Sand PK**: The Lower Urinary Tract in Pregnancy, in <u>Gynecologic Urology and Urodynamics: Principles and Practice, 4th edition</u>, Ostergard DR, Bent AE, Swift SE (eds):  Springer-Verlag, London, 2002.

16.     Sant GR, **Sand PK** (Eds): The Painful and Overactive Bladder Syndromes, in <u>Clinical Obstetrics and Gynecology</u>, Lippincott, Williams & Wilkins, Philadelphia, 2002.

17.     Culligan PJ, **Sand PK**: Cystoscopy, Urethroscopy and Dynamic Cystourethroscopy, in <u>Female Pelvic Medicine and Reconstructive Pelvic Surgery</u>, Drutz HP, Herschorn S, Diamant NE(eds) Springer-Verlag, London, 2002.

18.     Goldberg RP, **Sand PK**: Obstetric Issues and the Female Pelvis, in <u>Female Urology, Urogynecology and Voiding Dysfunction</u>, Vasavada SP, Appell RA, Raz S, Sand PK (eds), Marcel-Dekker, New York, 2004.

19.     Goldberg RP, **Sand PK**: Sacrospinous Ligament Suspension for Vaginal Vault Prolapse, in <u>Female Urology, Urogynecology and Voiding Dysfunction</u>, Vasavada SP, Appell RA, Raz S, Sand PK (eds), Marcel-Dekker, New York, 2004.

20.     Kwon C, **Sand PK**: Diagnosis and Treatment of Advanced Cystoceles, in <u>Female Urology, Urogynecology and Voiding Dysfunction</u>, Vasavada SP, Appell RA, Raz S, Sand PK (eds), Marcel-Dekker, New York, 2004.

22.     Gandhi S, **Sand PK**: History and Physical Examination in Pelvic Floor Disorders, in <u>Female Urology, Urogynecology and Voiding Dysfunction</u>, Vasavada SP, Appell RA, Raz S, Sand PK (eds), Marcel-Dekker, New York, 2004.

23.     Gandhi S, **Sand PK**: Transvaginal Cooper's Ligament Sling for Genuine Stress Incontinence and Low-Pressure Urethra, in <u>Female Urology, Urogynecology and Voiding Dysfunction</u>, Vasavada SP, Appell RA, Raz S, Sand PK (eds), Marcel-Dekker, New York, 2004.

24.     Goldberg RP, **Sand PK**: Urgency-Frequency Syndromes, in <u>Physiology and Disorders of the Pelvic Floor</u>, Paparella P, Falconi G (eds), Poletto Editore srl, Roma, 2003.

25.     Botros S, **Sand PK**, <u>Goldberg RP.</u>  Urinary Incontinence, in <u>Menopause, Postmenopause and Ageing</u>, Keith L, Rees, M, Mander T (eds), British Menopause Society Publications and the Royal Society of Medicine, 2005.

26.     Miller JJR, **Sand PK**: New Technologies for Stress Urinary Incontinence, in <u>Textbook of Female Urology and Urogynecology, Second Edition,</u> Springer Verlag, London, (in press).

27.     Miller JJR, **Sand PK**: Kegels, Dietary & Behavioral Modification: Simple Strategies for Getting Started, in <u>Clinical Urogynecology for Primary Care Providers</u>, Springer Verlag, London, 2006.

28.     Aschkenazi SO, Sand PK: Acupuncture and Herbal Therapy for Overactive Bladder Syndrome,

29.     Sand PK, in Female Urology, Third Edition Rodriguez LV, Raz S (eds), 2008.

**Publications (Non-Refereed Journals):**

1.     Brubaker LT, **Sand PK**:  Urethral infections and diverticula. Clinical Advances in the Treatment of Infections 2(3):2, 1988.

2.     **Sand PK**, Brubaker LT:  Advances in Non-operative Treatment of Genuine Stress Incontinence.  Curr Opin Obstet Gynecol 2:599, 1990.

3.   **Sand PK**, Rabinovitch HH: Treating Genitourinary Problems in Girls and Young Women, Illustrated Medicine 3 (2): 1-16, 1993.

4.   **Sand PK**:  Evaluation of the Incontinent Female.  Curr Prob Obstet Gynecol Fertil 15 (3): 107-151, 1992.

5.   Winkler HA, **Sand PK**: Stress Incontinence: Options for Conservative Treatment, Women's Health Prim Care l: 279-94, 1998.

6.   Culligan PJ, **Sand PK**: Involuntary Urine Loss in Women: Help for a Hidden Problem. Patient Care, December 15:141-62, 1998.

7.   Goldberg RP, **Sand PK**: The Burch and Sling Procedures are Similarly Effective for Surgical Treatment of Genuine Stress Urinary Incontinence, Evidence-Based Obstetrics & Gynecology 4:40-1, 2002.

8.   Gandhi S, **Sand P**: Transvaginal Cooper's Ligament Sling for the Treatment of Intrinsic Sphincteric Deficiency, Issues in Incontinence, Fall, 2002.

9.   **Sand PK**: Support for Elective C-Section on Demand- Should Patients Have it Their Way? Journal Watch Womens Health 8(7): 54, 2003.

1.   **Sand PK**, Davila GW, Luber K, Myers DL: Stress Urinary Incontinence: A Closer Look at Nonsurgical Therapy, OBG Management 15(8):40-51, 2003.

11.   **Sand PK**: Urinary Incontinence in Post-Menopausal Women, Quality Care, National Association for Continence Newsletter, 21(3): 1-2, 2003.

12.   **Sand PK**, Davila GW, Luber K, Myers DL: Surgery for Stress Incontinence: Which   Technique   for   Which Patient? OBG Management 15 (10): 56-68, 2003.

13.   **Sand PK**, Gallup DG: Complexities of practice, Audio Digest Obstetrics and Gynecology 50:11, 2003.

14.   **Sand PK**: Chronic Pelvic Pain of Bladder Etiology, Audio Digest Obstetrics and Gynecology 50: 23, 2003.

15.   **Sand PK**, Wright EJ, Karram MM: Management of Overactive Bladder in the Gynecology Practice Setting, OB/GYN Special Edition, 73-8, Spring, 2003.

16.   Sand PK: Urinary Incontinence in Post-menopausal Women, NAFC Bulletin Fall, 2003.

17.   Miller JJR, **Sand PK**: The Significance of Urodynamic Assessment of the Low Pressure Urethra, Issues in Incontinence, Summer/Fall, 2005.

18.   Mishell DR, **Sand PK**, Shulman LP: Pelvic Pain of Bladder Origin: A Focus   on   Interstitial   Cystitis,   Clinical Courier 22(6), 2004.

19.   **Sand PK**, Nitti VW: Medical Simulations: In the Management of Overactive Bladder, Intermed Press, June, 2005.

20.   Abramov Y, Gandhi S, Goldberg RP, Botros SM, Kwon C, **Sand PK**:  Site-specific rectocele repair compared with standard posterior colporrhaphy.  Obstetrical and Gynecological Survey 60(5):297-99,   2005.

21.   **Sand PK**: Exploring the Latest Clinical Advances in the Pharmaceutical Management of OAB, Med Reviews, 2005.

22. **Sand PK:** Interstitial Cystitis, Audio Digest Urology 29: 4, 2006.

23. Botros SM, **Sand PK**: Cystocele, Rectocele, Repair: More Success with Mesh? OBG Management 18(6): 30-43, 2006.

24. Staskin D, Karram MM, MacDiarmid S, Newman D, **Sand PK**, Steers W: Overactive Bladder: Optimizing Outcomes by Integrating Clinical Trial Data into Clinical Practice, Medical Crossfire 7(9):  , 2006.

25. **Sand PK**, Lucente V: Synthetic Midurethral Slings and the Attractiveness of TOT, Ob Gyn News 41(19):16-17, 2006.

26. **Sand PK:** Why I Use Urethral Pressure Profiles, Audio-Digest Urology,30 (10)October, 2007.

30. **Sand PK:** Sacrospinous Vaginal Vault Suspension: Variations on a Theme, OB Gyne News 42 (23): 30-1, 2007.

29. **Sand PK**: Urinary Incontinence in Women: Diagnosis of Urodynamic Stress Incontinence, Audio Digest Urology 31:4, April 28, 2008.

30. Sand PK: Urinary Incontinence in Post-menopausal Women, National Association for Continence Bulletin Summer, 2008.

31. Sand PK: Is Long-term Outcome with TVT Comparable to that of Laparoscopic Burch Colposuspension? OBG Management 20(12): 20-4, 2009.

## ABSTRACTS:

1. **Sand PK,** Lurain JR, Brewer JI:  Repeat Gestational Trophoblastic Disease, presented at the District VI annual meeting; Chicago, IL, 1982.

2. **Sand PK,** Stubblefield P Ory SJ:  Methotrexate Inhibition of Normal Trophoblasts In-Vitro, presented at the annual meeting of the Society for Gynecologic Investigation, San Francisco, March, 1984.

3. **Sand PK,** Bowen LW, Ostergard DR:  Uninhibited Urethral Relaxation:  An Unusual Cause of Incontinence, presented at the 15th annual meeting of the International Continence Society, London, England, September, 1985

4. **Sand PK,** Bowen LW, Ostergard DR:  The Effect of a Filling Catheter During Urodynamics, presented at the 9th annual meeting of the International Urogynecological Association, Budapest, Hungary, September, 1985.1

5. Ory SJ, Villaneuva AL, **Sand PK**, et al.:  Conservative Treatment of Ectopic Pregnancy with Methotrexate, presented at the annual Central Association of Obstetricians and Gynecologists meeting, New Orleans, LA, October, 1985.

6. **Sand PK,** Bowen LW, Ostergard DR:  The Low Pressure Urethra, presented at the 34th annual ACOG meeting, New Orleans, LA, May, 1986.[2]

7. Bowen LW, **Sand PK,** Ostergard DR, et al.:  Urodynamic Effects of a Vaginal Pessary in Women with Genital Prolapse, presented at the 34th annual ACOG meeting, New Orleans, LA, May, 1986.[2]

8. **Sand PK,** Bowen LW, Ostergard DR, et al.:  Hysterectomy and Prior Incontinence Surgery as Risk Factors for Failure of Retropubic Urethropexy, presented at the Gynecologic Urology Society Annual Meeting, Montreal, Canada, October, 1986.

9. **Sand PK,** Hill RC, Ostergard DR:  Supine Urethroscopic and Standing Cystometry as Screening Methods for the Detection of Detrusor Instability, presented at the Gynecologic Urology Society Annual Meeting, Montreal, Canada, October, 1986.

10. Bowen LW, **Sand PK,** Ostergard DR, et al.:  Correlation of Urethroscopic Findings and Lower Urinary Tract Symptomatology, presented at the Gynecologic Society Annual Meeting, Montreal, Canada, October, 1986.

11. Bowen LW, **Sand PK,** Ostergard DR, et al.:  Unsuccessful Burch Retropubic Urethropexy.  A Case Controlled Study, presented at the Gynecologic Urology Society Annual Meeting, Montreal, Canada, October, 1986.[4]

12. **Sand PK,** Bowen LW, Ostergard DR, et al.:  Cryosurgery versus Dilation and Massage for the Treatment of Recurrent Urethral Syndrome, presented at the American Urogynecologic Society Meeting, San Francisco, CA, September, 1987.[5]

13. **Sand PK,** Bowen LW, Ostergard DR, et al.:  The Effect of Retropubic Urethropexy on Detrusor Stability, presented at the ACOG District VI Junior Fellows Meeting, Chicago, IL, September, 1987.[6]

14. **Sand PK,** Pierson CA, Ostergard DR, at el.:  Correlation Between Pad Tests and Urodynamics, presented at the American Urogynecologic Society Meeting, Charleston, SC, November, 1988.[7]

15. **Sand PK,** Bowen LW, Ostergard DR:  The Prognostic Significance of Augmentation of Urethral Closure Pressure and Functional Length, presented at the American Urogynecologic Society Meeting, Charleston, SC, November, 1988.

16. **Sand PK,** Novak T:  Standing Single-Channel Cystometry as a Screening Method for Detrusor Instability, presented at the ACOG District VI Annual Meeting, Des Moines, IA, September, 1988.

17. McFadyen GM, **Sand, PK,**  A Functional Electrical Stimulator for Control of Female Urinary Incontinence, presented at the Institute of Electrical and Electronics Engineering/Engineering in Medicine and Biology Society Annual Meeting, New Orleans, LA, November, 1988.

18. **Sand PK,** Brubaker LT: Test-Retest Analysis and Comparison of Simple Cystometry with Complex Urethrocystometry for the Detection of Detrusor Overactivity, presented at the International Continence Society Annual Meeting, Ljubljana, Yugoslavia, September, 1989.[8]

19. Bent AE, **Sand PK,** Ostergard DR, Brubaker LT, Montella JM, Hirsch L:  Transvaginal Electrical Stimulation in the Treatment of Genuine Stress Incontinence and Detrusor Instability, presented at the Society of Obstetricians and Gynecologists of Canada Annual Meeting, Quebec, Canada, June, 1989.[9]

20. Brubaker LT, **Sand PK,** Bent AE, Ostergard DR:  Transvaginal Electrical Stimulation in the Treatment of Genuine Stress Incontinence and Detrusor Instability, presented at the ACOG District VI Annual Meeting, St. Paul, MN, September, 1989.

21. **Sand PK,** Retzky SS, Johnson, DC:  The Q-Tip Test:  A Statistical Analysis of Urethral Hypermobility, presented at the American Urogynecologic Society Meeting, Tampa, FL, November, 1990.

22. Allen PM, Davis GD, Bowen LW, **Sand PK,** Hebert DB, Wilkinson EJ: Polymerase Chain Reaction and Morphologic Studies on Inflammatory Lesions of the Proximal, Urethral Mucosa in patients with the Urethral Syndrome:  Preliminary Data from a Multicenter Study Group, presented at the Biennial Meeting of the American Society for Colposcopy and Cervical Pathology, Orlando, FL, March, 1992.

23. Allen PM, Davis GD, Bowen LW, **Sand PK,** Hebert DB, Wilkinson EJ:  Polymerase Chain Reaction and

Morphologic Studies of Inflammatory Lesions of the Proximal Urethral Mucosa in patients with the Urethral Syndrome:  Preliminary Data from a Multicenter Study Group, presented at the Twelfth Annual Meeting of the American Uro-Gynecologic Society, October 23-26, l992, Newport Beach, CA.

24. **Sand PK,**  Terodiline Treatment of Urge Incontinence in Older Women presented at the Twelfth Annual Meeting of the American Urogynecologic Society, Newport Beach, CA, October, 1992.

25. **Sand PK,** Summitt RL, Ostergard DR, Utrie JW:  The Effect of a Polytetrafluoroethylene Suburethral Sling on Detrusor Stability, presented at the International Urogynecological Association Annual Meeting, Nimes,  France, September, 1993.[10]

26. **Sand PK,** Pelvic Floor Stimulation Treatment of the Low Pressure Urethra, presented at the International Urogynecological Association Annual Meeting, Nimes, France, September, 1993.[10]

27. **Sand PK,** Richardson DA, Staskin DR, Swift SE, Appell RA, Whitmore KE, Ostergard DR, Lavin PT: Pelvic Floor Stimulation in the Treatment of Genuine Stress Incontinence: A Multicentered Placebo Controlled Trial, presented at the 1994 NIDDK Symposium on Women's Urological Health Research, Bethesda, Maryland, March, 1994.[11,12,13,15]

28. Staskin D, Grigoriev V, Sant G, **Sand PK,** Rappaport S, Knapp P, Bavendam T, Miller J, Diokno A, Montella J:  A Urethral Occlusion Device For Management of Urinary Stress Incontinence:  Early Experience, presented at the AUA Annual Meeting, San Francisco, CA, May 1994.[11,12,13]

29. **Sand PK,** Ostergard DR:  Urethrohymenal Fusion:  Relationship with Lower Urinary Tract Symptoms, presented at the International Urogynecological Association Annual Meeting, Toronto, Canada, September, 1994.

30. Lobel RW, **Sand PK:**  The "Empty" Supine Stress Test as a Screen for Intrinsic Urethral Dysfunction, presented at the American Urogynecologic Society Annual Meeting, Seattle, Wash, October, 1995.[14,16]

31. Lobel RW, **Sand PK:**  Urodynamic Differences Between the Ring Pessary and Rectal Swabs in Supporting Pelvic Prolapse, presented at the American Urogynecologic Society Annual Meeting, Seattle, Wash, October, 1995.[14]

32. Miller KL, Richardson, DA, Staskin DR, Siegel SW, Karram, MM, Tuttle JP, Blackwood NB, **Sand PK**: Pelvic floor electrical stimulation: A comparison of responders to non-responders, presented at the American Urogynecologic Society Annual Meeting, Seattle, Washington, October, 1995.

33. Miller JL, Bavendam T, Staskin DR, Sant G, **Sand PK,** Rappaport S, Knapp P, Diokno A, Davilla GW, Tutrone R: Use of an Expendable Urethral Insert for Genuine Stress Incontinence - Long Term Results of Multicenter Trial, presented at the American Urogynecologic Society Annual Meeting, Seattle, Washington, October,1995.

34. Blackwood NB, Richardson DA, Miller KL, Siegel S, Karram MM, Tuttle J, Staskin DR, **Sand PK:** Pelvic Floor Electrical Stimulation: Comparison of Daily and Every Other Day Treatment in Patients with Detrusor Instability and Mixed Incontinence, presented at the Third Multispecialty Nursing Conference on Urinary Continence, Dallas, Texas, February, 1996.

35. Siegel SW, Richardson DA, Miller KL, Karram MM, Tuttle JP, Blackwood NB, Staskin DR, **Sand PK:** Pelvic Floor Electrical Stimulation: Comparison of Two Treatment Protocols in Female Genuine Stress Incontinence, presented at the American Urological Association Annual Meeting, Orlando, Florida, May, 1996.[17,19]

36. Lobel RW, **Sand PK:** Long term results of vaginal wall suburethral sling, presented at the International Continence Society Annual Meeting, Athens, Greece, August, 1996. [18]

37. Davila GW, Diokno A, Miller T, Bavendam T, Karram MM, Rappaport S, Knapp P, **Sand PK**, Staskin DR, Tutrone R:  Treatment of Urinary Stress Incontinence with the Reliance Insert: One Year Experience, presented at the International Urogynecological Association Annual Meeting, Vienna, Austria, September, 1996. [18]

38. Sasso KM, **Sand PK:** Quality of Life Changes with Pelvic Floor Stimulation in Genuine Stress Incontinence Patients, presented at the International Urogynecological Association Annual Meeting, Vienna, Austria, September, 1996.

39. Tomezsko JE, **Sand PK**: Collagen Periurethral Injections for the Treatment of Type III Stress Incontinence:  The Effect on Stress and Urge Incontinence, presented at the International Urogynecological Association Annual Meeting, Vienna, Austria, September, 1996. [18]

40. Tomezsko JE, **Sand PK**: Sacrospinous Ligament Suspension, Anterior versus Posterior Approach: A Retrospective Review of 116 Cases, presented at the American Urogynecologic Society Annual Meeting, New Orleans, Louisiana, October, 1996.

41. Sant G, Bavendam T. Miller J, Davila GW, Diokno A, Knapp P, Rappaport S, Sand PK: Staskin D, Tutrone R: Are Voiding Diaries Reliable Measures of Symptom Improvement in the Treatment of Urinary Stress Incontinence, presented at the American Urological Association Annual Meeting, New Orleans, Louisiana, May, 1997.

42. Sand PK, Richardson DA, Miller KL, Karram MM, Swift SE, Ostergard DR, Blackwood NB:  The Effect of Advanced Age in Stress Incontinent Females Treated with Pelvic Floor Stimulation, presented at the American College of Obstetricians and Gynecologists Annual Meeting,Las Vegas, Nevada, April, 1997.

43. Sand PK, The Effect of an Urethral Insert on Quality of Life in Incontinent Women, presented at the American College of Obstetricians and Gynecologists Annual Meeting, Las Vegas, Nevada, April, 1997.

