**EXHIBIT A**

| Expert Name (Last name, First name) | Case Specific or General ? | Plaintiff Name (Last name, First name) | Case No. |
|---|---|---|---|
| Matthews, Catherine | General & CS | Cartner, Tiffany | 2:13cv31941 |
| Matthews, Catherine | General | Pitagna, Rose | 2:15cv15358 |
| Matthews, Catherine | General & CS | Winebrenner, Nancy | 2:17-cv-00576 |
| Matthews, Catherine | general | Baill, Randi | 2:13-cv-27100 |
| Matthews, Catherine | General & CS | Bargiol, Debra & Jason | 2:16-cv-03726 |
| Matthews, Catherine | general | Bauer, Nancy & Stanlee | 2:15-cv-12751 |
| Matthews, Catherine | general | Clabo, Leslie | 2:13-cv-16273 |
| Matthews, Catherine | General & CS | Cormell, Sloan | 2:17-cv-01259 |
| Matthews, Catherine | General & CS | Eldrath, Mary Elayne & Bo | 2:15-cv-00911 |
| Matthews, Catherine | general | Grubbs, Janice & Thomas | 2:13-cv-05120 |
| Matthews, Catherine | General & CS | May, Sue Ellen & Gerald G | 2:13-cv-29781 |
| Matthews, Catherine | general | Priest, Carvel | 2:15-cv-05597 |
| Matthews, Catherine | General & CS | Regino, Lisa Faye | 2:15-cv-05220 |
| Matthews, Catherine | general | Smallwood, Sheila & John | 2:13-cv-03949 |
| Matthews, Catherine | general | Soto, Candida | 2:14-cv-20814 |
| Matthews, Catherine | General & CS | Thomas, Lawanda & Sherr | 2:13-cv-24259 |
| Matthews, Catherine | general | Toliver, Rosemary | 2:15-cv-00932 |