# EXHIBIT C

## CURRICULUM VITAE
### Updated 06/24/2016

## PERSONAL INFORMATION

Name:                   Catherine Ann Matthews, MD (nee Catherine Matthews Nichols)

Work Address:           Department of Obstetrics and Gynecology
                        Wake Forest University School of Medicine
                        1 Medical Center Boulevard
                        Winston Salem, NC 27157
                        Email: ███████████████████

Home Address:           ████████████████████████████████████

## LICENSURE & BOARD CERTIFICATION

State License           North Carolina Board of Medicine, 00618, 2010
State License           Virginia Board of Medicine, 0101059015, 1999
Board Certification     Female Pelvic Medicine and Reconstructive Surgery, 2013
Board Certification     Diplomate of the American Board of Obstetrics and Gynecology, 2004

## EDUCATION

Faculty Development

University of Arkansas Improving Patient Experiences thorough Communication Workshop,
April 2016
Grace Harris Leadership Course, 2005
Association of American Medical Colleges Early Career Women Faculty Professional
Development Seminar, 2004
Berlex Research Course, 2003


Residency               Department of Obstetrics & Gynecology
1997 - 2001             Virginia Commonwealth University Medical Center
                        Richmond, VA.


M.D. (Valedictorian)    University of Virginia
1993 - 1997             Charlottesville, VA.


Bachelor of Arts        University of Virginia
1989-1993               Charlottesville, VA.
                        Major: History

## PROFESSIONAL EXPERIENCE

November 2015           Professor, Department of Ob/Gyn and Urology
                        Co-Director, Integrated Pelvic Health Unit
                        Wake Forest Baptist University Hospital

Winston Salem, NC

July 2015–Sept 2015 Sabbatical, Honorary Professor, University of Cape Town, South Africa

July 2010- June 2015 Associate Professor
Division Chief, Urogynecology and Reconstructive Pelvic Surgery
Department of Obstetrics and Gynecology
University of North Carolina
Chapel Hill, NC

July 2007- June 2010 Associate Professor
Section of Urogynecology and Reconstructive Pelvic Surgery
Department of Obstetrics and Gynecology
Virginia Commonwealth University Medical Center
Richmond, VA

Aug 2001 – June 2007 Assistant Professor
Section of Urogynecology and Reconstructive Pelvic Surgery
Department of Obstetrics and Gynecology
Virginia Commonwealth University Medical Center
Richmond, VA

## HONORS AND AWARDS

2015   Co-Author for "Best surgical paper", American Urogynecology Society Annual Meeting, Seattle, WA
2015   Pitkin award for Top Paper in Obstetrics and Gynecology, 2014, second author.
2015   UNC Healthcare Award for Best Ob/Gyn surgeon
2015   UNC Healthcare and Faculty Physicians Carolina Care Excellence Leader, for best patient ratings
2015   Administered first oral board sub-specialty examination for FPMRS
2006 – Present: Voted "Best Doctors in America"
2014   Golden Tarheel Award - for excellence in medical school teaching at UNC
2014   Honorary Invited Professor, Northwestern School of Medicine
2014   "Best Urogynecology Paper," American Association of Gynecologic Laparoscopists Annual Meeting
2013   Association of Professors of Gynecology and Obstetrics - National Teaching Award
2013   Co-author for "Best Epidemiology Paper," American Urogynecology Society Annual Meeting
2012   Awarded Honorary Professorship, University of Cape Town
2012   Top 5% reviewer, American Journal of Obstetrics and Gynecology
2011   Golden Tarheel award, for excellence in medical school teaching
2009   Voted "Top Doctor for Women" in Richmond Magazine (featured on cover)
2009   Mentor for "Top resident research project" (awarded to Dr. Adam Huggins)
2009   Selected to serve as Inova Fairfax Hospital Ob/Gyn Visiting Professor, Fairfax Virginia
2009   Voted "Best Urogynecologist in Richmond, VA"
2008   Faculty Award for Excellence in Teaching, M-III clerkship 2008
2008   Outstanding Teacher Award, M-II course 2008
2008   First Prize Paper Award, VCU Resident Research Day
2008   Voted "Best Urogynecologist in Richmond, VA"

| 2007 | John McCain Fellowship Award, presented for the prize-winning paper, South Atlantic Association of Obstetricians and Gynecologists |
|------|--------|
| 2006 | Voted "Most memorable VCU Faculty Member," Medical School Class of 2006 |
| 2006 | Selected to present the 28th John M. Nokes Lecture, University of Virginia Thornton Symposium, 2006. |
| 2006 | Voted Top 40 under 40 by Richmond's Style Weekly Magazine |
| 2006 | Voted "Best Urogynecologist in Richmond, VA" |
| 2006 | Faculty Award for Excellence in Teaching, M-III clerkship |
| 2006 | Outstanding Teacher Award, M-II course |
| 2005 | VCU Selection for "Rising Star Award" from the State Council of Higher Education of Virginia |
| 2005 | First Prize Paper Award, VCU Resident Research Day |
| 2005 | Faculty Award for Excellence in Teaching, M-III clerkship |
| 2005 | Outstanding Teacher Award, M-II course |
| 2004 | Association of Professors of Gynecology and Obstetrics National Teaching Award |
| 2004 | Faculty Award for Excellence in Teaching, M-III clerkship |
| 2004 | Outstanding Teacher Award, M-II course |
| 2003 | Faculty Award for Excellence in Teaching, M-III clerkship |
| 2003 | Outstanding Teacher Award, M-II course |
| 2003 | Mentoring Award for Best Resident Research Project |
| 2003 | Berlex Scholarship Award |
| 2002 | Faculty Award for Excellence in Teaching, M-III clerkship |
| 2001 | Resident Research Award |
| 1999 | Wetchler Award, for exceptional student teaching |
| 1997 | Culbertson Academic Achievement Award for graduating as the Valedictorian of the class of 1997 |
| 1997 | Amparo Villar-Palasi Award in Pharmacology, for highest grade |
| 1997 | Bowman Scholar, awarded for clinical excellence |
| 1997 | Award for Excellence in Introduction to Clinical Medicine, for highest grade |
| 1997 | American Society of Clinical Pathologists Award, for Academic Excellence |
| 1997 | Induction into the American Society of Clinical Pathologists as an honorary student member, for excellence in pathology |
| 1997 | Merck Manual Award, presented to the top 3 students in the class of 1997 |
| 1996 | Alpha Omega Alpha Medical Honor Society (Junior year) |

**BIBLIOGRAPHY**

Book Chapters:

1. **Matthews CA.** and Gebhart J. Genitourinary tract injury. In: Urogynecology and Reconstructive Pelvic Surgery. Editors, Walters and Karram. Mosey Elsevier, 2014

2. **Matthews CA**. Transvaginal mesh complications. In:  Expert Opinions in Female Pelvic Medicine and Reconstructive Surgery.  Editors, Sandip P Vasavada , Howard B Goldman , JP Medical Ltd, 2013.

3. **Matthews CA**. Robotic sacrocolpopexy and cervicosacropexy for management of apical pelvic support defects in Female Pelvic Surgery Video Atlas Series: Surgical management of pelvic organ prolapse. Series Editor: Karram M. Saunders Elsevier, Philadelphia PA, 2012.

4. **Matthews CA**. Role of robotics in urogynecology in Emerging Technologies in Women's Health. Editors: Tulandi and Advincula. Benthamscience ebook series, 2011. p 10-18

5. **Matthews CA** and Fenner D. Anorectal disorders and fecal incontinence. In: Clinical update in women's health care. The American College of Obstetricians and Gynecologists. Volume IX, Number 1, January 2010.

6. **Matthews CA** and Sikat B. Reproductive System, 8th edition. The Certified Medical Representatives Institute, Inc., Roanoke, VA, 2008

7. Fenner D and **Matthews CA**. Fecal incontinence and Defecation Disorders. In: Danforth's Obstetrics and Gynecology, 2007.

8. **Matthews CA**, Bray M, and Bourgeois J. Obstetrics and Gynecology Recall, 3rd edition, Lippincott and Wilkins, 2007.

9. Yoshida C, Golden G, and **Matthews CA**:  The Gastrointestinal System, Medicine Recall, 1997, Volume 1, 136-43.

Peer-Reviewed Publications:

1. Aslam MF, Osmundsen B, Edwards SR, **Matthews C**, Gregory WT. Preoperative Prolapse Stage as Predictor of Failure of Sacrocolpopexy. Female Pelvic Med Reconstr Surg. 2016 May-Jun;22(3):156-60.PMID: 26571435

2. Varma MG, **Matthews CA**, Muir T, Takase-Sanchez MM, Hale DS, Van Drie D, Richter HE Impact of a Novel Vaginal Bowel Control System on Bowel Function.. Dis Colon Rectum. 2016 Feb;59(2):127-31. doi: 10.1097/DCR.0000000000000517. PMID:26734971

3. Nieto ML, Kisby C, **Matthews CA**, Wu JM. The evaluation of baseline physical function and cognition in women undergoing pelvic floor surgery. Female Pelvic Med Reconstr Surg. 2015 Nov 13. PMID 26571431

4. O'Sullivan OE, **Matthews CA**, O'Reilly BA. Sacrocolpopexy: Is there a consistent surgical technique? Int Urogynecology J. 2015 Nov 12. PMID: 26564217

5. De La Luz Nieto M, Wu JM, **Matthews CA**, Whitehead WE, Markland AD. Factors associated with fecal incontinence in a nationally representative sample of diabetic women. Int Urogynecol J. 2015 May 14. PMID: 25971614

6. Wu, JM, **Matthews CA**, Vaughan CP, Markland, AD. "Urinary, fecal, and dual incontinence in older U.S. adults." J Am Geriatr Soc. 2015 May;63(5):947-953. doi: 10.1111/jgs.13385. Epub 2015 May 4. PMID: 25940401

7. Richter HE, **Matthews CA**, Muir T, Takase-Sanchez MM, Hale DS, Van Drie D, Varma MG. "A vaginal bowel-control system for the treatment of fecal incontinence". Obstet Gynecol. 2015 Mar;125(3):540-7 Doi10.1097/AOG.0000000000000639.PMID:25730213 [PubMed - in process]

8. **Matthews CA**, Kenton K. Reply: Obstet Gynecol. 2015 Jan; 125(1):230-1. doi: 10.1097/AOG.0000000000000617. No abstract available. PMID: 25560134 [PubMed - in process

9. Bharucha AE, Dunivan G, Goode PS, Lukacz ES, Markland AD, **Matthews CA**, Mott L, Rogers RG, Zinsmeister AR, Whitehead WE, Rao SS, Hamilton FA., "Epidemiology, Pathophysiology, and Classification of Fecal Incontinence: State of the Science Summary for the National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK) Workshop". Am J Gastroenterol. 2014 Dec 23. doi: 10.1038/ajg.2014.396. [Epub ahead of print] Review.PMID:25533002 [PubMed - as supplied by publisher]

10. Myers EM, Siff L, Osmundsen B, Geller E, **Matthews CA**., "Differences in recurrent prolapse at 1 year after total vs supracervical hysterectomy and robotic sacrocolpopexy". Int Urogynecol J. 2014 Nov 1. [Epub ahead of print] PMID: 25366305 [PubMed - as supplied by publisher]

11. Crane AK, Geller EJ, Sullivan S, Robinson BL, Myers EM, Horton C, **Matthews CA**. "Short-term mesh exposure after robotic sacrocolpopexy with and without concomitant hysterectomy". South Med J. 2014 Oct;107(10):603-6. doi: 10.14423/SMJ.0000000000000170.PMID: 25279861 [PubMed - in process]

12. **Matthews CA**, Kenton K. "Treatment of Vaginal Cuff Evisceration". Obstet Gynecol. 2014 Oct;124(4):705-8. doi: 10.1097/AOG.0000000000000463PMID: 25198277 [PubMed – in process]

13. Geller EJ, **Matthews C**. Reply: Impact of robotic operative efficiency on profitability. Am J Obstet Gynecol. 2014 Aug 16. pii: S0002-9378(14)00843-6. doi: 10.1016/j.ajog.2014.08.012. [Epub ahead of print] No abstract available. PMID: 25139138

14. **Matthews CA.** "Risk factors for urinary, fecal, or double incontinence in women". Curr Opin Obstet Gynecol. 2014 Aug 8. [Epub ahead of print] PMID: 25110978

15. Crane AK, Geller EJ, Myers EM, Fenderson JL, Wells E, Jannelli M, Connolly A, **Matthews CA**. "Implementation of a standardized digital rectal exam to improve theaccuracy of rectocele diagnosis". Int Urogynecol J. 2014 Jul 26. [Epub ahead of print] PMID: 25062655

16. Crane AK, Myers EM, Lippmann QK, **Matthews CA**. "Overlapping sphincteroplasty and posterior repair". Int Urogynecol J. 2014 Jul 8. [Epub ahead of print] PMID: 25001576

17. Wu JM, **Matthews CA**, Conover MM, Pate V, Jonsson Funk M. "Lifetime Risk of Stress Urinary Incontinence or Pelvic Organ Prolapse Surgery". Obstet Gynecol. 2014 Jun; 123(6):1201-6. doi: 10.1097/AOG.0000000000000286 PMID: 24807341

18. Myers EM, Robinson BL, Geller EJ, Wells E, **Matthews CA**, Fenderson JL, Crane AK, Jannelli M, Connolly A. "Randomized trial of a web-based tool for prolapse: impact on patient understanding and provider counseling". Int Urogynecol J. 2014 Mar 21. [Epub ahead of print] PMID: 24652032

19. Hill AJ, Carroll AW, **Matthews CA**. "Unanticipated uterine pathologic finding after morcellation during robotic-assisted supracervical hysterectomy and cervicosacropexy for uterine prolapse." Female Pelvic Med Reconstr Surg. 2014 Mar-Apr; 20(2):113-5. doi: 10.1097/SPV.0b013e31829ff5b8. PMID: 24566217

20. Myers EM, Geller EJ, Connolly A, Bowling JM, **Matthews CA**. "Robotic sacrocolpopexy performance and cumulative summation analysis." Female Pelvic Med Reconstr Surg. 2014 Mar-Apr; 20(2):83-6. doi: 10.1097/SPV.0000000000000044. PMID: 24566210

21. Myers E, Geller E, Crane A, Robinson B, **Matthews C**. "Estimating the early impact of the FDA safety communication on the use of surgical mesh." South Med J. 2013 Dec; 106(12):684-8. doi: 10.1097/SMJ.0000000000000031. PMID: 24305528

22. Geller EJ, Robinson BL, **Matthews CA**, Celauro KP, Dunivan GC, Crane AK, Ivins RA, Woodham PC, Fielding JR. "Perineal Body Length as Predictor of Anal Sphincter Injury at First Vaginal Delivery" *Int Urogynecol J* [accepted for publication Oct 30, 2013, 11 pages]

23. **Matthews CA**, Whitehead WE, Townsend M, and Grodstein F. Risk factors for dual incontinence in the Nurses' Health Study. Obstet Gynecol. 2013 Sep;122(3):539-45. doi: 10.1097/AOG.0b013e31829efbff. PMID: 23921863

24. **Matthews CA**. Ovarian conservation versus removal at the time of hysterectomy for benign disease: A Review. J Womens Health (Larchmt). 2013 Jul 18. [Epub ahead of print]PMID: 23865788

25. Crane AK, Geller EJ, **Matthews CA**. Outlet constipation one year after sacrocolpopexy with and without concomitant posterior repair. South Med J. 2013 Jul;106(7):409-14. PMID: 23820321

26. Robinson BL, Parnell BA, Sandbulte JT, Geller EJ, Connolly A, **Matthews CA**. Robotic versus vaginal urogynecologic surgery: A retrospective cohort study of perioperative complications in elderly women. Female Pelvic Med Reconstr Surg. 2013 July/August;94(4):230-237. PMID: 23797528

27. Crane AK, Geller EJ, **Matthews CA.** Trainee performance at robotic console and benchmark operative times. Inr Urogynecol J. 2013 May 3 (Epub ahead of print).

