# Exhibit A

**EXHIBIT A**

| Expert Name (Last name, First name) | Case Specific or General ? | Plaintiff Name (Last name, First name) | Case No. |
|---|---|---|---|
| Ellerkmann, Richard Marcus | general | Bernard, Elva | 2:13-cv-02932 |
| Ellerkmann, Richard Marcus | general | Carey, Rita | 2:15-cv-11909 |
| Ellerkmann, Richard Marcus | General & CS | Johns, Linda | 2:13-cv-11196 |
| Ellerkmann, Richard Marcus | general | Lawson, Linda Wade | 2:13-cv-06573 |
| Ellerkmann, Richard Marcus | General & CS | Meltsch, Cynthia & John | 2:15-cv-03037 |
| Ellerkmann, Richard Marcus | general | O'Fallon, Celia & Dennis | 2:14-cv-30122 |