# Exhibit D

Confidential - Subject to Protective Order

```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                     CHARLESTON DIVISION
 4                         -  -  -
 5
        IN RE:  ETHICON, INC.       :  MDL NO. 2327
 6      PELVIC REPAIR SYSTEM,        :
        PRODUCTS LIABILITY           :
 7      LITIGATION                   :
 8                         -  -  -
 9       AND VARIOUS OTHER CROSS-NOTICED ACTIONS
         CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
10
                           -  -  -
11                    December 23, 2014
                           -  -  -
12
13
14            Videotaped deposition of KATRIN
     ELBERT, Ph.D. taken pursuant to notice, was held
15   at the law offices of Riker Danzig Scherer Hyland &
     Perretti LLP, Headquarters Plaza, One Speedwell
16   Avenue, Morristown, New Jersey, beginning at 8:58 a.m.,
     on the above date, before Ann Marie Mitchell, a
17   Federally Approved Certified Realtime Reporter,
     Registered Diplomate Reporter and Notary Public for
18   the State of New Jersey.
19
                           -  -  -
20
21            GOLKOW TECHNOLOGIES, INC.
           877.370.3377 ph|917.951.5672 fax
22                 deps@golkow.com
23
24
25
```

Confidential - Subject to Protective Order

```
 1        Q.      And you would have had a design
 2   review meeting like that after each one of the
 3   stages set forth in appendix IV of PR 364?
 4        A.      Yes.
 5        Q.      Now, what is a design history file?
 6        A.      So the design history file is the --
 7   it's the archive of all the documents that show us
 8   the history of the design of the product.  It
 9   contains all of our design control documents, and
10   it's also what we use to support regulatory
11   submissions.
12        Q.      And as the project leader, do you
13   have a specific responsibility regarding the design
14   history file?
15        A.      Yes.  In the end, I have the ultimate
16   responsibility that all the required documents are
17   collected in the DHF, the design history file.
18        Q.      Is it one of your jobs is to make
19   sure everything that's supposed to be in the DHF
20   gets put in the DHF?
21        A.      Yes, that's one of my jobs.
22        Q.      And did you do that for TVT ABBREVO?
23        A.      Yes, I do.
24        Q.      And are the three-ring binders that
25   are behind your left shoulder, is that a printout of
```