# EXHIBIT A

# EXHIBIT A

| Expert Name, (Last Name, First Name) | Case Specific or General? | Plaintiff Name (Last Name, First Name) | Case No. |
|---|---|---|---|
| Harmanli, Oz | General & CS | Braun, Carlene | 2:13-cv-30481 |
| Harmanli, Oz | General & CS | Hebert, Patricia | 2:16-cv-08011 |