# EXHIBIT D

Oz Harmanli, M.D.

Page 115

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

_____
IN RE: ETHICON, INC. PELVIC REPAIR  : Master File No.
SYSTEM PRODUCTS LIABILITY          : 212-MD-02327
LITIGATION                         :
                                   : MDL No. 2327
_____  :
THIS DOCUMENT RELATES TO ALL       : JOSEPH R. GOODWIN
WAVE 8 AND SUBSEQUENT WAVE CASES   : U.S. DISTRICT JUDGE
AND PLAINTIFFS                     :
_____  :


*****VOLUME II*****


CONTINUED DEPOSITION OF OZ HARMANLI, M.D.


Taken pursuant to the Federal Rules of Civil Procedure,

at the offices of New Haven Legal Center, LLC,

900 Chapel Street, New Haven, Connecticut, before

Vicki S. McManus, a Licensed Shorthand Reporter and a

Notary Public in and for the State of Connecticut,

Shorthand Reporter License No. 00152, on Wednesday,

October 3, 2018, at 5:26 p.m.

Oz Harmanli, M.D.

---

Page 116

1    A P P E A R A N C E S :
2
3    For the Plaintiffs:
4        Wagstaff & Cartmell, LLP
         4740 Grand Avenue, Suite 300
         Kansas City MO  64112
5        816-701-1100
         Afaes@wcllp.com
6    By:  ANDREW FAES, Esquire
7
8    For the Defendants:
9        Butler Snow
         1020 Highland Colony Parkway, Suite 1400
         Ridgeland MS  39157
10       601-948-5711
         Paul.rosenblatt@butlersnow.com
11   By:  PAUL S. ROSENBLATT, Esquire
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 117

1                WITNESS INDEX
2    OZ HARMANLI, M.D.                    PAGE
3    Direct Examination Continued
       by Attorney Faes            119
4
     Cross-Examination by Attorney Rosenblatt  192
5
6
7
8                EXHIBIT INDEX
9    PLAINTIFF       DESCRIPTION        FIRST REFERENCE
10
     Exhibit 12    2015 TVT IFU        143
11
     Exhibit 13    Caldera Medical document
12                 re Desara SL        150
13   Exhibit 14    Email chain re mesh fraying  153
14   Exhibit 15    Gynecare memo re TVT-Base and
                   TVT-O complaint review    155
15
     Exhibit 16    Thubert study re
16                 TVT Exact vs. TVT      161
17   Exhibit 17    Rusavy study re mechanically
                   cut vs. laser cut tape   163
18
     Exhibit 18    Cochrane Collaboration
19                 document             203
20
21
22
23
24
25

---

Page 118

1                S T I P U L A T I O N S
2
3
4        IT IS HEREBY STIPULATED AND AGREED by and between
5    counsel for the respective parties hereto that all
6    technicalities as to proof of the official character
7    before whom the deposition is to be taken are waived.
8
9
10       IT IS FURTHER STIPULATED AND AGREED by and
11   between counsel for the respective parties hereto that
12   the reading and signing of the deposition by the
13   deponent are required.
14
15
16       IT IS FURTHER STIPULATED AND AGREED by and
17   between counsel for the respective parties hereto that
18   all objections, except as to form, are reserved to the
19   time of trial.
20
21
22            *  *  *  *  *
23
24
25

---

Page 119

1            OZ HARMANLI, M.D.,
2        called as a witness, having been previously
3        duly sworn, was examined and continued his
4        testimony as follows:
5    DIRECT EXAMINATION CONTINUED
6    BY MR. FAES:
7        Q  Doctor, we are back on the record after a short
8    break.  Are you ready to proceed?
9        A  Yes.
10       Q  Earlier, before we took a break, we were talking
11   about just erosion rates for TVT and TVT-O devices, and
12   it seemed like you were getting a little fired up.  Is
13   that accurate?
14           MR. ROSENBLATT:  Object to form.
15       A  I feel that it's unfair when good data, which we
16   have on TVT, is bypassed in favor of really bad
17   quality, outlier studies.
18   BY MR. FAES:
19       Q  Would you consider yourself somewhat of an
20   advocate for the midurethral sling?
21       A  I am an advocate of patients.  I really am a
22   women's health advocate.  I consider myself that way.
23       Q  Do you consider yourself an advocate for the
24   midurethral sling?
25           MR. ROSENBLATT:  Object to form.

---

Oz Harmanli, M.D.

| Page 120 | Page 122 |
|---|---|

**Page 120**

1  A  I have been in this area for, right now, over 20
2  years. I've seen the most effective and, at the same
3  time, the lowest risk thing I have done on my patients
4  to get the best results have been through midurethral
5  slings.
6      Because of that, I support midurethral slings. I
7  can't imagine what I would do without midurethral
8  slings, being a urogynecologist.
9  BY MR. FAES:
10  Q  Do you think that makes it difficult for you to
11  be fully objective, the fact that you can't imagine
12  what you'd do without the sling?
13  A  That's not exactly how I would interpret that.
14      What I'm saying is: The alternatives to
15  midurethral slings are so much more unfavorable, that
16  for me to offer those other procedures to the patients,
17  because of this unfair attack on midurethral slings for
18  really not scientifically proven complications, is
19  unfair.
20      So someone has to be there for support or defend
21  women's health causes.
22  Q  And you feel that's part of your job, is to
23  advocate and defend for women's health products, right?
24  A  Not women's health products. I'm talking about
25  women's health issues. I am -- that's my job.

**Page 121**

1  Q  Doctor, on page 15 of your report -- actually it
2  starts, say, on the previous page, on 14. It states "A
3  survey conducted by Faber 2017 helps demonstrate the
4  stark contrast of how surgeons don't read or rely on
5  the IFU in clinical practice compared to the importance
6  that is placed in the IFU in litigation."
7      Do you see that?
8  A  Yes.
9  Q  Is that an opinion that you intend to offer in
10  this case, is that surgeons don't read or rely on the
11  IFU in clinical practice?
12  A  Surgeons, and the educators of surgeons as
13  what -- myself being one of them, we really just teach
14  general precautions, concepts, and risks and
15  complications about the procedures.
16      So IFU may touch bases with some of them and
17  maybe it misses some others.
18      That's not my job, to really make sure that
19  people read IFUs. My job is to make sure the people I
20  train, the patients I counsel on this thing, the risks
21  and complications, as long as they are well described,
22  it's upon me, incumbent upon me to discuss that and
23  teach that. That's what I really pay attention to the
24  most.
25  Q  I appreciate and that's helpful. My question's

**Page 122**

1  actually a little different.
2      My question was: Do you intend to offer an
3  opinion in this case that surgeons don't read and rely
4  on the IFU for the TVT and TVT-O in clinical practice?
5  A  For practical purposes, as this study indicated,
6  they are less commonly looked than what litigation
7  claims basically.
8  Q  But you'd agree with me that this particular
9  study, if you want to call it that, or survey, that was
10  published by Faber, actually supports that the majority
11  of urologists and pelvic floor surgeons have actually
12  reviewed the IFU for a pelvic mesh product at least
13  once, right?
14  A  Correct. They do look. That makes sense.
15  Because we are supposed to read them.
16      But do we actually read them? That's the
17  question. And how often do we read them? So that's
18  why I think this study helps us, enlighten us about
19  that.
20  Q  Right. This study actually reflects that indeed
21  the majority of surgeons who utilize these products
22  have reviewed it at least once, right?
23  A  Correct. But that means that many times they
24  didn't.
25  Q  Do you think it's a reasonable thing for a

**Page 123**

1  physician to do to review the Instructions For Use for
2  a pelvic mesh device before using it for the first
3  time?
4  A  It certainly is a good information, piece of
5  information, to acquire before using it, because FDA
6  spends so much time helping company design that. So it
7  needs to be looked at, for sure. But it cannot be the
8  only piece of information that makes the surgeons go to
9  the OR or counsel the patients based on.
10  Q  Well, and you actually train physicians on pelvic
11  mesh products all the time, right?
12  A  Correct.
13  Q  Now, what Ethicon products do you currently train
14  physicians on?
15  A  Currently I use TVT.
16  Q  Do you also train physicians on the
17  Boston Scientific Halo?
18  A  I use the Obtryx for the transobturator approach.
19  Q  Sorry, I said that wrong.
20      So you also currently train physicians on the
21  Obtryx too, right?
22  A  That is correct.
23  Q  Any other pelvic devices, pelvic mesh devices
24  that you are currently training physicians on?
25  A  I use Centacapal [ph] XT mesh. And my current

3 (Pages 120 to 123)

Oz Harmanli, M.D.

Page 124

1   product of choice and available to me is also -- is
2   Restorelle from Coloplast.  And then occasionally I
3   still do transvaginal mesh placement for prolapse, and
4   that would be using a Restorelle mesh.  Sometimes I
5   just cut it and shape it, because, unfortunately, that
6   is also becoming harder to offer to the patients.
7       Q   But those are the -- are you also training on the
8   Restorelle mesh or not?
9       A   Rest -- transvaginal Restorelle mesh?  I am not
10   necessarily doing enough to train my fellows on it.
11      Q   Okay.  So when you train physicians on the TVT
12   and TVT-O, do you go over the contents of the IFU with
13   them?
14      A   I don't take IFU out, if that's what you're
15   asking.  Instead -- and teaching in the OR is not like
16   a lecture, clearly.
17          So the way in medicine we teach is at every step
18   of patient care and some in a formal lecture form.  But
19   there's constant teaching, sometimes coming from direct
20   patient care, sometimes indirect patient care, that we
21   go over risks, complications, alternatives.
22          Sometimes they're in the form of a conference and
23   that we have a meeting every week, we call it pre-op
24   conference.  That's a great teaching session.  When we
25   go over procedures, sometimes we pick the right

Page 125

1   procedure among ourselves, like in a consensus when a
2   decision cannot be made.
3       All of that, typically IFU doesn't come out
4   within -- during discussion.  Because we already know
5   as part of what we are going to be discussing.  And if
6   an IFU doesn't have certain information, do we care?
7   We already cover it, because we do pelvic surgery,
8   which is a risky business.
9       Q   Right.  But during these -- in addition to
10   hands-on training, you also provide lectures or
11   didactic training, right?
12      A   Correct.
13      Q   During those lectures or didactic training, there
14   is materials many times that are distributed, whether
15   it be PowerPoints or resource monographs, correct?
16      A   Correct.  If it is myself leading a lecture,
17   without any association with any company, IFU never
18   comes out.  I can tell you that.
19          And I don't think in any lecture I've seen,
20   people refer -- put pictures of IFU and make a slide of
21   those adverse events and precautions or warnings ever
22   in the slides.
23          You'll see them when it's a company-sponsored
24   teaching session, that actually they are required to
25   use those rather than anything else actually.  So...

Page 126

1       Q   So you'd agree with me that at least at a
2   company-sponsored training event for a TVT or TVT-O
3   maybe not the actual IFU itself will be looked at but
4   materials from the IFU will be in the training
5   material, right?
6       A   They are supposed to include their IFUs in their
7   training, and I'm sure they expand upon it.
8       Q   So further on on the same page, it states that
9   "The risks of pelvic floor surgery are commonly known
10   to surgeons regardless of what is contained in the
11   IFU."
12          Do you see that?
13      A   Correct.
14      Q   Is that an opinion you intend to offer in this
15   case to a reasonable degree of medical certainty?
16      A   Correct.
17      Q   I note that you state it as "The risks of pelvic
18   floor surgery are commonly known to surgeons regardless
19   of what is contained in the IFU," but you don't state
20   that the risks of the TVT device are commonly known to
21   surgeons regardless of what is contained in the IFU.
22          Is there a reason for that?
23      A   So slings, midurethral slings, TVT, TVT-O, or
24   similar procedures, are pelvic floor surgeries.  And we
25   understand that pelvic floor surgery comes with risks

Page 127

1   and potential complications.  So regardless.
2       So whenever we are discussing pelvic floor
3   surgery, with or without mesh placement, we go over
4   those things.  So -- and you don't need to look at the
5   IFU, what I'm saying, in addition to that.  You are
6   already covering all the bases.
7       So IFU is not necessarily on a day-to-day basis
8   guidance for us.  But it's something FDA asks companies
9   to do through -- for the regulatory process.  That's
10   how I see it.
11      Q   So if I state it as "The risks of the TVT and
12   TVT-O are commonly known to surgeons regardless of what
13   is contained in the IFU," do you agree with that?
14      A   So as in any pelvic surgery, the risks of
15   TVT/TVT-O are commonly known to surgeons regardless.  I
16   would agree with that statement.
17      Q   So that's a -- and is that an opinion you intend
18   to offer to a reasonable degree of medical certainty in
19   this case?
20      A   Correct.
21      Q   And is it your opinion that the risks of the TVT
22   and TVT-O are commonly known to surgeons now or at any
23   time during when the TVT and TVT-O were available in
24   the United States?
25      A   So from day one, we understood these procedures

4 (Pages 124 to 127)

Oz Harmanli, M.D.

