# EXHIBIT G

Oz Harmanli, M.D.

# CURRICULUM VITAE

**Date of Revision:** October 18, 2016

**Name:** Oz Harmanli, M.D.

**Proposed for Appointment to:** Professor, Clinician-Educator track
Department of Obstetrics, Gynecology, & Reproductive Sciences

**School:** Yale University School of Medicine

**Reason for Appointment:**

**Education:**

| | | |
|---|---|---|
| M.D. | Hacettepe University School of Medicine, 1986 Ankara, Turkey (undergraduate education is included within a 6 year medical education) | |

**Postdoctoral Training:**

| | **Postgraduate medical education in Turkey:** | |
|---|---|---|
| December 1 1987- June 30 1990 and September 11991- February 28 1992 | Residency, Obstetrics and Gynecology and Board certification | Dr. Z. T. Burak Women's Hospital, Ankara, Turkey |
| | **Postgraduate medical education in the USA:** | |
| July 15, 1990- July 15, 1991 | Internship, General Surgery (PGY 1) | Christiana Care, Newark, Delaware |
| May 15, 1992- June 20, 1993 | Residency, Obstetrics and Gynecology (PGY 2) | Thomas Jefferson University, Jefferson Medical College, Philadelphia, Pennsylvania |
| July 1 1993- June 30, 1995 | Residency, Obstetrics and Gynecology (PGY3-4) | Temple University School of Medicine, Philadelphia, Pennsylvania |

1

Oz Harmanli, M.D.

| | | |
|---|---|---|
| January 1 1997-December 31 1999 | Fellowship, Female Pelvic Medicine and Reconstructive Surgery | Temple University School of Medicine, Philadelphia, Pennsylvania |

**Career/Academic Appointments:**

| | |
|---|---|
| October 1, 1995-June 30, 1998 | Instructor of Obstetrics and Gynecology, Temple University School of Medicine, Philadelphia, Pennsylvania |
| July 1, 1998-August 31, 2004 | Assistant Professor of Obstetrics and Gynecology, Temple University School of Medicine, Philadelphia, Pennsylvania |
| July 1, 2001-June 30, 2004 | Associate Program Director of the Obstetrics and Gynecology Residency Program, Temple University School of Medicine, Philadelphia, Pennsylvania |
| July 1, 2001-August 31, 2004 | Director, Temple University Center for Urogynecology and Pelvic Reconstructive Surgery, Philadelphia, Pennsylvania |
| September 1, 2005-present | Director, Urogynecology and Pelvic Surgery Division, Dept. Of OB/GYN, Baystate Medical Center, Springfield, Massachusetts |
| December 1, 2005-2013 | Associate Professor of Obstetrics and Gynecology, Tufts University School of Medicine, Springfield, Massachusetts |
| July 1, 2013-present | Professor of Obstetrics and Gynecology, Tufts University School of Medicine, Springfield, Massachusetts |
| July 1, 2014-present | Director, Gynecologic Services, Dept. Of OB/GYN, Baystate Medical Center, Springfield, Massachusetts |
| July 22, 2016-present | Professor of Obstetrics and Gynecology, University of Massachusetts Medical School-Baystate |

**Hospital Appointments:**

| | |
|---|---|
| July 1, 1995-September 30, 1995 | Attending physician, Lower Bucks Hospital, Bristol, Pennsylvania |
| October 1, 1995-August 31, 2004 | Attending physician, Temple University Hospital, Philadelphia, Pennsylvania |
| October 1, 1995-August 31, 2004 | Attending physician, Roxborough Memorial Hospital, Philadelphia, Pennsylvania |
| September 1, 2004-present | Attending physician, Baystate Medical Center, Western Campus of Tufts University School of Medicine, Springfield, Massachusetts |

2

Oz Harmanli, M.D.

**Hospital Boards/Committees:**

| | |
|---|---|
| 1996-1999 | Member, Medical Records Review Committee, Roxborough Memorial Hospital, Philadelphia, Pennsylvania |
| 1996-1999 | Member, Emergency Room Committee, Roxborough Memorial Hospital, Philadelphia, Pennsylvania |
| 2002-2004 | Graduate Medical Education Committee, Temple University School of Medicine, Philadelphia, Pennsylvania |
| 2007-present | Member, Research/PI Advisor Committee, Baystate Medical Center, Springfield, Massachusetts |
| 2007-2011 | Member, IRB Committee, Baystate Medical Center, Springfield, Massachusetts |
| 2011-present | Member, Surgical Value Analysis Committee, Baystate Medical Center, Springfield, Massachusetts |
| 2012-2015 | Member, Baystate Medical Practices Board of Directors, Multi-specialty Corporation of Faculty and Physician (over 600 providers) Practices of Baystate Health Inc., Springfield, Massachusetts |
| 2015-present | Member, Operating Room Steering Committee, representing Gynecology Baystate Medical Center, Springfield, Massachusetts |
| 2015-present | Chair, Promotions Committee Baystate Medical Center, Springfield, Massachusetts |

**Board Certification:**
American Board of Obstetrics and Gynecology, 1997
Female Pelvic Medicine and Reconstructive Surgery, 2013

**Professional Honors & Recognition:**

| | |
|---|---|
| 2014 | APGO-CREOG National Faculty Teaching Award Tufts University, School of Medicine, Baystate Medical Center, Springfield, MA |
| 2013 | APGO-CREOG National Faculty Teaching Award Tufts University, School of Medicine, Baystate Medical Center, Springfield, MA |
| 2012 | Excellence in teaching in recognition to medical student education Tufts University, School of Medicine, Baystate Medical Center, Springfield, MA |
| 2011 | William V. Zussman Award in recognition of the contribution to resident Education Tufts University School of Medicine, Baystate Medical Center, Springfield, MA |
| 2007-present | Best Doctors in America |
| 2007 | Excellence in teaching in recognition to medical student education Tufts University, School of Medicine, Baystate Medical Center, Springfield, MA |

Oz Harmanli, M.D.

| | |
|---|---|
| 2007 | William V. Zussman Award in recognition of the contribution to resident education<br>Tufts University School of Medicine, Baystate Medical Center, Springfield, MA |
| 2006 | ACOG-CREOG National Faculty Teaching Award<br>Tufts University School of Medicine, Baystate Medical Center, Springfield, MA |
| 2004 | Residents' Teaching Award<br>Temple University School of Medicine, Philadelphia, PA |
| 2004 | Faculty Research Award<br>Temple University School of Medicine, Philadelphia, PA |
| 1995 | Best Resident Research Award<br>Temple University Scholl of Medicine, Philadelphia, PA |
| 1995 | "Excellence in Endoscopy" Honorary Award<br>American Association of Gynecologic Laparoscopists |
| 1995 | Second place in the "Residents' Bowl"<br>Scientific content in 'jeopardy' format among all the Ob/Gyn residency programs of Greater Philadelphia area, Philadelphia, PA |
| 1994 | "Hero of the Month" for performing an emergency cesarean section on a dying car accident victim in a timely fashion and saving the premature baby, "Philadelphia" Magazine, Philadelphia, PA |
| 1991 | Second Place in the Scientific Paper Contest among the residents from all disciplines, Medical Center of Delaware, Newark, DE |

