## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC..,
PELVIC REPAIR SYSTEM PRODUCTS                      MDL No. 2327
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO

| |
|---|
| ETHICON WAVE 8 CASES LISTED IN EXHIBIT A |

### NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE
### THOMAS H. BARKER, Ph.D.

Defendant Boston Scientific Corporation adopts and incorporates by reference its prior

*Daubert* motion to exclude the opinions of Thomas H. Barker, Ph.D., and memorandum in support.

Boston Scientific Corp., Pelvic Repair Systems Product Liability Litigation MDL No 2326 [ECF

No. 4820].   Boston Scientific respectfully requests that the Court exclude Thomas H. Barker,

Ph.D.'s testimony, for the reasons expressed in the incorporated briefing.   The Court has

previously excluded Dr. Barker's testimony.   Boston Scientific Corp., Pelvic Repair Systems

Product Liability Litigation MDL No 2326 [ECF No. 6028].   This notice applies to the Ethicon

Wave 8 cases identified in **Exhibit A**.

Dated: October 18, 2018

Respectfully submitted,

By: /s/ Eric M. Anielak
Jon A. Strongman
Eric M. Anielak
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
jstrongman@shb.com
eanielak@shb.com

**ATTORNEYS FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 17, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


Dated: October 17, 2018


Respectfully submitted,

/s/ Eric M. Anielak
Eric M. Anielak

**ATTORNEY FOR DEFENDANT**
**BOSTON SCIENTIFIC CORPORATION**

8989722 v1