IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO: ETHICON WAVE 8 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**DEFENDANT COLOPLAST CORP'S JOINDER IN DEFENDANTS ETHICON, INC. AND JOHNSON AND JOHNSON'S NOTICE OF ADOPTION OF PRIOR DAUBERT MOTIONS TO EXCLUDE FOR ETHICON WAVE 8**

Coloplast joins in Defendants Ethicon, Inc. and Johnson and Johnson's Notices of Adoption (Docket Entry Nos. 2071, 6825, 6830, 6852) relating to the following individuals: [Dr. Jimmy W. Mays, Donald R. Ostergard, M.D., Paul J. Michaels, M.D., Bruce Rosenzweig, M.D.]. Although the expert reports and designations made by Plaintiffs do not address Coloplast or its products, Coloplast adopts the prior motions to the extent they address any opinions that any Plaintiff may seek to offer in any case in which Coloplast is a defendant. In doing so, Coloplast reserves the right to file motions to exclude any opinions addressing Coloplast or its products, should any be proffered.

Dated: October 18, 2018

Respectfully submitted,

/s/ Lana K. Varney
Lana K. Varney
KING & SPALDING LLP
500 West 2nd Street, Suite 1800
Austin, TX 78701
512.457.2060 (phone)
512.457.2100 (fax)
lvarney@kslaw.com

*Attorneys for Defendant Coloplast Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Lana K. Varney*_____
Lana K. Varney

# EXHIBIT A

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Rosemary Caddy v. Coloplast Corp. et al. | 2:14-cv-10162 | Restorelle Type 1 Mesh; Gynecare TVT |
| Carol L. Wherry and Jerome Wherry v. Ethicon, Inc., et al. | 2:15-cv-08119 | Gynecare TVT; Restorelle Y |