**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> **WAVE 8 CASES ON ATTACHED EXHIBIT A** | **Master File No. 2:12-MD-02327** <br> **MDL No. 2327** <br><br> **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

**PLAINTIFFS'** *DAUBERT* **MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, TO LIMIT THE OPINIONS AND TESTIMONY OF DEBRA FROMER, M.D.**

**COMES NOW** Plaintiffs in actions listed on attached Exhibit A, by and through the undersigned attorneys, and files this Plaintiffs' *Daubert* Motion to exclude or, in the alternative, to limit the opinions and testimony of Debra Fromer, M.D. and would respectfully show the Court that Dr. Fromer should be excluded for the following reasons:

1. Dr. Fromer is unqualified to offer general opinions on warnings and her opinions based on her recent 2018 publication are unreliable.

2. In support of this motion, Plaintiffs have submitted a memorandum of law and also rely upon the following attached exhibits:

    1. A true copy of the Wave 8 Gynecare Prolift and Prolift+M General Expert Report of Debra Fromer, M.D. is attached hereto as Exhibit B.

    2. A true copy of the Curriculum Vitae of Debra Fromer, M.D. is attached hereto as Exhibit C.

    3. Memorandum Opinion and Order (Daubert Motion re: Debra Fromer, M.D.) [ECF No. 2702] is attached hereto as Exhibit D.

1

    4.      Kirkpatrick DO, et al. Transvaginal Mesh Placement and the Instructions for Use: A Survey of North American Urologists, Urology Practice (2018) is attached hereto attached as Exhibit E.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court grant their *Daubert* Motion to Exclude or, In The Alternative, To Limit The Opinions And Testimony Of Debra Fromer, M.D. Additionally, Plaintiffs request all other and further relief to which they may be justly entitled.

Dated: October 18, 2018

                                        Respectfully submitted,

                                        /s/ D. Renee Baggett
                                        Renee Baggett, Esq.
                                        Bryan F. Aylstock, Esq.
                                        Aylstock, Witkin, Kreis and Overholtz, PLC
                                        17 East Main Street, Suite 200
                                        Pensacola, Florida 32563
                                        (850) 202-1010
                                        (850) 916-7449 (fax)
                                        rbaggett@awkolaw.com
                                        baylstock@awkolaw.com
                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on October 18, 2018, using the Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.

/s/ D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com