# EXHIBIT A

| | |
|---|---|
| Atkinson, Barbara M. & Roy E. | 2:13-cv-14888 |
| Clark, Cherri L. & Jon L. | 2:16-cv-12028 |
| Gonzalez-Torres, Maria Cristina, et al. | 2:13-cv-01272 |
| Gueret-Negash, Sally & Girma | 2:15-cv-00257 |
| Hoy, Lilyan | 2:15-cv-08089 |
| Iljes, Lori & Robert | 2:15-cv-05910 |
| Meltsch, Cynthia & John | 2:15-cv-03037 |
| Pelican, Cathy | 2:15-cv-14522 |
| Rafal, Lisa & Alan | 2:13-cv-30924 |
| Siegrist, Marianne L. & Stephen | 2:14-cv-17889 |