EXHIBIT C

*Curriculum vitae*

**Date of preparation: 9/14/18**

**PERSONAL INFORMATION**

o   Name: Debra L. Fromer, M.D.
o   Work Address: 360 Essex Street, Suite 403, Hackensack, NJ 07601
o   Home address: 141 Tekening Drive, Tenafly, NJ 07670
o   Work phone: 551-996-8090
o   Cell phone: 201-694-9455
o   Work email address: debra.fromer@hackensackmeridian.org
o   Personal email address: dfromer@yahoo.com
o   Date of birth: 4/14/1972

**EDUCATIONAL BACKGROUND**

- Undergraduate, Graduate and Doctoral Degrees

| Degree | Institution Name | Major of Concentration | Dates Attended | Year Awarded |
|---|---|---|---|---|
| BA | University of Pennsylvania | Anthropology | 9/90–6/94 | 1994 |
| MD | Tufts University School of Medicine | Medicine | 8/94–6/98 | 1998 |

- Postdoctoral Training

| Title | Institution | Dates |
|---|---|---|
| Intern, General Surgery | New York-Presbyterian/Columbia University Medical Center | 7/1/98-6/30/99 |
| Resident, Urology | New York-Presbyterian/Columbia University Medical Center | 7/1/99-6/30/2003 |

**PROFESSIONAL EXPERIENCE**

- Academic Faculty Appointments

| Title | Institution | Dates |
|---|---|---|
| Assistant Professor of Urology, Department of Surgery | University of Medicine and Dentistry of New Jersey/Rutgers New Jersey Medical School, Newark, NJ | 2003 to 2015 |
| Adjunct Clinical Assistant Professor of Urology | Weill Cornell Medical College, New York, NY | 2012 to current |

- Hospital Appointments

| Title | Institution | Dates |
|---|---|---|
| Attending, Department of Urology | Hackensack University Medical Center, Hackensack, NJ | 2003-current |

- Current Licensure and Certifications

| State | Number | Date of Issue |
|---|---|---|
| NY | 217145-1 | 4/11/2000 |
| NJ | 25MA07554400 | 3/11/2003 |

DEA number: BF8257328
American Board of Urology #14331, 2/28/2005
Female Pelvic Medicine and Reconstructive Surgery #14331, 6/21/2013

- Leadership Positions

    Chief, Female Pelvic Medicine and Reconstructive Surgery at Hackensack University Medical Center, 2014-current
    -Establishing and maintaining comprehensive service, research coordination, and administrative tasks within the field of female pelvic medicine and reconstructive surgery

    Director, Fellowship in Female Pelvic Medicine and Reconstructive Surgery at Hackensack University Medical Center, 2014-current
    -Managing and directing the first and only urologic FPMRS fellowship in the state of NJ.
    -Selection of fellows
    -Organization of a multi-disciplinary curriculum particularly suited to each fellow's needs, including both intra-operative and clinical exposure with a variety of pelvic floor surgeons

**TEACHING ACTIVITIES**

- Teaching of Residents and Clinical Fellows
- Supervision of medical students, clinical research
- Teaching of medical students rotating from Rutgers

- Training urology-specialist nurses
- Faculty development, training of peers (precepting)
- Direct Patient Education

