# EXHIBIT A

## Exhibit A – Jerry Blaivas, MD - Ethicon

| Case Name | Case Number |
|---|---|
| HITE, Deborah J. and James Barnhart vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-04693 |
| MESSERSMITH, Veronica vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 17-cv-03939 |
| TRIMBLE, Rhonda and Anthony Trimble vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-01976 |