# EXHIBIT A

## Exhibit A – Richard Trepeta, M.D. - Ethicon

| Case Name | Case Number |
| --- | --- |
| RICHARDSON, Dawn and Steve Richardson vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 13-cv-05254 |
| TRIMBLE, Rhonda and Anthony Trimble vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-01976 |