**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO: WAVE 8 CASES ON ATTACHED EXHIBIT A | Master File No. 2:12-MD-02327 MDL No. 2327 JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**PLAINTIFFS' *DAUBERT* MOTION TO PRECLUDE OR, IN THE ALTERNATIVE, TO**
**LIMIT THE OPINIONS AND TESTIMONY OF MILES MURPHY, M.D.**

**COMES NOW** Plaintiffs in actions listed on attached Exhibit A, by and through the undersigned attorneys, and files this Plaintiffs' *Daubert* Motion to Exclude or, In The Alternative, To Limit The Opinions And Testimony of Miles Murphy M.D. and would respectfully show the Court that Dr. Murphy should be excluded for the following reasons:

1.   Dr. Murphy is not qualified to offer general opinions as discussed in the memorandum of law.

2.   In support of this motion, Plaintiffs have submitted a memorandum of law and also rely upon the following attached exhibits:

    1.   A true copy of the Wave 8 TVT and TVT-O Expert Report of Dr. Murphy is attached hereto as Exhibit B.

    2.   A true copy of Dr. Bowling's Curriculum Vitae is attached as Exhibit C.

    3.   A true copy of the Wave 8 Prolift Expert Report of Dr. Murphy is attached hereto as Exhibit D.

    4.   A true copy of excerpts from the Deposition of Dr. Murphy dated November 30, 2012, is attached hereto as Exhibit E.

1

5.      A true copy of excerpts from the Deposition of Dr. Murphy dated October 9, 2018, is attached hereto as Exhibit F.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court grant their *Daubert* Motion to Exclude or, In The Alternative, To Limit the Opinions And Testimony of Miles Murphy, M.D.  Additionally, Plaintiffs request all other and further relief to which they may be justly entitled.

Dated: October 18, 2018.

Respectfully submitted,

/s/ D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com
*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed the foregoing document on October 18, 2018, using the

Court's CM-ECF filing system, thereby sending notice of the filing to all counsel of record in

this matter.

/s/ D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com
baylstock@awkolaw.com