# **EXHIBIT A**

| Ahner, Jacqueline | 2:13-cv-09790 |
|---|---|
| Bernard, Elva | 2:13-cv-02932 |