CURRICULUM VITAE

# Miles Murphy, MD, MSPH, FACOG

*The Institute for Female Pelvic Medicine & Reconstructive Surgery*
*1010 Horsham Road, Suite 101*
*North Wales, PA 19454*

## CURRENT POSITION

Associate Medical Director                                          2004 - present
The Institute for Female Pelvic Medicine
& Reconstructive Surgery
Allentown and North Wales, PA

Chief, Section of Urogynecology                                     2008 - present
Department of Obstetrics & Gynecology
Abington Memorial Hospital
Abington, PA

## EDUCATION

**M.S.P.H. –** University of Louisville                             2002 - 2004
Louisville, KY

**M.D. -** University of Pittsburgh                                 1993 - 1997
Pittsburgh, PA

**Post-Baccalaureate** – Pre Med Sciences, University of Villanova  1991 - 1993
Villanova, PA

**B.A. -** Tufts University                                         1987 - 1991
Clinical Psychology – *cum laude*
Medford, MA

## ACADEMIC APPOINTMENTS:

Clinical Assistant Professor                                        2008 - present
Temple University School of Medicine
Department of Obstetrics and Gynecology
Philadelphia, PA

Page **2**
Miles Murphy, MD

Clinical Instructor                                              2001 - 2004
University of Louisville School of Medicine
Department of Obstetrics and Gynecology
Louisville, KY


## PROFESSIONAL EXPERIENCE

Fellow, Department of Ob/Gyn                                     2001 - 2004
Division of Urogynecology and Reconstructive Pelvic Surgery
University of Louisville - School of Medicine
Louisville, KY 40292
July 2001 – June 2004

Administrative Chief Resident                                    1997 - 2001
Lehigh Valley Hospital – Resident in Ob/Gyn
Post Office Box 7017
Allentown, PA 18105-7017

Sexually Transmitted Disease Clinic – Staff Physician            1999 - 2000
Allentown Bureau of Health

Student Fellowship in Internal Medicine                          1994
Robert Wood Johnson Foundation
University of Pittsburgh Medical Center

Medical Science Research Specialist                              1991 - 1993
Department of Urology
University of Pennsylvania

Mental Health Care Worker                                        1990
Gaebler Children's Center
Waltham, Massachusetts


## <u>CERTIFICATION AND LICENSURE</u>

Diplomate, American Board of Obstetrics and Gynecology           2006
        Annual Re-certification                                  2007 - 2015
Subspecialty, Female Pelvic Medicine & Reconstructive Surgery    2013

USMLE Steps I-III: Passed all on first attempt                   1995 - 1997

Licensed Physician in the state of Pennsylvania

Page **3**
Miles Murphy, MD

## AWARDS AND HONORS

| | |
|---|---|
| "Top Doc" – Urogynecology, *Philadelphia* magazine | 2017 |
| Distinguished Faculty Award<br>Awarded by the Obstetrics and Gynecology Residents of<br>Abington Memorial Hospital for the Attending Physician<br>Contributing Most to Resident Education | 2012 |
| Top Doctor Award – Obstetrics and Gynecology<br>Castle Connelly Medical Ltd. | 2011 - 2012 |
| Alan Grossman Memorial Award<br>Awarded by the Obstetrics and Gynecology Residents of<br>Abington Memorial Hospital | 2009 |
| Council on Resident Education in Obstetrics and Gynecology<br>National Faculty Award for Excellence in Resident Education<br>Abington Memorial Hospital | 2005 |
| Award for Best Teaching Fellow<br>University of Louisville Medical Center<br>Department of Ob/Gyn | 2004 |
| Academic Achievement Award<br>University of Louisville – G.P.A. 4.0<br>C.R.E.S.T. Program | 2004 |
| Outstanding Achievement Award<br>University of Louisville<br>C.R.E.S.T. Program | 2003 |
| Who's Who Among Students in American Universities<br>University of Louisville – School of Public Health | 2003 |
| Award for Best Resident Teacher<br>Lehigh Valley Hospital | 2001 |
| Graduated *Cum laude*<br>Tufts University | 1997 |
| Gold Medal – Men's Lightweight Eight<br>New England Rowing Championships. | 1988, 1990 |

Page **4**
Miles Murphy, MD

## LEADERSHIP ROLES

| | |
|---|---|
| Assistant Secretary/Treasurer & Member of Board of Directors  – Society of Gynecologic Surgeons | 2017 - 2018 |
| Chair – Clinical Practice Council of the American Urogynecologic Society Oversee the Coding Committee, Guidelines & Statements Committee, Systematic Review Committee and future Alternative Payment Committee of AUGS | 2015 - 2017 |
| Chair – Program Committee American Urogynecologic Society's Annual Scientific Meeting. Seattle, Washington | 2015 |
| Annual Scientific Meeting Co-Chairperson 2014 Joint Meeting of the American Urogynecologic Society and International Urogynecologic Association. Washington DC | 2014 |
| Research Committee Chairman Society for Gynecologic Surgeons – This role includes responsibility for overseeing the SGS/AUGS Fellows' Pelvic Research Network and the SGS Systematic Review Group | 2013 - 2016 |
| Mentor for Summer Research Scholar Program University of Louisville School of Medicine | 2003 |
| Administrative Chief Resident – Ob/Gyn Lehigh Valley Hospital | 2000 - 2001 |
| President of Tufts Big Brothers Tufts University | 1990 - 1991 |
| Volunteer Youth Counselor Shortstop – Emergency Youth Shelter Somerville, MA | 1989 - 1990 |

