IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |

THIS DOCUMENT RELATES TO

ETHICON WAVE 8 CASES LISTED IN EXHIBIT A

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE RUSSELL DUNN, Ph.D.

Defendant Boston Scientific Corporation adopts and incorporates by its prior *Daubert* motion to exclude the opinions of Russell Dunn, Ph.D., and memorandum in support. Boston Scientific Corp., Pelvic Repair Systems Product Liability Litigation MDL No 2326 [ECF No. 46, *Martha Carlson v. Boston Scientific Corp.*] Boston Scientific respectfully requests that the Court exclude Russell Dunn Ph.D.'s testimony, for the reasons expressed in the incorporated briefing. The Court has previously excluded Dr. Dunn's testimony. Boston Scientific Corp., Pelvic Repair Systems Product Liability Litigation MDL No 2326 [ECF No. 100, *Martha Carlson v. Boston Scientific Corp.*]. This notice applies to the Ethicon Wave 8 cases identified in **Exhibit A**.

Dated:  October 18, 2018                     Respectfully submitted,

                                                                By: /s/ Eric M. Anielak
                                                                Jon A. Strongman
                                                                 Eric M. Anielak
                                                                SHOOK, HARDY & BACON L.L.P.
                                                                2555 Grand Boulevard
                                                                Kansas City, Missouri 64108

        Telephone: 816.474.6550
        Facsimile: 816.421.5547
        jstrongman@shb.com
        eanielak@shb.com

**ATTORNEYS FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION**

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


Dated: October 17, 2018

                                                Respectfully submitted,

                                                /s/ Eric M. Anielak
                                                Eric M. Anielak

                                                **ATTORNEY FOR DEFENDANT**
                                                **BOSTON SCIENTIFIC CORPORATION**

8988539 v1