# EXHIBIT A

## Exhibit D – Russell Dunn, PhD - Ethicon

| Case Name | Case Number |
|---|---|
| HITE, Deborah J. and James Barnhart vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-04693 |

8988501 v1