# EXHIBIT A

## Exhibit A – Galloway, Niall, MD - Ethicon

| Case Name | Case Number |
|---|---|
| JONES, Marjorie vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 17-cv-00602 |

8992436 v1