# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., <br> PELVIC REPAIR SYSTEM PRODUCTS <br> LIABILITY LITIGATION | MDL No. 2327 |
| THIS DOCUMENT RELATES TO | |
| ETHICON WAVE 8 CASES LISTED IN EXHIBIT A | |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE SCOTT GUELCHER, Ph.D.

Defendant Boston Scientific Corporation adopts and incorporates by reference its prior *Daubert* motion to exclude the opinions of Scott Guelcher, Ph.D., and memorandum in support. Boston Scientific Corp., Pelvic Repair Systems Product Liability Litigation MDL No 2326 [ECF No. 52. *Martha Carlson v. Boston Scientific Corp.*] Boston Scientific respectfully requests that the Court exclude Scott Guelcher Ph.D.'s testimony, for the reasons expressed in the incorporated briefing. Boston Scientific Corp., Pelvic Repair Systems Product Liability Litigation MDL No 2326 [ECF No. 100 *Martha Carlson v. Boston Scientific Corp*] This notice applies to the Ethicon Wave 8 cases identified in **Exhibit A**.

8989529 v1

Dated:  October 18, 2018	Respectfully submitted,

By: /s/ Eric M. Anielak
Jon A. Strongman
Eric M. Anielak
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
jstrongman@shb.com
eanielak@shb.com

**ATTORNEYS FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: October 17, 2018

                                              Respectfully submitted,

                                              /s/ Eric M. Anielak
                                              Eric M. Anielak

                                              **ATTORNEY FOR DEFENDANT**
                                              **BOSTON SCIENTIFIC CORPORATION**