# EXHIBIT A

# Exhibit A – Scott Guelcher, MD - ETHICON

| Case Name | Case Number |
|---|---|
| BOGIE, Wanda vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-08674 |
| DENT, Angela vs. Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson | 14-cv-27262 |
| HITE, Deborah J. and James Barnhart vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-04693 |
| KENNEDY, Ramona Y. and Rodney Kennedy vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-16859 |
| KYSER, Tammy J. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-03048 |
| LOWELL, Patricia and Stanley A. Lowell vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-01801 |
| MELTON, Sheila and Bobby Melton vs. Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson, | 14-cv-27260 |
| MESSERSMITH, Veronica vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 17-cv-03939 |
| TRIMBLE, Rhonda and Anthony Trimble vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-01976 |
| VITALE, Carol and William Vitale vs. Boston Scientific Corporation, Ethicon, Johnson & Johnson, American Medical Systems, Inc. | 14-cv-29254 |