IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC..,
PELVIC REPAIR SYSTEM PRODUCTS    MDL No. 2327
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO

ETHICON WAVE 8 CASES LISTED IN EXHIBIT A

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE JIMMY MAYS, Ph.D

Defendant Boston Scientific Corporation adopts and incorporates by reference its prior *Daubert* motion to exclude the opinions of Jimmy Mays, Ph.D., and memorandum in support. Boston Scientific Corp., Pelvic Repair Systems Product Liability Litigation MDL No 2326 [ECF No. 4805] Boston Scientific respectfully requests that the Court exclude Jimmy May, Ph.D.'s testimony, for the reasons expressed in the incorporated briefing. This notice applies to the Ethicon Wave 8 cases identified in **Exhibit A**.

1

8990148 v1

Dated: October 18, 2018             Respectfully submitted,

            By: /s/ Eric M. Anielak
            Jon A. Strongman
            Eric M. Anielak
            SHOOK, HARDY & BACON L.L.P.
            2555 Grand Boulevard
            Kansas City, Missouri 64108
            Telephone: 816.474.6550
            Facsimile: 816.421.5547
            jstrongman@shb.com
            eanielak@shb.com

            **ATTORNEYS FOR DEFENDANT**
            **BOSTON SCIENTIFIC CORPORATION**

## CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: October 18, 2018

                                  Respectfully submitted,

                                  /s/ Eric M. Anielak
                                Eric M. Anielak

                                **ATTORNEY FOR DEFENDANT**
                                **BOSTON SCIENTIFIC CORPORATION**

8990148 v1