# EXHIBIT A

## Exhibit A – Jimmy Mays, Ph.D. - Ethicon

| Case Name | Case Number |
| --- | --- |
| HITE, Deborah J. and James Barnhart vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-04693 |
| JONES, Marjorie vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 17-cv-00602 |
| RICHARDSON, Dawn and Steve Richardson vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 13-cv-05254 |
| SCOTT, Jennifer and Jimmy Scott vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 16-cv-07847 |
| SWANEY, Mary vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 17-cv-00909 |
| TRIMBLE, Rhonda and Anthony Trimble vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-01976 |

8992857 v1