# EXHIBIT A

## Exhibit A – Robert Shull, M.D. - Ethicon

| Case Name | Case Number |
|---|---|
| HITE, Deborah J. and James Barnhart vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-04693 |
| JONES, Marjorie vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 17-cv-00602 |
| LOWELL, Patricia and Stanley A. Lowell vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-01801 |