# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.., <br> PELVIC REPAIR SYSTEM PRODUCTS <br> LIABILITY LITIGATION | MDL No. 2327 |

THIS DOCUMENT RELATES TO

> ETHICON WAVE 8 CASES LISTED IN EXHIBIT A

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE PEGGY PENCE, PH.D

Defendant Boston Scientific Corporation adopts and incorporates by reference its prior *Daubert* motion to exclude the opinions of Peggy Pence, Ph.D.., and memorandum in support. Boston Scientific Corp., Pelvic Repair Systems Product Liability Litigation MDL No 2326 [ECF No. 4815]. Boston Scientific respectfully requests that the Court exclude Peggy Pence, Ph.D's testimony, for the reasons expressed in the incorporated briefing This notice applies to the Ethicon Wave 8 cases identified in **Exhibit A**.

Dated: October 19, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/ Eric M. Anielak
　　　　　　　　　　　　　　　　　　　Jon A. Strongman
　　　　　　　　　　　　　　　　　　　Eric M. Anielak
　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　2555 Grand Boulevard
　　　　　　　　　　　　　　　　　　　Kansas City, Missouri 64108
　　　　　　　　　　　　　　　　　　　Telephone: 816.474.6550
　　　　　　　　　　　　　　　　　　　Facsimile: 816.421.5547
　　　　　　　　　　　　　　　　　　　jstrongman@shb.com
　　　　　　　　　　　　　　　　　　　eanielak@shb.com

　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　**BOSTON SCIENTIFIC CORPORATION**

## CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: October 18, 2018

                                      Respectfully submitted,

                                      /s/ Eric M. Anielak
                                      Eric M. Anielak

                                      **ATTORNEY FOR DEFENDANT**
                                      **BOSTON SCIENTIFIC CORPORATION**