# EXHIBIT A

## Exhibit A – Peggy Pence, MD - ETHICON

| Case Name | Case Number |
|---|---|
| BARTMAN, Elaine M. and Linwood Bartman vs. Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson | 14-cv-27267 |
| BOGIE, Wanda vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-08674 |
| DENT, Angela vs. Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson | 14-cv-27262 |
| HITE, Deborah J. and James Barnhart vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-04693 |
| JONES, Marjorie vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 17-cv-00602 |
| KYSER, Tammy J. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-03048 |
| MELTON, Sheila and Bobby Melton vs. Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson, | 14-cv-27260 |
| TALLO, Patricia vs. Ethicon Women's Health and Urology, Ethicon, Inc., Gynecare, Johnson and Johnson, Secant Medical, Secant Medical, Inc., Secant Medical, LLC, and Prodesco, Inc. | 16-cv-11980 |
| TILY, Joan vs. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation | 15-cv-00385 |
| VITALE, Carol and William Vitale vs. Boston Scientific Corporation, Ethicon, Johnson & Johnson, American Medical Systems, Inc. | 14-cv-29254 |