**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS                  MDL No. 2327
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO

| |
|---|
| ETHICON WAVE 8 CASES LISTED IN EXHIBIT A |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE
DIONYSIOS VERONIKIS, M.D.**

Defendant Boston Scientific Corporation adopts and incorporates by reference its prior *Daubert* motion to exclude the opinions of Dionysios Veronikis, M.D., and memorandum in support. Boston Scientific Corp., Pelvic Repair Systems Product Liability Litigation MDL No 2326 [ECF No. 4807]  Boston Scientific respectfully requests that the Court exclude Dionysios Veronikis, M.D.'s testimony, for the reasons expressed in the incorporated briefing.  This notice applies to the Ethicon Wave 8 cases identified in **Exhibit A**.

Dated:  October 18, 2018    Respectfully submitted,

           By: /s/ Eric M. Anielak
           Jon A. Strongman
           Eric M. Anielak
           SHOOK, HARDY & BACON L.L.P.
           2555 Grand Boulevard
           Kansas City, Missouri 64108
           Telephone: 816.474.6550
           Facsimile: 816.421.5547
           jstrongman@shb.com
           eanielak@shb.com

           **ATTORNEYS FOR DEFENDANT**
           **BOSTON SCIENTIFIC CORPORATION**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 18, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


Dated: October 18, 2018


Respectfully submitted,

/s/ Eric M. Anielak
Eric M. Anielak

**ATTORNEY FOR DEFENDANT**
**BOSTON SCIENTIFIC CORPORATION**