# EXHIBIT A

## Exhibit A – Dionysios Veronikis, M.D. - Ethicon

| Case Name | Case Number |
| --- | --- |
| HITE, Deborah J. and James Barnhart vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-04693 |