# EXHIBIT A

## Exhibit A – Donald Ostergard, MD - ETHICON

| Case Name | Case Number |
|---|---|
| BARTMAN, Elaine M. and Linwood Bartman vs. Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson | 14-cv-27267 |
| HITE, Deborah J. and James Barnhart vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-04693 |

8992706 v1