# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., <br> PELVIC REPAIR SYSTEM PRODUCTS <br> LIABILITY LITIGATION | MDL No. 2327 |
| THIS DOCUMENT RELATES TO | |
| ETHICON WAVE 8 CASES LISTED IN EXHIBIT A | |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE MICHAEL MARGOLIS, M.D.

Defendant Boston Scientific Corporation adopts and incorporates by reference its prior *Daubert* motion to exclude the opinions of Michael Margolis, M.D., and memorandum in support. Boston Scientific Corp., Pelvic Repair Systems Product Liability Litigation MDL No 2326 [ECF No. 4804]. Boston Scientific respectfully requests that the Court exclude Michael Margolis, M.D.'s testimony, for the reasons expressed in the incorporated briefing. This notice applies to the Ethicon Wave 8 cases identified in **Exhibit A**.

Dated:  October 19, 2018
Respectfully submitted,

By: /s/ Eric M. Anielak
Jon A. Strongman
Eric M. Anielak
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
jstrongman@shb.com
eanielak@shb.com

**ATTORNEYS FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION**

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: October 17, 2018

                                          Respectfully submitted,

                                          /s/ Eric M. Anielak
                                          Eric M. Anielak

                                          **ATTORNEY FOR DEFENDANT**
                                          **BOSTON SCIENTIFIC CORPORATION**