# EXHIBIT A

## Exhibit A – Michael Margolis, MD - ETHICON

| Case Name | Case Number |
|---|---|
| HITE, Deborah J. and James Barnhart vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 13-cv-04693 |
| MESSERSMITH, Veronica vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 17-cv-03939 |
| SCOTT, Jennifer and Jimmy Scott vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 16-cv-07847 |
| SWANEY, Mary vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 17-cv-00909 |

8992829 v1