IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |

THIS DOCUMENT RELATES TO

ETHICON WAVE 8 CASES LISTED IN EXHIBIT A

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE KONSTANTIN WALMSLEY, M.D.

Defendant Boston Scientific Corporation adopts and incorporates by reference its prior *Daubert* motion to exclude the opinions of Konstantin Walmsley, M.D. and memorandum in support. Boston Scientific Corp., Pelvic Repair Systems Product Liability Litigation MDL No 2326 [ECF No. 110. *Amal Eghnayem, et al. v. Boston Scientific Corp.* 2:13-ccv-07965] Boston Scientific respectfully requests that the Court exclude Konstantin Walmsley, M.D.'s testimony, for the reasons expressed in the incorporated briefing. The Court has previously considered Dr. Walmsley's general causation opinions. [ECF No. 244 *Amal Eghnayem, et al. v. Boston Scientific Corp.* 2:13-ccv-07965 and ECF 2652 *Ethicon, Inc.Pelvic Repair System Products Liability Litigation MDL No. 2326*] This notice applies to the Ethicon Wave 8 cases identified in **Exhibit A**.

Dated:  October 18, 2018

Respectfully submitted,

By: /s/ Eric M. Anielak
Jon A. Strongman
Eric M. Anielak
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
jstrongman@shb.com
eanielak@shb.com

**ATTORNEYS FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: October 17, 2018

Respectfully submitted,

/s/ Eric M. Anielak
Eric M. Anielak

**ATTORNEY FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION**