# EXHIBIT A

## Exhibit A – Konstantin Walmsley, M.D. - Ethicon

| Case Name | Case Number |
|---|---|
| SCOTT, Jennifer and Jimmy Scott vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 16-cv-07847 |
| SWANEY, Mary vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 17-cv-00909 |

8992387 v1