UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.  ) | |
| PELVIC REPAIR SYSTEMS  ) | MDL NO.: 2327 |
| PRODUCTS LIABILITY LITIGATION  ) | |

**ORDER AUTHORIZING THE USE OF THE HARRY F. BELL
QUALIFIED SETTLEMENTS FUND SUBACCOUNT FOR
COMMON BENEFIT ATTORNEY FEES AND COSTS
PAID TO HARRY F. BELL**

Upon the Motion of Harry F. Bell, Jr. [ECF No. 6747], one of the Plaintiffs' Counsel in this matter, this Court issues the following Order authorizing the Common Benefit Fee and Cost Committee to pay Common Benefit attorney fee and cost payments to Harry F. Bell into the Harry F. Bell Qualified Settlements Fund Subaccount, with said Fund being approved by the Court's Pretrial Order #277 [ECF No. 5186].

**DONE** and **ORDERED** this 19th day of October, 2018.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE