# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| -------------------------------------------------------- ETHICON WAVE 8 CASES LISTED IN EXHIBIT A (Doc. 6793) | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### ETHICON DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF JULIE DROLET, M.D. FOR WAVE 8

Plaintiffs filed a Notice of Adoption as to the opinion testimony of Julie Drolet, M.D., in the Wave 8 cases identified in Exhibit A to their Notice. *See* Doc. 6793. Defendants adopt and incorporate by reference the *Daubert* response filed as to Julie Drolet, M.D. for Ethicon Wave 4 (Doc. 3789). Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 4 response briefing.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants Ethicon, Inc.,
and Johnson & Johnson

**CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

>*/s/ William M. Gage*
>William M. Gage