IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------- | JOSEPH R. GOODWIN |
| ETHICON WAVE 8 CASES LISTED IN EXHIBIT A (Doc. 6793) | U.S. DISTRICT JUDGE |

## NOTICE OF WITHDRAWAL

**TO: ALL COUNSEL OF RECORD**

**NOTICE** is hereby given that the undersigned attorneys for defendants Ethicon, Inc. and Johnson & Johnson, hereby withdraw the Response filed October 22, 2018 under Docket No. 6931.

        Respectfully submitted,

        /s/ *William M. Gage*
        William M. Gage (MS Bar No. 8691)
        Butler Snow LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS 39158-6010
        (601) 985-4561
        william.gage@butlersnow.com

        /s/ *Susan M. Robinson*
        Susan M. Robinson (W. Va. Bar No. 5169)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 24338
        (304) 414-1800
        srobinson@tcspllc.com

        Counsel for Ethicon, Inc. and Johnson & Johnson

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage