## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION


IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

                                                    MDL NO. 2327


THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE
ATTACHED EXHIBIT:


### JOINT MOTION TO DISMISS DEFENDANT
### C.R. BARD, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A and Defendant C.R. Bard, Inc.

("Bard") advise the Court that they have compromised and settled all claims between them in

these actions, including all counterclaims, cross-claims and third party claims.  Accordingly,

Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with

prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs.

Other Defendants remain in these actions, and Plaintiffs will continue to prosecute these actions

against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000
*Attorney for Defendant C.R. Bard, Inc.*

/s/ Amy Collignon Gunn
**Amy Collignon Gunn**
THE SIMON LAW FIRM
Suite 1700
800 Market Street
St. Louis, MO 63101
314/241-2929
Fax: 314/241-2029
Email: agunn@simonlawpc.com
*Attorney for Plaintiffs on Exhibit A*


Dated: October 23, 2018

**EXHIBIT A – SIMON LAW FIRM, PC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-00538 | Connie Nieders and Chester Nieders v. C.R. Bard, Inc., et al. |
| 2:13-cv-16595 | Kimberly Schmitz and Kevin Schmitz v. C.R. Bard, Inc., et al. |
| 2:13-cv-20904 | Sherri Hughes and Donald Hughes v. C.R. Bard, Inc., et al. |
| 2:13-cv-22056 | Frances M. Fielder and Joseph Fielder v. C.R. Bard, Inc., et al. |
| 2:13-cv-22636 | Jill Wolfert and Mike Wolfert v. C.R. Bard, Inc., et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Richard B. North, Jr.