# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO:<br><br>ETHICON WAVE 8 CASES LISTED IN PLAINTIFFS' EXHIBIT A (Doc. 6818) | |

### ETHICON DEFENDANTS' NOTICE OF ADOPTION OF WAVE 6 *DAUBERT* RESPONSE REGARDING LAWRENCE LIND, M.D., FOR WAVE 8

Plaintiffs filed a Notice of Adoption as to the opinion testimony of Lawrence Lind, M.D., in the Wave 8 cases identified in Exhibit A to their Notice.  *See* Doc. 6818.  In response, Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to the general causation opinions of Lawrence Lind, M.D., for Ethicon Wave 6 (Doc. 4945) as their response for Wave 8.  Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 6 response briefing.

Respectfully submitted,
/s/ *William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants Ethicon, Inc.,
and Johnson & Johnson

## **CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

>                                         */s/ William M. Gage*
>                                         William M. Gage