# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                                     MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO
THE CASES ON EXHIBIT A

### O R D E R

Plaintiffs and defendants, Ethicon, Inc., Johnson & Johnson and where named Ethicon LLC, (collectively the "Ethicon defendants") have previously placed the cases listed in Exhibit A on an Inactive Docket. In most cases, the Inactive docket order stated that, "because of prior agreements (the parties) have agreed to a mutual stay of activity." By Pretrial Order ("PTO") # 298 (First Amended Order Regarding Disposition of Non-Revision cases on Inactive Docket) filed in *In re: Ethicon, Inc.*, 2:12-md-2327 at ECF No. 5744, the civil actions subject to this order (the "non-revision cases") were ordered to select whether they wanted to opt in to the settlement agreement as set forth in PTO # 298 or opt out and continue their cases in accordance with the scheduling deadlines set forth in PTO # 298, whether their case was on an inactive docket or active docket. Any plaintiff who failed to file an Election Form making one of the choices as described herein, were automatically considered as opting out and subject to the deadlines set forth in PTO # 298. The civil actions listed in Exhibit A either opted out of the settlement agreement or failed to file an election form. These cases are no longer considered inactive.

The court **ORDERS** that each case on Exhibit A is reinstated to the active docket with the scheduling deadlines in PTO # 298 remaining in place.

The court **DIRECTS** the Clerk to:

1. remove the Inactive flag in each case listed in Exhibit A;

2. file a copy of this Order in each case listed in Exhibit A; and

3. send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 23, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**Exhibit A**

|    | Civil Action No. | Plaintiff(s) Name |
|----|------------------|-------------------|
| 1  | 2:15-cv-03828    | Adams, Stacy Hamlin & Allen |
| 2  | 2:12-cv-01329    | Almendarez, Angela & Robert Conrad Cotton, Jr. |
| 3  | 2:13-cv-18616    | Alvarado, Clarita & Jose Guadalupe |
| 4  | 2:13-cv-19669    | Anderson, Trilby |
| 5  | 2:12-cv-09611    | Anselmo, Tina M. & John |
| 6  | 2:15-cv-14573    | Antonson, Dorothy |
| 7  | 2:12-cv-07833    | Anzalone, Viki |
| 8  | 2:13-cv-18733    | Ayala, Maria |
| 9  | 2:12-cv-01052    | Babcock, Marty |
| 10 | 2:13-cv-15452    | Baber, Jo Ann |
| 11 | 2:14-cv-07095    | Baker, Stacey J. |
| 12 | 2:15-cv-02511    | Baldwin, Dana |
| 13 | 2:17-cv-03705    | Baldwin, Sally Virginia |
| 14 | 2:13-cv-08069    | Beliew, Betty & Bobby |
| 15 | 2:12-cv-07852    | Bethune, Susan & Ronnie Jerome |
| 16 | 2:13-cv-19524    | Bezio, Juanita & Richard |
| 17 | 2:13-cv-32876    | Bohannon, Carol |
| 18 | 2:13-cv-03572    | Bowers, Danielle |
| 19 | 2:13-cv-09479    | Brantley, Letha & Charles |
| 20 | 2:13-cv-15940    | Cardenas, Diana |
| 21 | 2:15-cv-02538    | Carter, Mistie |
| 22 | 2:13-cv-02625    | Cathey, Arlene |
| 23 | 2:14-cv-20668    | Catlett, Brenda Lee |
| 24 | 2:13-cv-10277    | Chavez, Maria E. & Juan |
| 25 | 2:13-cv-13818    | Clanton, Brandie |
| 26 | 2:15-cv-06456    | Crouch, Delores |
| 27 | 2:12-cv-01283    | Cyrus, Sandra & Gregory |
| 28 | 2:14-cv-09112    | Davis-Sonne, Lorraine |
| 29 | 2:14-cv-17479    | De Saint Phalle, Jacqueline |
| 30 | 2:13-cv-15872    | DeLaOla, Dora Elena |
| 31 | 2:17-cv-01887    | Devore-Schultz, Arona |
| 32 | 2:15-cv-13608    | Doss, Paula |
| 33 | 2:13-cv-08926    | Dube, Elizabeth |
| 34 | 2:12-cv-07490    | Dupont, Catherine & Richard |
| 35 | 2:13-cv-15833    | Elswick, Rhonda Lee & Steven |
| 36 | 2:12-cv-09220    | Endsley, Rebecca Lynne & Eddie Dwayne |
| 37 | 2:13-cv-17871    | Escamilla, Eve, deceased & Joe, administrator |
| 38 | 2:15-cv-05019    | Fahnestock, Martha |
| 39 | 2:13-cv-29501    | Fasano, Kathleen |
| 40 | 2:14-cv-27230    | Fauth, Tami L. |
| 41 | 2:14-cv-02936    | Fink, Susan |
| 42 | 2:12-cv-01681    | Fleck, Jean E. |
| 43 | 2:13-cv-04611    | Flores, Arnulfa & Lorenzo |

