# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEMS
      PRODUCTS LIABILITY LITIGATION           MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE EXHIBIT ATTACHED HERETO.

### ORDER TO DISMISS DEFENDANTS WITHOUT PREJUDICE
### (PURSUANT TO PTO NO. 293 AS AMENDED BY PTO NO. 298 – NON-REVISION GYNECARE PRODUCTS)

Pursuant to Pretrial Order No. 293 as Amended by PTO No. 298 (hereinafter collectively referred to as the "Non-Revision PTOs"), the plaintiffs (and all derivative plaintiffs), listed on the attached Exhibit A have agreed to dismiss Ethicon, Inc., Johnson & Johnson and Ethicon, LLC[1] (hereinafter referred to as the "Ethicon defendants") without prejudice.  The plaintiffs listed on the attached Exhibit A have filed an Election Form electing to "[d]ismiss [their] presently pending case without prejudice subject to the waiver provisions" in the Non-Revision PTOs.  **For the cases listed on the attached exhibit, dismissal without prejudice applies to the Ethicon defendants only.**

The court **ORDERS** that the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** pursuant to the provisions of the Non-Revision PTOs and, in any case on Exhibit A where the Ethicon defendants are the only remaining defendants, the case is **STRICKEN** from

---

[1] As used herein, "Ethicon Defendants" refers collectively to Johnson & Johnson, Ethicon LLC, Ethicon, Inc., as well as any of its former or present parent companies, subsidiaries, affiliated companies, directors, officers, design surgeons, employees, distributors, detail representatives named in an action pending in MDL No. 2327.

the active docket.  The court further **ORDERS** that for any case listed on Exhibit A that resides in the Ethicon MDL and names other MDL defendants other than the Ethicon defendants, plaintiffs shall file a Motion to Transfer MDLs within **four (4) weeks** of the entry of this Order.

The court **DIRECTS** the Clerk to file a copy of this order in MDL No. _____ and in each case listed on the attached Exhibit(s) and to send a copy of this Order to counsel of record and any unrepresented party.  The Clerk is further **DIRECTED** to link this Order to the Proposed Order to Dismiss filed at ECF No. ____.

ENTER:

# Exhibit A

| _Mdl# | _Case | _Lastname | _Firstname |
|---|---|---|---|
| 2:12-cv-00486 | Forester, Karen & Joel | Forester | Karen Haggard |
| 2:12-cv-03493 | Holloway, Mildred & Gregory Allen | Holloway | Mildred Marie Jones |
| 2:12-cv-03555 | Bain, Cindy | Bain | Cindy |
| 2:12-cv-06020 | Greening, Hope M. | Greening | Hope Morton |
| 2:12-cv-06663 | Wagner, Lillian L. | Wagner | Lillian L. Strauss Wagner Davis |
| 2:12-cv-07356 | Abadie, Mary J. | Abadie, deceased | Mary J. Weckesser Quick Marchiafava |
| 2:12-cv-07582 | Harris, Sabrina | Harris | Sabrina S. Schnyder |
| 2:12-cv-07646 | McCoy, Clarisa | McCoy | Clarisa Marie |
| 2:12-cv-07777 | Tichbourn, Loral | Tichbourn | Loral Kathleen Modica Bennett |
| 2:12-cv-07821 | Tacon, Linda S. | Tacon | Linda S. Kelley |
| 2:12-cv-07845 | Edmonds, Zepporiah & John | Edmonds | Zepporiah |
| 2:12-cv-07852 | Bethune, Susan & Ronnie Jerome | Bethune | Susan Ann Garrett Parrette |
| 2:12-cv-07853 | Martin, Linda A. & Henry | Martin | Linda Ann Dash |
| 2:12-cv-08004 | McLain, Jamie | McLain | Jamie G. Savaves |
| 2:12-cv-08220 | Moore, Martha E. | Moore | Martha Esquivel Contreras |
| 2:12-cv-08360 | Foster, Holly J. | Foster | Holly Dickerson Dickson J. |
| 2:13-cv-01342 | Williams, Marlene & Tim | Williams | Marlene Daggett |
| 2:13-cv-03513 | Kellogg, Brenda A. & John Huckabaa | Kellogg | Brenda A. Vandermeer |
| 2:13-cv-08686 | Holt, Sharon & Preston | Holt | Sharon |

