## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR             Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                            MDL 2327
LITIGATION

-------------------------------------------------------
ETHICON WAVE 8 CASES LISTED IN           JOSEPH R. GOODWIN U.S. DISTRICT
EXHIBIT A TO PLAINTIFFS' NOTICE OF                      JUDGE
ADOPTION

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING TIMOTHY ULATOWSKI FOR WAVE 8

In Wave 8, Plaintiffs have adopted their Wave 1 briefing filed against Mr. Ulatowski.

[Dkt. 6860] (adopting Dkt. 2060 (motion) and Dkt. 2065 (memorandum)).

For Wave 8, Defendants hereby adopt and incorporate by reference their Supplemental

Response and Notice of Adoption filed in relation to Timothy Ulatowksi in Ethicon Wave 3,

Dkt. 2910, and their Wave 1 Response Brief, Dkt. 2134.

For the reasons stated in Defendants' Wave 3 and Wave 1 briefing [Dkt. 2910, 2134],

Plaintiffs' motion should be denied in its entirety.

Respectfully submitted,

*s/ William M. Gage*

William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC

300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this date I electronically filed this document with the clerk of the court

using the CM/ECF system, which will send notification of this filing to CM/ECF participants

registered to receive service in this MDL.


*s/ William M. Gage*
COUNSEL FOR DEFENDANTS