FELIX EXHIBIT A

| Last Name | First Name | Case Number |
|---|---|---|
| Adkins | Linda Lou | 2:17cv02191 |
| Alsadi | Heand | 2:17cv03724 |
| Anderson | Sharyne Sue Barnes | 2:15cv11910 |
| Andryscik | Karen Stawicki | 2:13cv22681 |
| Ash | Tammy Lynn | 2:16cv11635 |
| Bagsby | Collette Turner | 2:13cv06860 |
| Bardo | Paula Sue Miller | 2:13cv23717 |
| Barney | Brenda E. Hardman | 2:13cv09184 |
| Bauer | Nancy L. Smith Shields Stagle | 2:15cv12751 |
| Benestad | Maria Mandalozis | 2:13cv16867 |
| Berden | Cheryl Jean Dyer Stepens | 2:14cv21966 |
| Boroff | Mary Elizabeth Dool | 2:15cv15593 |
| Boulette | Linda Carole | 2:13cv07247 |
| Bryant | Peggy S. Hafner | 2:15cv04369 |
| Cadell | Jessica M. Graf | 2:17cv04154 |
| Cannon | Gail Beavers P. McKay | 2:14cv29621 |
| Carlon | Debra Joy Cornelia | 2:16cv11121 |
| Castillo | Rebecca Vela Alva | 2:13cv01991 |
| Cawthorne | Patricia A. Fowler | 2:13cv06218 |
| Clarkson | Jean A. Cooper | 2:15cv13296 |
| Cuckler | Deanna L. Potts | 2:15cv03036 |
| Cunningham | Patsy Riddle Blackwell | 2:13cv22565 |
| Dalberg | Rebecca Marie Boothe Solan Fleetwood | 2:13cv09725 |
| Dates | Vanessa Dianne | 2:15cv11333 |
| Davila | Rafaela | 2:16cv00935 |
| Delsart | Cindy Hocks | 2:13cv03827 |
| Eads | Danitta Lynn Lewis Moore Hodges McCoy Pearson | 2:13cv03284 |
| Eldreth | Mary Elayne | 2:15cv00911 |
| Ellis | Gloria Jean Benjamin Meraw Graham | 2:15cv16155 |
| ElQuesny | Pilar Sosa Ahmad Diaz | 2:15cv13288 |
| Endicott | Dana Sue Myers | 2:15cv02656 |
| Engel | Vickey L. Burns | 2:17cv04585 |
| Engstrom | Miriam Ann Yezbick | 2:17cv04172 |
| Essenyi | Jennifer Christine Fretz | 2:16cv09839 |
| Estrada | Dora Maria Chapa | 2:13cv25625 |
| Fincher | Rosalie | 2:13cv25628 |
| Foster | Alice Alison Marie Bowen Reynolds Perse | 2:13cv06679 |
| Fountain | Joyce Alicia | 2:13cv03736 |
| Fox | Patricia E. Cooper Marszalek | 2:15cv07116 |
| Gibson | Angela Lynn Grundy | 2:14cv25732 |

FELIX EXHIBIT A

| Last Name | First Name | Case Number |
|---|---|---|
| Gillespie | Jessica Van De Walker Sandifer | 2:15cv04404 |
| Glaze | Mary L. Henning King | 2:15cv04397 |
| Golden | Yvette J. E. King | 2:13cv12710 |
| Gosper | Robin Gail Hamzehpour Flannery | 2:17cv00316 |
| Green | Nancy Ann Hughes | 2:13cv22087 |
| Greenwald | Carolyn White Marie | 2:14cv13810 |
| Grimme | Kathleen A. Bell | 2:14cv29556 |
| Gulley | Kelley Kelly C. Finnegan Swartz | 2:14cv30128 |
| Gutierrez | Debra Ann Cardenas Castilleja Elmore | 2:14cv01045 |
| Haake | Theresa A. Gentges | 2:15cv16354 |
| Haizlip | Barbara R. Grant | 2:15cv03306 |
| Harris | Elisabeth Derer | 2:13cv29782 |
| Heide | Cheryl M. Oxie | 2:14cv14441 |
| Hempstead | Anita Calhoun | 2:13cv09300 |
| Hill | Constance Radloff | 2:13cv03279 |
| Hull | Barbara L. Smith Talley | 2:14cv26340 |
| Inners | Connie Jo MIller | 2:14cv28346 |
| Izguerra | Lilia Valadez Jaber | 2:15cv13289 |
| Jackson | Rita May Robbins | 2:13cv23744 |
| Jacobsen | Joni Marie Shaw | 2:13cv24530 |
| Jennings | Tammy Weldon | 2:13cv11091 |
| Jones | Evelyn J. Kubicek | 2:15cv00701 |
| Joss | Jeanette Defeo Galimi | 2:15cv11658 |
| Kelley | Norma Green | 2:14cv29174 |
| Kennedy | Ramona Y. Maupin | 2:13cv16859 |
| Kingsbury | Margaret | 2:13cv28794 |
| Krause | Kathleen Marie Holzman | 2:14cv10191 |
| Kyser | Tammy J. | 2:13cv03048 |
| Lane | Lisa Terese Meyer Kemppainen Supanich | 2:15cv04342 |
| Leonard | Kimberly K. Neuhart | 2:14cv25743 |
| Linder | Paulada Simank | 2:13cv11087 |
| McFarland | Heather Ann Evans Coakley | 2:16cv01502 |
| Minor | Kristen Kristin Elizabeth McLaughlin | 2:15cv02394 |
| Mitchell | Nora Frances Puckett | 2:15cv08094 |
| Moore | Amanda R. Baxter | 2:17cv01815 |
| Moore | Linda Lou McGary Strauss Bell | 2:15cv13404 |
| Moore | Ronna | 2:18cv00040 |
| Morales | Lydia Rodriguez Malonado Mogrovejo | 2:17cv03029 |
| Morrow | Crystal Verbout | 2:13cv31271 |

