IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 8 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING HARVEY A. WINKLER, M.D., FOR WAVE 8

Plaintiffs have filed a Notice of Adoption [Dkt. 6862] in the Wave 8 cases identified in Exhibit A to their Notice, adopting their Wave 4 Motion to Exclude Expert Testimony of Harvey A. Winkler, M.D., Dkt. 3671 (motion), 3675 (memorandum in support).

Defendants hereby adopt and incorporate by reference their Wave 4 *Daubert* response [Dkt. 3784] for Wave 8. For the reasons stated in Defendants' Wave 4 briefing [Dkt. 3784], Plaintiffs' motion should be denied.

Respectfully submitted,

*s/ William M. Gage*

William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824

Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*s/ William M. Gage*
COUNSEL FOR DEFENDANTS

44713495.v1