FIEGEN EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Cuckler | Deanna L. Potts | 2:15cv03036 |
| Foster | Marsha L. Crooker Hoback Morris | 2:15cv12513 |
| Wilson | Jacqueline Jean Rinnels | 2:17cv04055 |