LONGACRE EXHIBIT A

| Last Name | First Name | Case no. |
|---|---|---|
| Aldridge | Kimberly Claire Shipman | 2:14cv18264 |
| Anderson | Corlis Marie Mattson | 2:13cv10032 |
| Aschmeller | Billie Jo Bliss | 2:14cv06219 |
| Aylworth | Christine Ann Lueblke | 2:13cv06856 |
| Barnes | Hazel D. Fitzpatrick | 2:15cv13306 |
| Baumgardner | Deborah Kay Thomas | 2:14cv24274 |
| Belew-Nyquist | Deborah L. | 2:16cv11306 |
| Bell | Sue Carolyn Harris | 2:15cv00708 |
| Bogie | Wanda J. Roper | 2:13cv08674 |
| Booth | Joyce Rodgers | 2:17cv03958 |
| Boreni | Patricia A. Niland | 2:15cv13965 |
| Caldera | Rosa Maria | 2:13cv10649 |
| Carr | Frances C. Carmel Tigue | 2:15cv05206 |
| Casebolt | Cheryl Camille | 2:16cv11636 |
| Casperson | Susan M. Stampf | 2:13cv25272 |
| Catherman | Kathy Kathryn May Hale Stelling Hammett | 2:16cv05309 |
| Close | Cynthia Miscovich Keener | 2:13cv05940 |
| Corder | Virginia Gale Jones | 2:16cv10988 |
| Dukek | Tamella Tammy Laurie Haugen | 2:13cv29525 |
| Emerick | Glenda Rae Law | 2:14cv16802 |
| Farmer | Beverly Cindy Poteet | 2:14cv01855 |
| Flath | Monica Margaret Davey | 2:14cv18397 |
| Forrest | Lisa Ann Chafin Pafford Rodgers | 2:13cv10033 |
| Fowler | Corliss Rozan Hoffman Carter | 2:15cv11996 |
| Garcia | Rene Rebeca Barrita | 2:17cv02665 |
| Garcia-Valdez | Trinie | 2:14cv13951 |
| Giancola | Kimberly E. Whitson | 2:16cv12479 |
| Granillo Preciado | Monica | 2:13cv06575 |
| Gray | Teresa Berry | 2:15cv03266 |
| Gueret-Negash | Sally Raymond | 2:15cv00257 |
| Hales | Marquetta Anderson | 2:13cv27185 |
| Halvorson | Julie Michelle Jackson | 2:14cv17037 |
| Harms | Connie Jo Joe Worthley | 2:15cv01356 |
| Hartzell | Jeanne Schopp | 2:16cv08276 |

LONGACRE EXHIBIT A

| Last Name | First Name | Case no. |
|---|---|---|
| Haviland | LaDonna Marie Ayers Patterson Kinney | 2:13cv29779 |
| Heinrich | Barbara Ann Stiehm | 2:13cv31006 |
| Hill | Christi Jo Hamilton | 2:13cv33413 |
| Hite Bird | Deborah J. | 2:13cv04693 |
| Holmer | Wanda Ann Barber | 2:17cv00093 |
| Holt | Lana Patricia Haddon | 2:14cv27261 |
| Hoss | Susan Thirkill | 2:13cv20079 |
| Hubbard | Deborah Heim Labead | 2:17cv00524 |
| Imhoff | Laurie Melinda Vail | 2:13cv23712 |
| Jacobson | Kristin Lynn Appenzeller | 2:17cv02046 |
| Jung | Wendy Jo | 2:15cv03317 |
| Kountz | Lianne Marie Osman King | 2:13cv01798 |
| LaVoie | Kara N. | 2:13cv20077 |
| Long | Misty Dawn Prilliman Mondoux Hermsen Ritchie | 2:17cv02667 |
| Long | Susan Joy Becraft | 2:15cv01063 |
| Lopez | Rosemary Arveda | 2:13cv30196 |
| Lueb | Mary Ann Everett | 2:17cv03978 |
| MacLeod | Renee J. | 2:13cv10608 |
| Martinez | Theresa L. Quintana | 2:15cv02881 |
| Massoudi | Farah Minoui | 2:15cv13111 |
| McConnell | Tina Louise Monger | 2:17cv04608 |
| McKenna | Vickie Leigh | 2:17cv01356 |
| Metcalf | Debra M. Whitton | 2:14cv28533 |
| Montejano | Angie Garza | 2:16cv11752 |
| Moore | Lynnyce K. Marzouk | 2:13cv22695 |
| Mullins | Evelyn Diana Jennings | 2:15cv12704 |
| Murphy | Sharon J. Gellernan Scully | 2:15cv13839 |
| Nixon | Katrina Efurd Ragazzo | 2:16cv02467 |
| Nunn | Edna Irene Tester | 2:15cv03265 |
| Paholke | Elyece Leone Manfield | 2:17cv01100 |
| Paseka | Colleen Sandra Panchott | 2:13cv13451 |
| Price | Nadina Jewel Wiseman | 2:16cv12566 |
| Rambeau | Mary Katherine | 2:15cv05842 |
| Roberson | Diane Jane Isaacs | 2:15cv03277 |
| Robins | Donna Beth Laughlin | 2:15cv05209 |

LONGACRE EXHIBIT A

| Last Name | First Name | Case no. |
|---|---|---|
| Rogers | Jeanne | 2:18cv00014 |
| Rutledge | Clara Mae Gibson | 2:15cv07519 |
| Segrist | Sharon Carr | 2:15cv05202 |
| Seid | Karen Renae | 2:14cv13773 |
| Shahbaz | Frieda Yaghobian | 2:13cv26237 |
| Sharp | Rebecca Lynn Auch Jeffries Dollarihide | 2:15cv00696 |
| Smith | Alice Ann Mullins | 2:15cv13745 |
| Smith | Janeen Carter | 2:14cv01378 |
| Smith | Linda Shepard Decker Mann | 2:15cv13659 |
| Spadafore | Donna Lee Williams | 2:15cv00928 |
| Swavely | Terri D. Wright Sherwood | 2:14cv24222 |
| Takach | Debra Ellen Maurn Zinn Woodmyer Grant Brandt Mauro Brant Symes | 2:17cv03236 |
| Therrien | Brenda Kay Siddiqi | 2:16cv11126 |
| Thompson | Joanna Bobbi Kissee | 2:14cv01382 |
| Thompson | Mandy Lynn Aguirre | 2:17cv02208 |
| Tuohy-Shutt | Valerie Tacheco McClellan | 2:13cv11173 |
| Vitale | Carol S. Fetzer Gallagher | 2:14cv29254 |
| Weaver | Robin Otto Nopens Baker May Quinn | 2:14cv01384 |
| Westra | Rogene Tepoorten | 2:17cv01895 |
| Wildfong | Darlene Boonie | 2:14cv01388 |
| Williams | Elizabeth Gordon | 2:13cv06215 |
| Wolfe | Rhonda Dawson | 2:15cv12707 |
| Wright | Esther Mae Losey Rice | 2:17cv01380 |