## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY
LITIGATION

\-------------------------------------------------------

ETHICON WAVE 8 CASES LISTED IN
EXHIBIT A TO PLAINTIFFS' NOTICE OF
ADOPTION

Master File No. 2:12-MD-02327
MDL 2327


JOSEPH R. GOODWIN
U.S. DISTRICT JUDGE

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE
### REGARDING BARRY SCHLAFSTEIN, M.D. FOR WAVE 8

Plaintiffs filed a Notice of Adoption [Dkt. 6847] in the Wave 8 cases identified in Exhibit

A to their Notice adopting their Motion to Exclude Certain Opinions and Testimony of Barry

Schlafstein, M.D. and Supporting Memorandum from Ethicon Wave 1.  Defendants hereby adopt

and incorporate by reference their *Daubert* response filed in relation to Barry Schlafstein, M.D.

in Ethicon Wave 1, [Dkt. #2174]. Defendants respectfully request that the Court deny Plaintiffs'

motion for the reasons expressed in the Wave 1 response briefing.

Dated: October 24, 2018

Respectfully submitted,


*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com