SCHLAFSTEIN EXHIBIT A

| _Lastname | _Firstname | _Mdl# |
|---|---|---|
| Nix | Arlene | 2:13cv06574 |
| Leder | Barbara | 2:13cv29512 |
| Moore | Shirley Shelton | 2:13cv10035 |
| Hejduk | Barbara Jean Cooper | 2:14cv26096 |
| Thomas | Sadie L. Perry Newman Williams | 2:15cv16174 |
| Nave | Brenda Gail Pedigo Kirkpatrick | 2:13cv05127 |
| Melton | Sheila Ann Thomas | 2:14cv27260 |
| Cessna | Phyllis Encalade | 2:15cv05211 |
| Walker | Merel Smith Marie | 2:14cv01385 |
| Lee | Myrle Ann | 2:13cv09183 |
| Thomas | Marti Rachel Keegan Rhodes | 2:14cv19682 |
| Hunt | Charlene | 2:14cv29125 |
| Hartzell | Jeanne Schopp | 2:16cv08276 |
| Regino | Lisa Faye Hernandez Loera | 2:15cv05220 |
| Capes | Serita Foster | 2:13cv06571 |
| Thomas | Lawanda | 2:13cv24259 |
| Cottrell | Teresa Hope | 2:12cv01565 |
| Grubbs | Gloria V. Alexander | 2:15cv04275 |