THAMES EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Cannon | Susan Makres | 2:15cv08109 |
| Caldera | Rosa Maria | 2:13cv10649 |
| Finley, deceased | Linda Kay | 2:13cv29593 |
| Cagle | Terrill LaRue Ashbaugh | 2:15cv01768 |
| Hoy | Lilyan Marie Coop | 2:15cv08089 |
| Elliott | Carol A. Delong Matthews Saunders | 2:15cv07108 |
| Carter | Betty | 2:15cv02877 |
| Williams | Nicole Denise Beasley | 2:15cv16176 |
| ElQuesny | Pilar Sosa Ahmad Diaz | 2:15cv13288 |
| Catherman | Kathy Kathryn May Hale Stelling Hammett | 2:16cv05309 |
| Wilson | Tiffany K. Villaire Arnhamn | 2:15cv12752 |
| Wolfe | Rhonda Dawson | 2:15cv12707 |
| Erwin | Kathryn D. Bing Gillespie | 2:15cv00703 |
| Nixon | Katrina Efurd Ragazzo | 2:16cv02467 |
| Newton | Mary Sue Waller | 2:13cv11092 |
| Willet | Elizabeth J. Rebelsky | 2:13cv01573 |
| Wheat | Dullie Elaine B. | 2:15cv01889 |
| Nix | Arlene | 2:13cv06574 |
| Clarkson | Jean A. Cooper | 2:15cv13296 |
| Lawson | Linda Gail Wade | 2:13cv06573 |
| Sellers | Jennifer Nicole Douglas | 2:14cv30849 |
| Nunn | Edna Irene Tester | 2:15cv03265 |
| Leder | Barbara | 2:13cv29512 |
| Lee | Myrle Ann | 2:13cv09183 |
| D'Andrea | Patricia Dean Bales | 2:14cv28729 |
| Nadelbach | Cindy Jill Singer | 2:13cv00353 |
| Farmer | Beverly Cindy Poteet | 2:14cv01855 |
| Coghlan | Linda Perry | 2:14cv18583 |
| Dafryck | Judy Ann Te'o | 2:13cv32034 |
| Dunlap | Donna Fern Wallace | 2:14cv11689 |
| Helms | Amy Melissa Hogue | 2:14cv16378 |
| Gray | Teresa Berry | 2:15cv03266 |
| Peltier-Ettiene | Joan R. | 2:14cv24479 |
| Thomas | Marti Rachel Keegan Rhodes | 2:14cv19682 |
| Valdez | Linda Joyce Rodriguez | 2:14cv15375 |
| Vincent | Crystal Sims | 2:14cv10298 |

THAMES EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Willis | Sherry Christine Hammond | 2:14cv14532 |
| Williams | Terressa McLeod | 2:14cv16787 |
| Izguerra | Lilia Valadez Jaber | 2:15cv13289 |
| Moore | Linda Lou McGary Strauss Bell | 2:15cv13404 |
| Mathis | Alisa | 2:15cv16096 |
| Mitchell | Doris Lena Lynn Lillian Lindley Carver | 2:16cv02466 |
| Moore | Shirley Shelton | 2:13cv10035 |
| Mendoza | Maricela C. | 2:13cv31570 |
| Hejduk | Barbara Jean Cooper | 2:14cv26096 |
| Lepley | Sharon K. | 2:14cv28548 |
| Weaver | Robin Otto Nopens Baker May Quinn | 2:14cv01384 |
| Godwin | Linda Doris Neal | 2:12cv03226 |
| Jackson | Rita May Robbins | 2:13cv23744 |
| Green | Nancy Ann Hughes | 2:13cv22087 |
| Pringle | Cleola Lealand Benson Byrd | 2:13cv27200 |
| Anderson | Sharyne Sue Barnes | 2:15cv11910 |
| Washburn | Valera Crafton | 2:14cv29096 |
| Johns | Linda Curry | 2:13cv11196 |
| Aschmeller | Billie Jo Bliss | 2:14cv06219 |
| Hunt | Charlene | 2:14cv29125 |
| Hartzell | Jeanne Schopp | 2:16cv08276 |
| Seely | Joyce J. Barnett Campbell | 2:13cv03281 |
