WRIGHT EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Illjes | Lori Ann Waterous | 2:15cv05910 |
| Cagle | Terrill LaRue Ashbaugh | 2:15cv01768 |
| Aceto | Jayne Ellen DeNicolo | 2:15cv15252 |
| Elliott | Carol A. Delong Matthews Saunders | 2:15cv07108 |
| Carter | Betty | 2:15cv02877 |
| Williams | Nicole Denise Beasley | 2:15cv16176 |
| Caughill | Michelle Laurene Borngraber Brittain | 2:13cv25266 |
| Erwin | Kathryn D. Bing Gillespie | 2:15cv00703 |
| Newton | Mary Sue Waller | 2:13cv11092 |
| Walz | Theresa Dalva Friend | 2:15cv04396 |
| Wheat | Dullie Elaine B. | 2:15cv01889 |
| Laderbush | Bonnie Michaud | 2:13cv24258 |
| Odor | Virginia Jane Ginger Allen | 2:13cv23786 |
| Lampron | Sarah Jane Chesley | 2:15cv02493 |
| Nix | Arlene | 2:13cv06574 |
| Lawson | Linda Gail Wade | 2:13cv06573 |
| Guyette | Shelley Owens Marriam | 2:15cv00702 |
| Sellers | Jennifer Nicole Douglas | 2:14cv30849 |
| Leder | Barbara | 2:13cv29512 |
| Lee | Myrle Ann | 2:13cv09183 |
| Thomas | Marti Rachel Keegan Rhodes | 2:14cv19682 |
| Williams | Terressa McLeod | 2:14cv16787 |
| Hebert | Patricia E. Garrett Connor | 2:16cv08011 |
| Mitchell | Doris Lena Lynn Lillian Lindley Carver | 2:16cv02466 |
| Moore | Shirley Shelton | 2:13cv10035 |
| Sadler | Evelyn Renee Adams | 2:16cv06176 |
| Danoff | Linda Helen McMenamin | 2:15cv13660 |
| Johns | Linda Curry | 2:13cv11196 |
| Hunt | Charlene | 2:14cv29125 |
| Ahner | Jacqueline A. Golden Gosnell | 2:13cv09790 |
| Akins | Mary Elizabeth | 2:14cv14182 |
| Linnon | Marlene David Dillon Patricia | 2:15cv13125 |
| Plott | Delphia Seabolt | 2:15cv04301 |
| Regino | Lisa Faye Hernandez Loera | 2:15cv05220 |

WRIGHT EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Polese | Elizabeth M. Capuzziello Lanman Ackermen | 2:14cv12542 |
| Prominski | Nancy | 2:16cv05601 |
| Pooley | Peggy Robinson | 2:13cv08270 |
| Galanis | Diane Marolachakis | 2:15cv11247 |
| Paris | Patricia Ann Patti Rice Tyler Miller | 2:15cv15749 |
| Norby | Rena Faye Smith Elliott | 2:13cv31821 |
| Wenger | Rebecca D. Burns | 2:14cv18705 |
| Clabo | Leslie B. Glabo Bennett | 2:13cv16273 |
| Dozier | Jeanette Roberts | 2:15cv04394 |
| Sullivan | Tracy LaTour | 2:14cv16020 |
| Dunn | Peggy Ann Maddox Judy | 2:14cv29133 |
| Stone | Susan I. Roberta Pickett Vernor | 2:14cv24922 |
| Mongeon | Sheila Johnson | 2:15cv00391 |
| Dent | Angela Rochelle Mills Stewart | 2:14cv27262 |
| Brough | Kimberly R. Sinkovic | 2:15cv00905 |
| Dixon | Rebie Ann Powell Boulineau | 2:15cv00706 |
| Harhart | Linda L. Acevedo | 2:14cv29124 |
| Lalumiere | Diane Hamlett | 2:13cv29509 |
| Nave | Brenda Gail Pedigo Kirkpatrick | 2:13cv05127 |
| Townson | Irma Idalia Garcia | 2:13cv12954 |
| Melton | Sheila Ann Thomas | 2:14cv27260 |
| Russell | Cathy A. Rhoades | 2:15cv03305 |
| Santistevan | Mariquita R. | 2:15cv02875 |
| Cessna | Phyllis Encalade | 2:15cv05211 |
| Miller | Deborah Ann Sicotte | 2:15cv08553 |
| Baca | Deborah Saavedra | 2:14cv28542 |
| Hudspeth | Lisa Renee Lee Deerman Schlarb Shelton | 2:15cv04163 |
| Scaife | Diane L. Robertson | 2:15cv04365 |
| Grubbs | Janice B. Holmes | 2:13cv05120 |
| Capes | Serita Foster | 2:13cv06571 |
| Carey | Rita Vicki Ann DeCastro | 2:15cv11909 |
| Bartman | Elaine May Sheeler | 2:14cv27267 |
| Cartner | Tiffany Diane Staton | 2:13cv31941 |
| Sheaffer | Glenda Zimmerman | 2:14cv29117 |
| Searl | Tamara Billie | 2:14cv00064 |

