ZASLAU EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Walz | Theresa Dalva Friend | 2:15cv04396 |
| Dombroski | Cheryl L. Wilcox | 2:14cv30883 |
| Tuohy-Shutt | Valerie Tacheco McClellan | 2:13cv11173 |
| Bryce | Linda Marlene Albee | 2:16cv06293 |
| Siegrist | Marianne Land | 2:14cv17889 |
| Bartman | Elaine May Sheeler | 2:14cv27267 |
| Adler | Evelyn Weiman | 2:17cv00158 |