SAND EXHIBIT A

| Last Name | First Name | Case No. |
|---|---|---|
| Moore | Linda Lou McGary Strauss Bell | 2:15cv13404 |
| Wessel | Joyce Wilkins Noonan Boyer | 2:14cv01383 |
| Olsen | Pamela Jean Christensen | 2:13cv12636 |
| Hempstead | Anita Calhoun | 2:13cv09300 |
| Ash | Tammy Lynn | 2:16cv11635 |
| Suarez | Alisha Perez Lauzon | 2:14cv29091 |
| Stiffler | Sandra K. Martin | 2:16cv03412 |