# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS MDL NO. 2327
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT APPLIES TO:
ETHICON WAVE 8 CASES LISTED
IN EXHIBIT A OF DEFENSE
NOTICE OF ADOPTION (Dkt. 6899)
_____

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF DR. JERRY BLAIVAS

Plaintiffs hereby adopt and incorporate by reference Plaintiffs' Opposition to Boston Scientific Corporation's Motion and Memorandum in Support to Exclude the Opinions and Testimony of Jerry Blaivas, M.D. from Boston Scientific Wave 3. *See* ECF No. 4962. Plaintiffs respectfully request that the Court deny Defendant's motion for the reasons expressed in the Wave 3 response briefing.

DATED: October 24, 2018

                                                          Respectfully submitted,

By:   /s/ *Clayton A. Clark*
       Clayton A. Clark
       Co-Lead Counsel for Plaintiffs in
       MDL No. 2326
       cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

By:   /s/ *Aimee Wagstaff*
       Aimee Wagstaff
       Co-Lead Counsel for Plaintiffs in
       MDL No. 2326
       aimee.wagstaff@andruswagstaff.com

- 2 -

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ *Clayton A. Clark*
Clayton A. Clark
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217