IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                                   MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO
THE CASES ON EXHIBIT A

ORDER

On June 18, 2018, the parties filed in each civil action listed in Exhibit A, a Stipulation of Dismissal of Defendant Ethicon LLC, stipulating to the dismissal with prejudice of defendant Ethicon LLC.

The court **ORDERS** that the Stipulation of Dismissal of Defendant Ethicon LLC filed in each case listed in Exhibit A, is hereby **APPROVED** and so **ORDERED**.

The court **DIRECTS** the Clerk to dismiss Ethicon LLC in each case in Exhibit A and send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 25, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| PLAINTIFF | CIVIL ACTION NO. |
|---|---|
| Jacqueline Ahner | 2:13-cv-09790 |
| Collette Turner Bagsby, et al | 2:13-cv-06860 |
| Brenda Barney, et al | 2:13-cv-09184 |
| Linda Boulette, et al | 2:13-cv-07247 |
| Serita Capes | 2:13-cv-06571 |
| Rebecca Dalberg, et al | 2:13-cv-09725 |
| Jennifer Gardner | 2:13-cv-03724 |
| Maria Cristina Gonzalez-Torres, et al | 2:13-cv-01272 |
| Janice Grubbs, et al | 2:13-cv-05120 |
| Constance Hill | 2:13-cv-03279 |
| Jill Johnson, et al | 2:13-cv-28793 |
| Diane Hamlett Lalumiere, et al | 2:13-cv-29509 |
| Linda Wade Lawson | 2:13-cv-06573 |
| Paulada Linder, et al | 2:13-cv-11087 |
| Elizabeth McCaffrey | 2:12-cv-09706 |
| Sue Ann Mitchell, et al | 2:13-cv-01697 |
| Brenda Gail Nave | 2:13-cv-05127 |
| Arlene Nix, et al | 2:13-cv-06574 |
| Rena Faye Norby, et al | 2:13-cv-31821 |
| Peggy Pooley, et al | 2:13-cv-08270 |
| Brenda Shaffer, et al | 2:13-cv-07769 |
| Veronica Slusher, et al | 2:13-cv-10633 |
| Cherie Templin, et al | 2:13-cv-10620 |