**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 8 CASES LISTED IN PLAINTIFFS' EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING
JOHN R. WAGNER, M.D. FOR WAVE 8**

In response to Plaintiffs' Notice of Adoption of their prior Daubert motion to exclude Dr. John R. Wagner (Dkt. 6861), Defendants Ethicon, Inc., Ethicon LLC, and Johnson & Johnson (collectively "Ethicon") hereby adopt and incorporate by reference their *Daubert* response in relation to Dr. Wagner filed by Ethicon in Wave 8, Dkt. 4920. Ethicon respectfully requests that the Court deny Plaintiffs' motion, for the reasons expressed in its Wave 6 response briefing.

    Respectfully submitted,

    /s/ *William M. Gage*
    William M. Gage (MS Bar No. 8691)
    Butler Snow LLP
    1020 Highland Colony Parkway
    Suite 1400 (39157)
    P.O. Box 6010
    Ridgeland, MS 39158-6010
    (601) 985-4561
    william.gage@butlersnow.com

    /s/ *Susan M. Robinson*
    Susan M. Robinson (W. Va. Bar No. 5169)
    Thomas Combs & Spann PLLC
    300 Summers Street
    Suite 1380 (25301)
    P.O. Box 3824
    Charleston, WV 24338
    (304) 414-1800
    srobinson@tcspllc.com

    COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I certify that on this date, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

44728901.v1