# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR         Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                              MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 8 CASES LISTED IN
PLAINTIFFS' EXHIBIT A                       JOSEPH R. GOODWIN U.S. DISTRICT
                                                          JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING
## SARAH A. COLLINS, M.D. FOR WAVE 8

Defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon") hereby respond

to Plaintiffs' Notice of Adoption of Prior Daubert Motion of Sarah Abbie Collins, M.D. for

Wave 8, Dkt. 6792.  Ethicon adopts and incorporates by reference the *Daubert* response in

relation to Dr. Sarah A. Collins filed by Ethicon in Wave 4, Dkt. 3737.  Ethicon respectfully

requests that the Court deny Plaintiffs' motion, for the reasons expressed in its Wave 4 response

briefing.

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*
William M. Gage

44728632.v1

2