# EXHIBIT D

A.Bedestani

## **CURRICULUM VITAE**

| | |
|---|---|
| **Name:** | Ahmet Bedestani, MD |
| **Business Address:** | East Jefferson Urogynecology<br>4228 Houma Blvd., Suite 410A<br>Metairie, LA 70006 |
| **Business Telephone:** | 504-503-5505 |
| **Business email Address:** | ███████████████ |
| **Home Address:** | ██████████████████████████ |
| **Home Telephone:** | ███████████ |
| **Birthdate & Birthplace:** | ████████████████████ |
| **Spouse and Children:** | ████████████████████████ |

████████████████████████████████

**Board Certification:**  **Diplomate**, American Board of Obstetrics and Gynecology Diploma Number: 9012302 Subspecialty Board Certification in Female Pelvic Medicine and Reconstructive Surgery, June 21, 2013

**Diplomate**, American Board of Obstetrics and Gynecology
Diploma Number 9012302, November 2011

**Employment:**  **Director,** East Jefferson Urogynecology
4228 Houma Blvd., Suite 410A
Metairie, LA 70006
May 2012- Current

**Assistant Professor,** Female Pelvic Medicine and Reconstructive Surgery
Louisiana State Health Sciences Center
Department of Obstetrics and Gynecology
1542 Tulane Avenue, Fifth Floor
New Orleans, Louisiana 70112.
July 1, 2010 – September 30, 2011

A.Bedestani

**Education:**

| | |
|---|---|
| **Fellowship:** | Female Pelvic Medicine and Reconstructive Surgery |
| | LSU Health Sciences Center |
| | Department of Obstetrics and Gynecology |
| | Division of Urogynecology |
| | 1542 Tulane Avenue, Fifth Floor |
| | New Orleans, Louisiana  70112 |
| | July 1, 2007 – June 28, 2010 |
| | |
| **Residency:** | Mount Sinai School of Medicine (Jamaica) Program |
| | Queens Hospital Center |
| | Department of Obstetrics and Gynecology |
| | Jamaica, New York |
| | July 1, 2004 – June 30, 2007 |
| | |
| **Internship:** | Mount Sinai School of Medicine (Jamaica) Program |
| | Queens Hospital Center |
| | Department of Obstetrics and Gynecology |
| | Jamaica, New York |
| | July 1, 2003 – June 30, 2004 |
| | |
| **Medical:** | **Doctor of Medicine**, May 2003 |
| | Ross University School of Medicine, |
| | Administrative Offices |
| | Edison, New Jersey |
| | August 1998 – May 2003 |
| | |
| **Graduate/Undergraduate:** | **Master of Science**, Biology, August 1996 |
| | Saint Louis University Graduate School |
| | Saint Louis, Missouri |
| | September 1993 – August 1996 |
| | |
| | **Certificate of Anatomy**, May 1992 |
| | St. Louis University School of Medicine |
| | Saint Louis, Missouri |
| | August 1991 – May 1992 |
| | |
| | **Bachelor of Science**, Biology, May 1991 |
| | Saint Louis University |
| | Saint Louis, Missouri |

A.Bedestani

**Certifications:**

- American Board of Obstetrics and Gynecology Subspecialty Board Certification in Female Pelvic Medicine and Reconstructive Surgery- June 2013
- Diplomate of the American Board of Obstetrics and Gynecology – November 2011
- Intuitive Surgical Robotic certification – July 2010
- Louisiana State Medical License (MD 201448) - June 18, 2007- Current
- Education on the Protection of Human Subjects in Research, August 2004
- HIPPA Training  -  April 2004
- Recognition of Child Abuse and Domestic Violence, June 2003
- Infection Control  -  June 2003
- ACLS  -  June 2003
- USMLE Step III  -  February 2007
- USMLE Step II   -  October 2002
- ECFMG Certificate Number:  0-620-934-0:  Valid Indefinitely  -  December 2002
- USMLE Step I  -  December 2000

**Licensure:**

- Louisiana License #:  201448
- State Controlled Substance License #:  34662
- Federal DEA #:  FB04322980

**Academic, Professional, and Research Appointments:**

- **July 2007- July 2011 Mentor:** Dr. Ralph Chesson
  Active research Protocols into use of mesh augmentation in the surgical repair of severe pelvic organ prolapse, Colpocleisis, and Latzko.  Formation of library housing high definition video footage of all pelvic reconstructive surgeries. Construction of comprehensive electronic pelvic floor database.

