# EXHIBIT E

# Gynecare

# PROSIMA™

Anterior Pelvic Floor Repair System
Posterior Pelvic Floor Repair System
Combined Pelvic Floor Repair System

System til anterior støtte af bækkenbund
System til posterior støtte af bækkenbund
System til kombineret støtte af bækkenbund

Bekkenbodemreparatiesysteem anterieur
Bekkenbodemreparatiesysteem posterieur
Bekkenbodemreparatiesysteem gecombineerd

Anteriorinen lantionpohjan korjausjärjestelmä
Posteriorinen lantionpohjan korjausjärjestelmä
Yhdistetty lantionpohjan korjausjärjestelmä

Système de réparation du plancher pelvien antérieur
Système de réparation du plancher pelvien postérieur
Système de réparation combiné du plancher pelvien

Anteriores Beckenboden-Rekonstruktionssystem
Posteriores Beckenboden-Rekonstruktionssystem
Kombiniertes Beckenboden-Rekonstruktionssystem

Sistema di riparazione anteriore del pavimento pelvico
Sistema di riparazione posteriore del pavimento pelvico
Sistema di riparazione combinato del pavimento pelvico

Sistema de Reparação do Pavimento Pélvico Anterior
Sistema de Reparação do Pavimento Pélvico Posterior
Sistema de Reparação do Pavimento Pélvico Combinado

Sistema de reparación del suelo pélvico anterior
Sistema de reparación del suelo pélvico posterior
Sistema de reparación del suelo pélvico combinado

System för reparation av främre delen av bäckenbotten
System för reparation av bakre delen av bäckenbotten
System för kombinerad reparation av bäckenbotten

Σύστημα αποκατάστασης πρόσθιου πυελικού εδάφους
Σύστημα αποκατάστασης οπίσθιου πυελικού εδάφους
Συνδυασμένο σύστημα αποκατάστασης πυελικού εδάφους

CE 0086
Manufactured for:
ETHICON Women's Health & Urology
a division of ETHICON, INC.
a Johnson & Johnson company
Somerville, New Jersey 08876-0151
Made in Switzerland
© Ethicon, Inc. 2008

EC
Legal Manufacturer
ETHICON, Sàrl
Rue du Puits Godet 20
CH-2000 Neuchâtel
Switzerland
P21070/D
STATUS: 02/2010
LAB0011038.2



*Figure 1*





*Figure 2*



*Figure 3*

2



*Figure 4*



*Figure 5*



*Figure 6*

3



*Figure 7*



*Figure 8A*



*Figure 8B*



*Figure 8C*

4



*Figure 8D*



*Figure 8E*



*Figure 8F*



*Figure 9A*



*Figure 9B*



*Figure 9C*



*Figure 9D*

6



*Figure 9E*



*Figure 10*



*Figure 11*



*Figure 12*



*Figure 13*



*Figure 14*



*Figure 15*



*Figure 16*



*Figure 17*



*Figure 18*



*Figure 19*

8

## ENGLISH

A – Mesh Implant in Implant Carrier
B – Vaginal Support Device (VSD)
C – Balloon
D – Anterior Inserter
E – Posterior Inserter
F – Syringe
G – Straps of Mesh Implant
H – Pockets of Mesh Implant
I – Apical tab of Mesh Implant
J – Distal groove of Mesh Implant
K – Body of Mesh Implant
L – Connection groove of Posterior Inserter
M – Distal end of Posterior Inserter
N – Trimmable sections of VSD
O – Suture eyelets of VSD
P – Balloon
Q – Connector plug of Balloon
R – Valve of Balloon
S – Cap of Balloon
T – Inflation line of Balloon

## DANSK

A – Meshimplantat i implantatemballage
B – Vaginal støtteanordning
     (VSD – Vaginal Support Device)
C – Ballon
D – Anterior indfører
E – Posterior indfører
F – Sprøjte
G – Meshimplantatstropper
H – Meshimplantatslommer
I – Apikal flig på meshimplantat
J – Distal rille i meshimplantat
K – Hovedpart af meshimplantat
L – Forbindelsesrille på posterior indfører
M – Distal ende af posterior indfører
N – Justerbare sektioner af VSD
O – Suturhuller i VSD
P – Ballon
Q – Forbindelsesstykke på ballon
R – Ballonventil
S – Ballonhætte
T – Oppustningsslange til ballon

## NEDERLANDS

A – Meshimplantaat in implantaatenhouder
B – VSD (Vaginal Support Device, vaginasteun)
C – Ballon
D – Inbrenginstrument anterieur
E – Inbrenginstrument posterieur
F – Spuit
G – Bandjes van meshimplantaat
H – Zakjes van meshimplantaat
I – Apicaal lipje van meshimplantaat
J – Distale groef van meshimplantaat
K – Hoofdgedeelte van meshimplantaat
L – Verbindingsgroef van posterieur inbrenginstrument
M – Distaal uiteinde van posterieur inbrenginstrument
N – Afknipbare delen van de VSD (vaginasteun)
O – Hechtringoogjes van de VSD
P – Ballon
Q – Ballonaansluitstuk
R – Ballonafsluiter
S – Ballondop
T – Ballonvulleiding

## SUOMI

A – Verkkoimplantti implantinasettimessa
B – Emätintuki
C – Pallo
D – Anteriorinen sisäänviejä
E – Posteriorinen sisäänviejä
F – Ruisku
G – Verkkoimplantin naaahat
H – Verkkoimplantin taskut
I – Verkkoimplantin kärkikieleke
J – Verkkoimplantin distaaliloviiш
K – Verkkoimplantin runko
L – Posteriorisen sisäänviejän liitinlovi
M – Posteriorisen sisäänviejän distaalipää
N – Emättimeen leikattavat osat
O – Emättimen ommelreiät
P – Pallo
Q – Pallon liitin
R – Pallon venttiili
S – Pallon korkki
T – Pallon täyttöletku

## FRANCAIS

A – Prothèse dans son emballage
B – Dispositif de Support Vaginal (DSV)
C – Ballonnet
D – Introducteur antérieur
E – Introducteur postérieur
F – Seringue
G – Bras de la prothèse
H – Poches de la prothèse
I – Languette apicale de la prothèse
J – Échancrure distale de la prothèse
K – Corps de la prothèse
L – Gorge de connexion de l'introducteur postérieur
M – Extrémité distale de l'introducteur postérieur
N – Sections découpables du DSV
O – Œillets de suture du DSV
P – Ballonnet
Q – Prise de connexion du ballonnet
R – Valve du ballonnet
S – Bouchon du ballonnet
T – Tubulure de gonflage du ballonnet

## DEUTSCH

A – Netzimplantat im Implantatträger
B – Vaginal-Splint (Vaginal Support Device, VSD)
C – Luftkissen
D – Anterioes Einführinstrument
E – Posterioes Einführinstrument
F – Spritze
G – Halteschlaufen des Netzimplantats
H – Taschen des Netzimplantats
I – Apikale Lasche des Netzimplantats
J – Distale Kerbe des Netzimplantats
K – Körper des Netzimplantats
L – Verbindungsrille des posterioren Einführinstruments
M – Distales Ende des posterioren Einführinstruments
N – Zuschneidbare Anteile des VSD
O – Nahtöffnungen des VSD
P – Luftkissen
Q – Anschlussstecker des Luftkissens
R – Luftkissenventil
S – Luftkissenkappe
T – Luftschlauch des Luftkissens

## ITALIANO

A – Impianto in rete nell'apposita confezione
B – Dispositivo di supporto vaginale (DSV)
C – Palloncino
D – Introduttore anteriore
E – Introduttore posteriore
F – Siringa
G – Braccia dell'impianto in rete
H – Tasche dell'impianto in rete
I – Linguetta apicale dell'impianto in rete
J – Scanalatura distale dell'impianto in rete
K – Corpo dell'impianto in rete
L – Scanalatura di collegamento dell'introduttore posteriore
M – Estremità distale dell'introduttore posteriore
N – Sezioni sagomabili del DSV
O – Occhielli per sutura del DSV
P – Palloncino
Q – Spinotto di collegamento del palloncino
R – Valvola del palloncino
S – Coperchio del palloncino
T – Tubo d'insufflazione del palloncino

## PORTUGUÊS

A – Implante de Rede na Embalagem de Transporte do Implante
B – Dispositivo de Suporte Vaginal (DSV)
C – Balão
D – Introdutor Anterior
E – Introdutor Posterior
F – Seringa
G – Tiras do Implante de Rede
H – Bolsas do Implante de Rede
I – Aba Apical do Implante de Rede
J – Entalhe Distal do Implante de Rede
K – Corpo do Implante de Rede
L – Ranhura de Conexão do Introdutor Posterior
M – Extremidade Distal do Introdutor Posterior
N – Secções Recortáveis do VSD
O – Ilhós de Sutura do VSD
P – Balão
Q – Ficha Conector do Balão
R – Válvula do Balão
S – Tampa do Balão
T – Linha de Insuflação do Balão

## ESPAÑOL

A – Implante de malla en el portaimplante
B – Dispositivo de soporte vaginal (VSD)
C – Balón
D – Insertador anterior
E – Insertador posterior
F – Jeringa
G – Tiras de implante de malla
H – Bolsillos de implante de malla
I – Lengüeta apical de implante de malla
J – Surco distal del implante de malla
K – Cuerpo del implante de malla
L – Surco de conexión de insertador posterior
M – Extremo distal del insertador posterior
N – Secciones recortables del VSD
O – Ojos de sutura del VSD
P – Balón
Q – Tapón conector del balón
R – Válvula del balón
S – Tapa del balón
T – Línea de inflado del balón

## SVENSKA

A – Nätimplantat i implantatshållare
B – Vaginalstöd (VSD)
C – Ballong
D – Främre införare
E – Bakre införare
F – Injektionsspruta
G – Remmar till nätimplantat
H – Fickor på nätimplantat
I – Apikal flik på nätimplantat
J – Distal skåra på nätimplantat
K – Nätimplantatets huvuddel
L – Bakre införarens kopplingsskåra
M – Bakre införarens distala ände
N – Tillklippbara delar av VSD
O – Suturhål på VSD
P – Ballong
Q – Kopplingdon på ballongen
R – Ventil på ballongen
S – Lock till ballongen
T – Fylinadsslang till ballongen

## ΕΛΛΗΝΙΚΑ

A – Εμφύτευμα πλέγματος στο φορέα εμφυτεύματος
B – Διάταξη Κολπικής Υποστήριξης (ΔΚΥ)
C – Μπαλόνι
D – Πρόσθιος εισαγωγέας
E – Οπίσθιος εισαγωγέας
F – Σύριγγα
G – Ιμάντες του εμφυτεύματος πλέγματος
H – Θύλακοι του εμφυτεύματος πλέγματος
I – Κορυφαίο γλωττίδα του εμφυτεύματος πλέγματος
J – Περιφερική αύλακα του εμφυτεύματος πλέγματος
K – Σώμα του εμφυτεύματος πλέγματος
L – Αύλακα σύνδεσης του οπίσθιου εισαγωγέα
M – Περιφερικό άκρο του οπίσθιου εισαγωγέα
N – Αποκοπτόμενα τμήματα της ΔΚΥ
O – Οπές ραμμάτων της ΔΚΥ
P – Μπαλόνι
Q – Βύσμα σύνδεσης του μπαλονιού
R – Βαλβίδα του μπαλονιού
S – Πώμα του μπαλονιού
T – Γραμμή διόγκωσης του μπαλονιού

9



Gynecare
# PROSIMA™

Anterior Pelvic Floor Repair System
Posterior Pelvic Floor Repair System
Combined Pelvic Floor Repair System

ENGLISH

**Please read all information carefully.**
Failure to properly follow instructions may result in improper functioning of the devices and lead to injury.

CAUTION: Federal (USA) law restricts this device to sale by or on the order of a physician.

Training on the use of the GYNECARE PROSIMA™ Pelvic Floor Repair Systems is recommended and available. Contact your company sales representative to arrange for this training.

**INDICATIONS**
The GYNECARE PROSIMA Pelvic Floor Repair Systems, through the placement of GYNECARE GYNEMESH™ PS Nonabsorbable PROLENE™ Soft Mesh Implants, are indicated for tissue reinforcement and long-lasting stabilization of fascial structures of the pelvic floor, either as mechanical support or bridging material for the fascial defect. The Systems provide maintenance of the vaginal canal during the period of healing following surgical repair of vaginal wall prolapse, while supporting the position of the Mesh Implants.

**DESCRIPTION**
The GYNECARE PROSIMA Anterior, Posterior, and Combined Pelvic Floor Repair Systems consist of pre-cut GYNECARE GYNEMESH PS Mesh Implant(s), and instruments to facilitate Mesh Implant placement and postoperative support (see Figure 1). The following table summarizes the components included with each System:

**COMPONENTS (see Figure 1)**

| PELVIC FLOOR REPAIR SYSTEM | Mesh Implant in Carrier (A) | Vaginal Support Device – Balloon Assembly (B&C) | Anterior Inserter (D) | Posterior Inserter (E) | Syringe (F) |
|---|---|---|---|---|---|
| Anterior | 1 | 1 | 1 | | 1 |
| Posterior | 1 | 1 | | 1 | 1 |
| Combined | 2 | 1 | 1 | 1 | 1 |

Table 1 — GYNECARE PROSIMA Pelvic Floor Repair System Components

**GYNECARE GYNEMESH PS**
GYNECARE GYNEMESH PS is mesh constructed of knitted filaments of extruded polypropylene identical in composition to PROLENE™ Polypropylene Suture, (ETHICON, INC.). This material, when used as a suture, has been reported to be nonreactive and to retain its strength indefinitely in clinical use. The mesh affords excellent strength, durability, and surgical adaptability, with sufficient porosity for necessary tissue ingrowth. Blue PROLENE Suture monofilaments have been incorporated to produce contrast striping in the mesh. The mesh is constructed of reduced-diameter monofilament fibers, knitted into a unique design that results in a mesh that is approximately 50 percent more flexible than standard PROLENE™ Polypropylene Mesh. The mesh is knitted by a process which interlinks each fiber junction and which provides for elasticity in both directions. This construction permits the mesh to be cut into any desired shape or size without unraveling. The bi-directional elastic property allows adaptation to various stresses encountered in the body.

**Mesh Implant**
The Mesh Implant is constructed from GYNECARE GYNEMESH PS. The Mesh Implants are pre-cut in a Y-shape for repair of anterior, posterior and/or apical vaginal defects. See Figure 2. The Mesh Implant has 2 straps and a central body. There is an apical tab on the proximal end for tacking down with suture to minimize movement of the Mesh Implant during strap placement. There is a distal groove on the distal end to aid in alignment of the Mesh Implant. There are pre-formed pockets on the Mesh Implant straps to enable placement with the Inserters. The Mesh Implant is provided in an Implant Carrier comprised of uncoated Tyvek™ and a clear plastic film, designed for easy removal of the Mesh Implant.

**Anterior Inserter**
The Anterior Inserter is a single-patient-use instrument designed to facilitate the insertion of the Mesh Implant straps into the previously dissected anterior tissue channels. *NOTE: The Anterior Inserter is not intended to dissect tissue.* The Anterior Inserter is designed to be compatible with the Mesh Implant pockets to enable strap placement on both sides of the patient in the anterior compartment. See Figures 3 and 4.

**Posterior Inserter**
The Posterior Inserter is a single-patient-use instrument designed to facilitate insertion of the Mesh Implant straps into the previously dissected posterior tissue channels. *NOTE: The Posterior Inserter is not intended to dissect tissue.* A standard needle holder/driver attaches to the Posterior Inserter as a stabilizer for controlled insertion. The Posterior Inserter is designed to be compatible with the Mesh Implant pockets to enable strap placement on both sides of the patient in the posterior compartment. See Figure 5.

**Vaginal Support Device (VSD)**
The VSD is a single-patient-use device designed to provide postoperative support for the vaginal tissues after placement of the mesh and closure of the vaginal incision(s). The apical end is the widest end of the VSD and contains trimmable sections. After initial sizing in the patient, the size of the VSD can be adjusted to conform to the patient's anatomy by trimming off designated apical sections. The VSD resides in the upper 2/3 of the vagina for 3 to 4 weeks and is then removed from the patient. See Figure 6.

**Balloon**
The Balloon is a single-patient-use device designed to replace postsurgical vaginal gauze packing. The Balloon's volume is adjustable in order to fill the vaginal canal, and for abutment of the vaginal wall to the Mesh Implant. The Balloon is provided pre-attached onto the VSD. Figure 7 shows the deflated Balloon without the VSD attached. The Balloon remains in the patient for up to 1 day.

10

**Syringe**
A 30-mL syringe is provided to inflate the Balloon.

**SECTION 1: PRINCIPLES OF THE PROCEDURE USING THE GYNECARE PROSIMA SYSTEM**
A pelvic floor repair procedure using the GYNECARE PROSIMA System aims to achieve an anatomical, durable, and standardized repair of pelvic organ prolapse. Depending on the site of the prolapse and surgeon's preference, the repair can be anterior and/or posterior. Hysterectomy or uterine conservation can be combined with the procedure using the GYNECARE PROSIMA System. If indicated, a perineal repair or a suburethral sling for the treatment of stress urinary incontinence can be performed concomitantly when using the GYNECARE PROSIMA System. A retropubic or transobturator suburethral sling can be used.

The prolapse repair is achieved by the placement of 1 or 2 Mesh Implants via a vaginal approach. At the completion of surgery, a VSD with an inflatable Balloon is placed in the vagina for sizing and then the VSD is sutured into place, thus supporting the vagina and the Mesh Implant(s) during tissue ingrowth. Once inflated, the Balloon replaces traditional gauze packing by filling the vaginal cavity and abutting the Mesh Implant(s) to the vagina. The day after surgery, the Balloon is deflated and removed from the vagina without disrupting the VSD. The VSD remains in place for a maximum of 4 weeks following surgery, during tissue ingrowth into the Mesh Implant(s).

**SECTION 2: RATIONALE FOR THE GYNECARE PROSIMA SYSTEM**
Following conventional surgery for pelvic organ prolapse, the repaired tissues are exposed to increases in intra-abdominal pressure as the patient mobilizes, coughs, vomits, and strains with bowel evacuation. These rises in intra-abdominal pressure may adversely affect the healing of the vaginal repair and may lead to surgical failure and recurrent prolapse. By reinforcing the vaginal repair with the Mesh Implant and supporting the vagina with the VSD for 3 to 4 weeks following surgery, the GYNECARE PROSIMA System is designed to reduce the risk of surgical failure and recurrent prolapse.

During the anterior vaginal repair the body of the Mesh Implant is intended to be placed without tension between the urinary bladder and the upper 2/3 of the vagina, extending laterally at the level of the arcus tendineus fascia pelvis (ATFP). During the posterior vaginal repair, the Mesh Implant body is intended to be placed without tension between the rectum and upper 2/3 of the vagina, fitting laterally over the levator ani muscles. The apical section of the Mesh Implant body is intended to reach the vaginal apex. Anteriorly, the Mesh Implant may be tacked to the pre-vesical tissue or cervix. Posteriorly, the Mesh Implant may be tacked to the pre-rectal tissue or cervix.

The VSD supports the vaginal tissues after surgery and facilitates abutment of the vaginal tissues against the Mesh Implant until tissue ingrowth occurs. Tissue ingrowth through the Mesh Implant occurs during the 3 to 4 weeks following surgery. Use of the GYNECARE PROSIMA System avoids the need for dissection outside the pelvic cavity, and avoids passage of suture and instruments through the obturator foramen and sacrospinous ligament, thus making surgery simpler to perform.

**Hysterectomy**
The surgeon's preference and the patient's needs determine if a concomitant hysterectomy is required. When a hysterectomy is performed, closure of the cul-de-sac peritoneum is recommended to avoid contact of the Mesh Implant with the bowel. A "T" incision closure should be avoided as this may increase the risk of mesh exposure. When vaginal hysterectomy is performed together with either an anterior and/or posterior repair, the hysterectomy incision should first be closed transversely, and then the repair incisions should be made such that they do not connect with the previously closed hysterectomy incision. This is done to prevent the creation of a "T" incision.

**Uterine Conservation**
The GYNECARE PROSIMA System is suitable for use in situations when the surgeon or patient elects to conserve the uterus.

**Vaginal Incisions**
The vaginal incisions in the procedure using the GYNECARE PROSIMA System are the same as those used by the surgeon for routine vaginal repair surgery. Incisions should be made through the full depth of the vaginal wall to reduce the potential of mesh exposure.

**Mesh Implant Placement**
The Mesh Implants are held in place by the VSD until tissue ingrowth occurs. Therefore, it is unnecessary to fix the Mesh Implant straps into position. The apical portion of the Mesh Implant may be tacked onto the fascia in the midline at the vaginal apex using suture such as 2-0 MONOCRYL™ (Poliglecaprone 25) Suture or 2-0 Coated VICRYL™ (polyglactin 910) Suture. The vaginal epithelium should not be sutured onto the Mesh Implant.

**Vaginal Preservation**
Removing or excising too much vaginal epithelium should be avoided. Some tissue retraction may occur following surgery, and reduced vaginal capacity may be worsened if too much vaginal epithelium has been removed.

**Three Levels of Vaginal Support**
There are 3 levels of support to the vagina commonly known for vaginal repair. Use of the GYNECARE PROSIMA System in a procedure is intended to provide level I and II of this support as follows:

**Level I - Suspension and Support** (upper third of vagina)
The upper third of the vagina (including the vault following hysterectomy) and uterus are supported by 2 mechanisms. Firstly, direct support for the uterus and upper vagina is provided by the parametrium (cardinal and utero-sacral ligaments) and paracolpium fibers. These fibers act like suspensory ligaments and arise from the fascia of the piriformis muscle, sacroiliac joint, and lateral sacrum, and insert into the lateral upper third of the vagina and posterolateral aspect of the cervix. Secondly, indirect support for the uterus and upper vagina is provided by the levator plate, formed by the fusion of the right and left levator ani muscles between the rectum and coccyx. Uterine and vaginal vault prolapse occur as a consequence of failure of these direct and indirect supporting mechanisms. This is likely to involve weakness of the muscular pelvic floor and suspensory fibers of the parametrium and upper paracolpium. The aim of prolapse surgery at level I is to recreate direct and indirect supporting mechanisms. The GYNECARE PROSIMA System uses the Mesh Implant

straps to abut onto each obturator internus muscle and the overlying parietal fascia in the anterior vaginal repair, and Mesh Implant straps abut the sacrospinous ligaments in the posterior vaginal repair. This provides direct support by suspension and indirect support by providing a broad area of Mesh Implant/support for the upper vagina and uterus.

**Level II – Lateral Attachment** (mid third of vagina)
The mid-vagina is attached laterally and directly to the muscles on the pelvic sidewall by the arcus tendineous fasciae pelvis (ATFP). At this level, the anterior and posterior vaginal walls are stretched between right and left lateral attachments. At level II, prolapse repair aims to reattach the vaginal mid-vagina onto the muscles of the pelvic sidewall. Central defects of the mid-vagina also require support at level II. Use of the GYNECARE PROSIMA System in a procedure recreates lateral attachment of the vagina onto the pelvic sidewall muscles and also provides central fascial reinforcement after tissue ingrowth.

**Level III – Fusion** (lower third of vagina)
*NOTE: Dissection in this area is not required when using the GYNECARE PROSIMA System.*
At level III, anteriorly the lower third of the vagina fuses with the perineal membrane and urethra. Posteriorly, the lower third of the vagina fuses with the perineal body and levator ani muscles. The tissues in this area are repaired without Mesh Implant, as the Mesh Implant is not intended to be used in the lower third of the vagina. The GYNECARE PROSIMA System does not address level III support defects, though they may be addressed by concomitant procedures such as perineorrhaphy.

**SECTION 3: INSTRUCTIONS FOR USE**
*NOTE: Figures provided in the beginning of this document should be referenced when reading this section.*

**Surgical Preparation**
Surgery performed with the GYNECARE PROSIMA System may be carried out under general or regional anesthesia according to the surgeon's, anesthetist's, and patient's preference.

The patient should be placed in the lithotomy position with the buttocks slightly overhanging the operating table and the hips flexed. At the surgeon's discretion the bladder may be drained. A catheter is required prior to balloon inflation and may be inserted at this point in the procedure.

**GYNECARE PROSIMA System Use in Procedures Post-Hysterectomy**
**Anterior Vaginal Repair**
When reinforcement of only the anterior vaginal wall is needed, only the GYNECARE PROSIMA Anterior Pelvic Floor Repair System should be used. This contains 1 Mesh Implant and a specially designed Anterior Inserter for use in an anterior vaginal repair. After the required vaginal incisions and dissections are made, tissue channels are created in the anterior compartment for placement of the Mesh Implant straps using the Anterior Inserter. *NOTE: The Anterior Inserter is not to be used for tissue dissection.*

**Anterior Vaginal Dissection**
The anterior vaginal epithelium is dissected off the bladder. Dissect the full thickness of the vaginal wall. This dissection should be facilitated by subepithelial hydrodissection. Superficial dissection of the vaginal wall or separating the vaginal wall into 2 layers should be avoided. Such dissection may result in a very thin vaginal wall and may also compromise the anterior vaginal wall blood supply, increasing the risk of mesh exposure. Laterally, continue the dissection towards the pelvic sidewall and to the ischial spine.

**Anterior Channel Dissection and Mesh Implant Placement**
For the purpose of this description, perform the dissection to create channels for the Mesh Implant straps first on the right side of the patient, then on the left. These channels are created in order to place the Mesh Implant such that the distal section of the straps lies flush against the pelvic side wall and parietal fascia of the obturator internus muscle. To place these straps, commence dissection by palpating and identifying the ischial spine on both sides. *NOTE: This dissection may alternatively be started with scissors using a "push-spread" technique, so that the tips of the scissors always remain anterior to the ischial spine.* Follow the initial dissection by gentle finger dissection to the ischial spine. Once contact is made with the ischial spine, sweep the index finger to create a space anterior and superior to the ischial spine. See Figure 8A. The direction of this dissection is perpendicular to the pelvic sidewall and creates a space approximately 2 cm in width and 3 cm in height. The anterior dissection does not involve dissection onto the sacrospinous ligaments. This dissection creates a channel anterior and superior to the ischial spine and superficial to the ATFP, the obturator internus muscle, and its parietal fascia. Repeat the same dissection on the left side.

Plication of the pre-vaginal tissue is not required. However, if plication is performed, only the central portion of this tissue is plicated. This avoids making the dissected area too narrow. Place the Mesh Implant over the pre-vaginal tissue with the strap pockets facing upwards. If tacking is to be performed it should be done at this point in the procedure by placing suture such as 2-0 MONOCRYL Suture or 2-0 Coated VICRYL Suture in the apex of the vagina and threading through the apical tab of the Mesh Implant. The tack may be tied down at this time or after the straps are placed. Tacking the distal groove of the Mesh Implant is optional and may be done with suture such as 2-0 MONOCRYL Suture or 2-0 Coated VICRYL Suture.

Using the Anterior Inserter, place the Mesh Implant straps into each right and left channel created by the dissection anterior and superior to the ischial spine (as described above). *NOTE: The curved ends of the Anterior Inserter are twisted in opposite directions, and these are arrows on each end indicating direction for placement.* With the arrow pointing towards the patient's right side, insert the tip of the Anterior Inserter into the Mesh Implant strap pocket (see Figure 8B) on the patient's right side. *NOTE: Counter-traction may help to keep the pocket loaded on the Anterior Inserter.* Keep the Anterior Inserter in a vertical position, such that the curved part of the instrument is against the posterior vaginal wall. Then direct the Anterior Inserter, with strap loaded, into the previously created tissue channel (see Figure 8C) until the handle comes in contact with the labia majora on the contra-lateral side. This is accomplished by positioning the handle portion of the Anterior Inserter in an upward-vertical direction such that the leading edge and pocket goes towards the ischial spine. Once positioned, cant the handle downward to the near-horizontal position, while maintaining the handle in contact with the contra-lateral thigh. *NOTE: Retracting the bladder with a standard surgical instrument may be helpful for initial placement in the channel. If desired, use an index finger in the channel to guide the initial placement of the Anterior Inserter against the labia majora on the contra-lateral side, prior to levering the handle.* Pushing slightly upward ensures that the strap pockets are positioned appropriately and the apical section of the Mesh Implant will abut the vaginal apex. *NOTE: If resistance is felt during strap insertion, determine the cause before proceeding. Continuing to advance the Inserter while under resistance may result in damage to the Mesh Implant, or over-insertion causing damage to critical tissue structures.*

To remove the Anterior Inserter, cant the handle back to the vertical position before withdrawing, leaving the strap in the channel. *NOTE: Insert first strap completely. NOTE: If the Anterior Inserter is pulled out before the Mesh Implant strap is delivered to the target, the strap will need to be removed, re-loaded, and re-inserted.* Repeat this on the opposite side of the patient by flipping the Anterior Inserter and inserting the end, with the arrow pointing to the patient's left side, into the other pocket. Figure 8D shows both straps placed. *NOTE: During placement of the second strap, take care to avoid movement of the Mesh Implant and confirm that the Mesh Implant is NOT twisted.*

Position the body of the Mesh Implant loosely over the underlying vaginal tissue. Folding or twisting of the body and straps should be avoided. The Mesh Implant body may require trimming depending on the vaginal dimensions or amount of lateral dissection. The vaginal epithelium may be trimmed, but excessive removal of vaginal epithelium

should be avoided. Close the vaginal epithelium over the Mesh Implant without using interlocking sutures (as described below, see Figure 8E). The final placement of the Mesh Implant in the anterior compartment is shown in Figure 8F.

*NOTE: Ensure hemostasis is achieved before and during closure of the vaginal incisions.*

Close the vaginal incisions without interlocking or figure-of-eight sutures. This is to avoid de-vascularizing the vaginal epithelium along the incision lines and to reduce mesh erosion. Preferably the epithelium is closed in 2 layers to obtain a relatively thick suture line at the site of the vaginal incision. Close the deeper layer using a continuous subepithelial non-interlocking stitch with suture such as 2-0 MONOCRYL Suture or 2-0 MONOCRYL™ Plus Antibacterial (Poliglecaprone 25) Suture. Then close the epithelium by a non-interlocking continuous everting mattress stitch, using suture such as 2-0 Coated VICRYL Suture or 2-0 Coated VICRYL™ Plus (polyglactin 910) Antibacterial Suture. *NOTE: Place Mesh Implant in the upper 2/3 of vagina, taking care to trim Mesh Implant if beyond upper 2/3.* If not done already, cystoscopy is recommended to exclude urinary tract injury.

Alternatively, a single-layered closure of the vaginal wall can be performed. A continuous everting, non-interlocking mattress stitch or interrupted stitches of suture such as 2-0 Coated VICRYL Suture or 2-0 Coated VICRYL Plus Suture may be used.

**Posterior Vaginal Repair**
When reinforcement of only the posterior vaginal wall is needed, only use the GYNECARE PROSIMA Posterior Pelvic Floor Repair System. This contains 1 Mesh Implant and a specially designed Posterior Inserter that is used for the posterior vaginal repair. After making the required vaginal incisions and dissections, create tissue channels in the posterior compartment in which to place the Mesh Implant straps. *NOTE: The Posterior Inserter is not to be used for tissue dissection.*

**Posterior Vaginal and Channel Dissection**
Dissect the posterior vaginal epithelium off the pre-rectal tissue. As with the anterior vaginal wall, the full thickness of the posterior vaginal wall should be dissected. This dissection should be facilitated by subepithelial hydro-dissection. Continue the dissection laterally on each side to the levator ani muscles at the level of the ischial spine. Then continue dissection through each of the rectal pillars and onto, but not through, each sacrospinous ligament, creating channels in which the Mesh Implant straps will be placed. See Figure 9A.

Management of preexisting enterocele is optional, but if performed, may be carried out at this stage according to the surgeon's preferred technique.

If the peritoneal cavity is opened during either anterior or posterior dissection, it must be closed prior to mesh placement.

**Posterior Mesh Implant Placement**
Plication of the pre-rectal tissue is not required. However, if plication of the pre-rectal tissue is performed, only the central portion of the pre-rectal tissue is plicated. This avoids making the dissected area too narrow. Place the Mesh Implant over the pre-rectal tissue with the strap pockets facing upwards. If tacking is to be performed it should be done at this point in the procedure by placing suture such as 2-0 MONOCRYL Suture or 2-0 Coated VICRYL Suture in the apex of the vagina and threading through the apical tab of the Mesh Implant. The tack may be tied down at this time or after the straps are placed. Tacking the distal groove of the Mesh Implant is optional and may be done with suture such as 2-0 MONOCRYL Suture or 2-0 Coated VICRYL Suture.

Using the Posterior Inserter, place the Mesh Implant straps into each right and left channel created by the dissection towards each sacrospinous ligament (as described above). Grasp the Posterior Inserter using a straight needle holder/driver, as shown in Figure 9B. *NOTE: Place the tip of the needle holder/driver inside the straight grooved end of the Posterior Inserter.* Ensure that the connected Posterior Inserter is in-line with the handle of the needle holder/driver. Insert the tip of the Posterior Inserter into the strap pocket on the patient's right side (see Figure 9B). Then, direct the Posterior Inserter, with strap loaded, into the previously created tissue channel (see Figure 9C), keeping the position of the handle of the needle holder/driver upright. Proceed to insert the full length of the strap into the channel so that the base of the strap meets the superior level of the fascial dissection. *NOTE: Insert first strap completely. If the Inserter is pulled out before the strap is delivered to the target, the strap will need to be removed, re-loaded, and re-inserted. NOTE: Take care not to insert too deeply to avoid damage to critical tissue structures. NOTE: If resistance is felt during strap insertion, determine the cause before proceeding. Continuing to advance the Inserter while under resistance may result in damage to the Mesh Implant or over-insertion, causing damage to critical tissue structures.* Withdraw the Posterior Inserter along the insertion path, leaving the strap in the channel. The straps abut, but do not penetrate, the sacrospinous ligaments. Do not place sutures into the sacrospinous ligaments. Repeat the procedure on the patient's left side with the second strap. Figure 9D shows both straps placed. *NOTE: During placement of the second strap, take care to avoid movement of the Mesh Implant and confirm that the Mesh Implant is NOT twisted.*

Position the body of the Mesh Implant loosely over the underlying vaginal tissue. Avoid folding or twisting the Mesh Implant body and straps. Depending on the vaginal dimensions, or the amount of lateral dissection, the Mesh Implant body may require trimming. The posterior vaginal wall epithelium may be trimmed but excessive removal of vaginal epithelium should be avoided. Close the posterior vaginal wall epithelium over the Mesh Implant without using interlocking sutures (as described below). The final placement of the Mesh Implant in the posterior compartment is shown in Figure 9E.

*NOTE: Ensure hemostasis is achieved before and during closure of the vaginal incisions.*

Close the vaginal incisions without using interlocking or figure-of-eight sutures. This is to avoid de-vascularizing the vaginal epithelium along the incision lines and to reduce mesh erosion. Preferably close the epithelium in 2 layers to obtain a relatively thick suture line at the site of the vaginal incision. Close the deeper layer using a continuous subepithelial non-interlocking stitch with suture such as 2-0 MONOCRYL Suture or 2-0 MONOCRYL Plus Antibacterial Suture. Then close the epithelium with a non-interlocking continuous everting mattress stitch, using suture such as 2-0 Coated VICRYL Suture or 2-0 Coated VICRYL Plus Suture. *NOTE: Place Mesh Implant in the upper 2/3 of vagina, taking care to trim Mesh Implant if beyond upper 2/3.* At the completion of surgery, a digital rectal examination is required to exclude rectal injury.

Alternatively, a single-layered closure of the vaginal wall can be performed. A continuous everting, non-interlocking mattress stitch or interrupted stitches of suture such as 2-0 Coated VICRYL Suture or 2-0 Coated VICRYL Plus Suture may be used.

**Combined Anterior and Posterior Vaginal Repair**
When both anterior and posterior vaginal wall reinforcement is needed, the GYNECARE PROSIMA Combined Pelvic Floor Repair System is used. This contains 2 identical Mesh Implants, one for the anterior vaginal repair and the second for the posterior vaginal repair. Use only the curved Anterior Inserter for an anterior repair and only the straight Posterior Inserter for a posterior repair. Perform the anterior and posterior vaginal repairs as described above. It is recommended that the anterior vaginal repair be performed first. The final placement of Mesh Implants in the anterior and posterior compartments is shown in Figure 10. At the completion of surgery, cystoscopy is recommended to exclude urinary tract injury. A digital rectal examination is required to exclude rectal injury.

11

## GYNECARE PROSIMA System Use with Uterine Preservation (Hysteropexy)

If the prolapsed uterus is conserved, the apical tip of the Mesh Implant should be fixed to the cervix. Fixation of the Mesh Implant onto the cervix should occur at the level of the pubo-cervical ring when planning the anterior or posterior vaginal repair.

When the uterus is conserved during an anterior vaginal repair the pubo-cervical ring is exposed during the anterior vaginal dissection. Place a 2-0 PROLENE Suture firmly into the anterior aspect of the pubo-cervical ring. This suture is also placed through the apical tab of the Mesh Implant. The PROLENE Suture at the tab is tied after the Mesh Implant straps are in place. This secures the Mesh Implant to the anterior surface of the cervix at the level of the pubo-cervical ring and ensures the Mesh Implant distends with the vagina as the VSD is properly positioned.

In the posterior repair, attach the Mesh Implant to the posterior cervix at, or above, the level of the pubo-cervical ring. The cul-de-sac may be opened during the attachment of the Mesh Implant to the cervix. Close the peritoneum of the cul-de-sac above this suture to prevent bowel adhering to the Mesh Implant. If the surgeon chooses not to open the cul-de-sac, the pubo-cervical ring is exposed during the posterior vaginal dissection. A 2-0 PROLENE Suture is placed firmly into the posterior aspect of the pubo-cervical ring. This suture is also placed through the apical tab of the Mesh Implant. The PROLENE Suture is tied after the Mesh Implant straps are in place. This secures the Mesh Implant to the posterior surface of the cervix at the level of the pubo-cervical ring.

When used for both anterior and posterior vaginal repairs, the Mesh Implants should be fixed to the anterior and posterior aspects of the cervix as described above (see Figure 11).

### Mesh Implant Hygiene

During surgery, irrigate the vaginal wounds with saline. Keep the handling of the Mesh Implant to a minimum and practice good mesh hygiene.

### Placement of the VSD and Balloon

At the completion of surgery, place an appropriately sized VSD with attached Balloon in the vagina and suture it in position to prevent dislodgement. The VSD has 3 potential sizes (small, medium and large) and can be customized by the surgeon to suit the vaginal length of the patient as follows.

#### VSD Fitting and Trimming

The VSD is provided in its largest size. Determine the appropriate size of the VSD for the patient by using the VSD itself to assess fit to the patient. This is done by placing the large size VSD in the vagina between the distended apex and the hymenal ring. To insert the VSD into the vagina, grasp at the widest point of the VSD and fold along the longitudinal axis with the Balloon facing upwards (see Figure 12). The widest point of the VSD is inserted first so that the suture holes are located just above the hymenal ring. *NOTE: Do not insert or damage the Balloon during VSD sizing.* Proper size is achieved when the VSD fits snugly in the upper 2/3 of the distended vagina with the distal end and suture eyelets 1 cm above the hymenal ring (see Figure 13).

If the large size fits then the VSD is not modified. If the medium size is required, then the uppermost section is removed by carefully trimming using only the tips of curved Mayo scissors to take small bites and to ensure a smooth cut edge. Care should be taken to minimize the amount of material remaining at the cut areas. *NOTE: It is important to fit the VSD very carefully. Once a VSD is cut it cannot be made larger and the cut sections cannot be reattached.* Move the Balloon out of the way during trimming (see Figure 14). *Care should be taken to avoid damaging the Balloon during trimming of the VSD.*

If the medium size fits then no further trimming is required. If the small size is required, then the remaining section is removed as above. Move the Balloon out of the way during trimming to avoid damaging it.

Once the VSD is properly sized and the Balloon is repositioned, the assembly can be inserted into the patient's vagina. *NOTE: To minimize risk of perforation of the Balloon, do not use any instruments to assist with insertion of the VSD or of the Balloon.* If the Balloon becomes damaged, remove the Balloon from the VSD and use gauze packing to fill the vaginal cavity.

After the assembly is properly positioned in the upper 2/3 of the patient's distended vagina, secure the VSD in place by placing a single throw of suture through each VSD suture eyelet and into the posterior vaginal wall epithelium, laterally and above the hymen on each side, as shown in Figure 15, at the 4 and 8 o'clock positions. The right and left sutures are then tied in turn, holding the VSD firmly in position within the vagina. *NOTE: Take care not to puncture the Balloon when suturing the VSD into position.* 2-0 Coated VICRYL Suture or equivalent absorbable suture is recommended for this application.

#### Balloon Inflation

After suturing the VSD into position, attach the provided 50-mL syringe by twisting to lock it onto the Balloon's valve. *NOTE: After placing the VSD, a catheter is required to avoid urinary retention.* Following inflation with a small volume of ambient air (see Figure 16), palpate the full length of the Balloon with a finger to ensure the Balloon has deployed and is seated to the full extent of the vagina. Once deployment is confirmed, remove finger and continue to inflate the Balloon fully until only a fingertip fits snugly at the introitus between the Balloon and the vaginal wall. Stabilization of the VSD is recommended as inflation occurs. The inflated Balloon serves to abut the Mesh Implant onto the vaginal wall. The volume of air required to sufficiently inflate the Balloon will vary from patient to patient. *NOTE: The maximum Balloon inflation volume must not exceed 90 mL.* Once adequately inflated, detach the syringe from the valve by twisting. The Balloon's inflation line must extend out of the vagina to be affixed to the patient's thigh. The cap must be secured to the Balloon's valve to ensure that the Balloon will maintain the intended volume of air (see Figure 7). *NOTE: Do not over-tighten the cap.* If needed, the Balloon can be adjusted later, using a standard syringe to increase or decrease the volume of air within the Balloon. At any time the Balloon may be palpated or visually inspected to ensure it has maintained sufficient inflation. *NOTE: As the patient moves, the Balloon will settle in the vaginal cavity and may appear to either increase or decrease in pressure. This is normal.*

*NOTE: Do not detach Balloon from VSD prior to use.*

*NOTE: Do not inflate the Balloon prior to its insertion in the vagina.*

*NOTE: After Balloon inflation, if the VSD suture eyelets have moved more than 1 cm above the hymenal ring or if there is excessive tension on the eyelet sutures, then decrease pressure on the Balloon, and if needed, reposition or resize the VSD.*

*NOTE: If any holes are noticeable in the Balloon, or if a leak is detected, or if the Balloon fails to remain expanded after inflation, then DO NOT use the Balloon. It should be removed from the VSD and disposed of by proper means. Use standard gauze packing in place of the Balloon.*

*NOTE: If the Balloon's connector plug detaches from the VSD, it should be pushed back in place.*

*NOTE: Do not secure the Balloon inflation line in the vagina.*

*NOTE: In order to prevent damage, never apply extreme bending, tension, or twisting forces to the inflation line.*

*NOTE: Do not apply gauze packing in the presence of a Balloon.*

### Balloon Removal from VSD

Using a standard syringe, completely deflate and remove the Balloon 1 day after surgery, leaving the VSD in place. *NOTE: Do not leave the Balloon inside the vagina for more than 1 day.*

1) Remove the cap from the Balloon's valve.

2) Attach a standard 50-mL (or larger) syringe to the Balloon's valve and fully deflate the Balloon (see Figure 17). It is important to completely deflate the Balloon before attempting to remove it from the VSD. *NOTE: A fully deflated balloon will cause the syringe plunger to retract after removal of all air.*

3) Remove the syringe.

4) The Balloon can then be separated from the VSD and removed from the patient by gentle pulling in a caudal direction on the inflation line at a location near the Balloon's connector plug, while providing gentle counter-traction on the distal end of the VSD with a finger. See Figure 18.

*NOTE: Do not retract the Balloon unless it is fully deflated and no resistance is felt. If resistance is felt, determine the cause before proceeding. Continuing to advance or retract the Balloon while under resistance may result in movement of the VSD and/or tissue trauma to the vaginal cavity. To assure complete deflation has occurred, reconnect the syringe and remove all air before continuing with removal.*

### VSD Removal from Patient

Remove the VSD from the patient approximately 3 to 4 weeks following surgery after sufficient healing has occurred. By this time the absorbable sutures may have dissolved or lost sufficient tensile strength to allow easy removal of the VSD without any suture resistance. *NOTE: Cutting of both sutures may be required for removal. NOTE: Do not leave the VSD inside the vagina for more than 4 weeks.* Remove any remaining VSD attachment sutures. Manually remove the VSD from vaginal canal, as shown in Figure 19.

### Perioperative Care

Patients can receive prophylactic antibiotics administered according to the surgeon's usual practice. Antibiotics may be continued postoperatively depending on the preference of the surgeon. Thromboembolic prophylaxis may be used.

The surgeon should explain the purpose of the VSD, which remains in the vagina for up to four weeks following surgery, in to support the vagina against the mesh during the healing period. The patient should be advised that the VSD will be removed during a post-operative check-up, approximately 4 weeks following surgery. The patient should be advised that postoperative vaginal discharge may be experienced and that the VSD may move down slightly. If the patient feels that the VSD has moved down, she may gently push it up to a more comfortable position. However, if the VSD is causing significant discomfort, the patient should be informed to contact their doctor.

Following discharge from the hospital, the patient should be instructed to avoid strenuous activity for a period of 3 to 4 weeks. By this time the pelvic tissues will have incorporated into the Mesh Implant, and the patient can then resume activities of normal daily living. The patient should be advised to avoid sexual intercourse for at least 6 weeks following surgery. Pelvic floor exercises may be recommended any time after surgery.

### PERFORMANCE

Animal studies show that implantation of GYNECARE GYNEMESH PS elicits a minimal to slight inflammatory reaction, which is transient and is followed by the deposition of a thin fibrous layer of tissue which can grow through the interstices of the mesh, thus incorporating the mesh into adjacent tissue. The mesh remains soft and pliable, and normal wound healing is not noticeably impaired. The material is not absorbed, nor is it subject to degradation or weakening by the action of tissue enzymes.

### CONTRAINDICATIONS

- When GYNECARE GYNEMESH PS is used in infants, children, pregnant women, or women planning future pregnancies, the surgeon should be aware that this product will not stretch significantly as the patient grows.
- The GYNECARE PROSIMA System should not be used in the presence of pregnancy or purulent infections or cancers of the vagina, cervix, or uterus.

### WARNINGS AND PRECAUTIONS

- Users should be familiar with surgical procedures and techniques involving pelvic floor repair and nonabsorbable meshes before employing the GYNECARE PROSIMA Systems.
- Use of the GYNECARE PROSIMA System has not been fully evaluated in patients with Stage IV pelvic organ prolapse. Therefore its use in these patients is not recommended.
- Acceptable surgical practice should be followed for the GYNECARE PROSIMA System as well as for the management of infected or contaminated wounds.
- Do not use the GYNECARE PROSIMA System if you think the surgical site may be infected or contaminated. If the Mesh Implant or VSD-Balloon Assembly is used in contaminated areas it must only be with the understanding that subsequent infection may require its removal.
- Postoperatively the patient should be advised to refrain from heavy lifting and/or exercise (e.g. cycling, jogging) for 3 to 4 weeks and to refrain from sexual intercourse for 6 weeks or until the physician determines it is suitable for the patient to return to her normal activities.
- Do not leave the VSD inside the vagina for longer than 4 weeks.
- Do not leave the Balloon inside the vagina for longer than 1 day.
- The GYNECARE PROSIMA System components are not intended to be used with devices other than those mentioned in this package insert.
- Avoid placing excessive tension on the Mesh Implant during handling.
- Use the GYNECARE PROSIMA Systems with care, and with attention to patient anatomy, to avoid damage to vessels, nerves, bladder, bowel, and vaginal wall perforation. Correct use of the GYNECARE PROSIMA System components will minimize risks.
- Inflate the Balloon only with ambient air.
- Palpation will confirm that the Balloon does not contain any air leaks after inflation. Complete loss of inflation may limit the Balloon's effectiveness.
- The Balloon wall is thin in order to achieve desired properties. Punctures, cuts, nicks, crushing, or overstressing can lead to a loss of inflation. The Balloon may be easily penetrated by needle or scalpel or ruptured by manipulation with a blunt instrument. Care must be exercised during handling to prevent such events. A damaged Balloon must not be used. Remove and pack with gauze.
- The Balloon's inflation maximum is 90 mL. Do not over-inflate the Balloon. Excessive inflation of the Balloon may cause patient discomfort, tissue necrosis, disruption of vaginal wound postoperatively, or inability to void.
- Do not use GYNECARE PROSIMA Systems on patients who are on anti-coagulant therapy.

12

- Bleeding may occur postoperatively. Observe for any symptoms or signs before releasing the patient from the hospital.
- The patient should be instructed to contact the surgeon immediately if unusual pain, bleeding, or other problems occur.
- Although bladder injury is unlikely to occur with this technique, cystoscopy is recommended to be performed.
- Although rectal injury is unlikely to occur with this technique, a digital exam is required to be performed.
- Do not affix the GYNECARE GYNEMESH PS Mesh Implant with any staples, clips, or clamps as mechanical damage to the mesh may occur.
- The Mesh Implant should not be present in the lower 1/3 of vagina. If needed, trim the Mesh Implant to the junction of the lower and middle 1/3 of vaginal wall.
- Prophylactic antibiotics can be administered according to the surgeon's usual practice.

**ADVERSE REACTIONS**

- Potential adverse reactions are those typically associated with surgically implantable materials, including infection potentiation, inflammation, adhesion formation, fistula formation, erosion, extrusion and scarring that result in implant contraction.
- Potential adverse reactions are those typically associated with pelvic organ prolapse repair procedures, including pain with intercourse and pelvic pain. These may be self-resolving over time.
- Punctures or lacerations or injury to vessels, nerves, bladder, urethra, or bowel may occur during dissection or mesh placement and may require surgical repair.
- Dissection for pelvic floor repair procedures has the potential to impair normal voiding for a variable length of time.

**STERILITY**

The GYNECARE PROSIMA Systems are sterilized by ethylene oxide. DO NOT RESTERILIZE any portion of the GYNECARE PROSIMA System. DO NOT REUSE any portion of the GYNECARE PROSIMA System. Reuse of this device (or portions of this device) may create a risk of product degradation and cross-contamination, which may lead to infection or transmission of bloodborne pathogens to patients and users. Do not use if package is opened or damaged. Discard all opened, unused GYNECARE PROSIMA System components.

**DISPOSAL**

Dispose of the GYNECARE PROSIMA System components and packaging according to your facility's policies and procedures concerning biohazardous materials and waste.

**STORAGE**

Recommended storage conditions: controlled room temperature and relative humidity (approximately 25°C, 60% RH), away from moisture and direct heat. Do not use after expiry date.

**Symbols Used on Labeling**



13

# Gynecare
# PROSIMA™

System til anterior støtte til bækkenbund
System til posterior støtte til bækkenbund
System til kombineret støtte af bækkenbund

DANSK

**Læs venligst al information omhyggeligt.**

Hvis anvisningerne ikke følges nøje, kan det resultere i, at produktet ikke fungerer korrekt og derved forårsager personskade.

**FORSIGTIG:** Gældende lov (i USA) begrænser salget af dette produkt til læger eller på foranledning af en læge.

Oplæring i anvendelsen af GYNECARE PROSIMA™-systemet til støtte af bækkenbunden anbefales og er tilgængelig. Kontakt firmaets processpecialist med henblik på at arrangere en sådan oplæring.

## INDIKATIONER

GYNECARE PROSIMA-systemerne, til støtte af bækkenbunden ma. anbringelsen af GYNECARE GYNEMESH™ PS ikke-resorberbart PROLENE™ blødt meshimplantat, er indiceret til fastgørelse og fastsættelse af bækkenbunden, orten som mekanisk støtte eller brodannende materiale for den fasciale defekt. Systemerne opretholder den vaginale kanal i opheningsperioden efter operativ behandling af prolaps af vaginalvæggen, samtidig med at de understøtter meshimplantaternes position.

## BESKRIVELSE

GYNECARE PROSIMA anterior, posterior og kombinerede systemer til støtte af bækkenbunden består af forskåret/forskårede GYNECARE GYNEMESH PS-mesimplantat(er) og instrumenter til at lette placering af mesimplantat og postoperative støtte (se figur 1). Tabellen herunder opsummerer de komponenter, der følger med hvert system:

| SYSTEM TIL STØTTE AF BÆKKENBUND | KOMPONENTER (se figur 1) | | | | |
|---|---|---|---|---|---|
| | Mesimplantat i emballage (A) | Vaginal støtteanordning– Ballonanordning (B og C) | Anterior indfører (D) | Posterior indfører (E) | Sprøjte (F) |
| Anterior | 1 | 1 | 1 | | 1 |
| Posterior | 1 | 1 | | 1 | 1 |
| Kombineret | 1 | 1 | 1 | 1 | 1 |

Tabel 1 – Komponenter til GYNECARE PROSIMA-system til støtte af bækkenbund

## GYNECARE GYNEMESH PS

GYNECARE GYNEMESH PS er en mesh, der består af knyttede filamenter af ekstruderet polypropylen, som svarer til den sammensætning, der er anvendt i PROLENE™-polypropylensutur, (ETHICON, INC.). Ved anvendelse som sutur er det rapporteret, at dette materiale er nonreaktivt, og at det bevarer styrken uændeligt ved klinisk anvendelse. Meshen har karakteristiske styrke-, holdbarheds- og klungigske tilpasningsevner med tilstrækkelig porøsitet til nødvendig indvækst af væv. Der er indlejdt bå PROLENE-suturmonofilamenter for at lette design, hvilket resulterer i en mesh, der er cirka 50 procent mere fleksibel end standard PROLENE™-polypropylenmesh. Meshen er knyttet vha. en proces, der sammenkæder hvor enkelt fiberamling og give elasticitet i begge reninger. Denne konstruktion gør det mulig; at tilpasse meshen til enhver ønskelig form eller størrelse, uden at den revner. Den dobbeltvirkende elastiske egenskab muliggør tilpasning til de forskellige belastninger, som kroppen udsætter den for.

## Mesimplantat

Mesimplantatet er fremstillet af GYNECARE GYNEMESH PS. Mesimplantaterne er forskårne i en Y-form til støtte af anteriore, posteriore og/eller apikale vaginale defekter. Se figur 2. Mesimplantatet er udstyret med 2 stropper og en central del. Der er en apikal flig på den anteriore streng til fastgøring med sutur for at minimere bevægelse af mesimplantatet under stroplacering. Der er en distal rille i den distale ende til justering af mesimplantatet. Der er præformede lommer på mesimplantatstroppene til at muliggøre placering med indfører. Mesimplantatet leveres i en implantatemballage, der består af uncoated Tyvek™ og en permeabel plastfilm, der er fremstillet, så mesimplantatet let kan tages ud.

## Anterior indfører

Den anteriore indfører er et instrument til engangsbrug, der er fremstillet til at lette indføringen af mesimplantatstroppene i de tidligere dissekerede anteriore vævskanaler. **BEMÆRK: Den anteriore indfører er ikke beregnet til vævsdissektion.** Den anteriore indfører er fremstillet til at være kompatibel med mesimplantattotiommerne for at muliggøre placering af stroppene på begge sider af patienten i det anteriore rum. Se figur 3 og 4.

## Posterior indfører

Den posteriore indfører er et instrument til engangsbrug, der er fremstillet til at lette indføringen af mesimplantatstroppene i de tidligere dissekerede posteriore vævskanaler. **BEMÆRK: Den posteriore indfører er ikke beregnet til vævsdissektion.** En standard nåleholder/-fører er fastgjort til den posteriore indfører som en stabilisator til kontrolleret indføring. Den posteriore indfører er fremstillet til at være kompatibel med mesimplantattotiommerne for at muliggøre placering af stroppene på begge sider af patienten i det posteriore rum. Se figur 5.

## Vaginal støtteanordning (VSD)

VSD'en er en anordning til engangsbrug, der er designet til at yde postoperativ støtte af vaginalvævet efter placering af meshen og lukning af den eller de vaginale incisioner. Den apikale ende er den bredeste ende af VSD'en og indeholder justerbare sektioner. Efter indledende nåling i patienten kan størelsen på VSD'en justeres, så den passer til patientens anatomi, ved at afskære de viste apikale sektioner. VSD'en sidder i den øverste 2/3 af vagina i 3 til 4 uger og fjernes derefter. Se figur 6.

## Ballon

Ballonen er en anordning til engangsbrug, der er fremstillet til at neutralt postoperativ vaginal tamponering med gaze. Ballonens volumen kan justeres til at fylde vaginalkanalen og til at støtte vaginalvæggen op mod mesimplantatet. Ballonen leveres præfileret på VSD'en. Figur 7 viser den tomme ballon uden VSD'en fastgjort. Ballonen forbliver i patienten i op til 24 timer.

**14**

## Sprøjte

Der medfølger en 50 ml sprøjte til at pustte ballonen op.

## AFSNIT 1: PRINCIPPER FOR ANVENDELSE AF GYNECARE PROSIMA-SYSTEMET

Formålet med anvendelse af GYNECARE PROSIMA-systemet til støtte af bækkenbunden er at opnå en anatomisk, holdbar og standardiseret støtte af prolaps i bækkenbunden. Afhængigt af prolapsdefekt og kirurgens præference kan støtten være anterior og/eller posterior. Hysterektomi eller uterusbevarende behandling kan kombineres med anvendelse af GYNECARE PROSIMA-systemet. Hvis det indiceres, kan der samtidigt udføres en perineal støtte eller en suburetral slynge til behandling af stressinkontinens ved anvendelse af GYNECARE PROSIMA-systemet. Der kan kræves en retropubisk eller en transobturator suburetral slynge.

Prolapsstøtten opnås ved at placere 1 eller 2 mesimplantater via en vaginal adgang. Ved fuldførelsen af indgrebet placeres en VSD med den opsættelig ballon i vagina til måling, og derefter sutureres VSD'en på plads til understøttelse af vagina og mesimplantat(er)/ mesimplantaterne under vævsindvækst. Når ballonen er oppustet, erstattes den traditionel gazetamponade ved at udfylde vaginalkaviteten og støde mesimplantat eller mesimplantaterne op mod vagina. Dagen efter indgrebet tømmes ballonen og fjernes fra vagina uden at fjerne VSD'en. VSD'en forbliver på plads i maksimalt 4 uger efter indgrebet under vævsindvækst i mesimplantatet/mesimplantaterne.

## AFSNIT 2: RATIONALE FOR GYNECARE PROSIMA-SYSTEMET

Efter konventionel kirurgi af prolaps i bækkenbunden udsættes den ophelede væv for øget intra-abdominalt tryk, når patienten mobiliseres, hoster, kaster og reg ved anstrengelse i forbindelse med tømning af tarmen. Dette øgede intra-abdominale tryk kan påvirke den vaginale støtte negativt og føre til insufficiens og tilbagevendende prolaps. GYNECARE PROSIMA-systemet er udviklet til at reducere risikoen for operationssvigt og tilbagevendende prolaps ved at forstærke den vaginale støtte med mesimplantat(er) og understøtte vagina med VSD'en i 3 til 4 uger efter operationen.

Ved den anteriore vaginale støtte skal mesimplantatet placeres uden spænding mellem urinblæren og den øverste 2/3 af vagina, og udstrukt lateralt på niveau med arcus tendineus fascia pelvis (ATFP). Ved den posteriore vaginale støtte skal mesimplantatet placeres uden spænding mellem rectum og den øverste 2/3 af vagina og tilpasses lateralt over levator ani musklerne. Den apikale del af mesimplantatet er beregnet til at kunne ål den vaginale apex. Anterior: kan mesimplantatet sutureres til præevsiakt væv eller cervix. Posterior: kan mesimplantatet sutureres til det præretalate væv eller cervix.

VSD'en understøtter vaginalvævet efter indgrebet og hjælper til, at vaginalvævet støder op mod mesimplantaterne, indtil der forekommer vævsindvækst. Den vaginale incision lukkes igennem mesimplantantet opstrander i løbet af 3 til 4 uger efter indgrebet. Ved anvendelse af GYNECARE PROSIMA-systemet undgås behovet for dissektion uden for bækkenkaviteten, samt at sutur og instrumenter passerer igennem foramen obturatum og de sacrospinale ligamenter, hvorved operationen bliver lettere at udføre.

## Hysterektomi

Kirurgens præference ca patientens behov afgør, om en samtidig hysterektomi er nødvendig. Når der er udført en hysterektomi, anbefales lukning af cul-de-sac peritoneum for at undgå, at mesimplantatet kommer i kontakt med tarmen. Undgå at udføre en "T"-lukning af incisionen, da dette kan forøge risikoen for blotlægning af meshen. Når der udføres vaginal hysterektomi sammen med enten anterior eller posterior støtte eller både og, skal hysterektomiincisionen først lukkes på tværs, og derefter skal støtteincisionerne foretages, så de ikke bliver forbundet med den tidligere lukkede hysterektomiincision. Dette gøres for at forhindre dannelse af en "T"-incision.

## Bevarelse af uterus

GYNECARE PROSIMA-systemet er velegnet til situationer, hvor kirurgen eller patienten vælger at bevare uterus.

## Vaginale incisioner

De vaginale incisioner skal foretages i den tidligere dissekerede vaginalvæg, og rutinemæssige vaginale støtteindgreb. Incisionerne skal foretages gennem vaginalvæggens fulde dybde for at reducere risikoen for blotlægning af meshen.

## Placering af mesimplantat

Mesimplantaterne holdes på plads af VSD'en, indtil der sker vævsindvækst. Det er derfor unødvendigt at fiksere mesimplantatstroppene. Den apikale del af mesimplantatet kan sutureres på fascien i midterlinjen af den vaginale apex vha. sutur såsom 2-0 MONOCRYL™ (Poliglecaprone 25) eller 2-0 Coated VICRYL™ (Polyglactin 910). Det vaginale epitel må ikke sutureres til mesimplantatet.

## Vaginal bevarelse

Undgå at fjerne eller eksstirpere for meget vaginalt epitel. Der kan forekomme nogen vævsretraktion efter operationen, og reduceret vaginal kapacitet kan forværres, hvis der er fjernet for meget vaginalt epitel.

## Tre niveauer af vaginal støtte

Der er 3 støtteniveauer af vagina, der almindeligvis er kendt for at yde vaginal støtte. Anvendelse af GYNECARE PROSIMA-systemet er beregnet til at yde niveau I og/eller niveau II støtte på følgende måde:

## Niveau I – suspension og støtte (øverste tredjedel af vagina)

Den øverste tredjedel af vagina (herunder hvælvingen efter hysterektomi) og uterus er understøttet af 2 mekanismer. Parametrium (kardinale og uterosakrale ligamenter) og paracolpium fibre yder først og fremmest direkte støtte af uterus og øvre vagina. Disse fibre fungerer som suspensorider ligamenter og styrter fra plads af fascien mußkin, nuglen, sacrolliac-reden og den laterale sacrum og går ind i den laterale øverste tredjedel af vagina og den posterosaterale aspekt af cervix. For det andet ydes indirekte støtte af uterus og øvre vagina af levator pladen, den dannes ved fusion af de højre og venstre levator ani muskeler mellem rectum og coccyx. Prolaps af uterus og vaginal hvælving sker som følge af svigt af disse direkte og indirekte støttemekanismer. Dette involverer sandsynligvis svækkelse af bækkenbundens muskeltur og de suspensoriske fibre i parametrium og øvre paracolpium. Formålet med operationen af prolaps på niveau I er at genskabe direkte og indirekte støttemekanismer. GYNECARE PROSIMA-systemet bruger mesimplantatstroppene til at støde op til hver inten lukkemuskel og den overliggende parietale fascia i den

anteriore vaginale støtte, og meshimplantatstropper støder op til de sacrospinale ligamenter i den posteriore vaginale støtte. Dette giver direkte støtte ved suspension og indirekte støtte ved at sørge for, at et bredt område leverer meshimplantatstøtte til den øvre vagina og -livmoderhalsen.

**Niveau II – lateral vedhæftning** (midterste tredjedel af vagina)
Midtvagina hæfter lateralt også til dette til musklerne på bækkenets sidevæg med arcus tendineus fascia pelvis (ATFP). På dette niveau er de anteriore og posteriore vaginalvægge adstrukt mellem de høje og venstre laterale tilhæftninger. På niveau II hur prolapstøtter til formål at gentilhæfte den laterale midtvagina til musklerne på bækkenets sidevæg. Centrale defekter i midtvagina kræver også støtte på niveau II. Anvendelse af GYNECARE PROSIMA-systemet genskaber lateral tilhæftning af vagina til bækkenets sidevægsmeshler og giver også central fascieforstærkning efter vævsindvækst.

**Niveau III – fusion** (nederste tredjedel af vagina)
**BEMÆRK: Dissektion i dette område kræves ikke ved anvendelse af GYNECARE PROSIMA-systemet.**
Anteriort på niveau III forbindes den nederste tredjedel af vagina med den perineale membran og urethra. Posteriort forbindes den nederste tredjedel af vagina med den perineale del og levator ani musklerne. Vævet på dette område ophedes uden meshimplantat, da meshimplantatet ikke er beregnet til at blive brugt i den nederste tredjedel af vagina. GYNECARE PROSIMA-systemet behandler ikke niveau III støttedefekter, selvom de kan behandles ved ledsagende indgreb såsom perinealrund.

**AFSNIT 3: BRUGSANVISNING**
**BEMÆRK: Ved læsning af dette afsnit skal der refereres til figurer, der vises i begyndelsen af dokumentet.**

**Kirurgisk forberedelse**
Operationer, der udføres med GYNECARE PROSIMA-systemet, kan udfæres under helbedøvelse eller lokalbedøvelse i overensstemmelse med kirurgens, anæstesilægens og patientens ønsker.

Patienten skal placeres i steenstilige med bakkerne lidt ud over operationsbordet og hofterne bøjede. Blæren kan tømmes efter kirurgens skøn. Et kateter er påkrævet inden opsætning af ballonen og kan indføres gør PROSIMA-systemet indføres.

**Anvendelse af PROSIMA-systemet efter hysterektomi**
**Anterior vaginal støtte**
Når der kun er nødvendigt at forstærke den anteriore vaginalvæg, er det kun GYNECARE PROSIMA-systemet til anteriore støtte af bækkenbunden, der skal anvendes. Systemet indeholder 1 meshimplantat og en speciel designet anteriore indfører til brug ved en anteriore vaginal støtte. Når de påkrævede vaginale incisioner og dissektioner er foretaget, etableres vævskanaler i det anteriore rum til placering af meshimplantatstroppene vha. den anteriore indfører. **BEMÆRK: Den anteriore indfører er ikke beregnet til vævsdissektion.**

**Anterior vaginal dissektion**
Den anteriore vaginale epitel dissekeres fra blæren. Vaginalvæggens fulde tykkelse dissekeres. Denne dissektion skal afhjælpes med suboptimal hydrodissektion. Superficiel dissektion af vaginalvæggen eller separering af vaginalvæggen i 2 lag skal undgås. En sådan dissektion kan resultere i en meget tyndt vaginalvæg og kan også kompromittere blodforsyningen til vaginalvæggen og øge risikoen for blotlæggning af mesh. Fortsæt dissektionen lateralt mod bækkenets sidevæg og til spina ischiadica.

**Anterior dissektion af kanal og placering af meshimplantat**
I denne beskrivelse foretages dissektionen til etablering af kanaler for meshimplantatstroppene først på høje side af patienten og derefter på venstre. Disse kanaler etableres for at placere meshimplantatet på en sådan måde, at den distale del af stroppene flugter med bækkenets sidevæg og parietal fascia i den interne lukkemuskel. Når disse stropper skal placeres, påbegyndes dissektionen ved at palpere og identificere spina ischiadica på begge side. **BEMÆRK: Denne dissektion kan alternativt startes med en søm, og der kan anvendes en "skuble-sprede" teknik, så sstroppens spids forbinder anteriort for spina ischiadica.** Den indledende dissektion efterfølges af en forsigtig fingerdissektion til spina ischiadica. Når der er opnået kontakt med spina ischiadica, bevæges pegefingeren, så der dannes et rum anteriort og superiort for spina ischiadica. Se figur 8A. Denne dissektions retning er vinkelret på bækkenets sidevæg og dannes et rum, der er ca. 2 cm bredt og 3 cm højt. Den anteriore dissektion involverer ikke dissektion på de sacrospinale ligamenter. Denne dissektion danner en kanal anteriort og superiort for spina ischiadica og superficiel for ATFP, den interne lukkemuskel og dens parietal fascia. Den samme dissektion gentages på den venstre side.

Plikation af det præveksikale væv er ikke påkrævet. Hvis det alligevel udføres plikation, plikeres kun den centrale del af dette væv. Hermed undgås man at gøre det dissekerede område for småt. Placer meshimplantatet over det præveksikale væv med stroplummerne vendende opad. Hvis der skal sutureres, skal det gøres på dette tidspunkt i indgrebet ved at placere sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL i den vaginale apex, og sy gennem den apikale flig på meshimplantatet. Stingene kan hæftes på dette tidspunkt, eller når stroppene er placeret. Suturering af den distale ellei meshimplantatet er valgfrit og kan gøres med en sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL.

Ved hjælp af den anteriore indfører placeres meshimplantatstroppene i både høje og venstre kanal, der er etableret ved dissektionen anteriort og superiort for spina ischiadica (som beskrevet herover). **BEMÆRK: De bude ender på den anteriore indfører er drejet i hver sin retning, og der er pile på hver ende, der angiver retning for placering.** Med pilen mod patientens høje side indføres spidsen af den anteriore indfører i meshimplantatets stroplomme (se figur 8B) ved patientens høje side. **BEMÆRK: Modtræk kan hjælpe til at holde lommen på den anteriore indfører.** Hold den anteriore indfører lodret, så den buede del af instrumentet vender mod den posteriore vaginalvæg. Før derefter den anteriore indfører, med påsat lomme, ind i den tidligere etablerede vævskanal (se figur 8C), indtil håndtaget kommer i kontakt med labia majora på den kontralaterale side. Dette udføres ved at placere håndfagdelen på den anteriore indfører i en opadgående lodret retning, så forkanten og lommen peger mod spina ischiadica. Når placeringen har fundet sted, vinkles håndtaget nedefter til en nærsten vandret position, mens det bevæges i kontakt med det kontralaterale **BEMÆRK: Retraktion af blæren med et kirurgisk standardinstrument kan være nyttig ved den indledende placering i kanalen.** Hvis det ønskes, føres en pegefinger ind i kanalen for at dirigere den indledende placering af den anteriore indfører mod labia majora på den kontralaterale side, inden håndtaget sænkes. Et lat opadgående skub sikrer, at stroplummerne placeres korrekt, og at den apikale del af meshimplantatet vil støde op mod den vaginale apex. **BEMÆRK: Hvis der markes modstand under indføring af stroppene, skal årsagen findes, inden der fortsattes. Fortsat fremføring af indføreren under modstand kan resultere i beskadigelse af meshimplantatet eller kritisk vævsstrukturer.** Træk der punkterede indfører tilbage langs indsertiksbanen, så stroppen efterlades i kanalen. Stroppen støder op til, men penetrerer ikke, de sacrospinale ligamenter. Der må ikke placeres suturer i de sacrospinale ligamenter. Gentag indgrebet på patientens venstre side med den anden strop. Figur 9D viser placering af begge stropper. **BEMÆRK: Sørg for at undgå at flytte meshimplantatet, og kontrollér at meshimplantatet IKKE er snøet, under placeringen af den anden strop.**

For at fjerne den anteriore indfører vinkles håndtaget tilbage i den lodrette stilling, før indføreren trækkes tilbage. Invorved stroppen efterlades i kanalen. **BEMÆRK: Indfør første strop helt. BEMÆRK: Hvis den anteriore indfører trækkes ud, før meshimplantatet er placeret, skal stroppen fjernes, påsættes og indføres igen.** Dette gentages på den modsatte side af patienten ved at sige den anteriore indfører og indføre den anden lomme med pilen mod patientens venstre side. Figur 8D viser placering af begge stropper. **BEMÆRK: Sørg for at undgå at flytte meshimplantatet, og kontrollér at meshimplantatet IKKE er snøet, under placeringen af den anden strop.**

Placer hovedparten af meshimplantatet løst over den underliggende vaginalvæv. Undgå at folde og sno hovedparten op stropper. Det kan være nødvendigt at tilkkære meshimplantatets hovedpart afhængigt af de vaginale mål eller mængden af lateral dissektion. Det vaginale epitel kan tilkkæres, men endgå at fjerne for meget vaginalt epitel. Epitelet lukkes uden meshimplantatet uden at anvende tæt sammenknytede (interlocking) suturer (som beskrevet herunder, se figur 8E). Den endelige placering af meshimplantatet i det anteriore rum vises i figur 8F.

**BEMÆRK: Kontrollér, at der er opnået hæmostase før og under lukning af de vaginale incisioner.**

Luk de vaginale incisioner under tæt sammenknytede suturer eller ottetalssuturer. Dette er for at undgå at devaskularisere det vaginale epitel langs incisionsjernene og for at reducere erosion af meshen. Epitelet skal holst lukkes i 2 lag for at opnå en relativ tyk suturlinje på stedet for den vaginale incision. Luk det dybere lag vha. en fortløbende suboptebital ikke-sammenknytende syning med sutur som 2-0 MONOCRYL eller 2-0 MONOCRYL* Plus antibakteriel sutur (Polyglecaprone 25). Luk derefter epitelet med en ikke-sammenknyttende fortløbende udadrettet madrassyning med sutur som 2-0 Coated VICRYL eller 2-0 Coated VICRYL* Plus (Polyglactin 910) antibakteriel sutur. **BEMÆRK: Anbring meshimplantatet i den øverste 2/3 af vagina, og tilskær det. Ikvis det strækker sig ud over den øverste 2/3.** Hvis det alligevele er gjort, anbefales gynekologi for at udelukke beskadigelse af urinrøret.

Alternativt kan der udføres en enkeltlags lukning af vaginalvæggen. Der kan anvendes en fortløbende udadrettet ikke-sammenknyttende madrassyning eller afbrudt syning med suturer som 2-0 Coated VICRYL eller 2-0 Coated VICRYL Plus.

**Posterior vaginal støtte**
Når der er nødvendigt at forstærke den posteriore vaginalvæg, anvendes GYNECARE PROSIMA-systemet til posteriore støtte af bækkenbunden. Systemet indeholder 1 meshimplantat og en speciel designet posteriore indfører, der bruges til den posteriore vaginale støtte. Når de påkrævede vaginale incisioner og dissektioner er foretaget, etableres vævskanaler i det posteriore rum til placering af meshimplantatstroppene fra indføreren. **BEMÆRK: Den posteriore indfører er ikke beregnet til vævsdissektion.**

**Dissektion af posteriore vaginale kanal**
Dissektor det posteriore vaginale epitel fra det præenktale væv. Ligesom med den anteriore vaginalvæg skal den posteriore vaginalvægs fulde tykkelse dissekeres. Denne dissektion skal afhjælpes af en suboptebital hydrodissektion. Fortsæt dissektionen lateralt på hver side af levator ani musklerne på niveau med spina ischiadica. Fortsæt derefter dissektionen gennem hver af de rektale kanaler op over, men ikke igennem, hvert sacrospinøst ligament, hvorved der dannes kanaler, hvor meshimplantatstroppene skal placeres. Se figur 9A.

Behandling af korsal rhsiterende enterocele er valgfrit, men kan, hvis den skal foretages, udføres på dette stadie i overensstemmelse med kirurgens foretrukne teknik.

Hvis peritonealkavteten åbnes under eetien anteriore eller posteriore dissektion, skal den lukkes forud for meshplaceringen.

**Posterior dissektion af kanal og placering af meshimplantat**
Plikation af det præenktale væv er ikke påkrævet. Hvis der alligevel udføres plikation af det præenktale væv, plikeres kun den centrale del af det præenktale væv. Hermed undgår man at gøre det dissekerede område for småt. Placer meshimplantatet over det præenktale væv med stroplummerne vendende opad. Hvis der skal sutureres, skal det gøres på dette tidspunkt i indgrebet ved at placere sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL i den vaginale apex og sy gennem den apikale flig på meshimplantatet. Stingene kan hæftes på dette tidspunkt, eller når stroppene er placeret. Suturering af den distale ellei i meshimplantatet er valgfrit og kan gøres med en sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL.

Ved hjælp af den posteriore indfører placeres meshimplantatstroppene i både høje og venstre kanal, der er etableret ved dissektionen mod hvert sacrospinøst ligament (som beskrevet herover). Tag fat i den posteriore indfører vha. en lige nåleholder/-fører, som vist i figur 9B. **BEMÆRK: Anbring spidsen af nåleholderen/-føreren inden i den lige rillede ende af den posteriore indfører.** Sørg for, at den fortløbende posteriore indfører er på linje med nåleholderen/-føreren håndtag. Indfør spidsen af den posteriore indfører i stroplummen ved patientens høje side (se figur 9B). Før derefter den posteriore indfører med påsat lomme ind i den tidligere etablerede vævskanal (se figur 9C), idet nåleholderens/-førerens håndtag holdes lodret. Fortsæt med at føre stroppens fulde længde ind i kanalen, så buuden af stroppen uacder den superiore grænse på den fasciale dissektion. **BEMÆRK: Indfør første strop helt. Hvis indføreren trækkes ud, før stroppen er placeret korrekt, skal stroppen fjernes, påsættes og indføres igen. BEMÆRK: Sørg for ikke at føre stroppen for dybt ind for at undgå at beskadige kritiske vævsstrukturer. BEMÆRK: Hvis der markes modstand under indføring af stroppene, skal årsagen findes, inden der fortsattes. Fortsat fremføring af indføreren under modstand kan resultere i beskadigelse af meshimplantatet eller kritiske vævsstrukturer.** Træk den punkterede indfører tilbage langs insertioisbanen, så stroppen efterlades i kanalen. Stroppen støder op til, men penetrerer ikke, de sacrospinøse ligamenter. Der må ikke placeres suturer i de sacrospinøse ligamenter. Gentag indgrebet på patientens vrestre side med den anden strop. Figur 9D viser placering af begge stropper. **BEMÆRK: Sørg for at undgå at flytte meshimplantatet, og kontrollér at meshimplantatet IKKE er snøet, under placeringen af den anden strop.**

Placer hovedparten af meshimplantatet løst over den underliggende vaginale fascia. Undgå at folde op sno meshimplantatets hovedpart op stropper. Det kan være nødvendigt at tilkkære meshimplantatets hovedpart, afhængigt af de vaginale mål eller mængden af lateral dissektion. Det posteriore vaginale vægeepitel kan tilskæres, men undgå at fjerne for meget vaginalt epitel. Luk det posteriore vaginale vægeepitel over meshimplantatet uden at anvende tæt sammenknytende (interlocking) suturer (som beskrevet herunder). Den endelige placering af meshimplantatet i det posteriore rum vises i figur 9E.

**BEMÆRK: Kontrollér, at der er opnået hæmostase før og under lukning af de vaginale incisioner.**

Luk de vaginale incisioner uden tæt sammenknytede suturer eller ottetalssuturer. Dette er for at undgå at devaskularisere det vaginale epitel langs incisionslinjerne og for at reducere erosion af meshen. Epitelet skal helst lukkes i 2 lag for at opnå en relativ tyk suturlinje på stedet for den vaginale incision. Luk det dybere lag vha. en fortløbende suboptebital ikke-sammenknytende syning med sutur som 2-0 MONOCRYL eller 2-0 MONOCRYL Plus antibakteriel sutur. Luk derefter epitelet med en ikke-sammenknytende fortløbende udadrettet madrassyning med sutur som 2-0 Coated VICRYL eller 2-0 Coated VICRYL Plus. **BEMÆRK: Anbring meshimplantatet i den øverste 2/3 af vagina, og tilskær det, hvis det strækker sig ud over den øverste 2/3.** Efter indgrebet skal der foretages en rektal eksploration for at udelukke rektal læsion.

Alternativt kan der udføres en enkeltlagslukning af vaginalvæggen. Der kan anvendes en vedvarende, udadrettet ikke-sammenknyttende madrassyning eller afbrudt syning med suturer som 2-0 Coated VICRYL eller 2-0 Coated VICRYL Plus.

**Kombineret anterior og posterior vaginal støtte**
Når der er nødvendigt både at forstærke den anteriore og posteriore vaginalvæg, anvendes GYNECARE PROSIMA-systemet til kombineret støtte af bækkenbunden. Systemet indeholder 2 identiske meshimplantater, et til den anteriore vaginale støtte og det andet til den posteriore vaginale støtte. Brug kun den buede anteriore indfører til den anteriore støtte og kun den lige posteriore indfører til den posteriore støtte. Udfør de anteriore og posteriore vaginale støtte som beskrevet herover. Den anteriore vaginale støtte først. Den endelige placering af meshimplantaterne i de anteriore og posteriore rum vises i figur

15

10. Efter indgrebet anbefales cystoskopi for at udelukke beskadigelse af urinrøret. Det er nødvendigt at udføre en digital rektal undersøgelse for at udelukke rektal læsion.

**Anvendelse af GYNECARE PROSIMA-systemet med bevarelse af uterus (hysteropeksi)**

Hvis den fremkaldte uterus bevares, skal den apikale flig på meshimplantatet fikseres til cervix. Fiksering af meshimplantatet til cervix skal ske så niveau med den pubo-cervikale ring ved placering under den anteriore eller posteriore vaginale støtte.

Når uterus bevares under en anterior vaginal støtte, frittlægges den pubo-cervikale ring under den anteriore vaginale dissektion. Placere en 2-0 PROLENE-sutur halvcirkulært det anteriore aspekt af den pubo-cervikale ring. Denne sutur placeres også gennem den apikale flig på meshimplantatet. PROLENE-suturen ved fliget hæftes, når meshimplantatstropperne er på plads. Dette sikrer meshimplantatet til den anteriore overflade på cervix på niveau med den pubo-cervikale ring og sikrer, at meshimplantatet udspiles ned vagina, når fliget er korrekt placeret.

I den posteriore støtte skal meshimplantatet fikseres til den posteriore cervix ved eller over niveauet for den pubo-cervikale ring. Cul-de-sac kan åbnes under meshimplantatets redhæftning til cervix. Lak Cul-de-sac peritoneum over denne sutur for at hindre, at tarmen adhærerer til meshimplantatet. Hvis kirurgen vælger ikke at åbne cul-de-sac, frittlægges den pubo-cervikale ring under den posteriore vaginale dissektion. En 2-0 PROLENE-sutur placeres forsvarligt i det posteriore aspekt af den pubo-cervikale ring. Denne sutur placeres også gennem den apikale flig på meshimplantatet. PROLENE-suturen hæftes, når meshimplantatstropperne er på plads. Dette sikrer meshimplantatet til den posteriore overflade på cervix på niveau med den pubo-cervikale ring.

Når meshimplantaterne anvendes til både anterior og posterior vaginal støtte, skal de fikseres til de anteriore og posteriore aspekter på cervix, som beskrevet herover (se figur 11).

**Hygiejne i forbindelse med meshimplantat**

Under indgrebet skylles de vaginale sår med saltvand. Håndtering af meshimplantatet skal holdes på et minimum, og der skal praktiseres god meshhygiejne.

**Placering af VSD og ballon**

Efter indgrebet placeres en VSD i passende størrelse med vedhæftet ballon i vagina, og den suturers på plads for at hindre kurvelse. VSD'en leveres i 3 størrelser (lille, medium og stor) og kan tilpasses af kirurgen, så den passer til patientens vagina længde på følgende måde.

*Tilpasning og tilskæring af VSD*

VSD'en leveres i den største størrelse. Bestem den største VSD, der passer til patienten, ved at bruge selve VSD'en. Dette gøres ved at placere den store størrelse VSD i vagina mellem den udspilede apex og hymenringen. Indsæt VSD'en i vagina ved at tage fat om det bredeste punkt på VSD'en og folde langs den langsgående akse med ballonen vendt opad (se figur 12). Det bredeste punkt på VSD'en indsættes først, så suturhullerne er placeret lige over hymenringen. **BEMÆRK: Ballonen må ikke fjernes eller beskadiges under VSD-måltagning.** Den korrekte størrelse er opnået, når VSD'en slutter tæt i den øverste 2/3 af den udspilede vagina med den distale ende og suturhullerne 1 cm over hymenringen (se figur 13).

Hvis den store størrelse passer, anvdes VSD'en ikke. Hvis medium størrelsen passer, fjernes den øverste del ved forsigtigt at klippe små stykker af og sikre en jævn klipperant udviklende vha. spidsen på den bucde Mayo saks. Sørg for at mindske mængden af materiale, der er tilbage på de afklippede områder. **BEMÆRK: Det er vigtigt at tilpasse VSD'en meget omhyggeligt. Når en VSD er klippet til, kan den ikke gøres større, og de afklippede dele kan ikke sættes på igen.** Flyt ballonen under tilklipningen (se figur 14). *Der skal udvises forsigtighed for at undgå at beskadige ballonen under tilklipning af VSD'en.*

Hvis medium størrelsen passer, kræves ingen yderligere klipning. Hvis den lille størrelse passer, fjernes den resterende del som ovenfor. Flyt ballonen under tilklipningen, så den ikke beskadiges.

Når VSD'en er målt korrekt, og ballonen er placeret igen, kan samlingen indsættes i patientens vagina. **BEMÆRK: For at mindske risikoen for perforering af ballonen må der ikke anvendes instrumenter til hjælp ved indføringen af VSD'en eller ballonen.** Hvis ballonen bliver beskadiget, fjernes den fra VSD'en, og vaginalkaviteten fyldes med gazeforbinding.

Når samlingen er placeret korrekt i den øverste 2/3 af patientens udspilede vagina, sættes VSD'en på plads ved at anbringe et enkelt stykke sutur gennem hvert VSD suturhul og ind i den posteriore vaginalvæg epitel lateralt og over hymen på hver side, som vist i figur 15, ved kl. 4 og kl. 8 positionerne. De højre og venstre suturer bindes derefter skiftevis, så VSD'en forsvarligt på plads i vagina. **BEMÆRK: Før på, ikke at punktere ballonen, når VSD'en sutureres på plads.** En sutur som fæks. 2-0 Coated VICRYL eller en tilsvarende resorberbar sutur anbefales til denne procedure.

*Oppustning af ballon*

Når VSD'en er suturreret på plads, placeres den medfølgende 50 ml sprøjte på ballonventilen og drejes på plads. **BEMÆRK: Når VSD'en er placeret, er det nødvendigt at inducerte at kateter for at undgå urinretention.** Efter oppustning med en lille mængde atmosfærisk luft (se figur 16) pålæres ballonen fulde længde med en finger for at sikre, at ballonen er anbragt i vaginas fulde udstrækning. Når placeringen er bekræftet, fjernes fingeren, og ballonen oppustes yderligere, indtil der kun kan placeres en fingerspids i indgangen til steden mellem ballonen og patientens vaginalvæg. Det anbefales at stabilisere VSD'en efterhånden, som ballonen oppustes. Den oppustede ballon støder meshimplantatet op med vaginalvæggen. Den luftmængde, der kræves til at puste ballonen tilstrækkeligt op, vil variere fra patient til patient. **BEMÆRK: Den maksimale volumen for en oppustet ballon må ikke overskride 90 ml.** Når ballonen er pustet tilstrækkeligt op, drejes sprøjten af ventilen. Ballonens oppustningsslange skal stikke ud af vagina for at lette fastgørt til patientens lår. Hæften skal sættes på ballonventilen for at sikre, at ballonen vil bevare den påtænkte luftmængde (se figur 7). **BEMÆRK: Stram ikke hætten for hårdt til.** Hvis det er nødvendigt, kan ballonen justeres senere vha. en standardsprøjte, så luftmængden i ballonen øges eller mindskes. Ballonen kan når som helst pålæres eller efterses for at sikre, at den har bevaret tilstrækkeligt luft. **BEMÆRK: Efterhånden som patienten bevæger sig, flyttes ballonen på plads i vaginalkaviteten, og det kan virke, som om presset enten stiger eller aftager. Dette er normalt.**

**BEMÆRK: Ballonen må ikke pustes op, inden den indføres i vagina.**

**BEMÆRK: Hvis VSD suturhullerne efter ballonoppustning har flyttet sig mere end 1 cm over hymenringen, eller hvis der er for stor spænding på suturhullerne, skal trykket i ballonen mindskes, og hvis det er nødvendigt, skal VSD'en flyttes eller opmåles igen.**

**BEMÆRK: Hvis der bemærkes huller i ballonen, eller hvis der opdages en utæthed, eller hvis ballonen ikke holder luften efter oppustning, må den IKKE anvendes. Den skal fjernes fra VSD'en og bortskaffes på behørig vis. Anvend standard gazeforbinding i stedet for ballonen.**

**BEMÆRK: Hvis ballonens forbindelsestykke løsner sig fra VSD'en, skal det skubbes tilbage på plads.**

**BEMÆRK: Ballonens oppustningsslange må ikke fastgøres i vagina.**

**BEMÆRK: For at undgå at beskadige oppustningsslangen må den aldrig udsættes for ekstrem bøjning, spænding eller drejning.**

**BEMÆRK: Indsæt ikke gazeforbinding ved tilstedeværelse af en ballon.**

**Frakobling af ballon fra VSD**

24 timer efter indgrebet tømmes ballonen vha. en standardsprøjte og fjernes, mens VSD'en efterlades på plads. **BEMÆRK: Lad ikke ballonen være i vagina i mere end 24 timer.**

1) Tag hætten af ballonens ventil.

2) Fastgør en 50 ml sprøjte (standardsprøjte til ballonens ventil og tøm ballonen helt (se figur 17). Det er vigtigt at tømme ballonen helt, før der gøres forsøg på at fjerne den fra VSD'en. **BEMÆRK: En helt tømt ballon vil resultere i, at sprøjtestemplet trækker sig tilbage, når al luften er fjernet.**

3) Fjern sprøjten.

4) Ballonen kan derefter separeres fra VSD'en ved forsigtigt at trække oppustningsslangen i kaudal retning et sted nær ballonens forbindelsestykke, mens der forsigtigt ydes modtræk med en finger i den distale ende af VSD'en. Se figur 18.

**BEMÆRK: Træk ikke ballonen tilbage, medmindre den er helt tømt, og der ikke mærkes modstand. Undes årsagen, inden der forsøges. Fortsat fremføring eller tilbagetrækning af ballonen under modstand kan resultere i, at VSD'en flytter sig og/eller vævstraumer i vaginalkaviteten. For at sikre at ballonen er fuldstændig tømt, fastgøres sprøjten igen, og al luft fjernes, inden udtagningen fortsættes.**

**Udtagning af VSD fra patient**

Fjern VSD'en fra patienten ca. 3 til 4 uger efter indgrebet. Hvis VSD'en er det ske tilstrækkelig opheling. På dette tidspunkt er de resorberbare suturer gået i opløsning eller har mistet så meget trækstyrke, at det er let at fjerne VSD'en uden suturmodstand. **BEMÆRK: Det kan være nødvendigt at klippe begge suturer over for at fjerne VSD'en. BEMÆRK: Lad ikke VSD'en være i vagina i mere end 4 uger.** Fjern eventuelle resterende VSD tilhæftningssuturer. Udtag VSD'en manuelt fra vaginalkanalen, som vist i figur 19.

**Perioperativ pleje**

Patienten kan få profylaktisk antibiotika i henhold til kirurgens normale praksis. Dette kan fortsættes postoperativt afhængigt af kirurgens skøn. Der kan anvendes tromboembolisk profylakse.

Kirurgen bør forklare, at fremtidt med VSD'en, som bliver siddende i vagina i op til fire uger efter operationen, er at understøtte vagina imod meshen under helingsperioden. Patienten bør informeres om, at VSD'en vil blive fjernet under en postoperativ opfølgningskonsultation, ca. 4 uger efter operationen. Patienten skal desuden informeres om, at der kan forekomme postoperativt udflåd fra vagina, og at VSD'en kan flytte sig en smule nedefter. Hvis patienten føler, at VSD'en har flyttet sig nedad, kan hun forsigtigt skubbe den op til en mere behagelig position. Patienten bør imidlertid tilrådes at kontakte lægen, hvis VSD'en gener betydeligt ubehag.

Efter udskrivning fra hospitalet skal patienten undgå anstrengende aktiviteter i en periode på 3 til 4 uger. På dette tidspunkt er tværkmanvmet vokset ind i meshimplantatet, og patienten kan herefter genoptage normale dagligdags aktiviteter. Patienten skal rådes til at undgå samleje i mindst 6 uger efter operationen. Bækkenbundsøvelser kan anbefales når som helst efter operationen.

**YDEEVNE**

Dyreforsøg viser, at implantation af GYNECARE GYNEMESH PS fremkalder en minimal til let inflammatorisk reaktion, som er kortvarig og efterfølges af dannelsen af et tyndt fibrøst vævslag, som kan vokse gennem meshens mellemrum og således inkorporere meshen i det tilstødende væv. Meshen forbliver blød og smidig, og den normale sårheling nedsættes ikke mærkbart. Materialet resorberes ikke, og det nedbrydes eller svækkes heller ikke af vævsenzymer.

**KONTRAINDIKATIONER**

- Når GYNECARE GYNEMESH PS anvendes hos spædbørn, børn, gravide eller kvinder, der planlægger fremtidig graviditet, skal kirurgen være opmærksom på, at produktet ikke vil udvide sig signifikant, når patienten vokser.

- GYNECARE PROSIMA-systemet bør ikke anvendes ved graviditet eller purulente infektioner eller cancer i vagina, cervix eller uterus.

**ADVARSLER OG FORSIGTIGHEDSREGLER**

- For at genanvende af GYNECARE PROSIMA-systemet skal brugeren være fortrolig med de operationsprocedurer og -teknikker, der omfatter støtte af bækkenbunden og/eller blære-resorberbare mesh.

- Anvendelse af GYNECARE PROSIMA-systemet er ikke fuldt ud evalueret hos patienter med stadie IV vaginalprolaps. Anvendelse af systemet kan derfor ikke anbefales til disse patienter.

- Godkendt kirurgisk praksis skal overholdes i forbindelse med GYNECARE PROSIMA-systemet lige som ved behandling af inficerede eller kontaminerede sår.

- GYNECARE PROSIMA-systemet må ikke anvendes, hvis der er mistanke om, at incisionsstedet er inficeret eller kontamineret. Anvendelse af meshimplantatet eller VSD-ballonsamlingen i kontaminerede områder skal foregå under hensyntagen til, at efterfølgende infektion kan gøre det nødvendigt at fjerne dem.

- Efter operationen skal patienten informeres om, at løft af tunge ting og/eller motion (f.eks. cykling, jogging) skal undgås i 3 til 4 uger, og at samleje skal undgås i 6 uger, eller indtil lægen vurderer, at patienten kan vende tilbage til sine normale aktiviteter.

- Lad ikke VSD'en være i vagina længere end 4 uger.

- Lad ikke ballonen være i vagina længere end 24 timer.

- Komponenterne i GYNECARE PROSIMA-systemet er ikke beregnet til at blive brugt sammen med andre anordninger end dem, der er nævnt på pakningens indlægsseddel.

- Undgå at stramme meshimplantatet for meget under håndteringen.

- Anvend GYNECARE PROSIMA-systemerne med omhu, og sørg for særlig opmærksom på patientens anatomi for at undgå beskadigelse af kar, nerver, blære og tarm samt perforering af vaginalvæggen. Korrekt brug af komponenterne i GYNECARE PROSIMA-systemet vil mindske risici.

- Oppust kun ballonen med atmosfærisk luft.

- Palpering vil bekræfte, at ballonen ikke indeholder eventuelle luftsætheder efter oppustning. Fuldt luftfab kan begrænse ballonens effektivitet.

- Ballonvæggen er tynd for at opnå de ønskede egenskaber. Punkteringer, snit, hakker, sammentrykning eller overbelastning kan føre til lufttab. Ballonen kan let penetreres af en kanyle eller en skalpel eller sprænge ved manipulation med et stumpt instrument. Der skal udvises forsigtighed under håndtering for at forhindre sådanne hændelser. En beskadiget ballon må ikke bruges. Fjern den og indsæt gasforbindelig.

- Ballonens maksimale oppustningsvolumen er 90 ml. Ballonen må ikke pustes for hårdt op. For voksom oppustning af ballonen kan forårsage utilpashed hos patienten, vævsnekrose, postoperativme brud på vaginale sår eller manglende evne til at lade vandet.

- GYNECARE PROSIMA-systemerne må ikke benyttes til patienter, som er i antikoagulationsbehandling.

- Blødning kan opstå postoperativt. Hold øje med eventuelle symptomer eller tegn, før patienten udskrives fra hospitalet.

- Patienten skal instrueres i at kontakte kirurgen straks, hvis der opstår usædvanlige smerter, blødning eller andre problemer.

- Selvom det er usandsynligt, at der vil forekomme beskadigelse af blæren med denne teknik, anbefales det at udføre cystoskopi.

- Selvom det er usandsynligt, at der vil forekomme rektale læsioner med denne teknik, er det nødvendigt at foretage en rektal eksploration.

- GYNECARE GYNEMESH PS-meshimplantatet må ikke fastgøres med staplere, clips eller klemmer, da der kan opstå mekanisk skade på meshen.

- Meshimplantatet må ikke være i den nederste tredjedel af vagina. Hvis det er nødvendigt, afklippes meshimplantatet ved overgangen mellem den nederste og midterste tredjedel af vaginalvæggen.

- Profylaktisk antibiotika kan administreres i henhold til kirurgens sædvanlige praksis.

**BIVIRKNINGER**

- Potentielle bivirkninger er de, der typisk forbindes med operative implanterbare materialer, herunder potentielle infektioner, inflammation, adhæsions- og fisteldannelse, erosion, udstødelse og ardannelse, som medfører, at implantatet trækker sig sammen.

- Potentielle bivirkninger er dem, der typisk forbindes med operation af vaginalprolaps, herunder smerter i forbindelse med samleje og bækkensmerter. Disse kan forsvinde med tiden.

- Punkteringer, lacerationer eller beskadigelse af kar, nerver, blære, urethra eller tarm kan opstå under dissektion eller placering af mesh og kan kræve operation.

- Dissektion i forbindelse med støtteoperation af bækkenbunden indebærer risiko for at hæmme normal vandladning i et varierende tidsrum.

**STERILITET**

GYNECARE PROSIMA-systemerne er steriliserede med ethylenoxid. INGEN dele i GYNECARE PROSIMA-systemet må RESTERILISERES. INGEN dele i GYNECARE PROSIMA-systemet må GENANVENDES. Genbrug af denne anordning (eller dele af denne anordning) kan skabe risiko for nedbrydning af produktet og krydskontaminering, hvilket kan lede til infektion eller overførsel af blodoverførte patogener til patienter og brugere. Må ikke anvendes, hvis emballagen er åbnet eller beskadiget. Bortskaf alle åbnede, ubrugte komponenter til GYNECARE PROSIMA-systemet.

**BORTSKAFFELSE**

Bortskaf komponenterne til GYNECARE PROSIMA-systemet og indpakningen i henhold til institutionens politik og procedurer vedrørende biologisk farlige materialer og affald.

**OPBEVARING**

Anbefalet opbevaring: ved kontrolleret stuetemperatur og relativ fugtighed (ca. 25 °C, 60 % RH), beskyttet mod fugt og direkte varme. Må ikke anvendes, hvis udløbsdatoen er overskredet.

**Symboler anvendt på mærkater**

| | |
|---|---|
| CE 0086 | Producent |
| CE-mærke og identifikationsnummer for bemyndiget instans. Produktet opfylder de væsentlige krav i EU-direktiv om medicinske anordninger 93/42/EØF. | Må ikke genbruges/resteriliseres |
| LOT Batchnummer | Se brugsanvisningen |
| Anvendes inden — år og måned | STERILE EO Steriliseringsmetode — ethylenoxid |

17

**Gynecare**
# PROSIMA™

Bekkenbodemreparatiesysteem anterieur
Bekkenbodemreparatiesysteem posterieur
Bekkenbodemreparatiesysteem gecombineerd

NEDERLANDS

**Lees alle informatie zorgvuldig.**

Het negeren van deze instructies kan een onoordeelmatige werking van de hulpmiddelen tot gevolg hebben en letsel veroorzaken.

*LET OP:* De federale wetgeving (van de Verenigde Staten) stelt dat dit apparaat uitsluitend aan of in opdracht van een arts wordt verkocht.

Gebruikers wordt geadviseerd zich te oefenen in het gebruik van het GYNECARE PROSIMA™-bekkenbodemreparatiesysteem. Hiertoe zijn trainingsmogelijkheden beschikbaar. Neem voor het maken van afspraken voor zulke trainingen contact op met de vertegenwoordiger van uw leverancier.

**INDICATIES**

De GYNECARE PROSIMA systems voor bekkenbodemreparatie door plaatsing van GYNECARE GYNEMESH™ PS niet-resorbeerbare implantaten van PROLENE™ Soft Mesh zijn geïndiceerd voor weefselversterking en duurzame stabilisering van bindweefselstructuren van de bekkenbodem, als mechanische ondersteuning of als overbruggingsmateriaal voor het bindweefseldefect. De systemen bieden ondersteuning aan het vaginakanaal tijdens de genezingsperiode na chirurgische behandeling van een prolaps van de vaginawand en ondersteunen tegelijkertijd de positie van de meshimplantaten.

**BESCHRIJVING**

De GYNECARE PROSIMA reparatiesystemen voor de anterieure, posterieure en gehele bekkenbodem bestaan uit voorgevormde GYNECARE GYNEMESH PS meshimplantaten en instrumenten voor het plaatsen van het meshimplantaat en voor post-operatieve ondersteuning (zie afbeelding 1). De meshimplantaat tabel biedt een overzicht van de onderdelen die van elk systeempakket deel uitmaken:

**ONDERDELEN (zie afbeelding 1)**

| BEKKEN-BODEM-REPARATIE-SYSTEEM | Meshimplantaat in implantaathouder (A) | VSD/ballooset (B en C) | Inbrenginstrument anterieur (D) | Inbrenginstrument posterieur (E) | Spuit (F) |
|---|---|---|---|---|---|
| Anterieur | 1 | 1 | 1 | | 1 |
| Posterieur | 1 | 1 | | 1 | 1 |
| Gecombineerd | 1 | 1 | 1 | 1 | 1 |

Tabel 1 – Onderdelen van het GYNECARE PROSIMA bekkenbodemreparatiesysteem

**GYNECARE GYNEMESH PS**

GYNECARE GYNEMESH PS is meshmateriaal vervaardigd van túlsstweefsels van gebreidoord polypropyleen, qua samenstelling identiek aan PROLENE™ polypropyleen hechtdraad (ETHICON, INC.). Vastgesteld is dat dit materiaal bij gebruik als hechtdraad niet reactief is en dat het bij klinisch gebruik zijn sterkte voor onbepaalde tijd behoudt. De mesh biedt een uitstekende sterkte, duurzaamheid en aanpasbaarheid voor chirurgische doeleinden en is voldoende poreus voor de noodzakelijke weefselingroei. Er is blauwe PROLENE monofilamenthechtmateriaal in het weefsel verwerkt, waardoor een contrastsreep in de mesh ontstaat. De mesh is gemaakt volgens een uniek ontwerp van samengebreide monofilamentvezels met gereduceerde diameter, wat resulteert in een mesh die ongeveer 50 procent flexibeler is dan de standaard PROLENE™ polypropyleen mesh. De mesh wordt geleverd met gebruikmaking van een proces waardoor alle knooppunten van de vezels onderling met elkaar worden verbonden en waardoor in beide richtingen elasticiteit wordt verkregen. Door deze constructie kan de mesh in iedere gewenste vorm en grootte worden gesneden zonder te rafelen. Door de elasticiteit in twee richtingen kan de mesh worden aangepast aan uiteenlopende spanningsbelastingen die in het lichaam voorkomen.

**Meshimplantaat**

Het meshimplantaat is vervaardigd van GYNECARE GYNEMESH PS. De meshimplantaten zijn vooraf in Y-vorm gesneden, passend voor reparatie van anterieure, posterieure en/of apicale vaginadefecten. Zie afbeelding 2. Het meshimplantaat heeft 2 bandjes en een centraal gelegen hoofdgedeelte. Op het proximale, apicale uiteinde bevindt zich een lipje dat met hechtdraad kan worden vastgehecht, zodat het meshimplantaat tijdens het plaatsen van de bandjes vrijwel bewegingloos blijft. Op het distale uiteinde bevindt zich een groef die fungeert als hulpmiddel voor het meshimplantaat. Op de bandjes van het meshimplantaat zijn voorgevormde zakjes aangebracht, die plaatsing van het implantaat met de inbrenginstrumenten mogelijk maken. Het meshimplantaat wordt geleverd in een implantaathouder van ongvocsal 'Tyvek' en een transparante plastic folie waardoor het meshimplantaat gemakkelijk uit de houder kan worden verwijderd.

**Inbrenginstrument anterieur**

Het inbrenginstrument voor de anterieure bekkenbodem is een instrument voor eenmalig gebruik, waarmee het inbrengen van de bandjes van het meshimplantaat in de losgeprepareerde anterieure weefsellaag kan worden vergemakkelijkt. *OPMERKING: Het inbrenginstrument anterieur is niet bedoeld om weefsel te los te prepareren.* Het inbrenginstrument voor de anterieure bekkenbodem is compatibel met de zakjes van het meshimplantaat, zodat het kan worden gebruikt voor het plaatsen van de bandjes in de anterieure bekkenholte aan beide lichaamszijden van de patiënt. Zie afbeeldingen 3 en 4.

**Inbrenginstrument posterieur**

Het inbrenginstrument voor de posterieure bekkenbodem is een instrument voor eenmalig gebruik, waarmee het inbrengen van de bandjes van het meshimplantaat in de losgeprepareerde posterieure weefsellaag kan worden vergemakkelijkt. *OPMERKING: Het inbrenginstrument posterieur is niet bedoeld om weefsel te los te prepareren.* Aan het inbrenginstrument voor de posterieure bekkenbodem is als stabilisator een standaard naaldvoeter bevestigd, zodat het implantaat beheerst kan worden ingebracht. Het inbrenginstrument voor de posterieure bekkenbodem is compatibel met de zakjes van het meshimplantaat, zodat het kan worden gebruikt voor het plaatsen van de bandjes in de posterieure bekkenholte aan beide lichaamszijden van de patiënt. Zie afbeelding 5.

**18**

**VSD (Vaginal Support Device, vaginasteun)**

De VSD (Vaginal Support Device, vaginasteun) is een hulpmiddel voor eenmalig gebruik, dat de vaginawervels postoperatief en bij plaatsing van het meshimplantaat en na sluiting van de vaginale incisie(s). Het subtiele en het breedste deel van de VSD en gedeelten ervan zijn afzinpbaar. Na aanwankelijke passing in de anatomie van de patiënt kunnen de afmetingen van de VSD aan de anatomie van de patiënt worden aangepast door het afknippen van daartoe bestemde delen van het apicale uiteinde. De VSD wordt voor een periode van maximaal 3 tot 4 weken in het bovenste tweederde deel van de vagina geplaatst en wordt daarna verwijderd. Zie Afbeelding 6.

**Ballon**

De ballon is een hulpmiddel voor eenmalig gebruik dat wordt gebruikt in plaats van een postchirurgisch gazen kompres in de vagina. Het volume van de ballon kan zodanig worden bijgesteld dat het vaginakanaal sluitend wordt gevuld en het meshimplantaat tegen de vaginawand wordt gedrukt. De ballon is bij verwijdering van de VSD bevestigd. Afbeelding 7 toont de ledige ballon, zonder de daaraan bevestigde VSD. De ballon blijft maximaal een dag lang in het lichaam van de patiënt geplaatst.

**Spuit**

Voor het vullen van de ballon wordt een 50 ml spuit bijgeleverd.

**DEEL 1: WERKINGSBEGINSELEN VAN DE PROCEDURE MET HET GYNECARE PROSIMA SYSTEEM**

Met de procedure met het GYNECARE PROSIMA systeem wordt beoogd een anatomische, duurzame en gestandaardiseerde reparatie van prolaps van de bekkenorganen te realiseren. Afhankelijk van de geprolabeerde anatomische locatie en de voorkeur van de chirurg kan de reparatie anterieur en/of posterieur worden uitgevoerd. De procedure met het GYNECARE PROSIMA systeem kan in combinatie met hysterectomie of conservatieve uteruschirurgie worden uitgevoerd. Wanneer dat is geïndiceerd, kan tegelijk met de procedure met het GYNECARE PROSIMA systeem peri-urogenitale worden verricht of een subureterale suspensieband voor behandeling van urinaire stressincontinentie worden aangelegd. Er kan gelijktijdig worden gemaakt van een retropubische of subvertale transobturator tape (TOT).

De prolapsreparatie wordt gerealiseerd door plaatsing van 1 of 2 meshimplantaten via de vagina. Bij voltooiing van de operatie wordt een VSD met een vulbare ballon voor passing in de vagina geplaatst en wordt verwijgens de VSD op de juiste plaats vastgehecht, zodat de vagina en het meshimplantaat (of de meshimplantaten) tijdens de weefselingroei worden ondersteund. Nadat bij is gevuld recent de ballon de plaats in van het traditionele gazen kompres door de vaginahelte sluitend te vullen en het meshimplantaat (de meshimplantaten) tegen de vaginawand te drukken. De dag postoperatief wordt de ballon gelegd en uit de vagina verwijderd zonder dat de VSD daarbij losraakt. De VSD blijft het maximaal 4 weken na de operatie in situ, en in die tijd wordt verdwijngroei in het meshimplantaat (de meshimplantaten) plaats.

**DEEL 2: BASISPRINCIPE VAN HET GYNECARE PROSIMA SYSTEEM**

Na behandeling van bekkenorgaanprolaps middels conventionele chirurgie worden de geprepareerde weefsels blootgesteld aan verhoogde intra-abdominale druk wanneer de patiënt zich mobiliseert en bij hoesten, braken en darmontlastingsdruk. Deze toename van de intra-abdominale druk kan een nadelige invloed hebben op de genezing van de vaginareparatie en kan chirurgisch falen en recidive van de prolaps tot gevolg hebben. Door versterking van de vaginareparatie met het meshimplantaat en ondersteuning van de vagina met de VSD gedurende 3 tot 4 weken postoperatief voort het GYNECARE PROSIMA systeem een hulpmiddel voor vermindering van het risico van chirurgisch falen en recidive van de prolaps.

Tijdens anterieure vaginareparatie moet het hoofdgedeelte van het meshimplantaat spanningsvrij tussen de urineblaas en het bovenste tweederde deel van de vagina worden geplaatst, lateraal uitstekend ter hoogte van de arcus tendineus fasciae pelvis (ATFP). Tijdens posterieure vaginareparatie moet het hoofdgedeelte van het meshimplantaat spanningsvrij tussen het rectum en het bovenste tweederde deel van de vagina worden geplaatst, lateraal passend boven de mm. levator ani. Het apicale deel van het hoofdgedeelte van het meshimplantaat moet de apex vagina bereiken. Aan anterieure zijde kan het meshimplantaat aan het prevesicale weefsel of aan de cervix worden gehecht. Aan posterieure zijde kan het meshimplantaat aan het prerectale weefsel of aan de cervix worden gehecht.

Postoperatief wordt het vaginaweefsel door de VSD ondersteund en bevordert de VSD de druk van de vaginaweefsels tegen het meshimplantaat totdat er weefselingroei plaatsvindt. Gedurende de 3–4 weken na de operatie vindt weefselingroei in het meshimplantaat plaats. Omdat bij GYNECARE PROSIMA reparatie niet de noodzaak van dissectie buiten de bekkenholte op en er hoeven geen hechtdraad en instrumenten door de obturatoropening en het sacrospinale ligament te worden gevoerd. Daardoor is de operatie gemakkelijker uit te voeren.

**Hysterectomie**

Of gelijktijdige uitvoering van hysterectomie gewenst is, wordt bepaald door de voorkeur van de chirurg en door de behoeften van de patiënt. Wanneer hysterectomie wordt verricht, is het raadzaam het cavum Douglasi te sluiten, zodat het meshimplantaat niet met de darmen in aanraking kan komen. Sluiting met een "T"-vormige incisie moet worden vermeden, aangezien het risico van bloottegging van het meshimplantaat wordt vergroot. Wanneer gelijktijdig met anterieure en/of posterieure reparatie vaginale hysterectomie wordt verricht, moet de hysterectomie-incisie eerst transvenaal worden gesloten. Vervolgens moeten de reparatie-incisies zodanig worden gemaakt dat zij niet met de eerder gesloten hysterectomie-incisie in aanraking komen. De reden hiervan is, te voorkomen dat er een "T"-vormige incisie ontstaat.

**Conservatieve uteruschirurgie**

Het GYNECARE PROSIMA systeem is geschikt voor gebruik in situaties waarbij de chirurg of de patiënt de uterus wil sparen.

**Vaginale incisies**

De vaginale incisies die bij de procedure met het GYNECARE PROSIMA systeem worden verricht zijn gelijk aan de incisies die de chirurg bij standaard vaginareparatie maakt. De gehele dieptre van de vaginawand moet door de incisies worden doorsneden, om het risico van bloottegging van de mesh te verminderen.

**Plaatsing van het meshimplantaat**

De meshimplantaten worden door de VSS op hun plaats geduwd (gehoord gehouden totdat ze weefselingroei plaatsvindt. Daarom is fixeren van de bandjes van het meshimplantaat niet nodig. Het apicale gedeelte van het meshimplantaat kan aan de fascia in het midden van de apex vaginae worden gehecht met een hechtdraad zoals 2-0 MONOCRYL™ (Poliglecapron 25) of 2-0 Coated VICRYL™ (Polyglactine 910). Het vagina-epitheel mag niet op het meshimplantaat worden gehecht.

**Vaginabehoud**

Er mag niet te veel vagina-epitheel worden gedissecteerd of anderszins verwijderd. Postoperatief kan enige weefselextractie plaatsvinden en de vermindering van vagina-epitheel kan verslechteren als er te veel vagina-epitheel is verwijderd.

**Vaginaondersteuning op drie niveaus**

In de gangbare methoden voor vaginale ondersteuning bij vaginareparatie worden 3 niveaus onderscheiden. Door het GYNECARE PROSIMA systeem in een procedure te gebruiken wordt beoogd deze ondersteuning te verschaffen op de niveaus I en II, als volgt te definiëren:

**Niveau I – Suspensie en ondersteuning** (bovenste eenderde deel van de vagina)
Het bovenste eenderde deel van de vagina (inclusief het door hysterectomie ontstane geweld) en de uterus worden door 2 mechanismen ondersteund. Directe ondersteuning van de uterus en het bovenste deel van de vagina wordt in de eerste plaats verschaft door het parametrium (ligamentum cardinale en uterosacrale) en de paracolpiumweefsels. Deze vezels doen dienst als steunligament en komen voort uit de fascia van de m. piriformis, het sacro-iliacale gewricht en het laterale sacrum, en steken uit in het laterale bovenste eenderde deel van de vagina en het posterolaterale vlak van de cervix. In de tweede plaats wordt indirecte ondersteuning van de uterus en het bovenste deel van de vagina verschaft door de levatorplaat, die wordt gevormd door fusie van de rechter en linker mm. levator ani tussen het rectum en het os coccygis. Als gevolg van falen van deze directe en indirecte steunmechanismen kan prolaps van uterus en vaginagewelf optreden. De kans is groot dat dit gepaard gaat met verwijding van de musculaire bekkenbodem en de steunvezels van het parametrium en het bovenste paracolpium. Het doel van prolapschirurgie op niveau I is de directe en indirecte steunmechanismen te herstellen. Met het GYNECARE PROSIMA systeem worden bij anterieure vaginareparatie meshimplantaatbandjes tegen elk van de mm. obturatorius internus en de daarboven liggende parietale fascia geplegd, en bij posterieure vaginareparatie worden meshimplantaatbandjes tegen de sacrospinale ligamenten geplegd. Dit verschaft het bovenste deel van de vagina en de uterus direct ondersteuning door suspensie en indirecte ondersteuning via de brede zone van de meshimplantaatstroken.

**Niveau II – Laterale bevestiging** (middelste eenderde deel van de vagina)
Het middelste deel van de vagina wordt door de arcus tendineous fasciae pelvis (ATFP) lateraal en direct met de spieren van de bekkenzijwand verbonden. Op dit niveau strekken de anterieure en posterieure vaginawanden zich uit tussen de laterale bevestigingen links en rechts. Prolapsreparatie op niveau II heeft als doel het laterale middeldeel gedeelte van de vagina opnieuw op de spieren van de bekkenzijwand te bevestigen. Bij centrale defecten van het middeldeel deel van de vagina is ook ondersteuning op niveau II nodig. Het gebruik van het GYNECARE PROSIMA systeem in een procedure herstelt laterale bevestiging van de vagina op de bekkenzijwandspieren en biedt tevens centrale fasciaversteviging nadat weefselingroei heeft plaatsgevonden.

**Niveau III – Fusie** (onderste eenderde deel van de vagina)
**OPMERKING: Bij het GYNECARE PROSIMA systeem is losprepareren in dit gedeelte niet nodig.**
Bij reparatie op niveau III wordt het onderste eenderde deel van de vagina anterieur met het perineale membraan en de urethra samengevoegd. Posterieur fuseert het onderste eenderde deel van de vagina met het perineum en de mm. levator ani. De weefsels in deze zone worden zonder meshimplantaat gepresereerd; het meshimplantaat is niet bedoeld voor gebruik in deze zone van de vagina. Met het GYNECARE PROSIMA systeem worden geen ondersteuningsdefecten van niveau III behandeld, al kunnen deze wel worden aangepakt met concomitante procedures zoals perineorrafie.

**DEEL 3: GEBRUIKSAANWIJZING**
**OPMERKING: Bij teksten in dit gedeelte wordt verwezen naar de afbeeldingen in het begin van dit document.**

**Operatievoorbereiding**

Chirurgie met het GYNECARE PROSIMA systeem kan worden verricht onder algehele of regionale anesthesie, afhankelijk van de voorkeur van chirurg, anesthesioloog en patiënt.

De patiënt moet in steensnedeligging worden gelegd, met de billen enigszins over de operatietafelrand en de heup in flexie. Naar keuze van de chirurg kan de blaas worden geleegd. Voorafgaand aan het vullen van de ballon moet een katheter worden geplaatst.

**Gebruik van GYNECARE PROSIMA systeem in procedures na hysterectomie**

**Anterieure vaginareparatie**

Wanneer alleen de anterieure vaginawand moet worden versterkt, kan uitsluitend het GYNECARE PROSIMA anterieure bekkenbodemreparatiesysteem worden gebruikt. Dit systeem bevat 1 meshimplantaat en een speciaal ontworpen anterieure inbrengsinstrument voor toepassing bij een anterieure vaginareparatie. Na verrichting van de benodigde vaginale incisies en dissecties worden weefselkanalen in het anterieure compartiment gemaakt, waarin met het anterieure inbrengsinstrument de meshimplantaatbandjes worden geplaatst. **OPMERKING: Het inbrengsinstrument anterieur dient niet gebruikt te worden voor het losprepareren van weefsel.**

**Anterieure vaginale dissectie**

Dissecteer het anterieure vagina-epitheel van de blaas. Dissecteer de gehele dikte van de vaginawand. Deze dissectie moet worden vergemakkelijkt door subepitheliale hydrodissectie. Vermijd oppervlakkige dissectie van de vaginawand of klieving van de vaginawand in 2 lagen. Een dergelijke wijze van dissecteren kan een zeer dunne vaginawand tot gevolg hebben en kan ook de bloedtoevoer naar de vaginawand verslechteren, waardoor het risico van blootlegging van mesh grotere wordt. Lateraal wordt het losprepareren in de richting van de bekkenzijwand voortgezet, tot de spina ischiadica.

**Het anterieure kanaal losprepareren en het meshimplantaat plaatsen**

Voer om het doel van deze beschrijving te denken het losprepareren voor het maken van kanalen voor de meshimplantaatbandjes eerst aan de rechterzijde van de patiënt uit en daarna aan de linkerzijde. Het doel van deze kanalen is, het meshimplantaat zodanig te plaatsen dat het décolle gedeelte van de bandjes tegen de bekkenzijwand en de parietale fascia van de m. obturatorius internus ligt. Begin het losprepareren voor het plaatsen van de bandjes met palperen om aan beide zijden de spina ischiadica te lokaliseren. **OPMERKING: het losprepareren kan ook met een schaar worden begonnen, met toepassing van een "duw-en-spreidtechniek", zodat de punten van de schaar altijd anterieur van de spina ischiadica blijven.** Volg de aanvankelijke dissectie door voorzichtige dissectie met de vinger, tot aan de spina ischiadica. Omdat de spina ischiadica is bereikt, wordt met open beweging van de wijsvinger een holle ruimte gemaakt, anterosuperieur van de spina ischiadica. Zie afbeelding 8A. Dissecteer verder door een ruimte te maken op de bekkenzijwand en breng een ruimte tot stand van ca. 2 cm breed en ca. 3 cm hoog. Bij de anterieure dissectie is open spraak van dissectie op de sacrospinale ligamenten geplegd, en bij posterieure vaginareparatie worden kanaal tot stand gebracht anterosuperieur van een spina ischiadica

en gelijkvalkige del de arcus tendineous fasciae pelvis (ATFP), de m. obturatorius internus en de parietale fascia daarvan. Herhaal de dissectie aan de linkerzijde.

Plooing van het prevesicale weefsel is niet nodig. Wanneer echter wel plooing wordt uitgevoerd, moet dit beperkt blijven tot het centrale gedeelte van dit weefsel. Zo wordt vermeden dat de gedissecteerde zone te smal wordt. Plaats het meshimplantaat tussen het prevesicale weefsel, waarbij de zakjes naar boven wijzen. Wanneer er meer weefsel gedissecteerd, moet dat op dit proceduremoment worden gezien. Plaats een meshimplantaat zoals 2-0 MONOCRYL of 2-0 Coated VICRYL) in de apex vaginae en rijg deze door het apicale lipje van het meshimplantaat. De hechting kan nu worden afgebonden, of anders nadat de bandjes zijn geplaatst. De distale groef van het meshimplantaat zijn naar beuve wel of van onden gehecht; in het eerste geval kan dit worden uitgevoerd met een meshimplantaat een met hechtdraad als 2-0 MONOCRYL of 2-0 Coated VICRYL.

Plaats met behulp van het anterieure inbrengsinstrument de bandjes van het meshimplantaat in de kanalen rechts en links die zijn aangemaakt door de dissectie anterosuperieur van de spina ischiadica (zoals hierboven beschreven). **OPMERKING: De gebogen uiteinden van het anterieure inbrengsinstrument zijn in toegenstelde richtingen gedraaid, en op de uiteinden bevinden zich pijltjes die de plaatsingsrichting aangeven.** Richt het pijltje naar de rechterzijde van de patiënt en breng de tip van het anterieure inbrengsinstrument in het zakje van het meshimplantaatbandje aan de rechterzijde van de patiënt (zie afbeelding 8D). **OPMERKING: Door het uiteoefenen van tegenstaatie blijft het zakje steviger op het anterieure inbrengsinstrument geplaatst.** Houd het anterieure inbrengsinstrument verticaal, zodanig dat het gebogen gedeelte van het instrument tegen de posterieure vaginawand rust. Voer het anterieure inbrengsinstrument, met het bandje erop, vervolgens in het eerder gecreëerde weefselkanaal (zie afbeelding 8C) totdat de handgreep in aanraking komt met de labia majora aan contralaterale zijde. Dit wordt uitgevoerd door bovenwaarts-verticale positionering van het handgreepgedeelte van het anterieure inbrengsinstrument, zodanig dat de voorrand en het zakje zich in de richting van de spina ischiadica bewegen. Kantel de handgreep na positionering omlaag tot een bijna-horizontale stand en hardhuif daarbij het contant van de handgreep met het contralaterale dijbeen. **OPMERKING: Retractie van de blaas met een standaard chirurgisch instrument kan u helpen bij de eerste plaatsing in het kanaal. Desgewenst kunt u met de wijsvinger in het kanaal de anterieure dissectie plaatsing van het anterieure inbrengsinstrument tegen de labia majora aan contralaterale zijde geleiden, waardoor de handgreep omlaag wordt gekanteld.** Door licht omhoog te drukken kunt u zich ervan verzekeren dat de zakjes goed zijn gepositioneerd en dat het apicale gedeelte van het meshimplantaat tegen de apex vaginae ligt. **OPMERKING: Indien u bij het loskoppen van de bandjes weerstand ondervindt, moet u de oorzaak van de weerstand bepalen voordat u de procedure voortzet. Als het opvoeren van het inbrengsinstrument tegen weerstand in wordt voortgezet, kan dat beschadiging van het meshimplantaat tot gevolg hebben, of kan het instrument te ver worden ingebracht, met beschadiging van gevoelige weefselstructuren als gevolg.**

Verwijder het anterieure inbrengsinstrument door de handgreep naar de verticale stand terug te kantelen en het instrument dan terug te trekken, waarbij het bandje in het kanaal achterblijft. **OPMERKING: Breng het eerste bandje volledig in. OPMERKING: Indien het anterieure inbrengsinstrument uit de operatiezone wordt getrokken voordat het meshimplantaatbandje zijn doellocatie heeft bereikt, moet het bandje worden verwijderd, opnieuw op het instrument geplaatst en opnieuw ingebracht.** Herhaal deze handelingen aan de tegenoverliggende zijde van de patiënt. Keer daartoe het anterieure inbrengsinstrument om en breng het uiteinde in het andere zakje, met het pijltje gericht op de linkerzijde van de patiënt. Afbeelding 8D toont de beide geïmplanteerde bandjes. **OPMERKING: Vermijd bij plaatsing van het tweede bandje dat het meshimplantaat in beweging komt, en verzeker u ervan dat het meshimplantaat NIET is gedraaid.**

Plaats het hoofdgedeelte van het meshimplantaat losjes op het onderliggende vaginaweefsel. Vermijd vouwen of draaien van het hoofdgedeelte en de bandjes. Het kan nodig zijn het hoofdgedeelte van het meshimplantaat bij te knippen, afhankelijk van de grootte van de vagina en/of de mate van laterale dissectie. Het vagina-epitheel kan worden bijgeknipt, mits er niet te veel van wordt verwijderd. Sluit het epitheel over het meshimplantaat zonder gebruik te maken van gekoppelde hechtdraden (zoals blaronvertige bovendraven; zie afbeelding 8E). Afbeelding 8F toont de uiteindelijke plaatsing van het meshimplantaat in het anterieure compartiment.

**OPMERKING: Zorg dat voor en tijdens het sluiten van de vaginale incisies goede hemostase is bereikt.**

Sluit de vaginale incisies zonder gekoppelde of H-vormige hechtdraden. Dit is om devascularisatie van het vagina-epitheel langs de incisielijnen te voorkomen en erosie van de mesh te verminderen. Voorkeur geniet sluiting van het epitheel in 2 lagen, zodat een relatief dikke hechtingwand te plaatse van de vaginale incisie wordt verkregen. Sluit de diepste laag met een doorlopende subepitheliale niet-gekoppelde hechting met een hechtdraad zoals 2-0 MONOCRYL of 2-0 MONOCRYL™ Plus Antibacterieel (Poliglecapron 25). Sluit het epitheel vervolgens met een doorlopende niet-gekoppelde evertierende matrashechting met een hechtdraad zoals 2-0 Coated VICRYL of 2-0 Coated VICRYL™ Plus (Polyglactine 910) antibacterieel. **OPMERKING: Plaats het meshimplantaat in het bovenste tweeederde deel onder het vagina-epitheel bij als het verder reikt dan het bovenste tweeederde deel.** Voer zo nodig niet is gedaan, wordt grondvisseerd cystoscopie uit te voeren, om letsel van de urinewegen uit te sluiten.

Als keuzemogelijkheid kan sluiting van de vaginawand ook enkelslaags worden uitgevoerd. Hiervoor kan een doorlopende, evertierende, niet-gekoppelde matrashechting of onderbroken hechtingen van hechtdraad zoals 2-0 Coated VICRYL of 2-0 Coated VICRYL Plus worden gebruikt.

**Posterieure vaginareparatie**

Gebruik wanneer alleen de posterieure vaginawand moet worden versterkt uitsluitend het GYNECARE PROSIMA posterieure bekkenbodemreparatiesysteem. Dit systeem bevat 1 meshimplantaat en een speciaal ontworpen posterieur inbrengsinstrument voor toepassing bij posterieure vaginareparatie. Maak na verrichting van de benodigde vaginale incisies en dissecties weefselkanalen in het posterieure compartiment, waarin de meshimplantaatbandjes worden geplaatst. **OPMERKING: Het posterieure inbrengsinstrument dient niet gebruikt te worden voor het losprepareren van weefsel.**

**Posterieure vagino- en kanaaldissectie**

Dissecteer het posterieure vagina-epitheel van het prerectale weefsel. Evenals bij de anterieure vaginawand moet ook nu de gehele dikte van de posterieure vaginawand gepresereerd. Deze dissectie moet worden vergemakkelijkt door subepitheliale hydrodissectie. Zet de dissectie lateraal voort aan beide zijden van de rivm. levator ani ter hoogte van de spina ischiadica. Dissecteer verder door elk van de rectale ligamenten, zodat er, maar dik dóie, elk van de sacrospinale ligamenten, zodat kanalen worden aangemaakt waarin de meshimplantaatbandjes zullen worden geplaatst. Zie afbeelding 9A.

Naar vrije keuze kan ook een te bestaande enterocele behandeld worden, maar in dat geval moet de behandeling in deze procedurefase worden uitgevoerd, volgens de methode die de voorkeur van de chirurg geniet.

Als de prerectale holte tijdens anterieure of posterieure dissectie geopend is, moet deze voor het plaatsen van de mesh gesloten worden.

19

**Posterieure plaatsing van het meshimplantaat**

Plaatsing van het prerectale weefsel is niet nodig. Wanneer echter wel plaatsing van het prerectale weefsel wordt uitgevoerd, moet dit beperkt blijven tot het centrale gedeelte van dit weefsel. Zo wordt vermeden dat de gedissecteerde zone te smal wordt. Plaats het meshimplantaat boven het prerectale weefsel, waarbij de zijden naar boven wijzen. Wanneer er moet worden gehecht, moet dat op dit proceduremoment worden gedaan: plaats een hechtdraad (zoals 2-0 MONOCRYL of 2-0 Coated VICRYL) in de apex vaginae en rijg deze door het apicale lipje van het meshimplantaat. De hechting kan nu worden afgebonden, of anders nadat de bandjes zijn geplaatst. De distale greep van het meshimplantaat kan naar keuze wel of niet worden gehecht; in het eerste geval kan dit worden uitgevoerd met een hechtdraad als 2-0 MONOCRYL of 2-0 Coated VICRYL.

Plaats met behulp van het posterieure inbrenginstrument de bandjes van het meshimplantaat in de kanalen rechts en links die zijn aangemaakt door de dissectie in de richting van beide sacrospinale ligamenten (zoals hierboven beschreven). Pak het posterieure inbrenginstrument vast met een rechte naaldhouder/naaldvoerder, zoals weergegeven in afbeelding 9B. OPMERKING: *Plaats de tip van de naaldhouder/naaldvoerder in het rechte gegroefde uiteinde van het posterieure inbrenginstrument.* Zorg dat het aangedraaide posterieure inbrenginstrument op één lijn ligt met de handgreep van de naaldhouder/naaldvoerder. Steek de tip van het posterieure inbrenginstrument in het handgejaagde aan de rechterzijde van de vagina vanuit de achterwand van de patiënt (zie afbeelding 9B). Voer het posterieure inbrenginstrument, met het bandje erop, vervolgens in het eerder gemaakte weefselkanaal (dit afbeelding 9C) en houd de handgreep van de naaldhouder/naaldvoerder vast. Houd het kanaal vast. Breng de gebele lengte van het bandje in het kanaal, zodat het begin van het bandje de bovengrens van de fysiale dissectie bereikt. OPMERKING: *Breng het eerste bandje volledig in. Indien het inbrenginstrument uit de operatiezone wordt getrokken voordat het bandje zijn eindlocatie heeft bereikt, moet het bandje worden verwijderd, opnieuw op het instrument geplaatst en opnieuw ingebracht. OPMERKING: Breng het bandje niet te diep in; omdat dan gevoelige weefselstructuren schade zouden kunnen oplopen. OPMERKING: Indien u bij het inbrengen van de bandjes weerstand ondervindt, moet u de oorzaak van de weerstand bepalen voordat u de procedure voortzet. Als het opvoeren van het inbrenginstrument tegen weerstand in wordt voortgezet, kan dat beschadiging van het meshimplantaat tot gevolg hebben, of kan het instrument te ver worden ingebracht, met beschadiging van gevoelige weefselstructuren als gevolg.* Trek het posterieure inbrenginstrument terug over het inserteertraject, zodanig dat het bandje in het kanaal blijft. De bandjes liggen tegen de sacrospinale ligamenten, enwaar penetreren deze niet. Plaats geen hechtingen in de sacrospinale ligamenten. Herhaal de procedure aan de linkerzijde van de patiënt met het tweede bandje. Afbeelding 9D toont de beide geïmplanteerde bandjes. OPMERKING: *Vermijd bij plaatsing van het tweede bandje dat het meshimplantaat in beweging komt, en verzeker u ervan dat het meshimplantaat NIET is gedraaid.*

Plaats het hoofdgedeelte van het meshimplantaat losjes op de onderliggende vaginale fascia. Vermijd vouwen of draaien van het hoofdgedeelte en de bandjes van het meshimplantaat. Het kan nodig zijn het hoofdgedeelte van het meshimplantaat bij te knippen, afhankelijk van de grootte van de vagina en/of de mate van laterale dissectie. Het epitheel van de posterieure vaginawand kan worden bijgeknipt, mits er niet te veel van wordt weggeknipt. Sluit het epitheel van de posterieure vaginawand over het meshimplantaat zonder gebruik te maken van geknippte hechtdraden (zoals hieronder beschreven). Afbeelding 9E toont de uiteindelijke plaatsing van het meshimplantaat in het posterieure compartiment.

OPMERKING: *Zorg dat voor en tijdens het sluiten van de vaginale incisies goede hemostase is bereikt.*

Sluit de vaginale incisies zonder gekoppelde of 8-vormige hechtdraden. Dit is om devascularisatie van het vagina-epitheel langs de incisielijnen te voorkomen en erosie van de mesh te verminderen. Voorkeur geniet sluiting van het epitheel in 2 lagen, zodat een relatief dikke hechting uaaal ter plaatse van de vaginale incisie wordt verkregen. Sluit de diepste laag met een doorlopende subepitheliale niet-gekoppelde hechting met een hechtdraad zoals 2-0 MONOCRYL of 2-0 MONOCRYL Plus antibacterieel. Sluit het epitheel vervolgens met een doorlopende niet-gekoppelde eventerende matrashechting met een hechtdraad zoals 2-0 Coated VICRYL of 2-0 Coated VICRYL Plus. OPMERKING: *Plaats het meshimplantaat in het bovenste tweederde deel van de vagina en knip het meshimplantaat bij als het verder reikt dan het bovenste tweederde deel.* Bij voltooiing van de procedure moet digitaal onderzoek worden verricht om letsel van het rectum uit te sluiten.

Als keuzemogelijkheid kan sluiting van de vaginawand ook enkellaags worden uitgevoerd. Hiervoor kan een doorlopende, everterende, niet-gekoppelde matrashechting of onderbroken hechtingen van hechtdraad zoals 2-0 Coated VICRYL of 2-0 Coated VICRYL Plus worden gebruikt.

**Gecombineerde anterieure en posterieure vaginareparatie**

Wanneer zowel de anterieure als de posterieure vaginawand moeten worden versterkt, wordt het GYNECARE PROSIMA gecombineerde bekkenbodemreparatiesysteem gebruikt. Dit systeem bevat 2 identieke meshimplantaten. Voor een anterieure vaginareparatie en de tweede voor posterieure vaginareparatie.Gebruik voor anterieure reparaties uitsluitend het geleyger anterieure inbrenginstrument en voor posterieure reparaties uitsluitend het rechte posterieure inbrenginstrument. Voor de anterieure en posterieure vaginareparaties uit zoals hierboven is beschreven. Geadviseerd wordt, de anterieure vaginareparatie als eerste uit te voeren. De uiteindelijke plaatsing van het meshimplantaten in het anterieure en het posterieure compartiment is in afbeelding 10 weergegeven. Het is aan te bevelen, bij voltooiing van de procedure cystoscopie uit te voeren, om letsel van de urinewegen uit te sluiten. Om letsel van het rectum uit te sluiten moet rectaal digitaal onderzoek worden verricht.

**Gebruik van GYNECARE PROSIMA systeem met behoud van de uterus (hysteropexie)**

Indien de geprolabeerde uterus wordt behouden, moet het apicale lipje van het meshimplantaat op de cervix worden gehecht. Het meshimplantaat moet ter hoogte van de pubocervicale ring op de cervix worden gefixeerd wanneer het implantaat tijdens de anterieure of posterieure vaginareparatie is aangebracht.

Wanneer de uterus bij anterieure vaginareparatie wordt behouden, wordt de pubocervicale ring blootgelegd. Plaats een 2-0 PROLENE-hechting stevig in het anterieure segment van de pubocervicale ring. Rijg deze hechting ook door het apicale lipje van het meshimplantaat. Knoop de PROLENE-hechting op het lipje af nadat de bandjes van het meshimplantaat zijn gepositioneerd. Hierdoor wordt het meshimplantaat ter hoogte van de pubocervicale ring aan het anterieure oppervlak van de cervix vastgezet en wordt gewaarborgd dat het meshimplantaat de uitzetting van de vagina volgt als de VSD op de juiste wijze is gepositioneerd.

Bevestig bij de posterieure reparatie het meshimplantaat aan de posterieure cervix ter hoogte van het hogere dan de pubocervicale ring. Desgewenst kan het cavum Douglasi gesloten blijven terwijl het meshimplantaat aan de cervix wordt gehecht. Sluit het peritoneum van het cavum Douglasi boven deze hechting, zodat adhesie van de darmen aan het meshimplantaat wordt verhinderd. Als de chirurg besluit het cavum Douglasi niet te openen, wordt de pubocervicale ring tijdens de posterieure vaginale dissectie blootgelegd. Plaats een 2-0 PROLENE-hechting stevig in het posterieure segment van de pubocervicale ring. Rijg deze hechting ook door het apicale lipje van het meshimplantaat. Knoop de PROLENE-hechting af nadat de bandjes van het meshimplantaat zijn gepositioneerd. Hierdoor wordt het meshimplantaat ter hoogte van de pubocervicale ring op het posterieure cervixoppervlak vastgezet.

Wanneer voor zowel anterieure als posterieure vaginareparatie meshimplantaten worden gebruikt, moeten de implantaten op de hierboven beschreven wijze aan de anterieure en posterieure segmenten van de cervix worden bevestigd (zie afbeelding 11).

**Hygiënemaatregelen m.b.t. het meshimplantaat**

Irrigeer tijdens de chirurgische procedure de vaginale operatiewonden met fysiologisch-zoutoplossing. Beperk de manipulatie van het meshimplantaat tot een minimum en voer de operatie onder goede hygiënische condities uit.

**De VSD en de ballon plaatsen**

Breng bij voltooiing van de operatie een VSD (Vaginal Support Device, vaginaapparaat) van geschikt formaat met een daaraan bevestigde ballon in de vagina in, en hecht deze om losraken van het implantaat te voorkomen. De VSD is in 3 maten verkrijgbaar (small, medium en large) en kan op de hieronder beschreven wijze door de chirurg aan de vaginalengte van de patiënt worden aangepast.

*Passen en bijsnijden van de VSD*

De VSD wordt in de grootste maat geleverd. Bepaal met behulp van de VSD zelf de passende maat voor de patiënt. Breng hiertoe de 'large' VSD in de vagina in, tussen de uitgezette apex en de hymenring. Breng de VSD in de vagina in door de VSD op het breedste deel vast te pakken en langs de lengtas te vouwen, met de ballon naar bovengericht (zie afbeelding 12). Het breedste gedeelte van de VSD wordt het eerst ingebracht, zodat de hechttoepeningen zich niet boven de hymenring bevinden. OPMERKING: *Verwijder af beschadig de ballon niet tijdens het passen van de VSD.* Juiste formaat is bereikt wanneer de VSD slabtend in het bovenste tweederde deel van de uitgezette vagina past, met het distale uiteinde en de hechtingsoogjes 1 cm boven de hymenring (zie afbeelding 13).

Als de maat 'large' past, hoeft de VSD niet te worden aangepast. Als de maat 'medium' benodigd blijkt, moet het bovenste gedeelte worden verwijderd. Doe dit door voorzichtig kleine fragmenten te knippen, uitsluitend gebruikmakend van de tips van een geleger Mayo-schaar, zodat een gladde snijvand ontstaat. Zorg dat de hoeveelheid restmateriaal op de afmetingen tot een minimum beperkt blijft. OPMERKING: *Zorgvuldige passing van de VSD is van groot belang. Naadat een VSD is bijgeknipt, kan bij niet meer langer worden ingebracht en kan hij afgeknipte deeltjes niet meer worden teruggezet.* Verplaats tijdens het knippen de ballon indienig dat hij niet in de weg zit (zie afbeelding 14). Waak ervoor dat de ballon tijdens het bijknippen van de VSD zou worden beschadigd.

Als de maat 'medium' past, hoeft de VSD niet te worden bijgeknipt. Als de maat 'small' moet worden gebruikt, moet het overblijvende gedeelte worden verwijderd, zoals hierboven is beschreven. Verplaats tijdens het knippen de ballon om beschadiging te voorkomen.

Na goede passing van de VSD en terugplaatsing van de ballon kan de VSD-constructie in de vagina van de patiënt worden ingebracht. OPMERKING: *Om het risico van perforatie van de ballon te verkleinen mogen bij het inbrengen van de VSD of de ballon geen instrumenten worden gebruikt.* Bij beschadiging van de ballon moet deze van de VSD worden losgemaakt en moet de vastvendende mesh met gazen kompres sluitend worden gevuld.

Fixeer de VSD met hechtdraad nadat de VSD/ballonset op de juiste positie in het bovenste tweederde deel van de uitgezette vagina van de patiënt is geplaatst: één enkele slag door elk hechtingsoogje van de VSD, vervolgens in het epitheel van de posterieure vaginawand en aan beide zijden lateraal van en boven het hymen in 4- en 8-uursposities, zoals weergegeven in afbeelding 15. Knoop de hechtingen links en rechts vervolgens beurtelings af en houd daarbij de VSD in de vagina digitaal in positie. OPMERKING: *Let op dat u de ballon niet punteert bij het in positie hechten van de VSD.* Voor deze toepassing wordt 2-0 gecoat Coated VICRYL hechtdraad of een gelijkwaardig resorbeerbaar hechtdraad aanbevolen.

*De ballon vullen*

Sluit nadat de VSD in positie hebt gehecht de bijgeleverde 50 ml spuit aan. OPMERKING: *Na het plaatsen van de VSD moet een katheter worden geplaatst om urineretentie te voorkomen.* Spuit een kleine hoeveelheid omgevingslucht in (zie afbeelding 16) en palpeer vervolgens de gehele lengte van de ballon met een vinger om de contrôleren of de ballon is ontvouwen en over de gehele lengte van de vagina is geplaatst. Neem de vinger weg wanneer vastgesteld is dat de ballon is ontvouwen en vui de ballon getwist, totdat een vingertop bij de vaginaingang nog net tussen de ballon en de vaginawand gaat. Het is raadzaam de VSD bijldens het opblazen van de ballon te drukken. De functie van de gevulde ballon is, het meshimplantaat tegen de vaginawand te drukken. De voor het vullen van de ballon benodigde hoeveelheid lucht verschilt van patiënt tot patiënt. OPMERKING: *De ballonvulling mag de maximumwaarde van 90 ml niet overschrijden.* Draal de spuit los van de afsluiter nadat de ballon afdoende is gevuld. De vulljin van de ballon moet uit de vagina naar buiten steken en wordt tegen het dijbeen van de patiënt geplakt. Maak de dopi vast op de afsluiter van de ballon, zodat gewaarborgd is dat de beoogde hoeveelheid lucht in de ballon constant blijft (zie afbeelding 7). OPMERKING: *Draai de dop niet te strak vast.* Zo nodig moet de ballonvulling op een later tijdstip kunnen worden aangepast, door het ballonvolume met een standaard spuit te vergroten of te verkleinen. De ballon kan op willekeurige momenten worden gepalpeerd of met boog geïnspecteerd om zeker te stellen dat de vulling nog toereikend is. OPMERKING: *Als de patiënt beweegt, kan de ballon zich in de vaginaholte vastzetten en kan de druk schijnbaar hoger of lager worden. Dit is normaal.*

OPMERKING: *De ballon dient niet los van de VSD voordat de set wordt gebruikt.*

OPMERKING: *Vul de ballon niet voordat hij in de vagina wordt ingebracht.*

OPMERKING: *Als de hechtingsoogjes van de VSD na het vullen van de ballon zijn verschoven tot meer dan 1 cm boven de hymenring, of als er bovenmatige spanning op de hechtingsoogjes wordt uitgeoefend, moet de ballondruk worden verminderd en moet, zo nodig, de VSD opnieuw worden gepositioneerd en gepast.*

OPMERKING: *Als er gaten in de ballon zichtbaar zijn of als er andersinslekkage wordt gedetecteerd, of als de ballon na het vullen drukt verliest, moet u de ballon NIET gebruiken. Maak de ballon dan los van de VSD en voer hem conform de daarvoor geldende voorschriften af. Gebruik dan in plaats van de ballon een gazen kompres.*

OPMERKING: *Als het aansluitstuk van de ballon van de VSD losraakt, moet het op zijn plaats worden teruggeduwd.*

OPMERKING: *Fixeer de ballonvulljin niet in de vagina.*

OPMERKING: *Gebruik geen gazen kompres als er al een ballon is geplaatst.*

*De ballon van de VSD losmaken*

Verwijder 1 dag postoperatief de ballon na volledige ontluchting met behulp van een standaard spuit. De VSD blijft hierbij in situ. *OPMERKING: Laat de ballon niet langer dan 1 dag in de vagina.*

1) Neem de dop van de ballonafsluiter.

2) Sluit een standaard 50 ml (of grotere) spuit aan op de ballonafsluiter en ontlucht de ballon geheel (zie afbeelding 17). Het is van belang dat de ballon geheel leeg is voordat bij van de VSD wordt losgemaakt. *OPMERKING: De ballon is geheel leeg als de zuiger in de spuit wordt teruggetrokken nadat alle lucht is verwijderd.*

3) Maak de spuit los.

4) Daarna kan de balon van de VSD worden losgemaakt en uit het lichaam van de patiënt worden verwijderd: trek voorzichtig in caudale richting aan de vulijn, op een locatie dicht bij de ballonafsluiter en oefen tegelijkertijd met een vinger voorzichtig tegentractie uit op het distale uiteinde van de VSD. Zie afbeelding 18.

*OPMERKING: Trek de ballon pas terug als bij geheel is ontlucht en als er geen weerstand voelbaar is. Als er wel weerstand optreedt, moet u de oorzaak daarvan bepalen voordat u de procedure voortzet. Voortzetting van het inbrengen of terugtrekken van de ballon tegen weerstand in kan tot gevolg hebben dat de VSD wordt verplaatst en/of dat het weefsel van de vaginawand of de ballon letsel oploopt. Overtuig u ervan dat de ballon geheel is ontlucht door de spuit weer aan te sluiten en alle lucht te verwijderen voordat u doorgaat met verwijderen.*

*De VSD uit het lichaam van de patiënt verwijderen*

Verwijder de VSD uit het lichaam van de patiënt, ongeveer 3 tot 4 weken na de operatie, nadat zich afdoende genezing heeft gemanifesteerd. Tegen die tijd kunnen de resorbeerbare hechtingen zijn opgelost of hebben zij voldoende aan treksterkte ingeboet om problemloze verwijdering van de VSD, zonder weerstand van hechtmateriaal, mogelijk te maken. *OPMERKING: Het kan nodig zijn, de beide hechtingen door te knippen om de VSD te kunnen verwijderen. OPMERKING: Laat de VSD niet langer dan 4 weken in de vagina.* Verwijder alle restjes VSD-hechtmateriaal. Verwijder de VSD met de hand uit het vaginakanaal, zoals in afbeelding 19 wordt getoond.

**Perioperatieve zorg**

Al naar gelang de gebruikelijke praktijkmethoden van de chirurg kunnen patiënten profylactische antibiotica krijgen. Afhankelijk van de voorkeur van de chirurg kan het geven van antibiotica postoperatief worden voortgezet. Ook kunnen trombo-embolische profylactica worden ingezet.

De chirurg dient uit te leggen wat het doel is van de VSD, dat tot vier weken na de operatie in de vagina blijft: het ondersteunen van de vagina tegen de mesh tijdens de genezingsperiode. De patiënt moet ervan in kennis worden gesteld dat de VSD zal worden verwijderd tijdens een postoperatieve controle, ongeveer 4 weken na de operatie. De patiënt moet ervan in kennis worden gesteld dat postoperatieve vaginale afscheiding te verwachten is en dat de VSD iets ontlaag kan komen. Wanneer de patiënt merkt dat de VSD ontlaag gekomen is, kan zij deze voorzichtig omhoog duwen tot in een meer comfortabele positie. Wanneer echter de VSD aanzienlijk ongemak veroorzaakt, dient de patiënt te worden geadviseerd contact op te nemen met haar arts.

Na ontslag uit het ziekenhuis moet de patiënt worden geïnstrueerd gedurende 3 tot 4 weken zwaarwoende lichamelijke activiteiten te vermijden. Na die periode zullen de belastbeweefsels zich met het meshimplantaat hebben verweven en kan de patiënt de normale dagelijkse activiteiten hervatten. De patiënt moet worden geadviseerd zich gedurende ten minste 4 weken na de operatie te onthouden van seksuele gemeenschap. Op elk moment na de operatie kunnen bekkenbodemoefeningen aanbevolen worden.

**WERKINGSEIGENSCHAPPEN**

Onderzoek bij proefdieren toont aan dat implantatie van een GYNECARE GYNEMESH PS een minimale tot lichte ontstekingsreactie opwekt, die vna voorbijgaande aard is en wordt gevolgd door afzetting van een dun laagje bindweefsel dat door de openingen in de mesh kan groeien, zodat de mesh in het naastliggende weefsel wordt opgenomen. De mesh blijft zacht en buigzaam en de normale wondgenezing wordt niet meekbaar belemmerd. Het materiaal wordt niet geresorbeerd en is evenmin onderhevig aan afbreking of verzwakking door de werking van weefselenzymen.

**CONTRA-INDICATIES**

- Als GYNECARE GYNEMESH PS wordt gebruikt bij patiënten, kinderen, zwangere vrouwen of vrouwen die in de toekomst nog zwanger willen worden, moet de chirurg zich ervan bewust zijn dat de mesh niet noemenswaardig zal meerrekken bij groei van de patiënt.

- Het gebruik van het GYNECARE PROSIMA system mag niet worden uitgevoerd als er sprake is van zwangerschap, etervormende infecties of kanker van de vagina, cervix of uterus.

**WAARSCHUWINGEN EN VOORZORGSMAATREGELEN**

- Gebruikers dienen vertrouwd zijn met de chirurgische procedures en technieken samenhangend met reconstructie van de bekkenbodem en met niet-resorbeerbare meshes voordat GYNECARE PROSIMA systems worden gebruikt.

- Het gebruik van het GYNECARE PROSIMA system is niet volledig geëvalueerd voor patiënten met bekkenorgaanprolaps in stadium IV. Gebruik bij deze patiënten wordt daarom afgeraden.

- Voor procedures met het GYNECARE PROSIMA system moeten aanvaarde chirurgische methoden worden toegepast, evenals voor de behandeling van geïnfecteerde of verontreinigde wonden.

- Gebruik het GYNECARE PROSIMA system niet indien er verdenking bestaat van infectie of besmetting van het te behandelen gebied. Als het meshimplantaat en/of de VSD/balloonset worden gebruikt in besmette gebieden, moet u er rekening mee houden dat bij een eventuele infectie verwijdering noodzakelijk kan zijn.

- De patiënt moet worden geadviseerd gedurende 3 à 4 weken na de operatie geen zware voorwerpen te tillen en/of andere lichamelijke inspanningen te verrichten (b.v. fietsen of joggen), en zich 6 weken te onthouden van seksuele gemeenschap, of totdat de arts het verantwoord acht dat de patiënt haar normale activiteiten hervat.

- Laat de VSD niet langer dan 4 weken in de vagina.

- Laat de ballon niet langer dan 1 dag in de vagina.

- De componenten van het GYNECARE PROSIMA system zijn niet bedoeld voor gebruik in combinatie met andere hulpmiddelen dan de ir deze bijsluiter vermelde hulpmiddelen.

- Vermijd dat er tijdens de plaatsing overmatige druk- of trekspanning op het meshimplantaat wordt uitgeoefend.

- Gebruik GYNECARE PROSIMA systems voorzichtig en houd rekening met de anatomische kenmerken van de patiënt, zodat beschadiging van bloedvaten, zenuwen, blaas, darmen en perforatie van de vaginawand worden vermeden. Een correct gebruik van de componenten van het GYNECARE PROSIMA system minimaliseert de risico's.

- Vul de ballon uitsluitend met omgevingslucht.

- Bevestig door middel van palpatie na het vullen dat de ballon niet lekt. De effectiviteit van de ballon wordt beperkt door volledige ontluchting.

- De ballonwand is dun, zodat de gewenste eigenschappen van de ballon worden gerealiseerd. Door lekken, snoden, knepjes, kreukeling of overspanning van de ballon kan vulvolume verloren gaan. De ballon kan gemakkelijk worden geperforeerd door naaldeen of scalpels, of geschrapt door manipulatie met stompe instrumenten. Ga bij het hanteren van de ballon voorzichtig te werk om dergelijke beschadigingen te voorkomen. Een beschadigde ballon mag niet worden gebruikt. Verwijder de ballon in zo'n geval en tamponneer de vagina met een gazen kompres.

- De ballon kan maximaal 90 ml bevatten. Overvul de ballon niet. Overmatige vulling van de ballon kan de patiënt ongemak opleveren, kan oorzaak zijn van weefselnecrose, postoperatieve scheuring van de vaginawand en kan het ontluchten van de ballon verhinderen.

- Gebruik GYNECARE PROSIMA systems niet bij patiënten die met anticoagulantia worden behandeld.

- Er kan postoperatieve bleeding optreden. Controleer of hiervan symptomen of indicaties waarneembaar zijn voordat de patiënt uit het ziekenhuis wordt ontslagen.

- De patiënt moet worden geïnstrueerd, onmiddellijk met de chirurg contact op te nemen als er sprake is van ongewone pijn, bloeding of andere problemen.

- Hoeveel de kans op blaasletsel bij deze techniek gering is, wordt geadviseerd cystoscopie uit te voeren.

- Hoeveel de kans op rectaal letsel bij deze techniek gering is, dient digitaal rectaal onderzoek te worden uitgevoerd.

- Bevestig het GYNECARE GYNEMESH PS meshimplantaat niet met behulp van staples, clips of klemmetjes, aangezien het implantaat daardoor mechanische schade kan oplopen.

- Het meshimplantaat mag zich niet in het onderste eenderde deel van de vagina bevinden. Knip het meshimplantaat zo nodig bij tot het overgangspunt tussen het onderste en het middelste eenderde deel van de vaginawand.

- Al naar gelang de gebruikelijke praktijkmethoden van de chirurg kunnen profylactische antibiotica worden toegediend.

**BIJWERKINGEN**

- Mogelijke ongewenste reacties zijn de bij chirurgisch implanteerbare materialen gangbare reacties, zoals verhoogde infectiekans, ontsteking, vorming van adhesies, vorming van fistels, erosie, uitstoting van het implantaat en contractie van het implantaat als gevolg van littekenvorming.

- Ook kunnen de bij reparatie van bekkenorgaanprolaps gangbare reacties voorkomen, zoals pijn bij geslachtsgemeenschap en bekkenpijn. Deze klachten verdwijnen vaak na verloop van tijd vanzelf.

- Tijdens het dissecteren of het plaatsen van het meshimplantaat kunnen zich lesies of lacératies of andere letsels van bloedvaten, zenuwen, blaas, urethra of darmen voordoen. Dit vergt mogelijk operatieve reparatie.

- Bij het dissecteren voor bekkenbodemreparatieprocedures bestaat de kans op verlechtering van de normale mictie gedurende een periode die in lengte kan variëren.

**STERILITEIT**

De GYNECARE PROSIMA systemen zijn met ethyleenoxide gesteriliseerd. Steriliseer elementen van het GYNECARE PROSIMA system NOOIT OPNIEUW. Elementen van het GYNECARE PROSIMA system mogen NIET WORDEN HERGEBRUIKT. Opnieuw gebruiken van dit instrument (of onderdelen hiervan) kan een risico van productafbraak en kruisbesmetting veroorzaken, hetgeen kan leiden tot overdracht van bloed-overdraagbare pathogenen aan patiënten en gebruikers. Niet gebruiken als de verpakking beschadigd of geopend is. Werp onderdelen van het GYNECARE PROSIMA system waarvan de verpakking geopend is altijd weg, ook als het instrument niet is gebruikt.

**AFVOEREN**

Voer de componenten en verpakkingsmaterialen van het GYNECARE PROSIMA system af volgens de in uw instelling geldende beleidslijnen en procedures met betrekking tot biologisch gevaarlijk materiaal en afval.

**OPSLAG**

Aanbevolen opslagomstandigheden: regelbare kamertemperatuur en relatieve luchtvochtigheid (temperatuur ca. 25 °C, relatieve luchtvochtigheid 60 %), op veilige afstand van vocht en directe hitte. Gebruik het system niet na de uiterste gebruiksdatum.

**Op etiketten en in productdocumentatie gebruikte symbolen**



21



Gynecare
PROSIMA™

Anteriorisen lantionpohjan korjausjärjestelmä
Posteriorisen lantionpohjan korjausjärjestelmä
Yhdistetty lantionpohjan korjausjärjestelmä

SUOMI

**Lue kaikki ohjeet huolellisesti.**

Ohjeiden laiminlyönti saattaa johtaa laitteiden virheelliseen toimintaan ja potilasvahinkoon.

*HUOMIO:* Yhdysvaltain lain mukaan tämän tuotteen saa myydä ainoastaan lääkäri tai lääkärin määräyksestä.

Lantionpohjan GYNECARE PROSIMA™ -korjausjärjestelmän käyttöön tutustuminen on suositeltua ja koulutusta tähän tarkoitukseen on järjestettävissä. Lisätietoja koulutusohjelmasta saa yhtiön myyntiedustajalta.

**KÄYTTÖTARKOITUS**

Lantionpohjan GYNECARE PROSIMA™ -korjausjärjestelmät ja niiden kanssa käytettävät resorboitumattomat GYNECARE GYNEMESH™ PS Soft, kudn PROLENE™ -verkkoimplantit on tarkoitettu käytettäviksi kudoksen vahvistamiseen ja pitkäaikaiseen lantionpohjan sidekudosrakenteiden stabiloitiin joko mekaanisena tukena tai fyskiofekeliin tukimateriaalina. Järjestelmät mahdollistavat emätinkanavan tukemisen parantumisprosessin aikana emättimen seinämän lasheman kirurgisen korjaustoimenpiteen jälkeen tukien samalla verkkoimplanttien sijaintikohtaa.

**KUVAUS**

Anteriorinen, posteriorinen ja yhdistetty lantionpohjan GYNECARE PROSIMA -korjausjärjestelmä koostuu valmiiksi leikatuista GYNECARE GYNEMESH PS -verkkoimplantista ja instrumenteista, jotka helpottavat verkkoimplantin asettamista ja leikkauskesujälkeistä tukemista (kuva 1). Seuraavassa taulukossa on yhteenveto eri järjestelmien mukana toimitettavista komponenteista.

| LANTION-POHJAN KORJAUSJÄR-JESTELMÄ | YDINKOMPONENTIT (kuva 1) | | | | |
|---|---|---|---|---|---|
| | Verkkoimplantti asettamava (A) | Emätintuki - Palloukaangane (B ja C) | Anteriorinen sisäänviejä (D) | Posteriorinen sisäänviejä (E) | Ruiska (F) |
| Anteriorinen | 1 | 1 | 1 | | 1 |
| Posteriorinen | 1 | 1 | | 1 | 1 |
| Yhdistetty | 1 | 1 | 1 | 1 | 1 |

Taulukko 1 – Lantionpohjan GYNECARE PROSIMA -korjausjärjestelmän komponentit

**GYNECARE GYNEMESH PS**

GYNECARE GYNEMESH PS -verkko on valmistettu punkteilaista polypropyleenimuunekudoksesta, joka on koostumukseltaan samanlainen kuin resorboitumattomat kirurgiset PROLENE™ -polypropyleenimonuneet. (ETHICON, INC.). Tämän materiaalin ei ole todettu synnyttäneen allergisiä aiheuttavan kudosreaktioita ja se pysyy kliinisesti käytössä pysyvästi muuttumattomana. Verkko on erittäin vahva, kestävä ja kirurgiseti monikäyttöinen, ja se on sittavän huokoinen uudiskasvulle. Verkkoon on lisätty sinistä, yksikäiteisiä PROLENE-kuituja kontrastiaineidoksen aikaansaamiseksi. Verkko on valmistettu läpimistätaan redusoidusta yksikäiteisistä kuduista ja kudostu ainoastaan ja menetelmällä verkaisi, joka on noin 50 prosenttia joustavampi kuin normaali PROLENE™ -propyleeniverkko. Verkko on kudoksi menetelmällä, joka liittää yhteen jokaisen silloven haaran, minkä ansiota se joustaa molempiin suuntiin. Tämän ankeriseen ansiosta verkkaa voidaan leikata mistä tahansa muotoiseksi tai lokaleiksi sen ripasantumatta. Molempiin suuntiin joustavuuden ansiota verkko sopeutuu monille erityyppisiin kehon rasituksiin.

**Verkkoimplantti**

Verkkoimplantti on valmistettu GYNECARE GYNEMESH PS -verkkomateriaalista. Verkkoimplantti on leikattu valmiiksi Y-kirjaimen muotoiseksi anteriorisen, posteriorisen ja/tai aplikaatision emätindefektien korjaamista varten. Katso kuvaa 2. Verkkoimplantissa on kaksi naukaa ja keskimurko. Verkkoimplantin proksimalisessa päässä on kärkileikke, josta se voidaan kiinnittää ommeljäraalla verkon liikkumisen mini mimaoineksi nauhojen sijoittamisen aikana. Distaalapäässä on distaalinen, mikä helpottaa verkkoimplantin kahdistamista. Verkkoimplantin nauhoissa on taskut sisäänviejää varten. Verkkoimplantti on valmiina asettimessaa, joka koostuu pinnoittamattomasta Tyvek®-materiaalista ja läpinäkyvästä muovikalvosta ja josta verkkoimplantti on helppo ottaa pois.

**Anteriorinen sisäänviejä**

Anteriorinen sisäänviejä on potilaskohtainen instrumentti, joka on tarkoitettu helpottamaan verkkoimplantin nauhojen sisäänviennitä anteriorisiin dissektioluihin kudoskanavin. *HUOMAUTUS: Anteriorista sisäänviejää ei ole tarkoitettu kudoksen dissektioimiin.* Anteriorinen sisäänviejä on yhteenviepävä verkkoimplantin taskujen kanssa ja sen avulla nauhat voidaan sijoittaa anteriorisesti potilaan kummallekin puolelle. Katso kuvia 3 ja 4.

**Posteriorinen sisäänviejä**

Posteriorinen sisäänviejä on potilaskohtainen instrumentti, joka on tarkoitettu helpottamaan verkkoimplantin nauhojen sisäänviennitä posteriorisiin dissektiontiin kudoskanavin. *HUOMAUTUS: Posteriorista sisäänviejää ei ole tarkoitettu kudoksen dissektioimiin.* Valourallinen reväivikelpiin kiinnitetään posteriorinen sisäänviejän sisäännenino stabiloinin hallsemiseksi. Posteriorinen sisäänviejä on yhteenviepävä verkkoimplantin taskujen kanssa ja sen avulla nauhat voidaan sijoittaa posteriorisesti potilaan kummallekin puolelle. Katso kuvaa 5.

**Emätintuki**

Emätintuki on potilaskohtainen laite, joka on tarkoitettu tukemaan emätinkudossia kirurgisen verkon asettamisen ja emätinvillojen sulkemisen jälkeen. Emätintuen kärki on sen levein osa ja sitä voidaan linkata. Kun pallo on mibistettu, emätintuen kosoa voidaan säätää potilaan koon mukaan leikkausnaulla määrätyt kärkisoat pois. Emätintuki sisältää paikalleen emättimen ylempään kolmanneksen 3–4-vikoo ajaksi ja poistetaan sen jälkeen potilaasta. Katso kuvaa 6.

**Pallo**

Pallo on potilaskohtainen laite, joka on tarkoitettu korvaamaan leikkaukensjälkeisen emättimen pumpuilpakkausmateriaali. Pallon tilavuutta voidaan säätää emätinkanavan täyttämiseksi ja emätinseinämin lähentämiseksi verkkoimplanttiin.

Pallo toimetetaan valmiiksi emättimään kiinnitettynä. Kuvassa 7 esitetään tyhjennetty pallo ilman siihen kiinnitettyä emätintukea. Pallo voidaan jättää paikalleen enintään yhdeksi vuorokaudeksi.

**Ruiska**

Pallon käyttöä varten pakkaukseen mukana toimitetaan 50 ml:n ruisku.

**OSA 1: TOIMENPIDEPERIAATTEET GYNECARE PROSIMA -JÄRJESTELMÄÄ KÄYTETTÄESSÄ**

Lantionpohjan korjaustoimenpiteessä, jossa käytetään GYNECARE PROSIMA -järjestelmää, pyritään korjaamaan lantionenliinen lasketuna anatomiseinsti ohien, pysyvästi ja stantávduksa meenterial käyttein. Saksaman sijaintikohdasta ja kirurgin meneteinistä riippuen korjaus voidaan tehdä joko anteriorisesta ja/tai posteriorisesta puolelta. Kohdunpoisto tai kohdun säilyttäminen voidaan suorittaa samanaikaisesti toimenpiteessä, jossa käytetään GYNECARE PROSIMA -järjestelmää. Jos indikoitu, poreistoivaottimiessin penneelisen korjaus tai virtsaputkemlaskuun tukirauhan asettaminen voidaan suorittaa samanaikaisesti GYNECARE PROSIMA -järjestelmä käytettäessä). Käypyisn tasske tai peittäjäihaksen poikki virtsaputkon alapuolelle sijoitettavan tukinauhaa voidaan käyttää.

Laskeuma korjataan sijoittamalla yksi tai kaksi verkkoimplanttia emättimen kautta. Kirurgisen toimenpiteen jälkeen emätintuki ja täytettävä pallo sijoitetaan emättimään koon miitamista varten ja emätintuki ommellaan paikalleen, jolloin se tukee emätintä ja verkkoimplanttia kudoksen sisäänkasvun aikana. Kun pallo on täytetty, se korvaa perinteisen pumpuilmaterialin täyttämällä emätinseinän ja lähentämällä verkkoimplantin emättimeen. Toimenpiteen jälkeinen pänivä pallo tyhjennetään ja poistetaan emättimesta emätinteksestä tmotamatta. Emätintuki jätetään paikalleen enintään 4 vikoksi toimenpiteen jälkeen, jona aikana kudos kasvaa sisään verkkoimplanttiin.

**OSA 2: GYNECARE PROSIMA -JÄRJESTELMÄN MENETELMÄLLÄ**

Poistaessn kirurgisen lantionenliinen laskeuman sinjoittamien jälkeen korjattu kudos altistuu vatsaonteinnissivällä paineeille pohjaan kiiksuvasa, yskiesäsä, oicettaissa ja suoliston tyhjmeksen aikana ponnitatskken yhteydessä. Vatsaonteinnissäsäon paineen noosut voitat haitata paranemisprosessia ja johtaa kirurgisen toimenpiteen epäonnistumiseen ja laskeuman uudelleenesiintymiseen. Vahvistamalla emättimen korjaustoimenpidettä verkkoimplantilla ja tukemalla emätintä emätintuella 3–4 vikon ajan toimenpiteen jälkeen, GYNECARE PROSIMA -järjestelmä vähentää kirurgisen toimenpiteen epäonnistumisen mahdollisuutta ja laskeuman uudelleenesiintymistä.

Anteriorisessa emätinkorjaustoimenpiteessä verkkoimplantin rusko sijoitetaan sitä kiristämällä virtsarakon ja emättimen ylömmän kolmanneksen välin niin, että se ulottu lateralisesti iandoksolavan jännoekareen tasolle. Posteriorisessa emätinkorjaustoimenpiteessä verkkoimplantin rusko sijoitetaan sitä kiristämällä peräsuolen ja emättimen ylömmän kolmanneksen väliin niin, että se sopii lateraalisesti peräsakon kohottajalihaksen päälle. Verkkoimplantin mangen kärköseen on tarkoitus ulottua emättimen kärkeen. Anteriorisesti verkkoimplantti voidaan kiinnittää esivsakaleiseen kudokseen tai kohdunkaulaan. Posteriorisesti verkkoimplantti voidaan kiinnittää esikrelisakateen kudokseen tai kohdunkaulaan.

Emätintuki tukee emätinkorjaustoimenpitessä verkkoimplantin ruskoa sisältä ja estää emätinkudoksen lähentymistä verkkoimplantin, kunnes kudoksen sisäänkasvu alkaa. Kudoksen sisäänkasvu verkkoimplantin tapahtuu 3–4 vikon aikana toimenpiteestä. GYNECARE PROSIMA -järjestelmä käytettäessä eli emätintä tarvitse dissektoida tanto-onteloon ulkopuolella ja eikä ommeltaimetta ja instrumenttuja voida sitäin peittäjäilhaksen johon ja risttlu-verkkkaraskeen kautta, mikä yksinkertaistaa kirurgista toimenpidettä.

**Kohdunpoisto**

Kirurgi päättää, onko potilaalta poistettava kohtu samanaikaisesti toimenpiteen aikana. Kun kohtu poistetaan, peräsuoli-kohtasyvännen sulkeminsta suositellaan, sillä verkkoimplantti ei pääse kokksetuvan sisäään kanssa. "T"-viitoilukermista on viitettiviä, sillä se lisää viekeon esitmuksen riskiä. Jos kohdunpoisto tehdään samanaikaisesti joko anteriorisen ja/tai posteriorisen korjaustoimenpiteen yhteydessä, kohdunpoisto avasvellta on suljettava ennin poikittain ja sitten korjausviollot on teftäivä niin, että ne eivät luoktea aninetmen sijoittäivät koraisan verkkoimplantilla päälle.

**Kohdun säilyttäminen**

GYNECARE PROSIMA -järjestelmä sopii käytettäväksi tilanteissa, joissa kirurgi tai potilas on päättänyt, että kohtua ei poisteta.

**Emätinviillot**

Emätinvillot GYNECARE PROSIMA -järjestelmää käytettäessä ovat samat kuin kirurgien käyttämät avusvellöt tavallisessa emättimen korjaustoimenpiteissä. Villot on tehtävä niin kuin emättimen seinämin syvyydeltä verkon suojaamiseksi.

**Verkkoimplantin sijoittaminen**

Emätintuki pitää verkkoimplantteja paikallaan kudoksen sisäänkasvun aikana. Tästä syystä verkkoimplantin nauhaja ei tarvitse kiinnittää paikalleen. Verkkoimplantin kiäkksa voidaan kiinnittää sidekudoskahuun emättimen kärjen keskilinjalta ompeleella, esim. 2-0 MONOCRYL™ (poligklaporti 25) tai pinnoitettu 2-0 Coated VICRYL™ (polyglaktin 910). Emättimen epiteellä ei saa ommella kliinisi verkkoimplanttiin.

**Emättimen suojaaminen**

Liiallisa emättimen epiteelin poistamista tai leikkaamista on vältettävä. Kudoksen vetäytymistä voi tapahtua toimenpiteen jälkeen ja leikkausryat emättimen kapasiteetti voi olla haitallista, mikäli liian paljon emättimen epiteelia on poistettu.

**Emättimen kolme tasoa**

Emätinkorjaustoimenpiteessä on kolme eri tukitasoa. GYNECARE PROSIMA -järjestelmä on tarkoitettu käytettäväksi tasojen I ja II tukitoimenpiteiden seuraavasti:

**Taso I – Suspensia ja tuki** (emättimen sisempi kolmannes)
Emättimen sisempää kolmanneta (mukaan lukien pohjuuka kohdunpoiston jälkeen) ja kohtua tukee kaksi mekanismia. Ensik kirurgia on emätimen yläosaan tukevat kohdun vieruskudos (kardinaali- ja risttiluu-kohtasteet) ja emätinmeniivien kanki. Kun kohtuut toiminaillil kiinnittää verkkoimplantin emättimen kärjen keskilinjalta ompeleella, eksin. 2-0 MONOCRYL™ (poligklaporti 25) tai pinnoitettu 2-0 COSTEd VICRYL™ (polyglaktin 910). Emättimen epiteella ei saa ommella kliinisi verkkoimplanttiin. sidekudoksilvusta, suoli-risttiluuvolvistä ja lateralisivsta ristliuusta ja lähentäivät emättimen sisenpin lateralisssen kolmanneksen sesi kohdunkaulan posterio-lateraliselle puolelle. Toisualta kohtua ja emättimen sisempää osaa

23

Sulje emätinviiltto ilman limittäisiä tai kahdeksikko-ompeleita. Tämä estää emätinepiteelin deeskalarisaatiota villokohdassa ja vähentää verkon eroosiota. Suosittelemme epiteelin sulkemista kahdessa kerroksessa sulkotellen vaihtuvi onmielinnin alkaansaamiseksi emätinviillossa. Sulje alempi keros jatkuvalla opiteolinnalaisilla al-limittäisillä ompeleilla käyttäen esim. 2-0 MONOCRYL- tai antihaikereistä 2-0 MONOCRYL Plus -ommelaineella. Sulje epiteoli sitten ei-limittäisillä jatkuvilla pisto-ompeleilla käyttäen esim. pinnoitettua 2-0 Coated VICRYL- tai pinnoitettua 2-0 Coated VICRYL Plus -ommelaineta. **Verkkoimplantti sijoitetaan emättimen sisempään osaan, eikä verkkoimplanttia saa leikata sisemmän kolmanneksen alapuolelta.** Toimenpiteen jälkeen on suoritettava tuseraus rektaalivaurioiden poissulkemiseksi.

Vaihtoehtoisesti emättimen seinämä voidaan sulkea yhtenä kerroksena. Sulkutoimenpiteessä voidaan käyttää ei-limittäisiä pisto-ompeleita tai yksittäisiä ompeleita esim. pinnoitettua 2-0 Coated VICRYL- tai pinnoitettua 2-0 Coated VICRYL Plus -ommelainetta.

### Yhdistetty anteriorinen ja posteriorinen emättimen korjaustoimenpide

Kun emättimeen seinämää on tuettava sekä anteriorisella että posteriorisella puolelta, käytetään yhdistettyä lantionpohjan GYNECARE PROSIMA -korjausjärjestelmää. Tähän kuuluu kaksi identtistä verkkoimplanttia, yksi anteriorista korjausta ja toinen posteriorista korjausta varten. Käytä ainoastaan kaarevaa anteriorista sisäänviejää anteriorisen puolen korjaukseen ja ainoastaan suoraa posteriorista sisäänviejää posteriorisen korjaukseen. Suorita anteriorinen ja posteriorinen emättimen korjaustoimenpide yllä kuvatulla tavalla. Suosittelemme, että anteriorinen toimenpide suoritetaan ensin. Verkkoimplantin lopullinen sijainti anteriorisella ja posteriorisella puolella outestaan kuvassa 10. Kun toimenpide on suoritettu, kysteskopipa suositellaan virtsatien vaurioiden poissulkemiseksi. Tuseraus on suoritettava rektaalivaurioiden poissulkemiseksi.

### GYNECARE PROSIMA -järjestelmän käyttö, kun kohtua ei poisteta (kohdun ripustus)

Jos laskeuman sisältävällä kohtua ei poisteta, verkkoimplantin kärkikiekke kiinnitetään kohdunkaulaan. Verkkoimplantti kiinnitetään kohdunkaulaan häpy/iai-kohdunkaulan renkaan tasolla anteriorisesti tai posteriorisen emättimen korjaustoimenpiteen aikana.

Kun kohtua ei poisteta anteriorisen emätinkorjaustoimenpiteen aikana, häpy/iai-kohdunkaulan rengas oiretaan esiin anteriorisen emättimen dissektion aikana. Sijoita 2-0 PROLENE -ommel tukevästi kiinni häpy/iai-kohdunkaulan renkaan anteriorisetle puolelle. Sama ommel kiinnitetään verkkoimplantin kärkikiekkeen läpi. Kielelloen PROLENE-ommel sidotaan sen jälkeen, kun verkkoimplantin navhat ovat paikoillaan. Tämä kiinnittää verkkoimplantin kohdunkaulan anterioriselle pinnalle häpy/iai-kohdunkaulan renkaan tasolla ja varmistaa, että verkkoimplantti laajenee emättimen karissa, kun emättimeto on sijoitettu asianmukaisesti.

Kiinnitä posteriorisessa korjaustoimenpiteessä verkkoimplantti posteriorisen kohdunkaulan tasolla anteriorista laskeuman tasolle tai yläpuolelle. Peräisoili kohtusyövävne voidaan avata, kun verkkoimplanttia kiinnitetään kohdunkaulaan. Sulje vatsakalvo tämän ompeleen yläpuolelta sen estämiseksi, että suoli ei kiinnity verkkoimplanttiin. Jos kirurgi päättää avata vatsaonntaa peräisoili-kohtasyövästä, häpy/iai-kohdunkaulan rengas tulee esiin posteriorisen emätindissektion aikana. 2-0 PROLENE -ommel sijoitetaan tukevästi kiinni häpy/iai-kohdunkaulan renkaan posterioriselle puolelle. Sama ommel kiinnitetään verkkoimplantin kärkikiekkeen läpi. PROLENE-ommel sidotaan sen jälkeen, kun verkkoimplantin navhat ovat paikoillaan. Tämä kiinnittää verkkoimplantin kohdunkaulan posterioriselle pinnalle häpy/iai-kohdunkaulan renkaan tasolla.

Kun verkkoimplanttoja käytetään sekä anteriorisen että posteriorisen emätinkorjaustoimenpiteeseen, ne on kiinnitettävä kohdunkaulan anterioriseen ja posterioriselle puolelle yllä kuvarun mukaisesti (kuva 11).

### Verkkoimplantin hygienia

Huolehde emätinviilloja kirurgisen toimenpiteen aikana kelttoisoollisuksella. Minimoi verkoimplantin käsittely ja huolehdi asianmukaisesta hygieniasta.

### Emätinlaen ja pallon sijoittaminen

Kun toimenpide on suoritettu, sijoita emättimeen oikeankokoinen emätinikaki ja pallo, ja ompele ne pakalleen tmoarisen estämiseksi. Emättiniaeta on saatavana kolme eri kokoa (pieni, keskikoukoinen ja suuri) ja kirurgi voi räätälöidä sen potilaan emättimen pituuden mukaan seuraavasti.

*Emättimen sovittaminen ja leikkaaminen*

Emättimäki toimitetaan suurimmassa mahdollisessa koossa. Potilaalle sopivankokoinen emätintaki mitataan käyttämällä emätintukea itsoäin koon arvioiminen. Suurikokoinen emätintaki sijoitetaan emättimeen laajennetun kärjen ja emättimen ulkouokon värin. Emätintaki viedään emättimeen tarttumalla sen kevenpään kohtaan ja taivuttamalla se pituussuntaan niin, että pallo osoittaa ylöspäin (kuva 12). Emättimeen leveä osa viedään sisään ensin niin, että ovmelriät sijoittuvat juuri emättimen ulkouokon yläpuolelle. *HUOMAUTUS: Palloa ei saa irrottaa tai vaurioittaa emättimen koon mittaamisen aikana.* Emätintaki on oikeankokoinen, kun se sopii kunnolla laajennetun emättimen sisempään kolmannekseen niin, että distaalipaä ja ommelreidt ovat 1 cm emättimen ulkouokon yläpuolella (kuva 13).

Jos suuri koko sopii, emätintukea ei tarvitse leikata. Jos potilaalla käytetään keskikokoa, yläosa poistetaan varovasti leikkaamalla käyttäen ainoastaan kaarevisa Mayo-saksien leikä ja leikkaamalla yläosa pienistä osina varmistaen samalla, että leikkaspureuna on tasainen. Leikkaaolaoelle jäävän materiaalin määrää on minimoitava huolellisesti. *HUOMAUTUS: Emätintaki on mitoitettava erittäin huolellisesti. Kun emätintaki on leikattu, sitä ei voi palauttaa suuremmaan kokoiseksi eikä leikattuja osia kiinnittää uudelleen.* Sääritä pallo poiste leikkaamiseen ajaksi sen vaurioitumisen estämiseksi.

Jos keskikoko on sopiva, emätintukea ei tarvitse leikata. Jos potilaalla on pieni koko, poistetaan varovasti leikkaamalla osa pojteisn ylpat anneuttojen ohjeiden mukaisesti. Sääritä pallo pois tästä leikkaamisen ajaksi sen vaurioitumisen estämiseksi.

Kun emätintaki on mitoitettu oikein ja pallo siirretty takaisin paikalleen, kokoonpano voidaan viedä sisään potilaan emättimeen. *HUOMAUTUS: Pallon perforaation minimoimiseksi mitätön lastrumentteja ei saa käyttää apuna avustamaan emätintuen tai pallon sisäänvientiä.* Jos pallo vaurioituu, poista se emätintaista ja käytä puurpulmainel-aalla emätintotelon täyttämiseen.

Kun kokoonpano on sijoitettu asianmukaisesti potilaan laajennetun emättimen sisempään kolmanneksen, kiinnitä emätintaki pakalleen yhdellä ompeleella kummankin ommelreiän läpi posteriorisen emättimen seinämän epiteeliin, lateraalisesti ja emättimen ulkouokon yläpuolelle molemmille puolille kuvan 14 mukaan Kio 4.00 ja 8.00:n kohdalle. Sido oikean- ja vasemmanpuoleiset ompeleet vuorollaan kiinni emätintakeaan tukevasti pakalleen emättimessä. *HUOMAUTUS: Palloa ei saa puhkaista, kun emätintukea ommellaan kiinni pakalleen.* Kiinnittämisen suoslitellaan pinnoitettua 2-0 Coated VICRYL -ommelainetta tai vastaavaa resorbutuvaa ommelainetta.

*Pallon täyttäminen*

Kun emätintaki on ommeltu pakalleen, lukitse pakkaukseen mukana tulefulla ruiskulla ja täytä pakkaukseen mitätön 50 ml:n ruiska pallon kääntäniällä. *HUOMAUTUS: Katetroi potilas virtsan kertymisen välttämiseksi emätintuen sijoittamisen jälkeen.* Täytä ruiskaa ensin pienellä määrällä huonellmaa (kuva 16) ja palpoi sitten palloa koko mitätomsitn sen varmistamiseksi, että pallo on aktivoitunut ja sijaitsee emättimessä koko esialvopen pituuselta. Kun aktivoinnit on varmistettu, poista sormi ja jatka pallon täyttämistä, kunnes ainoastaan sormenpää sopii huonolla emättimen aukkoon emätintoon ja emättimen seinämän väliisään. Emätintukea on stabiloitava palloa täytettäessä. Täytetty pallo kiinnittää verkkoimplantin emättimen seinämään. Pallon täytölön vaadittava ilmanäärä riippuu potilaasta. *HUOMAUTUS: Pallon enimmäistäytötlavuus on 90 ml.* Kun pallo on ntätävän täysi, irrota ruisku venttiilistä sitä kääntämällä.

Pallon täytöntovon on tuliena ulos emätintiesita ja se on kiinnitettävä potilaan reiteen. Korki on kiinnitettävä pallon venttiliin ja varmistetava, että pallossa ylipdeetelan määrittettyä ilmarnilavuutta (kuva 7). *HUOMAUTUS: Älä kiristä korkkia liikaa.* Tarviltaessa pallot voidaan sääritä myöhemmin käyttäen vakioimallista ruiskua pallon sisällä oleran ilmamäärän lisäämiseksi tai vähentämiseksi. Pallon voidaan palpoida milloin tahanaa tai varmistaa visuaalisesti, että siinä on riittävää ilmaa. *HUOMAUTUS: Kun potilas lähtuu, pallo osettu enmätinontoloon ja voi näyttää, että sen paine neasee tai laskee. Tämä on normaalia.*

*HUOMAUTUS: Palloa ei saa irrottaa emätintuesta onnen käyttöä.*

*HUOMAUTUS: Palloa ei saa täyttää ennen sen sisäänvientiä emättimeen.*

*HUOMAUTUS: Jos pallon täyttämisen jälkeen emätintuen ommelreidt ovat siirtyneet yli 1 cm emättimen ulkouokon yläpuolelle tai jos ommelreidt ovat liian kireällä, pallon painetta on laskettava ja emätintaki tarvittaessa sijoitettava tai mitoitettava uudelleen.*

*HUOMAUTUS: Jos pallossa näkyy reikiä tai jos vuoto on havaittu tai pallo ei pysy täytytynä sen täyttämisen jälkeen, pallou EI SAA käyttää. Pallo on poistettava emätintuesta ja häivitettävä asianmukaisesti. Käytä vakioimallista pumpulipakkausmateriaalia pallon sijasta.*

*HUOMAUTUS: Jos pallon liitin irtoaa emätintuesta, se on tyäisnettävä takaisin pakalleen.*

*HUOMAUTUS: Pallon täyttämiseen ei saa käyttää nestettä.*

*HUOMAUTUS: Pallon täyttäniesa ei saa kiinnittää emättimeen.*

*HUOMAUTUS: Vaurioiden estämiseksi täytettämättua ei saa taivuttaa liikaa, kiristää tai väntää.*

### Pallon poistaminen emätintuesta

Tyhjennä pallo kokonaan ja poista se potilaasta vakioimallista ruiskua käyttäen vuorokauden kuluttua. Jiti emätintaki pakalleen. *HUOMAUTUS: Palloa ei saa jättää emättimeen vuorokautta pidemmäksi ajaksi.*

1) Irrota pallon venttiilin korkki.

2) Kiinnitä vakioimallinen 50 ml:n (tai suurempi) ruisku pallon venttiliin ja tyhjennä pallo kokonaan (kuva 17). On tärkeää, että pallo tyhjennetään kokonaan ennen kun sitä yritetään poistaa emättimessä. *HUOMAUTUS: Kokonaan tyhjennetty pallo aiheuttaa sen, että pallon naupt menevät vetäytyy sisään ilman poistamisen jälkeen.*

3) Poista ruisku.

4) Pallo voidaan nyt irrottaa emätintuesta poistaa potilaasta vetämällä sitä varovasti kaudaalisuuntaan suuntaan täyttölevusta pallon litteneen läheltä ja pitäämllä samalla varovasti sormella kiinni emättimen distaaliploästä. Katso kuvaa 18.

*HUOMAUTUS: Palloa ei saa vetää pois, ellei se ole kokonaan tyhjä eikä vastusta tunnu. Jos vastusta tunnuu, määrittä vastuksen syy ennen toimenpiteen jatkamista. Pallon sisäänvienin tai poisvetämisen jatkaminen vastusta tunnettaessa voi johtaa emättimen liikkumiseen ja/tai emättinonteton kudosvaurioon. Täydellinen pallon tyhjentyminen varmistetaan kiinnittämällä ruiska uudestaan ja poistamalla kaikki ilmna ennen pallon poistamista.*

### Emätintuen poistaminen potilaasta

Poista emätintaki potilaasta sen jälkeen, kun parantuminen on riittävää, noin 3–4 viikon kuluttua toimenpiteestä. Tähän mennessä resorbutuvat ompeleet ovat mahdollisesti sulaneet tai menettäneet rittävästi vetulujuuttaan ja emätintaki voidaan poistaa helposti ilman ompeleiden aiheuttamaa vastusta. *HUOMAUTUS: Poistamistoimenpiteessä voidaan jautua leikkaamaan molemmat ompeleet. HUOMAUTUS: Emätintukea ei saa jättää emättimeen 4 viikkoa pidempmäksi ajaksi.* Poista kaikki emättimeen kiinnittyompeleet. Irrota emätintaki tomboembollisa lamki-itoella ja häkitä emätintaki lanki voidaan antua.

### Perioperatiivinen hoito

Profylaktissa antibiootihoikärytytä voidaan antaa kirurgin normaalin käytännön mkukaisesti. Antibiooti-hoitoa voidaan jatkaa toimenpiteen jälkeen kirurgin harkinnan mukaan. Profylaktista trombenabbotia hoitoa voidaan antaa.

Kirurgin on kerrottava potilaalle, että emättimeen leikkasiauksn jälkeen neljäksi viikoiksi jätettävän emätintuen tarkoitus on tukea emätintä verkon vozten paranemisprosessin aikana. Potilaalle on kerrottava, että emätintukä poistetaan leikkasaauksjälkeen seuranttakäynnin aikana, noin 3–4 viikkoa leikkauksen jälkeen. Potilaalle on kerrottava, että neljän viikon ajan leikkauksen jälkeen ei esiintyä emätintvootoa ja että liikkua penäie verran alaspäin. Jos potilas tuntee, että emätintaki on liikkunut alaspäin, hän voi tyontää sitä varovasti ylöspäin mukuanpaan avertoon. Jos emätintaki aiheuttaa huomattavaa epämukavuutta, potilaita on pyydettävä ottamaan yhteyttä lääkäriin.

Kun potilas kotiutetaan sairaalasta, häntä on nevotsatava pidättäytymään vaatitusasta rasitkesesta 3–4 viikon ajan. Tämä aikana tarkoitukses kuuvaa sisään verkkoimplantin ja potilas voi alkaa normaalit päivärumstut. Potilasta on nevotsatava välttämään yhdyntää vähintään 6 viikon ajan leikkauksen jälkeen. Lantionpohjan voimistelua voidaan suosittella välttömatit leikkauksen jälkeen.

Elämällä suoretmat koiveet osoittavat, että GYNECARE GYNEMESH PS -verkon asetamimen aiheuttaa minimaalisen tai vähäisen tulehdusreaktion, joka on tilapäistä ja janka jälkeenden olkeä, kuitursrainen kudoskevnu kiireittyy verkkoon ja voi kasvaa verkon rakojen läpi, mikä ylvästää verkon vierein kudosssen. Verkto säilyy pehmeänä ja joostavana, eikä se hattaa näkyvästi normaalia haavan paranemisprosessia. Materiaali ei resorboidu, eikä se myöskään hajao tai heikkene kudosentsyymien vaikutuksella.

### KONTRAINDIKAATIOT

- Kun GYNECARE GYNEMESH PS -verkeoa käytetään vastasynnytyneillä, lapsilla, rakksana olevilla naisilla tai raskautta suunnittelevilla naisilla, kirurgin on otettava huomioon, että verkko veny mehtikäisti potilaan kasvaessa.
- GYNECARE PROSIMA -järjestelmää ei saa käyttää raskaana olevilla naisilla tai potilalla, jolla esiintyy inektiotia tai kohottuneen. kohdunkaulan tai kohotokrn sytöpä.

### VAROITUKSIA JA VAROTOIMIA

- Käytögään on tunnettava lantionpohjan korjaukstä ja resorbutumattoman verkkoa kokevat toimenpiteet ja meneteelmät ennen lantionpohjan GYNECARE PROSIMA -järjestelmän käyttöä.
- GYNECARE PROSIMA -järjestelmän käyttöä ei ole arviotu täysin potilalla, joilla on vaiheen IV lantionelinten laskeuma. Tästä syystä sen käyttöä väätää tässä potilasruhssa.
- Hyväkkyöttyjä leikkausmeneetelmiä on noudatettava GYNECARE PROSIMA -toimenpiteessä ja tulehtuneiden tai kontamlinoituneiden haavojen hoidossa.
- GYNECARE PROSIMA -järjestelmää ei saa käyttää, jos kirurgisen toimenpidealueen epäillään olevan tulehtunut tai kontaminoitunut. Jos verkkoimplanttia tai emätintaki-pallokoonpanoa käytetään kontaminoituneilla alueella, on otettava huomioon että myöhempi infektio voi vaatia sen poistamista.

- Leikkauksen jälkeen potilasta on neuvottava pidättäytymään raskaiden esineiden nostamisesta ja/tai liikunnasta (esim. pyöräily, hölkkä) 3–4 viikon ajan, sekä pidättäytymään yhdynnästä 6 viikon ajan, tai kunnes lääkäri päättää muloin; potilas voi palata normaaleihin toimintoihin.

- Emätintukea ei saa jättää emättimeen 4 viikkoa pidemmäksi ajaksi.

- Palloa ei saa jättää emättimeen vuorokautta pidemmäksi ajaksi.

- GYNECARE PROSIMA -järjestelmän osia ei ole tarkoitettu käytettäväksi muiden kuin tässä tuoteselosteessa mainittujen laitteiden kanssa.

- Vältä kiristämästä verkkoimplanttia liikaa käsittelyn aikana.

- Käytä GYNECARE PROSIMA -järjestelmää varovaisuutta noudattaen ja potilaan anatomia huomioon ottaen verisuonten, hermojen, virtsarakon ja suoliston vaurioiden sekä emätinseinämän perforaation välttämiseksi. GYNECARE PROSIMA -järjestelmän komponenttien oikea käyttö minimoi riskejä.

- Täytä pallo aina astLaan huonelmilla.

- Palpointi varmistaa, että pallossa ei ole ilmaruotoja sen täyttämisen jälkeen. Ilman tyhjentyminen kokonaan rajoittaa pallon tehokkuutta.

- Pallon seinämä on ohut toivottajen tulosten aikaansaamiseksi. Punktiot, leikkaaminen, kolhaisut, puristuminen tai liika paine voi johtaa pallon tyhjenymiseen. Pallo voidaan puhkaista helposti neulalla tai skalpellilla tai se voi reretä, jos sitä käsitellään tylpällä instrumentilla. Vaurioiden estämiseksi palloa on käsiteltävä varovasti. Vaurioitunutta palloa ei saa käyttää. Poista pallo ja käytä pumpulimateriaalia.

- Pallon enimmäistäyttötilavuus on 90 ml. Palloa ei saa ylitäyttää. Pallon ylitäyttäminen voi aiheuttaa potilaan epämukavuutta, kudosnekroosia, emätinvillon repeytymistä toimenpiteen jälkeen tai virtsaamiskäyttöäheyystä.

- GYNECARE PROSIMA -järjestelmää ei saa käyttää potilaalla, joille annetaan antikoagulanttihoitoa.

- Leikkauksen jälkeen voi esiintyä verenvuotoa. Kaikkia oireita tai merkkejä on seurattava ennen kuin potilas kotiutetaan.

- Potilasta on kehotettava ottamaan välittömästi yhteyttä kirurgiin, jos hänellä esiintyy kipua virtsatessa, verenvuotoa tai muita ongelmia.

- Vaikka virtsarakon vaurioituminen on epätodennäköistä tätä menetelmää käytettäessä, kystoskopiaa suositellaan.

- Vaikka rektaalinen vaurio on epätodennäköistä tätä menetelmää käytettäessä, tuseerausta suositellaan.

- GYNECARE GYNEMESH PS -verkkoimplantti ei saa kosketaa hakasia, klipsejä tai puristimia, sillä ne voivat aiheuttaa verkon mekaanisia vaurioita.

- Verkkoimplanttia ei saa sijoittaa emättimeen ulompaan kolmannekseen. Tarvittaessa verkkoimplanttia on leikattava ulomman kolmanneksen ja keskinmäisen kolmanneksen yhtymäkohdasta.

- Profylaktista antibioottilääkitystä voidaan antaa kirurgin normaalin käytännön mukaisesti.

### HAITTAVAIKUTUKSET

- Mahdollisia haittavaikutuksia ovat normaalit, kirurgisesti asetettujen materiaalien yhteydessä havaitut haittavaikutukset, mukaan lukien infektion lisääntyminen, tulehdus, kiirnikkeiden muodostuminen, fisteleiden muodostuminen, erosio, ulostyöntyminen ja arpeutumiesta aiheutuva implantin supistuminen.

- Mahdollisia haittavaikutoksia ovat normaalit kontinenttisen leikkausen korjausoimenpiteisiin liitetyt haittavaikutukset, mukaan lukien kipu yhdynnän yhteydessä ja lantiodiia. Nämä voivat parantua itsestään ajan kuluessa.

- Dissektion tai verkon sijoittamisen yhteydessä saattaa tapahtua kirurgista korjausta vaativia verisuonien, hermojen, virtsarakon, virtsaputken tai suolen lävistyksiä tai repeämiä.

- Lantionpohjan korjaustoimenpiteissä suoritettavat dissektiot voivat haitata normaalia virtsaamista vaikutelevaraulimpuisen ajan.

### STERILIYS

GYNECARE PROSIMA -järjestelmät on steriloitu etyleenioksidilla. GYNECARE PROSIMA -järjestelmän mitään osaa EI SAA STERILOIDA UUDELLEEN. GYNECARE PROSIMA -järjestelmän mitään osaa EI SAA KÄYTTÄÄ UUDELLEEN. Tämän laitteen (tai laitteen osien) uudelleenkäyttäminen voi aiheuttaa tuotteen haarautumisen ja likaantumisen, mikä voi johtaa infektioon tai veren mukaan kulkeutuvien patogeenien siirtymiseen potilaaseen ja käyttäjään. Ei saa käyttää, jos pakkaus on auki tai vaurioitunut. Hävitä avatut, käyttämättämät GYNECARE PROSIMA -järjestelmän komponentit.

### LAITTEEN JA TARVIKKEIDEN HÄVITTÄMINEN

Hävitä GYNECARE PROSIMA -järjestelmän komponentit ja pakkausmateriaalit sairaalan biomateriaaleja ja tartuntavaaralliisia jätteitä koskevien ohjeiden mukaisesti.

### SÄILYTYS

Suositeltavat säilytysolosuhteet: kontrolloitu huoneen lämpötila ja suhteellinen kosteus (noin 25 °C, 60 % suhteellinen kosteus), etäällä kosteudesta ja suorasta lämmöstä. Ei saa käyttää viimeisen käyttöpäivän jälkeen.



**Tuotetarrojen symbolit**

| | |
|---|---|
| CE-merkintä ja sen viranomaisen tunnusnumero, jolle ilmoitus on tehty. Tuote on lääkinnällisistä laitteista annetun direktiivin 93/42/ETY olennaisten vaatimusten mukainen. | Valmistaja |
| LOT  Eränumero | Ei saa käyttää / steriloida uudelleen |
| | Lue käyttöohjeet |
| Viimeinen käyttöpäivä — vuosi ja kuukausi | STERILE EO  Steriloitu etyleenioksidilla |

25

FRANÇAIS

## Gynecare
## PROSIMA™

Système de réparation du plancher pelvien antérieur
Système de réparation du plancher pelvien postérieur
Système de réparation combiné du plancher pelvien

**Lire soigneusement toutes les informations.**

Le non-respect des instructions d'utilisation peut entraîner un dysfonctionnement du dispositif et engendrer des incidents.

*MISE EN GARDE* : en vertu de la loi fédérale des États-Unis, le dispositif ne peut être vendu qu'au par un médecin ou sur sa prescription médicale.

Une formation relative à l'utilisation des systèmes de réparation du plancher pelvien GYNECARE PROSIMA™ est disponible et recommandée. Contacter le responsable commercial de la société en vue d'organiser cette formation.

**INDICATIONS**

Par la mise en place de treillis à mailles souples en PROLENE™ non résorbables GYNECARE GYNEMESH™ PS, les systèmes de réparation du plancher pelvien GYNECARE PROSIMA sont indiqués pour le renforcement des tissus et une stabilisation de longue durée des structures fasciales du plancher pelvien. Ces systèmes ont un rôle de support mécanique et/ou de matériau de pontage des défauts fasciaux. Ces systèmes assurent le maintien du conduit vaginal durant la période de cicatrisation qui suit la réparation du prolapsus vaginal, tout en maintenant en place les implants en treillis.

**DESCRIPTION**

Les systèmes de réparation du plancher pelvien, antérieur, postérieur et combiné GYNECARE PROSIMA sont constitués de prothèses prédécoupées de treillis GYNECARE GYNEMESH PS et d'instruments facilitant leur mise en place et leur maintien en post-opératoire (figure 1). Le tableau suivant récapitule les composants inclus dans chaque système :

| SYSTÈME DE RÉPARATION DU PLANCHER PELVIEN | Prothèse dans son emballage (A) | Ensemble du dispositif de soutien vaginal et du ballonnet (B&C) | Introducteur antérieur (D) | Introducteur postérieur (E) | Seringue (F) |
|---|---|---|---|---|---|
| Antérieur | 1 | 1 | 1 | | 1 |
| Postérieur | 1 | 1 | | 1 | 1 |
| Combiné | 1 | 1 | 1 | 1 | 1 |

Tableau : 1 – Composants du système de réparation du plancher pelvien GYNECARE PROSIMA

**TREILLIS GYNECARE GYNEMESH PS**

Le treillis GYNECARE GYNEMESH PS est composé de filaments tricotés de polypropylène extrudés, dont la composition est identique à celle du fil de suture chirurgical PROLENE™ en polypropylène (ETHICON, INC.). Lorsqu'il est utilisé comme fil de suture, ce matériau est supporté comme non réactif et conserve sa résistance indéfiniment lors d'une utilisation clinique. Le treillis présente une résistance, une durabilité ainsi qu'une bonne adaptabilité chirurgicale, avec une porosité suffisante pour permettre la colonisation tissulaire nécessaire. Des mono-filaments tissés PROLENE sont incorporés dans le treillis pour lui conférer des stries de contraste. Le treillis est composé de fibres mono-filamentaires de diamètre réduit, tricotées selon un modèle unique, pour un résultat en treillis approximativement 50 % plus souple que le treillis standard PROLENE™ en polypropylène. Le treillis est tricoté selon un procédé qui permet d'obtenir une maille interlock qui lui assure une extensibilité bidirectionnelle. Cette construction fait que le treillis peut être découpé selon la forme et la taille désirées, sans démaillage. Cette extensibilité bidirectionnelle permet une adaptation aux diverses anatomies de l'organisme.

**La prothèse**

Les prothèses sont fabriquées à partir du treillis GYNECARE GYNEMESH PS. Elles sont prédécoupées en forme de Y pour la réparation des déficiences vaginales antérieures, postérieures et/ou apicales. Voir la figure 2. La prothèse possède un corps central et deux bras. Il existe une languette apicale sur l'extrémité proximale de la prothèse pour la maintenir en place par un point de suture et minimiser son déplacement lors de la mise en place des bras. L'échancrure sur l'extrémité distale de la prothèse facilite son alignement. Il existe des poches préformées au sommet des bras pour permettre leur mise en place avec des introducteurs. La prothèse est fournie dans son emballage composé de Tyvek® non recouvert et d'un film plastique transparent, conçu pour un retrait facile de la prothèse.

**L'introducteur antérieur**

L'introducteur antérieur est un instrument à usage unique, conçu pour faciliter l'insertion des bras de la prothèse dans les tunnels tissulaires antérieurs préalablement disséqués. *REMARQUE : l'introducteur antérieur n'est pas indiqué pour la dissection des tissus.* Il est conçu pour être compatible avec les poches situées au sommet des bras de la prothèse afin de faciliter leur mise en place dans les deux côtés de la patiente, dans le compartiment antérieur. Voir les figures 3 et 4.

**L'introducteur postérieur**

L'introducteur postérieur est un instrument à usage unique, conçu pour faciliter l'insertion des bras de la prothèse dans les tunnels tissulaires postérieurs préalablement disséqués. *REMARQUE : l'introducteur postérieur n'est pas indiqué pour la dissection des tissus.* Il est conçu pour être compatible avec les poches situées au sommet des bras de la prothèse afin de faciliter leur mise en place dans les deux côtés de la patiente, dans le compartiment postérieur. Voir la figure 5.

**Le dispositif de support vaginal (DSV)**

Le DSV est un dispositif à usage unique, conçu pour conférer un support post-opératoire aux tissus vaginaux après la mise en place du treillis et la fermeture des incisions vaginales. Son extrémité apicale est l'extrémité la plus large possédant des sections découpées. Après une mesure des dimensions internes du vagin, l'utilisateur peut facilement l'adapter à l'anatomie de la patiente en coupant aux ciseaux les sections apicales pré-marquées du DSV. Ce dernier est logé dans les 2/3 supérieurs du vagin pendant 3 à 4 semaines, puis il en est retiré. Voir la figure 6.

**Le ballonnet**

Le ballonnet est un dispositif à usage unique, conçu pour remplacer la garniture de gaze vaginale post-opératoire. Le volume du ballonnet est ajustable afin de remplir le conduit vaginal et pour que la paroi vaginale serve de contrefort à la prothèse. Le ballonnet est fourni pré-attaché au DSV. La figure 7 montre le ballonnet dégonflé, sans attache au DSV. Le ballonnet reste en place pendant un jour au maximum.

**La seringue**

Une seringue de 50 ml est fournie pour gonfler le ballonnet.

**SECTION 1 : PRINCIPES D'UTILISATION DU SYSTÈME GYNECARE PROSIMA**

La réparation du plancher pelvien antérieur utilisant le système GYNECARE PROSIMA vise à réaliser une réparation anatomique durable et standardisée du prolapsus d'un organe pelvien. En fonction de la localisation du prolapsus et des préférences du chirurgien, la réparation est antérieure et/ou postérieure. Une hystérectomie ou une conservation utérine peuvent être associées à l'utilisation du système GYNECARE PROSIMA. Si cela est indiqué pour traiter une incontinence urinaire d'effort, une réparation périnéale ou la pose d'une bandelette sous-urétrale peuvent être réalisées en même temps que l'intervention utilisant le système GYNECARE PROSIMA. On peut utiliser une bandelette rétropubienne ou sous-urétrale trans-obturatrice.

La réparation du prolapsus est réalisée grâce à la mise en place par voie vaginale d'une ou de deux prothèses. À la fin de l'intervention, un DSV avec ballonnet gonflable est introduit dans le vagin pour la prise de dimensions, puis le DSV est suturé sur place, maintenant ainsi le vagin et la prothèse (ou les prothèses) durant la colonisation tissulaire à l'intérieur des mailles. Une fois gonflé, le ballonnet remplace la traditionnelle garniture en gaze en remplaçant la cavité vaginale et fait jouer au vagin le rôle de contrefort pour la prothèse (ou les prothèses). En jour après la chirurgie, le ballonnet est dégonflé et retiré du vagin sans dégager le DSV. Ce dernier reste en place pendant un maximum de 4 semaines après la chirurgie, tandis que la colonisation tissulaire se fait à l'intérieur des mailles de la prothèse (ou des prothèses).

**SECTION 2 : LE PRINCIPE DU PROCÉDÉ GYNECARE PROSIMA**

À la suite d'une chirurgie conventionnelle pour prolapsus d'un organe pelvien, les tissus réparés sont exposés à une augmentation de la pression intra-abdominale dans la mesure où la patiente se mobilise, tousse, vomit et pousse pour évacuer son gros intestin. Tout ce qui accroît la pression intra-abdominale peut affecter la cicatrisation de la réparation vaginale et déboucher sur un échec chirurgical et une récidive du prolapsus. En renforçant la réparation vaginale par une prothèse et en maintenant le vagin à l'aide du DSV durant les 3 à 4 semaines qui suivent l'intervention, le recours au système GYNECARE PROSIMA est conçu pour réduire le risque d'échec chirurgical et de récidive du prolapsus.

Lors d'une réparation antérieure du vagin, le corps de la prothèse doit être positionné sans tension entre la vessie et les 2/3 supérieurs du vagin, tout en s'étendant latéralement à l'arc tendineux du fascia pelvien. Lors d'une réparation postérieure du vagin, le corps de la prothèse doit être placé sans tension entre le rectum et les 2/3 supérieurs du vagin, en s'ajustant latéralement au-dessus des muscles élévateurs de l'anus. La section apicale ou le corps de la prothèse doit atteindre le sommet du vagin. En avant, la prothèse peut s'appliquer sur le tissu pré-vésical ou sur le col-grâce à un point de bâti. En arrière, la prothèse peut s'appliquer sur le tissu péri-rectal ou le col.

Après la chirurgie, le DSV soutient les tissus du vagin et fait jouer aux tissus vaginaux le rôle d'arc-boutant pour la prothèse jusqu'à ce que la colonisation tissulaire se réalise à l'intérieur de ses mailles. La colonisation tissulaire à l'intérieur de la prothèse débute au cours des 3 à 4 semaines où survient la chirurgie. L'utilisation du système GYNECARE PROSIMA évite une dissection à l'extérieur de la cavité pelvienne et le passage de sutures et d'instruments à travers un foramen obturateur et le ligament sacro-épineux, rendant ainsi la chirurgie plus facile à réaliser.

**Hystérectomie**

Les préférences du chirurgien et les besoins de la patiente déterminent l'opportunité d'une hystérectomie concomitante. Lorsque cette dernière est décidée, la fermeture du cul-de-sac péritonéal est recommandée afin d'éviter un contact entre le treillis et l'intestin. La fermeture d'une incision en « T » doit être évitée, car elle augmente le risque d'exposition du treillis. Lorsqu'une hystérectomie par voie vaginale est effectuée en même temps qu'une réparation antérieure et/ou postérieure, l'incision d'hystérectomie doit d'abord être fermée transversalement. C'est ensuite que les incisions de réparation peuvent être faites de telle façon qu'elles n'aient aucun point d'intersection avec l'incision d'hystérectomie déjà refermée. Cette technique empêche la création d'une incision en « T ».

**Conservation utérine**

L'utilisation du système GYNECARE PROSIMA convient aux situations où le chirurgien ou la patiente ont décidé de conserver l'utérus.

**Incisions vaginales**

Lors de la technique GYNECARE PROSIMA, les incisions vaginales sont les mêmes que celles pratiquées par le chirurgien lors d'une réparation vaginale de routine. Ces incisions doivent être faites à travers la paroi à plus profonde du vagin afin de réduire au maximum la possibilité d'exposition du treillis.

**Mise en place de la prothèse**

Les prothèses sont maintenues en place par le DSV jusqu'à ce que la colonisation tissulaire se réalise. Raison pour laquelle il est inutile de fixer les bras de la prothèse lorsqu'ils sont en place. La partie apicale de la prothèse peut être appliquée par un point de bâti sur la ligne médiane du dôme vaginal, grâce un fil de suture de type MONOCRYL™ 2-0 (polidioxanone 25) ou Coated VICRYL™ 2-0 (polyglactine 910). Toutefois, l'épithélium vaginal ne doit pas être suturé à la prothèse.

**Préservation du vagin**

Le retrait ou l'excision d'un excès d'épithélium vaginal doit être évité en raison d'un risque de rétraction tissulaire postopératoire. Une capacité vaginale réduite peut encore s'aggraver lorsque trop d'épithélium vaginal a été enlevé.

26

**Trois niveaux de support vaginal**

Pour une réparation vaginale, il existe 3 niveaux de supports vaginaux bien connus. L'utilisation du système GYNECARE PROSIMA corrige les défauts aux niveaux I et II de ces supports, de la façon suivante :

**Niveau I – Suspension et support** (tiers supérieur du vagin)

Le tiers supérieur du vagin (y compris la voûte après une hystérectomie) et l'utérus sont soutenus par deux mécanismes. Le premier, un support à l'utérus et à la partie supérieure du vagin fourni par des paramètres (ligaments cardinaux et utéro-sacrés) et des fibres para-cervicales. Ces fibres agissent comme des ligaments suspenseurs et proviennent du fascia du muscle piriforme, de l'articulation sacro-iliaque et des bords du sacrum. Elles s'insèrent sur le tiers supérieur latéral du vagin ainsi et sur la face postéro-latérale du col. Le second, un support indirect de l'utérus et du vagin apporté par la plaque élévatrice constituée par la tonus des muscles élévateurs droits et gauches de l'anus, situés entre le rectum et le coccyx. Le prolapsus de la voûte vaginale et de l'utérus est la conséquence d'une insuffisance de ces mécanismes de support, dont l'insuffisance est due à une faiblesse des fibres des muscles du plancher pelvien, des fibres suspenseurs des paramètres et des fibres para-cervicales supérieures. Le but de la chirurgie de niveau I du prolapsus est de reconstruire ces mécanismes de support direct et indirect. Le système GYNECARE PROSIMA répond à ces exigences en mettant les bras de la prothèse en contiguïté avec chaque muscle obturateur interne et en resuspendant le fascia latéral, lors d'une réparation vaginale antérieure, et en mettant les bras de la prothèse en contiguïté avec les ligaments sacro-épineux lors d'une réparation vaginale postérieure. Ces techniques confèrent un support direct grâce à une suspension et un support indirect grâce à la prothèse qui permet une large zone de support pour la partie supérieure du vagin et pour l'utérus.

**Niveau II – Fixation latérale** (tiers moyen du vagin)

Le milieu du vagin est fixé directement et latéralement aux muscles de la paroi latérale du pelvis par l'arc tendineux du fascia pelvien. À ce niveau, les parois antérieure et postérieure du vagin sont tendues entre des attaches latérales, droites et gauches. Au niveau II, la réparation d'un prolapsus vise à rattacher la partie moyenne latérale du vagin aux muscles des parois latérales du pelvis. Les déficiences centrales du milieu du vagin nécessitent également un support de niveau II. L'utilisation du système GYNECARE PROSIMA rétablit les attaches latérales du vagin aux muscles des côtés du pelvis ; il procure également un renforcement central du fascia à la suite de la colonisation tissulaire à l'intérieur des mailles de la prothèse.

**Niveau III – Fusion** (tiers inférieur du vagin)

*La dissection de cette région n'est pas nécessaire lors de l'utilisation du système GYNECARE PROSIMA.* Au niveau III, le tiers inférieur du vagin fusionne on avant avec la membrane périnéale et l'urètre. En arrière, il fusionne avec le corps du périnée et les muscles élévateurs de l'anus. Dans cette région, les tissus sont réparés sans prothèse, car celle-ci n'est pas prévue pour le tiers inférieur du vagin. Le système GYNECARE PROSIMA n'est pas indiqué aux déficits de soutien de niveau III, bien que ces côtés doivent être traités. Si une correction chirurgicale simultanée, telle une périnéorraphie.

**SECTION 3 : MODE D'EMPLOI**

*REMARQUE : les figures présentées au début du document doivent être référencées lors de la lecture de cette section.*

**Préparation chirurgicale**

La chirurgie effectuée à l'utilisation du système GYNECARE PROSIMA peut être réalisée sous anesthésie générale ou locale, en fonction des préférences du chirurgien, de l'anesthésiste et de la patiente.

La patiente doit être en position gynécologique, avec les fesses légèrement en surplomb de la table d'opération et les hanches fléchies. À la discrétion du chirurgien, la vessie peut être vidée ou un cathéter est mis en place.

**Le système GYNECARE PROSIMA en post-hystérectomie**

**Réparation vaginale antérieure**

Lorsque le renforcement de la paroi antérieure du vagin s'avère nécessaire, il ne doit être utilisé que le système de réparation du plancher pelvien antérieur GYNECARE PROSIMA. Celui-ci contient une prothèse et un introducteur antérieur spécialement conçu pour la réparation vaginale antérieure. Une fois que les incisions et dissections vaginales sont faites, des tunnels tissulaires sont créés dans le compartiment antérieur pour la mise en place des bras de la prothèse en utilisant l'introducteur antérieur. *REMARQUE : l'introducteur antérieur ne doit pas être utilisé pour la dissection des tissus.*

*Dissection vaginale antérieure*

L'épithélium vaginal antérieur est disséqué et séparé de la vessie. La pleine épaisseur de la paroi vaginale doit être disséquée. Cette dissection doit être facilitée par une hydro-dissection sous-épithéliale. La dissection superficielle de la paroi vaginale ou sa séparation en deux plans est à éviter. Une telle dissection peut donner lieu à une paroi vaginale très fine et peut également compromettre la vascularisation de la paroi vaginale, augmentant ainsi le risque d'exposition du treillis. Latéralement, la dissection continue jusqu'aux parois du pelvis et l'épine ischiatique.

*Dissection des tunnels antérieurs et pose de la prothèse*

Pour les besoins de cette description, la dissection antant les tunnels destinés aux bras de la prothèse est d'abord réalisée du côté droit de la patiente, puis sur le côté gauche. Ces tunnels sont créés pour mettre en place la prothèse de telle façon que la section distale des bras s'aligne sur la paroi latérale du pelvis et sur le fascia pubien et obturateur interne. Pour mettre en place ces bras, la dissection doit être précédée des deux côtés par la palpation et l'identification de l'épine ischiatique. *REMARQUE : cette dissection peut commencer en avant des ciseaux selon une technique de « tâtonnement étalé », de telle façon que le bout des ciseaux reste toujours en avant de l'épine ischiatique.* La dissection initiale est suivie d'une prudente dissection au ciseil jusqu'à l'épine ischiatique. Une fois le contact obtenu avec l'épine ischiatique, créer avec l'index en espace en avant et au-dessus de l'épine ischiatique. Voir la figure 8A. La dissection, qui est perpendiculaire à la paroi latérale du pelvis, crée un espace d'approximativement 2 cm de large et 3 cm de haut. Cette dissection antérieure ne va pas jusqu'aux ligaments sacro-épineux. Elle crée un tunnel en avant et au-dessus de l'épine ischiatique et superficiel à l'arc tendineux du fascia pelvien, au muscle obturateur interne et à son fascia latéral. Une dissection identique est répétée du côté gauche.

Le plissement du tissu pré-vésical n'est pas nécessaire. Toutefois, si celui-ci est effectué, il ne concerne que la partie centrale. Il existe que la région disséquée soit trop étroite. Placer la prothèse sur le tissu pré-vésical, en faisant en sorte que les poches des bras de l'implant recardent vers le haut. Si un fauillage doit être réalisé, il convient de le faire à ce moment de l'intervention avec une suture de type MONOCRYL 2-0 ou Coated VICRYL 2-0 revêtue, posée au sommet du vagin et passant par la languette apicale de la prothèse. Le point de suture peut être attaché à ce moment-là du vagin ou bien que les bras soient en place. Le fauillage de l'échancrure distale de la prothèse est facultatif. Il peut être réalisé avec du fil de suture de type MONOCRYL 2-0 ou Coated VICRYL 2-0 revêtue.

En utilisant l'introducteur antérieur, placer les deux bras de l'implant dans les tunnels droit et gauche qui ont été créés par dissection antéro-supérieure allant jusqu'à l'épine ischiatique (tel que décrit ci-dessus). *REMARQUE : les deux extrémités courbées de l'introducteur antérieur sont tournées dans des directions opposées, avec des flèches sur chacune d'elles indiquant la direction du positionnement.* Avec la flèche pointant vers le côté droit de la patiente, introduire l'extrémité de l'introducteur antérieur dans la poche du bras de la prothèse (voir la figure 8B) située sur le côté droit. *REMARQUE : une traction sur le cathéter peut aider à maintenir la poche sur l'introducteur antérieur.* Garder l'introducteur antérieur en position verticale, et telle façon que la partie courbe de l'instrument soit contre la paroi postérieure du vagin. L'introducteur antérieur le bras est ensuite dirigé vers le tunnel tissulaire précédemment créé dans la figure 8C) jusqu'à ce que le manche entre en contact avec le grande lèvre controlatérale. Tout ceci est accompli en dégageant le manche de l'introducteur antérieur verticalement et vers le haut, de telle façon que le bord conducteur et la poche aillent en direction de l'épine ischiatique. Une fois positionné, le

manche est alors incliné vers le bas jusqu'à une position presque horizontale, tout en maintenant le manche en contact avec la cuisse controlatérale. *REMARQUE : le fait de rétracter la vessie avec un instrument chirurgical standard peut aider au placement initial dans le tunnel. Si nécessaire, introduire un index dans le tunnel pour guider le positionnement initial de l'introducteur antérieur contre le grande lèvre controlatérale, avant d'abaisser le manche.* Une légère poussée vers le haut assure que la poche du bras est positionnée correctement et que la section apicale de la prothèse est en contiguïté avec le sommet du vagin. *REMARQUE : si une résistance est ressentie durant l'insertion du bras, ne déterminer la cause avant de continuer. Le fait de continuer à faire avancer l'introducteur contre une résistance peut détériorer la prothèse, ou provoquer une insertion forcée causant des lésions à des structures tissulaires essentielles.*

Pour retirer l'introducteur antérieur, ramener le manche vers une position verticale avant de le retirer en laissant le bras dans le tunnel. *REMARQUE : insérer complètement le premier bras. REMARQUE : si l'introducteur antérieur est retiré avant que le bras soit positionné dans sa cible, le bras devra être retiré, rechargé sur l'introducteur et réinséré.* Tous ces gestes sont répétés sur le côté opposé de la patiente. Ainsi, après avoir verrouillé l'introducteur antérieur, la flèche pointe maintenant du côté gauche. On insère cette extrémité de l'introducteur dans l'autre poche. La figure 8D montre les deux bras en place. *REMARQUE : lors du positionnement du second bras, éviter de déplacer la prothèse et s'assurer que la prothèse N'EST PAS tordue.*

Le corps de la prothèse est faiblement posé sur le tissu vaginal sous-jacent. Le plissement ou l'entortillement du corps et des bras doit être évité. Le corps de la prothèse peut nécessiter un découpage qui dépend des dimensions vaginales ou de l'importance de la dissection latérale. L'épithélium vaginal peut être taillé, mais un excès ne devrait pas être enlevé. L'épithélium se referme au-dessus de la prothèse sans recourir à des points de suture qui se chevauchent (tels que décrits ci-dessus sur la figure 8E). La mise en place définitive de la prothèse dans le compartiment antérieur est montrée sur la figure 8F.

*REMARQUE : s'assurer que l'hémostase est effective avant et durant la fermeture des incisions vaginales.*

Les incisions vaginales sont fermées sans sutures chevauchantes ou en biais. Cette technique évite la dévascularisation de l'épithélium vaginal le long des lignes d'incision et réduit la dégradation du treillis. De préférence, l'épithélium vaginal est refermé en deux plans afin d'obtenir une ligne de suture relativement épaisse en regard de l'incision vaginale. Le plan le plus profond est fermé par des points de suture sous-épithéliaux en surjet, ne se chevauchant pas, avec du fil de suture de type MONOCRYL 2-0 ou MONOCRYL Plus™ 2-0 antibactérien (polyglecaprone 25). L'épithélium est ensuite refermé par un surjet fait de points de matelas alternés, avec du fil de suture de type Coated VICRYL 2-0 revêtu ou Coated VICRYL Plus™ 2-0 revêtu antibactérien (polyglactine 910). *REMARQUE : placer la prothèse sur les 2/3 supérieurs du vagin, en prenant soin de développer la prothèse si elle descend en dessous des ces 2/3 supérieurs.* Si ce n'est déjà fait, une cystoscopie est recommandée pour évaluer toute lésion de l'arbre urinaire.

Comme alternative à la réparation en seul plan de la paroi vaginale peut être effectuée. On peut utiliser un surjet fait de points de matelas alternés, sans chevauchement, ou des points séparés, faits de Coated VICRYL 2-0 revêtu ou de Coated VICRYL Plus 2-0 revêtu.

**Réparation vaginale postérieure**

Lorsque seul le renforcement de la paroi postérieure du vagin est nécessaire, on n'a recourt qu'au seul système de réparation du plancher pelvien postérieur GYNECARE PROSIMA. Ce dernier comprend une prothèse et un introducteur postérieur spécialement conçu pour les réparations vaginales postérieures. Une fois les incisions vaginales et les dissections requises exécutées, des tunnels tissulaires sont créés dans le compartiment postérieur pour la mise en place des bras de la prothèse. *REMARQUE : l'introducteur postérieur ne doit pas être utilisé pour la dissection des tissus.*

*Dissection vaginale postérieure et dissection des tunnels*

L'épithélium vaginal postérieur est disséqué jusqu'au tissu pré-rectal. Comme pour la paroi antérieure du vagin, la pleine épaisseur de la paroi postérieure doit être disséquée. Cette dissection est facilitée par une hydro-dissection sous-épithéliale. Latéralement, la dissection se poursuit des deux côtés jusqu'aux muscles élévateurs de l'anus, au niveau de l'épine ischiatique. En arrière, la dissection se poursuit à travers chacun des deux piliers du rectum jusqu'aux ligaments sacro-épineux, mais non à travers ces ligaments. De cette façon, sont créés des tunnels destinés aux bras de la prothèse. Voir la figure 9A.

La prise en charge d'une entérocèle préexistante est facultative ; mais si elle est réalisée, elle peut être effectuée à ce stade de l'intervention selon la technique choisie par le chirurgien.

Si la cavité péritonéale est ouverte lors de la dissection antérieure ou postérieure, elle doit être refermée avant la mise en place de l'implant.

*Mise en place de la prothèse postérieure*

Le plissement du tissu pré-rectal n'est pas nécessaire. Toutefois, si le plissement du tissu pré-rectal est effectué, seule sa partie centrale en fait l'objet. Cela évite que la zone de dissection ne soit trop étroite. Placer la prothèse sur le tissu pré-rectal, avec les poches des bras tournées vers le haut. Si un point doit être posé, il doit l'être à ce stade de l'intervention, en plaçant une suture au sommet du vagin, qui passe par la languette apicale de la prothèse, avec un fil de suture de type MONOCRYL 2-0 ou Coated VICRYL 2-0 revêtu. Le point peut être serré à ce moment-là ou une fois que les bras sont en place. Bâtir un point sur l'échancrure distale de la prothèse est facultatif. Cela peut être exécuté avec un fil de suture de type MONOCRYL 2-0 revêtu.

En utilisant l'introducteur postérieur, placer les bras postérieurs de l'implant dans les tunnels droit et gauche, créés par la dissection allant jusqu'à chacun des deux ligaments sacro-épineux (comme décrit ci-dessus). Saisir l'introducteur postérieur en utilisant un conducteur/porte-aiguille droit, comme indiqué sur la figure 9B. *REMARQUE : placer l'extrémité du porte-aiguille à l'intérieur de l'extrémité cannelée et droite de l'introducteur postérieur.* S'assurer que l'introducteur postérieur est bien aligné sur le manche du porte-aiguille. Insérer l'extrémité de l'introducteur postérieur dans la poche du bras droit de la prothèse (voir la figure 9B). Une fois que le bras est accouché à l'introducteur postérieur, introduire ce dernier dans le tunnel tissulaire créé à cet effet (voir la figure 9C), en tenant verticalement le manche du conducteur/porte-aiguille. Continuer d'accoudure la totalité du bras dans son tunnel, de telle façon que le base du bras soit à la hauteur de la limite supérieure de la dissection faciale. *REMARQUE : insérer complètement le premier bras. Si l'introducteur est retiré avant que le bras n'ait atteint sa cible, le bras devra être retiré, rechargé et réinséré. REMARQUE : faire attention à ne pas introduire trop profondément l'introducteur postérieur afin d'éviter des traumatismes aux structures tissulaires critiques. REMARQUE : si une résistance est ressentie lors de l'insertion du bras, en trouver la cause avant de continuer. Le fait de continuer à avancer l'introducteur contre la résistance peut provoquer la détérioration de la prothèse ou une insertion trop profonde causant des lésions à des structures tissulaires critiques.* L'introducteur postérieur est retiré le long de la voie d'introduction en laissant en place le bras dans son tunnel. Les bras touchent les ligaments sacro-épineux, mais n'y pénètrent pas. Les sutures ne doivent pas être placées sur les ligaments sacro-épineux. Pour le second bras, répéter la même procédure sur le côté gauche du la patiente. La figure 9D montre les deux bras en place. *REMARQUE : lors du positionnement du second bras, éviter de déplacer la prothèse et s'assurer que la prothèse N'EST PAS tordue.*

27

Le corps de la prothèse est mis en place sans tension au-dessus du fascia vaginal sous-jacent. Le lincement ou l'entortillement du corps de la prothèse ou des bras est à éviter. En fonction des dimensions vaginales ou de l'étendue de la dissection latérale, la prothèse peut demander à être raccourcie. L'épithélium de la paroi postérieure du vagin peut être découpé, mais une piétion excessive doit être évitée. L'épithélium de la paroi postérieure est refermé au-dessus de la prothèse, sans recourir à des sutures qui se chevauchent (comme il est indiqué plus haut). Le positionnement définitif de la prothèse dans le compartiment postérieur est illustré à la figure 9E.

*REMARQUE : s'assurer que l'hémostase est réalisée avant et durant la fermeture des incisions vaginales.*

Les incisions vaginales seront refermées sans recourir à des sutures se chevauchant ou en bout. Cette technique évite une dévascularisation de l'épithélium vaginal le long des lignes d'incision et réduit la détérioration de la prothèse. De préférence, l'épithélium est refermé en deux plans afin d'obtenir une ligne de suture relativement épaisse en regard de l'incision vaginale. La couche la plus profonde est refermée en utilisant un surjet fait de points sous-épithéliaux ne se chevauchant pas, avec du fil de suture de type MONOCRYL 2-0 ou MONOCRYL Plus 2-0 antibactéries. L'épithélium est ensuite refermé par un surjet fait de points de suture de matelas alternés et ne se chevauchant pas, en utilisant du fil de suture de type Coated VICRYL 2-0 revêtu ou Coated VICRYL Plus 2-0 revêtu. *REMARQUE : placer la prothèse sur les 2/3 supérieurs du vagin, en prenant soin de couper la prothèse si elle descend en dessous des 2/3 supérieurs.* À la fin de la chirurgie, un toucher rectal éliminera une lésion rectale.

Comme alternative, on peut refermer la fermeture de la paroi vaginale en un seul plan. On utilise un surjet fait de points de suture de matelas alternés et sans chevauchement, ou des points espacés, avec du fil de suture de type Coated VICRYL 2-0 revêtu ou Coated VICRYL Plus 2-0 revêtu.

### Réparation vaginale combinée antérieure et postérieure

Lorsque le renforcement des deux parois vaginales antérieur et postérieure est nécessaire, c'est une indication du système combiné du plancher pelvien GYNECARE PROSIMA. Ce dernier contient deux prothèses identiques, l'une pour la réparation vaginale antérieure, l'autre pour la réparation vaginale postérieure. N'utiliser que l'introducteur antérieur inscrivé pour la réparation antérieure, et uniquement l'introducteur postérieur dont pour la réparation postérieure. Les deux réparations antérieure et postérieure sont conduites comme décrit ci-dessus. Il est recommandé que la réparation vaginale antérieure soit réalisée en premier. La mise en place définitive des prothèses dans les deux compartiments antérieur et postérieur est illustrée sur la figure 10. Après la chirurgie, une cystoscopie est recommandée pour éliminer une blessure de l'urètre ou de la vessie. Un toucher rectal éliminera une blessure du rectum.

### La technique GYNECARE PROSIMA avec conservation utérine (hystéropexie)

Si l'utérus prolabé doit être conservé, la languette apicale de la prothèse doit être fixée au col. Cette fixation de la prothèse au col de l'utérus doit se faire au niveau de l'anneau cervico-pubien lorsqu'il est placé durant la réparation vaginale antérieure et postérieure.

Lorsque l'utérus est conservé lors d'une réparation vaginale antérieure, l'anneau cervico-pubien est cousu à la dissection vaginale antérieure. Une suture PROLENE 2-0 est fermement posée sur la face antérieure de l'anneau cervico-pubien. Une suture est également posée sur la languette apicale de la prothèse. La suture PROLENE de la languette est serrée une fois que les bras de la prothèse sont en place. Le procédé solidarise la prothèse à la surface antérieure du col au niveau de l'anneau cervico-pubien et garantit que la prothèse se desserre en même temps que le vagin lorsque le DSV est correctement positionné.

S'agissant de la réparation postérieure, une suture doit être fixée à la face postérieure de l'anneau cervico-pubien ou au-dessus. Le cul-de-sac peut être ouvert lors de la fixation de la prothèse au col. Le péritoine du cul-de-sac est refermé au-dessus de cette fixation pour empêcher l'intestin d'adhérer à la prothèse. Si le chirurgien décide de ne pas ouvrir le cul-de-sac, l'anneau cervico-pubien est exposé lors de la dissection vaginale postérieure. Un point de suture PROLENE 2-0 est solidement posé sur la face postérieure de l'anneau. Une suture est également posée sur la languette apicale de la prothèse. La suture PROLENE est alors serrée une fois que les bras de la prothèse sont en place. De la sorte, la prothèse est solidement amarrée à la face postérieure du col au niveau de l'anneau cervico-pubien.

Lorsqu'elles sont utilisées pour les deux réparations antérieure et postérieure, les prothèses doivent être fixées aux deux faces antérieure et postérieure du col, comme décrit ci-dessus (voir la figure 11).

### Hygiène des prothèses

Pendant l'intervention, les plaies vaginales doivent être irriguées avec du sérum physiologique. La manipulation des prothèses doit être minimale et une bonne hygiène des treillis doit être respectée.

### Mise en place du DSV et du ballonnet

À la fin de la chirurgie, un DSV de taille appropriée, associé à un ballonnet, est mis en place dans le vagin et suturé dans une position où il ne peut se détacher. Le DSV quant à trois tailles possibles (petite, moyenne et large), il est formaté par le chirurgien de la façon suivante, afin d'épouser la profondeur vaginale de la patiente :

**Formatage et découpage du DSV**

Le DSV est fourni dans sa taille la plus large. Chez une patiente, on détermine la taille appropriée du DSV en utilisant le DSV lui-même pour évaluer son adaptation. On place la taille la plus large du DSV dans le vagin, entre le dôme distendu et l'anneau hyménal. Pour introduire le DSV dans le vagin, saisir le dispositif par le repli, le replier le long de son axe longitudinal avec le ballonnet vers le haut (voir la figure 13). La partie la plus large du DSV est introduite en premier de façon à ce que les trous de suture soient situés juste au-dessus de l'anneau hyménal. *REMARQUE : ne pas retirer ou endommager le ballonnet durant l'évaluation de la taille du DSV.* La taille adéquate est obtenue lorsque le DSV se loge parfaitement dans les 2/3 supérieurs du vagin distendu, l'extrémité distale et les œillets pour suture étant 1 cm au-dessus de l'anneau hyménal (voir la figure 13).

Si la taille large convient, le DSV n'est pas modifié. Si c'est la taille moyenne qu'il faut, la section la plus haute est retirée en la découpant soigneusement, uniquement avec l'extrémité incurvée de ciseaux de Mayo afin de retirer de petits morceaux et s'assurer d'un bord de coupe régulier. Il faut veiller à minimiser la quantité de matériel restant dans les zones de coupe. *REMARQUE : il est important de bien formater le DSV. Une fois qu'il est coupé, il ne peut plus être élargi, car les sections de coupe ne peuvent pas être recollées.* Le ballonnet doit être écarté du passage pendant le découpage (voir la figure 14). *Faire attention à ne pas endommager le ballonnet lors du découpage du DSV.*

Si la taille moyenne convient, aucun autre découpage n'est nécessaire. S'il faut la petite taille, une section restante est retirée de la même façon que la précédente. Le ballonnet sera écarté du passage pendant cet autre découpage afin de ne pas être endommagé.

Une fois que le DSV à la taille adéquate et que le ballonnet est repositionné, l'ensemble peut être introduit dans le vagin de la patiente. *REMARQUE : pour minimiser la possibilité de perforer le ballonnet, n'utiliser aucun instrument pour faciliter l'introduction du DSV et du ballonnet.* Si le ballonnet venait à être endommagé, détacher le ballonnet du DSV et utiliser une garniture de gaze pour remplir la cavité vaginale.

Une fois que l'ensemble est positionné dans les 2/3 supérieurs du vagin distendu de la patiente, le DSV est solidement fixé en place par de simples sutures passant par les deux œillets du DSV et prenant l'épithélium de la paroi postérieure du vagin latéralement et au-dessus de l'hymen et sur chaque côté, comme le montre la figure 15 à 4 et 8 heures. Les sutures de fixation de la prothèse doivent être non glissantes, maintenant fermement le DSV à une distance d'un doigt à l'intérieur du vagin. *REMARQUE : faire attention à ne pas piquer le ballonnet lors de l'amarrage du DSV.* Pour cette application, on recommande un fil de suture de type Coated VICRYL 2-0 revêtu ou son équivalent résorbable.

### Gonflage du ballonnet

Une fois que le DSV suturé en position, la seringue de 50 ml, qui est fournie, est fixée par une notation à la fermeture de la valve du ballonnet. *REMARQUE : après la mise en place du DSV, un cathéter est nécessaire pour éviter la rétention urinaire.* Après gonflage par un petit volume d'air ambiant (voir la figure 16), la longueur totale du ballonnet sera palpée avec un index pour s'assurer que le ballonnet est déployé et qu'il occupe la totalité du vagin. Une fois le déploiement confirmé, retirer le doigt et continuer à gonfler à plein le ballonnet jusqu'à ce que l'espace entre le ballonnet et la paroi du vagin ait la largeur de l'extrémité d'un doigt. La stabilisation du DSV est recommandée au fur et à mesure du gonflage. Le ballonnet une fois gonflé sert à appuyer sur la paroi vaginale, ce qui est nécessaire pour gonfler tout le ballonnet varié d'une patiente à l'autre. *REMARQUE : le volume maximal du gonflage du ballonnet ne doit pas dépasser 90 ml.* Une fois le ballonnet correctement gonflé, la seringue est retirée de la valve en tournant. La tubulure de gonflage du ballonnet doit ensuite être appuyée à la casse de la patiente. Le bouchon doit être fixé à la valve du ballonnet pour éviter que le ballonnet garde le volume d'air prévu (voir la figure 7). *REMARQUE : ne pas trop serrer le bouchon.* Si nécessaire, le volume du ballonnet pourra être réajusté secondairement en utilisant une seringue standard pour augmenter ou diminuer le volume d'air à l'intérieur du ballonnet. À tout moment, le ballonnet peut être palpé ou inspecté visuellement pour s'assurer qu'il garde un gonflage suffisant. *REMARQUE : comme la patiente bouge, le ballonnet pourra se déplacer au niveau du bassin de la cavité vaginale, et sa pression peut sembler augmenter ou baisser. Ceci est normal.*

*REMARQUE : ne pas détacher le ballonnet du DSV avant son utilisation.*

*REMARQUE : ne pas gonfler le ballonnet avant son introduction dans le vagin.*

*REMARQUE : après le gonflage du ballonnet, si les œillets de suture du DSV se sont déplacés de plus de 1 cm au-dessus de l'anneau hyménal ou si une tension excessive s'exerce sur les œillets, il faut diminuer la pression du ballonnet, et au besoin repositionner ou reformater le DSV.*

*REMARQUE : NE PAS utiliser le ballonnet si des trous sont relevés ou le ballonnet ou si une fuite est détectée, ou si le ballonnet ne peut rester dilaté après son gonflage. Il devra être détaché du DSV et jeté par un moyen adapté. Utiliser à sa place une garniture standard en gaze.*

*REMARQUE : si la prise de connexion au ballonnet se détache du DSV, il faut la remettre en place.*

*REMARQUE : ne pas tasser la tubulure de gonflage dans le cavité vaginale.*

*REMARQUE : pour prévenir toute détérioration, ne jamais appliquer de trop grandes forces de courbure, de tension, ou de traction sur la tubulure de gonflage.*

*REMARQUE : ne pas insérer une garniture de gaze lorsque le ballonnet est présent.*

### Détachement du ballonnet du DSV

Grâce à une seringue standard, le ballonnet est complètement dégonflé à pour vidange la chirurgie et retiré, laissant le DSV en place. *REMARQUE : ne pas laisser le ballonnet plus d'une journée dans le vagin.*

1) Retirer le bouchon de la valve du ballonnet.

2) Fixer une seringue standard de 50 ml (ou plus) sur la valve du ballonnet et décrocher complètement le ballonnet (voir la figure 17). Il est important de le dégonfler entièrement avant de le détacher du DSV. *REMARQUE : un ballonnet totalement dégonflé prévoque une rétraction du piston de la seringue après l'aspiration complète de l'air.*

3) Retirer la seringue.

4) Le ballonnet peut alors être séparé du DSV en tirant doucement sur la tubulure de gonflage, à un endroit proche de la prise de connexion du ballonnet, tout en exerçant avec un doigt une contre-pousse sur l'extrémité distale du DSV. Voir la figure 18. *REMARQUE : ne retirer le ballonnet que s'il est complètement dégonflé et qu'aucune résistance n'est ressentie. S'il existe une résistance, en déterminer la cause avant de continuer. Continuer à avancer ou à retirer le ballonnet alors qu'il existe une résistance peut mobiliser le DSV et/ou causer des lésions tissulaires à la cavité vaginale. Pour s'assurer que le dégonflage total est obtenu, rebrancher la seringue et retirer tout l'air avant de continuer le retrait du ballonnet.*

### Retrait du DSV

Le DSV est retiré de la patiente une fois qu'une cicatrisation suffisante s'est constituée, c.-à-d. environ 3 à 4 semaines après la chirurgie. Pendant ce temps, les sutures résorbables se seront dissoutes ou auront perdu suffisamment de leurs forces de tension pour permettre un retrait facile du DSV, sans résistance des sutures. *REMARQUE : la section des deux sutures peut être nécessaire pour que le retrait soit possible. REMARQUE : ne pas laisser le DSV à l'intérieur du vagin plus de 4 semaines.* Retirer toute suture d'attache du DSV. Manuellement, retirer le DSV du conduit vaginal comme indiqué sur la figure 19.

### Soins péri-opératoires

À titre prophylactique, les patientes reçoivent des antibiotiques. Ces antibiotiques peuvent être poursuivis après la chirurgie en fonction des préférences du chirurgien. Une prophylaxie anti-thrombotique peut être prescrite.

Le chirurgien doit expliquer que l'objectif du DSV, qui demeure dans le vagin jusqu'à quatre semaines au maximum suivant l'opération, est de soutenir le vagin contre la prothèse pendant la période de cicatrisation. La patiente doit être informée que le DSV sera retiré lors du contrôle post-opératoire environ 4 semaines après l'opération. La patiente doit être avertie qu'elle risque de subir des écoulements vaginaux post-opératoires et que le DSV peut légèrement se déplacer vers le bas. Si la patiente sent que le DSV s'est déplacé vers le bas, elle peut le repousser doucement vers le haut dans une position plus confortable. Cependant, si le DSV ou la source d'une gêne importante, la patiente doit être informée de contacter son médecin.

Après la sortie de l'hôpital, la patiente est invitée à éviter les activités pénibles durant une période de 2 à 4 semaines. Pendant ce temps, les tissus pelviens auront cicatrisé la prothèse, et la patiente pourra reprendre alors les activités d'une vie normale. Il est conseillé à la patiente d'éviter tout rapport sexuel pendant au moins 6 semaines suivant la cicatrisation normale de la plaie. Les exercices du plancher pelvien peuvent être recommandés peu de temps après la chirurgie.

### MODE D'ACTION

Des études réalisées sur l'animal ont montré que l'implantation de treillis GYNECARE GYNEMESH PS faisait apparaître une réaction inflammatoire minime à légère, qui est transitoire et suivie d'une incorporation progressive du treillis par la fibrose consécutive à la colonisation des mailles du treillis. Le treillis reste souple et flexible et la cicatrisation normale de la plaie n'est pas sensiblement affectée. Le matériau n'est pas résorbé ou dégradé ni fragilisé par l'action des enzymes tissulaires.

## CONTRE-INDICATIONS

- Lorsque le treillis GYNEMESH PS est utilisé chez le nourrisson, l'enfant, la femme enceinte ou désirant une grossesse, le chirurgien doit être averti que ce produit n'est pas suffisamment extensible pour accompagner la croissance du patient.

- Les systèmes GYNECARE PROSIMA ne doivent pas être utilisés en cas de grossesse, d'infection purulente ou de cancer du vagin, du col ou de l'utérus.

## MISES EN GARDE ET PRÉCAUTIONS

- Avant d'employer les systèmes GYNECARE PROSIMA, l'utilisateur doit connaître les techniques et règles chirurgicales relatives à l'utilisation des treillis non résorbables pour la réparation du plancher pelvien.

- L'utilisation du système GYNECARE PROSIMA n'a pas été complètement évaluée chez les patientes atteintes d'un prolapsus de l'organe pelvien de Stade IV. Ainsi, son utilisation chez ce type de patientes n'est pas recommandée.

- Des pratiques chirurgicales reconnues doivent être suivies lors de l'utilisation du système GYNECARE PROSIMA ainsi que lors de la prise en charge des plaies infectées ou contaminées.

- Ne pas utiliser le système GYNECARE PROSIMA si le site opératoire est susceptible d'être infecté ou contaminé. Dans le cas où la prothèse ou l'ensemble DSV/ballonnet est utilisé dans une région contaminée, le chirurgien doit être conscient que le dispositif pourra être potentiellement retiré en cas d'infection avérée.

- Après l'opération, la patiente doit être avertie qu'elle doit s'abstenir d'éviter de soulever des charges lourdes et/ou de faire de l'exercice (par ex. vélo, jogging) pendant 3 à 4 semaines et d'éviter tout rapport sexuel pendant 6 semaines, ou jusqu'à ce que le médecin l'autorise à reprendre une activité normale.

- Ne pas laisser le DSV à l'intérieur du vagin plus de 4 semaines.

- Ne pas laisser le ballonnet dans le vagin plus d'une journée.

- Les composants du système GYNECARE PROSIMA ne doivent pas être utilisés avec des dispositifs autres que ceux qui sont mentionnés dans cette notice d'emballage.

- Éviter d'appliquer une tension excessive sur la prothèse lors de sa manipulation.

- Utiliser avec précaution les systèmes GYNECARE PROSIMA, en faisant attention à l'anatomie de la patiente, afin d'éviter d'endommager les vaisseaux, les nerfs, la vessie et l'intestin, ainsi que la perforation de la paroi vaginale. L'utilisation correcte des composants du système GYNECARE PROSIMA permettra de minimiser les risques.

- Ne gonfler le ballonnet qu'avec de l'air ambiant.

- Après gonflage du ballonnet, une palpation doit confirmer qu'il n'existe aucune fuite. Un gonflage imparfait du ballonnet en limite l'efficacité.

- La paroi du ballonnet est fine afin de lui conférer les propriétés souhaitées. Les piqûres, coupures, éraflures, écrasements ou surpressions, peuvent être responsables d'une perte de gonflage. Le ballonnet peut être facilement percé par une aiguille, un scalpel ou se rompre lors d'une manipulation avec un instrument peu tranchant. Lors de sa manipulation, une grande attention devra s'exercer pour empêcher de telles éventualités. Un ballonnet endommagé ne doit pas être utilisé. Le retirer et garnir avec de la gaze.

- Le gonflage maximum du ballonnet est de 90 ml. Ne pas le surgonfler. Un gonflage excessif peut gêner la patiente, nécroser les tissus, rompre la cicatrice en post-opératoire ou empêcher la miction.

- Ne pas utiliser les systèmes GYNECARE PROSIMA chez les patientes qui sont sous traitement anti-coagulant.

- Un saignement peut apparaître en post-opératoire. En rechercher tout symptôme ou signe avant de laisser sortir la patiente de l'hôpital.

- La patiente devra être informée de contacter immédiatement le chirurgien en cas de douleur inhabituelle, de saignement ou d'autres problèmes.

- Bien qu'une blessure vésicale soit improbable avec cette technique, une cystoscopie est toutefois recommandée.

- Bien qu'une blessure rectale soit improbable avec cette technique, un toucher rectal est également recommandé.

- Ne pas fixer le treillis GYNECARE GYNEMESH PS avec des agrafes, des clips ou des clamps, car ils pourraient causer des dommages mécaniques au treillis.

- La prothèse ne doit pas se trouver en regard du tiers inférieur du vagin. Si nécessaire, la découper à la hauteur de la jonction tiers inférieur/tiers moyen de la paroi vaginale.

- À titre prophylactique, des antibiotiques peuvent être administrés selon les pratiques usuelles du chirurgien.

## EFFETS INDÉSIRABLES

- Les effets indésirables potentiels sont ceux habituellement associés à l'implantation chirurgicale de matériaux incluant une augmentation des risques infectieux, une réaction inflammatoire, la formation d'adhérences, la survenue de fistule ou d'érosion, la possibilité d'extrusion et de cicatrisation entraînant une rétraction de la prothèse.

- Les effets indésirables potentiels sont également ceux généralement observés après la correction des prolapsus des organes pelviens, incluant des rapports sexuels douloureux et des douleurs pelviennes. Ces douleurs peuvent disparaître d'elles-mêmes avec le temps.

- Des piqûres, lacérations ou blessures des vaisseaux, nerfs, vessie, urètre ou intestin peuvent se produire lors de la dissection ou lors de la mise en place de la prothèse. Ces blessures peuvent nécessiter une réparation chirurgicale.

- La dissection nécessaire par la réparation du plancher pelvien peut être à l'origine d'une perturbation de la miction sur une durée variable.

## STERILITE

Les systèmes GYNECARE PROSIMA sont stérilisés à l'oxyde d'éthylène. NE RESTÉRILISER aucune partie du système GYNECARE PROSIMA. NE RÉUTILISER aucune partie du système GYNECARE PROSIMA. La réutilisation de ce dispositif l'ou de parties de ce dispositif peut créer un risque de dégradation du produit et une contamination croisée, ce qui peut provoquer une infection ou la transmission d'agents pathogènes transmissibles par le sang aux patients et utilisateurs. Ne pas utiliser un système GYNECARE PROSIMA si son emballage est ouvert ou endommagé. Éliminer tous les composants ouverts et en msettez du système GYNECARE PROSIMA.

## ÉLIMINATION

Éliminer les composants du système GYNECARE PROSIMA et les emballages conformément aux règles et procédures de votre établissement relatives aux matériaux et déchets présentant un danger biologique.

## CONSERVATION

Conditions de stockage recommandées : température ambiante et humidité relative contrôlées (environ 25 °C et 60 % d'humidité relative), loin de toute source de chaleur directe et d'humidité. Ne pas utiliser au-delà de la date de péremption.

**Symboles utilisés pour l'étiquetage**



| | |
|---|---|
| CE 0086 | Fabricant |
| Marque CE et numéro d'identification de l'organisme notifié. Produit conforme aux exigences essentielles de la directive 93/42/CEE portant sur les dispositifs médicaux. | Ne pas réutiliser/restériliser |
| LOT Numéro du lot | Voir la notice d'utilisation |
| Utiliser avant — année et mois | STERILE EO Méthode de stérilisation — oxyde d'éthylène (OE) |

29



# Gynecare
# PROSIMA™

Anteriores Beckenboden-Rekonstruktionssystem
Posteriores Beckenboden-Rekonstruktionssystem
Kombiniertes Beckenboden-Rekonstruktionssystem

**Bitte alle Informationen sorgfältig lesen.**

Eine Nichtbeachtung der Gebrauchsanweisung kann zu einer Fehlfunktion der Instrumente und zu Verletzungen führen.

*ACHTUNG: Laut Gesetz ist der Verkauf dieses Produkts in den USA nur auf ärztliche Anordnung gestattet.*

Eine Schulung über die Verwendung der GYNECARE PROSIMA™ Beckenboden-Rekonstruktionssystems wird empfohlen und angeboten. Wenden Sie sich an den für Sie zuständigen Außendienstmitarbeiter, um diese Schulung zu vereinbaren.

**INDIKATIONEN**

Die GYNECARE PROSIMA Beckenboden-Rekonstruktionssysteme, bei denen GYNECARE GYNEMESH™ PS nicht-resorbierbare, weiche PROLENE™ Netzimplantate eingesetzt werden, sind zur Gewebeverstärkung und langfristigen Stabilisierung von Faszienstrukturen des Beckenbodens indiziert, entweder als mechanische Stütze oder als Überbrückungsmaterial für den Fasziendefekt. Die Systeme sorgen für eine Stabilisierung des Vaginalkanals während der Heilungsphase nach einer chirurgischen Rekonstruktion bei einem Prolaps der Vaginalwand mit gleichzeitiger Unterstützung der Position der Netzimplantate.

**BESCHREIBUNG**

Jedes GYNECARE PROSIMA Beckenboden-Rekonstruktionssystem (anterior, posterior und kombiniert) enthält das vorgeschnittenene GYNECARE GYNEMESH PS Netzimplantats und Instrumenten zur leichteren Einbringung der Implantate sowie zur postoperativen Stützung (siehe Abbildung 1). Die folgende Tabelle fasst die in jedem System enthaltenen Komponenten zusammen:

| BECKENBODEN-REKONSTRUKTIONSSYSTEM | KOMPONENTEN (siehe Abbildung 1) | | | | |
|---|---|---|---|---|---|
| | Netzimplantat im Träger (A) | Vaginal-Splint mit Luftkissen (B&C) | Anteriores Einführinstrument (D) | Posteriores Einführinstrument (E) | Spritze (F) |
| Anterior | 1 | 1 | 1 | | 1 |
| Posterior | 1 | 1 | | 1 | 1 |
| Kombiniert | 1 | 1 | 1 | 1 | 1 |

Tabelle 1 – Komponenten des GYNECARE PROSIMA Beckenboden-Rekonstruktionssystems

**GYNECARE GYNEMESH PS**

GYNECARE GYNEMESH PS ist ein Netz, das aus geflochtenen Fäden aus extrudiertem Polypropylen hergestellt wird und in der Zusammensetzung identisch mit dem PROLENE™ Polypropylen-Nahtmaterial ist (ETHICON, INC.). Bezeichnen zufolge ruft dieses Material bei Verwendung als chirurgisches Nahtmaterial keinerlei Reaktionen hervor, und seine Festigkeit bei klinischer Anwendung bleibt unbeschränkt erhalten. Das Netz bietet hohe Zugkraft und Haltbarkeit, ist chirurgisch vielseitig einsetzbar und ausreichend porös, um das notwendige Einwachsen von Gewebe zu ermöglichen. Blaue PROLENE Einzelfäden wurden eingewebt, um Kontraststreifen im Netz darzustellen. Das Netz besteht aus monofilen Fasern mit reduziertem Durchmesser, die auf besondere Weise zu einem Netz gewebt werden, das ca. 50 Prozent flexibler ist als ein normales PROLENE™ Polypropylen- Netz. Das Netz ist so verknüpft, dass die Fadenverbindungen miteinander verkettet sind, so dass es bidirektional dehnbar ist. Durch diese Struktur kann das Netz in jede gewünschte Form und Größe geschnitten werden, ohne auszufransen. Die bidirektionale Elastizität ermöglicht die Adaptation an verschiedene Belastungssituationen im Körper.

**Netzimplantat**

Das Netzimplantat besteht aus GYNECARE GYNEMESH PS. Die Netzimplantate sind zur Rekonstruktion anteriore, posteriore bzw. apikaler vaginaler Defekte y-förmig zugeschnitten. Siehe Abbildung 2. Das Netzimplantat hat zwei Halteschlaufen und einen zentralen Körper. Am proximalen Ende befindet sich eine apikale Lasche zur Nahtbefeinung, um eine Verschiebung des Netzimplantats während des Einbringens der Halteschlaufen zu minimieren. Am distalen Ende befindet sich eine distale Kerbe zur Ausrichtung des Netzimplantats. An den Halteschlaufen des Netzimplantats befinden sich vorgeformte Taschen, die die Einbringung mit den Einführinstrumenten ermöglichen. Das Netzimplantat wird in einem Implantatbehälter aus unbeschichtetem Tyvek® mit durchsichtiger Kunststofffolie geliefert, aus dem es einfach entnommen werden kann.

**Anteriores Einführinstrument**

Das nur zum Einmalgebrauch bestimmte anteriore Einführinstrument erleichtert das Einführen der Netzimplantat-Halteschlaufen in die zuvor präparierten anterioren Gewebekanäle. *HINWEIS: Das anteriore Einführinstrument dient nicht zur Präparation von Gewebe.* Das anteriore Einführinstrument ist passend zu den Netzimplantat-Taschen konstruiert, damit die Halteschlaufen auf beiden Seiten der Patientin in das anteriore Kompartiment eingebracht werden können. Siehe Abbildungen 3 und 4.

**Posteriores Einführinstrument**

Das nur zum Einmalgebrauch bestimmte posteriore Einführinstrument erleichtert das Einführen der Netzimplantat-Halteschlaufen in die zuvor präparierten posterioren Gewebekanäle. *HINWEIS: Das posteriore Einführinstrument dient nicht zur Präparation von Gewebe.* Zur kontrollierten Insertion wird ein Standard Nadelhalter als Stabilisator am posterioren Einführinstrument befestigt. Das posteriore Einführinstrument ist passend zu den Netzimplantat-Taschen konstruiert, damit die Halteschlaufen auf beiden Seiten der Patientin in das posteriore Kompartiment eingebracht werden können. Siehe Abbildung 5.

**Vaginal-Splint (Vaginal Support Device, VSD)**

Der nur für den Einmalgebrauch bestimmte VSD dient zur postoperativen Stütze des Vaginalgewebes nach dem Einbringen des Netzes und dem Nahtverschluss der vaginalen Inzision(en). Das apikale Ende ist der breiteste Teil des VSD und hat zuschneidbare Abschnitte. Nach der ersten Größenbestimmung in der Patientin kann die Größe des VSD durch Abschneiden

der entsprechenden apikalen Abschnitte an die Anatomie der Patientin angepasst werden. Der VSD verbleibt 3–4 Wochen in den oberen zwei Dritteln der Vagina und wird dann aus der Patientin entfernt. Siehe Abbildung 6.

**Luftkissen**

Das Luftkissen ist ein Einmalprodukt zum Ersatz einer postoperativen vaginalen Gazeverbands. Das Luftkissenvolumen ist einstellbar, damit der Vaginalkanal ausgefüllt und die Vaginalwand an das Netzimplantat gedrückt wird. Das Luftkissen ist bereits an den VSD angebracht. Abbildung 7 zeigt das leere Luftkissen ohne daran befestigten VSD. Das Luftkissen verbleibt bis zu einem Tag in der Patientin.

**Spritze**

Zum Aufblasen des Luftkissens wird eine 50-ml-Spritze mitgeliefert.

**ABSCHNITT 1: VERFAHRENSPRINZIPIEN MIT DEM GYNECARE PROSIMA SYSTEM**

Eine Beckenbodenrekonstruktion mit dem GYNECARE PROSIMA System zielt darauf ab, eine anatomische, dauerhafte und standardisierte Rekonstruktion eines Prolapses der Beckenorgane zu erreichen. Je nach Lage des Prolapses und Ermessen des Chirurgen kann die Rekonstruktion anterior bzw. posterior vorgenommen werden. Eine Hysterektomie oder eine Uterusfixation kann mit dem GYNECARE PROSIMA Verfahren kombiniert werden. Falls indiziert, kann bei Verwendung des GYNECARE PROSIMA Systems gleichzeitig eine Darmrekonstruktion oder eine subureterale Umschlingung zur Behandlung einer stressbedingten Harninkontinenz durchgeführt werden. Es kann eine retropubische oder transobturatorische subureterale Umschlingung verwendet werden.

Die Prolaps-Rekonstruktion wird durch die Einbringung eines oder zweier der Netzimplantate über einen vaginalen Zugang erreicht. An- Ende der Operation wird ein VSD mit einem aufblasbaren Luftkissen zur Größenanpassung in die Vagina eingebracht und dort verzweilt, um Vagina und Netzimplantat(e) während des Einwachsens von Gewebe zu unterstützen. Nach dem Aufblasen ersetzt das Luftkissen einen herkömmlichen Gazeverband durch Ausfüllen des vaginalen Hohlraums und Aneinanderdrücken von Netzimplantat(en) und Vagina. Am Tag nach der Operation wird die Luft aus dem Luftkissen abgelassen und das Luftkissen aus der Vagina entfernt, ohne der VSD zu entfernen. Der VSD bleibt für maximal 4 Wochen nach der Operation in situ, während das Gewebe in das der die Netzimplantat(e) einwächst.

**ABSCHNITT 2: BEGRÜNDUNG FÜR DAS GYNECARE PROSIMA SYSTEM**

Nach einer konventionellen Operation wegen Prolaps der Beckenorgane ist das reparierte Gewebe einem erhöhten intraabdominalen Druck ausgesetzt, wenn die Patientin sich bewegt, hustet, arbeitet und bei der Darmentleerung drückt. Diese Erhöhungen des intraabdominalen Drucks können die Heilung der vaginalen Rekonstruktion negativ beeinflussen und zu einem Misserfolg der Operation sowie einem Prolaps-Rezidiv führen. Durch Verstärkung der vaginalen Rekonstruktion mit dem Netzimplantat und Stützung der Vagina mit dem VSD für 3 bis 4 Wochen nach der Operation dient das GYNECARE PROSIMA System zur Reduzierung der Gefahr eines operativen Misserfolgs und Prolaps-Rezidivs.

Bei der anterioren Operation wird der Körper des Netzimplantats spannungsfrei über die Harnblase und den oberen zwei Dritteln der Vagina eingebracht werden und sich auf Höhe des Arcus tendineus fasciae pelvis (ATFP) nach lateral erstrecken. Bei der posterioren vaginalen Rekonstruktion soll der Körper des Netzimplantats spannungsfrei zwischen Rektum und den oberen zwei Dritteln der Vagina eingebracht werden und lateral über den Levator-ani-Muskeln liegen. Der apikale Abschnitt des Netzimplantatkörpers soll bis zum vaginalen Apex reichen. Anterior kann das Netzimplantat an das präveikuläre Gewebe oder die Zervix geheftet werden. Posterior kann das Netzimplantat an das präsakrale Gewebe oder die Zervix geheftet werden.

Der VSD stützt das Vaginalgewebe nach der Operation und erleichtert das Andrücken des Vaginalgewebes gegen das Netzimplantat, bis das Einwachsen von Gewebe beginnt. Das Einwachsen von Gewebe durch das Netzimplantat findet in den 3 bis 4 Wochen nach der Operation statt. Bei Verwendung des GYNECARE PROSIMA Systems ist keine Präparation außerhalb der Beckenhöhle erforderlich, und die Passage von Nahtmaterial und Instrumenten durch das Foramen obturatorium und Ligamentum sacrospinosum werden vermieden, wodurch die Operation einfacher durchzuführen ist.

**Hysterektomie**

Das Ermessen des Chirurgen und die Bedürfnisse der Patientin bestimmen, ob eine begleitende Hysterektomie erforderlich ist. Wenn eine Hysterektomie durchgeführt wird, wird der Verschluss des Isthmi entweder: Peritoneums empfohlen, um den Kontakt des Netzimplantats mit dem Darm zu vermeiden. Ein „T"-Verschluss der Inzision sollte vermieden werden, da dieser die Gefahr einer Freilegung des Netzes erhöht. Wenn eine vaginale Hysterektomie zusammen mit entweder anterioren oder posteriorer Rekonstruktion oder beiden durchgeführt wird, sollte die Hysterektomie-Inzision zuerst transversal verschlossen werden; anschließend sollten die Inzisionen für die Rekonstruktion so angelegt werden, dass sie keine Verbindung mit der zuvor verschlossenen Hysterektomie-Inzision haben. Dadurch wird die Entstehung einer „T"-Inzision vermieden.

**Uteruserhaltung**

Das GYNECARE PROSIMA System eignet sich für Situationen, in denen sich der Chirurg oder die Patientin für eine Uteruserhaltung entscheiden.

**Vaginale Inzisionen**

Die beim GYNECARE PROSIMA System angewandten vaginalen Inzisionen sind die gleichen wie bei einer routinemäßigen Operation aus Rekonstruktion. Die Inzisionen sollten durch die gesamte Dicke der Vaginalwand angelegt werden, um die Gefahr einer Freilegung des Netzes zu verringern.

**Einbringung des Netzimplantats**

Die Netzimplantate werden vom VSD in situ gehalten, bis ein Einwachsen von Gewebe stattfinden. Deshalb ist es nicht nötig, die Halteschlaufen des Netzimplantats zu fixieren. Der apikale Abschnitt des Netzimplantats kann mit Nahtmaterial wie etwa 2-0 MONOCRYL™ (Polidecaproan 25) oder 2-0 Coated VICRYL™ (Polyglactin 910) an die Faszie in der Mittellinie am vaginalen Apex geheftet werden. Das vaginale Epithel sollte nicht an das Netzimplantat angenäht werden.

30

**Erhaltung der Vagina**

Die Entfernung oder Exzision von zu viel vaginalem Epithel sollte vermieden werden. Nach der Operation kann eine gewisse Retraktion des Gewebes auftreten, und die vaginale Kapazität könnte weiter reduziert werden, wenn zu viel vaginales Epithel entfernt wurde.

**Drei Stufen vaginaler Unterstützung**

Bei der vaginalen Rekonstruktion sind im Allgemeinen 3 Stufen vaginaler Unterstützung möglich. Die Verwendung des GYNECARE PROSIMA Systems bei einer Operation soll Stufe I und II dieser Unterstützung ermöglichen, wie nachstehend beschrieben:

**Stufe I – Suspension und Unterstützung** (oberes Drittel der Vagina)
Das obere Drittel der Vagina (einschließlich des Vaginalapex nach Hysterektomie) und der Uterus werden durch zwei Mechanismen gestützt. Erstens liefern das Parametrium (cardinale und utero-sacrale Ligamente) und Paracolpium-Fasern direkte Unterstützung für den oberen Bereich der oberen Vagina. Diese Fasern wirken wie suspensorische Ligamente und entspringen von der Fascie des M. piriformis, vom sacroiliacalen Gelenk und dem lateralen Sacrum, und sie treten im lateralen oberen Drittel der Vagina und an der posterolateralen Seite der Zervix ein. Zweitens sorgt die Levatorplatte, gebildet durch die Fusion der rechten und linken Levator-ani-Muskeln zwischen Rektum und Steißbein, für indirekte Unterstützung von Uterus und oberer Vagina. Ein Prolaps von Uterus und Scheidengewölbe tritt als Folge des Versagens dieser direkten und indirekten Stützmechanismen auf. Dabei ist wahrscheinlich eine Schwäche des muskulären Beckenbodens und der suspensorischen Fasern des Parametriums und oberen Paracolpiums beteiligt. Das Ziel der Prolaps-Operation bei Stufe I ist die Wiederherstellung direkter und indirekter Stützmechanismen. Beim GYNECARE PROSIMA System werden die Netzimplantatschlaufen dazu verwendet, um bei der anterioren vaginalen Rekonstruktion an jedem M. obturator internus und die darüber liegende parietale Fascie und bei der posterioren Rekonstruktion an die sakrospinalen Ligamente zu drücken. Dies liefert direkte Unterstützung durch Suspension und indirekte Unterstützung durch Schaffung einer breiten Netzimplantatstützfläche für die obere Vagina und den Uterus.

**Stufe II – Laterale Befestigung** (mittleres Drittel der Vagina)
Die mittlere Vagina ist lateral und direkt durch den Arcus tendineus fasciae pelvis (ATFP) an den Muskeln der seitlichen Beckenwand befestigt. Auf dieser Höhe werden die anterioren und posterioren Vaginalwände zwischen den rechten und linken lateralen Befestigungen gestreckt. Bei Stufe II sieht die Prolaps-Rekonstruktion darauf ab, die breite mittlere Vagina wieder an den Muskeln der seitlichen Beckenwand zu befestigen. Zentrale Defekte der mittleren Vagina erfordern ebenfalls Unterstützung bei Stufe II. Das GYNECARE PROSIMA System stellt immer eine laterale Befestigung der Vagina an den Muskeln der seitlichen Beckenwand her und sorgt außerdem für eine zentrale fasciale Verstärkung nach dem Einwachsen von Gewebe.

**Stufe III – Fusion** (unteres Drittel der Vagina)
**HINWEIS: Bei Verwendung des GYNECARE PROSIMA Systems ist keine Präparation in diesem Bereich erforderlich.** Bei Stufe III verbindet sich anterior das untere Drittel der Vagina mit der Membrana perinei und der Urethra. Posterior verbindet sich das untere Drittel der Vagina mit der Sehnenplatte des Damms und dem Levator-ani-Muskeln. Die Gerwebe in diesem Bereich werden ohne Netzimplantat rekonstruiert, da dieses nicht für eine Verwendung im unteren Drittel der Vagina vorgesehen ist. Das GYNECARE PROSIMA System ist nicht auf Stufe-III-Unterstützungsdefekte ausgerichtet, wenngleich diese durch begleitende Eingriffe wie etwa eine Dammnaht behandelt werden können.

## ABSCHNITT 3: GEBRAUCHSANWEISUNG
*HINWEIS: Beim Lesen dieses Abschnitts sollten die Abbildungen am Anfang dieses Dokuments zu Rate gezogen werden.*

**OP-Vorbereitung**

Eine Operation mit dem GYNECARE PROSIMA System kann je nach Ermessen des Chirurgen, des Anästhesisten und der Patientin mit Allgemein- oder Regionalanästhesie durchgeführt werden.

Die Patientin sollte in Steinschnittlage gelagert werden, mit leicht über den OP-Tisch hängenden Gesäßbacken und gebeugten Hüften. Nach Ermessen des Chirurgen kann die Blase drainiert werden. Vor dem Aufblasen des Luftkissens ist ein Katheter erforderlich, der jetzt gelegt werden kann.

**Verwendung des GYNECARE PROSIMA Systems nach Hysterektomie**

**Anteriore Vaginalrekonstruktion**
Wenn nur eine Verstärkung der anterioren Vaginalwand erforderlich ist, wird nur das anteriore GYNECARE PROSIMA System Beckenboden-Rekonstruktionssystem verwendet. Dieses verhält sich genauso, wie bei der anterioren Vaginalrekonstruktion mit erweichtes anterioren Einführinstrument. Wenn die erforderlichen vaginalen Inzisionen und Präparationen erfolgt sind, werden mit dem anterioren Einführinstrument am anterioren Kompartiment Gewebekanäle für die Einbringung der Netzimplantatschlaufen hergestellt. **HINWEIS: Das anteriore Einführinstrument darf nicht zur Präparation von Gewebe verwendet werden.**

**Anteriore Vaginalpräparation**
Das anteriore Vaginalepithel wird von der Blase abpräpariert. Dabei wird die gesamte Dicke der Vaginalwand abpräpariert. Diese Präparation sollte durch subepitheliale Hydro-Präparation erleichtert werden. Eine oberflächliche Präparation der Vaginalwand oder eine Aufteilung der Wand in zwei Schichten ist zu vermeiden. Eine solche Präparation kann zu einer sehr dünnen Vaginalwand führen und auch die Blutversorgung der Wand beeinträchtigen, wodurch die Gefahr einer Freilegung des Netzes erhöht wird. Lateral wird die Präparation zur seitlichen Beckenwand und zur Spina ischiadis fortgesetzt.

**Anteriore Kanalpräparation und Netzimplantat**
In dieser Beschreibung wird die Präparation zur Herstellung der Kanäle für die Netzimplantatschlaufen zuerst auf der rechten und dann auf der linken Seite der Patientin durchgeführt. Diese Kanäle werden bergestellt, um das Netzimplantat so einbringen zu können, dass die distale Abschnitt der Schlaufen jeweils bündig mit der seitlichen Beckenwand und der parietalen Fascie des Obturator-internus-Muskels liegt. Um diese Schlaufen einzubringen, kann die Präparation durch Palpation und Identifikation der Spina ischialis auf beiden Seiten erfolgen. **HINWEIS: Diese Präparation kann alternativ mit einer Schere und einem stumpfen „Spreiztechnik" begonnen werden, wobei die Spitzen der Schere stets anterior von der Spina ischialis bleiben.** Nach der ersten Präparation folgt eine behutsame Fingerspräparation zur Spina ischialis. Schald Kontakt zur Spina ischialis besteht, mit dem Zeigefinger anterior und superior von der Spina ischialis Platz schaffen. Siehe Abbildung 8A. Die Richtung dieser Präparation ist senkrecht zur seitlichen Beckenwand. Dann einen Honkraus von etwa 2 cm Breite und 3 cm Höhe her. An den anterioren Präparation ist keine Präparation auf die sakrospinalen Ligamente beteiligt. Diese Präparation stellt einen Kanal anterior und superior der Spina ischialis und oberhalb von ATFP, Obturator-internus-Muskel und seiner parietalen Fascie her. Die gleiche Präparation auf der linken Seite wiederholen.

Ein Fahren des präoralativen Gewebes ist nicht erforderlich. Wenn eine Faltung durchgeführt wird, dann wird sie jedoch nur am zentralen Teil dieses Gewebes vorgenommen. Dadurch wird vermieden, dass der präparierte Bereich zu eng wird. Das Netzimplantat so über das prävesikuläre Gewebe legen, dass die Schlaufentaschen nach oben zeigen. Wenn ein Anheften vorgesehen ist, sollte es zu diesem Zeitpunkt durch Legen einer Naht mit beispielsweise 2-0 MONOCRYL oder 2-0 Coated VICRYL im Apex der Vagina und Durchstechen der apikalen Lasche des Netzimplantats

erfolgen. Die Heftnaht kann gleich jetzt oder nach Positionierung der Schlaufen fixiert werden. Das Anheften der distalen Rolle des Netzimplantats ist optional und kann mit Nahtmaterial wie 2-0 MONOCRYL oder 2-0 Coated VICRYL durchgeführt werden.

Die Netzimplantatschlaufen mit den anterioren Einführinstrument jeweils in den rechten und linken Kanal einführen, der durch die Präparation anterior und superior der Spina ischialis hergestellt wurde (wie oben beschrieben). **HINWEIS: Die gebogenen Enden des anterioren Einführinstruments sind in entsprechenden Richtungen gedreht und sind mit Pfeilmarkierungen zur Anzeige der Positionierungsrichtung versehen.** Die Spitze des anterioren Einführinstruments mit dem Pfeil in Richtung rechte Patientenseite in die Schlaufentasche des Netzimplantats (siehe Abbildung 8B) auf der rechten Seite der Patientin einführen. **HINWEIS: Gegenüng kann dazu beitragen, dass die Tasche auf dem anterioren Einführinstrument bleibt.** Das anteriore Einführinstrument in eine vertikalen Position halten, so dass der gebogene Teil des Instruments zur posterioren Vaginalwand zeigt. Das anteriore Einführinstrument wird dann mit der Schlaufe darauf in den zuvor hergestellten Gewebekanal geführt (siehe Abbildung 8C). Bis der Handgriff die Labia majora auf der gegenüberliegenden Seite berührt. Dies wird dadurch erreicht, dass der Griffteil des anterioren Einführinstruments nach oben- und vertikal positioniert wird, so dass die Führungskante und Tasche zur Spina ischialis zeigen. Aus diese Position wird der Handgriff dann nach unten in eine fast horizontale Stellung gekippt, während er in Kontakt mit dem kontralateralen Oberschenkel gehalten wird. **HINWEIS: Das Zurückziehen der Blase mit einem chirurgischen Standardinstrument kann die erste Einlegung in den Kanal erleichtern. Ggf. kann ein Zeigefinger im Kanal verwendet werden, um das anteriore Einführinstrument beim ersten Einbringen gegen die Labia majora auf der kontralateralen Seite zu führen, bevor der Handgriff abgesenkt wird.** Durch leichtes Drücken nach oben werden die Schlaufentaschen korrekt positioniert und die apikale Abschnitt des Netzimplantats wird an den vaginalen Apex gedrückt. **HINWEIS: Falls während der Insertion der Schlaufe ein Widerstand spürbar ist, muss vor der Fortsetzung des Verfahrens die Ursache festgestellt werden. Ein weiteres Vorschieben des Einführinstruments unter Widerstand kann zur Beschädigung des Netzimplantats oder durch zu weites Einführen zu Schäden an wichtigen Gewebestrukturen führen.**

Den Handgriff vor Herausziehen des anterioren Einführinstruments in die vertikale Position zurückkippen und die Schlaufe dabei im Kanal zurücklassen. **HINWEIS: Erste Schlaufe vollständig einführen. HINWEIS: Wenn das anteriore Einführinstrument herausgezogen wird, bevor die Netzimplantatschlaufe die vorgesehene Stelle erreicht hat, muss die Schlaufe entfernt, neu aufgesetzt und nochmals eingeführt werden.** Dieses Verfahren wird auf der anderen Seite der Patientin durch Umdrehen des anterioren Einführinstruments und Einführen des Endes mit dem Pfeil zur linken Patientenseite in die andere Tasche wiederholt. Abbildung 8D zeigt beide eingesetzte Schlaufen. **HINWEIS: Beim Einbringen der zweiten Schlaufe ist ein Verschieben des Netzimplantats zu vermeiden und das Implantat darf NICHT verdreht sein.**

Der Körper des Netzimplantats wird locker über das darunter liegende Vaginalgewebe gelegt. Ein Falten oder Verdrehen des Körpers und der Schlaufen ist zu vermeiden. Je nach vaginalem Abmessungen oder Ausmaß der lateralen Präparation muss der Netzimplantatkörper evertuell zugeschnitten werden. Das Vaginalepithel kann ausgeschnitten werden, dabei darf allerdings nicht zu viel Gewebe entfernt werden. Das Epithel wird über dem Netzimplantat ohne Verwendung innewander greifender Nähte verschlossen (wie unten, siehe Abbildung 8E). Die endgültige Position des Netzimplantats im anterioren Kompartiment ist in Abbildung 8F dargestellt.

*HINWEIS: Vor dem Nahtverschluss der vaginalen Inzisionen muss eine sorgfältige Blutstillung hergestellt werden.*

Vaginale Inzisionen sollten nicht mit ineinander greifenden oder Achter-Nähten verschlossen werden. Dadurch wird eine Devaskularisierung des Vaginalepithels entlang der Inzisionslinien vermieden und die Erosion des Netzes reduziert. Vozugsweise wird das Epithel in zwei Schichten verschlossen. Im oberen Bereich wird die vaginalen Inzision zu erhalten. Die tiefe Schicht wird mit einer fortlaufenden subepithelialem Matratzennaht mit 2-0 MONOCRYL Nahtmaterial oder 2-0 MONOCRYL™ Plus (Poliglecaprone 25) antibakteriellen Nahtmaterial verschlossen. Das Epithel wird dann mit einer fortlaufenden umgedrehten Matratzennaht und mit 2-0 Coated VICRYL Nahtmaterial oder 2-0 Coated VICRYL™ Plus (Polyglactin 910) antibakteriellen Nahtmaterial versetzt. **HINWEIS: Das Netzimplantat kann im oberen zweit Dritteln der Vagina positionieren und zuschneiden, falls es darüber hinaus reicht.** Falls dies nicht bereits erfolgt ist, wird eine Zystoskopie empfohlen, um eine Verletzung des Harntrakts auszuschließen.

Alternativ kann ein einschichtiger Verschluss der Vaginalwand durchgeführt werden. Dabei können eine fortlaufende, umgedrehte Matratzennaht oder Einzelnähte mit 2-0 Coated VICRYL oder 2-0 Coated VICRYL Plus verwendet werden.

**Posteriore Vaginal-Rekonstruktion**
Wenn nur eine Verstärkung der posterioren Vaginalwand erforderlich ist, wird nur das posteriore GYNECARE PROSIMA Beckenboden-Rekonstruktionssystem verwendet. Dieses verhält ein Netzimplantat und ein speziell für die Verwendung bei der posterioren Vaginalrekonstruktion entwickeltes posteriores Einführinstrument. Nach Anlegen der erforderlichen vaginalen Inzisionen und Präparationen Gewebekanäle im posterioren Kompartiment herstellen, in die die Netzimplantatschlaufen eingebracht werden. **HINWEIS: Das posteriore Einführinstrument darf nicht zur Präparation von Gewebe verwendet werden.**

**Posteriore Präparation von Vagina und Kanal**
Das posteriore Vaginalepithel wird vom präkrkalen Gewebe abpräpariert. Wie bei der anterioren Vaginalwand sollte auch hier die gesamte Dicke der posterioren Vaginalwand abpräpariert werden. Diese Präparation sollte durch subepitheliale Hydro-Präparation erleichtert werden. Die Präparation wird lateral auf beiden Seiten bis zum Levator-ani-Muskeln auf Höhe der Spina ischialis fortgeführt. Die Präparation geht weiter durch beide rektale Pfeiler und bis auf, aber nicht durch das Ligamentum sacrospinosum, wodurch Kanäle für die Einführung der Netzimplantatschlaufen hergestellt werden. Siehe Abbildung 9A.

Die Behandlung einer vorhandenen Enterozele ist optional, kann aber, falls beabsichtigt, je nach bevorzugter Technik des Chirurgen jetzt durchgeführt werden.

Wenn während der anterioren oder posterioren Präparation die Rauchhöhle eröffnet wird, muss diese vor dem Einbringen des Netzimplantats verschlossen werden.

**Einbringung des posterioren Netzimplantats**
Ein Falten des präkrkalen Gewebes ist nicht erforderlich. Wenn eine solche Faltung jedoch durchgeführt wird, wird nur der zentrale Teil des präkrkalen Gewebes gefaltet. Dadurch wird vermieden, dass der präparierte Bereich zu eng wird. Das Netzimplantat so über das präkrtale Gewebe legen, dass die Schlaufentaschen nach oben zeigen. Wenn ein Anheften vorgesehen ist, sollte es zu diesem Zeitpunkt durch Legen einer Naht mit 2-0 MONOCRYL Nahtmaterial oder 2-0 Coated VICRYL Nahtmaterial an Apex der Vagina und Durchstechen der apikalen Lasche des Netzimplantats erfolgen. Die Heftnaht kann gleich jetzt oder nach Positionierung der Schlaufen fixiert werden. Das Anheften der distalen Rolle des Netzimplantats ist optional und kann mit 2-0 MONOCRYL Nahtmaterial oder 2-0 Coated VICRYL Nahtmaterial durchgeführt werden.

Die Netzimplantatschlaufen mit dem posterioren Einführinstrument jeweils in den rechten und linken Kanal einführen, der durch die beidseitige Präparation zum Ligamentum sacrospinosum hergestellt wurde (oben beschrieben). Das posteriore Einführinstrument mit einem geraden Nadelhalter greifen, wie in Abbildung 9B dargestellt.

*HINWEIS: Die Spitze des Nadelhalters in das gerade, gerillte Ende des posterioren Einführinstruments einführen.* Das Netzimplantat so ausrichten, dass die Schlaufen zwischen nach oben zeigen. Die Spitze des posterioren Einführinstruments in die Schlaufentasche auf der rechten Patientenseite einführen (siehe Abbildung 9B). Das posteriore Einführinstrument wird nun mit der Schlaufe in den zuvor hergestellten Gewebekanal geschoben (siehe Abbildung 9C), wobei der Handgriff des Nadelhalters aufgerichtet wird. Die Schlaufe mit ihrer gesamten Länge in den Kanal schieben, so dass die Schlaufe an der superioren Grenze der faszialen Präparation liegt. *HINWEIS: Erste Schlaufe vollständig einführen. Wenn des Einführinstrument herausgezogen wird, bevor die Netzimplantatschlaufe die vorgesehene Stelle erreicht hat, muss die Schlaufe entfernt, neu aufgesetzt und nochmals eingeführt werden. HINWEIS: Dabei darf nicht in tief eingeführt werden, um Schäden an wichtigen Gewebestrukturen zu vermeiden. HINWEIS: Falls während der Passage mit der Schlaufe ein Widerstand spürbar ist, muss vor der Fortsetzung des Verfahrens die Ursache festgestellt werden. Ein weiteres Vorschieben des Einführinstruments unter Widerstand kann zur Beschädigung des Netzimplantats oder durch zu weites Einführen zu Schäden an wichtigen Gewebestrukturen führen.* Das posteriore Einführinstrument wird entlang des Insertionspfads zurückgezogen, wobei die Schlaufe im Kanal verbleibt. Die Schlaufen drücken an das ligamentum sacrospinosum, ohne es jedoch zu durchdringen. Nähte keinesfalls in das Lig. sacrospinosum legen. Das Verfahren mit der zweiten Schlaufe auf der linken Patientenseite wiederholen. Abbildung 9D zeigt beide eingeführten Schlaufen. *HINWEIS: Beim Einbringen der zweiten Schlaufe ist ein Verschieben des Netzimplantats zu vermeiden und das Implantat darf NICHT verdreht sein.*

Der Körper des Netzimplantats wird locker über das darunter liegende Vaginalgewebe gelegt. Implantatkörper und Schlaufen dürfen nicht gefaltet oder verdreht werden. Je nach vaginalen Abmessungen oder Ausmaß der lateralen Präparation muss der Netzimplantatkörper eventuell zugeschnitten werden. Das Epithel der posterioren Vaginalwand kann zugeschnitten werden, dabei darf allerdings nicht zu viel Gewebe entfernt werden. Das Epithel wird über dem Netzimplantat ohne Verwendung ineinander greifender Nähte verschlossen (eine unten beschriebene). Die endgültige Position des Netzimplantats im posterioren Kompartiment ist in Abbildung 9E dargestellt.

*HINWEIS: Vor dem Nahtverschluss der vaginalen Inzisionen muss eine Blutstillung hergestellt werden.*

Vaginale Inzisionen sollten nicht mit ineinander greifenden oder Achter-Nähten verschlossen werden. Dadurch wird eine Devaskularisierung des Vaginalepithels entlang der Inzisionslinien vermieden und die Erosion des Netzes reduziert. Vorzugsweise wird das Epithel in zwei Schichten vernäht, um eine relativ dicke Nahtlinie an der vaginalen Inzision zu erhalten. Die tiefe Schicht wird mit einer fortlaufenden subepithelialen Matratzennaht mit 2-0 MONOCRYL Nahtmaterial oder 2-0 MONOCRYL Plus antibakteriellem Nahtmaterial verschlossen. Das Epithel wird dann mit einer fortlaufenden umgedrehten Matratzennaht und mit 2-0 Coated VICRYL Nahtmaterial oder 2-0 Coated VICRYL Plus Nahtmaterial vernäht. *HINWEIS: Das Netzimplantat in den oberen zwei Dritteln der Vagina positionieren und zuschneiden, falls es darüber hinaus reicht.* Am Ende der Operation ist eine digitale rektale Untersuchung erforderlich, um eine rektale Verletzung auszuschließen.

Alternativ kann ein einschichtiger Verschluss der Vaginalwand durchgeführt werden. Dabei können eine fortlaufende, umgedrehte Matratzennaht oder Einzelnähte mit 2-0 Coated VICRYL Nahtmaterial oder 2-0 Coated VICRYL Plus Nahtmaterial verwendet werden.

### Kombinierte anteriore und posteriore Vaginal-Rekonstruktion

Wenn eine kombinierte anteriore als auch posteriore Vaginal-Rekonstruktion erforderlich ist, wird das kombinierte GYNECARE PROSIMA Beckenboden-Rekonstruktionssystem verwendet. Dieses enthält zwei identische Netzimplantate, eines für die anteriore und das zweite für die posteriore Vaginal-Rekonstruktion. Nur das gebogene anteriore Einführinstrument für eine anteriore und nur das gerade posteriore Instrument für eine posteriore Rekonstruktion verwenden. Die anteriore und posteriore Vaginal-Rekonstruktion wird wie oben beschrieben durchgeführt. Es wird empfohlen, zuerst die anteriore Vaginal-Rekonstruktion vorzunehmen. Die endgültige Position der Netzimplantate im anterioren und posterioren Kompartiment ist in Abbildung 10 dargestellt. Am Ende der Operation wird eine Zystoskopie empfohlen, um eine Verletzung des Harntrakts auszuschließen. Eine digitale rektale Untersuchung ist erforderlich, um eine rektale Verletzung auszuschließen.

### Verwendung des GYNECARE PROSIMA Systems mit Uterusanhaltung (Hysteropexie)

Wenn der prolabierte Uterus erhalten wird, sollte die apikale Lasche des Netzimplantats an der Zervix fixiert werden. Die Fixierung des Netzimplantats an der Zervix sollte auf Höhe des pubozervikalen Rings erfolgen, wenn das Netzimplantat während der anterioren oder posterioren Vaginal-Rekonstruktion eingebracht wird.

Wenn der Uterus während einer anterioren Vaginal-Rekonstruktion fixiert wird, wird der pubozervikale Ring während der anterioren Vaginal-Rekonstruktion freigelegt. Eine 2-0 PROLENE Naht wird fest in der anterioren Seite des pubozervikalen Rings verankert. Diese Naht wird auch durch die apikale Lasche des Netzimplantats geführt. Die PROLENE Naht an der Lasche wird geknüpft, wenn die Netzimplantatschlaufen gelegt sind. Dies fixiert das Netzimplantat an der anterioren Fläche der Zervix auf Höhe des pubozervikalen Rings und sorgt dafür, dass sich das Netzimplantat mit der Vagina aufwölbt, wenn der VSD korrekt positioniert ist.

Bei der posterioren Rekonstruktion sollte das Netzimplantat an den posterioren Zervix auf Höhe oder oberhalb des pubozervikalen Rings fixiert werden. Die bihnd erdende Ausbuchtung kann bei der Befestigung des Netzimplantats an der Zervix eröffnet werden. Das Peritoneum der Ausbuchtung wird oberhalb dieser Naht verschlossen, um ein Verkleben des Darms mit dem Netzimplantat zu vermeiden. Wenn der Chirurg sich entscheidet, die Ausbuchtung nicht zu eröffnen, wird der pubozervikale Ring während der posterioren Vaginalpräparation freigelegt. Eine 2-0 PROLENE Naht wird fest in der posterioren Seite des pubozervikalen Rings verankert. Diese Naht wird auch durch die apikale Lasche des Netzimplantats geführt. Die PROLENE Naht an der Lasche wird geknüpft, wenn die Netzimplantatschlaufen gelegt sind. Dies fixiert das Netzimplantat an der posterioren Fläche der Zervix auf Höhe des pubozervikalen Rings.

Bei Verwendung sowohl für anteriore als auch posteriore Vaginal-Rekonstruktionen sollten die Netzimplantate an der anterioren und posterioren Seite der Zervix fixiert werden, wie oben beschrieben (siehe Abbildung 11).

### Hygienemaßnahmen

Während der Operation die vaginalen Wunden mit Kochsalzlösung spülen. Das Netzimplantat so wenig wie möglich manipulieren und auf einwandfreie Hygiene achten.

### Einbringen vom VSD und Luftkissen

Am Ende der Operation wird ein VSD in passender Größe mit befestigtem Luftkissen in die Vagina eingebracht und dort mit Nähten fixiert, um ein Verrutschen zu verhindern. Der VSD hat drei mögliche Größen (klein, mittel und groß) und kann vom Chirurgen wie nachstehend beschrieben an die individuelle Anatomie der Patientin angepasst werden.

#### VSD Anpassung und Zuschneiden

Der VSD wird mit maximaler Größe geliefert. Die passende Größe durch direkte Angabe des VSD an die Patientin bestimmen. Hierbei wird der maximal große VSD in die Vagina zwischen dem aufgewölbten Apex und dem Hymenring eingeführt. Zum Einführen in die Vagina den VSD an der breitesten Stelle greifen und entlang der Längsachse halten, wobei der Ballon nach oben zeigt (siehe Abbildung 12). Die breiteste Stelle des VSD sollte auf Apex-Höhe liegen, so dass die Nahtlöcher direkt oberhalb des Hymenrings liegen. *HINWEIS: Das Luftkissen während der Größenbestimmung*

*der VSD nicht abnehmen oder beschädigen.* Die richtige Größe ist erreicht, wenn der VSD genau in die oberen zwei Drittel der aufgewölbten Vagina passt und das distale Ende sowie die Nahtöffnungen 1 cm oberhalb des Hymenrings liegen (siehe Abbildung 13).

Wenn die große Größe passt, wird der VSD nicht modifiziert. Wenn eine mittlere Größe erforderlich ist, wird der oberste Abschnitt vorsichtig und nur mit dem Spitzen einer gebogenen Mayo-Schere abgeschnitten, wobei nur kleine Schnitte erfolgen und so eine glatte Schnittkante erreicht wird. An den beschrittenen Stellen dürfen nur minimale Materialreste verbleiben. *HINWEIS: Der VSD wird sorgfältig angepasssen. Wenn eine zu VSD einmal zugeschnitten ist, kann er nicht wieder vergrößert und die abgeschnittenen Teile können nicht wieder angesetzt werden.* Das Luftkissen sollte während des Zuschneidens abgehalten werden (siehe Abbildung 14). *Es muss darauf geachtet werden, das Luftkissen beim Zuschneiden des VSD nicht zu beschädigen.*

Wenn die mittlere Größe passt, ist kein weiteres Zuschneiden erforderlich. Wenn die kleine Größe benötigt wird, wird der verbleibende Abschnitt wie oben beschrieben entfernt. Das Luftkissen darf sich während des Zuschneidens nicht im Schneidebereich befinden, um eine Beschädigung zu vermeiden.

Wenn der VSD die korrekte Größe hat und das Luftkissen repositioniert ist, kann die Einheit in die Vagina eingebracht werden. *HINWEIS: Um eine Perforation des Luftkissens zu vermeiden, dürfen zur Einführung des VSD oder des Luftkissens keine Instrumente verwendet werden. HINWEIS: Wenn sich das Luftkissen beschädigt wird, den Luftkissen entnehmen und den Vaginalraum mit Gaze ausfüllen.*

Nach korrekter Positionierung der Einheit in den oberen zwei Dritteln der aufgewölbten Vagina sollte der VSD mit Einzelnähten durch alle Nahtöffnungen des VSD und in das posteriore Vaginalwandepithel fixiert werden, beidseitig lateral und oberhalb des Hymens in 4- und 8-Uhr-Position, wie in Abbildung 15 dargestellt. Die oberen und linken Nähte werden abwechselnd geknüpft, dabei wird der VSD in seiner Position in der Vagina festgehalten. *HINWEIS: Beim Vernähen des VSD darf das Luftkissen nicht punktiert werden.* Für diese Anwendung wird ein Nahtmaterial wie 2-0 Coated VICRYL oder ein gleichwertiges resorbierbares Nahtmaterial empfohlen.

#### Aufblasen des Luftkissens

Nach dem Vernähen des VSD wird die mitgelieferte 50-ml-Spritze durch eine Drehbewegung am Luftkissenventil befestigt. *HINWEIS: Nach Einbringen des VSD ist ein Katheter erforderlich, um eine Harnretention zu vermeiden.* Nach dem Aufblasen mit etwas Raumluft (siehe Abbildung 16) wird die gesamte Länge des Luftkissens mit einem Finger palpiert, um zu gewährleisten, dass sich das Luftkissen entfaltet hat und sich über die gesamte Vagina erstreckt. Nach Bestätigung der Entfaltung der Finger herausnehmen und das Luftkissen weiter aufblasen, bis am Scheideneingang nur noch eine Fingerspitze zwischen Luftkissen und Vaginalwand passt. Während des Aufblasens wird eine Stabilisierung des VSD empfohlen. Das aufgeblasene Luftkissen dient dazu, das Netzimplantat an der Vaginalwand zu drücken. Das benötigte Luftvolumen zum Aufblasen des Luftkissens variiert je nach Patientin. *HINWEIS: Das maximale Luftkissen-Luftvolumen darf 90 ml nicht überschreiten.* Nach ausreichendem Aufblasen wird die Spritze durch Drehen vom Ventil abgenommen. Der Luftschlauch des Luftkissens muss zur Vagina herausragen, damit er am Oberschenkel der Patientin befestigt werden kann. Die Kappe muss fest auf das Luftkissenventil aufgesetzt werden, damit das Luftkissen sein vorgesehenes Luftvolumen behält (siehe Abbildung 7). *HINWEIS: Die Kappe nicht zu stark festdrehen.* Ggf. kann das Luftvolumen im Luftkissen später mit einer Standardspritze korrigiert (vergrößert oder verringert) werden. Das Luftkissen kann jederzeit palpiert oder visuell überprüft werden, um zu gewährleisten, dass es ausreichend aufgeblasen ist. *HINWEIS: Wenn sich die Patientin bewegt, passt sich das Luftkissen in der Vagina an und zeigt eines scheinbare höheren oder niedrigeren Innendruck. Dies ist normal.*

*HINWEIS: Das Luftkissen vor Gebrauch nicht vom VSD lösen.*

*HINWEIS: Das Luftkissen auf keinen Fall vom Einführen in die Vagina aufblasen.*

*HINWEIS: Wenn sich die VSD-Nahtöffnungen nach dem Aufblasen des Luftkissens mehr als 1 cm über dem Hymenring verschoben haben oder wenn an ihnen eine übermäßige Spannung herrscht, den Druck des Luftkissens verringern und ggf. Position oder Größe des VSD neu anpassen.*

*HINWEIS: Wenn sich im Luftkissens Löcher befinden, ein Leck festgestellt wird oder das Luftkissen nach dem Auflösen seine Form nicht behält, das Luftkissen NICHT verwenden. Es muss vom VSD abgenommen und vorschriftsgemäß entsorgt werden. Anstelle des Luftkissens einen Standard-Gazeverband verwenden.*

*HINWEIS: Wenn sich der Luftkissenstecker vom VSD löst, muss er wieder eingedrückt werden.*

*HINWEIS: Den Luftschlauch des Luftkissens nicht in die Vagina fixieren.*

*HINWEIS: Das Luftschlauch niemals übermäßig knicken, spannen oder verdrehen, um Beschädigungen zu vermeiden.*

*HINWEIS: Bei eingesetztem Luftkissen keinen Gazeverband verwenden.*

#### Abnehmen des Luftkissens vom VSD

Mit einer Standardspritze wird das Luftkissen einen Tag nach der Operation vollständig entleert und entfernt, wobei der VSD in situ verbleibt. *HINWEIS: Das Luftkissen nicht länger als einen Tag in der Vagina belassen.*

1) Die Kappe vom Luftkissenventil abnehmen.

2) Eine Standardspritze mit 50 ml (oder größer) am Luftkissenventil befestigen und die gesamte Luft aus dem Luftkissen ziehen (siehe Abbildung 17). Es ist wichtig, das Luftkissen vollständig zu entleeren, bevor versucht wird, es vom VSD abzunehmen. *HINWEIS: Das einmal vollständig entleerte Luftkissen wird der Spritzeröschen von selbst zurückgezogen.*

3) Spritze abnehmen.

4) Das Luftkissen kann dann durch vorsichtiges Ziehen am Luftschlauch in kaudale Richtung in der Nähe des Anschlusssteckers abgenommen werden, während mit einem Finger im behutsamer Gegenzug auf das distale Ende des VSD ausgeübt wird. Siehe Abbildung 18.

*HINWEIS: Das Luftkissen nicht zurückziehen, wenn es nicht vollständig entleert und kein Widerstand zu spüren ist. Falls ein Widerstand spürbar ist, muss vor der Fortsetzung des Verfahrens die Ursache festgestellt werden. Ein weiteres Vorschieben oder Zurückziehen des Luftkissens unter Widerstand kann zu einer Verschiebung des VSD haw. Gewebetrauma der Vagina führen. Zur vollständigen Entfernung muss der Luftkissen vollständig entleert sein und die gesamte Luft entfernt werden, bevor das Luftkissen entfernt wird.*

#### Entfernung des VSD aus der Patientin

Der VSD wird aus der Patientin entfernt, nachdem eine ausreichende Heilung eingetreten ist, etwa 3 bis 4 Wochen nach der Operation. Zu diesem Zeitpunkt haben sich die resorbierbaren Nähte möglicherweise so weit aufgelöst oder ausreichend Spannung verloren, dass der VSD leicht und ohne Widerstand durch Nähte entfernt werden kann. *HINWEIS: Zur Entfernung müssen eventuell beide Nähte entfesschnitten werden. HINWEIS: Den VSD nicht länger als 4 Wochen in der Vagina belassen.* Jegliche verbleibenden Fixierungsnähte für den VSD entfernen. Den VSD manuell aus dem Vaginalkanal entfernen, wie in Abbildung 19 dargestellt.

**Perioperative Versorgung**

Eine prophylaktische Verordnung von Antibiotika ist entsprechend der üblichen Verfahrensweise des Chirurgen möglich. Antibiotika können nach Ermessen des Chirurgen postoperativ weiter verabreicht werden. Es kann eine Thromboembolie-Prophylaxe angewandt werden.

Der Chirurg sollte erklären, dass der Verwendungszweck des bis zu vier Wochen nach der Operation in der Patientin verbleibenden VSD ist, die Vagina während der Heilungsperiode in Kontakt mit dem Netzimplantat zu halten. Die Patientin sollte darauf hingewiesen werden, dass der VSD ca. 4 Wochen nach der Operation während einer postoperativen Nachuntersuchung entfernt wird. Weiterhin sollte erwähnt werden, dass es postoperativ zu vaginalem Ausfluss kommen kann und dass sich der VSD während nach unten verlagern kann. Wenn die Patientin feststellen sollte, dass der VSD verrutscht ist, kann sie ihn selbst behutsam wieder nach oben in eine angemessene Position schieben. Falls der VSD allerdings erhebliches Unbehagen bereitet, sollte ärztlicher Rat eingeholt werden.

Die Patientin wird angewiesen, nach der Entlassung aus dem Krankenhaus für einen Zeitraum von 3 bis 4 Wochen anstrengende körperliche Aktivitäten zu vermeiden. Nach dieser Zeit und die Bedengewebe in das Netzimplantat eingewachsen, und die Patientin kann ihre normalen täglichen Aktivitäten wieder aufnehmen. Die Patientin wird angewiesen, mindestens 6 Wochen nach der Operation auf Geschlechtsverkehr zu verzichten. Eine Beckenbodengymnastik kann jederzeit nach der Operation empfohlen werden.

**WIRKUNGSWEISE**

Tierversuche zeigest, dass die Implantation von GYNECARE GYNEMESH PS Netz vorübergehend minimale bis leichte entzündliche Reaktionen hervorruft, gefolgt von der Ablagerung einer dünnen, fibrösen Gewebeschicht, welche die Zwischenräume des Geflechts durchdringen kann, wodurch das Netz mit dem anliegenden Gewebe verwächst. Das Netz bleibt weich und formbar, und die normale Wundheilung wird kaum beeinträchtigt. Das Material wird weder resorbiert noch durch Gewebeenzyme abgebaut oder geschwächt.

**KONTRAINDIKATIONEN**

- Wenn das GYNECARE GYNEMESH PS Netz bei Kleinkindern, Kindern, schwangeren Frauen oder Frauen mit Kinderwunsch verwendet wird, sollte der Arzt bedenken, dass das Netz nicht sehr dehnbar ist und sich dem Wachstum der Patientin nicht anpassen kann.

- Das GYNECARE PROSIMA System sollte nicht bei bestehender Schwangerschaft oder pursierten Infektionen oder Kreiserkrankungen von Vagina, Zervix oder Uterus durchgeführt werden.

**WARNUNGEN UND VORSICHTSMASSNAHMEN**

- Der Chirurg sollte mit den entsprechenden Verfahren und Techniken zur Beckenbodenrekonstruktion mit nicht-resorbierbaren Netzimplantaten vertraut sein, bevor die GYNECARE PROSIMA Systeme eingesetzt werden.

- Für die Verwendung des GYNECARE PROSIMA Systems bei Patientinnen mit einem Grad-IV-Prolaps der Beckenorgane liegen noch keine ausreichenden Daten vor. Die Verwendung bei diesen Patientinnen wird daher nicht empfohlen.

- Beim GYNECARE PROSIMA System sollten anerkannte chirurgische Behandlungsmethoden eingehalten werden, ebenso bei infizierten oder kontaminierten Wunden.

- Das GYNECARE PROSIMA System nicht verwenden, wenn Verdacht auf eine Infektion oder Kontamination des Operationsgebiets besteht. Bei der Verwendung des Netzimplantats oder der VSD-Luftkissen-Einheit in kontaminierten Bereichen sollte stets bedacht werden, dass bei einer nachfolgender Infektion unter Umständen Implantat oder VSD entfernt werden müssen.

- Postoperativ sollte die Patientin angehalten werden, das Heben schwerer Gegenstände und/oder körperliches Training (z.B. Radfahren, Jogging) für 3 bis 4 Wochen und Geschlechtsverkehr für 6 Wochen zu vermeiden, oder bis zu dem vom Arzt festgelegten Zeitpunkt, ab dem die Patientin ihre normalen Aktivitäten wieder aufnehmen kann.

- Den VSD nicht länger als 4 Wochen in der Vagina belassen.

- Das Luftkissen nicht länger als einen Tag in der Vagina belassen.

- Die Komponenten des GYNECARE PROSIMA Systems sind ausschließlich zur Verwendung mit den in dieser Packungs-beilage angegebenen Instrumenten vorgesehen.

- Übermäßige Zugspannung auf das Netzimplantat während der Handhabung vermeiden.

- Die GYNECARE PROSIMA Systeme mit Sorgfalt und unter Beachtung der Patientenanatomie verwenden, um Schäden an Blutgefäßen, Nerven, Blase und Darm sowie eine Perforation der Vaginalwand zu vermeiden. Die korrekte Anwendung des GYNECARE PROSIMA Systems minimiert diese Risiken.

- Das Luftkissen nur mit Raumluft aufblasen.

- Die Palpation bestätigt, dass das Luftkissen nach dem Aufblasen keine Lecks aufweist. Der vollständige Verlust der eingeblasenen Luft kann die Wirksamkeit des Luftkissens einschränken.

- Die Luftkissenwand ist dünn, damit die gewünschten Eigenschaften erreicht werden. Punktierungen, Schnitte, Kerben, Quetschungen oder Überbelastung können zu einem Verlust der eingeblasenen Luft führen. Das Luftkissen kann leicht durch eine Nadel oder ein Skalpell durchstoßen oder durch Manipulation mit einem stumpfen Instrument zerrissen werden. Bei der Handhabung muss vorsichtig vorgegangen werden, um solche Ereignisse zu vermeiden. Ein beschädigtes Luftkissen darf nicht verwendet werden. Luftkissen entfernen und den Bereich mit Gaze aufblähen.

- Das maximale Aufblasvolumen des Luftkissens beträgt 90 ml. Das Luftkissen nicht zu stark aufblasen. Ein übermäßiges Aufblasen des Luftkissens kann zu Beschwerden der Patientin, Gewebenekrose, postoperativer Ruptur der Vagina-wunde oder Unfähigkeit zur Miktion führen.

- Die GYNECARE PROSIMA Systeme nicht bei Patientinnen anwenden, die sich einer Antikoagulationstherapie unterziehen.

- Es können postoperative Blutungen auftreten. Auf diesbezügliche Symptome oder Anzeichen achten, bevor die Patientin aus dem Krankenhaus entlassen wird.

- Die Patientin muss angewiesen werden, bei Auftreten von ungewöhnlichen Schmerzen, Blutungen oder anderen Problemen sofort den Chirurgen zu benachrichtigen.

- Obwohl eine Verletzung der Blase bei dieser Technik unwahrscheinlich ist, wird empfohlen, eine Zystoskopie durchzuführen.

- Obwohl eine Verletzung des Rektums bei dieser Technik unwahrscheinlich ist, wird empfohlen, eine digitale rektale Untersuchung durchzuführen.

- Das GYNECARE GYNEMESH PS Netzimplantat darf nicht mit irgendwelchen Klammern, Clips oder Klemmen befestigt werden, da es dabei zu einer mechanischen Beschädigung kommen kann.

- Das Netzimplantat darf nicht im unteren Drittel der Vagina liegen. Bei Bedarf das Netzimplantat bis zum Übergang vom unteren zum mittleren Drittel der Vaginalwand zuschneiden.

- Eine prophylaktische Verordnung von Antibiotika ist entsprechend der üblichen Verfahrensweise des Chirurgen möglich.

**NEBENWIRKUNGEN**

- Zu den möglichen Nebenwirkungen gehören die typischerweise mit chirurgischem Implantatmaterial verbundenen Reaktionen, wie erhöhte Infektionsgefahr, Entzündung, Verwachsungen, Fistelbildung, Erosion, Extrusion und Narbenbildung, die zu einer Kontraktion des Implantats führt.

- Zu den möglichen Nebenwirkungen gehören die typischerweise mit Rekonstruktionsverfahren bei Prolaps von Beckenorganen verbundenen Reaktionen, wie Schmerzen beim Geschlechtsverkehr und Schmerzen im Beckenraum. Diese Beschwerden können mit der Zeit von selbst abklingen.

- Bei der Präparation oder Einbringung des Netzes kann es zu Punktierungen, Zerreißungen oder Beschädigungen von Blutgefäßen, Nerven, Blase, Harnröhre oder Darm kommen, die einer chirurgischen Intervention bedürfen.

- Die Präparation für Beckenboden-Rekonstruktionsverfahren birgt die Gefahr einer Behinderung der normalen Miktion für einen variablen Zeitraum.

**STERILITÄT**

Die GYNECARE PROSIMA Systeme werden mit Ethylenoxid sterilisiert. KEINE Komponente des GYNECARE PROSIMA Systems darf RESTERILISIERT werden. KEINE Komponente des GYNECARE PROSIMA Systems darf WIEDERVERWENDET werden. Durch Wiederverwendung dieses Produkts (oder von Teilen dieses Produkts) besteht das Risiko einer Produktschädigung oder, wenn es zu einer Infektion oder Ansteckung mit durch Blut übertragenen Erregern bei Patienten und Anwendern führen kann. Nicht verwenden, wenn die Verpackung geöffnet oder beschädigt ist. Alle geöffneten, nicht verwendeten GYNECARE PROSIMA Systemkomponenten entsorgen.

**ENTSORGUNG**

Die Entsorgung von Komponenten und Verpackung des GYNECARE PROSIMA Systems hat unter Beachtung geltender Vorschriften für biogefährliche Stoffe und Abfälle zu erfolgen.

**AUFBEWAHRUNG**

Empfohlene Lagerbedingungen: kontrollierte Raumtemperatur und relative Luftfeuchtigkeit (ungefähr 25 °C, 60 % relative Luftfeuchtigkeit), geschützt vor Feuchtigkeit und direkter Hitzeeinwirkung. Nicht nach Ablauf des Verfallsdatums verwenden.

**Auf den Etiketten verwendete Symbole**



CE $\quad$ 0086
CE-Zeichen und Identifikationsnummer der benannten Stelle. Das Produkt entspricht den grundlegenden Anforderungen der Richtlinie des Rates über Medizinprodukte 93/42/EWG.

LOT $\quad$ Chargen-Nr.

$\boxtimes$ $\quad$ Verfallsdatum — Jahr und Monat

$\quad$ Hersteller

$\quad$ Nicht erneut verwenden/resterilisieren

$\triangle$ $\quad$ Gebrauchsanleitung beachten

STERILE EO $\quad$ Sterilisationsmethode — Ethylenoxid

33

**ITALIANO**

# Gynecare
# PROSIMA™

Sistema di riparazione anteriore del pavimento pelvico
Sistema di riparazione posteriore del pavimento pelvico
Sistema di riparazione combinato del pavimento pelvico

**Leggere attentamente le istruzioni.**

La mancata osservanza di queste istruzioni può causare un funzionamento inadeguato dei dispositivi e provocare lesioni.

*ATTENZIONE:* la legge federale U.S.A. consente la vendita del dispositivo solo dietro richiesta di un medico.

L'addestramento all'uso dei sistemi di riparazione del pavimento pelvico GYNECARE PROSIMA™ è consigliato e disponibile. Per organizzare l'addestramento, contattare il promotore di zona.

## INDICAZIONI

I sistemi di riparazione del pavimento pelvico GYNECARE PROSIMA, tramite il posizionamento degli impianti in rete PROLENE™ morbido non assorbibile GYNECARE GYNEMESH™ PS, sono indicati per il rinforzo del tessuto e la stabilizzazione duratura delle strutture fasciali del pavimento pelvico, come supporto meccanico o come materiale di congiunzione per i difetti fasciali. I sistemi assicurano il mantenimento del tessuto durante il periodo di guarigione a seguito della riparazione chirurgica del prolasso della parete vaginale, supportando contemporaneamente la posizione degli impianti in rete.

## DESCRIZIONE

I sistemi di riparazione anteriore, posteriore e combinato del pavimento pelvico GYNECARE PROSIMA sono formati da impianti in rete GYNECARE GYNEMESH PS pre-sagomati e da strumenti atti a facilitare il posizionamento dell'impianto in rete e il supporto postoperatorio (vedere figura 1). Nella tabella seguente sono elencati i componenti contenuti in ciascun sistema:

| SISTEMA DI RIPARAZIONE DEL PAVIMENTO PELVICO | COMPONENTI (vedere figura 1) | | | | |
|---|---|---|---|---|---|
| | Impianto in rete nella confezione (A) | Gruppo palloncino – dispositivo di supporto vaginale (B&C) | Introduttore anteriore (D) | Introduttore posteriore (E) | Siringa (F) |
| Anteriore | 1 | 1 | 1 | | 1 |
| Posteriore | 1 | 1 | | 1 | 1 |
| Combinato | 2 | 1 | 1 | 1 | 1 |

Tabella 1 – Componenti dei sistemi di riparazione del pavimento pelvico GYNECARE PROSIMA

### GYNECARE GYNEMESH PS

GYNECARE GYNEMESH PS è una rete costituita da filamenti intrecciati di polipropilene estruso avente la stessa composizione della sutura in polipropilene PROLENE™ (ETHICON, INC.). Questo materiale, nell'uso come filo di sutura, è risultato non reattivo e, in applicazioni cliniche, ha dimostrato di mantenere la propria resistenza indefinitamente. La rete presenta caratteristiche di resistenza eccellente, duevolezza ed adattabilità come presidio chirurgico, con una porosità sufficiente alla neovascolarizzazione e crescita del tessuto. Nella rete sono stati incorporati dei monofilamenti per sutura blu di PROLENE allo scopo di produrre una rigatura di contrasto. La rete è costituita con fibre monofilamento a diametro ridotto, intrecciate secondo un modello esclusivo che genera una rete di circa il 30 percento più flessibile delle reti standard in polipropilene PROLENE™. La rete è lavorata con un processo che collega fra di loro le congiunzioni di ogni filtra e che conferisce elasticità in entrambe le direzioni. Questa struttura permette di tagliare la rete in qualunque forma o dimensione desiderata senza che essa si sfilacci. La proprietà di elasticità bidirezionale consente l'adattamento alle varie tensioni presenti nel corpo.

### Impianto in rete

L'impianto in rete è costituito da GYNECARE GYNEMESH PS. Gli impianti in rete sono pre-sagomati a forma di Y per la riparazione di difetti vaginali anteriori, posteriori e/o apicali. Vedere figura 2. L'impianto in rete ha 2 bracci e un corpo centrale. Sull'estremità prossimale vi è una linguetta apicale per il fissaggio con filo di sutura in modo da ridurre al minimo lo spostamento dell'impianto in rete durante il posizionamento delle braccia. Sull'estremità distale vi è una scanalatura per agevolare l'allineamento dell'impianto in rete. In corrispondenza delle braccia dell'impianto in rete sono delle tasche per rimodellare per consentire il posizionamento con gli introduttori. L'impianto in rete è fornito in una confezione composta da Tyvek® non rivestito e da una pellicola in plastica trasparente, pensata per una facile rimozione dell'impianto in rete.

### Introduttore anteriore

L'introduttore anteriore è uno strumento per l'utilizzo su una singola paziente, pensato per facilitare l'inserimento delle braccia dell'impianto in rete nei canali anteriori del tessuto precedentemente dissecato. *NOTA: l'introduttore anteriore non è previsto per la dissezione dei tessuti.* L'introduttore anteriore è pensato per essere compatibile con le tasche dell'impianto in rete per consentire il posizionamento delle braccia su entrambi i lati della paziente nel compartimento anteriore. Vedere le figure 3 e 4.

### Introduttore posteriore

L'introduttore posteriore è uno strumento per l'utilizzo su una singola paziente, pensato per facilitare l'inserimento delle braccia dell'impianto in rete nei canali posteriori del tessuto precedentemente dissecato. *NOTA: l'introduttore posteriore non è previsto per la dissezione dei tessuti.* Un punta-aghi standard si collega all'introduttore posteriore come stabilizzatore per l'inserimento controllato. L'introduttore posteriore è pensato per essere compatibile con le tasche dell'impianto in rete per consentire il posizionamento delle braccia su entrambi i lati della paziente nel compartimento posteriore. Vedere la figura 6.

### Dispositivo di supporto vaginale (DSV)

Il DSV è un dispositivo per l'uso su una singola paziente, pensato per fornire un supporto postoperatorio per i tessuti vaginali dopo il posizionamento della rete. È stato disegnato in due misure a chiusura dell'incisione vaginale. L'estremità apicale e l'estremità più ampia del DSV e contiene soluzioni sagomabili. Dopo il dimensionamento iniziale nelle pazienti, è possibile regolare la dimensione del DSV secondo l'anatomia della paziente rifilando le sezioni apicali sagomabili. Il DSV rimane posizionato nei 2/3 superiori della vagina per 3–4 settimane; dopodiché viene rimosso dalla paziente. Vedere la figura 6.

### Palloncino

Il palloncino è un dispositivo per l'uso su una singola paziente, pensato per sostituire il tampone di garza vaginale post-chirurgico. Il volume del palloncino è regolabile in modo da riempire il canale vaginale e arriva fino alla parete vaginale in

corrispondenza dell'impianto in rete. Il palloncino è fornito pre-collegato al DSV. La figura 7 mostra il palloncino sgonfio, senza il DSV collegato. Il palloncino rimane nella paziente al massimo per 1 giorno.

### Siringa

Per gonfiare il palloncino viene fornita una siringa da 50 ml.

## SEZIONE 1: PRINCIPI DELL'INTERVENTO CON IL SISTEMA GYNECARE PROSIMA

L'intervento di riparazione del pavimento pelvico con il sistema GYNECARE PROSIMA mira ad ottenere una riparazione anatomica, resistente e standardizzata del prolasso dell'organo pelvico. In base alla sede del prolasso e alle preferenze del chirurgo, la riparazione può essere anteriore e/o posteriore. L'isterectomia e la conservazione dell'utero possono essere combinate all'intervento con il sistema GYNECARE PROSIMA. Se indicato, è possibile eseguire una riparazione perineale o posizionare una sling suburetrale per il trattamento dell'incontinenza urinaria da sforzo contemporaneamente all'utilizzo del sistema GYNECARE PROSIMA. È possibile utilizzare una sling suburetrale retropubica o transotturatoria.

La riparazione del prolasso si ottiene con il posizionamento di 1 o 2 impianti in rete a forma di Y nella vagina. Al termine dell'intervento, un DSV con un palloncino gonfiabile viene posizionato e, quindi, il dimensionamento, quindi il DSV viene suturato in posizione, supportando così la vagina e gli impianti in rete durante la crescita del tessuto. Una volta gonfiato, il palloncino sostituisce il tampone di garza tradizionale riempiendo la cavità vaginale in corrispondenza degli impianti in rete. Il giorno dopo l'intervento, il palloncino viene sgonfiato e rimosso dalla vagina senza togliere il DSV. Il DSV rimane in posizione per un massimo di 4 settimane dopo l'intervento, durante la crescita del tessuto negli impianti in rete.

## SEZIONE 2: RAZIONALE PER IL SISTEMA GYNECARE PROSIMA

Dopo un intervento tradizionale per il prolasso di organo pelvico, i tessuti riparati sono esposti agli aumenti di pressione intra-addominale quando la paziente si muove, tossisce, vomita e compie sforzi con evacuazione intestinale. Questi aumenti di pressione intra-addominale possono compromettere la guarigione della riparazione vaginale e possono portare a fallimenti chirurgici e prolassi recidivanti. Grazie al rinforzo della riparazione vaginale con l'impianto in rete e al supporto della vagina con il DSV per 3–4 settimane dopo l'intervento, il sistema GYNECARE PROSIMA è pensato per ridurre il rischio di fallimenti chirurgici e prolassi recidivanti.

Durante la riparazione vaginale anteriore, il corpo dell'impianto in rete è previsto che venga posizionato senza tensione tra la vescica e i 2/3 superiori della vagina, estendendosi lateralmente al livello dell'arco tendineo della fascia pelvica (ATFP). Durante la riparazione vaginale posteriore, il corpo dell'impianto in rete è previsto che venga posizionato senza tensione tra il retto e i 2/3 superiori della vagina, sistemandosi lateralmente sui muscoli elevatori dell'ano. È previsto che la sezione apicale del corpo dell'impianto in rete raggiunga l'apice vaginale. Anteriormente, l'impianto in rete può essere fissato al tessuto pre-vescicale o alla cervice. Posteriormente, l'impianto in rete può essere fissato al tessuto pre-rettale o alla cervice.

Il DSV supporta i tessuti vaginali dopo l'intervento e favorisce l'approssimazione dei tali tessuti con l'impianto in rete finché non si verifica la crescita del tessuto. La crescita di tessuto attraverso l'impianto in rete si verifica durante le 3–4 settimane dopo l'intervento. L'utilizzo del sistema GYNECARE PROSIMA evita la necessità di dissezione all'esterno della cavità pelvica ed evita il passaggio di suture e strumenti attraverso il forame otturatorio e il legamento sacrospinoso. Tutti questi aspetti facilitano l'esecuzione dell'intervento stesso.

### Isterectomia

Le preferenze del chirurgo e le esigenze della paziente determinano l'eventuale compromesso necessario di un'isterectomia. Quando si esegue un'isterectomia, la complicità è in grado la chiusura del cul-de-sac peritoneale in modo da evitare il contatto dell'impianto in rete con l'intestino. È necessario evitare una chiusura dell'incisione a "T", poiché ciò potrebbe aumentare il rischio di esposizione della rete. Quando si esegue l'isterectomia vaginale insieme alla riparazione anteriore o posteriore o entrambe, prima è necessario chiudere l'incisione dell'isterectomia in senso trasversale, quindi eseguire le incisioni per la riparazione in modo che non si colleghino all'incisione dell'isterectomia precedentemente chiusa. Tale riparazione viene eseguita per evitare la creazione di un'incisione a "T".

### Conservazione dell'utero

Il sistema GYNECARE PROSIMA è adatto per l'uso in situazioni in cui il chirurgo o la paziente scelgono di conservare l'utero.

### Incisioni vaginali

Le incisioni vaginali nell'intervento con il sistema GYNECARE PROSIMA sono uguali a quelle utilizzate dai chirurghi per i tradizionali interventi di riparazione vaginale. Le incisioni devono essere eseguite attraverso tutta la profondità della parete vaginale in modo da ridurre il potenziale rischio di esposizione della rete.

### Posizionamento dell'impianto in rete

Gli impianti in rete sono mantenuti in posizione dal DSV finché non si verifica la crescita del tessuto. Pertanto, non è necessario fissare in posizione le braccia dell'impianto in rete. La porzione apicale dell'impianto in rete può essere fissata sulla fascia in corrispondenza della linea mediana dell'utero o della cervice utilizzando suture quali usando suture quali MONOCRYL™ 2-0 (Poliglecaprone 25) o Coated VICRYL™ 2-0 (Polyglactin 910). L'epitelio vaginale non deve essere suturato sull'impianto in rete.

### Preservazione della vagina

È necessario evitare di rimuovere o escindere troppo epitelio vaginale. La superficie dell'intervento può verificarsi una ridotta retrazione del tessuto e la capacità vaginale ridotta potrebbe peggiorare se è stato rimosso troppo epitelio vaginale.

### Tre livelli di supporto vaginale

Esistono 3 livelli di supporto alla vagina, comunemente conosciuti per la riparazione vaginale. L'utilizzo del sistema GYNECARE PROSIMA in un intervento è previsto per fornire il livello I e II di tutti supporto come segue:

**Livello I – sospensione e supporto** (terzo superiore della vagina)

Il terzo superiore della vagina (compresa la volta in seguito all'isterectomia) e l'utero sono supportati da 2 meccanismi. In prima istanza, il supporto diretto per l'utero o la parte superiore della vagina è fornito dal parametrio (legamenti cardinali e utero-sacrali) e dalle fibre del paracolpio. Tali fibre tengono gli legamenti sospensori e nascono dalla fascia

del muscolo piriforme, dalla giuntura sacroiliaca e dall'osso sacro laterale, e si inseriscono nel terzo superiore laterale della vagina e nella porzione posterolaterale della cervice. Secondariamente, il supporto indiretto per l'utero e la parte superiore della vagina è fornito dalla coppa del muscolo elevatore, formata dalla fusione dei muscoli elevatori dell'ano destro e sinistro tra il retto e il pube. Il prolasso uterino e della volta vaginale si verificano come conseguenza del cedimento di questi meccanismi di supporto diretto e indiretto. È probabile che tale cedimento coinvolga la debolezza del perimento pelvico muscolare e fibre impegnative dell'parascopio superiore. La chirurgia del prolasso al livello I ha lo scopo di ricreare i meccanismi di supporto diretto e indiretto. Il sistema GYNECARE PROSIMA utilizza le braccia dell'impianto in rete per raggiungere entrambi i muscoli elevatori dell'ano destro e le fasce parietali che li ricoprono, nella riparazione vaginale anteriore, e utilizza le braccia dell'impianto in rete per raggiungere i legamenti sacrospinosi nella riparazione vaginale posteriore. Ciò garantisce il supporto diretto tramite sospensione e il supporto indiretto fornendo un'ampia area di supporto dell'impianto in rete per la parte superiore della vagina e per l'utero.

**Livello II – fissaggio laterale** (terzo medio della vagina)
La parte centrale della vagina è attaccata lateralmente e direttamente ai muscoli sulla parete laterale pelvica tramite l'arco tendineo della fascia pelvica (ATFP). In questo livello, le pareti vaginali anteriore e posteriore sono distese tra i fissaggi laterali destro e sinistro. Al livello II, la riparazione del prolasso punta a fissare di nuovo la porzione medio-laterale della vagina sui muscoli della parete laterale pelvica. I difetti centrali della parte centrale della vagina richiedono anche il supporto al livello II. Il L'utilizzo del sistema GYNECARE PROSIMA in un intervento ricrea il fissaggio laterale della vagina sui muscoli della parete laterale pelvica e fornisce anche il rinforzo fasciale centrale dopo la crescita del tessuto all'interno della rete.

**Livello III – fusione** (terzo inferiore della vagina)
*NOTA: quando si utilizza il sistema GYNECARE PROSIMA non è richiesta la dissezione in questa area.*

Nel livello III, anteriormente il terzo inferiore della vagina si funde con la membrana perineale e l'uretra. Posteriormente, il terzo inferiore della vagina si funde con il corpo perineale e i muscoli elevatori dell'ano. I tessuti in questa area sono riparati senza impianto in rete, poiché non è previsto che tale impianto venga utilizzato in corrispondenza del terzo inferiore della vagina. Il sistema GYNECARE PROSIMA non è indicato per i difetti di supporto del livello III, sebbene questi possano essere affrontati con interventi concomitanti come la perineorrafia.

**SEZIONE 3: ISTRUZIONI PER L'USO**
*NOTA: quando si legge questa sezione, è necessario fare riferimento alle figure presenti all'inizio di questo documento.*

**Preparazione chirurgica**
L'intervento eseguito con il sistema GYNECARE PROSIMA può essere effettuato in anestesia generale o locale secondo le preferenze del chirurgo, dell'anestesista e della paziente.

La paziente deve essere sistemata in posizione litotomica con le natiche leggermente sporgenti dal tavolo operatorio e le anche flesse. A discrezione del chirurgo, è possibile svuotare la vescica. Prima del gonfiaggio del palloncino su catetere, che potrà essere inserito in questo punto dell'intervento.

**Utilizzo del sistema GYNECARE PROSIMA in interventi post-isterectomia**

**Riparazione vaginale anteriore**
Quando è necessario rinforzare solo la parete vaginale anteriore, occorre utilizzare esclusivamente il sistema di riparazione del perimento pelvico GYNECARE PROSIMA. Questo sistema contiene 1 impianto in rete e un introduttore anteriore appositamente studiato per l'utilizzo in una riparazione vaginale anteriore. Dopo aver eseguito le incisioni e le dissezioni vaginali necessarie, si creano dei canali di tessuto nel compartimento anteriore per il posizionamento delle braccia dell'impianto in rete tramite l'introduttore anteriore. *NOTA: l'introduttore anteriore non deve essere utilizzato per la dissezione dei tessuti.*

**Dissezione vaginale anteriore**
L'epitelio vaginale anteriore viene dissezionato e separato dalla vescica. Dissezionare lo spessore completo della parete vaginale. Questa dissezione deve essere facilitata dall'idrodissezione subepiteliale. Evitare la dissezione superficiale della parete vaginale o la separazione della parete vaginale in 2 strati. Tale dissezione può generare una parete vaginale molto sottile e può compromettere anche l'apposto ematico della parete vaginale, aumentando di rischio di esposizione della rete. Lateralmente, proseguire la dissezione verso la parete laterale pelvica e verso la spina ischiatica.

**Dissezione del canale anteriore e posizionamento dell'impianto in rete**
Eseguire la dissezione per creare i canali per le braccia dell'impianto in rete prima sul lato destro della paziente, poi su quello sinistro. Questi canali sono creati per posizionare l'impianto in rete in modo che la sezione distale delle braccia rimanga a ridosso della parete laterale pelvica e la fascia parietale dei muscoli otturatorio interno. Per posizionare queste braccia, cominciare la dissezione palpando e individuando la spina ischiatica su entrambi i lati. *NOTA: in alternativa, questa dissezione può essere iniziata con forbici usando una tecnica di "spinta e apertura", in modo che la punta delle forbici rimanga sempre anteriore alla spina ischiatica.* Far seguire la dissezione iniziata da una dissezione delicata con le dita verso la spina ischiatica. Una volta che si è entrati in contatto con la spina ischiatica, fare scorrere il dito indice per creare uno spazio anteriore e superiore alla spina ischiatica. Vedere figura 8A. La direzione di questa dissezione è perpendicolare alla parete laterale pelvica e crea uno spazio di circa 2 cm in larghezza e 2 cm in altezza. La dissezione anteriore non prevede la dissezione sui legamenti sacrospinosi. Questa dissezione crea un canale anteriore e superiore alla spina ischiatica e superficiale all'ATFP, al muscolo otturatorio interno e alla relativa fascia parietale. Ripetere la stessa dissezione sul lato sinistro.

Non è necessario la plicatura del tessuto pre-vescicale. Tuttavia, se si esegue la plicatura, effettuarla solo in corrispondenza della parte centrale di questo tessuto. Ciò evita di rendere troppo stretta l'area dissecata. Porre l'impianto in rete sul tessuto pre-vescicale con le tasche di ciascun braccio rivolte verso l'alto. Se è necessario eseguire il fissaggio, deve essere effettuato in questo punto dell'intervento posizionando suture quali MONOCRYL 2-0 o Coated VICRYL 2-0 in corrispondenza dell'apice della vagina e passando attraverso la linguetta apicale dell'impianto in rete. Il fissaggio può essere legato in questo momento o dopo il posizionamento delle braccia. Il fissaggio della scanalatura distale dell'impianto in rete è opzionale e può essere eseguito con suture quali MONOCRYL 2-0 o Coated VICRYL 2-0.

Utilizzando l'introduttore anteriore, posizionare le braccia dell'impianto in rete in ciascun canale destro e sinistro creato dalla dissezione verso ciascun legamento sacrospinoso (come sopra descritto). *NOTA: le estremità curve dell'introduttore anteriore sono ruotate in direzioni opposte e, su ogni estremità, vi sono delle frecce che indicano la direzione per il posizionamento.* Con la punta della freccia rivolta verso il lato destro della paziente, inserire la punta dell'introduttore anteriore nella tasca dell'impianto in rete (vedere figura 8B) sul lato destro della paziente. *NOTA: una contro-trazione può aiutare a mantenere la tasca agganciata all'introduttore anteriore.* Tenere l'introduttore anteriore in posizione verticale, in modo che la parte curva dello strumento si muova verticalmente verso l'interno dello spazio laterale dissecato e della fascia parietale del muscolo otturatorio interno (vedere figura 8C) finché l'impugnatura non è a contatto con la grandi labbra sul lato opposto. Tale operazione è realizzata posizionando la parte dell'impugnatura dell'introduttore anteriore in direzione verticale verso l'alto in modo che il bordo di entrata e la testa vadano verso la spina ischiatica. Una volta in posizione, inclinare l'impugnatura in basso verso la posizione quasi-orizzontale, mantenendo contemporaneamente l'impugnatura a contatto con la parte laterale della coscia opposta. *NOTA: l'utilizzo di

una strumento chirurgico standard per lo riontare la vescica può essere utile per il posizionamento iniziale nel canale. Se lo si desidera, inserire il dito indice nel canale per guidare il posizionamento iniziale dell'introduttore anteriore centro le grandi labbra sul lato opposto, prima di abbassare l'impugnatura.* Spingere leggermente verso l'alto in modo da garantire il posizionamento corretto delle tasche delle braccia della rete; la sezione apicale dell'impianto in rete raggiungerà l'apice vaginale. *NOTA: se ci avverte resistenza durante l'inserimento delle braccia, determinare la causa prima di procedere. Se si avverte il ritorno dell'introduttore, ripetere il posizionamento del secondo braccio, prestare attenzione per evitare lo spostamento dell'impianto in rete oppure si può verificare un inserimento eccessivo che può causare danni o strutture anatomiche critiche.*

Per rimuovere l'introduttore anteriore, inclinare indietro l'impugnatura verso la posizione verticale prima dell'estrazione, lasciando il braccio della rete nel canale. *NOTA: inserire completamente il primo braccio. NOTA: se si estrae l'introduttore anteriore prima di rilasciare il braccio dell'impianto in rete nella corretta posizione finale, sarà necessario rimuovere, riagganciare e reinserire il braccio dell'impianto in rete.* Ripetere tali operazioni sul lato opposto della paziente premendo l'introduttore anteriore ed inserendo l'estremità, con la freccia puntata verso il lato sinistro della paziente, nell'altra tasca. La figura 8D mostra entrambe le braccia in posizione. *NOTA: durante il posizionamento del secondo braccio, prestare attenzione per evitare lo spostamento dell'impianto in rete o verificare che l'impianto in rete NON sia attorcigliato.*

Posizionare il corpo dell'impianto in rete senza tensione sul tessuto vaginale sottostante. Evitare di piegare o arrotogliare il corpo e le braccia. Il corpo dell'impianto in rete potrebbe richiedere una sagomatura in base alle dimensioni vaginali e all'entità della dissezione laterale. L'epitelio vaginale può essere sagomato, ma deve essere evitata una rimozione eccessiva. Chiudere l'epitelio sull'impianto in rete evitando la sutura incavigliata (come sotto descritto, vedere figura 8E). La figura 8F mostra il posizionamento finale dell'impianto in rete nel compartimento anteriore.

*NOTA: verificare la presenza di un'adeguata emostasi prima e durante la chiusura delle incisioni vaginali.*

Chiudere le incisioni vaginali con il rinforzo della parete vaginale con tessuto di figura d'otto. Ciò evita la de-vascolarizzazione dell'epitelio vaginale lungo le linee di incisione e riduce l'erosione della rete. Preferibilmente, chiudere l'epitelio in 2 strati per ottenere una linea di sutura relativamente spessa in corrispondenza dell'incisione vaginale. Chiudere lo strato più profondo con sutura subepiteliale in continua, non incavigliata, con una sutura quale MONOCRYL 2-0 o una sutura antibatterica quale MONOCRYL™ Plus 2-0 (Poliglecaprone 25). Quindi chiudere l'epitelio con sutura in continua non incavigliata a materassaio a bordi everenti, con una sutura quale Coated VICRYL 2-0 o una sutura antibatterica quale Coated VICRYL Plus 2-0 (Polyglactin 910). *NOTA: posizionare l'impianto in rete nei 2/3 superiori della vagina, prestando attenzione a sagomare l'impianto in rete se superai 2/3 superiori.* Se non è già stata eseguita la cistoscopia, si consiglia tale operazione per escludere lesioni del tratto urinario.

In alternativa, è possibile eseguire una chiusura a strato singolo della parete vaginale. È possibile utilizzare una sutura in continua non incavigliata a materassaio a bordi everenti, o dei punti di sutura staccati utilizzando suture quali Coated VICRYL 2-0 o Coated VICRYL Plus 2-0.

**Riparazione vaginale posteriore**
Quando è necessario solamente il rinforzo della parete vaginale posteriore, utilizzare esclusivamente il sistema di riparazione posteriore del pavimento pelvico GYNECARE PROSIMA. Questo sistema contiene 1 impianto in rete e un introduttore posteriore appositamente studiato, utilizzato per la riparazione vaginale posteriore. Dopo aver eseguito le incisioni e le dissezioni vaginali necessarie, creare dei canali di tessuto nel compartimento posteriore per il posizionamento delle braccia dell'impianto in rete tramite l'introduttore posteriore. *NOTA: l'introduttore posteriore non deve essere utilizzato per la dissezione dei tessuti.*

**Dissezione vaginale posteriore e del canale**
Dissezionare e separare l'epitelio vaginale posteriore dal tessuto pre-rettale. Come per la parete vaginale anteriore, è necessario dissezionare tutto lo spessore della parete vaginale posteriore. Questa dissezione deve essere facilitata dall'idrodissezione subepiteliale. Proseguire la dissezione lateralmente su ogni lato verso i muscoli elevatori dell'ano al livello della spina ischiatica. Poi proseguire la dissezione negli spazi pararettali e su, ma non attraverso, ogni legamento sacrospinoso, creando canali in cui saranno posizionate le braccia dell'impianto in rete. Vedere figura 9A.

Il trattamento dell'introduttore posteriore è semplicemente è opzionale, ma, se lo sceglie, deve essere eseguito in questa fase secondo l'intervento preferito del chirurgo.

Se la cavità peritoneale viene aperta durante la dissezione anteriore o posteriore, è necessario chiuderla prima del posizionamento della rete.

**Posizionamento dell'impianto in rete posteriore**
Non è necessaria la plicatura del tessuto pre-rettale. Tuttavia, se si esegue la plicatura del tessuto pre-rettale, effettuarla solo in corrispondenza della parte centrale del tessuto pre-rettale. Ciò evita di rendere troppo stretta l'area dissecata. Porre l'impianto in rete sul tessuto pre-rettale con le tasche di ciascun braccio rivolte verso l'alto. Se è necessario eseguire il fissaggio, deve essere effettuato in questo punto dell'intervento posizionando suture quali MONOCRYL 2-0 o Coated VICRYL 2-0 in corrispondenza dell'apice della vagina e passando attraverso la linguetta apicale dell'impianto in rete. Il fissaggio può essere legato in questo momento o dopo il posizionamento delle braccia. Il fissaggio della scanalatura distale dell'impianto in rete è opzionale e può essere eseguito con suture quali MONOCRYL 2-0 o Coated VICRYL 2-0.

Utilizzando l'introduttore posteriore, posizionare le braccia dell'impianto in rete in ciascun canale destro e sinistro creato dalla dissezione verso ciascun legamento sacrospinoso (come sopra descritto). Affiancare l'introduttore posteriore: usando un normale porta-aghi, come mostrato nella figura 9B. *NOTA: posizionare la punta del porta-aghi sull'estremità scanalata dell'introduttore posteriore.* Verificare che l'introduttore posteriore collegato sia allineato con l'impugnatura del porta-aghi, inserire la punta dell'introduttore posteriore nella tasca sul lato destro della paziente (vedere figura 9B). Quindi direzionare l'introduttore posteriore, con l'estremità inserita all'interno della tasca, nel canale di tessuto precedentemente creato (vedere figura 9C) con l'impugnatura del porta-aghi in posizione verticale. Procedere con l'inserimento del braccio della rete per tutta la sua lunghezza nel canale in modo che la base del braccio arrivi al limite superiore della dissezione fasciale. *NOTA: inserire completamente il primo braccio. Se si estrae l'introduttore dopo il rilasciare il braccio dell'impianto in rete nella corretta posizione finale, sarà necessario rimuovere, riagganciare e reinserire le braccia dell'impianto in rete. NOTA: prestare attenzione a non lasciare troppo in profondità in modo da evitare danni o strutture anatomiche critiche del tessuto. NOTA: se si avverte resistenza durante l'inserimento delle braccia, determinare la causa prima di procedere. Se si continua a fare pressione dopo avere avvertito il ritorno di resistenza, si possono causare danni o strutture anatomiche critiche del tessuto. NOTA: se si avverte resistenza durante l'inserimento delle braccia, determinare la causa prima di procedere. Se si continua a fare pressione dopo avere avvertito il ritorno di resistenza, si possono causare danni alle strutture anatomiche critiche.* Ritirare l'introduttore posteriore lungo il percorso di inserimento, lasciando il braccio della rete nel canale. Le braccia raggiungeranno i legamenti sacrospinosi, senza penetrare in essi. *NOTA: ripetere l'inserimento sul lato sinistro della paziente con il secondo braccio. La figura 9D mostra entrambe le braccia in posizione. NOTA: durante il posizionamento del secondo braccio, prestare attenzione per evitare lo spostamento dell'impianto in rete e verificare che l'impianto in rete NON sia attorcigliato.*

Posizionare il corpo dell'impianto in rete senza tensione sulla fascia vaginale sottostante. Evitare di piegare o attorcigliare il corpo e le braccia dell'impianto in rete. In base alle dimensioni vaginali o alla entità della dissezione laterale, il corpo dell'impianto in rete potrebbe richiedere una sagomatura. L'epitelio della parete vaginale posteriore può essere sagomato, ma deve essere evitata una rimozione eccessiva. Chiudere l'epitelio della parete vaginale posteriore sull'impianto in rete evitando la sutura incavigliata (come sotto descritto). La figura 9E mostra il posizionamento finale dell'impianto in rete nel compartimento posteriore.

**NOTA: verificare la presenza di un'adeguata emostasi prima e durante la chiusura delle incisioni vaginali.**

Chiudere le incisioni vaginali senza suture incavigliate o a figura di otto. Ciò evita la de-vascolarizzazione dell'epitelio vaginale lungo le linee di incisione e riduce l'infezione delle ferite. Preferibilmente, chiudere l'epitelio in 2 strati per ottenere una linea di sutura relativamente spessa in corrispondenza dell'incisione vaginale. Chiudere lo strato più profondo con sutura subepiteliale in continua, non incavigliata, con una sutura quale MONOCRYL 2-0 o una sutura antibatterica quale MONOCRYL Plus 2-0. Quindi chiudere l'epitelio con sutura in continua non incavigliata a matrassaio a bordi evertenti, con una sutura quale Coated VICRYL 2-0 o Coated VICRYL Plus 2-0. **NOTA: posizionare l'impianto in rete nei 2/3 superiori della vagina, prestando attenzione a sagomare l'impianto in rete se supera i 2/3 superiori.** Al termine dell'intervento, è necessario eseguire un esame rettale digitale per escludere lesioni rettali.

In alternativa, è possibile eseguire una chiusura a strato singolo della parete vaginale. È possibile utilizzare una sutura in continua non incavigliata a matrassaio a bordi evertenti, o dei punti di sutura staccati utilizzando suture quali Coated VICRYL 2-0 o Coated VICRYL Plus 2-0.

### Riparazione vaginale combinata anteriore e posteriore

Quando è necessario rinforzare la parete vaginale sia anteriore che posteriore, si utilizza il sistema di riparazione combinato di pavimento pelvico GYNECARE PROSIMA. Questo contiene 2 impianti in rete uguali, uno per la riparazione vaginale anteriore e l'altro per la riparazione vaginale posteriore. Per una riparazione anteriore utilizzare solamente l'introduttore anteriore curvo, mentre per una riparazione posteriore utilizzare solamente l'introduttore posteriore diritto. Eseguire le riparazioni vaginali anteriore e posteriore come sopra descritto. Si consiglia di eseguire per prima la riparazione vaginale anteriore. La figura 10 mostra il posizionamento tra finale degli impianti in rete nei compartimenti anteriore e posteriore. Per prevenire fissaggi l'impianto in rete dell'anteriore, si consiglia di riseguire la cistoscopia in modo da escludere lesioni del tratto urinario. È necessario eseguire un esame rettale digitale per escludere lesioni rettali.

### Utilizzo del sistema GYNECARE PROSIMA con preservazione uterina (isteropessi)

Se si conserva l'utero prolassato, è necessario fissare la linguetta apicale dell'impianto in rete alla cervice. Il fissaggio dell'impianto in rete sulla cervice deve avere luogo al livello dell'anello pubo-cervicale, quando l'impianto viene posizionato durante la riparazione vaginale anteriore e posteriore.

Quando si conserva l'utero durante una riparazione vaginale anteriore, l'anello pubo-cervicale è esposto durante la dissezione vaginale anteriore. Posizionare saldamente una sutura PROLENE 2-0 nella superficie anteriore dell'anello pubo-cervicale. Questa sutura è posizionata anche attraverso la linguetta apicale dell'impianto in rete. La sutura PROLENE nella linguetta viene legata dopo aver messo in posizione le braccia dell'impianto in rete. Tale operazione fissa l'impianto in rete alla superficie anteriore della cervice al livello dell'anello pubo-cervicale e garantisce che l'impianto in rete si stenda con la vagina quando si posiziona correttamente il DSV.

Nella riparazione posteriore, fissare l'impianto in rete alla cervice posteriore al livello dell'anello pubo-cervicale o sopra esso. È possibile aprire il cul-de-sac durante il fissaggio dell'impianto in rete alla cervice. Chiudere il cul-de-sac peritoneale sopra questa sutura in modo da evitare che l'intestino aderisca all'impianto in rete. Se il chirurgo sceglie di non aprire il cul-de-sac, l'anello pubo-cervicale sarà esposto durante la dissezione vaginale posteriore. Questa sutura è posizionata anche attraverso la linguetta apicale dell'impianto in rete. La sutura PROLENE viene legata dopo aver messo in posizione le braccia dell'impianto in rete. Tale operazione fissa l'impianto in rete alla superficie posteriore della cervice al livello dell'anello pubo-cervicale.

Quando vengono utilizzati per le riparazioni vaginali sia anteriore che posteriore, gli impianti in rete devono essere fissati alle superfici anteriore e posteriore della cervice.

### Igiene dell'impianto in rete

Durante l'intervento, irrigare le ferite vaginali con soluzione fisiologica. Mantenere la manipolazione dell'impianto in rete al minimo ed assicurarsi che la rete sia sempre in condizioni di igiene.

### Posizionamento del DSV e del palloncino

Al termine dell'intervento, posizionare un DSV, con il palloncino collegato, adeguatamente dimensionato nella vagina e saturato in posizione per evitare che si disllochi. Il DSV ha 3 potenziali dimensioni (piccolo, medie e grande) e può essere personalizzato dal chirurgo in modo da adattarsi alla lunghezza vaginale della paziente come segue.

#### Adattamento e sagomatura del DSV

Il DSV è fornito nella dimensione più grande. Determinare la dimensione adeguata del DSV per la paziente utilizzando il DSV stesso per valutare la corretta misura nella paziente. Tale operazione si effettua posizionando il DSV nella sua dimensione più grande nella vagina tra l'apice disteso e l'anello imenale. Per inserire il DSV nella vagina, afferrare il punto più ampio del DSV e piegarlo lungo l'asse longitudinale con il palloncino rivolto verso l'alto (vedere figura 12). Il punto più ampio del DSV viene inserito per primo, in modo che il foro per la sutura siano posizionati appena sopra l'anello imenale. **NOTA: non rimuovere o danneggiare il palloncino durante il dimensionamento del DSV.** La dimensione corretta si ottiene quando il DSV si adatta comodamente nei 2/3 superiori della vagina distesa, con l'estremità distale e gli occhielli per sutura 1 cm sopra l'anello imenale (vedere figura 13).

Se la dimensione più grande di adatta, il DSV non sarà modificato. Se è necessaria la dimensione media, la maggior parte della sezione superiore sarà rimossa segmando attentamente, utilizzando solo la punta delle forbici Mayo curve per effettuare piccoli tagli e garantire un bordo tagliato liscio. È necessario prestare attenzione per ridurre al minimo la quantità di materiale rimosso in corrispondenza delle aree saghate. **NOTA: è importante sistemare il DSV molto attentamente. Una volta tagliato, il DSV non può essere ingrandito e non è possibile riattaccare le sezioni tagliate.** Durante la sagomatura, spostare il palloncino (vedere figura 14). **Durante la sagomatura del DSV, prestare attenzione per evitare danni al palloncino.**

Se la dimensione media si adatta, non è necessaria un'ulteriore sagomatura. Se è necessaria la dimensione piccola, la sezione rimanente sarà rimossa come sopra. Durante la sagomatura, spostare il palloncino (vedere figura 14).

Una volta dimensionato correttamente il DSV e riposizionato il palloncino, è possibile inserire il giunto nella vagina della paziente. **NOTA: per ridurre il minimo il rischio di perforazione del palloncino, non utilizzare strumenti per agevolare l'inserimento del DSV o del palloncino.** Se il palloncino si danneggia, rimuoverlo dal DSV e utilizzare un tampone di garza per riempire la cavità vaginale.

Dopo aver posizionato correttamente il gruppo nei 2/3 superiori della vagina distesa della paziente, fissare il DSV in posizione collocando un singolo filo di sutura attraverso ogni occhiello per sutura del DSV e nell'epitelio della parete

---

vaginale posteriore, lateralmente e sopra l'anello imeno su ogni lato, come mostrato nella figura 15, nelle posizioni ore 4 e ore 8. Le suture destra e sinistra sono legate in successione, tenendo il DSV saldamente in posizione all'interno della vagina. **NOTA: prestare attenzione a non perforare il palloncino durante la sutura del DSV in posizione.** Per questa applicazione si consiglia di utilizzare suture quali Coated VICRYL 2-0 o suture assorbibili equivalenti.

#### Insufflazione del palloncino

Dopo aver saturato il DSV in posizione, collegare la siringa fornita da 50 ml (mostrata nella figura 16) e bloccarla sulla valvola del palloncino. **NOTA: dopo aver posizionato il DSV, è necessario il posizionamento di un catetere per evitare la ritenzione urinaria.** Dopo l'insufflazione con un piccolo volume di aria (vedere figura 16), palpare tutta la lunghezza del palloncino con un dito per verificare che il palloncino si sia spiegato e sia sistemato in tutta l'estensione della vagina. Una volta verificato lo spiegamento, rimuovere il dito e continuare a gonfiare completamente il palloncino fino a quando solamente la punta del dito si adatta comodamente nell'apertura tra il palloncino e il palloncino. Si consiglia di stabilizzare il DSV quando ha luogo l'insufflazione. Il palloncino gonfiato serve per mantenere l'impianto in rete in contatto con la parete vaginale. Il volume di aria necessario per gonfiare in modo sufficiente il palloncino varierà da paziente a paziente. **NOTA: il volume massimo di insufflazione del palloncino non deve superare 90 ml.** Dopo un'insufflazione adeguata, staccare la siringa dalla valvola tramite rotazione. Il tubo d'insufflazione del palloncino deve estendersi fuori dalla vagina per essere fissato alla coscia della paziente. È necessario fissare il coperchio alla valvola del palloncino per garantire che il palloncino mantenga il volume previsto di aria (vedere figura 7). **NOTA: non stringere eccessivamente il coperchio.** Se necessario, è possibile ripulire il palloncino successivamente, usando una siringa standard per aumentare o diminuire il volume di aria all'interno del palloncino. In qualsiasi momento è possibile palpare il palloncino o sgonfiando vellevamente per verificare che abbia mantenuto un'insufflazione sufficiente. **NOTA: quando la paziente si sposta, il palloncino si sistemerà nella cavità vaginale e può sembrare che la pressione aumenti o diminuisca. Ciò è normale.**

**NOTA: non staccare il palloncino dal DSV prima dell'utilizzo.**

**NOTA: non gonfiare il palloncino prima della sua inserzione in vagina.**

**NOTA: dopo l'insufflazione del palloncino, se gli occhielli per sutura del DSV si sono spostati di oltre 1 cm sopra l'anello imenale appare se vi è una tensione eccessiva sulle suture agli occhielli, diminuire la pressione sul palloncino e, se necessario, riposizionare e ridimensionare il DSV.**

**NOTA: se nel palloncino vi resta qualche foro, se si rileva una perdita o se il palloncino non riesce a rimanere esteso dopo l'insufflazione, NON utilizzare il palloncino. Essa deve essere rimossa dal DSV e smaltito con i mezzi opportuni. Utilizzare un tampone di garza standard al posto del palloncino.**

**NOTA: se lo spinotto di collegamento del palloncino si stacca dal DSV, spingerlo di nuovo in posizione.**

**NOTA: non fissare il tubo di insufflazione del palloncino nella vagina.**

**NOTA: per evitare danni, non applicare eccessivamente forza estreme per piegare, tendere o ruotare il tubo di insufflazione.**

**NOTA: non applicare tamponi di garza in presenza di un palloncino.**

### Rimozione del palloncino dal DSV

Con una siringa standard, sgonfiare completamente il palloncino e rimuoverlo 1 giorno dopo l'intervento, lasciando il DSV in posizione. **NOTA: non lasciare il palloncino all'interno della vagina per più di 1 giorno.**

1) Rimuovere il coperchio dalla valvola del palloncino.

2) Collegare una siringa standard da 50 ml (o maggiore) alla valvola del palloncino e sgonfiare completamente il palloncino (vedere figura 17). È importante sgonfiare completamente il palloncino prima di tentare di rimuoverlo dal DSV. **NOTA: un palloncino completamente sgonfiato provocherà la retrazione del pistone della siringa dopo la rimozione di tutta l'aria.**

3) Rimuovere la siringa.

4) Separare il palloncino dal DSV e rimuoverlo dalla paziente tirando delicatamente in direzione caudale sul tubo di insufflazione nella piazzare accanto allo spinotto di collegamento del palloncino, fornendo contemporaneamente una delicata conto-trazione sull'estremità distale del DSV. Vedere la figura 18.

**NOTA: non estrarre il palloncino e meno che non sia completamente sgonfio e non si avverta alcuna resistenza. Se si avverte resistenza, determinare la causa prima di procedere. Se si continua a far avanzare o a estrarre il palloncino in presenza di resistenza, si provoca lo spostamento del DSV e/o un trauma del tessuto nella cavità vaginale. Per assicurarsi che si sia verificato uno sgonfiamento completo, ricollegare la siringa ed estrarre tutta l'aria prima di continuare la rimozione.**

### Rimozione del DSV dalla paziente

Rimuovere il DSV dalla paziente circa 3-4 settimane dopo l'intervento, dopo il verificarsi di una guarigione sufficiente. Entro questo periodo le suture assorbibili possono essersi riassorbite e aver perso la forza di trazione sufficiente per consentire la facile rimozione del DSV senza la resistenza delle suture. **NOTA: per la rimozione potrebbe essere necessario tagliare entrambe le suture. NOTA: non lasciare il DSV all'interno della vagina per più di 3-4 settimane.** Rimuovere tutte le rimanenti suture per il fissaggio del DSV. Rimuovere manualmente il DSV dal canale vaginale, come mostrato nella figura 19.

### Trattamento perioperatorio

I pazienti potranno assumere antibiotici come profilassi, somministrati secondo la procedura usuale del chirurgo. L'assunzione di antibiotici può essere continuata dopo l'intervento in base alle preferenze del chirurgo. Può essere effettuata la profilassi tromboembolica.

Il chirurgo è tenuto a spiegare lo scopo del DSV, destinato a rimanere in vagina per un massimo di quattro settimane dopo l'intervento chirurgico, il quello di supportare la vagina a ridosso della rete durante il periodo di cicatrizzazione. La paziente deve essere informata che il DSV sarà rimosso durante una visita di controllo post-operatoria, trascorse circa 4 settimane dall'intervento chirurgico. Inoltre si deve informare la paziente del possibile comparsa di perdite vaginali post-operatorie e che il DSV potrebbe spostarsi leggermente verso il basso. Se la paziente avverte che il DSV si è spostato verso il basso, dovrà delicatamente farsi risalire verso l'alto, fino a raggiungere una posizione più confortevole. Tuttavia, se il DSV è causa di notevole disagio, la paziente dovrà rivolgersi al proprio medico curante.

Dopo la dimissione dall'ospedale, avvisare la paziente di evitare attività che richiedano uno sforzo fisico per un periodo di 3-4 settimane. In questo periodo i tessuti pelvici aranno incorporato l'impianto in rete e la parete vaginale ospiterà le attività della vita normale di tutti i giorni. Avvitare inoltre la paziente di evitare rapporti sessuali per almeno 6 settimane dopo l'intervento. Gli esercizi del pavimento pelvico possono essere raccomandati in qualsiasi momento dopo l'intervento.

### PRESTAZIONI

Studi su animali hanno dimostrato che l'impianto GYNECARE GYNEMESH PS causa una reazione infiammatoria minima o leggera, solo transitoria e seguita dal deposito di un sottile strato di tessuto fibroso in grado di crescere attraverso gli interstizi della rete,

incorporando quindi la rete stessa nel tessuto adiacente. La rete resta morbida e pieghevole e la normale guarigione della ferita non viene alterata. Il materiale non viene assorbito, né subisce degrado o indebolimento dall'azione degli enzimi tissutali.

**CONTROINDICAZIONI**

- Quando si utilizza GYNECARE GYNEMESH PS in neonati, bambini, donne in gravidanza o donne che hanno intenzione di avere una futura gravidanza, il chirurgo deve essere consapevole che questo prodotto potrebbe non estendersi sufficientemente per la crescita della paziente.
- Il sistema GYNECARE PROSIMA non deve essere utilizzato in presenza di gravidanza, infezioni purulenti o cancri della vagina, della cervice o dell'utero.

**AVVERTENZE E PRECAUZIONI**

- Gli utilizzatori devono conoscere molto bene le procedure e le tecniche chirurgiche che riguardano la riparazione del pavimento pelvico e le reti non assorbibili prima di usare i sistemi GYNECARE PROSIMA.
- L'impiego del sistema GYNECARE PROSIMA non è stato valutato completamente nelle pazienti con prolasso pelvico di IV grado. Per questa ragione il suo impiego non è raccomandato in questo tipo di pazienti.
- Attenersi ad una pratica chirurgica riconosciuta per il sistema GYNECARE PROSIMA e per la gestione di ferite infette o contaminate.
- Non utilizzare il sistema GYNECARE PROSIMA se si pensa che il sito chirurgico possa essere infettato o contaminato. Se si utilizza l'impianto in rete o il gruppo DSV-palloncino nelle aree contaminate, tale operazione deve essere realizzata solamente con la consapevolezza che un'infezione successiva può richiedere la sua rimozione.
- Dopo l'intervento, la paziente dovrà essere informata del fatto che dovrà astenersi dal sollevare pesi e/o svolgere esercizio fisico (ad es. ciclismo, corsa) per 3 o 4 settimane e astenersi da rapporti sessuali per 6 settimane o fino a quando il medico non stabilirà che la paziente può tornare alle normali attività.
- Non lasciare il DSV all'interno della vagina per più di 4 settimane.
- Non lasciare il palloncino all'interno della vagina per più di 1 giorno.
- I componenti del sistema GYNECARE PROSIMA non sono pensati per essere utilizzati con dispositivi diversi da quelli indicati nel presente inserto.
- Durante la manipolazione, evitare di esercitare un'eccessiva tensione sull'impianto in rete.
- Utilizzare i sistemi GYNECARE PROSIMA con cura e attenzione per l'anatomia della paziente, allo scopo di evitare danni a vasi, nervi, vescica, intestino e la perforazione della parete vaginale. Il corretto utilizzo dei componenti del sistema GYNECARE PROSIMA ridurrà al minimo i rischi.
- Insufflare il palloncino solo con aria.
- La palloncino confermerà che il palloncino non presenta perdite d'aria dopo l'insufflazione. La perdita completa del gonfiaggio può limitare l'efficacia del palloncino.
- La parete del palloncino è sottile in modo da presentare le proprietà richieste. Perforazioni, tagli, intaccature, schiacciamento o tensioni eccessive possono causare la perdita di gonfiaggio. Il palloncino può essere facilmente penetrato con un ago o un bisturi oppure rotto tramite manipolazione con uno strumento smusso. È necessario prestare attenzione durante la manipolazione per evitare tali rischi. Non utilizzare un palloncino danneggiato. Rimuovere e tamponare con della garza.
- L'insufflazione massima del palloncino è 90 ml. Non gonfiare eccessivamente il palloncino. L'insufflazione eccessiva del palloncino può causare il disagio della paziente, la necrosi del tessuto, la rottura della ferita vaginale postoperatoria o l'impossibilità di svuotare la vescica.
- Non utilizzare i sistemi GYNECARE PROSIMA su pazienti sottoposte a terapia anticoagulante.
- È possibile che si verifichi un'emorragia dopo l'intervento. Prestare attenzione a eventuali sintomi o segni clinici prima di dimettere la paziente dall'ospedale.
- È necessario avvertire la paziente di contattare immediatamente il medico in caso di dolore insolito, sanguinamento o altri problemi correlati.
- Sebbene sia improbabile che si verifichino lesioni della vescica con questa tecnica, si consiglia di eseguire la cistoscopia.
- Sebbene sia improbabile che si verifichino lesioni rettali con questa tecnica, è necessario un esame digitale.
- Per evitare danni meccanici alla rete, non fissare l'impianto in rete GYNECARE GYNEMESH PS con punti metallici, clip o fermagli.
- L'impianto in rete non deve essere presente nel terzo inferiore della vagina. Se necessario, sagomare l'impianto in rete in corrispondenza della congiunzione del terzo inferiore e medio della parete vaginale.
- È possibile somministrare antibiotici come profilassi secondo la procedura usuale del chirurgo.

**EFFETTI COLLATERALI**

- I potenziali effetti collaterali sono quelli di solito associati ai materiali impiantabili chirurgicamente, compresa una possibilità di infezione, infiammazione, formazione di aderenze, formazione di fistole, erosione, estrusione e cicatrizzazione con conseguente contrazione dell'impianto.
- I potenziali effetti collaterali sono quelli associati solitamente agli interventi di riparazione del prolasso dell'organo pelvico, compresi dolore durante i rapporti sessuali e dolore pelvico. Tali condizioni possono risolversi autonomamente nel tempo.
- Durante la dissezione o il passaggio della rete possono verificarsi perforazioni, lacerazioni o lesioni di vasi, nervi, vescica, uretra o intestino, che potrebbero necessitare di una riparazione chirurgica.
- La dissezione per gli interventi di riparazione del pavimento pelvico presenta il rischio potenziale di compromettere il normale svuotamento della vescica per una lunghezza variabile di tempo.

**STERILITÀ**

I sistemi GYNECARE PROSIMA sono sterilizzati con ossido di etilene. NON RISTERILIZZARE alcuna parte del sistema GYNECARE PROSIMA. NON RIUTILIZZARE alcuna parte del sistema GYNECARE PROSIMA. Il riutilizzo del dispositivo (o di parti di esso) può creare un rischio di degradazione del prodotto e di contaminazione crociata, che possono causare infezioni o trasmissione di patogeni di origine ematica e utilizzatori. Non usare se la confezione è stata aperta o danneggiata. Eliminare tutti i componenti del sistema GYNECARE PROSIMA aperti o non usati.

**SMALTIMENTO**

Smaltire i componenti del sistema GYNECARE PROSIMA e le confezioni conformemente alle politiche dell'azienda e alle procedure relative ai materiali e ai rifiuti a rischio biologico.

**CONSERVAZIONE**

Condizioni raccomandate per la conservazione: temperatura ambiente e umidità relativa controllata (circa 25 °C, 60 % di umidità relativa), al riparo da umidità e calore diretto. Non usare dopo la data di scadenza.

**Simboli usati sulle etichette**



37



Gynecare
# PROSIMA™

PORTUGUÊS

Sistema de Reparação do Pavimento Pélvico Anterior
Sistema de Reparação do Pavimento Pélvico Posterior
Sistema de Reparação do Pavimento Pélvico Combinado

**Por favor, leia atentamente todas as informações.**

O não cumprimento das instruções poderá originar o funcionamento indevido dos dispositivos e provocar lesões pessoais.

*ATENÇÃO:* A lei federal (dos Estados Unidos da América) só permite a venda deste dispositivo a médicos ou sob receita destes.

Recomenda-se a encontra-se disponível formação relativa ao uso dos Sistemas de Reparação do Pavimento Pélvico GYNECARE PROSIMA™. Contacte o representante de vendas da sua empresa para providenciar esta formação.

**INDICAÇÕES**

Os Sistemas de Reparação do Pavimento Pélvico GYNECARE PROSIMA, mediante colocação de Implantes de Rede Flexível PROLENE™ Não Absorvível GYNECARE GYNEMESH™ PS estão indicados para reforço de tecido e estabilização de longa duração de estruturas fasciais do pavimento pélvico, como suporte mecânico ou material de ligação para o defeito fascial. Os Sistemas facultam a manutenção do canal vaginal durante o período de cicatrização após reparação cirúrgica do prolapso da parede vaginal, apoiando simultaneamente a posição dos Implantes de Rede.

**DESCRIÇÃO**

Os Sistemas de Reparação do Pavimento Pélvico Anterior, Posterior e Combinado GYNECARE PROSIMA são constituídos por Implantes de Rede GYNECARE GYNEMESH PS pré-cortados e instrumentos destinados a facilitar a colocação do Implante de Rede e apoio pós-operatório (consultar a figura 1). No quadro seguinte resumem-se os componentes incluídos em cada sistema:

| SISTEMA DE REPARAÇÃO DO PAVIMENTO PÉLVICO | COMPONENTES (consultar a figura 1) | | | | |
|---|---|---|---|---|---|
| | Implante de Rede na Embalagem de Transporte (A) | Conjunto de Dispositivo de Suporte Vaginal – Balão (B&C) | Introdutor Anterior (D) | Introdutor Posterior (E) | Seringa (F) |
| Anterior | 1 | 1 | 1 | | 1 |
| Posterior | 1 | 1 | | 1 | 1 |
| Combinado | 2 | 1 | 1 | 1 | 1 |

Quadro 1 – Componentes do Sistema de Reparação do Pavimento Pélvico GYNECARE PROSIMA

**GYNECARE GYNEMESH PS**

A GYNECARE GYNEMESH PS é uma rede feita a partir de filamentos tecidos de polipropileno extrudido, idêntico em composição à da Sutura de Polipropileno PROLENE™, (ETHICON, Inc.). Este material, quando usado como sutura, demonstrou ser não inactivo e manter a sua resistência indefinidamente em uso clínico. A rede dispõe de excelente força, durabilidade e aceptabilidade cirúrgica, com possidade suficiente para a proliferação interior de tecido conectivo. Os monofilamentos azuis da Sutura PROLENE foram introduzidos para criar falhas de contraste na rede. A rede é constituída por fibras monofilamentares de diâmetro reduzido, tecidas de modo a formar um padrão exclusivo que confere a esta rede uma flexibilidade de cerca de 50 por cento superior à da Rede de Polipropileno PROLENE™ standard. A rede é tecida mediante um processo que entrelaça as uniões de cada fibra e que lhe confere elasticidade em ambas as direcções. Este processo de fabrico permite que a rede seja cortada em qualquer formato ou tamanho desejado, sem cisilar. A característica elástica bidireccional permite a adaptação às várias tensões encontradas no corpo.

**Implante de Rede**

O Implante de Rede é construído a partir de GYNECARE GYNEMESH PS. Os Implantes de Rede são pré-cortados em forma de Y para reparação dos defeitos vaginais anterior, posterior ou apical. Consultar a figura 2. O Implante de Rede apresenta 2 tiras e um corpo central. Existe uma dita apical na extremidade proximal para fixação sob Tyvek, visando minimizar os movimentos do Implante de Rede durante a colocação das tiras. Tem um entalhe distal na extremidade distal para ajudar no alinhamento do Implante de Rede. Existem duas bolsas pré-formadas nas tiras do Implante de Rede para permitir a colocação com os Introdutores. O Implante de Rede é fornecido numa Embalagem de Transporte, constituído por Tyvek™ não revertido e por uma película de plástico transparente, concebidos para uma fácil remoção do Implante de Rede.

**Introdutor Anterior**

O Introdutor Anterior consiste num instrumento destinado a ser utilizado numa única doente, concebido para facilitar a inserção das tiras do Implante de Rede nos canais teciculares anteriores previamente dissecados. *NOTA: O Introdutor Anterior não se destina a ser usado para dissecar tecidos.* O Introdutor Anterior foi concebido para ser compatível com as bolsas do Implante de Rede, visando permitir a colocação de tiras dos dois laços da doente, no compartimento anterior. Consultar a figura 3 e a figura 4.

**Introdutor Posterior**

O Introdutor Posterior consiste num instrumento destinado a ser utilizado numa única doente, concebido para facilitar a inserção das tiras do Implante de Rede nos canais teciculares posteriores previamente dissecados. *NOTA: O Introdutor Posterior não se destina a ser usado para dissecar tecidos.* Um porta-agulhas padrão prende-se ao Introdutor Posterior, sendo estabilizado para uma inserção controlada. O Introdutor Posterior foi concebido para ser compatível com as bolsas do Implante de Rede, permitindo a colocação de tiras dos dois laços da doente, no compartimento posterior. Consultar a figura 5.

**Dispositivo de Suporte Vaginal (VSD)**

O VSD é um dispositivo destinado a ser utilizado numa única doente para proporcionar apoio pós-operatório aos tecidos vaginais depois da colocação da rede e enceramento da(s) incisão(ões) vaginal(is). A extremidade apical é a extremidade mais larga do VSD e contém secções excêntricas. Depois do dimensionamento inicial na doente, o tamanho do VSD pode ser ajustado para se adequar à anatomia da doente. Consultar as secções apicais indicadas. O VSD fica nos 2/3 superiores da vagina durante 3 a 4 semanas, sendo depois retirado da doente. Consultar a figura 6.

38

**Balão**

O Balão é um dispositivo para utilização numa única doente, concebido para substituir o enchimento vaginal por compressas após a cirurgia. O volume do Balão é ajustável, visando encher o canal vaginal e facilitar a aposição da parede vaginal contra o Implante de Rede. O Balão é fornecido pré-fixo ao VSD. Na figura 7 mostra-se o Balão desinsuflado, sem o VSD. O Balão permanece na doente durante o período máximo de 1 dia.

**Seringa**

É fornecida uma seringa de 50 ml para insuflar o Balão.

**SECÇÃO 1: PRINCÍPIOS DO PROCEDIMENTO UTILIZANDO O SISTEMA GYNECARE PROSIMA**

O procedimento de reparação do pavimento pélvico utilizando o Sistema GYNECARE PROSIMA destina-se a obter uma reparação anatómica, flexível e padronizada do prolapso dos órgãos pélvicos. Dependendo da localização do prolapso e da preferência do cirurgião, a reparação pode ser anterior e/ou posterior. Pode combinar-se uma histerectomia ou conservação uterina com o procedimento utilizando o Sistema GYNECARE PROSIMA. Caso esteja indicada, pode proceder-se a uma reparação do períneo ou aplicação de faixa (sling) suburetral para tratamento da incontinência urinária de esforço em simultâneo quando se utiliza o Sistema GYNECARE PROSIMA. Pode ser utilizado um sling suburetral retropúbico ou trans-obturador.

Após cirurgia de prolapso é obtida mediante a colocação de 1 ou 2 Implantes de Rede, por abordagem vaginal. Após conclusão da cirurgia, é colocado um VSD com um Balão insuflável na vagina para fins de dimensionamento, sendo o VSD depois suturado, apoiando assim a vagina e o(s) Implante(s) de Rede durante a proliferação tecidular interior. Depois de insuflado, o Balão substitui o enchimento tradicional com compressas, preenchendo a cavidade vaginal e provocando a aposição entre o(s) Implante(s) de Rede e a vagina. No dia a seguir à cirurgia, o Balão é esvaziado e retirado da vagina, sem desalinhar o VSD. O VSD permanece colocado durante um período máximo de 4 semanas após a cirurgia, durante a proliferação tecidular interior no(s) Implante(s) de Rede.

**SECÇÃO 2: FUNDAMENTOS DO SISTEMA GYNECARE PROSIMA**

Durante a reparação vaginal anterior, a corpo do Implante de Rede destina-se a ser colocado sem tensão entre a bexiga e os 2/3 superiores da vagina, estendendo-se lateralmente ao nível da arco tendinosa da fáscia pélvica (arcus tendineus fáscia pélvis, ATFP). Durante a reparação vaginal posterior o corpo do Implante de Rede destina-se a ser colocado sem tensão entre o recto e os 2/3 superiores da vagina, ajustando-se lateralmente por cima dos músculos elevadores do ânus. A secção apical do corpo do Implante de Rede destina-se a ser ligada à apex vaginal. Anteriormente, o Implante de Rede pode ser fixado por meio de sutura ao tecido peri-vesical ou ao colo do útero. Posteriormente, o Implante de Rede pode ser fixado por meio de sutura ao tecido peri-rectal ou ao colo do útero.

O VSD proporciona suporte dos tecidos vaginais após a cirurgia e facilita a aposição dos tecidos vaginais contra o Implante de Rede, até que ocorra a proliferação tecidular interior. A proliferação tecidular interior através do Implante de Rede ocorre durante as 3 a 4 semanas após a cirurgia. A utilização do Sistema GYNECARE PROSIMA evita a necessidade de colocação de Rede sobre a cavidade pélvica e evita a passagem de suturas e instrumentos através dos forâmen do obturador e ligamento sacroespinal, facilitando assim a cirurgia.

**Histerectomia**

A preferência do cirurgião e as necessidades da doente determinam a necessidade de uma histerectomia concomitante. Nas situações em que se efectua histerectomia, recomenda-se o enceramento do peritoneu do fundo de saco de Douglas para evitar o contacto do Implante de Rede com o intestino. Deve evitar-se o enceramento de uma incisão em "T", dado que tal pode aumentar o risco de exposição da rede. Quando se efectua histerectomia vaginal em conjunto com a reparação anterior e/ou posterior, a incisão da histerectomia deve ser inicialmente fechada em sentido transversal, procedendo-se depois às incisões de reparação, de tal forma que não comuniquem com a incisão de histerectomia previamente encerrada. Tal destina-se a prevenir a incisão de uma incisão em "T".

**Conservação Uterina**

O Sistema GYNECARE PROSIMA é adequado para utilização em situações em que o cirurgião ou doente optam por conservar o útero.

**Incisões vaginais**

As incisões vaginais utilizando o Sistema GYNECARE PROSIMA são idênticas as utilizadas pelo cirurgião para cirurgia de reparação vaginal de rotina. As incisões devem ser feitas em toda a profundidade da parede vaginal, de modo a reduzir o potencial de exposição da rede.

**Colocação do Implante de Rede**

O Implante de Rede não mantido no seu local pelo VSD até que ocorra proliferação tecidular anterior. Por conseguinte, é desnecessário fixar as tiras do Implante de Rede em posição. A zona apical do Implante de Rede pode ser fixa com sutura à fáscia na linha média, ao nível do ápex vaginal, utilizando uma sutura como a Sutura MONOCRYL™ 2-0 (Poliglecaprona 25) ou a Sutura Coated VICRYL™ 2-0 (Poliglactina 910). O epitélio vaginal não deve ser suturado ao Implante de Rede.

**Conservação Vaginal**

Deve evitar-se remover ou cortar demasiado epitélio vaginal. Após a cirurgia, pode ocorrer algum grau de retracção tecidular, podendo existir um agravamento ou redução da capacidade vaginal caso se retire demasiado epitélio vaginal.

**Três Níveis de Suporte Vaginal**

Conhecem-se tipicamente 3 níveis de suporte vaginal para reparação vaginal. A utilização do Sistema GYNECARE PROSIMA num procedimento destina-se a facultar o nível 1 e III deste suporte, da seguinte forma:

*Nível I – Suspensão e Suporte* (terço superior da vagina)

O terço superior da vagina (incluindo a abóbada após histerectomia) e útero é suportado por 2 mecanismos. Em primeiro lugar, o suporte directo do útero e zona superior da vagina é assegurado pelo paramétrio (ligamentos cardeal e utero-sagrado) e fáscia do paracólpio. Estas fibras actuam como ligamentos suspensores e nascem da fáscia do músculo piriforme, articulação sacro-ilíaca e zona lateral do sacro, inserindo-se no terço superior externo da vagina e face póstero-externa do colo do útero. Em segundo lugar, o suporte indirecto do útero e zona superior da vagina é assegurado pela placa elevadora, formada pela fusão dos músculos elevadores do ânus direito e esquerdo, entre o recto e o clítis. O prolapso do útero e abóbada vaginal ocorre em consequência da falência destes mecanismos de suporte directo e indirecto. É provável que tal envolva a fraqueza ou pavimento pélvico muscular e das fibras suspensoras do paramétrio e paracólpio superior. O objectivo da cirurgia de prolapso de nível I consiste em recriar mecanismos de suporte directo e indirecto. O Sistema GYNECARE PROSIMA utiliza as tiras do Implante de Rede para apoiar a cúpula ou abóbada vaginal ao obturador interno e fáscia parietal sobrejacente na reparação vaginal anterior e utiliza as tiras do Implante de Rede para apoiar os ligamentos sacroespinais na reparação vaginal posterior. Tal confere suporte directo mediante suspensão e suporte indirecto ao proporcionar uma área ampla de suporte do Implante de Rede para o útero e a zona superior da vagina.

*Nível II – Fixação Lateral* (terço médio da vagina)

A zona média da vagina é fixa lateral e directamente aos músculos da parede pélvica lateral através do arco tendinoso da fáscia pélvica (ATFP). A este nível, as paredes vaginais anterior e posterior são esticadas entre as fixações laterais direita e esquerda. No nível II, a reparação do prolapso tem por objectivo repor a fáscia média lateral da vagina aos músculos da parede pélvica lateral. Defeitos centrais da linha média da vagina também requerem suporte de nível II. A utilização do Sistema GYNECARE PROSIMA num procedimento recria a fixação lateral da vagina aos músculos da parede pélvica lateral e também proporciona um reforço fascial central após a proliferação tecidular anterior.

*Nível III – Fusão* (terço inferior da vagina)

*NOTA: Quando se utiliza o Sistema GYNECARE PROSIMA não é necessária qualquer reparação de nível III.*

No nível III, o terço inferior da vagina funde-se anteriormente com a membrana perineal e a uretra. Posteriormente, o terço inferior da vagina funde-se com o corpo perineal e os músculos elevadores do ânus. Os tecidos desta área são reparados sem o Implante de Rede, dado que o suporte de nível III não se destina a ser usado no terço inferior da vagina. O Sistema GYNECARE PROSIMA não aborda defeitos de suporte de nível III, embora estes possam ser abordados por procedimentos concomitantes, tais como a perineorrafia.

**SECÇÃO 3: INSTRUÇÕES DE UTILIZAÇÃO**

*NOTA: Durante a leitura desta secção, devem consultar-se as imagens facultadas no início deste documento.*

**Preparação Cirúrgica**

A cirurgia efectuada com o Sistema GYNECARE PROSIMA pode ser realizada com anestesia geral ou regional, consoante a preferência do cirurgião, anestesista e doente.

A doente deverá ser colocada na posição de litotomia, com as nádegas ligeiramente suspensas acima da mesa operatória e as ancas flectidas. O cirurgião pode optar por proceder ao esvaziamento da bexiga. É necessário avaliar a opção antes da insuflação do balão, que pode ser inserida neste momento do procedimento.

**Utilização do Sistema GYNECARE PROSIMA em Procedimentos Pós-Histerectomia**

**Reparação Vaginal Anterior**

Quando é apenas necessário reforço da parede vaginal anterior, deve utilizar-se somente o Sistema de Reparação do Pavimento Pélvico Anterior GYNECARE PROSIMA. Este contém 1 Implante de Rede e um Introdutor Anterior concebido especialmente para ser utilizado nesta reparação. Depois de efectuadas as dissecções e incisões vaginais necessárias, são criados canais tecidulares no compartimento anterior para colocação das tiras do Implante de Rede utilizando o Introdutor Anterior. *NOTA: O Introdutor Anterior não deve ser usado para dissecar tecidos.*

*Dissecção Vaginal Anterior*

O epitélio vaginal anterior é dissecado da bexiga. Disseque a parede vaginal em toda a espessura. Esta dissecção deve ser facilitada por hidrodissecção subepitelial. Deve evitar-se a dissecção superficial da parede vaginal ou a reparação da parede vaginal em 2 camadas. Esta dissecção pode originar uma parede vaginal muito fina e também comprometer a irrigação sanguínea da mesma, aumentando o risco de exposição da Rede. Extremamente, prossiga a dissecção em direcção à parede pélvica lateral e à espinha isquiática.

*Dissecção do Canal Anterior e Colocação do Implante de Rede*

Para os fins desta descrição, efectue a dissecção destinada a criar canais para as tiras do Implante de Rede primeiro do lado direito da doente e depois do lado esquerdo. Estes canais são criados visando colocar o Implante de Rede numa área que a secção distal das tiras assente contra a parede pélvica lateral e fáscia parietal do músculo obturador interno. Para colocar estas tiras, inicie a dissecção palpando e identificando a espinha isquiática dos cois lados. *NOTA: Em alternativa, esta dissecção pode ser iniciada com uma tesoura, utilizando uma técnica de "empurrar-espalhar", de forma a que as pontas da tesoura permaneçam sempre em posição anterior à espinha isquiática.* Após a dissecção inicial, efectue uma dissecção suave com o dedo até à espinha isquiática. Depois de estabelecido o contacto com a espinha isquiática, "varra" com o dedo indicador para criar um espaço anterior e superior à espinha isquiática. Consulte a figura 8A. A direcção desta dissecção é perpendicular à parede pélvica lateral e cria um espaço com aproximadamente 2 cm de largura e 3 cm de altura. A dissecção anterior não envolve dissecção dos ligamentos sacroespinais. Esta dissecção cria um canal anterior e superior à espinha isquiática e superficial ao ATFP, músculo obturador interno e sua fáscia parietal. Repita a mesma dissecção no lado esquerdo.

Não é necessária plicação do tecido pré-vesical. Todavia, se for feita plicação, só é plicada a zona central deste tecido. Tal evita que a área disecada se torne demasiado estreita. Coloque um Implante de Rede por cima do tecido pré-vesical, com as bolsas das tiras viradas para cima. Caso se pretenda fixar com sutura, tal deve ser feito neste momento do procedimento colocando uma sutura tal como a Sutura MONOCRYL 2-0 ou a Sutura Coated VICRYL 2-0 no quarto da vagina e enfiando-a através da aba apical do Implante de Rede. A sutura pode ser atada neste momento ou depois de colocadas as tiras. A fixação do estalide distal do Implante de Rede é opcional e pode ser feita com uma sutura como a Sutura MONOCRYL 2-0 ou a Sutura Coated VICRYL 2-0.

Utilizando o Introdutor Anterior, coloque as tiras do Implante de Rede em cada um dos canais direito e esquerdo criados pela dissecção anterior e superior até à espinha isquiática (conforme descrito acima). *NOTA: As extremidades curvadas do Introdutor Anterior são inseridas com as direcções opostas e estam sentas em cada extremidade indicando a direcção para a colocação.* Com a seta a apontar para o lado direito da doente, introduza a ponta do Introdutor Anterior na bolsa para tiras do Implante de Rede (consulte a figura 8B) no lado direito da doente. *NOTA: Uma contra-tracção pode ajudar a manter a bolsa carregada no Introdutor Anterior.* Mantenha o Introdutor Anterior em posição vertical, de tal forma que a parte curva do instrumento fique contra a parede vaginal posterior. Direccione perpendicularmente o Introdutor Anterior, com a curva na face carregada previamente previamente (consultar a figura 8C) até que a pega entre em contacto com as grandes lábios, na lado contra-lateral. Tal obtém-se posicionando a zona da pega do Introdutor Anterior em sentido ascendente-vertical, de tal forma que a extremidade dianteira e bolsa se dirigem à espinha isquiática. Depois de posicionado, incline a pega para uma posição praticamente horizontal, expandindo-a em contacto com a coxa contra-lateral. *NOTA: A retracção da bexiga com um instrumento cirúrgico padrão pode ser útil para a colocação inicial no canal. Se pretender, utilize o dedo indicador no canal para orientar a colocação inicial do Introdutor Anterior contra as grandes lábios no lado contra-lateral, antes de baixar a pega.* Empurre ligeiramente em sentido ascendente garantir que as bolsas das tiras ficam posicionadas adequadamente e que a secção apical do Implante de Rede fica ao nível correcto e ápex vaginal. *NOTA: Se for arrendutida resistência durante a inserção das tiras, determine a causa da resistência antes de prosseguir. Continuar a avançar o Introdutor contra resistência pode provocar danos no Implante de Rede numa inserção excessiva, provocando lesões em estruturas tecidulares críticas.*

Para remover o Introdutor Anterior, incline a pega novamente para a posição vertical antes de retirar, deixando a tira no canal. *NOTA: Insira completamente a primeira tira. NOTA: Se o Introdutor Anterior for puxado e retirado antes da a tira do Implante de Rede chegar ao local pretendido, será necessário remover a tira, voltar a carregá-la e a inseri-la.* Repita no lado oposto da doente visando o Introdutor Anterior e inserindo a extremidade, com a seta a apontar para o lado esquerdo da doente, na outra bolsa. Na figura 8D mostram-se as duas tiras colocadas. *NOTA: Durante a colocação da segunda tira, tome precaução para evitar o movimento do Implante de Rede e confirme que a posição do Rede NÃO ESTÁ torcida.*

Posicione o corpo do Implante de Rede livremente por cima do tecido vaginal subjacente. Deve evitar-se dobrar ou torcer o corpo e as tiras. Pode ser necessário cortar o corpo do Implante de Rede, dependendo das dimensões vaginais ou da quantidade de dissecção lateral. O epitélio vaginal pode ser cortado, mas deve evitar-se uma remoção excessiva de epitélio vaginal. Encerre o epitélio por cima do Implante de Rede, sem a utilização de suturas de tratamento (conforme descrito em baixo, consultar a figura 8E). A colocação final do Implante de Rede no compartimento anterior é mostrada na figura 8F.

*NOTA: Assegure-se de que é obtida hemóstase antes e durante o encerramento das incisões vaginais.*

Encerre as incisões vaginais sem suturas de tratamento ou "em oito", para evitar a desvascularização do epitélio vaginal ao longo das linhas de incisão e reduzir a erosão da rede. Preferentemente, o epitélio é revertado em 2 planos para se obter uma linha de sutura relativamente grossa no local da incisão vaginal. Encerre a camada mais profunda utilizando um ponto sem tratamento subepitelial contínuo com uma sutura como a Sutura MONOCRYL 2-0 ou a Sutura Antibacteriana MONOCRYL™ Plus (Poliglecaprona 25). De seguida, encerre o epitélio utilizando um ponto de colocação evertido contínuo sem travamento, utilizando uma sutura como a Sutura Coated VICRYL 2-0 ou a Sutura Antibacteriana VICRYL™ Plus (Poliglactina 910). *NOTA: Coloque o Implante de Rede nos 2/3 superiores da vagina, tomando precaução para cortar o Implante de Rede se este ultrapassar os 2/3 superiores. Se ainda não tiver sido efectuada, recomenda-se uma cistoscopia para excluir a lesão do aparelho urinário.*

Em alternativa, pode ser feito um encerramento em camada única da parede vaginal. Pode ser utilizado um ponto de colchoeiro evertido contínuo sem travamento ou pontos interrompidos de uma sutura como a Sutura Coated VICRYL 2-0 ou a Sutura Coated VICRYL Plus 2-0.

**Reparação Vaginal Posterior**

Quando é apenas necessário o reforço da parede vaginal posterior, utilize somente o Sistema de Reparação do Pavimento Pélvico Posterior GYNECARE PROSIMA. Este contém 1 Implante de Rede e um Introdutor Posterior concebido especialmente para ser utilizado nesta reparação vaginal posterior. Depois de fazer as dissecções e incisões vaginais necessárias, são criados no compartimento posterior para colocar as tiras do Implante de Rede. *NOTA: O Introdutor Posterior não deve ser usado para dissecar tecidos.*

*Dissecção Vaginal Posterior e do Canal*

Disseque o epitélio vaginal posterior do tecido pré-rectal. Como sucede na parede vaginal anterior, deve dissecar-se a parede vaginal posterior em toda a espessura. Esta dissecção deve ser facilitada por hidrodissecção subepitelial. Continue com a dissecção para fora em cada lado, até aos músculos da zona da espinha isquiática. Prossiga depois com a dissecção através de cada um dos planos rectais e até, mas não ultrapassando, cada um dos ligamentos sacroespinais, criando canais nos quais serão colocadas as tiras do Implante de Rede. Consultar a figura 9A.

O tratamento do enterocelo pré-existente é opcional, mas se for efectuado pode sê-lo nesta fase, de acordo com a técnica preferida do cirurgião.

Se a cavidade peritoneal for aberta durante a dissecção anterior ou posterior, ela deve ser encerrada antes da colocação da rede.

*Colocação do Implante de Rede Posterior*

Não é necessária plicação do tecido pré-rectal. Todavia, se for feita plicação do tecido pré-rectal, só é plicada a zona central deste tecido. Tal evita que a área disecada se torne demasiado estreita. Coloque o Implante de Rede por cima do tecido pré-rectal, com as bolsas das tiras viradas para cima. Caso se pretenda fixar com sutura, tal deve ser feito neste momento do procedimento colocando uma sutura tal como a Sutura MONOCRYL 2-0 ou a Sutura Coated VICRYL 2-0 no ápex da vagina e enfiando-a através da aba apical do Implante de Rede. A sutura pode ser atada neste momento ou depois de colocadas as tiras. A fixação do estalide distal do Implante de Rede é opcional e pode ser feita com uma sutura como a Sutura MONOCRYL 2-0 ou a Sutura Coated VICRYL 2-0.

Utilizando o Introdutor Posterior, coloque as tiras do Implante de Rede em cada canal direito e esquerdo criado pela dissecção em direcção a cada ligamento sacroespinal (conforme descrito acima). Agarre no Introdutor Posterior utilizando um porta-agulhas recto, conforme mostrado na figura 9B. Depois, direccione o Introdutor Posterior na bolsa da tira no lado direito da doente (conforme consultar a figura 9B). Depois, direccione o Introdutor Posterior na bolsa da tira no lado direito da doente (consultar a figura 9C) mantendo a posição da pega do porta-agulhas na vertical. Prossiga para inserir a totalidade do comprimento da tira no canal, de forma a que a base da tira atinja a limite superior da dissecção fascial. *NOTA: Insira completamente a primeira tira. Se o Introdutor for puxado e retirado antes de a tira chegar ao local pretendido, será necessário remover a tira, voltar a carregá-la e a inseri-la. NOTA: Tome precaução para não inserir demasiado profunda, de modo a não lesar as estruturas tecidulares críticas. NOTA: Se for encontrada resistência durante a inserção das tiras, determine a causa da resistência antes de prosseguir. Continuar a avançar o Introdutor contra resistência pode provocar danos no Implante de Rede ou uma inserção excessiva, provocando lesões em estruturas tecidulares críticas.* Remova o Introdutor Posterior ao longo do trajecto de inserção, deixando a tira no canal. As tiras ficam aprox, mas não são penetram nos ligamentos sacroespinais. Repita o procedimento do lado esquerdo da doente com a segunda tira. Na figura 9D mostram-se as duas tiras colocadas. *NOTA: Durante a colocação da segunda tira, tome precaução para evitar o movimento do Implante de Rede e confirme que a posição do Rede NÃO ESTÁ torcida.*

Posicione o corpo do Implante de Rede livremente por cima da fáscia vaginal subjacente. Evite dobrar ou torcer o corpo e as tiras do Implante de Rede. Pode ser necessário cortar o corpo do Implante de Rede, dependendo das dimensões vaginais ou da quantidade de dissecção lateral. O epitélio da parede vaginal posterior pode ser cortado, mas deve evitar-

39

se usa remoção excessiva de epitélio vaginal. Encerre o epitélio da parede vaginal posterior por cima do implante de Rede, sem a utilização de suturas de travamento (conforme descrito em baixo). A colocação final do implante de Rede no compartimento posterior é mostrada na figura 9E.

*NOTA: Assegure-se de que é obtida a hemóstase antes e durante o encerramento das incisões vaginais.*

Encerre as incisões vaginais sem utilizar suturas de travamento ou "em oito", para evitar a desvascularização do epitélio vaginal ao longo das linhas de incisão e reduzir a erosão da rede. Preferivelmente, encerre o epitélio em 2 planos para se obter uma linha de sutura relativamente grossa no local da incisão vaginal. Encerre a camada mais profunda utilizando um ponto sem travamento subepitelial contínuo com uma sutura como a Sutura MONOCRYL 2-0 ou a Sutura Antibacteriana MONOCRYL Plus 2-0. O epitélio é depois encerrado utilizando um ponto de colchoeiro evertido contínuo sem travamento, utilizando uma sutura como a Sutura Coated VICRYL 2-0 ou a Sutura Coated VICRYL Plus 2-0. *NOTA: Coloque o implante de Rede nos 2/3 superiores da vagina, tendo o cuidado de cortar o implante de Rede se este ultrapassar os 2/3 superiores.* No final da cirurgia, recomenda-se examinar com toque rectal para excluir lesão rectal.

Em alternativa, pode ser feito um encerramento em camada única da parede vaginal. Pode ser utilizado um ponto de colchoeiro evertido contínuo sem travamento ou pontos interrompidos de uma sutura como a Sutura Coated VICRYL 2-0 ou a Sutura Coated VICRYL Plus 2-0.

### Reparação Vaginal Anterior e Posterior Combinada

Quando o instrumento está a ser utilizado em anterior e posterior, utiliza-se o Sistema de Reparação do Pavimento Pélvico Combinado GYNECARE PROSIMA. Este contém 2 Implantes de Rede idênticos, um para a reparação vaginal anterior e o segundo para a reparação vaginal posterior. Utilize apenas o Introdutor Anterior curvado para a reparação anterior e apenas o Introdutor Posterior recto para a reparação posterior. Efectue as reparações vaginais anterior e posterior conforme acima descrito. Recomenda-se que a reparação vaginal anterior seja efectuada em primeiro lugar. A colocação final dos Implantes de Rede nos compartimentos anterior e posterior é mostrada na figura 10. Após a conclusão da cirurgia, recomenda-se uma cistoscopia para excluir lesão do aparelho urinário. É necessário examinar com toque rectal para excluir lesão rectal.

### Utilização do Sistema GYNECARE PROSIMA com Conservação do Útero (Histeropexia)

Caso se conserve o útero prolapsado, a alça apical do implante de Rede deve ser fixa ao colo do útero. A fixação do Implante de Rede ao colo do útero deve ocorrer ao nível do anel pubo-cervical, quando colocado durante a reparação vaginal anterior ou posterior.

Quando o útero é conservado durante uma reparação vaginal anterior, o anel pubo-cervical é exposto durante a dissecção vaginal anterior. Coloque uma Sutura PROLENE 2-0 firmemente na face anterior do anel pubo-cervical. Esta sutura também é colocada através da aba apical do Implante de Rede. A Sutura PROLENE na aba é atada, depois de as tiras do Implante de Rede estarem colocadas. Isto fixa o Implante de Rede à superfície anterior do colo do útero, ao nível do anel pubo-cervical, e garante que o Implante de Rede se distencie com a vagina. Aixto que o VSD fica posicionado correctamente.

Na reparação posterior, fixe o Implante de Rede ao colo do útero posterior ao nível do anel pubo-cervical ou acima deste. O fundo de saco de Douglas pode ser aberto durante a fixação do Implante de Rede ao colo do útero. Encerre o peritoneu do fundo de saco acima desta sutura para prevenir a aderência do intestino ao Implante de Rede. Se a cirurgia apical por não abrir o fundo de saco de Douglas, o anel pubo-cervical é exposto durante a dissecção vaginal posterior. Uma Sutura PROLENE 2-0 é colocada firmemente na face posterior do anel pubo-cervical. Esta sutura também é colocada através da aba apical do Implante de Rede. A Sutura PROLENE é atada, depois de as tiras do Implante de Rede estarem colocadas. Isto fixa o Implante de Rede à superfície posterior do colo do útero, ao nível do anel pubo-cervical.

Quando são utilizados para reparações vaginais anterior e posterior, os Implantes de Rede devem ser fixos às faces anterior e posterior do colo do útero, conforme descrito acima (consultar a figura 11).

### Higiene do Implante de Rede

Durante a cirurgia, irrigue as feridas vaginais com solução salina. Mantenha o manuseamento do Implante de Rede ao mínimo necessário e pratique uma boa higiene da rede.

### Colocação do VSD e Balão

No momento de conclusão da cirurgia, coloque um VSD de tamanho adequado com Balão fixo na vagina e suture-o em posição para prevenir o deslocamento. O VSD tem 3 tamanhos possíveis (pequeno, médio e grande) e pode ser personalizado pelo cirurgião para se adequar ao comprimento vaginal da doente, da forma que se segue.

#### Ajuste e Corte do VSD

O VSD é fornecido no seu tamanho maior. Determine o tamanho adequado do VSD para a doente utilizando o próprio VSD para avaliar o ajuste à doente. Tal é feito colocando o VSD de tamanho grande na vagina, entre o ápex distendido e o anel himenal. Para inserir o VSD na vagina, agarre na zona mais larga do VSD e dobre ao longo do eixo longitudinal, com o Balão virado para cima (consultar a figura 12). A zona mais larga do VSD é inserida em primeiro lugar, de tal forma que os orifícios de sutura fiquem situados imediatamente acima do anel himenal. *NOTA: Não retire nem danifique o Balão durante o dimensionamento do VSD.* O tamanho adequado é obtido quando o VSD se ajustar firmemente aos 2/3 superiores da vagina distendida, com o extremidade distal e ilhós de sutura 1 cm acima do anel himenal (consultar a figura 13).

Se o tamanho grande se ajustar, o VSD não é modificado. Se for necessário o tamanho médio, a secção mais superior é recortada cuidadosamente, utilizando apenas a ponta da tesoura Mayo curva para fazer pequenos cortes vaginal e para evitar extremidade de corte regular. Deve tomar-se precaução para minimizar a quantidade de material que permanece nas áreas cortadas. *NOTA: É importante ajustar o VSD muito cuidadosamente. Depois de cortado, não é possível aumentar um VSD e as secções cortadas não podem ser novamente lisas.* Ajuste o Balão durante o corte (consultar a figura 14). Deve tomar-se precaução para evitar danificar o Balão durante o corte do VSD.

Se o tamanho médio se ajustar, não são necessários cortes adicionais. Se for necessário o tamanho pequeno, a secção restante é retirada do modo acima descrito. Afaste o Balão durante o corte para evitar que se danifique.

Depois de o VSD ser correctamente dimensionado e o Balão reposicionado, o conjunto pode ser inserido na vagina da doente. *NOTA: Para minimizar o risco de perfuração do Balão, não utilize nenhum instrumento para ajudar na inserção do VSD na Balão.* Se o Balão se danificar, retire o Balão do VSD e utilize compressas para preencher a cavidade vaginal.

Depois de o conjunto estar adequadamente posicionado nos 2/3 superiores da vagina distendida da doente, fixe o VSD colocando um único fio de sutura através do ilhó de sutura do VSD em direcção ao epitélio da parede vaginal posterior, para fixar e para cima do himen bilateralmente, conforme se mostra na figura 15, nas posições das 4 e 8 horas. As suturas devem e esquerda são depois atadas uma de cada vez, mantendo o VSD firmemente posicionado no VSD. *NOTA: Tome precaução de não pundenar o Balão quando suturar o VSD na sua posição.* Para esta aplicação, recomenda-se uma sutura como a Sutura Coated VICRYL 2-0 ou uma sutura absorvível equivalente.

#### Insuflação do Balão

Depois de suturar o VSD em posição, coloque a seringa de 50 ml fornecida rodando-a para a fixar na válvula do Balão. *NOTA: Após a colocação do VSD, é necessária a colocação de uma algália para evitar a retenção urinária.* Após insuflação com um pequeno volume de ar ambiente (consultar a figura 16), julga a totalidade do comprimento do Balão com o dedo para garantir que o Balão foi accionado e está assente em toda a extensão da vagina. Depois de confirmada a colocação, retire o dedo e continue a insuflar totalmente o Balão até que caiba apenas uma ponta do dedo no introito entre o Balão e a parede vaginal. Recomenda-se a estabilização do VSD à medida que ocorre a insuflação. O Balão insuflado serve para promover a aposição entre o Implante de Rede e a parede vaginal. O volume de ar necessário para uma insuflação suficiente do Balão varia de doente para doente. *NOTA: O volume máximo de insuflação do Balão não deve exceder 90 ml.* Depois de o estar adequadamente insuflado, retire a seringa da válvula, rodando. A falha de insuflação do Balão tem que se estender para fora da vagina e ser fixada à coxa da doente. A tampa deve ser colocada na válvula do Balão, para garantir que o Balão irá manter o volume de ar pretendido (consultar a figura 7). *NOTA: Não aperte demasiado a tampa.* Se for necessário, o Balão pode ser ajustado posteriormente, utilizando uma seringa padrão para aumentar ou diminuir o volume de ar interior do Balão. O Balão pode ser palpado ou inspeccionado visualmente em qualquer momento, para garantir que mantém insuflação suficiente. *NOTA: À medida que a doente se movimenta, o Balão irá assentar na cavidade vaginal e pode parecer aumentar ou diminuir de pressão. Esta situação é normal.*

*NOTA: Não destaque o Balão do VSD antes de utilizar.*

*NOTA: Não insufle o Balão antes da sua introdução na vagina.*

*NOTA: Após a insuflação do Balão, se os ilhós de sutura do VSD se tiverem movido mais do que 1 cm por cima do anel himenal ou caso exista uma tensão excessiva nas suturas dos ilhós, diminua a pressão no Balão e, se for necessário, reposicione ou redimensione o VSD.*

*NOTA: Se forem observados orifícios no Balão, se for detectada uma fuga ou se o Balão não se mantiver expandido após a insuflação, NÃO utilize o Balão. Este deve ser removido do VSD e eliminado da forma adequada. Utilize o enchimento com compressas padrão, em vez do Balão.*

*NOTA: Se a rolhão conector do Balão se separar do VSD, deve ser empurrado para o seu lugar.*

*NOTA: Não fine a linha de insuflação do Balão na vagina.*

*NOTA: Para prevenir danos, nunca aplique forças extremas de dobragem, tensão ou torção na linha de insuflação.*

*NOTA: Não utilize enchimento com compressas na presença de um Balão.*

#### Remoção do Balão do VSD

Utilizando uma seringa padrão, desinsufle totalmente e retire o Balão 1 dia após a cirurgia, deixando o VSD colocado. *NOTA: Não deixe o Balão no interior da vagina durante um período superior a 1 dia.*

1) Retire a tampa da válvula do Balão.

2) Coloque uma seringa padrão de 50 ml (ou maior) na válvula do Balão e desinsufle completamente o Balão (consultar a figura 17). É importante desinsuflar completamente o Balão antes de o tentar remover do VSD. *NOTA: tem balão completamente desinsuflado irá fazer com que o êmbolo da seringa recue após a remoção de todo o ar.*

3) Retire a seringa.

4) O Balão pode ser depois separado do VSD e retirado da doente puxando suavemente na direcção caudal, a linha de insuflação, numa proxima do rolhão conector do Balão, aplicando em simultâneo uma contra-tração sobre na extremidade distal do VSD com o dedo. Consultar a figura 18.

*NOTA: Não faça recuar o Balão, a não ser que este esteja totalmente desinsuflado e não se sinta nenhuma resistência. Se for encontrada resistência, determine a sua causa antes de prosseguir. Continuar a fazer avançar ou recuar o Balão com resistência pode originar movimentos do VSD e/ou lesões tecidulares na cavidade vaginal. Para garantir que ocorreu uma desinsuflação completa, volte a conectar a seringa e retire todo o ar antes de prosseguir com a remoção.*

#### Remoção do VSD da Doente

Retire o VSD da doente cerca de 3 a 4 semanas após a cirurgia, depois de ter ocorrido uma cicatrização suficiente. Neste momento, as suturas absorvíveis podem ter-se dissolvido ou perdido força tensil suficiente para permitir uma fácil remoção do VSD, sem qualquer resistência por parte das suturas. *NOTA: Pode ser necessário cortar antes as suturas para tornar possível a remoção. NOTA: Não deixe o VSD no interior da vagina durante um período superior a 4 semanas.* Retire todas as suturas de fixação do VSD restantes. Retire manualmente o VSD da canal vaginal, conforme se mostra na figura 19.

#### Cuidados Peri-operatórios

As doentes podem receber antibióticos profilácticos, administrados de acordo com a prática habitual do cirurgião. Os antibióticos podem ser mantidos no pós-operatório, dependendo da preferência do cirurgião. Usar profilaxia tromboembólica.

O cirurgião deve explicar a finalidade do VSD, que permanece na vagina durante um período mínimo de quatro semanas depois da cirurgia, e que se destina a actuar como suporte da vagina contra a rede durante o período de cicatrização. A doente deve ser informada de que o VSD será retirado durante uma avaliação pós-operatória, que terá lugar aproximadamente 4 semanas depois da cirurgia. A doente deve ser informada de que poderá desenvolver corrimento vaginal no pós-operatório e que o VSD se poderá mover ligeiramente para baixo. Caso a doente sinta que o VSD se move para baixo, poderá empurrá-lo suavemente para cima, para uma posição mais confortável. Todavia, se o VSD estiver a provocar um desconforto significativo, a doente deverá ser aconselhada a estar em contacto com o seu médico.

Após a alta hospitalar, a doente deve ser instruída no sentido de evitar actividades vigorosas durante um período de 3 a 4 semanas. Nessa altura, os tecidos pélvicos ter-se-ão incorporado no Implante de Rede e a doente poderá retomar as suas actividades normais do dia-a-dia. A doente deve ser aconselhada a evitar relações sexuais durante um período mínimo de 6 semanas após a cirurgia. Os exercícios destinados ao pavimento pélvico podem ser recomendados em qualquer momento após a cirurgia.

### ACTUAÇÃO

Estudos feitos em animais mostram que a implantação da GYNECARE GYNEMESH PS provoca uma reacção inflamatória mínima a ligeira, a qual é passageira e é seguida de depósito de uma fina camada fibrosa de tecido que pode crescer através dos intervalos da rede, incorporando assim a rede no tecido adjacente. A rede mantém-se macia e flexível, não se verificando dificuldades no processo de cicatrização normal da ferida. O material não é absorvido nem está sujeito à degradação por enfraquecimento pela acção das enzimas dos tecidos.

**CONTRA-INDICAÇÕES**

- Quando a GYNECARE GYNEMESH PS é utilizada em lactentes, crianças, mulheres grávidas ou que pretendam engravidar futuramente, o cirurgião deverá estar ciente de que este produto não tem elasticidade suficiente para acompanhar o crescimento do doente.

- O Sistema GYNECARE PROSIMA não deve ser utilizado na presença de gravidez ou de infecções purulentas ou neoplasias malignas da vagina, colo do útero ou útero.

**ADVERTÊNCIAS E PRECAUÇÕES**

- Antes de utilizar os Sistemas GYNECARE PROSIMA, os utilizadores devem estar familiarizados com as técnicas e os procedimentos cirúrgicos que envolvem a reparação do pavimento pélvico e redes não absorvíveis.

- A utilização do Sistema GYNECARE PROSIMA não foi totalmente avaliada em doentes apresentando prolapso dos órgãos pélvicos em Estádio IV. Por conseguinte, não se recomenda a sua utilização nestas doentes.

- Devem ser seguidas práticas cirúrgicas aceitáveis para o Sistema GYNECARE PROSIMA, assim como para o tratamento de feridas infectadas ou contaminadas.

- Não utilize o Sistema GYNECARE PROSIMA caso pense que o local cirúrgico possa estar infectado ou contaminado. Se o Implante de Rede ou Conjunto VSD-Balão for utilizado em áreas contaminadas, o cirurgião deverá estar ciente de que, em caso de infecção subsequente, poderá ser necessário proceder à sua remoção.

- No pós-operatório deverá ser recomendado ao doente que se abstenha de levantar pesos e/ou fazer exercícios físicos (como ciclismo e correr) durante 3 a 4 semanas, e que se abstenha de ter relações sexuais durante 6 semanas ou até que o médico determine ser adequado para o doente voltar às suas actividades normais.

- Não deixar o VSD no interior da vagina durante um período superior a 4 semanas.

- Não deixar o Balão no interior da vagina durante um período superior a 1 dia.

- Os componentes do Sistema GYNECARE PROSIMA não se destinam a ser utilizados com dispositivos diferentes dos mencionados neste folheto informativo.

- Deve evitar-se aplicar uma tensão excessiva no implante de rede durante o manuseamento.

- Utilizar os Sistemas GYNECARE PROSIMA com precaução e tendo em atenção a anatomia do doente, de forma a evitar lesões em vasos, nervos, bexiga, intestinos e perfuração da parede vaginal. A utilização correcta dos componentes do Sistema GYNECARE PROSIMA irá minimizar os riscos.

- Insuflar o Balão apenas com ar ambiente.

- A palpação irá confirmar que o Balão não contém quaisquer fugas de ar depois da insuflação. A perda completa da insuflação pode limitar a eficácia do Balão.

- A parede do Balão é fina de modo a obter as propriedades desejadas. Punções, cortes, fissuras, compressão ou estiramento excessivo do balão podem conduzir a perda de insuflação. O Balão pode ser facilmente penetrado por uma agulha ou bisturi ou pode ocorrer rotura por manuseamento com um instrumento rombo. Deve tomar-se precaução durante o manuseamento para evitar estas situações. Um Balão danificado não deve ser usado. Retire o balão e preencha com compressas.

- O volume máximo de insuflação do Balão é de 90 ml. Não insuflar o balão em excesso. Uma insuflação excessiva do Balão pode provocar desconforto na doente, necrose tecidular, rotura da ferida vaginal no pós-operatório ou incapacidade miccional.

- Não utilizar os Sistemas GYNECARE PROSIMA em doentes submetidas a terapêutica anticoagulante.

- Pode ocorrer hemorragia no pós-operatório. Ter atenção a quaisquer sintomas ou sinais antes de dar alta à doente.

- Se ocorrer dor invulgar, hemorragia ou outros problemas, a doente deverá ser instruída a contactar imediatamente o cirurgião.

- Embora seja improvável que ocorram lesões vesicais com esta técnica, recomenda-se a realização de cistoscopia.

- Embora seja improvável que ocorram lesões rectais com esta técnica, recomenda-se a realização de um exame com toque rectal.

- Evitar o contacto do Implante de Rede GYNECARE GYNEMESH PS com agrafos, pinças ou clamps de todo o tipo, uma vez que isto poderá causar danos mecânicos na rede.

- O Implante de Rede não deve estar presente no 1/3 inferior da vagina. Se for necessário, cortar o Implante de Rede na junção do 1/3 inferior e médio da parede vaginal.

- Podem ser administrados antibióticos profilácticos, de acordo com a prática habitual do cirurgião.

**REACÇÕES ADVERSAS**

- As reacções adversas potenciais são aquelas tipicamente associadas a materiais cirurgicamente implantáveis, incluindo potenciação de infecção, inflamação, formação de aderências, formação de fístulas, erosão, extrusão e formação de tecido cicatricial originando contracção do implante.

- As reacções adversas potenciais são aquelas tipicamente associadas aos procedimentos de reparação do prolapso de órgãos pélvicos, incluindo dor durante as relações sexuais ou pélvica. Estas podem resolver-se espontaneamente no decurso do tempo.

- Podem ocorrer punções ou lacerações ou lesão de vasos, nervos, bexiga, uretra ou intestino durante a dissecação ou colocação da rede, que podem exigir reparação cirúrgica.

- No caso dos procedimentos de reparação do pavimento pélvico, a dissecção tem potencial para provocar incapacidade da micção normal durante um período de tempo variável.

**ESTERILIZAÇÃO**

Os Sistemas GYNECARE PROSIMA são esterilizados com óxido de etileno. NÃO REESTERILIZAR nenhuma parte do Sistema GYNECARE PROSIMA. NÃO REUTILIZAR nenhuma parte do Sistema GYNECARE PROSIMA. A reutilização deste dispositivo (ou de partes deste dispositivo) pode criar um risco de degradação do produto e contaminação cruzada, o que pode conduzir a infecção ou transmissão de agentes patogénicos transmitidos pelo sangue aos doentes e utilizadores. Não utilizar se a embalagem estiver aberta ou danificada. Descartar todos os componentes do Sistema GYNECARE PROSIMA abertos, que tenham sido utilizados ou não.

**ELIMINAÇÃO**

Descartar os componentes do Sistema GYNECARE PROSIMA e as embalagens de acordo com a política e os procedimentos em vigor na instituição relativamente a materiais e resíduos de risco biológico.

**ARMAZENAMENTO**

Condições recomendadas de armazenamento: temperatura ambiente controlada e humidade relativa (aproximadamente 25 °C, 60 % de humidade relativa), ao abrigo da humidade e do calor directo. Não utilizar para além do prazo de validade.

**Símbolos utilizados nas etiquetas**

 CE 0086
Marca CE e número de identificação do organismo notificado. Este produto obedece aos principais requisitos da Directiva sobre Dispositivos Médicos 93/42/CEE.

LOT   Número do lote

Validade — ano e mês

 Fabricante

 Não reutilizar/Não reesterilizar

 Ver instruções de utilização

STERILE EO   Método de Esterilização — Óxido de Etileno



## PROSIMA™

Sistema de reparación del suelo pélvico anterior
Sistema de reparación del suelo pélvico posterior
Sistema de reparación del suelo pélvico combinado

**Por favor lea con atención toda la información.**
De no seguir las instrucciones correctamente, los dispositivos podrían no funcionar adecuadamente e incluso causar lesiones.

*ATENCIÓN:* las leyes federales de los EE.UU. restringen la venta de este dispositivo al personal facultativo o bajo su prescripción.

Se recomienda recibir la instrucción adecuada antes de utilizar los sistemas de reparación de suelo GYNECARE PROSIMA™. Coordine la instrucción con el representante de ventas de su compañía.

**INDICACIONES**
Los sistemas de reparación del suelo pélvico GYNECARE PROSIMA, a través de la colocación de implantes de malla blanda PROLENE™ no absorbibles GYNECARE GYNEMESH™ PS, están indicados para el refuerzo del tejido y la estabilización prolongada de las estructuras fasciales del suelo pélvico, ya sea como soporte mecánico o como material de unión para el defecto fascial. Los sistemas permiten el mantenimiento del conducto vaginal durante el periodo de cicatrización después de la reparación quirúrgica del prolapso de la pared vaginal y, al mismo tiempo, mantienen los implantes de malla en su lugar.

**DESCRIPCIÓN**
Los sistemas de reparación del suelo pélvico anterior, posterior y combinado GYNECARE PROSIMA constan de implantes de malla GYNECARE GYNEMESH PS previamente cortados y de instrumental para facilitar su colocación y mantenimiento post-operatorio (refiérase a la figura 1). En la siguiente tabla se resumen los componentes incluidos en cada sistema:

| SISTEMA DE REPARACIÓN DEL SUELO PÉLVICO | COMPONENTES (refiérase a la figura 1) | | | | |
|---|---|---|---|---|---|
| | Implante de malla en portaimplante (A) | Conjunto de dispositivo de soporte vaginal y balón (B y C) | Insertador anterior (D) | Insertador posterior (E) | Jeringa (F) |
| Anterior | 1 | 1 | 1 | | 1 |
| Posterior | 1 | 1 | | 1 | 1 |
| Combinado | 1 | 1 | 1 | 1 | 1 |

Tabla 1 – Componentes del sistema de reparación del suelo pélvico GYNECARE PROSIMA

**GYNECARE GYNEMESH PS**
La malla GYNECARE GYNEMESH PS está fabricada con filamentos tejidos de polipropileno extruido de composición idéntica a la utilizada en la sutura de polipropileno PROLENE™ (ETHICON, INC.). Según se ha comprobado, este material no es reactivo cuando se emplea como sutura y conserva su resistencia indefinidamente en el uso clínico. La malla ofrece una resistencia, durabilidad y adaptabilidad quirúrgica excelentes, con suficiente porosidad para la necesaria integración del tejido. Contiene además monofilamentos de sutura PROLENE de color azul que forman líneas de contraste con el resto de la malla. Esta está fabricada con fibras monofilamento de diámetro reducido tejidas con un diseño único, que le otorga una flexibilidad casi un 50 por ciento superior a la de malla de polipropileno PROLENE común. La malla está tejida mediante un proceso que entrelaza la unión de cada fibra y proporciona elasticidad en ambas direcciones. Esta construcción permite cortar la malla en cualquier forma o tamaño deseado sin que se desenrede. La elasticidad bidireccional le permite adaptarse a las diferentes tensiones presentes en el cuerpo.

**Implante de malla**
Los implantes de malla están fabricados con GYNECARE GYNEMESH PS y vienen previamente cortados en forma de "T" para la reparación de los defectos vaginales anteriores, posteriores y apicales. Refiérase a la figura 2. Los implantes de malla tienen dos tiras y un cuerpo central. En el extremo proximal tienen una lengüeta apical para poder fijarlos con sutura y reducir al mínimo su movimiento durante la colocación de las tiras. Además, en el extremo distal tienen un surco para facilitar su alineación. Las tiras de los implantes de malla tienen bolsillos preformados para permitir su colocación con los insertadores. Los implantes de malla se suministran en un portaimplante de Tyvek™ no revestido y una película de plástico transparente, diseñado para facilitar su extracción.

**Insertador anterior**
El insertador anterior es un instrumento para uso en una sola paciente diseñado para facilitar la inserción de las tiras del implante de malla en los canales de tejido disecado anteriores. *NOTA: el insertador anterior no está diseñado para disecar tejido.* Está diseñado para ser compatible con los bolsillos del implante de malla para permitir la colocación de las tiras a ambos lados de la paciente en el compartimiento anterior. Refiérase a las figuras 3 y 4.

**Insertador posterior**
El insertador posterior es un instrumento para uso en una sola paciente diseñado para facilitar la inserción de las tiras del implante de malla en los canales de tejido disecado posteriores. *NOTA: el insertador posterior no está diseñado para disecar tejido.* Tiene fijado una guía o porta aguja estándar como estabilizador para controlar su inserción. El insertador posterior está diseñado para ser compatible con los bolsillos del implante de malla para permitir la colocación de las tiras a ambos lados de la paciente en el compartimiento posterior. Refiérase a la figura 5.

**Dispositivo de soporte vaginal (VSD)**
El VSD es un dispositivo para uso en una sola paciente diseñado para soportar posquirúrgico de los tejidos vaginales después de la colocación de la malla y el cierre de las incisiones vaginales. El extremo apical del extremo más ancho del VSD contiene secciones recortables. Después del ajuste inicial del VSD en la paciente, puede continuar ajustándose a su anatomía recortando las secciones apicales. El VSD se aloja en los dos tercios superiores de la vagina de la paciente durante 3 a 4 semanas y posteriormente se extrae. Refiérase a la figura 6.

**Balón**
El balón es un dispositivo para uso en una sola paciente diseñado para sustituir el relleno de gasa vaginal posquirúrgico. El volumen del balón puede ajustarse para llenar el conducto vaginal y mantener apoyados la pared vaginal y el implante de malla. El balón se suministra previamente fijado al VSD. La figura 7 muestra el balón desinflado en el VSD. El balón se deja en la paciente hasta 1 día como máximo.

**Jeringa**
Se suministra una jeringa de 50 ml para inflar el balón.

**SECCIÓN 1: PRINCIPIOS DEL PROCEDIMIENTO CON EL SISTEMA GYNECARE PROSIMA**
El objetivo del procedimiento de reparación del suelo pélvico con el sistema GYNECARE PROSIMA es lograr una reparación anatómica duradera y estandarizada del prolapso del órgano pélvico. Según el lugar del prolapso y la preferencia del cirujano, la reparación puede ser anterior y/o posterior. La histerectomía o la conservación del útero pueden combinarse con el procedimiento con el sistema GYNECARE PROSIMA. Si está indicado, puede realizarse una reparación perineal o un cabestrillo suburetral para el tratamiento de la incontinencia urinaria por estrés simultáneamente cuando se utiliza el sistema GYNECARE PROSIMA. Puede utilizarse un cabestrillo suburetral por vía retropúbica o transobturadora.

La reparación del prolapso se logra mediante la colocación de uno o dos implantes de malla a través de un abordaje vaginal. Al finalizar la cirugía, se coloca en la vagina un VSD con un balón inflable para asegurar su tamaño y se lo sutura para que sostén como soporte de la vagina y los implantes de malla durante la integración del tejido. Una vez inflado, el balón sustituye el relleno de gasa tradicional llenando la cavidad vaginal y manteniendo los implantes de malla apoyados. El balón se deja en la paciente hasta 1 día después de la cirugía, el balón se desinfla y se retira de la vagina sin quitar el VSD. El VSD se deja en su lugar hasta 4 semanas después de la cirugía, mientras el tejido se integra a los implantes de malla.

**SECCIÓN 2: FUNDAMENTOS DEL SISTEMA GYNECARE PROSIMA**
Después de una cirugía correccional de prolapso del órgano pélvico, los tejidos reparados están expuestos a aumentos en la presión intraabdominal cuando la paciente se moviliza, tose, vomita y hace un esfuerzo al evacuar los intestinos. Estos aumentos en la presión intraabdominal pueden afectar adversamente a la cicatrización de la reparación vaginal y producir el fallo quirúrgico o un prolapso recurrente. El sistema GYNECARE PROSIMA refuerza la reparación vaginal con un implante de malla y utiliza el VSD como soporte de la malla durante 3 a 4 semanas después de la cirugía con el objeto de reducir el riesgo de fallo quirúrgico o prolapso recurrente.

Durante la reparación vaginal anterior el cuerpo del implante de malla se debe colocarse sin tensión entre la vejiga urinaria y los dos tercios superiores de la vagina, extendiéndolo lateralmente a la altura del arco tendíneo de la fascia pélvica. Durante la reparación vaginal posterior el cuerpo del implante de malla debe colocarse sin tensión entre el recto y los dos tercios superiores de la vagina, ajustándolo lateralmente sobre los músculos elevadores del ano. La sección apical del cuerpo del implante de malla está diseñada para llegar hasta el ápice vaginal. En posición anterior, el implante de malla puede fijarse con sutura al tejido prevesical o al cuello uterino. En posición posterior, puede fijarse al tejido prerrectal o al cuello uterino.

El VSD sirve de soporte a los tejidos vaginales después de la cirugía y los mantiene apoyados contra el implante de malla hasta que se integren a ella. La integración del tejido a través del implante de malla se produce dentro de las 3 a 4 semanas de la cirugía. El uso del sistema GYNECARE PROSIMA evita la necesidad de realizar una disección fuera de la cavidad pélvica y de pasar sutura e instrumental a través del aparejo obturador y el ligamento sacroespinoso, lo cual hace que la cirugía sea más sencilla de realizar.

**Histerectomía**
La preferencia del cirujano y las necesidades de la paciente determinarán si es necesario realizar una histerectomía concomitante. Cuando se realiza una histerectomía, se recomienda el cierre del peritoneo del fondo de saco para evitar el contacto del implante de malla con los intestinos. Debe evitarse realizar un cierre con incisión en "T" ya que esto puede aumentar el riesgo de exposición de la malla. Cuando se realiza una histerectomía vaginal junto con una reparación anterior o posterior, o ambas, primero debe cerrarse la incisión de la histerectomía de forma transversal y, posteriormente, deben realizarse las incisiones de reparación de forma tal que no estén conectadas con la incisión de la histerectomía previamente cerrada. De esta manera se evita la realización de una incisión en "T".

**Conservación del útero**
El sistema GYNECARE PROSIMA es adecuado para aquellos casos en que el cirujano o la paciente prefieren conservar el útero.

**Incisiones vaginales**
Las incisiones vaginales del procedimiento con el sistema GYNECARE PROSIMA son las mismas que se utilizan en las cirugías de reparación vaginal rutinarias. Las incisiones deben realizarse hasta la máxima profundidad de la pared vaginal para reducir el potencial de exposición de la malla.

**Colocación del implante de malla**
Los implantes de malla son mantenidos en su lugar por el VSD hasta que se produce la integración del tejido. Por lo tanto, no es necesario fijar las tiras del implante de malla en su lugar. La parte apical del implante de malla puede fijarse sobre la fascia en la línea media del ápice vaginal con sutura del tipo MONOCRYL™ 2-0 (poliglecaprona 25) o Coated VICRYL™ 2-0 (poliglactina 910). El ápice vaginal no debe suturarse sobre el implante de malla.

**Preservación de la vagina**
Debe evitarse retirar o extirpar demasiado epitelio vaginal. Si se retira demasiado epitelio vaginal, puede producirse cierta retracción del tejido después de la cirugía y reducirse aún más la capacidad vaginal.

**Tres niveles de soporte vaginal**
Se conocen tres niveles de soporte para la reparación vaginal. El sistema GYNECARE PROSIMA está diseñado para proporcionar el nivel I y el II de soporte en el procedimiento, según se indica a continuación:

**Nivel I – Suspensión y soporte** (tercio superior de la vagina)

El tercio superior de la vagina (incluida la bóveda vaginal después de la histerectomía) y el útero son apoyados por dos mecanismos. En primer lugar, el apoyo directo para el útero y la vagina superior es proporcionado por las fibras del parametrio (ligamentos cardinal y uterosacro) y el paracolpio. Estas fibras actúan como ligamentos de suspensión y se elevan desde la fascia del músculo piriforme, la articulación sacroilíaca y el sacro lateral y se introducen en el tercio superior lateral de la vagina y en el aspecto posterolateral del cuello uterino. En segundo lugar, el apoyo indirecto para el útero y la vagina superior es proporcionado por la placa elevadora, formada por la fusión de los músculos elevadores del ano derecho e izquierdo entre el recto y el coxis. El prolapso de la bóveda uterina y vaginal se produce como consecuencia del fallo de estos mecanismos de soporte directos e indirectos. Es probable que implique una debilidad del suelo pélvico muscular y las fibras de suspensión del parametrio y el paracolpio superior. El objetivo de la cirugía de prolapso de nivel I es recrear los mecanismos de soporte directos e indirectos. El sistema GYNECARE PROSIMA utiliza las tiras de implante de malla que mantienen apoyados los músculos internos obturadores y la fascia parietal superior en la reparación vaginal anterior y, en la reparación vaginal posterior, tiras de implante de malla que mantienen apoyados los ligamentos sacroespinosos. Este proporciona un soporte directo por suspensión y soporte indirecto creando una amplia área de apoyo para la vagina superior y el útero con el implante de malla.

**Nivel II – Fijación lateral** (tercio medio de la vagina)

La parte media de la vagina está fijada lateralmente y de forma directa a los músculos de la pared lateral pélvica por el arco tendinoso de la fascia pélvica. A este nivel, las paredes vaginales anterior y posterior se estiran entre las fijaciones laterales a la derecha y a la izquierda. Al nivel II, el objetivo de la reparación del prolapso es volver a fijar la vagina media lateral sobre los músculos de la pared lateral pélvica. Los defectos centrales de la vagina media también requieren soporte al nivel II. El uso del sistema GYNECARE PROSIMA en un procedimiento recrea la fijación lateral de la vagina sobre los músculos de la pared lateral pélvica y, además, proporciona refuerzo fascial central después de la integración de tejido.

**Nivel III – Fusión** (tercio inferior de la vagina)

*NOTA: no se requiere disección en esta área con el sistema GYNECARE PROSIMA.*

Al nivel III, en posición anterior, el tercio inferior de la vagina se fusiona con la membrana perineal y la uretra. En posición posterior, el tercio inferior de la vagina se fusiona con el cuerpo perineal y con los músculos elevadores del ano. Los tejidos de esta área se reparan sin implante de malla, ya que éste no está diseñado para ser utilizado en el tercio inferior de la vagina. El sistema GYNECARE PROSIMA no trata los defectos de apoyo al nivel III, aunque pueden tratarse mediante procedimientos concomitantes, como una perineorrafia.

## SECCIÓN 3: INSTRUCCIONES DE USO

*NOTA: deben consultarse las figuras incluidas al comienzo de este documento al leer esta sección.*

### Preparación quirúrgica

La cirugía realizada con el sistema GYNECARE PROSIMA puede llevarse a cabo bajo anestesia general o regional según la preferencia del cirujano, el anestesiólogo y la paciente.

La paciente debe colocarse en posición de litotomía con las nalgas ligeramente por encima de la mesa del quirófano y las caderas flexionadas. A discreción del cirujano, puede drenarse la vejiga. Es necesario utilizar un catéter antes de inflar el balón y puede introducirse en este momento del procedimiento.

### Uso del sistema GYNECARE PROSIMA después de una histerectomía

#### Reparación vaginal anterior

Cuando sólo se requiere el refuerzo de la pared vaginal anterior, debe utilizarse únicamente el sistema de reparación del suelo pélvico anterior GYNECARE PROSIMA. Este contiene un implante de malla y un insertador anterior especialmente diseñado para utilizar en una reparación vaginal anterior. Una vez realizadas las incisiones y disecciones vaginales requeridas, se crean los canales para el tejido en el compartimento anterior para utilizar las tiras de implante de malla usando el insertador anterior. *NOTA: el insertador anterior no se debe utilizar para elevar tejido.*

##### Disección vaginal anterior

El epitelio vaginal se disecca de la vejiga. Diseque el espesor total de la pared vaginal. Para facilitar este procedimiento debe utilizarse hidrodisección subepitelial. Debe extraerse la disección superficial de la pared vaginal o la separación de la pared vaginal en dos capas ya que podría quedar muy delgada y perder irrigación sanguínea, lo cual aumenta el riesgo de exposición de la malla. Lateralmente, continúe la disección hacia la pared lateral pélvica y hacia la espina isquial.

##### Disección del canal anterior y colocación del implante de malla

A los efectos de esta descripción, primero realice la disección para la creación de canales para las tiras del implante de malla del lado derecho de la paciente y, a continuación, del lado izquierdo. Estos canales se crean con el objeto de colocar el implante de malla de forma tal que la sección distal de las tiras quede al ras de la pared lateral pélvica y la fascia parietal del músculo interno obturador. Para colocar estas tiras, comience la disección palpando e identificando la espina isquial de ambos lados. *NOTA: como alternativa, esta disección puede comenzarse con un par de tijeras cerradas usando una técnica de "empuje y separación", de forma tal que las puntas de las tijeras siempre queden en posición anterior a la espina isquial.* Siga la disección inicial realizando una disección suave con los dedos hacia la espina isquial. Una vez establecido el contacto con la espina isquial, pose el dedo índice para crear un espacio anterior y superior a la misma. Refiérase a la figura 8A. La dirección de esta disección es perpendicular a la pared lateral pélvica y crea un espacio de aproximadamente 2 cm de anchura y 3 cm de alto. La dirección anterior no implica la disección sobre los ligamentos sacroespinosos sino que crea un canal anterior y superior hacia la espina isquial y superficial al arco tendinoso de la fascia pélvica el músculo interno obturador y su fascia parietal. Repita la misma dirección del lazo izquierdo.

No se requiere el pliegue del tejido preneutral. No obstante, en caso de realizar el pliegue, sólo debe hacerse en la parte central de dicho tejido para que el área diseccada no sea demasiada estrecha. Coloque el implante de malla sobre el tejido preneutral de forma tal que los bolsillos de las tiras queden mirando hacia arriba. Si debe fijarse, debe hacerse en este momento del procedimiento con sutura del tipo MONOCRYL 2-0 o Coated VICRYL 2-0 en el ápice de la vagina, pasando las puntadas por la lengüeta apical del implante de malla. Las puntadas pueden atarse en este momento o una vez colocadas las tiras. La fijación del surco distal del implante de malla es opcional y puede hacerse con sutura del tipo MONOCRYL 2-0 o Coated VICRYL 2-0.

Usando el insertador anterior, coloque las tiras de implante de malla dentro de cada canal derecho e izquierdo creado mediante la disección anterior y superior a la espina isquial (según se describe más arriba). *NOTA: los extremos curvos del insertador anterior se doblan en sentidos opuestos y hay flechas en cada extremo que indican la dirección de colocación.* Con la flecha apuntando hacia el lado derecho de la paciente, introduzca la punta del insertador anterior en el bolsillo de la tira del implante de malla (refiérase a la figura 8B) del lado derecho de la paciente. *NOTA: la contrafracción puede ayudar a mantener el bolsillo cargado sobre el insertador anterior.* Manteniendo el insertador anterior en posición vertical, de forma tal que la parte curva del instrumento quede contra la pared vaginal posterior, a continuación, dirija el insertador anterior, con la tira cargada, hacia el interior del canal de tejido previamente creado

(refiérase a la figura 8C) hasta que el mango entre en contacto con los tejidos mayores del lado contralateral. Para ello, posicione la parte del mango del insertador anterior en sentido vertical de forma tal que el borde de contacto de entrada y el bolsillo avancen hacia la espina isquial. Una vez posicionado, deslice el mango hacia abajo hasta una posición casi horizontal manteniendo el mango en contacto con el muslo contralateral. *NOTA: la retracción de la vejiga con un instrumento quirúrgico estándar puede ser útil para la disección del canal. Si lo desea, utilice el dedo índice en el canal para guiar la colocación inicial del insertador anterior contra las tablas mayores del lado contralateral antes de bajar el mango.* Empuje ligeramente hacia arriba para asegurar que los bolsillos de la tira queden bien posicionados y que la sección apical del implante de malla mantenga apoyado el ápice vaginal. *NOTA: si siente presión al insertar el insertador o la resistencia de la tira, detenerse y observar. Si sigue haciendo avanzar el insertador a pesar de la resistencia, puede dañar el implante de malla o introducirlo de forma excesiva, la cual puede dañar las estructuras tisulares críticas.*

Para retirar el insertador anterior, incline el mango hacia atrás a la posición vertical antes de retirarlo, dejando la tira en el canal. *NOTA: inserte la primera tira completamente. NOTA: si quite el insertador antes de colocar la tira del implante de malla en el lugar deseado, deberá retirar la tira y volver a cargarla e insertarla.* Repita este procedimiento del lado opuesto de la paciente dando vuelta el insertador anterior e introduciendo el extremo, con la punta hacia el lado izquierdo de la paciente, en el otro bolsillo. La figura 8D muestra ambas tiras colocadas. *NOTA: durante la colocación de la segunda tira procure evitar el movimiento del implante de malla y compruebe que NO está torcido.*

Posicione el cuerpo del implante de malla de forma holgada sobre el tejido vaginal subyacente. Debe evitar doblar o torcer el cuerpo y las tiras. Puede ser necesario recortar el cuerpo del implante de malla según las dimensiones vaginales o la cantidad de disección lateral. El epitelio vaginal puede recortarse, pero debe evitarse la eliminación excesiva. Cierre el epitelio sobre el implante de malla de una forma sin tensión usando suturas entrelazadas (como se describe a continuación; refiérase a la figura 8E). En la figura 8F se ilustra la colocación final del implante de malla en el compartimento anterior.

*NOTA: asegúrese de lograr la hemostasia antes y durante el cierre de las incisiones vaginales.*

Cierre las incisiones vaginales sin suturas entrelazadas o en forma de ochos para evitar la desvascularización del epitelio vaginal a lo largo de las líneas de incisión y reducir la erosión de la malla. Preferentemente, el epitelio debe cerrarse en dos capas para obtener una mejor cicatrización de la herida vaginal en el lugar de la incisión vaginal. Cierre la capa más profunda usando puntadas subepiteliales continuas no entrelazadas con sutura del tipo MONOCRYL 2-0 o sutura antibacteriana MONOCRYL™ Plus 2-0 (poliglecaprona 25). A continuación, cierre el epitelio con puntadas Coated VICRYL™ Plus 2-0 (poliglactina 910). *NOTA: coloque el implante de malla en los dos tercios superiores de la vagina, con cuidado de recortar el implante de malla si sobrepasa la superficie.* Si aún no se ha hecho, se recomienda realizar una cistoscopia para descartar lesiones en el tracto urinario.

Como alternativa, puede realizarse un cierre de la pared vaginal de una sola capa utilizando puntadas tipo colchón continuas de eversión no entrelazadas o puntadas MONOCRYL 2-0 o Coated VICRYL 2-0 o Coated VICRYL Plus 2-0.

#### Reparación vaginal posterior

Cuando sólo se requiere el refuerzo de la pared vaginal posterior, utilice únicamente el sistema de reparación del suelo pélvico posterior GYNECARE PROSIMA. Este contiene un implante de malla y un insertador posterior especialmente diseñado para utilizar en una reparación vaginal posterior. Una vez realizadas las incisiones y disecciones vaginales requeridas, cree los canales para el tejido en el compartimento posterior para colocar las tiras de implante de malla. *NOTA: el insertador posterior no se debe utilizar para elevar tejido.*

##### Disección vaginal y del canal posterior

Diseque el epitelio vaginal posterior del tejido prerrectal. Al igual que con la pared vaginal anterior, debe diseccarse el espesor completo de la pared vaginal posterior. Para facilitar este procedimiento debe utilizarse hidrodisección subepitelial. Continúe la disección lateralmente a cada lado de los músculos elevadores del ano a la altura de la espina isquial. Después, continúe la disección a través de cada uno de los pilares rectales y sobre cada ligamento sacroespinoso, pero no a través de ellos, creando canales en los que se colocarán las tiras del implante de malla. Refiérase a la figura 9A.

El tratamiento de un enterocele pre-existente es opcional, pero si se realiza, puede llevarse a cabo en esta etapa según la técnica preferida del cirujano.

Si la cavidad peritoneal se abre durante la disección anterior o posterior, debe cerrarse antes de colocar la malla.

##### Colocación del implante de malla posterior

No se requiere el pliegue del tejido prerrectal. No obstante, si se realiza el pliegue del tejido prerrectal, sólo debe plegarse la parte central del tejido prerrectal para que el área diseccada no sea demasiada estrecha. Coloque el implante de malla sobre el tejido prerrectal de forma tal que los bolsillos de las tiras queden mirando hacia arriba. Si debe fijarse, debe hacerse en este momento del procedimiento con sutura del tipo MONOCRYL 2-0 en el ápice de la vagina, pasando las puntadas por la lengüeta apical del implante de malla. Las puntadas pueden atarse en este momento o una vez colocadas las tiras. La fijación del surco distal del implante de malla es opcional y puede hacerse con sutura del tipo MONOCRYL 2-0 o Coated VICRYL 2-0.

Usando el insertador posterior, coloque las tiras de implante de malla dentro de cada canal derecho e izquierdo creado mediante la disección hacia cada ligamento sacroespinoso (según se describe más arriba). Sujete el insertador posterior usando una guía o portaaguja recto, como muestra la figura 9B. *NOTA: coloque la punta del la guía o portaaguja dentro del extremo estriado recto del insertador posterior.* Asegúrese de que el insertador posterior conectado esté alineado con el mango de la guía o portaaguja. Inserte la punta del insertador posterior en el bolsillo de la tira del lado derecho de la paciente (refiérase a la figura 9B). A continuación, dirija el insertador posterior, con la tira cargada, hacia el interior del canal de tejido previamente creado (refiérase a la figura 9C) con el mango de la guía o portaaguja en posición vertical. A continuación, incierte en el canal la tira en toda su longitud de modo tal que la base de la tira llegue al límite superior de la disección tisular. *NOTA: inserte la primera tira completamente. Si quite el insertador antes de colocar la tira del implante de malla en el lugar deseado, deberá retirar la tira y volver a cargarla e insertarla. NOTA: tenga cuidado de no introducirla de forma demasiado profunda para evitar dañar estructuras tisulares críticas. NOTA: si siente resistencia durante la inserción de la tira, deténgase y observe. NOTA: si sigue haciendo avanzar el insertador a pesar de la resistencia, puede dañar el implante de malla o introducirlo de forma excesiva, la cual puede dañar las estructuras tisulares críticas.* Retire el insertador posterior siguiendo el mismo recorrido de la inserción dejando la tira en el canal. Las tiras mantienen apoyados los ligamentos sacroespinosos pero no los penetran. No coloque suturas en los ligamentos sacroespinosos. Repita el procedimiento del lado opuesto de la paciente con la segunda tira. La figura 9D muestra ambas tiras colocadas. *NOTA: durante la colocación de la segunda tira tenga cuidado de evitar el movimiento del implante de malla y compruebe que NO esté torcido.*

43

Posicione el cuerpo del implante de malla de forma holgada sobre la fascia vaginal subyacente. Evite doblar o torcer el cuerpo del implante de malla y las tiras. Puede ser necesario recortar el cuerpo del implante de malla según las dimensiones vaginales de la cantidad de disección lateral. El epitelio de la pared vaginal posterior puede recortarse pero debe evitarse su eliminación excesiva. Cierre el epitelio de la pared vaginal posterior sobre el implante de malla sin usar suturas entrelazadas (como se describe a continuación). En la figura 9E se ilustra la colocación final del implante de malla en el compartimento posterior.

*NOTA: asegúrese de lograr la hemostasia antes y durante el cierre de las incisiones vaginales.*

Cierre las incisiones vaginales sin suturas entrelazadas en una forma de ochos para evitar la desvascularización del epitelio vaginal a lo largo de las líneas de incisión y reducir la erosión de la malla. Preferentemente, cierre el epitelio en dos capas para obtener una línea de sutura relativamente gruesa en el lugar de la incisión vaginal. Cierre la capa más profunda usando puntadas subepiteliales continuas no entrelazadas con sutura del tipo MONOCRYL 2-0 o sutura antibacteriana MONOCRYL Plus 2-0. A continuación, cierre el epitelio con puntadas tipo colchón continuas de eversión no entrelazadas, usando sutura del tipo Coated VICRYL 2-0 o Coated VICRYL Plus 2-0. *NOTA: coloque el implante de malla en los dos tercios superiores de la vagina, con cuidado de recortar el implante de malla si sobrepasa esa altura.* Si aún no se ha hecho, se recomienda realizar una cistoscopia para descartar lesiones en el recto.

Como alternativa, puede realizarse el cierre de la pared vaginal con una sola capa utilizando puntadas tipo colchón continuas de eversión no entrelazadas de sutura del tipo Coated VICRYL 2-0 o Coated VICRYL Plus 2-0.

**Reparación vaginal anterior y posterior combinada**
Cuando se necesite el refuerzo de la pared vaginal tanto anterior como posterior, se utiliza el sistema de reparación del suelo pélvico combinado GYNECARE PROSIMA. Este contiene dos implantes de malla idénticos: uno para la reparación vaginal anterior y el segundo para la reparación vaginal posterior. Utilice únicamente el insertador anterior curvo para una reparación anterior y el insertador posterior recto para una reparación posterior. Realice las reparaciones vaginales anteriores y posteriores según se describe más arriba. Se recomienda realizar primero la reparación vaginal anterior. La colocación definitiva de los implantes de malla en los compartimentos anterior y posterior se ilustra en la figura 10. Al finalizar la cirugía, se recomienda realizar una cistoscopia para descartar lesiones en el tracto urinario. Se requiere un examen rectal digital para descartar lesiones en el recto.

**Uso del sistema GYNECARE PROSIMA con preservación del útero (histeropexia)**
Si se conserva el útero prolapsado, la lengüeta apical del implante de malla debe fijarse al cuello uterino. La fijación del implante de malla sobre el cuello uterino debe realizarse a la altura del anillo pubocervical cuando se coloca durante la reparación vaginal anterior o posterior.

Cuando se conserva el útero durante una reparación vaginal anterior, el anillo pubocervical queda expuesto durante la disección vaginal anterior. Coloque una sutura PROLENE 2-0 firmemente en el aspecto anterior del anillo pubocervical. Esta sutura también se coloca a través de la lengüeta apical del implante de malla. La sutura PROLENE en la lengüeta se ata una vez que las tiras de implante de malla están en su lugar. De esta manera se fija el implante de malla a la superficie anterior del cuello uterino a la altura del anillo pubocervical y asegura que el implante se aloje con la vagina cuando se posiciona el VSD de forma adecuada.

En la reparación posterior, fije el implante de malla al cuello uterino posterior a la altura del anillo pubocervical por encima de él. El fondo de saco puede abrirse durante la fijación del implante de malla al cuello uterino. Cierre el peritoneo del fondo de saco por encima de esta sutura para evitar que los intestinos se adhieran al implante de malla. Si el cirujano decide no abrir el fondo de saco, el anillo pubocervical puede identificarse durante la disección vaginal posterior. Se coloca una sutura PROLENE 2-0 firmemente en el aspecto posterior del anillo pubocervical. Esta sutura también se coloca a través de la lengüeta apical del implante de malla. La sutura PROLENE se ata una vez que las tiras de implante de malla están en su lugar. De esta manera se fija el implante de malla a la superficie posterior del cuello uterino a la altura del anillo pubocervical.

Cuando se utilizan para reparaciones vaginales anteriores y posteriores, los implantes de malla deben fijarse a los aspectos anteriores y posteriores del cuello uterino según se describe más arriba (referirse a la figura 11).

**Higiene del implante de malla**
Durante la cirugía, irrigue las heridas vaginales con solución salina. El implante de malla debe manipularse lo menos posible y debe higienizarse la malla de forma adecuada.

**Colocación del VSD y del balón**
Al finalizar la cirugía, coloque en la vagina un VSD del tamaño adecuado con un balón y subtérelo para evitar que se salga de su lugar. El VSD puede tener 3 tamaños diferentes (pequeño, mediano y grande) y puede ser ajustado por el cirujano según la longitud de la vagina de la paciente como se indica a continuación.

*Ajuste y recorte del VSD*
El VSD se suministra en su tamaño más grande. Determine el tamaño apropiado con un balón y subtérelo para evitar que se salga su lugar. Para ello, coloque el VSD de tamaño grande en la vagina entre el ápice dilatado y el anillo himenal. Para introducir el VSD en la vagina, sujételo por el punto más ancho y dóblelo a lo largo del eje longitudinal con el balón hacia arriba (referirse a la figura 12). Introduzca primero el punto más ancho del VSD de forma tal que los orificios de la sutura queden ubicados exactamente sobre el anillo himenal. *NOTA: no retire al doblar el balón al ajustar el tamaño del VSD.* Se obtiene el tamaño adecuado cuando el VSD entra cómodamente en los dos tercios superiores de la vagina dilatada con el extremo distal y los ojos de sutura a 1 cm sobre el anillo himenal (referirse a la figura 13).

Si el tamaño grande entra cómodamente, no es necesario modificar el VSD. Si se requiere el tamaño mediano, elimine la sección más superior recortándola cuidadosamente con las puntas de un par de tijeras Mayo curvas para cortar trozos pequeños y asegurar un borde de corte liso. Deben tomarse las precauciones necesarias para evitar al mínimo la cantidad de material que queda en las áreas de corte. *NOTA: es importante ajustar el VSD con mucho cuidado. Una vez que el VSD se corta no se puede agrandar y los secciones de corte no se pueden volver a fijar.* Haga el balón a un lado mientras recorta el VSD (referirse a la figura 14). *Deben tomarse las precauciones necesarias para evitar dañar el balón al recortar el VSD.*

Si el tamaño mediano entra cómodamente, no es necesario realizar recortes adicionales. Si se requiere el tamaño pequeño, elimine la sección restante como se indica más arriba. Haga el balón a un lado mientras recorta el VSD para evitar dañarlo.

Una vez que se haya ajustado debidamente el tamaño del VSD y reposicionado el balón, puede introducirse el conjunto en la vagina de la paciente. *NOTA: para reducir al mínimo el riesgo de perforación del balón, no utilice ningún instrumento para facilitar la inserción del VSD al balón.* Si el balón se daña, retírelo del VSD y rellene la cavidad vaginal con gasa.

Una vez debidamente posicionado el conjunto en los dos tercios superiores de la vagina dilatada de la paciente, fije el VSD en su lugar con una sola lazada de sutura a través de cada ojo de sutura del VSD y dentro del epitelio de la pared vaginal posterior. De forma lateral y sobre el himen a cada lado, como muestra la figura 15, en las posiciones 4 y 8 horas.

A continuación, ate las suturas derecha e izquierda en ese orden, manteniendo el VSD firme en su lugar dentro de la vagina. *NOTA: tome las precauciones necesarias para no perforar el balón cuando se sutura el VSD en su lugar.* Se recomienda usar suturas absorbible del tipo Coated VICRYL 2-0 o equivalente para esta aplicación.

**Inflado del balón**
Una vez suturado el VSD en su lugar, fije la jeringa de 50 ml suministrada sobre la válvula del balón girándola. *NOTA: después de colocar el VSD, se sugiere inflar con un pequeño volumen de aire ambiente (referirse a la figura 16), palpe toda la longitud del balón con un dedo para asegurarse de que se ha desplegado y se ha adherido a toda la vagina.* Una vez comprobado esto, retire el dedo y continúe inflando el balón al máximo hasta que solo pueda entrar cómodamente la punta de un dedo en el istmetus entre el balón y la pared vaginal. Se recomienda estabilizar el VSD durante el inflado. El balón inflado sirve para mantener apoyado el implante de malla a la pared vaginal. El volumen de aire requerido para inflar el balón lo suficiente variará de una paciente a otra. *NOTA: el volumen de inflado máximo del balón no debe exceder 90 ml.* Una vez inflado lo suficiente, separe la jeringa de la válvula girándola. La línea de inflado del balón debe extenderse hacia afuera de la vagina para fijarse al muslo de la paciente. La tapa debe fijarse a la válvula del balón para asegurarse de que éste mantenga el nivel de aire deseado (referirse a la figura 7). *NOTA: no ajuste la tapa demasiado.* En caso de que sea necesario, el balón puede ajustarse después usando una jeringa estándar para aumentar o reducir el volumen de aire en su interior. El balón puede palparse e inspeccionarse visualmente en cualquier momento para asegurarse de que se ha mantenido lo suficientemente inflado. *NOTA: a medida que la paciente se mueve, el balón se acomoda en la cavidad vaginal y puede parecer que su presión aumenta a baja. Esto es normal.*

*NOTA: no sopere el balón del VSD antes de utilizarlo.*

*NOTA: no infle al balón antes de introducirlo en la vagina.*

*NOTA: una vez inflado el balón, si los ojos de sutura del VSD se han movido más de 1 cm sobre el anillo himenal o si hay una tensión excesiva sobre las suturas de los ojos, reduzca la presión sobre el balón y, si es necesario, vuelva a posicionar o ajustar el tamaño del VSD.*

*NOTA: si observa algún orificio en el balón, o si detecta una pérdida o el balón no se mantiene dilatado después de inflarlo, NO lo utilice. Retire el VSD y deséchelo de forma adecuada. Utilice relleno de gasa estándar en lugar del balón.*

*NOTA: si el tapón conector del balón se desprende del VSD, vuelva a empujarlo a su lugar.*

*NOTA: no fije la línea de inflado del balón al muslo.*

*NOTA: a fin de evitar daños, no aplique nunca fuerzas de doblado, tensión o torsión extremas a la línea de inflado.*

*NOTA: no aplique relleno de gasa en presencia de un balón.*

**Retirado del balón del VSD**
Usando una jeringa estándar, desinfle completamente el balón 1 día después de la cirugía y retírelo, dejando el VSD en su lugar. *NOTA: no deje el balón dentro de la vagina durante más de 1 día.*

1) Retire la tapa de la válvula del balón.

2) Conecte una jeringa estándar de 50 ml (o más grande) a la válvula del balón y desínflelo totalmente (refiérase a la figura 17). Es importante que desinfle completamente el balón antes de intentar retirarlo del VSD. *NOTA: el balón está totalmente desinflado, el doblado es de jeringa retrocedida una vez eliminado todo el aire.*

3) Desinfle la jeringa.

4) A continuación, puede separarse el balón del VSD y retirarse de la paciente traccionando suavemente de él en dirección caudal sobre la línea de inflado en un punto cercano al conector. Si sigue haciendo avanzar a retroceder al balón a presar de la resistencia, puede hacer que el VSD se mueva y/o causar traumatismos en el tejido en la cavidad vaginal. Para asegurarse de que el balón está totalmente desinflado, vuelva a conectar la jeringa y elimine todo el aire antes de continuar retirándolo.

*NOTA: no retraiga el balón a menos que esté totalmente desinflado y no sienta ninguna resistencia. Si siente resistencia, determine la causa antes de continuar. Si sigue haciendo avanzar a retroceder al balón a presar de la resistencia, puede hacer que el VSD se mueva y/o causar traumatismos en el tejido en la cavidad vaginal. Para asegurarse de que el balón está totalmente desinflado, vuelva a conectar la jeringa y elimine todo el aire antes de continuar retirándolo.*

**Retirado del VSD de la paciente**
Retire el VSD de la paciente, aproximadamente de 3 a 4 semanas después de la cirugía, una vez que se haya producido una cicatrización suficiente. Para entonces, es posible que las suturas absorbibles se hayan disuelto o hayan perdido suficiente resistencia a la tracción para retirar el VSD fácilmente sin que la sutura presente resistencia. *NOTA: puede ser necesario cortar ambas suturas para retirar el VSD. NOTA: no deje el VSD dentro de la vagina durante más de 4 semanas.* Retire las suturas de fijación del VSD restantes. Retire manualmente el VSD del conducto vaginal, como ilustra la figura 18.

**Cuidado perioperatorio**
Pueden administrarse a las pacientes antibióticos profilácticos según la práctica habitual del cirujano. Los antibióticos pueden continuar administrándose después de la operación según la preferencia del cirujano. Puede causar profilaxis tromboembólica.

El cirujano debe explicar que el propósito del VSD, que queda en la vagina hasta cuatro semanas después de la cirugía, es servir de apoyo a la vagina contra la malla durante el proceso de cicatrización. Debe indicarse a la paciente que el VSD se extraerá durante un control post-operatorio, aproximadamente 4 semanas después de la cirugía. También debe indicarse a la paciente que puede experimentar pérdidas vaginales post-operatorias y que el VSD puede desplazarse ligeramente hacia abajo. Si la paciente siente que el VSD se ha desplazado hacia abajo, puede empujarlo suavemente hacia arriba a una posición más cómoda. No obstante, si el VSD está causando demasiado malestar, debe indicarse a la paciente que se ponga en contacto con su médico.

Una vez que ha recibido el alta, debe indicarse a la paciente que evite las actividades intensas durante un período de 3 a 4 semanas. Para entonces, los tejidos pélvicos se habrán incorporado al implante de malla y la paciente podrá reanudar sus actividades cotidianas habituales. Debe indicarse a la paciente que evite las relaciones sexuales durante al menos 6 semanas después de la cirugía. Puede recomendarse la realización de ejercicios del suelo pélvico durante un cualquier momento después de la cirugía.

**RENDIMIENTO**
Los estudios realizados en animales demuestran que la implantación de la malla GYNECARE GYNEMESH PS provoca una reacción inflamatoria pasajera de mínima a leve, seguida por la deposición de una capa fibrosa delgada de tejido capaz de madurar y la cicatrización normal de la herida no se ve afectada de forma notoria. El material no es absorbido ni sometido a degradación o debilitamiento por la acción de las enzimas de los tejidos.

**CONTRAINDICACIONES**
• Cuando la malla GYNECARE GYNEMESH PS se utiliza en bebés, niños, mujeres embarazadas o mujeres que tienen pensado tener hijos en el futuro, el cirujano debe ser consciente de que este producto no se estirará de forma significativa a medida que crece el paciente.

• El sistema GYNECARE PROSIMA no debe realizarse en pacientes embarazadas o con infecciones purulentas o cánceres de la vagina, cuello uterino o útero.

44

**ADVERTENCIAS Y PRECAUCIONES**

- Antes de utilizar los sistemas GYNECARE PROSIMA, se recomienda a los usuarios familiarizarse con los procedimientos y técnicas quirúrgicas para la reparación del suelo pélvico y mallas no absorbibles.
- El uso del sistema GYNECARE PROSIMA no se ha evaluado totalmente en pacientes con prolapso del órgano pélvico en etapa IV. Por lo tanto, no se recomienda su uso en estas pacientes.
- Deben seguirse las prácticas quirúrgicas aceptables para el sistema GYNECARE PROSIMA, así como para el tratamiento de heridas infectadas o contaminadas.
- No utilice el sistema GYNECARE PROSIMA si cree que el sitio quirúrgico puede estar infectado o contaminado. Si el implante de malla o el conjunto de balón VSD se utiliza en áreas contaminadas, sólo debe usarse teniendo en cuenta que cualquier infección resultante podrá requerir su extracción.
- Debe recomendarse a la paciente que, después de la operación, se abstenga de levantar objetos pesados y/o hacer ejercicio (por ejemplo, ir en bicicleta o correr) durante 3 a 4 semanas y que se abstenga de tener relaciones sexuales durante 6 semanas o hasta que el médico determine que puede reanudar sus actividades normales.
- No deje el VSD dentro de la vagina durante más de 4 semanas.
- No deje el balón dentro de la vagina durante más de 1 día.
- Los componentes del sistema GYNECARE PROSIMA no están diseñados para ser utilizados con dispositivos distintos de los mencionados en este manual.
- Evite ejercer una tensión excesiva sobre el implante de malla durante su manipulación.
- Utilice los sistemas GYNECARE PROSIMA con cuidado y prestando atención a la anatomía de la paciente para evitar dañar los vasos, los nervios, la vejiga y los intestinos y perforar la pared vaginal. El uso correcto de los componentes del sistema GYNECARE PROSIMA reducirá al mínimo los riesgos.
- Infle el balón únicamente con aire ambiente.
- El polipapo confirmará que el balón no contiene ninguna pérdida de aire una vez inflado. Si el balón se desinfla totalmente, puede perder eficacia.
- La pared del balón es delgada para poder obtener los efectos deseados. Las perforaciones, cortes, muescas, aplastamiento o aplicación de tensiones excesivas pueden hacer que el balón se desinfle. El balón puede perforarse fácilmente con una aguja o escalpelo o romperse al manipularlo con un instrumento romo. Proceda con precaución durante su manipulación para evitar que eso ocurra. Los balones dañados no deben usarse. Retírelos y refluse la vagina con gasa.
- El nivel de inflado máximo del balón es de 90 ml. No lo infle excesivamente ya que puede producir molestias a la paciente, necrosis tisular, abertura de la herida vaginal después de la cirugía o imposibilidad de evacuar.
- No utilice los sistemas GYNECARE PROSIMA en pacientes sometidas a terapia anticoagulación.
- Puede producirse hemorragia después de la intervención. Observe cualquier síntoma o indicio antes de dar de alta a la paciente.
- Debe indicarse a la paciente que llame al cirujano inmediatamente en caso de dolor inusual, hemoragia u otros problemas.
- Aunque es poco probable que se produzcan lesiones en la vejiga con esta técnica, debe realizarse una cistoscopia.
- Aunque es poco probable que se produzcan lesiones en el recto con esta técnica, se recomienda realizar un examen digital.
- Si fija el implante de malla GYNECARE GYNEMESH PS con grapas, clips o pinzas de ningún tipo, ya que se podría causar algún daño mecánico a la malla.
- El implante de malla no debe estar presente en el tercio inferior de la vagina. Si es necesario, recorte el implante de malla hasta la unión del tercio inferior y medio de la pared vaginal.
- Pueden administrarse antibióticos profilácticos según la práctica habitual del cirujano.

**REACCIONES ADVERSAS**

- Las posibles reacciones adversas son las típicamente asociadas con materiales implantables quirúrgicos e incluyen potencialmente de infecciones, inflamación, formación de adherencias, formación de fístulas, erosión, extrusión y heridas que producen contracción del implante.
- Las reacciones adversas potenciales son las típicamente asociadas con los procedimientos de reparación del prolapso del órgano pélvico, como dolor en las relaciones sexuales y dolor pélvico. Pueden resolverse solas con el tiempo.
- Pueden producirse laceraciones o perforaciones en vasos, nervios, la vejiga, la uretra o los intestinos durante la disección o la colocación de la malla y pueden necesitar reparación quirúrgica.
- La disección para los procedimientos de reparación del suelo pélvico puede dificultar la evacuación normal durante una cantidad de tiempo variable.

**ESTERILIDAD**

Los sistemas GYNECARE PROSIMA están esterilizados con óxido de etileno. NO REESTERILICE ninguna parte del sistema GYNECARE PROSIMA. NO REUTILICE ninguna parte del sistema GYNECARE PROSIMA. La reutilización de este dispositivo (o partes del mismo) puede crear un riesgo de degradación del producto y contaminación cruzada, lo que puede llevar a infecciones o transmisión de patógenos sanguíneos a pacientes o usuarios. No utilizar si el envase está abierto o dañado. Deseche todos los componentes abiertos del sistema GYNECARE PROSIMA no utilizados.

**ELIMINACIÓN**

Deseche los componentes y envases del sistema GYNECARE PROSIMA según las normas y procedimientos utilizados en su centro para materiales y desechos biopeligrosos.

**ALMACENAMIENTO**

Condiciones de almacenamiento recomendadas: temperatura ambiente y humedad relativa controladas (aproximadamente 25 °C, 60 % humedad relativa), alejado de la humedad y el calor directo. No usar después de la fecha de caducidad.

**Símbolos utilizados en las etiquetas**



| | |
|---|---|
| $CE$ 0086 Marca CE y número de identificación del organismo notificado. Este producto cumple los requisitos esenciales de la directiva sobre productos sanitarios 93/42/CEE. | Fabricante |
| | Un solo uso/No reesterilizar |
| LOT Número de lote | Ver las instrucciones de uso |
| Utilizar antes del mes y año | STERILE EO Método de esterilización — óxido de etileno |

45

## Gynecare
## PROSIMA™

System för reparation av främre delen av bäckenbotten
System för reparation av bakre delen av bäckenbotten
System för kombinerad reparation av bäckenbotten

**Läs noga igenom all information.**
Om dessa anvisningar inte följs, kan det resultera i att instrumentet inte fungerar korrekt och även medföra att skada uppstår.

OBS! Enligt amerikansk federal lag är försäljning av denna anordning förbjuden annat än genom läkare eller på läkares ordination.

Utbildning i hur man använder GYNECARE PROSIMA™ system för reparation av bäckenbotten rekommenderas och kan ordnas. Kontakta företagets försäljningsrepresentant för att planera utbildning.

**INDIKATIONER**
GYNECARE PROSIMA system för reparation av bäckenbotten, genom placering av GYNECARE GYNEMESH™ PS icke resorberbart mjukt PROLENE™ nätimplantat, är inrikterat för vävnadsförstärkning och tillfällig stödjning och förstärkning i bäckenbotten, antingen som mekaniskt stöd eller som övergångsmaterial vid fasciaskada. Systemen ger stöd åt vaginalkanalen i läkningsprocessen efter kirurgisk reparation av vaginalväggsprolaps samtidigt som de stöder nätimplantatets placering.

**BESKRIVNING**
GYNECARE PROSIMA system för reparation av främre och bakre och kombinerad reparation av bäckenbotten består av tillhörliga GYNECARE GYNEMESH PS nätimplantat och instrument för att underlätta implantatplacering och stöd efter operation (se figur 1). I följande tabell finns en sammanställning av de komponenter som ingår i respektive system:

| SYSTEM FÖR REPARATION AV BÄCKENBOTTEN | KOMPONENTER (se figur 1) | | | | | |
|---|---|---|---|---|---|---|
| | Nätinplantat i hållare (A) | Vaginalstöd – Ballongenhet (B&C) | Främre införare (D) | Bakre införare (E) | Injektionsspruta (F) | |
| Främre | 1 | 1 | 1 | | 1 | |
| Bakre | 1 | 1 | | 1 | 1 | |
| Kombinerad | 1 | 1 | 1 | 1 | 1 | |

Tabell 1 – Komponenter i GYNECARE PROSIMA system för reparation av bäckenbotten

**GYNECARE GYNEMESH PS**
GYNECARE GYNEMESH PS är ett nät tillverkat av sammanvävda filament av strängspunnid polypropen med en sammansättning som är identisk med PROLENE™ polypropylensutur (ETHICON, INC.). Detta material har vid användning som suturmaterial supporterats vara icke-reaktivt och behålla sin hållfasthet under obegränsad tid vid klinisk användning. Nätet är utsprutdestingt starkt, PROLENE nätets kirurgiskt anpassningsbarhet och samtidigt tillräckligt poröst för att möjligjöra nödvändig vävnadsinväxt. Blå PROLENE-suturmonofilament har vävts in för att ge kontrasterande ränder i nätet. Nätet är gjort av monofilamentfiber med reducerad diameter, vävda i en unik design som ger ett nät som är ca 50 procent mer flexibelt än PROLENE™ polypropylennät av standardtyp. Nätet är tillverkat enligt en process som lämnar samman vävда fiberkorsning vilket ger elasticitet i båda riktningarna. Tack vare denna konstruktion kan nätet klippas till vilken form och storlek som helst utan att fransas upp. Denna tvåriktningselasticitet gör att nätet kan anpassa sig till de varierande påfrestningar som uppstår i kroppen.

**Nätimplantat**
Nätimplantat görs av GYNECARE GYNEMESH PS. Nätimplantaten är tillklippta i en Y-form för reparation av defekter i främre, bakre och/eller apikala delen av vagina. Se figur 2. Nätimplantatet har 2 remmar och en central huvuddel. Det finns en apikal flik på den proximala änden som finns med sutur för att minimera nätimplantatets glidning under placeringen av remmarna. Det finns en distal skåra på den distala änden för att underlätta inklistringen av nätimplantatet. Nätimplantatens remmar har tillklippta fickor för att implantatet ska kunna placeras med införarna. Nätimplantatet levereras i en implantathållare som består av oreglagd Tyvek® och en genomskinlig plastfilm, som är utformad för att lätt ta ur från nätimplantatet.

**Främre införare**
Den främre införaren är ett instrument för enpatientbruk som har utformats för att underlätta införingen av nätimplantatets remmar i de främre tidigare dissekerade vävnadskanalerna. **ANM: Den främre införaren är inte avsedd för dissektion av vävnad.** Den främre införaren har utformats så att den är kompatibel med nätimplantatets fickor för att remmarna ska kunna placeras på patientens båda sidor i de främre remmarna. Se figurerna 3 och 4.

**Bakre införare**
Den bakre införaren är ett instrument för enpatientbruk som har utformats för att underlätta införingen av nätimplantatets remmar i de bakre tidigare dissekerade vävnadskanalerna. **ANM: Den bakre införaren är inte avsedd för dissektion av vävnad.** Den bakre införaren har utformats så att den är kompatibel med nätimplantatets fickor för att remmarna ska kunna placeras på patientens båda sidor i de bakre fickorna. Se figur 5.

**Vaginalstöd (VSD)**
VSD är en enhet för enpatientbruk som är utformad för att efter operation ge stöd för vävnaden i vagina efter placeringen av nätimplantatet och stängning av vaginalincisionerna. Den apikala delen av VSD är bredast och består av justerbara sektioner. Efter den första dimensioneringen justeras VSD storlek så att den passar vaginalanatomin genom att komprimera VSD vid de särskilda apikala sektioner. VSD placeras i övre 2/3 av patientens vagina i 3 till 4 veckor och avlägsnas sen. Se figur 6.

**Ballong**
Ballongen är avsedd för enpatientbruk och är utformad för att ersätta gasvänidförband i vagina efter operation. Ballongens volym kan anpassas för att fylla vaginalkanalen och stödja nätimplantatet mot vaginalväggen. Ballongen är fastsatt på VSD. Figur 7 visar den offylica ballongen utan VSD. Ballongen sitter kvar i patienten i upp till en dag.

**Injektionsspruta**
En 50 ml injektionsspruta tillhandahålls för att fylla ballongen.

**AVSNITT 1: PRINCIPERNA FÖR ATT ANVÄNDA GYNECARE PROSIMA-SYSTEMET**
En reparation av bäckenbotten med användning av GYNECARE PROSIMA-systemet ska ge en anatomisk, hållbar och standardiserad reparation av prolaps av bäckenbottenorganen. Beroende på var prolapsen är och dess kirurgens preferenser, kan antingen främre eller bakre reparation väljas. Hysterektomi eller bibehållande av livmodern kan kombineras med användning av GYNECARE PROSIMA-systemet. Om så indikeras kan en reparation av peritoneum eller en suburetral slynga för behandling av ansträngningsinkontinens göras samtidigt när GYNECARE PROSIMA-systemet används. En retropubisk eller transobturator suturetral slynga kan användas.

Prolapsreparation erhålls genom placering av 1 eller 2 nätimplantat via vagina. Efter operationen placeras en VSD med en upphållningar ballong i vagina för dimensionering och VSD fästs med sutur på platsen, och stödjer på så vis vagina och nätimplantatet under vävnadsinväxt. När ballongen fyllts, ersätter den traditionella gasvävidförband genom att fylla vaginalhåligheten och stödja nätimplantatet mot vagina. Dagen efter operationen töms ballongen och avlägsnas från vagina utan att lossa VSD. VSD:n stannar på plats i maximalt 4 veckor efter operationen, under vävnadsinväxten i nätimplantatet.

**AVSNITT 2: GRUNDEN TILL GYNECARE PROSIMA-SYSTEMET**
Efter konventionell kirurgi för prolaps av organ i bäckenbotten, utsätts reparerad vävnad för ökad intraabdominellt tryck när patienten rör sig, hostar, krüks och anstränger sig vid tarmtömning. Dessa ökningar i intraabdominellt tryck kan påverka läkningsprocesen av reparationen negativt och kan leda till att operationen misslyckas och ny prolaps utvecklas. Genom att förstärka vaginalreparationen med nätimplantatet och stödja vagina med VSD i 3 till 4 veckor efter operationen, är GYNECARE PROSIMA-systemet utformat för att minska risken för misslyckad operation och bibehållande reparerad prolaps.

Under reparation av främre delen av vaginan ska nätimplantatets huvuddel placeras utan spänning mellan urinblåsan och vagina över 2/3 och stricka sig läteralt så att med arcus tendineus fascia pelvis (ATFP). Vid reparation av bakre delen av vaginan ska nätimplantatets huvuddel placeras utan spänning mellan rektum och vagina över 2/3, och inpassas lateralt över levator ani-muskeln. Den apikala delen av nätimplantatets huvuddel ska nå vaginas apex. Framåt kan nätimplantatet fästas vid prevesikal vävnad eller cervix. Bakåt kan nätimplantatet fästas vid prevektal vävnad eller cervix.

VSD stödjer vaginalväggnaden efter operation och underlättar att nätimplantatet stöds mot vaginalväggen tills vävnadsinväxt sker. Vävnadsinväxt genom nätimplantatet sker under 3 till 4 veckor efter operation. Genom att använda GYNECARE PROSIMA-systemet undviks behovet av dissektion utanför bäckenhålan och passage av sutur och instrument genom obturator foramen och sakrospinalligament, vilket gör operationen enklare att genomföra.

**Hysterektomi**
Kirurgens preferenser och patientens behov förestavar ett behov, kan en hysterektomi utföras, rekommenderas slutning av peritoneums cul-de-sac för att undvika att nätimplantatet kommer i kontakt med tarmar. En "T"-snittslutning ska undvikas eftersom det kan öka risken för nätexponering. När vaginal hysterektomi utförs tillsammans med antingen främre eller bakre eller kombinerad reparation, ska hysterektomisnittet slutas på tvären och reparationssnitten läggs så att de inte kommer i kontakt med det slutna hysterektomisnittet. Detta görs för att undvika att det blir ett "T"-snitt.

**Bibehållande av livmodern**
GYNECARE PROSIMA-systemet är lämpligt i situationer när kirurgen eller patienten väljer att behålla livmodern.

**Vaginalincisioner**
Vaginalincisionerna som görs vid GYNECARE PROSIMA-systemet är desamma som de som används vid kirurgen vid rutinvaginalreparation. Incisioner ska göras genom hela vaginalväggens djup för att minska risken för nätexponering.

**Nätimplantatsplacering**
Nätimplantatet hålls på plats av VSD:n tills vävnadsinväxt sker. Därför är det inte nödvändigt att sätta fast nätimplantatets remmar. Nätimplantatets apikala del kan fästas i fascian i vaginalapex mittlinje med en sutur som 2-0 MONOCRYL™ (polyglekapron 25) eller 2-0 Coated VICRYL™ (polyglaktin 910). Vaginalepitelet ska inte fästas med sutur i nätimplantatet.

**Bibehållande av vagina**
Bottagning eller resektion av för mycket vaginalepitel ska undvikas. Viss vävnadsretraktion kan ske efter operation och minskad vaginalkapacitet kan förväntas om för mycket vaginalepitel avlägsnas.

**Tre nivåer av vaginalstöd**
Tre nivåer av vaginalstöd är allmänt kända för vaginalreparation. Användningen av GYNECARE PROSIMA-systemet är avsett att ge stöd på nivå I och II på följande vis:

**Nivå I – Suspension och stöd** (vaginaltoppstöd av vagina)
Den övre tredjedelen av vagina (inklusive valvet efter en hysterektomi) och livmoder stöds av 2 mekanismer. För det första ges direkt stöd för livmodern och övre vagina genom parametrium (kardinal- och uterosakralligament) och parakolpium. Dessa fäster apex som suspensionsligament och kommer från piriformis-muskelns fascia, sakroiliakalleden och laterala sakrum och går in i lateralt övre tredjedelen av vagina och posterolaterala delen av cervix. För det andra ges indirekt stöd för livmodern och övre vagina genom levatorplattan som formas genom sammanslagningen av högra och vänstra levator ani-musklerna mellan rektum och coxcyx. Livmoder- och vaginaturolapskan sker som ett resultat av att dessa direkta och indirekta stödmekanismer inte fungerar. Detta innebär troligtvis svaghet i bäckenbottenmuskulaturen och stödmekanismerna i bäckenbotten och övre parakolpiet. Syftet med postprokropisk reparation med GYNECARE PROSIMA-systemet på nivå I är att återställa den direkta stödmekanismen. GYNECARE PROSIMA-systemets nätimplantatets remmar för att fästa över högra och vänstra sakrospinalligamenten och det överliggande fascian vid främre vaginalreparation och nätimplantatets remmar stödjer mot sakrospinalligamenten vid bakre vaginalreparation. Detta ger direkt stöd genom indirekt stöd genom att ge nätimplantatstöd till ett stort område av övre vagina och livmodern.

**Nivå II – Lateral fastsättning** (mittersta tredjedelen av vagina)

Mätten av vagina sitter fast lateralt och direkt vid musklerna på bäckenets sidovägg genom arcus tendineus fasciae pelvis (ATFP). På denna nivå sträcks den främre och bakre vaginalväggen mellan höger och vänster lateralfästen. På nivå II syftar prolapsreparation till att återställa laterala delen av mittersta delen av vagina till normal position. Användning av GYNECARE PROSIMA-systemet i ett ingrepp återskapar vaginas laterals fästen på bäckenets sidoväggsmuskler och förstärker också centrala fascian efter vävnadsinväxt.

**Nivå III – Fusion** (nedre tredjedelen av vagina)

*ANM: Dissektion av detta område kräver inte vid användning av GYNECARE PROSIMA-systemet.*

På nivå III går den främre nedre tredjedelen av vagina ihop med perinealmembranet och uretra. Den bakre nedre tredjedelen av vagina fästs vid centrala perinealstenan och levator ani-muskelerna. Vävnaderna i detta område repareras utan nätimplantat, eftersom nätimplantatet inte är avsett att användas i nedre tredjedelen av vagina. GYNECARE PROSIMA-systemet är inte anpassat som stöd vid nivå III-defekter, fast de kan användas vid samtidig ingrepp som perineorafi.

**AVSNITT 3: BRUKSANVISNING**

**ANM: I detta avsnitt refereras till figurerna i början av dokumentet.**

**Förberedelse för operation**

Kirurgi som utförs med GYNECARE PROSIMA-systemet kan utföras under allmän eller lokal anestesi, enligt kirurgens, narkosläkarens och patientens preferenser.

Patienten ska placeras i litotomi-position med bakdelen lätt hängande över operationsbordets kant och med böjd höft. Enligt kirurgens önskan kan blåsan tömmas. En kateter behövs före införing av ballongen och den kan föras in vid detta tillfälle i ingreppet.

**Användning av GYNECARE PROSIMA-systemet efter hysterektomi**

**Främre vaginalreparation**

När endast förstärkning av den främre vaginalväggen behövs, ska endast GYNECARE PROSIMA-systemet för reparation av främre bäckenbotten användas. Det innehåller 1 nätimplantat och en särskilt anpassad främre införare för användning vid främre vaginalreparation. Efter att de nödvändiga vaginaldissionerna och -dissektionerna gjorts, görs vävnadskanaler i främre rummet för placering av nätimplantatets remmar med hjälp av den främre införaren. **ANM: Den främre införaren får inte användas för vävnadsdissektion.**

**Främre vaginaldissektion**

Främre vaginalepitelet dissekeras från blåsan. Dissekera hela vaginalväggens tjocklek. Denna dissektion bör underlättas genom subepitel hydrodissektion. Tillig dissektion av vaginalväggen eller separation av vaginalväggen i 2 lager bör undvikas. Sådan dissektion kan resultera i en väldigt tunn vaginalvägg och kan också kompromissa vaginalväggens blodförsörjning och därmed öka risken för implantatexponering. Fortsätt dissektionen lateralt mot bäckenets sidovägg och till ischialtaggen.

**Dissektion av främre kanalen och placering av nätimplantat**

Utför dissektionen för att forma kanaler för nätimplantatets remmar först på patientens högra sida och sen på den vänstra, enligt denna bruksanvisning. Dessa kanaler formas för att placera nätimplantatet så att den distala delen av remmarna ligger platt mot bäckenets sidovägg och obturator internus-musklerns parietalfascia. För att placera remmarna, införd dissektionen med att palpera och identifiera ischialtaggerna på båda sidorna. **ANM: Alternativt kan denna dissektion startas med att skapa en "push-spread"-teknik, så att seenes spetsar sträcks ut innanför ischialtaggen.** Följ upp den initiala dissektionen med försiktig fingerdissektion till ischialtaggen. Vid kontakt med ischialtaggen svep pekfinget för att skapa ett rum framför och över ischialtaggen. Se figur 8A, inriktningen på denna dissektion är vinkelrät mot bäckenets sidovägg och formar ett ungefär 2 cm brett och 3 cm långt rum. I främre dissektion ligger inte dissektionen i vaginalväggen. Denna dissektion formar en kanal framför och över ischialtaggen och ytläget än ATFP, obturator internus-muskeln och dess parietalfascia. Upprepa samma dissektion på vänster sida.

Pikation av den prevesikala vävnaden behövs inte. Om plikation emellertid utförs, plikeras endast den centrala delen av vävnaden. På så sätt undviker man att göra det dissekerade området för smalt. Placera nätimplantatet över den prevesikala vävnaden med remmarna flickor vända uppåt. Om fastsättning ska ske, ska det göras här i ingreppet genom att placera en sutur som 2-0 MONOCRYL eller Coated 2-0 VICRYL, i vaginapex och trå genom nätimplantatets apikala flik. Stygnet kan knytas fast nu eller när remmarna har placerats. Det är viktirt att fästa nätimplantatets distala skåra och det kan göras med en sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL.

Använd den främre införaren och placera nätimplantatets remmar införda i höger och vänster kanal som formats genom dissektion framför och ovanför ischialtaggen (som beskrivs ovan). **ANM: De böjda ändarna på den främre införaren är vridna åt motsatta håll och det finns pilar på varje sida som visar riktningen på ska placeras i.** Pilen ska peka åt patientens högra sida när du för in spetsen på den främre införaren i fickan på nätimplantatets rem (se figur 8B) på patientens högra sida. **ANM: Sträckning i motsatt riktning kan hjälpa till att hålla fickan kvar på den främre införaren.** Håll den främre införaren i vertikal position, så att den böjda delen av instrumentet är mot den bakre vaginalväggen. Rikta sen in den främre införaren, med remmen fastsatt, i den redan formade vävnadskanalen (se figur 8C) tills banvinget kommer i kontakt med laxa muskler på motsatt sida. Detta ska genom att positionera främre införarens handtaget i+ sitt till nätsam horisontell position, medan handtaget hålls kvar i kontakt med motsatt lår. **ANM: Vid initial placering i kanalen kan det vara till hjälp om man flyttar undan vävnaddsen med ett kirurgiskt standardinstrument. Om så båndas kan pelfingeret användas i kanalen för att leda den första placeringen av den främre införaren mot motsatt sidas laxa mjäora, innan handtaget sänks.** Tryck lätt uppåt för att säkerställa att remmarnas ficker positioneras korrekt och nätimplantatets apikala del stöds mot vaginalapex. **ANM: Om du känner motstånd vid införning av remmarna, fastställ orsaken innan du fortsätter. Om du fortsätter att föra in införaren trots att du känner motstånd kan det leda till skada på nätimplantatet eller att införaren förs in för långt och skadar viktiga vävnadsstrukturer.**

För att avlägsna den främre införaren, luta tillbaka handtaget till vertikal position innan du drar ut och när remmen vara kvar i kanalen. **ANM: För in den första remmen helt. ANM: Om den främre införaren dras ut innan nätimplantatet har implanterats ordentligt, så kan den släppa detta, eller så kan den också stanna ute i nätimplantatet flyttar sig och befriths att nätimplantatet INTE bar vridit sig.** Positionera nätimplantatets huvuddel löst över den underliggande vaginalvävnaden. Huvuddelen och remmarna ska inte vikas eller vrida. Nätimplantatets huvuddel kan behöva klippas till beroende på vaginas dimensioner och mängden lateral dissektion. Vaginalepitelet kan trimmas, men för avlägsnande av för mycket vaginalepitel bör undvikas. Slut

epitelet över nätimplantatet utan sammanfogande suturer (som beskrivs nedan, se figur 8E). Nätimplantatets slutliga placering i främre rummet visas i figur 8F.

**ANM: Se till att hemostasis uppnås före och under slutning av vaginalincisionerna.**

Stäng vaginalincisionerna utan interlockingsutur eller kryssutur (figure-of-eight). Detta är för att undvika devaskularisering av vaginalepitelet längs incisioner och för att minska implantatinkträning. Epitelet sluts fortrrädelsvis i 2 lager för att få en relativt tjock suturlinje på platsen för vaginalincisionen. Stäng det djupa lagret med ett kontinuerligt subepitel icke-interlockstygn med en sutur som 2-0 MONOCRYL eller 2-0 MONOCRYL.* Plus antibakteriell sutur (polyglikapron 25). Stäng sedan epitelet med ett icke-interlock kontinuerligt sträng madrastygn, med en sutur som 2-0 Coated VICRYL eller 2-0 Coated VICRYL™ Plus (polyglaktin 910) antibakteriell sutur. **ANM: Placera nätimplantat i den övre 2/3 av vagina och så till att klippas till det om det sträcker sig utanför övre 2/3.** Om det inte redan gjorts rekommenderas cystoskopi för att utesluta skada på urinvägarna.

Alternativt kan stängning av vaginalväggen göras med ett enkelt lager. Ett kontinuerligt vrängt icke-interlock madrastygn eller avbrutet stygn med en sutur som 2-0 Coated VICRYL eller 2-0 Coated VICRYL Plus kan användas.

**Bakre vaginalreparation**

När endast förstärkning av den bakre vaginalväggen behövs, använd endast GYNECARE PROSIMA-systemet för reparation av bakre bäckenbotten. Det innehåller 1 nätimplantat och en särskilt anpassad bakre införare för användning vid bakre vaginalreparation. Efter att de nödvändiga vaginaldissionernas och -dissektionernas gjorts, forma vävnadskanaler i bakre rummet för att placera nätimplantatets remmar i. **ANM: Den bakre införaren får inte användas för vävnadsdissektion.**

**Bakre vaginaldissektion och kanaldissektion**

Dissekera det bakre vaginalepitelet från den prerektala vävnaden. Som med den främre vaginalväggen ska hela bakre vaginalväggens tjocklek dissekeras. Denna dissektion bör underlättas genom subepitel hydrodissektion. Fortsätt dissektionen lateralt och ut mot bäckenets sidovägg och till, men inte genom, varje sakrospinalligament, och forma kanalen som nätimplantatets remmar ska placeras i. Se figur 9A.

Behandling av preexisterande enterocele är valfri, men om den utförs kan den utföras i detta stadium enligt kirurgens valda teknik.

Om den peritoneala höga höjderna öppnas under antingen främre eller bakre dissektion måste den stängas innan nätet placeras.

**Bakre nätimplantatsplacering**

Plikation av den prerektala vävnaden behövs inte. Om plikation av den prerektala vävnaden emellertid utförs, plikeras endast den centrala delen av den prerektala vävnaden. På så sätt undviker man att göra det dissekerade området för smalt. Placera nätimplantatet över den prerektala vävnaden med remmarnas fickor vända uppåt. Om fastsättning ska ske, ska det göras här i ingreppet genom att placera en sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL i vaginalapex och trå genom nätimplantatets apikala flik. Stygnet kan knytas fast nu eller när remmarna har placerats. Det är viktirt att fästa nätimplantatets distala skåra och det kan göras med en sutur som 2-0 MONOCRYL eller 2-0 Coated VICRYL.

Använd den bakre införaren och placera nätimplantatets remmar införda i varje höger och vänster kanal som formats genom dissektion mot varje sakrospinalligament (som beskrivs ovan). Grip tag i den bakre införaren med en så nätförare, som visas i figur 9B. **ANM: Placera nätförarens spets i den rekta sjörede änden av den bakre införaren.** Kontrollera att den andra bakre införaren är i linje med nätförarens handtag. För in spetsen på den bakre införaren i remmarnas ficken på patientens högra sida (se figur 9B). Rikta sen in den bakre införaren, med remmen fastsatt, i den redan formade kanalen (se figur 9C), med nätförarens handtag i upprätt position. För sedan in hela remmens längd i kanalen så att remmen kan dra ner fasciala dissektionens över avgränsning. **ANM: För in den första remmen helt. Om införaren dras ut innan remmen bar nätt sått sväljs, kan den släppa detta, eller så kan den stanna kvar i nätet men det nätimplantatet flyttar sig och behöver at det nätimplantatet INTE bar vridit sig.** Da tillbaka den bakre införaren längs inflättningsvägen och när den lämnar kvar remmen i kanalen. Remmarna fäster vid, men trränger inte genom, de sakrospinala ligamenten. Placera inte suturer genom de sakrospinala ligamenten. Upprepa proceduren på patientens vänstra sida med den andra remmen. Figur 9D visar när bläda remmarna har placerats. **ANM: Vid placeringen av den andra remmen, var försiktig så att inte nätimplantatet rör sig och befriths att nätimplantatet INTE bar vridit sig.**

Positionera nätimplantatets huvuddel löst över den underliggande vaginalvävnaden. Undvik att vika eller vrida nätimplantatets huvuddel och remmar. Nätimplantatets huvuddel kan behöva klippas till beroende på vaginas dimensioner och mängden lateral dissektion. Bakre vaginalepitelet behöver inte, men avlägsnande av för mycket vaginalepitel bör undvikas. Stäng det bakre vaginalväggsepitelet över nätimplantatet utan sammanfogande suturer (som beskrivs nedan). Nätimplantatets slutliga placering i bakre rummet visas i figur 9E.

**ANM: Se till att hemostasis uppnås före och under slutning av vaginalincisionerna.**

Stäng vaginalincisionerna utan att använda i interlocksutur eller kryssutur (figure-of-eight). Detta är för att undvika devaskularisering av vaginalepitelet längs incisionen och för att minska implantatinkträning. Stäng företrädesvis epitelet i 2 lager för att få övare en relativt tjock suturlinje på platsen för vaginalincisionen. Stäng det djupa laget med ett kontinuerligt subepitel icke-interlocking stygn med sutur som 2-0 MONOCRYL eller 2-0 MONOCRYL Plus antibakteriell sutur. Stäng sen epitelet med ett icke-interlock kontinuerligt vrängt madrastygn, med en sutur som 2-0 Coated VICRYL eller 2-0 Coated VICRYL Plus. **ANM: Placera nätimplantat i den övre 2/3 av vagina och se till att klippas till nätimplantatet om det sträcker sig utanför övre 2/3.** Efter avslutad operation krävs en digital rektalundersökning för att utesluta rektal skada.

Alternativt kan stängning av vaginalväggen göras med ett enkelt lager. Ett kontinuerligt vrängt icke-interlock madrastygn eller avbrutet stygn med en sutur som 2-0 Coated VICRYL eller 2-0 Coated VICRYL Plus kan användas.

**Kombinerad bakre och främre vaginalreparation**

När både främre och bakre vaginalreparation behöver förstärkas används GYNECARE PROSIMA-systemet för kombinerad reparation av bäckenbotten. Detta innehåller 2 identiska nätimplantat, ett för främre vaginalreparation och ett andra för bakre vaginalreparation. Använd endast den böjda främre införaren för främre reparation och den raka bakre införaren för bakre reparation. Utför den främre och bakre vaginalreparation på det sätt som beskrivs ovan. Det rekommenderas att den främre vaginoperationens utförs först. Nätimplantatens slutliga placering i främre och bakre rummen visas i figur 10. Efter operationen rekommenderas att en cytoskopi utförs för att utesluta skada på urinvägarna. En digital rektalundersökning krävs för att utesluta rektal skada.

**Användning av GYNECARE PROSIMA-systemet med bibehållande av livmodern (hysteropexi)**

Om den framfallna livmodern bibehålls, ska nätimplantatets apikala flik fästas vid cervix. Fixering av nätimplantatet till cervix ska ske i nivå med den pubocervikala miljön som bör placeras genom främre eller bakre vaginalreparation.

47

När livsmodern bibehålls under främre vaginalreparation exponeras pubo-cervikalslingen under främre vaginaldissektion. Placeras en 2-0 PROLENE-sutur stadigt i pubo-cervikalringens främre kant. Suturen placeras också genom nätimplantatets apikala flik. PROLENE-suturen i fliken knyts efter att nätimplantatets remmar är på plats. Detta säkrar nätimplantatet till cervix främre yta i nivå med den pubo-cervikala ringen och ser till att nätimplantatet sträcks med vagina mot VSD placerat framtill.

Vid bakre reparation, fäst nätimplantatet i bakre cervix i nivå med der pubo-cervikala ringen eller ovanför. Cul-de-sac kan öppnas när nätimplantatet fästs vid cervix. Stäng cul-de-saccens peritoneum ovanför denna sutur för att förhindra att tarmen fäster vid nätimplantatet. Om kirurgen väljer att inte öppna cul-de-sac, exponeras den pubo-cervikala ringen under bakre vaginaldissektion. En 2-0 PROLENE-sutur placeras stadigt i pubo-cervikalringens bakre yta. Suturen placeras också genom nätimplantatets apikala flik. PROLENE-suturen knyts efter att nätimplantatets remmar är på plats. Detta säkrar nätimplantatet till den bakre ytan av cervix i nivå med der pubo-cervikala ringen.

När nätimplantatet används till både främre och bakre vaginalreparation ska de flueras till främre och bakre ytorna av cervix som beskrivs ovan (se figur 11).

## Nätimplantatshygien

Under operationen, spola vaginalskören med koksaltlösning. Håll hanteringen av nätimplantatet till ett minimum och iaktta god implantathygien.

## Placering av VSD och ballong

Efter att operationen har slutförts, placera en VSD med fastsatt ballong av lämplig storlek i vagina och fäst den med sutur på plats för att förhindra förflyttning. VSD:n har ne möjliga storlekar (liten, mellan och stor) och kan anpassas av kirurgen för att passa patientens vaginallängd enligt följande.

### VSD passning och tillkoppling

VSD levereras i dess största storlek. Fastställ vilken VSD-storlek som är lämplig för patienten genom att använda VSD för att bedöma dess passning till patienten. Detta görs genom att placera VSD i största storleken i vagina mellan den stödsto apex och hymenningen. För att föra in VSD i vagina, ta tag i den breda punkten på VSD och vik längs längdaxeln med ballongen vänd uppåt (se figur 12). Den bredaste punkten på VSD förs in först så att suturhålen placerat precis ovanför hymenringen. **ANM: Lossa eller skada inte ballongen under VSD-anpassning.** Korrekt storlek uppnås när VSD passar tight i den övre 2/3 av den stödsta vaginan med den distala änden och suturglornna 1 cm ovanför hymenringen (se figur 13).

Om den stora storleken passat modifieras inte VSD. Om mellanstorleken behövs, avlägsnas det översta avsnittet genom att försiktigt, endast med spetssana på en böjd Mayo-sax, klippa av små bitar och se till att få en jämnt klippt kant. Iaktta försiktighet för att minska mängden material som finns kvar i det klippta området. **ANM: Det är viktigt att passa en VSD noggrant. När en VSD har klippts till kan den inte göras större och de klippta avsnitten kan inte fästas tillbaka.** Flytta undan ballongen uppåt tillklippning (se figur 14). **Iaktta försiktighet för att undvika att skada ballongen under tillklippning av VSD.**

Om mellanstorleken passar behövs ingen vidare tillklippning. Om den minsta storleken krävs avlägsnas det kvarvarande avsnittet enligt beskrivningen ovan. Flytta undan ballongen under tillklippning så att den inte skadas.

När VSD-storleken har anpassats och ballongen satts på plats igen, kan enheten föras in i patientens vagina. **ANM: För att minska risken för perforering av ballongen, använd inga instrument för att hjälpa till vid införingen av VSD och ballongen.** Om ballongen skadas, avlägsna den från VSD och använd gasvävsförband för att fylla vaginalhålan.

Efter att enheten positionerats ordentligt i den övre 2/3 av patientens sträckta vagina, säkra VSD på plats genom att placera en enkel suturtigla genom varje suturhål på VSD och in i den bakre vaginalväggens epitel, lateralt och ovanför hymen på varje sida, som visas i figur 15, placerade klockan fyra och åtta. Höger och vänster vänster sträck knyts sen i tur och ordning och håller VSD på plats inuti vagina. **ANM: Iaktta försiktighet så att inte ballongen punkteras när VSD sys på plats.** Satsen som 2-0 Coated VICRYL eller liknande resorberbar sutur rekommenderas för denna användning.

### Ballongfyllnad

Efter att VSD har fästs på plats med sutur, koppla fast den medföljande 50 ml-sprutan genom att vrida den för att låsa fast den på ballongens ventil. **ANM: Efter att VSD har placerats krävs en kateter för att undvika urinretention.** Efter fyllnad med en liten volym luft (se figur 16), palpera hela ballongkängen med ett finger för att se till att ballongen har vecklat ut sig och sitter långs hela vagina. När utveckling har bekräftats, avlägsna fingret och fortsätt att fylla ballongen helt tills enheten en fingerspets passar tight i ingångens mellan ballongen och vaginalväggen. Stabilisering av VSD rekommenderas under fyllnad. Den fyllda ballongen används för att pressa nätimplantatet mot vaginalväggen. Luftvolymen som krävs för att fyll adekvat fyllnad av ballongen varierar från patient till patient. **ANM: Maximal hollongfyllnad får inte överstiga 90 ml.** När ballongen fyllts tillräckligt, koppla loss sprutan från ventilen genom att vrida den. Ballongens fyllnadsslang måste stöckia sig ut från vagina och fästas till patientens lår. Locket måste fästas på ballongens ventil för att se till att ballongen behåller den fastställda luftvolymen (se figur 7). **ANM: Dra inte åt locket för hårt.** Vid behov kan ballongen justeras senare, med en standardspruta för att öka eller minska luftvolymen i ballongen. Ballongen kan palperas när som helst eller inspekteras visuellt för att se till att den inte behåller tillräcklig fyllnad. **ANM: När patienten rör sig, flyttar sig ballongen till rätta i vaginalhålan och kan verka öka eller minska i tryck. Detta är normalt.**

**ANM: Koppla inte loss ballongen från VSD före användning.**

**ANM: Fyll inte ballongen innan den förs in i vagina.**

**ANM: Om VSD:s suturhål har förflyttat sig mer än 1 cm ovanför hymenalringen eller om det är för hög spänning på suturerna efter ballongfyllnad, minska trycket i ballongen och omplacera eller anpassa storleken på VSD.**

**ANM: Om hål eller läckor upptäcks i ballongen eller om ballongen förlorar fyllnad innan den skadavlägsnas från VSD och kasseras på lämpligt sätt. Använd gasvävsförband istället för ballongen. Den ska avlägsnas från VSD och kasseras på lämpligt sätt. Använd gasvävsförband istället för ballongen.**

**ANM: Om ballongens kopplingsslen lossnar från VSD, ska den tryckas tillbaka på plats.**

**ANM: Säkra inte ballongens fyllnadsslang i vagina.**

**ANM: För att förhindra skada, utsätt inte fyllnadsslangen för extrem böjning, sträckning eller vridning.**

**ANM: Använd inte gasvävsförband samtidigt som ballong.**

### Avlägsnande av ballongen från VSD

Töm ballongen helt med en standardspruta och ta bort den en dag efter operationen, men lämna kvar VSD. **ANM: Lämna inte ballongen i vagina mer än en dag.**

1) Ta bort locket från ballongens ventil.

2) Koppla en 50 ml (eller större) spruta till ballongens ventil och töm ballongen helt (se figur 17). Det är viktigt att tömma ballongen helt innan den avlägsnas från VSD. **ANM: En helt tömd ballong får sprutans kolv att dra sig tillbaka efter att ha tömt ut all luft.**

3) Ta bort sprutan.

4) Ballongen kan avlägsnas från VSD och avlägsnas från patienten genom att försiktigt ryck i kaudal riktning på fyllnadsslangen nära ballongens kopplingsdon, medan försiktigt instryck ges på VSD:s distala ände med ett finger. Se figur 18.

**ANM: Dra inte tillbaka ballongen förrän den är helt tömd och inget motstånd känns. Om du känner motstånd, fastställ orsaken innan du fortsätter. Om du fortsätter att föra inte eller dra tillbaka ballongen när du känner motstånd, kan det leda till att VSD förflyttar sig och/eller att vävnaden i vaginalhålan skadas. Se till att ballongen hur tämts helt genom att avsluta sprutan igen och att ballongen dras ut från vaginan och fortsätter att ta bort ballongen.**

### Avlägsnande av VSD från patienten

Avlägsna VSD från patienten ungefär 3 till 4 veckor efter operationen efter att tillräcklig läkning har uppnåtts. Vid detta laget kan de resorberbara suturerna ha lösts upp eller förlorat tillräckligt med draghållfasthet för att tillåta att VSD avlägsnas utan suturavslut. **ANM: Bàds suturerna kan behöva klippas för avlägsnande. ANM: Lämna inte kvar VSD i patienten mer än 4 veckor.** Ta bort kvarvarande VSD-suturer. Avlägsna VSD manuellt från vaginalkanalen, som visas i figur 19.

### Perioperativ vård

Patienter kas få profylaktisk antibiotika doserad enligt kirurgens vanliga rutiner. Antibiotikabehandling kan fortsättas postoperativt beroende på kirurgens preferenser. Tromboembolisk profylax kan användas.

Kirurgen ska förklara att syftet med VSD, som fäodkt i vagina i upp till fyra veckor efter operationen, är att stödja nätimplantatet mot vaginalväggen under läkningsperioden. Patienten ska informeras om att VSD kommer att avlägsnas vid en kontroll efter operationen – ungefär 4 veckor efter. Patienten ska informeras om att vaginalflytning kan förekomma efter operationen och att VSD kan förflyttas lite nedåt. Om patienten känner att VSD har förflyttats nedåt, kan hon försiktigt skjuta den upp till ett mer bekvämt läge. Om VSD orsakar signifikant besvär ska patienten kontakta sin läkare.

Efter utskrivning från sjukhuset, ska patienten instrueras att undvika ansträngande aktivitet under 3 till 4 veckor. Vid det laget har häckenvävnad växt in i nätimplantatet och patienten kan återuppta aktiviteter i det normala dagliga livet. Patienten ska avrådas från att ha samlag i 6 veckor efter operationen. Bäckenbottenträning kan rekommenderas när som helst efter operationen.

## PRESTANDA

Djursstudier visar att implantation av GYNECARE GYNEMESH PS framkallar en minimal till lindrig inflammatorisk reaktion, vilken är överspående och efterföljs av deponering av ett tunt bindvävslager som kan växa igenom näturmaskorna så att nätet införlivas med irridligande vävnad. Nätet förblir mjukt och formbart och den normala slätläkningen påverkas inte märkbart. Materialet resorberas inte och bryts inte heller ned eller försvagas av vävnadsenzymer.

## KONTRAINDIKATIONER

- Vid användning av GYNECARE GYNEMESH PS på spädbarn, barn, gravida eller kvinnor som planerar framtida graviditet skall kirurgen vara medveten om att denna produkt inte kan sträckas i någon signifikant omfattning efterhand som patienten växer.

- GYNECARE PROSIMA-systemet ska inte användas vid graviditet eller vanliga infektioner eller cancer i vagina, cervix eller uterus.

## VARNINGAR OCH FÖRSIKTIGHETSÅTGÄRDER

- Användaren ska ha erfarenhet av operationsteknik som används vid reparation av bäckenbotten samt icke resorberbara nät innan de börjar använda GYNECARE PROSIMA-systemet.

- Användning av GYNECARE PROSIMA-systemet har inte utvärderats hos patienter med prolaps av bäckenorgan i stadium IV. Användning hos den här typen av patienter rekommenderas inte.

- Korrekta kirurgiska rutiner skall följas under ingreppet med GYNECARE PROSIMA liksom för hanteringen av kontaminerade eller infekterade sår.

- Om mistanke föreligger om att operationsområdet är infekterat eller kontamineras får GYNECARE PROSIMA-systemet inte användas. Om nätimplantatet eller VSD-ballong-enheten används i kontaminerade områden, måste detta ske med insikten om att efterföljande infektioner kan nödvändiggöra att de avlägsnas.

- Efter operationen bör patienten rådas att avstå från tunga lyft och/eller motion (t.ex. cykling, joggning) i tre till fyra veckor och att avstå från samlag i sex veckor tills läkaren meddelar att det är lämpligt för patienten att återgå till sina normala aktiviteter.

- Lämna inte VSD i vagina i mer än fyra veckor.

- Lämna inte ballongen i vagina mer än 1 dag.

- Komponenterna till GYNECARE PROSIMA-systemet är inte avsedda att användas med någon annan enhet än de som ingen i denna förpackningsanbänga.

- Undvik att belasta nätimplantatet kraftigt vid behandlingen.

- Använd GYNECARE PROSIMA-systemet med försiktighet och var uppmärksam på patientens anatomi för att undvika skada på kärl, nerver, blåsa, tarmar och återkärl i vaginalväggen. Om komponenterna till GYNECARE PROSIMA-systemet används korrekt minimeras riskerna.

- Fyll endast ballongen med operationsluft.

- Palpation bekräftar att ballongen inte innehåller luftläckor efter fyllnad. Total förlust av fyllnad kan begränsa ballongens effektivitet.

- Ballongens vägger är tunna för att kunna uppnå önskade egenskaper. Punktering, snitt, hack eller överansträngning kan leda till fyllnadsförlust. Ballongen får fästes kant penetreras av en nål eller skalpell eller gå sönder om det hanteras med ett trubbig föremål. Försiktighet måste iakttas under hantering för att undvika skada nälenheten. En skadad ballong får inte användas, utan måste bytas ut mot en med gasvävsförband.

- Ballongen får fyllas med maximalt 90 ml. Överfyll inte ballongen. Vid för hög fyllnad kan patienten känna obehag. Det kan också orsaka våvnadsnekros, skada på vaginalsäret efter operation och öftermåga till tömning.

- Utför inte ingrepp med GYNECARE PROSIMA-systemet på patienter som behandlas med antikoagulantia.

- Postoperativ blödning kan förekomma. Undersök om symptom eller tecken på blödning föreligger innan patienten skrivs ut från sjukhuset.

- Patienten ska instrueras att omgående kontakta läkaren om ovanlig smärta, blödning eller andra problem uppstår.

- Trots att skada på blåsa troligtvis inte uppstår med denna teknik, rekommenderas att en cytoskopi utförs.

- Trots att skada på rektum troligtvis inte uppstår med denna teknik, krävs att en digital undersökning utförs.

- GYNECARE GYNEMESH PS-nätet för inte komma i kontakt med sutarklammrar, clips eller klämmare, eftersom mekaniska skador på nätet kan uppstå.

- Nätimplantatet ska inte täcka någon del av den nedre tredjedelen av vagina. Klipp till nätimplantatet vid behov så att det passar övergången mellan nedre och mittersta tredjedelen av vaginalväggen.
- Profylaktisk antibiotikabehandling kan tillämpas enligt kirurgens sedvanliga praxis.

### BIVERKNINGAR

- Möjliga biverkningar är sådana som vanligen kan sättas i samband med kirurgiska implantat, däribland infektion, inflammation, adherensbildning, fistelbildning, erosion, avstötning och ärrbildning som kan leda till kontraktion av implantatet.

- Möjliga biverkningar är sådana som vanligen kan sättas i samband med ingrepp för reparation av prolaps av bäckenorgan, däribland smärta vid samlag och bäckensmärta. Dessa kan lösa sig själva med tiden.

- Punktion eller laceration eller skada på blodkärl, nerver, urinblåsa, uretra eller tarm kan förekomma i samband med dissektion eller nätplacering och kan kräva kirurgisk reparation.

- Dissektion vid reparation av bäckenbotten kan möjligtvis påverka normal tömning för en olika lång tid.

### STERILITET

GYNECARE PROSIMA-systemen är steriliserade med etylenoxid. STERILISERA INTE OM någon del av GYNECARE PROSIMA-systemet. ÅTERANVÄND INTE någon del av GYNECARE PROSIMA-systemet. Återanvändning av anordningen (eller delar av den) kan orsaka en degradering av produkten och kontamination vilket kan leda till infektioner eller överföring av blodburna patogener till patienter och användare. Produkterna får ej användas om förpackningen varit öppnad tidigare eller är skadad. Kassera oanvända komponenter till GYNECARE PROSIMA-systemet vars förpackningar har öppnats.

### KASSERING

Kassera komponenter till GYNECARE PROSIMA-systemet enligt de regler och rutiner som gäller på din arbetsplats för hantering av biologiskt riskavfall.

### FÖRVARING

Rekommenderade förvaringsförhållanden: kontrollerad rumstemperatur och relativ luftfuktighet (cirka 25 °C, 60 % relativ luftfuktighet). Skyddas mot fukt och direkt värme. Får ej användas efter utgångsdatum.

**Symboler på etiketterna**





## Gynecare
# PROSIMA™

ΕΛΛΗΝΙΚΑ

Σύστημα αποκατάστασης πρόσθιου πυελικού εδάφους
Σύστημα αποκατάστασης οπίσθιου πυελικού εδάφους
Συνδυασμένο σύστημα αποκατάστασης πυελικού εδάφους

**Διαβάστε προσεκτικά όλες τις πληροφορίες.**

Εάν δεν ακολουθήσετε σωστά τις οδηγίες, οι συσκευές ενδέχεται να μη λειτουργήσουν σωστά και να προκληθεί τραυματισμός.

*ΠΡΟΣΟΧΗ:* Η ομοσπονδιακή νομοθεσία (των Η.Π.Α.) περιορίζει την πώληση της συσκευής αυτής σε ιατρούς ή κατόπιν εντολής ιατρού.

Σινιστάται, και είναι διαθέσιμο, εκπαίδευση στη χρήση των συστημάτων αποκατάστασης πυελικού εδάφους GYNECARE PROSIMA™. Επικοινωνήστε με τον αντιπρόσωπο πωλήσεων της εταιρείας για τα προγραμματίστε την εκπαίδευση αυτή.

**ΕΝΔΕΙΞΕΙΣ**

Τα συστήματα αποκατάστασης πυελικού εδάφους GYNECARE PROSIMA, μέσω της τοποθέτησης μη απορροφούμενων εμφυτεύσιμων μαλακού πλέγματος, GYNECARE GYNEMESH™ PS από PROLENE™, προορίζονται για ενίσχυση ιστού και για μακροπρόθεσμη σταθεροποίηση των περιτονιακών δομών του πυελικού εδάφους, είτε ως χειρουργικό υποστήριγμα είτε ως υλικό γεφύρωσης της ελλείμματος της περιτονίας. Τα συστήματα παρέχουν διατήρηση του κολπικού σωλήνα κατά τη διάρκεια της περιόδου επούλωσης, ελαστα από χειρουργική αποκατάσταση της πρόπτωσης του κολπικού τοιχώματος, ενώ ταυτόχρονα υποστηρίζουν την τοποθέτηση των εμφυτεύσιμων πλέγματος.

**ΠΕΡΙΓΡΑΦΗ**

Τα συστήματα αποκατάστασης πρόσθιου και οπίσθιου πυελικού εδάφους, καθώς και το συνδυασμένο σύστημα αποκατάστασης πυελικού εδάφους GYNECARE PROSIMA, αποτελούνται από ήδη κομμένα εμφυτεύσιμα πλέγματα GYNECARE GYNEMESH PS και από εργαλεία για τη διευκόλυνση της τοποθέτησης και για μετεγχειρητικές στήριξης των εμφυτεύσιμων πλέγματα (βλ. εικόνα 1). Ο παρακάτω πίνακας παραθέτει συνοπτικά τα εξαρτήματα που περιλαμβάνονται για κάθε σύστημα.

**Πίνακας 1 – Εξαρτήματα συστήματος αποκατάστασης πυελικού εδάφους GYNECARE PROSIMA**

| ΣΥΣΤΗΜΑ ΑΠΟΚΑΤΑΣΤΑΣΗΣ ΠΥΕΛΙΚΟΥ ΕΔΑΦΟΥΣ | Εμφύτευμα πλέγματος σε φόρμα (A) | Διάταξη κολπικής υποστήριξης – διάταξη μπαλονιού (B και C) | Πρόσθιος εισαγωγέας (D) | Οπίσθιος εισαγωγέας (E) | Σύριγγα (F) |
|---|---|---|---|---|---|
| Πρόσθιο | 1 | 1 | 1 | | 1 |
| Οπίσθιο | 1 | 1 | | 1 | 1 |
| Συνδυασμένο | 2 | 1 | 1 | 1 | 1 |

**GYNECARE GYNEMESH PS**

Το πλέγμα GYNECARE GYNEMESH PS κατασκευάζεται από πλεκτά νήματα εξωθημένου πολυπροπυλενίου, πανομοιότυπα σε σύνθεση με το ράμμα πολυπροπυλενίου από PROLENE™ (ETHICON, INC.). Το υλικό αυτό, όταν χρησιμοποιείται ως ράμμα, έχει αναγνωθεί ότι είναι μη δραστικό και ότι διατηρεί την αντοχή του επί μεγάλο αριθμό ετών. Το πλέγμα χαρακτηρίζεται από ελαστική αντοχή, διάφορα ζώνες και δυναατότητα προσαρμογής σε διάφορες χειρουργικές τεχνικές, καθώς διαθέτει επαρκώς πορώδη δομή που επιτρέπει την απαραίτητη διείσδυση ιστών. Για τη δημιουργία λωρίδων αντίθεσης στο πλέγμα, έχουν ενσωματωθεί μεμονωμένα μπλε νήματα PROLENE. Τα πλέγμα κατασκευάζεται από μονόκλωνες ίνες μεγάλης διαμέτρου, πλεγμένες σύμφωνα με ένα μονόκλωνο σχέδιο που σχηματίζει πλέγμα, το οποίο είναι περίπου 50 τοις εκατό πιο ελικυστό από το τυπικό πλέγμα πολυπροπυλενίου PROLENE™. Το πλέγμα θλέκεται με μια διαδικασία που συνδυάζει μια υψηλή σε ίνες, εξαρφαλίζονικς έτσι ελαστικότητα και προς τις δύο κατευθύνσεις. Η κατασκευή αυτή επιτρέπει την κοπή του πλέγματος σε οποιοδήποτε επιθυμητό σχήμα ή μέγεθος, χωρίς να ξελίζεται. Η ελαστικότητα προς δύο κατευθύνσεις επιτρέπει την προσαρμογή του στα διάφορες τάσεις που αναπτύσσονται στο σώμα.

**Εμφύτευμα πλέγματος**

Το εμφύτευμα πλέγματος κατασκευάζεται από GYNECARE GYNEMESH PS. Το εμφύτευμα πλέγματος είναι ήδη κομμένο σε σχήμα Τ για την αποκατάσταση πρόσθιων, οπίσθιων και/ή κορυφαίων κολπικών ελλειμμάτων. Βλ. εικόνα 2. Το εμφύτευμα πλέγματος διαθέτει 2 τμήματα και ένα κεντρικό σώμα. Στα περιφερικά άκρα υπάρχουν μια κεντρική γλωττίδα και τις περιφερικά μη επεκτεινόμενα άκρα. Οι ενδείξεις στην ενδοκολπικό πλέον ευθυγράμμιση των εμφυτεύσιμων πλέγματος κατά τη διάρκεια της τοποθέτησης του με τους εισαγωγείς. Το περιφερικό άκρο υπάρχει μια περιγραφική αύξηση ταινία βοηθά στην ευθυγράμμιση του εμφυτεύσιμου πλέγματος. Στους ιμάντες του εμφυτεύσιμο πλέγματος υπάρχουν ήδη σχηματισμένα δίαυλοι, οι οποίοι επιτρέπουν την τοποθέτησή του με τους εισαγωγείς. Το εμφύτευμα πλέγματος διατίθεται μέσα σε ένα φορέα εμφυτεύματος, ο οποίος φαίνεται σαν ένα κατασκευασμένο από πολυαιθυλένιο Tyvek® και από μια καθαρή πλαστική μεμβράνη, σχεδιασμένη για την εύκολη αφαίρεση του εμφυτεύσιμου πλέγματος.

**Πρόσθιος εισαγωγέας**

Ο πρόσθιος εισαγωγέας είναι ένα εργαλείο σχεδιασμένο για να διευκολύνει την εισαγωγή των ιμάντων του εμφυτεύσιμου πλέγματος μέσα στους πρόσθιους, οπίσθιων και/ή κορυφαίων χώρους και το οποίο προσαρμόζεται για χρήση σε μία μόνον ασθενή.
*ΣΗΜΕΙΩΣΗ: Ο πρόσθιος εισαγωγέας δεν προορίζεται για τη διαχειριστικό ιστών.* Ο πρόσθιος εισαγωγέας είναι σχεδιασμένος ώστε να είναι συμβατός με το θυλάκιο του εμφυτεύσιμου πλέγματος, για να επιτρέπει την τοποθέτησή των ιμάντων και στις δύο πλευρές της ασθενούς, στο πρόσθιο διάφραγμα. Βλ. εικόνες 3 και 4.

**Οπίσθιος εισαγωγέας**

Ο οπίσθιος εισαγωγέας είναι ένα εργαλείο σχεδιασμένο για να διευκολύνει την εισαγωγή των ιμάντων του εμφυτεύσιμου πλέγματος μέσα στον οπίσθιο χώρο, το οποίο προσαρμόζεται για χρήση σε μία μόνον ασθενή.
*ΣΗΜΕΙΩΣΗ: ο οπίσθιος εισαγωγέας δεν προορίζεται για τη διαχειριστικό ιστών.* Ένας τυπικός οπίσθιος εισαγωγέας είναι προσαρμοζένο στο οπίσθιο εισαγωγέα ως σταθεροποιητή, για αλεγχόμενη εισαγωγή. Ο οπίσθιος εισαγωγέας είναι σχεδιασμένος ώστε να είναι συμβατός με το θυλάκιο του εμφυτεύσιμου πλέγματος, για να επιτρέπει την τοποθέτησή των ιμάντων και στις δύο πλευρές της ασθενούς, στο οπίσθιο διάφραγμα. Βλ. εικόνα 5.

**Διάταξη Κολπικής Υποστήριξης (ΔΚΥ)**

Η ΔΚΥ είναι μια συσκευή για χρήση σε μία μόνο ασθενή, σχεδιασμένη τα παρέχει μετεγχειρητική υποστήριξη στους κολπικούς ιστούς μετά την τοποθέτηση του πλέγματος και τη σύγκλειση της κολπικής τοφής ή τομών. Το κωραφαία άκρα είναι το πλατύτερο άκρο της ΔΚΥ και περιλαμβάνει αποκοπτόμενα τμήματα. Μετά την αρχική ρύθμιση του μεγέθους μέσα στο σώμα της ασθενούς, τα μέγεθος της ΔΚΥ μπορεί να ρυθμιστεί, ώστε να προσαρμόζεται στην ανατομία της ασθενούς, με την αποκοπή των καθορισμένων κορυφαίων τμημάτων. Η ΔΚΥ παραμένει στο άνω 2/3 του κόλπου επί 3 έως 4 εβδομάδες και στη συνέχεια αφαιρείται από την ασθενή. Βλ. εικόνα 6.

**Μπαλόνι**

Τα μπαλόνι είναι μια συσκευή σχεδιασμένη να αντικαθιστά τη μετεγχειρητική τοποθέτηση γκαζών στον κόλπο, η οποία προσφέρεται για χρήση σε μία μόνο ασθενή. Ο όγκος του μπαλονιού μπορεί να ρυθμίζει, έτσι ώστε να γεμίζει τον κολπικό σωλήνα και να εφαρμόζει το εμφύτευμα πλέγματος στο κολπικό τοίχωμα. Το μπαλόνι διατίθεται ήδη προσαρμοσμένο στη ΔΚΥ. Η εικόνα 7 επεικονίζει το σπολεσμομένο μπαλόνι χωρίς τη ΔΚΥ προσαρμέσει σε αυτό. Το μπαλόνι παραμένει στην ασθενή επί έως και 1 ημέρα.

**Σύριγγα**

Διατίθεται μια σύριγγα των 50 ml για τη διόγκωση του μπαλονιού.

**ΕΝΟΤΗΤΑ 1: ΑΡΧΕΣ ΤΗΣ ΔΙΑΔΙΚΑΣΙΑΣ ΜΕ ΧΡΗΣΗ ΤΟΥ ΣΥΣΤΗΜΑΤΟΣ GYNECARE PROSIMA**

Η διαδικασία αποκατάστασης του πυελικού εδάφους με χρήση του συστήματος GYNECARE PROSIMA στοχεύει στην ανατομική, ενθετική και τοπογραφήμενη αποκατάσταση της πρόπτωσης των οργάνων της πυέλου. Ανάλογα με το σημείο της πρόπτωσης και την πρόσφαρη του χειρουργού, η αποκατάσταση μπορεί να είναι πρόσθια και/ή οπίσθια. Η υστερεκτομή ή η διατήρηση μήτρας μπορούν να συνδυαστούν με τη διαδικασία με χρήση του συστήματος GYNECARE PROSIMA. Εάν ενδείκνυται, μπορούν να εκτελεστούν ταυτόχρονα περιχτικά ανασαστάσεις ή επέμβαση τοποθέτησης απο-σωρηδειακή σφεντόνης για τη θεραπεία της ακράτειας ούρων απο προσπάθεια, στην χρησιμοποιείται το σύστημα GYNECARE PROSIMA. Μπορεί να χρησιμοποιηθεί μια οποιοδήποτε ή μια ολοκληρωθείδης υπο-ουρηθρική σφεντόνη.

Η αποκατάσταση της πρόπτωσης επιτυγχάνεται με την τοποθέτηση 1 ή 2 εμφυτεύσιμων πλέγματος μέσω κολπικής προσήγισης. Μετά την ολοκλήρωση της χειρουργικής επέμβασης, τοποθετείται στον κόλπο μια ΔΚΥ με διασωλήνωση μπαλόνι, προκειμένου να ρυθμιστεί το μέγεθος και, στη συνέχεια, η ΔΚΥ συαρτείται στη θέση της, παραμένα έτσι αποστήριξη στον κόλπο και στο εμφύτευμα ή στα εμφυτεύματα πλέγματος, κατά τη διάρκεια της δείσθεντος ιστού. Αφού διασταλεί, το μπαλόνι αντικαθίσατα τη συνήθη τοποθέτηση γκαζών στον κόλπο, γεμίζοντας την κολπική κοιλότητα και στηρίζοντας το εμφυτεύσιμο τα εμφυτεύσιμα πλέγματος στην κόλπο. Την επόμενη ημέρα από τη χειρουργική επέμβαση, το μπαλόνι αποδιογκώνεται και αφαιρείται απο τον κόλπο χωρίς μη ακυκλόμφα ή ΔΚΥ. Η ΔΚΥ παραμένει στη θέση της επί έως και 4 εβδομάδες μετά τη χειρουργική επέμβαση, κατά τη διάρκεια της δείσθεντος ιστών μέσα στο εμφύτευμα ή στα εμφυτεύσιμα πλέγματος.

**ΕΝΟΤΗΤΑ 2: ΣΧΕΤΙΚΟ ΤΟΥ ΣΥΣΤΗΜΑΤΟΣ GYNECARE PROSIMA**

Έπειτα από μια συμβατική χωρουργική επέμβαση λόγω πρόπτωσης πυελικού οργάνου, οι αποκατεστημένοι ιστοί εκτείνεται σε σύγκεψης της ενδοκολπικής πιέσης, καθώς η ασθενής νοσηλεύεται, βήχει, εξαει και καταπονείται κατά την συνέχιση των αντίρων. Αντός οι επέκτεις στην ενδοκολπική πιέσεη εκδηλωνται ως στρεφόμενα δυνάμεις τον εκολικός κολπικής αποκαταστάσεις και να οδηγήσουν σε αποτυχία της επέμβασης και σε υποπρομαλόκεια πρόπτωση. Ενσχύονται την κολπική αποκατάσταση με το εμφυτεύσιμο πλέγματος και αποστηρίζοντας τον κόλπο με τη ΔΚΥ επί 3 έως 4 εβδομάδες μετά τη χειρουργική επέμβαση, το σύστημα GYNECARE PROSIMA είναι σχεδιασμένο έτσι ώστε να μειώσει τον κίνδυνο αποτυχίας της επέμβασης και υποτροπής της πρόπτωσης.

Κατά την πρόσθια κολπική αποκατάσταση, το σώμα του εμφυτεύσιμου προσηβάται να τοποθετηθεί χωρίς τάση ανάμεσα στην ουρηθρική θύσικα και στα άνω 2/3 του κόλπου, εκτεινόμενο πλευρικά στο επίπεδο του τοξικούς τόξου της πυελικής περιτονίας (ΤΠΠ). Κατά την οπίσθια κολπική αποκατάσταση, το σώμα του εμφυτεύσιμου πλέγματος προσηβάται να τοποθετηθεί χωρίς τάση ανάμεσα στο ορθό και στα άνω 2/3 του κόλπου, εκτεινόμενο πλευρικά επάνω από τον ανελκτήρα μιο του πρωκτού. Το κορυφαίο τμήμα του εμφυτεύσιμου πλέγματος προσηβάται να αποθεί έως την κορυφή του κόλπου. Πρόσθια, το εμφύτευμα πλέγματος μπορεί να αφορμά στον προ-κοτσικό ιστό ή στον τράχηλο. Οπίσθια, το εμφύτευμα πλέγματος μπορεί να αφορμά στον προ-ορθικό ιστό ή στον τράχηλο.

Η ΔΚΥ σταθεροποιεί τους κολπικούς ιστούς μετά τη χειρουργική επέμβαση και διευκολύνει την ανάπτυξη των ιστών γύρω από το εμφυτεύσιμο πλέγματος. Η διατήρηση γύρω από την κορυφή και στα άνω 2/3 του κόλπου, εκτινόμενο διαμέσου ενός εμφυτεύσιμου πλέγματος προσηγεστικοποιήσει κατά τη διάρκεια των 3 έως 4 εβδομάδων μετά την επέμβαση. Με χρήση του συστήματος GYNECARE PROSIMA αποφεύγεται η ανάγκη διατρύπασης ιστών εκτός της πυελικής κοιλότητας, καθώς επίσης και η διέλευση ραμμάτων και εμφυτεύσιμων διαμέσου του θφεσιακούς τρήματος ή του ισχιοπρωκτικού βόθρου και διαμέσου στιλωματων συνδεσμων, αποφεύγοντας έτσι την εκπέλεση τις χειρουργικής επέμβασης.

**Υστερεκτομή**

Η προτίμηση του χειρουργού και οι ανάγκες της ασθενούς καθορίζουν εάν απαιτείται ταυτόχρονη υστερεκτομή. Όταν πραγματοποιείται υστερεκτομή, συνιστάται σύγκλειση της τρωφής κολπότητας του περίτονικου, ώστε να απομακρύνει τον εμφυτεύσιμο τραχηλοσωράλικο σύνδεσμο από το εμφυτεύσιμο πλέγματος για το εντετρο. Θα πρέπει να αποσφαχθεί σύγκλειση με πυή σχήματος «T», καθώς αυτό ενδέχεται να αυξήσει τον κίνδυνο σύγκλεισης του πλέγματος. Όταν εκτελείται κολπική υστερεκτομή μαζί με πρόσθια ή οπίσθια αποκατάσταση (ή συνδυασμό και των δύο, θα πρέπει πρώτα να ολοκληρωθεί η εγκεφαλή σύγκλεισης τις τροφής της υστερεκτομής, και, στη συνέχεια, οι τοφές αποκατάστασης θα πρέπει να γίνουν με τρόπο ώστε να μην συνδέονται με ένα ταφή υστερεκτομής της οποίας προηγήθηκε η σύγκλεις. Αυτό γίνεται για να αποτραπεί η δημιουργία σχήματος «T».

**Διατήρηση μήτρας**

Το σύστημα GYNECARE PROSIMA είναι κατάλληλο για περιπτώσεις όπου ο χειρουργός ή η ασθενής επιλέγουν τη διατήρηση της μήτρας.

**Κολπικές τομές**

Οι κολπικές τομές στη διαδικασία με χρήση του συστήματος GYNECARE PROSIMA είναι ίδιες με εκείνες που χρησιμοποιούνται από το χειρουργό στις συνήθεις επεμβάσεις κολπικής αποκατάστασης. Οι τομές θα πρέπει να γίνονται σε όλο το βάθος του κολπικού τοιχώματος, ώστε να μπορεί η πλήρους πάχους πτύχωση να πληγωθεί.

**Τοποθέτηση του εμφυτεύματος πλέγματος**

Τα εμφυτεύματα πλέγματος συγκρατούνται στη θέση τους από τη ΔΚΥ μέχρις ότου πραγματοποιηθεί η διείσδυση ιστών. Επομένως, δεν είναι απαραίτητο να στερεωθούν οι ιμάντες του εμφυτεύματος πλέγματος στη θέση τους. Το κορυφαίο τμήμα του εμφυτεύματος πλήρματος μπορεί να συρραφεί στην περιτονία στη μέση γραμμή, στην κορυφή του κόλπου, χρησιμοποιώντας ένα ράμμα όπως το MONOCRYL™ (πολυγλεκαπρόνη 25) 2-0, ή τη σπειροειδή σύναψη Coated VICRYL™ (πολυγαλακτίνη 910) 2-0. Το κολπικό επιθήλιο δεν πρέπει να συρραφεί επάνω στο εμφύτευμα πλέγματος.

**Προφύλαξη του κόλπου**

Θα πρέπει να αποφεύγεται η υπερβολική αφαίρεση ή εκτομή κολπικού επιθηλίου. Μετά την επίτευξη ενέργειας να παρουσιαστεί μερική διατομή του ιστού, και η μεγαλύτερη κολπική χωρητικότητα μπορεί να εκπληρωθεί εάν έχει αφαιρεθεί μεγάλη ποσότητα κολπικού επιθηλίου.

**Τρία επίπεδα υποστήριξης του κόλπου**

Υπάρχουν 3 επίπεδα υποστήριξης του κόλπου, κοντά γνωστά για κολπική αποκατάσταση. Η χρήση του συστήματος GYNECARE PROSIMA σε μια διαδικασία προσφέρει να παρέχει τα επίπεδα I και II αυτής της υποστήριξης, ως εξής:

**Επίπεδο I – Ανάρτηση και υποστήριξη (άνω τριτημόριο του κόλπου)**

Το άνω τριτημόριο του κόλπου (αορτοβαλβιδοκαρπική) όπου το θόλο που διαχωρίζεται μετά από υστερεκτομή) και η μέγιστη υποστήριξή του από 2 χειρουργούς. Κατά πρώτο λόγο, άμεση υποστήριξη στη μέση και στο άνω μέρος του κόλπου. παρέχεται από τις λίγες του παραμήριου (ιερών, σύνδεσμος της μήτρας και κορυφαίοτερες σύνδεσμος) και του συνδετικού ιστού κύρια στο τον κόλπο. Οι ίνες αυτές δρουν ως σύστημα ανάρτησης και εκμίσωσα από την περιτονία του απωώδους μυός, τις ιερολαγόνιες αρθρώσεις και του πλευρικού ιερού οστού, ενώ εκτείνονται στο πλευρικό άνω τριτημόριο του κόλπου και στην αποθεκιδήρια σχήματι των ψηφιαίων. Αντί πλέγματι στη μήτρας και τον κόλπο παρέχεται από την ιδία του σνοπικίζεται που αρχιαποΖΟΥν στο τον πρωτικό, ανάμεσα στον πρωτικό και τον κόσκνια. Η πραπτάνη που θόλου της μήτρας και του κόλπου προκύπτει ως αποτέλεσμα της ανεπάρκειας αυτών των δομών να ενεργούν μηχανώμενα υποστήριξης. Αυτό πιθανόν να φείλεται σε αδυναμία των μυών του πυελικού εδάφους και των νευρικών από τι επιτρέπουν την κατείσυνση προτεινόμαι σε ένα σύστημα υποστήριξης.

**Επίπεδο II – Πλευρική πρόσφυση (μέσο τριτημόριο του κόλπου)**

Το μέσο τριτημόριο του κόλπου προσφύεται πλευρικά και άμεσα στους γλεις του πλευρικού πυελικού τοιχώματος μέσω του τενοντώδους τόξου της πυελικής περιτονίας (ΓΤΠΠ). Σε αυτό το επίπεδο, το πρόσθιο και το οπίσθιο τοίχωμα του κόλπου εκτείνονται μεταξύ της δεξιάς και της αριστερής πλευρικής πρόσφυσης. Σε επίπεδο II, η εισβολή απομακρύνεται πρωτεύσεις αποφατσίζει τον αν σε κάτω πλευρικό προσφορά που μέσον τμήματος του κόλπου που μίας του πλευρικού πυελικού τοιχώματος. Το κεντρικό εξέλιπεται του φύλων τμήματος του κόλπου απωτών αίτησης εμφυτηρίες επισε επίπεδο II. Η χρήση του συστήματος GYNECARE PROSIMA σε μια διαδικασία επανορ θώσαι την πλευρική πρόσφυση που κόλπου επάνω στους γλεις του πλευρικού πυελικού τοιχώματος και παρέχει επίσης κεντρική εσίωσηση στην κορυφινία μετά την κεντρική διάδωση.

**Επίπεδο III – Συγχώνευση (κάτω τριτημόριο του κόλπου)**

ΣΗΜΕΙΩΣΗ: Κατά τη χρήση του συστήματος GYNECARE PROSIMA δεν απαιτείται διαχωρισμός των ιστών σε αυτήν την περιοχή.

Στο επίπεδο III, πρόσθια, το κάτω τριτημόριο του κόλπου συγχωνεύεται με την περιτονία του περινέου και τον πύργο. Οπίσθια, το κάτω τριτημόριο του κόλπου συγχωνεύεται με το περινεϊκό σώμα και με τους ανελκτήρες μυς του πρωτικού. Σε επίπεδο III, η υποστήριξη κόλπου παρέχει πλήγματος, καθώς τα φράγματα πλέγματος δεν προσφέρεται για χρήση στο κάτω τριτημόριο του κόλπου. Το σύστημα GYNECARE PROSIMA δεν αντιμετωπίζει ελλείμματα υποστήριξης στο επίπεδο III, μολονότι αυτά μπορούν να αντιμετωπιστούν με συνδυάσεις επεμβάσεις, κατά τη διάρκεια.

**ΕΝΟΤΗΤΑ 3: ΟΔΗΓΙΕΣ ΧΡΗΣΗΣ**

ΣΗΜΕΙΩΣΗ: Κατά την ανάγνωση αυτής της ενότητας ανατρέξτε στις εικόνες που διατίθενται στην αρχή αυτού του εντύπου.

**Χειρουργική προετοιμασία**

Η χειρουργική επέμβαση που χρησιμοποιείται με το σύστημα GYNECARE PROSIMA μπορεί να διεξαχθεί υπό γενική ή τοπική αναισθησία, ανάλογα με τις προτιμήσεις του χειρουργού, του αναισθησιολόγου και του ασθενούς.

Η ασθενής θα πρέπει να τοποθετηθεί στη θέση λιθοτομής, με τους γλουτούς να προεξέχουν ελαφρά από το χειρουργικό τραπέζι και με τα σκέλη σε κάμψη. Κατά την κρίση του χειρουργού, μπορεί να γίνει παρομοίωση της ουροδόχου κύστης. Πριν από τη διάνοιγμα του μηλόινιου είναι απαραίτητη η τοπόθετηση ενός καθετήρα, ο οποίος μπορεί να εκλαβεί σε αυτό το χρονικό σημείο της επέμβασης.

**Χρήση του συστήματος GYNECARE PROSIMA σε διαδικασίες μετά από υστερεκτομή**

**Πρόσθια κολπική αποκατάσταση**

Όταν απαιτείται ελάχιστη μόνον των πρόσθιου κολπικού τοιχώματος, θα πρέπει να χρησιμοποιείται μόνο το σύστημα αποκατάστασης πρόσθιου πυελικού εδάφους GYNECARE PROSIMA. Αυτό περιλαμβάνει 1 εμφύτευμα πλέγματος και έναν ειδικά σχεδιασμένο πρόσθιο εισαγωγέα για μήτρα ως για πρόσθια κολπική αποκατάσταση. Αφού γίνουν οι απαιτούμενες κολπικές τομές και ο διαχωρισμός των ιστών, δημιουργούνται δίκτυες στους οποίς του πρόσθιου διαφραγμότικατος τα 2 σηβάδες. Ένας ειτικος διαχωρισμός ενδέχεται να καταλεξει σε πολύ λεπτό κολπικό τοίχωμα και ενδέχεται επίσης να προκαλέσει προβλήματα στην αιματικού του κολπικού τοιχώματος, αυξάνοντας έτσι τον κίνδυνο έκθεσης του εμφυτεύματος. Πλευρικά, ανοίχεται το διαχωρισμός προς το πλευρικό πυελικό τοίχωμα και έως την ισχιακή ακανθα.

Για τους σκοπούς αυτής της περιγραφής, εκτέλεστε το διαχωρισμό για τη δημιουργία των διαύλων για τους ιμάντες του εμφυτεύματος πλέγματος· προτού στη δεξιά πλευρά της ασθενούς και έπειτα στην αριστερά. Οι δίαυλοι αυτοί δημιουργούνται προκαλιώνων τι τουθετηθεί τα εμφυτεύματα πλέγματος έτσι ώστε το περιφερικό τμήμα των ιμάντων να βρίσκεται στο ίδιο επίπεδο με το πλευρικό πυελικό τοίχωμα και τον τενοντώδη μυός. Για την τοποθέτηση αυτών των ιμάντων, ξεκινήστε το διαχωρισμό των νικών ψηλαφώντας και αναγνωρίζοντας την ισχιακή ακανθα και στις δύο πλευρές. ΣΗΜΕΙΩΣΗ: Οι διαχωρισμός αυτός μπορεί εναλλακτικά να εκτελεστεί χρησιμοποιώντας την τεχνική «κίθησης διαίνυξης» (push-spread), έτσι ώστε τα άκρα του ψαλιδιού να παραμένουν ανοιχτά προσθιος της ισχιακής ακανθας. Συνεχίστε τον αρχικό διαχωρισμό με ελαφρά δακτυλικό διαχωρισμό έως την ισχιακή ακανθα. Μόλις φτάσετε την ισχιακή ακανθα, κεντρικά κολλικά το δίκτυο του, ώστε να δημιουργηθεί ένας χώρος πρόσθια και επάνω από την ισχιακή ακανθα. Εκ κανδού ΒΑ II κατεύθυνση αυτού να διαχωρισμού είναι κατακόρυφη ως προς το πλευρικό πυελικό τοίχωμα και δημιουργεί ένα χώρο περίπου 2 cm σε πλάτος και 3 cm σε ύψος. Ο πρόσθιος διαχωρισμός είναι περιλάμβανω διαμιουργία στους νευρογλυμένους συνδέσμους. Αυτός ο διαχωρισμός δημιουργεί έναν δίαυλο προσθιος και επάνω από την ισχιακή ακανθα και επίσης από το ΓΤΠΠ, του οποίου θρησκεύει μια και την τσχημικός του περιτονίου. Επαναλάβετε τον ίδιο διαχωρισμό στην αριστερή πλευρά.

Δεν απαιτείται πτύχωση του προ-κεντρικού ιστού. Ωστόσο, εάν πραγματοποιηθεί πτύχωση, συμμετέχει μόνο το κεντρικό τμήμα του ιστού αυτού. Με αυτό τον τρόπο, η πτύχωση στις αντίθετες κατεύθυνσης και σε κάθε άκρο υπάρχουν βλάβη που υποδειλώνουν την κατεύθυνση τοποθέτησης. Με τα βέλος να δείχνει προς τη δεξιά πλευρά της ασθενούς, εισαχθεί ο άκρος του πρόσθιου εισαγωγέα μέσα στο δίαυλο του ιμάντα του εμφυτεύματος πλέγματος (βλ. εικόνα 8B), στη δεξιά πλευρά της ασθενούς. ΣΗΜΕΙΩΣΗ: Η εφαρμογή αντίθετης έλξης ενδέχεται να βοηθήσει ώστε τα παραμένει το θάλαμο φαφημώνται στον πρόσθιο εισαγωγέα. Διατηρήστε τον πρόσθιο εισαγωγέα σε κατακόρυφη θέση, έτσι ώστε το κορτο λαβής του να βρίσκεται απέναντι από το επιθήλιο κολπικού τοιχώμα. Στη συνέχεια, κατά κλίσετε τον πρόσθιο εισαγωγέα, με φορωμένων τον ιμάντα, προς το δίαυλο που δημιουργήθηκε προηγουμένως στον ιστό (βλ. εικόνα 8C), έως ότου η λαβή είθι κε επιστεί με το μεγάλα μέσα σωλήνα που αποδεχθείτε πλευρά. Αυτό επιτρέφεντατι τοποθέτηση το τμήμα του πρόσθιου εισαγωγέα με τη λαβή σε κατακόρυφη πίσω, το κρος ποικίλω την ιατρική βλάβη του εμφυτεύματος πλήγματος ώστε να είναι και να καπηλικά να εισαχθεί ίσια δυναμικά. Αφού τοποθετηθεί, επανέξετε τη λαβή προς το κάτω σε σχέση κολωσια θέση, διατηρώντας τη λαβή εκ επαγή με τα κεντρικό τμήματι του πρόσθιου εισαγωγέα. Εκ σύνδεσης, η κανδημονα του πλήγματος το τυπικά χρησιμοποιείται πλήγματος ίμαντα και βραβεύει κατά την αρχική τοποθέτηση στο δίαυλο. Εάν σνέθεμητις, χρησιμοποιάστε το δείκτη σας στο δίαυλο για να καθοδηγήσετε την αρχική τοποθέτησης του πρόσθιου εισαγωγέα έναντι των μεγάλων χώλων στην αντιπαράλληλα πλευρά, προστα χειμάσετε τη λαβή. Ολόνευσε, επομένως ποτε σε σίωσα, διασφαλίζει ότι ο θάλαμο του εμφυτεύματος πλήγματος δεν ενδιανθεύανται πρέπει το όψι τμήματος έχει ενδιανθεύανται σε ιστράντι. ΣΗΜΕΙΩΣΗ: Εάν αισθανθείτε αντίσταση κατά τη διάρκεια της εισαγωγής των ιμάντων, προσδιορίστε την αιτία προτού συνεχίσετε. Εάν συνεχίστε την εισαγωγή υπό αντίσταση, ενδέχεται να προκαλέσει βλάβη του εμφυτεύματος πλήγματος ή εισαγωγή πέραν του ενδεδειγμένου σημείου, με αποτέλεσμα να προκαλέσει βλάβη σε σημαντικές δομές ιστών.

Για την εφαρμογή του πρόσθιου εισαγωγέα, επαναφέρετε τη λαβή στην κατακόρυφη θέση προτού την αποσύρετε, ασκώντας για αρκετά μία στο δίαυλο. ΣΗΜΕΙΩΣΗ: διασφαλίζει ότι ίμαντα του πρόσθιο πλήγματος. ΣΗΜΕΙΩΣΗ: Εάν ο πρόσθιος εισαγωγέας αποσυρθεί προς το έξω πρωτού μετακινηθεί το εξω προστι πετοχφιθεί στο στόχο ο ιμάντα του εμφυτεύματος πλήγματος, ο ιμάντας θα πρέπει να αφαιρεθεί, να επανορθωθεί και να επανατοποθετηθεί. Επαναλάβετε τη διαδικασία στην αντίθετη πλευρά του ασθενούς, χωρίζοντας τον πρόσθιο εισαγωγέα και βεβαιώνετε ότι ο ιμάντας του πλήγματος να αφημένη προς την αριστερή πλευρά της ασθενούς, μέσα στον δίαυλο. Η εικόνα 8D δείχνει και τους δύο ιμάντες τοποθετημένους. ΣΗΜΕΙΩΣΗ: Κατά την τοποθέτηση του δεύτερου ιμάντα, προσέξει ώστε να αποφύγετε τη μετακίνηση του εμφυτεύματος πλήγματος και βεβαιωθείτε ότι το εμφύτευμα πλήγματος ΔΕΝ έχει συστραφεί.

Τοποθετήστε μάλαγα το σώμα του εμφυτεύματος πλήγματος επάνω από του υποκείμενο κολπικό ιστό. Θα πρέπει να αποφεύγεται η αναδίπλωση ή η συστροφή του σώματος του. Το σώμα του εμφυτεύματος πλήγματος ενδέχεται να συρραφεί στην υποκείμενη περιτονία με ένα μόνον απορροφώμενο ράμμα. Το κολπικό επιθήλιο μπορεί να αποκατά στη ψιλθεί ελαφρά στη νέα θέση. Το κολπικό επιθήλιο μπορεί να επανασυρραφεί. Κλείστε το επιθήλιο επάνω από το εμφύτευμα πλήγματος, χωρίς να χρησιμοποιήσετε ελληλοκαλύπτεται ράμμα (όπως περιγράφεται παρακάτω, βλ. εικόνα 8Ε). Η τελική τοποθέτηση του εμφυτεύματος πλήγματος θα πρέπει να φαίνεται επίπεδη και χωρίς πτύχωση.

ΣΗΜΕΙΩΣΗ: Βεβαιωθείτε ότι επιτυχγάνεται αιμόσταση πριν και κατά τη διάρκεια της σύγκλεισης των κολπικών τομών.

Κλείστε τις κολπικές τομές (χωρίς αλληλοκαλύπτεται ράμματα ή φράγματα σχήματος, εκτός. Μια τον τρόπου αυτό, αποφεύγεται η υποδήλωση ναι ικανότητα επιθηλίου κατά μήκος των χωλμεία ενός γραμμικούς. Η διέρχωση του πλήγματος. Η σύγκλειση του κολπικού γίνεται κατά ποραπίυν: σε 2 σαρωβάδες, ώστε να προκύψει μια σχετική σωρφρική γραμμή σαρραφής στο κολπικό τοίχωμα, περ αδιαλεπτώσεις σαρωβάδες ή πλήγματος, χωρίζοντας τα εμφύτευμα πλήγματος, με αλληλοκαλύπτεται σαρραφή μη στα ράμμα όπως το MONOCRYL 2-0 ή το αντιδραστηρικό ράμμα MONOCRYL™ Plus (πολυγλεκαπρόνη 25) 2-0. Στη συνέχεια, κλείστε το επιθήλιο με μια μη αλληλοκαλύπτεται, ραφή σύγκλεισης που αρχίζει παραπλεύρως του επιθηλίου, με χρησιμοποιεί ράμμα όπως το MONOCRYL 2-0 ή το αντιδραστηρικό ράμμα MONOCRYL™ Plus (πολυγλεκαπρόνη 25) 2-0. Στη συνέχεια, κλείστε το επιθήλιο με μια μη αλληλοκαλύπτεται, ακρινή, συναπτόμενη συσωρφρική ράμμα. ΣΗΜΕΙΩΣΗ: Τοποθετήστε το εμφύτευμα πλήγματος στα άνω 2/3 του κόλπου, φροντίζοντας να το ακουλεπεί εάν εκτείνεται πέραν των 2/3. Εάν δεν έχει γίνει τότε, οι συναπτόμαι καντοισμός, ώστε να αποκελεστεί η ενδέχεται τραυματισμού σε σημαντικών δομικών.

Εναλλακτικά, μπορεί να χρησιμοποιηθεί μια τεχνική με αλληλοκαλύπτεται τοποθέτησης σε μια επιβολή. Μπορεί να χρησιμοποιηθεί μια ανέφυσι, μη αλληλοκαλύπτεται συσφρική σύγκλειση εμφυτεύματος σπαρώματος ή διακεπτόμενες σπρωφές, με ράμμα όπως το επικαλυμμένο Coated VICRYL 2-0 ή το επικαλυμμένο Coated VICRYL Plus 2-0.

**Οπίσθια κολπική αποκατάσταση**

Όταν απαιτείται ενίσχυση μόνον του οπίσθιου κολπικού τοιχώματος, χρησιμοποιείται μόνο το σύστημα αποκατάστασης οπίσθιου πυελικού εδάφους GYNECARE PROSIMA. Αυτό παραλαμβάνει 1 εμφύτευμα πλέγματος και είναι ειδικά σχεδιασμένο οπίσθιο εισαγωγέα για χρήση στην οπίσθια πυελική αποκατάσταση. Αρκού προκαρτηρισμένες τις αναιτολογικές κολπικές τομές και τα διαχωρισμό του ιστού, δημιουργείστε διαύλους στον ιστό του οπίσθιου διαμερίσματος, για να τοποθετήσετε οι αυτοί τους ιμάντες του εμφυτεύματος πλέγματος. ΣΗΜΕΙΩΣΗ: Ο οπίσθιος εισαγωγέας δεν πρέπει να χρησιμοποιείται για το διαχωρισμό ιστού.

**Οπίσθια κολπική διαχωρισμός και διάνοιξη διαύλων**

Διερευνήστε το οπίσθιο κολπικό επιθήλιο από τον προ-ορθικό ιστό. Όπως και το πρόσθιο κολπικό τοίχωμα, το οπίσθιο κολπικό τοίχωμα θα πρέπει να διαχωριστεί σε όλο το πάχος του. Ο διαχωρισμός αυτός θα πρέπει να διευκολύνεται από υπαστηθλιακό υδροδιαχωρισμό. Συνεχίστε το διαχωρισμό του ιστού πλευρικά, σε κάθε πλευρά, προς τους σπλάχνιους μύες του ηβικού, στο επίπεδο της νωρικής άκανθας. Στη συνέχεια, συνεχίστε τη διαγνωσμική διαχώσιο καθομή από τις σπλήνε του ορθικού και προς καθόσον από τους ισχιανικητικού συνδέσμους, αλλά όχι διαμέσου αυτών, δημιουργώντας διαύλους μέσα όπως και τους τοποθετηθούν οι ιμάντες του εμφυτεύματος πλέγματος. Βλ. εικόνα 9A.

Η αντιμετώπιση τυχόν προϋπάρχουσας εντεροκήλης είναι προαιρετική αλλά, εάν πραγματοποιηθεί, μπορεί να γίνει σε αυτό το στάδιο, σύμφωνα με την προτιμώμενη τεχνική του χειρουργού.

Εάν η περιτοναϊκή κοιλότητα έχει ανοιχθεί κατά τη διάρκεια του προόδου ή του οπίσθιου διαχωρισμού, θα πρέπει να γίνει γνωριλεκτή της πριν από την τοποθέτηση του πλέγματος.

**Τοποθέτηση του οπίσθιου εμφυτεύματος πλέγματος**

Δεν απαιτείται πτύχωση του προ-ορθικού ιστού. Ωστόσο, εάν πραγματοποιηθεί πτύχωση του προ-ορθικού ιστού, πτύχωστε μόνο το κεντρικό τμήμα του προ-ορθικού ιστού. Με αυτό τον τρόπο, η περοχή όπου ιμάντα ο διαχωρισμός δεν γίνεται πολύ στενή. Τοποθετήστε το εμφύτευμα πλέγματος επάνω από τον προ-ορθικό ιστό, με τα θηλάκια των ιμάντων στραμμένα προς τα επάνω. Εάν πρόκειται να γίνει συρραφή, θα πρέπει να γίνει σε αυτό το χρονικό σημείο της επέμβασης, τοποθετώντας ένα ράμμα όπως το MONOCRYL 2-0 ή το επικαλυμμένο ράμμα Coated VICRYL 2-0 στην κορυφή του εμφυτεύματος πλέγματος για ύποτήριξη της κορυφικής γλωττίδας του εμφυτεύματος πλέγματος. Η συρραφή μπορεί να γίνει σε αυτό το χρονικό σημείο ή μετά τοποθέτηση οι ιμάντες. Η περιφερικής υπόλοιπος του εμφυτεύματος πλέγματος είναι προαιρετική και μπορεί να γίνει με ράμμα όπως το MONOCRYL 2-0 ή το επικαλυμμένο ράμμα Coated VICRYL 2-0.

Χρησιμοποιώντας τον οπίσθιο εισαγωγέα, τοποθετήστε τους ιμάντες του εμφυτεύματος πλέγματος στο δεξιό και τον αριστερό δίαυλο που δημιουργήθηκε από το διαχωρισμό προς καθόσον από τους ισχιανικητικούς συνδέσμους (όπως περιγράφηκε παραπάνω). Κρατήστε τον οπίσθιο εισαγωγέα χρησιμοποιώντας ένα ευθύ βελονοκάτοχο/οδηγό, όπως φαίνεται στην εικόνα 9B. ΣΗΜΕΙΩΣΗ: Τοποθετήστε το άκρο του βελονοκάτοχου/οδηγού μέσα στο ευθύ άκρο του οπίσθιου εισαγωγέα. Βεβαιωθείτε ότι ο συνδυλιμένος οπίσθιος εισαγωγέας είναι ευθυγραμμισμένος με τη λαβή του βελονοκάτοχου/οδηγού. Εισαγάγετε το άκρο του οπίσθιου εισαγωγέα μέσα στο θηλάκια του ιμάντα, στη δεξιά πλευρά της ασθενούς (βλ. εικόνα 9B). Στη συνέχεια, κατευθύνετε τον οπίσθιο εισαγωγέα, με φορτωμένο τον ιμάντα, μέσα στο δίαυλο που δημιουργήθηκε προηγουμένως στην απέ (βλ. εικόνα 9C), διατηρώντας τη λαβή του βελονοκάτοχου/οδηγού σε όρθια θέση. Προχωρήστε στην εισαγωγή μέσα από τη θηλάκια του ιμάντα μέσα στο δίαυλο, έτσι ώστε η άκρη του ιμάντα να αναγγελεί το επάνω άκρο της περιτοναϊκή διαχωρισμού. ΣΗΜΕΙΩΣΗ: Εισαγάγετε τον πρώτο ιμάντα πλέρως. Εάν ο εισαγωγέας αναγκηθεί προς τα έξω προτού μετακινηθεί στο στίχιο ο ιμάντας, ο ιμάντας θα πρέπει να αφαιρεθεί, να επανατοποθετηθεί και να επανεισαχθεί. ΣΗΜΕΙΩΣΗ: Προστατε ο ιμαγωγή να γίνει σε μεγάλο βάθος, ώστε να αποφευχθεί τραυματισμός σημαντικών δομών των ιστών. ΣΗΜΕΙΩΣΗ: Εάν αισθανθείτε αντίσταση κατά τη διάρκεια της εισαγωγής των ιμάντων, προσδιορίστε την αιτία πριν συνεχίσετε. Εάν συνεχίσετε την προώθηση του εισαγωγέα από αντίσταση, ενδέχεται να προκληθεί βλάβη των εμφυτεύματος πλέγματος ή εισαγωγή πέραν του επιθυμητού σημείου, με αποτέλεσμα να προκληθεί βλάβη σε γνωστικές δομές ιστών. Κατά τον οπίσθιο εισαγωγέα μόνο από το αδικό εισαγωγής, ασφιονίας τον ιμάντα μέσα στο δίαυλο. Οι ιμάντες εφαρμόζουν επάνω στους ισχιανικητικούς συνδέσμους, αλλά δεν τους διατρούνον. Μην τοποθετείτε ράμμα στους ισχιανικητικούς συνδέσμους. Εκκολλάξετε τη διαδικασία στην αριστερή πλευρά της ασθενούς με τη δεύτερο ιμάντα. Η εικόνα 9D δείχνει και τους δύο ιμάντες τοποθετημένους. ΣΗΜΕΙΩΣΗ: Κατά την τοποθέτηση του δεύτερου ιμάντα, προσέξτε ώστε να αποφύγετε τη μετακίνηση του εμφυτεύματος πλέγματος και βεβαιωθείτε ότι το εμφύτευμα πλέγματος ΔΕΝ έχει στραφτεί.

Τοποθετήστε χαλαρά το σώμα του εμφυτεύματος πλέγματος επάνω από τον επικολομμένο κολπικό περιτονία. Αποφύγετε την ανάδιπλωση ή τη συστροφή του σώματος και των ιμάντων του εμφυτεύματος πλέγματος. Το σώμα του εμφυτεύματος πλέγματος ενδέχεται να πρέπει να αποκοπεί, ανάλογα με τις διαστάσεις του κόλπου ή τη μέγεθος της πλευρικής ανατομής. Το οπίσθιο κολπικό επιθήλιο μπορεί να κλειστεί, αλλά θα πρέπει να αποφευχθεί υπερβολική αφαίρεση του. Κλείστε το οπίσθιο επιθήλιο επάνω από το εμφύτευμα πλέγματος, χωρίς να χρησιμοποιήσετε αλληλοεπικάλυψη ράμματα όπως περιγράφεται παρακάτω. Η τελική τοποθέτηση του εμφυτεύματος πλέγματος στον οπίσθιο διαμέρισμα φαίνεται στην εικόνα 9E.

ΣΗΜΕΙΩΣΗ: Βεβαιωθείτε ότι επιτυγχάνεται αιμόσταση πριν και κατά τη διάρκεια της σύγκλεισης των κολπικών τομών.

Κλείστε τις κολπικές τομές χωρίς να χρησιμοποιήσετε αλληλοεπικάλυψη ράμματα ή ράμματα σχήματος οκτώ. Με τον τρόπο αυτό, αποφεύγεται η απαγγύλωση του κολπικού επιθηλίου κατά μήκος των γραμμών των τομών και μειώνεται η διάβρωση του πλέγματος. Κλείστε τις κολπικές τομές κατά πρηγόμενα σε 2 στρώσεις, όπως να προκαλεί μια σχετικά συμπαγής γραμμή συρραφής στο σημείο της κολπικές τομές. Κλείστε τη βαθύτερη στρώση με μια συνεχή, απασθηβλιακή, μη-αλληλοεπικάλυψη συρραφή, με ράμμα όπως το MONOCRYL 2-0 ή το αντιβκατερικό ράμμα MONOCRYL Plus 2-0. Στη συνέχεια, κλείστε το επιθήλιο με μια μη-αλληλοεπικάλυψη, συνεχή συρραφή, χρησιμοποιώντας ράμμα όπως το επικαλυμμένο Coated VICRYL 2-0 ή το επικαλυμμένο Coated VCRYL Plus 2-0. ΣΗΜΕΙΩΣΗ: Τοποθετήστε το εμφύτευμα πλέγματος στα άνω 2/3 του κόλπου, αφοσιώντας να το επικαλύψετε εάν εντείνεται πέραν των 2/3. Με την ολοκλήρωση της επέμβασης, απαιτείται η διεύργεια δακτυλικής εξέτασης του ορθού, ώστε να επαλήθει ο ορθικός αυλός ρυσθείσε τραυματισμού του ορθού.

Εναλλακτικά, μπορεί να πραγματοποιηθεί σύγκλειση του κολπικού τοιχώματος σε μία στρώση. Μπορεί να χρησιμοποιηθεί μια συνεχής, μη αλληλοεπικάλυψη ραφή αντεστραμμένο στρώματος ή διακοπτόμενες συρραφές, με ράμμα όπως το επικαλυμμένο Coated VICRYL 2-0 ή το επικαλυμμένο ράμμα Coated VICRYL Plus 2-0.

**Σινδυασμένη πρόσθια και οπίσθια αποκατάσταση**

Όταν απαιτείται ενίσχυση τόσο του πρόσθιου όσο και του οπίσθιου κολπικού τοιχώματος, χρησιμοποιείται το σινδυασμένο σύστημα αποκατάστασης πυελικού εδάφους GYNECARE PROSIMA. Αυτό περιλαμβάνει 2 πανομοιότυπα εμφυτεύματα πλέγματος, ένα για την πρόσθια κολπική αποκατάσταση και ένα για την οπίσθια κολπική αποκατάσταση. Χρησιμοποιείτε μόνο τον κορπό πρόσθιο εισαγωγέα για την πρόσθια αποκατάσταση και μόνο τον οπίσθιο εισαγωγέα για την οπίσθια αποκατάσταση. Πραγματοποιήστε τις πρόσθιες και τις οπίσθιες κολπικές αποκαταστάσεις όπως περιγράφεται παραπάνω. Συνιστάται η πρόσθια κολπική αποκατάσταση να διεκρέται πρώτη. Η τελική τοποθέτηση των εμφυτεύματων πλέγματος στο πρόσθιο και στο οπίσθιο διαμέρισμα φαίνεται στην εικόνα 10. Με την ολοκλήρωση της επέμβασης, συνιστάται καθετοσμός, ώστε να αποκλειστεί το ενδεχόμενο τραυματισμού της ουροφόρου οδού. Απαιτείται διεύργεια δακτυλικής εξέτασης του ορθού, ώστε να αποκλειστεί το ενδεχόμενο τραυματισμού του ορθού.

**Χρήση του συστήματος GYNECARE PROSIMA με διατήραση μήτρας (υστεροπήξη)**

Εάν διατηρηθεί η μήτρα που έχει υπνωτό προληφίασ, η κορφραία γλωττίδα του εμφυτεύματος πλέγματος πρέπει να στερεωθεί στον τράχηλο. Η καθήλωση του εμφυτεύματος πλέγματος επάνω στον τράχηλο πρέπει να γίνει στο επίπεδο του ήβο-τραχηλικού δακτύλιου, όπου αυτό τοποθετείται κατά την πρόσθια ή την οπίσθια αποκατάσταση.

Όταν η μήτρα διατηρείται κατά την πρόσθια κολπική αποκατάσταση, ο ήβο-τραχηλικός δακτύλιος εκτίθεται κατά τη διάρκεια της πρόσθιας κολπικής αποτομής. Τοποθετήστε σταθερά ένα ράμμα PROLENE 2-0 μέσα στην πρόσθια άφη του ήβο-τραχηλικού δακτύλιου. Το ράμμα αυτό τοποθετείται επίσης διαμέσου της κορφραίας γλωττίδας του εμφυτεύματος πλέγματος. Στην αρχική ηλεκτραφή μέσα στην θέση τους. Έτσι ασφαλίζεται το εμφύτευμα πλέγματος στην πρόσθια PROLENE δίνεται αυτά τοποθετηθούν οι ιμάντες του εμφυτεύματος πλέγματος στη θέση τους. Έτσι ασφαλίζεται το εμφύτευμα πλέγματος στον τράχηλο και η διάρκεια της οπίσθιας κολπικής ανατομής. Ένα ράμμα PROLENE 2-0 τοποθετείται σταθερά μέσα στην οπίσθια άφη του ήβο-τραχηλικού δακτύλιου. Το ράμμα αυτό τοποθετείται επίσης διαμέσου της κορφραίας γλωττίδας του εμφυτεύματος πλέγματος. Το ράμμα PROLENE δένεται αφού τοποθετηθούν οι ιμάντες του εμφυτεύματος πλέγματος στη θέση τους. Έτσι, ασφαλίζεται η τοποθέτηση του εμφυτεύματος πλέγματος επάνω επιφάνεια του τράχηλο, στο επίπεδο του ήβο-τραχηλικού δακτύλιου.

Στην χρησιμοποιώντας και για την πρόσθια και για την οπίσθια αποκατάσταση, το εμφύτευμα πλέγματος προσφέρεται τόσο στην πρόσθια όσο και στην οπίσθια του τράχηλο, όπως περιγράφεται παρακάτω (βλ. εικόνα 11).

**Υγιεινή εμφυτεύματος πλέγματος**

Κατά τη διάρκεια της χειρουργικής επέμβασης, κατεκνείτε το κολπικό τραύμα με φυσιολογικό ορό. Ο χειρισμός του εμφυτεύματος πλέγματος θα πρέπει να είναι ο ελάχιστος δυνατός και να εφαρμόζεται σου πλήμα ορθή ιατρική πρακτική.

**Τοποθέτηση της ΔΚΥ και του μπαλονιού**

Με την ολοκλήρωση της χειρουργικής επέμβασης, τοποθετήστε στον κόλπο μια ΔΚΥ κατάλληλου μεγέθους, με προσαρτημένο μπαλόνι και συμφέρει την αντι θέση της, ώστε να επιτηρεί τυχόν μετατόπιση. Η ΔΚΥ διατίθεται σε 3 μεγέθη (μικρό, μεσαίο και μεγάλο) και το μέγεθος της γενικά να προσαρμοστεί από το χειρουργό έτσι να ταιριάζει με το μήκος του κόλπου της ασθενούς, όπως περιγράφεται παρακάτω.

**Εφαρμογή και απόκαιση της ΔΚΥ**

Η ΔΚΥ διατίθεται στα μεγαλύτερα μεγέθος. Προσδιορίστε το κατάλληλο μέγεθος της ΔΚΥ για την ορθή χρησιμοποιώντας την ιδέα τη ΔΚΥ για να υπολογίστε το πιθ εφαρμόζει στον κόλπο. Αυτό γίνεται τοποθετώντας τη ΔΚΥ μεγάλου μεγέθους στον κόλπο και στο δακτύλιο του ιμάντα στα ενδό μέρος. Εάν υπάρχει ένα κόλπο, κρατήστε τη ΔΚΥ από το πλάστιμο σημείο της και μειώστε την από τη μπαλόνι προσανατολισμένην προς τα εντός (βλ. εικόνα 12). Το πλάστιμο σημείο της ΔΚΥ εκαίνταται πρώτη, ότοι σε τέτοι. Ο μεγαλύτερος της να βρήκενε αρίσκος επάνω από τη δακτύλιο του ιμάντα. ΣΗΜΕΙΩΣΗ: Μην αφαιρέσετε και μην χρησιμοποιήσετε βλάβη στο μπαλόνι κατά τη διάρκεια της μέγεθος της ΔΚΥ. Το σωστό μέγεθος επιτυγχάνεται όταν η ΔΚΥ εφαρμόζει στα ένα 2/3 του διατάθεντος κόλπου, με τη περιφερικό άκρο και τις οπός ραμμάτων οι κοτοποσ περίπου 1 cm επάνω από το δακτύλιο του ιμάντα (βλ. εικόνα 13).

Εάν το μεγάλο μέγεθος εφαρμόζει, η ΔΚΥ έχει τρηματίτεται. Εάν απαιτείται το μεσαίο μέγεθος, τότε αφαιρεθεί τα αποτέτρι ύψμια με προσεκτική αποκολλή, χρησιμοποιώντας μέσα στο σώμα ενός ηλεκτρικό ψαλίδιού ληγός, ώστε να αφαιρέσετε τα χαμμάτα και να διατηρήσει αμυλλό το κομφαίλνο δακρο. Θα πρέπει να δοθεί προσοχή ώστε να επλαγγατοιολήνει ψαλίδιατα υπολλοκάμενα λόκια στο εσωτερικό κάμε κόλπους. ΣΗΜΕΙΩΣΗ: Είναι σημαντικό να γίνει πολύ προσεκτική εφαρμογή της ΔΚΥ. Από τη στιγμή που απασκαίσαι μια ΔΚΥ η μπορεί να επανέλθει στο αρχικό της μέγεθος, ούτε να επανεκελνηθεί τα τμήματα που απασέτανθην. Κατά τη διάρκεια της μέγεθους, κατεκνείτε το μπαλόνι ώστε να μην εμβληθεί (βλ. εικόνα 14). Προσέξτε ώστε να μην προκαλέσετε ζημία στο μπαλόνι ενώσω κάθετε τη ΔΚΥ.

Εάν εφαρμόζει το μεσαίο μέγεθος, δεν απαιτείται περαιτέρω αποκοπή. Εάν απαιτείται το μικρό μέγεθος, τότε αφαιρέτει το τμήμα που έχει μεσαίας, όπως περιγράφεται παρακάτω. Κατά τη διάρκεια της αποκοπής, μετακνείτε το μπαλόνι ώσπε να μη διατρηθεί.

Αφού προσαρμοστεί κατάλληλα το μέγεθος της ΔΚΥ και επανατοποθετηθεί στη θέση του το μπαλόνι, η διεστείξι μπορεί να αναφληθεί στον κόλπο της ασθενούς. ΣΗΜΕΙΩΣΗ: Για να εναγωτοικυηθεί μη πραγματοποιείτε εφαρκλία για να αποβιαθθήκετε την ελκενούση διάτρηση του μπαλονιού. Για προσλαβεί ζημία στο μπαλόνι, εφαρμόστε το από τη ΔΚΥ και χρησιμοποιήστε γάζες για τη αφαίρεση του κολικού κολπίτισ.

Αφού τοποθετηθεί σωστά η διάταξη στα άνω 2/3 του διατεθέντος κόλπου της ασθενούς, σπμαίνατε τη ΔΚΥ στη θέση της περιντώσ το ράμμα μια φορά στο κάθε οπές ραμμάτων της ΔΚΥ και μέσα στο οπίσθιο κολπικό τοιχώματος, πλπεραμό και επάνω από τον υμένα σε κάθε πλευρά, όπως φαίνεται στην εικόνα 15, στην 4η και την 8η ώρα. Στη συνέχεια, το δεσά και το ενκετρό ράμμα δίνονται, συγκρατώντας σταθερά τη ΔΚΥ στη θέση της μέσα στον κόλπο. ΣΗΜΕΙΩΣΗ: Προσέξτε να μη διατραφεί το μπαλόνι κατά τη συρραφή της ΔΚΥ στη θέση της. Για την εφαρμογή αυτή συνιστάται επικαλυμμένο ράμμα Coated VICRYL-0 ή αντίστοιχο απορροφήσιμο ράμμα.

**Διάγνωση του μπαλονιού**

Αφού αφαιρέσετε τη ΔΚΥ από θέση της, προσαρμόστε την ποσιχίμενη σύριγγα των 50 ml, περιεχόμενη την ώστε να αναζητάτε επάνω στο βαλβίδα του μπαλονιού. **ΣΗΜΕΙΩΣΗ: Μετά την τοποθέτηση της ΔΚΥ, είναι απαραίτητη η τοποθέτηση ενός καθετήρα για να αποφευχθεί η κατακράτηση ούρων.** Μετά από τη διάγνωση με ένα μικρό όγκο αέρα από το περιβάλλον (βλ. εικόνα 16), ερφαρίστε με ένα δάκτυλο όλο το ρίκος του μπαλονιού για να βεβαιωθείτε ότι το μπαλόνι έχει εκπτυχθεί και εφαρμόζει πλήρως στον κόλπο. Αφού επιβεβαιώσετε την έκπτυξη, αφαιρέστε το δάκτυλο και συνεχίστε τη διάγνωση του μπαλονιού έως ότου μόνο το όερο του δάκτυλου να χωρίσει ανάμεσα στο ανάμεσα στο μπαλόνι και στο κολπικό τοίχωμα. Κατά τη διάρκεια της διάγνωσης, συναντήστε η σταθεροποίηση της ΔΚΥ. Το δυναμμένο μπαλόνι ε/[υπηρετεί την εφαρμογή του] εμφατ[ίζοντας πλέγματος] επάνω στο κολπικό τοίχωμα. Ο όγκος του αέρα που απαιτείται για την εγχειρ διάγνωση του μπαλονιού θα ποικίλλει από ασθενή σε ασθενή. **ΣΗΜΕΙΩΣΗ: Ο μέγιστος όγκος διάγνωσης του μπαλονιού δεν πρέπει να υπερβαίνει τα 90 ml.** Αφού διαγνωθεί επαρκώς το μπαλόνι, αφαιρέστε τη σύριγγα από τη βαλβίδα περιστρέφοντάς την. Η γραμμή διάγνωσης του μπαλονιού πρέπει να εξέχει από τον κόλπο ώστε να επικολληθεί στο μηρό της ασθενούς. Το πώμα πρέπει να αφαιρεθεί στη βαλβίδα του μπαλονιού, ώστε να διασφαλιστεί η διατήρηση του επιθυμητού όγκου αέρα στο μπαλόνι (βλ. εικόνα 7). **ΣΗΜΕΙΩΣΗ: Μη σφίγγετε υπερβολικά το πώμα.** Εάν χρειαστεί, το μπαλόνι μπορεί να ρυθμιστεί αργότερα, χρησιμοποιώντας μία τυπική σύριγγα για την αύξηση ή τη μείωση του αέρα που περιέχεται στο μπαλόνι. Σε οποιοδήποτε στιγμή, το μπαλόνι μπορεί να ξεφλαρηθεί ή να εξαχθεί εντελώς για να επιβεβαιωθεί ότι διατηρεί επαρκής διάγνωση. **ΣΗΜΕΙΩΣΗ: Καθώς κινείται η ασθενής, το μπαλόνι θα σταθεροποιηθεί στην κολπική κοιλότητα και ενδέχεται να φανεί ότι η πίεση του αυξάνεται ή μειώνεται. Αυτό είναι φυσιολογικό.**

*ΣΗΜΕΙΩΣΗ: Μην αφαιρέτε το μπαλόνι από τη ΔΚΥ πριν από τη χρήση.*

*ΣΗΜΕΙΩΣΗ: Μη διαγνώσετε το μπαλόνι πριν από την εισαγωγή του στον κόλπο.*

*ΣΗΜΕΙΩΣΗ: Μετά τη διάγνωση του μπαλονιού, εάν οι οπές ρεμμάτων της ΔΚΥ έχουν μετακινηθεί περισσότερα από 1 cm επάνω από το δάκτυλο του ωτρού ή εάν υπάρχει υπερβολική τάση στα ρεμμάτα των ουρών, ελαττώστε την πίεση στο μπαλόνι και εάν απαιτείται, επανατοποθετήστε τη ΔΚΥ ή ρυθμίστε να νέου το μέγεθος της.*

*ΣΗΜΕΙΩΣΗ: Εάν παρατηρήσετε τυχόν οπές στο μπαλόνι ή εάν αντιγνωθεί διαρροή ή εάν το μπαλόνι δεν παραμένει διαγνωσμένο, ΜΗΝ το χρησιμοποιήσετε. Θα πρέπει να αφαιρεθεί από τη ΔΚΥ και να απορριφθεί κατάλληλα. Χρησιμοποιήστε τυπικές γέξες στη θέση του μπαλονιού.*

*ΣΗΜΕΙΩΣΗ: Εάν αποκολληθεί από τη ΔΚΥ το βίουμα σύνδεσης του μπαλονιού, αλλάστε το ξανά στη θέση του.*

*ΣΗΜΕΙΩΣΗ: Μη στερεώνετε τη γραμμή διάγνωσης του μπαλονιού μέσα στον κόλπο.*

*ΣΗΜΕΙΩΣΗ: Για να αποφύγετε την πρόκληση βλάβης, ποτέ μην ασκείτε υπερβαλική δύναμη κάμψης, τάσης ή περιστροφής στη γραμμή διαστολής.*

*ΣΗΜΕΙΩΣΗ: Μην τοποθετείτε γέξες όταν έχει ήδη τοποθετηθεί μπαλόνι.*

**Αφαίρεση μπαλονιού από τη ΔΚΥ**

Χρησιμοποιώντας μια τυπική σύριγγα, αδειάστε πλήρως και αφαιρέστε το μπαλόνι, 1 ημέρα μετά την επέμβαση, αφήνοντας τη ΔΚΥ στη θέση της. **ΣΗΜΕΙΩΣΗ: Μην αφαίρετε το μπαλόνι μέσα στον κόλπο επί περισσότερο από 1 ημέρα.**

1) Αφαιρέστε το πώμα από τη βαλβίδα του μπαλονιού.

2) Προσαρμόστε μια τυπική σύριγγα των 50 ml (ή μεγαλύτερη) στη βαλβίδα του μπαλονιού και αδειάστε το πλήρως (βλ. εικόνα 17). Είναι σημαντικό να αποδυναμώσετε πλήρως το μπαλόνι προτού επιχειρήσετε να το αφαιρέσετε από τη ΔΚΥ. **ΣΗΜΕΙΩΣΗ: Το πλήρως αποδυναμωμένο μπαλόνι θα προκαλέσει την ανάσυρση του εμβόλου της σύριγγας, μετά την αφαίρεση όλου του αέρα.**

3) Αφαιρέστε τη σύριγγα.

4) Στη συνέχεια, το μπαλόνι μπορεί να διαχωριστεί από τη ΔΚΥ και να αφαιρεθεί από την ασθενή. Εξαντλεί, ελέγξτε τη γραμμή διάγνωσης προς την ουραία κατεύθυνση, σε ένα σημείο κοντά στο βίουμα σύνδεσης του μπαλονιού, εφαρμόζοντας ταυτόχρονα με ένα δάκτυλο έλαφρά πίεση προς την αντίθετη κατεύθυνση στο περιφερικό άκρο της ΔΚΥ. βλ. εικόνα '8.

**ΣΗΜΕΙΩΣΗ: Μην αφαίρεσετε το μπαλόνι εάν δεν έχει αποδυναμωθεί πλήρως και εάν αισθανθείτε οποιαδήποτε αντίσταση. Εάν αισθανθείτε αντίσταση, προσδιορίστε την αιτία πρωτού συνεχίσετε. Εάν συνεχίσετε να προωθείτε ή να αναστρέψετε το μπαλόνι από αντίσταση ενδέχεται να προκληθεί μετατόπιση της ΔΚΥ και/ή τραύμα στους ιστούς της κολπικός κοιλότητας. Για να βεβαιωθείτε ότι ο αέρας έχει αφαιρεθεί πλήρως, επανασκοπήστε τη σύριγγα και αφαιρέστε όλο τον αέρα πριν αφαιρέσετε το μπαλόνι από την αφαίρεση του μπαλονιού.**

**Αφαίρεση της ΔΚΥ από την ασθενή**

Αφαιρέστε τη ΔΚΥ από την ασθενή περίπου 3 έως 4 εβδομάδες μετά τη χειρουργική επέμβαση, αφού έχει επέλθει επαρκής επούλωση. Στο χρόνο αυτό, τα αποροφρήσιμα ράμματα ενδέχεται να έχουν διαλυθεί ή να μην ρίαρ χετή αντ[ε]χή ρικρόινα. Για πληροφορίες και την εγχειρ[ησιμότ]. Πιο ώστε να επιτρέψουν τη αφαίρεση της ΔΚΥ χωρίς αντίσταση από το ράμματα. **ΣΗΜΕΙΩΣΗ: Ενδέχεται να χρειαστεί να κοπούν και τα δύο ράμματα για την αφαίρεση. ΣΗΜΕΙΩΣΗ: Μην αφήγνετε τη ΔΚΥ μέσα στον κόλπο επί περισσότερο από 4 εβδομάδες.** Αφαιρέστε τυχόν υπολειπόμενα ράμματα καθέλκωσης της ΔΚΥ. Αφαιρέστε με το χέρι τη ΔΚΥ από τον κολπικό τοίχωμα, όπως φαίνεται στην εικόνα 19.

**Περιεγχειρητική φροντίδα**

Μπορεί να χορηγηθεί προφυλακτική αντιβιοτική αγωγή σύμφωνα με τη συνήθη πρακτική του χειρουργού. Η χορήγηση αντιβιοτικών μπορεί να συνεχίστεί μετεγχειρητικά, ανάλογα με την προτίμηση του χειρουργού. Μπορεί να χρησιμοποιηθεί προφυλακτική θρομβοεμβολική αγωγή.

Ο χειρουργός θα πρέπει να εξηγήσει ότι ο στόχος της ΔΚΥ, η οποία παραμένει στον κόλπο για διάστημα έως και τεσσάρων εβδομάδων μετά τη χειρουργική επέμβαση, είναι να υποστηρίξει τον κόλπο επάνω στο πλέγμα κατά τη διάρκεια της περιόδου επούλωσης. Η ασθενής θα πρέπει να ενημερωθεί ότι η ΔΚΥ θα ασφαλιστεί κατά τη μετεγχειρητικό έλεγχου, περίπου 4 εβδομάδες μετά την επέμβαση. Η ασθενής θα πρέπει να ενημερωθεί ότι μετεγχειρητικά ενδέχεται να εμφανιστούν κολπικές εκκρίσεις και ότι η ΔΚΥ μπορεί να μετακινηθεί ελαφρά προς το κάτω. Εάν η ασθενής αισθανθεί ότι η ΔΚΥ έχει μετακινηθεί προς τα κάτω, μπορεί να την ωθήσει μαλακά προς τα πάνω, σε μία πιο ανετή θέση. Οντίσει, εάν η ΔΚΥ προκαλεί σημαντική δυσφορία, η ασθενής θα πρέπει να γνωρίζει ότι πρέπει να επικοινωνήσει με τον ιατρό της.

Μετά την έξοδο από το νοσοκομείο, θα πρέπει να δοθούν οδηγίες στην ασθενή να αποφεύγει την έντονη δραστηριότητα επί μα περίοδο 3 έως 4 εβδομάδων. Σε αυτό το χρονικό διάστημα οι πιεστικοί ιστοί δεν έχουν ουδέψαλωθεί στο εμφατευμα πλέγματος και η ασθενής θα μπορεί να επισηρίσει στις δραστηριότητες της κανονικός καθημερινής ζωής. Θα πρέπει να γίνει σύσταση στην ασθενή να αποφύγει τη σεξουαλική επαφή επί τουλάχιστον 6 εβδομάδες μετά τη χειρουργική επέμβαση. Ο ιατρός μπορεί να συστήσει αναπαυση σεξουαλικής επαφής οποιαδήποτε στιγμή μετά τη χειρουργική επέμβαση.

---

**ΑΠΟΔΟΧΗ**

Μελέτες σε ζώα καταδεικνύουν ότι η εμφάτευση πλέγματος GYNECARE GYNEMESH PS προκαλεί ελάχιστα έως ελαφρά φλεγμονώδη αντίδραση, η οποία είναι παροδικά και ακολουθείται από την εναπόθεση ενός λεπτού κολλώδους στρώματος ιστού, το οποίο μπορεί να αναπτυχθεί διαμέσου των διακενών του πλέγματος, ενσωματώνοντας έτσι το πλέγμα στον παρακείμενο ιστό. Το πλέγμα παραμένει μαλακό και εύπλαστο, ενώ η φυσιολογική επούλωση του τραύματος δεν εμποδίζεται σημαντικά. Το υλικό δεν απορροφάται, ούτε υφίσταται αποδόμηση ή εξασθένηση από τη δράση των ενζύμων του ιστού.

**ΑΝΤΕΝΔΕΙΞΕΙΣ**

• Όταν το πλέγμα GYNECARE GYNEMESH PS χρησιμοποιείται σε βρέφη, σε παιδιά, σε γυναίκες ή σε γυναίκες που σκοπεύουν να τεκνοποιήσουν στο μέλλον, χ χειρουργός θα πρέπει να γνωρίζει ότι αυτό το προϊόν δεν θα εκταθεί σε σημαντικά βαθμό κατά τη σωματική ανάπτυξη της ασθενούς.

• Το σύστημα GYNECARE PROSIMA δεν θα πρέπει να χρησιμοποιείται σε περιπτώσεις εγκυμοσύνης, πιθάδιος φλεγμονής ή νεοπλασίας του κόλπου, του τραχήλου ή της μήτρας.

**ΠΡΟΕΙΔΟΠΟΙΗΣΕΙΣ ΚΑΙ ΠΡΟΦΥΛΑΞΕΙΣ**

• Πριν από τη χρήση των συστημάτων GYNECARE PROSIMA, οι ιατροί που τα χρησιμοποιούν θα πρέπει να είναι εξοικειωμένοι με τις χειρουργικές διαδικασίες και τεχνικές που σχετίζονται με την ετοκοστάτοση πυελικού εδάφους και τη μήτρα μη αποροφρήσιμων πλεγμάτων.

• Η χρήση του συστήματος GYNECARE PROSIMA δεν έχει αξιολογηθεί πλήρως σε ασθενείς με πρόπτωση πυελικού οργάνου σταδίου IV. Για το λόγο αυτό, η χρήση του σε αυτές τις ασθενείς δεν συνιστάται.

• Κατά τη χρήση του συστήματος GYNECARE PROSIMA, όπως και κατά την αντιμετώπιση μεγαλύτερου ή εππαλακ[ιθέντων τραυμάτων], ακολουθήστε τις γενικά αποδεκτές χειρουργικές πρακτικές.

• Μη χρησιμοποιείτε το σύστημα GYNECARE PROSIMA εάν πιστεύετε ότι το νομό της χρησιμεμένης επέμβασης ενδέχεται να έχει υποστεί λοίμωξη ή μόλυνση. Εάν το εμφάτευμα πλέγματος ή η διάταξη ΔΚΥ μολυνθεί χρησιμοποιόμ[αι] σε εμολυνθείσες περιοχές, θα πρέπει να γνωρίζετε ότι τούτο επικολούθει λοίμωξη ενδέχεται να απαιτήσει την αφαίρεσή τους.

• Μετά την επέμβαση, θα πρέπει να γίνει σύσταση στην ασθενή να αποφύγει την ανύψωση βάρους και/ή την άσκηση (π.χ. ποδήλατο, τρέξιμο) επί 3 έως 4 εβδομάδες και τη σεξουαλική επαφή επί 6 εβδομάδες. ο ιατρός όταν το ιατρός διαπιστώσει ότι μπορεί να επωφελεί στις καθημερινές της δραστηριότητες.

• Μην αφήνετε τη ΔΚΥ μέσα στον κόλπο επί περισσότερο από 4 εβδομάδες.

• Μην αφήνετε το μπαλόνι μέσα στον κόλπο επί περισσότερο από 1 ημέρα.

• Το εξαρτήματα του συστήματος GYNECARE PROSIMA δεν προορίζονται για χρήση με συσκευές άλλες από αυτές που αναφέρονται σε αυτό το παρόν ώς συσκευές.

• Αποφύγετε την εφαρμογή υπερβαλικής τάσης στο εμφάτευμα πλέγματος κατά το χειριρμό του.

• Χρησιμοποιήστε το σύστημα GYNECARE PROSIMA με προσοχή για να λαμβάνοντας υπόψη την ανατομία της ασθενούς, λαμβάνοντας να αποφύγετε τυχόν βλάβη σε αγγεία, νεύρα, στην ουροδόχο κύστη και στο έντερο, καθώς και διάτρηση του κολπικού τοιχώματος. Η σωστή χρήση των εξαρτημάτων του συστήματος GYNECARE PROSIMA θα ελαχιστοποιήσει τους κινδύνους.

• Η δύναμη που εφαρμόζεται να γίνεται μόνο με αέρα από το περιβάλλον.

• Η φλόρμγαρ θα επιβεβαιώσει ότι έχει απόμερων διαρροή ούρα από το μπαλόνι μετά τη διάγνωση. Πλήρης απουσία της δύναμης ενδέχεται να περιορίσει την αποπληκτωμαματισμό του μπαλονιού.

• Το τσίμημα του μπαλονιού είναι λατέξ, ότα ωστε να επιτρηρβανται οι επιθυμητές ιδιότητες. Διατ[ηρήσεις], κομβιμ[ατα], εργασίες, σινδσμρ[ή] ή υσμαραταιμάρης ενδέχεται να οδηγήσουν σε απώλεια διάγνωσης. Το μπαλόνι μπορεί να διασρηθεί εύκολα από βελόνα ή νυστέρι ή να αυτοδιαφθεί από μία αιχμή εργαλείο. Κατά το χειρισμό που πρέπει να είσαι προσεκτικοί ώστε να αποφεύγετε τέτοια περιστατικά. Ένα μπαλόνι που έχει υποστεί βλάβη δεν πρέπει να χρησιμοποιείται. Αφαιρέστε το και χρησιμοποιήστε γέξες.

• Ο μέγιστος όγκος διάγνωσης του μπαλονιού είναι 90 ml. Μη διαγνώνετε υπερβολικά το μπαλόνι. Υπερβολική διάγνωση του μπαλονιού ενδέχεται να προκαλέσει διαφραργμα στην ασθενή, νεκρωση ιστού, μετεγχειρητική διόρθωση κολπικού τραύματος ή οδοναγία σοβαρής.

• Μη χρησιμοποιείτε το σύστημα GYNECARE PROSIMA σε ασθενείς οι οποίες ακολουθούν αντιηλεκτική θεραπεία.

• Ενδέχεται να εμφανιστεί αιμορραγία μετεγχειρητικά. Εξετάστε την ασθενή που σπουδάζοντε συμπτώματα ή σημεία πριν από την έξοδο της από το νοσοκομείο.

• Πριν να εξιτηθεί από την ασθενή να επικοινωνήσει αμέσως με τον χειρουργό εάν εμφανιστεί οιοσδήποτε πόνος, αιμορραγία ή άλλο πρόβλημα.

• Μολονότι οι πιθανότητες τραιματισμ κατά τηρ σωροδόχου κύστης με αυτή την τεχνική είναι λίγες, απουσία η διενέργεια κυστεοσκόπησης.

• Μολονότι οι πιθανότητες τραιματισμού του ωρβ υμ με αυτή την τεχνική είναι λίγες, απουτείται η διενέργεια δικτυλικής εξέτασης.

• Μην στερεώνετε το εμφάτευμα πλέγματος GYNECARE GYNEMESH PS με συνδετήρες, κλιπ ή ράμματος, καθώς ενδέχεται να προκληθεί μτχρμίη βλάβη στο πλέγμα.

• Το εμφάτευμα πλέγματος δεν πρέπει να βρίσκεται στο κάτω τρητμαφιο του κόλπου. Εάν χρειαστεί, αποκόψτε το εμφάτευμα πλέγματος έως τη συρβολ του ώστε να μην συρτηρμαρρωμ του κόλπου.

• Μπορεί να χορηγηθεί προφυλακτικά αντιβιοτική αγωγή, σύμφωνα με τη συνήθη πρακτική του χειρουργού.

**ΑΝΕΠΙΘΥΜΗΤΕΣ ΑΝΤΙΔΡΑΣΕΙΣ**

• Οι δυνητικές αντενδείξεις είναι εκείνες που σχετίζονται συνήθως με χειρουργικώς εμφατεούμενα υλικά και περιλαμβάνουν την ενόχληση πιθανότητα λοίμωξη, τη φλεγμονή, το σχηματισμό συμφύσεων, το σχηματισμό ουρ[ο]γαρ, τη διάβρωση, την εξώθηση και τη δημιουργία οδού που προκαλεί σκαπικό του τοιχώματος.

• Οι δυνητικές αντενδείξεις είναι εκείνες που σχετίζονται με τις διαδικασίες αποκατάστασης πρότπωσης πυελικού οργάνου, συμπεριλαμβανόμ του πόνου κατά τη σε[ξουαλικ] επαφή και του πυελικού πόνου. Αυτό μπορεί να λυθ[αιν από μόνα τους] με την πάροδο του χρόνου.

• Κατά το διαχωρισμό μπρ[εί v την τοποθέτηση του πλέγματος] ενδέχεται να προκληθεί διάτρηση, ρήξη ή τραιματισμός αγγείων, νεύρων, της ουροδόχου κύστης, του ουρβτήρα ή του εντέρου, οι οποίες απαιτούν για την αποσκ[όπηση] χειρουργική αποκατάσταση.

• Ο διαχωρισμός ιστών για τις διαδικασίες αποκατάστασης πυελικού ενδέχεται να διαταράξει την κανονική σύρηρτη για χρονικό διάστημα που μπορεί να ποικίλλει.

**ΣΤΕΙΡΟΤΗΤΑ**

Τα συστήματα GYNECARE PROSIMA αποστειρώνονται με αιθυλενοξείδιο. ΜΗΝ ΕΠΑΝΑΠΟΣΤΕΙΡΩΝΕΤΕ οποιοδήποτε τμήμα του συστήματος GYNECARE PROSIMA. ΜΗΝ ΕΠΑΝΑΧΡΗΣΙΜΟΠΟΙΕΙΤΕ οποιοδήποτε τμήμα του συστήματος GYNECARE PROSIMA. Η επαναχρησιμοποίηση αυτής της συσκευής (ή μερών αυτής της συσκευής) είναι δυνατό να προκαλέσει κίνδυνο απόσχισης του προϊόντος και διασταυρούμενες μολύνσεις, η οποία ενδέχεται να οδηγήσει σε λοίμωξη ή μετάδοση αιματογενώς μεταδιδόμενων παθογόνων μικροοργανισμών σε ασθενείς και χρήστες. Μην το χρησιμοποιείτε εάν η συσκευασία έχει ανοιχτεί ή έχει υποστεί ζημιά. Απορρίψτε όλα τα εξαρτήματα του συστήματος GYNECARE PROSIMA που ανοίχθηκαν αλλά δεν χρησιμοποιήθηκαν.

**ΑΠΟΡΡΙΨΗ**

Απορρίψτε τα εξαρτήματα του συστήματος GYNECARE PROSIMA και τη συσκευασία τους σύμφωνα με την πολιτική και τις διαδικασίες απόρριψης βιολογικά επικίνδυνων υλικών και αποβλήτων του ιδρύματός σας.

**ΦΥΛΑΞΗ**

Συνιστώμενες συνθήκες φύλαξης: ελεγχόμενη θερμοκρασία και σχετική υγρασία δωματίου (περίπου 25 °C, 60 % σχετική υγρασία), μακριά από υγρασία και άμεσες πηγές θερμότητας. Μην το χρησιμοποιείτε μετά την παρέλευση της ημερομηνίας λήξης.

**Σύμβολα που χρησιμοποιούνται στις ετικέτες**



THIS PAGE IS LEFT BLANK INTENTIONALLY.

Authorized Representative • Autoriseret repræsentant • Erkende vertegenwoordiger •
Valtuutettu edustaja • Représentant autorisé • Autorisierter Vertreter • Rappresentante autorizzato •
Representante autorizado • Representante autorizado • Auktoriserad representant •
Εξουσιοδοτημέωος Αντιπρόσωπος

Johnson & Johnson Medical Limited
PO Box 1988
Simpson Parkway
Livingston
West Lothian
EH54 0AB
United Kingdom

Distributors • Distributører • Distributeurs • Tukkumyyjät • Distributeurs • Vertrieb durch •
Distributori • Distribuidores • Distribuidores • Distributörer • Διανομείς

CH   Johnson & Johnson AG
     Rotzenbuehlstrasse 55
     CH-8957, Spreitenbach

Manufactured for:



ETHICON Women's Health & Urology
A division of ETHICON, INC.
a *Johnson-Johnson* company
Somerville, New Jersey 08876-0151

Reference to P21071

