# EXHIBIT 1

Confidential - Subject to Protective Order

```
1              IN THE UNITED STATES DISTRICT COURT
2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
3                      CHARLESTON DIVISION
4                           - - -
5   IN RE: ETHICON, INC. PELVIC    :MDL NO. 2327
    REPAIR SYSTEM, PRODUCTS        :
6   LIABILITY LITIGATION           :VOLUME II
                                   :
7
          THIS DOCUMENT RELATES TO ALL CASES AND
8            VARIOUS OTHER CROSS-NOTICED ACTIONS
9         CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
10                          - - -
11                     January 8, 2014
12                          - - -
13         Transcript of the continued deposition of
14   THOMAS A. BARBOLT, Ph.D., called for Videotaped
15   Examination in the above-captioned matter, said
16   deposition taken pursuant to Superior Court Rules of
17   Practice and Procedure by and before Michelle L.
18   Gray, a Certified Court Reporter, Registered
19   Professional Reporter, and Notary Public, at the
20   offices of Riker Danzig Scherer Hyland & Perretti
21   LLP, Headquarters Plaza, One Speedwell Avenue,
22   Morristown, New Jersey, commencing at 9:07 a.m.
23
                            - - -
24                  GOLKOW TECHNOLOGIES, INC.
            877.370.3377 ph| 917.951.5672 fax
25                    deps@golkow.com
```

Confidential - Subject to Protective Order

```
 1   APPEARANCES:
 2
 3   AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
     BY:  DANIEL THORNBURGH, ESQUIRE
 4   17 East Main Street, Suite 200
     Pensacola, Florida 32502
 5   (850) 202-1010
     dthornburgh@awkolaw.com
 6   Representing the Plaintiffs
 7
     THOMAS, COMBS & SPANN, PLLC
 8   BY:  DAVID B. THOMAS, ESQUIRE
     BY:  PHILIP J. COMBS, ESQUIRE
 9   300 Summers Street, Suite 1380
     Charleston, West Virginia 25301
10   (304) 414-1805
     dthomas@tcspllc.com
11   pcombs@tcspllc.com
     Appearing on behalf of the Defendants; Ethicon,
12   Inc.; Ethicon Women's Health and Urology, a Division
     of Ethicon, Inc.; Gynecare; and Johnson & Johnson
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Subject to Protective Order

```
 1                  Are you representing to the Court

 2     that molecular weight studies were done in each one

 3     of these tests?

 4                  MR. THOMAS:  No, I'm not.  I am

 5     asking --

 6                  MR. THORNBURGH:  Objection.  Move to

 7     strike.

 8                  That's a representation that you've

 9     been making to this jury this entire time.

10                  MR. THOMAS:  Please.  No speeches to

11     the jury.  That's not appropriate.  You know that.

12                  MR. THORNBURGH:  It's fair

13     representation, honest ones.

14     BY MR. THOMAS:

15         Q.    Dr. Barbolt, with respect to the 49

16     documents that you've identified in response to this

17     issue of the materials not absorbed, nor is it

18     subject to degradation or weakening by the action of

19     tissue enzymes, did you find any information in any

20     form that caused you concern that there was

21     degradation from a preclinical perspective that

22     caused you concern?

23                  MR. THORNBURGH:  Objection.

24                  THE WITNESS:  No.

25     BY MR. THOMAS:
```