IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 8 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF STEVEN MACLEAN, M.D., FOR WAVE 8

Come now, the Defendants, and hereby adopt and incorporate by reference the Daubert response filed in relation to Steven MacLean, M.D., for Ethicon Wave 1, Dkt. [2287] and for Ethicon Wave 3, Dkt. [2942]. The Court previously overruled most of Plaintiffs' objections to Dr. MacLean's testimony, Dkt. [2724].[1] Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 1 and Wave 3 response briefing and as adopted by this Court in its prior ruling.

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

---

[1] This Memorandum Opinion and Order was adopted with respect to Wave 3 cases, as well, Dkt. [4183].

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
COUNSEL FOR DEFENDANTS
ETHICON, INC. and JOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

    I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*
William M. Gage

COUNSEL FOR DEFENDANTS
ETHICON, INC. and JOHNSON & JOHNSON

44699490.v1