# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM                                  MDL NO. 2327
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT APPLIES TO:
ETHICON WAVE 8 CASES LISTED
IN EXHIBIT A OF DEFENSE NOTICE
OF ADOPTION (Dkt. 6904)
_____

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF DR. RUSSELL DUNN

Plaintiffs hereby adopt and incorporate by reference Plaintiff's Response to Defendant's Motion to Exclude the Opinions and Testimony of Dr. Russell Dunn, Ph.D. from *Carlson v. Boston Scientific Corporation*, Case No. 2:13-cv-05475. *See* ECF No. 71. Plaintiffs respectfully request that the Court deny Defendant's motion for the reasons expressed in the incorporated response briefing.

DATED: October 25, 2018

                                        Respectfully submitted,

By:    /s/ *Clayton A. Clark*
        Clayton A. Clark
        Co-Lead Counsel for Plaintiffs in
        MDL No. 2326
        cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

By:    /s/ *Aimee Wagstaff*
        Aimee Wagstaff
        Co-Lead Counsel for Plaintiffs in
        MDL No. 2326
        aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:   /s/ *Clayton A. Clark*
Clayton A. Clark
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217