## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM                            MDL NO. 2327
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT APPLIES TO:
ETHICON WAVE 8 CASES LISTED
IN EXHIBIT A OF DEFENSE
NOTICE OF ADOPTION (Dkt. 6905)
_____

## NOTICE OF ADOPTION OF PRIOR DAUBERT
## RESPONSE OF DR. NIALL GALLOWAY

Plaintiffs hereby adopt and incorporate by reference Plaintiffs' Opposition to Defendant Boston Scientific Corp.'s Motion and Memorandum of Law in Support of its Motion to Exclude the Opinions and Testimony of Dr. Niall Galloway, M.D from Boston Scientific Wave 3. *See* ECF No. 4958. Plaintiffs respectfully request that the Court deny Defendant's motion for the reasons expressed in the Wave 3 response briefing.

DATED: October 25, 2018

                                                      Respectfully submitted,

                                     By:    /s/ *Clayton A. Clark*
                                                  Clayton A. Clark
                                                  Co-Lead Counsel for Plaintiffs in
                                                  MDL No. 2326
                                                  cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

                                     By:    /s/ *Aimee Wagstaff*
                                                Aimee Wagstaff
                                                Co-Lead Counsel for Plaintiffs in
                                                MDL No. 2326
                                                aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

# CERTIFICATE OF SERVICE

     I hereby certify that on October 25, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:   /s/ *Clayton A. Clark*
        Clayton A. Clark
        Co-Lead Counsel for Plaintiffs in
        MDL No. 2326
        cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217