# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM                                 MDL NO. 2327
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT APPLIES TO:
ETHICON WAVE 8 CASES LISTED
IN EXHIBIT A OF DEFENSE NOTICE
OF ADOPTION (Dkt. 6906)
_____

## NOTICE OF ADOPTION OF PRIOR DAUBERT
## RESPONSE OF DR. SCOTT GUELCHER

Plaintiffs hereby adopt and incorporate by reference Plaintiff's Response to Defendant's Motion to Exclude the Opinions and Testimony of Dr. Scott Guelcher, Ph.D. from *Carlson v. Boston Scientific Corporation*, Case No. 2:13-cv-05475. *See* ECF No. 74. Plaintiffs respectfully request that the Court deny Defendant's motion for the reasons expressed in the incorporated response briefing.

DATED: October 25, 2018

                                        Respectfully submitted,

                                        By:     /s/ *Clayton A. Clark*
                                                Clayton A. Clark
                                                Co-Lead Counsel for Plaintiffs in
                                                MDL No. 2326
                                                cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

                                        By:     /s/ *Aimee Wagstaff*
                                                Aimee Wagstaff
                                                Co-Lead Counsel for Plaintiffs in
                                                MDL No. 2326
                                                aimee.wagstaff@andruswagstaff.com

- 2 -

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:     /s/ *Clayton A. Clark*
Clayton A. Clark
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217