**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM                                      MDL NO. 2327
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT APPLIES TO:
ETHICON WAVE 8 CASES LISTED
IN EXHIBIT A OF DEFENSE
NOTICE OF ADOPTION (Dkt. 6912)
_____

**NOTICE OF ADOPTION OF PRIOR DAUBERT
<u>RESPONSE OF DR. MICHAEL MARGOLIS</u>**

Plaintiffs hereby adopt and incorporate by reference Plaintiffs' Response in Opposition to

Boston Scientific Corporation's Motion to Exclude the Opinions and Testimony of Michael

Thomas Margolis, M.D. from Boston Scientific Wave 3. *See* ECF No. 4960. Plaintiffs respectfully

request that the Court deny Defendant's motion for the reasons expressed in the Wave 3 response

briefing.

DATED: October 25, 2018

                                        Respectfully submitted,

                                        By:      /s/ *Clayton A. Clark*
                                                 Clayton A. Clark
                                                 Co-Lead Counsel for Plaintiffs in
                                                 MDL No. 2326
                                                 cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

                                        By:      /s/ *Aimee Wagstaff*
                                                 Aimee Wagstaff
                                                 Co-Lead Counsel for Plaintiffs in
                                                 MDL No. 2326
                                                 aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018 I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

By:      /s/ *Clayton A. Clark*
         Clayton A. Clark
         Co-Lead Counsel for Plaintiffs in
         MDL No. 2326
         cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217