IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ETHICON WAVE 8 CASES LISTED IN PLAINTIFFS' EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR *DAUBERT* RESPONSE REGARDING JOSEPH CARBONE, M.D. FOR WAVE 8**

Plaintiffs filed a Notice of Adoption (Dkt. 6790) as to the opinion testimony of Joseph Carbone, M.D. in the Wave 8 cases identified in Exhibit A to their Notice, adopting their Motion to Exclude Certain Opinions and Testimony of Joseph Carbone, M.D., Doc. No. 2025/2027 ("Plaintiffs' Wave 1 Motion"). In response, Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to the general-causation opinions of Joseph Carbone, M.D. for Ethicon Wave 3 (Dkt. 2915) as their response for Wave 8. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 3 response briefing.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561

        william.gage@butlersnow.com

        */s/ Susan M. Robinson*
        Susan M. Robinson (W. Va. Bar #5169)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 24338
        (304) 414-1800
        srobinson@tcspllc.com

        Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

        */s/ William M. Gage*
        William M. Gage