IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS                    MDL NO. 2327
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT APPLIES TO:
ETHICON WAVE 8 CASES LISTED
IN EXHIBIT A OF DEFENSE
NOTICE OF ADOPTION (Dkt. 6911)
_____

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF DR. DONALD R. OSTERGARD

Plaintiffs hereby adopt and incorporate by reference Plaintiffs' Response to Boston Scientific Corporation's Motion to Partially Exclude the General Causation Testimony of Donald R. Ostergard, M.D. from Boston Scientific Wave 3. *See* ECF No. 4961. Plaintiffs respectfully request that the Court deny Defendant's motion for the reasons expressed in the Wave 3 response briefing.

DATED: October 25, 2018

                                    Respectfully submitted,

                                    By:    /s/ *Clayton A. Clark*
                                           Clayton A. Clark
                                           Co-Lead Counsel for Plaintiffs in
                                           MDL No. 2326
                                           cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

                                    By:    /s/ *Aimee Wagstaff*
                                           Aimee Wagstaff
                                           Co-Lead Counsel for Plaintiffs in
                                           MDL No. 2326
                                           aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

### CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:  /s/ *Clayton A. Clark*
Clayton A. Clark
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217