# EXHIBIT 3

1932 ALCOA HIGHWAY, SUITE A-235 • KNOXVILLE, TN 37920
OFFICE PHONE (865) 305-5940 ▇▇▇▇▇▇▇▇▇
E-MAIL ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
HTTP://WWW.UTUROGYN.COM

# CHADWICK BRYCE BOWLING, MD, FACOG, FPMRS, FACS

## Curriculum Vitae

### BIOGRAPHICAL

Date of Birth: ▇▇▇▇▇▇▇▇▇

Marital Status: Married; 2 daughters

Current Position &
Business Address:
Urogynecologist at The University of Tennessee Medical Center
Director, Division of Female Pelvic Medicine & Reconstructive Surgery
Department of Obstetrics & Gynecology
Center for Women's & Children's Health
University of Tennessee Medical Center
1932 Alcoa Highway, Suite A-235
Knoxville, TN 37920
Telephone: 865-305-5940   Fax: 865-305-5941

### EDUCATION & TRAINING

| | | |
|---|---|---|
| Fellowship Training: | Female Pelvic Medicine and Reconstructive Surgery<br>Division of Women's Pelvic Medicine &<br>Reconstructive Surgery<br>University of Alabama-Birmingham<br>Division Director: Holly E Richter, PhD, MD<br>Fellowship Director: R. Ed Varner, MD | July 2007 – June 2010<br>Birmingham, AL |
| Residency Training: | Chief Resident, OB/GYN<br>University of Tennessee Health Science Center<br>Chairman: Veronica Mallett, MD | June 2006-June 2007<br>Memphis, TN |
| Residency Training: | Department of Obstetrics & Gynecology,<br>University of Tennessee Health Science Center<br>Chairman: Frank Ling, MD | June 2004-June 2007<br>Memphis, TN |
| Internship: | Department of Obstetrics & Gynecology,<br>University of Tennessee Health Science Center<br>Chairman: Frank Ling, MD | June 2003-June 2004<br>Memphis, TN |
| Doctor of Medicine: | University of Tennessee, Memphis College of Medicine<br>University of Tennessee Health Science Center | Aug 1999-May 2003<br>Memphis, TN |
| Bachelor of Science: | University of Tennessee, Knoxville<br>Major: Biology.  Summa Cum Laude | Aug 1994-June 1998<br>Knoxville, TN |


EXHIBIT
Exh. 8
Bowling 9/28/18

## BOARD CERTIFICATION

| | | |
|---|---|---|
| General: American Board of Obstetrics & Gynecology | Certified/Active | 2011 |
| Subspecialty: Female Pelvic Medicine & Reconstructive Surgery | Certified/Active | 2013 |

## MEDICAL LICENSURE

| | | |
|---|---|---|
| State of Tennessee | #39871 | Status: Active |
| State of Arkansas | #E-4960 | Status: Retired |
| State of Alabama | #MD.28047 | Status: Retired |

## WORK EXPERIENCE

| | | |
|---|---|---|
| Urogynecologist/ Pelvic Reconstructive Surgeon | University of Tennessee Medical Center, Knoxville | 2010-current |
| Faculty OB/GYN | UAB Huntsville Hospital, Huntsville, AL | 2009-2010 |
| Faculty OB/GYN | Crittenden Memorial Hospital, West Memphis, AR | 2006-2007 |
| Faculty ER Physician | UT Medical Group, Memphis, TN | 2004-2007 |

## ACEDEMIC APPOINTMENTS

Division Director, Female Pelvic Medicine & Reconstructive Surgery — 2016-current, Knoxville, TN
Department of OB/GYN, Division of Female Pelvic Medicine & Reconstructive Surgery
University of Tennessee Medical Center, Knoxville

Assistant Professor — 2012-current, Knoxville, TN
Department of OB/GYN, Division of Female Pelvic Medicine & Reconstructive Surgery
University of Tennessee Medical Center, Knoxville

Clinical Instructor — 2010-2012, Knoxville, TN
Department of OB/GYN, Division of Female Pelvic Medicine & Reconstructive Surgery
University of Tennessee Medical Center, Knoxville

Clinical Instructor — 2009-2010, Huntsville, AL
Department of Obstetrics & Gynecology
Huntsville Hospital

