IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ETHICON WAVE 8 CASES LISTED IN PLAINTIFFS' EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* RESPONSE OF KIM GEISINGER, M.D. FOR WAVE 8

Plaintiffs filed a Notice of Adoption (Doc. No. 6800) in the Wave 8 cases identified in Exhibit A to their Notice, adopting their Wave 4 Motions to Exclude Expert Testimony of Kim Geisinger, M.D., Doc. Nos. 3643 and 3653 (Motions) and Doc. No. 3660 (Supporting Memorandum).

Defendants hereby adopt and incorporate by reference their prior *Daubert* response in Wave 4, Doc. No. 3778.  Plaintiffs' Motion should be denied.

                                              Respectfully submitted,

                                              */s/ William M. Gage*
                                              William M. Gage (MS Bar #8691)
                                              Butler Snow LLP
                                              1020 Highland Colony Parkway
                                              Suite 1400 (39157)
                                              P.O. Box 6010
                                              Ridgeland, MS 39158-6010
                                              (601) 985-4561
                                              william.gage@butlersnow.com

                                              */s/ Susan M. Robinson*

>Susan M. Robinson (W. Va. Bar #5169)
>Thomas Combs & Spann PLLC
>300 Summers Street
>Suite 1380 (25301)
>P.O. Box 3824
>Charleston, WV 24338
>(304) 414-1800
>srobinson@tcspllc.com
>
>Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

>*/s/ William M. Gage*
>William M. Gage

44745609.v1