# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM                         MDL NO. 2327
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT APPLIES TO:
ETHICON WAVE 8 CASES
LISTED IN EXHIBIT A OF DEFENSE
NOTICE OF ADOPTION (Dkt. 6909)
_____

## NOTICE OF ADOPTION OF PRIOR DAUBERT
## RESPONSE OF DR. PEGGY PENCE

Plaintiffs hereby adopt and incorporate by reference Plaintiffs' Response in Opposition to Defendant Boston Scientific Corporation's Motion to Exclude the Opinions and Testimony of Peggy Pence, Ph.D. from Boston Scientific Wave 3. *See* ECF No. 4968. Plaintiffs respectfully request that the Court deny Defendant's motion for the reasons expressed in the Wave 3 response briefing.

DATED: October 25, 2018

                 Respectfully submitted,

                By:  /s/ *Clayton A. Clark*
                   Clayton A. Clark
                   Co-Lead Counsel for Plaintiffs in
                   MDL No. 2326
                   cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

                By:  /s/ *Aimee Wagstaff*
                   Aimee Wagstaff
                   Co-Lead Counsel for Plaintiffs in
                   MDL No. 2326
                   aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                        By:    /s/ *Clayton A. Clark*
                               Clayton A. Clark
                               Co-Lead Counsel for Plaintiffs in
                               MDL No. 2326
                               cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217