# EXHIBIT B

# Curriculum Vitae

## Richard Marcus Ellerkmann, M.D.
### Assistant Professor, Department of Gynecology and Obstetrics
### Johns Hopkins School of Medicine

**Personal Information**

    Business Address
        Director, Division of Urogynecology
        Weinberg Center for Women's Health and Medicine
        Mercy Medical Center
        227 Saint Paul Place
        Baltimore, Md. 21202
        410-332-9200

        Office:
        1734 York Road
        Lutherville, Md. 21093
        443-275-5050
        Fax:  443-275-5051

    Foreign Languages
        German (fluent), Spanish (working knowledge)

**EDUCATION:**

    <u>Dartmouth Medical School</u>, Hanover, NH
        (9/90-6/94)  Doctor of Medicine
        (1/93-3/93)  Navajo Reservation, Tuba City, AZ

    <u>Bryn Mawr College</u>, Bryn Mawr, PA
        (9/88-6/90)  Post-Baccalaureate Premedical Program.

    <u>Oberlin College</u>, Oberlin, OH
        (9/81-6/85) Bachelor of Arts, Double Major in English and German Studies

    <u>University of Hamburg</u>, Hamburg, Germany
        (12/83-9/84) Scholarship for German Studies

    <u>Durham Academy</u>, Durham, N.C.
        (9/77-6/81)



**POST GRADUATE EDUCATION and TRAINING**

Greater Baltimore Medical Center/ Johns Hopkins Medicine, Baltimore, MD
(7/98-6/01) Fellow, Division of Urogynecology and Reconstructive Pelvic Surgery

Maine Medical Center, Portland, ME
(6/94-6/97)   Residency in Obstetrics and Gynecology
(7/96-7/98)   Representative, Council on Graduate Education
(11/96)       Elective Month, Division of Urogynecology, Tufts-New England Medical Center

**CERTIFICATIONS AND MEDICAL LICENSURE:**

American Board of Obstetrics and Gynecology
   Sub-specialty Board Certification in Female Pelvic Medicine
   and Reconstructive Pelvic Surgery
   Written boards passed 2013

Fellow, American Board of Obstetrics and Gynecology
   December, 2003

American Board of Obstetrics and Gynecology, Board Certified
   Written Boards Passed 1999
   Oral Boards Passed 2002

1998-Present   Medical License, State of Maryland

1997-1999      Medical License, State of Maine

1995           Diplomate, National Board of Medical Examiners

**EMPLOYMENT:**

July, 2011- Present     Director, Division of Urogynecology and Reconstructive Pelvic Surgery
                        Weinberg Center for Women's Health and Medicine
                        Mercy Medical Center, Baltimore, MD

July, 2001-2011         Chief, Urogynecologist and Associate Residency Program Director
                        Associate Fellowship Director
                        Division of Urogynecology and Reconstructive Pelvic Surgery
                        Department of Obstetrics and Gynecology
                        Greater Baltimore Medical Center, Baltimore, MD

July,1998-July, 2001    Fellow in Urogynecology and Reconstructive Pelvic Surgery
                        Department of Obstetrics and Gynecology
                        Greater Baltimore Medical Center, Baltimore, MD

June, 1994-July,1998    Resident Physician
                        Department of Obstetrics and Gynecology
                        Maine Medical Center, Portland, ME

February,1997-July,1998 Physician, part-time
                        Planned Parenthood of New England, Portland, ME

May,1991-May,1992    Phlebotomist
                    Veterans Administration Hospital, White River Junction, VT

## PROFESSIONAL SOCIETIES:

| | |
|---|---|
| American College of Obstetricians and Gynecologists | (1995-Present) |
| American Urogynecologic Society | (1998-Present) |
| Association of Professors in Gynecology and Obstetrics | (2002-2007) |
| International Urogynecology Association | (2002-2007) |
| Society of Gynecologic Surgeons | Member |

