# EXHIBIT D

# Richard Ellerkmann

## General Reliance List
### *in Addition to Materials Referenced in Report*



## Richard Ellerkmann Materials List

**Medical Literature**

Abdel-Fattah M, et al. Long-term outcomes of transobturator tension-free vaginal tapes as secondary continence procedures. World J Urol (2016); 35(7): 1141-1148. doi:10.1007/s00345-016-1969-1

Abdelmonem AM. Vaginal length and incidence of dyspareunia after total abdominal versus vaginal hysterectomy. Eur J Obstet Gynecol Reprod Biol 2010; 151: 190-192.

Abdul-Rahman A, et al. Long-term outcome of tension-free vaginal tape for treating stress incontinence in women with neuropathic bladders. BJU Int (2010) 106: 827-830. doi:10.1111/j.1464-410x.2010.09203.x.

Abed, et al. Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. Int Urogynecol J (2011).

Adams S. Pelvic floor physical therapy as primary treatment of pelvic floors disorders with urinary urgency and frequency predominant symptoms. Female Pelvic Med Reconstr Surg (2015); 21(5): 252-256.

Addison WA, Bump RC, Cundiff GW. Sacral colpopexy is the preferred treatment for vaginal vault prolapse in selected patients. J Gynecol Tech 1996; 2(2): 69-74.

Agarwala N, et al. Laparoscopic sacral colpopexy with Gynemesh as graft material - experience and results. J Minim Invas Gynecol 2007; 14: 577-83.

Aigmueller T, et al. Ten-year follow-up after the tension-free vaginal tape procedure. Am J Obstet Gynecol (2011) 205: 1.e1-1.e5. doi:10.1016/j.ajog.2011.07.010.

Ala-Nissilä S, et al. Tension-free vaginal tape - a suitable procedure for patients with recurrent stress urinary incontinence. Acta Obstet Gynecol Scand 2010; 89(2): 210-216. doi:10.3109/00016340903508635

Albo M. Burch colposuspension versus fascial sling to reduce urinary stress incontinence. NEJM (2007) 356: 2143-2155.

Alcalay M. Burch colposuspension: a 10-20 year follow up. BJOG (1995) 102: 740-745

Al-Salihi S, Lim J, Carey M. [IUGA Abs 136] Video demonstration of vaginal surgery for prolapse using mesh and a vaginal support device. Int Urogynecol J (2009); 20(Suppl 2): S188-S189.

Altman D, et al. Anterior colporraphy versus transvaginal mesh for pelvic-organ prolpase. N Engl J Med 2011; 364: 19.

Altman D, et al. Nordic Transvaginal Mesh Group. Anterior colporrhaphy versus transvaginal mesh for pelvic-organ prolapse. N Engl J Med. 2011 May 12; 364(19): 1826-36. Erratum in: N Engl J Med. 2013 Jan 24; 368(4): 394. PubMed PMID: 21561348.

Altman D. Surgery for cystocele II: replies. Response to POPQ Measurements. Int Urogynecol J (2012) 23: 663-664.

Angioli R, et al. Tension-Free Vaginal Tape Versus Transobturator Suburethral Tape: Five-Year Follow-up Results of a Prospective, Randomised Trial. Eur Urol (2010); 58(5): 671-677. doi:10.1016/j.eururo.2010.08.004

Antosh D, et al. A case-control study of risk factors for ileus and bowel obstruction following benign gynecologic surgery. Int J Gynaecol Obstet (2013) 122: 108-111.

Armitage K. Best approaches to recurrent UTI. Patient Care, June 1999: 38-69

Arnold MW, Stewart WRC, Aguilar PS. Rectocele repair. Four years' experience. Dis Colon Rectum. 1990 Aug; 33(8): 684-7. PubMed PMID: 2376225.

Athanasiou S, et al. Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape : Why do tapes fail? Int Urogynecol J (2014); 25(2): 219-225. doi:10.1007/s00192-013-2186-8

Aube M, McVeigh T, Tu LM. Long Term Efficacy and Patient Satisfaction of Pelvic Organ Prolapse Reduction Using Trans-Vaginal Mesh. (2015)

**Richard Ellerkmann Materials List**

**Medical Literature**

Baginska JE. [Abs C38] Prosima - A new device for pelvic organ prolapse repair. An initial experience. Eur Urol Suppl 2011; 10(9): 622.

Baker KR, et al. Colposacropexy with Prolene mesh. Surg Gynecol Obstet 1990; 171: 51-54.

Baker PK. Musculoskeletal Origins of Chronic Pelvic Pain. Obstet Gynecol Clin North Am, Dec 1993; 20(4): 719-743.

Barber MD, Brubaker L, Burgio KL. Comparison of 2 transvaginal surgical approaches and perioperative behavioral therapy for apical vaginal prolapse: the OPTIMAL randomized trial. JAMA 2014; 311(10): 1023-1034.

Barber MD, Ellerkmann M, et al. Foundation for Female Health Awareness Research Network. Single-incision mini-sling compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. Obstet Gynecol. 2012 Feb; 119(2 Pt 1): 328-37. PubMed PMID: 22270285.

Barber MD, Maher C. Apical prolapse. Int Urogynecol J 2013; 24: 1815-1833.

Barber MD, Maher C. Epidemiology and outcome assessment of pelvic organ prolapse. Int Urogynecol J. 2013 Nov; 24(11): 1783-90. PubMed PMID: 24142054.

Barber, et al. (corrected July 2015) Supplementary Online Content. Comparison of 2 Transvaginal Surgical Approaches and Perioperative Behavioral Therapy for Apical Vaginal Prolapse: The Optimal Randomized Trial. JAMA 2014; 311(10): 1023-1034. doi: 10.1001/jama.2014.1719.

Barnabei VM, et al. Menopausal Symptoms and Treatment-Related Effects of Estrogen and Progestin in the Women's Health Initiative. Obstet Gynecol 2005; 105: 1063-1073

Bazi T. Prevention of pelvic floor disorders: international urogynecological association research and development committee opinion. Int Urogyn J (2016) 27: 1785-1795. DOI 10.1007/s00192-016-2993-9.

Bedford N, et al. Effect of uterine preservation on outcome of Laparoscopic Uterosacral Suspension. J Minim Invasive Gynecol (2013) 20: 172-177.

Benbouzid S, et al. Pelvic organ prolapse transvaginal repair by the Prolift system: evaluation of efficacy and complications after a 4.5 years follow up. Int J Urol. 2012 Nov; 19(11): 1010-6. PubMed PMID: 22758777.

Bensinger G, Lind L, Lesser M, Guess M, Winkler H. Abdominal sacral suspensions: analysis of complications using permanent mesh. Am J Obstet Gynecol 2005; 193: 2094-2098.

Benson JT, Lucente V, McClellan E. Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: a prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol 1996; 175: 1418-21.

Berry S. Prevalence of symptoms of bladder pain syndrome/interstitial cystitis among femails in the United States. J Urol (2011) 186: 540-544. DOI:10.1016/j.juro.2011.03.132

Bezhenar V, et al. 7-year Old Clinical Experience of Treating Women's Urinary incontinence using Suburethral Slings. ICS Abstract #768 (2013).

Bezhenar V, Guseva E. [ICS Abs 765] The pelvic floor repair with the use of the Prosima Implant - The assessment of complications and life quality. (2013)

Bhatia, et al. [Oral Post er 1] A Comparison of Short Term Sexual Function Outcomes for Patients Undergoing the Transvaginal Mesh Procedure Usint the Standard Polypropylene Mesh vs a Hybrid Polypropylene/Poliglecaprone Mesh. Female Pelvic Med Reconstr Surg 2012; 16(2, Suppl): S15-S16.

Braga A, et al. Tension–free vaginal tape for treatment of pure urodynamic stress urinary incontinence: efficacy and adverse effects at 17-year follow-up. BJU Int (2018); doi:10.1111/bju.14136

## Richard Ellerkmann Materials List

**Medical Literature**

Brizzolara S, Pillai-Allen A. Risk of mesh erosion with sacral colpopexy and concurrent hysterectomy. Obstet Gynecol 2003; 102: 306-310.

Brubaker L, et al. Two-year outcomes after sacral colpopexy with and without Burch to prevent stress urinary incontinence. Obstet Gynecol 2008; 112: 49-55.

Brubaker L. American Urogynecologic Society Best-Practice Statement: Recurrent Urinary Tract Infection in Adult Women. Female Pelvic Med Reconstr Surg (2018) 00:00, 1-15.

Brummer, et al. FINHYST a prospective study of 5279 hysterectomies:complications and their risk factors. Human Reprod 2011; 26(7): 1742-1751.

Bryant C. Caffeine reduction education to improve urinary symptoms. Br J Nurs (2002); 11(8): 560-565

Bureau M. Pelvic organ prolapse: A primer for urologists. Can Urol Assoc J 2017; 11(6 Suppl 2): S125-30

Carey M, et al. Vaginal Repair with mesh versus colporrhaphy for prolpase: a randomised controlled trial. Br J Obstet Gynecol 2009; 116: 1380-1386.

Carey M, et al. Vaginal surgery for pelvic organ prolapse using mesh and a vaginal support device. Br J Obstet Gynecol 2008; 115: 391-397.

Carlin, Klutke. The Tension-Free Vaginal Tape Procedure for the Treatment of Stress Incontinence in the Female Patient. Urology 2000; 56(Suppl 6A): 28-31.

Certification of Miles Murphy, M.D. Time to Rethink: an evidence based response from pelvic surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Plevic Organ Prolapse". Int Urogynecol J; DOI 10.1007-s00192-011-1581.2.

Chaliha C. Complications of surgery for genuine stress incontinence. BJOG (1999) 106: 1238-1245

Chen YS, et al. Midterm prospective comparison of vaginal repair with mesh vs Prolift system devices for prolapse. Eur J Obstet Gynecol Reprod Biol. 2012 Oct; 164(2): 221-6. PubMed PMID: 22771224.

