**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327 MDL 2327** |
| **THIS DOCUMENT RELATES TO:** **ETHICON WAVE 8 CASES LISTED IN PLAINTIFFS' EXHIBIT A** | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

## DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* RESPONSE OF STEVEN GOLDWASSER, M.D. FOR WAVE 8

Plaintiffs filed a Notice of Adoption (Doc. No. 6801) in the Wave 8 cases identified in Exhibit A to their Notice, adopting their Motions to Exclude Expert Testimony of Steven Goldwasser, M.D., Doc. No. 3677/3678 ("Plaintiffs' Wave 4 Motion") and Doc. No. 4365/4372 (Plaintiffs' Wave 5 Motion").

Defendants hereby adopt and incorporate by reference their prior *Daubert* responses in Doc. No. 3754 ("Defendants' Wave 4 Response") and Doc. No. 4553 ("Defendants' Wave 5 Response").

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*_____
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                                  */s/ William M. Gage*
                                                    William M. Gage

44740716.v1