# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., <br> PELVIC REPAIR SYSTEM <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |

THIS DOCUMENT APPLIES TO:
ETHICON WAVE 8 CASES
LISTED IN EXHIBIT A OF DEFENSE
NOTICE OF ADOPTION (Dkt. 6908)

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF DR. BOBBY SHULL

Plaintiffs hereby adopt and incorporate by reference Plaintiffs' Opposition to Defendant Boston Scientific Corporation's Motion to Limit the Opinions and Testimony of Bobby L. Shull, M.D. and Memorandum in Support from Boston Scientific Wave 3. *See* ECF No. 4966. Plaintiffs respectfully request that the Court deny Defendant's motion for the reasons expressed in the Wave 3 response briefing.

DATED: October 25, 2018

                                                                                         Respectfully submitted,

By:    /s/ *Clayton A. Clark*
          Clayton A. Clark
          Co-Lead Counsel for Plaintiffs in
          MDL No. 2326
          cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

By:    /s/ *Aimee Wagstaff*
          Aimee Wagstaff
          Co-Lead Counsel for Plaintiffs in
          MDL No. 2326
          aimee.wagstaff@andruswagstaff.com

- 2 -

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:   /s/ *Clayton A. Clark*
Clayton A. Clark
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217