**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR          Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                              MDL 2327
LITIGATION
-----------------------------------------------------
ETHICON WAVE 8 CASES LISTED IN          JOSEPH R. GOODWIN U.S. DISTRICT
PLAINTIFFS' EXHIBIT A                                          JUDGE

<u>**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING**</u>
<u>**BRIAN J. FLYNN, M.D. FOR WAVE 8**</u>

Defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon") hereby respond

to Plaintiffs' Notice of Adoption of Prior Daubert Motion of Brian J. Flynn, M.D. for Wave 8,

Dkt. 6799.  Ethicon adopts and incorporates by reference the *Daubert* response in relation to Dr.

Brian J. Flynn filed by Ethicon in Wave 3, Dkt. 2913.  Ethicon respectfully requests that the

Court deny Plaintiffs' motion, for the reasons expressed in its Wave 3 response briefing.

Respectfully submitted,

/s/ William M. Gage
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage
William M. Gage

44728636

44728636.v1