IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS                    MDL NO. 2327
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT APPLIES TO:
ETHICON WAVE 8 CASES
LISTED IN EXHIBIT A OF DEFENSE
NOTICE OF ADOPTION (Dkt. 6913)
_____

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF DR. KONSTANTIN WALMSLEY

Plaintiffs hereby adopt and incorporate by reference Plaintiffs' Memorandum in Opposition to Defendant's Motion to Exclude Testimony of Plaintiffs' Expert Konstantin Walmsley, M.D from Plaintiff's prior responsive briefing. *See* ECF No. 141, *Amal Eghnayem, et al. v. Boston Scientific Corp.*, 2:13-cv-07965. Plaintiffs respectfully request that the Court deny Defendant's motion for the reasons expressed in the incorporated response briefing.

DATED: October 25, 2018

                                        Respectfully submitted,

                              By:    /s/ *Clayton A. Clark*
                                    Clayton A. Clark
                                    Co-Lead Counsel for Plaintiffs in
                                    MDL No. 2326
                                    cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

                              By:    /s/ *Aimee Wagstaff*
                                    Aimee Wagstaff
                                    Co-Lead Counsel for Plaintiffs in
                                    MDL No. 2326
                                    aimee.wagstaff@andruswagstaff.com

- 2 -

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

# CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:   /s/ *Clayton A. Clark*
Clayton A. Clark
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217