# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS          MDL NO. 2327
LIABILITY LITIGATION
_____

THIS DOCUMENT APPLIES TO:
ETHICON WAVE 8 CASES LISTED
IN EXHIBIT A OF DEFENSE NOTICE
OF ADOPTION (Dkt. 6914)
_____

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE
### OF DR. VLADIMIR IAKOVLEV

Plaintiffs hereby adopt and incorporate by reference Plaintiffs' Response to Defendant Ethicon's Motion to Exclude the Opinions and Testimony of Vladimir Iakovlev, M.D. from Ethicon Wave 4. *See* ECF No. 3790; *see also* ECF No. 5448 (Notice of Adoption of Prior Daubert Response of Vladimir Iakovlev, M.D. for Wave 7). Plaintiffs respectfully request that the Court deny Defendant's motion for the reasons expressed in the Wave 4 response briefing.

DATED: October 25, 2018

                                      Respectfully submitted,

                              By:     /s/ *Clayton A. Clark*
                                       Clayton A. Clark
                                       Co-Lead Counsel for Plaintiffs in
                                       MDL No. 2326
                                       cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

                              By:     /s/ *Aimee Wagstaff*
                                       Aimee Wagstaff
                                       Co-Lead Counsel for Plaintiffs in
                                       MDL No. 2326
                                       aimee.wagstaff@andruswagstaff.com

- 2 -

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:   /s/ *Clayton A. Clark*
Clayton A. Clark
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217