**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM                                    MDL NO. 2327
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT APPLIES TO:
ETHICON WAVE 8 CASES LISTED
IN EXHIBIT A OF DEFENSE
NOTICE OF ADOPTION (Dkt. 6907)
_____

**NOTICE OF ADOPTION OF PRIOR DAUBERT
<u>RESPONSE OF DR. JIMMY MAYS</u>**

Plaintiffs hereby adopt and incorporate by reference Plaintiffs' Memorandum in

Opposition to Defendant's Motion to Exclude the Opinions and Testimony of Plaintiffs' Expert,

Jimmy M. Mays, Ph.D. from Boston Scientific Wave 3. *See* ECF No. 4972. Plaintiffs note that Dr.

Mays served an amended report for Wave 4, dated June 3, 2018, and BSC deposed Dr. Mays on

the new report on August 16, 2018. Dr. Mays' new report, and the deposition taken by BSC, both

post-date the January 11, 2018 date of BSC's adopted *Daubert* motion and reply. *See* Report of

Jimmy M. Mays, Ph.D **(Ex. "A")**; *see also* Mays Dep. **(Ex. "B")**. Accordingly, BSC's adopted

motion and memorandum do not address Dr. Mays' current report, and specifically fails to address

his reliance on peer-reviewed, published literature from the updated report, including the addition

of the publication of Dr. Mays' testing of BSC products in the peer-reviewed journal Biomaterials.

*See* Ex. "A", reference 25. Although BSC's adopted motion does not address Dr. Mays' Wave 4

report, Plaintiffs respectfully request that the Court deny Defendant's motion for the reasons

expressed in the Wave 3 response briefing. Further, Plaintiffs respectfully request the Court permit

Dr. Mays to testify regarding his uncontested Wave 4 report.

DATED: October 25, 2018

Respectfully submitted,

By:      /s/ *Clayton A. Clark*
Clayton A. Clark
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

By:      /s/ *Aimee Wagstaff*
Aimee Wagstaff
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018 I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

By:      /s/ *Clayton A. Clark*
Clayton A. Clark
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217