Exhibit B

Jimmy W. Mays, Ph.D.

1            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
2                      CHARLESTON DIVISION
3    -------------------------------§
     IN RE: BOSTON SCIENTIFIC CORP.,  §   MDL NO. 2326
4    PELVIC REPAIR SYSTEM PRODUCTS     §
     LIABILITY LITIGATION              §
5                                      §
     ------------------------------- §
6    THIS DOCUMENT RELATES TO:         §
                                       §
7    ALL WAVE 4 CASES IN MDL NO. 2326  §
                                       §
8    -------------------------------§
9
10                        - - -
11              Thursday, August 16, 2018
12                        - - -
13
             Videotaped deposition of JIMMY W. MAYS, Ph.D.,
14       held at the JW Marriott Marco Island Beach
         Resort, 400 South Collier Boulevard, Marco
15       Island, Florida, commencing at 9:08 a.m., on the
         above date, before Susan D. Wasilewski,
16       Registered Professional Reporter, Certified
         Realtime Reporter, Certified Realtime Captioner,
17       Certified Manager of Reporting Services, Florida
         Professional Reporter, Certified Court Reporter
18       (New Jersey), and Realtime Systems Administrator
19
                          - - -
20
             GOLKOW LITIGATION SERVICES
21       877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
22
23
24
25

Jimmy W. Mays, Ph.D.

```
 1    APPEARANCES:
 2

      PERDUE & KIDD
 3    BY:  JIM M. PERDUE, JR., ESQUIRE
      77 Post Oak Boulevard, Suite 450
 4    Houston, Texas 77056
      Phone:  (713) 520-2500
 5    jperduejr@perdueandkidd.com
      Representing Plaintiffs
 6

 7

      SHOOK, HARDY & BACON, LLP
 8    BY:  ANDREA J. STEELE, ESQUIRE
      2555 Grand Boulevard
 9    Kansas City, Missouri 64108
      Phone:  (816) 474-6550
10    asteele@shb.com
      Representing Defendants
11

12

      ALSO PRESENT:
13

14      LUANA PRUITT, Videographer
15

16

17

18

19

20

21

22

23

24

25
```

Jimmy W. Mays, Ph.D.

```
1                      - - -
2                  I N D E X
3                      - - -
4    Testimony of:  JIMMY W. MAYS, Ph.D.          PAGE
5        DIRECT EXAMINATION BY MS. STEELE..............  6
6
7
                    E X H I B I T S
8
             (Attached to transcript)
9
    JIMMY W. MAYS, Ph.D. DEPOSITION EXHIBITS         PAGE
10
```

```
11    Exhibit 1    Notice of Videotaped Deposition Duces    6
              Tecum of Dr. Jimmy Mays, Ph.D.
12    Exhibit 2    Expert Report of Jimmy W. Mays, PhD.,    14
              and Samuel P. Gido, Ph.D.
13
      Exhibit 3    2014 Expert Report of Jimmy W. Mays,    15
14              Ph.D.
15    Exhibit 4    June 2018 Expert Report of Jimmy        16
              Mays, Ph.D.
16
      Exhibit 5    Exhibits A, B and C of Expert Report    17
17              of Jimmy W. Mays, Ph.D.
18    Exhibit 6    Article:  In vivo oxidative             29
              degradation of polypropylene pelvic
19              mesh
              By Adam Imel, et al.
20
      Exhibit 7    Article: Oxidation and degradation of   32
21              polypropylene transvaginal mesh
              By Anne D. Talley, et al.
22
      Exhibit 8    Article:  The myth: In vivo             48
23              degradation of polypropylene-based
              meshes
24              By Shelby F. Thames, et al.
25
```

Jimmy W. Mays, Ph.D.

```
1                      E X H I B I T S
2                  (Attached to transcript)
3      JIMMY W. MAYS, Ph.D. DEPOSITION EXHIBITS        PAGE
4      Exhibit 9   Letter to the Editor:  In vivo        48
                   polypropylene mesh degradation is
5                  hardly a myth
                   By Margaret Thompson, et al.
6
       Exhibit 10  Letter to the Editor: Reply to "In    48
7                  vivo polypropylene mesh degradation
                   is hardly a myth"
8                  By Shelby F. Thames, et al.
9      Exhibit 11  June 3, 2018 Expert Report and         7
                   Curriculum Vitae
10
       Exhibit 12  June 7, 2018 Letter Invoice to Clark,  7
11                 Love & Hutson, GP
12     Exhibit 13  Presentation:  Use of High            13
                   Temperature GPC to Characterize In
13                 Vivo Oxidative Degradation of
                   Polypropylene
14                 By Jimmy Mays
                   GPC2017, July 19, 2017
15
16
17
18
19
20
21
22
23
24
25
```

Jimmy W. Mays, Ph.D.

```
1                      - - -
2            THE VIDEOGRAPHER:  We are now on the record.
3    My name is Luana Pruitt.  I am your videographer
4    for Golkow Litigation Services.  This deposition
5    is being held in Marco Island, Florida, in the
6    matter of Boston Scientific Corp. Pelvic Repair
7    Systems Product Liability Litigation to be heard
8    before the United States District Court for the
9    Southern District of West Virginia.
10           Our deponent today is Jim Mays, Ph.D.
11           Will counsel please introduce themselves
12   beginning with plaintiff counsel.
13           MR. PERDUE:  This is Jim Perdue, Jr., on
14   behalf of the Plaintiffs in the MDL.
15           MS. STEELE:  And this is Andrea Steele on
16   behalf of the Defendant, Boston Scientific.
17           THE VIDEOGRAPHER:  And will our court
18   reporter, Susan Wasilewski, please swear our
19   witness?
20           THE COURT REPORTER:  Do you solemnly swear
21   or affirm the testimony you're about to give will
22   be the truth, the whole truth, and nothing but
23   the truth?
24           THE WITNESS:  I do.
25           THE COURT REPORTER:  Thank you.
```

Jimmy W. Mays, Ph.D.

1            JIMMY W. MAYS, Ph.D., called as a witness by

2      the Defendant, having been duly sworn, testified as

3      follows:

4                     DIRECT EXAMINATION

5      BY MS. STEELE:

6         Q.    Good morning, Dr. Mays.

7         A.    Good morning.

8             (Mays Exhibit 1 was marked for

9      identification.)

10     BY MS. STEELE:

11        Q.    I'm going to hand you what's been marked as

12     Exhibit 1, which is the notice to your deposition.

13     Have you seen this document before?

14        A.    Yes, I have.

15        Q.    And if you turn to page 3, pages 3 and 4 are

16     14 document requests in Exhibit A, and Counsel

17     handed me before the deposition a folder of

18     documents that you brought responsive to these

19     requests.   Is that right?

20        A.    Yes.

21        Q.    And the first document is a copy of your

22     report that you served?

23        A.    Correct.

24        Q.    We'll mark -- and then you also brought a

25     copy of your curriculum vitae?

Jimmy W. Mays, Ph.D.

1      A.   I did.  That's the most up-to-date.

2      Q.   Most up-to-date.  And do you think there

3    were changes since you served your report in June?

4      A.   They would have been extremely minor.

5           MS. STEELE:  I'm going to go ahead and mark

6      the report, along with the updated CV, as

7      Exhibit 11 for the record.

8           (Mays Exhibit 11 was marked for

9    identification.)

10           (Mays Exhibit 12 was marked for

11    identification.)

12    BY MS. STEELE:

13      Q.   And then Exhibit 12, I'm going to mark

14    the -- and this is an invoice from June 7th, 2018,

15    to Clark, Love & Hutson.

16      A.   Correct.

17      Q.   And this is for consulting work that you did

18    on what is basically an update to your general

19    report in this litigation.  Is that accurate?

20      A.   Yes, it is.

21      Q.   And it looks like you -- for

22    specifically for -- we call this Wave 4.  Do

23    you under -- so if I use the term "Wave 4," do you

24    understand?

25      A.   Generally, yes.  I don't know the specific

Jimmy W. Mays, Ph.D.

1    details but I understand that it has come in waves.

2        Q.   Yes.  So, generally, you understand that

3    you've served two other general expert reports in

4    the MDL before?

5        A.   Yes, I did.

6        Q.   And you served a third expert report that

7    updates certain sections in June of 2018, right?

8        A.   Yes.

9        Q.   And this invoice pertains in particular to

10   the updates that you made to the report that you

11   served in June?

12       A.   Yes.  Correct.

13       Q.   And it looks like between May 14th, 2018, to

14   June 7, 2018, you spent 14 hours preparing your

15   updated report; is that right?

16       A.   Yes.

17       Q.   And so that your total invoice for updating

18   your report in the Boston Scientific MDL comes to

19   $4,900; is that right?

20       A.   That sounds right, yes.

21       Q.   And have you performed any work related to

22   the Boston Scientific litigation since June 7th of

23   2018?

24       A.   Only some preparation for this deposition

25   today.

Jimmy W. Mays, Ph.D.

1     Q.   And approximately how much time have you

2  spent preparing for your deposition today?

3     A.   Oh, this is a guess.  I probably spent about

4  maybe 10 or 12 hours reviewing my prior depositions,

5  reviewing my report, looking at some documents that

6  I thought were relevant, and then I spent a couple

7  of hours with Mr. Perdue yesterday in preparation as

8  well, so maybe a total, I'm guessing, maybe 14

9  hours.

10    Q.   And when you were reviewing your prior

11 deposition testimony, was there any testimony that

12 you reviewed that was inaccurate or your opinion has

13 changed since you gave that testimony?

14    A.   You know, I saw a couple of little things

15 but they are very minor.  I think I referred to

16 Dr. Thames' extensive way of treating the explants

17 to remove tissue as a 16-step procedure in the depo

18 we had prior, but it's really a 23-step procedure.

19 I don't know how I got 16 in my head, but -- I

20 noticed that but, otherwise, I noticed a typo or two

21 but nothing of any substance.

22    Q.   Okay.  And when you reviewed your prior

23 reports, and I have them with, so I can mark them

24 for you, too, were there any opinions stated in your

25 two prior expert reports in the Boston Scientific

Jimmy W. Mays, Ph.D.

1    MDL that have changed?

2        A.    No.

3        Q.    And in May of 2018, when you started working

4    on your updated report, how did that come to be that

5    you decided to update it?

6        A.    I was contacted by Ms. Hutson, Shelley

7    Hutson, and she asked if I would prepare an update

8    for this new wave of cases.

9        Q.    And can you describe the steps you took

10   after your conversation with Ms. Hutson to update

11   your report?

12       A.    Yes.  I went back and reviewed my prior

13   reports, I reviewed our paper published in

14   Biomaterials that contained our own testing data, I

15   did some literature searches to find new papers that

16   were out there where people investigated explanted

17   polypropylene, and that's really the start of

18   gathering the pertinent information and then making

19   the revisions.

20       Q.    Did you conduct any further testing?

21       A.    No.

22       Q.    Since you were last deposed in a Boston

23   Scientific case, which you were deposed in December

24   2016 by myself and then you were deposed again in

25   another state court case in January 2017?

Jimmy W. Mays, Ph.D.

1      A.    That sounds right, yes.

2      Q.    And since that time have you performed any

3   testing on polypropylene mesh?

4      A.    Not on polypropylene pelvic mesh.

5      Q.    Have you performed any testing on any

6   polypropylene surgical mesh for any application?

7            MR. PERDUE:  Well, so in -- do you want to

8       know about Boston Scientific or just

9       polypropylene in general?

10           MS. STEELE:  Polypropylene in general.

11           MR. PERDUE:  So I need to invoke a privilege

12      that's not his because it's my understanding that

13      he has been engaged as a consultant in looking at

14      some other meshes, but I can put on the record,

15      Andrea, that he hasn't been designated and he

16      hasn't rendered a report, but it is -- it is

17      litigation-based testing.  It's work product.

18      The attorney that retained him to look at it

19      obviously has a privilege on that.  I have no

20      idea where it is, but I asked him have you been

21      disclosed, have you written a report, and he has

22      not.

23           So I need to invoke that lawyer's privilege,

24      but if it goes further, I will supplement as

25      necessary under the rules.  I will represent to

Jimmy W. Mays, Ph.D.

1      that on the record.  Okay?

2    BY MS. STEELE:

3      Q.    So you have been engaged in litigant --

4    further litigation consulting and you're palming

5    testing, but at this time that testing has not been

6    disclosed or put into an expert report; is that

7    right?

8      A.    That's correct, yes.

9      Q.    Have you performed any nonlitigation testing

10   of any polypropylene mesh since your last Boston

11   Scientific deposition?

12     A.    No.

13         MS. STEELE:  And I'll go ahead and mark the

14       invoice as 12.

15     Q.    When you were preparing for your deposition,

16   did you review any Boston Scientific documents?

17     A.    No.

18     Q.    Was your review of articles and literature?

19     A.    Yes.

20     Q.    In particular, the ones contained and

21   summarized in your report?

22     A.    Yes.

23     Q.    Did you review any additional articles

24   regarding the topics within your report that weren't

25   include -- cited within your report?

Jimmy W. Mays, Ph.D.

1      A.    You know, I'm -- as a polymer chemist, I'm

2    continually reviewing the literature and I see

3    papers on polypropylene, I see papers on different

4    things, but I would say, really, that there is

5    nothing that falls specifically in the category of

6    this litigation that comes to mind.