44. Lobel RW, Sand PK: The Use of Polyglactin 910 Mesh to Prevent Recurrence of Cystocele, presented at the International Urogynecological Association Annual Meeting, Amsterdam, Netherlands, July, 1997.20

45. Lobel RW, Sand PK: Gore RM:  The Cotton Swab Test in Healthy Continent Women, presented at the International Urogynecological Association Annual Meeting, Amsterdam, Netherlands, July, 1997.20

46. Winkler HA, Sand PK: Fascial Patch Sling for the Treatment of Genuine Stress Incontinence with a Low Pressure Urethra, presented at the International Urogynecological Association Annual Meeting, Amsterdam, Netherlands, July, 1997.20

47. Winkler HA, Sand PK:  Treatment of Detrusor Instability with   Oxybutynin Chloride Suppositories, presented at the International Urogynecological Association Annual Meeting, Amsterdam, Netherlands, 1997.20

48. Winkler HA, Sand PK: Preliminary Report of the Efficacy and Safety of an Intraurethral Magnetic Catheter, presented at the International Urogynecological Association Annual Meeting, Amsterdam, Netherlands, July, 1997.22

49. Sand PK: Tomezsko JT:  Recurrent Pelvic Organ Prolapse after Sacrospinous Ligament Vaginal Vault Suspension: Anterior vs. Posterior Approach, presented at the International Urogynecological Association Annual Meeting, Amsterdam, Netherlands, July, 1997.20

50. Sand PK: Tomezsko JT: The Effect of Anterior Approach Sacrospinous Vaginal Vault Suspension on Recurrent Cystocele Rates when performed with Transvaginal Needle Suspension, presented at the International Urogynecological Association Annual Meeting, Amsterdam, Netherlands, July, 1997.20

51. Lobel RW, Sasso KM, Sand PK: Maximal Electrical Stimulation For Treatment of Detrusor Instability, presented at the 28th Annual International Continence Society Meeting, Jerusalem, Israel, September, 1998.

52. Winkler HA, Michael D, Culligan PJ, Sand PK: Detrusor Instability Index in Mixed Incontinence and Low Pressure Urethra, presented at the 28th Annual International Continence Society Meeting, Jerusalem, Israel, September, 1998.23 24

53. Sand PK, Culligan PJ, Winkler HA: A Prospective Randomized Study of Modified Burch Retropubic Urethropexy and Suburethral Sling for Genuine Stress Incontinence and Low Pressure Urethra, presented at the 28th Annual International Continence Society Meeting, Jerusalem, Israel, September, 1998.

54. Sasso KM, Lobel RW, Sand PK: Prospective Randomized Trial of Maximal Electrical Stimulation for Treatment of Detrusor Instability, presented at the 30th Annual Society of Urologic Nurses and Associates Meeting, Dallas, Texas, May, 1999.

55. Sand PK: Dose Titration with Once-Daily Oxybutynin Chloride in Previously Treated and Naïve Patients, presented at the 47th Annual American College of Obstetricians and Gynecologists Meeting, Philadelphia, PA, May, 1999.

56. Kobashi KC, Badlani G, Bennett J, Boone TB, Brown BT, Chaikin L, Curhan D, Delk J, Foote J, Ghoneim G, Green B, Laub D, Sand PK, Sorensen R, Weinstein A, Wilson S, Winkler H, Leach GE: Polytetrafluoroethylene versus Collagen Injection for treatment of Intrinsic Sphincter Deficiency presented at American Urological Association Annual Meeting, Dallas, Texas, May, 1999.

57. Galloway NTM, El-Galley RES, Appell RA, Russell HW, Carlan SJ, Sand PK: Multicenter Trial: Extracorporeal Magnetic Innervation (ExMI) for the Treatment of Stress Urinary Incontinence, presented at the American Urological Association Meeting, Dallas, Texas, May, 1999.

58. Culligan PJ, Rackley R, Koduri S, Thompson RB, Sand PK: Is it Safe to Re-use a Syringe of GAX Collagen, presented at the 24th Annual Meeting of the International Urogynelogical Association and International Continence Society Meeting, Denver, Colorado, August, 1999.21

59. Culligan PJ, Koduri S, Blackhurst DW, Sand PK: A Comparison of Microtip and Fiberoptic Transducers for Urethral Pressure Profilometry and Leak Point Pressure Assessment, presented at the 24th Annual Meeting of the International Urogynecological Association and International Continence Society Meeting, Denver, Colorado, August, 1999.21

60. Sand PK: Long-Term Experience With Once-a-Day Extended-Release Oxybutynin In Females Treated for Overactive Bladder, presented at the American Urogynecologic Society Annual Meeting, San Diego, California, October, 1999.

61. Koduri S, Culligan PJ, Winkler HA, Sand PK: Outcomes Analysis of Vaginal Patch Sling with and without bone anchors for low pressure urethra, presented at the American Urogynecologic Society Annual Meeting, San Diego, California, October, 1999.

62. Sand PK, Versi E: Factors Influencing Patient Response to Controlled Release Oxybutynin: A Meta-Analysis of Clinical Trials, presented at the American Urogynecologic Association Annual Meeting, San Diego, California, October, 1999.

63. Sand PK, Versi E, Santhyan G, Gupta SK: A Pharmacokinetic Solution to Dry Mouth with Urinary Incontinence Therapy, presented at the American Urogynecologic Association Annual Meeting, San Diego, California, October, 1999.

64. Sand PK, Appell R, Bavendam T, Whitmore K, Carlan S, Galloway N: Factors Influencing Success with Extracorporeal Magnetic Innervation Treatment of Mixed Urinary Incontinence, presented at the International Bladder Symposium, Washington, DC, November, 1999.25 , 26

65. Goldberg R, Koduri S, Tomeszko J , Sand PK:  Anterior Versus Posterior Sacrospinous Ligament Suspension: Long-Term Anatomic and Functional Evaluation, presented at the International Continence Society Annual Meeting, Tampere, Finland, August, 2000.4 , 5

66. Koduri S, Goldberg R, Sand P, Dmochowski R: The Transvaginal Cooper's Ligament Sling: A New Minimally Invasive Surgery, presented at the International Continence Society Annual Meeting, Tampere, Finland, August, 2000.

67. Koduri S, Goldberg R, Sand PK:  Transvaginal Retropubic Urethropexy for Genuine Stress Incontinence, presented at the International Continence Society Annual Meeting, Tampere, Finland, August, 2000.

68. Koduri S, Lobel RW, Winkler HA, Tomeszko J, Culligan PJ, Sand PK:  Prospective Randomized Trial of Polyglactin 910 Mesh to Prevent Recurrence of Cystoceles and Rectoceles, presented at the Central Association of Obstetricians and Gynecologists Annual Meeting, Chicago, Illinois, October, 2000.4

69. Koduri S, Dobrez D, Goldberg RP, Sand PK:  Long-Term Success of Periurethral Collagen: A Retrospective Analysis, presented at the International Urogynecological Association Annual Meeting, Rome, Italy, October, 2000.6

70. Koduri S, Goldberg RP, Sand PK, Dmochowski R:  The Transvaginal Cooper's Ligament Sling: A New Minimally Invasive Surgery, presented at the International Urogynecological Association Annual Meeting, Rome Italy, October, 2000.

71. Koduri S, Goldberg RP, Sand PK: Transvaginal Retropubic Urethropexy for Genuine Stress

Incontinence, presented at the International Urogynecological Association Annual Meeting, Rome, Italy, October, 2000.

72. Goldberg RP, Culligan P, Tchetgen MB, Koduri S, Appell RA, Sand PK: Incidence of Pubic Osteomyelitis Following Bladder Neck Suspension Using Bone Anchors, presented at the International Urogynecological Association Annual Meeting, Rome, Italy, October, 2000.5

73. Sand PK: National Populationa-Based Study of Outcomes of Patients Treated for Overactive Bladder, presented at the International Urogynecological Annual Meeting, Rome, Italy, October, 2000.5

74. Sand PK: One-Year, Prospective, Open-Label Trial of Controlled-Release Oxybutynin for Overactive Bladder in a Community-Based Population, presented at the International Urogynecological Association Annual Meeting, Rome, Italy, October, 2000.

75. Sand PK: Effect of Controlled-Release Oxybutynin and Tolterodine on Salivary Output, presented at the International Urogynecological Association Annual Meeting, Rome, Italy, October, 2000.

76. Culligan PJ, Koduri S, Heit M, Rackley R, Nihira M, Thompson R, Bent A, Sand PK: Is it Safe to Re-use a Syringe of GAX-collagen? A Multicenter Microbiological Study, presented at the American Urogynecologic Society Annual Meeting, Hilton Head, South Carolina, October, 2000.

77. Goldberg RP, Culligan PJ, Koduri S, Sand PK: A Prospective Randomized Study Comparing Modified Burch Retropubic Urethropexy and Suburethral Sling: Long-Term Follow-up, presented at the American Urogynecologic Society Annual Meeting, Hilton Head, South Carolina, October, 2000.4

78. Koduri S, Goldberg R, Sand PK: Minimally Invasive Surgery: The Transvaginal Retropubic Urethropexy, presented at the American Urogynecologic Society Annual Meeting, Hilton Head, South Carolina, October, 2000.

79. Koduri S, Goldberg RP, Sand PK: Minimally Invasive Surgery: The Cooper's Ligament Transvaginal Sling, presented at the American Urogynecological Society Annual Meeting, Hilton Head, South Carolina, October, 2000.

80. Goldberg RP, Koduri S, Lobel R, Winkler H, Tomezsko J, Culligan P, Sand PK: The Protective Effect of Suburethral Slings on Postoperative Cystocele Recurrence Following Pelvic Reconstructive Surgery, presented at the Society of Gynecologic Surgeons Annual Meeting, Lake Buena Vista, Florida, March, 2001.

81. Goldberg RP, Culligan PJ, Koduri S, Kwon C, Sand PK: The Tensile Strength of Cooper's Ligament Suturing: Comparison of Transvaginal Versus Abdominal Techniques, presented at the Society of Gynecologic Surgeons Annual Meeting, Lake Buena Vista, Florida, March, 2001.

82. Koduri S, Goldberg RP, Sand PK: An Outcomes Analysis of Transvaginal Cooper's Ligament Slings, presented at the Society of Gynecologic Surgeons Annual Meeting, Lake Buena Vista, Florida, March, 2001.

83. Sand PK, Appell R, Miklos JR, Dmochowski R, Albrecht D: Randomized, Double-Blind Study to Compare Extended-Release Oxybutynin and Tolterodine for Overactive Bladder, presented at the American College of Obstetricians and Gynecologists Annual Meeting, Chicago, Illinois, April, 2001.

84. Sand PK, Miklos J, Appell R, Dmochowski R, Zinner N, Roach M, Saltzstein D, Boone TB, Albrecht

D: Randomized, Double-Blind Study of Extended-Release Oxybutynin and Tolterodine for Overactive Bladder in Female Patients, presented at the American Urogynecologic Society Annual Meeting, Chicago, Illinois, October, 2001.7

85. Sand PK, Miklos J, Anderson RU, Dmochowski R, Lama DJ, Gottesman JE, Staskin D, Antoci J, Ritter H, Albrecht D: Central Nervous System Adverse Events with Anticholinergic Medication for Overactive Bladder, presented at the American Urogynecologic Society Annual Meeting, Chicago, Illinois, October, 2001.

86. Kwon CH, Culligan PJ, Koduri S, Goldberg RP, Sand PK: The Development of Pelvic Organ Prolapse Following Burch Retropubic Urethropexy, presented at the American Urogynecologic Society Annual Meeting, Chicago, Illinois, October, 2001.7

87. RP Goldberg, Koduri S, Lobel RW, Culligan PJ, Tomezsko JE, Winkler HA, Sand PK: Long-Term Effects of Three Different Anti-Incontinence Procedures on the Posterior Compartment, presented at the American Urogynecologic Society Annual Meeting, Chicago, Illinois, October, 2001.7

88. Sand PK, Grossman M, Pashos CL, Bull S:  The Impact of Pharmacotherapy on Overactive Bladder Symptom Improvement and Resource Utilization, presented at the American Urogynecology Society Annual Meeting, Chicago, Illinois, October, 2001.7

89. Kwon CH, Sand PK, Koduri S, Goldberg R: The Role of Routine Cystoscopy in Urogynecologic Surgery, presented at the American Urogynecologic Association Annual Meeting, Chicago, Illinois, October, 2001.6

90. Goldberg RP, Culligan PJ, Miklos JR, Koduri S, Kwon C, Sand PK: The Tensile Strength of Cooper's Ligament Suturing: Comparison of 'Open' Abdominal, Laparoscopic & Transvaginal Techniques, presented at the American Urogynecologic Society Annual Meeting, Chicago, Illinois, October, 2001.7

91. Koduri S, Goldberg RP, Sand PK, Dmochowski R: The Transvaginal Cooper's Ligament Sling: One-Year Follow-Up, presented at the American Urogynecologic Society Annual Meeting, Chicago, Illinois, October, 2001.

92. Sand PK, Sathyan G, Ye C, Gupta SK: The Effect of pH on Drug Release From Extended-Release Formulations of Oxybutynin and Tolterodine, presented at the International Urogynecological Association Annual Meeting, Melbourne, Australia, December, 2001.

93. Sand PK, Miklos J, Albrecht D: Central Nervous System Adverse Events with Anticholinergic Medication for Overactive Bladder, presented at the International Urogynecological Association Annual Meeting, Melbourne, Australia, December, 2001.

94. Miklos JR, Sand PK, Albrecht D: Randomized, Double-Blind Study of Extended-Release Oxybutynin and Tolterodine for Overactive Bladder in Female Patients, presented at the International Urogynecological Association Annual Meeting, Melbourne, Australia, December, 2001.

95. Kwon CH, Goldberg, Koduri S, Sand PK: The Utility of Intraoperative Cystoscopy in Major Vaginal and Urogynecologic Surgeries, presented at the Society of Gynecologic Surgeons Annual Meeting, Dallas, Texas, March, 2002.8

96. Sand PK: Safety Update: Overactive Bladder Medication in Women, presented at the American

College of Obstetrics & Gynecology Annual Meeting, Los Angeles, California, May, 2002.

97. Sand PK: The Effect of Antacid on Two Extended-Release Treatments for Overactive Bladder, presented at the American College of Obstetrics & Gynecology Annual Meeting, Los Angeles, California, May, 2002.

98. Sand PK: Does Treatment for Urge Urinary Incontinence Decrease the Prevalence and Impact of Nighttime Awakenings?, presented at the 27th Annual Meeting of the International Urogynecological Association, Prague, Czech Republic, August, 2002.

99. Sand PK: Long-Term Safety Update: Extended-Release Oxybutynin, presented at the 27th Annual Meeting of the International Urogynecological Association, Prague, Czech Republic, August, 2002.

100. Gandhi S, Koduri S, Goldberg RP, Kwon C, Krotz S, Sand PK: Transvaginal Cooper's Ligament Sling for Genuine Stress Incontinence: One-Year Outcomes Analysis, presented at the 27th Annual Meeting of the International Urogynecological Association, Prague, Czech Republic, August, 2002.[8, 9, 10]

101. Sand PK, Dmochowski RR: Clinical Experience with Coaptite® Urological Bulking Agent, presented at the 27th Annual Meeting of the International Urogynecological Association, Prague, Czech Republic, August, 2002.

102. Kwon C, Goldberg R, Gandhi S, Koduri S, Krotz S, Sand PK: Preliminary Results of a Prospective Randomized Trial of Tutoplast Processed Fascia Lata to Prevent Recurrent Anterior and Posterior Vaginal Wall Prolapse, presented at the 27th Annual Meeting of the International Urogynecological Association, Prague, Czech Republic, August, 2002.[10]

103. Kwon C, Goldberg R, Koduri S, Gandhi S Krotz S, Sand PK: Protective Effects of Transvaginal Slings on Recurrent Anterior Vaginal Wall Prolapse After Reconstructive Surgery, presented at the 27th Annual Meeting of the International Urogynecological Association, Prague, Czech Republic, August, 2002.[10]

104. Goldberg RP, Kwon C, Gandhi S, Atkuru LV, Sorensen M, Sand PK: Stress Urinary Incontinence Among Mothers of Multiples: The Protective Effects of Cesarean Delivery, and Assessment of Obstetrical Risk Factors, presented at the 27th Annual Meeting of the International Urogynecological Association, Prague, Czech Republic, August, 2002.

105. Goldberg RP, Kwon C, Gandhi S, Atkuru LV, Sorensen M, Sand PK: Prevalence of Urinary Incontinence, Anal Incontinence and Pelvic Floor Dysfunction Among Mothers of Multiples, presented at the 27th Annual Meeting of the International Urogynecological Association, Prague, Czech Republic, August, 2002.

106. Gandhi S, Koduri S, Goldberg R, Kwon C, Krotz S, Sand P: The Transvaginal Cooper's Ligament Sling for Genuine Stress Incontinence: Subject and Objective Outcomes Analysis at 14 Weeks Follow-up, presented at the International Continence Society Annual Meeting, Heidelberg, Germany, August, 2002.

107. Goldberg R, Sherman W, Atkuru L, Kwon S, Gandhi S, Sand P: The Yield of Office Cystoscopy in the

Evaluation of Female Lower Urinary Tract Symptoms, presented at the International Continence Society Annual Meeting, Heidelberg, Germany, August, 2002.

108. Goldberg R, Kwon C, Gandhi S, Atkuru L, Sorensen M, Sand P: Impact of Urinary Incontinence on Quality of Life Among Women with Previous Multiple Childbirth, presented at the International Continence Society Annual Meeting, Heidelberg, Germany, August, 2002.

109. Dmochowski R, Zinner N, Sand P: Trospium Chloride Improves Symptoms of Overactive Bladder within One Week, presented at the International Bladder Symposium, Arlington, Virginia, March, 2003.

110. Diokno A, Sand P, Peters K, Kell S: A Prospective, Randomized, Double-Blind Study of the Efficacy and Tolerability of Extended-Release Formulations of Oxybutynin and Tolterodine: Results of the OPERA Trial, presented at the Annual Meeting of the American Urological Association, Chicago, Illinois, April, 2003.

111. Dmochowski R, Heit M, Sand P:  The Effect of Anticholinergic Therapy on Urgency Severity in Patients with Overactive Bladder: Clinical Assessment of a Newly Validated Tool, presented at the International Continence Society Annual Meeting, Florence, Italy, October, 2003.11

112. Abramov Y, Kwon C, Gandhi S, Goldberg R, Sand P: Long-Term Anatomic Outcome of Discrete Site-Specific Defect Repair Versus Standard Posterior Colporrhaphy for the Correction of Advanced Rectocele: A 1- Year Follow-up Analysis, presented at the International Continence Society Annual Meeting, Florence, Italy, October, 2003.

113. Dmochowski R, Staskin D, Appell R, Zinner N, Gittelman M, Sand P: The Efficacy, Effectiveness, and Safety of Transdermal Oxybutynin in Patients with Overactive Bladder, presented at the International Continence Society Annual Meeting, Florence, Italy, October, 2003.

114. Gandhi S, Kwon C, Abramov Y, Goldberg R, Beaumont J, Atkuru S, Sand P: Midurethral Tape Procedures: Are They all the Same?, presented at the International Continence Society Annual Meeting, Florence, Italy, October, 2003.11

115. Sand P, Dmochowski R: Trospium Chloride Improves Symptoms of Overactive Bladder within One Week, presented at the International Continence Society Annual Meeting, Florence, Italy, October, 2003.11

116. Diokno A, Sand P, Peters K, Kell S: Results of the OPERA Trial: A Randomized, Prospective, Double-Blind Comparison of the Efficacy and Tolerability of the Extended-Release Formulations of Oxybutynin Versus Tolterodine, presented at the International Continence Society Annual Meeting, Florence, Italy, October, 2003.

117. Gandhi S, Koduri S, Beaumont J, Kwon C, Abramov Y, Goldberg R, Sand P: Long-Term Outcomes Analysis of Abdominovaginal Bone-Anchored Slings for the Treatment of Genuine Stress Incontinence, presented at the International Continence Society Annual Meeting, Florence, Italy, October, 2003.