28. Parnell BA, Midia EC, Fielding JR, Robinson BL, **Matthews CA**. Relationship between race and abdominal wall anatomy: effect on robotic port placement. Female Pelvic Med Reconstr Surg. 2013 May-June;19(3):165-8

29. Geller EJ, **Matthews CA**. Impact of robotic operative efficiency on profitability. Am J Obstet Gynecol. 2013 Mar 24. [Epub ahead of print] PMID: 23535238

30. Robinson BL, **Matthews CA**, Palsson OS, Geller E, Turner M et al. Obstetric sphincter injury interacts with diarrhea and urgency to increase the risk of fecal incontinence in women with irritable bowel syndrome. Female Pelvic Med Reconstr Surg. 2013 Jan-Feb;19(1):40-5. PMID: 23321658

31. Crane AK, Geller EJ, Bane H, Ju R, Myers E, **Matthews CA**. Evaluation of pelvic floor symptoms and sexual function in primiparous women who underwent operative vaginal delivery versus cesarean delivery for second stage arrest. Female Pelvic Med Reconstr Surg. 2013 Jan-Feb;19(1): 13-6. PMID 23321653

32. Geller EJ, Lin FC, **Matthews CA**. Analysis of robotic performance times to improve operative efficiency. J Minim Invasive Gynecol. 2013 Jan-Feb; 20(1):43-8. PMID 23141423

33. Townsend MK, **Matthews CA**, Whitehead WE, Grodstein F. Risk factors for fecal incontinence in older women. Am J Gastroenterol. 2013 Jan;108 (1):113-9. PMID 23090350

34. Geller EJ, Crane AK, Wells EC, Robinson BL, Jannelli ML, Khandelwal CM, Connolly A, Parnell BA, **Matthews CA**, Dumond JB, Busby-Whitehead J. Effect of anticholinergic use for the treatment of overactive bladder on cognitive function in postmenopausal women. Clin Drug Investig. 2012 Oct 1;32 )10): 697-705 PMID:22873491

35. Robinson BL, Geller EJ, Parnell BA, Crane AK, Jannelli ML, Wells EC, Connolly A**, Matthews CA.**  Diagnostic accuracy of visual urethral mobility exam versus Q-Tip test: a randomized crossover trial. Am J Obstet Gynecol. 2012 Jun; 206(6):528.e1-6. Epub 2012 Feb 28.

36. Carroll AW, Lamb E, Hill AJ, Gill EJ, and **Matthews CA**. Surgical Management of apical pelvic support defects: Evaluation of the introduction of robotic technology.  International Urogynecology J. 2012 Sep;23(9):1183-6. Epub 2012 Apr 12.PMID 22527548

37. **Matthews CM**. The promise of robotics in urogynecology. International Urogynecology J Int Urogynecol J. 2012 Jan 27.  [Epub ahead of print] PMID: 22282231.

38. **Matthews CM**, Carroll A, Hill A, Gill EJ. Prospective evaluation of surgical outcomes of robotic-assisted sacral colpo- and sacral cervico-pexy for management of apical pelvic support defects. South Med J.  2012 May; 105(5):274-8.

39. Crane, AK, Geller, EJ, Woodward, A.P., and **Matthews, CA**.  Stress urinary incontinence after robotic sacrocolpopexy with and without concomitant midurethral sling. *J Gynecol Surg.* 2012; 18(1):5-8.

40. Smith TM, Trowbridge ER, Pastore L, Smith A, Brennan MC, Dooley Y, **Matthews CA**, Ozel B, Sutkin G, Hullfish K. The multicenter urogynecology study on education: Associations between educational outcomes and clerkship center characteristics. Fem Pelvic Med & Reconstructive Surgery. 2011 May/June; 17(3):134-138.

41. Dunbar A, Ernst A, **Matthews CA**, and Ramakrishnan V. Understanding vaginal childbirth: what do women know about the consequences of vaginal childbirth on pelvic floor health? J of Women's Health Physical Therapy: 35(2):51-56.

42. **Matthews, CA**., Cohen S.A, Ramakrishnan, V., Hull, K., and Reid, N. Risk factors for transfusion in women undergoing hysterectomy. J Gynecol Surg (in press).

43. Parnell, B.A. and **Matthews, CA**. Robot-assisted techniques and outcomes in the realm of pelvic reconstructive surgery. Clinical Obstetrics and Gynecology; 2011; 54(3):412-19.

44. **Matthews CA**. Robot-assisted laparoscopic colposacropexy and cervicosacropexy with the daVinci surgical system. Surg Technol Int. 2010 Oct; 20: 232-8. (PMID: 21082572)

45. **Matthews CA**, Reid N, Hull K, and Cohen S. Introduction of the DaVinci Robot: Impact on route of hysterectomy after one year of use. Am J Obstet Gynecol 2010, 203(5):499.e1-5. (PMID:21055514)

46. Oswalt, K.L., Hale, G.J., Cropsey, K.L., Villalobos, G.C., Ivey, S.E., **Matthews, CA**. The contraceptive needs for STD protection among women in jail. *Health Educ Behav.* 2010 Aug;37 (4):568-79. (PMID:20705810).

47. Cropsey, K.L., **Matthews, CA**., Campbell, S., Ivey, S., Adawadkar, S. Long-term, reversible contraception use among high-risk women treated in a university-based gynecology clinic: comparison between IUD and Depo Provera. *Journal of Women's Health,2010, 19(2):*349-353.

48. **Matthews CA**, Schubert C, Woodward A, and Gill EJ. Variance in abdominal wall anatomy and port placement in women undergoing robotic gynecologic surgery. J Min Invasive Gynecology 2010 Jun 30, 17(5):583-86.

49. **Matthews CA**. Applications of robotic surgery in gynecology: A review. J Women's Health 2010 March 2, 19(5):863-67.

50. **Matthews CA** and Woodward A. Outcomes of revision perineoplasty for persistent postpartum dyspareunia. J Pelvic Med & Reconstructive Surg 2010 Mar/Apr;(16(2):135-139.

51. Chen C, Walsh L, Schubert C, Strauss JF 3rd, and **Matthews CA**. Is laminin gamma1 a candidate gene for advanced pelvic organ prolapse? Am J Obstet Gynecol 2010 March 9. (Epub ahead of print) [PMID: 20223449].

52. Elser DM, Moen MD, Stanford EJ, Keil K, **Matthews CA**, Kohli N, Mattox F, Tomezsko J; Urogynecology Network. Abdominal sacrocolpopexy and urinary incontinence: surgical planning based on urodynamics. Am J Obstet Gynecol 2010 Apr;202(4):375.e1-5. Epub 2009 Aug 15. [PMID: 19683689].

53. Hale GJ, Oswalt KL, Cropsey KL, Villalobos GC, Ivey SE, **Matthews CA**. The contraceptive needs of incarcerated women. J Women's Health 2009 Aug;18(8):1221-6 [PMID: 19630555].

54. Longway M and **Matthews CA**. Resumption of ovarian function twenty years after chemotherapy-induced ovarian failure: A case report. Fertil Steril 2009 Jul;92(1):392.e17-8. Epub 2009 Apr 28 [PMID: 19403127].

55. **Matthews CA**. Surgical techniques: robot-assisted laparoscopic colposacropexy with the da vinci surgical system." J Robotic Surgery 2009 Mar;3(1):35-39.

56. **Matthews CA**. The surgical sales representative: examining a new role in urogynecology. Int Urogynecol J Pelvic Floor Dysfunct 2009 Feb;20(2):131-2. Epub 2008 Nov 14 [PMID: 19009226].

57. Ferrell G, Lu M, Stoddard P, Sammel M, Romero R, Strauss JF 3rd, and **Matthews CA**. A single nucleotide polymorphism in the promoter of the LOXL1 gene and its relationship to pelvic organ prolapse and preterm premature rupture of membranes. Reprod Sci 2009 May;16(5):438-46. Epub 2009 Jan 30 [PMID: 19182211].

58. Gill EJ and **Matthews CA**.  Urethral Prolapse Following Pessary Insertion for Stage IV Pelvic Organ Prolapse. J Pelvic Med & Surgery 2008 May/June;14(3):191-2.

59. Campbell S, Kropsey K, and **Matthews CA**. Intrauterine device use in a high-risk population: Experience from an urban university clinic. Am J Obstet Gynecol 2007 Aug;197(2):193.e1-6; discussion 193.e6-7 [PMID: 17689646].

60. **Nichols CM**, Pendlebury LC, Jennell J. Chart documentation of informed consent for operative vaginal delivery: Is it adequate?. South Med J 2006 Dec;99(12):1337-9. [PMID: 17233190].

61. **Nichols CM**, Nam M, Ramakrishnan V, Lamb EH, and Currie N. Anal sphincter defects and bowel symptoms in women with and without recognized anal sphincter tears. Am J Obstet Gynecol 2006 May;194(5):1450-4. Epub 2006 Mar 31. [PMID: 16579932].

62. **Nichols CM**, Ramakrishnan V, Gill EG, and Hurt WG. Anal incontinence in women with and those without pelvic floor disorders. Obstet Gynecol 2005 Dec;106(6):266-71. [PMID: 16319251].

63. **Nichols CM,** Lamb E, Ramakrishnan V. Differences in outcomes after third- versus fourth-degree perineal laceration repair: A prospective study. Am J Obstet Gynecol 2005 Aug;193(2):530-4; discussion 534-6 [PMID: 16098885].

64. **Nichols CM**, Lahaye L, and Hullfish K. Chart documentation of severe perineal laceration repair. J Pelvic Med & Surgery 2005 Jan/Feb; 11(1):39-43.

65. **Nichols CM**, Gill EJ, Nguyen T, Barber MD, and Hurt WG. Anal sphincter injury in women with pelvic floor defects. Obstet Gynecol 2004 Oct; 104(4):690-6. [PMID: 15458887].

66. **Nichols CM**, and Gill EJ:  Thermal balloon endometrial ablation for acute uterine hemorrhage. Obstet Gynecol 2002 Nov; 100(5 Pt 2):1092-4. [PMID: 12423817].

67. Gill EJ, and **Nichols CM**:  Cystoscopic confirmation of inadvertent ureteral catheterization during urodynamics. Int Urogynecol J Pelvic Floor Dysfunct 2002; 13(4):266-7. [PMID: 12189434]

Non-peer reviewed publications:

1. **Matthews CA**. Evaluation of the costs of robotic surgery in gynecology. AAGL Newscope, Jul- Sep 2011, Vol. 25 (3): 9.

2. **Matthews CA**. Step-by-step approach to robotic sacrocolpopexy. OBG Management, September 2011 · Vol. 23, No. 9

*3.* **Matthews CA**. 10 Practical, evidence-based suggestions to improve your minimally invasive surgical skills Now.  *OBG Management, 2011; 23(4):24-26.*

Published Abstracts:

1. Crane AK, Geller EJ, Fenderson JL, Wells E, Myers E, Jannelli M, Connolly A, **Matthews CA**. "A Novel Approach for the Assessment of Distal Rectoceles" *Female Pelvic Med Reconstr Surg.* 2013 Sept/Oct;19(5):S148.

2. Myers E, Sift L, Osmundsen B, Geller EJ, **Matthews CA**. "Outcomes of Total Robotic Hysterectomy vs Supracervical Hysterectomy with Sacrocolpopoexy for Uterovaignal Prolapse at One Year" *Female Pelvic Med Reconstr Surg.* 2013 Sept/Oct;19(5):S163.

3. Myers E, Robinson BR, Geller EJ, Wells E, **Matthews CA**, Fenderson JL, Crane AK, Jannelli M, Connolly A. "Interactive Web-Based Tool for Pelvic Organ Prolapse: Impact on Patient Understanding and Provider Counseling" *Female Pelvic Med Reconstr Surg.* 2013 Sept/Oct;19(5):S10=31.

4. Robinson BL, **Matthews CA**, Palsson OS, Geller E, Turner M, Parnell B, Crane A, Jannelli M, Wells E, Connolly A, Lin FC, Whitehead WE.  Obstetric sphincter injury interacts with diarrhea and urgency to increase the risk of fecal incontinence in women with irritable bowel syndrome. *Female Pelvic Med Reconstr Surg.* 2013 Jan-Feb; 19(1):40-5.

5. Crane AK, Geller EJ, Bane H, Ju R, Myers E, **Matthews CA**.  Evaluation of pelvic floor symptoms and sexual function in primiparous women who underwent operative vaginal delivery versus cesarean delivery for second-stage arrest.  *FPMRS.* 2013; Jan-Feb; 19(1):13-6

6. Geller EJ**,** Myers EM**, Matthews CA**. Implementing Robotics in Benign Minimally Invasive Gynecologic Surgery: Simulation Versus Cadaver Training. *J Minim Invasive Gynecol.* 2012; 19(6):S165.

7. Crane AK, Geller EJ, Sullivan S, Robinson BL, Horton C, Myers EM, **Matthews CA**. Short-term Mesh Exposure After Robotic Sacrocolpopexy With and Without Concomitant Hysterectomy.*J Minim Invasive Gynecol.* 2012; 19(6):S89.

8. Myers EM, Crane AK, Geller EJ, Robinson BL, **Matthews CA**. Evaluating the Early Impact of the Food and Drug Administration (FDA) Safety Communication on Use of Surgical Mesh. *J Minim Invasive Gynecol.* 2012; 19(6):S171.

9. Myers E, **Matthews C**, Geller E, Robinson B. A Stepwise Approach to Efficient Robotic Sacropexy: Tips and Tricks for Success. J Minim Invasive Gynecol. 2012; 19(6):S108.

10. Myers EM, Geller EJ, Bowling JM, **Matthews CA**. Robotic Sacrocolpopexy Cumulative Summation (CUSUM) Analysis. J Minim Invasive Gynecol. 2012; 19(6):S90.

11. E. J. Geller J. M. Bowling, **C. A. Matthews**.  Impact of Robotic Operative Efficiency on Profitability.  *Int Urogynecol J.*  2012; 23 (Suppl 2):S43-S244.

12. A.K. Crane, E. J. Geller, **C. A. Matthews**.  Outlet Constipation One Year after Robotic Sacrocolpopexy With and Without Concomitant Distal Posterior Repair *Int Urogynecol J.* 2012; 23 (Suppl 2):S43-S244.

13. A.K. Crane, E. J. Geller, H. Bane, R. Ju, E. Myers, **C. A. Matthews**.  Evaluation of Pelvic Floor and Sexual Function in Women with Second Stage Arrest Who Underwent Operative Vaginal Delivery Versus Cesarean Delivery.  *Int Urogynecol J.*  2012; 23 (Suppl 2):S43-S244.

14. Crane AK, **Matthews CA**, Whitehead W.  Anorectal Manometry Pressures in Women with Fecal Incontinence with and Without a Concurrent Rectocele. *Digestive Disease Week.* 2012; A-1389.

15. Robinson, BL, Parnell, BA, Sandbulte, J, Geller, EJ, Connolly A, **Matthews, CA**. Perioperative Complications in Elderly Women: Robotic versus Vaginal Urogynecologic Surgery.  FPMRS 2012 March/April; 18(2) Suppl. 1.

16. *Parnell, BA, Midia, EC, Fielding, JR, Robinson, BL, **Matthews, CA**.  Relationship Between Race and Abdominal Anatomy:  Possible Affect on Robotic Port Placement. FPMRS 2012 March/April; 18(2) Suppl. 1.*

17. Crane, AK, Geller, EJ, **Matthews, CA**.  Resident and Fellow Benchmarks for Robotic Performance Times.  FPMRS 2012 March/April; 18(2) Suppl. 1.

18. Smith, TM, Trowbridge, ER, Smith, SC, Pastore, LM, Brennan, M, Dooley, Y, **Matthews, CA**, Ozel, B, Sutkin, G, Hullfish, KL.  The Multicenter Urogynecology Study on Education (MUSE):  Toward a Student Centered Clerkship Experience.  FPMRS 2011 Sept/Oct; 17(5) Suppl.:100S.

19. Hill, AJ, Woodward, AP, **Matthews, CA**.  Unanticipated Abnormal Uterine Pathology Following Intra-Abdominal Morcellation During Robotic-Assisted Supracervical Hysterectomy and Cervicosacropexy for Pelvic Organ Prolapse.  FPMRS 2011 Sept/Oct; 17(5) Suppl.:88S.