Page 128

1  also introduced foreign material to the body, so -- but
2  foreign material has been introduced to human body
3  decades ago.
4      So any surgeon understands that, when surgery
5  involves implantation of synthetic or nonautologous
6  material, there are also things associated with that.
7  We start teaching them from the first day of medical
8  school.
9      You should understand immunology, you would
10  understand some of those things too.
11  Q  Have you ever done any kind of survey or formal
12  analysis or study of what risks pelvic floor surgeons
13  knew about the TVT and TVT-O at any given time?
14  A  I haven't done a study like that.
15  Q  So would you agree with me that your opinion that
16  the risks of the TVT and TVT-O are commonly known to
17  surgeons isn't based on any formal analysis?
18      MR. ROSENBLATT:  Object to form.
19  A  I would say that it's based on just inherent
20  nature of pelvic surgery, that the risks of any pelvic
21  surgery is well known to everybody else.  That includes
22  application of slings in the form of TVT or TVT-O.
23  BY MR. FAES:
24  Q  Right.  And, again, you are answering with pelvic
25  floor surgery, and I'm asking specifically about the

Page 129

1  risks of the TVT and TVT-O, not general pelvic floor
2  surgery.
3      So have you done, like, for example, an
4  analysis -- any kind of analysis or study to see what
5  percentage of pelvic floor surgeons knew that chronic
6  pain could result from the TVT when the TVT was
7  launched in, you know, 2000 in the United States?
8      MR. ROSENBLATT:  Object to form.
9  A  So they would -- chronic pain or discomfort at
10  the surgical site, for any reason, we already knew that
11  our procedures prior to slings were doing that.  So it
12  was always in our teachings.
13  BY MR. FAES:
14  Q  But my question is:  Did anybody -- have you ever
15  done any kind of study to determine what percentage of
16  physicians knew that chronic pain could result
17  specifically from the TVT mesh at the time of launch in
18  2000?
19  A  I answered that question already as no.
20  Q  Okay.  What about in say 2009, same answer?
21      MR. ROSENBLATT:  Object to form.
22  A  So clearly TVT was a brand-new procedure when it
23  was first launched here.  Like any procedure, it was
24  done more and more every year, and then we started
25  seeing problems from that procedure the same way as we

Page 130

1  saw problems coming from the alternative procedures.
2      We were not surprised that TVT or TVT-O in 2009
3  were causing some problem with pain at the surgical
4  site or surrounding, because we already knew that was
5  happening decades ago from our native tissue repairs.
6  BY MR. FAES:
7  Q  Right.  But have you ever -- you never did --
8  strike that.  You've already answered it.
9      So I mean same question with regard to the risk
10  of pain with intercourse from the mesh which may not
11  resolve:  Have you ever done any kind of analysis or
12  study as to what percentage or number of pelvic floor
13  surgeons knew that was a risk from the TVT mesh when
14  the TVT was launched?
15      MR. ROSENBLATT:  Object to form.
16  A  So that's not required.  And, in fact, there are
17  studies which show that actually that is not true.
18  BY MR. FAES:
19  Q  So you don't think that pain with intercourse,
20  which in some patients may not resolve, is a potential
21  adverse reaction from the TVT mesh?
22  A  It's not necessarily related to TVT itself.  Any
23  pelvic surgery can cause dyspareunia.
24  Q  But do you believe -- my question is:  Do you
25  believe that that's a potential adverse reaction from

Page 131

1  the TVT device or the TVT mesh?
2  A  From any procedure I do in the vagina, I can
3  cause pain.
4  Q  Right.
5  A  I share that with patients.
6  Q  I'm not asking about the procedure though.  I'm
7  asking specifically about the TVT mesh.
8  A  Just like the other procedures, TVT can cause
9  pain too.  So that was known to me already.
10      I'm cutting inside the vagina.  I'm making an
11  incision inside an vagina.  I don't know which way it
12  goes.  It could cause infection, wound dehiscence, and
13  all kind of things.  I don't know how her body reacts
14  to this infection.
15      So I can place a mesh underneath or not.  This
16  patient may have some complication which leads to pain.
17      Unfortunately, vagina is an instrument, is an
18  organ, for intercourse, and if you have any sensitive
19  area in that area from whatever you do, it can cause
20  pain.  Therefore, TVT is no different from anything
21  else I do there.
22  Q  Do you think it's reasonable for Ethicon and
23  Johnson & Johnson to warn in their IFU, or Instructions
24  For Use, that the TVT device may cause acute and/or
25  chronic pain?

5 (Pages 128 to 131)

Oz Harmanli, M.D.

Page 132

1     MR. ROSENBLATT: Object to form.
2     A  I don't think it's needed.  We know for a fact --
3  I've done all kind of native tissue repairs for years.
4  I cause many times more pain from procedures which did
5  not use any foreign material, and those patients had
6  more pain.
7        Just because there is a company behind a
8  product -- obviously they are going after Ethicon here.
9  But it's really unfair, because I have so many
10  patients -- and the literature's full of that.  like
11  Level I evidence in the literature shows that suture
12  material coming out from your sacrospinous ligament
13  fixation or uterosacral ligament fixation is more and
14  potentially more irritative than whatever's happening
15  with your tiny sling strip.
16  BY MR. FAES:
17     Q  So I understand from your answer that you don't
18  think it's necessary to give a warning in the IFU for
19  TVT of acute or chronic pain, but do you think it's
20  reasonable for a device manufacturer to do that?
21        MR. ROSENBLATT: Object to form.
22     A  I didn't say that.
23  BY MR. FAES:
24     Q  I'm asking you:  Do you think it's reasonable or
25  unreasonable?

Page 133

1     A  Look, if FDA is fine with the way the IFU's
2  written as the regulatory body in this country, I'm not
3  going to argue against it.
4        But do I remain within the boundaries of that, as
5  it -- as a prudent surgeon?  Obviously not.  I'm going
6  to cover all the bases, which will include discussion
7  of acute and chronic pain with any procedure I do in
8  the pelvis.
9     Q  So is your only criteria for whether or not an
10  adverse reaction needs to be warned about in the IFU,
11  or Instructions For Use, whether or not the FDA is
12  requiring it?  Or do you --
13     A  If they volunteer to include it in there, it's
14  fine.  That's their business.  I will continue to warn
15  my patients about acute and chronic pain as any prudent
16  surgeons would do.
17     Q  So you'd agree with me that it's reasonable for a
18  manufacturer like Ethicon and Johnson & Johnson to go
19  beyond what is legally -- the bare minimum that's
20  legally required and put additional warnings in the
21  Instructions For Use if they think it's relevant and
22  helpful to physicians, right?
23        MR. ROSENBLATT: Object to form.
24     A  It's up to them.  I don't mind if they do either.
25  I'll do my thing, which is already reviewing all these

Page 134

1  long-term risks with the patients, regardless of the
2  fact that I'm inserting an implant or not.
3  BY MR. FAES:
4     Q  What about:  Do you think it's reasonable for
5  Ethicon and Johnson & Johnson to warn about
6  neuromuscular problems, including acute and/or chronic
7  pain in the groin, thigh, leg, pelvic, and/or abdominal
8  area, with the TVT or TVT-O device?
9     A  If you do any kind of cutting or insertion into
10  that area, you definitely have the risk of affecting
11  some muscular, neurologic, maybe joint, function.
12  That's given.  There's no surgery which wouldn't do
13  that.
14        So it's inherent in any surgery that all the
15  anatomic structures in the area of surgery can be
16  affected, including nerves and muscles.
17     Q  So you'd agree that that's a reasonable warning
18  for a medical manufacturer device to include in their
19  IFU?
20        MR. ROSENBLATT: Object to form.
21     A  I'm not saying that.  I did not say that.
22  BY MR. FAES:
23     Q  Do you think it's unreasonable?
24        Do you think it's reasonable or unreasonable?
25        MR. ROSENBLATT: Object to form.

Page 135

1     A  It's up to them whether they want to do it or
2  not.  I wouldn't be against it.
3  BY MR. FAES:
4     Q  So it's not unreasonable to include that in an
5  IFU?
6     A  I'm indifferent to it, because I will do my
7  thing.
8     Q  Do you think it's reasonable for Ethicon and
9  Johnson & Johnson to inform doctors and patients that
10  there's been reports of chronic severe pain following
11  the use of the TVT or TVT-O mesh for SUI?
12        MR. ROSENBLATT: Object to form.
13     A  I would say that if it is the regulatory process
14  which requires that they make that change, then they
15  should make that change.  The rest is up to them.
16        If the regulatory body, which is FDA, is fine
17  with the IFU as it is, I'm not going to go debate it.
18  It's not my decision to make.
19  BY MR. FAES:
20     Q  So, again, your opinion is:  Unless the FDA
21  requires it, it doesn't need to be in there, right?
22        MR. ROSENBLATT: Object to form.
23     A  I am just saying that the regulatory function is
24  FDA and I do my own risk/benefit discussion with the
25  patient, in all kinds of surgeries, including mesh

6 (Pages 132 to 135)

Oz Harmanli, M.D.

| Page 136 | Page 138 |
|---|---|

**Page 136**

1  placement.
2  BY MR. FAES:
3      Q  Well, I mean is that your opinion or not?  Is it
4  your opinion that if the FDA doesn't need it to be in
5  there, that it doesn't need to be in there?
6      A  My opinion is:  They are obligated to follow the
7  law.  And FDA doesn't make it an issue, it does not
8  have to be there.
9      Q  Right.  So you are essentially agreeing with me:
10  Unless the FDA requires the warning to be in the IFU,
11  you are fine with a particular warning not being in
12  there, right?
13      A  I just responded to your question.
14      Q  Well, I'm not sure I understood your response.
15  Can you answer that question yes or no?
16      A  Because there is some question -- there are some
17  questions which cannot be yes and no.  So I'd rather
18  answer it that way.
19      Q  So you can't answer the question yes or no --
20  well, strike that.
21      So what standard are you applying for what
22  warnings need to be in the IFU for the TVT and TVT-O
23  product?
24      A  FDA sets the standards.  And I -- if I am not the
25  decisionmaker for FDA, it's beyond me, and I'm not

**Page 137**

1  going to make any comment on that.
2      But I'm not going to stay within the boundaries
3  of what FDA asks the company to include in their
4  documents or information available to the patient or
5  the surgeon.  I will do my job.  That's all I'm saying.
6      Q  If physicians in another country, for example,
7  Australia, tell Ethicon and Johnson & Johnson that they
8  believe that there should be a warning in the IFU, even
9  though there is already a warning regarding acute and
10  or chronic pain, that there should be a warning
11  regarding severe chronic pain following use of their
12  mesh, do you think that Ethicon should put that in
13  their IFU, or Instructions For Use?
14      MR. ROSENBLATT:  Object to form.  And
15      I'll represent we are not holding him out as
16      offering any opinions on foreign regulatory
17      matters.
18      A  All right.  So then I'm not going to answer.
19  BY MR. FAES:
20      Q  Well, I'm not asking about any foreign regulatory
21  issues.  I'm just simply asking if -- if a group of
22  physicians -- well, let's back up.
23      If a group of physicians from another country
24  goes to Ethicon, Ethicon and Johnson & Johnson and
25  says, "Look, we think you should -- we know you're

**Page 138**

1  warning of chronic pain, but we think you should also
2  warn that this chronic pain can also be very severe,"
3  do you think that's a reasonable warning for Ethicon to
4  include in their Instructions For Use?
5      MR. ROSENBLATT:  Object to form.
6      A  So regards to what country they are from?
7  BY MR. FAES:
8      Q  Right.  Because the device is the same everywhere
9  in the world, right?
10      A  So basically the Australian physicians go to
11  their own regulatory body.
12      Q  I'm saying if a physician --
13      A  They will deal with that.  So I think they should
14  communicate with their own regulatory body and that --
15  and Ethicon will decide whether -- what needs to be
16  changed in the IFU.
17      It really does not make any difference in how a
18  prudent physician should be doing out in practice.  You
19  have to still cover all those bases.
20      This is a serious procedure.  It does have
21  short-term and long-term effects.  And we all are
22  taught from day one about that, so we will do the same,
23  regardless of whatever country regulatory body says,
24  whatever, on these devices.
25      Q  Were you aware that in fact the Australian

**Page 139**

1  authorities did ask Ethicon and Johnson & Johnson to
2  make that change to their IFU, to put a warning in the
3  IFU regarding severe chronic pain following
4  implantation of the mesh?
5      A  I have some vague information about some foreign
6  changes in -- yes.  But I'm not specifically aware of
7  that request.
8      Q  Were you aware that the TVT and TVT-O is no
9  longer being sold in Australia?
10      MR. ROSENBLATT:  Object to form.  And --
11      A  It is very sad for Australian women that it's not
12  sold there.  That's the comment I'm going to make on
13  that.  Seriously.
14      MR. ROSENBLATT:  And completely lacks
15      foundation, and it is inaccurate.
16      THE WITNESS:  Yes.
17  BY MR. FAES:
18      Q  Well, are you aware that if Ethicon put that
19  warning in their IFU, that they could continue to sell
20  it in Australia?
21      MR. ROSENBLATT:  Object to form.
22      And, Andy, let's move beyond foreign
23      regulatory.  He's not offering opinions on
24      foreign regulatory.
25      MR. FAES:  I'm not asking any questions

7 (Pages 136 to 139)

Oz Harmanli, M.D.

Page 140

1    on foreign regulatory. I'm just asking what
2    he's aware of in reaching his opinions.
3        A  All I can say is that, as a women's health
4    advocate, I'm in this business to help patients. There
5    is only one motivation for me: that is helping my
6    patients.
7        If that is the case in Australia, I'm really sad,
8    really sorry for Australian women. They are missing
9    out on a major improvement in their health. It's sad.
10   BY MR. FAES:
11       Q  Earlier we were talking about consenting patients
12   for the TVT and TVT-O.
13       When you consent your patients, do you inform
14   them that there is a potential of severe chronic
15   pain --
16       A  Yes.
17       Q  -- following the TVT and TVT-O?
18       A  Definitely. And just as in I do for all the
19   other procedures, which does not include any
20   implantation.
21       Q  So I take it since you give that warning to your
22   patients, you believe it's a reasonable warning to give
23   or you wouldn't do it, right?
24       A  But how about native tissue repairs we do, who is
25   going to -- who is going to then have an IFU for our

Page 141

1    native tissue procedures and have it placed in there?
2    Right?
3        So why don't we create an IFU for everything
4    else. Let's do that.
5        Q  But my question was specifically you believe
6    that -- you obviously believe that giving a woman a
7    warning that there might be severe chronic pain
8    following a TVT or TVT-O procedure is reasonable
9    because that's something you do, correct?
10       A  Look, I do it for anything. Anytime I cut, I say
11   it. And whatever the indication for my incision, I say
12   it. Every surgeon must say it. If they don't say it,
13   then it's their problem.
14       Ethicon cannot put that in their mouth. You can
15   put in hundred IFUs, make like billboards of those
16   IFUs. Doesn't matter. Surgeon must know these things
17   already. It's inherent to what we do.
18       Q  Doctor, I apologize, but I have to ask the
19   question again, because I think it's a yes or no
20   question and I'm not getting a response to the question
21   I'm actually asking.
22       So can I have the court reporter read back the
23   last question please.
24       (Question read back.)
25       A  Yes.