**International/National/Regional**

| | |
|---|---|
| 1992-present | Member, American Medical Association |
| 1997-present | Fellow, American College of Obstetricians and Gynecologists |
| 1995-present | Member, American Association of Gynecologic Laparoscopists |
| 2004-present | Member, American Urogynecologic Society |
| 2002-2003 | Council-at-large, The Obstetrical Society of Philadelphia |
| 2004-present | Member, Society of Gynecological Surgeons (invitation only) |
| 2007-2011 | Member, Research Committee, Society of Gynecological Surgeons |
| 2007-2012 | Member, Systematic Review Group, Society of Gynecological Surgeons |
| 2009-2011 | Member, Pelvic Floor Fellows Network Advisory Committee |
| 2010 | Member, Society of Gynecological Surgeons 36th Annual Meeting Program Committee |
| 2010 | Member, American Urogynecologic Society 31st Annual Meeting Program Committee |
| 2011-2013 | Member, Nomination Committee, Society of Gynecological Surgeons |
| 2011-2015 | Head, Vaginal Hysterectomy Initiative Task Force for Society of Gynecological Surgeons |
| 2011-2015 | Member, Education Committee, Society of Gynecological Surgeons |
| 2012-2015 | Chair, Education Committee, Society of Gynecological Surgeons |

4

| | |
|---|---|
| 2011-2015 | Executive Board Member, Society of Gynecological Surgeons |

**Research Support:**

| | |
|---|---|
| 2015 | Coloplast Corp. Altis 522 post market surveillance clinical study. (Principal investigator) A multicenter study |
| 2015 | Intuitive Surgical Inc. Improving operating room efficiency in robotic surgery phase II: Validation of genesis service and use of a simulation model. $50,000 (Principal investigator) |
| 2013 | Intuitive Surgical Inc. Optimizing operating room efficiency in robotic surgery. $50,000 (Principal investigator) |
| 2013 | Coloplast Corp. Restorelle 522 post market surveillance clinical study. (Principal investigator) A multicenter study. |
| 2009 | A novel pessary design study. University of Massachusetts, M2D2 new products incubator program. $25,000, (Principal Investigator) |
| 2004 | Watson Laboratories, Phase IV Multicenter assessment of transdermal therapy in overactive bladder with oxybutynin TDS (MATRIX), $12,000, (Principal investigator) |
| 2003 | Johnson & Johnson, Consumer and Personal Products, an investigator-blinded, parallel group study to compare the safety, therapeutic efficacy, and vulvovaginal symptomatic relief of miconazole nitrate 16% (600 mg) vaginal ointment plus miconazole nitrate (2%) external vulvar cream to Monistat® 7 vaginal cream   Miconazole Nitrate 2%) in the treatment of vulvovaginal candidiasis $25,000, (Principal investigator) |
| 2002 | 3M, multicenter, three-arm, partially blinded, placebo-controlled outpatient comparison of efficacy and safety of buffered 4% Miconazole Nitrate (200 mg) vaginal cream compared with MetroGel Vaginal® for the treatment of bacterial vaginosis (BV), $18,000, (Co-investigator) |
| 2000 | TAP, Phase III, 12 month, randomized, double-blind study to evaluate the efficacy and safety of two doses of J867 versus placebo in subjects with uterine leiomyomata, $70,000, (Co-investigator) |
| 1999 | Pfizer, randomized, double-blind, placebo-controlled, multicenter, 12-week study assessing the effects of FEMHRT on vasomotor symptoms in postmenopausal women of minority ethnic groups (Hormone replacement therapy in female ethnic minorities-HRTFEM), $20,000, (Co- investigator) |
| 1998 | Bristol-Myers Squibb, randomized, double-blind, multi-center, comparative phase III study of intravenous BMS-284756 followed by oral BMS-284756 versus intravenous ampicillin/sulbactam followed by oral amoxicllin/clavulanate in the treatment of acute pelvic infections (Co- investigator) |

Oz Harmanli, M.D.

**Invited Speaking Engagements, Presentations, Symposia & Workshops Not Affiliated With Yale:**

| | |
|---|---|
| March 1996 | "New concepts in management of menopause", Grand Rounds, Roxborough Memorial Hospital, Philadelphia, Pennsylvania |
| May 1998 | "Pelvic relaxation and urogynecologic problems", AM 1530 radio interview, Philadelphia, Pennsylvania |
| October 1999 | "Urodynamic studies; when, how and why?", keynote speech, 2nd International Congress of Turkish Gynecology Association, Antalya, Turkey |
| July 1998 | "The morning-after pill, its effectiveness and risks", WRTI radio interview, Philadelphia, Pennsylvania |
| October 1999 | "Vaginal hysterectomy for large uterus", lecture, 2nd International Congress of Turkish Gynecology Association, Antalya, Turkey |
| March 2000 | "Clinical evaluation of primary amenorrhea", lecture, 24th Semi-annual Family Practice Review, Lancaster, Pennsylvania |
| September 2001 | "Urodynamic studies; when, how and why?", 3rd International Congress of Turkish Gynecology Association, Istanbul, Turkey |
| September 2001 | "Vaginal hysterectomy for large uterus", Lecture, 3rd International Congress of Turkish Gynecology Association, Istanbul, Turkey |
| December 2001 | "Vaginal hysterectomy for large uterus", Isodor Forman lecture series, Temple University, School of Medicine, Philadelphia, Pennsylvania |
| November 2002 | "New paradigms in urinary incontinence", Grand Rounds presentation at Roxborough Memorial Hospital, Philadelphia, Pennsylvania |
| January 2003 | "New paradigms in urinary incontinence", Grand Rounds presentation, Department of General Internal Medicine, Temple University Hospital, Philadelphia, Pennsylvania |
| September 2003 | "Stress urinary incontinence", Grand Rounds presentation, Department of Obstetrics and Gynecology at Temple University Hospital, Philadelphia, Pennsylvania |
| November 2002 | "New paradigms in urinary incontinence", Grand Rounds presentation at Jeanes Hospital, Philadelphia, Pennsylvania |
| February 2004 | "Transvaginal uterine artery ligation for uterine fibroids", Issues in Pelvic Surgery XI National Meeting, Baptist Center for Medical Education, Vanderbilt University, Nashville, Tennessee |
| February 2004 | "The laparoscopic Vecchietti procedure for correction of vaginal agenesis", Issues in Pelvic Surgery XI National Meeting, Baptist Center for Medical Education, Vanderbilt University, Nashville, Tennessee |