**PRESENTATIONS**
1. Hackensack University Medical Center Department of Obstetrics and Gynecology Grand Rounds, Hackensack, NJ: Controversies in the Utilization of Transvaginal Mesh, 2015
2. Beth Israel Medical Center Department of Urology Grand Rounds, New York, NY: An Update on the Treatment of Overactive Bladder, 2013
3. Hackensack University Medical Center Department of Obstetrics and Gynecology, Hackensack, NJ: An Update on the Treatment of Overactive Bladder, 2013
4. American Urological Association, New York Section, Taormina, Italy: Recommendations on Avoiding Complications in Pelvic Floor Reconstruction Using Mesh, 2012
5. American Urological Association, New York Section, Taormina, Italy: Choosing the Ideal Patient for Transvaginal Mesh, 2012
6. American Urological Association, New York Section, Krakow, Poland: The Management of Complications of Midurethral Slings, 2010
7. The New Jersey Obstetrical and Gynecological Society, Atlantic City, NJ: Urology 101, 2010
8. Urology Nursing Society, Inc, Newark, NJ: Pelvic Organ Prolapse, 2008
9. American Urologic Association Anaheim, CA: Female Sexual Dysfunction in Urologic Patients: Findings From the New York/New Jersey Metropolitan Area, 2007
10. Society of Urological Nurses and Associates, Hackensack, NJ: Urinary Incontinence; Anatomy and Physiology of the Genitourinary Tract, 2007
11. Kidney & Urology Foundation of America, New York, NY: Evaluation of the Aging Urinary Bladder, 2006
12. Society of Urological Nurses and Associates, Hackensack, NJ: Vesico-Vaginal Fistula: Evaluation and Management, 2006
13. American Urologic Association, New York Section Vienna, Austria: Advances in the Treatment of Overactive Bladder, 2005
14. University of Medicine & Dentistry of New Jersey, Innovations in Urology Newark, NJ: An Update on the Medical Treatment of Urinary Incontinence, 2005

15. Hackensack University Medical Center, Department of Obstetrics and Gynecology Grand Rounds Hackensack, NJ: Evaluation and Management of Urolithiasis and Hydronephrosis in Pregnancy, 2004
16. Hackensack University Medical Center, Department of Medicine Grand Rounds, Hackensack, NJ: The Non-Surgical Management of Urinary Incontinence, 2004
17. The Ferdinand C. Valentine Urology Residents Essay Meeting, New York, NY: The Impact of Caffeine Usage and Cigarette Smoking on Voiding Dysfunction in Men and Women: Urodynamic Findings, 2003
18. Ferdinand C. Valentine Urology Residents Essay Meeting, New York, NY: 48-Month Extension Trial to Assess the Long-Term Safety and Efficacy of High Dose Terazosin for the Treatment of BPH, 2000

**SCHOLARLY ACTIVITIES**
Publications:

1. Kirkpatrick G, Faber KD and **Fromer DL**: Transvaginal mesh placement and the Instructions for Use: A Survey of North American Urologists. *Urology Practice*. Accepted for publication May 2018.  In press.
2. Zelmanovich A and **Fromer D**: Urinary retention after orthopedic surgery: Identification of risk factors and management (2018). *J Clin Exp Orthop* March 2018.
3. **Fromer D**, Kim M and Kirkpatrick G: Insights into neuro-urology (2017). *J Spinal Cord Med* July 2017.
4. Sivarajan G, Glickman L, Faber K, Kim M, **Fromer D**, Munver R: Transabdominal robot-assisted laparoscopic urethral diverticulectomy of a complex horseshoe diverticulum of the proximal urethra (2015). *J Endourology Case Reports* 1:1, 1-3.
5. Faber K, **Fromer D**: How I Do It: Techniques to avoid complications in transvaginal mesh surgery (2015). *Canadian Journal of Urology*.  Volume 22 Issue 3, 7844-7846.
6. Winston D, Yates JK, Munver RM, **Fromer D**. (2011): A rare presentation of nephrogenic adenoma: Multiple upper tract tumors in a female patient. *Canadian Journal of Urology*. Volume 18.  Issue 6, 6064-6065.
7. Elsamra S, Nazmy M, Shin D, Fisch H, Sawczuk I. **Fromer D** (2010): Female sexual dysfunction in urologic patients: findings from a major metropolitan area in the USA.  *BJUI*.  106, 524-526.