## COMMITTEE MEMBERSHIP

| | |
|---|---|
| Education Committee American Urogynecology Society | 2011 - 2013 |
| Program Committee American Urogynecology Society | 2010 - 2011 2014 - 2015 |
| Research Committee Society of Gynecologic Surgeons | 2009 - 2016 |

Page **5**
Miles Murphy, MD

| | |
|---|---|
| Systematic Review Group<br>Society of Gynecologic Surgeons | 2006 - present |
| Education Committee – Department of Ob/Gyn<br>Abington Memorial Hospital | 2004 - present |
| Education Committee – Department of Ob/Gyn<br>Occurrence Analysis Committee<br>Lehigh Valley Hospital | 2000 - 2001 |
| Student Interview Committee<br>University of Pittsburgh – School of Medicine | 1995 - 1997 |

**PROFESSIONAL SOCIETIES**

Fellow of American College of Obstetricians and Gynecologists
Diplomat of the American Board of Obstetrics and Gynecology
Member of the Society of Gynecologic Surgeons,
American Urogynecology Society, and
International Urogynecology Association

**JOURNAL EDITORIAL BOARD**

Member of the Editorial Board of
"Female Pelvic Medicine & Reconstructive Surgery"
The Official Journal of the American Urogynecologic Society          2018 - present

**JOURNAL PEER-REVIEWER (Print and Web-based)**

American Journal of Obstetrics & Gynecology
International Urogynecology Journal
Female Pelvic Medicine & Reconstructive Surgery
British Medical Journal (BMJ)
The American Journal of Surgery
Journal of Reproductive Medicine
European Journal of Obstetrics & Gynecology
Expert Review of Medical Devices
Physicians' Information and Education Resource – American College of Physicians
BMC Women's Health

Page **6**
Miles Murphy, MD

## RESEARCH ACTIVITY

Co-Investigator: NCT03082118                                    03/08/2017 - present
Use of the Vesair Bladder Control System in the Treatment of Post -Menopausal Female
Subjects with Stress Unrinary Incontinence Protocol #CD1007(Sponsored by Solace
Therapeutics, Inc

Principal Investigator: A Post-Market Evaluation of the Altis® Single Incision Sling System
versus Transobturator or Retropubic Mesh Sling in the Treatment of Female Stress Urinary
Incontinence (Altis 522 Study) 2015

Principal Investigator: A Prospective, Non-Randomized, Parallel Cohort, Multi-center Study of
Uphold LITE vs. Native Tissue for the Treatment of Women with Anterior/Apical Pelvic Organ
Prolapse"- Uphold LITE Study (Sponsored by Boston Scientific) 2014

Co-Investigator: Vaginal Tactile Imaging in Assessment of Pelvic Floor Conditions.
(Sponsored by Artann Laboratories, National Institute of Aging (NIH)) 2011

## PAST RESEARCH ACTIVITY

Co-Investigator: An Investigation of the **Tr**eatment of Fec**A**l Inconti**N**ence using the TOPA**S**
Sling System **FOR** Wo**M**en. (Sponsored by AMS) 2011 – 2016

Principal Investigator: Collection of Long Term Patient Outcomes Data Following
Implantation of AMS Surgical Devices (CAPTURE Registry) (Sponsored by AMS) 2014 - 2016

Co-Investigator: A Prospective, Safety and Efficacy Cohort Study of Elevate® Anterior and
Apical Prolapse Repair System Compared to Native Tissue Repair for Pelvic Organ Prolapse
Repair. Protocol # PR1205. (Sponsored by Coloplast) 2014 - 2016

Co-Investigator: A Prospective, Safety and Efficacy Cohort Study of Elevate® Apical and
Posterior Prolapse Repair System Compared to Native Tissue Repair for Pelvic Organ Prolapse
Repair. Protocol # PR1206. (Sponsored by AMS) 2014 - 2016

## INVITED LECTURES AND FACULTY ROLES

"The Use of Transvaginally-Placed Mesh in Reconstructive Pelvic Surgery"
Grand Rounds Department of Ob/Gyn University of Texas Southwestern.
Dallas, TX. October, 24 2017.

"Mesh Removal – Partial"
Debate on Mesh Removal: American Urogynecologic Society Annual Scientific Meeting
AUGS PFD Week 2017. Providence, RI. October 6, 2017

Faculty of the 2016 FPMRS Fellows Hands-On Robotic Sacrocolpopexy Course –

Page **7**
Miles Murphy, MD

Preceptor for Robotic Cadaver Lab and lectures given on "Sacrocolpopexy-Focused Surgical Anatomy" and "Principles of Clinical Research Design"
Orlando, FL. May 24-6, 2016

"Principles of Clinical Research Design"
FMIGS/SREI Fellows Surgical Boot Camp.
Orlando, FL. July 25, 2015

"Perioperative Medical Complications" and "Intraoperative Complications of Gynecologic Surgery" ExamPro Board Review Course.  Baltimore, MD May 2014 and 2015.

"The Use of Mesh in Pelvic Reconstructive Surgery"
Grand Rounds Department of Ob/Gyn Einstein Medical Center.
Philadelphia, PA. February 4, 2015.

"Review of the Evidence Regarding Graft Use in Reconstructive Pelvic Surgery" and "Robotic Sacral Colpopexy"  Workshop at the 2014 Joint Scientific Meeting of the American Urogynecologic Society and the International Urogynecologic Association.  Washington, D.C. July 23, 2014.

Preceptor for Fellows' Cadaver Lab: Hysteropexy Station at the 2014 Joint Scientific Meeting of the American Urogynecologic Society and the International Urogynecologic Association. Washington, D.C. July 22, 2014.