**Exhibit A**

| | | |
|---|---|---|
| 44 | 2:15-cv-07878 | Forero-Salazar, Yaned |
| 45 | 2:13-cv-33520 | Fretz, Brienne Schultz & Terry |
| 46 | 2:13-cv-09071 | Fry, Cynthia & Allen |
| 47 | 2:13-cv-31447 | Galloway, Tanya M. |
| 48 | 2:13-cv-18837 | Garza, Martha & Juan Antonio |
| 49 | 2:16-cv-08352 | Gillentine, Tami |
| 50 | 2:13-cv-04561 | Gomez, Carol |
| 51 | 2:13-cv-15778 | Gomez, Leslie Lee & Ignacio Gomez Vasquez |
| 52 | 2:15-cv-03297 | Griffin, Rebecca & Percy, Jr. |
| 53 | 2:12-cv-02991 | Grizzle, Susan & Simon Thomas |
| 54 | 2:12-cv-00783 | Hagans, Wendy |
| 55 | 2:13-cv-25829 | Haines, Nancy |
| 56 | 2:13-cv-26079 | Hale, Angela & John |
| 57 | 2:16-cv-06022 | Haley, Shirley |
| 58 | 2:13-cv-03740 | Haluapo-Birchard, Maria |
| 59 | 2:14-cv-26647 | Hardin, Alice & William, Sr. |
| 60 | 2:16-cv-03613 | Harrington, Christine |
| 61 | 2:12-cv-00947 | Harris, Sharon |
| 62 | 2:14-cv-20285 | Hawk, Pauline S. Latham & Richard A. |
| 63 | 2:15-cv-05530 | Henriques, Stephanie |
| 64 | 2:14-cv-30023 | Hinthorn, Barbara J. |
| 65 | 2:15-cv-02935 | Hobson, Stephanie S. |
| 66 | 2:12-cv-03850 | Hollingsworth, Melanie W. |
| 67 | 2:12-cv-03493 | Holloway, Mildred & Gregory Allen |
| 68 | 2:13-cv-10987 | Humphries, Wanda A. |
| 69 | 2:13-cv-04034 | Jefford, Marianne & Garry |
| 70 | 2:12-cv-04987 | Jenkins, Sarah R. & Billy Ray |
| 71 | 2:16-cv-01521 | Johnson, Kimberly |
| 72 | 2:16-cv-00869 | Johnson, Lauren & Ronald |
| 73 | 2:14-cv-19129 | King, Deborah & Randy |
| 74 | 2:15-cv-03826 | Kitzmiller, Dorothy |
| 75 | 2:13-cv-19556 | Langley, Kimberly Farmer Groff Teegardin Lambright |
| 76 | 2:12-cv-09760 | Lentz, Bonnie J. & Thomas |
| 77 | 2:15-cv-02945 | Lindsey, Lorilynn R. |
| 78 | 2:12-cv-07649 | Lockwood, Maria |
| 79 | 2:13-cv-32278 | Malone, Sharla |
| 80 | 2:13-cv-12852 | Markes, Esther & Rob |
| 81 | 2:12-cv-07853 | Martin, Linda A. & Henry |
| 82 | 2:13-cv-04730 | Martinez, Patricia Bernice |
| 83 | 2:12-cv-07646 | McCoy, Clarisa |
| 84 | 2:12-cv-04090 | McCurdy, Kim D. |
| 85 | 2:12-cv-08004 | McLain, Jamie |
| 86 | 2:14-cv-18586 | Mendez, Graciela & Refugio |
| 87 | 2:12-cv-08220 | Moore, Martha E. |