| | | | |
|---|---|---|---|
| 2:13-cv-11612 | Cox, Helen & Calvin | Cox | Helen R. |
| 2:13-cv-12704 | Autrey, Teresa, deceased & Leverett, Jr. | Autrey, deceased | Teresa Lee |
| 2:13-cv-13162 | Gomez, Lisa | Gomez | Lisa |
| 2:13-cv-13193 | Dawson, Irma & Robert Lee, Jr. | Dawson | Irma |
| 2:13-cv-13829 | Rocha, Olga & Pedro | Rocha | Olga Rodriguez |
| 2:13-cv-13930 | Wishart, Joyce & Michael | Wishart (Deceased, 04/04/2013) | Joyce D. |
| 2:13-cv-14184 | Iadevaia, Andrea & Lee Blaire | Iadevaia | Andrea Trujillo |
| 2:13-cv-14814 | Alvarez-Zermeno, Gloria & Normando | Alvarez-Zermeno | Gloria |
| 2:13-cv-14819 | Baz, Luz & Mauricio M. | Baz | Luz Gomez |
| 2:13-cv-15120 | Alaniz, Daniela | Alaniz | Daniela |
| 2:13-cv-15469 | Navarro, Yolanda & Manuel, Jr. | Navarro | Yolanda |
| 2:13-cv-16451 | Van Frankfoort, Teresa & Hans | Van Frankfoort | Teresa Rodriguez |
| 2:13-cv-16673 | Massey, Della & David Rocha | Massey | Della |
| 2:13-cv-16868 | Holt, Barbara | Holt | Barbara A. Stearns |
| 2:13-cv-17578 | Hatfield, Karen & Joe | Hatfield | Karen Mack Tong Haebage |
| 2:13-cv-18144 | Peinado, Sonia & Isidro | Peinado | Sonia Au |
| 2:13-cv-18456 | Garcia, Silvia | Garcia | Silvia Hernandez |
| 2:13-cv-18774 | Avalos-Lara, Dora aka Dora Lara | Avalos-Lara | Dora |
| 2:13-cv-19393 | Rodriguez, Diana & Roseudo | Rodriguez | Diana Dolores Tejeida |
| 2:13-cv-20068 | Broyles, Tami A. & Russ | Broyles | Tami Ann Rust |

| 2:13-cv-23762 | Bulva, Carol | Bulva | Carol Schlosser |
|---|---|---|---|
| 2:13-cv-26337 | Taylor, Callie | Taylor | Callie Turner |
| 2:13-cv-27362 | Kloess, Mildred & Larry, deceased | Kloess | Mildred Idalene Sellers |
| 2:13-cv-28950 | White, Janet | White, Deceased | Janet |
| 2:13-cv-30197 | Martin, Patricia & Gary | Martin | Patricia Ann |
| 2:13-cv-30904 | Humphrey, Sharon & Raymond | Humphrey | Sharon |
| 2:13-cv-31817 | Nuckolls, Sandra & Douglas W. | Nuckolls | Sandra Lee Hackett |
| 2:13-cv-32598 | Brown, Barbara, et al. | Epperson | DeAnna Dani Louise Kester |
| 2:13-cv-32598 | Brown, Barbara, et al. | Nonhof | Laurel A. |
| 2:13-cv-32974 | Moses, Megan, et al. | Aldridge | Virginia |
| 2:13-cv-32974 | Moses, Megan, et al. | Andrews | Dierdre Deirdre |
| 2:13-cv-32974 | Moses, Megan, et al. | Beatty | Cherie A. |
| 2:13-cv-32974 | Moses, Megan, et al. | Buit | Sherry |
| 2:13-cv-32974 | Moses, Megan, et al. | Callear | Tina |
| 2:13-cv-32974 | Moses, Megan, et al. | Champion | Dorothy Nell |
| 2:13-cv-32974 | Moses, Megan, et al. | Conrad | Donna M. Eldridge |
| 2:13-cv-32974 | Moses, Megan, et al. | Cooper | Charlesetta |
| 2:13-cv-32974 | Moses, Megan, et al. | Davis | Cynthia |
| 2:13-cv-32974 | Moses, Megan, et al. | Davis | Dona |
| 2:13-cv-32974 | Moses, Megan, et al. | Dishon | Michelle |
| 2:13-cv-33147 | Wigington, Brenda & David | Wigington | Brenda S. |