FELIX EXHIBIT A

| Last Name | First Name | Case Number |
|---|---|---|
| Moser | Susan Lashomb Kern | 2:16cv01314 |
| Nadelbach | Cindy Jill Singer | 2:13cv00353 |
| Nelson | Denise McCauley Rodino Perkins | 2:13cv08672 |
| Olsen | Pamela Jean Christensen | 2:13cv12636 |
| Ottersbach | Nancy Lee Beswick | 2:13cv09729 |
| Parker | Maxine Edith Rowland | 2:15cv03184 |
| Patton | Karen Sue Colegrove | 2:14cv20472 |
| Pearson | Kristine Talbott | 2:14cv29129 |
| Perez | Tracy Ann Bible | 2:17cv00878 |
| Peterson | Pamela Jean Fodrocy | 2:14cv30125 |
| Pike | Carol Lynn VanderCoalien | 2:16cv09883 |
| Powers | Linda Cochran | 2:14cv12626 |
| Rapacki | Mary Rose Gabriel Chavez | 2:13cv19758 |
| Repka | Diann Floerke Gocricke | 2:13cv26198 |
| Riddle | Dreama Fay Roy | 2:17cv03032 |
| Rockafellow | Karen J. Carroll | 2:17cv00745 |
| Rolandson | Janet Patricia Burrington Holtz | 2:15cv02446 |
| Rueb | Katherine Katharine Elizabeth Crutchley Roehm Childers | 2:13cv32138 |
| Rutherford | Stefanie Lynn Archer Dodd | 2:15cv01066 |
| Seely | Joyce J. Barnett Campbell | 2:13cv03281 |
| Shannon | Crystal Wernsing | 2:14cv29138 |
| Siegrist | Marianne Land | 2:14cv17889 |
| Silva | Alicia DeLeon | 2:17cv02983 |
| Singer | Doris Dori Ann Niewiadomski | 2:15cv05352 |
| Slusher | Veronica Vaconrca Lee | 2:13cv10633 |
| Smith | Norma Calvert | 2:14cv29428 |
| Sotolongo | Yolanda Rey | 2:18cv00242 |
| Stiffler | Sandra K. Martin | 2:16cv03412 |
| Suarez | Alisha Perez Lauzon | 2:14cv29091 |
| Sugg | Lenda Sue Potter Morrison | 2:12cv06033 |
| Tallo | Patricia Shipshinski | 2:16cv11980 |
| Templin | Cherie | 2:13cv10620 |
| Thompson | Cynthia Sue Hill | 2:13cv10656 |
| Toliver | Rosemary Milledge | 2:15cv00932 |
| Vaughn | Linda Lynda Lou Lee Starkweather Swanson | 2:15cv07103 |
| Villagomez | Teresa Villarreal | 2:15cv05914 |
| Vituschi-Allen | Patricia Leigh | 2:16cv06064 |
| Vonach | Ida M. Grubaugh | 2:13cv01698 |

FELIX EXHIBIT A

| Last Name | First Name | Case Number |
|---|---|---|
| Washburn | Valera Crafton | 2:14cv29096 |
| Wessel | Joyce Wilkins Noonan Boyer | 2:14cv01383 |
| Wheeler | Geraldine Rose Gozola | 2:14cv29089 |
| Wherry | Carol Lynn Jordan | 2:15cv08119 |
| White | Terra Leann Lawless | 2:18cv00063 |
| Willet | Elizabeth J. Rebelsky | 2:13cv01573 |
| Wilson | Jacqueline Jean Rinnels | 2:17cv04055 |
| Wilson | Tiffany K. Villaire Arnhamn | 2:15cv12752 |
| Winebrenner | Nancy Underwood Pugh | 2:17cv00576 |
| Young | Carol S. | 2:14cv27926 |
| Young | Stacie Erin Freeman | 2:17cv02806 |