| Davila | Rafaela | 2:16cv00935 |
| Akins | Mary Elizabeth | 2:14cv14182 |
| Neuhaus | Glenda Ashby Aline | 2:13cv14809 |
| Long | Janice Sharon Pressley | 2:13cv30195 |
| Plott | Delphia Seabolt | 2:15cv04301 |
| Poe | Kimberley Kimberly Lake | 2:15cv04373 |
| Bushway | Rose Marie Volway | 2:16cv08070 |
| Poore | Melody L. Watts Evans Fowler | 2:15cv03182 |
| Porogi | Jeanine Porogi Wilcox | 2:14cv28635 |
| Cook | Martha Mary Lopez | 2:14cv22417 |
| Rosa | Heyda Mondragon | 2:15cv05911 |
| Roberson | Diane Jane Isaacs | 2:15cv03277 |
| Mullins | Evelyn Diana Jennings | 2:15cv12704 |
| Smith | Linda Shepard Decker Mann | 2:15cv13659 |

THAMES EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Payne | Rebecca Dianne Cranford | 2:16cv02833 |
| Regino | Lisa Faye Hernandez Loera | 2:15cv05220 |
| Polese | Elizabeth M. Capuzziello Lanman Ackermen | 2:14cv12542 |
| Steele | Kelly Joyce Manus | 2:13cv23855 |
| Paris | Patricia Ann Patti Rice Tyler Miller | 2:15cv15749 |
| Norby | Rena Faye Smith Elliott | 2:13cv31821 |
| Aldridge | Kimberly Claire Shipman | 2:14cv18264 |
| Wenger | Rebecca D. Burns | 2:14cv18705 |
| Clabo | Leslie B. Glabo Bennett | 2:13cv16273 |
| Dozier | Jeanette Roberts | 2:15cv04394 |
| Parker | Maxine Edith Rowland | 2:15cv03184 |
| Linder | Paulada Simank | 2:13cv11087 |
| Vituschi-Allen | Patricia Leigh | 2:16cv06064 |
| Shelnutt | Beverly Morris | 2:13cv07248 |
| Smith | Alice Ann Mullins | 2:15cv13745 |
| Haake | Theresa A. Gentges | 2:15cv16354 |
| Foster | Alice Alison Marie Bowen Reynolds Perse | 2:13cv06679 |
| Joss | Jeanette Defeo Galimi | 2:15cv11658 |
| Golden | Yvette J. E. King | 2:13cv12710 |
| Morin | Brigette Maloy Page | 2:16cv01497 |
| Dunn | Peggy Ann Maddox Judy | 2:14cv29133 |
| Escontrias | Sylvia Anne | 2:16cv11005 |
| Stone | Susan I. Roberta Pickett Vernor | 2:14cv24922 |
| Dent | Angela Rochelle Mills Stewart | 2:14cv27262 |
| Minor | Kristen Kristin Elizabeth McLaughlin | 2:15cv02394 |
| Mitchell | Nora Frances Puckett | 2:15cv08094 |
| Deese | Sandra Sue Chavis | 2:16cv01156 |
| Dixon | Rebie Ann Powell Boulineau | 2:15cv00706 |
| Eldreth | Mary Elayne | 2:15cv00911 |
| Thomas | Sadie L. Perry Newman Williams | 2:15cv16174 |

THAMES EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Haizlip | Barbara R. Grant | 2:15cv03306 |
| Young | Carol S. | 2:14cv27926 |
| Yetter | Jean Marie Yazawich | 2:15cv01599 |
| Dodson | Mitsey L. | 2:13cv03546 |
| Hubbard | Deborah Heim Labead | 2:17cv00524 |
| DeBeneditto | Valerie Lynn Melendez Eckhoff | 2:14cv27487 |
| Lalumiere | Diane Hamlett | 2:13cv29509 |
| Strickland | April Morris Johnson Bright | 2:14cv12770 |
| Gutierrez | Debra Ann Cardenas Castilleja Elmore | 2:14cv01045 |
| Belew-Nyquist | Deborah L. | 2:16cv11306 |