WRIGHT EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Bargiol | Debra L. Chestnut Cassidy | 2:16cv03726 |
| Shaffer | Brenda Neiderer | 2:13cv07769 |
| Baill | Randi Sue Becker | 2:13cv27100 |
| Bathija | Jyoti | 2:15cv00080 |
| Brown | Loretta Lynn Hall | 2:15cv07520 |
| Minzel | Carlene Jo Chestnutt Florer | 2:13cv08274 |
| Cormell | Sloan Bateman Mcleod | 2:17cv01259 |
| Bourque | Marilyn L. | 2:15cv13661 |
| Walker | Merel Smith Marie | 2:14cv01385 |
| Kimble | Debra Debbie Maynard Cola Channell Umphrey Thompson | 2:15cv09555 |
| Buttino | Robin Franklin | 2:14cv29141 |
| Mitchell | Sue Ann Dick | 2:13cv01697 |
| Adler | Evelyn Weiman | 2:17cv00158 |
| Chester, Deceased | Susie Lane | 2:14cv28544 |
| Scott | Patti Williams | 2:15cv07113 |
| Jacobson | Naomi S. | 2:14cv29128 |
| Foley | Carolyn Kisselbach | 2:15cv01064 |
| Maloney | Elaine Antonucci | 2:15cv07117 |
| Sinkovich | Brenda J. Stone | 2:15cv01062 |
| Silvia | Carolann Ferrell | 2:14cv00058 |
| Braun | Carlene | 2:13cv30481 |
| Shook | Marie E. Miller Esther | 2:15cv13670 |
| Thompson | Regina M. Hutsell | 2:12cv09074 |
| Trivett | Donna Noles Dillow Hart | 2:13cv08259 |
| Gaughan | Sheryl R. Kenyon | 2:15cv14349 |
| Donalds | Paula M. Besseck | 2:17cv02199 |
| Langowsky | Eileen Susan Clouse | 2:13cv09185 |
| Hanna | Karen M. | 2:13cv06214 |
| Johnston | Linda Rilee | 2:17cv01892 |
| Birkestrand | Carol Myran Barenberg Teuscher | 2:17cv03331 |
| May | Sue Ellen Wills | 2:13cv29781 |
| Burton | Barbara Jean | 2:13cv22539 |
| McLester | Carrie Beth Lambert | 2:17cv02668 |
| Hellerman | Susan Margaret Gajewski | 2:17cv03237 |
| Thomas | Lawanda | 2:13cv24259 |
| Gardner | Jennifer N. Pelfrey | 2:13cv03724 |
| Forlines | Catherine Woodward | 2:15cv13119 |
| Smith | Sandra Ann Goss | 2:15cv00258 |
| Gerbino | Laurie Cooke | 2:14cv28538 |

WRIGHT EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Tobin | Teresa N. Meyers | 2:14cv29130 |
| Krieg | Susan Behan Eleanor | 2:14cv19005 |
| Landin | Yajaira Alexis | 2:13cv23995 |
| Jones | Hilda Myhand | 2:13cv07246 |
| Berube | Debra A. Wilson Humphreys | 2:15cv07126 |
| Cohen | Randi S. Adler | 2:13cv22567 |
| Hewitt | Kathleen M. Longtin | 2:13cv07766 |
| Carver | Laura Moody Thomas | 2:12cv08616 |
| Altman | Victoria Lee | 2:15cv13299 |
| Duncan | Jo Ann Shipman | 2:17cv03893 |
| McLeod | Carolyn Louise Condon | 2:17cv03901 |
| Ringuette | Linda M. Beaucage | 2:17cv04325 |