- **June 2006 Mentor:**  Dr. Ambreen Slemmi
  Center for Pelvic Floor Dysfunction, Maimonides Medical Center, Participant in preparation of case series submission comparing the effects of posterior colporrhaphy (with, or without mesh) on anal physiology three months following procedure

- **June 1994 – June 1995 Mentor:** Dr. William Picking
  Research Assistant, Saint Louis University Department of Biology  Fluorescence spectroscopy analysis of Protein conformation dynamics in Cholera Toxin

A.Bedestani

- **January 1994 – June 1994 Mentor:**  Dr. Judith Medoff
  Research Assistant, Saint Louis University Department of Biology, PCR analysis of genes regulating apoptosis in Drosophilia Melanogaster

- **August 1993 – January 1994 Mentor:**  Dr. William Stark
  Barnickel Endowed Chair, Research Assistant, Saint Louis University Department of Biology, Vitamin A Effects on protein binding sites of Promotor Opsin in Drosophilia

**Awards and Honors:**

- **Residency:**          2005   CREOG Award for Highest Score
                          2005.  Most Improved CREOG Score
                          2004.  Most Improved CREOG Score

- **Medical School:**     2003   Graduated top quarter of class
                          2002.  Honors, Clinical Core Rotations:  Surgery, Internal Medicine, Obstetrics and Gynecology, Psychiatry, Family Practice
                          2001.  ACOG District III Junior Fellow Meeting Student Representative, Philadelphia, Pennsylvania
                          2000.  Outstanding Teaching Assistant Ward, Neuroscience

- **Professional:**       1996   DuPont Merck Presidential Letter of Excellence
                          1997   Consolidated Laboratory Services Business Development Award in recognition of Establishing Clinical Project Management Division (10 million dollar revenue generation within two years)

- **Graduate School:**    1996   Honors Graduate (3.9 GPA)
                          1995   Biology Graduate Student Association President
                          1994   Research Excellence Award at Saint Louis University Graduate Research Symposium
                          1993   Graduate  Student  Association  Representative Student Government

- **College:**            1990   Beta Beta Beta, Honorary Society (Biology)

A.Bedestani

**Teaching Experience/Responsibilities:**

- **OB/GYN Clerkship:**      Lecture on Pelvic organ prolapse for all third and fourth year medical students preparing to start their core rotation in obstetrics and gynecology 2007-2010

- **Formal Course Responsibilities :**      Faculty of SGS Anatomy Course during annual meeting 2009

**Articles, Abstracts, Posters, Podium Presentations:**

- Pelvic Organ Prolapse:  Demographics, Symptomatology, and Anatomical Considerations , **Ahmet Bedestani,** Published in the East Jefferson General Hospital Medical Journal, Volume 4

- Transvaginal Colpocleisis in the Treatment of Vaginal Vault Prolapse in the Elderly Female: Surgical Technique.  Denise Chow, Michelle Koski, Joanna Togami, Ralph Chesson, **Ahmet Bedestani**, J. Christian Winters. Department of Urology, LSU School of Medicine – New Orleans, Louisiana.
  - Accepted for podium presentation at the Society of Urodynamics and Female Urology, 8th Annual Meeting, Phoenix, Arizona, 2011. (video)
  - Accepted for podium presentation at the Southeastern Section of the AUA, 75th Annual Meeting, New Orleans, Louisiana, 2011. (video)

- Ghafar, M**., Bedestani, A**., Soules, K., Nolan ,T., Velasco, C., Chesson, R. (2011) POPQ point C is not equal to point D after hysterectomy. Poster presentation Annual Meeting of the Society of Gynecologic Surgeon's, April 11-13, 2011, San Antonio, TX, USA.

- Ghafar, M**., Bedestani, A**., Nolan ,T., Velasco, C., Slocum, P.,Winters, J.C., Chesson, R. (2010). Levator Contraction Strength as Risk Factor For Voiding Dysfunction After Anti-Incontinence Procedures And Pelvic Prolapse Repair. Poster presentation AUGS Annual meeting, 2010.
  - Accepted as abstract J.of Female Pelvic Medicine & Reconstructive Surgery. 16;5S (108).
  - Accepted for podium presentation Society of Urodynamics and Female Urology Annual Meeting, March 1-5, 2011, Phoenix, AZ, USA.
  - Accepted for poster presentation 2010 AUGS meeting, Long Beach California

- Ghafar, M**.,** Velasco, C., **Bedestani A.,** Nolan ,T., Chesson, R., Winters, J.C.,

A.Bedestani

Size of Urogenital Hiatus and Levator Contraction Strength As Risk Factor For Voiding Dysfunction Following Surgical Correction of Pelvic Organ Prolapse.
- o Accepted for podium presentation American Urological Association Annual Meeting, May 14-19, 2011.