Clinical Instructor — 2007-2010, Birmingham, AL
Department of OB/GYN
Division of Women's Pelvic Medicine & Reconstructive Surgery
University of Alabama, Birmingham

Clinical Instructor — 2006-2007, West Memphis, AR
Department of Obstetrics & Gynecology
Crittenden Memorial Hospital

## ACEDEMIC APPOINTMENTS (CONT.)

| | |
|---|---|
| Clinical Instructor | 2004-2007 |
| Department of Emergency Medicine | Memphis, TN |
| The Regional Medical Center at Memphis | |

## PROFESSIONAL CONSULTANT

| | |
|---|---|
| Butler-Snow Law Firm | 2018-present |
| Medical Consultant | Ridgeland, MS |
| | |
| Gerson Lehrman Group | 2017-present |
| Council Member/Consultant | New York, NY |
| | |
| American Medical Systems | 2013-2015 |
| Innovation Panel Member | Minneapolis, MN |
| | |
| Warner Chilcott | 2011-2013 |
| Lecturer | Knoxville, TN |

## PROFESSIONAL MEMBERSHIPS

| | |
|---|---|
| Fellow, American College of Surgeons | 2015-current |
| Knoxville Academy of Medicine (Member) | 2014-current |
| Associate Fellow, American College of Surgeons | 2014-2015 |
| Diplomate, American Board of Obstetrics & Gynecology, FPMRS Division | 2013-current |
| Diplomate, American Board of Obstetrics & Gynecology | 2012-current |
| Fellow, American Congress of Obstetricians & Gynecologists | 2012-current |
| Society of Gynecologic Surgeons (Member) | 2012-current |
| International Continence Society (Member) | 2009-current |
| American Urogynecologic Society (Member) | 2007-current |
| AUGS Fellow's Pelvic Research Network | June 2007-June 2010 |
| Southern Medical Association (Member) | 2005-current |
| American College of Obstetricians and Gynecologists, Junior Fellow | 2003-2011 |
| Tennessee Medical Association (Member) | 1999-current |
| American Medical Association (Member) | 1999-current |

PRESENTATIONS, PUBLICATIONS & RESEARCH

Russ SF, Smith WB, **Bowling CB**, et al.                                                                2018
The Urovant Trial. A Randomized, Double-Blind, Placebo- and Active-Controlled Multicenter Study to
Evaluate the Safety and Efficacy of Vibegron in Patients with Symptoms of Overactive Bladder.
In Progress

Hyatt B, **Bowling CB**                                                                                  2017
Mesh Complications Management: Removal of Eroded Mid-Urethral Sling, Excision of Saddle Diverticulum
& Repair of Urethrovaginal Fistula with Martius Graft.
In Progress.

Schwirian K, **Bowling CB**                                                                              2015
*Robotic-Assisted Laparoscopic Removal of Eroded Transobturator Midurethral Sling After Failed Cystoscopic Excision*
Society of Gynecologic Surgeons' 39th Annual Meeting. Palm Springs, CA. Apr 2016
*American Journal of Obstetrics & Gynecology* April 2016, Volume 214, Issue 4, Pages S512–S513

Lenger SM, Yates A, **Bowling CB**                                                                       2015
*A Novel Approach to Cystoscopic Removal of Mesh*
Presented as Video/Poster presentation at 36th Annual Meeting of the
American Urogynecologic Society Meeting. Seattle, Washington. October, 2015.

**Bowling CB**, Meyer I, Northington G, Richter HE.                                                      2014
Urinary Neurotropin Levels in Postmenopausal Women with Overactive Bladder
After Vaginal Estrogen Treatment. In Progress.

Versi E, **Bowling CB**, et al. Taris Biomedical TAR-100-202.  The Liris Trial.  In Progress.           2014

Ellington DR, **Bowling CB**, Drelichman ER, Richter HE, et al.                                          2011
*Pelvic Floor Symptoms and Quality of Life Analysis in Women undergoing surgery for rectal prolapse.*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Presented at Society of Gynecologic Surgeons' 37th Annual Meeting.
*World Journal of Colorectal Surgery.* Vol 3. Issue 3. Article 1. December 2013.