## HONORS AND AWARDS:

National Health Service Scholarship recipient (1992)
Deutsche-Amerikanische Verein Scholarship for German Studies (1984)
Greater Baltimore Medical Center Faculty Teaching Award in Obstetrics and Gynecology (2001)
Johns Hopkins Golden Apple Award for Outstanding Commitment to Resident Education (2002)
American Urogynecological Society Prize Research Paper, 2007.
   A multi-center randomized trial comparing the MONARC® trans-obturator tape with the tension-free aginal tape (TVT®) for the surgical treatment of stress urinary incontinence
"Best Doctors"  Chosen by peers for expertise in gynecology/urogynecology. *The Best Doctors in America*, November 2007.
"Top Doctors"  Chosen by peers for expertise in gynecology/urogynecology. *Baltimore Magazine*, November 2013.
"Top Doctors"  Chosen by peers for expertise in gynecology/urogynecology. *Baltimore Magazine*, November 2015.
"Top Doctors"  Chosen by peers for expertise in gynecology/urogynecology. *Baltimore Magazine*, November 2016.
"Top Doctor" Nominated by peers for Castle Connolly Medical LTD, 2016

## ADMINISTRATIVE SERVICE

Director, Division of Urogynecology and Reconstructive Pelvic Surgery    7/2011-Present
    Weinberg Center for Women's Health and Medicine
    Mercy Medical Center
    Baltimore, Maryland

Chief, Division of Urogynecology and Reconstructive Pelvic Surgery    7/2005-6/2011
    Greater Baltimore Medical Center
    Baltimore, Maryland

Associate Residency Director
    Greater Baltimore Medical Center/Johns Hopkins Hospital    2001-2011
    Residency Training Program in Obstetrics and Gynecology

Assistant Professor, Obstetrics and Gynecology    2005-Present
    John Hopkins School of Medicine
    Section of Urogynecology and Reconstructive Pelvic Surgery
    The Johns Hopkins Hospital
    Baltimore, Maryland

| | |
|---|---|
| Interim Chairman, Department of Gynecology<br>    Greater Baltimore Medical Center<br>    Baltimore, Maryland | 7/2005-5/2006 |
| Clinical Instructor in Obstetrics and Gynecology<br>    Division of Gynecology<br>    University of Maryland Medical Center<br>    Baltimore, Maryland | 1999-12/31/2004 |

**Administrative Committees**

| | |
|---|---|
| Executive Committee Board Member, Medical Staff<br>    Mercy Medical Center | 2011-2013 |
| Board of Trustees, American Urogynecological Society<br>    Board Member | 2004-2008 |
| Medical Board Member<br>    Greater Baltimore Medical Center | 2005-2008 |
| Executive Operating Room Committee<br>    Greater Baltimore Medical Center | 2005-2006 |
| Institutional Graduate Medical Education Committee<br>    Greater Baltimore Medical Center<br>    Director and Chair | 2003-2011 |
| Johns Hopkins/Greater Baltimore Medical Center<br>    Ob/Gyn Residency Training Program Committee<br>    Associate Director | 2001-2011 |
| Ob/Gyn Residency Endoscopy Training Center GBMC<br>    Director | 1999-2007 |
| Resident Selection Committee<br>    Johns Hopkins/Greater Baltimore Medical Center | 1999-2011 |
| Gynecology Advisory Committee<br>    Chairman (2005-2009)<br>    Greater Baltimore Medical Center | 2003-2011 |
| Continuing Medical Education<br>    Gynecology Grand Rounds Coordinator<br>    Greater Baltimore Medical Center | 2003-2008 |

**Local and National Service**

    **Journal Manuscript Reviewer**
    **Journals**
    1) Editorial Board, *Journal of Pelvic Medicine and Surgery*
    Section Editor, Fellow Lecture Series: Female Pelvic Medicine/Reconstructive Surgery (2001-2009)

   2) *Obstetrics and Gynecology*
   3) *International Urogynecology Journal and Pelvic Floor Dysfunction*
   **Other**
   Council of Healthcare Advisors

**TEACHING EXPERIENCE**:

   Attending Physician, In-patient Service Mercy Medical Center
       Baltimore, MD. July, 2011-present.