Cheng D, et al. Tension-Free Vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up. Eur J Obstet Gynecol Reprod Biol (2012) 161: 228-231.

Cheung RY, et al. Inside-out versus outside-in transobturator tension-free vaginal tape: A 5-year prospective comparative study. Int J Urol (2014); 21(1): 74-80. doi:10.1111/iju.12196

Chung CP, et al. Recognition and management of nerve entrapment pain after uterosacral ligament suspension. Obstet Gynecol 2012; 120: 292-295.

Collins SA, Downie SA, Olson TR, Mikhail MS. Nerve injury during uterosacral ligament fixation: a cadaver study. Int Urogynecol J Pelvic Floor Dysfunct 2009; 20: 505-508.

Colombo M, et al. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse. BJOG. 2000 Apr; 107(4): 544-51. PubMed PMID: 10759276.

Cosson M, et al. [Pop 687 – ICS Abst. 121] Prolift (Mesh (Gynecare) for Pelvic Organ Prolapse Surgical Treatment using the TVTM Group Technique: A retrospective study of 687 patients. (2005)

Costantini E, et al. Sacrocolpopexy for pelvic organ prolapse: evidence-based review and recommendations. Eur J Obstet Gynecol Reprod Biol 2016; 205: 60-5.

Costantini E, et al. Long-term efficacy of the trans-obturator and retropubic mid-urethral slings for stress urinary incontinence: update from a randomized clinical trial. World J Urol (2015); doi:10.1007/s00345-015-1651-z.

Cox A. Surgical management of female SUI: is there a gold standard? Nat Rev Urol (2013) 10: 78-89.

## Medical Literature

Coyne K. Risk factors and comorbid conditions associated with lower urinary tract symptoms: Epi LUTS. BJU Int (2009); 103, Supp 3: 24-32

Cresswell J, et al. Long-term evaluation of tension-free vaginal tape (TVT) outcomes for a UK surgeon: Objective assessment and patient satisfaction questionnaires. Br J Med Surg Urol (2008); 1(2): 58-62. doi:10.1016/j.bjmsu.2008.05.004

Culligan PJ, Murphy M, Blackwell L, Hammons G, Graham C, Heit MH. Long-term success of abdominal sacral colpopexy using synthetic mesh. Am J Obstet Gynecol 2002; 187: 1473-1482.

Cundiff GW, Fenner D. Evaluation and Treatment of Women with Rectocele: Focus on Associated Defecatory and Sexual Dysfunction. Obstet Gynecol 2004; 104(6): 1403-21. Erratum in: Obstet Gynecol, 2005 Jan; 105(1): 222

Cundiff GW, Varner E, Visco AG, et al. Risk Factors for Mesh/Suture Erosion Following Sacrocolpopexy. Am J Obstet Gynecol 2008; 199: 688.e1-e5.

da Silveira, et al. [Pop 184, 1 yr fu] Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolpase surgical treatment. Int Urogynecol J (2014).

D'Afiero, et al. [Abs 0156] Short-term effects of mesh augmented surgery for pelvic organ prolapse on functional outcomes and QOL: A Comparison between trocar guided and single incision devices. Int J Gynecol Obstet 119S3 (2012): S315-S316.

Dallosso H. The association of diet and other lifestyle factors with overactive bladder and stress incontinence: a longitudingal study in women. BJU Int (2003) 92: 69-77. doi:10.1046/j.1464-410X.2003.04271.x

Damoiseaux, Withagen, Withagen. [IUGA Abs PP 01] Long-term follow-up (7 years) of a randomized controlled trial: Trocar-guided Mesh compared with conventional Vaginal Repair in Recurrent Pelvic Organ Prolapse. Int Urogynecol J (2015); 26(Suppl 1): S23-S24.

Dandolu V, Akiyama M, Allenback G, Pathak P. Mesh complications and failure rates after transvaginal mesh repair compared with abdominal or laparascopic sacrocolpopexy and to native tissue repair in treating apical prolapse. Int Urogynecol J (2016).

de Landsheere L, et al. Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' medial follow-up. Am J Obstet Gynecol 2011; 205:x-x.

de Landsheere L, et al. Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' median follow-up. Am J Obstet Gynecol. 2012 Jan; 206(1): 83.e1-7. PubMed PMID: 21963098.

de Leval J. The original versus a modified inside-out transobturator procedure: 1 year results of a prospective randomized trial. Int Urogynecol J (2011) 22: 145-156. DOI 10.1007/s00192-010-1264-4

Debodinance P, et al. Changing attitudes on the surgical treatment of urogenital prolapse: birth of the tension-free vaginal mesh. J Gynecol Obstet Biol Reprod (Paris). 2004 Nov; 33(7): 577-88. PubMed PMID: 15550876.

Demirci F. Long Term results of Burch Colposuspension. Gynecol Obstet Invest (2001) 51: 243-247.

Dielubanza E. Urinary tract infections in women. Med Clin N Am (2011) 95: 27-41. doi: 10.1016/j.mcna.2010.08.023

Dietz H. Does the tension-free vaginal tape stay where you put it? Am J Obstet Gynecol (2003); 188(4): 950-953.

Dietz H. Mechanical properties of urogynecologic implant materials. Int Urogynecol J (2003) 14: 239-243.

Dietz V, Maher C. Pelvic organ prolapse and sexual function. Int Urogynecol J. 2013 Nov; 24(11): 1853-7. PubMed PMID: 24142060.

Richard Ellerkmann Materials List

**Medical Literature**

Diwadkar GB, Barber MD, et al. Complication and reoperation rates after apical vaginal prolapse surgical repair: a systematic review. Obstet Gynecol 2009; 113: 367-73.

Dos Reis Brandão da Silveira S, et al. Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolapse surgical treatment. Int Urogynecol J. 2015 Mar; 26(3): 335-42. PubMed PMID: 25199496.

Duron J, et al. Prevalence and Mechanisms of small intestinal obstruction following laparoscopic abdominal surgery. A retrospective multicenter study. Arch Surg (2000) 135: 208-212.

Edenfield AL, Amundsen CL, Weidner AC, Wu JM, George A, Siddiqui NY. Vaginal prolapse recurrence after uterosacral ligament suspension in normal-weight compared with overweight and obese women. Obstet Gynecol, 2013 Mar; 121(3): 554-9.

Eickmeyer S. [Ch. 38] Pelvic floor disorders. Braddom's Physical Medicine and Rehabilitation, 5th edition, 2016, 835-849.

Elkins N, Hunt J, Scott KM. Neurogenic Pelvic Pain. Phys Med Rehabil Clin N Am. 2017 Aug; 28(3): 551-569. doi: 10.1016/j.pmr.2017.03.007. Epub 2017 May 12. Review

Ellerkmann RM, et al. Correlation of symptoms with location and severity of pelvic organ prolapse. Am J Obstet Gynecol. 2001 Dec; 185(6): 1332-7. PubMed PMID: 11744905.

El-Nazer MA, et al. Anterior colporrhaphy versus repair with mesh for anterior vaginal wall prolapse: a comparative clinical study. Arch Gynecol Obstet. 2012 Oct; 286(4): 965-72PubMed PMID: 22648445.

Elyasi F. Sexual dysfunction in women with type 2 diabetes mellitus. IJMS (2015) 40(3): 206-213.

Ercan O, et al. Comparison of postoperative vaginal length and sexual function after abdominal, vaginal, and laparoscopic hysterectomy. Int J Gynecol Obstet 2016; 132: 39-41.

Faber K. [Poster #NM102] Transvaginal mesh placement and the instructions for use:  A survey of North American Urologists, Abstracts, S115.

Falconer C. Influence of different sling materials on connective tissue metabolism in stress urinary incontinent women. Int Urogyn J (2001) Suppl 2: S19-S23.

Feiner B, Jelovsek JE, Maher C. Efficacy and safety of transvaginal mesh kits in the treatment of prolapse of the vaginal apex: a sytematic review. Br J Obstet Gynecol 2008; 116: 15-24.

Feldman GB, Birnbaum SJ. Sacral colpopexy for vaginal vault prolapse. Am Coll Obstet Gynecol 1979; 53(3): 399-401.

Ferrero S. Deep dyspareunia: causes, treatments, and results. Obstet Gynecol (2008) 20: 394-399.

FitzGerald MP, Edwards SR, Fenner D. Medium-term follow-up on use of freeze-dried, irradiated donor fascia for sacrocolpopexy and sling procedures. Int Urogynecol J Pelvic Floor Dysfunct 2004; 15(4): 238-42.

Flynn MK, et al. Sensory nerve injury after uterosacral ligament suspension. Am J Obstet Gynecol 2006; 195: 1869-72.

Ford AA, et al. Mid-urethral sling operations for stress urinary incontinence in women. Cochrane Database of Systematic Review (2015); doi:10.1002/14651858.cd006375.pub3

Ford AA, et al. SUMMARY Mid-urethral sling operations for stress urinary incontinence in women. Cochrane Database of Systematic Review. (2015)

Fox SD, Stanton SL. Vault prolapse and rectocele: assessment of repair using sacrocolpopexy with mesh interposition. Br J Obstet Gynecol 2000; 107: 1371-5.

Foxman B. Epidemiology of urinary tract infections transmission and risk factors, incidence, and costs. Infect Dis Clin N Am (2003) 17: 227-241, doi:10.1016/S0891-5520(03)00005-9

Foxman B. Urinary Tract Infection Syndromes, Occurrence, recurrence, bacteriology, risk factors, and disease burden. Infect Dis Clin N Am (2014) 28: 1-13.

## Richard Ellerkmann Materials List

**Medical Literature**

Francis WJ, Jeffcoate TN. Dyspareunia following vaginal operations. J Obstet Gynaecol Br Commonw. 1961 Feb; 68: 1-10. PubMed PMID: 13701244. doi:10.1111/j.1471-0528.1961.tb02679.x

Fusco F, et al. Updated Systematic Review and Meta-analysis of the Comparative Data on Colposuspensions, Pubovaginal Slings, and Midurethral Tapes in the Surgical Treatment of Female Stress Urinary Incontinence. Eur Urol (2017); 72(4): 567-591. doi:10.1016/j.eururo.2017.04.026

Gad N, et al. Outcome of Prolift mesh repair in treatment of pelvic organ prolapse and its effect on lower urinary tract symptoms: 5-year retrospective case study. J Obstet Gynecol Res 2013.