7      Q.    So, basically, there is no new literature

8    that you've seen on, you know, testing of explanted

9    transvaginal mesh that isn't in your report but you

10   reviewed it since you wrote your report?

11     A.    That's correct.  I've -- yeah, I've included

12   everything in my report that I was aware of at that

13   time, and I'm not aware of anything that's really

14   substantial that's been published since then,

15   although I will continue to monitor the literature.

16          (Mays Exhibit 13 was marked for

17   identification.)

18   BY MS. STEELE:

19     Q.    And then I want to mark as Exhibit 13 -- and

20   can you describe what Exhibit 13 is?

21     A.    Yes.  I was invited to give a plenary

22   lecture at a GPC conference, it was called GPC2017,

23   in June or July of last year, it was July 19th of

24   last year, and I gave a presentation on the use of

25   high temperature GPC to characterize in vivo

Jimmy W. Mays, Ph.D.

1    oxidative degradation of polypropylene.

2           MS. STEELE:  And I'm going to ahead and mark

3       that Exhibit 13 and we'll probably come back to

4       that once I have time to review.

5    BY MS. STEELE:

6       Q.   Do you have any further documents in your

7    possession that are responsive to Exhibit A that

8    aren't contained within the report, including the

9    reliance list, the CV, your invoice, and then the

10   PowerPoint that haven't previously been produced to

11   Boston Scientific?

12      A.   No, I think you have everything here, yeah.

13           (Mays Exhibit 2 was marked for

14   identification.)

15   BY MS. STEELE:

16      Q.   I hand you what's been marked as Exhibit 2

17   and Exhibit 2 is -- do you recognize this as the

18   initial report that you gave in the Boston

19   Scientific litigation coauthored with Dr. Samuel

20   Gido?

21      A.   Yes, I did.

22      Q.   And this was originally written and served

23   in 2013?

24      A.   I believe that's correct.  Let me look at

25   the signature date.  Yes, it was signed on

Jimmy W. Mays, Ph.D.

1    December 5th of 2013.

2              (Mays Exhibit 3 was marked for

3    identification.)

4    BY MS. STEELE:

5        Q.    And then Exhibit 3, and do you recognize

6    Exhibit 3 as the solo-authored expert report that

7    was previously served in Boston Scientific's MDL in

8    2014?

9        A.    Give me just a moment.  Yes, I believe this

10   to be that report.

11       Q.    And none of the opinions contained within

12   this report have changed or become invalid since you

13   wrote it, they've just been supplemented by

14   additional literature?

15       A.    That's correct, yes.

16       Q.    And both of those reports contain testing

17   that you or Dr. Gido had conducted for purposes of

18   this litigation; is that correct?

19       A.    Yes.  Both Dr. Gido and I had conducted

20   experimentation that went into this first report.

21   Now, the second report certainly contains

22   experimental data from my laboratory.

23       Q.    So just -- your second report only contains

24   testing that you conducted and at that time Dr. Gido

25   was no longer involved in the litigation, correct?

Jimmy W. Mays, Ph.D.

1       A.    I only see my data in this second report and

2   I really am not sure of the answer to your second

3   question about whether Dr. Gido was still involved

4   in some way or not.

5       Q.    Okay.   That's fine, yeah.

6       A.    But he was not involved in this.

7       Q.    In your authoring of the report?

8       A.    Yes.

9             (Mays Exhibit 4 was marked for

10  identification.)

11  BY MS. STEELE:

12      Q.    I hand you what's Exhibit 4.   And is

13  Exhibit 4 the report that we received in June of

14  2018?

15      A.    Yes, this -- this is it.

16      Q.    And this contains your most current opinions

17  regarding polypropylene mesh and oxidative

18  degradation?

19      A.    That's correct.   It's mainly updated to

20  include some references that have more recently

21  appeared.

22      Q.    And the extra report that's been marked as

23  Exhibit 4 does not contain the data from any of the

24  testing that you had previously conducted in the

25  Boston Scientific litigation, correct?

Jimmy W. Mays, Ph.D.

1      A.     Actually, the data were not included in this

2    report because we had published the data in a

3    peer-reviewed paper, so I include reference to that

4    peer-reviewed paper and the supplementary

5    information that's available with it and I proceed

6    to discuss the key findings of that paper in this

7    report, but it seemed unnecessary now that the data

8    is out there in the peer-reviewed literature to

9    include it directly in the report.

10     Q.     Okay.  And keep that one close.

11            MS. STEELE:  Do you need copies of anything,

12     Jim?

13            MR. PERDUE:  I'm listening.

14            MS. STEELE:  You're listening.  I'm sure you

15     have plenty of copies of all of it.

16            (Mays Exhibit 5 was marked for

17     identification.)

18   BY MS. STEELE:

19     Q.     I'm going to hand you what I've marked as

20   Exhibit 5, and these are the exhibits to the expert

21   report from June of 2018, and I'll represent to you

22   this is what was attached to your report.  And there

23   is three exhibits, Exhibit A, B and C, and the first

24   exhibit, A, is your curriculum vitae.  Is that

25   correct?

Jimmy W. Mays, Ph.D.

1      A.    That's correct.

2      Q.    And then if you turn, and it's quite a few

3   pages back due to your extensive career --

4      A.    I'm getting old.

5      Q.    Exhibit B.

6      A.    Yes, I see it.

7      Q.    And this is a list of documents reviewed by

8   you in the litigation; is that correct?

9      A.    That is correct.

10     Q.    And did you actively update this -- the

11  Exhibit B when you were preparing your report or

12  coordinate with counsel to update?

13     A.    Yeah.  I was asked by counsel to provide any

14  new references, any new information upon which I was

15  relying, and I did so.

16     Q.    And did you ask for any additional documents

17  from counsel when you were preparing the report that

18  was marked as Exhibit 4, your most up-to-date

19  report?

20     A.    No.

21     Q.    Have you conducted any additional Internet

22  research regarding Boston Scientific or any of the

23  issues in the litigation?

24         MR. PERDUE:  Objection to form.  That may be

25     overbroad.

Jimmy W. Mays, Ph.D.

1      A.    I really have not.  Certainly, you know,

2    after I testified in some trials, I knew that there

3    was information out there and I was curious to see

4    what might be on the Internet about my testimony in

5    those trials, so I looked at that, but that's been

6    some years ago now, but I don't routinely follow,

7    you know, Boston Scientific stock or details like --

8      Q.    No Google alerts?

9      A.    No, no Google alerts.

10     Q.    And then Exhibit C is the -- your

11   testimonial history and your compensation structure;

12   is that right?

13     A.    Yes.

14     Q.    And are you still being compensated at the

15   rate of $550 per hour for deposition or courtroom

16   testimony?

17     A.    Yes, I am.

18     Q.    And are you still being compensated at the

19   rate of $350 per hour for other work?

20     A.    Yes.

21     Q.    Do you have an estimate of the total

22   compensation you've received in the Boston

23   Scientific mesh litigation?

24     A.    I don't.  It's gone on for several years

25   now, obviously, around four to five years, and I've

Jimmy W. Mays, Ph.D.

```
1    done a lot of work in the case, so it's substantial.

2    I would say it's hundreds of thousands of dollars,

3    perhaps.

4        Q.   Would you estimate it above or below

5    $500,000?

6        A.   I would estimate it as below $500,000 but

7    probably above $100,000, just a ballpark.

8        Q.   And you've also offered expert testimony

9    against other manufacturers of mesh medical devices?

10       A.   I have been deposed in matters involved

11   Ethicon and AMS, as well as, obviously, Boston

12   Scientific.

13       Q.   Have you ever offered any expert report or

14   deposition testimony against Bard, CR Bard?

15       A.   I have not.

16       Q.   And for Ethicon and AMS, as far as your

17   total compensation, is it in the same ballpark for

18   each manufacturer as you gave me for Boston

19   Scientific, or would it be --

20       A.   Boston Scientific is definitely the most

21   because I've been involved for the longest.  I

22   testified in three trials there.  This is my fifth

23   deposition in that case.

24           With Ethicon, considerably less; and then

25   with AMS, even less than that.
```

Jimmy W. Mays, Ph.D.

1      Q.   For Ethicon, would you estimate under

2   $100,000, or above?

3      A.   I was deposed twice.  I wrote a report.  I

4   would say under $100,000.

5      Q.   And AMS, I'm assuming, is much less?

6      A.   Yes, it's much less.  If you want a guess

7   there, I would say maybe, I don't know, $20,000,

8   something like that.  Please don't hold me firmly to

9   those numbers.

10      Q.   Yes.

11      A.   I'm just trying to give you my best estimate

12   as I sit here without my billing documents in front

13   of me.  I could always go back and review and give

14   you more specific information if needed.

15      Q.   Okay.  Thank you.

16           And then there is a list of your recent

17   trial testimony for the past four years, and that's

18   the last page of the Exhibit C, and I see Integra

19   Life Sciences Corp., vs. Hyperbranch.  Was that a

20   patent case?

21      A.   That was indeed a patent case.

22      Q.   Did it involve polypropylene?

23      A.   It did not.

24      Q.   And then there are three trials and those

25   are all against Boston Scientific; is that correct?

Jimmy W. Mays, Ph.D.

1      A.    That's correct.

2      Q.    And is there any other trial testimony that

3  you've given in the past four years that's not on

4  this list?

5      A.    No.  I've certainly given additional trial

6  testimony in other cases, but I think that was all

7  in the more distant past, more than four years ago.

8      Q.    Besides the pelvic mesh litigation and then

9  the other litigation that we've discussed you

10  haven't been disclosed in, are there any other

11  litigations that you are actively consulting with

12  attorneys on?

13      A.    Yeah.  You know, I've done a fair bit of

14  expert witness work over the past 30 years.  I've

15  done some work now and then dealing with

16  polyisobutylene sealants that are used in insulating

17  glass units.  I've been told that that's not

18  completely over, that it may resurface, but, yeah,

19  the main things I've been involved with recently are

20  mesh and this Integra Life Sciences vs. Hyperbranch

21  Medical Technology.  That is a patent dispute over

22  surgical sealants that are used to seal wounds after

23  cranial or spinal surgeries.

24      Q.    Okay.  You can set that to the side.

25            And, Dr. May, since the last time you were

Jimmy W. Mays, Ph.D.

1    deposed, you have now retired; is that correct?

2        A.    Yes.   I retired at the end of 2017.   I'm now

3    professor emeritus at the university.   I don't get

4    paid for that.   The big thing about it is I retain

5    library privileges, and that's so helpful to me, to

6    still be able to access the University of Tennessee

7    library.

8        Q.    Do you have any active teaching or research

9    duties or obligations?

10       A.    No.   My last graduate student finished in

11   April.   She defended her dissertation in April and

12   actually graduated in May, and I went back to the

13   university for that.   She was my last student, so my

14   research operation is completely shut down there

15   now, and no teaching responsibilities either.

16   Retired life on Marco Island.

17       Q.    Yes.   Very good.   And in preparing your

18   report that was marked as Exhibit 4, did you

19   consider any information specific to any plaintiff

20   in this Boston Scientific MDL?

21       A.    Not in preparing this updated report.

22       Q.    And let's go through some of the -- what I

23   noted were additions, small or larger, in your

24   report.

25       A.    Okay.

Jimmy W. Mays, Ph.D.

1      Q.   I wanted to first turn to page 14, and on

2    page 14 generally, you can scan it, but this page

3    deals with the specific grade of polypropylene

4    that's used in Boston Scientific's pelvic mesh

5    devices; is that right?

6      A.   Yes.  It discusses the Marlex HGX-030-01

7    polypropylene.

8      Q.   And it contains mostly a discussion of the

9    antioxidants used in that polypropylene; is that

10   right?

11     A.   Yes.  There is a paragraph here that

12   describes some antioxidants, Irgonox and Irgofos,

13   that are in those materials.

14     Q.   And the specific sentence that I want to

15   look at is the first full paragraph, the second

16   sentence that states:  The MSDS sheets for these

17   materials state that they are not intended for use

18   in products for which prolonged contact with mucous

19   membranes, body fluids, or abraded skin or

20   implantation within the human body is specifically

21   intended, unless the finished product has been

22   tested in accordance with nationally and

23   internationally applicable safety testing

24   requirements.

25          And what opinions are you offering regarding

Jimmy W. Mays, Ph.D.

1    the safety of using Irgonox and Irgofos in a

2    polypropylene mesh for permanent implant in the

3    human body?

4         A.    Simply that the manufacturer is cautioning

5    that they can have some toxicity associated with

6    them and that they shouldn't be used in permanently

7    implanted products like mesh.

8         Q.    Unless the finished product has been tested

9    in accordance with nationally and internationally

10   applicable safety testing requirements?

11        A.    Yes.

12        Q.    Is that correct?

13        A.    That's correct.

14        Q.    Were the Boston Scientific pelvic mesh

15   devices, the finished products, tested in accordance

16   with nationally and internationally applicable

17   safety testing requirements?

18        A.    They certainly went through some testing,

19   some biocompatibility testing, but they never, as

20   far as I've been able to ascertain, went through

21   clinical trial testing.

22        Q.    Premarket?

23        A.    Yes.

24        Q.    Have you reviewed clinical trials

25   postmarket?

Jimmy W. Mays, Ph.D.

1       A.   I have reviewed a lot of data on these

2   materials.  I don't think I have actually reviewed

3   what is officially considered a clinical trial of

4   the material.  Maybe I missed it.