118. Abramov Y, Gandhi S, Kwon C, Sherman W, Goldberg R, Botros S, Sand P: Does Site-Specific Repair of Advanced Rectocele Carry Lower Rates of Dyspareunia than Standard Posterior Colporrhaphy?, presented at the 28th Annual Meeting of the International Urogynecological

Association, Buenos Aires, Argentina, October, 2003.

119. Abramov Y, Gandhi S, Kwon C, Sherman W, Goldberg R, Botros S, Sand P: Site-Specific Defect Repair Versus Standard Posterior Colporrhaphy for Correction of Advanced Rectocele: Which Technique Carries a Better Long-Term Anatomic Outcome?, presented at the 28th Annual Meeting of the International Urogynecological Association, Buenos Aires, Argentina, October, 2003.

120. Gandhi S, Kwon C, Goldberg R, Abramov Y, Koduri S, Sand P: Does Fascia Lata Graft Decrease Recurrent Posterior Vaginal Wall Prolapse?, presented at the 28th Annual Meeting of the International Urogynecological Association, Buenos Aires, Argentina, October, 2003.

121. Gandhi S, Kwon C, Goldberg R, Abramov Y, Koduri S, Sand P: Fascia Lata Graft for the Prevention of Recurrent Anterior Vaginal Wall Prolapse: One-Year Outcomes of a Randomized Controlled Trial, presented at the 28th Annual Meeting of the International Urogynecological Association, Buenos Aires, Argentina, October, 2003.

122. Gandhi S, Beaumont J, Goldberg R, Kwon C, Abramov Y, Sand PK: Postoperative Self-Catheterization Versus Indwelling Catheterization: Which Works Best?, presented at the 28th Annual Meeting of the International Urogynecological Association, Buenos Aires, Argentina, October, 2003.

123. Aguirre OA, Davila GW, Sand PK: Multicenter Trial of Colpexin Spheres in the Treatment of Women with Advanced Genital Prolapse, presented at the 28th Annual Meeting of the International Urogynecological Association, Buenos Aires, Argentina, October, 2003.

124. Goldberg RP, Dmochowski R, Sand PK: Effect of a Proton Pump Inhibitor on the Pharmacokinetics of Extended-Release Oxybutynin and Tolterodine, presented at the Society of Urologic Nurses and Associates Annual Meeting, Chicago, Illinois, March, 2004.

125. Goldberg RP, Dmochowski R, Sand PK: Comparison of Gastrointestinal Effects with Extended-Release Formulations of Oxybutynin and Tolterodine, presented at the Society of Urologic Nurses and Associates Annual Meeting, Chicago, Illinois, March, 2004.

126. Sand PK: Injectables for the Treatment of Intrinsixc Sphincteric Deficiency, presented at the Society of Urologic Nurses and Associates Annual Meeting, Chicago, Illinois, March, 2004.

127. Sand PK: Anti-Incontinence Surgeries as Treatments for Urinary Incontinence, presented at the Society of Urologic Nurses and Associates Annual Meeting, Chicago, Illinois, March, 2004.

128. Botros S, Sand PK, Abramov Y, Gandhi S, Goldberg RP: Normative Values of the Short Form of the UDI and IIQ in a Population-Based Sample, presented at the American Urological Association Annual Meeting, San Francisco, California, May, 2004.

129. Botros S, Gandhi S, Abramov Y, Sand PK, Goldberg RP: Evaluation of the Urogenital Distress Inventory and Incontinence Impact Questionnaire in a Population-Based Sample, presented at the American College of Obstetrics & Gynecology Annual Meeting, Philadelphia, Pennsylvania, May, 2004.

130. Sand PK, Appell RA, Goldberg RP, Dmochowski R: Prospective Randomized Trial of Calcium Hydroxylapatite  vs. Bovine Collagen for the Treatment of Type III Incontinence, presented at the American College of Obstetrics & Gynecology Annual Meeting, Philadelphia, Pennsylvania, May, 2004.

131. Abramov Y, Gandhi S, Botros-Brey S, Goldberg RP, Sherman W, Rurak M, Sand PK: Is there a Correlation Between Postoperative Vaginal Dimensions and the Risk for Dyspareunia Following Pelvic Reconstructive Surgeries, presented at the Joint Scientific Meeting of the American Urogynecologic Society and the Society of Gynecologic Surgeons, San Diego, CA, July, 2004.

132. Gandhi S, Kubba LA, Abramov Y, Botros SM, Goldberg RP, Victor TA, Sand PK: Histopathologic Changes of Porcine Dermal Implants used for Transvaginal Suburethral Slings, presented at the Joint Scientific Meeting of the American Urogynecologic Society and the Society of Gynecologic Surgeons, San Diego, CA, July, 2004.

133. Abramov Y, Gandhi S, Goldberg RP, Kwon C, Sherman W, Botros-Brey S, Sand PK: Repair of Discrete Site-Specific Defects in Denonvillier's Fascia Carries Higher Anatomic Recurrence Rates than Standard Posterior Colporrhaphy, presented at the Joint Scientific Meeting of the American Urogynecologic Society and the Society of Gynecologic Surgeons, San Diego, CA, July, 2004.

134. Gandhi S, Kwon C, Goldberg RP, Abramov Y, Beaumont JL, Koduri S, Sand PK: A Randomized Controlled Trial of Fascia Lata for the Prevention of Recurrent Anterior Vaginal Wall Prolapse, presented at the Joint Scientific Meeting of the American Urogynecologic Society and the Society of Gynecologic Surgeons, San Diego, CA, July, 2004.

135. Goldberg RP, Sherman W, Sand PK: Bladder Cancers Incidentally Diagnosed During the Evaluation of Irritative Voiding Symptoms: The Majority do not Present with Hematuria, presented at the Joint Scientific Meeting of the American Urogynecologic Society and the Society of Gynecologic Surgeons, San Diego, CA, July, 2004.

136. Sand PK, Appell RA, Goldberg RP, Dmochowski R: Prospective Randomized Trial of Calcium Hydroxylapatite vs. Bovine Collagen for Treatment of Type III Incontinence, presented at the Joint Scientific Meeting of the American Urogynecologic Society and the Society of Gynecologic Surgeons, San Diego, CA, July, 2004.

137. Sand PK, Luber K, Dmochowski R: Central Nervous Effects with Two Anticholinergic Medications in Women with Overactive Bladder, presented at the Joint Scientific Meeting of the American Urogynecologic Society and the Society of Gynecologic Surgeons, San Diego, CA, July, 2004.

138. Abramov Y, Sand PK, Gandhi S, Botros S, Nickolov A, Sherman W, Goldberg RP: Prevalence and Risk Factors for Anal Incontinence: New Insight Through an Identical Twin Sisters Study, presented at the International Urogynecological Association and International Continence Society Joint Annual Meeting, Paris, August, 2004.

139. Abramov Y, Gandhi S, Goldberg RP, Botros S, Kwon C, Sherman W, Sand PK: Does Discrete Site-Specific Defect Repair Offer Better Objective or Subjective Outcomes than Standard Posterior Colporrhaphy, presented at the International Urogynecological Association and International Continence Society Joint Annual Meeting, Paris, August, 2004.

140. Botros S, Gandhi S, Abramov Y, Sand PK, Nickolov A, Goldberg RP: Normative Values for the Short Forms of the UDI and IIQ in Community-Dwelling Women, presented at the International Urogynecological Association and International Continence Society Joint Annual Meeting, Paris, August, 2004.

141. Botros S, Gandhi S, Abramov Y, Sand PK, Nickolov A, Goldberg RP: Are Incontinent Women Finding the Help They Seek?, presented at the International Urogynecological Association and International Continence Society Joint Annual Meeting, Paris, August, 2004.

142. Goldberg R, Gandhi S, Abramov Y, Botros S, Nickolov A, Sherman W, Sand PK: Delivery Mode is

the Major Determinant of Stress Urinary Incontinence in Parous Women: Analysis of 288 Identical Twins, presented at the International Urogynecological Association and International Continence Society Joint Annual Meeting, Paris, August, 2004.

143. Gandhi S, Kwon C, Goldberg RP, Abramov Y, Beaumont JL, Koduri S, Sand PK: A Randomized Controlled Trial of Fascia Lata for the Prevention of Recurrent Anterior Vaginal Wall Prolapse, presented at the International Urogynecological Association and International Continence Society Joint Annual Meeting, Paris, August, 2004.

144. Sand PK: Elective Cesarean Section Can Prevent Future Urogenital Tract Disorders, presented at the Asia Oceanic Forum of Obstetrics & Gynecology Annual Meeting, Taipei, Taiwan, September, 2004.

145. Sand PK: The Effect of Anti-Incontinence Operations on Genital Prolapse, presented at the Asia Oceanic Forum of Obstetrics & Gynecology Annual Meeting, Taipei, Taiwan, September, 2004.

146. Sand PK: Anticholinergic Medications and the Central Nervous System: In Vitro and In Vivo Analysis, presented at the Annual Meeting of the Central Association of Obstetricians & Gynecologists, Washington, D.C., October 15, 2004.

147. Goldberg RP, Sand PK: Patient Satisfaction with Transdermal Oxybutynin: Interim Results from the MATRIX Study presented at the American Society of Clinical Pharmacology and Therapeutics 106th Annual Meeting, Orlando, Florida, March, 2005.

148. Botros S, Abramov Y, Goldberg R, Nickolov A, Gandhi S, Miller JJ, Sand  PK: Detrusor Overactivity Following Midurethral Sling Procedures, presented at the 31st Annual Meeting of the Society of Gynecologic Surgeons, Rancho Mirage, California, April, 2005.

149. Miller JJ, Gandhi S, Botros SM, Abramov Y, Goldberg RP, Sand PK: A Retrospective Evaluation Comparing Porcine Dermis and Cadaveric Fascia for the Treatment of Genuine Stress Incontinence and Low Pressure Urethra with a Transvaginal Cooper's Ligament Sling, presented at the 31st Annual Meeting of the Society of Gynecologic Surgeons, Rancho Mirage, California, April, 2005.

150. Goldberg RP, Abramov Y, Botros S, Miller J, Rurak M, Sand PK: Delivery Mode is a Major Determinant of Stress Urinary Incontinence in Childbearing Women: Analysis of 542 Identical Twins, presented at the 31st Annual Meeting of the Society of Gynecologic Surgeons, Rancho Mirage, California, April, 2005.

151. Goldberg RP, Abramov Y, Botros S, Miller J, Rurak M, Sand PK: Urge Incontinence: Determining Environmental and Obstetrical Risk Factors Using an Identical Twin Study Design, presented at the 31st Annual   Meeting of the Society of Gynecologic Surgeons, Rancho Mirage, California, April, 2005.

152. Sand PK, Goldberg RP, Lucente V: Decreased Sexual Function in Patients with Overactive Bladder: Interim Results from the MATRIX Study, presented at the 31st Annual Meeting of the Society of Gynecologic Surgeons, Rancho Mirage, California, April, 2005.

153. Botros SM, Abramov Y, Miller JJ, Sand PK, Nickolov A, Gandhi S, Goldberg RP: The Impact of Urinary Incontinence on Sexual Function, presented at the 31st Annual Meeting of the Society of Gynecologic Surgeons, Rancho Mirage, California, April, 2005.

154. Botros SM, Abramov Y, Miller JJ, Sand PK, Nickolov A, Gandhi S, Goldberg RP: The Impact of Childbirth on Sexual Function: New Insights Through an Identical Twins Study, presented at the

31st Annual Meeting of the Society of Gynecologic Surgeons, Rancho Mirage, California, April, 2005.

155. Sand PK: Flexible Dosing of Extended-Release Oxybutynin Improves Treatment Outcomes for Urge Incontinence, presented at the 53rd Annual Meeting of the American College of Obstetricians & Gynecologists, San Francisco, California, May, 2005.

156. Goldberg R, Sand P, Dahl N, Lackner T: Patient Satisfaction with Transdermal Oxybutynin: Interim Results from the MATRIX Study, presented at the annual meeting of the American Society for Clinical Pharmacology and Therapeutics, Orlando, Florida, March, 2005.

157. Sand PK, Dmochowski RR, Goldberg RP, Mcllwan M, Lucente VR: Does  Overactive Bladder Impact Interest in Sexual Activity? Baseline Results from the MATRIX Study, presented at the 30th Annual Meeting of the International Urogynecological Association, Copenhagen, Denmark, August, 2005.

158. Botros SM, Abramov Y, Miller JR, Sand PK, Nickolov A, Gandhi S, Goldberg RP: The Impact of Childbirth on Sexual Function: New Insight Through an Identical Twins Study, presented at the 30th Annual Meeting of the International Urogynecological Association, Copenhagen, Denmark, August, 2005.

159. Goldberg RP, Abramov Y, Botros S, Miller JJ, Gandhi S, Nickolov A, Sherman W, Sand PK: Delivery Mode is the Major Environmental Determinant of SUI: Results of the Evanston Identical Twin Sisters Study, presented at the 30th Annual Meeting of the International Urogynecological Association, Copenhagen, Denmark, August, 2005.

160. Abramov Y, Sand PK, Botros SM, Gandhi S, Miller JR, Nickolov A, Rurak M, Goldberg RP: Risk Factors for Female Anal Incontinence: New Insight Through an Identical Twin Sisters Study, presented at the 30th Annual Meeting of the International Urogynecological Association, Copenhagen, Denmark, August, 2005.

161. Botros SM, Sand PK, Alshahrour A, Beaumont JL, Abramov Y, Miller JR,  Goldberg RP: Adjuvant Dermal Graft for Advanced Anterior Compartment Prolapse: Comparison to Standard Anterior Repair, presented at the 30th Annual Meeting of the International Urogynecological Association, Copenhagen, Denmark, August, 2005.

162. Aguirre OA, Davila GW, Lukban JC, Sand PK: Multicenter Prospective Trial of Colpexin® Spheres in Women with Advanced Genital Prolapse, presented  at the 30th Annual Meeting of the International Urogynecological Association, Copenhagen, Denmark, August, 2005.

163. Abramov Y, Sand PK, Gandhi S, Botros SM, Miller JR, Koh E, Rurak M, Goldberg RP: The Effect of Preemptive Pudendal Nerve Blockade on Postoperative Pain Following Pelvic Reconstructive Surgery: A Prospective Randomized Double-Blind Placembo-Controlled Trial, presented at the 30th Annual Meeting of the International Urogynecological Association, Copenhagen, Denmark, August,2005.

164. Abramov Y, Miller JR, Alshahrour A, Webb A, Ameer GA, Botoros SM, Goldberg RP, Sand PK: Mechanical Properties of Vaginal Versus Abdominal Surgical Wound Healing in a Rabbit Model, presented at the 30th Annual Meeting of the International Urogynecological Association, Copenhagen, Denmark, August, 2005.

165. Botros SM, Abramov Y, Miller JR, Sand PK, Nikolov A, Gandhi S, Goldberg RP: Impact of Urinary Incontinence on Sexual Function, presented at the 30th Annual Meeting of the International Urogynecological Association, Copenhagen, Denmark, August, 2005.

166. Goldberg RP, Abramov Y, Botros S, Miller JJ, Sand PK: Urge Incontinence: Determining Environmental and Obstetrical Risk Factors Using an  Identical Twin Study Design, presented at the 30th Annual Meeting of the International Urogynecological Association, Copenhagen, Denmark, August, 2005.

167. Gandhi S, Abramov Y, Goldberg RP, Botros S, Miller J, Beaumont JL, Kwon C, Sand PK: Fascia Lata for the Prevention of Recurrent Posterior Vaginal Wall Prolapse: Subanalysis of a Randomized Controlled Trial, presented at the 30th Annual Meeting of the International Urogynecological Association, Copenhagen, Denmark, August, 2005.

168. Miller JR, Gandhi S, Goldberg RP, Botros SM, Abramov Y, Beaumont JL, Sand PK: Comparison of Porcine Dermis and Cadaveric Fascia for the Treatment of Genuine Stress Incontinence and Low Pressure Urethra with a Transvaginal Cooper's Ligament Sling: A Retrospective Cohort Study, presented at the 30th Annual Meeting of the International Urogynecological Association, Copenhagen, Denmark, August, 2005.

169. Miller JR, Botros SM, Akl MN, Beaumont JL, Goldberg RP, Abramov Y, Sand PK: Comparing Stress Urinary Incontinence Outcomes of Tension-Free Vaginal Tape with Transobturator Tape Sling: A Retrospective Cohort Study, presented at the 30th Annual Meeting of the International Urogynecological Association, Copenhagen, Denmark, August, 2005.

170. Abramov Y, Miller JR, Alshahrour A, Golden B, Sullivan M, Botros SM,   Goldberg RP, Sand PK: Histologic Evaluation of Vaginal Versus Abdominal Surgical Wound Healing in the Rabbit Using a New Histologic Scoring System, presented at the 30th Annual Meeting of the International Urogynecological Association, Copenhagen, Denmark, August, 2005.

171. Dmochowski RR, Sand PK, Goldberg RP, McIlwan M, Lucente VR: Gender Differences of Overactive Bladder on Quality of Life: Baseline Result from the MATRIX Study, presented at the 30th Annual Meeting of the International Urogynecological Association, Copenhagen, Denmark, August, 2005.

172. Sand P, Zinner N: What is Urgency: Examining the Clinical Adequacy of the ICS Definition of Urgency, presented at the 35th Annual Meeting of the International Continence Society, Montreal, Canada, August, 2005.

173. Goldberg R, Abramov Y, Botros S, Miller J, Nickolov A, Sand P: Urge Incontinence: Determining Environmental and Obstetrical Risk Factors Using an Identical Twin Study Design, presented at the 35th Annual Meeting of the International Continence Society, Montreal, Canada, August, 2005.

174. Abramov Y, Botros S, Miller J, Nickolov A, Sand P, Goldberg R: Risk Factors for Female Constipation: New insight Through an Identical Twin Sisters Study, presented at the 35th Annual Meeting of the International Continence Society, Montreal, Canada, August, 2005.

175. Botros S, Abramov Y, Goldberg R, Gandhi S, Miller JM, Sand P: Detrusor Overactivity and Urge Urinary Incontinence Following Midurethral Sling Procedures, presented at the 35th Annual Meeting of the International Continence Society, Montreal, Canada, August, 2005.

176. Sand P, Miklos J, Goldberg R, Staskin D, Luber K, Serels S, Appell R, Dahl N: How Much Does Overactive Bladder Impact Interest in Sexual Intimacy? Baseline Results From the MATRIX Study, presented at the 35th Annual Meeting of the International Continence Society, Montreal, Canada, August, 2005.

177. Aguirre O, Davila G, Lukban J, Sand P: Multicenter Prospective Trial of  Colpexin® Spheres in Women with Advanced Genital Prolapse, presented at the 35th Annual Meeting of the International Continence Society, Montreal, Canada, August, 2005.

178. Dmochowski RR, MacDiarmid SA, Sand PK: Effect of a Fixed Dose of Extended-Release Oxybutynin on Urge and Non-Urge Incontinence, presented at the Annual Meeting of the American Urogynecologic Society, Atlanta, Georgia, September, 2005.

179. Boone TB, Appell R, Sand PK: Effects of Extended-Release Formulations of Oxybutynin and Tolterodine on Nocturnal Voiding Frequency in Women with Overactive Bladder, presented at the Annual Meeting of the American Urogynecologic Society, Atlanta, Georgia, September, 2005.

180. MacDiarmid SA, Dmochowski RR, Sand PK: Individualized Dosing of Extended-Release Oxybutynin is Associated with Improved Outcomes in the Treatment of Urge Incontinence, presented at the Annual Meeting of the American Urogynecologic Society, Atlanta, Georgia, September, 2005.

181. Abramov Y, Sand PK, Botros SM, Miller JR, Gandhi S, Nickolov A, Goldberg RP: Risk factors for female anal incontinence: new insight through the Evanston-Northwestern Twin Sisters Study, presented at the Annual Meeting of the American Urogynecologic Society, Atlanta, Georgia, September, 2005.

182. Abramov Y, Sand PK, Gandhi S, Botros SM, Miller JR, Rurak M, Goldberg RP: The effect of preemptive pudendal nerve blockade on postoperative pain following pelvic reconstructive surgery: A prospective randomized double blind placebo-controlled trial, presented at the Annual Meeting of the American Urogynecologic Society, Atlanta, Georgia, September, 2005.