20. Geller EJ and **Matthews CA**. Evaluation of Operative Efficiency for Robotic Sacrocolpopexy with and Without Hysterectomy.  FPMRS 2011 Sept/Oct; 17(5) Suppl.:61S.

21. Geller, EJ, Crane, AK, Wells, EC, Robinson, BL, Khandelwal, CM, Jannelli, ML, Connolly, A, Parnell, BA, **Matthews, CA**, Busby-Whitehead, J.  Effect of Anticholinergics on Cognitive Function in the Elderly (ACE) Trial.  FPMRS 2011 Sept/Oct; 17(5) Suppl.:73S.

22. Robinson BL, **Matthews CA**, Palsson OS, Geller EJ, Parnell BA, Crane AK, Jannelli ML, Wells EC, Connolly AC, Whitehead WE.  Influence of Stool Consistency, Urgency, and Obstetric History on Fecal Incontinence in Women with Irritable Bowel Syndrome. FPMRS 2011 Sept/Oct; 17(5) Suppl.:128S.

23. Robinson BL, Geller EJ, Parnell BA, Wells EC, Crane AK, Jannelli ML, Connolly AC, **Matthews CA**.  Diagnostic Accuracy of Visual Examination VS. Q-Tip Assessment of Urethral Hypermobility.  FPMRS 2011 Sept/Oct; 17(5) Suppl.:129S.

24. Robinson BL, **Matthews CA**, Palsson OS, Geller EJ, Parnell BA, Crane AK, Jannelli ML, Wells EC, Connolly A, Whitehead WE.  Impact of Fecal Incontinence on Sexual Function in Women with Irritable Bowel Syndrome.  FPMRS 2011 Sept/Oct; 17(5) Suppl.:137S.

25. Woodward A, **Matthews CA**, Lamb E, Ramakrishnan V, Gill EJ. Evaluation of surgical time, complications, and learning curve for robotic sacropexy. JMIG 2010; 17(6):32S

26. Smith TM, Trowbridge ER, Pastore LM, Smith SC, Brennan MC, Dooley Y, **Matthews CA**, Ozel B, Sutkin G, Hullfish K. The multicenter urogynecology study on education (MUSE): Associations between educational outcomes and clerkship site characteristics. Female Pelvic Med & Reconstructive Surg 2010 Sept/Oct; 16(5):71S

27. Woodward A, **Matthews CA**, Lamb E, Hill A, Ramakrishnan V, and Gill EJ. Prospective evaluation of surgical outcomes of robotic-assisted colpo- and cervicosacropexy. Female Pelvic Med & Reconstructive Surg 2010 Sept/Oct; 16(5):86S

28. **Matthews CA**. Robotic sacrocolpopexy for repair of recurrent vaginal vault prolapse. Female Pelvic Med & Reconstructive Surg 2010 Sept/Oct; 16(5):98S.

29. **Matthews CA**, Chen C, Walsh L, Schubert C, and Strauss JF. Is lammin gamma 1 a candidate gene for advanced pelvic organ prolapse? J Pelvic Med & Surgery 2009 Sept/Oct;15(5):248S.

30. **Matthews CA**. Robotic-assisted supracervical hysterectomy and cervicosacropexy for the management of uterine prolapse. J Pelvic Med & Surgery 2009 Sept/Oct;15(5):295S.

31. **Matthews CA**, Woodward A, Schubert C, Gill E. Evaluation of variance in abdominal wall anatomy in women undergoing robotic gynecologic surgery. J Pelvic Med & Surgery 2009 Sept/Oct;15(5):302S.

32. Moen M, Elser DM, **Matthews CA**, Keil K, Stanford EJ, Kohli N, Mattox F, and Tomezko J. A comparison of midurethral sling versus burch urethropexy for treating urodynamic stress incontinence at the time of colposacropexy. J Pelvic Med & Surgery 2009 Mar/Apr;15(2):56S.

33. Woodward A and **Matthews CA**. Outcomes of revision perineoplasty for persistent postpartum dyspareunia. J Pelvic Med & Surgery 2009 Mar/Apr;15(2):67S.

34. Elser DM, Stanford EJ, Moen MD, Keil K, and **Matthews CA**. Incontinence surgery is not indicated as prophylaxis in all women undergoing abdominal colposacropexy. J Pelvic Med & Surgery 2008 July/Aug;14(4):248S.

35. Cropsey KL, **Matthews CA**, Campbell S, Ivey S, Sanghani S. Long term reversible contraception for high-risk women. Obstet Gynecol 2008;111(Supp 4):9S.

36. **Nichols CM**, Nam M, Ramakrishnan V, Lamb E, and Currie N. Bowel symptoms in women with and without recognized anal sphincter trauma. J Pelvic Med & Surgery 2005;11(Supp 1):21S.

37. **Nichols CM**, Ramakrishnan V, Gill EJ, Hurt WG. Anal sphincter injury in women with and without pelvic floor disorders. J Pelvic Med & Surgery 2005;11(Supp 1):21S.

38. **Nichols CM**, Lahaye L, Hullfish K. Chart documentation after severe perineal laceration repair. Obstet Gynecol 2004;103(4):40S.

39. **Nichols CM** and Hurt WG. Surgical repair of a chronic fourth-degree laceration. J Pelvic Med & Surgery 2004;10(Supp 1):42S.

40. **Nichols CM**, Soliman PT, Uno M, Mandolesi G. Practitioner responsiveness to urinary complaints during annual examination. Obstet Gynecol 2004;103(4):50S.

41. **Nichols CM**, Gill EJ, Barber M, Walsh S, and Hurt WG:  Anal sphincter injury in women with pelvic organ prolapse and/or urinary incontinence. J Pelvic Med & Surgery 2003 Sept/Oct;9(5)211.


## Presented Abstracts, Posters, and Videos

Oral Presentations:

1. D. Miyazaki; **C. Mathews**; A. Sherif El Haraki "Validation of an Educational Simulation Model for Vaginal Hysterectomy (VH) Training Design: Prospective Cohort Study" Oral Poster presentation, 42nd Society of Gynecologic Surgeons Annual Scientific Meeting, Palm Springs, CA April 2016

2. Jacquia F. De La Cruz MD, Lisa Rahangdale MD, MPH, Emily Davidson MD, Marcia Hobbs PhD, **Catherine Matthews**, MD "The Prevalence of Mycoplasma genitalium in Women with Interstitial Cystitis or Chronic Irritative Urinary Symptoms". Oral poster presentation, Society of Urodynamics & Female Urology (SUFU) 2015 Winter Meeting, Scottsdale, AZ February 24-28, 2015

3. **Matthews C**, Varma M G, Takase-Sanchez M, Hale D, VanDrie D, Muir T, Wells E, Jannelli M, Richter H "Clinical characteristics associated with successful use of a novel Vaginal Bowel Control (VBC) system for the treatment of fecal incontinence" Podium Poster Session 29 - Anorectal Dysfunction International Continence Society Annual Meeting October 20-24, 2014.

4. Richter H, **Matthews CA**, Hale D, Varma S, Muir T. "Efficacy and safety of a novel vaginal bowel control device for fecal incontinence (LIFE Study)".  Oral podium presentation, AUGS/IUGA Annual Scientific Meeting July 22-26, 2014.

5. Aslam F, Osmundsen B, Denman MA, **Matthews CA**, Edwards R, Price M, Gregory T. "Preoperative exam as predictor of failure of pelvic organ prolapse surgery".  Oral poster presentation, AUGS/IUGA Annual Scientific Meeting July 22-26, 2014.

6.  **Matthews CA**, Whitehead WE, Townsend M, Grodstein F. Comparison of risk factors for double incontinence versus isolated urinary or fecal incontinence. Oral podium presentation, IUGA 38th Annual Meeting, Dublin Ireland, June 2013.

7.  Myers, EM, Robinson BL, Geller EJ, Wells, E, **Matthews CA**, Fenderson J, Crane A, Jannelli M, Connolly AM. Interactive web-based counseling tool versus traditional counseling: Evaluation of the impact on patient anxiety and understanding. Oral poster presentation, IUGA 38th annual meeting, Dublin, Ireland, June 2013.

8.  Crane AK, Geller EJ, Sullivan S, Robinson BL, Horton C, Myers EM, **Matthews CA**. "Short-term Mesh Exposure After Robotic Sacrocolpopexy With and Without Concomitant Hysterectomy." 41st AAGL Global Congress on Minimally Invasive Gynecology, Las Vegas, NV, Nov 5-9, 2012.

9.  Geller, EJ, Bowling, JM, **Matthews, CA**. "Impact of Robotic Operative Efficiency on Profitability". 41st AAGL Global Congress on Minimally Invasive Gynecology, Las Vegas, NV, Nov 5-9, 2012.

10. Crane, AC, Geller, EJ, Sullivan, S, Robinson, BL, Horton, C, Myers, EM, **Matthews, CA**. "Mesh Exposure after RSCP With and Without Hysterectomy". 41st AAGL Global Congress on Minimally Invasive Gynecology, Las Vegas, NV, Nov 5-9, 2012.

11. Myers, EM, Geller, EJ, Connolly, AM, Bowling, JM, **Matthews, CA**. "RSCP – CUSUM Analysis". 41st AAGL Global Congress on Minimally Invasive Gynecology, Las Vegas, NV, Nov 5-9, 2012.

12. Crane, AC, Geller, EJ, **Matthews, CA**. "Outlet Constipation 1 Year after RSCP" 41st AAGL Global Congress on Minimally Invasive Gynecology, Las Vegas, NV, Nov 5-9, 2012.

13. Crane AK, Geller EJ, Bane H, Ju R, Myers E, **Matthews CA** "Evaluation of Pelvic Floor and Sexual Function in Women with Second Stage Arrest who Underwent Operative Vaginal Delivery Versus Cesarean Delivery." American Urogynecologic Society 33rd Annual Meeting, Chicago, IL, October 3-6, 2012.

14. E. M. Myers, A. K. Crane, E. J. Geller, B. L. Robinson, **C. A. Matthews**. "Evaluating the Early Impact of the Food and Drug Administration (FDA) Safety Communication on Use of Surgical Mesh". International Urogynecological Association Annual Meeting, Brisbane, Australia, September 4-8, 2012.

15. E. J. Geller, J. M. Bowling, **C. A. Matthews**. "Impact of Robotic Operative Efficiency on Profitability". International Urogynecological Association Annual Meeting, Brisbane, Australia, September 4-8, 2012.

16. A.K. Crane, E. J. Geller, **C. A. Matthews**. Outlet Constipation One Year after Robotic Sacrocolpopexy With and Without Concomitant Distal Posterior Repair." International Urogynecological Association Annual Meeting, Brisbane, Australia, September 4-8, 2012.

17. A.K. Crane, E. J. Geller, H. Bane, R. Ju, E. Myers, **C. A. Matthews**. Evaluation of Pelvic Floor and Sexual Function in Women with Second Stage Arrest Who Underwent

Operative Vaginal Delivery Versus Cesarean Delivery.  International Urogynecological Association Annual Meeting, Brisbane, Australia, September 4-8, 2012.

18. Robinson, BL, Parnell, BA, Sandbulte, J, Geller, EJ, Connolly A, **Matthews, CA**. Perioperative Complications in Elderly Women: Robotic versus Vaginal Urogynecologic Surgery.  Oral presentation 14, Society of Gynecologic Surgeons 38th Scientific Meeting, Baltimore, MD, April 2012.

19. Smith, TM, Trowbridge, ER, Smith, SC, Pastore, LM, Brennan, M, Dooley, Y, **Matthews, CA**, Ozel, B, Sutkin, G, Hullfish, KL.  The Multicenter Urogynecology Study on Education (MUSE):  Toward a Student Centered Clerkship Experience.  Oral poster presentation #36, 32nd Annual Urogynecology Meeting, Providence, RI, 2011.

20. Hill, AJ, Woodward, AP, **Matthews, CA**.  Unanticipated Abnormal Uterine Pathology Following Intra-Abdominal Morcellation During Robotic-Assisted Supracervical Hysterectomy and Cervicosacropexy for Pelvic Organ Prolapse.  Oral poster presentation #8, 32nd Annual Urogynecology Meeting, Providence, RI, September 2011.

21. Geller EJ and **Matthews CA**.  Evaluation of Operative Efficiency for Robotic Sacrocolpopexy with and Without Hysterectomy.  Oral paper presentation #22, 32nd Annual Urogynecology Meeting, Providence, RI, 2011.

22. Geller, EJ, Crane, AK, Wells, EC, Robinson, BL, Khandelwal, CM, Jannelli, ML, Connolly, A, Parnell, BA, **Matthews, CA**, Busby-Whitehead, J.  Effect of Anticholinergics on Cognitive Function in the Elderly (ACE) Trial.  Oral paper presentation #48, 32nd Annual Urogynecology Meeting, Providence, RI, 2011.

23. Crane, AK, Geller, EJ, Woodward, A.P., and **Matthews, CA**.  Stress urinary incontinence after robotic sacrocolpopexy with and without concomitant midurethral sling.  Oral poster presentation, 36th Annual Meeting of the Intl'. Urogynecological Assoc., Lisbon, Portugal, 2011.

24. Crane AK, Geller EJ, Woodward A, **Matthews CA**.  Stress urinary incontinence after robotic sacrocolpopexy with and without concomitant midurethral sling.  Oral poster presentation, Society of Gynecologic Surgeons, San Antonio, TX, 2011.

25. **Catherine Matthews**, MD vs. Michael Heit, MD and Moderator Marc Toglia, MD. **Debate Title:**  Robotic or Straight Stick Laparoscopy for Minimally Invasive Pelvic Surgery. Society of Gynecologic Surgeons Annual Meeting.  San Antonio, TX, 2011.

26. Crane AK, Geller EJ, Woodward A, **Matthews CA**.  Stress urinary incontinence after robotic sacrocolpopexy with and without concomitant midurethral sling.  Oral poster presentation, Society of Urodynamics & Female Urology (SUFU) Meeting, Phoenix, AZ, 2011.

27. Woodward A, Hill A, Ramakrishnan V, Gill EJ, and **Matthews CA**. Prospective outcomes of robotic sacral colpopexy and cervicosacropexy for apical pelvic support defects. Oral poster presentation 24, Annual American Urogynecology Association Meeting, Long Beach CA, 2010.

28. **Matthews CA**, Woodward A, Hill A, Ramakrishnan V, Gill EJ. Evaluation of surgical outcomes of robotic procedures for apical pelvic support defects. Oral podium presentation, Annual meeting of the Society of Pelvic Surgeons, Durham NC, 2010

29. Reid N, Hull K, Ramakrishnan V, Cohen S, and **Matthews CA**. Introduction of the Da Vinci robot to gynecology: Is there a significant impact on route of hysterectomy in the first year of use? Oral Poster # 14, Society of Gynecologic Surgeons Annual Meeting,Tuscon Az, 2010.

30. **Matthews CA**, Schubert C, Woodward A, and Gill E. Evaluation of variance in abdominal wall anatomy in women undergoing robotic gynecologic surgery. Oral presentation, AAGL Annual Meeting, Orlando November 2009.

31. **Matthews CA**, Chen C, Schubert C, and Strauss JE. Is laminin gamma1 (*LAMC1*) a candidate gene for advanced pelvic organ prolapse. Oral paper # 35 presented at the Annual American Urogynecology Society Meeting, Hollywood FL, September 2009.

32. Moen M, Elser DM, **Matthews CA**, Keil K, Stanford EJ, Kohli N, Mattox F, and Tomezko J. A comparison of midurethral sling versus burch urethropexy for treating urodynamic stress incontinence at the time of colposacropexy. Oral poster # 5, Society of Gynecologic Surgeons Annual Meeting, New Orleans LA 2009.

33. Elser DM, Stanford EJ, Moen MD, Keil K, and **Matthews CA**. Incontinence surgery is not indicated as prophylaxis in all women undergoing abdominal colposacropexy. Paper # 63 presented at the 29th Annual American Urogynecology Society Meeting, Chicago, Illinois, 2008.