Page 142

1        Q  So, Doctor, I assume that you intend to offer an
2    opinion in this case that the TVT and TVT-O IFUs, or
3    Instructions For Use, are adequate to warn physicians
4    about the risks of the device, right?
5        A  That is also wrong. That is consistent with the
6    regulation. That's all I'm saying.
7        Q  Okay. So you are not offering an opinion in this
8    case that the warnings in the -- strike that.
9        You are not going to offer an opinion in this
10   case that the warnings in the TVT and TVT-O IFU are
11   adequate for physicians using the device?
12       A  So let me phrase it this way: IFU, in my mind,
13   is a regulatory document. It's between the company and
14   FDA. If FDA says it's okay, it is okay by FDA, they
15   met that criteria to be able to market, launch this
16   product here, and the rest is up to me. That's all I'm
17   saying.
18       I'm not saying it's adequate. FDA could ask them
19   to do more. They should -- then do more. Whatever FDA
20   regulatory process requires, they must meet that.
21   That's IFU. That's the definition of IFU.
22       Regulatory process requires this stated in the
23   IFU, the rest is mine. And I as a surgeon, I as a
24   teacher, must teach my residents, fellows, and tell my
25   patients that this is not it. There is a risk.

Page 143

1        Whatever is written on that IFU doesn't matter.
2    That's all I'm saying.
3        Q  Okay. Are you aware that Ethicon has actually
4    updated its warnings for its TVT and TVT-O IFU over
5    time?
6        A  Correct.
7        Q  Are you aware that one of the -- are you aware
8    that they most recently updated it in 2015?
9        A  Correct.
10       Q  And you are aware that they added a number of
11   adverse reactions to the IFU that weren't there prior
12   to 2015 --
13       A  Correct.
14       Q  -- right?
15       And are you aware of what the additions are?
16       A  I am. Like if you -- like I may not really verse
17   them, but...
18       Q  I'm going to mark Exhibit Number 12. This is a
19   2015 TVT IFU.
20       MR. FAES: Do you want one, Paulie?
21       MR. ROSENBLATT: Sure. Thanks.
22   BY MR. FAES:
23       Q  So if you turn to the Adverse Reactions section,
24   basically everything starting with "acute and/or
25   chronic pain" down is all -- all information that was

8 (Pages 140 to 143)

Oz Harmanli, M.D.

Page 144

1  added.  Is that --
2  A  Correct.
3  Q  -- basically correct?
4  Do you believe that a physician -- if a physician
5  prior to 2015 didn't know that these things were an
6  adverse event, potential adverse event from the TVT
7  procedure, that they had somehow fallen below the
8  standard of care?
9  A  They already knew all of this.  All of this is
10  inherent to everything we do inside the vagina, period.
11  You don't need that in the IFU.  That's what I've
12  been saying.  You don't really need it.  But FDA
13  probably asked them to expand it or they maybe were
14  forced because of the litigation to include it.
15  But it doesn't change my opinion on one fact.  My
16  job is to cover all those, and I already learn it on
17  day one of my clinical education.
18  Q  But I guess my question is: If a doctor stated
19  that they didn't know prior to this IFU coming out that
20  one or more of these new adverse reactions that were
21  added was a risk of the TVT or TVT-O device, would you
22  fault that physician for not knowing that?
23  A  Literally I would see as a problem of the
24  surgeon, unfortunately.  That's why it's not needed.
25  Because that means that surgeon did not pay attention

Page 145

1  to one of the most important things of any type of
2  pelvic surgery, which is risk to the surrounding
3  organs, and some that may remain forever.  You don't
4  need a company to tell you that.
5  Q  Do you think -- do you believe that excessive
6  contraction or shrinkage of tissue surrounding the TVT
7  mesh is an adverse event that can occur with the TVT?
8  A  I do not believe that.
9  Q  You don't?
10  A  I do not believe contraction.
11  Q  So you don't believe -- do you believe that
12  excessive contraction or shrinkage of tissue
13  surrounding pelvic mesh can't occur at all or you just
14  believe it doesn't happen with the TVT?
15  A  I do not believe specific to TVT that it happens.
16  And the most important thing is, whether it happens or
17  not, we have so much, so convincing long-term data,
18  that I don't even care about it.
19  Q  Do you think that excessive contraction or
20  shrinkage of tissue surrounding the mesh can occur with
21  any of Ethicon's Prolene mesh products?
22  MR. ROSENBLATT:  Object to form.
23  A  This is not the focus of any other products, so
24  let's just say within TVT, TVT-O.
25

Page 146

1  BY MR. FAES:
2  Q  Well, I'm just asking about Prolene products in
3  general.  Do you think that can --
4  A  I will discuss that in another session.  Maybe if
5  there is a deposition for anything else, I will cover
6  that.  But I'm just going to stick with TVT, TVT-O
7  information, if you don't mind.
8  Q  So as you sit here today, you don't have any
9  opinions as to whether or not excessive contraction or
10  shrinkage of tissue surrounding the mesh can occur with
11  Ethicon's Prolene mesh?
12  A  It's irrelevant to my expert report.
13  Q  So you don't have -- you don't intend to offer an
14  opinion on that issue sitting here today?
15  A  I do not intend to offer any opinion on that.
16  Q  Do you have an opinion -- since you do not have
17  an opinion as it to whether or not it occurs --
18  A  That's wrong.  What you just said is wrong.  I
19  have an opinion, but I'm not going to offer that
20  opinion right now.
21  MR. ROSENBLATT:  I believe what he's
22  saying is he has an opinion for TVT/TVT-O,
23  but if you are asking him about other meshes,
24  he did not include other meshes in his
25  report.

Page 147

1  BY MR. FAES:
2  Q  I understand.  I'm asking about polypropylene
3  mesh.
4  And the TVT is made out of polypropylene.  Do you
5  understand that?
6  A  Correct.
7  Q  Do you have an opinion as to whether or not
8  excessive contraction or shrinkage of tissue
9  surrounding the mesh can occur with polypropylene mesh?
10  A  So there is -- there is data which claim that.
11  There is data which show and what's really happened for
12  TVT/TVT-O -- I'm just going to express that specific to
13  TVT/TVT-O -- that is a no event, even if it exists.
14  Yes, it was shown in at least two, three studies that
15  it really did not even happen.
16  Q  So a follow-up to that question is that you'd
17  agree with me then that you don't think that that's a
18  reasonable -- reasonable warning for Ethicon to give
19  with regard to the TVT products, that excessive
20  contraction or shrinkage of tissue surrounding the mesh
21  may occur?
22  MR. ROSENBLATT:  Object to form.
23  A  I do not agree that, unless it's substantiated
24  and there's abundance of evidence.  I don't see any
25  point doing that.

9 (Pages 144 to 147)

Oz Harmanli, M.D.

| Page 148 | Page 150 |
|---|---|

**Page 148**

1    (Interruption; off the record.)
2  BY MR. FAES:
3    Q  Would you agree with me that before implanting a
4  TVT or TVT-O device, you should inspect the quality of
5  the mesh edge for any fraying, and if the mesh edge is
6  frayed, you shouldn't use that mesh in a patient?
7        MR. ROSENBLATT:  Object to form.
8    Compound.
9    A  I never do that.
10  BY MR. FAES:
11    Q  So you -- okay.  He's right, it was compound.
12  Let me ask it a different way.
13      So you never -- you never inspect the quality of
14  a mesh edge of a TVT or TVT-O for fraying prior to
15  implanting it?
16    A  I do not do that.
17    Q  If you were to see that the edge of the mesh were
18  frayed, would you go ahead and use that or do you
19  believe -- or would you -- sorry, kind of
20  interrupted you there.  If you saw -- let me strike
21  that and start over.  I'm getting all flustered here.
22      If in the course of events you saw that the edge
23  of a TVT or TVT-O mesh was frayed prior to implanting
24  it, would you proceed with implanting that device or
25  would you go and get a new device that didn't have a

**Page 149**

1  frayed edge?
2    A  I don't check for that.  So I don't even know
3  what I would do in that case.
4    Q  Do you have an opinion as to whether or not a
5  frayed edge of a mesh can cause complications to a
6  patient such as an erosion?
7    A  I do not check.
8    Q  You don't believe that a frayed edge of a TVT or
9  TVT-O mesh --
10    A  No, I do not believe that, and that's based on
11  all my literature review, high-quality studies.  I
12  don't remember in any one of them this being mentioned
13  as a risk.
14    Q  So you've never heard -- strike that.
15      Have you ever heard a warning provided by any
16  manufacturer of a midurethral sling that before
17  implanting a device, you should inspect the quality of
18  a mesh edge for any fraying, and in the event that the
19  mesh edge is frayed, that you should discard it and
20  open a new unit?
21    A  I'm not aware of that.
22    Q  Assuming that a medical device company had
23  information that suggested that a frayed edge of a mesh
24  could lead to patient complications, do you think that
25  would be a reasonable warning for the device company to

**Page 150**

1  put in the IFU?
2        MR. ROSENBLATT:  Object to form.
3    A  I would look at that piece of evidence and
4  understand why that is, because it doesn't make sense
5  to me.
6  BY MR. FAES:
7    Q  Doctor, I'm going to mark Exhibit Number 13 to
8  your deposition.  And this is the current IFU for the
9  Desara SUI sling.
10        MR. ROSENBLATT:  What is the source?
11        MR. FAES:  What do you mean "the
12    source"?
13        MR. ROSENBLATT:  Did you just pull it
14    off the website though?
15        MR. FAES:  Desara.
16    What is that?
17        MR. ROSENBLATT:  Did you just pull it
18    off the website?
19        MR. FAES:  It's Desara's IFU.
20  BY MR. FAES:
21    Q  So if you can turn --
22        MR. ROSENBLATT:  I want to know what the
23    source is though and when it's from.
24        MR. FAES:  The source is Desara Medical.
25        THE WITNESS:  Caldera Medical.

**Page 151**

1        MR. FAES:  Yes, Caldera Medical, the
2    Desara sling.  I'm probably pronouncing it
3    wrong.
4        MR. ROSENBLATT:  What is the source?
5    Can I go online and find this version?
6        MR. FAES:  I don't know if you can or
7    can't.  You'd have to check.
8        MR. ROSENBLATT:  Did you get this from
9    their production?
10        MR. FAES:  No.
11        MR. ROSENBLATT:  Where did you get this
12    information?
13        MR. FAES:  I told you.  Caldera Medical.
14    It comes from Caldera Medical.
15        MR. ROSENBLATT:  Like this?
16        MR. FAES:  Yes.
17  BY MR. FAES:
18    Q  Anyway, I'm going to proceed with my question.
19      If you turn to the "Tabs" item.  Can you read
20  that highlighted portion for me?
21    A  It reads:  "Before implanting this device,
22  inspect quality of the mesh edge for any fraying.  In
23  the event that mesh edge is frayed, please discard and
24  open new unit."
25    Q  Had you ever seen a warning for that in an IFU

10 (Pages 148 to 151)

Oz Harmanli, M.D.

Page 152

1    for a midurethral sling before today?
2        A   This is the first time I see anything stated that
3    way in an IFU.
4        Q   Is that information you would have liked to have
5    had before forming your opinions in this case?
6            MR. ROSENBLATT:  Object to form.
7        A   For now approximately 20 years I've been using
8    this, this is new information for me.
9            MR. ROSENBLATT:  And I also object to
10           the extent you're using documents from other
11           litigations that have been produced.  And if
12           they have not been produced in the Ethicon
13           litigation -- I don't see a Bates stamp on
14           this.
15           MR. FAES:  It's a public document.  It's
16           not subject to any protective order.  I will
17           state that for the record.
18           MR. ROSENBLATT:  Okay.  Well, I don't
19           know that.  So I'll just maintain my
20           objection.
21   BY MR. FAES:
22       Q   So is it correct that no one from Ethicon and
23   Johnson & Johnson has -- had ever told you that a
24   frayed edge of a mesh can potentially lead to
25   complications; is that accurate?

Page 153

1            MR. ROSENBLATT:  Object to form.
2        A   Can you define "fraying" for me?  You're using
3    "fraying" asking me questions and using a term called
4    "fraying."  What does that mean?
5        Q   What does that mean to you, Doctor?  What's the
6    term "fraying" mean?
7        A   It could mean many things.  Since you are asking
8    me the questions, tell me what exactly "fraying" you
9    are asking about means and I'll answer the question.
10       Q   Well, let me back up.  Has anyone from Ethicon
11   and Johnson & Johnson ever come to you and told you
12   that there is a potential that the TVT or TVT-O mesh
13   might fray, using that word?
14       A   I've not heard that.
15       Q   If someone from Ethicon and Johnson & Johnson did
16   come to you and used that word, would you ask them,
17   "Well, what do you mean by 'fraying?'"
18       A   Definitely.  You are asking me my opinion on
19   something.  I need to understand exactly by correct
20   definition.  Because "fraying" is not very extremely
21   scientific word.  May carry different weights with it.
22       Q   Doctor, I'm going to hand you what's been marked
23   as Exhibit Number 14 to your deposition.  And I'll
24   represent to you that this was a document produced by
25   Ethicon and Johnson & Johnson in litigation.

Page 154

1            And specifically I want to have you turn to this
2    page right here and ask you:  Have you ever seen a TVT
3    device that looked like that before?
4        A   So I personally think that, having done slings,
5    all kind of mesh over the years, this is a no event to
6    me.  And that's all I'm going to say.  I don't see this
7    as a problem.
8        Q   So your answer is:  You have seen a TVT mesh that
9    looks like that before?
10       A   I have used --
11       Q   And I want to make sure we are both looking at
12   the same page.
13       A   I have used mesh in many different forms from
14   different companies.  I've seen the edges sometimes
15   becoming like that.  It has not been a problem, and I
16   don't think that has been studied in any way which
17   would show that it causes extra risk to the patient in
18   terms of mesh erosion, exposure, chronic pain, or
19   anything else.
20       Q   So just for the record, we are looking at the
21   page on Exhibit Number 14 ending in 02180829.  Right,
22   Doctor?
23       A   Correct.
24       Q   Because there is more than one picture, I just
25   want to be clear what we are looking at.

Page 155

1            So it's your testimony that you have seen mesh
2    that looks like that before and you went ahead and used
3    it when you've seen that?
4        A   Correct.
5        Q   If anyone had -- from Ethicon and
6    Johnson & Johnson had ever told you that there was a
7    potential that a frayed mesh like this could
8    potentially cause complications for the patient, you
9    would have listened to them, right?
10       A   I would really ask for the evidence, what study
11   they did.
12       Q   But no one -- I think we have already established
13   no one from Ethicon or Johnson & Johnson has ever told
14   you that, right?
15       A   I've not been told that.
16       Q   Okay.  Doctor, I'm going to hand you what's been
17   marked as Exhibit Number 15.
18           Actually let me back up.  Have you ever seen the
19   document marked as Exhibit Number 14 before?
20       A   I don't remember seeing this.
21       Q   Do you recall if it's a document that you
22   reviewed and relied on in forming your opinions?
23       A   I don't remember.  I don't remember.
24       Q   Okay.  I'm going to hand you Exhibit Number 15
25   and I'm only -- I really only doing this because you

11 (Pages 152 to 155)

Oz Harmanli, M.D.