Oz Harmanli, M.D.

| | |
|---|---|
| March 2004 | "Stress urinary incontinence", Grand Rounds presentation, Women's Health Division, Department of General Internal Medicine, Temple University Hospital, Philadelphia, Pennsylvania |
| March 2004 | Female pelvic surgery cadaver workshop with an emphasis on Monarc, course director, Temple University, School of Medicine, Philadelphia, Pennsylvania |
| April 2004 | The laparoscopic Vecchietti procedure for correction of vaginal agenesis", Grand Rounds presentation, Department of Obstetrics and Gynecology at Temple University Hospital, Philadelphia, Pennsylvania |
| September 2004 | "Stress urinary incontinence", Grand Rounds presentation, Department of Obstetrics and Gynecology at Baystate Medical Center, Springfield, Massachusetts |
| December 2004 | Innovations in pelvic floor reconstruction and stress urinary incontinence, lecture and cadaver lab, New England Baptist Hospital, Boston, Massachusetts |
| April 2005 | Innovations in pelvic floor reconstruction and stress urinary incontinence, lecture and cadaver lab, University of Connecticut Hospital, Farmington, Connecticut |
| October 2005 | Vaginal hysterectomy: Breaking the dogmas. An update in advanced pelvic surgery, one-day CME conference, course director, sponsored by Baystate Medical Center, Springfield, Massachusetts |
| April 2006 | Stress urinary incontinence surgical training with a focus on Monarc procedure, lecture and cadaver lab, New England Baptist Hospital, Boston, Massachusetts |
| October 2006 | Innovations in pelvic floor reconstruction and stress urinary incontinence, lecture and cadaver lab, Glens Falls, New York |
| October 2006 | Supracervical hysterectomy: A reappraisal? Debate in a one-day CME conference, sponsored by Baystate Medical Center, Springfield, Massachusetts |
| October 2006 | Stress urinary incontinence surgical training with a focus on Monarc procedure, lecture and cadaver lab, Surgical Center of North Shore, Peabody, Massachusetts |
| July 2007 | Slings, hammocks, and likes. Massachusetts Medical Society/ACOG 2007 Annual Meeting, Waltham, Massachusetts |
| February 2008 | Keynote speaker at the Urogynecology Days, National Meeting organized by ZTB and Etlik Women's Hospitals, Ankara Turkey |
| March 2011 | Elective bilateral oophorectomy at the time of hysterectomy? Debate in a one-day CME conference, sponsored by Baystate Medical Center, Springfield, Massachusetts |
| April 2011 | Tips and tricks for robotic sacrocolpopexy for vaginal apical prolapse, AAGL 5th International congress of minimally invasive surgery, Istanbul, Turkey |

| | |
|---|---|
| April 2011 | Cervical preservation during hysterectomy: Is there a benefit? AAGL 5th International congress of minimally invasive surgery, Istanbul, Turkey |
| April 2011 | Video festival moderator, Society of Gynecologic Surgeons, San Antonio, Texas |
| April 2011 | Vaginal Hysterectomy Initiative Meeting Task Force meeting, Society of Gynecologic Surgeons, San Antonio, Texas |
| May 2011 | The place of mesh use in pelvic floor repair: an update. Turkish Society of Obstetrics and Gynecology Annual Meeting, Antalya, Turkey |
| July 2013 | The place of mesh use in pelvic floor repair: an update. Yale School of Medicine, Department of OB/GYN/RS, New Haven, Connecticut |
| March 2014 | Moderator on the "Stump the Editors" event at the 40th Annual Society of Gynecologic Surgeons (SGS) Meeting, Scottsdale, Arizona |
| March 2015 | Breakfast roundtable discussion titled "Robotic Surgery - tips on efficiency and team science "at the Society of Gynecologic Surgeons (SGS) Annual Meeting, Orlando, Florida. |

**Invited Reviews/Editorials:**

**Harmanli OH**, Grody MHT. Correction of vaginal agenesis by the laparoscopic Vecchietti technique. Operative Techniques in Gynecologic Surgery 2001; 6: 153-8.

**Harmanli O.** Colpocleisis: A simple, effective and underutilized procedure for pelvic organ prolapse. OBG Management 2009; 21:19-28

Jones KA, **Harmanli O.** Pessary use in pelvic organ prolapse and urinary incontinence. Rev Obstet Gynecol 2010;3:3-9.

Jones KA, Bryson E, **Harmanli O.** Successful pelvic floor rehabilitation practice for the obstetrician gynecologist. The Female Patient 2010;5:41-3

Jones KA, Atashroo D, **Harmanli O,** Pessary use for the obstetrician and gynecologist. The Female Patient 2011;36:1-5

**Harmanli O,** Wheeler TL, Matteson KA, Abed H, Sung V, Rahn for the Society of Gynecologic Surgeons Systematic Review Group. Evidence based recommendations for abnormal uterine bleeding: Hysterectomy versus alternative therapy. The Female Patient 2012; 37 (10):28-32

Celik H, **Harmanli O**. Evaluation and management of voiding dysfunction after midurethral sling procedures. J Turkish-German Gynecol Assoc 2012;13:123-7.

**Harmanli O**. POPQ 2.0: Its time has come! (Editorial) Int Urogynecol J 2014 Apr;25(4):447-9

**Harmanli O.** Save the ovaries in reproductive years… and maybe the uterus, too? (Editorial) Menopause 2014 Jun;21(6):561-2.

**Harmanli O.** Reviewed and edited **"**the "Vaginal hysterectomy learning objectives for ACOG Simulation Consortium, 2014

**Harmanli O.** Vaginal Hysterectomy teaching module, 2015. Led the group on behalf of Society of Gynecologic Surgeons (SGS) which prepared the following modules for online access at the American College of Obstetrics and Gynecology (ACOG)- *Council on Resident Education in Obstetrics and Gynecology* (CREOG) website

**Harmanli O.** Tissue Handling and Dissection module, 2015 Led the group on behalf of Society of Gynecologic Surgeons (SGS) which prepared the following modules for online access at the American College of Obstetrics and Gynecology (ACOG)- *Council on Resident Education in Obstetrics and Gynecology* (CREOG) website

Moen M[1], Walter A, **Harmanli O**, Cornella J, Nihira M, Gala R, Zimmerman C, Richter HE; Society of Gynecologic Surgeons Education Committee Considerations to improve the evidence-based use of vaginal hysterectomy in benign gynecology. Obstet Gynecol. 2014;124:585-8.

**Scientific Comments/Letters:**
Khandelwal M, **Harmanli OH**. Prevention of early-onset group B streptococcal disease in neonates. N Engl J Med 2002 Nov 28;347(22):1798-9; discussion 1798-9.