8. Munver R, Volfson IA, **Fromer DL**, Watson RA, Disick GI, Sawczuk A, Sawczuk IS (2008):  Utilization of the NMP22 BladderChek Urine Test as an Adjunct to Atypical Cytology in the Detection of Bladder Cancer Recurrence.  UroToday International Journal. 1, 1-4.
9. Okeke Z, **Fromer D**, Katz MH, Reiley E, Hensle TW (2006): Endoscopic Management of Vesicoureteral Reflux in Women Presenting with Pyelonephritis. *J Urology*. 176, 2219-2221.
10. **Fromer DL** (2006).  Overactive Bladder: A Well-Kept Secret. *Healthy Aging.*
11. Munver R, **Fromer DL**, Watson RA, Sawczuk IS (2004). Evaluation of the incidentally discovered adrenal mass. *Current Urology Reports*, 5, 73-77.
12. **Fromer DL**, Shabsigh A, Benson MC, Gupta M (2002). Simultaneous multiple double pigtail stents for malignant ureteral obstruction. *Urology, 59*, 594-596.
13. Kaplan SA, Ghafar MA, Volpe MA, Lam JS, **Fromer D**, Te AE (2002).  PSA response to finasteride challenge in men with a serum PSA greater than 4 ng/ml and previous negative prostate biopsy: preliminary study. *Urology*, 60, 464-468.
14. **Fromer DL**, Birkhoff JD, Hardy MA, Benvenisty AI, Bennett B, Benson MC (2001).  Bilateral intrarenal adrenal glands in cadaveric donor kidneys resembling renal cell carcinoma on intraoperative frozen section. *Journal of Urology, 166*, 1820-1821.
15. Volpe M, **Fromer D**, Kaplan SA (2001).  Holmium and interstitial lasers for the treatment of benign prostatic hyperplasia: a laser revival. *Current Opinion in Urology, 11*, 43-48.
16. Heller DS, Randolph P, Young A, Tancer ML, **Fromer D** (1997).  The cutaneous-vulvar clinic revisited: a 5-year experience of the Columbia Presbyterian Medical Center Cutaneous-Vulvar Service. *Dermatology, 195*, 26-29.

Book Chapters:

1. **Fromer DL**, Freilich D (2014).  Female Incontinence. In L. Gomella, *The 5-Minute Urology Consult* (pp. 210-211).
2. **Fromer DL**, Freilich D (2014).  Chronic Pyelonephritis. In L. Gomella, *The 5-Minute Urology Consult*. (pp. 378-379).
3. **Fromer DL**, Freilich D (2014).  Vaginitis.  In L. Gomella, *The 5-Minute Urology Consult*. (pp. 622-623).

4. **Fromer DL**, Brison DI (2009).  Pelvic Pain, Female.  In L. Gomella, *The 5-Minute Urology Consult* (pp. 238-239).
5. **Fromer DL**, Brison DI (2009).  Overactive Bladder.  In L. Gomella, *The 5-Minute Urology Consult* (pp. 230-231).
6. **Fromer DL**, Kaplan SA (2002).  Benign Prostatic Hyperplasia. In R. Rakel, E. Bope (Eds.), *Conn's Current Medical Therapy* (pp. 699-702).  Philadelphia, PA: W.B. Saunders Company.

Abstracts, Poster Presentations and Oral Presentations:

1. Kirkpatrick G, Zelmanovich A, Cicogna C, Nyirenda T, Kim M, Press B, Fakunle M, Heish A, **Fromer D**(2018). Patterns of and risk factors for antimicrobial resistance in female urological patients with urinary tract infections in the New York/New Jersey metropolitan area outpatient setting. *Society of Urodynamics and Female Urogenital Reconstruction Annual Meeting.*
2. Zelmanovich A, Stifelman M, **Fromer D** (2018). Multidisciplinary approach to severe pelvic organ prolapse.  *North American Robotic Urology Symposium.*
3. Faber K, Kirkpatrick G, **Fromer D** (2017).  Transvaginal mesh placement and the Instructions for Use: A survey of North American urologists.  *Society of Urodynamics and Female Urogenital Reconstruction Annual Meeting.*
4. Hajimirzaee F, Yates J, Ahmed, Rusnack S, **Fromer D**, Lovallo G (2013).  Robot-Assisted Laparoscopic Sacrocolpopexy in Patients with Prior Transvaginal Repair of Pelvic Organ Prolapse. *New England Section of the American Urological Association Annual Meeting.*
5. Jones L, Sawczuk A, Shin D**, Fromer DL** (2011). Trans-vaginal Mesh Placement for the Surgical Treatment of Stress Urinary Incontinence and Pelvic Organ Prolapse: The Male Sexual Experience.  *Sexual Medicine Society of North America Fall Meeting.*
6. **Fromer DL**, Elsamra S, Fisch H, Munver R, Liberson G, Sawczuk IS (2007).  Female Sexual Dysfunction in Urologic Patients: Findings From the New York/New Jersey Metropolitan Area.  *American Urological Association Annual Meeting.*
7. Sawczuk IS, Munver R, **Fromer DL**, Volfson IA, Sawczuk A, Galli B, McKiernan JM, Goluboff ET, Hoke G, Manetti G, Benson MC (2006).  Intravesical BCG and Interferon alpha Therapy prior to Cystectomy does not Impact

Negatively on Survival in Patients with Recurrent Superficial Bladder Cancer. *American Urological Association Annual Meeting.*
8. Volfson IA, Sawczuk A, **Fromer D**, Munver R, Watson R, Sawczuk IS (2005). Rapid detection of bladder cancer recurrence with NMP22 BladderChek Test in comparison to voided urinary cytology. *The Engineering and Urology Society Annual Meeting*
9. Bargman V, Mason BM, **Fromer DL**, Munver R, Gejerman G, Sawczuk IS (2004). Correlation between pathologic and MR spectroscopy findings in patients with adenocarcinoma of the prostate. *American Urological Association Annual Meeting.*
10. Shabsigh A, Kang Y, **Fromer D**, Fisch H (2003). Chronic clomiphene citrate for the treatment of progressive hypogonadism of the aging male. *American Urological Association Annual Meeting.*
11. **Fromer DL**, Bagiella E, Benson MC (2002). Radical Prostatectomy in the Year 2002: Is Laparoscopy Really Better Than Open Bladder Neck Reconstruction When it Comes to Continence? *American Urological Association Annual Meeting*.
12. **Fromer DL**, Gupta M (2000). Simultaneous Multiple Pigtail Stents for Malignant Ureteral Obstruction. *World Endourology Conference*

**SERVICE ACTIVITIES**

- Committee member, Infectious Disease Foley Catheter Prevention Initiative

- Committee member, LGBTQ Clinic

- Editorial Service and Consulting Positions

    -Neurourology & Urodynamics, Reviewer (2012-present)

    -Canadian Journal of Urology, Editorial Board (2010-present)

    -Kidney and Urology Foundation of America, Scientific Advisory Council (2009-present)

**HONORS, AWARDS and PRIZES**

- New Jersey Monthly Magazine's Best Doctors, 2010-2016

- Best Doctors in America, 2007-2016
- National Medical Award in Urology, Kidney and Urology Foundation of America 2011
- Winner, Ferdinand C. Valentine Urology Residents' Essay Meeting, 2003
- Alpha Omega Alpha Medical Honor Society, 1998

**PROFESSIONAL MEMBERSHIPS**

| Member/Officer | Name of Organization | Dates Held |
|---|---|---|
| Member | Society of Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction | 2006-current |
| Member | American Urologic Association | 2000-current |
| Member | Society of Women in Urology | 1999-current |
| Scientific Advisory Council | Kidney and Urology Foundation of America | 2006-current |
| Member | New York Section of the American Urologic Foundation | 2004-current |