"Overactive Bladder: Pathophysiology, Investigation & Management" and "Pelvic Organ Prolapse: Pathophysiology, Investigation & Management"  Urogynecology Trainees' Course, Mercy Hospital for Women.  Heidelberg, Australia.  March 30, 2014.

"Should We Remove Ovaries and Tubes During Benign Gynaecological Surgeries?"  and "Postoperative Management and Restrictions for Female Pelvic Surgery: a Systematic Review" 2014 Annual Scientific Meeting of the Urogynecologic Society of Australiasia.  Melbourne, Australia. March 28, 2014.

"The Use of Mesh in Pelvic Reconstructive Surgery"
Grand Rounds Department of Ob/Gyn University of Pennsylvania.
Philadelphia, PA. October 3, 2013.

October 3, 2013"Critical Evaluation of the Newest Gadgets in Uro/Gyn" The Obstetrical Society of Philadelphia.  Philadelphia, PA.  April 11, 2013

"Introducing Research into Clinical Practice", "Implications of Mesh Environment on Practice", "Functional and Introductory Pelvic Floor Anatomy", "Urodynamics – Classification of Incontinence", "Nonsurgical and Surgical Tx of SUI", "Preparing for cysto, bulking agents, and botox"  Lectures and Co-Director of FPMRS Update 2012 – New Orleans, LA, June 2012.

"Functional and Surgical Anatomy of the Pelvic Floor" and "A Leak is a Leak, Right? Urodynamics and the Diagnosis of Urinary Dysfunction"  AUGS Office-Based Urogynecology Course – Chicago, IL, October 2011.

Page **8**
Miles Murphy, MD

"Mesh – What Does the SGS Systematic Review Tell Us?"  Roundtable Discussion Facilitator, 32nd Annual Scientific Meeting of the American Urogynecology Society – Providence, RI, September 16th, 2011.

"Management of Fecal Incontinence" and "Evolving Mesh Debate: Always, Sometimes, Never – with Dennis Miller, Donald Ostergard, & Miles Murphy" AUGS Clinical Course.  Baltimore, MD July 8-9th, 2011.

 "Evaluation and Treatment of Complications of Transvaginally and Transabdominally-Placed Materials in Prolapse Repair" AUGS Webinar.  April 2011.

"Urogynecologic Surgery Complications"
Grand Rounds at Lankenau Hospital.
Philadelphia, PA  October 6th, 2010

"How to Minimize the Risk of Mesh Exposure"
Roundtable Discussion Facilitator, 31st Annual Scientific Meeting of the American Urogynecology Society – Long Beach, CA  October 1st, 2010

"Vaginal Mesh for Pelvic Organ Prolapse Repair" and "Interstitial Cystitis/Painful Bladder Syndrome"  Seattle Gynecology Society.  Seattle, WA September 9th, 2010

"Incontinence and Pelvic Floor Dysfunction"  Abington Memorial Hospital Primary Care Women's Conference.  Abington, PA June 4th, 2010

"Prevention of Complications – Anatomic Considerations" & "Management of Surgical Failures"  Prevention and Management of Complications Associated with the "New" Prolapse Operations – An Interactive Course Emphasizing Vaginal Mesh "Kits" and Robotic Procedures. 30th Annual Scientific Meeting of the American Urogynecology Society – Hollywood, FL September 2009.

"Transvaginal Mesh for the Treatment of Pelvic Organ Prolapse" & "Pelvic Floor Anatomy" 3rd Annual Collaborative Perspectives on Pelvic Floor Surgery.  San Francisco, CA. August 20-21st, 2009

"New Techniques to Treat Pelvic Organ Prolapse"
Portland Obstetrics & Gynecology Society.  Portland, Oregon.  March 2009.

"Why Some Women Can't Laugh" Doylestown Hospital, Doylestown, PA.  November 2008

"Update on the Surgical Treatment of Stress Urinary Incontinence"
Grand Rounds: Albert Einstein Medical Center.
Philadelphia, PA September 2008.

"Clinical Practice Guidelines on the Vaginal Use of Graft for Prolapse Repair"
Annual Scientific Meeting of the Society of Gynecologic Surgeons
Savannah, Georgia  April 2008

Page **9**
Miles Murphy, MD

Discussant for "Tips and Techniques for Non-Robotic Laparoscopic Sacrocolpopexy" video presentation. Annual Scientific Meeting of the Society of Gynecologic Surgeons
Savannah, Georgia  April 2008

Guest Reviewer – Resident Research Day
Cooper University Hospital, Department of Ob/Gyn, February 2008

Novel Surgical Techniques for Female Pelvic Organ Prolapse
Lecture to the Board of Directors of Abington Memorial Hospital
Abington, PA, October 2007

"Prolapse Repair:  Consideration on Approach: Kits vs. Traditional Repairs."  Round Table Discussion – Annual Scientific Meeting of the American Urogynecology Society – Hollywood, FL  September 2007.

 "New Techniques to Treat Pelvic Relaxation"
Grand Rounds: Geisenger Medical Center.
Danville, PA September 2007.

"Pelvic Floor Anatomy Made Easy."  Challenges in Women's Healthcare:  Urogynecology for Primary Care Providers.  New York City, NY June 2006 and October 2007.

"Minimally Invasive Midurethral Slings" Annual Meeting of the American Society of Perianesthesia Nurses.  Allentown, PA  May 2006.