**Exhibit A**

| | | |
|---|---|---|
| 88 | 2:14-cv-06205 | Moreno, Elaine I. & Juan |
| 89 | 2:14-cv-18584 | Mouser, Brenda & Charles |
| 90 | 2:14-cv-26300 | Mullins, Lois D. |
| 91 | 2:13-cv-23803 | Navarette, Yolanda |
| 92 | 2:15-cv-07981 | Nedela, Nan |
| 93 | 2:14-cv-24066 | Newman, Cynthia |
| 94 | 2:13-cv-15839 | Nunez, Mary Helen |
| 95 | 2:15-cv-03831 | O'Donnel, Nancy & Patrick |
| 96 | 2:15-cv-02111 | Olson, Cathryn |
| 97 | 2:13-cv-17492 | Pagan, Linda J. |
| 98 | 2:14-cv-12999 | Painter, Charlene Marie |
| 99 | 2:13-cv-17141 | Passarello, Diane |
| 100 | 2:14-cv-04532 | Patterson, Joyce |
| 101 | 2:12-cv-03394 | Patterson, Norma & Randall |
| 102 | 2:13-cv-25754 | Peele-Rice, Crystal E. |
| 103 | 2:13-cv-08851 | Peridore, Courtney & Linsy |
| 104 | 2:13-cv-14212 | Phelps, Michele |
| 105 | 2:14-cv-26613 | Pickett, Debra & John F., Jr. |
| 106 | 2:14-cv-16867 | Pinson, Evelyn E. |
| 107 | 2:13-cv-24913 | Pitts, Brenda |
| 108 | 2:13-cv-29492 | Posey, Delphia |
| 109 | 2:13-cv-07153 | Prather, Brenda & Richard |
| 110 | 2:16-cv-00852 | Price, Sharon & Jack |
| 111 | 2:13-cv-21996 | Propes, Vicki L. |
| 112 | 2:15-cv-05238 | Read, Paula S. |
| 113 | 2:15-cv-02112 | Renter, Victoria |
| 114 | 2:15-cv-13611 | Rineer, Denise |
| 115 | 2:13-cv-29401 | Robinson, Belinda |
| 116 | 2:15-cv-09979 | Rodriguez, Judy |
| 117 | 2:15-cv-13607 | Sapp, Renee & William D. |
| 118 | 2:14-cv-09960 | Schlosser, Darlene |
| 119 | 2:15-cv-02867 | Schrimsher, Debra & Lewis |
| 120 | 2:14-cv-22774 | Seguin, Carol & James |
| 121 | 2:13-cv-16460 | Semore, Suzan |
| 122 | 2:13-cv-13322 | Shelton, Davette & Robert |
| 123 | 2:12-cv-03491 | Sither, Mary |
| 124 | 2:12-cv-02956 | Smallridge, Audrey & Theron |
| 125 | 2:13-cv-26112 | Smigiel, Laura |
| 126 | 2:14-cv-08610 | Smith, Sharron |
| 127 | 2:12-cv-04245 | Spoon, Edna M. & William S. |
| 128 | 2:12-cv-03992 | Stark, Myrna & James B. |
| 129 | 2:13-cv-07671 | Sutton, Kimberly & Jason Scott |
| 130 | 2:14-cv-16688 | Tejeda, Carmen Lynn |
| 131 | 2:14-cv-07173 | Thompson, Patricia Z. |

**Exhibit A**

| | | |
|---|---|---|
| 132 | 2:12-cv-07777 | Tichbourn, Loral |
| 133 | 2:14-cv-07174 | Tolman, Ramona |
| 134 | 2:12-cv-02994 | Trammell, Vicki & Randall W. |
| 135 | 2:14-cv-11382 | Utrera, Samantha K. |
| 136 | 2:13-cv-16451 | Van Frankfoort, Teresa & Hans |
| 137 | 2:14-cv-23630 | Vega, Carmen & Walter Oldes |
| 138 | 2:16-cv-03730 | Voorhies, Carlotta Chi |
| 139 | 2:12-cv-03855 | West, Susan D. |
| 140 | 2:12-cv-01088 | Wheeler, Rebecca & David |
| 141 | 2:15-cv-12817 | Whitehurst, Melinda |
| 142 | 2:13-cv-08957 | Williams, Laverne |
| 143 | 2:15-cv-04089 | Williamson, Donnitta S. & Bill |
| 144 | 2:15-cv-03129 | Winsborough, Shannon P. |
| 145 | 2:12-cv-03993 | Wulf, Jo-Ann |