| | | | |
|---|---|---|---|
| 2:13-cv-33520 | Fretz, Brienne Schultz & Terry | Fretz | Brienne M. Schultz |
| 2:14-cv-00152 | Benefield, Traci | Benefield | Traci |
| 2:14-cv-04783 | Anderson, Katherine | Anderson | Katherine Helm |
| 2:14-cv-13684 | Ford, Margie E. | Ford | Margie E. Holloway |
| 2:14-cv-14210 | Carranza, Theresa M. | Carranza | Theresa M. |
| 2:14-cv-15099 | Meaige, Freda | Meaige, deceased | Freda L. |
| 2:14-cv-17227 | Adkins, Martina | Adkins | Martina R. |
| 2:14-cv-17313 | Holliday, Brenda L. | Holliday | Brenda L. |
| 2:14-cv-20783 | Price, Betty Ann & Vincent | Price, deceased | Betty Ann Johnson |
| 2:14-cv-28547 | Adams, Angela & Rick | Adams | Angela Dawn |
| 2:15-cv-03038 | Shoemaker, Doris & Herbert | Shoemaker | Doris A. Reeder |
| 2:15-cv-04772 | Bunch, Sharon | Bunch, deceased | Sharon Holley |
| 2:15-cv-05586 | Milam, Billie R. | Milam, deceased | Billie Ruth McKeever |
| 2:15-cv-05591 | Tucker, Tanzy | Tucker | Tanzy M. Creasy |
| 2:15-cv-06237 | Parker, Bonniekay & Richard | Parker | Bonniekay Marie Siricki |
| 2:15-cv-08871 | Lawrence, Carol & Rickey | Lawrence | Carol Earnita Howard |
| 2:15-cv-11306 | Donaway, Rosa | Donaway | Rosa Becsi Thompson |
| 2:15-cv-11452 | Fischer, Teresa | Fischer | Teresa Kuznickol Kuznicka |
| 2:15-cv-12965 | Robinson, Henrietta | Robinson | Henrietta Aloysia Keller |
| 2:15-cv-13301 | McDaniel, Joyce & George W. | McDaniel | Joyce Steele Layne |
| 2:15-cv-16122 | Ross, Karen & Robert | Ross | Karen Ann Walsh |
| 2:15-cv-16313 | Conley, Courtney N. | Conley | Courtney Nicole |

| | | | |
|---|---|---|---|
| 2:15-cv-16514 | Rayl, Rhonda Jean | Rayl | Rhonda Jean Swank Wilson |
| 2:16-cv-00209 | Barrios, Vanessa E. | Barrios | Vanessa E. |
| 2:16-cv-04036 | Williams, Shelliann & Ralph | Williams | Shelliann Haggerty |
| 2:16-cv-04043 | Cowan, Oralee | Cowan | Oralee |
| 2:16-cv-04171 | Gardner, Gigi Ann | Gardner | Gigi Ann |
| 2:16-cv-04307 | Spence, Kathryn | Spence | Kathryn S. |
| 2:16-cv-04732 | Webb, Janna | Webb | Janna Lynne |
| 2:16-cv-04747 | Usilton, Regina | Usilton | Regina |
| 2:16-cv-06094 | Guffey, Gloria & Jack | Guffey | Gloria Gunderson |
| 2:16-cv-06208 | Elrod, Eileen | Elrod | Eileen A. Townley |
| 2:16-cv-06565 | Trammell, Doris | Trammell | Doris Gail Merryman |
| 2:16-cv-07458 | Perrigen, Susan & James | Perrigen | Susan Gail Johnson |
| 2:16-cv-07658 | Hogate, Donetta | Hogate | Donetta Jo |
| 2:16-cv-08676 | Best, Kelly | Best | Kelly D. |
| 2:16-cv-10771 | Zeigler, Carolyn | Zeigler | Carolyn |
| 2:17-cv-00602 | Jones, Marjorie | Jones | Marjorie Gayle Sizemore |
| 2:17-cv-01354 | Cuevas, Cinthia, et al. | Freeman | Susan |
| 2:17-cv-01354 | Cuevas, Cinthia, et al. | May | Pamela |
| 2:17-cv-01354 | Cuevas, Cinthia, et al. | Snyder | Pamela |
| 2:17-cv-03515 | Metro, Claudia | Metro | Claudia Strode Farris |
| 2:17-cv-03690 | Snow, Robin | Snow | Robin |
| | Perkins, Patricia & Terry | Perkins | Patricia |