| Kmiec | Lisa A. Seidler Gonzalez | 2:13cv24531 |
| Tuohy-Shutt | Valerie Tacheco McClellan | 2:13cv11173 |
| Ash | Tammy Lynn | 2:16cv11635 |
| Thompson | Cynthia Sue Hill | 2:13cv10656 |
| Templin | Cherie | 2:13cv10620 |
| Laughlin | Robyn J. | 2:17cv01123 |
| Powers | Linda Cochran | 2:14cv12626 |
| Nelson | Denise McCauley Rodino Perkins | 2:13cv08672 |
| Inners | Connie Jo MIller | 2:14cv28346 |
| Wessel | Joyce Wilkins Noonan Boyer | 2:14cv01383 |
| O'Fallon | Celia Marie Kane | 2:14cv30122 |
| Dukek | Tamella Tammy Laurie Haugen | 2:13cv29525 |
| Townson | Irma Idalia Garcia | 2:13cv12954 |
| Morrow | Crystal Verbout | 2:13cv31271 |
| Melton | Sheila Ann Thomas | 2:14cv27260 |
| Pearson | Kristine Talbott | 2:14cv29129 |
| Rueb | Katherine Katharine Elizabeth Crutchley Roehm Childers | 2:13cv32138 |
| Cessna | Phyllis Encalade | 2:15cv05211 |
| Sutton | Kathleen Anne Kathy Burke | 2:13cv04090 |
| Moore | Lynnyce K. Marzouk | 2:13cv22695 |
| Vaughn | Carrie A. Jackson | 2:15cv11666 |
| Jacobsen | Joni Marie Shaw | 2:13cv24530 |
| Berden | Cheryl Jean Dyer Stepens | 2:14cv21966 |
| Leonard | Kimberly K. Neuhart | 2:14cv25743 |
| Villagomez | Teresa Villarreal | 2:15cv05914 |

| Last Name | First Name | Case No. |
|---|---|---|
| Hull | Barbara L. Smith Talley | 2:14cv26340 |
| Villandry | Doreen Nikias | 2:16cv01755 |
| Greenwald | Carolyn White Marie | 2:14cv13810 |
| Hudspeth | Lisa Renee Lee Deerman Schlarb Shelton | 2:15cv04163 |
| Repka | Diann Floerke Gocricke | 2:13cv26198 |
| Rutherford | Stefanie Lynn Archer Dodd | 2:15cv01066 |
| Shannon | Crystal Wernsing | 2:14cv29138 |
| Sharp | Rebecca Lynn Auch Jeffries Dollarihide | 2:15cv00696 |
| Tallo | Patricia Shipshinski | 2:16cv11980 |
| Famigletti | Susan E. Bailey | 2:12cv06576 |
| Grubbs | Janice B. Holmes | 2:13cv05120 |
| Emerick | Glenda Rae Law | 2:14cv16802 |
| Capes | Serita Foster | 2:13cv06571 |
| Cartner | Tiffany Diane Staton | 2:13cv31941 |
| Adkins | Linda Lou | 2:17cv02191 |
| Borland | Irene E. Ward Harrington Langford Haslett | 2:16cv01868 |
| Searl | Tamara Billie | 2:14cv00064 |
| Smallwood | Sheila Gay Soles | 2:13cv03949 |
| Bauer | Nancy L. Smith Shields Stagle | 2:15cv12751 |
| Sprague | Barbara A. | 2:14cv05276 |
| Brooks | Cindy Cynthia Michelle Clark Cameron | 2:13cv22692 |
| Bargiol | Debra L. Chestnut Cassidy | 2:16cv03726 |
| Weber | Tammy | 2:13cv26999 |
| Hill | Christi Jo Hamilton | 2:13cv33413 |
| Bryant | Peggy S. Hafner | 2:15cv04369 |
| Hertslet | Gisela Margaret Svensson | 2:17cv02381 |
| Baill | Randi Sue Becker | 2:13cv27100 |
| Phillips | Mary Ann | 2:14cv17089 |
| Bogie | Wanda J. Roper | 2:13cv08674 |
| Brown | Loretta Lynn Hall | 2:15cv07520 |
| Moser | Susan Lashomb Kern | 2:16cv01314 |
| Cawthorne | Patricia A. Fowler | 2:13cv06218 |