- Ganj, F, Ibeanu, OA, **Bedestani, A**, Nolan, TE, Chesson RR, Complications of Transvaginal Mesh in Pelvic Organ Prolapse Repair. Int Journal Urogynecology in Press

- Picking, W., **Bedestani, A**. Protein Conformation Dynamics of Cholera Toxin Subunit B in Variable pH Atmospheres.   Paper Presentation at Annual Saint Louis University Graduate School Research Symposium, 1995.

- Picking, W., **Bedestani A**.   Fluorescence analysis of the interaction between ganglioside GM1-containing phospholipid vesicles and the B subunit of cholera toxin.   Poster Presentation at Annual Saint Louis University Graduate School Research Symposium, 1994.


**Editorial Posts and Activities:**

- Asked to review for Current Urology
  Ms. No.: 200912005
  Title: Management of ureteric injury following gynecologic surgery: Experience at a tertiary care center


**Book Chapters:**

- **Ahmet Bedestani**, Christopher Chermansky, Mohamed Ghafar, Christian Winters, Chapter 32  pgs 290-305 "Tests of Urethral Function", in Staskin/Cardozo Textbook of Female Urology and Urogynecology.  Third edition published in 2010 by Informa Healthcare, Telephone House, 69-77 Paul Street, London EC2A 4LQ,UK


**Videos and Multimedia:**

- Colpocleisis Technique to treat advanced Pelvic organ Prolapse in a specific patient population, made for LSUHSC Department of OB/GYN collection of training films for resident education

A.Bedestani

- Anterior Compartment Paravaginal Repair Reinforced with Mesh for Site Specific Repair, made for LSUHSC Department of OB/GYN collection of training films for resident education

- Transobterator technique of mid urethral sling placement for SUI utilizing American Medical System's Monarc System, made for LSUHSC Department of OB/GYN collection of training films for resident education

- Posterior Compartment Paravaginal Repair Reinforced with Mesh for Site Specific Repair, made for LSUHSC Department of OB/GYN collection of training films for resident education

**PROFESSIONAL SOCIETIES:**

- Diplomate of the American Board of Obstetrics and Gynecology Diploma Number 9012302 Sub certification in Female Pelvic Medicine and Reconstructive Surgery

- American Congress of Obstetricians and Gynecologists:  ID#000445932I January 1, 2013

- American Urogynecologic Society

- Jefferson Parish Medical Society

- Diplomate of the American Board of Obstetrics and Gynecology Diploma Number 9012302 November 2011

**CONFERENCES:**

- Grand Rounds East Jefferson Medical Center July  14, 2015: Speaker : "Patient Outcomes with Robotically -Assisted Sacral Colpopexy"

- Grand Rounds East Jefferson Medical Center June 10, 2014: Speaker: "Low Outlet Obstruction as Related to Pelvic Organ Prolapse"

- Grand Rounds East Jefferson Medical Center December 11, 2012: Speaker: "Utilization of Mesh and Management of SUI in the Presence of Pelvic Organ Prolapse"

- Grand Rounds East Jefferson Medical Center December 4, 2012: Speaker ""Anatomical Considerations and Survey of Surgical Procedures in the Management of Pelvic Organ Prolapse"

A.Bedestani

- Grand Rounds LSU Health Sciences Center Shreveport November 28, 2012: Speaker ""Anatomical Considerations and Survey of Surgical Procedures in the Management of Pelvic Organ Prolapse"

- New Orleans OB/GYN Society Annual Meeting 2012: Speaker "Surgical Management of Female Pelvic Organ Prolapse"

- American Urogynecology Society Annual meeting 2006, 2007, 2008, 2009, 2012, 2014, 2016

- Society of Gynecologic Surgeons 2009

- "Evidence Based Diagnosis and Management of Gynecologic Disease Pelvic Disorders March 2006"Frontiers of GYN Endoscopy", October 2005

- "Pediatric Adolescent & Young Gynecology Conference", March 2005

- "Female Urology & Urogynecology", March 2004, 2005


**VOLUNTEER:**

- October 2005 Surgical assistant during "Frontiers of GYN Endoscopy"
- August 2005, 2010 Granada, Nicaragua; Gynecologist – Pelvic    Reconstruction Team
- September 2012 Ecuador, New Orleans Mission Trip – Pelvic Reconstructive Surgeon

**LANGUAGES:**

- English, Turkish