**Bowling CB**, Greer WJ, Bryant SA, Gleason JL, Szychowski JM, Varner RE, Holley RL, Richter HE        2010
*Testing and Validation of a Low Cost Cystoscopy Teaching Model*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Funded by $10,000 Astellas Educational Research Grant.
Oral Poster at 36th Annual Scientific Meeting of the Society of Gynecologic Surgeons. Tucson, AZ
*Obstetric & Gynecology* 116(1):85-91, July 2010.

Lloyd LK, Munoz O, Jackson AB, **Bowling CB**                                                            2009
*Endoscopic Treatment with Bulking Agents for Complex Adult Vesicoureteral Reflux*
University of Alabama, Birmingham; Department of Surgery, Division of Urology;
University of Alabama, Birmingham; Department of Obstetrics & Gynecology,
Division of Women's Pelvic Medicine & Reconstructive Surgery
Oral Poster at the International Spinal Cord Society 48th Annual Scientific Meeting, Florence, Italy

**Bowling CB** and Clemons JL, et al. AUGS Fellows Literature Reviews, November-December 2008.          2009
"Randomized trial of laparoscopic Burch colposuspension versus tension-free vaginal
tape: long-term follow up"  Posted at http://www.augs.org on Aug. 14, 2009

PRESENTATIONS, PUBLICATIONS & RESEARCH (CONT.)

**Bowling CB**, Munoz O, Gerten KA, Mann ML, Taryor R, Szychowski, JM, Norman AM, Richter HE  2009
*Characterization of Pelvic Floor Symptoms in Women of Northeastern Liberia*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Presented as Oral Poster at the International Continence Society 39th Annual Meeting, San Francisco, CA
Presented as Poster at the American Urogynecologic Society 30th Annual Meeting, Hollywood, FL
*Neurourology & Urodynamics.* Vol 27(7):624-625, 2009.
*Journal of Pelvic Medicine & Surgery.* 15(5):332-333, September/October 2009.
*International Journal of Gynecology and Obstetrics* 109 (2010), pp.251-253.

Munoz O, **Bowling CB**, Gerten KA, Kolleh R, Szychowski JM, Norman AM, Richter HE  2009
*Factors Influencing Post-Operative Outcomes from VVF Repairs in a Community Hospital in Liberia*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Read by Title at the International Continence Society 39th Annual Meeting, San Francisco, CA
Presented as Poster at the American Urogynecologic Society 30th Annual Meeting, Hollywood, FL
*Journal of Pelvic Medicine & Surgery.* 15(5):374-375, September/October 2009.
*Brit J Med Surg Urol,* In Press, 2011.

**Bowling CB**, Gerten KA, Greer WJ, Wheeler TL, Richter HE.  2009
"Benign Gynecologic Disorders in the Elderly" in *Principles and Practice of Geriatric Surgery,*
*2nd Edition.* Rosenthal RA, Zenilman M, Catlic M (Eds.) New York, NY: Springer, ©2009. In Press.

**Bowling CB** and Clemons JL, et al. AUGS Fellows Literature Reviews, November-December 2007.  2008
"Lower Urinary Tract Symptoms and Uroflowmetry in Women With Type 2 Diabetes Mellitus With and Without
Bladder Dysfunction"
Posted at http://www.augs.org on Jun. 4, 2008

**Bowling CB** and Clemons JL, et al. AUGS Fellows Literature Reviews, July-August 2007.  2008
"Normal Preoperative Urodynamic Testing Does Not Predict Voiding Dysfunction After Burch Colposuspension
Versus Pubovaginal Sling"
Posted at http://www.augs.org on Jun. 4, 2008

**Bowling CB**, Gerten KA, Chapman VR, Cliver SP, Neely CL, Burgio KL, Wheeler TL, Richter HE  2007
*Sphincter Tears in Primiparous Women: Is Age a Factor?*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Poster presented at 34th Annual SGS Meeting, Apr. 2008;
*International Urogynecology Journal,* Volume 20, Issue5 (2009), Page 565.

**Bowling CB**, Greer WJ, Wheeler TL, Gerten KA, Varner RE, Richter HE  2007
*A Low Cost Cystoscopy Teaching Model*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Video podium presentation at 34th Annual SGS Meeting, Apr. 2008;
*Journal of Pelvic Medicine & Surgery.* 14(6):423-426, November/December 2008.