   Attending Physician, In-patient Service rotating basis at Greater Baltimore Medical Center
       Baltimore, MD. July, 1998-present.
       (24/day 8 weeks/year)

   Attending Physician, Colposcopy Clinic, Hannah Moore Medical Clinic,
       Baltimore, MD July, 1998-2001.
       (Supervising JHM residents 4 hours every 2-3 months)

   Preceptor and Lecturer, 3rd year medical students.
       Johns Hopkins Hospital and Greater Baltimore Medical Center.
       1998-2011

   Attending Physician, Women's Health Clinic, Veterans Administration Hospital
       Baltimore, MD. July,1999-2001
       Supervising Resident Urogynecology Clinic 4 hours/week

   Attending Physician, rotating basis at the Johns Hopkins Hopkins Hospital
       Baltimore, MD. July, 1999-2001.

   Attending Physician, Urogynecology Clinic, Johns Hopkins Bayview Medical Center
       Baltimore, MD November, 1999-2001
       Supervising Resident Urogynecology Clinic 5 hours/week

   Attending Physician, rotating basis at the University of Maryland Medical Center
       Baltimore, MD. July, 1999-2001.
       Supervising Ob/Gyn residents as On-Call Attending Physician and In-House Obstetrician

   Administrative Chief Resident, bi-monthly lecture series. Maine Medical Center,
       Portland, ME. July, 1997-1998.

   Physician, Planned Parenthood Clinic, Supervised and instructed healthcare providers
       Portland, ME. 1997-1998.

   Clinical Instructor in Obstetrics and Gynecology, Univ. of Vermont College of Medicine. Maine Medical Center
       Portland, ME. July, 1997-1998.

   Anatomy Tutor and Prosector, Dartmouth Medical School
       Hanover, NH. September,1991-1992.

   Academic Tutor in gross anatomy, physiology, microbiology. Dartmouth Medical School
       Hanover, NH. September, 1991-1992.

   German Tutor/Teacher: 1)  Department of German, Oberlin College, Oberlin, OH (9/83-85)
                         2)  Goethe Institute, Boston, MA (6/86-1/88)
                         3)  Goethe Institute, Lima, Peru (2/88-4/88)

**PUBLICATIONS:**

*Peer reviewed journals*

1) Ellerkmann RM, Tarraza MD. View From the Family: Years after a Loved One Has Died of Ovarian Cancer: A Retrospective Review. *Obstet Gynecol*,1998;93(1):38-40.

2) Ellerkmann RM, Cundiff GW, Melick CF, Nihira MA, Leffler K, Bent AE. Correlation of symptoms with location and severity of pelvic organ prolapse. *Am J Obstet Gynecol*. 2001 Dec;185(6):1332-8.

3) Dunn JS Jr, Zerbe MJ, Blomquist JL, Ellerkmann RM, Bent AE. Ectopic IUD complicating pregnancy. A case report. *J Reprod Med*.2002 Jan;47(1):57-9.

4) Dunn JS Jr, Ellerkmann RM, Bent AE, Nihira MA, Melick CF. Voiding dysfunction after surgery for stress incontinence: Literature review and survey results. Int Urogynecol J Pelvic Floor Dysfunct 2002 Mar;23(1) 83-86.

5) Ellerkmann RM, Dunn JS, McBride AW, Blomquist JL, Kummer LG, Melick CF, Bent AE. A comparison of anticipated pain before and pain rating after the procedure in patients who undergo cystourethroscopy. Am J Obstet Gynecol. 2003 Jul;189(1):66-9.

6) Gutman RE, Ellerkmann RM. Colo-Rectal-Anal Pathophysiology and Pharmacology. *J Pelvic Med Surg*; 9:4;July, 2003, 1-10.

7) Dunn JS, Ellerkmann RM, Bent AE. Pathophysiology of Detrusor Overactivity. *J Pelvic Med Surg. 10:2;* March 2004, 2-7.

8) Dunn JS Jr, Bent AE, Tutrone RF Jr, Ellerkmann RM. Acute renal failure casued by complete bladder inversion through a vesicovaginal fistula: Case report and literature review. Int Urogynecol J Pelvic Floor Dysfunct. 2004 Feb;15(1):49-50

9) Ellerkmann RM, Dunn JS, McBride AW, Blomquist JL, Kummer LG, Melick CF, Bent AE. A comparison of anticipatory and post-procedure pain perception in patients undergoing multichannel urodynamic evaluation. Am J Obstet Gynecol. 2004 Apr;190(4):1034-8.