Galloway N. The complications of colposuspension. BJU (1987) 60: 122-124

Glatt A. The Prevalence of Dyspareunia. Obstet Gynecol (1990); 75(3, Pt 1): 433-436

Glover M. Recurrent urinary tract infections in healthy and nonpregnant women. Urol-Sci (2014) 25: 1-8.

Gray JE. Nerve injury in pelvic surgery. UpToDate 2016.

Grimes C. Urinary tract infections. Female Pelvic Med Reconstr Surg (2011); 17(6): 272-278.

Groutz A, et al. Long-Term Outcome of Transobturator Tension-Free Vaginal Tape: Efficacy and Risk Factors for Surgical Failure. Journal of Women's Health (2011); 20(10): 1525-1528. doi:10.1089/jwh.2011.2854

Groutz A, et al. Ten-Year Subjective Outcome Results of the Retropubic Tension-Free Vaginal Tape for Treatment of Stress Urinary Incontinence. J Minim Invas Gynecol (2011); 18(6): 726-729. doi:10.1016/j.jmig.2011.07.006

Gutman, Sokol, Iglesia, et al. Three-year outcomes of vaginal mesh for prolapse. Obstet Gynecol 2013; 122: 770-777.

Gyhagen M. A comparison of the long-term consequences of vaginal delivery versus caesarean section on the prevalence, severity and bothersomeness of urinary incontinence subtypes: a national cohort study in primiparous women. BJOG (2013) 120: 1548-1555

Haase P. Influence of operations for stress incontinence and/or genital descensus on sexual life. AOGS (1988) 67: 659-661

Halaska M, et al. A multicenter, randomized, prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse. Am J Obstet Gynecol. 2012 Oct; 207(4): 301.e1-7. PubMed PMID: 23021692.

Han J, et al. Long-term durability, functional outcomes, and factors associated with surgical failure of tension-free vaginal tape procedure. Int Urol Nephrol (2014); doi:10.1007/s11255-014-0759-1.

Handa V. Banked human fascia lata for the suburethral sling procedure: A preliminary report. Obstet Gynecol (1996); 88(6): 1045-1049.

Handa VL, et al. Sexual function before and after sacrocolpopexy for pelvic organ prolapse. Am J Obstet Gynecol 2007; 197: 629.e1-629.e6.

Hanno P. Diagnosis and treatment of interstitial cystitis/bladder pain syndrome. (2014) AUA Guideline. 1-45

Haylen B. Recurrent urinary tract infections in women with symptoms of pelvic floor dysfunction. Int Urogyn J (2009) 20: 837-852. DOI 10.1007/s00192/009/0856/3

Heinonen P, et al. Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. Int J Urol (2012); 19(11): 1003-1009. doi:10.1111/j.1442-2042.2012.03078.x

Heinonen, et al. Long-term outcome after transvaginal mesh repair of pelvic organ prolapse. Int Urogynecol J (2016) 27: 1069-1074.

Higgs P, et al. Abdominal sacral colpopexy: an independent prospective long-term follow-up study. Aust NZ J Obstet Gynecol 2005; 45: 430-434.

Richard Ellerkmann Materials List

**Medical Literature**

Hill A. Histopathology of excised midurethral sling mesh. Int Urogynecol J (2015) 25: 591-595.  DOI 10.1007/s00192-014-2553-0

Holdo B, et al. Long-term clinical outcomes with the retropubic tension-free vaginal tape (TVT) procedure compared to Burch colposuspension for correcting stress urinary incontinence (SUI). Int Urogynecol J (2017); DOI: 10.1007/s00192-017-3345-0.

Hooton T. Pathogenesis of urinary tract infections: an update. JAC (2000); 46, Suppl. S1: 1-7

Horbach NS, et al. A suburethral sling procedure with polytetrafluoroethylene for the treatment of genuine stress incontinence in patients with low urethral closure pressure. Obstet Gynecol. 1988 Apr; 71(4): 648-52. PubMed PMID: 3353056.

Huang WC, et al. Outcome of transvaginal pelvic reconstructive surgery with Prolift after a median of 2 years' follow-up. Int Urogynecol J. 2011 Feb; 22(2): 197-203. PubMed PMID: 20821308.

Hung M, Tsai C. [IUGA Oral Presentation 149] Suboptimal suspension effect of the Prosima procedure for severe anterior vaginal wall prolapse. Int Urogynecol J (2012); 23(Suppl 2): S202-S203.

Hyun CH, et al. Seven-Year Outcomes of the TVT Procedure for Treatment of Female Stress Urinary Incontinence. J Urol (2009); 181(4): 544. doi:10.1016/s0022-5347(09)61533-0

Iglesia CB, et al. The use of mesh in gynecologic surgery. Int Urogynecol J Pelvic Floor Dysfunct 1997; 8(2): 105-15. Review. PubMed PMID: 9297599.

Ikaheimo R. Recurrence of urinary tract infection in a primary care setting: analysis of a 1-year follow-up of 179 women. CID (1996); 22(1): 91-99

Jacquetin B, Cosson M. [Pop 2,078] Complications of vaginal mesh: our experience. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Aug; 20(8): 893-6. PubMed PMID: 19513574.

Jacquetin B, et al. [5 yr fu] Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 5-year prospective follow-up study. Int Urogynecol J. 2013 Oct; 24(10): 1679-86. PubMed PMID: 23563891.

Jacquetin B, et al. [Abs 291] Prospective Clinical Assessment of the Trans vaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse - One year results of 175 patients. (2006)

Jacquetin B, et al. [Abst. 767] Prolene Soft (Gynecare) Mesh for Pelvic Organ Prolapse Surgical Treatment: a Prospective study of 264 patients. (2004)

Jacquetin B, et al. Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 3-year prospective follow-up study. Int Urogynecol J (2010) 21: 1455-1462.

Jain P, et al. Effectiveness of midurethral slings in mixed urinary incontinence: a systematic review and meta-analysis. Int Urogynecol J (2011); doi:10.1007/s00192-011-1406-3.

Jamali, S, et al. The impact of intimated male partner violence on women's sexual dysfunction. J Clin Diagn Res. 2016 Dec; 10(12): QC29-QC33.  PMID 28208946.

Jamieson DJ, Steege JF. The prevalence of dysmenorrhea, dyspareunia, pelvic pain, and irritable bowel syndrome in primary care practices. Obstet Gynecol. 1996 Jan; 87(1): 55-8. PubMed PMID: 8532266.

Jelovsek JE, et al. NICHD Pelvic Floor Disorders Network. Effect of Uterosacral Ligament Suspension vs Sacrospinous Ligament Fixation With or Without Perioperative Behavioral Therapy for Pelvic Organ Vaginal Prolapse on Surgical Outcomes and Prolapse Symptoms at 5 Years in the OPTIMAL Randomized Clinical Trial. JAMA. 2018 Apr 17; 319(15): 1554-1565. PubMed PMID: 29677302

Jelovsek J, et al. Randomised trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up.  (2008); 115(2): 219-225. doi:10.1111/j.1471-0528.2007.01592.x

**Richard Ellerkmann Materials List**

**Medical Literature**

Jern TK, et al. Long-Term Follow-Up OF The Tension-Free Vaginal Tape (TVT) Procedure For Treating Female Stress Urinary Incontinence. J Urol (2009); 181(4): 614. doi:10.1016/s0022-5347(09)61726-2

Jha S, et al. Impact of Incontinence Surgery on Sexual Function: A Systematic Review and Meta-Analysis. J Sex Med (2012); 9(1): 34-43. doi:10.1111/j.1743-6109.2011.02366.x

Johnsson-Funk M. Sling revision/removal for mesh erosion and urinary retention: long-term risk and predictors. Am J Obstet Gynecol 2013; 208: 73.e1-7.

Jura Y. Caffeine intake and risk of stress, urgency and mixed urinary incontinence. J Urol 2011; 185(5): 1775-1780. doi:10.1016/j.juro.2011.01.003

Kahn MA, Stanton SL. Posterior colporrhaphy: its effects on bowel and sexual function. Br J Obstet Gynaecol. 1997 Jan; 104(1): 82-6. PubMed PMID: 8988702.

Kammerer-Doak DN, et al. Vaginal erosion of cadaveric fascia lata following abdominal sacrocolpopexy and suburethral sling urethropexy. Int Urogynecol J Pelvic Floor Dysfunct 2002; 13(2): 106-9.

Karram M, Maher C. Surgery for posterior vaginal wall prolapse. Int Urogynecol J (2013) 24: 1835-1841.

Kaya S. Short term effect of adding pelvic floor muscle training to bladder training for female urinary incontinence: a randomized controlled trial. Int Urogyn J (2016) 26: 285-293. DOI 10.1007/s00192-014-2517-4.

Kelly EC, et al. Surgeon Experience and Complications of Transvaginal Prolapse Mesh. Obstet Gynecol 2016; 0: 1-8.

Kenton K, et al. 5-Year Longitudinal Followup after Retropubic and Transobturator Mid Urethral Slings. J Urol (2015); 193(1): 203-210. doi:10.1016/j.juro.2014.08.089

Khan Z, et al. Long-term follow-up of a multicentre randomised controlled trial comparing tension-free vaginal tape, xenograft and autologous fascial slings for the treatment of stress urinary incontinence in women. BJU Int (2014); doi: 10.1111/bju.12851

Khan ZA, Thomas L, Emery SJ. Outcomes and complications of trans-vaginal mesh repair using the Prolift™ kit for pelvic organ prolapse at 4 years median follow-up in a tertiary referral centre. Arch Gynecol Obstet. 2014 Dec; 290(6): 1151-7. PubMed PMID: 24981047. DOI: 10.1007/s00404-014-3316-3.