5       Q.   Could you just say -- can you -- a

6   definition of what you mean technically considered a

7   clinical trial?

8       A.   To me a clinical trial is something that you

9   do before you introduce a material into the

10  marketplace.

11      Q.   Okay.  Are you offering an opinion about

12  whether or not the antioxidants Irgonox and Irgofos

13  are toxic if implanted permanently through a

14  finished polypropylene device?

15      A.   I'm offering the opinion that they could be

16  and that the manufacturer thinks that there is some

17  cause for concern and that some testing is required.

18      Q.   Are you offering an opinion as to what

19  testing is required?

20      A.   No, I'm not.

21      Q.   Are you offering an opinion as to whether or

22  not Boston Scientific completed the required testing

23  to demonstrate that the use of the antioxidants

24  Irgonox and Irgofos are not toxic in this

25  application?

Jimmy W. Mays, Ph.D.

1      A.   They certainly did some biocompatibility

2   testing, but long-term toxic effects that extend

3   beyond that, I don't know that they did that.

4      Q.   And you're not offering the opinion that

5   these are toxic antioxidants, just that they could

6   be and testing would need to be done?

7      A.   They could be, yes.

8      Q.   And that is based on the statement on the

9   MSDS sheets for those materials; is that right?

10     A.   Yeah, and also the chemical structure of

11   these compounds and the fact that they do undergo

12   reaction when they are serving their function as

13   antioxidants, and so you really need to explore

14   thoroughly long-term both the biocompatibility of

15   the materials themselves and also the products that

16   are obtained when they do their job, when they react

17   with oxidizing agents.

18     Q.   Are there any other specific sources of

19   literature or technical documents regarding the use

20   of the antioxidants Irgonox and Irgofos that you're

21   specifically relying on?

22     A.   No, simply the MSDS sheets at this -- in

23   this document, yes.

24     Q.   And are those MSDS sheets publicly

25   available?

Jimmy W. Mays, Ph.D.

1    A.    Yes.

2    Q.    So if I went on line and I found the sheets,

3    those are the same or that's how you found the

4    sheets?

5    A.    There are different manufacturers that

6    produced different MSDS sheets, but the Irgonox and

7    Irgofos names identify those as Ciba products, so

8    those Ciba MSDS sheets are available online.

9    Q.    And perhaps my inartful question.  You did

10   not go directly to the manufacturer and ask for the

11   MSDS sheets?

12   A.    No, I didn't, although, actually, they may

13   have sent them to me before because I've actually

14   used these antioxidants in the course of my

15   laboratory work, and if you order Irgonox, you will

16   receive an MSDS sheet, so --

17   Q.    And in what application have you used

18   Irgonox or Irgofos?

19   A.    Yeah, I particularly use these materials to

20   stabilize polydienes, like polyisoprene and

21   polybutadiene.  They are also susceptible to

22   oxidative degradation.

23   Q.    Are those materials used for permanent

24   implantation?

25   A.    I'm not aware of an application where those

Jimmy W. Mays, Ph.D.

1   materials are used for permanent implantation, but I

2   can't completely rule it out.  I simply don't know,

3   but I don't think so.

4      Q.   In the materials you were developing or

5   testing, were they used for a short-term, long-term,

6   permanent implant?

7      A.   They were not used as implants.  These were

8   elastomeric materials that are being used as such,

9   elastomers, rubbery materials.

10     Q.   Rubbery materials?

11     A.   Yes.

12     Q.   I wanted to turn now to page 21 of your 2008

13  expert report.

14     A.   Okay.

15     Q.   And specifically I want to -- so the first

16  full paragraph which is -- starts with "My research

17  group carried out a study..."

18     A.   Yes.

19     Q.   And this study -- I'll hand it to you, it's

20  been marked as Exhibit 6.

21         (Mays Exhibit 6 was marked for

22  identification.)

23  BY MS. STEELE:

24     Q.   And is that a copy of the published study?

25     A.   Yes, it is.  This is the published paper.

Jimmy W. Mays, Ph.D.

1      This does not include the supplementary data, which

2      is substantial with this, but yes, this is the main

3      paper.

4          Q.   And we previously discussed the details of

5      this testing and this article in detail in a prior

6      deposition; is that right?

7          A.   Yes, we did.

8          Q.   And the testing that's encompassed within

9      the article with lead author Imel entitled "In vivo

10     oxidative degradation of polypropylene pelvic mesh,"

11     and with you -- are you the corresponding author, is

12     that --

13         A.   Yes, and -- yeah, I was a corresponding

14     author on this.

15         Q.   And so the testing contained within this

16     article is testing that was completed for the

17     purposes of litigation in the Boston Scientific

18     pelvic mesh litigation, correct?

19         A.    Well, this contains the characterization

20     work that was done at the University of Tennessee,

21     and also work that was done by Sam Gido in this

22     case.  You know, we weren't asked by attorneys to do

23     any particular test.  We were given materials that

24     were explants.  I was aware of Clave's paper saying

25     polypropylene is not inert in the human body.  So I,

Jimmy W. Mays, Ph.D.

1    in collaboration with Dr. Gido, outlined a series of

2    experiments that we thought would test what the

3    actual cause of degradation is.

4        Q.    And that testing is -- so, basically, there

5    were two parts of the testing that you and Dr. Gido

6    tested explanted mesh materials, correct?

7        A.    Yes.

8        Q.    And those test results are contained within

9    your first report?

10       A.    Yes.

11       Q.    And then you conducted further

12   characterization testing on polypropylene pellets as

13   long as -- as well as pristine polypropylene meshes

14   for Boston Scientific, right?

15       A.    That's correct.

16       Q.    And that testing is outlined in the data

17   that is within your second expert report, is that --

18   which is marked as Exhibit 3; is that right?

19       A.    That's correct.

20       Q.    And the testing that's outlined in

21   Exhibits 2 and 3, which are your two prior expert

22   reports, are the basis for all of the data that's

23   contained within the Imel article, correct?

24       A.    Yes, I believe they are the basis of all of

25   the experimental data.  We did have an addendum

Jimmy W. Mays, Ph.D.

1    where we looked at the effect of bleach exposure on

2    a pristine polypropylene mesh just to make sure that

3    there is not oxidative degradation that is occurring

4    due to the bleach, and we allude to that testing in

5    here as well, so, yeah, maybe with that one

6    additional experiment.

7        Q.   With the one kind of control experiment

8    using bleach on pristine mesh, there is no

9    additional testing that -- in the Imel article

10   that's not contained within Exhibits 2 and 3,

11   correct?

12       A.   I think that's correct, yes.

13       Q.   Now I want to turn to -- we'll discuss

14   Dr. Thames' article and the responses, but first I

15   want to talk about on page 25.  On page 25 in the

16   first paragraph --

17           (Mays Exhibit 7 was marked for

18   identification.)

19   BY MS. STEELE:

20       Q.   I'm going to hand you Exhibit 7, which is an

21   article with lead author Talley, and this article

22   contains two components:  First, an in vitro

23   oxidative degradation test completed by Drs. Russell

24   Dunn and Scott Guelcher.  Is that right?

25       A.   Yes.  It does contain some in vitro

Jimmy W. Mays, Ph.D.

1    oxidation testing of hydrogen peroxide plus a

2    catalyst.  Who exactly conducted the experiments I

3    can't say, but, you know, I do see the five authors

4    that are here, so --

5        Q.    Have you reviewed any of the test results

6    from Dr. -- any of the five authors in a form of an

7    expert report, or just through this article?

8        A.    I'm not sure I understand what you're

9    asking.

10       Q.    So --

11       A.    You're asking have I seen their expert

12   reports?

13       Q.    Have you seen their expert reports and the

14   data as laid out in those expert reports, or have

15   you only considered the published article?

16       A.    I have not seen these data in any expert

17   report, only in this published one, to the best of

18   my understanding.

19       Q.    Yeah.  Just so I have an understanding of --

20       A.    Yeah, yeah.

21       Q.    -- what level of detail you have reviewed as

22   far as the data for this article.

23             And as far as -- I want to -- I know they

24   also looked at, I think especially with

25   Dr. Iakovlev's AMS mesh explanted from a patient,

Jimmy W. Mays, Ph.D.

```
 1    they scraped material off of and then conducted some

 2    different testing, but I want to focus on the in

 3    vitro testing that was conducted on the Boston

 4    Scientific pristine meshes.

 5        A.    Okay.

 6        Q.    And -- and they also conducted pristine in

 7    -- strike that.

 8            They also conducted in vitro testing, the

 9    same testing on pristine Ethicon mesh, if you look

10    at the third page of the article; is that right,

11    where they have the -- they lay out in Table 1 the

12    materials?

13        A.    Yes.  I see two Boston Scientific materials

14    here and one Ethicon material.

15        Q.    And an in vitro test is on the material

16    that's never been implanted in the human body,

17    correct?

18        A.    Yeah.  An in vitro test is one done

19    basically in the lab, as opposed to in vivo, which

20    is in the human, in the body.

21        Q.    And if you look at the details underneath

22    that table regarding the mechanism that they used to

23    induce oxidation in this in vitro test method, they

24    placed the slings into a solution that was 20

25    percent hydrogen peroxide and 0.1 molar cobalt
```

Jimmy W. Mays, Ph.D.

1    chloride; is that correct?

2        A.    Yes, I see that.  That's correct.

3        Q.    And what was the purpose of them placing the

4    polypropylene meshes into that solution?

5        A.    They wanted to see the effect that the

6    strongly oxidizing solution would have on the

7    chemical structure of the polypropylene.

8        Q.    And you said strong oxidizing solution?

9        A.    Yes.

10       Q.    And did you do any research to determine the

11   relative strengths of the oxidizing solution versus

12   the human body and the presence of oxidative species

13   in the human body?

14            MR. PERDUE:  Form.

15       A.    I did not try to quantify, for example, try

16   to find out if it's five times more intense than the

17   environment in the human body versus this or not, so

18   I haven't tried to quantify either.

19       Q.    And as far as the in vitro test, what is

20   your main takeaway and your opinions from the

21   in vitro test that's laid out in the Talley article?

22       A.    Yeah, it's exactly what I say here in my

23   report, that very recently Iakovlev -- I always have

24   trouble with that name -- and Guelcher published

25   another study where in vitro treatment of

Jimmy W. Mays, Ph.D.

1   polypropylene meshes, Ethicon and Boston Scientific,

2   for five weeks resulted in the appearance of strong

3   bands in FTIR associated with hydroxyl groups and

4   carbonyl groups.  These peaks are strong

5   spectroscopic evidence for in vitro oxidation of

6   polypropylene.  Pitting and meshing were observed in

7   SEM of these materials.

8        So those are the main takeaways, that they

9   did see the formation of carbonyls and hydroxyls

10   and peroxy type groups, as well as observing pitting

11   and the like in the fibers themselves.

12   Q.   Does this article support your opinion that

13   poly -- Boston Scientific's polypropylene mesh

14   undergoes oxidative degradation in the human body?

15   A.   This supports the fact that Boston

16   Scientific polypropylene mesh can undergo oxidative

17   degradation resulting in pitting and cracking and

18   the appearance of these hydroxyl and carbonyl bands,

19   but this is an in vitro test, not an in vivo test.

20   Q.   So their tests demonstrates that Boston

21   Scientific's polypropylene mesh can undergo

22   oxidative degradation in the oxidative medium that

23   they used, correct?

24   A.   Yes.  That's what these in vitro experiments

25   show.

Jimmy W. Mays, Ph.D.

1      Q.    The in vitro experiment -- strike that.

2            From the in vitro experiment you cannot

3      conclude that Boston Scientific's polypropylene mesh

4      will undergo oxidative degradation in the human

5      body, correct?

6      A.    One would be suspicious.  One certainly

7      couldn't exclude it because it's well known that the

8      foreign body response attacks implanted objects with

9      strong oxidizing agents, so you might expect to see

10     a similar oxidative attack in vivo, and that's what

11     our own testing of Boston Scientific explants shows.

12     Q.    Before the Talley article and the in vitro

13     test in that article, it is conclusive evidence that

14     Boston Scientific's polypropylene mesh will undergo

15     oxidative degradation in the human body, right?

16     A.    I disagree strongly, because our published

17     data was out there, and our published data was

18     before this particular paper and it shows quite

19     conclusively that oxidation is occurring.

20     Q.    So if you combine your test results with the

21     test results in the Talley article, correct?

22     A.    Well, Talley didn't just do the in vitro

23     testing.  They also did testing of explanted

24     material.  Now, it was, admittedly, an Ethicon

25     explant that was tested.  I believe that's the case

Jimmy W. Mays, Ph.D.

1    here.

2        Q.    Or AMS.

3        A.    Yeah, let me see what it was.  Was it AMS?

4        Q.    I believe so.

5        A.    I simply seem to recall that that explant

6    was not Boston Scientific.

7        Q.    That's correct.

8        A.    But they find, you know, that the material

9    is undergoing oxidative degradation, the explanted

10   material, and it's still polypropylene, whether it's

11   AMS's polypropylene or Boston Scientific's

12   polypropylene.  Polypropylene is polypropylene.

13       Q.    Would you expect most polymers to undergo

14   oxidative degradation in the solutions used in the

15   in vitro test?