183. Abramov Y, Miller JR, Alshahrour A, Webb A, Ameer G, Botros SM, Goldberg RP, Sand PK: Mechanical properties of vaginal versus abdominal surgical wound healing in a rabbit model, presented at the Annual Meeting of the American Urogynecologic Society, Atlanta, Georgia, September, 2005.

184. Botros SM, Sand PK, Alshahrour A, Beaumont JL, Abramov Y, Miller JR,  Goldberg RP: Adjuvant dermal graft for advanced anterior compartment prolapse: comparison to standard anterior repair, presented at the Annual Meeting of the American Urogynecologic Society, Atlanta, Georgia, September, 2005.

185. Gandhi S, Kwon C, Goldberg RP, Abramov Y, Beaumont JL, Koduri S, Sand PK: A randomized controlled trial of fascia lata for the prevention of recurrent posterior vaginal wall prolapse, presented at the Annual Meeting of the American Urogynecologic Society, Atlanta, Georgia, September, 2005.

186. Chester AE, Sathyan G, Bashir M, Sand PK: Tissue Distribution of Oxybutynin and Tolterodine in a mouse model, presented at the Central Association of Obstetricians and Gynecologists Annual Meeting, October, 2005.

187. Smith DA, Sand PK, Tyagi R, Staskin DR: Effect of a Fixed Dose of Extended-Release Oxybutynin on Urge and Non-Urge Urinary Incontinence, presented at the 36th Annual Meeting of the Society of Urologic Nurses and Associates, October, 2005.

188. Page SA, Sand PK, Luber K: Effects of Extended-Release Formulations of Oxybutynin and Tolterodine on Nocturnal Voiding Frequency in Women with Overactive Bladder: A Sub-Analysis of Data From the OPERA Trial, presented at the American College of Nurse Practitioners National Clinical Conference, October, 2005.

189. Sand PK, Dahl NV: Patient Satisfaction with Transdermal Oxybutynin: Preliminary Results From the MATRIX Study, presented at the Annual Meeting of the American College of Clinical Pharmacy, San Francisco, California, October, 2005.

190. Sasso KC, Sand PK, Davila GW, Aguirre OA: The Effect of Colpexin Sphere on Urinary Symptoms in Women Treated for Genital Prolapse, presented at    the 37th Annual Meeting of the Society of Urologic Nurses and Associates, New York City, New York, March, 2006.

191. Smith DA, Sand PK, Karram MM: Efficacy of Extended-Release Oxybutynin in patients with Overactive Bladder as a Function of Baseline Urge Urinary Incontinence Frequency, presented at the 37th Annual Meeting of the Society of Urologic Nurses and Associates, New York City, New York, March, 2006.

192. Sand PK, Goldberg RP, McIlwain M: Impact of Transdermal Oxybutynin on Sexual Function in Patients With Overactive Bladder, presented at the Annual Meeting of the Society of Gynecologic Surgeons, Tucson, Arizona, April, 2006.

193. Miller JJ, Botros SM, Akl MN, Goldberg RP, Sand PK: Is Trans-obturator Tape as Effective as Tension-Free Vaginal Tape in Patients with a Borderline Maximal Urethral Closure Pressure?, presented at the Annual Meeting of the Society of Gynecologic Surgeons, Tucson, Arizona, April, 2006.

194. Miller JJ, Goldberg RP, Botros SM, Aschkenazi-Steinberg SO, Sand PK: Can the Q-tip Test be Used to Identify Patients at High Risk of Having Urethrolysis after Midurethral Sling?, presented at the Annual Meeting of the Society of Gynecologic Surgeons, Tucson, Arizona, April, 2006.

195. Botros SM, Miller JJ, Akl MN, Goldberg RP, Sand PK: Detrusor  Overactivity and Urge Incontinence in MONARC vs. TVT and SPARC, presented at the Annual Meeting of the Society of Gynecologic Surgeons, Tucson, Arizona, April, 2006.

196. Sand PK, Modi NB, Gupta S: Cognitive Effects of Immediate-Release and Extended-Release Oxybutynin in an Elderly Population, presented at the 54th Annual Meeting of the American College of Obstetricians & Gynecologists, Washington, D.C., May, 2006.

197. Goldberg R, Davlla GW, Lucente V, Sand PK, Gonick CW, McIlwain M:MATRIX Results: Quality-of-Life Impact of Transdermal Oxybutynin in Women Older than 45 Years and Younger than 45 Years with Overactive Bladder, presented at the 54th Annual Meeting of the American College of Obstetricians & Gynecologists, Washington, D.C., May, 2006.

198. Davila GW, Sand PK, Gonick C, Parker RL, Dahl NV: Impact of Transdermal Oxybutynin on Nocturia and Related Symptoms in Overactive Bladder: Results from the MATRIX Study, presented at the 54th Annual Meeting of the American College of Obstetricians & Gynecologists, Washington, D.C., May, 2006.

199. Sand PK, Lucente VR, Parker RL, Goldberg RP, Dahl NV: Impact of Transdermal Oxybutynin on Depression Symptoms in Patients with Overactive Bladder: Results of the MATRIX Study, presented at the 54th Annual Meeting of the American College of Obstetricians & Gynecologists, Washington, D.C., May, 2006.

200. Sand PK, Karram M: Efficacy of Extended-Release Oxybutynin Stratified by Severity of Urinary Urge Incontinence, presented at the 54th Annual Meeting of the American College of Obstetricians & Gynecologists, Washington, D.C., May, 2006.

201. Miller JR, Botros SM, Aschkenazi SO, Goldberg RP, Sand PK: Urgency on Bladder Palpation as a

Predictor of Detrusor Overactivity, presented at the 31st Annual Meeting of the International Urogynecological Association, Athens, Greece, September, 2006.

202. Miller JR, Botros SM, Aschkenazi SO, Beaumont JL, Akl MN, Goldberg RP, Sand PK: Maximum Urethral Closure Pressure as a Selection Criterion for Midurethral Sling Type, presented at the 31st Annual Meeting of the International Urogynecological Association, Athens, Greece, September, 2006.

203. Abramov Y, Hirsch E, Ilievski V, Miller JR, Botros S, Goldberg RP, Alshahrour A, Sand PK: The Effect of Estrogen Deficiency on PDGF Beta and TGF Beta RNA Transcription Within the Surgical Wound in the Rabbit Vagina and Abdomen, presented at the 31st Annual Meeting of the International Urogynecological Association, Athens, Greece, September, 2006.

204. Sand PK, Appell RA, Dmochowski R, Mayer RI: Prospective Single-Blind Trial of Calcium Hydroxylapatite Versus Bovine Collagen for Bladder Neck Augmentation of Women with Urodynamic Stress Incontinence and Intrinsic Sphincteric Deficiency, presented at the 31st Annual Meeting of the International Urogynecological Association, Athens, Greece, September, 2006.

205. Miller JR, Goldberg RP, Botros SM, Aschkenazi SO, Sand PK: Urethrolysis More Likely After Proximal Migration of Midurethral Sling, presented at the 31st Annual Meeting of the International Urogynecological Association, Athens, Greece, September, 2006.

206. Abramov Y, Webb AR, Miller JR, Botros S, Goldberg RP, Alshahrour A, Ameer GA, Sand PK: The Effects of Estrogen Deficiency on Biomechanical Properties of the Surgical Wound Healing Process in the Rabbit Vagina, presented at the 31st Annual Meeting of the International Urogynecological Association, Athens, Greece, September, 2006.

207. Sand PK, Kelleher CJ, Pizzi L, Dahl N: Effect of Treatment for Overactive Bladder on Work Productivity, presented at the 31st Annual Meeting of the International Urogynecological Association, Athens, Greece, September, 2006.

208. Sand PK, Kelleher CJ, Dahl N: Nocturia in a Large community Population Treated with Transdermal Oxybutynin, presented at the 31st Annual Meeting of the International Urogynecological Association, Athens, Greece, September, 2006.

209. Kelleher CJ, Sand PK, Dahl N: Evaluation of Quality of Life and Safety in a Large Community- Based Population with Overactive Bladder, presented at the 31st Annual Meeting of the International Urogynecological Association, Athens, Greece, September, 2006.

210. Aschkenazi SO, Miller JR, Beaumont J, Botros SM, Sand PK, Goldberg RP: Sexual Function Before and After Vaginal Prolapse Surgery with Allograft Reinforcement, presented at the 31st Annual Meeting of the International Urogynecological Association, Athens, Greece, September, 2006.

211. Botros SM, Sand PK, Miller JR, Beaumont JL, Abramov Y, Aschkenazi S, Goldberg RP: Adjuvant Alloderm Graft for Advanced Anterior Compartment Prolapse: Comparison to Standard Anterior Colporrhaphy at 1 Year, presented at the 31st Annual Meeting of the International Urogynecological Association, Athens, Greece, September, 2006.

212. Botros SM, Miller JR, Goldberg RP, Kintz N, Sand PK: A Simple Test to Aid in the Diagnosis of Interstitial Cystitis, presented at the 31st Annual Meeting of the International Urogynecological Association, Athens, Greece, September, 2006.

213. Aschkenazi SO, Botros S, Beaumont J, Miller JR, Sand PK, Goldberg RP: Sexual Function Before

and After Vaginal Prolapse Repair with Allograft Reinforcement, presented at the 27th Annual Meeting of the American Urogynecologic Society, Palm Springs, California, October, 2006.

214. Botros S, Miller JR, Goldberg RP, Kintz N, Sand PK: A simple Test to Aid in the Diagnosis of Interstitial Cystitis, presented at the 27th Annual Meeting of the American Urogynecologic Society, Palm Springs, California, October, 2006.

215. Botros S, Sand PK, Miller JR, Beaumont J, Abramov Y, Aschkenazi S, Goldberg RP: Adjuvant Dermal Graft for Advanced Anterior Compartment Prolapse: Comparison to Standard Anterior Colporrhaphy at 1-Year, presented at the 27th Annual Meeting of the American Urogynecologic Society, Palm Springs, California, October, 2006.

216. Stanford EJ, Sand PK, Aquilina JW, Wan GJ: Initial Treatment Patterns of Interstitial Cystitis Within the First 30 or 365 Days After Diagnosis: A Large Population- Based Study, presented at the 27th Annual Meeting of the American Urogynecologic Society, Palm Springs, California, October, 2006.

217. Sand PK, Zhang H F, Chen A, Creanga D L, Wan G J: Association Between Symptom Reduction and Satisfaction with Pentosan Polysulfate Sodium in Patients with Interstitial Cystitis/Painful Bladder Syndrome, presented at the Annual Meeting of the American College of Obstetrics & Gynecology, District VI, Kona, Hawaii, November, 2006.

218. Miller J, Goldberg R, Botros S, Aschkenazi S, Sand P: Urethrolysis More Likely After Proximal Migration of Midurethral Sling, presented at the Annual Meeting of the International Continence Society, Christchurch, New Zealand, November, 2006.

219. Botros S, Miller J, Goldberg R, Kintz N, Sand P: A Simple Test to Aid in the Diagnosis of Interstitial Cystitis, presented at the Annual Meeting of the International Continence Society, Christchurch, New Zealand, November, 2006.

220. Stanford EJ, Sand PK, Aquilina JW, Wan GJ: Initial Treatment Patterns of Interstitial Cystitis/Painful Bladder Syndrome Within the First 30 or 365 Days After Diagnosis: A Large Population-Based Study, presented at the Annual Meeting of the International Continence Society, Christchurch, New Zealand, November, 2006.

221. Botros S, Sand P, Miller J, Beaumont J, Abramov Y, Ashkenazi S, Goldberg R: Adjuvant Alloderm Graft for Advanced Anterior Compartment Prolapse: Comparison to Standard Anterior Colporrhaphy at 1-Year, presented at the Annual Meeting of the International Continence Society, Christchurch, New Zealand, November, 2006.

222. Sand PK, Zhang HF, Chen A, Creanga DL, Wan GJ: Association Between Symptom Reduction and Satisfaction with Pentosan Polysulfate Sodium in Patients with Interstitial Cystitis/Painful Bladder Syndrome, presented at the Annual Meeting of the International Continence Society, Christchurch, New Zealand, November, 2006.

223. Miller J, Botros S, Goldberg R, Aschkenazi S, Kintz N, Sand P: Urge on Bladder Palpation as a Predictor of Detrusor Overactivity, presented at the Annual Meeting of the International Continence Society, Christchurch, New Zealand, November, 2006.

224. Aschkenazi SO, Miller JR, Beaumont J, Botros SM, Sand PK, Goldberg R P: Sexual Function Before and After Vaginal Prolapse Surgery with Allograft Reinforcement, presented at the Annual Meeting of the International Continence Society, Christchurch, New Zealand, November, 2006.

225. Miller J, Botros S, Akl M, Aschkenazi S, Beaumont J, Goldberg R, Sand P: Maximum Urethral Closure Pressure as a Selection Criterion for Midurethral Sling Type, presented at the Annual

Meeting of the International Continence Society, Christchurch, New Zealand, November, 2006.

226. Staskin DR, Sand PK, Zinner NR: Once-Daily Trospium Chloride Extended Release is Effective and Well Tolerated for the Treatment of Overactive Bladder: Results From a Multicenter Phase III Trial, presented at the Annual Meeting of the Society for Urodynamics and Female Urology, San Diego, California, February, 2007.

227. Dmochowski RR, Zinner NR, Sand PK: Trospium Chloride Extended-Release Formulation Provides Effective Relief for the Symptoms of Overactive Bladder, Improves Patient-Reported Quality of Life, and is Well Tolerated: Results From a Multicenter Phase III Placebo-Controlled Study, presented at the Annual Meeting of the Society for Urodynamics and Female Urology, San Diego, California, February, 2007.

228. Aschkenazi-Steinberg SO, Botros SM. Miller J, Goldberg RP, Sand PK: Can Detrusor Overactivity be Reliably Diagnosed by Risk Factors, presented at the Annual Meeting of the Society of Gynecologic Surgeons, Orlando, Florida, April, 2007.

229. Miller J, Botros SM, Aschkenazi SO, Beaumont JL, Goldberg RP, Sand PK: Urge on Bladder Palpation as a Predictor of Detrusor Overactivity, presented at the Annual Meeting of the Society of Gynecologic Surgeons, Orlando, Florida, April, 2007.

230. Sand PK, Kaufman DM, Zhang HF, Wan GJ, Nickel JC: Symptom Reduction, Improved Sexual Function, Sleep and Satisfaction with Pentosan Polysulfate Sodium, presented at the 55th Annual Meeting of the American College of Obstetricians & Gynecologists, San Diego, California, May, 2007.

231. Sand PK, Pizzi LT, Dahl NV: Transdermal Oxybutynin with an Educational Intervention for OAB: Impact on Work, presented at the 55th Annual Meeting of the American College of Obstetricians & Gynecologists, San Diego, California, May, 2007.

232. Staskin DR, Dmochowski RR, Sand PK, Zinner NR: Trospium Chloride 60 mg Once Daily Effectively Relieves the Urgency, Frequency and Urgency Urinary Incontinence Associated with Overactive Bladder Syndrome, presented at the Annual Meeting of the American Urological Association, Anaheim, California, May, 2007.

233. Miller JR, Goldberg RP, Beaumont JL, Botros SM, Aschkenazi SO, Gamble T, Sand PK.  Effect of hysterectomy on stress urinary incontinence: a twin research design, presented at the 32nd Annual Meeting of the International Urogynecology Association, Cancun, Mexico, June, 2007.

234. Aschkenazi S, Botros S, Miller J, Beaumont J, Gamble T, Sand PK, Goldberg RP.  Painful bladder syndrome is directly correlated with worsening BDI Depression Scores, presented at the 32nd Annual Meeting of the International Urogynecology Association, Cancun, Mexico, June, 2007.

235. Gamble TL, Miller JJ, Botros SM, Aschkenazi SO, Beaumont JL, Sand PK, Goldberg RP.  Bowel distress and depression: an identical twin study, presented at the 32nd Annual Meeting of the International Urogynecology Association, Cancun, Mexico, June, 2007.

236. Aschkenazi S, Botros S, Beaumont J, Miller J, Gamble T, Sand PK, Goldberg RP.  Prevalence and impact of premenstrual syndrome and premenstrual dysphoric disorder in women with pelvic floor disorders, presented at the 32nd Annual Meeting of the International Urogynecology Association, Cancun, Mexico, June, 2007.

237. Aschkenazi S, Botros S, Miller J, Beaumont J, Goldberg RP, Sand PK. Factors predicting detrusor overactivity using a logistic regression model, presented at the 32nd Annual Meeting of the

International Urogynecology Association, Cancun, Mexico, June, 2007.

238. Gamble T, Goldberg RP, Miller JJ, Aschkenazi SO, Beaumont JL, Sand PK, Botros SM.  Depression and urinary distress, presented at the 32nd Annual Meeting of the International Urogynecology Association, Cancun, Mexico, June, 2007.

239. Aschkenazi S, Botros S, Beaumont J, Miller J, Gamble T, Sand PK, Goldberg RP.  The prevalence of premenstrual syndrome and premenstrual dysphoric disorder and its relationship to sexual functioning, pelvic pain and depressed mood, presented at the 32nd Annual Meeting of the International Urogynecology Association, Cancun, Mexico, June, 2007.

240. Aschkenazi SO, Botros, SM, Beaumont, JL, Miller, JR Gamble, T; Sand; PK; Goldberg, RP: Can Female Sexual Dysfunction in the General Population be Reliably Assessed by the PISQ-12, the Short Form of the Pelvic Organ Prolapse/ Urinary Incontinence Sexual Questionnaire?, presented at the Annual District VI Meeting of the American College of Obstetricians & Gynecologists, Victoria, BC, Canada, August, 2007.

241. Sand PK, Dmochowski RR, Zinner NR, Staskin DR: Trospium Chloride Extended-Release Formulation Provides Effective Relief of Symptoms of Overactive Bladder, Improves Patient-Reported Quality of Life, and is Well Tolerated: Results from a Multicenter, Phase III, Placebo-Controlled Study, presented at the Annual Meeting of the International Continence Society, Rotterdam, Netherlands, August, 2007.

242. Sand PK, Staskin DR, Zinner NR, Dmochowski RR: Once-Daily Trospium Chloride Extended Release is Effective and Well Tolerated for the Treatment of Overactive Bladder: Results from a Multicenter, Phase III Trial, presented at the Annual Meeting of the International Continence Society, Rotterdam, Netherlands, August, 2007.

243. Dmochowski RR, Staskin DR, Sand PK, Zinner NR: Trospium Chloride 60 mg Once Daily Improves Quality of Life in Subjects with Overactive Bladder Syndrome, presented at the Annual Meeting of the International Continence Society, Rotterdam, Netherlands, August, 2007.

244. Aschkenazi SO, Botros S, Miller JR, Gamble T, Sand PK, Goldberg RP: Can the PISQ-12,  The Short Form of the Pelvic Organ Prolapse/Urinary Incontinence Sexual Questionnaire, Be Reliably Used in a General Population? presented at the 28th Annual Meeting of the American Urogynecology Society, Hollywood, Florida, September, 2007.

245. Gamble T, Miller JR, Aschkenazi SO, Beaumont J, Botros SM, Goldberg RP, Sand PK: Bowel Distress and Depression, presented at the 28th Annual Meeting of the American Urogynecology Society, Hollywood, Florida, September, 2007.

246. Aschkenazi SO, Botros SM, Miller JR, Gamble T, Sand PK, Goldberg RP: How Does Painful Bladder Relate to Depression, presented at the 28th Annual Meeting of the American Urogynecology Society, Hollywood, Florida, September, 2007.

247. Miller JR, Goldberg RP, Beaumont JL, Aschkenazi SO, Gamble T, Botros SM, Sand PK: Effect of Hysterectomy on Stress Urinary Incontinence: A Twin Research Design, presented at the 28th Annual Meeting of the American Urogynecology Society, Hollywood, Florida, September, 2007.