34. Cropsey K, **Matthews CA**, Campbell S, Ivey S, and Sangani S. Long-term, Reversible Contraception Among High-Risk Women: Comparison Between IUD and Depo Provera. Accepted for paper presentation at The American College of Obstetricians and Gynecologists' 56th Annual Clinical Meeting, New Orleans, Louisiana, 2008

35. Ferrell G, Lu M, Sammel M, Strauss JF, and **Matthews CA**. A Novel Functional Single Nucleotide Polymorphism in the Promoter of the *LOXL1* Gene and Preliminary Evidence for its Role in Pelvic Organ Prolapse. Paper # 23, presented at the Annual American Urogynecology Society Meeting, Hollywood Fl, 2007.

36. Campbell S, Cropsey K, and **Matthews CA**. Intrauterine device use in a high-risk population: Experience from an urban university clinic. John McCain Fellowship presentation, SAAOG 2007 Annual Meeting, WVA.

37. Clawser R and **Matthews CA**. Prophylactic BSO: Practice patterns in a university teaching hospital. Paper presentation at the SAAOG 2007 Annual Meeting, WVA.

38. Pendlebury LC, **Nichols CM**, and Jennell J. Do women know the risks when they consent to a trial of operative vaginal delivery. Paper presentation at the 68th annual meeting of the South Atlantic Association of Obstetricians and Gynecologists, Orlando FL, 2006.

39. **Nichols CM**, Barrett K, and Wolver S. Female sexual dysfunction: A survey of Ob-Gyn resident experience in the United States. Paper # 31 presented at the Annual International Society for the Study of Women's Sexual Health, Las Vegas, NV, 2005.

40. **Nichols CM**, Nam M, Ramakrishnan R, Lamb E, and Currie N. Bowel symptoms in women with and without recognized anal sphincter injury. Paper presentation # 43 at the 26th Annual American Urogynecology Society Meeting, Atlanta GA, 2005

41. **Nichols CM**, Ramakrishnan R, Gill EJ, and Hurt WG. Anal sphincter injury in women with and without pelvic floor disorders. Paper presentation # 44 at the 26th Annual American Urogynecology Society Meeting, Atlanta GA, 2005

42. Nam M and **Nichols CM**. Bowel symptoms in women with and without recognized anal sphincter injury. Presented at the 2nd Annual VCU Resident Research Day. Awarded 1st prize, 2005.

43. **Nichols CM** and Nam M. Differences in outcomes after third- versus fourth-degree laceration repair. Presented at the 67th annual meeting of the South Atlantic Association of Obstetricians and Gynecologists, 2005.

44. Nam M, Lahaye L, and **Nichols CM**. Outcomes after primary anal sphincter repair. Paper # 6 presented at Annual Resident Research Day, VCU Medical Center, 2004.

45. **Nichols CM**, Gill EJ, Walsh SW, Barber MD, and Hurt WG. Anal sphincter injury in women with pelvic organ prolapse and/or urinary incontinence. Paper #26 presented at the 24th Annual American Urogynecology Society Meeting, Hollywood Florida, 2003

Poster Presentations

1. **Matthews CA**, Crane A, Whitehead W. "Risk Factors for Fecal Incontinence amongst Patients undergoing Cancer Treatment". AUGS/IUGA Annual Scientific Meeting July 22-26, 2014

2. Crane AK, Geller EJ, Fenderson JL, Wells E, Myers E, Jannelli M, Connolly A, **Matthews CA**. "A Novel Approach for the Assessment of Distal Rectoceles" *Female Pelvic Med Reconstr Surg.* 2013 Sept/Oct;19(5):S148. AUGS 34th Annual Scientific Meeting, Las Vegas, Nevada, Oct. 16-19, 2013.

3. Myers E, Sift L, Osmundsen B, Geller EJ, **Matthews CA**. "Outcomes of Total Robotic Hysterectomy vs Supracervical Hysterectomy with Sacrocolpopoexy for Uterovaignal Prolapse at One Year" *Female Pelvic Med Reconstr Surg.* 2013 Sept/Oct;19(5):S163. AUGS 34th Annual Scientific Meeting, Las Vegas, Nevada, Oct. 16-19, 2013.

4. Myers E, Robinson BR, Geller EJ, Wells E, **Matthews CA**, Fenderson JL, Crane AK, Jannelli M, Connolly A. "Interactive Web-Based Tool for Pelvic Organ Prolapse: Impact on Patient Understanding and Provider Counseling" *Female Pelvic Med Reconstr Surg.* 2013 Sept/Oct;19(5):S10=31. AUGS 34th Annual Scientific Meeting, Las Vegas, Nevada, Oct. 16-19, 2013.

5. E.J. Geller; B.L. Robinson**; C.A. Matthews**. "Changes in Vaginal Anatomy and Pelvic Floor Function After First Delivery". SGS 39th Annual Scientific Meeting, Charleston, SC, April 8-10, 2013.

6. Geller, EJ, Myers, EM, **Matthews, CA**. "Implementing Robotics in Benign Minimally Invasive Gynecologic Surgery: Simulation vs Cadaver Training". 41st AAGL Global Congress on Minimally Invasive Gynecology, Las Vegas, NV, Nov 5-9, 2012.

7. Myers, EM, Crane, AK, Geller, EJ, Robinson, **Matthews, CA**. "Evaluation of the Early Impact of the FDA Safety Communication on Use of Surgical Mesh". Poster #148. 41st AAGL Global Congress on Minimally Invasive Gynecology, Las Vegas, NV, Nov 5-9, 2012.

8. Andrea K. Crane MD, Elizabeth J. Geller MD, **Catherine A. Matthews** MD. Outlet Constipation One Year After Robotic Sacrocolpopexy With and Without Concomitant Distal Posterior Repair. American Urogynecologic Society 33rd Annual Meeting, Chicago, IL, October 3-6, 2012.

9. Andrea K. Crane MD, Elizabeth J. Geller MD, Stephanie Sullivan MD, Barbara Robinson MD, Christine Horton MD, Erinn Myers, MD, **Catherine A. Matthews** MD. Short-term mesh exposure after robotic sacrocolpopexy with and without concomitant hysterectomy. American Urogynecologic Society 33rd Annual Meeting, Chicago, IL, October 3-6, 2012.

10. Crane AK, Geller EJ, Bane H, Ju R, Myers E, **Matthews CA**. "Evaluation of Pelvic Floor and Sexual Function in Women with Second Stage Arrest who Underwent Operative Vaginal Delivery Versus Cesarean Delivery." Poster #124. International Urogynecological Association Annual Meeting, Brisbane, Australia, September 4-8, 2012.

11. Crane AK, **Matthews CA**, Whitehead W. Anorectal Manometry Pressures in Women with Fecal Incontinence With and Without a Concurrent Rectocele. Digestive Disease Week Conf., San Diego, CA, May 19-22, 2012.

12. Parnell, BA, Midia, EC, Fielding, JR, Robinson, BL, **Matthews, CA**. Relationship Between Race and Abdominal Anatomy: Possible Affect on Robotic Port Placement. Society of Gynecologic Surgeons 38th Scientific Meeting, Baltimore, MD, April 2012.

13. Crane, AK, Geller, EJ, **Matthews, CA**. Resident and Fellow Benchmarks for Robotic Performance Times. Society of Gynecologic Surgeons 38th Scientific Meeting, Baltimore, MD, April 2012.

14. Robinson BL, **Matthews CA**, Palsson OS, Geller EJ, Parnell BA, Crane AK, Jannelli ML, Wells EC, Connolly AC, Whitehead WE. Influence of Stool Consistency, Urgency, and Obstetric History on Fecal Incontinence in Women with Irritable Bowel Syndrome. Poster presentation #58, American Urogynecologic Society 32nd Annual Scientific Meeting, Providence, RI, 2011.

15. Robinson BL, Geller EJ, Parnell BA, Wells EC, Crane AK, Jannelli ML, Connolly A**, Matthews CA**. Diagnostic Accuracy of Visual Examination VS. Q-Tip Assessment of Urethral Hypermobility. Poster presentation #59, American Urogynecologic Society 32nd Annual Scientific Meeting, Providence, RI, 2011.

16. Robinson BL, **Matthews CA**, Palsson OS, Geller EJ, Parnell BA, Crane AK, Jannelli ML, Wells EC, Connolly AC, Whitehead WE.  Impact of Fecal Incontinence on Sexual Function in Women with Irritable Bowel Syndrome.  Poster presentation #80, American Urogynecologic Society 32nd Annual Scientific Meeting, Providence, RI, 2011.

17. **Matthews CA**, Cohen SA, Ramakrishnan V, Hull K, and Reid N. Risk factors for transfusion in women undergoing hysterectomy. Accepted for poster presentation, Society of Gynecologic Surgeons Annual Meeting, San Antonio, TX, 2011.

18. Woodward A, Hill A, Ramakrishnan V, Gill EJ, and **Matthews CA**. Prospective outcomes of robotic sacral colpopexy and cervicosacropexy for apical pelvic support defects. Accepted for poster presentation, International Urogynecology Association Meeting, Toronto Canada, 2010.

19. Woodward A, **Matthews CA**, Gill E, Lamb E. Surgical management of apical pelvic support defects: Evaluation of the introduction of robotic technology. Poster 47, Society of Gynecologic Surgeons Annual Meeting,Tuscon Az, 2010.

20. **Matthews CA**, Schubert C, Gill EJ, and Woodward A. Evaluation of variance in abdominal wall anatomy in women undergoing robotic gynecologic surgery. Poster # 8 presented at Annual American Urogynecology Society Meeting, Hollywood FL, September 2009.

21. Woodward A and **Matthews CA**. Outcomes of revision perineoplasty for persistent postpartum dyspareunia. Poster number 26, Society of Gynecologic Surgeons Annual Meeting, New Orleans LA 2009.

22. Huggins A, **Matthews CA**, Gill EJ. Randomized controlled trial of braided versus monofilament sutures for colporrhaphy closure. Accepted for presentation at South Atlantic Association of Obstetrics and Gynecology Annual Meeting, January 2009.

23. Dunbar A and **Matthews CA**: Impact of vaginal delivery on pelvic floor health. Accepted for poster presentation at South Atlantic Association of Obstetrics and Gynecology Annual Meeting, January 2009 and Women's Health Research Day, VCU medical center, Richmond VA, 2009.

24. Cropsey K, **Matthews CA**, Ivey S. Birth Control Needs of Female Jail Inmates. Accepted for poster presentation at the Society of Behavioral Medicine's 29th Annual Meeting, San Diego, California, 2008.

25. **Nichols CM**, Soliman PT, Uno M, and Mandolesi G:  Practitioner responsiveness to urinary complaints during annual examination. Poster #89 presented at the annual ACOG national meeting, Philadelphia 2004.

26. **Nichols CM**, Lahaye L, and Hullfish K:  Chart documentation of severe perineal laceration repair. Poster #88 presented at the annual ACOG national meeting, Philadelphia 2004.

27. Soliman P, and **Nichols CM**:  Urinary incontinence and depression in women attending an inner-city university hospital clinic. Poster presentation at the American College of Obstetricians and Gynecologists District IV meeting, Puerto Rico, October 2003.

Videos:

1. **Matthews CA**, Myers EM, Geller EJ, Robinson BL.A stepwise approach to efficient robotic sacropexy: Tips and tricks for success. IUGA 38th annual meeting, Dublin Ireland, June 2013

2. Crane AK, Myers EM, Lippman Q, **Matthews CA**. Overlapping sphincteroplasty and posterior repair. IUGA 38th Annual meeting, Dublin Ireland, June 2013.

3. A.K. Crane; E.M. Myers; Q.K. Lippmann; **C.A.  Matthews**. Video Presentation 6, "Overlapping Sphincteroplasty and Posterior Repair".  SGS 39th Annual Scientific Meeting, Charleston, SC, 2013.

4. Myers, EM, **Matthews, CA**, Geller, EJ, Robinson, BL.  A Stepwise Approach to Efficient RSCP. 41st AAGL Global Congress on Minimally Invasive Gynecology, Las Vegas, NV, Nov 5-9, 2012.

5. **Matthews, CA**.  Benign Gynecology Pre-recorded Unedited 3D-HD Sacrocolpopexy or Cervicosacropexy.  World Robotic Gyn & Int' Gyn Oncology Robotic Symposium Meeting.  Washington, DC, 2011.

6. **Matthews CA**. Robot-assisted sacral colpopexy. Accepted for video presentation at the Annual International Urogynecology Society Meeting, Toronto Canada, 2010.

7. **Matthews CA**. Robotic-assisted vesicocervical fistula repair. Video 10 presented at Society of Gynecologic Surgeons Annual Meeting, Tuscon Az, 2010

8. **Matthews CA.** Robotic-assisted supracervical hysterectomy and cervicosacropexy for the management of apical prolapse. Video 5 presented at Society of Gynecologic Surgeons Annual Meeting, Tuscon Az, 2010

9. **Matthews CA**. Video of robotic supracervical hysterectomy and cervicosacropexy. Accepted for video presentation at the Annual American Urogynecology Society Meeting, Hollywood FL, September 2009.

10. **Nichols CM** and Hurt WG. Noble-Mengert-Fish rectal flap for the repair of a chronic fourth-degree perineal laceration. Video #6 presented at the annual AUGS meeting, San Diego, 2004.

**TEACHING**

Medical Student Lectures:

| Year | Course | Lecture Title | No. of Students | Syllabus |
|---|---|---|---|---|
| 2005-Present | M-II Women's Health Course | Female Sexual Dysfunction | 175 | Yes |
| 2004-Present | M-III Ob-Gyn | Ob/Gyn M-III Course | 20-24 | No |

| | Rotation | review | | |
|---|---|---|---|---|
| 2002-Present | M-III Ob-Gyn Rotation | Breast Disorders (CBC) | 20-24 | No |
| 2002-Present | M-III Ob-Gyn Rotation | Urogynecology (CBC) | 20-24 | No |
| 2002-Present | M-III Ob-Gyn Rotation | Pelvic Pain (CBC) | 20-24 | No |
| 2002-Present | M-III Ob-Gyn Rotation | Pelvic Masses (CBC) | 20-24 | No |
| 2002-Present | M-II Women's Health Course | Menopause | 175 | Yes |
| 2001-Present | M-III Ob-Gyn Rotation | Abnormal uterine bleeding | 20-24 | No |
| 2013 | M-II Women's Health Course | Sexually Transmitted Infections | 175 | Yes |
| 2013 | M-II Women's Health Course | Menopause | 175 | Yes |
| 2012 | M-II Women's Health Course | Gynecologic Infections | 220 | Yes |
| 2011 | M-III Ob/Gyn Rotation | Pelvic Organ Prolapse/Urinary Incontinence | 12 | Yes |
| 2010 | M-II Women's Health Course | Menopause | 220 | Yes |
| 2010 | M-III Ob/Gyn Rotation | Menopause | 30 | Yes |
| 2009 | M-II Women's Health Course | Abnormal uterine bleeding | 200 | Yes |
| 2009 | M-II Women's Health Course | Gynecologic infections | 200 | Yes |

Resident and Fellow Lectures:

| Year | Lecture Title | No. of Residents | Syllabus |
|---|---|---|---|
| 2015 | Accidental bowel leakage | 5 | No |
| 2014 | Uterine prolapse: How best to manage? | 5 | No |
| 2013 | Rectovaginal fistulae | 5 | No |
| 2012 | The posterior compartment | 5 | No |
| 2011 | Obstetrics and Pelvic Floor Disorders | 5 | No |
| 2011 | Fecal incontinence | 5 | No |
| 2010 | Spotlight on the posterior compartment | 5 | No |
| 2010 | Evaluation of postpartum dyspareunia | 5 | No |
| 2010 | Impact of vaginal delivery on the pelvic floor | 5 | No |
| 2009 | Bi-Weekly "night school" to review ACOG Compendium publications | 12 | Yes |
| 2009 | Pelvic Organ Prolapse | 24 | No |
| 2008 | Urinary Incontinence | 10 | Yes |
| 2008 | Episiotomy Repair | 24 | Yes |
| 2007 | Pelvic Organ Prolapse | 24 | No |

| 2007 | Evaluation of DUB: Int Med Lecure Series | 30 | Yes |
| 2006 | Gynecology for the Internist: Pearls & Pitfalls | 15 | No |
| 2006 | Evaluation of DUB: Int Med Lecure Series | 30 | Yes |
| 2006 | Urinary Incontinence | 10 | Yes |
| 2006 | Episiotomy Repair | 24 | Yes |
| 2005 | Women and Sexual Dysfunction: Int Med Lecture Series | 30 | Yes |
| 2005 | Evaluation of DUB: Int Med Lecure Series | 30 | Yes |
| 2001-2005 | Office Urodynamics | 24 | Yes |
| 2004 | Urinary Incontinence | 10 | Yes |
| 2004 | Abnormal Uterine Bleeding | 12 | No |
| 2004 | Sexual Dysfunction | 36 | Yes |
| 2003 | Urinary Incontinence | 10 | Yes |
| 2003 | Chronic Perineal Laceration Repair | 24 | Yes |
| 2003 | Postpartum Depression | 24 | Yes |
| 2002 | Episiotomy Repair | 24 | Yes |
| 2001 | Ureteral Injury | 24 | Yes |

"A resident primer on the evaluation and management of pelvic organ prolapse," VCU Ob/Gyn Resident lecture series, May 2007.