Page 156

1   asked me about what the definition of "fraying" was.
2        So this is another document produced by Ethicon
3   and Johnson & Johnson. And this document's actually
4   public record; you can see the file stamp up at the
5   top.
6        But specifically I'm going to ask you to turn to
7   the second page ending in 9313. You see it's got a
8   complaint summary for TVT-Base and TVT-O. And you see
9   that the -- if you look at the top, the number one
10  category of complaints, with 29 complaints and then
11  22.4 percent of the complaints, is mesh fraying/roping
12  for the TVT.
13       Do you see that?
14   A   Correct.
15   Q   Has anyone from Ethicon and Johnson & Johnson
16  ever told you that the number one complaint that they
17  have with the TVT product is mesh fraying and roping?
18   A   No, because --
19       MR. ROSENBLATT: Object to form.
20   A   Because it's irrelevant. What is the point of
21  discussing that with me?
22  BY MR. FAES:
23   Q   Well, I guess there is no point if Ethicon and
24  Johnson & Johnson have never told you that --
25   A   Correct.

Page 157

1   Q   -- it caused complications.
2   A   I'm glad they're not wasting my time with that.
3   Q   Have you ever seen complaints to the company
4   where doctors have complained to physicians that they
5   in fact have had an erosion from a roped or frayed
6   mesh?
7   A   Look, I don't pay attention to what that -- those
8   kind of anecdotal experiences. I go by large
9   randomized trials, which have been done more than a
10  hundred times on TVT, maybe 60 times on TVT-O. And
11  they don't talk about those things. So it's of no
12  information for me, regardless.
13   Q   What about -- what about published case reports,
14  do you pay any attention to those?
15   A   Case reports can lead to something. And case
16  report means something when you have no access to
17  prospective randomized long-term data.
18       But this is one area, we are so fortunate to have
19  hundreds of them, I don't go to case reports for that.
20   Q   So am I correct that if you -- if you saw a case
21  report or multiple case reports reporting a
22  complication or erosion from a roped or frayed mesh,
23  you would just disregard those reports?
24   A   Look, when millions of other patients didn't have
25  that, and thousands of patients in the studies didn't

Page 158

1   have that, there's no mention about it, I only look at
2   it, be aware of it.
3        Would I use it in my practice? I haven't.
4   Because I haven't seen it in reliable resources, which
5   is Level I evidence produced so many times on TVT and
6   TVT-O. They don't talk about it.
7   Q   So do you consider such case reports or do you
8   just disregard them?
9   A   They are valuable if we didn't have all these
10  bulk of information, the best ever, in both urology and
11  gynecology world, produced for TVT and TVT-O.
12       I don't look at the case reports. There will be
13  case reports of all kind of weird monster cases. You
14  want to know about them, but they are huge outliers.
15  Because that's why they don't show up in these big
16  studies.
17       So the results of big studies matter. That's why
18  we do randomized big studies.
19       There is nothing else in my world which has been
20  more studied than TVT and TVT-O. Nothing.
21   Q   So if a person has a complication from a roped or
22  frayed mesh, do you think that person cares whether or
23  not they are an outlier, or are they concerned with the
24  adverse event that they have experienced?
25   A   That's N-O-1. N-O-1 in science means zero,

Page 159

1   nothing, zilch. You want a big denominator.
2        So that one experience, it's impossible for me to
3   conclude the roping or fraying, whatever you are
4   describing -- and the definition is not clear in your
5   mind as well -- that for me to conclude that that
6   caused it. Maybe the doctor didn't put it in the right
7   place.
8   Q   So if -- in your opinion, if the numbers are
9   small enough, that those complications don't matter to
10  you?
11   A   That's not what I'm saying. That's so funny that
12  you are saying that, because -- because you look at the
13  denominator of prospective studies. You don't look at
14  one case report to make a conclusion on a study -- on a
15  procedure.
16       If they keep coming back, there's like hundreds
17  over the years, then we must design a study to look at
18  it. But that has not happened. So that's why they
19  will remain as outliers. That's why they became case
20  report.
21       Case report is like so unbelievably rare thing
22  happens, we want to share with other people. But that
23  does not guide us for the future or for an IFU, for
24  example.
25   Q   Doctor, on page 17 of your report, you state that

12 (Pages 156 to 159)

Oz Harmanli, M.D.

Page 160

1  you've been using TVT for 20 years and have used both
2  mechanically and laser cut TVT and TVT-O.  You can
3  attest to the fact that you have not noticed any
4  clinical difference between mechanically cut versus
5  laser cut mesh with respect to effectiveness or safety
6  in my clinical practice or in the medical literature.
7      Do you see that?
8      A  Correct.
9      Q  Is that an opinion that you intend to offer in
10  this case:  that in your clinical practice, you haven't
11  noticed any clinical difference between mechanically
12  cut mesh or laser cut mesh?
13      A  Correct.
14      Q  But I think, as we covered earlier, you don't
15  even know how to tell the difference if a device is
16  sitting on the shelf whether or not it's mechanically
17  or laser cut mesh, right?
18      A  Correct.  I have no way of knowing that.
19      Q  So your opinion that you haven't noticed any
20  clinical difference between mechanically cut versus
21  laser cut mesh with respect to effectiveness or safety
22  isn't a result of any kind of formal analysis or study
23  that you've done on your own patients, correct?
24      A  That's correct.
25      Q  You also go on to state that there is no clinical

Page 161

1  data to support the difference, and in fact recent
2  studies analyzing this issue have confirmed the lack of
3  any clinical significance.
4      Do you see that?  Is that an opinion you intend
5  to offer in this case?
6      A  Yes.
7      Q  And then you cite two studies here, a Rusavy and
8  a Thubert.
9      A  Correct.
10      Q  Are those the only two studies you are aware of
11  that are specifically comparing the mechanically cut to
12  the laser cut?
13      A  At the time of this report, preparing this
14  report, I was -- I specifically reviewed those two to
15  make that conclusion.  Maybe there's other.
16      Q  At the time you wrote this report, those are the
17  only two studies that you're relying on for that
18  conclusion, right?
19      A  I had access to, yes.
20      Q  Okay.  The Thubert study, for example, that was a
21  study comparing the TVT-Exact versus the TVT, right?
22      A  Correct.
23      Can you give it to me?  Let's just mark it.
24      Q  We are at 16.
25      MR. FAES:  Sorry I don't have another

Page 162

1  copy, Paulie.  I wasn't planning to give it
2  to him.  I'm sure you know that study well.
3  BY MR. FAES:
4      Q  So this is versus the Exact and the TVT, right?
5      A  Correct.
6      Q  I think you stated earlier in the deposition that
7  you didn't know whether the Exact was laser cut or
8  mechanically cut.  Isn't that accurate?
9      A  Right now, I didn't remember which one was cut,
10  because I don't pay attention to it.
11      Q  Now, with regard to the TVT arm, is there
12  anything in the study that indicates whether the TVTs
13  used in this study were mechanically cut, laser cut, or
14  were a combination of the two?
15      A  I have to go back and review.  It's hundreds of
16  papers I reviewed for this.  I can't really remember
17  exactly.  So give me a chance to read this whole thing
18  one more time and I will answer that.
19      So maybe -- so it doesn't say anywhere in this
20  paper whether one was laser cut versus the other one
21  was not.
22      Does it say it anywhere in this study?
23      Q  I don't believe it does, at least not with regard
24  to the TVT-O arm.
25      So how did you conclude from this article, if it

Page 163

1  doesn't state whether the TVT retropubics were
2  mechanically cut or laser cut, that it supports your
3  conclusion that there's no clinical data to support the
4  difference?
5      A  I was probably told by my lawyers, who provided
6  these papers, that this was a significant paper
7  regarding that.  And that's why I use it as a -- so
8  TVT -- Exact and TVT differed in how they were cut.  So
9  that's why that conclusion could be because of that.
10      Q  So the other study that you reference in support
11  of this conclusion is the Rusavy article, correct?
12      A  Right.
13      Q  And in that article, don't they conclude that the
14  laser cut and the mechanically cut TVT-O actually do
15  differ in terms of handling and insertion and also in
16  biomechanical properties such as stiffness and
17  elasticity?
18      MR. ROSENBLATT:  Can you hand him a
19  copy?
20      A  I know that paper very well.
21      MR. FAES:  What are we on, 17?
22      MR. ROSENBLATT:  Yes.
23      THE WITNESS:  Yes.
24      A  Yes, it did find differences in those properties.
25  However, it didn't make any clinical significant

13 (Pages 160 to 163)

Oz Harmanli, M.D.

Page 164

1  difference.
2  BY MR. FAES:
3  Q  Well, if you look on page -- the second to last
4  page, about the third paragraph down, where it states
5  "Following a few cases of urinary retention after laser
6  cut tape, implantation before the commencement of the
7  second RCT, a slight change in the tensioning of the
8  tape was made. The laser cut TVT-O was implanted more
9  loosely. This change in practice was well demonstrated
10  by early ultrasound measurements and comparable to --
11  and comparable early tape release rates."
12      So they actually changed the way that they
13  implanted the laser cut mesh in the original trial and
14  then went and did a retrospective analysis of that,
15  right?
16  A  So I was -- I would thank that study, if I was
17  the reviewer of that paper, for putting that
18  information in the discussion and not studying it. So
19  actually it's a bad way of reporting outcomes.
20      So I -- unfortunately, as much as I agree with
21  their conclusions regarding there's no clinical
22  significance, that is probably a flaw of the study that
23  that was not studied well.
24  Q  Right. Because a change in the way that you
25  implant the device can affect the results, right?

Page 165

1  A  So, therefore, there's so many other things,
2  maybe, they were not doing right, so all of that
3  actually is a problem with it.
4      But the outcome, clinical outcome, is what
5  matters really. And that didn't change anything.
6  Comparison of two years subject and object, surgical
7  outcomes was similar.
8  Q  Right. But that we don't know if that conclusion
9  was confounded by the fact that they changed the way
10  they were implanting the laser cut mesh, right?
11  A  It's inconclusive regarding that.
12  Q  And you can't tell -- you've stated that you
13  can't tell the difference when you pull it off the
14  shelf between the mechanically cut mesh and the laser
15  cut. So you tension them the same, right?
16  A  So my own results for my TVT placement or sling
17  placement, I am at, based on my own studying of my
18  results, 90 percent efficacy is what I'm looking for
19  and I'm getting it and I'm very happy about it.
20  Therefore I never thought that would there be a
21  need to really study that.
22      And I think I can tell you at this point the
23  world of urogynecology has passed that. They are not
24  looking at it, laser or mechanical cut. I'm not sure
25  why you guys make it a big deal. It's -- it's to us

Page 166

1  irrelevant.
2  Q  Well, you'd agree with me that no one then --
3  that no one from Ethicon and Johnson & Johnson has ever
4  come to you as a long-term consultant and trainer for
5  them and told you that you need to tension the laser
6  cut mesh differently as opposed to the mechanically cut
7  mesh, right?
8      MR. ROSENBLATT:  Object to form.
9  BY MR. FAES:
10  Q  Nobody's ever told you that?
11  A  Because there's no study to say that they should.
12  Because there's no study to say that they should.
13      And I believe there's all other of the mesh sling
14  products which were cut one way or the other, and their
15  studies also support that it didn't matter. I mean
16  they all came to the same approximate efficacy rate,
17  which is 85-95 percent range.
18  Q  And you'd agree that one of the conclusions of
19  the study is that they were able to demonstrate that
20  not all TVT-O tapes are the same, right? It states
21  that on the last page under "Conclusion."
22  A  Right. I said that is like a speculative
23  sentence, and I would say that's not a true conclusion
24  should be allowed in a conclusive statement. But they
25  could say that.

Page 167

1      So I have no doubt Ethicon, with its resources,
2  does that job better than any other company, to
3  standardize their products.
4  Q  And they actually conclude, contrary to what you
5  state, that tape which is more resistant to elongation,
6  meaning a stiffer mesh, should be inserted under the
7  urethra less tightly to prevent urinary retention?
8  A  I think all of them have to be placed not
9  tightly. That's really -- like if they are placing
10  anything tightly, they are wrong anyway, so...
11  Q  But they are describing a difference in the way
12  that they place the laser --
13  A  Excuse me. Subjective.
14  Q  -- versus the mechanically cut mesh, which no one
15  has ever described to you, right?
16  A  So what they did with tensioning is very
17  subjective, not studied. So that is, again, not any
18  information I would use in any set or form.
19  Q  So on page 18 of your report under -- it's
20  number 2, you state that "Midurethral slings made of
21  monofilament polypropylene is the most extensively
22  studied anti-incontinence procedure in history."
23      Do you see that?
24  A  Yes.
25  Q  When you say it's the most extensively studied,

14 (Pages 164 to 167)

Oz Harmanli, M.D.