**Harmanli OH**, Dandolu V, Chatwani A. Collagen content as a risk factor for urinary incontinence JAMA 2004;291:2431-2.

Dandolu V, **Harmanli O**. Cervical cancer screening among women without a cervix. JAMA. 2004 Oct 6;292(13):1550.

**Harmanli OH**, Metz SA. Laparoscopic supracervical hysterectomy. Am J Obstet Gynecol 2005;193:1882-3.

**Harmanli O**. Important features of study design. Fertil Steril 2005;84:1058-9.

**Harmanli O**. A Common Problem in Designating Studies: Case Control or Cohort? Am J Obstet Gynecol 2009;201:e11.

**Harmanli O**, Celik H, Jones KA. Revisiting case-control confusion. Am J Obstet Gynecol 2012;206:e20

**Harmanli O**. Contained power morcellation within an insufflated isolation bag. Obstet Gynecol. 2015;125:229.

**Scientific Movies:**
**Harmanli OH**, Chatwani A, Grody MHT. Modified laparoscopic Vecchietti operation for vaginal agenesis. Presented at the American College of Obstetricians and Gynecologists (ACOG) 51st Annual Clinical Meeting, April 2003, New Orleans, Louisiana and included in the ACOG Audiovisual Library.

Robinson CA, Jones K, **Harmanli O**. Simplified Lefort Colpocleisis for the General Gynecologist. Presented at the American College of Obstetricians and Gynecologists (ACOG) 51[th] Annual Clinical Meeting, May 2011.

Oz Harmanli, M.D.

**Harmanli O**, Lepore T, Tyler K, Kutayli Z, Jones KA, Delorme procedure for rectal prolapse. Presented at the American Urogynecologic Society, Annual Meeting, Providence, Rhode Island, September 2011.

Robinson CA, Jones K, **Harmanli O**. Simplified LeFort Colpocleisis for the General Gynecologist. Presented at 40th Global congress of minimally invasive gynecology, Hollywood, Florida, November 2011.

**Harmanli O**, Yadav P, Celik H, Jones KA, Myers TA. Endometrial cancer following LeFort colpocleisis: a case diagnosed and treated with minimally invasive approaches without disrupting the colpocleisis or pelvic floor support. Presented at the 38th Annual Society of Gynecologic Surgeons (SGS) Meeting, Baltimore, MD, April 2012

Rauktys A, Parikh P, **Harmanli O**. Novel use of Bakri Balloon as a mold for placement of a vaginal graft. Presented at the 40th Annual Society of Gynecologic Surgeons (SGS) Meeting, Scottsdale, AZ, March 2014

Wang CG, **Harmanli O**. Perineal Restoration before Site-Specific Repair: A New Approach. Presented at the 40th Annual Society of Gynecologic Surgeons (SGS) Meeting, Scottsdale, AZ, March 2014

Rauktys A, Parikh P, **Harmanli O**. Novel use of Bakri Balloon as a mold for placement of a vaginal graft. Presented at the American College of Obstetricians and Gynecologists (ACOG) Annual Clinical Meeting, Chicago, IL, May 2014 and included in the ACOG Audiovisual Library.

Newton B. **Harmanli O**, Perplexing Presentation of Uterine Prolapse and a Prolapsed Pedunculated Leiomyoma. Presented at the 42th Annual Society of Gynecologic Surgeons (SGS) Meeting, Palm Springs, CA, AZ, April 2016

**Scientific Oral Presentations:**
**Harmanli OH**, Wapner RJ, Lontz JF. Efficacy of fibrin glue in in vitro sealing human chorioamniotic membranes, Oral presentation, American College of Obstetricians and Gynecologists (ACOG), District III Annual Meeting in Cancun, Mexico, 1994.

**Harmanli OH,** Grody MHT, Dandolu V, Chatwani A. A prospective analysis of total colpocleisis for severe pelvic organ prolapse. Oral presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, Dallas, Texas, March 2002.

**Harmanli OH,** Wong MY, Agar M, Dandolu V, Grody MHT. Collagen content of non-support tissue in pelvic organ prolapse and stress urinary incontinence. Oral presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, Anaheim, California, March 2003.a

Isik-Akbay EF, **Harmanli OH**, Panganamamula UR, Akbay M, Chatwani AJ, Gaughan JP Hysterectomy in obese women: A comparison between abdominal and vaginal routes. Oral poster presentation. American Urogynecologic Society and Society of Gynecologic Surgeons (SGS) Joint Annual Meeting, San Diego, California, July 2004

Dandolu V, Hernandez E, **Harmanli OH**, Chatwani AJ. Risk factors for anal sphincter lacerations in Pennsylvania and risk of recurrence in subsequent pregnancies. Oral poster presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, San Diego, California, July 2004.

Oz Harmanli, M.D.

Dandolu V, **Harmanli OH**, Grotegut C, Turner T, Hernandez E, Grody MHT. Long-term functional and anatomical outcome following sacrospinous fixation. Oral poster presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, Tucson, Arizona, April 2006

**Harmanli O**. Laparoscopic Vecchietti Procedure Made Easy: Innovative Ideas to Improve the Technique and Patient Discomfort. Oral presentation for the tips and tricks section. Society of Gynecologic Surgeons (SGS) Annual Meeting, Orlando, Florida, April 2007.

Tunitsky E, Esin S, A. Citil A, Knee A, **Harmanli O**. A comparison of short-term outcomes between laparoscopic supracervical and total hysterectomies. Oral presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, New Orleans, Louisiana, April 2009

**Harmanli OH**. Discussant for oral presentation by Gutman R for the pelvic floor disorders network. Effects of colpocleisis on bowel symptoms among women with severe pelvic organ prolapse. Society of Gynecologic Surgeons (SGS) Annual Meeting, New Orleans, Louisiana, April 2009.

Tunitsky E, Citil A, Ayaz R, Esin S, Knee A, **Harmanli OH.** Does Surgical Volume Influence Short-Term Outcomes Of Laparoscopic Hysterectomy? Oral presentation. American Urogynecologic Society, Annual Meeting, Hollywood, Florida, September 2009.

**Harmanli OH.** Discussant for oral presentation by Molden SM for the Fellows Pelvic Research Network. Risk Factors Leading to Post Sling Voiding Dysfunction and Sling Revision – A Multicenter Case-Control Study. Society of Gynecologic Surgeons (SGS) Annual Meeting, Tucson, Arizona, April 2010.

Robinson CA, Jones K, **Harmanli O.** The effect of concomitant oophorectomy on the perioperative outcomes of hysterectomy. Oral presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, San Antonio, Texas, April 2011.