"Recent Advances in Reconstructive Pelvic Surgery." Annual Meeting of the American Association of Operating Room Nurses.  Allentown, PA  May 2006

"Surgery for Incontinence and Pelvic Organ Prolapse – What the PCP Should Know"
Challenges in Women's Healthcare: Urogynecology for Primary Care Providers. New York City, NY June 2005.

"Is Hysterectomy Necessary for Repair of Apical Support Defects."  Round Table Discussion – Annual Scientific Meeting of the American Urogynecology Society – San Diego, CA September 2004.

"Update on the Treatment of Overactive Bladder"
Grand Rounds: Abington Memorial Hospital
Abington, PA. April 22, 2004.

"Pelvic Support Defects" Resident Lecture Series.  University of Louisville – School of Medicine.  March 2004.

"Clinical Research and Graduate Medical Education: Panel Discussion" Lecture for Course PHCI 501 – From Bench to Bedside: Introduction to Clinical Research.  University of Louisville – School of Public Health and Information Sciences.  July 2003.

"Surgical Management of Stress Urinary Incontinence – What the Primary Care Provider Should Know" Seminar on Urinary Incontinence and Pelvic Organ Prolapse.  Sponsored by the

Page **10**
Miles Murphy, MD

University of Louisville.  Louisville, Frankfort, Paducah, and Owensboro Kentucky.  Fall 2002 & Winter 2003.

"Long-term Success of Sacral Colpopexy Using Synthetic Mesh"  Resident/Fellow Research Day at the University of Louisville.  Louisville, Kentucky.  June 2002.

"Pelvic Floor Anatomy" Seminar on Urinary Incontinence and Pelvic Organ Prolapse. Sponsored by the University of Louisville.  Louisville, Lexington, Elizabethtown, and Corbin Kentucky.  Fall 2001 & Winter 2002.

"Laparoscopic Burch versus Tension-Free Vaginal Tape" Resident Research Day at the Lehigh Valley Hospital.  Allentown, Pennsylvania.  May 2001.


**PEER REVIEWED PUBLICATIONS**


Lucente VR, van Raalte H, **Murphy M**, Egorov V.  Biomechanical paradigm and interpretation of female pelvic floor conditions before a treatment.  International journal of Women's Health 2017;9:521-550.

Jeppson PC, Balogobin S, Rahn DD, Matteson KA, Dieter AA, Ellington DR, Asckenazi SO, Grimes C, Mamik MM, Balk EM, **Murphy M** , for the Society of Gynecologic Surgeons Systematic Review Group.  Comparison of vaginal hysterectomy techniques and interventions for benign indications: a systematic review.  Obstet Gynecol 2017;129(5):877-886.

Casiano-Evans E, Matteson KA, Orejuela FJ, Alperin M, Balk EM, El-Nashar S, Gleason JL, Grimes C, Jeppson P, Mathews C, Wheeler TL, **Murphy M**, for the Society of Gynecologic Surgeons Systematic Review Group.  Salpingo-oophorectomy at the time of benign hysterectomy: a systematic review.  Obstet Gynecol 2016;128(2):476-486.

 Schimpf MO, Abed H, Sanses T, White AB, Lowenstein L, Ward RM, Sung VW, Balk EM, **Murphy M**; for the Society of Gynecologic Surgeons Systematic Review Group. Graft and mesh use in transvaginal prolapse repair: a systematic review.  Obstet Gynecol 2016;128:81-91.

Olivera CK, Meriwether K, El-Nashar S, Grimes CL, Chen CCG, Orejuela R, Antosh D, Gleason J, Kim-Fine S, Wheeler T, McFadden, Balk EM, **Murphy M**; Systematic Review Group for the Society of Gynecologic Surgeons. Nonantimuscarinic treatment for overactive bladder: a systematic review.  Am J Obstet Gynecol 2016; 215(1):34-57.

Rahn DD, Carberry C, Sanses TV, Mamik MM, Ward RM, Meriwether KV, Olivera CK, Abed H, Balk EM, **Murphy M**; for the Society of Gynecologic Surgeons Systematic Review Group. Vaginal estrogen use in postmenopausal women with pelvic floor disorders: a systematic review. Int Urogynecol J 2015; 26(1):3-13.

Jambusaria LH, **Murphy M**, Lucente VR.  One-year functional and anatomic outcomes of robotic sacrocolpopexy versus vaginal extraperitoneal colpopexy with mesh.  Female Pelvic Medicine & Reconstructive Surgery 2015;21(2):87-92.

Page **11**
Miles Murphy, MD

Rahn DD, Carberry C, Sanses TV, Mamik MM, Ward RM, Meriwether KV, Olivera CK, Abed H, Balk EM, **Murphy M**; for the Society of Gynecologic Surgeons Systematic Review Group. Vaginal estrogen for genitourinary syndrome of menopause: a systematic review. Obstet Gynecol 2014; 124(6): 1147-56.

Gala R, Margulies R, Steinberg A, **Murphy M**, et al. Systematic Review of Robotic Surgery in Gynecology: Robotic Techniques Compared with Laparoscopy and Laparotomy. J Min Inv Gynecol 2014;21(3):353-61.

**Murphy M**, Olivera C, Wheeler T, et al. Postoperative management and restrictions for female pelvic surgery: a systematic review. *Int Urogynecol J* 2013;24:185–193.

Ehsani N, Ghafar MA, Antosh DD, Tan-Kim J, Warner WB, Mamik M, Brown HW, Chung CP, Segal S, Abed H, **Murphy M**, Stolxfus JC, Molden S. Risk factors for mesh extrusion after prolapse surgery: a case-control study. *Female Pelvic Medicine & Reconstructive Surgery* 2012;18(6):357-61.