| Minzel | Carlene Jo Chestnutt Florer | 2:13cv08274 |
| Benestad | Maria Mandalozis | 2:13cv16867 |

THAMES EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Bagsby | Collette Turner | 2:13cv06860 |
| Baumgardner | Deborah Kay Thomas | 2:14cv24274 |
| Bell | Sue Carolyn Harris | 2:15cv00708 |
| Paholke | Elyece Leone Manfield | 2:17cv01100 |
| Rapacki | Mary Rose Gabriel Chavez | 2:13cv19758 |
| Cormell | Sloan Bateman Mcleod | 2:17cv01259 |
| Boroff | Mary Elizabeth Dool | 2:15cv15593 |
| Moore | Amanda R. Baxter | 2:17cv01815 |
| Courtney | Alice Fay Anthony | 2:17cv02298 |
| Walker | Merel Smith Marie | 2:14cv01385 |
| Maurer | Jane Elizabeth Anderson | 2:13cv04834 |
| Brown | Gay Ann Mace | 2:15cv13115 |
| Mitchell | Sue Ann Dick | 2:13cv01697 |
| Kelley | Norma Green | 2:14cv29174 |
| Castro | Leonor Montenegro | 2:14cv29620 |
| Cotton | Clara M. Conigan | 2:14cv16852 |
| Jones | Evelyn J. Kubicek | 2:15cv00701 |
| Wherry | Carol Lynn Jordan | 2:15cv08119 |
| Silva | Alicia DeLeon | 2:17cv02983 |
| Ottersbach | Nancy Lee Beswick | 2:13cv09729 |
| Christie | Rita G. Ackerd Graham Revere Bezaire | 2:15cv02880 |
| Jens | Frances L. Snoke | 2:15cv05599 |
| Scott | Patti Williams | 2:15cv07113 |
| Jennings | Tammy Weldon | 2:13cv11091 |
| Gosper | Robin Gail Hamzehpour Flannery | 2:17cv00316 |
| Foley | Carolyn Kisselbach | 2:15cv01064 |
| Slusher | Veronica Vaconrca Lee | 2:13cv10633 |
| McCaffrey | Elizabeth Phillips | 2:12cv09706 |
| Sinkovich | Brenda J. Stone | 2:15cv01062 |
| Gibson | Angela Lynn Grundy | 2:14cv25732 |
| Braun | Carlene | 2:13cv30481 |
| Mangini | Lynn Sullivan | 2:13cv30480 |
| Bowling | Colleen Kelly M. Spradley Millhone | 2:14cv26063 |
| Clemons | Debra | 2:15cv02655 |
| Close | Cynthia Miscovich Keener | 2:13cv05940 |
| Collins | Wilma Marie Baldridge | 2:14cv13055 |

THAMES EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Cottrell | Teresa Hope | 2:12cv01565 |
| Thompson | Regina M. Hutsell | 2:12cv09074 |
| Corder | Virginia Gale Jones | 2:16cv10988 |
| Ferla | Nicola M. Deblasis Ansman | 2:15cv13303 |
| Farrell | Mary E. Brodbeck | 2:15cv13305 |
| Fancil | Lydia S. Pine | 2:15cv04367 |
| Sirko | Mary Ann Margo | 2:14cv01376 |
| Thibodeaux-Billodeaux | Dana A. Brown Comeaux | 2:14cv01381 |
| Hales | Marquetta Anderson | 2:13cv27185 |
| Perrigan | Lois Jean Ritter | 2:13cv15727 |
| Fox | Patricia E. Cooper Marszalek | 2:15cv07116 |
| Gillespie | Jessica Van De Walker Sandifer | 2:15cv04404 |
| Donalds | Paula M. Besseck | 2:17cv02199 |
| Castillo | Rebecca Vela Alva | 2:13cv01991 |
| Bredlow | Joy Lynn Ford Stacy | 2:13cv33415 |
| Langowsky | Eileen Susan Clouse | 2:13cv09185 |
| Winebrenner | Nancy Underwood Pugh | 2:17cv00576 |
| Hall | Linda Louise Staggs | 2:13cv02931 |
| Harris | Elisabeth Derer | 2:13cv29782 |