**Bowling CB** and Clemons JL, et al. AUGS Fellows Literature Reviews, March-April 2007.  2007
"Botulinum Toxin B Is Not an Effective Treatment of Refractory Overactive Bladder"
Posted at http://www.augs.org on Nov. 2, 2007

**Bowling CB** and Clemons JL, et al. AUGS Fellows Literature Reviews, January-February 2007.  2007
"Long-Term Results of the Pelvic Floor Muscle Training for Female Urinary Incontinence: An 8-Year Transition
Tree and Predictive Parameters"
Posted at http://www.augs.org on Nov. 2, 2007

## PRESENTATIONS, PUBLICATIONS & RESEARCH (CONT.)

**Bowling CB**, Ling FW, Stovall TG. "Urinary Tract Infections." In *Atlas of Gynecology for the Primary Care Physician, 2nd Edition*. Stovall, Th.G.; Ling, F.W.; Nikki, B.Z.; Chuang, A.W.; Tillmanns, T.T. (Eds.) Philadelphia, PA: Current Medicine, ©2008.          2006-2007

**Bowling CB**, Ling FW, Stovall TG. "The Pelvic Mass." In *Atlas of Gynecology for the Primary Care Physician, 2nd Edition*. Stovall, Th.G.; Ling, F.W.; Nikki, B.Z.; Chuang, A.W.; Tillmanns, T.T. (Eds.) Philadelphia, PA: Current Medicine, ©2008.          2006-2007

**Bowling CB**, Varner RE, Richter HE, et al. *Modified LeFort Colpocleisis with Puborectalis Plication & Perineorraphy for Total Pelvic Procidentia*
University of Alabama – Birmingham, Dept. of Medical Surgical Gynecology
Video presentation at the 32nd Annual Meeting of SGS – 2006
*Journal of Pelvic Medicine & Surgery*, March/April 2006; Vol 12, No. 2, pp. 117          2005-2006

Wheeler TL, Richter HE, Greer WJ, **Bowling CB**, Gerten KA, Varner RE
*Predictors of Success with Postoperative Voiding Trials after Midurethral Sling Procedures*
University of Alabama – Birmingham, Dept. of Medical Surgical Gynecology
*Journal of Urology*, Feb. 2008; 179(2): 600-4. Epub 2007 Dec 21.          2005-2006

**Bowling CB**[1], Vogt VY[2], Summitt RL[2]. *Teaching and Assessing Basic Surgical Skills; Testing the Effectiveness of an Interactive DVD*;
University of Tennessee, Memphis; Department of Obstetrics & Gynecology[1]
Vanderbilt University; Department of Obstetrics & Gynecology[2]
Presented as Poster at 2006 CREOG/APGO Annual Meeting          2005-2006

**Bowling CB**, Lipscomb GL. *Appendiceal Torsion Mimicking Ovarian Torsion: A Case Report.*
University of Tennessee, Memphis; Department of Obstetrics & Gynecology
*Obstetrics & Gynecology*, Feb 2006; Vol 107, No. 2, pp. 466-7          2004-2005

## SCHOLARLY ACTIVITY / DIDACTIC SESSIONS

| | |
|---|---|
| **Bowling CB.** Urinary Incontinence: Etiologies & Treatment Strategies<br>Parkinson's Support Group; Cole Neurosciences | May 2018<br>Knoxville, TN |
| Polin MR, **Bowling CB.** Obstetric Laceration Repair: An Evidence-Based Approach<br>High Risk Obstetrics Conference; University of Tennessee Medical Center | April 2018<br>Knoxville, TN |
| **Bowling CB.** Management of Urinary Tract Fistula<br>University of Tennessee, Department of OB/GYN Grand Rounds | September 2017<br>Knoxville, TN |
| **Bowling CB.** Difficult Vaginal Hysterectomy: Tips & Tricks<br>University of Tennessee, Department of OB/GYN Didactic Lectures | September, 2015<br>Knoxville, TN |
| **Bowling CB.** Complex Urodynamics for the Gynecologist<br>University of Tennessee, Department of OB/GYN Didactic Lectures | March 2015<br>Knoxville, TN |
| **Bowling CB.** Step by Step: Mid-Urethral Slings<br>University of Tennessee, Department of OB/GYN Didactic Lectures | January 2015<br>Knoxville, TN |
| **Bowling CB.** Step by Step: Vaginal Hysterectomy<br>University of Tennessee, Department of OB/GYN Didactic Lectures | August 2014<br>Knoxville, TN |
| **Bowling CB.** POP-Q and Pelvic Anatomy<br>University of Tennessee, Department of OB/GYN Grand Rounds | March 2014<br>Knoxville, TN |