10) KlingeleC, Ellerkmann RM. Advanced Diagnostic Testing for Pelvic Floor Dysfunction. *J Pelvic Med Surg*. 10:3May, 2004, 3-10.

11) Ellerkmann RM, McBride AW, Bent AE, Melick CF. Comparison of long-term outcomes of autologous fascia lata slings to Suspend Tutoplast$^{TM}$ fascia lata allograft slings for stress incontinence. Am J Obstet Gynecol : Vol 192/5, 2005 pp 1677-1681.

12) FA Tugbiyele, AE Bent, RM Ellerkmann, JL Blomquist, MM Germain, TV Nguyen, CF Melick A Comparison of Surgical and Clinical Outcomes following Abdominal Sacral Colpopexy and Uterosacral Ligament Vaginal Vault Suspension for Apical Prolapse. Am J Obstet Gynecol. Submitted for publication, March 2006.

13) MJ Fagan, RM Ellerkmann. Surgery for Stress Urinary Incontinence in Women. *J Pelvic Med Surg. Jul/Aug* 2007.

14) MK Flynn, <u>RM Ellerkmann</u>. Abdominal Surgery for Pelvic Organ Prolapse. *J Pelvic Med Surg. Oct/Sept 2007*

15) MD Barber, S Kleeman, MM Karram, MF Paraiso, MD Walters, ,S Vasavada, <u>RM Ellerkmann</u>. A multi-center randomized trial comparing the MONARC® trans-obturator tape with the tension-free aginal tape (TVT®) for the surgical treatment of stress urinary incontinence. Obstet Gynecol. 2008 Mar;111(3):611-21.

16) DH Akingba, TV Sanses, K Matsuo, CF Melick, <u>RM Ellerkmann</u>. Outcomes of hysterectomies performed by supervised residents versus those performed by attendings alone. **Am J Obstet Gynecol.** 2008 Dec;199(6):673.e1-6.

17) Barber MD, Kleeman S, Karram MM, Paraiso MF, Ellerkmann M, Vasavada S, Walters MD Risk factors associated with failure 1 year after retropubic or transobturator midurethral slings. .Am J Obstet Gynecol. 2008 Dec;199(6):666.e1-7.

18) Sanses TV, Grimes CL, Joskey KA, Lelick C, Blomquist J, <u>Ellerkmann RM</u>. Outcomes of mid-urethral slings when performed by urogynecologists, urologists, and general gynecologists. *Journal of Pelvic Medicine and Surgery.* Submitted Nov, 2009

19) AC. Frick, B Ridgeway, <u>RM Ellerkmann</u>,† MM Karram, MF Paraiso, ,MD. Walters, MD Barber. Comparison of Responsiveness of Validated Outcome Measures After Surgery for Stress Urinary Incontinence. J of Urology, Vol. 184, 2013-2017, November 2010.

20) MD Barber, AC Weidner, AK Sokol, CL Amundsen, JE Jelosvsek, MM Karram, RM Ellerkmann, et al. Single-Incision Mini-Sling Compared With Tension-Free Vaginal Tape for the Treatment of Stress Urinary Incontinence. Obstetrics and Gynecol, Vol 119, No. 2 Feb 2012. 328-337.

21) Adelowo, A, <u>Ellerkmann, RM,</u> Rosenblatt, P Rectovaginal fistula repair using a disposable biopsy punch. Accepted for publication, *Journal of Female Medicine and Reconstructive Pelvic Surgery,* 3/2013

### Non-peer reviewed journal articles

1) <u>Ellerkmann RM</u>, McBride A. Management of Obstructive Voiding Dysfunction. Chapter in: *Timely Topics in Medicine*, 2002, Prous Science, S.A.

2) <u>Ellerkmann RM</u>, Bernard KA. Ureteral Injury. *Postgraduate Obstetrics & Gynecology,* Vol 23, No. 1, 2003.

3) <u>Ellerkmann RM</u>, McBride A. Management of Obstructive Voiding Dysfunction. Drugs Today (Barc). 2003 Jul;39(7):513-40.

### Web based articles

1) <u>Ellerkmann RM</u>, Bent AE, Levy J. MedCase: Intrinsic Sphincter Deficiency. Internet-Based Interactive Software Program, 1999.