Khandwala, et al. Review of 250 Consecutive Cases of Vaginal Mesh Surgery for Genital Organ Prolapse. J Gynecol Surg 2014; 30( 3): 134-140.

Khandwala, Hinoul, et al. [Presentation Number: Poster 143] A trocar-free procedure for vaginal prolapse repair using mesh and a vaginal support device - an observational registry. Female Pelvic Med Reconstr Surg (2011); 17(5, Suppl 2): S164.

Khandwala, Lucente, Van Drie, Gauld, Hinoul. [ICS Poster] Clinical Outcomes of an Observational Registry Utilizing a Trocar-Guided Mesh Repair of Vaginal Prolapse Using Partically Absorbable Mesh. (2011)

Khandwala, Lucente, Van Drie, Hinoul [ICS Poster] Clinical Outcomes of an observational registry utilizing a trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh. Prosima Registry (second poster) 2011.

Klosterhalfen, Junge, Hermanns, Klinge. Influence of implantation interval on the long-term biocompatibility of surgical mesh. Br J Surg 2002; 89: 1043-1048.

Kokanali M. Risk factors for mesh erosion after vaginal sling procedures for urinary incontinence. Eur J Obstet Gynecol (2014); http://dx.doi.org/10.1016/j.ejogrb.2014.03.039

Richard Ellerkmann Materials List

**Medical Literature**

Kozal S, et al. [1-64 mo fu, mean 24.8] [Abs MP12-05] Transvaginal repair of genital prolapse with Prolift system: Morbidity and anatomic outcomes after 6 years of use: A Multicentric study. Urology 2011; 78(Suppl 3A): S117.

Kozal S, et al. Morbidity and functional mid-term outcomes using Prolift pelvic floor repair systems. Can Urol Assoc J 2014; 8(9-10): e605-9.

Kraus P, et al. The results of five years follow-up prospective study of vaginal prolapse repaired by prolift total mesh surgery or sacrospinous fixation. Ceska Gynekol. 2017 Fall; 82(4): 277-286. PubMed PMID: 28925271.

Krause H. Biocompatible properties of surgical mesh using an animal model. Aust N Z J Obstet Gynaecol (2006) 46: 42-45.  DOI: 10.1111/j.1479-828X.2006.00513.x

Krcmar M, et al. Long-term Results of Mesh Trocar-Guided Surgery in Reconstruction of Pelvic Organ Prolpase. Int Urogynecol J (2011); 22(Suppl 1): S27-S28.

Krofta, et al. [IUGA Presentation 116] Pelvic organ prolapse surgery with non-anchored mesh implants and vaginal support device in women with moderate symptomatic prolapse: prospective study. Int Urogynecol J (2011); 22(Suppl 1): S115-S116.

Krychman M, et al. The Women's EMPOWER Survey: Women's Knowledge and Awareness of Treatment Options for Vulvar and Vaginal Atrophy Remains Inadequate. J Sex Med 2017; 14: 425-433.

Kunin C. Urinary Tract Infections in Females. CID (1994); 18(1):1-12

Kurkijarvi K, et al. Reoperations for Female Stress Urinary Incontinence: A Finnish National Register Study. Eur Urol Focus (2017); http://dx.doi.org/10.1016/j.euf.2017.05.005

Kuuva N. A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. AOGS (2002) 81: 72-77

Kuuva N, et al. Long-term results of the tension-free vaginal tape operation in an unselected group of 129 stress incontinent women. Acta Obstet Gynecol Scand 2006; 85(4): 482-487. doi:10.1080/00016340600604989

Lane FE. Repair of posthysterectomy vaginal-vault prolapse. Obstet Gynecol. 1962 Jul; 20: 72-7. PubMed PMID: 14462011.

Latthe P. WHO systematic review of chronic pelvic pain: a neglected reproductive health morbidity.  MBC Public Health (2006) 6: 177, 1-7

Latthe P, et al. Transobturator and retropubic tape procedures in stress urinary incontinence: a systematic review and meta-analysis of effectiveness and complications. BJOG (2007); 114(5): 522-531. doi:10.1111/j.1471-0528.2007.01268.x

Laumann E. Sexual dysfunction in the United States, prevalence and predictors. JAMA (1999); 281(6): 537-544

Laurikainen E, et al. Five-year Results of a Randomized Trial Comparing Retropubic and Transobturator Midurethral Slings for Stress Incontinence. Eur Urol (2014). doi:10.1016/j.eururo.2014.01.031

Law TS, et al. Efficacy and outcomes of transobturator tension-free vaginal tape with or without concomitant pelvic floor repair surgery for urinary stress incontinence: five-year follow-up. Hong Kong Med J (2015). doi:10.12809/hkmj144397

Lee J, et al. Long-Term Outcome of the Tension-Free Vaginal Tape Procedure in Female Urinary Incontinence: A 6-Year Follow-Up. Korean J Urol (2010) 51: 409-415.

Lensen EJM, et al. Comparison of two trocar-guided trans-vaginal mesh systems for repair of pelvic organ prolapse: a retrospective cohort study. Int Urogynecol J (2013).

Levine KB, et al. Vulvovaginal atrophy is strongly associated with female sexual dysfunction among sexually active postmenopausal women. Menopause 2008; 15(4 Pt 1): 661-666

Richard Ellerkmann Materials List

**Medical Literature**

Li B, et al. Long-term Outcomes of the Tension-Free Vaginal Tape Procedure for Female Stress Urinary Incontinence: 7-Year Follow-up in China. J Minim Invas Gynecol (2012); 19(2): 201-205. doi:10.1016/j.jmig.2011.12.003

Liapis A, et al. Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow up. Eur J Obstet Gynecol Reprod Biol (2010); 148(2): 199-201. doi:10.1016/j.ejogrb.2009.11.004

Liapis A, et al. Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7-year follow-up. Int Urogynecol J (2008); 19(11): 1509-1512. doi:10.1007/s00192-008-0664-1

Lo T. Ultrasound assessment of mid-urethra tape at three year follow up after tension free vaginal tape procedure. Urology (2004) 63: 671-675.

Lo TS, et al. [Pop 97, mean 52 mo fu] A 52-month follow-up on the transvaginal mesh surgery in vaginal cuff eversion. Taiwan J Obstet Gynecol. 2017 Jun; 56(3): 346-352. PubMed PMID: 28600046.

Lo TS, Wang AC. Abdominal colposacropexy and sacrospinous ligament suspension for severe uterovaginal prolapse: a comparison. J Gynecol Surg 1998; 14: 59-64.

Loffeld C, et al. [P39, mean 45 mos] Laparoscopic sacrocolpopexy: A comparison of Prolene and Tutoplast mesh. Acta Obstet Gynecol 2009; 88: 826-830.

Lowenstein L, Dooley Y, Kenton K, Mueller E, Brubaker L. Neural pain after uterosacral ligament vaginal suspension. Int Urogynecol J Pelvic Floor Dysfunct, 2007 Jan; 18(1): 109-10.

Lowman J. Tobacco use is a risk factor for mesh erosion after abdominal sacral colpoperineopexy. AJOG (2008) 198: 561.e1-561.e4.

Lowman JK, et al. Does the Prolift system cause dyspareunia? Am J Obstet Gynecol. 2008 Dec; 199(6): 707.e1-6. PubMed PMID: 18977469.

Lowson D. An Operation for Elevation of the Female Bladder in Prolapse or Cystocele. Br Med J. 1898 Jul 23; 2(1960): 232-4. PubMed PMID: 20757975.

Lucente V, Hale D, Miller D, Madigan J. Pelvic Organ Prolapse. 2004 Gynemesh PS Study Poster - AUGS 2004 San Diego

Lucente, Hale, et al. [Gynemesh PS Poster AUGS] A Clinical Assessment of Gynemesh PS for the Repair of Pelvic organ Prolapse (POP). J Pelvic Med Surg 2004; 10(Suppl 1): S35-S40.

Luck AM, et al. Suture erosion and wound dehiscence with permanent versus absorbable suture in reconstructive posterior vaginal surgery. Am J Obstet Gynecol. 2005 May; 192(5): 1626-9. PubMed PMID: 15902168.

Luo DY, et al. [P175, med 8 yr fu] Long term (8-year) Follow-up of Transvaginal Anatomical Implant of Mesh in Pelvic organ prolapse. Sci Rep. 2018 Feb 12; 8(1): 2829. doi: 10.1038/s41598-018-21090-w. PubMed PMID: 29434209

Madhuvrata P, et al. Systematic review and meta-analysis of "inside-out" versus "outside-in" transobturator tapes in management of stress urinary incontinence in women. Eur J Obstet Gynecol Reprod Biol (2012); 162(1): 1-10. doi:10.1016/j.ejogrb.2012.01.004

Maher C, Baessler K, Glazener CMA, Adams EJ, Hagen S. (Cochrane Review) Surgical management of pelvic organ prolapse in women (Review). The Cochrane Library 2004, Issue 4.

Maher C, et al. (Cochrane Rev - Full 141 pp) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Library 2016, Issue 2.

Maher C, et al. (Cochrane Rev - Summary) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Library 2016, Issue 2.

Maher C, et al. [Cochrane Review, Full 153pp] Surgery for women with anterior compartment prolapse. Cochrane Database of Systematic Reviews 2016, Issue 11. Art. No.: CD004014. DOI: 10.1002/14651858.CD004014.pub6.

**Richard Ellerkmann Materials List**

**Medical Literature**

Maher C, et al. [Cochrane Review, Full 195pp] Surgery for women with apical vaginal prolapse. Cochrane Database of Systematic Reviews 2016, Issue 10. Art. No.: CD012376. DOI: 10.1002/14651858.CD012376.

Maher C, et al. Abdominal sacral colpopexy or vaginal sacrospinous colpopexy for vaginal vault prolapse: A prospective randomized study. Am J Obstet Gynecol 2004; 190: 20-26.