16       A.    That's a pretty broad question.  I would

17   expect some to undergo oxidation.  Polypropylene,

18   because of its chemical structure, is particularly

19   susceptible to oxidative degradation.  If you

20   substituted polyethylene, admittedly structurally

21   quite similar to polypropylene, it would be much

22   less susceptible to in vitro oxidation under the

23   same conditions because it lacks the

24   tertiary hydrogens that are present on

25   polypropylene.  Other polymers, like Teflon, to try

Jimmy W. Mays, Ph.D.

1    to give you a more complete answer, I wouldn't

2    expect to see any effect of this solution on Teflon.

3    I believe Teflon would be inert under these

4    conditions.

5        Q.   Okay.  Have you -- did you conduct any

6    research on polyethylene to see if in vitro testing

7    on ultra-high weight -- molecular weight

8    polyethylene had ever been subjected to the solution

9    and undergone oxidation?

10       A.   I haven't actually done this type of

11   in vitro testing that they report here.  I've never

12   taken that 20 percent hydrogen peroxide and catalyst

13   and put a polymer in it, but knowing what I know

14   about the reactivity of alkanes, I know that

15   polyethylene will react, it will undergo oxidation

16   for sure, and in the past I've done work with

17   polyethylene explants that were used in joint

18   replacement surgeries, this is when I was at UAB in

19   Birmingham, and we saw strong evidence that those

20   materials were oxidized in vivo.

21           But I would just expect the polyethylene to

22   be less susceptible to oxidation under the same

23   conditions.  It would -- for the same time of

24   exposure to the same concentration of reagents, when

25   you take out the polypropylene, I would expect to

Jimmy W. Mays, Ph.D.

1    see more oxidative degradation than with the

2    polyethylene.

3       Q.    And then I want to turn to Figure 3, which

4    is an almost full-page figure on Page 542 at the top

5    left corner.

6       A.    Yes.

7       Q.    And if we look down into the caption or

8    description for the figure, these pictures are meant

9    to demonstrate the different surface degradation

10   effects on the materials?

11      A.    Yes.   These are SEM images showing the

12   polypropylene mesh before treatment and after

13   treatment in vitro with that peroxide solution.

14      Q.    And the purpose of SEM is so you can observe

15   the surface of the material to see if there has been

16   any effect on the surface, correct?

17      A.    Correct.

18      Q.    And you see here that there is effects on

19   the surface of the meshes after they've been put

20   into the in vitro solution, right?

21      A.    Yes.

22      Q.    And as described by the authors who

23   conducted the experiment, low magnification images

24   showed the knitted monofilament structure.   Medium

25   magnification images revealed evidence of pits,

Jimmy W. Mays, Ph.D.

```
1    peeling, flakes and shallow craters on the surface.

2    Correct?

3       A.   Yes.

4       Q.   And in the in vitro test, they do not note

5    that there is images revealing evidence of cracking

6    in the monofilaments, correct?

7       A.   I'd have to go back and review this a little

8    more carefully to be sure, but I think you're

9    correct.

10      Q.   So --

11      A.   Flaking, peeling and pitting is what they

12   say, such as flaking, pitting and peeling.

13      Q.   And I know this isn't the best resolution

14   copy of the photographs, but looking there, you see

15   kind of an uneven surface -- surface topography due

16   to the degradation effects, especially in the last

17   row; is that correct?

18      A.   I'm not sure what you -- what you mean by

19   uneven.

20      Q.   So you see pits in some areas and flakes in

21   different areas and still almost smooth

22   polypropylene in other areas, right?

23      A.   I'm not sure I would say smooth in any area,

24   but, yeah, some areas are certainly more damaged

25   than others, I absolutely agree with you there.
```

Jimmy W. Mays, Ph.D.

1      Q.    So the degradative process wasn't evenly

2    around the fiber, correct?

3      A.    Yeah, there were regions where it was more

4    severe than others for sure.

5      Q.    And that fits in, actually, with your

6    general opinion regarding the amorphous structure of

7    polypropylene in the crystalline versus

8    noncrystalline regions; is that right?

9      A.    Yeah, it's true, polypropylene is

10   semi-crystalline.  The amorphous regions are much

11   more susceptible to oxidative attack because the

12   chains aren't packed as tightly together, so the

13   oxidizing agent can get in there.  The crystalline

14   regions are much less susceptible to oxidative

15   degradation because they are more dense.  It's

16   harder for the oxidizing agent to get in there.

17          But the actual cracking and pitting could be

18   when some amorphous regions are eroded away by the

19   oxidative agents and then, finally, just because of

20   gravity or because of physical agitation, a chunk of

21   material falls out, and that could be what's

22   resulting in some of these areas where you see pits

23   in other regions which appear to be -- I wouldn't

24   say smooth but less pitted.

25     Q.    Less pitted?

Jimmy W. Mays, Ph.D.

1      A.    Yes.

2      Q.    And as far as the authors of this article,

3   in their description of the surface degradation they

4   do not use the word cracks, correct?

5      A.    Again, I would have to go through and review

6   the whole article.  Can you -- you know, when I look

7   here at the caption to Figure 3, they are saying no

8   evidence of features associated with the surface

9   degradation was observed, such as flaking, peeling,

10  or pitting under the medium magnification images.

11        But then they go on to say that medium

12  magnification images revealed evidence of pits,

13  peeling and shallow craters on the surface.

14     Q.    They do not say that there is evidence of

15  cracking on the surface, correct?

16     A.    Let me continue to look at it.

17        Some regions of the mesh showed evidence of

18  larger scale features such as detachment of peeling

19  flakes, but I don't specifically see the word crack

20  here.

21     Q.    And if you look at these images, and if

22  you -- when you were reviewing this article, did you

23  see photographs that had the layer of transverse

24  cracking that you and Dr. Gido observed on the

25  explanted meshes?

Jimmy W. Mays, Ph.D.

1    A.   I'm sorry.  Could you repeat that?  It was

2   kind of long.

3    Q.   Yes.  So -- I have a tendency to do that,

4   you may notice.  I try to pack too much into one

5   question.

6         But, so, just looking at these images -- and

7   if you want to refer to your article as well, you

8   can, to look at the SEM images in your article.

9         So in your article, when you did SEM or

10   Dr. Gido performed SEM, you observed transverse

11   cracking around the polypropylene fibers, correct?

12    A.   That's correct, on explanted materials that

13   had been in vivo.

14    Q.   But when they did a purposefully very strong

15   oxidative in vitro test --

16    A.   Yes.

17    Q.   -- there is not evidence of transverse

18   cracking around the polypropylene fibers, correct?

19    A.   I don't see strong evidence of it in these

20   images here, and I've got some thoughts on why that

21   could be the case.

22    Q.   And turning to the AMS or the other mesh

23   that they -- the explanted mesh that's in this

24   article --

25    A.   Okay.

Jimmy W. Mays, Ph.D.

1    Q.   -- which I believe is on page 454.

2    A.   Yes.

3    Q.   And they characterize the surface -- the

4    surface of the polypropylene fibers recovered from

5    mesh explanted from a single patient with -- by XPS.

6         And XPS tests the elemental composition on

7    the surface of a material; is that right?

8    A.   Yes, it -- yes, it does.

9    Q.   And what they did in this test is they took

10   portions of fibers from a mesh that was explanted

11   from one patient and for half of them they scraped

12   off material and the other half they did not scrape;

13   is that right?

14   A.   Yes, I believe that's correct.

15   Q.   And after scraping they noted that the

16   ratios of nitrogen-to-carbon and nitrogen-to-oxygen

17   significantly decreased, right?

18   A.   Yeah.  Less nitrogen, much less nitrogen

19   after scraping.

20   Q.   And that's because the scraping was meant to

21   remove the biologic material, right?

22   A.   Exactly.  These materials had never been

23   exposed to formalin to crosslink the protein, so it

24   would be easier to remove it by a physical act like

25   scraping.

Jimmy W. Mays, Ph.D.

1      Q.    And just based on that, you agree that

2   formalin will crosslink protein, correct?

3      A.    Oh, formalin will crosslink protein, yes, I

4   agree with that.

5      Q.    Can you scrape off fatty acids absorbed to

6   the polypropylene?

7      A.    Pardon?

8      Q.    Can you scrape off fatty acids that have

9   been absorbed by the polypropylene mesh?

10     A.    I believe you could, yes.

11     Q.    You could scrape them off?

12     A.    I believe you could.

13     Q.    And fatty acids do not contain nitrogen,

14   correct?

15     A.    Correct.

16     Q.    So even if the levels of nitrogen decreased,

17   you could still have the presence of fatty acids or

18   other nonnitrogen containing biomaterial, correct?

19     A.    You potentially could still have a fatty

20   acid -- repeat your question.  I want to make sure I

21   really understand it.

22     Q.    Okay.  Even with -- so fatty acids do not

23   contain nitrogen, right?

24     A.    Correct.

25     Q.    So if you -- in the sample, when you do EDS,

Jimmy W. Mays, Ph.D.

1    if you do not have nitrogen, you can still have the

2    presence of fatty acids, correct?

3        A.    You potentially could, but as we alluded to

4    just a few moments ago, you would expect the

5    scraping to also remove fatty acids.  If you are

6    taking the protein off with scraping, I'd say you're

7    taking the fatty acids off as well.

8        Q.    And they didn't perform any cleaning besides

9    scraping, correct?

10       A.    Again, I'd have to go back and review their

11   protocol to make absolutely sure.

12       Q.    I think it's page 448 has the protocol for

13   the XPS of the explanted polypropylene mesh.

14       A.    Oh, yeah.  There it is.  They actually did

15   some separation using tweezers and scissors.

16       Q.    Uh-huh.

17       A.    So there was some separation done in that

18   way, but other than that, it was just a physical

19   scraping that was used to remove the tissue and any

20   fatty acid that might have been there as well.

21       Q.    How do you ensure that you aren't

22   removing poly -- degraded polypropylene with the

23   scraping?

24       A.    Well, I think you have to be careful with

25   how hard you scrape, because scraping can become

Jimmy W. Mays, Ph.D.

1    cutting if you do it too much.  That's definitely

2    something that one would have to be careful about.

3        Q.    Have you ever conducted testing on an

4    explanted material using scraping, tweezers and

5    scissors as your cleaning mechanism?

6        A.    I have used scissors and tweezers as part of

7    just getting the mesh away from obvious bulk tissue,

8    but no, I've never used the scraping of -- but then

9    again, the materials we've had experience with, the

10   explanted Boston Scientific meshes, were materials

11   that had been exposed to formalin and, therefore,

12   the protein was crosslinked on there and you would

13   expect it to be more resistant to a scraping

14   process.

15       Q.    You can set that to the side.  I now want to

16   turn to -- and I'm just going to hand three exhibits

17   to you at the same time, 8, 9 and 10.

18            (Mays Exhibit 8 was marked for

19   identification.)

20            (Mays Exhibit 9 was marked for

21   identification.)

22            (Mays Exhibit 10 was marked for

23   identification.)

24   BY MS. STEELE:

25       Q.    And Exhibit 8 is an article titled "The

Jimmy W. Mays, Ph.D.

1    myth:   In vivo degradation of polypropylene-based

2    meshes," with lead author Shelby Thames.   Is that

3    correct?

4        A.   That's correct.

5        Q.   The second article, Exhibit 9, is "In vivo

6    polypropylene mesh degradation is hardly a myth,"

7    with lead author Margaret Thompson.   Is that

8    correct?

9        A.   That's correct.

10       Q.   And then Exhibit 10 is an article entitled

11   -- or a letter to the editor entitled "Reply to 'In

12   vivo polypropylene mesh degradation is hardly a

13   myth," and that also is authored by Dr. Thames,

14   correct?

15       A.   Correct.

16       Q.   And this is a series of articles, and then

17   comments on the article and then a letter to the

18   editor replying to the comments about the article

19   that were published in the International

20   Urogynecology Journal, correct?

21       A.   That's correct.

22       Q.   And the first article is testing completed

23   by Dr. Thames and others regarding explanted

24   polypropylene mesh that was manufactured by Ethicon,

25   correct?

Jimmy W. Mays, Ph.D.

1      A.    Yes.

2      Q.    And in your 2018 report you have a

3   discussion of this article; is that right?

4      A.    Yes.

5      Q.    And that's because it's recently -- it was

6   recently published in late 2016, correct?

7      A.    Yes.

8      Q.    Online?

9      A.    Published online September 2016, correct.

10      Q.    And I just want to walk through this article

11   and criticisms you have of this article, as well as

12   topics within the article that you can agree from a

13   scientific perspective are accurate, or you agree

14   with.  Okay?

15      A.    Okay.

16      Q.    And we already discussed one, you agree that

17   formalin will crosslink protein.

18      A.    Yes.

19      Q.    And I know you have a kind of detailed

20   discussion of it in your report, but can you give me

21   kind of in your own words the major criticisms you

22   have of Dr. Thames's work?

23      A.    Yeah.  Really, he proposes this very

24   extensive cleaning protocol, a 23-step procedure,

25   and it's extremely intense.  It involves use of

Jimmy W. Mays, Ph.D.

1    bleach, it involves the use of enzymes, it involves

2    extensive shaker ultrasonication process.  It's

3    changes in temperature.  It's really a process

4    that's so extreme that it would not only be expected

5    to take off crosslinked proteins, but it would also

6    be expected to take off oxidized polypropylene

7    layers.  That's really my primary criticism of it.

8            When one tries to clean an explanted

9    material to see what has happened to it in vivo, one

10   obviously wants to remove fixated flesh to get at

11   the actual surface of the material, but one does not

12   want to strip any material at the surface that has

13   undergone changes in vivo, like oxidative

14   degradation.  That's not the idea of the cleaning

15   protocol.