248. Sand PK, Staskin DR, Dmochowski RR, Zinner NR, Appell RA: Trospium Chloride 60 mg Once Daily Demonstrates Significant Clinical Benefit and is Well Tolerated in Women with Overactive Bladder Syndrome, presented at the 28th Annual Meeting of the American Urogynecology Society, Hollywood, Florida, September, 2007.

249. Nitti V, Dmochowski R, Sand PK, Wang J, Hvidsten K, Bavendam T: Improvement in Overactive Bladder Symptoms and Health Related Quality of Life with Fesoterodine: Results from a Phase III Trial in the United States, presented at the 28th Annual Meeting of the American Urogynecology Society, Hollywood, Florida, September, 2007.

250. Gamble TL, Miller JR, Aschkenazi SO, Beaumont JL, Botros SM, Goldberg RP, Sand PK: Detrusor Overactivity Volume Predicts Postoperative Detrusor Overactivity after Sling Procedures, presented at the 28th Annual Meeting of the American Urogynecology Society, Hollywood, Florida, September, 2007.

251. Gamble TL, Miller JR, Aschkenazi SO, Beaumont J, Goldberg RP, Sand PK, Botros SM: Urinary Distress and Depression, presented at the 28th Annual Meeting of the American Urogynecology Society, Hollywood, Florida, September, 2007.

252. Aschkenazi SO, Botros SM, Miller JR, Beaumont J, Gamble T, Sand PK, Goldberg RP: Does the Bladder Have a Memory? Is Childhood Dysfunctional Voiding Related to Urinary Incontinence in Women? presented at the 28th Annual Meeting of the American Urogynecology Society, Hollywood, Florida, September, 2007.

253. Zinner NR, Dmochowski RR, Staskin DR, Sand PK: Trospium Chloride Improves Quality of Life in Subjects with Overactive Bladder Syndrome, presented at the Annual Meeting of the South Central Section of the American Urological Association, Colorado Springs, Colorado, September, 2007.

254. Zinner NR, Staskin DR, Sand PK, Dmochowski RR: Trospium Chloride 60 mg Once Daily is Effective and Well Tolerated for the Treatment of Overactive Bladder Syndrome: Results form a Phase III Trial, presented at the Annual Meeting of the South Central Section of the American Urological Association, Colorado Springs, Colorado, September, 2007.

255. MacDiarmid S, Staskin DR, Dmochowski RR, Sand PK, Zinner NR: Trospium Chloride 60 mg QD is Effective in Improving Health-Related Quality of Life in Subjects with Overactive Bladder Syndrome, presented at the Annual Meeting of the Northeastern Section of the American Urological Association, Rochester, New York, September, 2007.

256. Staskin DR, Zinner NR, Sand PK, Dmochowski RR: Dry Rates with Trospium Chloride 60 mg Once Daily are Significantly Superior to Placebo From Week 1 of Treatment in Subjects with Overactive Bladder Syndrome, presented at the Annual Meeting of the Northeastern Section of the American Urological Association, Rochester, New York, September, 2007.

257. Staskin DR, Zinner NR, Sand PK, Dmochowski RR: Trospium Chloride 60 mg Once Daily Demonstrates Rapid Relief From Urinary Urgency, Frequency, and Urgency Urinary Incontinence When Compared with Placebo as Assessed Using the Overactive Bladder-Symptom Composite Score, presented at the Annual Meeting of the New England Section of the American Urological Association, Boston, Massachusetts, September, 2007.

258. Staskin DR, Dmochowski RR, Sand PK, Zinner NR: Correlation of Bladder Diary Symptoms and Self-Assessment of Improvement in Subjects with Overactive Bladder Syndrome Administered Trospium Chloride 60 mg Once Daily, presented at the Annual Meeting of the New England Section of the American Urological Association, Boston, Massachusetts, September, 2007.

259. Sand PK, Stanford EJ, Chen A, Wan GJ: Healthcare Resource Use and Costs of Treatment for Interstitial Cystitis, presented at the Annual Meeting of the Western Section of the American Urological Association, Scottsdale, Arizona, October, 2007.

260. Sand PK, Stanford EJ, Chen AJ, Wan GJ: Initial Treatment Patterns of Interstitial Cystitis Within the First 30 or 365 Days After Diagnosis: A Large Population-Based Study, presented at the Annual Meeting of the Western Section of the American Urological Association, Scottsdale, Arizona, October, 2007.

261. Zinner NR, Staskin DR, Sand PK, Dmochowski RR: Once-Daily Trospium Chloride 60 mg is Effective and Well Tolerated for Overactive Bladder Syndrome, presented at the Annual Meeting of the Western Section of the American Urological Association, Scottsdale, Arizona, October, 2007.

262. Zinner NR, Dmochowski RR, Staskin DR, Sand PK: Trospium Chloride 60 mg Once Daily Improves Quality of Life in Subjects with Overactive Bladder Syndrome, presented at the Annual Meeting of the Western Section of the American Urological Association, Scottsdale, Arizona, October, 2007.

263. Aschkenazi SO, Goldberg RP, Sand PK: How Depressive is Painful Bladder Syndrome? presented at the 36th Global AAGL Congress of Minimally Invasive Gynecology, Washington, D.C., November, 2007.

264. Aschkenazi SO, Sand PK, Goldberg RP: Memoirs of a Childhood with Dysfunctional Voiding, presented at the 36th Global AAGL Congress of Minimally Invasive Gynecology, Washington, D.C., November, 2007.

265. Aschkenazi SO, Sand PK, Botros SM, Miller JM, Gamble TM, Pollak J, Goldberg RP, Creedon JD: How is Detrusor Overactivity Associated with Cardinal Symptoms of Overactive Bladder Syndrome? presented at the 36th Global AAGL Congress of Minimally Invasive Gynecology, Washington, D.C., November, 2007.

266. Aschkenazi SO, Goldberg RP, Botros SM, Miller JM, Gamble TM, Sand PK: Premenstrual Syndrome is Adversely Associated with Pelvic Floor Disorders, presented at the 36th Global AAGL Congress of Minimally Invasive Gynecology, Washington, D.C., November, 2007.

267. Aschkenazi SO, Botros, SM, Miller JR; Goldberg, RP. Sand, PK: Pelvic pain, sexual dysfunction and depression: how are they related to premenstrual syndrome? presented at the Annual Meeting of the Sexual Medicine Society of North America, Chicago, Illinois, December, 2007.

268. Aschkenazi SO, Botros, SM, Miller JR; Goldberg, RP. Sand, PK: Pelvic-floor disorders (PFD) are worse in women with severe premenstrual syndrome, presented at the Annual Meeting of the Sexual Medicine Society of North America, Chicago, Illinois, December, 2007.

269. Aschkenazi SO, Botros SM, Miller JR, Gamble T, Sand PK, Goldberg RP: Is Childhood Dysfunctional Voiding related to bladder and pelvic floor dysfunction in adult women? presented at the Annual Meeting of the Society for Urodynamics and Female Urology, Miami, Florida, February, 2008.

270. Aschkenazi SO, Botros SM, Gamble T, Miller JR, Goldberg RP. Sand PK: The Impact of Premenstrual Syndrome on Sexual Function, Pelvic Pain and Depression , presented at the Annual Meeting of the Society of Gynecologic Surgeons, Savannah, Georgia, April, 2008.

271. Aschkenazi SO, Botros SM, Beaumont J, Miller JR, Gamble T, Sand PK, Goldberg RP:  Use of the short pelvic organ prolapse urinary incontinence sexual questionnaire for female sexual dysfunction in a general population, presented at the 56th Annual Meeting of the  American College of Obstetricians and Gynecologists, New Orleans, Louisiana, May, 2008. (Donald F. Richardson Memorial Prize Paper)

272. Gamble TL, Aschkenazi S, Nguyen A, Botros SM, Du H, Goldberg RP, Sand PK: The association of Detrusor Overactivity pressure with overactive bladder symptom severity and urge urinary

incontinence, presented at the Annual Meeting of the American Urogynecologic Society Chicago, Illinois, September, 2008.

273. Gamble TL, Aschkenazi S, Beaumont J, Nguyen A, Botros SM, Goldberg RP, Sand PK: Bilateral, graft-augmented sacrospinous hysteropexy: 1-year anatomical and functional outcomes following surgery for uterine preservation, presented at the Annual Meeting of the American Urogynecologic Society Chicago, Illinois, September, 2008.

274. Aschkenazi SO, Gamble T, Nguyen A, Ching A, Sand PK, Botros S, Goldberg RP: Global assessment of recent stress in women with pelvic floor disorders, presented at the Annual Meeting of the American Urogynecologic Society Chicago, Illinois, September, 2008.

275. Aschkenazi SO, Gamble T, Nguyen A, Botros SM, Sand PK, Goldberg RP: Modification of the pisq-12, the short form of the pelvic organ prolapse/urinary incontinence sexual questionnaire, to assess sexual activity and sexual preferences, presented at the Annual Meeting of the American Urogynecologic Society Chicago, Illinois, September, 2008.

276. Nguyen A, Aschkenazi SO, Gamble T, Goldberg R, Sand P, Beaumont J, Stibbe P, Ching A, Botros SM.  Current Trends in Help Seeking Behavior In Women with Socially Bothersome Urinary Incontinence.  presented at the Annual Meeting of the American Urogynecologic Society Chicago, Illinois, September, 2008.

277. Nguyen A, Aschkenazi SO, Gamble T, Botros SM, Sand P, Ching A, Stibbe P, Goldberg R. Environmental Factors Play A Dominant Role Over Genetics in Women with Stress Urinary Incontinence: A Large Population-Based Classical Twin Study.  presented at the Annual Meeting of the American Urogynecologic Society Chicago, Illinois, September, 2008.

278. Sand PK, Wang JT, Morrow JD, Nitti V: Efficacy and Tolerability of Fesoterodine Versus Placebo in Women with Overactive Bladder: Pooled Analysis of Two Phase III Trials, presented at the Annual Meeting of the American Urogynecologic Society Chicago, Illinois, September, 2008.

279. Gamble TL, Aschkenazi S, Beaumont J, Nguyen A, Botros SM, Goldberg RP, Sand PK: Bilateral, graft-augmented sacrospinous hysteropexy: 1-year anatomical and functional outcomes following surgery for uterine preservation, presented at the Annual Meeting of the International Urogynecological Association, Taipei, Taiwan, September, 2008.

280. Gamble TL, Aschkenazi S, Nguyen A, Goldberg RP, Botros SM, Rivas V, Sand PK: Predicting persistent Detrusor Overactivity after sling procedures, presented at the Annual Meeting of the International Urogynecological Association, Taipei, Taiwan, September, 2008.

281. Gamble TL, Aschkenazi S, Nguyen A, Botros SM, Du H, Goldberg RP, Sand PK: The association of Detrusor Overactivity pressure with overactive bladder symptom severity and urge urinary incontinence. presented at the Annual Meeting of the International Urogynecological Association, Taipei, Taiwan, September, 2008.

282. Aschkenazi SO, Rogers GR, Beaumont J, Gamble T, Botros SM, Sand, PK, Goldberg, RP: Modified PISQ-12 for use in a general female population; the PISQ-9, presented at the Annual Meeting of the International Urogynecological Association, Taipei, Taiwan, September, 2008.

283. Nguyen A, Aschkenazi SO, Gamble T, Botros SM, Sand P, Ching A, Stibbe P, Goldberg R.  Genetic and Environmental Influences on Stress Urinary Incontinence: Results of a Large Population-Based Classical Twin Study. presented at the Annual Meeting of the International Urogynecological Association, Taipei, Taiwan, September, 2008.

284. Nguyen A, Aschkenazi SO, Gamble T, Goldberg R, Sand P, Botros SM.  Care Seeking Behaviors In Women with Urinary Incontinence.  presented at the Annual Meeting of the International Urogynecological Association, Taipei, Taiwan, September, 2008.

285. Cardozo L, Sand PK, Khullar V, Wang JT, Guan Z, Wein A: Efficacy of Fesoterodine on Overactive Bladder Symptoms in Subjects with Different Baseline Severity of Urgency Urinary Incontinence, presented at the Annual Meeting of the International Urogynecological Association, Taipei, Taiwan, September, 2008.

286. Dmochowski RR, Sand PK, Rovner E, Sandage B, Harnett M, Ellsworth P: Trospium Chloride Once-Daily Extended-Release (XR) is Effective and Well Tolerated in Elderly Patients (Aged ≥ 75  years) with Overactive Bladder, presented at the Annual Meeting of the International Urogynecological Association, Taipei, Taiwan, September, 2008.

287. Sand PK, Dmochowski RR, Rovner E, Sandage B, Harnett M, Ellsworth P: Trospium Chloride Once-Daily Extended-Release (XR) is Effective and Well Tolerated in Elderly Patients (Aged ≥ 75  years) with Overactive Bladder, presented at the Annual Meeting of the International Urogynecological Association, Taipei, Taiwan, September, 2008.

288. Zinner N, Dmochowski RR, Staskin DR, Sand PK: Trospium Chloride Once Daily Extended-Release 60 mg Provides Effective, Long-Term Relief From Symptoms of OAB Syndrome, presented at the Annual Meeting of the New England Section of the American Urologic Association, Puerto Rico, September, 2008.

289. Dmochowski RR, Sand PK, Rovner E, Sandage B, Harnett M, Ellsworth P: Trospium Chloride Once-Daily Extended-Release (XR) is Effective and Well Tolerated in Elderly Patients (Aged ≥ 75  years) with Overactive Bladder, presented at the Annual Meeting of the Mid-Atlantic Section of the American Urologic Association, Cambridge, Maryland, September, 2008.

290. Gamble TL, Aschkenazi S, Nguyen A, Goldberg RP, Botros SM, Rivas V, Sand PK: Predicting persistent Detrusor Overactivity after sling procedures, presented at the Annual Meeting of the International Continence Society, Cairo, Egypt, October, 2008.

291. Aschkenazi SO, Rogers RG, Beaumont J, Gamble T, Sand PK, Goldberg, RP: The Modified Short Pelvic Organ Prolapse/Urinary Incontinence Sexual Questionnaire, the PISQ-9, for use in a General Female Population, presented at the Annual Meeting of the International Continence Society, Cairo, Egypt, October, 2008.

292. Nguyen A, Aschkenazi SO, Gamble T, Botros SM, Sand P, Ching A, Stibbe P, Goldberg R.  Genetic and Environmental Influences on Stress Urinary Incontinence: Results of a Large Population-Based Classical Twin Study, presented at the Annual Meeting of the International Continence Society, Cairo, Egypt, October, 2008.

293. Nguyen A, Aschkenazi SO, Gamble T, Goldberg R, Sand P, Botros SM.  Have Trends in Help Seeking Behavior for Urinary Incontinence Improved?  presented at the Annual Meeting of the International Continence Society, Cairo, Egypt, October, 2008.

294. Aschkenazi SO, Rogers RG, Beaumont J, Gamble T, Nguyen A, Ching A, Sand PK, Botros S, Goldberg RP: The modified short pelvic organ prolapse / urinary incontinence sexual questionnaire, for use in a general female population, presented at the Annual Meeting of the International Continence Society, Cairo, Egypt, October, 2008.

295. Aschkenazi SO, Gamble T, Nguyen A, Ching A, Sand PK, Botros S, Goldberg RP: Global assessment of recent stress in women with pelvic floor disorders, presented at the Annual Meeting of the

International Continence Society, Cairo, Egypt, October, 2008.

296. Sand PK, Khullar V, Kelleeher C, Creanga D, Morrow JD: Effect of Fesoterodine Treatment on Overactive Bladder Symptoms and Health-Related Quality of Life in Women, presented at the Royal College of Obstetrics & Gynaecology, London, England, October, 2008.

297. Zinner N, Dmochowski RR, Staskin DR, Sand PK: Trospium Chloride Once Daily Extended-Release 60 mg Provides Effective, Long-Term Relief From Symptoms of OAB Syndrome, presented at the Annual Meeting of the Western Section of the American Urologic Association, Monterey, California, October, 2008.

298. Nguyen A, Aschkenazi SO, Gamble T, Botros SM, Sand P, Ching A, Stibbe P, Goldberg R:  The Heritability of Stress Urinary Incontinence: A Large Population-Based Classical Twin Study, presented at the Society for Urodynamics and Female Urology (SUFU) 2009 Winter Meeting, Las Vegas, Nevada, February, 2009.

299. Aschkenazi S, Gamble TL, Nguyen A, Botros SM, Goldberg RP, Sand PK:  Sacrospinous Vaginal Vault Suspension: Assessment of Anatomic Position of Anchoring Suture in a Human Cadaver Study presented at the Society for Urodynamics and Female Urology 2009 Winter Meeting, Las Vegas, Nevada, February, 2009.

300. Gamble TL, Goldberg RP, Nguyen A, Beaumont JL, Vu M, Botros SM, Kuo R, Sand PK.  "The Effect of Detrusor Overactivity Pressure on Midurethral Sling Outcomes, presented at the 35th Annual Society of Gynecologic Surgeons Scientific Meeting, New Orleans, Louisiana; March, 2009.

301. Gamble TL, Sand PK, Aschkenazi SO, Nguyen A, Beaumont J, Rurak M, Botros SM, Goldberg RP: A Comparison of Graft Augmented Sacrospinous Hysteropexy and Vaginal Hysterectomy, presented at the 35th Annual Society of Gynecologic Surgeons Scientific Meeting, New Orleans, Louisiana, March, 2009.

302. Aschkenazi S, Gamble T, Nguyen A, Botros S, Goldberg RP, Sand PK: Sacrospinous Vaginal Vault Suspension:  Assessment of Anatomic Position of Anchoring Suture in a Human Cadaver Study, presented at the 35th Annual Society of Gynecologic Surgeons Scientific Meeting, New Orleans, Louisiana; March, 2009.

303. Sand, Morrow, Bavendam. Efficacy and Tolerability of Fesoterodine Versus Placebo in Women with Overactive Bladder: Pooled Analysis of Two Phase III Trials, presented at the 35th Annual Society of Gynecologic Surgeons Scientific Meeting, New Orleans, Louisiana; March, 2009.

304. Gamble TL, Goldberg RP, Nguyen A, Beaumont JL, Vu M, Botros SM, Kuo R, Sand PK: Detrusor Overactivity Pressure and Midurethral Sling Outcomes, presented at the Annual American Urological Association Meeting, Chicago, Illinois, April, 2009.

305. Dmochowski RR, Staskin DR, Sand PK, MacDiarmid SA, Caramelli KE, Thomas H, Hoel G: Efficacy and Safety of Oxybutynin Topical Gel in Women with Overactive Bladder: A Randomized, Placebo-Controlled, Dounle-Blind Study, presented at the Annual American Urological Association Meeting, Chicago, Illinois, April, 2009.

306. Dmochowski RR, Staskin DR, Sand PK, MacDiarmid SA, Caramelli KE, Thomas H, Hoel G: Efficacy and Safety of Oxybutynin Topical Gel in Women with Overactive Bladder: A Randomized, Placebo-Controlled, Dounle-Blind Study, presented at the American College of Obstetrics and Gynecology Annual Clinical Meeting, Chicago, Illinois, May, 2009.

307. Gamble TL, Nguyen A, Vu M, Botros SM, Sand PK, Goldberg RP: A Comparison of African American and Caucasian women on Pelvic Floor Distress, presented at the American College of Obstetrics and Gynecology Annual Clinical Meeting, Chicago, Illinois, May, 2009.

308. Gamble TL, Goldberg RP, Nguyen A, Botros SM, Sand PK, Whitfield K: Heritability of Age of Menarche in a Subset of African American Twins, presented at the American College of Obstetrics and Gynecology Annual Clinical Meeting, Chicago, Illinois, May, 2009.

309. Nguyen A, Aschkenazi SO, Gamble T, Secco A, Du H, Botros SM, Sand P, Goldberg RP: The Impact of Menopause on Pelvic floor Disorders, Stress and Depression, presented  at the 34th Annual International Urogynecological Association Meeting, Lake Como, Italy; June, 2009.

310. Nguyen A, Aschkenazi SO, Gamble T, Secco A, Du H, Botros SM, Sand P, Goldberg RP: Effect of Childbirth versus Parenting Pressure on Sexual Function, presented at the 34th Annual International Urogynecological Association IUGA Meeting Lake Como, Italy, June, 2009.