Invited International Lectures:

1. Primary uterine prolapse: How should it be surgically managed? **Catherine Matthews:** National Urogynaecological Conference, Islamabad, Pakistan, April 29, 2016

2. Prolapse mechanisms and mechanics. **Catherine Matthews**: IUGA Regional Symposium, Buenos Aires, Argentina, November 4-6, 2015

3. Live Case: Robotic sacrocolpopexy for Stage IV Vaginal vault prolapse. **Catherine Matthews**: IUGA Regional Symposium, Buenos Aires, Argentina, November 4-6, 2015

4. Investigations for the posterior compartment: **Catherine Matthews**: IUGA Regional Symposium, Buenos Aires, Argentina, November 4-6, 2015

5. Tips and tricks for surgical repair of the posterior compartment: **Catherine Matthews**: IUGA Regional Symposium, Buenos Aires, Argentina, November 4-6, 2015

6. New innovations for management of fecal incontinence: Catherine Matthews: IUGA Regional Symposium, Buenos Aires, Argentina, November 4-6, 2015

7. Office Evaluation in Urogynaecology - **Dr. Catherine Matthews,** USA, Chair: Stephen Jeffery, South Africa, 3rd International Conference on Gynaecological Endoscopy African Conference 2015, Nairobi, Kenya, August 23-26, 2015

8. Live Case: Native Tissue Anterior Repair & Sacrospinous Fixaton - **Dr. Catherine Matthews,** 3rd International Conference on Gynaecological Endoscopy African Conference 2015, Nairobi, Kenya, August 23-26, 2015

9. Surgical management of primary utero-vaginal prolapse: How to make an informed choice: **Catherine Matthews;** Australasian Gynaecological Endoscopy & Surgery, Sydney, Australia, August 7-8, 2015

10. Future trends for the management of pelvic organ prolapse **Catherine Matthews** Keynote Lecture, Australasian Gynaecological Endoscopy & Surgery, Sydney, Australia, August 7-8, 2015

11. Choices, Chances, Changes of Sexuality - Male and female sexual dysfunction after repair surgery: **Catherine Matthews**, Australasian Gynaecological Endoscopy & Surgery, Sydney, Australia, August 7-8, 2015

12. A radical change in management of fecal incontinence: Introduction of an innovative vaginal bowel control device **Catherine Matthews,** Australasian Gynaecological Endoscopy & Surgery, Sydney, Australia, August 7-8, 2015

13. Interactive session – "Help!!! I'm in deep trouble" Chair/MC**:** Ajay Rane Panel: **Catherine Matthews**, Jan-Paul Roovers,Stephen Jeffery, Alan Lam, Greg Cario, Robert O'Shea, Anna Rosamilia, Salwan Al Salihi, Australasian Gynaecological Endoscopy & Surgery, Sydney, Australia, August 7-8, 2015

14. Complications of Sling and Prolapse Surgery: Evaluation and Management-Workshop Program-Session 1: - Chair: Howard Brian Goldman; Faculty: Sandip P. Vasavada, Kamran P. Sajadi, **Catherine Matthews**; 2015 IUGA 40th Anniversary Annual Meeting, June 9-13, 2015, NICE, France

15. Laparoscopic Sacrocolpopexy-Workshop Program-Session 2: – A Practical Course Chair: Jan A. Deprest Co-Chair: Bruno Deval Faculty: Michel Cosson, **Catherine Matthews**, Christian Phillips; 2015 IUGA 40th Anniversary Annual Meeting, June 9-13, 2015, NICE, France

16. Didactic: (Live Cadaveric Demo) Advanced Urogynecology: Overcoming Challenges in the Patient with Pelvic Organ Prolapse: Chair: Kevin J.E. Stepp, Co-Chair: Patrick J. Culligan-Faculty: Matthew Clark, **Catherine A. Matthews**, Nazema Siddiqui, Bernard Taylor; 43rd AAGL Global Congress on Minimally Invasive Gynecology, November 17-21, 2014, Vancouver, BC

17. Cadaveric Lab: Advanced Urogynecology: Overcoming Challenges in the Patient with Pelvic Organ Prolapse: Chair: Patrick J. Culligan; Co-Chair: Kevin J.E. Stepp-Faculty: Matthew Clark, **Catherine A. Matthews**, Nazema Siddiqui, Bernard Taylor; 43rd AAGL Global Congress on Minimally Invasive Gynecology, November 17-21, 2014, Vancouver, BC

18. "Complications in pelvic organ prolapse surgery. How to stay out of trouble.  Tips and tricks. How I do it safely: Robotic sacrocolpopexy" **Catherine Matthews**, Rio de Janeiro, Brazil, October 2014

19. "Complications in pelvic organ prolapse surgery. How to stay out of trouble. Pain and Dyspareunia: prevention and management" **Catherine Matthews**, Rio de Janeiro, Brazil, October 2014

20. Laparoscopy, Robotics & New Materials in POP Surgery:  Future Challenge. "Live Surgery-Robotic Sacrocolpopexy" **Catherine Matthews**, USA, Agostino Gemelli Polyclinic Catholic University, Rome, Italy, March 2014

21. Sacrocolpopexy: "The Urogynecological View", **Catherine Matthews**, USA, Agostino Gemelli Polyclinic Catholic University, Rome Italy, March 2014

22. Sacrocolpopexy-Round Table 1 – Suture vs. Tacker vs. Glue; Provokers: M. Porena, B. O'Reilly; ECM: A Cestari, B. Deval, R. Gaston, **Catherine Matthews**, USA,  Agostino Gemelli Polyclinic Catholic University, Rome, Italy, March 2014

23. Costs and Educational Programs: "The Urogynecological American Training Program" **Catherine Matthews**, USA, Agostino Gemelli Polyclinic Catholic University, Rome, Italy, March 2014

24. Proposed Guidelines for SCP: Coordinators: L. Brubaker, C. Maher, M. Cervigni, E. Costantini, B. Deval, A. Ercoli, R. Gaston, **Catherine Matthews**, B. O'Reilly, M. Porena, D. Rizk, Agostino Gemelli Polyclinic Catholic University, Rome, Italy, March 2014

25. Urogynecologic Assessment:  "Office Urogynecology for the Non-Specialist:  How to Use POP-Q" **Catherine Matthews**, USA. IUGA, Regional Symposia Bogota, Colombia, February 2014

26. Surgery for Pelvic Organ Prolapse:  Native Tissues:  "Apical Repairs" **Catherine Matthews,** USA. IUGA, Regional Symposia Bogota, Colombia, February 2014

27. Uterine Prolapse:  "Sacrocolpopexy complications" **Catherine Matthews**, USA. IUGA, Regional Symposia Bogota, Colombia, February 2014

28. "Hit the international Publication: Simple & Practical Tips & Tricks" **Dr. Catherine Matthews**, Dr. Hans Peter Dietz, Dr. Jan Deprest, Dr. Stephen Jeffery. IUGA, Regional Symposia Bali, Indonesia, November 2013

29. "Managing Complications of Incontinence and Prolapse Surgery" **Dr. Catherine Matthews**, Dr. Stephen Jeffery. IUGA, Regional Symposia Bali, Indonesia, November 2013

30. "Urogynecologic evaluation for the non-specialist" Catherine Matthews, USA.   IUGA, Regional Symposia Bali, Indonesia, November 2013

31. "When should you consider sacrocolpopexy for management of apical pelvic support defects?" **Catherine Matthews**, USA. IUGA, Regional Symposia Bali, Indonesia, November 2013

32. "Chronic 4th degree laceration repair" Catherine Matthews, USA. IGUA, Regional Symposia Bali, Indonesia, November 2013

33. "How to prevent dyspareunia during POP repair" **Catherine Matthews**, USA.

34. IUGA, Regional Symposia Bali, Indonesia, November 2013

35. Expert discussion and demonstration of techniques of prolapse repair. **Dr. Catherine Matthews**, Robotic Sacrocolpopexy; Dr. Chris Maher, Laparoscopic sacrocolpopexy; Dr. Bobby Shull, Uterosacral ligament suspension; Dr. Michel Cosson, Vaginal mesh. IUGA, 38th annual meeting, Dublin, Ireland, June 2013

36. Meet The Experts Lunch Discussion: "Robotics In Urogynae." **Mathews CA**, O'Sullivan S.  IUGA, Dublin, Ireland, May 28 - June 1, 2013

37. **Catherine Matthews**, MD (For) vs. Robert Moore, MD (Against).  **Debate Title:** "Robotic Sacrocolpopexy Is Superior to the Laparoscopic Approach." 9th AAGL International Congress on Minimally Invasive Surgery. Cape Town, South Africa, April 9-13, 2013

38. "Laparoscopic/Robotic vs. Vaginal Approach to Pelvic Organ Prolapse." **Matthews CA**. 9th AAGL International Congress on Minimally Invasive Surgery.  Cape Town, South Africa, April 9 -13, 2013

39. Managing the Posterior Compartment.  Matthews CA.  9th AAGL International Congress on Minimally Invasive Surgery.  Cape Town, South Africa, April 9-13, 2013

40. "Endoscopic approach to prolapse." **Matthews, CA**. IUGA Cape Town Regional Symposium, Cape Town, South Africa, January 27, 2013

41. "Office evaluation of the urogyn patient."  Matthews, CA. IUGA Cape Town Regional Symposium, Cape Town, South Africa, January 26, 2013

42. "How to avoid dyspareunia following urogynecology procedures." **Matthews, CA**. IUGA Cape Town Regional Symposium, Cape Town, South Africa, January 25, 2013

43. "Management of sling complications." IUGA Cape Town Regional Symposium, Cape Town, South Africa, January 2013

44. "What is the role of robotics in pelvic floor reconstructive surgery." **Matthews, CA**. Annual Fellow's Course, IUGA 37th Annual Meeting, Brisbane, Australia, September 2012.

45. "Robotics:  Urogynecology." **Matthews, CA**.  20th FIGO World Congress of Gynecology and Obstetrics, Rome, Italy, October 10, 2012.

46. "Elective versus risk-reducing BSO- what is the evidence?"  Invited Lecturer, 35th National Congress of the South African Society of Obstetricians & Gynaecologists, Drakensberg, South Africa, May 2012.

47. "Evaluation of the role of the surgical sales representative in urogynecology."  Invited Lecturer, 35th National Congress of the South African Society of Obstetricians & Gynaecologists, Drakensberg, South Africa, May 2012.

48. "Robotic surgery in Urogynecology:  An overview."  Invited Lecturer, 35th National Congress of the South African Society of Obstetricians & Gynaecologists, Drakensberg, South Africa, May 2012.

49. "Sexual dysfunction:  Mars and Venus."  Invited Lecturer, 35th National Congress of the South African Society of Obstetricians & Gynaecologists, Drakensberg, South Africa, May 2012.

50. "Fecal Incontinence."  Invited Lecturer, 35th National Congress of the South African Society of Obstetricians & Gynaecologists, Drakensberg, South Africa, May 2012.

51. "An evidenced-based approach to the management of Pelvic Organ Prolapse." Visiting Professor at Aarhau women's hospital, Aarhau, Switzerland, October 2011.

52. "Tips and tricks of anatomic perineal laceration repair." Fellows' course, 36th Annual Meeting of the Intl'. Urogynecological Assoc., Lisbon, Portugal, June 2011.

53. "Sacrocolpopexy: A Road Map for Success using Open, Laparoscopic, and Robotic Techniques."  36th Annual Meeting of the Intl'. Urogynecological Assoc., Lisbon, Portugal, June 2011.

54. "Pros and cons of robotic surgery." 15th annual European Laparoscopy Society meeting, Lisbon Portugal, January 2011.

55. "Live surgical demonstration of robotic sacrocolpopexy." 15th annual European Laparoscopy Society meeting, Lisbon Portugal, January 2011.

56. "Tips and tricks for robotic sacral colpopexy". Society of Brazilian Minimally Invasive Surgery (SBE) 2[st] Congress, Sao Paulo Brazil, September 2010.

57. "Optimizing port placement for robotic surgery." Society of Brazilian Minimally Invasive Surgery (SBE) 2[st] Congress, Sao Paulo Brazil, September 2010.

58. "Place of robotic surgery in pelvic floor prolapse," International Society for Gynecologic Endoscopy, 19th Annual Congress, Sydney Australia, May 2010.

59. "How to perform a robotic sacrocolpopexy: Live surgery demonstration." 12th International Meeting on Gynecologic Surgery, Avellino, Italy, May 2010

60. "Reconstruction of the prolapsed vagina using robotic technology," Society of European Endoscopic Surgery, Lisbon, Portugal, January 2010.

61. "Does robotic technology improve laparoscopic hysterectomy?" Society of European Endoscopic Surgery, Lisbon, Portugal, January 2010.

62. "Applications of robotic surgery in gynecology," South African Endoscopy Society Meeting, Cape Town, South Africa, October 2009.

63. "Future directions of robotic surgery: Expanding clinical applications." Society of Brazilian Minimally Invasive Surgery (SBE) 1st Congress, Sao Paulo Brazil, September 2009

64. "Robotic colposacropexy," Society of Brazilian Minimally Invasive Surgery (SBE) 1st Congress, Sao Paulo Brazil, September 2009

65. "Techniques and frontiers on robotic surgery." Society of Brazilian Minimally Invasive Surgery (SBE) 1st Congress, Sao Paulo Brazil, September 2009

66. "The Posterior Compartment." South American Association of Gynecologic Endoscopic Surgeons Annual Meeting, Cartagena Colombia, May 2009.

67. "Applications of robotic surgery in women with pelvic floor disorders." South American Association of Gynecologic Endoscopic Surgeons Annual Meeting, Cartagena Colombia, May 2009.

68. "Transition from vaginal to robotic surgery." SOBENGE National Meeting, Sao Paolo, Brazil, September 2008.

69. "Understanding the posterior compartment," Registrar's seminar, University of Cape Town, February 2007.

70. "Options for surgical management of apical prolapse." University of Cape Town Grand Rounds, February 2007

71. "Controversies regarding the use of synthetic materials for pelvic floor reconstruction." Cape Town Urogynecology Conference, South Africa, November 2006.

72. "Female sexual dysfunction." Cape Town Urogynecology Conference, South Africa, November 2006

73. "Fecal incontinence: Tips for evaluation and management." Cape Town Urogynecology Conference, South Africa, November 2006.

74. "Anatomic reconstruction of the vagina after childbirth," Registrar's conference, University of Cape Town and University of Stellenbosh, South Africa, May 2005.

75. "Chronic fourth-degree perineal laceration and rectovaginal fistula repair," Registrar's conference, University of Cape Town and University of Stellenbosh, South Africa, May 2005.

76. "Should we offer elective cesarean section to all nulliparous women?" Grand-rounds speaker, University of Cape Town, South Africa, May 2005

77. "Techniques of perineal laceration repair," Mayday University Hospital, London, England, 2002.