| Page 168 |
|---|

1  what do you mean by that?  Do you mean in terms of
2  quality of data, number of patients, number of studies,
3  or all of the above?
4      A  Okay.  It really is all of the above.
5      Q  So you believe that it -- that the monofilament
6  polypropylene midurethral sling is the most extensively
7  studied in terms of quality?
8      A  Quality, quantity, and years.
9      Q  Are you aware that the Cochrane analysis also
10  concludes that despite the body of data out there on
11  midurethral slings, that the overall quality of the
12  data is poor?  Have you seen that conclusion?
13          MR. ROSENBLATT:  Object to form.  And
14      can you specify which year Cochrane review
15      you are referring to?
16          MR. FAES:  I'm just asking if he's ever
17      seen that conclusion.
18          MR. ROSENBLATT:  Object to form.
19      A  I probably didn't read that comment.  Because I
20  believe if I did, I would write a letter to them.
21  Because I am extremely --
22          I don't think there could be any other body of
23  evidence which has strongest, more convincing data,
24  that study design.  There is nothing.  So I'm not sure
25  why they say that, what they regard as best study

| Page 169 |
|---|

1  design.
2      Q  So if it's the most extensively studied
3  anti-incontinence procedure in history, what is the
4  second most extensively studied anti-incontinence
5  procedure?
6      A  Then, you know, this in comparison, this would be
7  like one is 100, the other one is like 4, possibly.
8  That would be Burch autologous slings, somewhere there.
9  That much, that far distance in between.
10      Q  I'm talking about quality right now, not numbers.
11      A  Quality and numbers.  Everything.  Everything
12  included for Burch or autologous fascial sling, the --
13  the size of the data, quality, quantity, years, all of
14  that, you cannot even compare with the other two, which
15  are following from far behind, and they've pretty much
16  been abandoned today.
17      Q  But you'd agree then that basically number 2, 2
18  and 3, are behind the monofilament polypropylene sling
19  in terms of being extensively studied in terms of
20  quality as the Burch and the autologous fascial sling?
21      A  No, no, I do not.  I'm sorry, I misunderstood
22  your question.  I might go back and change it maybe, I
23  don't know.
24          But this is what I'm saying.  No, no, specific to
25  anti-incontinence surgeries, if you're asking, yes,

| Page 170 |
|---|

1  there is nothing else.
2          Actually, maybe I might even say that like needle
3  suspension procedures might have been studied more than
4  the Burch, except they failed to show long-term
5  success, that's why they are not around anymore.
6          There were procedures such as Stamey, Pereyra,
7  Gittes procedures, at some point they were quite
8  fashionable, but studies show that they didn't last too
9  long.  Maybe they were studied more than Burch.
10      Q  So what other anti-incontinence procedures did
11  you study when you made your conclusion that
12  monofilament midurethral slings are the most
13  extensively studied?  What was your basis for
14  comparison?
15      A  Burch.  So, first of all, here -- well, exactly.
16  So Burch.  Autologous slings.  Needle suspension
17  procedures, including those I just listed.  Bulking
18  agents.  Kelly-Keenedy suturing.  All of these are
19  considered surgical procedures to correct stress
20  incontinence.
21          Among all of them, by far, midurethral
22  monofilament slings have been studied more.
23      Q  So what is the second most extensively studied
24  anti-incontinence procedure in history?
25      A  I can't say with 100 percent certainty which one

| Page 171 |
|---|

1  it is.  But I can tell you there is literature to make
2  comments on the efficacy and safety of Burch,
3  autologous fascia slings, and those are the
4  anti-incontinence surgeries I just mentioned.
5      Q  If you can't tell me what is number 2, what is
6  the second most extensively studied anti-incontinence
7  procedure in history, what criteria did you use to come
8  up with the number 1, which, in your opinion, is the
9  monofilament polypropylene sling?
10      A  A literature search will help you immediately
11  see.  If you pull 100 studies on anti-incontinence
12  procedures, easily 90 of them will be on slings,
13  period.  So I don't have to find which is second or
14  third.  So remaining ten is now shared by everything
15  else.
16      Q  But how do you determine the quality of those
17  studies compared to the quality of other studies?
18      A  I studied all those studies too.  So like
19  20-something years I've been doing it.  Obviously for
20  me to conclude that midurethral slings are better, I
21  must have studied all the other studies which existed
22  for everything else before, and based on that, I could
23  see most studied for Burch was retrospective series.
24          If there was any comparison, it happened until --
25  it didn't happen until TVT came out.  And the first

Oz Harmanli, M.D.

Page 172

1    good comparison was SISTEr's trial between Burch, like
2    which could come close to the comparison done.  Like
3    Thomas trial, SISTEr's trial, compare those two,
4    autologous fascial slings, and actually they both
5    performed awfully in those studies.  They really didn't
6    perform that well.
7        Compare the Thomas trial data yourself, you'll
8    see how actually they weren't -- I wish there was a TVT
9    arm there, except at that time they were not guided
10   right.  That already when they designed SISTEr's trial,
11   the majority of gynecologists and urologists had
12   already switched to TVT.  I wish they included that as
13   an arm and we wouldn't be talking about any of these
14   things today.  They didn't.
15       So then there was Ward/Hilton study, which
16   compared TVT against Burch.  And showed that TVT is
17   same, plus a lot easier to perform, a lot easier on the
18   patient, so it was a no-brainer.
19   Q  So you are relying heavily on the quantity of the
20   studies that are available out there for your opinion
21   that the quality is the best with the polypropylene
22   slings; is that accurate or not?
23   A  That is very inaccurate, whatever you just
24   stated, so...
25   Q  You've answered my question.

Page 173

1        Doctor, on page 20 of your report, you talk about
2    "Plaintiffs' Safer Alternative Designs."  Do you see
3    where I'm at?
4    A  Correct.
5    Q  You say that "Native tissue and suture repairs
6    are not held to the standards which TVT sling has been
7    to because they are not medical devices."
8    A  That's such a true statement.
9    Q  So it's your opinion that the Prolene suture is
10   not a medical device?
11       MR. ROSENBLATT:  Object to form.
12   A  Prolene suture is not a medical device.  But it's
13   a foreign material.  And I would worry about if it
14   erodes through as much as I would worry about mesh
15   erodes through.
16   BY MR. FAES:
17   Q  Do you know whether or not the -- whether or not
18   the Prolene suture actually has an IFU, or Instructions
19   For Use, like the TVT or not?
20   A  Prolene suture, 1960s it was developed.  And I'm
21   not sure IFU was needed for it.  I'm not sure what the
22   standards were then when Prolene suture was introduced.
23   Q  So as you sit here today, you are not sure
24   whether or not the Prolene suture has an IFU, or
25   Instructions For Use, or not, correct?

Page 174

1    A  Since it goes through FDA, it must have some
2    regulatory process.  1960s, I'm not sure what the
3    standard was.  And whether sutures are held to the same
4    standard as medical devices.
5    Q  Doctor, have you studied the question at all of
6    whether or not the Prolene mesh used in the TVT or
7    TVT-O is cytotoxic?
8    A  I have studied that topic, yes.
9    Q  And do you have an opinion in that regard,
10   whether or not the TVT mesh is cytotoxic or not?
11   A  Yes, I do have an opinion.
12   Q  What is that opinion?
13   A  It's not cytotoxic.
14   Q  Is that disclosed anywhere in your expert report?
15       MR. ROSENBLATT:  Did you just ask him
16       about it?
17       MR. FAES:  Yes.
18       MR. ROSENBLATT:  Okay.  It's fair game.
19       If you want to ask him about questions, he'll
20       give you his opinion.
21   A  I'm not sure if it's here.
22   BY MR. FAES:
23   Q  Okay.
24   A  I'm not sure if it's being discussed.  So I talk
25   about degradation and carcinogenesis.  I don't think I

Page 175

1    have any specific paragraph to it.
2    Q  Let me ask you this:  Do you know what happens
3    when cells in the body are exposed to a cytotoxic
4    substance?
5        MR. ROSENBLATT:  Object to form.
6        And, Andy, am I correct that you are now
7        asking him about opinions that he's not
8        offering?
9        MR. FAES:  If he's not offering it -- he
10       just said he was offering it.  So is he
11       offering it or not, because it's not in his
12       expert report?
13       MR. ROSENBLATT:  Okay.  You're just
14       going off an outline as opposed to what's in
15       his report.
16       MR. FAES:  No, I'm asking if he's going
17       to offer that opinion.  And it sounds like
18       the answer is no because it's not in his
19       report.  So I'll stop with that line of
20       questioning.
21       THE WITNESS:  Okay.
22   BY MR. FAES:
23   Q  Do you hold yourself out as having any expertise
24   or specialized knowledge regarding the type of mesh
25   used in the TVT?

16 (Pages 172 to 175)

Oz Harmanli, M.D.

Page 176

1    A  Yes.
2    Q  And what is the basis of your expertise?  Just
3  your clinical experience?
4    A  No.  I've been in designs of these products, as
5  we discussed earlier.
6    Q  Do you have any expertise or specialized medical
7  knowledge regarding whether or not a one-millimeter
8  pore size when the mesh is used in the body has any
9  advantages or disadvantages to the patient?
10    A  So all the studies about pore size, we still
11  don't know with certainty that it makes a big
12  difference.  But the conclusion with I think the bulk
13  of information we have is, it would be safer to have
14  larger pores.  So that's why today, we all moved on to
15  larger pore mesh for both incontinence and prolapse
16  surgery.
17    Q  And in fact you'd agree that the Restorelle mesh
18  that you currently use for repair in pelvic organ
19  prolapse is substantially lighter than the mesh used in
20  the TVT, right?
21    A  That is correct.
22    Q  And you'd agree with me that a lighter weight
23  mesh can offer benefits to a patient as opposed to a
24  heavier weight mesh, right?
25    A  That is not correct.  It depends on the

Page 177

1  application of the mesh.  What purpose the mesh is
2  inserted will help me tell what density mesh or what
3  weight mesh would be most appropriate.
4    Q  You'd agree with me generally that whatever the
5  application is, whether it's stress urinary
6  incontinence or pelvic organ prolapse, it's best to
7  select the lightest weight mesh that will still do the
8  job, right?
9        MR. ROSENBLATT:  Object to form.
10    A  That's not correct.
11  BY MR. FAES:
12    Q  No?
13    A  That is really not correct.  Light possible mesh,
14  but not the lightest mesh.
15        They tried to introduce, let's say, Restorelle
16  type of mesh for stress incontinence.  But they decided
17  not to bring it to the market because it didn't perform
18  the same way.
19        So Coloplast, which is the maker -- I'm not sure
20  if I can make these comments, I think I can -- still
21  uses the former mesh, which came from Mentor, and they
22  did not use the mesh they got with the acquisition of
23  Mpathy, which made the Restorelle mesh.
24        So that statement is wrong, because application
25  for stress incontinence in the suburethra might be

Page 178

1  different than when it is inserted in the entire
2  interior vaginal compartment.
3        So yes, light mesh makes sense there, but not for
4  necessarily suburethral application.
5    Q  Well, you know from your expert report on
6  page 20, you discuss the Okulu study and mesh that was
7  used -- a lighter weight mesh that was used for stress
8  urinary incontinence.  Do you see that?
9    A  Correct.
10    Q  Do you know what mesh was used in that study?
11    A  So I don't remember right off the top of my head
12  right now.
13    Q  Are you familiar with the TVT-O partially
14  absorbable mesh product?
15    A  Oh, yes.  Right.  That actually also didn't
16  perform as well, so...
17    Q  Well, you know that the TVT-O partially
18  absorbable mesh actually contained the same mesh that
19  was used in the Okulu study, right?
20        MR. ROSENBLATT:  Object to form.  Lack
21    of foundation.  Misstates the reality.
22    A  I disagree with that.
23  BY MR. FAES:
24    Q  Why do you disagree?
25    A  Because it's not the same mesh.

Page 179

1    Q  You don't believe that the --
2    A  For many different properties, they are not the
3  same mesh.
4    Q  You don't believe that the Okulu study used the
5  Ultrapro mesh?
6    A  It was cut in a different way and inserted in a
7  different way.  So you cannot extrapolate and compare
8  those studies when the method was not the same.
9    Q  Are you aware that Ethicon and Johnson & Johnson
10  actually prepared a report in which they included that
11  the TVT-O partially absorbable was substantially
12  equivalent in terms of safety and efficacy to the TVT-O
13  product?
14    A  I am -- I am not aware of that.  But what I'm
15  aware of is TVT as it was first designed in 1996, which
16  I still use, performed very well regarding mesh
17  exposure.
18        So I don't personally see as a clinician, based
19  on the quality of the data, that I need any change in
20  the material of TVT, when it is working so well.
21    Q  So you don't see any need to change the material
22  even if it can reduce the complications?
23    A  A Complication rate, we are talking about 2
24  percent.  I wish all procedures had about 2 percent
25  complication rate.

17 (Pages 176 to 179)

Oz Harmanli, M.D.

Page 180

1    Q  So my question is:  You don't think it's
2  necessary to come down any more from 2 percent?  If you
3  can go from 2 percent to 1 percent or even half a
4  percent, you don't think the company should do that?
5         MR. ROSENBLATT:  Object to form.
6    A  No.  I would love to eliminate any complication.
7  But I know, being an expert in mesh territory, I'm not
8  sure if you will ever get there, so -- unless some new
9  revolutionary product comes out.
10        MR. FAES:  Go off the record for just a
11     second.
12        MR. ROSENBLATT:  Sure.
13        (Discussion off the record.)
14  BY MR. FAES:
15    Q  Doctor, we are back on the record after a short
16  break.  Are you ready to proceed?
17    A  Yes.
18    Q  In your expert report on page 21, you talk about
19  the degradation of TVT-O and TVT-O mesh.  Do you see
20  where I'm at?
21    A  Yes.
22    Q  You'd agree -- would you agree with me that there
23  is a debate going on as to whether or not the TVT and
24  TVT-O mesh degrades?
25    A  Correct.