Greenberg E, Vermes C, **Harmanli O**. Side docking the daVinci S Robot made simple. Oral Tips and Tricks presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, San Antonio, Texas, April 2011

**Harmanli O**, Robinson CA, Jones KA. The effect of prior abdominal/pelvic surgery on the perioperative outcomes of laparoscopic hysterectomy Accepted as an oral presentation. 38th Annual Society of Gynecologic Surgeons (SGS) Meeting, Baltimore, MD, April 2012

**Harmanli O**, K. Jones K, Yadav P, O. Dai O, A. Knee A. A comparison of short-term outcomes between laparoscopic and vaginal hysterectomies**.** Society of Gynecologic Surgeons (SGS) Annual Meeting, Charleston, South Carolina April 2013.

**Harmanli O**, Jones K, Solak S, Bayram, Yuksel B, Al-Jehani F. Optimizing operating room efficiency in robotic surgery. American Urogynecologic Society (AUGS) and International Urogynecology Association (IUGA) Combined Annual Meeting, Washington, DC, July 2014

Dolgun N, Jones K, MD, Behrens B, Rauktys A, **Harmanli O.** A simple method for postoperative voiding assessment following urogynecologic surgery Society of Gynecologic Surgeons (SGS) Annual Meeting, Orlando, Florida March 2015.

11

Oz Harmanli, M.D.

**Harmanli OH**, Wapner RJ, Lontz JF. Effect of seminal fluid on the biomechanical properties of the human chorioamniotic membranes. Poster presentation. Society of Perinatal Obstetricians (SPO) Annual Meeting, Atlanta, Georgia, February 1995.

**Harmanli, OH**, Byun S, Grody MHT. Vaginal hysterectomy for the large uterus: a comparative study. Poster presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, Lake Bueno Vista, Florida, March 2001.

**Harmanli, OH**, Gentzler, CK, Byun, S, Grody, MHT. Hysterectomy for the large uterus: A comparison between abdominal and vaginal routes. Poster presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, Lake Bueno Vista, Florida, March 2001.

**Harmanli OH,** Gentzler, CK, Byun S, Grody MHT. Does uterine size affect the perioperative morbidity from total abdominal hysterectomy? Poster presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, Lake Bueno Vista, Florida, March 2001.

Dandolu V, Mathai E, Chatwani A, **Harmanli OH,** Pontari M, Hernandez E. Accuracy of cystoscopy in diagnosis of ureteral injury in benign gynecologic surgery. Poster presentation. American Urogynecologic Society 24th Annual Meeting, Hollywood, Florida, September 2003.

Panganamamula UR, **Harmanli OH,** Isik-Akbay EF, Grotegut CA, Dandolu V, Gaughan JP. Is prior uterine surgery a risk factor for adenomyosis**?** Poster presentation. American College of Obstetricians and Gynecology, Annual Meeting, Philadelphia, Pennsylvania, May 2004

Raj J, Kareti A, Dandolu V, **Harmanli OH**, Chatwani AJ. Practice patterns regarding cesarean delivery and some controversies. Poster presentation. American College of Obstetricians and Gynecology, 52nd Annual Meeting, Philadelphia, Pennsylvania, May 2004.

Khilnani R, **Harmanli OH,** Dandolu V. Gaughan JP, Chatwani AJ. The risk factors for failed vaginal hysterectomies. Poster presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, San Diego, California, July 2004.

**Harmanli OH**, Brummitt K, Gaughan JP, Dandolu V, A.J. Chatwani AJ, Hernandez E. Gynecologist's gender and opinion regarding hysterectomy. Poster presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, Rancho Mirage, California, April 2005

Dandolu V, Gaughan JP, **Harmanli OH**, Grotegut C, Chatwani AJ, Hernandez E. Trends in the rate of shoulder dystocia and risk factors related to its occurrence. Poster presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, Rancho Mirage, California, April 2005.

**Harmanli O**, Isik-Akbay EF, Panganamamula UR, Dandolu V, Lidicker J. Does obesity affect vaginal hysterectomy outcomes? Poster presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, Tucson, Arizona, April 2006.

Grotegut C, **Harmanli OH,** Rapkin D, Dandolu V. Is severe perineal damage increased in women with prior anal sphincter injury? Poster presentation. American College of Obstetricians and Gynecology, 5[4th] Annual Meeting, Washington, DC, May 2006.

**Harmanli O**, Panganamamula UR, Isik-Akbay EF, Dandolu V, Lidicker J. The effect of obesity on total abdominal hysterectomy. Poster presentation. American College of Obstetricians and Gynecology, 5[4th] Annual Meeting, Washington, DC, May 2006.

Weber LeBrun EE, **Harmanli O**, Lidicker J, Dandolu V. Can we use a catheter to do the Q-tip test? Poster presentation. American Urogynecologic Society Annual Meeting, Palm Springs, California, October 2006.

Dandolu V, Panganamamula UR, Isik-Akbay EF, Lidicker J, **Harmanli O**, The effects of previous pelvic surgery on total abdominal hysterectomy? Poster presentation. American Urogynecologic Society Annual Meeting, Palm Springs, California, October 2006.

Boyer RL, Metz S, **Harmanli O**. Double-Blinded Randomized Trial of Preoperative Antibiotics in Midurethral Sling Procedures: Preliminary Results. Poster presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, Orlando, Florida, April 2007.

Baruah M, **Harmanli O**. Single Incision for Midurethral Sling Procedure and Pelvic Reconstructive Surgery. Poster presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, Orlando, Florida, April 2007.

Tiwana H, Dandolu V, Lidicker J, Isik-Akbay EF, Panganamamula UR, **Harmanli O**, Morbidity of vaginal hysterectomy in women with prior pelvic surgery. Poster presentation. American College of Obstetricians and Gynecology, 5[5th] Annual Meeting, San Diego, California, May 2007.

Esin S, Tunitsky E, A. Citil A, Ayaz R, **Harmanli O**. Is laparoscopic supracervical hysterectomy better in obese women? A comparison of perioperative morbidity with total laparoscopic hysterectomy. Poster presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, New Orleans, Louisiana, April 2009

Ilarslan I, Kirupananthan S, Sankey HZ, Knee A, **Harmanli O**. How much do women know about hysterectomy? A survey of women in an academic obstetrics and gynecology practice. Poster presentation. Society of Gynecologic Surgeons (SGS) Annual Meeting, Tucson, Arizona, April 2010.

Hong EK, Rubin R, Jones K, Knee A, **Harmanli O**. Is antibiotic prophylaxis necessary for midurethral sling procedures? A case series. Poster presentation. American Urogynecologic Society Annual Meeting, Long Beach, California, September 2010.