Lucente V, **Murphy M**, Saiz C. Vaginal prolapse repair: suture repair versus mesh augmentation: a urogynecology perspective. *Urol Clin North Am*. 2012;39(3):325-33.

Noblett KL, **Murphy M**, Guerette N. Natural orifice vaginal sacrocolpopexy (NOVaS): a cadaver feasibility study. *Int Urogynecol J* 2012;23(4):447-52.

**Murphy M**, Holzberg A, van Raalte H, Kohli N, Goldman HB, Lucente V on behalf of the Pelvic Surgeons Network. Time to rethink: an evidence-based response form pelvic surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse." *Int Urogynecol J* 2012;23:5-9.

Wheeler TL, **Murphy M**, Rogers RG, Gala R, Washington B, Bradley L, Uhlig K. Clinical Practice Guideline for Abnormal Uterine Bleeding: Hysterectomy versus Alternative Therapy. *J Min Inv Gynecol* 2012;19(1):81-8.

Molden S, Bracken J, Patterson D, Nguyen A, Harvie HS, White A, Hammil SA, Patterson D, Tarr M, Sanses T, **Murphy M**, Rogers RG. A Retrospective Multicenter Study on Outcomes After Midurethral Polypropylene Sling Revision for Voiding Dysfunction. *Female Pelvic Medicine & Reconstructive Surgery* 2010;16(6):340-4.

**Murphy M**, Shrestha R, Haff R, van Raalte H, Devakumar H, Lucente VR. Vaginal Hysterectomy at the Time of Transvaginal mesh Placement. *Female Pelvic Medicine & Reconstructive Surgery* 2010;16(5):257-62.

Molden S, Patterson D, Tarr M, Sanses T, Bracken J, Nguyen A, Harvie HS, White A, Hammil SA, **Murphy M**, Rogers RG. Risk factors leading to midurethral sling revision: a multicenter case-control study. *Int Urogynecol J* 2010;21:1253-9.

van Raalte H, Lucente V, Haff R, Molden S, **Murphy M**. One-year anatomic and quality-of-life outcomes after the Prolift procedure for treatment of posthysterectomy prolapse. *Am J Obstet Gynecol* 2008;199(6):694-6.

Page **12**
Miles Murphy, MD

**Murphy M** for the Society of Gynecologic Surgeons Systematic Review Group. <u>Clinical Practice Guidelines on Vaginal Graft Use From the Society of Gynecologic Surgeons</u>. *Obstet Gynecol* 2008;112:1123-1130.

**Murphy M**, Sternschuss G, Haff R, van Raalte H, Saltz S, Lucente VR. <u>Quality of life and surgical satisfaction following vaginal reconstructive versus obliterative surgery for the treatment of advanced pelvic organ prolapse</u>. *Am J Obstet Gynecol* 2008;198:573.

**Murphy M**, van Raalte H, Mercurio E, Haff R, Wiseman B, Lucente VR. <u>Incontinence-related quality of life and sexual function following the tension-free vaginal tape versus the"inside-out" tension-free vaginal tape obturator</u>. *International Urogynecology J* 2008;19:481-7.

**Murphy M,** Culligan PJ, Arce CM, Graham CA, Blackwell L, Heit MH. <u>Construct validity of the incontinence severity index</u>. *Neurourol Urodyn* 2006;25(5):418-23.

**Murphy M**, Raders JL, Haff, R, Yeager M, Lucente VR. <u>Early U.S. Experience with Vaginal Extraperitoneal Colpopexy Using a Propylene Graft (Prolift) for the Treatment of Pelvic Organ Prolapse.</u> *J Pelvic Med Surg* March/April 2006; 12(2): 104-5.

**Murphy M**, Culligan P, Arce C, Graham L, Blackwell L, & Heit M. <u>Is the Cough-Stress Test Necessary when Placing the Tension-Free Vaginal Tape</u>. *Obstet Gynecol* 2005;192(2):319-24.

**Murphy M**, Culligan P. <u>Cystoscopy: An Evidence-Based Review.</u> *www.pier.acponline.org* February 2005.

Culligan P, Blackwell L, **Murphy M**, Ziegler C, Heit MH. <u>A Randomized, Double-blinded, Sham-controlled Trial of Post-partum Extracorporeal Magnetic Innervation to Restore Pelvic Muscle Strength in Primiparous Patients</u>. *Am J Obstet Gynecol* 2005; 192(5): 1578-82.

Culligan P, Kubik K, **Murphy M**, Blackwell L, Snyder J. <u>A Randomized Trial that Compare Povidone Iodine and Chlorhexidine as Antiseptics for Vaginal Hysterectomy</u>. *Am J Obstet Gynecol* 2005; 192(2): 422-5.

**Murphy M,** Culligan P, Graham C, Kubik K, & Heit M. <u>Is the Leak Point Pressure Alone an Accurate Indicator of Intrinsic Sphincteric Deficiency</u>? *Int Urogyn J.* 2004; 15(5): 294-97.

**Murphy M**, Heit M, & Culligan P. <u>Evaluation and Treatment of Female Urinary Incontinence</u>. *Am J Med Sports* 2003; 6(2): 70-7.

Culligan P, Heit M, Blackwell L, **Murphy M**, Graham C, & Snyder J. <u>Bacterial Colony Counts During Vaginal Surgery</u>. *Infec Dis Obstet Gynecol* 2003; 11:161-5.

Heit M, Rosenquist C, Culligan P, Graham C, **Murphy M**, & Shott S. <u>Predicting Treatment Choice for Patients with Pelvic Organ Prolapse</u>. *Obstet Gynecol* 2003; 101(6): 1279-1284.