| Wildfong | Darlene Boonie | 2:14cv01388 |
| Williams | Elizabeth Gordon | 2:13cv06215 |
| Thomas | Crystal G. | 2:14cv02536 |
| Johnson | Jill Denise Murray | 2:13cv28793 |
| Estrada | Dora Maria Chapa | 2:13cv25625 |
| Evans | Wanda Lee | 2:13cv25626 |
| Colter | Barbara Ann Woods Crook | 2:16cv09128 |
| Sugg | Lenda Sue Potter Morrison | 2:12cv06033 |
| Johnston | Linda Rilee | 2:17cv01892 |
| Donaldson | Dianne Marie Bliss | 2:15cv06253 |
| Hodge | Barbara Sue Whitteaker | 2:15cv12908 |
| Murray | Mary T. Brennan | 2:13cv24573 |
| May | Sue Ellen Wills | 2:13cv29781 |
| McLester | Carrie Beth Lambert | 2:17cv02668 |
| Wright | Esther Mae Losey Rice | 2:17cv01380 |
| Howton | Beverly Jean Dooley Collins Horner Ornelas Johnston Garcia | 2:16cv02536 |
| Thomas | Lawanda | 2:13cv24259 |

| Last Name | First Name | Case No. |
|---|---|---|
| Forrest | Lisa Ann Chafin Pafford Rodgers | 2:13cv10033 |
| Gardner | Jennifer N. Pelfrey | 2:13cv03724 |
| Caldwell | Cynthia Gale Moss | 2:12cv07145 |
| Forlines | Catherine Woodward | 2:15cv13119 |
| Smith | Sandra Ann Goss | 2:15cv00258 |
| Glaze | Mary L. Henning King | 2:15cv04397 |
| Gordon | Linda Backs Nottingham | 2:15cv05600 |
| Toliver | Rosemary Milledge | 2:15cv00932 |
| Siegrist | Marianne Land | 2:14cv17889 |
| Long | Misty Dawn Prilliman Mondoux Hermsen Ritchie | 2:17cv02667 |
| Grubbs | Gloria V. Alexander | 2:15cv04275 |
| Heffelfinger | Cynthia Mary Schmidt | 2:15cv01776 |
| Abt | Angela L. Huck Smith | 2:15cv04375 |
| Bernard | Elva Grove Bate Ulmer | 2:13cv02932 |
| Dalberg | Rebecca Marie Boothe Solan Fleetwood | 2:13cv09725 |
| Delsart | Cindy Hocks | 2:13cv03827 |
| Eads | Danitta Lynn Lewis Moore Hodges McCoy Pearson | 2:13cv03284 |
| Jones | Hilda Myhand | 2:13cv07246 |
| Kingsbury | Margaret | 2:13cv28794 |
| Marsh | Sara | 2:13cv03073 |
| Hill | Constance Radloff | 2:13cv03279 |
| Grimme | Kathleen A. Bell | 2:14cv29556 |
| Young | Stacie Erin Freeman | 2:17cv02806 |
| Gueret-Negash | Sally Raymond | 2:15cv00257 |
| Altman | Victoria Lee | 2:15cv13299 |
| Hoover | Chari Lynn White | 2:15cv07107 |
| Boulette | Linda Carole | 2:13cv07247 |
| Alsadi | Heand | 2:17cv03724 |
| Duncan | Jo Ann Shipman | 2:17cv03893 |
| Williamson | Tabatha Sue Thompson | 2:17cv04021 |
| Wilson | Jacqueline Jean Rinnels | 2:17cv04055 |
| Walker | Terrie L. Freeman | 2:16cv09049 |
| Booth | Joyce Rodgers | 2:17cv03958 |
| Duffy | Dawn E. LaPointe Bosworth | 2:17cv04476 |

THAMES EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Cadell | Jessica M. Graf | 2:17cv04154 |
| McConnell | Tina Louise Monger | 2:17cv04608 |
| White | Terra Leann Lawless | 2:18cv00063 |
| Engel | Vickey L. Burns | 2:17cv04585 |
| Moore | Ronna | 2:18cv00040 |
| Sotolongo | Yolanda Rey | 2:18cv00242 |