SCHOLARLY ACTIVITY / DIDACTIC SESSIONS (CONT.)

| | |
|---|---|
| **Bowling CB**. Fistulae at Home and Abroad<br>University of Tennessee, Department of OB/GYN Didactic Lectures | February 2014<br>Knoxville, TN |
| **Bowling CB**. Urge Urinary Incontinence – Diagnosis & Treatment<br>University of Tennessee, Department of OB/GYN Didactic Lectures | October 2013<br>Knoxville, TN |
| **Bowling CB**. Patient Positioning in the Operating Room – Dangers & Caveats<br>University of Tennessee, Dept of OB/GYN; Dept of Surgery Joint Grand Rounds | September 2013<br>Knoxville, TN |
| **Bowling CB**. Non-Surgical Management of Pelvic Organ Prolapse – Pessary Fitting<br>University of Tennessee, Department of OB/GYN Didactic Lectures | August 2013<br>Knoxville, TN |
| **Bowling CB**. Pelvic Anatomy (Cadaver Lab Teaching)<br>University of Tennessee, Department of OB/GYN Simulation Lab | August 2012<br>Knoxville, TN |
| **Bowling CB**. Neuromodulation (Interstim) for the Treatment of Refractory Urge Incontinence<br>University of Tennessee, Department of OB/GYN Didactic Lectures | June 2012<br>Knoxville, TN |
| **Bowling CB**. Urogynecology CREOG Review<br>University of Tennessee, Department of OB/GYN Didactic Lectures | January 2012<br>Knoxville, TN |
| **Bowling CB**. Acute Cystitis<br>University of Tennessee, Department of OB/GYN Didactic Lectures | August 2011<br>Knoxville, TN |
| **Bowling CB**. Urodynamics – Made Ridiculously Simple<br>University of Tennessee, Dept of OB/GYN; Dept of Urology Joint Grand Rounds | December 2010<br>Knoxville, TN |
| **Bowling CB**. Urinary Fistulae – University of Tennessee<br>University of Tennessee, Department of OB/GYN Didactic Lectures | November 2010<br>Knoxville, TN |
| **Bowling CB**. An Update on Urinary Tract Infections<br>University of Alabama, Birmingham, Department of OB/GYN Didactic Lectures | April 2010<br>Birmingham, AL |
| **Bowling CB**. Case Studies in Urogynecology<br>University of Alabama, Birmingham, Department of OB/GYN Didactic Lectures | March 2010<br>Birmingham, AL |
| **Bowling CB**. Fistulae at Home and Abroad<br>University of Tennessee, Department of OB/GYN Grand Rounds | December 2009<br>Knoxville, TN |
| **Bowling CB**. Fistulae at Home and Abroad<br>University of Florida, Department of OB/GYN Grand Rounds | November 2009<br>Gainesville, FL |
| **Bowling CB**. Burch vs. Sling for Stress Urinary Incontinence.<br>Cooper-Green Hospital, Department of OB/GYN Grand Rounds | November 2008<br>Birmingham, AL |
| **Bowling CB**. Vaginal Hysterectomy – Tips & Tricks.<br>University of Alabama, Birmingham, Department of OB/GYN Didactic Lectures | September 2008<br>Birmingham, AL |
| **Bowling CB**. Ectopic Pregnancy: Medical vs. Surgical Management.<br>University of Alabama, Birmingham, Department of OB/GYN Didactic Lectures | June 2008<br>Birmingham, AL |
| **Bowling CB**. OB Trauma: GSW to the Gravid Uterus.<br>University of Alabama, Birmingham, Department of OB/GYN Didactic Lectures | April 2008<br>Birmingham, AL |
| **Bowling CB**. POP-Q: How Bad is Bad?<br>University of Alabama, Birmingham, Department of OB/GYN Didactic Lectures | January 2008<br>Birmingham, AL |

## SCHOLARLY ACTIVITY / DIDACTIC SESSIONS (CONT.)

**Bowling CB**. LeFort Colpocleisis.                                                      November 2007
University of Alabama, Birmingham, Department of OB/GYN Grand Rounds        Birmingham, AL