### Book Chapters

1) <u>Ellerkmann RM</u>, Tarraza MD. Radical Pelvic Surgery. Chapter in: <u>Surg Oncol Clin North Amer</u>,1998;7(2):399-417.

2) <u>Ellerkmann RM</u>, Tarraza MD. Radiation Therapy. In, <u>Pearls of Wisdom Board Review</u>, Gynecological Oncology, 1998.

3) Ellerkmann RM, Kaufman H. Defecatory Dysfunction. Chapter 24 in: <u>Ostergard's Urogynecology and Pelvic Floor Dysfunction</u>, Fifth Edition. Editors: Bent, Ostergard, Swift, Cundiff.

### Educational Surgical Videos

1) Robotic-assisted laparoscopic resection of eroded mesh within the bladder: Oral Video Presentation. Society of Gynecologic Surgeons Annual Scientific Meeting, Orlando, March, 2015

### RECENT CLINICAL RESEARCH

Principle Investigator
522 Clinical EMBRACE Trial, a multi-center, industry-sponsored evaluating the safety and efficacy of transvaginal polypropylene mesh in reconstructive pelvic surgery (May, 2014-April, 2016)

### MAJOR INVITED LECTURES/POSTGRADUATE COURSES

1) "Surgical Approaches for Genuine Stress Incontinence"
   Grand Rounds, Department of Obstetrics and Gynecology, Maine Medical Center
   Portland, ME (April, 1998).

2) Pelvic Anatomy Prosection: Layers & Structures of the Abdominal Wall.
   Houston-Everett Memorial Symposium in Urogynecology. The Johns Hopkins Hospital, Baltimore, MD (February 24-26, 2000).

3) "Contraception: A Review"
   Women's Health Symposium: Primary Care Women's Health Issues.
   Veteran's Administration Hospital. Baltimore, MD (May 9-10, 2000).

4) "Pelvic Organ Prolapse and Biomaterial Augmentation"
   European Association of Gynaecologists and Obstetricians
   Bern, Switzerland (May 24, 2000).

5) "Pelvic Organ Prolapse: Paradigms and Surgical Management"
   Grand Rounds, York Hospital York, PA (November 16, 2000).

6) Advanced Laparoscopic Reparative Pelvic Surgery & Surgical Dissection on Unembalmed Female Cadavers.
   Global Congress of Gynecologic Endoscopy, AAGL 29th Annual Meeting. Orlando, Fl (Nov. 13-14, 2000.)

7) Pelvic Anatomy: Pelvic Sidewall Prosection and Demonstration
   Houston-Everett Memorial Symposium in Urogynecology. The Johns Hopkins Hospital, Baltimore, MD
   (February 22-24, 2001).

8) Elkins OB/GYN Ethics Retreat. Session moderator/facilitator.
   Baltimore, MD (April 20, 2001).

9) "TVT and SUI: A minimally Invasive Approach"
   Urology 2001: A Voiding Odyssey.
   The Metropolitan Baltimore Urological Nurses' Association.
   Hunt Valley, MD (April 21, 2001).

10) "Urinary Incontinence…Pads No More"
    Speaking of Women's Health Conference. GBMC Healthcare, Inc.

    Hunt Valley, MD (March 23, 2001).

11) "Pelvic Anatomy: A Cadaveric Description".
    Houston-Everett Memorial Symposium in Urogynecology. The Johns Hopkins Hospital,
    Baltimore, MD (February 21-23, 2002).

12) Baltimore OB/GYN Biomedical Ethics Retreat. Session moderator/facilitator.
    Baltimore, MD (April 19, 2002).

13) Vaginal Surgery Workshop: Pelvic Floor Defects and Stress Incontinence. Postgraduate Institute for
    Medicine. Howard University School of Medicine
    Washington, DC (May 31-June1, 2002).

14) Advanced Laparoscopy and Hysteroscopy for the Gynecologist: Televised Laparoscopic Hysterectomy and
    Operative Hysteroscopy. Co-Director  Greater Baltimore Medical Center
    Baltimore, MD (November 1, 2002)

15) "Incontinence—Doctor, Why Do I Leak Urine?"  Healthy Menopause; A Course for Clinicians.
    Greater Baltimore Medical Center
    Baltimore, MD  (November 22-23, 2002).