Maher C, et al. Surgical Management of Pelvic Organ Prolapse in Women: A Short Version Cochrane Review. Neurourol Urodyn 2008; 27: 3-12.

Maher C, et al. Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse. Cochrane Database Syst Rev. 2016 Feb 9; 2: CD012079. PubMed PMID: 26858090.

Maher C, Feiner B, Baessler K, Schmid C. [Cochrane Review] Surgical management of pelvic organ prolapse in women (Review). The Cochrane Library 2013, Issue 4.

Maher C. Anterior vaginal compartment surgery. Int Urogynecol J (2013) 24: 1791-1802.

Maher CM, Feiner B, Baessler K, Glazener CMA. [IUJ] Surgical management of pelvic organ prolapse in women: the updated summary version Cochrane review. Int Urogynecol J (2011) 22: 1445-1457.

Malinowski, et al. [IUGA Presentation 472] Initial experience with Gynecare Prosima pelvic floor repair system. Int Urogynecol J (2011); 22(Suppl 3): S1974-S1975.

Masata J, et al. [IUGA Abs OP 108] Randomized Prospective trial of a Comparison of the Efficacy of TVT-O and TVT Secur System in the Treatment of Stress Urinary Incontinent Women: Long-Term Results with a Minimum of Five Years Follow-Up. Int Urogynecol J (2015); 26 (Suppl 1): S137-S138.

Mathias S. Chronic pelvic pain: prevalence, health-related quality of life, and economic correlates. Obstet Gynecol (1996); 87(3): 321-327

Mazzilli R. Sexual dysfunction in diabetic women: prevalence and differences in type 1 and type 2 diabetes mellitus. DMS&O:Targets and Therapy (2015) 8: 97-101

McCracken GR, et al. Five-Year Follow-Up Comparing Tension-Free Vaginal Tape and Colposuspension. Ulster Med J (2007); 76(3): 146-149.

Meana M. [Ch. 11] Painful Intercourse: Genito-pelvic pain/penetration disorder. Hertlein's Systemic Sex Therapy, Second Edition (2009) 191-209.

Meyer I, et al. Synthetic Graft Augmentation in Vaginal Prolapse Surgery: Long-Term Objective and Subjective Outcomes. J Minim Invasive Gynecol. 2016 May-Jun; 23(4): 614-21. PubMed PMID: 26922879.

Milani AL, et al. Outcomes and predictors of failure of trocar-guided vaginal mesh surgery for pelvic organ prolapse. Am J Obstet Gynecol 2012; 206: 440.e1-8.

Miller D, et al. Prospective clinical assessment of the transvaginal mesh technique for treatment of pelvic organ prolapse-5-year results. Female Pelvic Med Reconstr Surg. 2011 May; 17(3): 139-43. PubMed PMID: 22453786.

Minkin MJ, et al. Postmenopausal vaginal atrophy: evaluation of treatment with local estrogen therapy. Int J Women's Health 2013; 6: 281-288.

Moalli P. Tensile properties of five commonly used mid-urethral slings relative to the TVT. Int Urogynecol J (2008) 16: 655-663. DOI 10.1007/s00192 007 0499 1

Montera R, et al. Anterior colporrhaphy plus inside-out tension-free vaginal tape for associated stress urinary incontinence and cystocele: 10-year follow up results. Neurourol Urodyn (2017); doi:10.1002/nau.23439

Montoya TI, et al. Sensory neuropathy following suspension of the vaginal apex to the proximal uterosacral ligaments. Int Urogynecol J 2012; 23: 1735-1740.

Moore J, et al. The use of tantalum mesh in cystocele with critical report of ten cases. Am J Obstet Gynecol. 1955 May; 69(5): 1127-35. PubMed PMID: 14361539.

**Medical Literature**

Morgan JE. A sling operation, using Marlex polypropylene mesh, for treatment of recurrent stress incontinence. Am J Obstet Gynecol. 1970 Feb 1; 106(3): 369-77. PubMed PMID: 5460696.

Mueller, Kenton, et al. Outcomes in 450 women after minimally invasive abdominal sacrocolopexy for Pelvic Organ Prolapse. Female Pelvic Med Reconstr Surg 2016; 22: 267-271.

Nguyen JN. Perioperative Complications and Reoperations after Incontience and Prolapse Surgeries Using Prosthetic Implants. Obstet Gynecol (2012); 119(3): 539-546.

Nilsson CG, et al. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J (2008); 19(8): 1043-1047. doi:10.1007/s00192-008-0666-z

Nilsson CG, et al. Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J (2013); doi:10.1007/s00192-013-2090-2.

Nilsson CG, et al. Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence. Obstet Gynecol (2004); 104(6): 1259-1262. doi:10.1097/01.aog.0000146639.62563.e5

Novara G, et al. Complication Rates of Tension-Free Midurethral Slings in the Treatment of Female Stress Urinary Incontinence: A Systematic Review and Meta-Analysis of Randomized Controlled Trials Comparing Tension-Free Midurethral Tapes to Other Surgical Procedures and Different Devices. Eur Urol (2008); 53(2): 288-309. doi:10.1016/j.eururo.2007.10.073

Novara G, et al. Updated Systematic Review and Meta-Analysis of the Comparative Data on Colposuspensions, Pubovaginal Slings, and Midurethral Tapes in the Surgical Treatment of Female Stress Urinary Incontinence. Eur Urol (2010); 58(2): 218-238. doi:10.1016/j.eururo.2010.04.022

Nygaard IE, et al. Abdominal sacrocolpopexy: a comprehensive review. Obstet Gynecol 2004; 104: 805-823.

Nygaard, et al. Long-term Outcomes Following Abdominal Sacrocolpopexy for Pelvic Organ Prolapse. JAMA 2013; 309(19): 2016-2024.

Ogah J, Cody J D, et al. SUMARY Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women. The Cochrane Collaboration (2009).

Ogah J, Cody JD, et al. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women. The Cochrane Collaboration (2009); doi:10.1002/14651858.cd006375.pub2

Ogah J, et al. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women: A short version Cochrane review. Neurourol Urodyn (2011); 30(3): 284-291. doi:10.1002/nau.20980

Ohno MS, Richardson ML, Sokol ER. Abdominal sacral colpopexy versus sacrospinous ligament fixation: a cost-effectiveness analysis. Int Urogynecol J 2016; 27(2): 233-7.

Olsson I, et al. Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence. Int Urogynecol J (2010); 21(6): 679-683. doi:10.1007/s00192-009-1083-7

O'Sullivan, Matthews, O'Reilly. Sacrocolpopexy: is there a consistent surgical technique? Int Urogynecol J (2016) 27: 747-750.

Palma F, et al. Vaginal atrophy of women in postmenopause. Results from a multicentric observational study: The AGATA study. Maturitas 2016; 83: 40-44.

Pan, et al. A systematic review and meta-analysis of conventional laparoscopic sacrocolpopexy versus robot-assisted laparoscopic sacrocolpopexy. Int J Gynecol Obstet 132 (2016) 284-291.

Pandit L. Postmenopausal vaginal atrophy and atrophic vaginitis. Am J Med Sci (1997); 314(4): 228-231

Paraiso MF, Walters MD, Rackley RR, Melek S, Hugney C. Laparoscopic and abdominal sacral colpopexies: a comparative cohort study. Am J Obstet Gynecol 2005; 192: 1752-1758.

**Richard Ellerkmann Materials List**

**Medical Literature**

Petros P. Creating a gold standard surgical device: scientific discoveries leading to TVT and beyond. Int Urogynecol J (2015); DOI 10.1007/s00192-015-2639-3

Phillips N. Female sexual dysfunction: evaluation and treatment. Am Fam Phys (2000); 62(1): 127-136

Prien-Larsen JC, et al. Long-term outcomes of TVT and IVS operations for treatment of female stress urinary incontinence: monofilament vs. multifilament polypropylene tape. Int Urogynecol J (2009); 20(6): 703-709. doi:10.1007/s00192-009-0844-7

Qatawneh A, et al. Transvaginal cystocele repair using tension-free polypropylene mesh as the time of sacrospinous colpopexy for advanced uterovaginal prolapse: a prospective randomised study. Gynecol Surg (2013) 10: 79-85.

Quemener J, et al. Rate of re-interventions after transvaginal pelvic organ prolapse repair using partially absorbable mesh: 20 months median follow-up outcomes. Eur J Obstet Gynecol Reprod Biol 175 (2014): 194-198.

Rardin CR, Erekson EA, Sung VW, Ward RM, Myers DL. Uterosacral Colpopexy at the time of vaginal hysterectomy. J Reprod Med, 2009 May; 54(5): 273-280.

Raz R. A controlled trial of intravaginal estriol in postmenopausal women with recurrent urinary tract infections. N Engl J Med (1993); 329(11): 753-756

Reich A, et al. Long-term Results of the Tension-free Vaginal Tape Procedure in an Unselected Group: A 7-Year Follow-up Study. Urology (2011); 78(4): 774-777. doi:10.1016/j.urology.2011.06.009

Reisenauer C, Carey MP, et al. (published Prosima) Anatomic study of prolapse surgery with nonanchored mesh and a vaginal support device. Am J Obstet Gynecol 2010; 203: 590.e1-7.

Reisenauer C, Shiozawa T, Huebner M, Carey M. [IUGA Abs 150] Anatomical cadaver study of pelvic floor reconstruction using a new polypropylene implant vaginal repair system and a vaginal support device. Int Urogynecol J (2009); 20(Suppl 2): S200.

Reissing E. Pelvic floor muscle functioning in women with vulvar vestibulitis syndrome. J Psychosoma Obstet Gynecol, 2005 June; 26(2): 127-113

Richardson ML, Elliott CS, Shaw JG, Comiter CV, Chen B, Sokol ER. To sling or not to sling at time of abdominal sacrocolpopexy: a cost-effectiveness analysis. J Urol 2013; 190(4): 1306-12.