16           You want your cleaning protocol to be

17   selective.  So you can't get too severe.  And in

18   fact, Dr. Thames intentionally oxidized

19   polypropylene, exposure to UV light in the presence

20   of oxygen.  That will oxidize polypropylene.  And

21   then when he cleaned the material, he omitted all of

22   these ultrasonication steps.  He did not use his own

23   protocol.  And he said -- and I say this in my

24   report, that it would -- well, let me see exactly

25   what he said.

Jimmy W. Mays, Ph.D.

1          Yeah.   Dr. Thames admitted that the first

2    six steps of his cleaning procedure, which involves

3    bleach treatment, removes the majority of the

4    proteins, and he says that the ultrasonic steps

5    of Figure 1 were omitted to prevent undue physical

6    damage and complete disintegration of the

7    polypropylene fiber.

8          I mean, Thames is admitting that the

9    ultrasonication step is extremely severe and not

10   even necessary, yet, you know, he claims with the

11   title of this paper that in vivo degradation of

12   polypropylene-based mesh is a myth.

13   Q.   So the main step in the cleaning protocol

14   that you have concerns about is the ultrasonication?

15   A.   That's the biggest part of it, yes, and it's

16   not just one ultrasonication, but he's doing it

17   several times.

18   Q.   And I want to look -- I think we're both on

19   it.  It's Figure 2 in Dr. Thames's article, and this

20   lays out the cleaning protocol that Dr. Thames used

21   on the explants as well as the exemplar control,

22   correct?

23   A.   Yes.

24   Q.   And what Dr. Thames did in his study was

25   perform certain cleaning steps and then he would

Jimmy W. Mays, Ph.D.

1  conduct FTIR testing on the material to characterize

2  the material, correct?

3      A.   Yes.

4      Q.   And he did that six times, correct?

5      A.   He did what six times?

6      Q.   He characterized the materials six times

7  during his cleaning process, correct?

8      A.   Yes.  Yes.  Yes.

9      Q.   And do you have an opinion as to which --

10  where in this process you start to see oxidized

11  polypropylene being removed?

12      A.   I would agree basically with what Thames

13  said in his -- in his two reports that I reference

14  in my report, that the first six steps would do a --

15  quite a good job of getting crosslinked protein off

16  the material.

17      Q.   So after Cleaning Sequence 1; is that right?

18      A.   Well, he --

19      Q.   Or before -- so before cleaning, they rinse

20  the materials and then they performed four

21  additional steps that they called Cleaning Sequence

22  Number 1, right?

23      A.   Yes.  I think I follow you, but he actually,

24  in this Figure 2, he calls each step out explicitly,

25  so there is 23 steps.

Jimmy W. Mays, Ph.D.

1    Q.    Yeah.  So you can see the different boxes --

2    A.    Yes.

3    Q.    -- are the first step, second step, and then

4    he has seven sequences because he conducted material

5    characterizations at certain points in the process,

6    right?

7    A.    Yes, I agree.

8    Q.    So when we're talking about Dr. Thames and

9    you agree that the first six steps are adequate to

10   remove the crosslinked proteins, it's the first two

11   rows which are the before cleaning rinses and then

12   Cleaning Sequence Number 1, right?

13   A.    Yeah.  It's the first six steps there.  I

14   really don't think much happens with the first two

15   steps that he does before his characterization.

16   Rinsing with distilled water, soaking in distilled

17   water, desiccation and drying, that's not going to

18   remove a crosslinked protein.

19         But then when you get into the third step

20   and to the fourth step, where he's actually using

21   the bleach, bleach in a shaker, that is capable of

22   removing the crosslinked protein, and that's --

23   that's the sort of treatment that you typically see

24   folks working with polypropylene explants using.

25   It's usually a bleach treatment of that sort.

Jimmy W. Mays, Ph.D.

1    Q.   And it's usually a bleach treatment in a

2    soaking fashion?

3    A.   Yes.

4    Q.   And we have seen a report of other people

5    using the bleach treatment with a shaker.

6    A.   You certainly could, you certainly could.

7    There is nothing wrong with that.  Ultrasonication,

8    I think, is when you start getting extreme.

9    Q.   That's when you -- that's what I wanted to

10   kind of walk through.  So we talked to you about the

11   first two steps?

12   A.   Yes.

13   Q.   And then the third step is soaking it in a

14   distilled water bath at 70 to 80 degrees Celsius?

15   A.   Yes.

16   Q.   Up to one day?

17   A.   Yes.

18   Q.   And will that step remove oxidized

19   polypropylene?

20   A.   No, I don't believe that will.

21   Q.   Will the fourth step, which is using bleach

22   in a shaker and the explants were in there from

23   anywhere from five minutes to six and a half hours,

24   depending on the amount of bulk tissue, will that

25   step remove oxidized polypropylene?

Jimmy W. Mays, Ph.D.

1        A.    Now, are you referring to the eighth step

2    here in Cleaning Sequence 2?

3        Q.    No, the fourth step in Cleaning Sequence

4    Number 1.  It's the use of bleach and a shaker for

5    various times depending on the amount of bulk

6    tissue.

7        A.    Yeah.  That will remove a crosslinked

8    protein because the bleach hydrolyzes the peptide

9    bonds, and so it breaks down the bonds that are

10   creating this crosslinked protein network, and once

11   you break an adequate number of those bonds down,

12   then the material can simply be washed away.

13       Q.    Will that fourth step, bleach in the shaker

14   for various amount of time, remove oxidized

15   polypropylene?

16       A.    I don't believe it will.  The bleach is

17   quite specific to cleaving the protein bonds.

18       Q.    And the next two steps are a distilled water

19   rinse and a desiccation or drying.  And will those

20   steps remove oxidized polypropylene?

21       A.    No.

22       Q.    And then at that time Dr. Thames performed

23   materials characterization, correct?

24       A.    Yes, that's what it says.

25       Q.    And then if you go to Cleaning Sequence

Jimmy W. Mays, Ph.D.

1    Number 2, is there any -- so at the beginning of

2    each cleaning sequence we see that they soaked the

3    explant materials in a distilled water bath at 70 to

4    80 degrees Celsius.

5        A.    Yes.

6        Q.    At any point in the cleaning process will

7    that remove oxidized polypropylene?

8        A.    That might if you've already exposed the

9    material to ultrasonication.  The ultrasonication

10   which is coming in is really the key, because --

11   maybe I can back up a little and give you a good

12   explanation.

13           When we talked about polypropylene earlier

14   we said it's a semi-crystalline material.  So it's

15   roughly equal amounts by volume what I'll call

16   bricks, the crystalline regions, and mortar, the

17   amorphous regions, and really, those crystallites

18   are being held together just like a brick wall, by

19   that mortar that's there, the amorphous

20   polypropylene, and what happens is when you have

21   oxidation occurring with the polypropylene, it's

22   specific to the amorphous regions, and so you're

23   basically tearing down your mortar.

24           And then you come in with the

25   ultrasonication and the physical forces of the

Jimmy W. Mays, Ph.D.

1    ultrasonication, I called it like a molecular

2    earthquake in my report, it will literally shake the

3    material apart.  It will just crumble.

4            So ultrasonication after oxidation of the

5    polypropylene is very effective.  That's why

6    Dr. Thames didn't do it to his intentionally

7    oxidized polypropylene, because he knew it would

8    take the oxidized layer off and he wanted to

9    characterize oxidized polypropylene.

10   Q.   Is it possible that Dr. Thames did not

11   perform ultrasonication on the intentionally

12   oxidized polypropylene because of the level of bulk

13   degradation to the material versus the surface level

14   degradation we see in explanted materials?

15   A.   I don't buy that.  I don't -- simply don't

16   believe that's true.

17   Q.   So just looking at the protocol, where

18   things go wrong, in your opinion, is with the eighth

19   step, which is a bleach soak step using a shaker and

20   an ultrasonicator or ultrasonicator?

21   A.   Yes, and then he proceeds to rinse the

22   material with distilled water and put it in an

23   ultrasonic bath again, and, you know, it goes on and

24   on with a lot of ultrasonic treatments.

25   Q.   And if we go to the 16th step, which is

Jimmy W. Mays, Ph.D.

1    using a proteinase K water bath solution, soak, with

2    no ultrasonication?

3        A.    Yes.

4        Q.    Putting aside that they've already used

5    ultrasonication, would a proteinase K solution alone

6    remove oxidized polypropylene?

7        A.    No, I don't believe it would.

8        Q.    It's used to dissolve the enzymes, correct?

9        A.    Yes.  You can break down the

10   polypropylene -- I'm sorry.  You can break down the

11   protein either by using the bleach, which hydrolyzes

12   the amide bonds in the protein, or you can use an

13   enzyme, which is also selective and will cleave

14   those protein bonds.

15       Q.    And what is the basis for your opinion that

16   ultrasonication would remove a layer of oxidized

17   polypropylene?

18       A.    What I just described to you, the fact that

19   oxidation breaks down the amorphous region, weakens

20   the amorphous region in the material.  And so if you

21   then come in and apply ultrasound, the mechanical

22   forces from the ultrasound will cause it to crumble.

23       Q.    In a uniform fashion?

24       A.    If you do it enough, certainly, and I think

25   Dr. Thames is doing it plenty with these 23 steps.

Jimmy W. Mays, Ph.D.

1    I won't say that there is not some point where you

2    could apply very gentle ultrasonication and perhaps

3    only remove a portion of it.  I haven't done any

4    experiments.

5        Q.    Can you cite any articles that discuss

6    ultrasonication removing a surface layer from an

7    explanted material?

8        A.    Other than Dr. Thames's articles?

9        Q.    Correct.

10       A.    Ultrasonication is sometimes used to clean

11   materials, but I think you have to be prudent about

12   applying it and be thoughtful about how you're

13   applying it, when you're applying it and what it

14   might do.  In the case of an oxidized polypropylene,

15   I think it's just, you know, not a suitable method,

16   and Dr. Thames admits it with oxidized

17   polypropylene.

18       Q.    Besides Dr. -- you understand Dr. Thames is

19   not an expert for Boston Scientific?

20       A.    I didn't know that for sure.  I know he's

21   been an expert for Ethicon, but I'm not sure about

22   his involvement with other polypropylene

23   manufacturers.

24       Q.    Have you ever seen an expert report from

25   Dr. Thames regarding Boston Scientific mesh?

Jimmy W. Mays, Ph.D.

1      A.   No, I don't believe I have.

2      Q.   Have you ever reviewed Dr. Spiegelberg's

3    testing on Boston Scientific explanted meshes?

4      A.   I have seen a couple of reports at least

5    from Dr. Spiegelberg in the past.  I haven't seen

6    one in a while, but I do recall a couple of reports.

7      Q.   And besides Dr. Thames' expert reports in

8    the Ethicon litigation, are there any specific

9    sources for your opinion that ultrasonication will

10   remove oxidized polypropylene from the explants?

11     A.   My extensive experience in polymer science

12   and my understanding of the molecular structure of

13   these materials and their susceptibilities.  I

14   really base it on my experience.  I haven't tried to

15   do an extensive literature search to back it up.

16     Q.   Have you done an extensive search of ASTM

17   cleaning standards to see if ultrasonication is used

18   to clean explanted materials before surface

19   characterization?

20     A.   I have looked at some standards.  I looked

21   at the ASTM.  I looked at ISO.  I was specifically

22   looking for a protocol for cleaning polypropylene

23   explants, and I was not able to find one.  The

24   closest thing I found was a procedure, I believe it

25   was ISO, that's used to clean explanted

Jimmy W. Mays, Ph.D.

1    polyethylene, and they used the bleach treatment,

2    soaking in bleach.

3         So since polypropylene and polyethylene are

4    structurally similar, and since there is an

5    extensive history of folks studying explants using

6    bleach to remove the tissue, that's what we chose to

7    do.

8    Q.   Okay.  So your opinion that this

9    ultrasonication will remove oxidized polypropylene

10   is based on your own experience over the past 30

11   plus years in polymer science; is that right?

12   A.   It's based on that.  It's also based on

13   Dr. Thames's refusing to use it, refusing to apply

14   it to his intentionally oxidized polypropylene, and

15   his admission that it would do physical damage to

16   the material.  He called it virtually disintegrate,

17   which I think is an overstatement, but I do believe

18   it would remove the oxidized layer, and so does

19   Dr. Thames.

20   Q.   And that's with the very first

21   ultrasonication step?

22   A.   Yes.  I believe that with the first

23   ultrasonication step he's using a

24   shaker/ultrasonicator for one and a half to two

25   hours, he's rinsing it with distilled water, and

Jimmy W. Mays, Ph.D.

1    then he's using an ultrasonic bath for an hour

2    again, you know, something of the order of, you

3    know, two and a half to three hours of

4    ultrasonication after a bleach treatment, yeah, I

5    think that's going to start to break down the

6    oxidized polypropylene.

7         As I said earlier, whether that would take

8    absolutely all of it -- all of it off at that point,

9    I don't know.  I'd have to do the experiments, but

10   certainly Dr. Thames, in his additional steps, goes

11   on to ultrasonicate again and again and again.

12        In fact, in his 21st step he's using four to

13   20 hours shaker/ultrasonicator, followed by yet

14   another one hour in an ultrasonic bath.  So I think

15   after you go through the 23 steps, and Dr. Thames

16   agrees with me, you've got all the oxidized

17   polypropylene off, as well as the protein.