311. Gamble T, Nguyen A, Vu M, Botros SM, Du H, Sand PK, Kuo R, Goldberg RP: Pelvic Floor Distress in African American Women, presented at the 34th Annual International Urogynecological Association IUGA Meeting Lake Como, Italy, June, 2009.

312. Gamble T, Nguyen A, Vu M, Botros S, Beaumont J, Sand PK, Rurak M, Goldberg RP. "A Comparison of Graft Augmented Sacrospinous Hysteropexy and Vaginal Hysterectomy, presented at the 34th Annual International Urogynecological Association IUGA Meeting Lake Como, Italy, June, 2009.

313. Aschkenazi S, Gamble T, Nguyen A, Botros S, Sand PK, Goldberg R: Sacrospinous Vaginal Vault Suspension: Assessment of Anterior Approach and Anatomic Position of Anchoring Suture in a Human Cadaver Study, presented at the 34th Annual International Urogynecological Association IUGA Meeting Lake Como, Italy, June, 2009.

314. Goldberg RP, Vu M, Kuo R, Nguyen A, Gamble T, Sand P. "Minimal Mesh Anterior-Apical Prolapse Repair: A New Alternative for Uterine Preservation, presented at the 34th Annual International Urogynecological Association IUGA Meeting Lake Como, Italy, June, 2009.

315. Sand PK, Dmochowski R, Ginsberg D, Harkaway T, Berriman S, Padmanabhan-Aiyer, Carlsson J, Guan E: Three-year Safety, Tolterability, and Efficacy of High-Dose Fesoterodine Treatment in Subjects with Overactive Bladder, presented at the 34th Annual International Urogynecological Association IUGA Meeting Lake Como, Italy, June, 2009.

316. Scarpero H, Sand P, Kelleher C, Berriman S, Guan E, Bavendam T, Aiyer Padmanabhan, Carlsson: Long-Term Safety, Tolerability, Efficacy and Health Outcomes of High Dose Fesoterodine in Women with Overactive Bladder, presented at the Annual Meeting of the American Urogynecologic Society meeting, Fort Lauderdale, Florida, September, 2009.

317. Sand PK, Caramelli K, Thomas H, Hoel GE: Efficacy and Quality of Life Effects of Oxybutynin Chloride Topical Gel in Women with Overactive Bladder, presented at the Annual Meeting of the American Urogynecologic Society meeting, Fort Lauderdale, Florida, September, 2009.

318. Gamble T, Nguyen A, Vu M, Du H, Botros S, Sand P, Goldberg R: Mesh Augmented Anterior Colporrhaphy with Bilateral Sacrospinous Hysteropexy: Functional and Anatomic Outcomes, presented at the Annual Meeting of the American Urogynecologic Society meeting, Fort Lauderdale, Florida, September, 2009.

319. Gamble T, Nguyen A, Vu M, Du H, Botros S, Sand P, Goldberg R: Investigating the Herediability og

Urge Urinary Incontinence, presented at the Annual Meeting of the American Urogynecologic Society meeting, Fort Lauderdale, Florida, September, 2009.

320. Vu A, Kuo R, Nguyen A, Gamble T, Sand PK, Goldberg R: A New Minimal Mesh Anterior-Apical Repair:  Initial Outcomes In A Uterine Preservation Cohort, presented at the Annual Meeting of the American Urogynecologic Society meeting, Fort Lauderdale, Florida, September, 2009.

321. Nguyen A, Aschkenazi SO, Gamble T, Vu M, Du H, Kuo R, Botros SM, Sand PK, Goldberg RP: The Role of Menopause on Pelvic floor Disorders, Stress and Depression, presented at the Annual Meeting of the American Urogynecologic Society meeting, Fort Lauderdale, Florida, September, 2009.

322. Nguyen A, Aschkenazi SO, Gamble T, Vu M, Du H, Kuo R, Botros SM, Sand PK, Goldberg RP: Childbirth versus Parenting Pressure on Sexual Function: Cross-sectional Study With Adoptive Moms As Controls, presented at the Annual Meeting of the American Urogynecologic Society meeting, Fort Lauderdale, Florida, September, 2009.

323. Nguyen A, Aschkenazi SO, Gamble T, Vu M, Du H, Kuo R, Botros SM, Sand PK, Goldberg RP.  "The Heritability of Fecal Incontinence:  A Classical Twin Study of Identical and Non-Identical Twins." Accepted for Oral Podium presentation at 30th Annual American Urogynecologic Society AUGS Meeting (Hollywood, Florida; September 24 – 26, 2009).

324. Sand, Khullar, Kelleher, Creanga, Morrow. Efficacy of Fesoterodine on Health-Related Quality of Life in Women With Overactive Bladder, presented at the Royal College of Obstetricians and Gynaecologists Scientific Annual Meeting, London, England, September, 2009.

325. Gamble T, Nguyen A, Vu M, Beaumont J Botros S, Goldberg R, Sand P: Preoperative Detrusor Overactivity Predicts Midurethral Sling Outcomes, presented at the 39th Annual Meeting of the International Continence Society, San Francisco, California, October, 2009.

326. Nguyen A, Aschkenazi S, Gamble T, Du H, Vu M, Secco A, Robert K, Botros S, Sand P, Goldberg R: Menopause and its Impact on Pelvic Floor Disorders, Stress and Depression, presented at the 39th Annual Meeting of the International Continence Society, San Francisco, California, October, 2009.

327. Nguyen A, Aschkenazi S, Gamble T, Vu M, Secco A, Du H, Kuo R, Botros S, Sand P, Goldberg R: Effect of Childbirth Versus Parenting Pressure on Sexual Function, presented at the 39th Annual Meeting of the International Continence Society, San Francisco, California, October, 2009.

328. Nguyen A, Aschkenazi S, Gamble T, Vu M, Secco A, Kuo R, Du H, Botros S, Sand P, Goldberg R: Environmental Factors Versus Genetics in Women with Fecal Incontinence: A Classical Twin Study of Identical and Non-identical Twins, presented at the 39th Annual Meeting of the International Continence Society, San Francisco, California, October, 2009.

329. Haylen B, Freeman R, De Ridder D, Swift S, Berghmans B, Lee J, Monga A, Petri E, Rizk DE, Sand PK: Ann International Urogynecological Association (IUGA)- International Continence Society (ICS) Joint Report on the Terminology for Female Pelvic Floor Dysfunction, presented at the 39th Annual Meeting of the International Continence Society, San Francisco, California, October, 2009.

330. Sand PK, Rovner E, Dmochowski R: Efficacy and Risk of Adverse Events in Overactive Bladder (OAB) Patients on Trospium Chloride Extended-Release and 7 or More Concurrent Medications Stratified by Metabolic Drug Category, presented at the Western Section of the American Urological Association Annual Meeting, Las Vegas, Nevada, October, 2009.

331. Nguyen A, Aschkenazi SO, Gamble T, Botros SM, Sand P, Goldberg RP: Menopause and Its Impact on Pelvic Floor Disorders, Stress and Depression, presented at the Central Association Obstetricians and Gynecologists 76th Annual Meeting, Maui, Hawaii, October, 2009.

332. Nguyen A, Aschkenazi SO, Gamble T, Botros SM, Sand P, Goldberg RP: Impact of Childbirth versus Parenting Pressure on Sexual Function: A Population-Based Cross-Sectional Study presented at the Central Association Obstetricians and Gynecologists 76th Annual Meeting, Maui, Hawaii, October, 2009.

333. Nguyen A, Aschkenazi SO, Gamble T, Botros SM, Sand P, Goldberg RP: The Heritability of Fecal Incontinence: A Classical Twin Study of Identical and Non-Identical Twins presented at the Central Association Obstetricians and Gynecologists 76th Annual Meeting, Maui, Hawaii, October, 2009.

334. Hanno PM, Sand PK, Dmochowski R: Oxybutynin Chloride Topical Gel (OTG) on Health-Related Quality of Life (HRQOL) in Adults with Overactive Bladder (OAB): A Randomized, Double-Blind, Placebo-Controlled Study, presented at the 83rd Annual Meeting of the North Central Section of the American Urological Association, Scottsdale, Arizona, November, 2009.

335. Vu A, Kuo R, Nguyen A, Gamble T, Sand PK, Goldberg R: A New Minimal Mesh Anterior-Apical Repair:  Initial Outcomes In A Uterine Preservation Cohort, presented at the NorthShore/University of Chicago Joint Research Symposium, Chicago, Illinois, November, 2009.

336. Nguyen A, Aschkenazi SO, Gamble T, Goldberg R, Sand P, Beaumont J, Stibbe P, Ching A, Botros SM: Current Trends in Help Seeking Behavior In Women with Socially Bothersome Urinary Incontinence, presented at the NorthShore/University of Chicago Joint Research Symposium, Chicago, Illinois, November, 2009.

337. Gafni-Kane A, Du H, Nguyen A, Vu M, Goldberg RP, Sand PK, Botros S: Functional Bladder Capacity as an Objective Measure of Response to Intravesical Dimethyl Sulfoxide for the Treatment of Newly Diagnosed Interstitial Cystitis, presented at the Annual Meeting of the Society for Urodynamics & Female Urology, St. Petersburg, Florida, February, 2010.

338. Gamble T, Du H, Goldberg RP, Nguyen A, Vu M, Gafni-Kane A, Botros SM, Sand PK: Retropubic Midurethral Sling Versus Bladder neck Sling In the Treatment of Low Pressure Urethra, presented at the 36th Annual Society of Gynecologic Surgeons (SGS) Scientific Meeting, Tucson, Arizona, April, 2010.

339. Gamble T, Du H, Nguyen A, Vu M, Botros SM, Sand PK, Goldberg RP: A Comparison of Sexual Function and Quality of Life in Two Augmented Hysteropexy Techniques, presented at the 36th Annual Society of Gynecologic Surgeons (SGS) Scientific Meeting, Tucson, Arizona, April, 2010.

340. Gamble T, Du H, Nguyen A, Vu M, Botros SM, Sand PK, Goldberg RP: A Comparison of Anatomical Outcomes of Hysteropexy With Acellular Cadaveric Dermal Graft Versus Polypropylene Mesh Augmentation, presented at the 36th Annual Society of Gynecologic Surgeons (SGS) Scientific Meeting, Tucson, Arizona, April, 2010.

341. Sand PK, MacDiarmid SA, Thomas H, Caramelli KE, Hoel G: No Effect of Severity of Incontinence on the Efficacy of Oxybutynin Topical Gel (OTG) in Improving Continence, presented at the Southeast Section of the American Urological Association Annual Meeting, 2010.

342. "Efficacy of Oxybutynin Chloride Topical Gel (OTG) in Improving Continence: Effect of Baseline Symptom Severity", presented at the 68th Annual Meeting of the Mid-Atlantic Section of the American Urological Association, Farmington, Pennsylvania, September, 2010.

343. Gamble T, Du H, Goldberg R, Nguyen A, Vu M, Gafni-Kane A, Botros S, Sand P: TVT Versus Bladder Neck Sling in the Treatment of Low Pressure Urethra, presented at the Joint Annual Meeting of the International Continence Society and International Urogynecological Association, Toronto, Canada, August, 2010.

344. Jirschele K, Gamble T, Sand P, Botros S: Survey of Incontinence Screening Practices Among Primary Care Physicians, presented at the Joint Annual Meeting of the International Continence Society and International Urogynecological Association, Toronto, Canada, August, 2010.

345. Gamble T, Du H, Nguyen A, Vu M, Gafni-Kane A, Botros A, Sand P, Goldberg R: Functional Outcomes of Two Augmented Hysteropexy Techniques, presented at the Joint Annual Meeting of the International Continence Society and International Urogynecological Association, Toronto, Canada, August, 2010.

346. Gamble T, Du H, Nguyen A, Vu M, Gafni-Kane A, Sand P, Botros S, Goldberg R: Anatomic Outcomes of Hysteropexy with Anterior Accellular Cadaveric Dermal Graft Versus Polypropylene Mesh Augmentation, presented at the Joint Annual Meeting of the International Continence Society and International Urogynecological Association, Toronto, Canada, August, 2010.

347. Jirschele KE, Gamble TL, Botros SM, Sand PK: Survey of Incontinence Screening Practices Among Primary Care Physicians, presented at the 31st Annual Meeting of the American Urogynecology Society, Long Beach, California, September, 2010.

348. Sand PK, MacDiarmid SA, Thomas H: Does Symptom Severity Affect Oxybutynin Gel Mediated Improvement of Continence in Women? Presented at the 59th Annual Meeting of the American College of Obstetricians & Gynecologists, Washington, D.C., May, 2011.

349. Sand P, Shore N, Elser D, Peters K: Evaluation of the Summit Trial: Insights into Percutaneous Tibial Nerve Stimulation, presented at the 36th Annual Meeting of the International Urogynecological Association, Lisbon, Portugal, June, 2011.

350. Gafni-Kane A, Goldberg RP, Sand PK, Botros SB: Evaluation of the clinical Utility of the PFDI20 among Women in the General Population, presented at the 36th Annual Meeting of the International Urogynecological Association, Lisbon, Portugal, June, 2011.

351. Sand PK, MacDiarmid SA, Thomas H: Effects of Symptom Severity at Baseline on Oxybutynin Topical Gel-Mediated Improvement of Continence in Women, presented at the 87th Annual Meeting of the Western Section of the American Urological Association, Vancouver, British Columbia, Canada, August, 2011.

352. Sand PK, Peters KK, Carrico D: Summit Trial Outcomes: Clinical Insights into Percutaneous Tibial Nerve Stimulation, presented at the 41st Annual Meeting of the International Continence Society, Glasgow, Scotland, August, 2011.

353. Gafni-Kane A, Goldberg RP, Sand PK, Botros SM: Sensitivity of the PFDI-20 to the Presence or Absence of Anal Incontinence in the General Population, presented at the 41st Annual Meeting of the International Continence Society, Glasgow, Scotland, August, 2011.

354. Gafni-Kane A, Goldberg RP, Sand PK, Botros SM: Evaluation of the Clinical Utility of the PFDI-20 Among Women in the General Population, presented at the 41st Annual Meeting of the International Continence Society, Glasgow, Scotland, August, 2011.

355. Gafni-Kane A, Goldberg RP, Sand PK, Botros SM: Sensitivity of the PFDI-20 to the Presence of Urinary Incontinence in the General Population, presented at the 41st Annual Meeting of the

International Continence Society, Glasgow, Scotland, August, 2011.

356. Sand PK: Sumit Trial Outcomes: Clinical Insights into Percutaneous Tibial Nerve Stimulation, presented at the Annual Meeting of the American Urogynecology Society, Providence, Rhode Island, September, 2011.

357. Gafni-Kane A, Goldberg RP, Sand PK, Botros SM: Sensitivity of the PFDI-20 to the Presence or Absence of Anal Incontinence in the General Population, presented at the Annual Meeting of the American Urogynecology Society, Providence, Rhode Island, September, 2011.

358. Gafni-Kane A, Goldberg RP, Sand PK, Botros SM: Sensitivity of the PFDI-20 to the Presence or Absence of Urinary Incontinence in the General Population, presented at the Annual Meeting of the American Urogynecology Society, Providence, Rhode Island, September, 2011.

359. Gafni-Kane A, Goldberg RP, Sand PK, Botros SM: Evaluation of the Clinical Utility of the PFDI-20 Among Women in the General Population, presented at the Annual Meeting of the American Urogynecology Society, Providence, Rhode Island, September, 2011.

360. Nitti V, Dmochowski R, Sand P: , presented at the American Urology Association Annual Meeting, May, 2012.

361. Brubaker L, Gousse A, Sand P, Thompson C, Patel V, Zhou J, Jenkins B, Sievert KD: Treatment Satisfaction and Goal Attainment with Onabotulinumtoxin A in Patients with Incontinence due to Idiopathic OAB, presented at the International Urogynecological Association Annual Meeting, Brisbane, Australia, August, 2012.

362. Jirschele K, Ross R, Gafni-Kane A, Letko J, Lakeman J, Sand PK, Botros SM: Identifying Urinary Incontinence: Primary Care Physicians, a Multi-specialty Integrated Health Care System and an Enterprise Data Warehouse, presented at the International Urogynecological Association Annual Meeting, Brisbane, Australia, August, 2012.

363. Gafni-Kane A, Letko J, Jirschele K, Sand PK: Vesicoureteral Reflux in Women with Idiopathic High Pressure Detrusor Overactivity, presented at the International Urogynecological Association Annual Meeting, Brisbane, Australia, August, 2012.

364. Sand PK, Khalaf K, Yan X, Globe D: OnabotulinumtoxinA Improves Health-Related Quality of Life in Patients with Overactive Bladder with Urinary Incontinence, presented at the International Urogynecological Association Annual Meeting, Brisbane, Australia, August, 2012.

365. Sand PK, Khullar V, Cardozo L, Koebl H, Salvatore S, Blauwet M, Martin N: Efficacy of Mirabegron for the Treatment of Overactive Bladder in Female Patients: Prospective Pooled Analysis of 3 Randomized Phase 3 Trials, presented at the 38th Annual meeting of the International Urogynecological Association, Dublin, Ireland, May, 2013.

366. Khullar V, Sand P, Parsons M, Zhou J, Globe D, Nardo C: OnabotulinumtoxinA Significantly Reduces Urinary Incontinence and Improves Quality of Life in Female Patients with Idiopathic Overactive Bladder, presented at the 38th Annual meeting of the International Urogynecological Association, Dublin, Ireland, May, 2013.

367. Weingard K, Nitti V, Dmochowski R, Sand P:

368. Nitti V, Sievert K, Chappe C, Sussman D, Radomski S, Sand P, Thompson C, Nardo C, Zhou J, Globe D, Haag-Molkenteller C: Clinically meaningful Improvements in Urinary Incontinence and Quality of Life over Multiple Treatment Cycles of OnabotulinumtoxinA Patients with Overactive Bladder

Syndrome and Urinary Incontinence: Interim Analysis of a Long-Term Extension Study, presented at the 43rd Annual Meeting of the International Continence Society, Barcelona, Spain, August, 2013.

369. Khullar V, Nitti V, Dmochowski R, Sand P, Chapple C, Sievert K, MacDiarmid S, Radziszewski P, Nardo C, Zhou J, Haag-Molkenteller C, Herschorn S: OnabotulinumtoxinA Significantly Decreases Urinary Incontinence and Provides Treatment Benefit in Patients with Idiopathic Overactive Bladder: A Pooled Analysis of Two Phase III, Placebo-Controlled Pivotal Trials, presented at the 43rd Annual Meeting of the International Continence Society, Barcelona, Spain, August, 2013.

370. Goldberg R, Gafni-Kane A, Tomezsko J, Botros-Brey S, Jirschele K, Sand P, Silverstein J: An Automated Urogynecological Surgical Registry and Complications Manager Developed in an Electronic Medical Record, presented at the 34th Annual Meeting of the American Urogynecology Society, Las Vegas, Nevada, October, 2013.

371. Letko J, Gafni-Kane A, Sand P, Jirschele K, Seitz M, Zhou Y, Botros-Brey S: Comparison of Surgical Outcomes after Augmented Anterior Apical Repair Using Two Different Materials: Dermal Graft or Polypropylene Mesh, presented at the 34th Annual Meeting of the American Urogynecology Society, Las Vegas, Nevada, October, 2013.

372. Sand P, Joshi M, Khalaf K, Corbell C, Globe D: Out of Pocket Cost Analysis of Botox in Overactive Bladder, presented at the 34th Annual Meeting of the American Urogynecology Society, Las Vegas, Nevada, October, 2013.

373. Sand P, Parsons M, Zhou J, Globe D, Nardo C, Khullar V: Onabotulinum toxin A Treatment Provides Significant Reductions in Episodes of Urinary Incontinence and Improves Quality of Life in Female Patients with Idiopathic Overactive Bladder Syndrome, presented at the 34th Annual Meeting of the American Urogynecology Society, Las Vegas, Nevada, October, 2013.

374. Sussman D, Egerdie B, Zjou J, Khalaf K, Nardo C, Sand P: OnabotulinumtoxinA Significantly Improves Health-Related Quality of Life in Patients with Overactive Bladder Syndrome: A Pooled Analysis of 2 Phase 3 Placebo-Controlled Trials, presented at the Annual Meeting of the Society for Urodynamics and Female Urology, Miami, Florida, February, 2014.