Invited National Lectures:

1. American College of Physicians Internal Medicine Meeting. **Catherine Matthews, MD,** Lecture: Urinary Incontinence in Women. Washington DC May 2016

2. 42nd Society of Gynecologic Surgeons Annual Scientific Meeting, **Catherine Matthews, MD**, Discussant: Vaginal vs Robotic Hysterectomy for Commonly Cited Relative Contraindications to Vaginal Hysterectomy, Palm Springs, CA April 2016

3. 2015 AUGS Fellows Course: Perspectives in Female Pelvic Surgery. Course directors: John Gebhart and Robert Gutman. Course Faculty: Mark Walters, MD; Marie Fidela Paraiso, MD; Douglass Hale, MD; Kimberly Kenton, MD; Mickey Karram, MD; **Catherine Matthews, MD;** James Whiteside, MD; Steven W. Siegel, MD; Elizabeth R. Mueller, MD

4. Basic Sciences of Urology Course: Pelvic Organ Prolapse and SUI: Mechanisms and Mechanics, **Catherine Matthews,** MD, Course Faculty: Adam Phillip Klausner, MD and Tracey Krupski, University of Virginia, Charlottesville, VA, June 2015

5. **Catherine A. Matthews**, MD; Lectures: When is an Endoscopic Approach Indicated? Endoscopic Approach to Apical Prolapse; Surgical Approach to the Posterior Compartment; Management of Sacrocolpopexy Complications; Economics of Robotic Surgery: Is it Economically Feasible?, Fecal Incontinence: When is it a Surgical Problem; Rectovaginal Fistula: What Not to Miss in the Posterior Compartment; 2nd Annual NYU Female Pelvic Medicine and Reconstructive Surgery, New York, NY, March 27-28, 2015

6. "Secrets of the Posterior Compartment: How to do a Great Repair", 2014 Annual Fellows Program, **Catherine Matthews**, MD, Course Faculty: Drs. John Gebhart, Douglass Hale, Mickey Karram, Kimberly Kenton, Marie Fidela Paraiso, Carlos Sarsotti, Sandip Vasavada, and James Whiteside, University of Cincinnati, Ohio, October 2014

7. Basic Sciences of Urology Course: Pelvic Organ Prolapse and SUI: Mechanisms and Mechanics, **Catherine Matthews,** MD, Course Faculty: with Adam Phillip Klausner, MD and Tracey Krupski, University of Virginia, Charlottesville, VA, June 2014

8. Roundtable discussant: "Tips and Tricks for Safely Completing 3 Robotic Reconstructive Surgeries in One Day."  Accepted for presentation at the 34th AUGS Annual Scientific Meeting, Las Vegas, NV, October 2013.

9. Fecal incontinence:  "A closer look at the back passage" Virtual Fellow's Forum. (Webinar) August 7, 2013

10. "Shedding a Positive Light on the Business of Robotics."  World Robotic Gynecology Congress V Meeting, Chicago, Illinois, August 21-23, 2013.

11. Mastery of Robotics in Gynecology "Robotic Assisted and Video Assisted Laparoscopic Treatment of Endometriosis & Uterine Fibroids from Diagnosis to Management" Dr. **Catherine Matthews**. Co-Director Minimally Invasive Surgery Week 2013, Reston, VA, August 28-August 31, 2013

12. Safe Sacrocolpopexy: "How to Manage Sacral Hemorrhage, Visceral Injury and Mesh Exposure" **Catherine Matthews**, MD. Minimally Invasive Surgery Week 2013, Reston, VA, August 28-August 31, 2013

13. Postoperative Triage:  "What to Do When the Patient Comes Back" **Catherine Matthews**, MD.   Minimally Invasive Surgery Week 2013, Reston, VA, August 28-August 31, 2013

14. "Burden and Economic Impact of Fecal Incontinence." **Catherine Matthews**, MD. (NIH) National Institutes of Health, Bethesda, MD, August 19-20, 2013

15. "Strategies for Future Treatment Studies of Fecal Incontinence."  Susan Meikle, MD., **Catherine Matthews**, MD.  (NIH) National Institutes of Health, Bethesda, MD, August 19-20, 2013

16. Secrets of the Posterior Compartment:  "How to do a Great Repair" (IAPS) Eighth Annual Collaborative Perspective on Pelvic Surgery (The Fellows' Course), University of Cincinnati, Cincinnati, Ohio, August 14-16, 2013.

17. "Robot-Assisted Laparoscopy is Better"! Kimberly Kenton, MD., **Catherine Matthews**, MD.  (IAPS) Eighth Annual Collaborative Perspective on Pelvic Surgery (The Fellows' Course), University of Cincinnati, Cincinnati, Ohio, August 14-16, 2013.

18. "Urinary Incontinence: A Primer on Plumbing."  Office Gynecology, Jackson Hole, WY, July 28-31, 2013. **Catherine A. Matthews**, MD, FACOG, FACS

19. "Mars versus Venus: Female Sexual Function." Office Gynecology, Jackson Hole, WY, July 28-31, 2013. **Catherine A. Matthews**, MD, FACOG, FACS

20. "GYN Case Studies: A Collaborative Approach."  Office Gynecology, Jackson Hole, WY, July 28-31, 2013. **Catherine A. Matthews**, MD, FACOG, FACS

21. "Modern Treatment Option for Pelvic Organ Prolapse."  Office Gynecology, Jackson Hole, WY, July 28-31, 2013. **Catherine A. Matthews**, MD, FACOG, FACS

22. "A Primer on Pessary Fitting."  Office Gynecology, Jackson Hole, WY, July 28-31, 2013. **Catherine A. Matthews**, MD, FACOG, FACS

23. "Ovarian conservation versus Removal: Should they Stay or Should They Go?"  Office Gynecology, Jackson Hole, WY, July 28-31, 2013.

24. Academic Roundtable discussant:  "Ovaries – Should they stay or should they go? What does the data really show?" – **Catherine Matthews**.  SGS 39th Annual Scientific Meeting, Charleston, SC, April 2013

25. "Pelvic Floor Disorders: A Primer on Plumbing."  21th Annual Conference Advances In Health Care for Women Over 40, Scottsdale, AZ, April 28-30, 2013.

26. "Fecal Incontinence: a Closer Look at the Back Passage."  21th Annual Conference Advances In Health Care for Women Over 40, Scottsdale, AZ, April 28-30, 2013.

27. "Introduction to Pessary Fitting."  21th Annual Conference Advances In Health Care for Women Over 40, Scottsdale, AZ, April 28-30, 2013.

28. "Urogynecology for the non-specialist: Tips for office evaluation." Women's Health 2013, 21st Annual Congress, Washington DC, March 2013

29. "Female sexual function: An update." Women's Health 2013, 21st Annual Congress, Washington DC, March 2013

30. "Multidisciplinary Approach to Vaginal Fistulas." American College of Surgeons Annual Clinical Congress, Chicago, IL, October 2, 2012.

31. "How and when to do a great posterior repair." Annual Fellow's Course, International Academy of Pelvic Surgery, Cincinnati, OH, August 2012

32. Debate: Native tissue repair is better for the primary surgical management of a 49 year old woman with Stage III uterine prolapse. In favor: Dr. Mickey Karram and Dr. John Gebhart. Against: **Dr. Catherine Matthews** and Dr. Marie Paraiso. Annual Fellow's Course, International Academy of Pelvic Surgery, Cincinnati, OH, August 2012.

33. "Urogynecologic Evaluation: POP-Q." AUGS Female Pelvic Medicine Reconstructive Surgery Update 2012 Course, New Orleans, June 7-9, 2012.

34. "Female Sexuality." AUGS Female Pelvic Medicine Reconstructive Surgery Update 2012 Course, New Orleans, June 7-9, 2012.

35. "Hands-On Session: Urodynamic Testing." AUGS Female Pelvic Medicine Reconstructive Surgery Update 2012 Course, New Orleans, June 7-9, 2012.

36. "Making an impact bedside and beyond: The young leader." Invited Lecturer, VCU Medical Center, 13th Annual Trauma Symposium - Trauma 2012: Concepts on the Cutting Edge, Richmond, VA, April 2012.

37. "Robotic Sacral Colpopexy - Making the Transition from Open Repair." Invited Lecturer, Society of Gynecologic Surgeons 38th Scientific Meeting, Baltimore, MD, April 2012.

38. "Where does robotics fit into the algorithm for the management of prolapse?" Invited Lecturer, Society for Female Urology and Urodynamics National Meeting, New Orleans, LA, March 2012

39. "Tips and tricks for robotic efficiency." Mount Auburn Hospital, Boston, MA, February 2012

40. "What is the role of robotic surgery in Urogynecology?" Women's Health 2.0 Meeting, Las Angeles, CA, February 2012

41. "Female sexual dysfunction." Women's Health 2.0 Meeting, Las Angeles, CA, February 2012

42. "A straightforward approach to pelvic floor disorders." Women's Health 2010: Clinical Insights for the Practitioner, Washington DC, April 2011.

43. "Maternal morbidity and mortality in the developing world." Women's Health 2010: Clinical Insights for the Practitioner, Washington DC, April 2011.

44. "A practical approach to robot-assisted laparoscopic sacrocolpopexy." 39th Annual Global Congress of Minimally Invasive Gyencology, Las Vegas, NV, November 2010.

45. "The nuts and bolts of program development, outcome management and cost containment." 39th Annual Global Congress of Minimally Invasive Gyencology, Las Vegas, NV, November 2010.

46. "Spotlight on the posterior compartment: When and how to repair." Female Pelvic Medicine and Reconstructive Surgery Office-Based Urogynecology Course, Chicago IL, October 2010.

47. "Victoria's secret: Female sexual function." Female Pelvic Medicine and Reconstructive Surgery Office-Based Urogynecology Course, Chicago IL, October 2010.

48. "A straightforward approach to pelvic floor disorders." Women's Health 2010: Clinical Insights for the Practitioner, Washington DC, April 2010.

49. "Best practice guidelines for management of uterine fibroids," Women's Health 2010: Clinical Insights for the Practitioner, Washington DC, April 2010.

50. "Gynecologic management of pelvic floor disorders." North American Society for Psychosocial Obstetrics and Gynecology, 36th Annual Meeting, Richmond VA, February 2010.

51. "Vaginal rejuvenation postpartum: How to do a great repair." Grand Rounds, Washington Hospital Center, Washington DC, November 2009.

52. "Spotlight on the posterior compartment." Day at Virginia: 2009 Urology and Gynecology conference, University of Virginia Health Sciences Center, Charlottesville, Virginia, October 2009.

53. "What every urologist should know about gynecology," 9th Annual International Female Urology and Urogynecology Symposium, Washington DC, April 2009

54. "Understanding the posterior compartment," 9th Annual International Female Urology and Urogynecology Symposium, Washington DC, April 2009

55. "Evaluation and management of female sexual dysfunction," 9th Annual International Female Urology and Urogynecology Symposium, Washington DC, April 2009

56. "Medical management of pelvic floor disorders," 9th Annual International Female Urology and Urogynecology Symposium, Washington DC, April 2009

57. "Minimally-invasive techniques in gynecologic surgery." Women's Health 2009: 17th Annual Congress. Williamsburg, VA April 2009.

58. "Mars and Venus: What do women really want?" Association of Physician Assistants in Obstetrics and Gynecology 2009 National Women's Health Conference, Atlanta GA, March 2009.

59. "Innovation in contraception methods." American College of Physicians National Meeting, Philadelphia PA, May 2009.

60. "Female sexual dysfunction." American College of Physicians National Meeting, Philadelphia PA, May 2009.

61. "The V words: An update in common vulvovaginal disorders." American College of Physicians National Meeting, Philadelphia PA, May 2009

62. "Sub-urethral slings: Are we ready for in-office placement." Illinois Section, American College of Obstetricians and Gynecologists, Lake Geneva WI, October 2008.

63. "Fecal incontinence: Can it be prevented?" Illinois Section, American College of Obstetricians and Gynecologists, Lake Geneva WI, October 2008.

64. "Urinary incontinence in women: What the internist should know." American College of Physicians National Meeting, Washington DC, May 2008.

65. "Anatomic perineal laceration repair," Urogynecology Symposium, Lankenau Hospital, Philadelphia PA, October 2006.

66. "The effects of pregnancy and parturition on the pelvic floor," Urogynecology Symposium, Lankenau Hospital, Philadelphia PA, October 2006.

67. "Vaginal delivery and the pelvic floor," Urogynecology Symposium, Jefferson Hospital Medical Center, Philadelphia PA, May 2006.

68. "Diagnostic modalities for the evaluation of fecal incontinence," Society for Urologic Nurses National Meeting, New York, April 2006.

69. "Women and Sexual Health: Where is our Viagra?" Multidisciplinary Grand-rounds speaker at University of California, Los Angeles, May 2005.

70. "The short and long-term consequences of traumatic vaginal childbirth," American Physical Therapy National Meeting, New Orleans, Louisiana, February 2005.

71. "Anatomic anal sphincter repair," Grand-rounds speaker at Western Pennsylvania Alleghany Hospital, 2003.

72. "Postpartum Depression," Association of Neonatal Nurses Annual Convention, Orlando, Florida, 2003.

Invited Local/Regional lectures:

1. "Surgery for Apical Prolapse."  OB/GYN Clerkship at University of North Carolina at Chapel Hill  Chapel Hill, NC October 2013

2. "Slings and things: What the OR staff needs to know about stress incontinence surgery." Rex Hospital operating room staff educational series, Raleigh, NC, March 2012.

3. "Post-operative management of patients undergoing urogynecologic procedures." Rex Hospital nursing staff educational series, Raleigh, NC, March 2012

4.  "What is the Impact of Birth on Pelvic Floor Disorders?" University of North Carolina at Chapel Hill Urology Nursing Society, Chapel Hill, NC March 2011.

5.  "Wet to dry: Drugs, diapers, and tactics to combat incontinence." 22nd annual Virginia geriatrics conference, Williamsburg, VA March 2011.

6.  "Innovations in robotic and gynecologic surgery:  The learning curve first year experience."  Intuitive Surgical, Charlotte, NC November, 2010.

7.  "Evaluation of abnormal uterine bleeding." Virginia Commonwealth University Department of Student Health lecture series, Richmond, VA February 2009.

8.  "Disorders of defecation: Pelvic dyssnergia." 13th Annual Virginia Liver Symposium and Update in Gastroenterology. Richmond, VA February 2009.

9.  "Primer on urinary incontinence in women." Proctor and Gamble's Women's Health Care Symposium, Baltimore MD, May 2008.

10.  "Understanding symptoms of urinary urgency and frequency," Proctor and Gamble's Women's Health Care Symposium, Washington DC, May 2008.

11.  "Overactive bladder: A clinical guide for women's health care providers." Proctor and Gamble's Women's Health Care Symposium, Richmond VA March 2008.

12.  "What nurses need to know about urogynecology," Clinical byte lecture series, November 2006.

13.  "Updates in contraception," Women's health lecture lunch series, October 2006.

14.  "Plumbing 101: Understanding urinary incontinence in women," Richmond Women's club, October 2006.

15.  "How to obtain a good sexual history," Women's Health Lecture Series, VCUHS, November 2005.

16.  "Hormone replacement therapy: What is a woman to do?" 16th Annual LPN Conference, VCUHS, November 2005.

17.  "What you need to know about female sexual dysfunction," Women's Week, VCUHS, October 2005

18.  "Urinary incontinence in women," Regional meeting of AWHON, 2004.

19.  "Management of chronic perineal lacerations," Invited professor at INOVA, Fairfax, Virginia, April 2004.

20.  "Relationship between depression and urinary incontinence," Regional Nurses' Symposium, Virginia Beach, 2003.

21.  "Postpartum Depression," Keynote speaker at a Regional Nurses Symposium Fredericksburg, VA. 2001.