Page 181

1    Q  And you'd agree that there is a substantial
2  amount of peer reviewed medical literature that
3  concludes that the TVT and TVT-O mesh does in fact
4  degrade, right?
5         MR. ROSENBLATT:  Object to form.
6    A  I disagree with what you just said.
7  BY MR. FAES:
8    Q  You don't think there is a substantial number of
9  medical -- published medical articles that reach that
10  conclusion?
11    A  "Substantial" is the wrong adjective.
12    Q  Would you agree with me that there is more than
13  25 peer reviewed published articles that conclude that
14  polypropylene mesh used in the pelvic floor does
15  degrade?
16        MR. ROSENBLATT:  Object to form.
17    A  I'm not sure how many.  But whatever exists there
18  doesn't seem substantial to me.
19  BY MR. FAES:
20    Q  And is it your opinion in this case that the TVT
21  and TVT-O mesh doesn't degrade, or that if it does
22  degrade, it's not clinically significant?
23    A  Okay.  Actually, there are also studies which
24  show that it really does not degrade.  And if -- even
25  if it does, just like you are saying, it would not

Page 182

1  change the clinical significance, because, again, we
2  regard high quality, large prospective trials as the
3  standard when we make decisions.
4         So we have 17-year data, at least two of them,
5  and that has not been any problem, even if there were
6  any degradation, but there is enough studies which are
7  on this end of the spectrum.  So they cancel each other
8  out, in my opinion.
9    Q  How did you make the determination to accept the
10  studies that you list here that conclude that the mesh
11  doesn't degrade and reject all the ones that don't?
12    A  Based on clinical data.  Clinical data trumps
13  everything, when especially it is the quality we have
14  for TVT and TVT-O.
15    Q  So is it going to be -- do you intend to offer an
16  opinion in this case that the polypropylene mesh in the
17  TVT and TVT-O does not degrade?
18    A  I do not believe it does.
19    Q  Okay.  And in reviewing -- and in forming your
20  opinion in this case, did you ever review the testimony
21  of Ethicon and Johnson & Johnson's corporate
22  representative on this topic as to what he stated
23  whether or not the mesh degraded?
24    A  Right.  There is opinions in Ethicon's circles
25  that it -- some tests, experiments, it showed some

Page 183

1  changes, but it was something to do with the
2  preparation of the specimens, which actually indicated
3  that when it was studied better, it didn't become a
4  problem, they weren't able to demonstrate it.
5    Q  But did you understand that in this case there's
6  actually been a person named Thomas Faribault that was
7  designated to speak on behalf of the company on the
8  issue of whether or not polypropylene degrades and that
9  that individual did offer sworn testimony under oath?
10    A  I wasn't aware --
11        MR. ROSENBLATT:  Object to form.  Lack
12     of foundation.
13    A  I was not aware of that.
14  BY MR. FAES:
15    Q  And you didn't review that testimony in forming
16  your opinions in this case that the mesh does not
17  degrade, right?
18    A  I don't remember reading that sort of testimony.
19    Q  Do you think it would be important to review the
20  testimony of the person that Ethicon designated as the
21  most knowledgeable person on this topic before reaching
22  your opinions?
23    A  As a scientist, I'm curious, I like to know all
24  of that.  Except I really still don't think my opinion
25  would ever change, because I rely on, methodologically,

18  (Pages 180 to 183)

Oz Harmanli, M.D.

Page 184

1    highly rated papers up there, like the Level I studies,
2    about 100 of them, which those give me the guidance.
3        So animal studies or in vitro studies, those
4    things really do not matter when clinical evidence
5    doesn't show that it has any relevance at all.
6        Q  And have you reviewed the material safety data
7    sheet for the raw polypropylene material that goes into
8    the TVT and TVT-O products?  Have you ever seen that
9    before?
10       A  I'm not sure.  If you show me a document, maybe
11   I'll remember it now.  I've read so many things over...
12       Q  Okay.  Let me ask another question.  Are you
13   aware that the manufacturer of the raw material, the
14   polypropylene that goes into the TVT and TVT-O, has
15   warned that strong oxidizers, such as peroxides, are
16   incompatible with the plastic in the TVT and TVT-O?
17           MR. ROSENBLATT:  Object to form.
18       Foundation.
19       A  I'm not aware of that.
20   BY MR. FAES:
21       Q  And you know as a urogynecologist or pelvic floor
22   surgeon, if you will, that the female vagina is a
23   natural source of peroxides, right?
24       A  Correct.
25       Q  Have you ever studied the question of whether or

Page 185

1    not the peroxides in the vagina affect the composition
2    of the TVT or TVT-O mesh?
3        A  They are really irrelevant.
4        Q  So you've never studied that question; is that
5    accurate?
6        A  I never studied that question, as I don't see any
7    merit studying it.
8        Q  I think we touched on this a little bit, but I
9    want to make sure I have your responses clear to this
10   particular line of questioning.
11       Do you know whether or not scar contracture
12   around the mesh can occur with TVT or TVT-O?
13       A  Scar contracture occurs everywhere we cut.  So --
14   and every human being's response to surgical process is
15   very different.  And that applies to placement of
16   implants, wherever they are.  So I could just put
17   stitches in there, that causes enough scar contracture
18   there.  So, to me, it really is also irrelevant.
19       Q  Well, do you know whether or not scar contracture
20   with polypropylene mesh was a problem that Ethicon
21   engineers were trying to solve?
22           MR. ROSENBLATT:  Object to form.
23       A  TVT and TVT-O, it has not been a clinical issue,
24   period.
25

Page 186

1    BY MR. FAES:
2        Q  So you then wouldn't agree that scar contracture
3    or scar tissue formation can translate into procedural
4    complications?
5        A  It is not.  It doesn't happen.  If it did, then
6    today the urethras of all people, millions of women we
7    placed slings, would be cut off with the contracted
8    scar tissue, TVT and around it.
9        Q  So you then would disagree that scar contracture
10   from the TVT or TVT-O can cause pain?
11       A  Scar formation can cause pain in any surgery.
12   And it could happen when you have TVT-O or TVT.
13       Q  So you'd agree then that scar contracture around
14   the TVT or TVT-O mesh can occur and can potentially
15   lead to pain, right?
16           MR. ROSENBLATT:  Object to form.
17       A  Scar formation is just a process which happens in
18   all kind of surgeries, including pelvic floor
19   surgeries, including anti-incontinence surgeries, with
20   or without mesh use.  And scar formation, as we have
21   been saying, in the vagina can cause pain, whether it
22   was used for mesh placement or not.
23   BY MR. FAES:
24       Q  So I'm not sure if I got an answer to my question
25   there.  Because I was asking -- I'm asking specifically

Page 187

1    about TVT and TVT-O.  I'm not asking about pelvic floor
2    surgeries or any other surgeries.  So I'm going to ask
3    that the reporter read back the last question.
4            MR. ROSENBLATT:  Object to form.  Asked
5        and answered.
6            (Question and answer read back.)
7        A  That answers your question.
8    BY MR. FAES:
9        Q  I don't think it does.  It's a yes or no
10   question.  Can you answer that question yes or no or
11   not?
12       A  I cannot answer yes or no, sorry.
13       Q  So you'd agree with me that you can't answer the
14   question yes or no as to whether or not scar
15   contracture can occur around the TVT and TVT-O and
16   whether that can cause pain; you can't answer that one
17   way or another?
18           MR. ROSENBLATT:  Object to form.  Asked
19       and answered.
20       A  Yes or no answer will not serve this process
21   right.  So I decline to answer in any other form.
22   BY MR. FAES:
23       Q  Would you agree that scar contracture can occur
24   around the TVT or TVT-O mesh in general -- strike that.
25       Can scar contracture occur around the TVT and

Oz Harmanli, M.D.

Page 188

1  TVT-O mesh?
2      A  Yes, it can.
3      Q  Can that scar contracture -- can -- well, strike
4  that.  Let me back up.
5          Can scar contracture lead to pain?
6      A  Yes, it can.
7      Q  Can scar contracture lead to discomfort during
8  sex?
9      A  Yes.
10     Q  Can scar contracture lead to erosion?
11     A  No.  And all the answers I gave are also valid
12  for all the other pelvic floor surgeries I do without
13  implantation of mesh.
14     Q  Would you agree with me that a mesh could
15  potentially be too stiff to be used for the treatment
16  of stress urinary incontinence?
17     A  If you don't use the right material, it could be
18  too stiff.
19     Q  Right.  So you agree that it's possible that
20  someone could introduce a material for the treatment of
21  stress urinary incontinence and that material could
22  turn out to be too stiff after testing and clinical
23  studies were done, right?
24     A  No.  No.  No.  Not like that.  Not like that.
25  That is wrong, how you said that.

Page 189

1          So the way you test on tensile strength in the
2  lab, stiffness does not necessarily almost always apply
3  in clinical medicine.  We have seen that many times.
4  So I'm not going to translate that to the fact that
5  it's going to cause problems there.  So stiffness might
6  be an irrelevant property.
7          What matters, again, is one thing:  In the
8  clinical use, after millions of use, what has happened?
9  And the best studies to study that is the Level I
10  randomized trials and also the ones which look at it in
11  a systematic fashion and meant to analyze them.
12         When you look at them, what TVT and TVT-O did,
13  regards to whatever it was found in the lab with
14  stiffness, performed very well.
15     Q  So my question is though, is it hypothetically
16  there could be a mesh out there that could turn out to
17  be too stiff for the indication of stress urinary
18  incontinence, right?
19     A  What is stiff for a clinical use?  That also has
20  not been described.
21         Stiff in the physics lab is one thing, mechanical
22  lab is one thing.  Stiff in tissue is another thing.
23  We don't understand that yet.
24     Q  On page 23 of your report, you state that "The
25  product IFUs for the TVT and TVT-O appropriately admit

Page 190

1  well-known risks that can occur with any pelvic floor
2  surgery with or without mesh."  Do you see that?
3      A  Yes.
4      Q  What risks?
5      A  23, right?
6      Q  Yes.
7      A  Yes.
8      Q  It's the middle of the page.  What risks do you
9  think that the IFUs for the TVT appropriately omit?
10     A  So the ones we know in any surgery which we do.
11         Nerve damage.  Yes, I can cause nerve damage
12  without touching any foreign material, without
13  insertion of even like a permanent stitch.  I can do it
14  with a Vicryl stitch.  I can do it with patient's --
15  her own tissue inserted there.
16         Organ damage.  I've seen it happening in
17  C-sections, hysterectomies, or any kind of surgery.
18         Bleeding, hematoma.  Pain, dyspareunia.  Those
19  are inherent in all these surgeries.
20         Hysterectomy will cause chronic pain.  Not in
21  every case.  It will.
22         Same for implants, because it's in the pelvis.
23  It will cause dyspareunia.  All of that.  So they
24  omitted them most of the time.
25         But then they had to change it, because that was

Page 191

1  needed because of the litigation going on.  And that
2  was more like professional liability purposes, I guess,
3  they were instructed to do that.
4          But in my opinion, I -- as a surgeon, I know that
5  these will happen whatever I do in the pelvis.
6      Q  So it's your opinion that all those risks --
7  nerve damage, organ damage, bleeding, hematoma, pain,
8  dyspareunia, were just added due -- because of
9  litigation and are of no help to doctors or patients?
10     A  I didn't say that.  What I'm saying is doctors
11  already know.  As long as -- as soon as they step their
12  foot in the OR, they are potentially going to have some
13  of these problems and they are prepared for it.  And no
14  medical device company should tell that.  They are all
15  well educated on that.
16         If they are not, then they probably should not
17  even perform surgeries.
18     Q  Do you know when the adverse events of nerve
19  damage and organ damage were actually added to the TVT
20  IFU?
21     A  2015.
22     Q  Would it surprise you to learn that they were
23  actually added in April of 1999?
24     A  They were in the IFU in April of 1999?
25     Q  Were you aware that there was an update to the

Oz Harmanli, M.D.

Page 192

1    TVT IFU -- I'm sorry, I misstated that.
2         That's right.  Were you aware that there was an
3    update to the "Adverse Reaction" section of the TVT IFU
4    in 1999?
5         MR. ROSENBLATT:  Object to form.
6    A  I am not aware of that.
7         MR. FAES:  Okay.  I think that's all the
8         further questions I have, subject to any
9         follow-up from Paul.
10        MR. ROSENBLATT:  Do we have any time
11        left for it?
12        Can we go off the record for just a
13        minute.
14        (Discussion off the record.)
15   CROSS-EXAMINATION
16   BY MR. ROSENBLATT:
17   Q  Doctor, we are back on the record.
18        Your CV, which was marked as Exhibit 5, have you
19   in fact published clinical studies, clinical
20   information, reporting outcomes from midurethral
21   slings?
22        MR. FAES:  Object to the form.
23   A  Yes.
24   BY MR. ROSENBLATT:
25   Q  Would that include Ethicon's TVT devices?

Page 193

1    A  Correct.
2         MR. FAES:  Objection.
3    BY MR. ROSENBLATT:
4    Q  In addition to contributing to the peer reviewed
5    medical literature on TVT and other midurethral slings,
6    do you continue to assess the published literature?
7         MR. FAES:  Objection.
8    A  Always.
9    BY MR. ROSENBLATT:
10   Q  In addition to reviewing the medical literature,
11   are you also on any editorial boards where you are
12   reviewing submitted articles for potential publication?
13   A  Yes, I was on the editorial board for Journal of
14   Female Pelvic Medicine and Reconstructive Surgery.
15   Q  And in your opinion, how has that experience
16   helped you with your methodology in assessing the
17   safety of midurethral slings?
18   A  So since my training, I've always focused on
19   studying best methodology.  And I have run journal
20   clubs in all three; now I'm the head of journal club at
21   Yale ob-gyn department, and I have been on SGS,
22   Systematic Review Group, and I've been on the editorial
23   board, I've been ad hoc reviewer for 20 different
24   journals.  So my passion, to review papers.
25   Q  So would it be fair to say that a lot of the

Page 194

1    materials listed on your reliance list are articles or
2    publications, position statements, that you were
3    already familiar with before you became involved in
4    this litigation?
5         MR. FAES:  Object to form.
6    A  Correct.  I have been reading up -- 80 percent of
7    what I reviewed, I did it before ever knowing you.
8    BY MR. ROSENBLATT:
9    Q  Okay.  Prior to becoming involved in the
10   litigation, what significance on the Oxford levels of
11   evidence did you give to animal studies, bench studies,
12   Petri dish studies, or company documents?
13        MR. FAES:  Objection.
14   A  The lowest.  So level 5, level 6.
15   BY MR. ROSENBLATT:
16   Q  And did you take the time to review some of the
17   plaintiffs' general expert reports?
18   A  Yes.
19   Q  And did that help inform you to some of the
20   claims that they are making in this litigation about
21   the safety and the design of the TVT?
22        MR. FAES:  Objection.
23   A  Yes.
24   BY MR. ROSENBLATT:
25   Q  And is that why you tried to respond to some of

Page 195

1    those claims in your report?
2         MR. FAES:  Objection.
3    A  That is true.
4    BY MR. ROSENBLATT:
5    Q  And so, Doctor, you were asked some questions
6    about -- well, strike that.  We will get there.
7         Doctor, could you just briefly describe your
8    experience in teaching residents and fellows.
9    A  With what respect?
10   Q  With respect to how you go about teaching
11   residents and fellows how to perform midurethral slings
12   and how you educate them on potential risks or
13   complications of pelvic floor surgeries.
14   A  So it's extremely important that, you know, we
15   will raise the next generation of doctors who will
16   perform all these surgeries, and probably take it to
17   another level, so -- but it's also important to make
18   sure that they practice in a safe zone.
19        And we take hours in classrooms, cadaver labs, in
20   the OR, to make sure that we cover all the risks and
21   complications.  We use simulation in a dry lab before
22   applying many of these things in the OR; that has
23   helped a lot.  And then we take them step by step, and
24   we make sure that, at every step, safety is our
25   priority.