**Harmanli O**, Esin S, Ayaz R, Jones KA, Tunitsky E, Knee A. The effect of obesity on perioperative outcomes of laparoscopic hysterectomy. Poster presentation. American Urogynecologic Society Annual Meeting, Providence, Rhode Island, September 2011

**Harmanli O**, Ilarslan I, Harmanli A, Sun V, Dancz C, Jones KA. Women's knowledge about hysterectomy: a coast to coast survey. Poster presentation. American Urogynecologic Society Annual Meeting, Providence, Rhode Island, September 2011

**O. Harmanli**, K. Jones, A. Knee, A. Citil, S. Esin, R. Ayaz. The effect of prior abdominal/pelvic surgery on the perioperative outcomes of laparoscopic hysterectomy. 38th Annual Society of Gynecologic Surgeons (SGS) Meeting, Baltimore, MD, April 2012

**Harmanli O**, Shinnick J, Jones K, St. Marie P. Obstetrician-Gynecologists' opinions on elective bilateral oophorectomy at the time of hysterectomy in the United States: A Nationwide Survey. Poster presentation. American Urogynecologic Society Annual Meeting in Chicago, Illinois, October 2012.

Shepherd JP, Jones KA, **Harmanli O**. Is antibiotic prophylaxis necessary for midurethral sling procedures in women with stress urinary incontinence? A decision analysis. Poster presentation. American Urogynecologic Society Annual Meeting in Chicago, Illinois, October 2012.

**Harmanli O**, Yadav P, Jones K. Sutureless straight stick laparoscopic sacrocolpopexy: It is not a dream. Poster presentation. American Urogynecologic Society Annual Meeting in Chicago, Illinois, October 2012.

**Harmanli O,** Jones K, Romano RM, Wang CG, St. Marie P. Colpocleisis: a national survey of current practice patterns. American Urogynecologic Society (AUGS) and International Urogynecology Association (IUGA) Combined Annual Meeting, Washington, DC, July 2014

**Harmanli O,** Celik HK, Al-Jehani F,  K. Jones K.  Effects of colpocleisis and concomitant midurethral sling on bladder emptying. American Urogynecologic Society (AUGS) and International Urogynecology Association (IUGA) Combined Annual Meeting, Washington, DC, July 2014


International/National

**Peer-Reviewed Publications:**
Chatwani A, **Harmanli OH**, Reece EA, Nyirjesy P. Significance of genital mycoplasmas in pelvic inflammatory disease: An innocent bystander. J Infect Dis Obstet Gynecol 1996; 4; 263-268.

Chatwani A, Dandolu V, **Harmanli O**, MD, Nyirjesy P. Trespectomycin for acute pelvic inflammatory disease: a preliminary report. J Infect Dis Obstet Gynecol, 1997; 5; 215-218.

**Harmanli OH**, Wapner RJ, Lontz JF. Efficacy of fibrin glue in in vitro sealing human chorioamniotic membranes.  J Reprod Med 1998; 43: 986-90.

**Harmanli OH**, Wapner RJ, Lontz JF. Human ejaculate. Effects on the biomechanical properties of the human chorioamniotic membranes. J Reprod Med 1998; 43: 779-82.

Chatwani A, Nyirjesy P, **Harmanli OH**, Grody MHT. Creation of a neovagina using laparoscopic Vecchietti procedure. J Laparoendosc Adv Surg Tech 1999; 9:425-427.

**Harmanli OH**, Cheng GY, Nyirjesy P, Chatwani A. Urinary tract infections in women with bacterial vaginosis. Obstet Gynecol 2000; 95: 710-712.

Hillebrand L, **Harmanli OH**, Whiteman V, Khandelwal M. Urinary tract infections in pregnant women with bacterial vaginosis. Am J Obstet Gynecol 2002; Am J Obstet Gynecol. 2002; 186:916-7

Wong MY, **Harmanli OH**, Agar M, Dandolu V, Grody MHT. Collagen content of non-support tissue in pelvic organ prolapse and stress urinary incontinence. Am J Obstet Gynecol 2003;189:1597-9, discussion 1599-600.

**Harmanli OH**, Dandolu V, Chatwani AJ, Grody MHT. Total colpocleisis for severe pelvic organ prolapse. J Reprod Med 2003;48:703-6.

Dandolu V, Mathai E, Chatwani A, **Harmanli OH**, Pontari M, Hernandez E. Accuracy of cystoscopy in diagnosis of ureteral injury in benign gynecologic surgery. Int Urogynecol J Pelvic Floor Dysfunct 2003;14:427-31.

Oz Harmanli, M.D.

Shunmugham S, **Harmanli OH**, Shen T, Houck KL, Chatwani AJ. The negative predictive value of "inadequate" endometrial biopsy in diagnosing endometrial neoplasia. J Gynecol Surg 2004;20:13-6.

**Harmanli OH**, Gentzler CK, Byun S, Dandolu V, Grody MHT A comparison of abdominal and vaginal hysterectomy for the large uterus. Int J Gynecol Obstet 2004;87, 19-23.

Panganamamula UR, **Harmanli OH**, Isik-Akbay EF, Grotegut CA, Dandolu V, Gaughan JP. Is prior uterine surgery a risk factor for adenomyosis*?* Obstet Gynecol 2004; 104:1034-8.

**Harmanli OH**, Khilnani R, Dandolu V, Chatwani AJ. Narrow Pubic Arch Increased the Risk of Failure for Vaginal Hysterectomy. Obstet Gynecol 2004;104:697-700.

Isik-Akbay EF, **Harmanli OH**, Panganamamula UR, Akbay M, Gaughan J, Chatwani AJ. Hysterectomy in obese women: A comparison between abdominal and vaginal routes. Obstet Gynecol 2004;104:710-4.

Shunmugham S, **Harmanli OH**, Shen T, Houck KL, Chatwani AJ. The negative predictive value of "inadequate" endometrial biopsy in diagnosing endometrial neoplasia. Obstet Gynecol Surv 2004;59:584-5.

Brummitt K, **Harmanli OH***,* Gaughan JP Dandolu V, Chatwani AJ, Hernandez E. Gynecologists' attitudes toward hysterectomy: Is the sex of the clinician a factor? J Reprod Med 2006;51:21-5

Dandolu V**,** Raj J, **Harmanli OH,** Lorico A**,** Chatwani AJ. Resident education regarding technical aspects of cesarean delivery. J Reprod Med 2006;51:49-54

Dandolu V, Chatwani A, **Harmanli O**, Floro C, Gaughan JP, Hernandez E. Risk factors for obstetrical anal sphincter lacerations. Int Urogynecol J Pelvic Floor Dysfunct 2005;16:304-7

Dandolu V, Gaughan JP, Chatwani AJ, **Harmanli O**, Mabine B, Hernandez E. Risk of recurrence of anal sphincter lacerations. Obstet Gynecol 2005;105:831-5.