**Murphy M,** Heit M, Fouts L, Graham C, Blackwell L, & Culligan P. <u>Effect of Anesthesia on Voiding Function Following Tension-Free Vaginal Tape</u>. *Obstet Gynecol* 2003; 101:666-670.

Page **13**
Miles Murphy, MD

Culligan PJ, Miklos J, **Murphy M**, Goldberg R, Graham C, Moore R, Hainer M, & Heit M. The Tensile Strength and Safety of Uterosacral Sutures: A Comparison of the Vaginal and Laparoscopic Techniques. *Obstet Gynecol* 2002; 101(3): 500-503.

Culligan P, **Murphy M**, Blackwell L, Hammons G, Graham C, & Heit M. Long-term Success of Sacral Colpopexy Using Synthetic Mesh. *Am J Obstet Gynecol 2002*; 187(6): 1473-82.

Albaum MN, **Murphy M**, Hill LC, Fuhrman CR, Kapoor WN, & Fine MJ. Inter-Observer Reliability of the Chest Radiograph in Community-Acquired Pneumonia *Chest* 110/2: 343-350, August 1996.

Saito M, Longhurst PA, **Murphy M**, Monson FC, Wein AJ, & Levin RM. Effect of Slow and Rapid Cystometry on In-Vitro Rat Urinary Bladder DNA Synthesis *General Pharmacology* 25(5): 1021-5, September 1994.

Saito M, Longhurst PA, **Murphy M**, Monson FC, Wein AJ, Levin RM. Tritiated-thymidine Uptake by the Rat Urinary Bladder after Partial Outflow Obstruction *Neurourol Urodyn* 13(1): 63-9, 1994.

Monson FC, Wein AJ, Eika B, **Murphy M**, & Longhurst PA. Stimulation of DNA Synthesis in Rabbit Bladder Wall after Partial Outlet Obstruction and Acute Overdistension *Neurourol Urodyn* 13(1): 51-61, 1994.

Eika B, Levin RM, Monson FC, **Murphy M**, & Longhurst PA. Tritiated-thymidine Uptake by the Rat Urinary Bladder after Induction of Diabetes Mellitus *J Urol* 150(4): 1316-20, October 1993.


**BOOK CHAPTERS**

Lucente V, **Murphy M**, Saiz C. Vaginal Prolapse Repair: Suture Repair Versus Mesh Augmentation: A Urogynecology Perspective. Controversies in Female Pelvc Reconstruction - Urologic Clinics of North America. Guest Editors Roger R. Dmochowski and Mickey Karram. 2012 Vol 39(3) pp325-334.

**Murphy M.** Use of Mesh and Materials in Pelvic Floor Surgery. Female Pelvic Medicine and Reconstructive Surgery – Obstetrics and Gynecology Clinics of North America. Guest Editor Joseph I. Schaffer. 2009 pp615-635.

**Murphy M**, Lucente VR. Surgery for Incontinence and Pelvic Dysfunction: Overview for the PCP. Urogynecology in Primary Care. Editors Patrick J Culligan and Roger P Goldberg. 2007 pp94-105.


**NON PEER-REVIEWED PUBLICATIONS**

**Murphy M.** Restrictions and limitations after pelvic floor surgery: what's the evidence? *Curr Opin Obstet Gynecol* 2017;29:349-353.

Page **14**
Miles Murphy, MD

**Murphy M.** <u>Debate on best Treatment of Pelvic Organ Prolapse: Physiotherapy vs Surgery</u>
*International Urogynecology Association* Vol. 9, Issue 1, pg 11, 2014

Lucente VR, **Murphy M**. <u>Laparoscopic Burch Colposuspension for Stress Urinary</u>
<u>Incontinence: When, How, and Why?</u> *OBG Management* 2003; 15(2):20-34.

Lucente, V, **Murphy M:** <u>Medical Simulations in the Management of Overactive Bladder</u>, A
continuing medical education enduring material by Albert Einstein College of Medicine &
Montefiore Medical Center, published by InterMed Press, Darien, CT, July 2005.

## ABSTRACTS

Gillingham A, **Murphy M**, Lucente VR. <u>Comparison of perioperative and short-term</u>
<u>postoperative outcomes in two transvaginal mesh systems used in the treatment of pelvic organ</u>
<u>prolapse.</u> Presented at the Annual Scientific Meeting of the American Urogynecologic Society:
Seattle, Washington, October 2015.

Jambusaria L, **Murphy** M, Haff R, Lucente V. <u>Long Term</u> Anatomic and Functional Outcomes
<u>of  Patients Undergoing Robotic Sacral Colpopexy versus Vaginal Extraperitoneal Colpopexy</u>
<u>with Synthetic Mesh.</u>  Presented at the American Urogynecology Society 33[nd] Annual Scientific
Meeting, Chicago, IL, October 2012.

Lucente V, Haff R, Bhatia N, Saiz CM, Lopez s, Ward A, Lee T, Hughes S, **Murphy M**.
<u>Outcome Incidence: a Retrospective Series of Over 1000 Patients Following Transvaginal Mesh</u>
<u>Surgery for Pelvic Organ Prolapse.</u>  Presented at the American Urogynecology Society 33[nd]
Annual Scientific Meeting, Chicago, IL, October 2012.

Jambusaria L, **Murphy** M, Haff R, Lucente V. <u>Anatomic and functional outcomes of  patients</u>
<u>undergoing vaginal extraperitoneal colpopexy versus robotic sacral colpopexy with synthetic</u>
<u>mesh.</u>  Presented at the American Urogynecology Society 32nd Annual Scientific Meeting,
Providence, RI, September 2011.