**Bowling CB**. Urinary Incontinence Overview.                                           August 2007
University of Alabama, Birmingham, Department of OB/GYN Didactic Lectures   Birmingham, AL

**Bowling CB**. Antepartum Hemorrhage.                                                   February 2007
University of Tennessee, Memphis, The Regional Medical Center,                 Memphis, TN
Department of OB/GYN Didactic Lectures

**Bowling CB**. The Genetics of Oncology.                                                November 2006
University of Tennessee, Memphis, The Regional Medical Center,                 Memphis, TN
Department of OB/GYN Grand Rounds

**Bowling CB**. Postpartum Hemorrhage.                                                   July 2006
University of Tennessee, Memphis, The Regional Medical Center,                 Memphis, TN
Department of OB/GYN Didactic Lectures

**Bowling CB**. Gunshot Wound to the Gravid Uterus                                       March 2006
University of Tennessee, Memphis, The Regional Medical Center,                 Memphis, TN
Department of OB/GYN Grand Rounds

## MAJOR LECTURES / INVITED TALKS

**Bowling CB**. Peer Review Discussant "The Wasted Vaginal Hysterectomy-
An Argument for Track in OBGYN Residency Programs"                              April 2016
42st Annual Meeting of The Society of Gynecologic Surgeons                  Palm Springs, CA

**Bowling CB**. "Genital Tract Fistulae"                                                 August, 2015
*Healthline*, (Television Series) Knoxville Academy of Medicine Alliance Television.   Knoxville, TN

**Bowling CB**. "Tips & Tricks for Mesh Complications"                                   March, 2015
41st Annual Meeting of The Society of Gynecologic Surgeons                    Orlando, FL

**Bowling CB**. Peer Review Discussant "Prevalence of Pelvic Floor Disorders in
Women with Gynecologic Malignancies"                                           March 2015
41st Annual Meeting of The Society of Gynecologic Surgeons                    Orlando, FL

**Bowling CB**. "Pelvic Organ Prolapse"                                                  February, 2015
*Healthline*, (Television Series) Knoxville Academy of Medicine Alliance Television.   Knoxville, TN

**Bowling CB**. "Urinary & Fecal Incontinence"                                           November, 2014
*Healthline*, (Television Series) Knoxville Academy of Medicine Alliance Television.   Knoxville, TN

**Bowling CB**. "Interstitial Cystitis"                                                  July, 2014
*Healthline*, (Television Series) Knoxville Academy of Medicine Alliance Television.   Knoxville, TN

**Bowling CB**. "Patient Positioning in the OR" – UT Medical Center Surgical Grand Rounds.   2013
University of Tennessee Medical Center Surgical Grand Rounds                   Knoxville, TN

**Bowling CB**. "Post-op Care of the Prolapse and Incontinence Patient"                  2013
University of Tennessee Medical Center Nurse Training Course                   Knoxville, TN

**Bowling CB**. "Urinary Incontinence"                                                   2012
Oak Ridge National Lab Employee Health Program                                Oak Ridge, TN

## MAJOR LECTURES / INVITED TALKS (CONT.)

**Bowling CB.** "Pelvic Floor and Incontinence Primer"                                         2011
Clayton Financial Services.                                                          Knoxville, TN

**Bowling CB.** "Testing and Validation of a Low Cost Cystoscopy Teaching Model"              2010
Society of Gynecologic Surgeons -36th Annual Meeting.                                   Tucson, AZ

**Bowling CB.** "Fistulae at Home and Abroad"                                               2009
University of Tennessee, Department of OB/GYN Grand Rounds                            Knoxville, TN

**Bowling CB.** "Fistulae at Home and Abroad"                                               2009
University of Florida, Department of OB/GYN Grand Rounds                            Gainesville, FL

**Bowling CB.** "Characterization of Pelvic Floor Symptoms in Women of NE Liberia"          2009
International Continence Society, 39th Annual Meeting.                            San Francisco, CA

**Bowling CB.** "Burch vs. Sling for Stress Urinary Incontinence"                           2008
Cooper-Green Hospital, Department of OB/GYN Grand Rounds                           Birmingham, AL