16) "The ABC's of Overactive Bladder" Pfizer Literature Review Symposium, Baltimore, MD (February 12,
    2004).

17) "The Management and Treatment of Overactive Bladder"  Ob/Gyn Grand Rounds, Boston University
    Medical Center, (March 30, 2004).

18) "The Management and Treatment of Overactive Bladder"  Internal Medicine Grand Rounds, Greater
    Baltimore Medical Center, (May 7, 2004).

19) Gynecologic Laparoscopy and Vaginal Surgery Workshop. Innovations in Medical Education and Training
    (IMET). Invited Faculty/Lecturer  Seattle, WA (June 10-13, 2004).

20) Gynecologic Laparoscopy and Vaginal Surgery Workshop. Innovations in Medical Education and Training
    (IMET). Invited Faculty/Lecturer  Miami, Fl. (November 18-20, 2004).

21) Darifenacin: A New Treatment for Overactive Bladder. Novartis Invited Speaker, Beverly Hills, CA
    (April 8-10, 2005).

22) Round Table Discussion: "Biomaterials in Gynecologic Surgery: A Review of the Literature and Current
    Applications". Invited Speaker, American Urogynecology Association Annual Scientific Meeting, Atlanta,
    (October 12,2005).

23) Advances in Gynecologic and Vaginal Surgery Workshop. Innovations in Medical Education and Training
    (IMET). Invited Faculty/Lecturer  Charlotte, NC (April, 2006)

24) Hands on Gynecologic Laparoscopy. Innovations in Medical Education and Training (IMET). Invited
    Faculty/Lecturer. San Juan, Puerto Rico, October 19-20, 2007.

25) Ethicon Women's Health: Invited Preceptor and Lecturer, Industry-Sponsored Cadaver Lab for
    Transvaginal Mesh Kits (Prolift) and Midurethral Slings. Vista Lab. Baltimore, MD  October 2, 2009

26) "Everything you wanted to know about Urogynecology"  Invited Speaker for "Time For Me" Women's
    Health Series. Greater Baltimore Medical Center, Baltimore, MD October 12, 2009.

27) "Urogynecology…An Evolving Subspecialty: Invited Speaker. GBMC Foundation : Perspectives in
    Medicine  Lecture Series. November 10, 2010.

28) Grand Rounds. "Maximizing Success in Reconstructive Pelvic Surgery". Greater Baltimore Medical Center. April 15, 2011

29) Grand Rounds, "An Update in Urogynecology: a New Board Sub-specialty" Sinai Hospital, Baltimore, MD December, 2011

30) International Congress on Minimally Invasive Gynecological/Urological Surgical Symposium. Invited speaker and participant. Atlanta, GA April 20-22, 2012

31) "Urogynecology: An Update for Primary Care Physicians" Mercy Medical Center CME-sponsored presentation. Towson, MD September 19, 2012

32) "Urogynecology: What's New, What's Hot, What's Not" Women's Health 2012 and Beyond. A CME-sponsored event. Four Seasons Hotel. Mercy Hospital, January 17-18, 2013

33) Medicine Grand Rounds "Urogynecology: An Update" Mercy Medical Center, February 23, 2013

34) Medicine Grand Rounds "Advances in the treatment of overactive bladder" Mercy Medical Center. September, 2014

35) WBAL Women's Doctor: Live televised broadcast interview discussing treatment options for urinary incontinence October 15, 2014

36) WBAL Women's Doctor: Live televised broadcast interview discussing treatment options for overactive bladder, May 10, 2015.

37) Mercy Medical Center Physician Symposium: "Urogynecology: What is this subspecialty?" October 20, 2015.

38) WBAL Women's Doctor: Live televised broadcast interview discussing treatment options for recurrent urinary tract infections. June, 25, 2016

## PROFFERED COMMUNICATIONS

1) Weight Change Associated with Chemotherapy for Epithelial Ovarian Cancers. Presented at the Annual Scientific Meeting of the New England Cancer Society in New Haven, CT (November 15,1997).

3) McLennan MT, Melick C, Ellerkmann RM, Turner N, Bent AE. Long term success rate for autologous fascia lata suburethral sling. Presented American Urogynecologic Society, San Diego, CA, October 12-14, 1999.