Ridgeway B, et al. Small bowel obstruction after vaginal vault suspension: a series of three cases. Int Urogynecol J (2007) 18: 1237-1241.

Roth T. Diagnosis and treatment of delayed voiding and outlet obstruction after anti-incontinence surgery; a review. JPMS (2003); 9(6): 289-295

Roy P, et al. Efficacy and safety of the trans-obturator tape for female stress urinary incontinence. Int J Reprod Contrac Obstet Gynecol (2017); 6(6): 2427-2430. doi:10.18203/2320-1770.ijrcog20172325

Rusavy Z. Are the same tapes really the same? Ultra sound study of laser-cut and mechanically cut TVT-O post-operative behavior. Int Urogynecol J (2017); DOI 10.1007/s00192-017-3516-z

Sanses TV, Ellerkmann RM, et al. Outcomes of Retropubic Synthetic Midurethral Gynecare TVT Slings When Performed by Urogynecologists, Urologists, and General Gynecologists in a Private Community Hospital. Female Pelvic Med Reconstr Surg. 2010 Jul; 16(4): 238-41. PubMed PMID: 22453349.

Santos F, et al. Transvaginal repair of genital prolapse with Prolift™ system: complications and outcomes after 6 years of use – a single-center study.  Eur J Obstet Gynecol Reprod Biol 2016; 206: e102.

Sarlos D, Kots L, Ryu G, Schaer G. [Pop 99, 68 at fu, mean 60 mos fu] Long-term follow-up of laparoscopic sacrocolpopexy (Gynemesh). Int Urogynecol J 2014; DOI: 10.1007/s00192-014-2369-y.

## Richard Ellerkmann Materials List

**Medical Literature**

Sayer, et al. (Prosima Investigators) [IUGA Presentation 090] Medium-term clinical outcomes following surgical repair for vaginal prolapse with a tension-free mesh and vaginal support device. Int Urogynecol J (2011); 22(Suppl 1): S89-S90; DOI: 10.1007/s00192-011-1600-3.

Sayer, Hinoul, Gauld, et al. (Prosima) [IUJ] Medium-term clinical outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device. Int Urogynecol J (2012) 23: 487-493.

Schettini M, et al. Abdominal sacral colpopexy with prolene mesh. Int Urogynecol J Pelvic Floor Dysfunct 1999; 10: 295-299.

Schimpf MO, et al. Society of Gynecologic Surgeons Systematic Review Group. Graft and Mesh Use in Transvaginal Prolapse Repair: A Systematic Review. Obstet Gynecol. 2016 Jul; 128(1): 81-91. PubMed PMID: 27275813.

Schimpf MO, et al. Sling Surgery for Stress urinary incontinence in Women: a systematic review and metaanalysis. Am J Obstet Gynecol (2014): 1.e1-1.e27

Schimpf, Murphy, et al. Graft and Mesh Use in Transvaginal Prolapse Repair: A systematic review. Obstet Gynecol 2016; 0: 1-11.

Schimpf, Murphy, et al. Supplemental Appendices. Graft and Mesh Use in Transvaginal Prolapse Repair: A systematic review. Obstet Gynecol 2016; 0: 1-11.

Schon Ybarra MA, Gutman RE, Rini D, Handa VL. Etiology of post-uterosacral suspension neuropathies. Int Urogynecol J Pelvic Floor Dysfunct 2009; 20: 1067-71.

Serati M, Bogani G, et al. Robot-assisted Sacrocolpopexy for Pelvic Organ Prolapse: A Systematic Review and Meta-analysis of Comparative Studies. Eur Urol 66 (2014) 303-318.

Serati M, et al. Tension-free Vaginal Tape-Obturator for Treatment of Pure Urodynamic Stress Urinary Incontinence: Efficacy and Adverse Effects at 10-year Follow-up. Eur Urol 71 (2017) 674-679.

Serati M, et al. Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10-Year Follow-Up. Eur Urol (2012); 61(5): 939-946. doi:10.1016/j.eururo.2012.01.038

Serati M, et al. TVT-O for the Treatment of Pure Urodynamic Stress Incontinence: Efficacy, Adverse Effects, and Prognostic Factors at 5-Year Follow-up. Eur Urol 2013; 63(5): 872-878. doi:10.1016/j.eururo.2012.12.022

Serdinšek T, et al. Long-term satisfaction rate of two different trans-obturator techniques for surgical treatment of women with urinary incontinence: a randomized study follow-up. Eur J Obstet Gynecol Reprod Biol (2017) 211: 200. doi:10.1016/j.ejogrb.2017.01.029

Sharifiaghdas F, et al. Long-term results of tension-free vaginal tape and pubovaginal sling in the treatment of stress urinary incontinence in female patients. Clin Experim Obstet Gynecol (2017); doi:10.12891/ceog3209.2017

Siddique SA, Gutman RE, Schon Ybarra MA, Rojas F, Handa VL. Relationship of the uterosacral ligament to the sacral plexus and to the pudendal nerve. Int Urogynecol J Pelvic Floor Dysfunct 2006; 17: 642-645.

Siddiqui NY, et al. Perceptions about female urinary incontinence: a systematic review. Int Urogynecol J (2014) 25: 863-871.

Siddiqui, Olivera, et al. (SGS Review) Mesh sacrocolpopexy compared with native tissue vaginal repair. A systematic review and meta-analysis. Obstet Gynecol 2015; 125: 44-55.

Sikirica V, et al. [IUGA Abs 159] Responsiveness of the PFDI-20 and PFIQ-7, 12 months following vaginal prolapse repair augmented by mesh and a vaginal support device. Int Urogynecol J (2009); 20(Suppl 2): S207-S208.

Sikirica V, et al. Treatment outcomes of the Gynecare Prolift Pelvic Repair System: A Systematic Literature Review. Int Urogynecol J (2009); 20(Suppl 3): S260.

**Richard Ellerkmann Materials List**

**Medical Literature**

Simon JA, et al. Clarifying vaginal atrophy's impact on sex and relationships (Closer) survey: emotional and physical impact of vaginal discomfort on North American postmenopausal women and their partners. Menopause: J N Am Menopause Soc 2013; 21(2): 137-142.

Simon, JA, Davis, SR. Sexual well-being after menopause: An international Menopause Society White Paper. J. Climacteric.

Singh R, Muscat K, Cornish A, Carey M. [Pop 116, 1 yr fu - RANZCOG Abs] Anatomic and functional outcomes of vaginal prolapse surgery using non-anchored mesh and a vaginal support device at 1 year following surgery. Aust NZ J Obstet Gynecol (2011) 51: 472-475.

Singh, Lim, Muscat, Carey. [ICS Abs 575] Anatomic, functional and ultrasound outcomes after vaginal prolapse surgery using non-anchored mesh. (2011)

Slack M, Carey MP, Smith DJ, Robinson D. [IUGA Abs 574] Clinical experience of a novel vaginal support device and balloon used to simplify mesh augmented vaginal surgery for prolapse. Int Urogynecol J (2009); 20(Suppl 2): S80-S81.

Slack M, et al. [IUGA Abs 094] A new operation for vaginal prolapse repair using mesh and a vaginal support device: 1 year anatomic and functional results of an international multicentre study. Int Urogynecol J (2009); 20(Suppl 2): S157-S158.

Slack, Sayer, Hinoul, Urquhart, Al-Salihi. [ICS Abstract 560] A trocar-free procedure for vaginal prolapse repair using mesh and a vaginal support device - an observational registry. (2011)

Sokol AI, Iglesia CB, Kudish BI, Gutman RE, Shveiky D, Bercik R, Sokol ER. One-year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse. Am J Obstet Gynecol. 2012 Jan; 206(1): 86.e1-9. PubMed PMID: 21974992.

Song W, et al. Anatomical and Functional Outcomes of Prolift Transvaginal Mesh for Treatment of Pelvic Organ Prolapse. Low Urin Tract Symptoms. 2016 Sep; 8(3): 159-64. PubMed PMID: 27619780.

Song P, et al. The efficacy and safety comparison of surgical treatments for stress urinary incontinence: A network meta-analysis. Neurourol Urodyn (2018); doi:10.1002/nau.23468

Song PH, et al. The 7-year outcome of the tension-free vaginal tape procedure for treating female stress urinary incontinence. BJU Int (2009); 104(8): 1113-1117. doi:10.1111/j.1464-410x.2009.08504.x

Song PH, et al. The Long-Term Outcomes of the Tension-free Vaginal Tape Procedure for Treatment of Female Stress Urinary Incontinence: Data from Minimum 13 Years of Follow-Up. LUTS: Lower Urinary Tract Symptoms (2017) 9: 10-14. doi:10.1111/luts.12099

Sorensen L. Wound healing and infection in surgery; The clinical impact of smoking and smoking cessation: a systematic review and meta-analysis. Arch Surg (2012); 147(4): 373-383.

Stanton S. Stress incontinence, why and how operations work. Urol Clinic N Am (1985); 12(2): 279-284.

Stanton SL. Stress incontinence: why and how operations work. Clin Obstet Gynaecol. 1985 Jun; 12(2): 369-77. PubMed PMID: 4040835.

Steege J. Diagnosis and Management of Dyspareunia and Vaginismus. J Clin Prac Sex (1988); 4(7): 15-21

Steege J. Dyspareunia and Vaginismus. Clin Obstet Gynecol (1984); 27(3): 750-759

Stepanian AA, Miklos JR, Moore RD, Mattox TF, et al. Risk of mesh extrusion and other mesh-related complications after laparoscopic sacral colpopexy with or without concurrent laparoscopic-assisted vaginal hysterectomy: experience of 402 patients. J Minim Invasive Gynecol 2008; 15: 188-96 (Gynemesh n=238)

Sun Z, Migaly, J. Review of Hemorrhoid Disease. Clin Colon Rectal Surg. 2016 Mar; 29(1): 22-29. PMID 26929748.

Richard Ellerkmann Materials List

**Medical Literature**

Svabik K, et al. Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial. Ultrasound Obstet Gynecol. 2014 Apr; 43(4): 365-71. PubMed PMID: 24615948.