18   Q.   What if he just used a shaker and did not

19   use the ultrasonicator?

20   A.   I believe a shaker would be suitable.

21   Q.   A shaker would be suitable and would not

22   remove the oxidized polypropylene layers?

23   A.   Yeah.  A nice gentle lab shaker I believe

24   would be perfectly suitable to use.

25   Q.   And --

Jimmy W. Mays, Ph.D.

1      A.    And by the way, Dr. Thames agrees.  I mean,

2   he says the first six steps get the protein off, get

3   the tissue off, and he's using a shaker.

4      Q.    And I wanted to look at the SE -- I'm not

5   sure if they actually are SEM.  I think they are

6   just microscopic images on page -- it's Figure 4.

7   Light -- the light microscopy images, is that

8   correct, at a magnification of X200?

9      A.    That's what it says here, yes.

10     Q.    And this shows the -- one patient's explant

11  and it's Patient 33, and if you look at the chart of

12  the patient information, this is a mesh that was

13  implanted for 4.2 years and was in a formalin

14  fixative; is that correct?

15     A.    Let me go back and look.  Patient 33,

16  Patient 33 was Gynemesh implanted for 4.2 years and

17  then stored for 3.7 years.

18          I'm sorry.  So I reviewed that.  Now your

19  question was?

20     Q.    Just that this is a patient whose mesh was

21  implanted for 4.2 years before being explanted,

22  right?

23     A.    That's what it says, yes.

24     Q.    And these are images after each of the

25  cleaning sequences, not individual steps but the

Jimmy W. Mays, Ph.D.

1    sequences laid out in Figure 2?

2        A.    Yeah.   A is before cleaning, and then B

3    through F are after the various cleaning steps.

4        Q.    And at the end it looks like pristine

5    polypropylene mesh, is that right, in Picture F in

6    Figure 4?

7        A.    I believe it does, yeah.

8        Q.    And to the extent this patient's mesh was

9    implanted for 4.2 years, it did not undergo any bulk

10   degradation, correct?

11       A.    I'm sorry.   Could you repeat that?

12       Q.    It didn't undergo any bulk degradation?

13       A.    It's hard to say that just looking at it

14   with a light microscope at 200X, and it's especially

15   hard to say after the entire cleaning protocol is

16   applied.   I think, you know, to really see

17   conclusively the damage that's occurred to the

18   material, I think you need to -- higher power,

19   higher magnification than 200X.

20       Q.    Look at the same patient's explant.   You can

21   see Figure 8.   The picture on the right side is

22   Patient 33 once again, and this is in the image

23   magnification at 200 on SEM.

24       A.    Yes, I see that.

25       Q.    And there we can see the transverse cracking

Jimmy W. Mays, Ph.D.

1    on the surface layer?

2       A.    Yes.

3       Q.    And that is what you observed in your

4    explant testing that you published, correct?

5       A.    Yeah.   We observed transverse cracking on

6    polypropylene fibers, yes, explants.

7       Q.    And that is not what was observed by Talley,

8    et al., in their study where they purposefully

9    oxidized polypropylene mesh, correct?

10           MR. PERDUE:   Form.

11      A.    Talley on the in vitro oxidized

12   polypropylene did not show this.   They showed

13   pitting and flaking and the like.   There are a

14   couple of reasons why the in vitro result might be

15   different.   First of all, who is to say that the in

16   vitro conditions are as strongly oxidizing as the

17   conditions in vivo.

18           Secondly, and this was relevant in a case I

19   just testified in in Delaware, things in vivo are

20   different from things in vitro for various reasons.

21   In vivo is in a living, moving human being, and so

22   the combination of the chemical changes that might

23   be imparted by an oxidation process are then

24   aggravated by the person physically moving around.

25   So the movement can introduce physical forces that

Jimmy W. Mays, Ph.D.

1    cause cracking, for example, whereas when something

2    is merely floating around in a test tube, it's got

3    the chemicals acting on it but it does not have the

4    mechanical forces.

5         So it's not surprising at all that you might

6    not see this transverse cracking in the in vitro

7    experiments of the paper that we looked at earlier

8    this morning.

9    Q.    You don't see the level of pitting, craters,

10   on these explant images or the explant images in

11   your study that were observed in the in vitro tests,

12   right?

13        MR. PERDUE:  Form.

14   A.    Could you -- could you repeat that?

15   Q.    In the Talley article they observed pits and

16   crating, craters?

17   A.    With their in vitro --

18   Q.    In their in vitro test?

19   A.    Yes.

20   Q.    And in the Thames articles, as well as in

21   your explant testing, there is no pits or craters

22   observed, right?

23   A.    In the Thames paper you clearly, on some of

24   these things, can see transverse cracks.

25   Q.    But you can't see the types of pits and

Jimmy W. Mays, Ph.D.

1    craters we saw with the in vitro test, correct?

2        A.    No, I disagree.   I think you do see pits and

3    flaking.

4        Q.    And it's your opinion that this cracking is

5    happening in the human body before the mesh is

6    explanted, right?

7        A.    I believe that the mechanical forces that

8    the human body exerts on the mesh, in combination

9    with the oxidative effect that takes place, the

10   foreign body response, I think that that combination

11   can lead to what's commonly known as environmental

12   stress cracking.

13       Q.    And if you look at Figure 11, and it's at

14   the bottom of page -- well, Figure 11, how did you

15   rule out that what is causing the cracks is the

16   formalin fixation hardening the surface layer of

17   biologic material and then that causing it to crack?

18       A.    I simply don't believe that that

19   crosslinking of the poly -- of the protein that's on

20   there, that crosslinking of the polypeptide is going

21   to cause mechanical stresses on the layer underneath

22   that would cause transverse cracking.   It's more

23   consistent with mechanical forces occurring in vivo

24   as opposed to something that would be an artifact of

25   the protein crosslinking.

Jimmy W. Mays, Ph.D.

1      Q.    And if we look at Figure 11, these are two

2    samples that were explanted from the same patient,

3    right?

4      A.    Well, let me look.

5            Yeah, these are two explants from Patient

6    56.  It says the left sample was received dry, the

7    right sample was received in fixative.

8      Q.    So the sample on the left, by dry, that

9    means it was never placed in formalin, correct?

10     A.    I believe that's the case, but let me go

11   back and see what he's actually referring to as dry.

12   Maybe you can point me there.

13     Q.    Let's see.

14     A.    Yeah, I see in his materials and methods it

15   simply says 12 explants were received dry and the

16   remaining were received in fixative.

17     Q.    And fixative is formalin, is what explanted

18   materials are placed in?

19     A.    I would believe that to be the case, but it

20   doesn't explicitly say that here.

21     Q.    But if we're looking at Figure 11, we have a

22   sample that was received dry, not in fixative,

23   whether it be formalin or a different fixative,

24   right, on the left?

25     A.    That's what it --

Jimmy W. Mays, Ph.D.

1      Q.   And we see a -- woops.   Sorry.

2      A.   Yeah.   On the left, it says that one was

3   received dry.

4      Q.   And the top row are light microscopy images,

5   and then we have SEM micrographs in the bottom row

6   for the two samples, right, just to orient?

7      A.   Yeah.   Light microscopy images are shown at

8   magnification 200X at the top, and then at the

9   bottom is SEM.

10      Q.   And the example on the right was received in

11   a fixative such as formalin, correct?

12      A.   The sample on the right was obtained in a

13   fixative, that's correct.

14      Q.   And if you look at the SEM for the sample on

15   the left, you do not see transverse cracks on the

16   surface, correct?

17      A.   And these are after Cleaning Sequence 1; is

18   that correct?

19      Q.   Following, yeah, following Cleaning Sequence

20   1, so no ultrasonication has occurred.

21      A.   So his cleaning sequence -- yeah, that's

22   what it says.

23      Q.   So for the sample that was not placed into

24   fixative, it was kept dry, on SEM imaging after

25   Cleaning Sequence 1, where no ultrasonication has

Jimmy W. Mays, Ph.D.

1    been done, there's no transverse cracking on the

2    surface, correct?

3        A.    I don't detect any in this particular image.

4    I can't see any in this particular image.

5        Q.    But for the sample from the same patient

6    that was placed into a fixative after Cleaning

7    Sequence 1, you do see transverse cracking in the

8    surface layer?

9        A.    Clearly, that image does show transverse

10   cracking.

11       Q.    And if you look at Figure 10 at the top of

12   that page, this has -- the furthest left image is

13   from Patient 38.  That was after Cleaning

14   Sequence 1, right?

15       A.    Yes.

16       Q.    The middle is Patient 42, which is after

17   Cleaning Sequence 5, which is the full 23-step

18   process, and then the far right picture is of the

19   TVT exemplar.

20       A.    Yes.

21       Q.    And if you look at the -- so Patient 38,

22   which is after Cleaning Sequence 1, which is the

23   first six steps in the cleaning process, you can

24   look at that image and you see areas where there is

25   a cracked surface coating, and then there is

Jimmy W. Mays, Ph.D.

1    pristine polypropylene fiber in another area,

2    correct?

3        A.    Yeah.    After Cleaning Sequence 1, it does

4    appear that there are some regions where there's no

5    transverse cracking, but other regions where there

6    are.

7        Q.    So is it your opinion that the regions where

8    there is no transverse cracking, there is no

9    oxidized polypropylene or degraded polypropylene?

10       A.    It's certainly possible that maybe shaking,

11   depending on how vigorously you're shaking, could

12   remove some of it.    I mean, he simply says a shaker

13   for five minutes to six and a half hours.    It does

14   appear that there could be a region on there where

15   the oxidized polypropylene is removed.

16       Q.    Could it be that there just is no oxidized

17   polypropylene to be removed?    How can you conclude

18   one way or the other?

19       A.    We have our own data that we -- that we

20   generated.    As I say, we used a combination of FTIR.

21   We used SEM with EDS and we saw evidence of

22   oxidation in every explanted material that we

23   received.

24            We also measured molecular weights of the

25   materials after being explanted, and the weight

Jimmy W. Mays, Ph.D.

1    average and Z-average molecular weights were

2    decreased.   Clearly, the reduction in molecular

3    weight has to be from an oxidative process.   I can

4    think of no other means in vivo that would reduce

5    the molecular weight of the material, and the

6    mechanism of oxidative degradation points directly

7    towards breaking of polypropylene chains.

8        Q.   And without getting into the nitty-gritty of

9    molecular weight testing, but in your molecular

10   weight testing, your GPC, I think you had four

11   samples that you conducted that testing on?

12       A.   Yes.   We had four samples where we had

13   adequate amounts that we could test in triplicate.

14       Q.   And in your results there was more of a

15   reduction in molecular weights in explants that had

16   shorter implant times than explants that had longer

17   implant times, right?

18       A.   I'd have to go back and look at it to be

19   sure.   We could go back and look at the table.   As I

20   just sit here and as you ask me that, I can't recall

21   if there was that direct correlation or not.

22       Q.   It's the GPC table, Exhibit 6, and this is

23   your article, and just looking to confirm at your

24   GPC results on Table 2 on page 141.

25       A.   Yes, I'm looking at that.

Jimmy W. Mays, Ph.D.

1      Q.    And we have -- the first two are controls

2    from -- one from Obtryx, one from Pinnacle, correct,

3    in the first two rows in your table?

4      A.    That's correct.

5      Q.    And then we see molecular weight testing

6    completed on four explant samples, right?

7      A.    Yes.

8      Q.    And we see that for the one that was

9    implanted for one year and seven months, it has the

10   lowest molecular weight of any of the samples that

11   you tested, right?

12     A.    Yes, it does, and the others were more or

13   less comparable in terms of molecular weight, and

14   they were -- they were implanted for longer periods

15   of time.

16     Q.    Longer periods of time.  So when you say

17   comparable, so does 200,000 make something

18   comparable?

19     A.    What do you mean does 200,000 make coming

20   comparable?

21     Q.    So -- so the molecular weight difference,

22   for example, between XP-3 and XP-7 is approximately

23   200,000 -- you probably will have to help me on

24   the --

25     A.    Yeah.  Yeah, I would say that definitely the

Jimmy W. Mays, Ph.D.

1    648,000 Z-average molecular weight for XP-3 is lower

2    than the 874,000 Z-average molecular weight for

3    XP-7.

4         Q.    And actually, the molecular weight for XP-7

5    is more similar to the controls than it is to XP-3,

6    or closer in measurement?

7         A.    Yeah.  It's not as degraded.  Yeah, there is

8    no direct and linear correlation between the amount

9    of time the material is explanted and the reduction

10   in molecular weight that's seen.

11        Q.    And turning back to Dr. Thames's article, so

12   that Mr. Perdue does not -- -- let's see.  So going --

13            MR. PERDUE:  I'm just glad about you being

14       in the homestretch.  I'm enjoying that status.

15        Q.    So we're looking at Figure 10.

16        A.    Okay.

17        Q.    So your opinion is that Patient 38, the

18   transverse cracked area is oxidized polypropylene

19   still?

20        A.    Yes, that very much looks like oxidized

21   polypropylene of a sample that's been in vivo.

22        Q.    Could it be cracked biological material?

23        A.    After Cleaning Sequence 1, he's exposed it

24   to bleach and he's rinsed it, he's been shaking it.

25   As Dr. Thames himself admits, the Sequence 1 removes

Jimmy W. Mays, Ph.D.