375. Sand P, Parsons M, Zhou J, Globe D, Nardo C, Khullar V: Treatment with OnabotulinumtoxinA Significantly Reduces Episodes of Urinary Incontinence and Improves Quality of Life in Female Patients with Idiopathic Overactive Bladder Syndrome, presented at the Annual Meeting of the Society for Urodynamics and Female Urology, Miami, Florida, February, 2014.

376. Jirschele KE, Seitz MJ, Zhou Y, Rosenblatt PL, Culligan P, Sand PK: Prospective Trial to Evaluate Mesh Augmented Sacrospinous Hysteropexy for Uterovaginal Prolapse, presented at the Joint Annual Meeting of the American Urogynecology Society and International Urogynecological Association, Washington, D.C., July, 2014.

377. Pauls RN, Rogers RG, Parekh M, Pitkin J, Kammerer-Doak D, Sand P: Sexual Function in Women with Anal Incontinence Using a New Instrument: The PISQ-IR, presented at the Joint Annual Meeting of the American Urogynecology Society and International Urogynecological Association, Washington, D.C., July, 2014.

378. Sand PK, Khullar V, Joshi M, Zheng Y, Nitti V: Long-term Improvements in Quality of Life Following OnabotulinumtoxinA Treatment in Female Patients with Overactive Bladder and Urinary Incontinence, presented at the Joint Annual Meeting of the American Urogynecology Society and International Urogynecological Association, Washington, D.C., July, 2014.

379. Khullar V, Rechberger T, Nitti V, Radomski S, De Ridder D, Sussman D, Sievert K, Chapple C, James C, Zheng Y, Sand PK: Durable Improvements in Urinary Incontinence and Positive Treatment Response in Patients with Overactive Bladder Syndrome Following Long-Term OnabotulinumtoxinA Treatment: Final Results of a 3.5 Year Study, presented at the 40th Annual Meeting of the International Urogynecological Association, Nice, France, June, 2015.

380. Iyer S, Lotsof E, Zhou Y, Tran A, Botros C, Sand P, Goldberg R, Tomezsko J, Gafni-Kane A, Botros S: DMSO vs. Bupivicaine/ Trimacinolone /Heparin for Interstitial Cystitis: A retrospective trial, presented at the Society for Urodynamics and Female Urology. New Orleans, LA, February, 2016.

381. Tran A, Sand P, Seitz M, Jirschele K, Tomezsko J, Zhou Y, Iyer S, Botros S: Overactive bladder pharmacotherapy- does medication cycling help? Presented at the Society for Urodynamics and Female Urology, New Orleans, LA, February, 2016.

382. Seitz M, Tran A, Iyer S, Jirschele K, Zhou Y, Tomezsko J, Gafni-Kane A, Botros S, Sand P: Comparison of one-year outcomes for sacrospinous hysteropexy augmented with polypropylene mesh and human dermal graft: an ambidirectional cohort study, presented at the Society for Urodynamics and Female R Urology. New Orleans, LA, February, 2016.

383. Iyer S, Lotsof E, Zhou Y, Tran A, Botros C, Sand P, Goldberg R, Tomezsko J, Gafni-Kane A, Botros S: DMSO vs. Bupivicaine/ Trimacinolone /Heparin for Interstitial Cystitis: A retrospective trial, presented at the Annual Meeting of the International Urogynecological Association, Cape Town, South Africa, June, 2016.

384. Iyer S, Scalabrin Reis R, Seitz M, Tran A, Botros S, Tomezsko J, Sand P, Zhou Y, Gafni-Kane A. Comparing anterior prolapsed repair with and without allograft use: A randomized control trial with long term followup, presented at the American Urogynecology Society Annual Meeting, Denver, CO, September, 2016.

385. Iyer S, Lotsof E, Zhou Y, Tran A, Botros C, Sand P, Goldberg R, Tomezsko J, Gafni-Kane A, Botros S. Who responds to treatment? Describing patient response to bladder instillation therapy for bladder pain syndrome/ interstitial cystitis, presented at the American Urogynecology Society Annual Meeting Denver, CO, September, 2016.

386. Lozo S, Botros S, Iyer S, Dalalo N, Sand PK:  Do Patients know What we are Talking About?, presented at the 38th Annual Scientific Meeting of the American Urogynecologic Society, Providence, Rhode Island, October, 2017.

387. Botros C, Dalalo N, Eng JS, Iyer S, Lozo S, Botros S, Tomezsko J, Goldberg R, Gafni-Kane A, Sand PK: Insensible Urine Loss, Post-Micturition Dribbling, Nocturnal Enuresis and Coital Incontinence: What Does Urinary Incontinence Mean Today?, ?, presented at the 38th Annual Scientific Meeting of the American Urogynecologic Society, Providence, Rhode Island, October, 2017.

388. Botros C, Dalalo N, Iyer S, Lozo S, Botros S, Tomezsko J, Goldberg R, Gafni-Kane A, SandPK: Prevalence of Urinary Incontinence: Looking Beyond Stress & Urgency Urinary Incontinence, presented at the 38th Annual Scientific Meeting of the American Urogynecologic Society, Providence, Rhode Island, October, 2017.

FOOTNOTES:

1.      Also presented at the American Urogynecology Society Annual Meeting, San Diego, California, October,

1999.

2.    Also presented at the American Urological Association Annual Meeting, Atlanta, Georgia, May, 2000.

3.    Also presented at the International Continence Society Annual Meeting, Tampere, Finland, August, 2000.

4.    Also presented at the International Urogynecological Association Annual Meeting, Rome, Italy, October, 2000.

5.    Also presented at the American Urogynecologic Society Annual Meeting, Hilton Head, South Carolina, October, 2000.

6.    Also presented at the Society of Gynecologic Surgeons Annual Meeting, Lake Buena Vista, Florida, March, 2001.

7.    Also presented at the International Urogynecological Association Annual Meeting, Melbourne, Australia, December, 2001.

8.    Also Presented at the International Continence Society Annual Meeting, Heidelberg, Germany, August, 2002.

9.    Also Presented at the Central Association of Obstetricians and Gynecologists Annual Meeting, Las Vegas, Nevada, October, 2002.

10.   Also Presented at the American Urogynecologic Association Annual Meeting, San Francisco, California, October, 2002.

11.   Also Presented at the International Continence Society Annual Meeting, Florence, Italy, October, 2003.

AUDIOVISUAL MATERIALS (1999-present):

1.    "Office-Based Urology: Improving Clinical Outcomes in the Treatment of Overactive Bladder", Audiotape for Primary Care Physicians, University of Wisconsin Medical School, 2/13/99.

2.    "Transvaginal Capio CL Sling", Instructional Video Tape, Microvasive Urology, Natick, Massachusetts, 10/2/00.


INVITED LECTURES / GRAND ROUNDS (1999-present)

1.    "The Unstable Bladder", CME Lecture, Trinity Medical Center, Rock Island, Illinois, 1/13/99.

2.    "Non-Surgical Treatment of Urinary Incontinence", Grand Rounds, Department of Obstetrics and Gynecology, Washington University School of Medicine, 1/20/99.

3.    "Update in Gynecologic Urology in St. Thomas", Northwestern University Medical School and the Cleveland Clinic Foundation Post-Graduate Course, Lectures on "Clinical Evaluation for Prolapse and Voiding Dysfunction", "Utility of Urethral Closure Pressure Profiles", "Pelvic Floor Stimulation", "Optimizing Surgical Outcomes" and "Vaginal Vault Prolapse: Sacrospinous Fixation", St. Thomas, U.S. Virgin Islands, 2/6/99-2/8/99.

4.    "New Concepts in Non-Surgical Treatment of Incontinence", Grand Rounds, Department of Obstetrics and Gynecology, The Cleveland Clinic, Ft. Lauderdale, Florida, 2/23/99.

5.      "Non-Surgical Treatment of Urinary Incontinence", Grand Rounds, Bi-County Hospital, Warren, Michigan, 3/4/99.

6.      "Advances in Urogynecology, Reconstructive Pelvic Surgery and Office Therapy", Northwestern University Medical School Post-Graduate Course, Lectures on "Office Evaluation of Incontinence and Prolapse", "Estrogen Treatment: Just the Facts", and "Risk Factors for Continence Surgery Failures", Chicago, Illinois, 4/14/99-4/16/99.

7.      "Treatment of the Overactive Bladder", Grand Rounds, Department of Obstetrics and Gynecology, Christ Hospital, Oak Lawn, Illinois, 4/26/99.

8.      "How to Manage Urinary Incontinence and Establish a Continence Center", Invited Speaker, American Urological Association Annual Meeting, Dallas, Texas, 5/3/99.

9.      "Assessment of Non-Surgical Management of Urinary Incontinence", Third Annual OB/GYN Conference, Good Samaritan Hospital, Oak Brook, Illinois, 5/26/99.

10.     "Advances in the Surgical Treatment of Genuine Stress Incontinence", Invited Lecture for the William Little Society Meeting, University of Miami, Department of Obstetrics and Gynecology, Miami, Florida, 5/27/99-5/30/99.

11.     Guest Lecturer, Society of Obstetrics and Gynecology of Buenos Aires Annual Meeting, Lectures on "Current Focus on Intrinsic Urethral Incompetence", "Current Criteria of Surgical Technique Selection in Urinary Incontinence", and "Complementary Studies on Patients with Incontinence", Buenos Aires, Argentina, 6/3/99-6/5/99.

12.     Guest Lecturer, Turkish Urogynecological Association Annual Meeting, Lectures on "Advances in the Treatment of Genital Prolapse", "Treatment of Recurrent Cystocele", and "Surgery for Urinary Incontinence Combined with Pelvic Reconstructive Surgery", Istanbul, Turkey, 6/8/99-6/11/99.

13.      "New Treatments for the Overactive Bladder", Grand Rounds, Department of Obstetrics and Gynecology, Ohio State University College of Medicine, Columbus, Ohio, 6/17/99.

14.     Guest Lecturer, Taiwan Urogynecological Association Annual Meeting, Lectures on "The Diagnosis and Management of Intrinsic Sphincter Deficiency" and "Advances in the Treatment of Genital Prolapse", Taipei, Taiwan, 6/27/99.

15.     "Overactive Bladder", Grand Rounds, Department of Obstetrics and Gynecology, Wright State University School of Medicine, Dayton, Ohio, 9/8/99.

16.     "Treatment Options for the Overactive Bladder", Grand Rounds, Department of Obstetrics and Gynecology, Good Samaritan Hospital, Cincinnati, Ohio, 9/9/99.

17.     "Treatment of Interstitial Cystitis", Annual Autumn Seminar in Obstetrics and Gynecology, Department of Obstetrics and Gynecology, University of Minnesota Medical School, Minneapolis, Minnesota, 10/14/99.

18.     "Surgical Treatment of Genuine Stress Incontinence", Grand Rounds, Department of Obstetrics and Gynecology, Catholic Health Partners, Chicago, Illinois, 1/20/2000.

19.     "Update in Gynecologic Urology in St. Thomas", Northwestern University Medical School and the Cleveland Clinic Foundation Post-Graduate Course, Lectures on "Clinical Evaluation of Prolapse and Voiding Dysfunction", "Extracorporeal Magnetic Innervation: North American Experience", "Vestibulitis and Vulvodynia", "Optimizing Surgical Outcomes" and "What I do Surgically for my Patients and Why?",

St. Thomas, U.S. Virgin Islands, 2/10/00-2/12/00.

20. "Non-Surgical Treatment of Urinary Incontinence", Grand Rounds, Department of Obstetrics and Gynecology, Yale University School of Medicine, New Haven, Connecticut, 3/2/2000.

21. "Treatment of Overactive Bladder in Multiple Sclerosis Patients", Multiple Sclerosis Support Group, Glenview, Illinois, 4/27/00.

22. "Establishing a Continence Center and Management of Incontinence", Invited Lecturer, American Urological Association, Atlanta, Georgia, 5/3/00.

23. "What's New in the Treatment of Incontinence", Nordstrom, Skokie, Illinois, 5/11/00.

24. "Advances in Urogynecology and Reconstructive Pelvic Surgery", Northwestern University Medical School Post-Graduate Course, Lectures on "Office Evaluation of Incontinence and Prolapse", "Electrical Stimulation and Electromagnetic Innervation", "Coding for Success" and "Tension-Free Vaginal Tape Procedure", Chicago, Illinois, 6/1/00-6/3/00.

25. "Chicago Area Schools of Medicine Obstetrics and Gynecology Review Course", Lectures on "Preop Evaluation of Urinary Incontinence", "Surgical Options for Stress Incontinence", "Non-Surgical Treatment of Urinary Incontinence" and "Minimally Invasive Surgical Treatment of Urinary Incontinence", Chicago, Illinois, 6/5/00-6/10/00.

26. "Overactive Bladder: Evaluation and Management", Grand Rounds, Department of Obstetrics and Gynecology, Memorial Health University Medical Center, Savannah, Georgia, 8/24/00.

27. "Painful Bladder Syndrome", Grand Rounds, Department of Obstetrics and Gynecology, Vanderbilt University School of Medicine, Nashville, Tennessee, 9/13/00.

28. "Evaluation and Treatment of the Overactive Bladder", La Salle & Peru County Medical Society Meeting, Peru, Illinois, 9/30/00.

29. "Update in the Management of Urinary Incontinence and the Overactive Bladder", Grand Rounds, Department of Obstetrics and Gynecology, Emory University School of Medicine, Atlanta, Georgia, 10/11/00.

30. "Non-Surgical Treatment of Urinary Incontinence", Grand Rounds, Department of Obstetrics and Gynecology, University of Florida, Gainesville, Florida, 11/17/00.

31. "What's New in the Management of the Overactive Bladder", Grand Rounds, Department of Obstetrics and Gynecology, University of Louisville, Louisville, Kentucky, 11/28/00.

32. "Interstitial Cystitis", Invited Lecturer, Piedmont OB/GYN Society Winter Symposium, Hickory, North Carolina, 1/10/01.

33. "Update in Gynecologic Urology in St. Thomas", Northwestern University Medical School and Baylor College of Medicine Post-Graduate Course, Lectures on "The Effects of Estrogen on the Lower Urinary Tract", "Vestibulitis and Vulvodynia", "Vaginal Enterocele and Rectocele Repair", "Optimizing Surgical Outcomes" and "What I Do Surgically for my Patients and Why", St. Thomas, U.S. Virgin Islands, 2/15/01-2/17/01.

34. "Transvaginal Capio CL Slings", Invited Lecture, Journal Club, Department of Urology, Memorial Hospital, South Bend, Indiana, 5/10/01.

35. "Evidence-Based, State-of-the-Art Treatment of Overactive Bladder", Invited Lecturer, American Academy of Physician Assistants Annual Meeting, Anaheim, California, 5/29/01.

36. "Non-Surgical Treatment of Urinary Incontinence", Grand Rounds, Department of Obstetrics and Gynecology, Medical College of Georgia, Augusta, Georgia, 5/31/01.

37. "Evaluation and Treatment of the Overactive Bladder", Grand Rounds, Department of Obstetrics and Gynecology, South Georgia Medical Center, Valdosta, Georgia, 6/1/01.

38. Chicago Area Medical Schools Obstetrics and Gynecology Review Course, Lectures on "Preoperative Evaluation of the Incontinent Female", "Surgical Treatment of Genuine Stress Incontinence", "Non-Surgical Treatment of Urinary Incontinence", and "Minimally Invasive Surgery for Genuine Stress Incontinence, Chicago, Illinois, June 6 & 9, 2001.

39. Advances in Urogynecology and Reconstructive Pelvic Surgery, Northwestern University Medical School National Postgraduate Course, Lectures on "Office Evaluation of Incontinence and Prolapse", "Coding for Success and Avoiding Prison", "Electrical Stimulation and Electromagnetic Innervation", "Neuromodulation for Overactive Bladder and Pelvic Pain", and "Transvaginal Capio CL Slings", Chicago, Illinois, June 14-16, 2001.

40. "The Effect of Anti-Incontinence Operations on Genital Prolapse", State of the Art Lecture, International Continence Society Annual Meeting, Seoul, South Korea, September 21, 2001.

41. "Treatment of Overactive Bladder", Obstetrics and Gynecology Grand Rounds, University of Illinois, Champaign, Illinois, October 3, 2001.

42. "Preoperative Evaluation of the Incontinent Female", Obstetrics and Gynecology Grand Rounds, St. Joseph's Medical Center, Chicago, Illinois, November 16, 2001.

43. "Non-Surgical Treatment of Urinary Incontinence", Obstetrics and Gynecology Grand Rounds, St. Joseph's Medical Center, Chicago, Illinois, December 21, 2001.

44. "Update in Gynecologic Urology in St. Thomas", Northwestern University Medical School and Baylor College of Medicine Post-Graduate Course, Lectures on "Effects of Pregnancy and Delivery on the Lower Urinary Tract", "Vestibulitis and Vulvodynia", "Vaginal Vault Prolapse- Vaginal Repairs", "Surgical Treatment of Anterior Compartment Defects" and "Capio CL Slings, TVT and SPARC Procedures", St. Thomas, U.S. Virgin Islands, February 14-16, 2002.

45. "Interstitial Cystitis and Chronic Pelvic Pain", Department of Obstetrics & Gynecology Grand Rounds, Maimonides Medical Center, Brooklyn, New York, March 1, 2002.

46. "Non-Surgical Treatment of Urinary Incontinence", Department of Family Practice Grand Rounds, Northwestern University Medical School, March 20, 2002.

47. "11th Annual Urogynecology and Disorders of the Female Pelvic Floor", Mayo Clinic Scottsdale Post-Graduate Course, Lectures on "The Transvaginal Capio CL Sling", "Management of Posterior Compartment Defects", "Anterior Approach to Sacrospinous Vaginal Vault Suspensions", Scottsdale, Arizona, April 18-20, 2002.

48. "Overactive Bladder: Non-Surgical Treatment of Urinary Incontinence", presented at the "Tenth Annual Rio Grande Valley Medical Education Conference",  Knapp Medical Center, South Padre Island, May 3, 2002.

49. "Diagnostic Evaluation and Treatment of Bladder Dysfunction for the Female Patient", ACOG Symposium

on "Current and Future Trends in the Treatment of Overactive Bladder", Los Angeles, California, May 7, 2002.

50.   "Management of Overactive Bladder: A Pharmacologic Overview", American Geriatrics Society Symposium, Washington, D.C., May 11, 2002.

51.   "The Patient with Overactive Bladder: Evaluation Insights", American Academy of Physician Assistants Symposium, Boston, Massachusetts, May 26, 2002.

52.   Chicago Area Medical Schools Obstetrics and Gynecology Review Course, Lectures on "Preoperative Evaluation of the Incontinent Female", "Surgical Options for Stress Incontinence", "Non-Surgical Treatment of Urinary Incontinence", and "Minimally Invasive Surgical Treatment of Urinary Incontinence", Chicago, Illinois, June 5-8, 2002.

53.   "Interstitial Cystitis", Department of Obstetrics & Gynecology Grand Rounds, East Tennessee State University Medical School, September 25, 2002.

54.   "Treatment of Overactive Bladder", Department of Obstetrics & Gynecology Grand Rounds, Mercy Hospital, Chicago, Illinois, September 20, 2002.

55.   "A Clinical and Demographic Overview of Overactive Bladder", Pri-Med Symposium, Chicago, Illinois, September 20, 2002.

56.   "Advances in the Treatment of Overactive Bladder", North American Menopause Society Workshop: Urogenital Health-Taking Control, Chicago, Illinois, October 3, 2002.

57.   "Overactive Bladder: What's New in Epidemiology and Nonpharmacologic Therapy", American Urogynecologic Society Annual Meeting, San Francisco, California, October, 2002.

58.   "Evidence Based Treatment for the Female Bladder", American Urogynecologic Society Annual Meeting, San Francisco, California, October, 2002.

59.   "Transvaginal Capio CL Slings", American Urogynecologic Society Annual Meeting, San Francisco, California, October, 2002.