**Grand Rounds**

1. "Primary Uterovaginal Prolapse- what is the right surgical choice?" Grand Rounds Womens' Hospital, Greensboro, NC May 2016

2. "Surgical management of uterine prolapse: How to make an informed choice" Grand Rounds Wake Forest School of Medicine, Winston-Salem, NC March 2016

3. "Pelvic organ prolapse: A practical evaluation" Grand Rounds, Wake Forest School of Medicine, Winston-Salem, NC January 2016

4. "Primary management of pelvic organ prolapse: when is an endoscopic approach indicated' Grand Rounds, Wake Forest School of Medicine, Winston-Salem, NC July 2015

5. "Anatomic perineal laceration repair:  How to restore the platinum perineum."  Grand Rounds, Northwestern University, Feinberg School of Medicine, Chicago, Illinois, May 2014

6. "Anatomic perineal laceration repair" Grand Rounds, University of South Florida, Tampa, February 2014

7. "Ovarian Conservation vs. Removal at Time of Hysterectomy." Grand Rounds, Department of Obstetrics and Gynecology, University of North Carolina, Chapel Hill, February 2013.

8. "A resident primer on episiotomy and repair." Grand Rounds, University of California, Irvine, February 2012.

9. "New surgical technologies for management of fecal incontinence.", Grand Rounds, Department of Obstetrics and Gynecology, University of North Carolina, Chapel Hill, September 2011.

10. "How to repair a perineal laceration well", Grand Rounds, Department of Obstetrics and Gynecology, University of North Carolina, Chapel Hill, October 2010.

11. "Management of refractory urinary incontinence after pelvic floor reconstructive surgery.", Grand Rounds, Department of Internal Medicine, University of North Carolina, Chapel Hill, October

    2010.

12. "Urinary Incontinence in women: A Case-based discussion." Grand Rounds, Department of Urology, University of North Carolina, Chapel Hill March 2008.

13. "Emerging therapies for the management of urinary incontinence in women", Grand Rounds Speaker, Department of Urology, UNC Chapel Hill, February 2006.


14. "Vaginal childbirth and anatomic perineal laceration repair," Grand Rounds Speaker, Department of Obstetrics and Gynecology, UNC Chapel Hill, February 2006

15. "The role of the obstetrician in preventing pelvic floor disease." Greensboro Medical Center, Greensboro, NC 2010.

16. "Vaginal to robotic surgeon: Impact on urogynecology." Carolinas Medical Center, Charlotte, NC 2010.

17. "Role of robotics in gynecologic surgery." Wake Medical Center Ob/Gyn Grand Rounds, Raleigh, NC 2010.

18. "An update in anatomic techniques of perineal laceration repair," Grand rounds, Department of Obstetrics and Gynecology, Virginia Commonwealth University Medical Center, Richmond VA, July 2009.

19. "Anatomic perineal laceration repair." Grand Rounds, Department of Obstetrics and Gynecology, Virginia Commonwealth University Medical Center, Richmond VA, August 2008.

20. "Urinary Incontinence in women: A Case-based discussion." Grand Rounds, Department of Obstetrics and Gynecology, Virginia Commonwealth University Medical Center, Richmond VA, June 2008.

21. "Overactive bladder and sexual function: Dual effect of treatment.", Department of Urology Grand Rounds, University of North Carolina, Chapel Hill, NC, April 2008.

22. "Controversies regarding the use of graft materials for vaginal reconstructive surgery," Grand Rounds, Departments of Urology and Gynecology, VCU Medical Center April 2007.

23. "Understanding female sexuality," Southside Regional Memorial Hospital, Grand Rounds, March 2007.

24. "Fecal incontinence: Comprehensive evaluation and management," Grand Rounds, Riverside Regional Medical Center, April 2007.

25. "Current controversies regarding management of the menopause," Veterans Administration Grand Rounds, Richmond, VA April 2007.

26. "Understanding the concept of urinary urgency," Grand Rounds, Department of Urology, Duke University Medical Center, August 2006.

27. "Anatomic technique of episiotomy repair," Grand Rounds Speaker, Department of Obstetrics and Gynecology, Virginia Commonwealth University Medical Center, July 2006.

28. "Emerging therapies for the management of urinary incontinence in women," Grand Rounds, Department of Urology, University of Maryland Medical Center, May 2006.

29. "Fecal incontinence in women," Grand Rounds, Department of Obstetrics and Gynecology, St. Joseph's Medical Center, Baltimore MD, May 2006.

30. "Anal sphincter injury and perineal laceration repair," Grand Rounds Speaker, Department of Obstetrics and Gynecology, Duke University Medical Center, Durham NC, November 2005.

31. "Evaluation and management of fecal incontinence in women," Grand Rounds Speaker, Department of Internal Medicine, VCU Medical Center, September 2005.

32. "Anal sphincter injury and perineal laceration repair." Grand Rounds Speaker, Portsmouth Naval Hospital, Norfolk VA, July 2005.

33. "Fecal incontinence in women," Grand Rounds Speaker, UVA Health Sciences Center, Charlottesville VA, May 2005.

34. "Overactive bladder: Emerging therapies," Grand Rounds Speaker, Howard University, Washington DC, April 2005

35. "Advances in the treatment of urinary incontinence in women," Grand Rounds Speaker for Urology department at VCU Medical Center, September 2004.

36. "Anal sphincter injury and perineal laceration repair," Grand Rounds Speaker at George Washington University Hospital, Washington DC, April 2004.

37. "Urinary Incontinence, Plumbing 101," Grand Rounds Speaker, Richmond Memorial Hospital, 2003.

38. "Management of chronic fourth-degree lacerations," Grand Rounds Speaker, Riverside Tappahannock Hospital, 2003.

39. "Anal sphincter injury and perineal laceration repair," Grand-rounds speaker at University of Virginia, 2002.


## Continuing-Medical Education Lectures

1. "Hysterectomy: Current Controversies", Women's Health 2015: The 23rd Annual Congress, Washington, DC, April 2015

2. "Advances in Female Pelvic Medicine and Reconstructive Surgery": Pelvic Organ Prolapse I: When is an Endoscopic Approach Indicated?; Endoscopic Approach to Apical Prolapse; Surgical Approach to the Posterior Compartment, NYU Langone Medical Center, New York, NY, March 2015

3. "Advances in Female Pelvic Medicine and Reconstructive Surgery": Pelvic Organ Prolapse II: Management of Sacrocolpopexy Complications; Economics of Robotic Surgery: Is it Economically Feasible?; Fecal Incontinence: When is it a Surgical Problem?; Rectovaginal Fistula: What Not to Miss in the Posterior Compartment, NYU Langone Medical Center, New York, NY, March 2015

4. "A New Look at Incontinence Evaluation and Management", Women's Health 2014: The 22nd Annual Congress, Washington, DC, April 2014

5. "Sexual Disorders in Women:  We Can do BetInter," Women's Health 2013: The 21st Annual Congress, Washington, DC, March 2013

6. "Urogynecology in the Office," Women's Health 2013: The 21st Annual Congress, Washington, DC, March 2013

7. "Anatomic Perineal Laceration Repair," South East Area Health Education Center (SEAHEC), Wilmington, NC, 2011.

8. "Pelvic floor disorders: What is the impact of mode of delivery?" VCU 6th annual alumni update, Richmond VA, April 2008.

9. "Life outside the bathroom." Women's Health Forum, Richmond VA, 2008

10. "IUD's and other non-hormonal contraceptive options." Women's Health 2008: Clinical Insights for the Practitioner, Williamsburg VA, May 2008

11. "A primer on female plumbing," Women's Health 2007:  Clinical Insights for the Practitioner, Williamsburg VA, May 2007.

12. "Controversies regarding optimal mode of delivery," Women's Health 2007:  Clinical Insights for the Practitioner, Williamsburg VA, May 2007.

13. "Fecal incontinence in women: Pearls for evaluation and management," Ware-Dunn Society Meeting, November 2006.

14. "Rectal sphincter function and fecal incontinence." 28th John M. Nokes lecturer, The Thornton Symposium, Department of Obstetrics and Gynecology, University of Virginia Medical Center, April 2006.

15. "Female sexual dysfunction: What is the role of testosterone therapy?" Women's Health 2006:  Clinical Insights for the Practitioner, Norfolk VA, April 2006.

16. "Sexuality in women: How do we define dysfunction?" Ware-Dunn Society Meeting, November 2005.

17. "Pharmacologic Management of Urinary Incontinence," Virginia Counsel of Nurse Practitioners Annual meeting, October 2005.

18. "Emerging therapies for the management of overactive bladder," St. Josephs Medical Center, Baltimore, Maryland, May 2005.

19. "Emerging therapies for the management of urinary incontinence in women," Women's Health 2005:  Clinical Insights for the Practitioner, Williamsburg, April 2005.

20. "Androgen insufficiency: Impact on female sexual dysfunction," Veterans Administration Medical Center, Richmond, VA April, 2005.

21. "Female sexual dysfunction and androgen insufficiency," Mary Washington Hospital lecture series, Fredericksburg, VA March 2005.

22. "Surgical techniques for the management of chronic perineal lacerations and rectovaginal fistulas," Ware-Dunn Society: Annual meeting in Richmond VA, November, 2004.

23. "Emerging treatments for urinary incontinence in women," Mary Washington Hospital Lecture Series, 2004.

24. "Sexual dysfunction in the female patient," Women's Health 2004: Clinical Insights for the Practitioner, Williamsburg, April 2004.

25. "Women and Sexual Health," Guest Speaker at the Virginia Geriatric Society Annual Meeting, Richmond, 2004.

26. "Interventions in Incontinence," Women's Health 2003:  Clinical Insights for the Practitioner, Williamsburg, 2003.

27. "Urinary Incontinence:  Management of overactive bladder," Virginia Geriatrics Society Annual Meeting, The Homestead, 2003.

28. "Anatomic perineal laceration repair," Mary Washington Hospital Lecture Series, 2002.

29. "Endoanal ultrasonography in the evaluation of anal sphincter injury," Ware-Dunn Society:  Annual meeting in Richmond, VA. 2002.

30. "Episiotomy in 2001," Ware-Dunn Society:  Annual meeting in Richmond, VA. 2001.

<u>Postgraduate Courses And Sponsored Symposia – International</u>

1. Postgraduate course "Didactic: (Live Cadaveric Demo): Advanced Urogynecology: Overcoming Challenges in the Patient with Pelvic Organ Prolapse". Chair: Kevin J. E. Stepp, Co-Chair: Patrick J. Culligan, Faculty:  Matthew Clark, **Catherine A. Matthews**, Nazema Siddiqui, Bernard Taylor. American Association of Gynecologic Laparoscopists 43rd Annual Meeting, Vancouver, Canada, November 2014

2. "Cadaveric Lab: Advanced Urogynecology: Overcoming Challenges in the Patient with Pelvic Organ Prolapse". Chair: Patrick J. Culligan, Co-Chair: Kevin J. E. Stepp, Faculty: Matthew Clark, **Catherine A. Matthews,** Nazema Siddiqui, Bernard Taylor. American Association of Gynecologic Laparoscopists 43rd Annual Meeting, Vancouver, Canada, November 2014

3. Postgraduate course "Complications in pelvic organ prolapse surgery. How to stay out of trouble". Chair: Stephen Jeffery.  Course Faculty:  **Catherine Matthews**, MD, Kimberly Kenton, and Marair Sartori.  ICS, Rio de Janeiro, October 2014

4. Postgraduate course on Robotic and Traditional Laparoscopic Sacrocolpopexy. **Chair: Catherine Matthews**. Course Faculty: Dr. Chris Maher, Dr. Marie Paraiso, and Dr. Gabriel Schar. IUGA 38th Annual Meeting, Dublin, Ireland, June 2013.

5. Postgraduate course on surgical complications. Chair: Dr. Howard Goldman. Course Faculty: **Dr. Catherine Matthews**, Dr. Stephen Kraus, Dr. Sandip Vasavada. IUGA Annual meeting, Brisbane, Australia, September 2012

6. Postgraduate course on techniques of sacrocolpopexy. **Chair: Matthews CA**. Course Faculty: Maher C, Moen M, and Geller EJ. International Urogynecology Association Annual Meeting, Lisbon, Portugal, 2011.

7. Sexual dysfunction. Chair: Ranee Tacker. Course Faculty: **Matthews CA** and Kammerer-Doak D. ICS/IUGA joint annual meeting, Toronto Canada, August 2010.

8. Applications of robotic surgery in gynecology. Chair: Arnold Advincula. Course Faculty: Matthews CA. Presented at the Federation of Colombian Obstetricians and Gynecologists, Cartagena Colombia, May 2009.

9. Advances in robotic surgery for urogynecologic procedures. Chair: Arnold Advincula. Course Faculty: **Matthews CA**. Presented at the South East Asia Laparoscopy Annual Meeting, Singapore, November 2008.

10. Advances in robotic surgery for gynecologic conditions. Chair: Arnold Advincula. Course Faculty: Matthews CA and Magrina H. Presented at the Society of Laparoscopic Surgeons of Brazil Annual Meeting, Sao Paolo Brazil, September 2008.

Postgraduate Courses and Sponsored Symposia – National

1. 2016 American Urological Association Fundamentals in Urology.  Course Instructor: **Catherine Matthews, MD**.  Charlottesville, VA June 2016

2. 2016 FPMRS Fellows Hands-On Scarocolopopexy Course. Course Instructor: **Catherine Matthews, MD**.  Orlando, FL May 2016

3. Postgraduate course "An Evidence-based Approach to the Management of Accidental Bowel Leakage." Chair: **Catherine Matthews.** Course Faculty: Holly Richter; Dee Fenner; Tristi Muir.

4. Postgraduate course "Sacrocolpopexy: Tips, tricks and video clips." Chair: Patrick Culligan. Course Faculty: **Catherine Matthews;** Peter Rosenblatt. AUGS Scientific Meeting, Seattle WA, October 2015

5. Postgraduate course "Laparoscopic colpopexy- A practical course." Chair: Jan Deprest, MD, PhD. Course Faculty: **Catherine Matthews,** MD**,** Michel Cosson, Christian Phillips. IUGA Scientific Meeting, Nice, France, 2015

6. Postgraduate course "Complications of Sling and Prolapse Surgery: Evaluation and Management." Chair: Goldman, H. Course Faculty: Sandip P. Vasavada, Kamran P. Sajadi, **Catherine Matthews, MD.** IUGA Scientific Meeting, Nice, France, 2015.

7. Postgraduate course "Minimally-Invasive Sacrocolpopexy: Maximizing Efficiency and Minimizing Complications/Laparoscopic and Robotic Sacrocolpopexy: Tips, Tricks and Video Clips. **Chair: Catherine Matthews,** MD**,** Faculty: Marie Fidela Paraiso, MD, John Miklos, MS, MD, FACOG, FPMRS, Jan Deprest, MD, PhD.  AUGS/IUGA 2014 Scientific Meeting, Washington, DC, July 2014

8. Postgraduate course "Complications of Pelvic Floor Surgery:  Evaluation and Treatment-A Review from Both Specialties" Chair: Howard Goldman, MD, Faculty:  **Catherine Matthews**, MD, Sandip Vasavada, MD, and Stephen Krause, MD, AUGS/IUGA 2014 Scientific Meeting, Washington, DC, July 2014

9. Roundtable Topic: Ovarian conservation versus removal at the time of hysterectomy for benign disease: A critical appraisal of the evidence, Expert – **Catherine Matthews**, MD, AUGS/IUGA 2014 Scientific Meeting, Washington, DC, July 2014

10. Postgraduate course on "Pelvic Anatomy Using Minimally Invasive Techniques: Hands-on Cadaveric Workshop on Retroperitoneal Dissection".  Course Faculty:  **Catherine Matthews**, MD, FACOG. Society of Gynecologic Surgeons, Scottsdale, Arizona, March 2014

11. Postgraduate course on Conventional and Robotic-Assisted Laparoscopy for the Contemporary Urogynecologist. Course Faculty: **Catherine Matthews,** MD, FACOG,

Andrew Brill, MD., Steven McCarus, MD., FACOG, AUGS 34th Annual Scientific Meeting, Las Vegas, NV, October 16-19, 2013.

12. Postgraduate course on Robotic and Traditional Laparoscopic Sacrocolpopexy. **Chair: Catherine Matthews.** Course faculty: Elizabeth Geller and Charles R. Rardin. 33rd Annual American Urogynecology Society Meeting, Chicago, IL, October 2012.