21 (Pages 192 to 195)

Oz Harmanli, M.D.

Page 196

1    Q  Doctor, are you suggesting that you don't just
2 take the IFU, throw it at your residents, and say
3 "You're on your own, good luck"?
4       MR. FAES: Objection.
5 BY MR. ROSENBLATT:
6    Q  "Here's your -- you've completed your residency
7 and your fellowship now."
8       MR. FAES: Objection.
9    A  I don't think I have ever read the IFU together
10 with the residents or fellows. We teach all of that at
11 all times in the OR, after the OR, before stepping in
12 the OR.
13 BY MR. ROSENBLATT:
14    Q  Is an IFU intended to replace the clinical
15 experience and education and training that residents,
16 fellows, and pelvic floor surgeons are expected to
17 have?
18       MR. FAES: Objection.
19    A  Absolutely not.
20 BY MR. ROSENBLATT:
21    Q  Doctor, you were asked some questions about some
22 consulting work that you've done for other
23 manufacturers. Have you done any consulting work in a
24 litigation capacity for any other mesh manufacturers
25 involving the pelvic mesh litigation?

Page 197

1    A  No.
2    Q  So to the extent you've been a litigation expert
3 for a mesh manufacturer, Ethicon would be the only one.
4 Fair?
5    A  So far. This is the, ever, first one I accepted
6 to be.
7    Q  And the other consulting work that you described
8 was more about consulting on the use of the product and
9 various design features; is that accurate?
10    A  Correct.
11    Q  If you had noticed that any information in an IFU
12 was misleading, would you have made that apparent to
13 companies like Ethicon?
14    A  Undoubtedly.
15       MR. FAES: Objection.
16 BY MR. ROSENBLATT:
17    Q  And in your experience reviewing the TVT and
18 TVT-O IFUs, did you see anything in there that you
19 found to be misleading?
20       MR. FAES: Objection.
21    A  Absolutely not.
22 BY MR. ROSENBLATT:
23    Q  Doctor, you told us that some of your practice in
24 treating incontinence is split 50/50 between the
25 retropubic and transobturator slings. Fair?

Page 198

1    A  That's correct.
2    Q  Why is it that you would use both approaches for
3 certain patients?
4    A  As I was saying, I'm responsible in training next
5 generation surgeons. And both of these skills are
6 necessary because there might be different applications
7 for every patient. So it's my job to make sure that
8 they have gained both skills.
9    Q  And do you know if surgeons -- or residents and
10 fellows are expected to be able to perform retropubic
11 and transobturator slings?
12    A  Correct.
13    Q  And in addition to being able to perform those
14 two different procedures, are they also expected to be
15 familiar with how to counsel a patient about the risks
16 and benefits of those procedures?
17    A  That's more important than anything else. My
18 counseling includes sheets of papers in addition to
19 regular hospital boilerplate consent forms.
20    Q  And, Doctor, when was the last time you performed
21 a TVT retropubic?
22    A  Just yesterday.
23    Q  Yesterday?
24    A  I did two of them. And this morning. Both
25 patients went home with the most pleasant smiles.

Page 199

1    Q  And did anything that Mr. Faes asked you today
2 give you any concern about implanting a TVT tomorrow if
3 you had to?
4       MR. FAES: Objection.
5    A  I'm not changing my management, because I am
6 vindicated. I've been supported by literature and
7 years -- 20 years of practice.
8 BY MR. ROSENBLATT:
9    Q  And would it be fair to say all the opinions in
10 your report -- we didn't discuss all of them today.
11 But all of the opinions you express in your report, you
12 hold those to a reasonable degree of medical certainty?
13    A  Correct.
14    Q  And are all of the opinions in your report based
15 on your clinical experience as well as your review and
16 ongoing analysis of the peer review published
17 literature?
18    A  Yes.
19    Q  You were also asked some questions about
20 mechanically cut versus laser cut.
21       Do you know when laser cut was introduced?
22    A  I was told by you guys when it was introduced. I
23 didn't pay attention to it.
24    Q  And so would it be fair to say from at least
25 1999, when you started using TVT, to late 2006, when

22 (Pages 196 to 199)

Oz Harmanli, M.D.

Page 200

1  all of the TVTs and TVT-Os would have been mechanically
2  cut, that you would have definitively then been using
3  mechanically cut TVT or TVT-O?
4          MR. FAES:  Objection.
5      A  Yes.
6  BY MR. ROSENBLATT:
7      Q  And have you continued to follow those patients
8  over time?
9          MR. FAES:  Objection.
10     A  Many of those patients came back to me.
11 BY MR. ROSENBLATT:
12     Q  And in the literature that you've reviewed as
13 well as in your clinical experience, have you noticed
14 any significant distinction -- any significant clinical
15 distinction regarding mechanically cut versus laser
16 cut?
17         MR. FAES:  Objection.
18     A  I have not sensed any difference in between.
19 BY MR. ROSENBLATT:
20     Q  And if there was a difference, would you be more
21 aware of any clinical impact it may have?
22         MR. FAES:  Objection.
23     A  Certainly.
24 BY MR. ROSENBLATT:
25     Q  Are you aware of any clinical literature that has

Page 201

1  demonstrated that mechanically cut TVT is safer than
2  laser cut TVT or that laser cut TVT is safer than
3  mechanically cut TVT?
4      A  I don't see any credible report which would say
5  either one.
6      Q  You were asked some questions about -- I think
7  you were asked different versions of the question about
8  how many revision procedures you've done or how many
9  removal procedures you've done.  But just so we are
10 clear, do you do your best to track the complications
11 that you treat?
12         MR. FAES:  Objection.
13     A  Definitely.
14 BY MR. ROSENBLATT:
15     Q  And would that be true for nonmesh procedures and
16 for mesh procedures?
17         MR. FAES:  Objection.
18     A  Everything I do, I want to see how good my
19 outcomes are.
20 BY MR. ROSENBLATT:
21     Q  And if you noticed a significant trend in
22 treating complications from your incontinence
23 procedures, would you -- or strike that.
24         Have you noticed any significant changes in
25 treating complications from incontinence procedures?

Page 202

1      A  If I noticed anything, I would definitely make a
2  change in my practice.
3          Also, I forgot to tell that actually almost
4  throughout my practice, I published my outcomes in one
5  lit form or another.  It must be sometimes
6  retrospective review or future review.  So I've been on
7  top of my outcomes, and diligently, to be able -- I've
8  presented them in meetings, and some turn into papers,
9  abstracts and papers.  So I know what my complication
10 rates are very well.
11     Q  And, Doctor, is there a difference in removing
12 mesh versus just doing a simple urethrolysis or
13 trimming some mesh from an exposure?
14     A  There certainly is.  I can tell you:  I don't
15 think there is any mesh complication, as we call it, in
16 terms of either exposure or causing voiding problems,
17 both of which require revision, or sometimes chronic
18 pain, that I cannot take care of with a simple same-day
19 procedure.
20     Q  And I believe you told Mr. Faes that the exposure
21 rate for midurethral slings like TVT and TVT-O were
22 somewhere around 2 percent.  Is that correct?
23     A  Yes.
24     Q  And what is that based on?
25     A  So that, also, in line with my own personal

Page 203

1  experience, well tracked and reported, because we also
2  publish our data.  That is -- obviously, I don't -- I
3  like to share my own data with my patients, but I
4  really regard the numbers which come from these large
5  randomized prospective trials.
6          And when the randomized trials get into a
7  systematic review and the most formal methodology with
8  the meta-analysis, the value of that is huge.
9          So Cochrane database, Schiff's report, Maher's
10 report, Ford's report, Tomicelli's report -- these
11 matter.  And they all agree on one thing:  That mesh
12 erosion rate is about 2 percent.  Revision for mesh is
13 about 1 to 3 percent across the studies.
14     Q  Doctor, I'm handing you what's been marked as
15 Exhibit 18, which is the Ford 2015 Cochrane review.  Do
16 you see that?
17     A  Right.
18     Q  And is this one of these studies that you relied
19 upon and cited in your report?
20     A  Correct.  And I just mentioned this as one of the
21 highest regarded analyses, which covered all the
22 studies up to that date.
23     Q  And, Doctor, if you turn to the last page --
24 well, before we go there, is it correct that this
25 Cochrane review tracked 81 randomized controlled trials

23 (Pages 200 to 203)

Oz Harmanli, M.D.

Page 204

1  that included approximately 12,113 women?
2        MR. FAES:  Objection.
3     A  That is correct.
4  BY MR. ROSENBLATT:
5     Q  And why is it you would rely on something like a
6  Cochrane review that's composed of 81 RCTs as opposed
7  to just one study?
8     A  Because they don't base their conclusions on case
9  reports or animal studies.  They have high standards.
10       They first grade the studies with respect to
11 their quality, methodology.  They don't include studies
12 which have -- do not describe their definitions well,
13 for example, and some of these things.  And they have
14 to have certain number of -- for the sample size, they
15 have to have certain years of follow-up, and they have
16 to have certain cutoffs for dropouts and patient wants
17 to follow up.
18       When they did that, they were able to include
19 some of the studies for comparison, and this came to be
20 81 trials.
21    Q  And, Doctor, you were asked some questions
22 about -- what was it?  It was a question that I believe
23 was referencing an older 2009 Cochrane review about the
24 data being poor.
25       Do you recall that question?

Page 205

1     A  Correct.
2     Q  And counsel just referred to a Cochrane review
3  citing the quality of data as being poor; he didn't
4  tell you which systematic review he was referring to?
5        MR. FAES:  Objection.
6     A  I agree.
7  BY MR. ROSENBLATT:
8     Q  And if you look on the last page of this
9  publication under the paragraph starting "Adverse
10 Effects" --
11    A  Right.
12    Q  -- and towards the bottom it says "There is
13 moderate quality evidence that overall reported rates
14 of tape-related complications are low, such as erosion
15 of the tape into the vagina, at about 2 percent for
16 both routes of tape insertion.  The reported occurrence
17 of problems with sexual intercourse, including pain,
18 was low, and leakage of urine during intercourse are
19 improved following insertion of these tapes."
20       Did I read that correctly?
21    A  Yes.
22    Q  And what did the 2015 Ford Cochrane review
23 determine as far as the quality of evidence?
24    A  Moderate quality.
25    Q  And then the limitations of the review, do they

Page 206

1  again mention that most of the results are based on
2  moderate quality evidence?
3     A  Correct.
4     Q  So would it be accurate as of this 2015 Cochrane
5  review -- what counsel was asking -- that most of the
6  data would be poor?
7        MR. FAES:  Objection.
8     A  That would be really wrong.
9  BY MR. ROSENBLATT:
10    Q  And, Doctor, how would you describe the quality
11 of evidence for the Burch colposuspension procedure and
12 the autologous fascial sling?
13    A  Poor.
14    Q  Is there any procedure to treat stress urinary
15 incontinence from a clinical data perspective that
16 comes even close to being comparable to midurethral
17 slings?
18       MR. FAES:  Objection.
19    A  I don't think there ever will be.
20 BY MR. ROSENBLATT:
21    Q  Is that why you had a difficult time thinking,
22 you know, what would be next in line as far as the best
23 study and treatment?
24       MR. FAES:  Objection.
25

Page 207

1  BY MR. ROSENBLATT:
2     A  I can't imagine if there is anything.
3        I guess one thing would be really good is like if
4  we had 17-year data for 2,000 patients, every single
5  patient followed up.  Something like that.
6     Q  And are you aware of multiple 17-year follow-up
7  studies for TVT?
8        MR. FAES:  Objection.
9     A  There are two of them now.
10 BY MR. ROSENBLATT:
11    Q  And if there were three, you wouldn't -- that
12 wouldn't surprise you?
13       MR. FAES:  Objection.
14    A  I wouldn't really be surprised, because, again,
15 actually this is one thing we can track really well.
16 That's another thing that actually -- midurethral sling
17 lends itself to good follow-up.
18 BY MR. ROSENBLATT:
19    Q  And turning to the -- so it would be the third
20 page under "Author's Conclusions."  It starts off by
21 saying "Midurethral sling operations have been the most
22 extensively researched surgical treatment for stress
23 urinary incontinence, SUI, in women and have a good
24 safety profile.  Irrespective of the routes traversed,
25 they are highly effective in the short and medium term

24 (Pages 204 to 207)

Oz Harmanli, M.D.

| Page 208 | Page 210 |
|---|---|

**Page 208**

1  and accruing evidence demonstrates their effectiveness
2  in the long term. This review illustrates their
3  positive impact on improving the quality of life of
4  women with SUI."
5      Did I read that correctly?
6          MR. FAES: Objection.
7      A  I agree with every single sentence in there. I'm
8  so happy that actually something like that comes from
9  Cochrane Database, which is regarded highly because of
10  their objectivity and the quality they are seeking for
11  at all times.
12  BY MR. ROSENBLATT:
13      Q  Did Mr. Faes show you any studies demonstrating
14  that TVT or TVT-O degraded?
15          MR. FAES: Objection.
16      A  No.
17  BY MR. ROSENBLATT:
18      Q  Did Mr. Faes show you any clinical studies
19  demonstrating that TVT or TVT-O frayed to the point of
20  causing any clinical significance?
21          MR. FAES: Objection.
22      A  No.
23  BY MR. ROSENBLATT:
24      Q  Did Mr. Faes show you any clinical studies
25  demonstrating any clinically significant difference

**Page 209**

1  comparing mechanically cut versus laser cut --
2      A  No.
3          MR. FAES: Objection.
4  BY MR. ROSENBLATT:
5      Q  -- TVT?
6      Doctor, Exhibit 8 was an invoice of $500. It
7  looks like a consulting fee for the Ethicon
8  Incontinence and Pelvic Floor Summit.
9      A  Correct.
10      Q  What was the purpose in attending that summit in
11  2011?
12      A  I remember details, some details about it. That
13  it was basically a gathering of opinion leaders in the
14  area, in a place where we could all share our opinions
15  on some changes they wanted to introduce. They were
16  getting our input on their process and new R&D.
17      Q  And was that a helpful thing?
18      A  It really helped me a lot, because those meetings
19  allow me to exchange experiences among my colleagues,
20  and many of them do some things more than I do. And
21  so, in my mind, that definitely improves my knowledge
22  and...
23      Q  So if you had stayed back in the operating room
24  instead of getting this $500 flat fee, would you have
25  made more with this $500 consulting fee?