**Harmanli OH**, Bevilacqua SA, Dandolu V, Chatwani AJ, Hernandez E. Adenomyosis interferes with accurate ultrasonographic detection of uterine leiomyomas. Arch Gynecol Obstet 2005;273:146-9

**Harmanli OH**, Byun, S, Dandolu V, Gaughan JP, Grody MHT. Vaginal hysterectomy for the enlarged uterus. Gynecol Obstet Invest 2005;61:4-8.

Dandolu V, Lawrence L, Gaughan JP, Grotegut C, **Harmanli OH**, Jaspan D, Hernandez E. Trends in the rate of shoulder dystocia over two decades. J Matern Fetal Neonatal Med 2005;18:305-10

Edwards H, Grotegut C, **Harmanli OH**, Rapkin D, Dandolu V. Is severe perineal damage increased in women with prior anal sphincter injury? J Matern Fetal Neonatal Med 2006;19:723-7.

Madan I, **Harmanli OH**, Dandolu V. Herpes in the peripartum period: a case report. J Reprod Med. 2007;52:539-40.

Dandolu V, **Harmanli OH**, Grotegut C, Turner T, Hernandez E, Grody MHT. Long-term anatominc and functional outcomes following sacrospinous fixation using comprehensive pelvic floor questionnaires. J Pelvic Med Surg 2007;13:177-81

Weber LeBrun EE, **Harmanli OH**, Lidicker J, Dandolu V. Can we use a catheter to do the Q-tip test? Obstet Gynecol 2007;110:1297-1300.

Murphy M; Clinical practice guidelines on vaginal graft use from the society of gynecologic surgeons. Society of Gynecologic Surgeons Systematic Review Group. Obstet Gynecol. 2008 Nov;112(5):1123-30.

Sung VW, Rogers RG, Schaffer JI, Balk EM, Uhlig K, Lau J, Abed H, Wheeler TL 2nd, Morrill MY, Clemons JL, Rahn DD, Lukban JC, Lowenstein L, Kenton K, Young SB; Graft use in transvaginal pelvic organ prolapse repair: a systematic review. Society of Gynecologic Surgeons Systematic Review Group. Obstet Gynecol. 2008 Nov;112(5):1131-42. Review.

**Harmanli OH**, Grody MHT. Laparoscopic Vecchietti procedure: improving on an indispensable method Novel variations on an essential technique may benefit surgeons and their patients. Am J Obstet Gynecol 2008;199:713.e1-2.

**Harmanli OH**, Tunitsky E. Esin S, Citil A, Ayaz R, Knee Alexander. A comparison of short-term outcomes between laparoscopic supracervical and total hysterectomies. Am J Obstet Gynecol. 2009;201:536.e1-7.

**Harmanli OH,** Okafor O, Ayaz, R, Knee A. Lidocaine Jelly and Plain Aqueous Gel for Urethral Straight Catheterization and the Q-tip Test: A Randomized Controlled Trial. Obstet Gynecol 2009; Sep;114:547-50.

Uppal S, **Harmanli O,** Rowland J, Hernandez E, Dandolu V. Resident competency in obstetric anal sphincter laceration repair. Obstet Gynecol. 2010 ;115(2 Pt 1):305-9.

**Harmanli O,** Jones KA. Using lubricant for speculum insertion. Obstet Gynecol. 2010 Aug;116(2 Pt 1):415-7.

**Harmanli OH,** Dandolu V, Isik EF, Panganamamula UR, Lidicker J. Does obesity affect the vaginal hysterectomy outcomes? Arch Gynecol Obstet. 2011;283:795-8

Tunitsky E, Citil A, Ayaz R, Esin S, Knee A, **Harmanli OH.** Does Surgical Volume Influence Short-Term Outcomes Of Laparoscopic Hysterectomy? Am J Obstet Gynecol 2010 Jul;203:24.e1-6.

**Harmanli OH,** Ayaz R, Panganamamula UR, Isik EF , Lidicker J, Dandolu V,. The effect of obesity on total abdominal hysterectomy. J Women's Health (Larchmt). 2010;19:1915-8.

Dandolu V, Singh R, Lidicker J, **Harmanli O**. BMI and uterine Size: Is there any relationship? Int J Gynecol Pathol. 2010;29:568-71

Rahn DD, Abed H, Sung VW, Matteson KA, Rogers RG, Morrill MY, Barber MD, Schaffer JI, Wheeler TL 2nd, Balk EM, Uhlig K; Society of Gynecologic Surgeons-Systematic Review Group. Systematic review highlights difficulty interpreting diverse clinical outcomes in abnormal uterine bleeding trials. J Clin Epidemiol. 2011;64:293-300.

**Harmanli O,** Boyer RL, Metz S, Tunitsky E, Jones KA. Double-blinded randomized trial of preoperative antibiotics in midurethral sling procedures and review of the literature. Int Urogynecol J. 2011 Oct;22(10):1249-53.

Abed H, Rahn DD, Lowenstein L, Balk EM, Clemons JL, Rogers RG; Systematic Review Group of the Society of Gynecologic Surgeons. Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. Int Urogynecol J. 2011 Jul;22(7):789-98. Epub 2011 Mar 22.

**Harmanli O**, Hong EK, Rubin, R, Jones, KA, Boyer RL, Metz S, Is antibiotic prophylaxis necessary for midurethral sling procedures? A series of 174 cases without preoperative antibiotics. Int Urogynecol J 2012 May;23(5):621-3. Epub 2011 Dec 8

Jones K, **Harmanli** O, Robinson CA, Esin S, Citil A, Knee A. Effect of concomitant oophorectomy on the perioperative outcomes of laparoscopic hysterectomy. Int J Gynaecol Obstet. 2012 Apr;117(1):84-5. Epub 2012 Jan 18.

Wheeler TL 2nd, Murphy M, Rogers RG, Gala R, Washington B, Bradley L, Uhlig K; Society of Gynecologic Surgeons Systematic Review Group. Clinical practice guideline for abnormal uterine bleeding: hysterectomy versus alternative therapy. J Minim Invasive Gynecol. 2012;19:81-8.

Matteson KA, Abed H, Wheeler TL 2nd, Sung VW, Rahn DD, Schaffer JI, Balk EM; Society of Gynecologic Surgeons Systematic Review Group. A systematic review comparing hysterectomy with less-invasive treatments for abnormal uterine bleeding. J Minim Invasive Gynecol. 2012 Jan-Feb;19(1):13-28. Epub 2011 Nov 11. Review.