Bhatia N, **Murphy M**, Lucente VL, Ehsani N, Devakumar H, Shaw R, DeTurk S, Haff R. <u>A</u>
<u>Comarison of Short-Term Sexual Function Outcomes for Patietns Undergoing the Transvaginal</u>
<u>Mesh Procedure Using the Standard Polypropylene Mesh vs a Hybrid</u>
<u>Polypropylene/Poliglecaprone Mesh.</u>  Presented at the Annual Scientific Meeting of the Society
of Gynecologic Surgeons in Tucson, AZ April 2010.

Molden SM, Bracken J, Patterson D, Nguyen A, Harvie HS, Tarr M, White A, Sanses T,
Hammil SL, **Murphy M**, Rogers RG. <u>A Retrospective Multicenter Study on Outcomes after</u>
<u>Midurethral Polypropylene Sling (MUS) Revision for Voiding Dysfunction</u>  Presented at the
Annual Scientific Meeting of the Society of Gynecologic Surgeons in Tucson, AZ April 2010.

Rhee SH, **Murphy M**, van Raalte H, Haff R, Lucente VR. <u>Long-term quality of life and</u>
<u>anatomic outcomes with total vaginal mesh reconstruction for post-hysterectomy prolapse</u>.
Presented at the American Urogynecology Society 30th Annual Meeting, Hollywood, FL,
September 2009.

Page **15**
Miles Murphy, MD

Molden S, Lucente VR, van Raalte H, Haff R, **Murphy M**.  Quality of life, sexual health, and anatomic outcomes one year after transvaginal mesh reconstruction.  Presented at the American Urogynecology Society 30th Annual Meeting, Hollywood, FL, September 2009.

Lucente VR, **Murphy M**, van Raalte H.  The key to preventing transvaginal mesh erosion: utilizing hydrodistension during proper full-thickness dissection (Video).  Presented at the American Urogynecology Society 30th Annual Meeting, Hollywood, FL, September 2009.

Ehsani N, Lucente VR, **Murphy M**, Haff R, van raalte H, Radars J.  A randomized, double blind placebo controlled trial of the peri-operative use of tolterodine in women with mixed urinary incontinence undergoing midurethral sling placement.  Presented at the American Urogynecology Society 30th Annual Meeting, Hollywood, FL, September 2009.

Haff R, Lucente VR, **Murphy M**, van Raalte H, Olson G.  Validation of a new post surgical quality of life tool: the Surgical Satisfaction Questionnaire.  Presented at the American Urogynecology Society 30th Annual Meeting, Hollywood, FL, September 2009.

Carey MP, Zyczynski H, Franco N, Gopel C, Khandwala S, **Murphy M**, et al.  Clinical experience of a novel vaginal support device and balloon used in a trocar-less vaginal approach of mesh placement for prolapse repair.  Presented at the American Urogynecology Society 30th Annual Meeting, Hollywood, FL, September 2009.

Zyczynski H, Slack M, Reisenauer C, Khandwala S, Van Drie D, Franco N, Sayer T, Goepel C, **Murphy M**, Smith A, Carey M.  A New Operation for Vaginal Prolapse Repair using Mesh and a Vaginal Support Device: 1 year Anatomic and Functional Results of an International, Multicenter Study.  Presented at the Annual Meeting of the American Urological Association Education and Research Inc. Chicago, IL, April 25-30, 2009 and the Annual Meeting of the International Urogynecological Association, Lake Como, Italy, June 19, 2009.

**Murphy** M,  Shrestha R, Haff R, van Raalte H, Molden S, Lucente VR.  Vaginal Hysterectomy at the Time of Transvaginal Mesh Placement in the Treatment of Utero-vaginal Prolapse.  Presented at the American Urogynecology Society 29nd Annual Meeting, Chicago, IL, September, 2008.

Molden S, Lucente V, van Raalte H, Haff R, Lipetskaia L, **Murphy M**. Surgical Revision of Midurethral Slings: Early versus Late Revision in Patients with Voiding Dysfunction.  Annual Scientific Meeting of the Society of Gynecologic Surgeons in Savannah, GA April 2008.

van Raalte H, Lucente V, Molden S, Haff R, **Murphy M.**  One-year Anatomic and Quality of Life Outcomes Following the Prolift Procedure for Treatment of Posthysterectomy Prolapse.  Annual Scientific Meeting of the Society of Gynecologic Surgeons in Savannah, GA April 2008.

**Murphy M,** Sternschuss G, Haff R, van Raalte H, Saltz S, Lucente VR.   Quality of Life and Surgical Satisfaction following Vaginal Reconstructive versus Obliterative Surgery for the Treatment of Advanced Pelvic Organ Prolapse.  Annual Scientific Meeting of the American Urogynecologic Society in Hollywood, FL September 2007 and International Continence Society in Rotterdam, Netherlands, August 2007.

Page **16**
Miles Murphy, MD

**Murphy M,** van Raalte H, Mercurio E, Haff R, Wiseman B, Lucente VR.   Incontinence-related Quality of Life and Sexual Function following the Tension-free Vaginal Tape versus the "Inside-out" Tension-free Vaginal Tape Obturator.  Annual Scientific Meeting of the Society of Gynecologic Surgeons in Orlando, FL April 2007 and International Continence Society in Rotterdam, Netherlands, August 2007.

van Raalte H, Lucente V, **Murphy M**, McCardell J, Haff R, Wiseman B.  Short-term Results of the Prolift Procedure in 350 Patients used in the Treatment of Pelvic Organ Prolapse.  Annual Scientific Meeting of the Society of Gynecologic Surgeons in Orlando, FL April 2007 and the International Urogynecologic Association in Cancun, Mexico, June 2007.