**Bowling CB.** "A Low Cost Cystoscopy Teaching Model"                                      2008
Society of Gynecologic Surgeons -34th Annual Meeting.                                 Savannah, GA

**Bowling CB.** "Modified LeFort Colpocleisis with Puborectalis
Plication & Perineorraphy for Total Pelvic Procidentia"                                     2006
Society of Gynecologic Surgeons -32th Annual Meeting.                                   Tucson, AZ


## PEER REVIEWED ORAL & VIDEO PRESENTATIONS

Schwirian K, **Bowling CB**                                                                 2015
*Robotic-Assisted Laparoscopic Removal of Eroded Transobturator Midurethral Sling After Failed Cystoscopic Excision*
Society of Gynecologic Surgeons' 39th Annual Meeting. Palm Springs, CA. Apr 2016
*American Journal of Obstetrics & Gynecology* April 2016, Volume 214, Issue 4, Pages S512–S513

Lenger SM, Yates A, **Bowling CB**                                                          2015
*A Novel Approach to Cystoscopic Removal of Mesh*
Presented as Video/Poster presentation at 36th Annual Meeting of the
American Urogynecologic Society Meeting. Seattle, Washington. October, 2015.

**Bowling CB**, Greer WJ, Bryant SA, Gleason JL, Szychowski JM, Varner RE, Holley RL, Richter HE    2010
*Testing and Validation of a Low Cost Cystoscopy Teaching Model*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Funded by $10,000 Astellas Educational Research Grant.
Oral Poster at 36th Annual Scientific Meeting of the Society of Gynecologic Surgeons. Tucson, AZ
*Obstetric & Gyneco logy* 116(1):85-91, July 2010.

**Bowling CB**, Munoz O, Gerten KA, Mann ML, Taryor R, Szychowski, JM, Norman AM, Richter HE    2009
*Characterization of Pelvic Floor Symptoms in Women of Northeastern Liberia*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Presented as Oral Poster at the International Continence Society 39th Annual Meeting, San Francisco, CA
Presented as Post er at the American Urogynecologic Society 30th Annual Meeting, Hollywood, FL
*Neurourology & Urodynamics.* Vol 27(7):624-625, 2009.
*Journal of Pelvic Medicine & Surgery.* 15(5):332-333, September/October 2009.
*International Journal of Gynecology and Obstetrics* 109 (2010), pp.251-253.

## PEER REVIEWED ORAL & VIDEO PRESENTATIONS (CONT.)

**Bowling CB**, Greer WJ, Wheeler TL, Gerten KA, Varner RE, Richter HE                    2007
*A Low Cost Cystoscopy Teaching Model*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Video podium presentation at 34th Annual SGS Meeting, Apr. 2008;
*Journal of Pelvic Medicine & Surgery.* 14(6):423-426, November/December 2008.

**Bowling CB**, Varner RE, Richter HE, et al.  *Modified LeFort Colpocleisis with*          2005-2006
*Puborectalis Plication & Perineorraphy for Total Pelvic Procidentia*
University of Alabama – Birmingham, Dept. of Medical Surgical Gynecology
Video presentation at the 32nd Annual Meeting of SGS – 2006
*Journal of Pelvic Medicine & Surgery,* March/April 2006; Vol 12, No. 2, pp. 117

## PEER REVIEWED POSTER PRESENTATIONS

Ellington DR, **Bowling CB**, Drelichman ER, Richter HE, et al.                            2011
*Pelvic Floor Symptoms and Quality of Life Analysis in Women undergoing surgery for rectal prolapse.*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Presented at Society of Gynecologic Surgeons' 37th Annual Meeting.
*World Journal of Colorectal Surgery.* Vol 3. Issue 3. Article 1. December 2013.

Lloyd LK, Munoz O, Jackson AB, **Bowling CB**                                              2009
*Endoscopic Treatment with Bulking Agents for Complex Adult Vesicoureteral Reflux*
University of Alabama, Birmingham; Department of Surgery, Division of Urology;
University of Alabama, Birmingham; Department of Obstetrics & Gynecology,
Division of Women's Pelvic Medicine & Reconstructive Surgery
Oral Poster at the International Spinal Cord Society 48th Annual Scientific Meeting, Florence, Italy

Munoz O, **Bowling CB**, Gerten KA, Kolleh R, Szychowski JM, Norman AM, Richter HE        2009
*Factors Influencing Post-Operative Outcomes from VVF Repairs in a Community Hospital in Liberia*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Read by Title at the International Continence Society 39th Annual Meeting, San Francisco, CA
Presented as Poster at the American Urogynecologic Society 30th Annual Meeting, Hollywood, FL
*Journal of Pelvic Medicine & Surgery.* 15(5):374-375, September/October 2009.
*Brit J Med Surg Urol,* In Press, 2011.