4) McLennan MT, Melick C, Ellerkmann RM, Turner N, Bent AE. Voiding changes after incontinence surgery. Presented American Urogynecologic Society, San Diego, CA. October 12-14,1999.

5) Turner N, Melick C, McLennan MT, Bent AE, Ellerkmann RM. Morbidity and mortality among the very elderly undergoing urogynecological procedures. Presented American Urogynecologic Society, San Diego, CA. October 12-14,1999.

6) Ellerkmann RM, Bent AE, McLennan MT, Melick C, Yee AM. Incidence of urinary tract infection with postoperative suprapubic catheterization following urogynecologic surgery. Presented American Urogynecologic Society, San Diego, CA. October 12-14,1999.

7) Nihira MA, Anderson C, Ellerkmann RM, Bent AE. 1998 Surgical Admissions for Female Stress Urinary Incontinence. Presented, American Urogynecologic Society,Hilton Head, SC. October 26-28, 2000

10) Dunn JS, <u>Ellerkmann RM</u>, Nihira MA, Melick CF, Bent AE. Management guidelines for urethrolysis: American Urogynecologic Society survey results. Presented American Urogynecologic Society, Chicago, IL October 25-27, 2001.

11) Nihira MA, Dunn JS, <u>Ellerkmann RM</u>, Buller JL, Cundiff GW. Is cystoscopic identification of paravaginal defects useful? Presented American Urogynecologic Society, Chicago, IL October 25-27, 2001.

12) Leffler KS Buller JL, Blomquist J, <u>Ellerkmann RM</u>, Burrow L, Cundiff GW. The vasculature of the rectovaginal septum. Presented American Urogynecologic Society, Chicago, IL October 25-27, 2001.

13) Buller JL, Cundiff GW, Noel KA, Leffler KS, VanRooyan JA, <u>Ellerkmann RM</u>, Bent AE. RF Bion™: An injectable microstimulator for the treatment of overactive bladder disorders in adult females. Presented American Urogynecologic Society, Chicago, IL October 25-27, 2001

14) <u>Ellerkmann RM,</u> Dunn JS, Blomquist JL, Kummer LG, Melick CF, Bent AE. Evaluation of graft biomaterialin reconstructive pelvic surgery: A pilot study. Presented at the International Urogynecology Association Annual Scientific Meeting, Prague,CZ, August 22-24, 2002 and the American Urogynecologic Society Annual Scientific Meeting, San Francisco, CA October 17-19, 2002.

15) Gutman RE, Cundiff GW, <u>Ellerkmann RM</u>, Melick, CF. The Impact of Stage of Prolapse on Urinary Tract Symptoms. Presented at the American Urogynecologic Society Annual Scientific Meeting, Hollywood, Fl. 2003.

16) McBride AW, <u>Ellerkmann RM</u>, Ma L, Fagan MJ, Melick CF. Anatomic Relationship of symphysis pubis, space of retzius and peritoneal cavity based on magnetic resonance imaging. Accepted for Poster Presentation at the American Urogynecologic/Society of Gynecologic Surgeons Annual Scientific Meeting, San Diego, CA, July, 2004.

17) FA Tugbiyele, AE Bent, <u>RM Ellerkmann</u>, JL Blomquist, MM Germain, TV Nguyen, CF Melick A Comparison of Surgical and Clinical Outcomes following Abdominal Sacral Colpopexy and Uterosacral Ligament Vaginal Vault Suspension for Apical Prolapse Oral Presentation American Urogynecologic/Society of Gynecologic Surgeons Annual Scientific Meeting, Atlanta, GA September, 2005

18) MD Barber, S Kleeman, MM Karram, MF Paraiso, MD Walters, ,S Vasavada, <u>RM Ellerkmann</u>. Risk factors associated with failure one year after retropubic and transobturator mid-urethral slings. Accepted for Oral Presentation. Society Gynecologic Surgeons Annual Scientific Meeting, Augusta, GA, April 2008.

19) DH Akingba, TV Sanses, K Matsuo, CF Melick, <u>RM Ellerkmann</u>. Outcomes of hysterectomies performed by supervised residents versus those performed by attendings alone. Accepted for Oral Presentation. Society Gynecologic Surgeons Annual Scientific Meeting, August, GA, April 2008