Svabik K, et al. Randomized trial comparing vaginal mesh repair (Prolift Total) versus sacrospinous vaginal colpopexy (SSF) in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion injury – 6 years follow-up. Int Urogynecol J 2016; 27(Supp.1): S59-60.

Svenningsen R, et al. Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J (2013); 24(8): 1271-1278. doi:10.1007/s00192-013-2058-2

Tahkin DP, et al. Skin manifestations of inhaled corticosteroids in COPD patients: results from Lung Study II. Chest 2004 Oct; 126(4): 1123-33.

Takaes EB, Kreder KJ. Sacrocolpopexy: Surgical Technique, Outcomes, and Complications. Curr Urol Rep (2016) 17: 90.

Tammaa A, et al. Retropubic versus transobturator tension-free vaginal tape (TVT vs TVT-O): Five-year results of the Austrian randomized trial. Neurourol Urodyn (2017); doi:10.1002/nau.23298

Tan, Pan-Fen, et al. Effectiveness and complication rates of tension-free vaginal tape. Transobturator tape, and tension-free vaginal tape-obturator in the treatment of female stress urinary incontinence in a medium- to long-term follow up. Saudi Med J (2014); 35(1): 20-32.

Tate SB, et al. Randomized trial of fascia lata and poly-propylene mesh for abdominal sacrocolpopexy: 5-year follow-up. Int Urogynecol J 2011; 22: 137-143

Thames S. Reply to "In vivo polypropylene mesh degradation is hardly a myth". Int Urogynecol J (2016); DOI 10.1007/s00192-016-3237-8

Thames S. The myth: in vivo degradation of polypropylene based meshes. Int Urogynecol J (2016); DOI 10.1007/s00192-016-3131-4

Toglia MR, Fagan MJ. Suture erosion rates and long-term surgical outcomes in patients undergoing sacrospinous ligament suspension with braided polyester suture. Am J Obstet Gynecol. 2008 May; 198(5): 600.e1-4. PubMed PMID: 18455545.

Tommaselli GA, et al. Medium-term and long-term outcomes following placement of midurethral slings for stress urinary incontinence: a systematic review and metaanalysis. Int Urogynecol J (2015); 26(9): 1253-1268. doi:10.1007/s00192-015-2645-5

Toz E. Frequency of recurrent urinary tract infection in patients with pelvic organ prolapse. Res Rep Urol 2015; 7: 9-12.

Trabuco EC, et al. Two-Year Results of Burch Compared With Midurethral Sling With Sacrocolpopexy: A Randomized Controlled Trial. Obstet Gynecol 2018; 131(1): 31-38.

Trabuco EC, et al. Midurethral Slings for the Treatment of Stress Urinary Incontinence. Obstet Gynecol (2014) 123: 197S-198S. doi:10.1097/aog.0000000000000234

Tsai, et al. Factors that affect early recurrence after prolapse repair by a nonanchored vaginal mesh procedure. Taiwan J Obstet Gynecol 53 (2014) 337-342.

Tucker P. Prevalence of sexual dysfunction after risk-reducing salpingo-oophorectomy. Gynecol Oncol (2016) 14: 95-100

Ubertazzi EP, et al. [P72, 5 yr fu] Long-term outcomes of transvaginal mesh (TVM) In patients with pelvic organ prolapse: A 5-year follow-up. Eur J Obstet Gynecol Reprod Biol. 2018 Apr 14; 225: 90-94. PubMed PMID: 29680466.

Ubertazzi EP, et al. Transvaginal Mesh (TVM) Five Years Follow Up. A Retrospective Study from Latam. Int Urogynecol J (2015); 26 (Suppl 1): S150-S151.

## Richard Ellerkmann Materials List

**Medical Literature**

Ulmsten U. An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogyn J (1996) 7: 81-86

Ulrich D, et al. 10 Years Follow-Up after TVT-O Procedure for Stress Urinary Incontinence. Int Urogynecol J (2015); 26(Suppl 1): S146-S147.

Unger CA, Walters MD, Ridgeway B, et al. Incidence of adverse events after uterosacral colpopexy for uterovaginal and posthysterectomy vault prolapse. Am J Obstet Gynecol 2015; 212: 603.e1-7.

Unger CA. An Update on the Use of Mesh in Pelvic Reconstructive Surgery. Curr Obstet Gynecol Rep (2016) 5: 131-138.

Unger CA. Indications and risk factors for midurethral sling revision. Int Urogynecol J (2016) 27: 117-122.

Vaiyapuri GR, et al. A 3-year evaluation of the outcome of pelvic organ prolapse (POP) surgeries performed in 2006 at the KKWCH Hospital, using the Gynecare Prolift System. Int Urogynecol J (2011); 22(Suppl 3): S1908-S1909.

Valpas A, et al. TVT versus laparoscopic mesh colposuspension: 5-year follow-up results of a randomized clinical trial. Int Urogynecol J (2014); doi:10.1007/s00192-014-2454-2.

van der Laak JA, et al. The effect of Replens on vaginal cytology in the treatment of postmenopausal atrophy: cytomorphology versus computerised cytometry. J Clin Pathol 2002; 55: 446-51

Van Drie, Hinoul, Gauld, et al. [Pop 121, median 29 mo fu - AUGS Abs 27] Medium-term clinical outcomes following surgical repair for vaginal prolapse with a tension-free mesh and vaginal support device. Female Pelvic Med Reconstr Surg 2011; 17(5, Suppl 2): S63-S64.

Vissers D. The effect of non-surgical weight loss interventions on urinary incontinence in overweight women: a systematic review and meta analysis. ObesityReviews (2014) 15: 610-617.

Wang FM, et al. Prospective study of transobturator mesh kit (Prolift™) in pelvic reconstructive surgery with vaginal hysterectomy after 3 years' follow-up. Arch Gynecol Obstet. 2013 Aug; 288(2): 355-9. PubMed PMID: 23435722.

Ward K, et al. Multicentre Randomised trial of Tension-Free Vaginal Tape and Colposuspension for Primary Urodynamic Stress Incontinence: Five Year Follow Up. Neurourol Urodyn (2006); 25(6): 568-569.

Ward K. Prospective multicentre randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ (2002) 325: 1-7

Watadani Y, Vogler SA, et al. [P27, 4-90 mos fu, med 29 mos] Sacrocolpopexy with rectopexy for pelvic floor prolapse improves bowel function and quality of life. Dis Colon Rectum 2013; 56: 1415-1422.

Weber AM, Walters MD, Piedmonte MA. Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol, 2000 Jun; 182(6): 1610-1615.

Wei JT, et al. (OPUS) A Midurethral Sling to Reduce Incontinence after Vaginal Prolapse Repair. N Engl J Med 2012; 366: 2358-67.

Welk B. (Pop 60K) Removal or Revision of Vaginal Mesh Used for the Treatment of Stress Urinary Incontinence. JAMA Surg (2015); DOI: 10.1001/jamasurg.2015.2590.

Wieslander CK, Roshanravan SM, Wai CY, Schaffer JI, Corton MM. Uterosacral ligament suspension sutures: Anatomic relationships in unembalmed female cadavers. Am J Obstet Gynecol 2007; 197: 672.e1-6.

Williams TJ, TeLinde RW. The sling operation for urinary incontinence using mersilene ribbon. Obstet Gynecol. 1962 Feb; 19: 241-5. PubMed PMID: 14007228.

**Richard Ellerkmann Materials List**

**Medical Literature**

| |
|---|
| Withagen M. Which factors influenced the result of a tension free vaginal tape operation in a single teaching hospital? Acta Obstet Gynecol (2007) 86: 1136-1139 |
| Withagen MI, et al. Trocar-guided mesh compared with conventional vaginal repair in recurrent prolapse: a randomized controlled trial. Obstet Gynecol. 2011 Feb; 117(2 Pt 1): 242-50. PubMed PMID: 21252735. |
| Wu JM, Matthews CA, et al. Lifetime risk of stress urinary incontinence or pelvic organ prolapse surgery. Obstet Gynecol. 2014 Jun;123(6):1201-2066. PubMed PMID: 24807341. |
| Yazdany T, et al. Suture complications in a teaching institution among patients undergoing uterosacral ligament suspension with permanent braided suture. Int Urogynecol J. 2010 Jul; 21(7): 813-818. PubMed PMID: 20186391 |
| Zhu L, et al. [Pop 21, 18-60 mos, median 43.5 mo fu] Modified laparoscopic sacrocolpopexy with mesh for severe pelvic organ prolapse. Int J Gynecol Obstet 121 (2013) 170-172. |
| Zyczynski HM, et al. (Prosima Study investigators) One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device. Am J Obstet Gynecol 2010; 203: 587.e1-8. |