1    protein.  So the protein should be gone, so what

2    you're looking at is oxidized polypropylene.

3        Q.    So if the protein is gone, you would expect

4    on EDS to have no nitrogen present, correct?

5        A.    If all the protein is gone, you would expect

6    to see no nitrogen.

7        Q.    And in your protocol, when you -- when

8    Dr. Gido cleaned Sample 11 with bleach to remove

9    biologic material, there was still trace nitrogen on

10   EDS, right?

11       A.    You can still find trace, yes.  The cleaning

12   procedure is not necessarily 100 percent.

13       Q.    And similar to your results -- or did you --

14   have you observed physical mesh breakage in

15   explanted materials in your testing?

16       A.    Actually seen regions where the mesh has

17   actually broken?

18       Q.    Uh-huh.

19       A.    Yes.

20       Q.    And is it your opinion that that happened in

21   vivo, not after explant or during explant?

22       A.    You certainly can't rule out some occurring

23   by the physical handling of the explant itself, but

24   I do believe that that sort of cracking could occur

25   in vivo because of the environmental stress cracking

Jimmy W. Mays, Ph.D.

1    issue that I mentioned earlier.  The combination of

2    oxidize the surface, create some weak points by

3    eroding away amorphous material, and then put

4    mechanical forces on it, that can lead to cracking

5    and even breaking.

6        Q.   In your table the longest explant you looked

7    at was XP-11, which was four years and 9 months.

8        A.   I believe that's correct.  Yes, that's

9    correct.

10       Q.   And similarly, Patient 42 in Figure 10 in

11   Dr. Thames's article and -- was implanted for four

12   and a half years, if you look at his table of

13   information.

14       A.   Patient 42 was 4.5 years, yes.

15       Q.   And looking at after the Cleaning Sequence

16   5, you see what appears to be a pristine

17   polypropylene mesh fiber, correct?

18       A.   You do, and it doesn't surprise me because

19   the entire 23-step procedure would take off oxidized

20   polypropylene as well as tissue.

21       Q.   And you also can see the manufacturer's

22   extrusion striations in Patient 42's SEM micrograph,

23   correct?

24       A.   I don't know.  It's hard for me to say as I

25   sit here and look at this image.  Maybe my eyes

Jimmy W. Mays, Ph.D.

```
1    aren't as good as yours.

2        Q.   Comparing -- it looks similar to the picture

3    of the TVT exemplar, right?  You can see the

4    striations in each?

5        A.   You do see some what appears to be stripes

6    that are parallel to the fiber axis.

7        Q.   Would those be caused by anything besides

8    the extrusion process?

9        A.   Not that I'm aware of.

10       Q.   And those are both at the same

11   magnification, correct, 200N6 and 208X, Patient 42

12   in the exemplar, so they are at similar

13   magnifications?

14       A.   I'll take your word for it.  I'm having

15   trouble reading that at my age.

16       Q.   So at similar magnifications, you can see --

17   and the size of the fibers appears to be nearly

18   identical, correct?

19       A.   Yeah, it does look to be similar in terms of

20   the dimensions of the fibers.

21       Q.   In your opinion, how thick, what range --

22   how thick is the oxidized surface layer on the

23   polypropylene mesh in the explanted mesh?

24       A.   I don't know.  I don't know how thick it is.

25       Q.   Is it a range of microns thick?
```

Jimmy W. Mays, Ph.D.

1     A.    I would not expect it to be microns thick.

2     Q.    Under a micron thick?

3     A.    I -- I'm going to stick with my answer.  I

4  simply don't know.  I mean, we've never really tried

5  to examine how deep it goes.

6     Q.    Did you try to do any quantification based

7  on the SEM images from Dr. Gido in your own study,

8  how thick that layer was in comparison to the mesh

9  fiber?

10    A.    I did not know.

11    Q.    How thick does the oxidized polypropylene

12  layer need to be to affect the mechanical

13  performance of the mesh?

14    A.    It needs to be thick enough that you see

15  mechanical degradation on the surface, you start to

16  see things like pitting and flaking and cracking.

17  At that point, certainly it's enough.

18    Q.    Is cracking alone enough, or do you need to

19  see pitting or craters?

20    A.    I think cracking alone is a pretty serious

21  flaw and it might be enough.

22          Another thing you could check is the

23  compliance of the material, what's happened to the

24  modulus of the material.

25    Q.    Did you perform any testing regarding the

Jimmy W. Mays, Ph.D.

```
 1    modulus of the material?

 2        A.    We did not.  We had limited material and we

 3    chose testing specifically to test to see if

 4    oxidative degradation was the -- was the reason the

 5    meshes are changing in vivo.

 6        Q.    So for Patient 56, for the explant sample on

 7    the left in Figure 11, we don't see any surface

 8    degradation effects, so that patient's mesh has not

 9    been mechanically affected, correct?

10        A.    It's hard to make out to me what we've got

11    in the SEM on the left of Figure 11, because there

12    is something that looks like white flakes in there.

13        Q.    Could that be biologic material?

14        A.    I simply don't know what that material is.

15    I can't just sit here and identify it.  I don't know

16    is my answer.

17            THE VIDEOGRAPHER:  Ms. Steele, I have four

18        minutes left on this DVD.

19            MS. STEELE:  Okay.  Let's do a quick break.

20            THE VIDEOGRAPHER:  Okay.

21            MS. STEELE:  You can change it now.

22            THE VIDEOGRAPHER:  We're going off the

23        record.  The time is approximately 11:04 a.m.

24            (Recess from 11:04 a.m. until 11:19 a.m.)

25            THE VIDEOGRAPHER:  We're back on the record.
```

Jimmy W. Mays, Ph.D.

1        The time is 11:19 a.m., and this begins Media

2        Unit Number 2.  Thank you.

3    BY MS. STEELE:

4        Q.    Dr. Mays, I want to talk about Dr. Thames's

5    FTIR analysis in his study, and look starting with

6    Figure 5 and then Figure 6.

7        A.    Okay.

8        Q.    And looking at Figure 5 first, just to

9    orient, this is the FTIR spectra for Patient 33's

10   explant before any cleaning had been done.  Is that

11   right?

12       A.    Yes.  It's before cleaning, Patient 33.

13       Q.    And we see that they have highlighted two

14   different regions in the FTIR?

15       A.    Yes, I see that.

16       Q.    And you see -- and they label it protein

17   amide N-H stretching --

18       A.    Yes, I see that.

19       Q.    -- on the far left green circle; is that

20   right?

21       A.    Uh-huh.  Yes.

22       Q.    And do you agree with that characterization?

23       A.    I believe that's correct.  I don't keep all

24   of these FTIR frequencies in mind.  I can certainly

25   agree that the one about 1650 is carbonyl stretching

Jimmy W. Mays, Ph.D.

1    in an amide bond.

2        Q.    And that is where you would see carbonyl

3    bonds, which is evidence of oxidation on --

4        A.    No.  Carbonyl stretching in an amide is at a

5    lower frequency.  This is at 1651, roughly.

6        Q.    Uh-huh.

7        A.    And you expect to see carbonyl stretching in

8    a -- something like an ester or carboxylic acid or a

9    ketone.  You see that at a higher frequency,

10   somewhere between 1700 and 1740, roughly.

11       Q.    So at which frequency do you look to see

12   evidence of oxidation?

13       A.    You're looking to see a peak generally in

14   the range of about 1730, 1740.  That's generally

15   where you see the maximum of the peak.

16       Q.    So on this explanted material that hasn't

17   been cleaned, we see the peak at 1650.  So that's

18   evidence of biologic material, not oxidation,

19   correct?

20       A.    I believe that's correct, yes.

21       Q.    And --

22       A.    Although you can't rule out that there is

23   something in there at about 1750, that region we're

24   talking about, 1740, because there is a shoulder on

25   this big peak.  So there could be an oxidized -- an

Jimmy W. Mays, Ph.D.

1    oxidation peak that's there but you simply can't see

2    it because of the intensity of the protein amide

3    carbonyl stretching.

4         Q.    So because of the amount of protein on the

5    surface, it may be hiding the peak --

6         A.    Exactly my point.

7         Q.    -- for the oxidation?

8         A.    Yes.  You do see a little shoulder there if

9    you look.  Right?

10        Q.    Yeah.  And that's -- and do you want to just

11   circle the shoulder you're talking about on the

12   actual exhibit?

13        A.    Absolutely, that little shoulder right

14   there.

15        Q.    Yeah.  And Figure 6 we see -- so this is the

16   FTIR spectra for both -- the top is a blue fiber and

17   the bottom is a clear fiber from Patient 33?

18        A.    Yes.

19        Q.    And it shows the progression in the FTIR

20   spectra for both fibers after each cleaning sequence

21   with the identification of which cleaning sequence

22   by -- up in the left-hand corner?

23        A.    Yes, I see that.

24        Q.    The colors of the spectra?

25        A.    I see that.

Jimmy W. Mays, Ph.D.

1    Q.    And we see -- so the royal blue color is for

2    before cleaning.  So that's the initial FTIR

3    spectra, similar to what we saw in Figure 5?

4    A.    Yes.

5    Q.    And then we see after each cleaning step the

6    change in the FTIR spectra?

7    A.    Yes, I see that.

8    Q.    And the two green areas are the two areas

9    that Dr. Thames and his colleagues identified as the

10   area where you would see evidence of protein in the

11   FTIR spectra, right?

12   A.    Yes.

13   Q.    And we see with each kind of progression of

14   the cleaning steps, the evidence of protein decrease

15   in the FTIR spectra, correct?

16   A.    Well, you definitely see a decrease in the

17   evidence in all of the clean samples.  It's hard for

18   me, as I sit here and look at this, that there is --

19   these things are offset with one another a little

20   bit.

21   Q.    Uh-huh.

22   A.    So it's hard for me to try to quantify it,

23   but there is a big difference in the amount of

24   protein that's present in the initial sample before

25   cleaning and all of the samples after cleaning.

Jimmy W. Mays, Ph.D.

1      Q.   Okay.  Let's look specifically at -- so the

2    royal blue colored line, which is the FTIR for

3    before cleaning.

4      A.   Yes.

5      Q.   And then the purple line, which is the FTIR

6    spectra after the first cleaning sequence, which is

7    after the first six steps, so no ultrasonication has

8    occurred.

9      A.   Yes.

10     Q.   And we see there that there is a drop in the

11   protein levels at both ME peaks between those two

12   steps, significant decrease, correct?

13     A.   Yes, I would agree with that.

14     Q.   And we also see at 1750 -- or no.  Let's

15   see.  1730, around 1730 to 1740, where we're looking

16   for the peak of oxidation, after each cleaning step,

17   the FTIR spectra in that region, or

18   cleaning sequence -- the FTIR spectra in that region

19   remains relatively constant, correct?

20     A.   It's hard for me to say with these things

21   kind of offset the way they are, but there is not a

22   huge change in there.  It's hard for me to say that,

23   you know, there's less after the final cleaning step

24   as opposed to after the second cleaning step.  It's

25   just --

Jimmy W. Mays, Ph.D.

1      Q.   Yeah.

2      A.   It's hard to tell from this.  It's hard to

3   quantify from this.

4      Q.   So from after Cleaning 1 through after

5   Cleaning 5, there is not a significant difference

6   between the peak at 1730 to 1740, correct?

7      A.   I simply cannot tell.  I simply cannot tell

8   by looking at this, the way these are presented.

9   I'm sorry.

10          Dr. Thames would have had to have gone in

11   and actually tried to quantify it in some way, just

12   visual inspection with all these FTIR spectra

13   overlay that's --

14      Q.   And so focusing on -- let's just do the top

15   FTIR spectra, and I believe this is the one where

16   you see that slight shoulder that you circled.

17      A.   Yes.

18      Q.   And then we see the lines from each -- after

19   each cleaning sequence at 1730 and 1740 are

20   basically on top of one another, correct?

21      A.   It's -- you know, that's what you were

22   trying to ask me before.  I just simply can't say

23   because of the nature of these being overlaid with

24   one another.

25          When you get an FTIR spectrum, it depends on

Jimmy W. Mays, Ph.D.

1   how much of the sample that you have within the

2   beam, so to take a bunch of spectra that have been

3   run at different times and try to overlay them

4   without some quantitation and just to sit here and

5   try to look at it and make some quantitative or even

6   qualitative conclusion is very difficult.

7       Q.    Okay.  You can set Dr. Thames to the side.

8   And then the next two exhibits, which I believe are

9   9 and 10, and these are the kind of letter to the

10  editor back-and-forths that were engaged in --

11      A.    Yes.

12      Q.    -- following Dr. Thames' publication of his

13  article.

14      A.    Yes.

15      Q.    And I believe you said you agreed with

16  Dr. Thompson and coauthors' --

17      A.    Well, I --

18      Q.    -- criticisms of Dr. Thames's work?

19      A.    Yeah.  I basically agree with them from the

20  standpoint that there's -- had been a lot of prior

21  work to look at polypropylene and what happens to it

22  in vivo, and Dr. Thames just discarded a lot of work

23  by a lot of different people and claimed that only

24  he knew how to clean an explant properly, and so I

25  agree with Thompson, et al., in that regard.  They

Jimmy W. Mays, Ph.D.

1    certainly make that point here.

2          There is a large body of published

3    literature, you know, describing degradation of

4    polypropylene, that's what they say in this paper,

5    and I agree with them on that point.