60.   "The Use of Grafts in Reconstructive Pelvic Surgery", American Urogynecologic Society Annual Meeting, San Francisco, California, October, 2002.

61.   "Recent Advances in Surgical Techniques for Stress Urinary Incontinence", Taiwan Continence Society Annual Meeting, Taipei, Taiwan, October 27, 2002.

62.   "The SPARC Procedure for Stress Incontinence: A Safer Alternative to TVT", International College of Surgeons Annual Meeting, Taipei, Taiwan, October 28, 2002.

63.   "Transvaginal Capio CL Slings for Intrinsic Sphincteric Deficiency", International College of Surgeons Annual Meeting, Taipei, Taiwan, October 28, 2002.

64.   "Minimally Invasive Surgical Procedures for Genuine Stress Incontinence", Department of Urology Grand Rounds, China Medical School, Taichung, Taiwan, October 28, 2002.

65.   "The SPARC Procedure for Stress Incontinence: A Safer Alternative to TVT", Department of Obstetrics & Gynecology Grand Rounds, Chang Gung Memorial Hospital, Kaoshung, Taiwan, October 29, 2002.

66.   "Vaginal Vault Repairs and Hormonal Treatment of Urinary Incontinence", presented at the "Female

Urinary Incontinence and Voiding Disorders Symposium", Alexian Brothers Medical Center, Elk Grove Village, October 31, 2002.

67. "Treatment of the Overactive Bladder", Grand Rounds, Brownsville Hospital, Brownsville, Tennessee, November 14, 2002.

68. "Management Issues in Urogynecoology", All Florida OB/GYN Residency Symposium, Orlando, Florida, November 15, 2002.

69. "Graft Materials for Pelvic Floor Repair", American Academy of Gynecologic Laparoscopists' Annual Meeting, Miami, Florida, November 22, 2002.

70. "Transvaginal Capio CL Sling for Genuine Stress Incontinence", The Italian Urogynecological Society's First National Course of Minimally Invasive Urogynecology Surgery, Palermo, Italy, December 5, 2002.

71. "The Therapeutic Rationale for the Treatment of Type III Incontinence", The Italian Urogynecological Society's First National Course of Minimally Invasive Urogynecology Surgery, Palermo, Italy, December 6, 2002.

72. "The Public Health Implications of Urogenital Disease: A Focus on Overactive Bladder", A U.S. Department of Health and Human Services Symposium, Washington, D.C., January 28, 2003.

73. "The Clinical Evaluation of Incontinence and Genital Prolapse", "The Etiology and Evaluation of the Overactive Bladder", "What I Do for Stress Incontinence and Why", and "Adjuvant Materials in Compensatory Repairs" presented at "Update in Gynecologic Urology in St. John", February 13-15, 2003.

74. "Slings: Past & Present", Sacrospinous Vaginal Vault Suspensions", "Clinical Evaluation of Urinary Incontinence", "Pharmacotherapy of Urinary Incontinence" presented at the Cleveland Clinic Foundation's Post-Graduate Course, "Female Pelvic Floor Symposium 2003" in Fort Lauderdale, Florida, March 14-17,2003.

75. "Chronic Pelvic Pain of Bladder Etiology" presented at Obstetrics & Gynecology Grand Rounds at the Medical University of South Carolina, April 8, 2003.

76. "A Debate on Elective Cesarean Section On Demand" presented at the American College of Obstetrics & Gynecology Annual Meeting, New Orleans, April 29, 2003.

77. "Oxybutynin Transdermal Administration Improves Treatment Persistence and Patient Outcomes", presented at the American College of Obstetrics & Gynecology Annual Meeting, New Orleans, April 30, 2003.

78. "Trospium Chloride Improves Symptoms of Overactive Bladder Within One Week" presented at the Annual American Urological Association Meeting, Chicago, April 27, 2003.

79. "Advances in the Treatment of Overactive Bladder", presented at the New England Obstetrics and Gynecology Annual Meeting, Sturbridge, Massachusetts, May 7, 2003.

80. "Interstitial Cystitis", presented at Grand Rounds at Tifton General Hospital in Tifton, Georgia, May 29, 2003.

81. "Surgical Options for Stress Incontinence", presented at the Chicago Medical Schools Annual Obstetrics and Gynecology Review Course, Chicago, Illinois, June 4, 2003.

82. "Evaluation and Diagnosis of Incontinence and Prolapse", The Impact of Pregnancy & Delivery on Urinary

Function", "Chronic Pelvic Pain and Interstitial Cystitis", and "Minimally Invasive Anti-Incontinence Operations" presented at "Advances in Urogynecology, Reconstructive Pelvic Surgery & Office Therapy", Chicago, Illinois, June 12-14, 2003.

83.    "Chronic Pelvic Pain of Bladder Origin", presented at Obstetrics & Gynecology Grand Rounds, Beth Israel Hospital, New York City, New York, June 19, 2003.

84.    "Evidence-Based Pharmacological Treatment Options for Overactive Bladder" presented at the Diagnostic & Therapeutic Revolutions in Medicine: The Chicago Symposium, Finch University of Health Sciences, Chicago, Illinois, August 2, 2003.

85.    "Pelvic Pain Associated with Interstitial Cystitis" presented at MacNeal Hospital Grand Rounds, Berwyn, Illinois, August 27, 2003.

86.    "Advances in the Treatment of Overactive Bladder" presented at Obstetrics & Gynecology Resident Rounds, Presbyterian Hospital, Dallas, Texas, September 4, 2003.

87.    "Coding for Pelvic Reconstructive Surgery" and "Diagnosis and Treatment of Overactive Bladder" presented at the "Update in Urogynecology & Pelvic Organ Prolapse", The University of Texas, Houston, Texas, September 5-6, 2003.

88.    "Chronic Pelvic Pain of Bladder Origin" presented at the "University of Minnesota's 34th Annual Autumn Seminar, Obstetrics, Gynecology & Women's Health", Minneapolis, Minnesota, September 9, 2003.

89.    "Transvaginal Slings" presented at the Annual Meeting of the American Urogynecology Society, Fort Lauderdale, Florida, September 10, 2003.

90.    "Urogynecology: Update on Pharmacotherapies for OAB" presented at the Annual Meeting of the American Urogynecology Society, Fort Lauderdale, Florida, September 12, 2003.

91.    "The Prevalence of Overactive Bladder and the Impact of Urgency on the Quality of Life in Women" presented at the Annual Meeting of the American Urogynecology Society, Fort Lauderdale, Florida, September 13, 2003.

92.    "Epidemiology and Etiology of Interstitial Cystitis" presented at Annual Meeting of the American Society of Reproductive Medicine, San Antonio, Texas, October 13, 2003.

93.    "Advanced Pharmacological Treatment of Bladder Overactivity" presented at St. Peters University Hospital Obstetrics & Gynecology Grand Rounds, New Brunswick, New Jersey, October 15, 2003.

94.    "Chronic Pelvic Pain of Bladder Origin" presented at St. Josephs Hospital Obstetrics & Gynecology Grand Rounds, Pontiac, Michigan, November 7, 2003.

95.    "Adjuvant Grafts in Reconstructive Pelvic Surgery", presented at Obstetrics & Gynecology Grand Rounds, Banner Good Samaritan Hospital, Phoenix, Arizona, January 15, 2004.

96.    "Recent Advances in Surgical Treatment for Stress Incontinence", presented at the Phoenix Obstetrics & Gynecology Society, Phoenix, Arizona, January 15, 2004.

97.    "Adjuvant Grafts in Reconstructive Pelvic Surgery", presented at Maricopa Medical Center Obstetrics & Gynecology Grand Rounds, Phoenix, Arizona, January 16, 2004.

98.    "Chronic Pelvic Pain of Bladder Origin", presented at Medical University of South Carolina Obstetrics & Gynecology Grand Rounds, Charleston, South Carolina, February 24, 2004.

99.    "Urgency, Frequency, Pain Syndromes", presented at Carolina Medical Center Obstetrics & Gynecology Grand Rounds, Charlotte, North Carolina, June 3, 2004.

100.   "Office Evaluation Of Incontinence And Prolapse", "The Impact of Pregnancy & Delivery on Urinary Function", "Adjuvant Grafts in Prolapse Surgery: Is More Always Better?" and "Transvaginal Capio-CL Slings Office Evaluation Of Incontinence And Prolapse" presented at "Advances in Urogynecology, Reconstructive Pelvic Surgery & Office Therapy", Chicago, Illinois, June, 2004.

101.   "ICS Terminology Symposium", presented at the Joint Annual Meeting of the International Urogynecological Association and the International Continence Society, Paris, France, August 23, 2004.

102.   "The Effect of Anti-Incontinence Operations on Genital Prolapse", presented at the Joint Annual Meeting of the International Urogynecological Association and the International Continence Society, Paris, France, August 24, 2004.

103.   "The Correlations Between Interstitial Cystitis and Chronic Pelvic Pain" presented at Chung Gang Memorial Hospital Obstetrics & Gynecology Grand Rounds, Taipei, Taiwan, September 13, 2004.

104.   "The Correlation Between Interstitial Cystitis and Chronic Pelvic Pain" presented at Combined Urology & Gynecology Grand Rounds, University of Alabama Medical Center, Birmingham, Alabama, September 22, 2004.

105.   "Female Urology: What is the Best Sling- The Capio CL Transvaginal Sling", presented at the 78th Annual Meeting of the North Central Section of the American Urological Association, Miami, Florida, October 6, 2004.

106.   "A Comparative Analysis of Sling Procedures", presented at the 78th Annual Meeting of the North Central Section of the American Urological Association, Miami, Florida, October 6, 2004.

107.   "Use of Adjunctive Materials for Prolapse Repair", presented at the 78th Annual Meeting of the North Central Section of the American Urological Association, Miami, Florida, October 6, 2004.

108.   "Advances in the Treatment of the Overactive Bladder" presented at the Coastal Plain Obstetrics and Gynecological Society Semiannual Meeting, Greenville, North Carolina, October 20, 2004.

109.   "Quaternary Amines" presented at Urogynecology Grand Rounds, Magee Womens Hospital, University of Pittsburgh Medical School, November 4, 2004.

110.   "Treatment of Overactive Bladder" presented at the University of Oklahoma, Obstetrics & Gynecology Grand Rounds, November 5, 2004.

111.   "New Options for the Treatment of OAB" presented at the Maine Obstetrical and Gynecological Society, Portland, Maine, November 30, 2004.

112.    "Advances in the Treatment of Overactive Bladder" presented at Obstetrics & Gynecology Grand Rounds, Sister's Hospital, Buffalo, New York, December 2, 2004.

113.   "Non-surgical Treatment of Urinary Incontinence" presented at Obstetrics & Gynecology Grand Rounds at the State University of New York Upstate Medical Center, January 14, 2005.

114.   "Management of the Overactive Bladder" presented at Urogynecology Rounds at the University of Texas Southwestern Medical Center, January 27, 2005.

115.    "Advances in the Treatment of Overactive Bladder" presented at the Missouri Society of the American College of Osteopathic Family Physicians' Winter Scientific Seminar, Independence, Missouri, January 30, 2005.

116.    "Clinical Evaluation of Female Pelvic Floor Dysfunction", "Overactive Bladder- Etiology and Diagnosis", "Vestibulitis and Vulvodynia", "Capio CL Slings", and "Repair of the Posterior Segment" presented at Update in Gynecologic Urology, St. John, February 10-12, 2005.

117.    "Clinical Evaluation of the Incontinent Bladder", "Etiology and Management of the Overactive Bladder", "Defect Directed Repairs of Cystocele and Rectocele" presented at the University of Arizona's 36th Annual Tucson Seminar in Obstetrics & Gynecology, February 22, 2005.

118.    "New Concepts in Obstetrics & Gynecology" on "Stress Incontinence I: Medical Management" and "the Painful Bladder Syndrome" presented at the University of Miami's Update in Obstetrics & Gynecology, Miami, Florida, March 3, 2005.

119.    "Elective Cesarean Section is Protective of the Pelvic Floor" and "The Monarc Transobturator Midurethral Sling" presented at the Phoenix Obstetrical and Gynecological Society's 28th Annual Symposium on New Developments in Obstetrics & Gynecology, Phoenix, Arizona, March 11, 2005.

119.    "Complications of Urinary Incontinence Surgery", presented at the Annual Meeting of the Austrian Society of Urogynecology, Vienna, Austria, March 17, 2005.

120.    "Quarternary Amines in the Treatment of Overactive Bladder" presented at Obstetrics & Gynecology Grand Rounds, Sister's Hospital, Buffalo, New York, April 20, 2005.

121.    "Cystometry in the Evaluation of Urinary Incontinence" presented at the International Urogynecological Association's South African eXchange, Midrand, South Africa, May 5, 2005.

122.    "Treatment of the Overactive Bladder" presented at the Mobile Obstetrical and Gynecological Society Meeting, May 19, 2005.


2009

123.    Clinical Evaluation of the Female, presented at the 13th Annual Update in Gynecologic Urology, Northwestern University, Feinberg School of Medicine, Aruba, February 5-7, 2009.

124.    Effects of Labor & Delivery on the Lower Urinary Tract & Pelvic Floor, presented at the 13th Annual Update in Gynecologic Urology, Northwestern University, Feinberg School of Medicine, Aruba, February 5-7, 2009.

125.    Surgical Treatment of Anterior Compartment Defects, presented at the 13th Annual Update in Gynecologic Urology, Northwestern University, Feinberg School of Medicine, Aruba, February 5-7, 2009.

126.    Leak Point Pressure is not a Better Test for ISD, presented at the 13th Annual Update in Gynecologic Urology, Northwestern University, Feinberg School of Medicine, Aruba, February 5-7, 2009.

127.    Transobturator Midurethral Slings, presented at the 13th Annual Update in Gynecologic Urology, Northwestern University, Feinberg School of Medicine, Aruba, February 5-7, 2009.

128.    Vaginal Approaches to Apical Prolapse, presented at the 9th Annual Female Pelvic Disorders Symposium, Cleveland Clinic Foundation, Fort Lauderdale, Florida, March 13-15, 2009.

129.    Botox in Urogynecology, presented at the 9th Annual Female Pelvic Disorders Symposium, Cleveland Clinic Foundation, Fort Lauderdale, Florida, March 13-15, 2009.

130.    Assessing Urethral Function, presented at the 9th Annual Female Pelvic Disorders Symposium, Cleveland Clinic Foundation, Fort Lauderdale, Florida, March 13-15, 2009.

131.    Biological Adjuvant Grafts in the Anterior Compartment, presented at the 9th Annual Female Pelvic Disorders Symposium, Cleveland Clinic Foundation, Fort Lauderdale, Florida, March 13-15, 2009.

132.    Transobturator Midurethral Slings for Mixed Incontinence, presented at the 9th Annual Female Pelvic Disorders Symposium, Cleveland Clinic Foundation, Fort Lauderdale, Florida, March 13-15, 2009.

133.    The Argument for Uterine Preservation During Reconstructive Surgery, presented at the 9th Annual Female Pelvic Disorders Symposium, Cleveland Clinic Foundation, Fort Lauderdale, Florida, March 13-15, 2009.

134.    Management of Refractory OAB: Botox & Beyond, presented at the International Urogynecological Association Regional Symposium, Hong Kong, China, March 20-1, 2009.

135.    Effect of Pregnancy & Delivery on the Lower Urinary Tract, presented at the International Urogynecological Association Regional Symposium, Hong Kong, China, March 20-1, 2009.

136.    Surgical Treatment of Anterior Compartment Prolapse, presented at the International Urogynecological Association Regional Symposium, Hong Kong, China, March 20-1, 2009.

137.    The Future of Overactive Bladder Syndrome, presented at the South Central Obstetrical and Gynecological Society Annual Meeting, Las Vegas, Nevada, April 25, 2009.

138.    Anterior Compartment Failure, presented at the Forsyth Medical Center's 2009 Continence & Pelvic Floor Symposium, Winston-Salem, North Carolina, May 8, 2009.

139.    Anterior Compartment Repair, presented at the Forsyth Medical Center's 2009 Continence & Pelvic Floor Symposium, Winston-Salem, North Carolina, May 8, 2009.

140.    Office Evaluation of Incontinence & Prolapse, presented at Advances in Urogynecology & Reconstructive Pelvic Surgery, Northwestern University, Feinberg School of Medicine, Chicago, Illinois, June 11-13, 2009.

141.    Bladder Pain Syndrome/ Interstitial Cystitis, presented at Advances in Urogynecology & Reconstructive Pelvic Surgery, Northwestern University, Feinberg School of Medicine, Chicago, Illinois, June 11-13, 2009.

142.    Biological Grafts in Reconstructive Pelvic Surgery, presented at Advances in Urogynecology & Reconstructive Pelvic Surgery, Northwestern University, Feinberg School of Medicine, Chicago, Illinois, June 11-13, 2009.

143.    Transobturator Midurethral Slings, presented at Advances in Urogynecology & Reconstructive Pelvic Surgery, Northwestern University, Feinberg School of Medicine, Chicago, Illinois, June 11-13, 2009.

144.    Uterine Preservation Workshop: The Argument for Hysterectomy During Reconstructive Pelvic Surgery, presented at the 34th Annual Meeting of the International Urogynecological Association, Como, Italy, June 16, 2009.

145.    Presidential Address, presented at the 34th Annual Meeting of the International Urogynecological Association, Como, Italy, June 16, 2009.

146.   TVT Versus TOT Slings in Women with Marginal or Low Urethral Closure Pressure, presented at the Workshops in Pelvic Surgery Advanced Vaginal & Pelvic Reconstructive Surgery Course, London, England, June 22-6, 2009.

147.   Simulating Midurethral Tapes & Slings on a String Surgery, presented at the Workshops in Pelvic Surgery Advanced Vaginal & Pelvic Reconstructive Surgery Course, London, England, June 22-6, 2009.

148.   Should We Offer Elective Cesarean Sections to Preserve Pelvic Floor Function? presented at the Workshops in Pelvic Surgery Advanced Vaginal & Pelvic Reconstructive Surgery Course, London, England, June 22-6, 2009.

149.   The Role of Collagen Weakness in Failed Prolapse Surgery, presented at the Workshops in Pelvic Surgery Advanced Vaginal & Pelvic Reconstructive Surgery Course, London, England, June 22-6, 2009.

150.   The Histology of First Generation Biomesh, presented at the Workshops in Pelvic Surgery Advanced Vaginal & Pelvic Reconstructive Surgery Course, London, England, June 22-6, 2009.

151.   Traditional Plication & Discrete Defect Repairs in the Posterior Compartment, presented at the Workshops in Pelvic Surgery Advanced Vaginal & Pelvic Reconstructive Surgery Course, London, England, June 22-6, 2009.

152.   Sacrospinous Vaginal Vault Suspension with the Capio® Suture Recapture Device, presented at the Workshops in Pelvic Surgery Advanced Vaginal & Pelvic Reconstructive Surgery Course, London, England, June 22-6, 2009.

153.   Urgency and Voiding Dysfunction Complicating Cystocele Repair or Incontinence Surgery, presented at the Workshops in Pelvic Surgery Advanced Vaginal & Pelvic Reconstructive Surgery Course, London, England, June 22-6, 2009.

154.   The Capio CL Vesical Neck Sling, presented at the Workshops in Pelvic Surgery Advanced Vaginal & Pelvic Reconstructive Surgery Course, London, England, June 22-6, 2009.

155.   Future Treatment of Overactive Bladder Syndrome, Obstetrics & Gynecology Grand Rounds, Southern Illinois University Medical Center, Springfield, Illinois, July 9, 2009.

156.   Management of Ineffective Voiding, Analysis of Female Voiding Workshop, presented at the 39th Annual Meeting of the International Continence Society, San Francisco, California, September 30, 2009.

157.   What Controls Should There Be on the Introduction of New Technologies in Urogynecology, International Urogynecology Symposium, presented at the International Federation of Gynecology and Obstetrics XIX Meeting, Cape Town, South Africa, October 5, 2009.

158.   The Effect of Midurethral Slings on Detrusor Overactivity and OAB Symptoms, presented at the International Federation of Gynecology and Obstetrics XIX Meeting, Cape Town, South Africa, October 5, 2009.