13. Postgraduate course on robotic surgery for general gynecologists. **Chair: Catherine Matthews**. Course Faculty: Advincula A, Payne T, Pitter M, Geller EJ. American Association of Gynecologic Laparoscopists 40th Annual Meeting, Hollywood, FL, November 2011.

14. Techniques to improve robotic efficiency for prolapse repair. **Chair: Catherine Matthews**. Course Faculty: Culligan P and Geller EJ. Intuitive Surgical Industry Expert Theater at the 32nd Annual American Urogynecology Society Meeting, Providence RI, September 2011.

15. Postgraduate course on robotic surgery for general gynecologists. Chair: Arnold Advincula. Course Faculty: **Matthews CA**, Kho R, and Pitter M. American Association of Gynecologic Laparoscopists 39th Annual Meeting, Las Vegas, Nevada, November 2010.

16. Roundtable discussion leader: "How can you perform three robotic sacrocolpopexies in one day?" Accepted for presentation, Annual American Urogynecology Society Meeting, Long Beach California, September 2010.

17. World Robotic Gynecology Congress II. Chairs: Arnold Advincula and Robert Holloway. Course Faculty: **Matthews CA**: Live telesurgery (robotic sacrocolpopexy) Orlando, FL April 2010.

18. 10th Annual International Female Urology and Urogynecology Symposium. Chair: Mickey Karram and Jerry Blaivas. Course Faculty: **Matthews CA**, Walters M, Rackley R. Las Vegas, Nevada, April 2010.

19. Postgraduate course on robotic surgery for general gynecologists. Chair: Arnold Advincula. Course Faculty: **Matthews CA**, Payne T, Von Gruenigen V. American Association of Gynecologic Laparoscopists 38th Annual Meeting, Orlando Florida, November 2009.

20. Sexual dysfunction. Chair: Ranee Tacker. Course Faculty: **Matthews CA** and Kammerer-Doak D. Presented at the Annual American Urogynecology Society Meeting, Hollywood FL, September 2009.

21. 9th Annual International Female Urology and Urogynecology Symposium. Chair: Mickey Karram and Jerry Blaivas. Course Faculty: **Matthews CA**, Shull B, Walters M, Rackley R. Washington DC, March 2009.

22. Ultrasound imaging of the pelvic floor. Chair: Thomas Gregory. Course faculty: **Matthews CA**, Hall R, and Weinstein M. Slated for presentation at the Annual American Urogynecology Society Meeting, Chicago IL, 2008.

23. Sexual dysfunction in women with pelvic floor disorders. Chair: Rebecca Rogers. Course faculty: **Matthews CA** and Barber MD. Presented at the Annual American Urogynecology Society Meeting, Hollywood FL, 2007.

Medical Student Mentorship

Faculty advisor to two first-year medical students, 2002 to present.

Mentored Paul Stoddard, second-year medical student, for summer research project entitled "Evaluation of LOXL1 genetic polymorphisms in the development of pelvic organ prolapse," 2008.

Mentored Georgia Ferrell, third-year medical student, on project entitled "preliminary evaluation of a genetic basis for advanced pelvic organ prolapse," 2006. Paper presented at AUGS national meeting, 2007.

Mentored Laura Lahaye, second-year medical student from UVA Health Sciences Center, for a summer research project. Study was presented at the UVA medical student research day and won first prize and was also presented at the American College of Obstetricians and Gynecologists annual meeting in Philadelphia, 2004. Paper published in J Pelvic Med & Surgery.

Mentored Gabriela Mandolesi, a third-year medical student, for a project that was presented as a poster at the American College of Obstetricians and Gynecologists annual meeting in Philadelphia, 2004.

Mentored Ashley Rush, a visiting medical student from Wake Forrest University.

Mentored Tuc Nguyen, a fourth-year medical student at VCU, for an ongoing project that was later published in *Obstetrics and Gynecology*.

Resident Mentorship

Mentored Dr. Ashley Woodward, chief resident in ob/gyn for reseach project entitled "Postpartum perineal revision." Poster presentation at the Society of Gynecologic Surgeons Annual Meeting, New Orleans LA, 2009.

Mentored Dr. Rory Clawser, chief resident in ob/gyn, for a research project entitled "Prophylactic BSO: An audit of practice patterns in a US teaching hospital." Paper presentation at SAAOG annual meeting, 2007.

Mentored Dr. Samuel Campbell, intern in ob/gyn, for a research project entitled "IUD use in a high-risk population." Prize paper presentation at SAAOG annual meeting, 2007.

Mentored Dr. Aaron Goldberg, resident in ob/gyn, for a research project entitled "Randomized trial of early feeding versus gum chewing in a low risk surgical population," 2006.

Mentored Dr. Gary Agena, third-year resident, for a case submission to ACOG: Stump the Professors, 2005.

Mentored Dr. Susan Wolver, Internal Medicine Women's Health Care Tract, on a research project entitled "Resident education and knowledge of female sexual dysfunction", 2005.

Mentored Dr. Marie Nam for a resident research project that was presented at the VCU Resident Research Day, 2005. Paper was awarded 1st prize. "Evaluation of anal sphincter injury using endoanal ultrasound."

Mentored Dr. Adam Huggins, intern in ob/gyn, for a research project entitled, "Randomized trial of monofilament versus braided absorbable sutures for vaginal epithelial closure," 2005-2009. Awarded first prize at VCU Resident research day, 2008.  Awarded best resident research project award, 2009. Paper presented at South Atlantic Association of Obstetrics and Gynecology, 2009.

Mentored Dr. Marie Nam for a resident research project that was presented at the VCU Resident research day, 2004.

Mentored Dr. Pamela Soliman for a resident research project that won first prize at the VCU Ob-Gyn resident research day. She presented her paper at the District IV American College of Obstetricians and Gynecologists meeting in Puerto Rico, 2003.

<u>Medical Student and Resident Clinical Instruction:</u>

Attending of record for the inpatient gynecology service approximately six times per year for a team of 4 residents and approximately 6 students. Conduct daily teaching rounds, provide lectures, and supervise surgeries. Responsibilities also include covering the emergency department and inpatient floors for consultations regarding urgent gynecological conditions such as acute pelvic pain, vaginal bleeding, ectopic pregnancy, and gynecologic infections. Ended 06/2010

Attending of record for the labor and delivery unit for a team of 4 residents and 4-6 medical students 1 day per week. Conduct teaching rounds and supervise all deliveries. Also responsible for instructing emergency department residents and anesthesia interns in the evaluation and management of low-risk pregnancies. Ended 1/08.

Provide attending supervision in the resident gynecology clinic approximately 2 day per month where residents and students evaluate indigent patients with low-risk pregnancies and benign gynecologic conditions. Responsibilities include the training and supervision of emergency department residents and women's health residents in common gynecologic conditions such as ectopic pregnancy, gynecologic infections, abnormal bleeding, and pelvic masses. Ended 06/2010

Provide attending supervision and instruction for a senior resident in the urodynamics laboratory one-half day per week. Ended 06/2010

Provide attending supervision and instruction for a senior resident in the "perineal clinic" one-half day per week. I developed this clinic to follow all women who sustain severe perineal trauma during childbirth. 2001-Present

Provide attending supervision and instruction one-half day per week for a second-year ob-gyn resident, a third-year women's health care resident, and 2 medical students in a specialized urogynecology clinic where we evaluate women with incontinence and pelvic organ prolapse.

Residents learn how to perform office urodynamics, pessary fitting, and discuss treatment options for common urogynecologic conditions. 2001-Present

Instruct and supervise residents in ambulatory and inpatient surgical settings in the techniques of vaginal, laparoscopic, and open abdominal procedures one-day per week.

Provide in-house call for the obstetrics and gynecology services approximately 4 days per month. Ended 8/08

Perform comprehensive review of material for MS-III Ob/Gyn rotation before standardized test each rotation. Ended 06/2010

Other medical student and resident education:

Lecture Medical Uncertainty: Introspective Evaluation for Ob-Gyn residents' conference May 2016

Speak at medical student ob-gyn interest groups approximately 4 times per year

Participate in weekly morbidity and mortality conferences, departmental grand rounds, and pre-operative conferences, and monthly journal clubs.

## RESEARCH AND GRANTS

### Current

Investigator-Initiated Industry Grant Awards

December 2014-current: Principal investigator for multicenter randomized trial of absorbable versus permanent suture for vaginal graft attachment during laparoscopic-assisted total hysterectomy and sacrocolpopexy. Sponsored by Boston Scientific. **Total budget $452,000**.

January 2015-current: Principal investigator for randomized trial of 2 different types of vaginal manipulators during sacrocolpopexy. Sponsored by Boston Scientific who provided 25 free Colpassist devices.

July 2012- April 2015: UNC Principal Investigator for multicenter VAULT study: A cohort study of Uphold vaginal mesh versus sacrohysteropexy. Study PI: Robert Gutman.

Industry-Initiated Grant Awards

July 2014-June 2015: Principal Investigator for Xenform vs Native tissue study sponsored by Boston Scientific. **Total budget of $220,000** with Direct Costs of $173,000.

March 2015-current: Principal Investigator for LIBERATE study of long-term use of vaginal bowel control device. **Total budget of $170,00** with Direct Costs of $102,000

### Completed

Industry-Initiated Grant Awards

July 2013- July 2014. Principal Investigator for LIFE study of novel vaginal bowel control device for fecal incontinence. Sponsored by Pelvalon. Total budget $105,000 with Direct Costs of $82,000

July 2010- June 2015. Principal Investigator for TOPAS: the evaluation of a posterior sling for fecal incontinence. Sponsored by American Medical Systems. Total budget of $227,000 and Direct Costs at $177,000.

National Grant Awards:

July 2014: Co-PI for Intuitive Surgical Robotics Fellowship Grant ($75,000) to fund a 1-year Robotics Fellowship

July 2012: PI for Intuitive Surgical Robotics Fellowship Grant ($75,000) to fund a 1-year Robotics Fellowship.

July 2005: American Physical Therapy Association, Women's Health Section Grant ($2199) for study entitled "Understanding vaginal childbirth: What do women know about the consequences of childbirth on the pelvic floor?" Co-Investigator; Ann Dunbar, PT, Principal Investigator

February 2003-June 2004: American College of Obstetricians and Gynecologists Grant in Ultrasound ($5000) for evaluation of anal sphincter injury in an asymptomatic control population. Principal Investigator.

Investigator-Initiated Internal Grant Awards:

January 2011- December 2011: North Carolina Translational and Clinical Sciences Institute Pilot Grant ($10,000) for study entitled "Influence of Stool Consistency, Urgency, and Obstetric History on Fecal Incontinence.". Served as PI.

April 2004-February 2006: A.D. Williams Research Grant ($15,000) for study entitled "CAST: Cesarean After Sphincter Tear." Pilot study for a multicenter, randomized trial of women with a history of severe perineal laceration, randomized to cesarean section versus vaginal delivery in a subsequent pregnancy. Prinipical Investigator at VCU. Other study sites include UNC Chapel Hill, Duke, and Portsmouth Naval Hospital. No indirect costs allowed. Grant funds returned secondary to premature study closure.

January 2004-January 2005: Small-grant award from the Center for Teaching Excellence at Virginia Commonwealth University for perineal anatomy project ($1500). Principal Investigator. No indirect costs allowed.

April 2002-June 2003: A.D. Williams Research Grant ($15,000) for study entitled "Anal sphincter injury in women with Urinary Incontinence and Pelvic Organ Prolapse." Principal Investigator. No indirect costs allowed.

August 2004-October 2005: Proctor and Gamble Corporation Unrestricted Educational Grant ($12,500) for a study entitled "Current attitudes and knowledge about female sexual dysfunction amongst residents in training in obstetrics and gynecology." Principal Investigator.

**PROFESSIONAL SERVICE**

Membership – Scientific, Honorary and Professional Societies

International Urogynecology Association, 2009 - Present
American Association of Gynecologic Laparoscopists, 2008 – Present
South Atlantic Association of Obstetricians and Gynecologists, 2005 - Present
Association of Professors of Gynecology and Obstetrics, 2002 - Present
American Urogynecology Society, 2001 – Present
Ware-Dunn Society, 2001 - Present
Richmond Academy of Medicine, 1997 - Present
Alpha Omega Alpha Medical Honor Society:1995 – Present. President of the UVA Chapter, 1997
Honorary member, American Society of Clinical Pathologists, 1995 - Present
Society of Gynecologic Surgeons, 2011
Fellow, American College of Surgeons, 2011
International Society of Gynecologic Endoscopy, 2011
Richmond Ob/Gyn Society, 2002 – 2010
American College of Obstetricians and Gynecologists, Junior Fellow 1997; Fellow 2004

International Committees:
Chair, International Urogynecology Association Regional Symposium Committee, 2012-2015
Board member at large, International Society of Gynecologic Laparoscopy, 2011-Present
Chair, International Urogynecology Association Education Committee, 2016.

National Committees:
Chair, American Urogynecology Society Foundation, 2013-2015
Vice Chair, American Urogynecology Society Foundation, 2011-2013
American Urogynecology Society Committee on Public Relations, 2008-2011
American Urogynecology Society Prize-Paper Selection Committee, 2007

Regional Committees:
American College of Obstetricians and Gynecologists District IV Nomination Committee, 2005

Institutional Committees

**Wake Forest Health Systems and University**
Hospital Committees
Product Review Committee Member – 2016 – present
Office of Women in Medicine Member – 2015- present
Faculty Standing Committee Appointments – 2016-2019


**University of North Carolina**
Departmental Committees:
Clinical Operations Committee, 2013-2015

Hospital Committees:
Hillsborough Leadership Committee, July 2012-June 2015
Chair 5-year review Committee: Dr. David Zvara. 2013

**VCU Medical Center Committees**
Departmental Committees:

Clinical Practice Committee, 2006-Present
Junior Faculty Development and Research Group, 2004-Present
Resident Research Committee, 2003- Present
Resident Education Committee, 2002-Present

Hospital Committees:
Chair: Robotics committee, 2009-Present
Operating Room Committee, 2009-Present
Chair: Clinical Services Committee, VCU Center of Excellence, Institute for Women's Health, 2004-Present
Invasive Procedures Committee, 2002- 2008
Senior Associate Dean for Faculty Affairs Search Committee, 2007.
Institutional Committees:
Representative to the VCU Faculty Senate (elected position), 2004-2006

**Other**
Professional panels, boards, and councils
Oral Board Examiner for the American Board of Obstetrics and Gynecology (ABOG), 2012-Present
Oral Board Examiner for Female Pelvic Medicine and Reconstructive Surgery sub-specialty examination, 2015
Mid-Atlantic Female Sexual Dysfunction Board, 2004-Present
Female Incontinence Advisory Board Member for Eli Lilly, 2004-Present
Moderator, American Association of Gynecologic Laparoscopists Annual Meeting, Las Vegas 2010, 2012
Moderator, American Association of Gynecologic Laparoscopists Annual Meeting, Orlando 2009.
Surgical Management of Fecal Incontinence Development Board, American Medical Systems, 2009.
Pfizer Overactive Bladder-Lower Urinary Tract Symptoms Competitive Grants Selection Committee, 2008, 2009.
Moderator, American Urogynecology Society Annual Meeting, Chicago IL, 2008.
Moderator, American Association of Gynecologic Laparoscopists Annual Meeting, Las Vegas 2008.
Trainer for Pfizer Speaker's Bureau regarding TESA study, 2007.
Moderator, American Urogynecology Society Annual Meeting, Palm Springs, CA 2006.
Trainer for Eli Lilly Speaker's Bureau, 2005
Faculty for national web-based conference on female urinary incontinence, 2005

Peer Reviewer
*Obstetrics and Gynecology*
*American Journal of Obstetrics and Gynecology*
*International Journal of Urogynecology*
*Journal of Women's Health*
*J Pelvic Med and Reconstructive Surg*
*British Journal of Obstetrics and Gynecology*

Community Service

Speaker, UNC Heels in Motion Healthcare Series, 2011

Women's Health Fair: Focus on Hormone Replacement Therapy, 2003

Appeared on NBC local affiliate to discuss breast cancer risk from the results of Women's Health Initiative Study, 2003.

Appeared on NBC local affiliate to discuss minimally-invasive surgical options for abnormal uterine bleeding, 2003.