**Page 210**

1          MR. FAES: Objection.
2      A  I mean it's definitely symbolic compared to what
3  we really could do professionally for that time spent
4  there. But for me, that is still valuable because that
5  is a great forum for me to exchange ideas.
6  BY MR. ROSENBLATT:
7      Q  And when you said they had thought leaders, would
8  they have included thought leaders of all different
9  folks with differing opinions?
10      A  That is correct.
11      At that time, I was not necessarily a heavy TVT
12  or Prolift user, for example, but they included me
13  there. And that didn't really change my attitude
14  either. So prior to that and now, but I had not seen a
15  meeting, and still the same; it does not change how I
16  approach procedures.
17      Q  Exhibit 9 was an email that looks like you wrote
18  in 2009. One of the things that you wrote though was
19  about TVT being back, and you said you were glad it's
20  back.
21      A  Correct.
22      Q  Did counsel ask you about that portion of the
23  email?
24      A  No.
25          MR. FAES: Objection.

**Page 211**

1  BY MR. ROSENBLATT:
2      Q  And is Yale currently stocking TVT?
3      A  Correct.
4      Q  And are you glad that Yale is stocking TVT?
5      A  I'm extremely happy that we have it.
6      Q  You were also shown the 2015 TVT IFU. Do you
7  recall that?
8      A  Yes.
9      Q  And you were asked some questions starting with
10  acute and/or chronic pain and various other
11  complications that were added to the 2015 IFU, right?
12      A  Correct.
13      Q  Is acute and/or chronic pain a risk that can
14  occur with any incontinence procedure?
15          MR. FAES: Objection.
16      A  Yes.
17  BY MR. ROSENBLATT:
18      Q  Is voiding dysfunction a potential complication
19  that can occur with any incontinence procedure?
20          MR. FAES: Objection.
21      A  Yes.
22  BY MR. ROSENBLATT:
23      Q  Is pain with intercourse, which in some patients
24  may not resolve, a potential complication of any
25  incontinence procedures?

25 (Pages 208 to 211)

Oz Harmanli, M.D.

Page 212

1      MR. FAES:  Objection.
2    A  Correct.
3  BY MR. ROSENBLATT:
4    Q  Would neuromuscular problems, including "acute
5  and/or chronic pain in the groin, thigh, leg, pelvic,
6  and/or abdominal area may occur," a potential
7  complication of any incontinence procedure?
8      MR. FAES:  Objection.
9    A  Yes.
10  BY MR. ROSENBLATT:
11    Q  Is recurrence of incontinence a potential
12  complication of any incontinence procedure?
13      MR. FAES:  Objection.
14    A  Certainly.
15  BY MR. ROSENBLATT:
16    Q  Is bleeding, including hemorrhage or hematoma, a
17  potential complication of any incontinence procedure?
18      MR. FAES:  Objection.
19    A  Yes.
20  BY MR. ROSENBLATT:
21    Q  Is "one or more revision surgeries may be
22  necessary to treat these adverse reactions" a potential
23  complication of any incontinence procedure?
24      MR. FAES:  Objection.
25    A  Correct.

Page 213

1  BY MR. ROSENBLATT:
2    Q  Are all of those potential complications risks
3  that you would expect residents and fellows to be
4  familiar with?
5      MR. FAES:  Objection.
6    A  Absolutely.
7  BY MR. ROSENBLATT:
8    Q  And would that be true for mesh or nonmesh
9  surgeries?
10      MR. FAES:  Objection.
11    A  That is very true.
12  BY MR. ROSENBLATT:
13    Q  And was that true even before TVT was available
14  in 1998?
15      MR. FAES:  Objection.
16    A  It's always true in any area of medicine, that
17  we -- those are potential complications of any type of
18  procedure.
19  BY MR. ROSENBLATT:
20    Q  And then plaintiffs' counsel showed you a Desara
21  IFU, or I'm not sure where he got it from.  But do you
22  recall seeing that?
23    A  Yes.
24    Q  Do you use Desara's midurethral slings?
25    A  Not currently.

Page 214

1    Q  And have you noticed any clinical significance of
2  mesh fraying?
3      MR. FAES:  Objection.
4    A  I haven't.
5  BY MR. ROSENBLATT:
6    Q  Okay.  You were also shown on Exhibit 14 a
7  photograph of mesh here.  You don't know how this mesh
8  was used or whether or not this was a demo unit that
9  had just been improperly stretched, do you?
10      MR. FAES:  Objection.
11    A  Correct.
12  BY MR. ROSENBLATT:
13    Q  Okay.  You were asked some questions about the
14  ProtoGen device?
15    A  Yes.
16    Q  You are aware that that's not a polypropylene
17  midurethral sling, right?
18    A  No, not at all.
19    Q  You were asked about a hypothetical study that
20  showed a 19 percent erosion rate.
21      MR. FAES:  Object to form.
22  BY MR. ROSENBLATT:
23    Q  Do you recall that?
24    A  Yes.
25    Q  And I believe you said that you wouldn't quote

Page 215

1  your patient a 19 percent rate or a 0 percent rate,
2  even though there may be studies to support either.
3      Could you just explain that in a little more
4  detail.
5      MR. FAES:  Objection.
6    A  Correct.  I cannot imagine there would be any
7  procedure or any surgeon who could have zero
8  complication.  So that is not believable.
9      Same as either I can't imagine how a capable
10  skilled surgeon can have 19 percent TVT exposure rate.
11  BY MR. ROSENBLATT:
12    Q  And what are some of the factors or risk factors
13  that can contribute to complications of any surgery?
14    A  There are patient variables which definitely
15  affect our results.
16    Q  Such as?
17    A  You know, patient being heavy, patient having
18  previous surgeries or concomitant surgeries, having a
19  hysterectomy at the same time, their having diabetes,
20  and patient probably not complying with postoperative
21  instructions.  All of these are factors which are not
22  within my control.
23    Q  What about surgeon volume or surgeon experience?
24    A  I think that is the most important component in
25  any of these.  I agree with you saying that someone who

26 (Pages 212 to 215)

Oz Harmanli, M.D.

Page 216

1  does five of these in one year will not be even close
2  to someone who is doing couple hundred a year.
3  Obviously the complication rates will be different.
4       So surgeon's volume, experience, and skills are
5  the key.  That's why we always want to seek out the
6  best surgeons in the area.
7       Q  Then you were asked some questions about IFU, and
8  specifically the Faber study, which I believe showed
9  that around 37 percent of surgeons had never even
10  reviewed the IFU for midurethral sling.
11      In your opinion, is there a difference between
12  even reviewing the IFU as opposed to relying upon an
13  IFU?
14      A  That's a great one too.  Yes, exactly.  So I
15  don't think any physician relies on it.  And reviewing
16  is one thing and relying on it is another thing.
17      Q  Have you in fact reviewed the IFUs prior to this
18  litigation for the TVT products?
19      A  I definitely did.
20      Q  And did you rely on the IFUs?
21      A  No.  It has not changed what I have been doing
22  for years in my consent process.
23      Q  And although you, I believe, said you had not
24  done a survey or a formal analysis of what surgeons
25  know at any given time, would your review of the peer

Page 217

1  reviewed medical literature, your experience on various
2  editorial boards, your experience on various
3  educational systematic review groups, as well as your
4  experience in teaching residents and fellows, inform
5  you as to what surgeons know --
6           MR. FAES:  Objection.
7  BY MR. ROSENBLATT:
8       Q  -- or are expected to know?
9       A  Right.
10      Q  So you may not have necessarily done a
11  SurveyMonkey survey, but you would have that knowledge
12  from your experience?
13           MR. FAES:  Objection.
14      A  It is definitely clear -- my observations, my
15  discussions, debates.  And every meeting we get
16  together, we just basically follow up on what we do.
17  And I agree with you on that.
18  BY MR. ROSENBLATT:
19      Q  You were asked some questions about shrinkage or
20  contraction just in general, and then whether or not
21  shrinkage and contraction occur -- of the TVT mesh
22  occurs.  How would you distinguish the two?
23           MR. FAES:  Objection.
24      A  So contracture or shrinkage will occur with your
25  native tissue repair too.  And there are many variables

Page 218

1  which affects that.  And if it ever happens to a
2  significant level with a TVT, it could be disastrous
3  really.  It would definitely show up on all of these
4  studies.
5  BY MR. ROSENBLATT:
6       Q  And have you in fact reviewed ultrasound studies
7  demonstrating no shrinkage or contraction of the TVT?
8           MR. FAES:  Objection.
9       A  Right.  There are two studies at least, that I
10  know of, that really showed clearly that it does not
11  exist.
12  BY MR. ROSENBLATT:
13      Q  What methodology did they use to determine that
14  shrinkage or contraction of a TVT didn't exist?
15      A  So they use an ultrasound.
16      Q  Doctor, you were asked some questions about --
17  just going back to midurethral slings being the most
18  extensively studied in terms of quality and quantity.
19  You recall those questions?
20      A  Yes.
21      Q  In all of these studies that you are aware of,
22  the randomized control trials, in addition to
23  evaluating efficacy or whether or not the procedure
24  works, are those studies also evaluating safety by
25  tracking complications that are reported?

Page 219

1       A  Definitely.
2       Q  Would a Prolene -- if a Prolene suture had an
3  IFU, would it tell you as a pelvic floor surgeon how to
4  perform a sacrospinous ligament fixation?
5       A  Not at all.
6       Q  Would a Prolene suture IFU tell you how to
7  perform a uterosacral ligament suspension?
8       A  That would be funny.
9       Q  So I believe you told plaintiffs' counsel that
10  the Burch procedure and the autologous fascial sling
11  procedure, they are not medical devices, right?
12      A  They are not.
13      Q  So if they were to suggest that those two
14  procedures are alternative designs, would that be
15  correct or incorrect?
16           MR. FAES:  Objection.
17      A  Those are alternative surgeries to midurethral
18  sling procedures.
19  BY MR. ROSENBLATT:
20      Q  But they are not devices, correct?
21           MR. FAES:  Objection.
22      A  They are not devices.
23  BY MR. ROSENBLATT:
24      Q  Are you aware of any synthetic midurethral sling
25  on the market today that has a larger pore size than

27 (Pages 216 to 219)

Oz Harmanli, M.D.

| Page 220 | Page 222 |
|---|---|

**Page 220**

1  the TVT mesh?
2      A  I am not.
3      Q  You were asked some questions about a mesh
4  potentially being too stiff.  Do you recall that?
5      A  Correct.
6      Q  What would happen, in your opinion, if a mesh was
7  potentially too flimsy or if the pores were too large?
8      A  It would probably fail.
9      Q  And have there been any randomized control
10  studies evaluating a larger pore, lighter weight mesh
11  for stress urinary incontinence specifically evaluating
12  that hypothetical device against the gold standard TVT?
13      A  No.
14      Q  If plaintiffs' experts were going to suggest that
15  such a device would hypothetically be safer, would you
16  expect them to at least be able to cite you and rely on
17  Level I data for that?
18          MR. FAES:  Objection.
19      A  Correct.  So it requires substantiation, and I'm
20  not sure if that ever exists or will ever happen.
21          MR. ROSENBLATT:  I think that's all I
22  have for you, Doctor.  Thank you for your
23  time.
24          THE WITNESS:  Thank you.
25          (Discussion off the record.)

**Page 222**

1              - - - - - -
2          E R R A T A
3              - - - - - -
4  PAGE  LINE  CHANGE
5  ___  ___  _____
6      REASON:  _____
7  ___  ___  _____
8      REASON:  _____
9  ___  ___  _____
10      REASON:  _____
11  ___  ___  _____
12      REASON:  _____
13  ___  ___  _____
14      REASON:  _____
15  ___  ___  _____
16      REASON:  _____
17  ___  ___  _____
18      REASON:  _____
19  ___  ___  _____
20      REASON:  _____
21  ___  ___  _____
22      REASON:  _____
23  ___  ___  _____
24      REASON:  _____
25

**Page 221**

1          THE STENOGRAPHER:  I'm going to ask you
2  to confirm your billing and copies on the
3  record.
4          MR. ROSENBLATT:  Yes, please.  I want a
5  rough and an e-tran, yes.
6          THE STENOGRAPHER:  And, Attorney Faes,
7  you want the original and e-tran and an
8  expedited copy due Monday?
9          MR. FAES:  I don't think I need an
10  original.  I don't need paper copies at all.
11          THE STENOGRAPHER:  The rest of what I
12  said is true though?
13          MR. FAES:  Yes.  I do need it expedited,
14  unfortunately.
15          (Deposition concluded:  8:07 p.m.)
16
17
18
19
20
21
22
23
24
25

**Page 223 (Acknowledgment)**

1      ACKNOWLEDGMENT OF DEPONENT
2
3      I,_____, do hereby
4  certify that I have read the foregoing pages, and that
5  the same is a correct transcription of the answers
6  given by me to the questions therein propounded, except
7  for the corrections or changes in form or substance, if
8  any, noted in the attached Errata Sheet.
9
10
11  _____
12  [WITNESS NAME]              DATE
13
14
15  Subscribed and sworn to
16  before me on this _____day
17  of_____,20___, by _____
18  _____,
19  proved to me on the basis of satisfactory
20  evidence to be the person(s) who appeared before me.
21      Signature _____
22
23
24
25

Oz Harmanli, M.D.

```
 1              C E R T I F I C A T E
 2        I hereby certify that I am a Notary Public in and for
 3    the State of Connecticut duly commissioned and
 4    qualified to administer oaths.
 5        I further certify that the deponent named in the
 6    foregoing deposition was by me duly sworn and thereupon
 7    testified as appears in the foregoing deposition; that
 8    said deposition was taken by me stenographically in the
 9    presence of counsel and transcribed by means of
10    computer-aided transcription by the undersigned, and
11    the foregoing is a true and accurate transcript of the
12    testimony.
13        I further certify that I am neither of counsel nor
14    attorney to either of the parties to said suit, nor of
15    either counsel in said suit, nor related to or employed
16    by any of the parties or counsel to said suit, nor am I
17    interested in the outcome of said cause.
18        Witness my hand and seal as Notary Public this
19    8th of October, 2018.
20
21
22            Vicki S. McManus
              NOTARY PUBLIC
23
24    My commission expires:  July 2021
25    Shorthand Reporter License No. 00152
```

29 (Page 224)