**Harmanli O**, Yuksel B. Asymptomatic microscopic hematuria in women requires separate guidelines. Int Urogynecol J 2013;24:203-206

Shepherd JP, Jones KA, **Harmanli** O.Is antibiotic prophylaxis necessary before midurethral sling procedures for female stress incontinence? A decision analysis. Int Urogynecol J 2014 Feb;25(2):227-33

**Harmanli** O, Shinnick J, Jones K, St Marie P. Obstetrician-gynecologists' opinions on elective bilateral oophorectomy at the time of hysterectomy in the United States: a nationwide survey. Menopause 2014 Apr;21(4):355-60

**Harmanli O**, Ilarslan I, Kirupananthan K, Knee A, Harmanli A. Women's perceptions about female reproductive system: a survey from an academic obstetrics and gynecology practice. Arch Gynecol Obstet 2014 Jun;289(6):1219-23

**Harmanli O**, Esin S, Knee A, Jones K, Ayaz R, Tunitsky E. The effect of obesity on perioperative outcomes of laparoscopic hysterectomy. J Reprod Med 2013 Nov-Dec;58(11-12):497-503.

Rauktys A, Parikh P, **Harmanli O.** Obstetric Balloon for Treatment of Foreshortened Vagina Using the McIndoe Technique. Obstet Gynecol. 2015;125:153-6.

Jones KA, Zhuo Y, Solak S, **Harmanli O**. Hysterectomy at the time of colpocleisis: a decision analysis. Int Urogynecol J. 2016;27:805-10

Jones K, Wang G, Romano R, St Marie P, **Harmanli O**. Colpocleisis: A Survey of Current Practice Patterns. Female Pelvic Med Reconstr Surg 2017;23:276-80.

Oz Harmanli, M.D.

**Journal Service:**
**Professional Service for Professional Organizations:**

| | |
|---|---|
| October 1999-present | Ad hoc reviewer, Obstetrics and Gynecology |
| May 2004-present | Ad hoc reviewer, American Journal of Obstetrics and Gynecology |
| May 2005-present | Ad hoc reviewer, International Journal of Gynecology and Obstetrics |
| April 2008-present | Ad hoc reviewer, Journal of Women's Health |
| July 2009-present | Ad hoc reviewer, Fertility & Sterility |
| April 2009-present | Ad hoc reviewer, International Urogynecology Journal |
| July 2009-present | Ad hoc reviewer, Journal of Female Pelvic Medicine and Reconstructive Surgery |
| Oct 2011 | Ad hoc reviewer, Journal of Urology |
| 2014- 2015 | Editorial Board, Journal of Female Pelvic Medicine and Reconstructive Surgery |
| 2016 | Reviewer, NIH NICHD Pelvic Floor Disorders Network Study Section |

**Bibliography:**

**Chapters, Books, and Reviews:**

**Harmanli O**. Laparoscopic hysterectomy for benign conditions, In: Frantzides CT, Carlson MA, eds. Video atlas of advanced minimally invasive surgery. 1st ed. Philadelphia, Saunders and Elsevier, 2012, Pennsylvania

**Harmanli O.** Stress urinary incontinence and laparoscopy, In: Oral O, Kayabasoglu F. Clinical applications and contemporary approaches in laparoscopy. 1st ed. Istanbul, 2011 Turkey

**Harmanli O.** Colpocleisis. In: Guner H, ed. Gynecologic Surgery. 2nd ed. Ankara, Gunes, 2012, Turkey.

**Harmanli O.** Reconstruction of Posterior Vagina, In: Rock J, Jones H, eds, Te Linde's Operative Gynecology. 11th ed. Philadelphia, Wolters Kluwer Health 2014, Pennsylvania

**Harmanli O.** Transvaginal Sterilization and Hysterectomy, In Desilets D, Romanelli J, Earle D, eds, Natural Orifice Transluminal Endoscopic Surgery and Endoluminal Surgery. 1st ed. Philadelphia, Springer Science +Media 2016, Pennsylvania

**Case Reports, Technical Notes, Letters:**

**Harmanli O**, Koyfman Y. Traumatic atlanto-occipotal dislocation with survival: A case report and review of the literature. Surg Neurol 1993; 39: 324-30.

Zorlu CG, Cengiz S, **Harmanli HO**. Primary ovarian leiomyoma; a case report. Gynecol Obstet Invest 1993; 36: 191-2.

**Harmanli OH**, Chatwani A, Caya JG. Massive hemoperitoneum as a result of endometriosis of the fallopian tube. J Reprod Med 1998; 43: 716-718.

Oz Harmanli, M.D.

**Harmanli OH**, Khandelwal M. Transvaginal uterine artery ligation in a woman with uterine leiomyomas: A case report. J Reprod Med 2003;48:384-6.

**Harmanli  OH**, Shen T, Zhu S, Chatwani AJ. A case of adenomyosis per se with uterine weight of 475 grams. Gynecol Obstet Invest 2004;58:216-8.

Tunitsky E, Dardano K, **Harmanli OH**. New-onset pelvic organ prolapse after Novasure endometrial ablation. Arch Gynecol Obstet. 2008;278:187-9.

Esin S, **Harmanli OH**. Large vesicovaginal fistula in women with pelvic organ prolapse: the role of colpocleisis revisited. Int Urogynecol J Pelvic Floor Dysfunct 2008;19:1711-3.

Rubin R, Jones KA, **Harmanli OH.** Vaginal evisceration during pessary fitting and its treatment with immediate colpocleisis. Obstet Gynecol 2010;116:496–8

Lorange E, **Harmanli O**, Cao QJ, Jones KA A Case Report of Vaginal Myofibroblastoma with Prostatic glands: Is There an Association with Tamoxifen Use? J Reprod Med 2013;58:344-6.

**Harmanli O**, Celik H, Jones K, MD, Yadav P, Myers T. Minimally invasive diagnosis and treatment of endometrial cancer following LeFort colpocleisis. Female Pelvic Med Reconstr Surg 2013;19:242-4

Celik H, Cremins A, Jones KA**, Harmanli O.** Massive Subcutaneous Emphysema in Robotic Sacrocolpopexy. JSLS 2013;17:245-8

Yuksel B, **Harmanli O**, Jones KA. Use of Bakri Balloon for Treatment of Persistent Hematocolpos Following a LeFort Colpocleisis: A Case Report. Female Pelvic Med Reconstr Surg 2014;20:299-300.

**Harmanli O,**  Newton B.  Perplexing Presentation of Uterine Prolapse and a Prolapsed Pedunculated Leiomyoma. Am J Obstet Gynecol 2016, in Press.

Alammari R, Thibodeau R, **Harmanli O**. Vaginal Hysterectomy for Treatment of Cervical Ectopic Pregnancy. Obstet Gynecol 2016, in Press.

**Patents:**
**Harmanli O.** Transvaginal uterine artery occlusion for treatment of uterine leiomyomas. United States Patent Application number: 2005/0245947 A1, There were a few conflicting arguments against this application which we have appealed to. Still unresolved.

**Harmanli O.** A novel pessary for pelvic organ prolapse. United States Patent Application number: WO 2008/079271 A1. Patent issued on Nov 6, 2012. US patent No.: 8302608 B2

19