**Murphy M**, Raders JL, Haff R, Yeager M, Lucente VR.  Early U.S. Experience with Vaginal Extraperitoneal Colpopexy Using a Propylene Graft (Prolift) for the Treatment of Pelvic Organ Prolapse. Annual Scientific Meeting of the Society of Gynecologic Surgeons in Tucson, AZ April 2006 and the International Urogynecologic Association in Athens, Greece September 2006.

**Murphy M**, Raders J, Wiseman B, Haff R, Lucente V.  Vaginal Tension-Free Securement of Synthetic Mesh in the Treatment of Pelvic Organ Prolapse. International Urogynecologic Association in Copenhagen, Denmark September 2005.

**Murphy M**, Culligan P, Arce C, Graham L, Blackwell L, & Heit M.  Is the Cough-Stress Test Necessary when Placing the Tension-Free Vaginal Tape?  Presented at the International Continence Society and International Urogynecology Association 2004 Scientific Programme, Paris, France, August 2004.

**Murphy M**, Culligan P, Arce C, Graham L, Blackwell L, & Heit M. Construct Validity of the Incontinence Severity Index.   Presented at the International Continence Society and International Urogynecology Association 2004 Scientific Programme, Paris, France, August 2004.

**Murphy M**, Culligan P. Standardization of TVT Tension Via a Disposable Pressure Sensor. Read by Title Abstract published in the ICS/IUGA 2004 Abstract CD-ROM.

**Murphy M**, Culligan P, Arce C, Graham L, Blackwell L, & Heit M.  Is the Cough-Stress Test Necessary when Placing the Tension-Free Vaginal Tape?  Presented at the American Urogynecologic Society 25th Annual Scientific Meeting, San Diego, CA, July 2004.

**Murphy M**, Culligan P, Arce C, Graham L, Blackwell L, & Heit M. Construct Validity of the Incontinence Severity Index.   Presented at the American Urogynecologic Society 25th Annual Scientific Meeting, San Diego, CA, July 2004.

Culligan P, Blackwell L, **Murphy M**, Ziegler C, & Heit M.  Pelvic Muscle Strength in Primiparous Patients.  Presented at the American Urogynecologic Society 25th Annual Scientific Meeting, San Diego, CA, July 2004.

Culligan P, Kubik K, **Murphy M,** Blackwell L, & Snyder J.  A Randomized Controlled Trial Comparing Providine-Iodine and Chlorhexidine to Prepare the Operative Field for Vaginal

2327  Document 6902-3  Filed 10/18/18  Page 17 of 17 PageID #: 182952

Page **17**
Miles Murphy, MD

Hysterectomy.  Presented at the American Urogynecologic Society 25th Annual Scientific Meeting, San Diego, CA, July 2004.

Graham C, **Murphy M**, & Heit M.  Effects of Estrogen Receptor Agonists on Voiding Function in Hormonally-Altered Female Rats.  Presented at the American Urogynecologic Society 25th Annual Scientific Meeting, San Diego, CA, July 2004.

**Murphy M**, Culligan P, Graham C, Kubik K, Attum O, & Heit M.  Is the Leak Point Pressure Alone Always an Accurate Indicator of Intrinsic Sphincter Deficiency.  Presented at the American Urogynecologic Society 24th Annual Scientific Meeting, Hollywood, FL, September 11-13, 2003

Culligan P, Heit M, Blackwell L, **Murphy M**, Graham CA, Snyder J.  Bacterial Colony Counts During Vaginal Surgery.  Presented at the Society of Gynecologic Surgeons' 29th Annual Scientific Meeting. Anaheim, CA, March 5-7, 2003

**Murphy M**, Heit M, Fouts L, Graham C, Blackwell L, & Culligan P.  The Effect of Anesthesia on Voiding Function Following Tension-Free Vaginal Tape.  Presented at the American Urogynecologic Society 24th Annual Scientific Meeting, San Francisco, CA, October 17-19, 2002

Culligan P, **Murphy M**, Goldberg R, Graham C, Moore R, Hainer M, Heit M, & Miklos J.  Tensile Strength of Uterosacral Ligament Suturing: A Comparison of the Vaginal and Laparoscopic Techniques.  Presented at the American Urogynecologic Society 24th Annual Scientific Meeting, San Francisco, CA, October 17-19, 2002

Culligan P, **Murphy M**, Blackwell L, Hammons G, Graham C, & Heit M. Long-term Success of Sacral Colpopexy Using Synthetic Mesh at the Society of Gynecologic Surgeons 28th Annual Meeting, Dallas Texas, March 4-6[th] 2002

**Murphy M**, Horton TR, Anderson M, Drunkenmiller J, & Lucente V.  Tension-Free Vaginal Tape for the Treatment of Intrinsic Sphincter Deficiency Refractory to Periurethral Collagen Injection.  Presented at the American Urogynecology Society 22nd Annual Meeting, Chicago, IL, October 25-27, 2001

Vassallo B, **Murphy M**, Lucente V, & Karram M. TVT vs Laparoscopic Burch: a Retrospective Review at One to Four Years.  Presented at the Society of Gynecologic Surgeons 27th Scientific Meeting, Lake Buena Vista, FL, March 5-7, 2001

## BIOGRAPHICAL INFORMATION

Birth Date:
Place of Birth:
Marital Status:                        Married, two children