**Bowling CB**, Gerten KA, Chapman VR, Cliver SP, Neely CL, Burgio KL, Wheeler TL, Richter HE    2007
*Sphincter Tears in Primiparous Women: Is Age a Factor?*
University of Alabama, Birmingham; Department of Obstetrics & Gynecology
Division of Women's Pelvic Medicine & Reconstructive Surgery
Poster presented at 34th Annual SGS Meeting, Apr. 2008;
*International Urogynecology Journal,* Volume 20, Issue5 (2009), Page 565.

**Bowling CB**[1], Vogt VY[2], Summitt RL[2]. *Teaching and Assessing Basic Surgical Skills;*    2005-2006
*Testing the Effectiveness of an Interactive DVD;*
University of Tennessee, Memphis; Department of Obstetrics & Gynecology[1]
Vanderbilt University; Department of Obstetrics & Gynecology[2]
Presented as Poster at 2006 CREOG/APGO Annual Meeting

## UNIVERSITY ACTIVITIES

Women & Infant's Center Steering Committee                                    2015-current
University of Tennessee Medical Center                                        Knoxville, TN

Pelvic Floor Disorders Center Steering Committee                             2015-current
University of Tennessee Medical Center                                        Knoxville, TN

Principal Developer - Urogynecology Rotation                                         2014
University of Tennessee Medical Center                                        Knoxville, TN

Urogynecology Steering Committee                                                     2014
University of Tennessee Medical Center                                        Knoxville, TN

Robotics Steering Committee                                                   2012-current
University of Tennessee Medical Center                                        Knoxville, TN

Principal Developer – Resident Cystourethroscopy Credentialing Course            2008-2010
University of Alabama, Birmingham                                            Birmingham, AL

Administrative Chief Resident, Obstetrics & Gynecology                           2006-2007
University of Tennessee, Memphis                                               Memphis, TN

Coordinator – Resident Journal Club                                             2005- 2007
University of Tennessee, Memphis                                               Memphis, TN

Residency Recruitment Committee                                        June 2003- June 2007
University of Tennessee, Memphis                                               Memphis, TN

## HONORS AND AWARDS

*CityView Top Doc - Urogynecology*                                                    2018

*CityView Top Doc - Urogynecology*                                                    2017

*CityView Top Doc - Urogynecology*                                                    2016

*CityView Top Doc - Urogynecology*                                                    2015

*CityView Top Doc - Urogynecology*                                                    2014

*Astellas Research Educational Grant* - $10,000. Purpose of testing cystoscopy balloon teaching model    2009

*Outstanding Video Presentation*, 34th Annual Meeting of the Society of Gynecologic Surgeons     2008

*Golden Apple Teaching Award*, University of Tennessee OB/GYN Residency Program             2004

*Orville Jack Duncan Scholarship for Academic Achievement*, UT College of Medicine           2001

*James & Catherine Waters Scholarship for Academic Achievement*, UT College of Medicine       2001

*Billy & Sally Gore Scholarship for Academic Achievement*, UT College of Medicine            2001

## HONORS AND AWARDS  (CONT.)

| | |
|---|---|
| *Summa Cum Laude,* University of Tennessee, Knoxville | 1998 |
| *Phi Beta Kappa,* University of Tennessee, Knoxville | 1997 |
| *Gamma Beta Phi Society,* University of Tennessee, Knoxville | 1996 |
| *Golden Key National Honor Society,* University of Tennessee, Knoxville | 1996 |
| *Phi Eta Sigma Honor Society,* University of Tennessee, Knoxville | 1995 |
| *Dean's List – 8 consecutive semesters,* University of Tennessee, Knoxville | 1994-1998 |

## INTERNATIONAL FISTULA WORK

Ganta United Methodist Hospital.

January, 2009
Ganta, Liberia, Africa