**Richard Ellerkmann Materials List**

**Production Materials**

| Document Description [Bates Range] |
| --- |
| 000001_4275674_d_Use of Gynemesh PS in Prolapse Surgery Power Point |
| 2001 TVT Surgeon's Monograph |
| 2003 Gynemesh PS Early Clinical Experience White Paper |
| 2003 Gynemesh PS white paper. Gynemesh PS Early Clinical Experience. |
| 2004 Gynemesh PS Study Poster - AUGS 2004 San Diego. Lucente V, Hale D, Miller D, Madigan J. A Clinical Assessment of Gynemesh PS for the Repair of Pelvic Organ Prolapse. |
| 2007 Prolift Prof Ed Slides |
| Clinical Evaluation Report - Gynemesh PS by Piet Hinoul - April 26, 2013 |
| ETH.MESH.00012009-089 - TVM Prospective Data (French Trial) - Exhibit 522 |
| ETH.MESH.00013529-534 - Prolift+M IFU |
| ETH.MESH.00018382 - Powerpoint GYNECARE GYNEMESH* PS Nonabsorbable PROLENE* Soft Mesh in the Treatment of Pelvic Organ Prolapse |
| ETH.MESH.00159266-369 - Gynemesh PS, Prolene Soft Mesh in the treatment of POP – Pelvic Floor Surgery and Anatomic Dissection Lab |
| ETH.MESH.00167104 - 2006 TVT Laser Cut Clinical Expert Report |
| ETH.MESH.00295355 (TVTE-338-10-7.12) - 2010 TVT-Exact Prof Ed |
| ETH.MESH.00308094 (2629_2006-07-12) - 2006 TVT-Secur |
| ETH.MESH.00354732 (TVTA-088-11-2.13) - 2011 TVT-Abbrevo |
| ETH.MESH.00369995 (2008-570) - 2008 TVT Family of Products Prof Ed |
| ETH.MESH.00369999 (2008-135) - 2008 TVT-Secur |
| ETH.MESH.00370421 (TVTO_0113-09-8.11) - TVT-O FDA Public Health Notice |
| ETH.MESH.00373310 (2003-712) - 2003 TVT Prof Ed |
| ETH.MESH.00393045-46 (2008-582) TVT-O Procedural Steps |
| ETH.MESH.00394849 - Gynemesh PS Panel Powerpoint - Drs. Robinson, Miller, Winkler, England |
| ETH.MESH.00395374-380 - 2001 June 22; Scientific Advisory Chicago Meeting re POP mesh includes Prolene Soft |
| ETH.MESH.00397674 (2002-275) - 2002 Minimizing & Managing TVT Complications Prof Ed |
| ETH.MESH.00520649-722 - 2006 US TVM 12 Month Clinical Report |
| ETH.MESH.00523617 (2007-4144) - 2007 TVT-Secur Critical Steps |
| ETH.MESH.00523942 (2005-1638) Waltregny TVT-O Summit |
| ETH.MESH.00637343 - 2004 ETHICON Product Development Process - Gynemesh PS |
| ETH.MESH.00747864-874 - Gynemesh PS DDSA Rev. |
| ETH.MESH.00747864-874 - Gynemesh PS DDSA Rev. 2 |
| ETH.MESH.00993273 (2091_2006-02-01) - 2006 TVT-O Summit Presentation by Raders and Lucente |
| ETH.MESH.01128679-98 (TVTS007) - 2007 TVT-Secur Procedural Steps |
| ETH.MESH.01222075 - 2006 Kammerer Memo |
| ETH.MESH.01261962 (2005-1819) - TVT-O Summit by Raders, Rogers, Lucente |
| ETH.MESH.02219584 - 2010 Scion PA Unmet Needs Exploratory Research |
| ETH.MESH.02330776 (TVTO-384-10-8.12) - TVT-O |
| ETH.MESH.02341398-410 - Prosima IFU |
| ETH.MESH.02341454-459 - Prolift 2007-2009 IFU |
| ETH.MESH.02341522-527 - Prolift 2005-2007 IFU |
| ETH.MESH.02341658-664 - Prolift 2010-2012 IFU - Text Searchable |
| ETH.MESH.02341734-740 - Prolift 2009-2010 IFU |
| ETH.MESH.02342097 Prolene Soft IFU |
| ETH.MESH.02342101 Prolene Soft IFU |

## Richard Ellerkmann Materials List

**Production Materials**

| |
|---|
| ETH.MESH.02342102 Prolene Mesh IFU |
| ETH.MESH.02342152-54 Prolene Mesh IFU |
| ETH.MESH.02342194-196 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02342218-220 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02342250-252 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02342278-279 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02603812-821 - Dissection Techniques in Transvaginal Pelvic Organ Prolapse Repair with Synthetic Mesh |
| ETH.MESH.02616825-27 Prolene Soft IFU |
| ETH.MESH.03458123-38 - TVT Patient Brochure 3.19.08 |
| ETH.MESH.03460813-853 - Prolift Surgeons Resource Monograph 2007 |
| ETH.MESH.0370392 (3914_2007-08-22) - 2007 TVT-Secur |
| ETH.MESH.03715787-793 - Gynemesh PS CER (2002) - Weisberg |
| ETH.MESH.03751819 (2009-473) - 2009 The Science of What's Left Behind |
| ETH.MESH.03905968-975 - Prolift 2005 Brochure |
| ETH.MESH.03905976-991 - Prolift 2006 Brochure |
| ETH.MESH.03906001-020 - Prosima and Prolift+M |
| ETH.MESH.03906037-052 - Prolift 2008 Brochure |
| ETH.MESH.04046302 (TVT and TVT-O)(2005-1117) |
| ETH.MESH.04079609 (TVTA-401-10-8.12) - 2010 TVT-Abbrevo |
| ETH.MESH.04202101 (2008-448) |
| ETH.MESH.05222686-88 - TVT IFU (4th version) 4.7.06-10.7.08 |
| ETH.MESH.05320909 (2008-135)(38 slides summit) - 2008 TVT-Secur |
| ETH.MESH.05795421 (2001-227) - 2001 TVT Prof Ed |
| ETH.MESH.05795537 (1998-218) - 1998 TVT Prof Ed |
| ETH.MESH.07201006 - Prolift Prof Ed 2007 Slide Deck |
| ETH.MESH.07246690-19 - Study Report - A systematic review of patient-years of experience in prospective randomized controlled trials (RCTs) in incontinence. |
| ETH.MESH.08003279-94 - TVT Patient Brochure 12.10.08 |
| ETH.MESH.08117473 - 2012 TVT-Exact Updated Prof Ed Slide Deck w Production Cover |
| ETH.MESH.08156958 (2002-310) - 2002 TVT Advanced Users Forum Presentation |
| ETH.MESH.08307644-45 - 4.05.2013 - Email from P. Hinoul to G. Callen re: RCT data (with attachments). |
| ETH.MESH.09100506 - Prolift Prof Ed 2005 Slide Deck |
| ETH.MESH.09744840-45 - TVT Patient Brochure 2.14.13 |
| ETH.MESH.10027307-28 - Surgeon's Resource Monograph |
| ETH.MESH.10686760-771 - Gynemesh PS aFMEA 2013 |
| ETH.MESH.10686833-852 - Risk Management Report (RMR) for Gynemesh PS 2013 |
| ETH.MESH.11543641 - Powerpoint GYNECARE GYNEMESH* PS Nonabsorbable PROLENE* Soft Mesh Awareness Module |
| ETH.MESH.11543719 - Robinson Gynemesh PS Presentation Awareness Module 4.7.04 |
| ETH.MESH.22625140-45 - MDD CAPA # CAPA-003474 |
| ETH.MESH.22631022-29 - Response to Section 39 Request, D-1, 1-1002 |
| Gynecare Gynemesh PS IFU (English Only) LAB-0012266 Rev: 3, released 02.03.15. |
| Gynecare TVT IFU changes redlined, D-6, 1-20 |
| Gynemesh PS 510k Approval File [FDA] |
| Gynemesh PS white paper - Early Clinical Experience |

### Richard Ellerkmann Materials List

**Production Materials**

| |
|---|
| K013718 GYNEMESH PS (Ethicon) Corrected SE Letter (07-Nov-2012) |
| May 2010 CER for Gynemesh PS signed by David Robinson |
| PS120046 A2 - 7.9.12 FDA Response to Ethicon re Gynemesh PS |
| TVT IFU (7th version) 2015 - Present - from Ethicon website. |
| TVT, TVT-O, and Gynemesh PS/ Prolift IFUs, Surgeons' Monographs, Professional Education Slides |

## Richard Ellerkmann Materials List

**Company Witness Depositions**

| |
|---|
| Hinoul, Piet - 01.15.2014 Deposition Testimony |
| Weisberg, Martin - 11.13.2015 Deposition Testimony |

## Richard Ellerkmann Materials List

**Other Materials**

| |
|---|
| 2011 IUGA Patient Brochure - Vaginal Repair with Mesh Patient Brochure |
| 2008 FDA Public Health Notification: Serious complications associated with transvaginal placment of surgical mesh in repair of pelvic organ prolapse and stress urinary incontinence. |
| 2012 ABOG and ABU Guide to Learning in Female Pelvic Medicine and Recontructive Surgery |
| 2012 ABOG Guide to Learning in Female Pelvic Medicine and Reconstructive Surgery |
| 2012 AUA Guidelines - Guideline for the Surgical Management of Female Stress Urinary Incontinence: 2009 Update - Appendices A11 and A16 |
| 2013 AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence. |
| 2013 AUGS Guidelines for Privileging and Credentialing Physicians for Sacrocolpopexy for Pelvic Organ Prolapse |
| 2013 FDA Statement regarding Considerations about Surgical Mesh for SUI |
| 2014 IUGA Position Statement on Mid-Urethral Slings for Stress Urinary Incontinence |
| 2015 ACOG Practice Bulletin #155 Summary - Urinary Incontinence in Women, 1120-1122 |
| 2016 AUGS, SUFU, ACOG, SGS, AAGL, NAFC,WHF, Position Statement - Mesh Midurethral Slings for Stress Urinary Incontinence |
| 2016 IUGA Patient Brochure on Midurethral Sling Procedures for Stress Incontinence |
| 2017 ACOG, AUGS - Committee Opinion on Complications in Gynecologic Surgery, 1-6, Management of Mesh and Graft Complications in Gynecologic Surgery. |
| 2017 AUA, SUFU Guideline - Surgical Treatment of Female Stress Urinary Incontinence, 1-33 |
| 2018 AUGS, SUFU, AAGL, ACOG, NAFC, SGS, Position Statement - Mesh Midurethrethral Slings for Stress Urinary Incontinence |
| 2018 RANZCOG Position Statement on SUI and POP |
| ACGME Program Requirements for Graduate Medical Education in Female Pelvic Medicine and Reconstructive Surgery |
| ACOG Committee Opinion, Gynecologic Surgery in the Obese Women. No. 619, January 2015. |
| AUGS Residency Guidelines |
| AUGS Resident Learning Objectives |
| Code of Federal Regulations Title 21, as of 4/1/15. 21CFR801.109 |
| Up To Date |