6          I also agree with them on the point that

7    Dr. Thames' procedure is very intense.  It's

8    extreme.  It's far beyond what's necessary to remove

9    protein and it's into the realm whereas Dr. Thames

10   admits it will basically strip everything off the

11   polypropylene fiber.

12   Q.    And you understand that Dr. Thompson is a

13   attorney for plaintiffs in the mesh litigation?

14   A.    I didn't know that.

15   Q.    If you look at the financial

16   disclaimer/conflicts of interest on the last page of

17   the letter to the editor, we note that

18   Dr. Ostergard, Dr. Guelcher, Dr. Bendavid,

19   Dr. Iakovlev have all given medicolegal

20   consultations and testimony on the plaintiffs' side

21   in mesh litigation cases.

22   A.    I see that's what it says here, yes.

23   Q.    And then Margaret Thompson is actually a

24   obstetrician-gynecologist, but she also is an

25   attorney who represents plaintiffs in this mesh

Jimmy W. Mays, Ph.D.

1    litigation, correct?

2        A.    I see where it says that, yes.

3        Q.    And then kind of the reply to the response

4    to the article from Dr. Thames, for the most part,

5    just reiterates points from his article and then his

6    interpretation of the literature, but was there

7    anything in particular from this that stood out or

8    you wanted to respond to?

9        A.    You know, he responded and the key thing to

10   me is he's responding at a time when he should have

11   known from his own experimental studies that his

12   extensive 23-step cleaning procedure would remove

13   oxidized polypropylene.  He failed to do it, yet

14   he's still defending that procedure, that faulty

15   procedure at this point.  That's my take-home

16   message from that.

17       Q.    Okay.  And I think just one point on the

18   second page in the right-hand side column.  It -- he

19   notes that in an article by Dr. Iakovlev with

20   Dr. Guelcher and Dr. Bendavid, that on the -- the

21   flaked matter on the polypropylene fibers was only

22   up to five-thousandths of a millimeter thick even

23   more than 10 years after implantation.

24       A.    I see where it says that.

25       Q.    And if there is an oxidized -- if you accept

Jimmy W. Mays, Ph.D.

1    that the oxidative process is happening and the

2    surface layer is oxidized polypropylene, will a

3    surface layer of oxidized polypropylene that is up

4    to five-thousandths of a millimeter thick affect the

5    mechanical performance of the polypropylene mesh?

6        A.    I simply don't know, and we touched on this

7    earlier today.  You know, you would have to do some

8    testing to see when you -- you'd have to first test

9    how thick the layer is and correlate that with some

10   mechanical testing, such as compliance or modulus.

11   I think that would be how you would tell.  I can't

12   just sit here and tell you.  I'm sorry.  I don't

13   know.

14       Q.    Okay.  And then turning back to your

15   PowerPoint, which is Exhibit 13 that you produced

16   today.

17       A.    Yes.

18       Q.    For the most part, this summarizes your

19   testing and then highlights certain articles from

20   the published literature regarding the testing of

21   explanted polypropylene mesh for oxidative

22   degradation, right?

23       A.    That's absolutely correct.  What I would say

24   is there is really nothing in there that's not in my

25   report.

Jimmy W. Mays, Ph.D.

1     Q.    Okay.   Can you just -- what was the

2    circumstances under which you gave this

3    presentation?

4     A.    Yeah.   I've known the folks at Tosoh

5    Bioscience for some years because we use GPC a lot

6    in my research.   I'm considered to be something of

7    an expert in the area, and they have started to have

8    an annual or maybe biannual meeting on GPC and they

9    invited me to give the plenary lecture.   I think

10    they had gotten word that I was retiring and they

11    said talk about anything you want to.   I said, well,

12    how about high-temperature GPC and kind of a

13    biomaterials application, and they said sure.   And

14    so I gave that presentation there as an invited

15    talk.

16     Q.    And that was at Tosoh Biosciences?

17     A.    Tosoh Bioscience sponsored it.   The meeting

18    was held in Atlanta.   I can't remember the hotel it

19    was at.

20     Q.    Okay.

21     A.    But it was a meeting in Atlanta in July of

22    last year.

23     Q.    And was it a -- like what was -- was there a

24    title for the meeting?   Was it a certain

25    organization?

Jimmy W. Mays, Ph.D.

1       A.    Yeah.   It was called GPC2017, which is what

2    you will see right --

3       Q.    Oh.

4       A.    Yeah, that's what they called it.   So you

5    could -- you could look up on the Internet, I'm

6    sure, and still find some records of it, or --

7       Q.    My invite must have gotten lost in the mail.

8             I just want to ask you about a couple of

9    statements that you have in the PowerPoint.   We just

10   have the one copy, so I'm going to try to share with

11   you.

12      A.    Sure.

13      Q.    And so this is talking about your studies

14   that you did as part of your analysis of the 11

15   Boston Scientific explants, right?

16      A.    Yes.

17      Q.    And we see the first one says used FTIR to

18   check for oxidation and it was complicated by

19   biological material; is that right?

20      A.    Yes.   And what I mean by that statement is

21   these explants were in formalin, and so we know that

22   there is fixated tissue on there, so one has to

23   either use a technique that allows one to look

24   around that fixated biological tissue, such as SEM

25   EDS, which is what Gido did with all but one of the

Jimmy W. Mays, Ph.D.

1    materials, or you have to use a cleaning procedure

2    to get the material off if you're going to use

3    something like FTIR, which looks at a larger region

4    of the material.

5        Q.   And for bullet -- the next bullet point

6    says:  Used SEM/EDS to check for oxidation and

7    monitor mesh fiber degradation.

8        A.   Yes.

9        Q.   Complicated by biological material, correct?

10       A.   Again, you can look at regions on the

11   surface of the fiber and you may be looking at a

12   region where there is biological material, or you

13   look at another area and you may be looking at an

14   area where there is not biological material, or a

15   minimal amount of it.

16            The key point of that study, the key finding

17   in that study was we could find regions on the

18   fibers which showed no nitrogen or only trace

19   amounts of nitrogen, but had substantial amounts of

20   oxygen.  If there is equal amounts of nitrogen and

21   oxygen present, that's characteristics of an amide

22   bond, so that means protein, but if you're seeing

23   oxygen and you're not seeing appreciable amount of

24   nitrogen, that's an indicator of oxidation occurring

25   in the material, because polypropylene doesn't have

Jimmy W. Mays, Ph.D.

1    oxygen in it when it begins.

2       Q.    And also in here you state no amide bands

3    were seen in FTIR but FTIR and SEM/EDS cannot

4    completely exclude fatty acid plasticization,

5    correct?

6       A.    Yes, that's correct.

7       Q.    That's what it states?

8       A.    That's what it states.

9       Q.    And that's because fatty acids show up in

10   the same -- the FTIR spectra are present at the same

11   location as you would see evidence of oxidation; is

12   that correct?

13      A.    Well, fatty acids contain carbon and oxygen,

14   just like oxidized polypropylene contains carbon and

15   oxygen, so you might confuse those for one another,

16   and so that was really the main point of this study.

17   And I think the key thing -- at the time we did the

18   work, there were two schools of thought on why --

19   and Clave admits this -- why polypropylene was not

20   inert in the body.  One, it's interacting in some

21   way with these fatty acids and it's a plasticizing

22   effect, or the hypothesis that oxidative degradation

23   is occurring.

24          So our GPC experiments show clearly the

25   reduction in molecular weight.  That's not something

Jimmy W. Mays, Ph.D.

1    that fatty acid plasticization can do, but it's

2    entirely consistent with a known mechanism of

3    oxidative degradation of polypropylene.

4        Q.    And as we discussed earlier, your study did

5    not correlate lengths of implant time with greater

6    reduction in molecular weight, correct?

7        A.    We were not able to do that with the limited

8    number of samples that we had.  We only had four

9    samples where we had enough material that we could

10   do the GPC experiment in triplicate.  We insisted on

11   showing the reproducibility and reliability of the

12   data.  I would love to have more materials that had

13   been explanted after varying periods of time, but we

14   simply used the four samples that we had.

15          I think we might see more of a correlation

16   if we had more samples.  I would expect to see, if

17   we had more samples, I would expect to see more

18   degradation after longer periods of time, because

19   it's known that this foreign body response doesn't

20   stop, it continues to take place.

21       Q.    And you aren't able, based on your

22   expertise, to correlate how much reduction in

23   molecular weight is necessary to result in a

24   clinical complication for a patient, correct?

25       A.    I am not able to do that, you're correct.

Jimmy W. Mays, Ph.D.

```
 1      Q.   And a few more points and then I think we're
 2   almost done.
 3           For Dr. Spiegelberg's test method, do you
 4   know how many steps are in Dr. Spiegelberg's test
 5   method?
 6           MR. PERDUE:  In cleaning or testing?
 7      Q.   His cleaning method for his testing.  I'll
 8   restate the question so it's clean.
 9      A.   Okay.
10           MR. PERDUE:  I'm sorry.
11           MS. STEELE:  You're good.  Yeah, we're good.
12   BY MS. STEELE:
13      Q.   Do you know how many steps are in the
14   cleaning method used by Dr. Spiegelberg in his
15   testing in this litigation?
16      A.   I saw some reports from Spiegelberg but I
17   haven't looked at them recently.  I seem to recall
18   at one point in time that he put the material in
19   concentrated KOH and boiled it there for an extended
20   period, but -- that made an impression on me, but I
21   don't remember what else he might have done during
22   the cleaning.  I'd be happy to review it and comment
23   but I just can't, as I sit here, recall.
24      Q.   In the expert report you served in June of
25   2018 you did not include any criticisms of
```

Jimmy W. Mays, Ph.D.

1    Dr. Spiegelberg's testing and results, correct?

2       A.    I did not, to the best of my knowledge,

3    include anything there.  It doesn't mean I'm not

4    critical of them.

5       Q.    And you -- and we looked.  Your first report

6    in the Boston Scientific pelvic mesh litigation was

7    in 2013, correct?

8       A.    Yes.

9       Q.    So that was about five years ago?

10      A.    Yes.

11      Q.    And are you aware that doctors still widely

12   support the use of polypropylene midurethral slings

13   for the treatment of stress urinary incontinence?

14           MR. PERDUE:  Form.

15      A.    That wouldn't surprise me at all.  They make

16   a lot of money putting these meshes into women.

17      Q.    So your opinion is that doctors support

18   these midurethral slings because they are making a

19   lot of money putting them in?

20      A.    I would certainly suspect there is a

21   correlation there.

22      Q.    So any doctor who is implanting a medical

23   device is doing so because they are making a lot of

24   money doing it?

25           MR. PERDUE:  Form.

Jimmy W. Mays, Ph.D.

1    A.    Well, doctors are out to try to relieve pain

2    and symptoms, problems that people have, they are

3    out to treat it, but certainly the surgeons that

4    implant these materials, those surgeries aren't

5    cheap.

6    Q.    Are Burch procedures cheap?

7    A.    No, none of those procedures are cheap.

8         MS. STEELE:  I think that's all the

9    questions I have.

10        MR. PERDUE:  We'll reserve ours.  Thank you

11    very much.

12        THE WITNESS:  Thank you.

13        MS. STEELE:  Thank you.

14        THE WITNESS:  Thank you.

15        THE VIDEOGRAPHER:  This concludes the

16    deposition.  The time is approximately 11:44 a.m.

17        (Whereupon, the deposition concluded at

18    11:44 a.m.)

19

20

21

22

23

24

25

Jimmy W. Mays, Ph.D.

```
1                    C E R T I F I C A T E

2           I, SUSAN D. WASILEWSKI, Registered

3     Professional Reporter, Certified Realtime Reporter,

4     Certified Realtime Captioner, Certified Manager of

5     Reporting Services, Florida Professional Reporter,

6     and Certified Court Reporter (New Jersey), do hereby

7     certify that, pursuant to notice, the deposition of

8     JIMMY MAYS, Ph.D., was duly taken on Thursday,

9     August 16, 2018, at 9:08 a.m. before me.

10          The said JIMMY MAYS, Ph.D., was duly sworn

11    by me according to law to tell the truth, the whole

12    truth and nothing but the truth and thereupon did

13    testify as set forth in the above transcript of

14    testimony.  The testimony was taken down

15    stenographically by me.  I do further certify that

16    the above deposition is full, complete, and a true

17    record of all the testimony given by the said

18    witness, and that a review of the transcript was not

19    requested.

20    _____

21    Susan D. Wasilewski, RPR, CRR, CRC, CMRS, FPR, CCR(NJ)

22    (The foregoing certification of this transcript does not

23    apply to any reproduction of the same by any means,

24    unless under the direct control and/or supervision

25    of the certifying reporter.)
```

Jimmy W. Mays, Ph.D.

```
 1                        LAWYER'S NOTES

 2     PAGE    LINE

 3     _____   _____   _____

 4     _____   _____   _____

 5     _____   _____   _____

 6     _____   _____   _____

 7     _____   _____   _____

 8     _____   _____   _____

 9     _____   _____   _____

10     _____   _____   _____

11     _____   _____   _____

12     _____   _____   _____

13     _____   _____   _____

14     _____   _____   _____

15     _____   _____   _____

16     _____   _____   _____

17     _____   _____   _____

18     _____   _____   _____

19     _____   _____   _____

20     _____   _____   _____

21     _____   _____   _____

22     _____   _____   _____

23     _____   _____   _____

24     _____   _____   _____

25
```