# Exhibit A

Vladimir Iakovlev, M.D.

```
 1              IN THE UNITED STATES DISTRICT COURT

 2         OF THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                   CHARLESTON DIVISION

 4

 5   IN RE: ETHICON, INC., PELVIC )

 6   REPAIR SYSTEM PRODUCTS       )  Master File No.

 7   LIABILITY LITIGATION         )  2:12-MD-02327

 8                                )  MDL 2327

 9   ----------------------------)

10   CHERYL BERDEN,               )  JOSEPH R. GOODWIN

11                 Plaintiff,     )  U.S. DISTRICT JUDGE

12           vs.                  )

13   ETHICON, INC., ET AL.        )   Civil Action No.

14                 Defendants.)   2:14-CV-21966

15   ----------------------------

16

17   ---  This is the Deposition of VLADIMIR IAKOVLEV, M.D.

18   taken at the law offices of Blake, Cassels & Graydon,

19   199 Bay Street, Suite 4000, Toronto, Ontario,

20   Canada on the 11th day of September, 2018.

21                   ------------

22

23      REPORTED BY:  JUDITH M. CAPUTO, RPR, CSR, CRR

24

25
```

Vladimir Iakovlev, M.D.

| Page 2 | Page 4 |
|---|---|
| | |

**Page 2**

1  A P P E A R A N C E S :

2

3  FOR THE PLAINTIFF AND THE WITNESS:

4  DOYLE LOWTHER LLP

5  BY: JAMES HAIL, ESQ.

6  10200 Willow Creek Road, Suite 150

7  San Diego, CA  92131

8

9

10  FOR THE DEFENDANT:

11  BUTLER SNOW, LLP

12  BY: M. ANDREW SNOWDEN, ESQ.

13  150 3rd Avenue South, Suite 1600

14  Nashville, Tennessee  37201

15  Tel.: 615.651.6700

16  Email:  andy.snowden@butlersnow.com

17

18

19

20

21

22

23

24

25

**Page 3**

1  I N D E X

2

3  WITNESS:   VLADIMIR IAKOVLEV, M.D.

4  PAGE

5  DIRECT EXAMINATION BY MR. SNOWDEN.......... 4

6  CROSS-EXAMINATION BY MR. HAIL............... 101

7  REDIRECT EXAMINATION BY MR. SNOWDEN........ 107

8

9

10

11

12  INDEX OF EXHIBITS

13

14  NUMBER/DESCRIPTION                PAGE NO.

15  1:  Expert Report - Clinico-Pathological        6

16  Correlation of Complications Experienced by

17  Cheryl Berden dated June 4, 2018.

18  2:  Supplemental Expert Report - Clinico-       7

19  Pathological Correlation of Complications

20  Experienced by Cheryl Berden dated June 23, 2018.

21  3:  Flash Drive containing Documents Reviewed    7

22  by Dr. Iakovlev.

23  4:  Article Entitled, "Vaginal Mesh Erosion After  46

24  Abdominal Sacral Colpopexy" by A. Visco, et al.

25

**Page 4**

1  -- Upon commencing at 1:10 p.m.

2

3  VLADIMIR IAKOVLEV:  AFFIRMED.

4  DIRECT EXAMINATION BY MR. SNOWDEN:

5  Q.  Good afternoon, Dr. Iakovlev.

6  A.  Good afternoon.

7  Q.  We are here to discuss your

8  opinions in the Cheryl Berden case; is that your

9  understanding?

10  A.  Yes, it is.

11  Q.  All right.  And did you bring a

12  flash drive with you today with your case-specific

13  materials?

14  A.  I did.

15  Q.  All right.  Let's take a look at

16  that, please.  Thank you.

17  Does that flash drive contain all of

18  your case-specific materials that you're relying

19  upon with the exception of the specimens in this

20  case?

21  A.  Yes, as for previous cases, I

22  included all records I received, chain of custody

23  forms of the specimen I received incoming and

24  outgoing, and my billing for this case.

25  There may be some pictures,

**Page 5**

1  case-specific pictures, which I believe you already

2  have, like from Suncoast Pathology.  So I did not

3  include them.

4  Q.  Okay.  Are there any case-specific

5  materials other than the specimens in this case and

6  potentially some photographs that you'll be relying

7  on that are not on the flash drive?

8  A.  Not that I'm aware of.

9  Q.  And it looks like the flash drive

10  contains chain of custody forms, some medical

11  records and an invoice; is that right?

12  A.  Yes.

13  Q.  And the invoice is dated June 23,

14  2018; is that right?

15  A.  Yeah, probably.

16  Q.  And it's in the amount of

17  $15,237.50; is that right?

18  A.  Yes, that's right.

19  Q.  And is that total the fee for all

20  of your work in this case?

21  A.  Does it include supplemental

22  report?

23  Q.  It does.

24  A.  Yes, so it is.

25  Q.  And it looks like you did an

Vladimir Iakovlev, M.D.

| | Page 6 |
|---|---|
| 1 | initial report and then on June 23rd, you billed an |
| 2 | additional $5,462.50 for a supplemental report? |
| 3 | A.   Yes, that is right. |
| 4 | Q.   Do you have any plans to do any |
| 5 | additional work in this case? |
| 6 | A.   Not at this point.  I mean, if I |
| 7 | receive more specimens or I receive more materials |
| 8 | then I may, but I don't plan to do anything at this |
| 9 | point. |
| 10 | Q.   All right. |
| 11 | MR. SNOWDEN:  Let's go ahead and mark |
| 12 | as Exhibit 1 your case-specific report for Ms. |
| 13 | Berden. |
| 14 | EXHIBIT NO. 1:  Expert Report - |
| 15 | Clinico-Pathological Correlation of |
| 16 | Complications Experienced by Cheryl |
| 17 | Berden dated June 4, 2018. |
| 18 | BY MR. SNOWDEN: |
| 19 | Q.   And Dr. Iakovlev, does Exhibit |
| 20 | No. 1 contain all of your case-specific opinions |
| 21 | outside of the supplemental report in this case? |
| 22 | A.   Yes, it does.  I mean, up-to-date, |
| 23 | unless I have new information or new specimen. |
| 24 | Q.   Let's mark as Exhibit 2 your |
| 25 | supplemental report in this case. |

| | Page 7 |
|---|---|
| 1 | EXHIBIT NO. 2:  Supplemental Expert |
| 2 | Report - Clinico-Pathological |
| 3 | Correlation of Complications |
| 4 | Experienced by Cheryl |
| 5 | Berden dated June 23, 2018. |
| 6 | BY MR. SNOWDEN: |
| 7 | Q.   And is Exhibit No. 2 a complete |
| 8 | copy of your supplemental report regarding Ms. |
| 9 | Berden? |
| 10 | A.   Yes, it is. |
| 11 | Q.   Okay.  And let's mark as Exhibit 3 |
| 12 | the flash drive. |
| 13 | EXHIBIT NO. 3:  Flash Drive containing |
| 14 | Documents Reviewed by Dr. Iakovlev. |
| 15 | BY MR. SNOWDEN: |
| 16 | Q.   Looking at Exhibit 1, it is dated |
| 17 | June 4, 2018, and is that right? |
| 18 | A.   Which page is it? |
| 19 | Q.   It's on page 28. |
| 20 | A.   Yes, it is. |
| 21 | Q.   All right.  And then flipping to |
| 22 | Exhibit No. 2, I think the date on that is June 23, |
| 23 | 2018, page 12; do you see that? |
| 24 | A.   Yes. |
| 25 | Q.   So in this case, you did your |

| | Page 8 |
|---|---|
| 1 | case-specific findings for Ms. Berden before |
| 2 | issuing a supplemental report that contains general |
| 3 | topics regarding Mersilene; is that correct? |
| 4 | A.   That's correct. |
| 5 | Q.   What was the reason for doing it |
| 6 | in that order? |
| 7 | A.   No specific reason.  Because there |
| 8 | was a deadline to submit case-specific report. |
| 9 | Most of this information in the supplemental report |
| 10 | is elsewhere in some other reports, maybe not for |
| 11 | Ethicon litigation, for something else. |
| 12 | Some of it was in other reports; some |
| 13 | of it was not in other reports.  But generally, I |
| 14 | was aware of the issue and then I just put it in |
| 15 | formal sort of reports, put them into a report. |
| 16 | Not that I didn't know about all these |
| 17 | issues.  I mean, I knew about these issues.  I |
| 18 | learn about these issues for the last five years, |
| 19 | just being involved in mesh research. |
| 20 | Q.   How many Mersilene specimens have |
| 21 | you reviewed in your practice? |
| 22 | A.   I had several of explanted |
| 23 | multifilament polyester meshes because most of them |
| 24 | came through, or I think all of them came through -- |
| 25 | all except this one -- came through just regular |

| | Page 9 |
|---|---|
| 1 | diagnostic work from surgeons.  They were all |
| 2 | hernia specimens. |
| 3 | I don't think I ever had Mersilene mesh |
| 4 | used for sacropexy.  This is the first case. |
| 5 | How many of those were Mersilene?  It's |
| 6 | hard to say, because when it's a diagnostic sample, |
| 7 | there's no sticker and sometimes you cannot trace |
| 8 | what it was. |
| 9 | It is polyester and it is |
| 10 | multifilament.  I would say less than ten, maybe |
| 11 | ten, somewhere in that range. |
| 12 | Q.   Okay. |
| 13 | A.   But it's just an estimate.  I |
| 14 | never counted them. |
| 15 | Q.   And of those less than ten |
| 16 | Mersilene meshes that you've reviewed, how many did |
| 17 | you review microscopically? |
| 18 | A.   All of them.  I always review all |
| 19 | meshes microscopically.  I take sections from each |
| 20 | specimen. |
| 21 | Q.   Was the mesh from Ms. Berden the |
| 22 | first Mersilene that you reviewed for legal |
| 23 | purposes? |
| 24 | A.   Yes, it is. |
| 25 | Q.   Okay.  Have you since reviewed any |

Vladimir Iakovlev, M.D.

Page 10

1    other Mersilene mesh for legal purposes?
2        A.  No.
3        Q.  Okay.  Have you performed any
4    research specifically targeting Mersilene mesh?
5        A.  Those hernia specimens, or hernia
6    mesh explants which were polyester multifilament
7    meshes, they were -- they are in the group, in the
8    same group, when I analyze samples.
9        I did not specifically focus, but I
10   keep track of them, that they're either
11   multifilament or monofilament.
12       When I measure, for example, those
13   parameters you're aware of like nerve density or
14   degree of foreign body type reaction, I measure it
15   for multifilament meshes as well, but I keep track
16   that it's multifilament not monofilament.
17       So it's part of the same project, but
18   there is no focus on multifilament yet.  When I
19   analyze the data, then I start comparing them and
20   see if there's any difference.
21       Q.  Have you published any of your
22   results regarding Mersilene mesh?
23       A.  No, I think all published -- all
24   publications were limited to monofilament designs.
25   I have data, I keep analysis, but it just happened

Page 11

1    that we limited, we focused on monofilament designs
2    because they're more prevalent.
3        Q.  Have you performed any chemical
4    testing on any of those Mersilene meshes?
5        A.  Well, the chemical testing I do is
6    the same as for anything else.  We use stains, we
7    stain and see how tissues behave under different
8    stains.
9        If they absorb, if it becomes stains,
10   that's a chemical testing.  I did not do any sort
11   of material science type of testing like FTIR or
12   something else, because that's not what I do.  It's
13   not part of pathology.
14       Q.  So is it fair to say any review of
15   those meshes was limited to routine pathological
16   analysis, and potentially viewing it under
17   polarized light microscopy?
18       A.  Always polarize them.  But, yeah,
19   the methods for routine diagnostic methods of any
20   laboratory.
21       Q.  Have you, outside of your review
22   of Mersilene mesh under the microscope, have you
23   authored any publications that involve Mersilene
24   mesh?
25       A.  Not specifically focused on

Page 12

1    Mersilene mesh, no.
2        Q.  Is it fair to say the focus of
3    your work so far on implantable mesh has been
4    focused on polypropylene?
5        A.  Yes, because it's over 90 percent
6    of all meshes on the market now.
7        Q.  For the supplemental report that
8    you issued in this case, was it your idea to do a
9    supplemental report?
10       A.  I don't remember exactly whose
11   idea at first.  I felt that I need to provide extra
12   information, because it's a new mesh, never
13   specifically focused on it.
14       I knew that I cannot put it together
15   before the deadline.  I knew the issues but I
16   needed to put it formally, put the references in
17   order and other things.
18       So I needed more time.  And the only
19   way to do it was to issue a supplemental report.
20       So we decided to split:  First
21   case-specific opinions and then whatever general
22   opinions I needed came in the supplemental report.
23       Q.  Is it fair to say that the
24   supplemental report focuses on mesh exposure with
25   Mersilene and infection with Mersilene?

Page 13

1        A.  This is the main issue with
2    multifilament meshes.  It focuses on it because
3    that, that's what I find different from
4    monofilament designs.
5        It will have the same nerves growing
6    into the larger pores; it will have the same
7    scarring.  But the features which separate it from
8    monofilament is multifilament design.
9        There's not even difference between
10   polyester and polypropylene; it's mostly
11   multifilament design.  That's different and that
12   introduces additional risks, and the risks are
13   erosion and especially infection.
14       So that's why I focused on this,
15   because I focused on the differences with
16   monofilament designs, which have been discussed
17   extensively over the last five years.
18       Q.  If we step back for a moment and
19   think about what your -- the total opinions you
20   have in this case, we have a general report that
21   you did involving polypropylene meshes and other
22   mesh issues, which I think you first said in wave
23   one.
24       You have your Berden case-specific
25   report and your supplemental report; is that fair?

Page 14

1    A. Which is focusing on differences
2 between Mersilene and monofilament polypropylene
3 meshes.
4    Q. I just want to make sure there are
5 no other reports out there; is that it?
6    A. Yes, that's it.
7    Q. All right. I notice in this
8 report, and speaking about the supplemental report,
9 you cited to 65 mostly articles; is that fair?
10    A. Yes, 65 references.
11    Q. References?
12    A. Uhm-hmm.
13    Q. Do these references form the basis
14 of your opinion, opinions that are found within the
15 supplemental report?
16    A. They provide information from
17 published literature. Again, it's not limited to
18 this list because I have a long list which had been
19 served for wave cases, being global sort of
20 analysis, which is over 700 publications.
21    But these are references for specific
22 features which were described in the general report --
23 in the supplemental report.
24    Just to support specific, sort of not
25 conclusions, but descriptions which were found in

Page 15

1 the published literature.
2    Q. Is it fair to say that for the
3 statements that you make in this report, the
4 pertinent literature that supports your statements
5 is found in the list at the end of the report?
6    A. Yes, directly pertinent with
7 literature to the statements in the report, yes.
8 But there is background knowledge which is
9 supported by the global list.
10    Q. Have you reviewed any internal
11 company documents regarding Mersilene?
12    A. Not that I remember.
13    Q. Have you asked for any?
14    A. I don't think so, not that I
15 remember.
16    Q. And have you reviewed any
17 depositions of Ethicon employees regarding
18 Mersilene mesh?
19    A. No.
20    Q. Have you asked for any of those?
21    A. No.
22    Q. With regard to vaginal mesh
23 erosion, is it your opinion that monofilament mesh
24 is an improvement over multifilament mesh?
25    A. In terms of infection,

Page 16

1 monofilament mesh is better than multifilament.
2    Erosion is somewhat a sort of gray
3 zone. Again, if there is more chances for
4 infection, there will be more chances for
5 erosion. Because erosion can be primary event or secondary
6 event. Sometimes we just don't know what is
7 chicken and what is egg.
8    Q. If we can turn to your
9 supplemental report, Exhibit 2. On the second page
10 of the report, you note in the first paragraph that
11 mesh-specific factors play a role in secondary
12 types of erosions; is that true?
13    A. Yes.
14    Q. What factors play a role?
15    A. So it's been found that more solid
16 materials, like solid silicon strips, which don't
17 allow tissue ingrowth, like no tissue ingrowth at
18 all, so that's a factor.
19    So the more tissue ingrowths through
20 the mesh, the less chances of erosion.
21    So then we can move from microporous to
22 macroporous. So the same, if we compare
23 macroporous with microporous materials like EPTFE,
24 again, EPTFE will have higher rates of erosion --
25 or tendency for erosion is higher.

Page 17

1    So even if it's the same material, but
2 different structure of a mesh, again, microporous
3 will introduce extra risks for erosion than
4 macroporous.
5    Then the size of the devices. The
6 larger the device generally is the higher risks for
7 erosion.
8    Q. Any other specific factors that
9 play a role?
10    A. So it would be type of material,
11 porosity, micro versus macro, size.
12    Q. Does the type of material matter?
13    A. Type of material matters, but
14 usually there is a connection between the design
15 porosity and the type of material.
16    For example, EPTFE will always be
17 microporous, unless you start punching big holes in
18 it, and then it would become class 3.
19    But if you compare different materials
20 with identical or very similar mesh structure, for
21 example, multifilament polypropylene versus
22 multifilament polyester, they will introduce the
23 exactly same risks.
24    For example, like polyester
25 multifilament versus polypropylene multifilament,

Page 18

1  because the difference with monofilament is the
2  spaces in between filaments, and then it doesn't
3  matter as much as the material itself.
4        Although if material starts degrading
5  and cracking, it will introduce its own. But if it
6  was pristine, brand new, there will be no
7  difference, or no significant difference that I can
8  appreciate or I am aware of.
9        Q.  You have in here, after your
10  citations at number 7, you have:
11        "Comparatively, meshes made out
12        of the same material, polypropylene
13        both different pore size show an
14        advantage to larger pore designs."
15        Do you see that?
16        A.  I do.
17        Q.  What do you consider here as the
18  larger pore designs?
19        A.  So, for example, if we take
20  ObTape, Mentor product and that was class 3, was
21  mostly microporous rather than macroporous. And
22  compare it with macroporous, or larger pore designs
23  like TVT or similar products, ObTape showed much
24  higher risks for erosion and infection.
25        Not that TVT is immune to that, but, I

Page 19

1  mean, the multifilament design or -- class 3 design
2  immediately showed higher complication rates.
3  Because it may take much longer for TVT to develop
4  erosions and so forth, but for ObTapes, I mean,
5  really quickly within a year or two (indicating).
6        So movement from multifilament to
7  monofilament designs usually give you larger pores
8  in entire structure.
9        Q.  In the next paragraph, your first
10  sentence you state that the risks of -- I'm
11  skipping the first part of the sentence -- The
12  risks of mucosal erosion are dependent on design".
13  Do you see that?  The first sentence of the
14  paragraph?
15        A.  Yes, I got it.
16        Q.  Is that essentially just a
17  restatement of what we just discussed in terms of
18  the specific factors?
19        A.  Yes. I mean, this is more like a
20  summary sentence. It could have been last sentence
21  in the previous paragraph. For whatever reason, I
22  chose it to be the first sentence in the second
23  paragraph.
24        Q.  Okay. And your cited basis here
25  is several articles which involve inhaled material,

Page 20

1  wood, shunt catheters, interocular implants, and
2  microsutures; is that right?
3        A.  Oh, I would have to see what's in
4  those publications.
5        Q.  Let's take number -- so the first
6  one is slings. Sorry, I forgot to mention slings.
7        MR. HAIL: It's page 13.
8        THE WITNESS: Okay.
9        BY MR. SNOWDEN:
10        Q.  You'd agree at least in
11  Ms. Berden's case -- I'm going to jump from
12  case-specific for just a second -- we're not
13  talking about a sling in Ms. Berden's case; is that
14  fair?
15        A.  Yeah, it is fair, but it's mesh.
16        Q.  And then if we look at number ten
17  here -- sorry, I'm quoting the wrong sentence.
18        MR. SNOWDEN: Can we go off the record
19  for a second?
20        -- OFF THE RECORD DISCUSSION --
21        BY MR. SNOWDEN:
22        Q.  All right, Dr. Iakovlev, let me
23  redirect you here.
24        The next sentence talks about that
25  objects become exposed because they do not become

Page 21

1  integral physiological tissue component.
2        Do you see that sentence?
3        A.  Yes, I do.
4        Q.  "They remain a foreign body,
5        they can damage the tissues,
6        interrupt healing and is targeted
7        for destruction, encapsulation and
8        expelling."
9        Do you see that?
10        A.  I do.
11        Q.  Okay. And now you cite your basis
12  for support here, at least the cited basis is
13  numbers 14 through 19 from your literature list; is
14  that fair?
15        A.  Yes. But, see, this sentence is
16  not specific to meshes now. This sentence is
17  describing our general knowledge that foreign
18  objects can move through the tissue, can damage the
19  tissue, it can become exposed.
20        This is not specific for any type of
21  foreign object; any foreign object can do it.
22        Q.  And so, I think you'll then agree
23  with me that numbers 14 through 19 do not involve
24  any type of mesh; is that fair?
25        A.  Yes, I mean that was the purpose,

Vladimir Iakovlev, M.D.

Page 22

1  just to show that this was normally -- in 1960,
2  '82, '88, I mean, these are earlier publications
3  just show to background knowledge of how foreign
4  objects behave in the body.
5       Q.  In preparation of your
6  supplemental report, did you undertake or review
7  the literature involving Mersilene mesh?
8       A.  I did.
9       Q.  And what were you looking for?
10      A.  I put keyword "Mersilene" and
11  searched what is available, what's -- specifically
12  I was paying more attention to infection, because
13  the case is about infection.
14      But I was searching for anything which
15  was available, specifically for Mersilene.  So I
16  have an open mind, but I had a focus for a specific
17  case for Ms. Berden as well.
18      Q.  Are there any studies pertinent to
19  your opinions in this case that are not included on
20  the materials list for your supplemental report?
21      A.  I'm not sure.  I mean, I included
22  everything I thought was relevant -- oh, directly
23  relevant to the supplemental report.
24      If there were any other studies which I
25  saw that they describe Mersilene mesh, it could be.

Page 23

1  But if they are not relevant directly, like they
2  didn't describe sacropexy, or if they didn't -- for
3  whatever reason I thought that they are not
4  directly relevant.  There could be other studies,
5  yes.
6       Q.  So you've reviewed studies that
7  form sort of a basis of background knowledge, but
8  in terms of the studies that you really -- the
9  pertinent studies you really rely on for your
10  supplemental report, are found in your supplemental
11  report; is that fair?
12      A.  Yes, because my focus was
13  generally to search for Mersilene but at the same
14  time pay more attention to sacropexy or Mersilene
15  used for sacropexy and the complications or
16  infections related to Mersilene mesh.
17      Q.  As part of that review, was your
18  aim to determine the overall rate of erosion and
19  infection with Mersilene mesh?
20      A.  No, I don't think you can do that.
21  It's very difficult to do, in terms of pinpointing
22  exact rate of erosion.  And you need to do very
23  long studies.  And in her case, it took, I think
24  three years for her to develop the complications.
25      So the studies should be much longer.

Page 24

1  To me, she might just be falling in the middle, so
2  I have to do 6 or 10 years.  In some other meshes
3  which I have seen in my practice, they became
4  infected eight years, I believe.  So it's sometimes
5  it gets infected much later.
6       So unless we have studies which follow
7  these patients for 10, 15 years, we may never even
8  estimate what are the true complication rates.
9       Q.  Did you, in your literature
10  search, did you locate any reviews that attempted
11  to state overall complication rates that you
12  rejected and did not include in your report?
13      A.  No, I did not -- I was not
14  focusing on specific complication rates.  This is
15  not my focus.  I see that most studies are short,
16  they don't provide -- I mean, as I said, unless
17  it's a very long study, I wouldn't trust these
18  numbers.  The fact that it can do it, the fact that
19  the complication exists is sufficient.
20      Trying to aim at specific complication
21  rates, I think it might be misleading.  Just
22  because there is no good quality data, not because
23  it will not provide any extra information, but it's
24  better not to use low quality data, just use either
25  positive or negative sort of binary approach.

Page 25

1  Either it can do it or it cannot do it.
2       In general, we know that this type of
3  designs, multifilament designs, they have higher
4  rates of complications and that's why they are
5  classified separately.  But this is a general
6  background knowledge.
7       Q.  Hypothetically speaking, if the
8  data showed one patient out of 1,000 experience
9  complication, is that sufficient for you to render
10  a general opinion that the device can cause that
11  complication?
12      A.  If we ask about specific ability,
13  or ability of a device to cause a complication, one
14  patient or one study, I mean, that they can
15  provide, it will also -- obviously if there is a
16  series of patients or like a small series, instead
17  of case report, value is much higher, and
18  prospective studies are even higher.
19      So the quality of data will increase.
20  One single case report, comparing with series and
21  then retrospective studies, and then prospective
22  studies, it will be higher.  But the highest
23  quality would be prospective studies lasting 10 to
24  15 years.
25      Q.  This question is obvious to me

| Page 26 | Page 28 |
|---|---|
| 1 now, but I'll ask it anyway. Are you offering any | 1 underestimation. So we can see what is the minimum |
| 2 opinion about the overall risk of infection or a | 2 number, but it will be hard to compare between |
| 3 version of Mersilene? | 3 different studies. |
| 4 A. I don't offer opinion for specific | 4 As I said, overall, all evidence shows |
| 5 numbers. I offer an opinion that the risks are | 5 that multifilament meshes will have higher |
| 6 higher than for monofilament designs. | 6 complication rates. This knowledge comes from |
| 7 Q. When you say monofilament design, | 7 different publications, from earlier publications, |
| 8 is that all monofilament designs, including all | 8 and that's why it was based -- basis for the |
| 9 types of materials? | 9 classification. |
| 10 A. In general, class 1. Macroporous, | 10 Does that answer your question? |
| 11 but monofilament designs will all be macroporous. | 11 Q. I'm not sure, but we'll move on. |
| 12 It may be variable, it can be somewhat | 12 A. Okay. |
| 13 different designs or devices, but overall, class 3 | 13 Q. So the same question for your |
| 14 meshes have higher risks of infection than class 1. | 14 literature review regarding erosion, did you |
| 15 Q. When you were reviewing the | 15 limit -- strike that. |
| 16 incidence of infection with Mersilene mesh, were | 16 So with regard to literature review for |
| 17 you making any distinction between where it was | 17 erosion as a complication, did it matter to you |
| 18 implanted? | 18 whether the description was for a hernia mesh, |
| 19 A. You mean in the supplemental | 19 versus a pelvic mesh, versus some other type of |
| 20 report? | 20 mesh? |
| 21 Q. In the supplemental report? | 21 A. Well, hernia mesh rarely erodes. |
| 22 A. It depends where we discuss it. | 22 So the erosions, I mean -- let's see what |
| 23 For example, if we discuss it specifically for | 23 specifically is there. |
| 24 sacropexy mesh, it's implanted where the sacropexy | 24 (Witness reviews document). |
| 25 mesh is. | 25 So in terms of erosion, as I earlier |

| Page 27 | Page 29 |
|---|---|
| 1 The classification was designed for | 1 mentioned that erosion can be a secondary event or |
| 2 hernia meshes; we know that. It wasn't designed | 2 primary event. |
| 3 for sacropexy meshes. | 3 So erosion can come first, and then |
| 4 And the classification was based on | 4 infection. Or, infection can come first and then |
| 5 previous studies showing -- specifically focusing | 5 it will lead to erosion. Sometimes it's almost |
| 6 on ingrowth -- tissue ingrowth and infection, but | 6 impossible to distinguish. |
| 7 it was all hernia meshes. | 7 In the study which I analyzed, they had |
| 8 Q. So in terms of when you're looking | 8 both complications, erosion and infection. But, as |
| 9 at the literature in this for your supplemental | 9 I said, in this specific location, a mesh can lead |
| 10 report, and determining the incidence of infection | 10 to an erosion. |
| 11 with Mersilene, did you make any distinction | 11 For hernia meshes, when the mesh is |
| 12 between papers that showed the rate in hernia mesh, | 12 buried deeper down, there is corrosion; it's small. |
| 13 versus mesh implanted with abdominal sacral | 13 If there is an erosion it's usually chronic sinus |
| 14 colpopexy, versus other types of mesh? | 14 formation from infected mesh. |
| 15 A. So, as I said, the numbers can be | 15 And vaginal location, either for |
| 16 very -- the range of numbers can be quite broad | 16 transvaginal placement or through abdominal |
| 17 depending on quality of data and follow up time and | 17 placement, the risk of erosion. But we cannot |
| 18 so on. | 18 state or we don't know if it is primary erosion or |
| 19 If we have a number, it means it cannot | 19 secondary erosion. The conclusion of that study |
| 20 drop below that because these old flaws in the | 20 was that better material is needed to avoid erosion |
| 21 study, they will lead to underestimation. It is | 21 rates. |
| 22 very hard to have a flaw in the study which will | 22 I don't think I can compare many |
| 23 overestimate. | 23 studies, specifically for erosion rates, just |
| 24 But all deficiencies in the studies, | 24 because we don't have good quality data. |
| 25 especially short follow up, will lead to | 25 But in this specific publication, it |

Vladimir Iakovlev, M.D.

Page 30

1  was shown that it is at least 5.5 percent and I
2  estimate that it may double or triple if you do
3  followup, sufficiently long followup.
4        Q.  And we'll talk about that study in
5  a little bit.
6        You mentioned in your report, on
7  page 3, that reports of infection associated with
8  monofilament mesh, Mersilene, date back to at least
9  the 1970s; do you see that?
10       A.  Yes.
11       Q.  And at the end of your report, you
12 conclude that Mersilene mesh -- strike that.
13       Would you agree that Mersilene mesh has
14 been used for decades?
15       A.  Yes, for hernia surgery, in low
16 volumes and in the end it became classified as
17 class 3 and was not -- as we all know, it's not a
18 preferred choice for surgeries.  Either hernia or
19 vaginal surgeries.
20       Q.  And the risk of infection with
21 Mersilene mesh has been known since at least the
22 1960s; is that fair?  Sorry, 1970s; is that fair?
23       A.  There were reports and at the time
24 the use of mesh was in very low volumes, there were
25 sporadic reports.  From what I understand, the

Page 31

1  information was there, but it was not organized in
2  sort of clean classification.
3        The time when it was verbally sort of
4  established and put into a square box of
5  classification, it was by Amid in the '90s.
6        So we don't know how exactly many
7  people were aware, we don't know what's -- the
8  information was out there, but how widespread that
9  knowledge was, we don't know.
10       Q.  Okay.
11       A.  By '90s I could say every surgeon
12 should be aware, or at least have some, or source
13 where to learn it.
14       Q.  And then if I understand the
15 conclusion here, or the concluding page of your
16 report, it's your opinion that the use of Mersilene
17 has declined significantly since the 1990s; is that
18 fair?
19       A.  My opinion is, or at least from
20 what I see in the number of publications, the
21 interest declined.  So the number of publications
22 declined.
23       I don't know the numbers they use.  It
24 may stay the same, it could have dropped, but
25 interest, in terms of scientific interest, dropped,

Page 32

1  declined.  Usually it means the uses has declined.
2        Q.  Is it your opinion that's the
3  result of the knowledge of the risk of infection?
4        A.  I think it's combination, if
5  people understand that they bring specific risks,
6  they may not be sold by as many companies, surgeons
7  may not buy them or don't use them.
8        I mean, there are multiple factors
9  around -- if there are more superior materials and
10 more superior designs, people prefer others.  Both
11 ends, manufacturers and users.
12       Q.  Okay.  And in terms of the risk of
13 erosion for Mersilene mesh, I ask the same
14 questions.  Is it the same answer?
15       A.  For?
16       Q.  For the risk of erosion with
17 Mersilene mesh?  Was it well-known after 1997?
18       A.  Well, it was a very low volume of
19 news, as I understand it.  It wasn't a large
20 volume, and there was not that many publications.
21       In the specific publications which are
22 referenced it is clearly described in there,
23 because it's not -- there is no large volume of
24 literature on sacropexy meshes or Mersilene used
25 for sacropexy.

Page 33

1        It was never used in large volumes and
2  there was no large volume literature.
3        Q.  Do you know if Mersilene sutures
4  are used at St. Michael's Hospital?
5        A.  You mean polyester multifilament?
6  I mean, there may be Ethibond.  It's not Mersilene
7  per se, but polyester multifilament.
8        Q.  Let's start first with Mersilene
9  suture.
10       A.  I do not know if it's specifically
11 Mersilene, but they use multifilament polyester
12 sutures, yes.
13       Q.  Do you know if Mersilene mesh is
14 used at St. Michael's Hospital?
15       A.  I have seen it only explanted.  I
16 have never seen one used as a primary repair.
17       Again, I receive specimens when
18 something goes wrong.  I'm not aware of what
19 surgeons are using.  My understanding was mostly
20 these other designs.
21       Q.  Have you ever warned anyone
22 at St. Michael's Hospital that they shouldn't be
23 using Mersilene?
24       A.  What conversations I had?  There
25 was one excision and a surgeon asked me what I see.

Vladimir Iakovlev, M.D.

Page 34

1   And I said, well, it looks different.
2           This was one of the first experiences
3   was multifilament design.  I said, it looks
4   different.  It's not monofilament; what it can be?
5           I said it can be Mersilene, I remember
6   at that time specifically Mersilene.
7           And he said, it could be, but I thought --
8   that's what he said.  He said, "I thought nobody is
9   using multifilament designs anymore".  So that was
10  impression of an experienced surgeon.
11          I think by now he retired, but he's
12  been in practice a long time.  So he was a bit
13  surprised that there are still multifilament meshes
14  out there.
15          So to answer your question, it's not me
16  who advised but it was the surgeons who actually
17  told me that they are surprised that somebody is
18  still using it.
19          Q.  Do you recall who that was?
20          A.  It was an older surgeon.  He
21  retired.  I don't remember now.
22          Q.  Have you ever told anyone at St.
23  Michael's that Mersilene was harming the patients?
24          A.  No, I didn't.  Again, because when
25  I was talking to surgeons, I understood that they

Page 35

1   know more about it than me.  So, I mean, who am I
2   to teach them if they already know better than me?
3           And then when you go to conferences and
4   you mention multifilament designs, and everybody
5   say, infection.  Infection, infection, infection.
6           Q.  How long have you been hearing
7   that at conferences?
8           A.  Since I first started going to the
9   hernia conferences, I mean.  I think it was in --
10  sorry, 2013, 2014, somewhere in there.  Again, I
11  was introduced in this field starting from 2012.
12          But the conferences are for surgeons,
13  and surgeons have been in this field for decades.
14  Some have been practicing for 40 years.  They saw
15  all of these meshes coming and going.
16          Q.  At the end of your report, end of
17  your supplemental report, you have a chart or a
18  graph in your -- in the body of the report; do you
19  see that?
20          A.  On page 12.
21          Q.  On page 12, yes?
22          A.  Yes.
23          Q.  What is the purpose for including
24  this?
25          A.  Just to show the dangerous

Page 36

1   decline.  Or if -- I've used it for many other
2   keywords, like vaginal mesh.  You may have seen my
3   report which is using the same approach.
4           So you just put a keyword and then you
5   see what's interest, when the interest appears.
6           It's interesting because then you see
7   after introduction of the device on the market,
8   then there's a spike, then enthusiasm drops a
9   little bit but the use stays stable or drops a
10  little bit.
11          So you can have some idea what's
12  interest for researchers and what's the use of the
13  devices.
14          And for most publications, for most
15  keywords, this curve goes up.  Because world
16  population grows, number of researchers grows, and
17  so for pretty much any -- most of keywords, the
18  number of publications goes up.
19          But for Mersilene it dropped.  Or at
20  least it didn't go up.  It was an increase
21  beginning from '60s, which reflects natural
22  evolution of things to '90s.  But then after '90s
23  it didn't go higher.
24          And classification for type 3 devices --
25  oh.  Mesh classification came about somewhere in

Page 37

1   the '90s.  So after '90s, there's no increase.
2           Q.  So what conclusions are you
3   drawing from this data for purposes of Mersilene?
4           A.  There is no conclusion.  I'm just
5   demonstrating that the design didn't take off,
6   didn't become prevalent neither in practice nor in
7   research?
8           Q.  And what is it basis for being
9   able to make the association between the numbers of
10  publications and what you state on your report
11  that, "Experiences and knowledge affected use and
12  introduction of new multifilament designs"?
13          A.  No new designs.  Or, at least, the
14  newer designs were not multifilament designs.
15          So, okay.
16          "The above described
17          experiences and knowledge affected
18          use and introduction of new
19          multifilament mesh designs.  For
20          example, in published literature, an
21          annual number of publications using
22          the keyword Mersilene listed on
23          PubMed declined significantly since
24          the 1990s."
25          So I know I'm aware that no other

Page 38

1    multifilament designs were introduced, either.  So
2    that's why I'm saying it affected new multifilament
3    designs.
4           The only multifilament mesh design
5    which was introduced for vaginal surgery was
6    ObTape, which was withdrawn from the market.  And
7    which showed higher complication rates.  That's it.
8           Since then, there were no multifilament
9    mesh, as I am aware of, on the market for vaginal
10   surgeries.
11          Q.  My question is a little bit
12   different.
13          I guess, where did you get the idea and
14   that's what I mean by the basis.  What's the basis
15   for saying, I can look at the number of times
16   something is mentioned on PubMed and that is
17   associated with the interest and use of a product?
18          A.  Oh, it's just one of the
19   indicators.  It's not direct connection, it's one
20   of the indicators.
21          I see that no new multifilament designs
22   were offered.  I mean, all devices for monofilament
23   designs -- there was only one design I am aware of
24   offered for slings.  It didn't last for long.
25          When you search for Mersilene, it's not

Page 39

1    going up.  The number of -- the interest is not --
2    appears not to be increasing.
3           So everything started revolving around
4    monofilament designs, which have their own
5    drawbacks, of course.
6           Q.  Do you know who Dan Corlan is?
7           A.  No.
8           Q.  It's his website, right?
9           A.  Yeah, yes.  I mean, you can
10   probably do it through other search engines, but I
11   found this website is easy to use.  You just enter
12   a keyword and you get the numbers.
13          Q.  Do you know what his background
14   is?
15          A.  No, I don't.
16          Q.  Did you validate the methodology
17   that that website uses?
18          A.  No.
19          Q.  Did you read the warning on the
20   website about the use of the data?
21          A.  There could be some warnings, yes.
22   I don't remember now.
23          Q.  So you don't remember:
24             "WARNING:  Counting papers with
25          a given feature is a very gross

Page 40

1    bibliometric method.  Sometimes the
2    results are relevant, sometimes they
3    require extensive checking, but they
4    must always be interpreted very
5    carefully"?
6           A.  That's what I would say as well.
7    As I said, this is one of the indicators, one way
8    of showing -- and I said, there is a decline and if
9    we question the validity of the search, at least
10   there is no increase.
11          But we also know by other factors that
12   the design didn't take off.  So if there's nothing,
13   there is nothing new.
14          This information can be presented in
15   multiple different ways.  I chose this because it's
16   a graph, which is easy to see.  But everybody knows
17   that Mersilene is not and has never been a
18   prevalent design.  The interest never took off.
19          Q.  Have you ever entered
20   polypropylene into the -- into that web page?
21          A.  Yes.  Polypropylene, vaginal mesh,
22   hernia mesh, hernia polypropylene.  I did multiple
23   searches.  As I said, some of the graphs are in my
24   other reports.
25          And you can trace, it's relatively

Page 41

1    accurate.  You can trace the number of publication
2    spikes after introduction of the device, and then
3    there is a dip after FDA warning, or it can reflect
4    different other -- for example, specific
5    introduction, specific surgeries.
6           So whatever the drawbacks of these
7    websites are, from what I have seen it follows the
8    historical events relatively well.
9           Q.  Have you ever put your name in
10   there?
11          A.  No.
12          Q.  I have to tell you there's a dip.
13          MR. SNOWDEN:  Go off the record.  Can
14   we take just a quick break?
15          -- RECESS TAKEN AT 2:08 --
16          -- UPON RESUMING AT 2:11 --
17          BY MR. SNOWDEN:
18          Q.  All right, Doctor.  I want to ask
19   you about the supplemental report beginning on
20   page 8, and it's my understanding from my review --
21   strike that.
22          If you go to page 8 of your
23   supplemental report and specifically talking about
24   where it begins, "The earliest attempts" and then
25   beyond that.  What is the purpose of this portion

Vladimir Iakovlev, M.D.

1  of your report?

2  MR. HAIL:  Objection to form.

3  THE WITNESS:  So the initial portion,
4  or initial part is describing classification and
5  relevance of classification for Mersilene design,
6  or how the Mersilene mesh, and why it became
7  class 3.

8  And then from page 8, I'm focusing on
9  Mersilene mesh for pelvic surgeries.  So this is
10  from general sort of multifilament design, more
11  focusing to multifilament design used in pelvic
12  surgeries.

13  BY MR. SNOWDEN:

14  Q.  In that paragraph beginning, "The
15  earliest attempts to use multifilament mesh" on
16  page 8; do you see that?

17  A.  I do.

18  Q.  Okay.  The next sentence:  "Among
19  other" -- sorry after that one:

20  "Later, erosions, infection and
21  formation of chronic sinus reported
22  in the 1990s for Mersilene mesh used
23  for pelvic prolapse surgeries."

24  Do you see that?

25

1  A.  I do.

2  Q.  And for that you've cited to two
3  articles; is that correct?

4  A.  Yes.

5  Q.  And then you go on to say that:

6  "This procedure is not
7  recommended as a primary procedure
8  for the repair of anterior vaginal
9  segment."

10  Do you see that?

11  A.  I do.  I just copied that sentence
12  from publication.

13  Q.  Why did you include this quoted
14  portion of that paper?

15  A.  Because I saw it as relevant.

16  Q.  How is it relevant?

17  A.  Well, it's a conclusion of the
18  researchers who researched that specific type of
19  mesh and for pelvic surgeries.

20  You can go to that paper and see the
21  overall, it was a scope of the paper.  But those
22  researchers concluded what they concluded.

23  Q.  Were their conclusions significant
24  to your opinions in this case?

25  A.  My opinions were formed based on

1  many pieces of information.  I can't say that one
2  piece of information was more significant than the
3  others.  So bit by bit, each source of information
4  was providing more information to form my opinions.

5  How significant it was, I can see that
6  in these publications, they describe the erosions,
7  infection, formation of chronic sinus.  So it's at
8  least there is an example that the design can
9  result in this complications.

10  Q.  And I think we've covered this
11  before, but does it matter to you how many women
12  were involved in the studies that are cited there?

13  A.  I mean, obviously the larger the
14  number, the better quality, the better quality of
15  data.

16  But you can go only by what you have.
17  If there is no large volume of literature, whatever
18  is available is available.

19  As I said, that my opinions were formed
20  using multiple sources of information.  Some had
21  more information, some had better quality of
22  information, some less.

23  Q.  And how would you assess the
24  quality of the information in number 45, the paper
25  by Creighton?

1  A.  I would have to see the
2  publication.  And there's no scale, I don't think I
3  can put a scale on it from 1 to 10.  And generally,
4  there will be better and lower quality but I don't
5  think we can scale them.

6  Q.  Is it your practice to include
7  papers you find to be of poor quality in your
8  report?

9  A.  As I said, sometimes you just go
10  by what you have.  I'm not the researcher.  I'm
11  just researching published literature and trying to
12  find information.

13  So any source of information can be
14  useful, but then I cannot control what the quality
15  of the data is there.

16  When there is a large volume, when
17  there are 500 publications, you have luxury of
18  picking or trying to assess what's the difference,
19  whether the better quality papers, whether the
20  lower quality papers, you still pay attention to
21  all of them.  But then you have more choices.

22  Q.  And you included, if I understand
23  your testimony, you included the number 46 because
24  it was relevant to the Mersilene device; is that
25  fair?

Vladimir Iakovlev, M.D.

Page 46

1    A.  I would have to see the
2  publication exactly.  But that was a Mersilene mesh
3  used, as far as I understand from the text.  So we
4  can put -- I mean, you probably have it printed, so
5  it would be useful for me to have it in front of
6  me.
7    Q.  And then continuing in that
8  paragraph, you state that more data were
9  accumulated by 2000; do you see that?
10    A.  Yes.
11    Q.  And in this study, it says it's a
12  larger study that followed 273 patients; do you see
13  that?
14    A.  I do.
15    Q.  Do you recall how many of those
16  273 patients had been implanted with Mersilene
17  mesh?
18    A.  I think all except four; that's my
19  recollection.  Again, if we discuss a paper I would
20  like to have it in front of me.
21    Q.  Mark this as Exhibit 4, please.
22    EXHIBIT NO. 4:  Article Entitled,
23    "Vaginal Mesh Erosion After Abdominal
24    Sacral Colpopexy" by A. Visco, et al.
25

Page 47

1  BY MR. SNOWDEN:
2    Q.  And Doctor, is Exhibit 4 the paper
3  that you cite at number 47 in your materials list
4  for your supplemental report?
5    A.  Yes, it is.
6    Q.  Okay.  Counsel can correct me if
7  I'm wrong, but Ms. Berden was implanted with
8  Mersilene mesh with an abdominal sacral colpopexy;
9  is that your understanding?
10    A.  Yes, it is.
11    Q.  In the Visco paper, we'll call
12  number 47 the Visco paper since that's the first
13  author.  It looks like they discuss the vaginal
14  mesh erosion after an abdominal sacral colpopexy;
15  is that correct?
16    A.  So they had several types of
17  surgeries.
18    Q.  They had an abdominal sacral
19  colpopexy, which is what Ms. Berden had, correct?
20    A.  Yes.
21    Q.  Abdominal sacral colpoperineopexy?
22    A.  -- perineopexy, yes.
23    Q.  And, two combined vaginal and
24  abdominal colpoperineopexy groups; is that true?
25    A.  Yes, that is my understanding.

Page 48

1    Q.  Okay.  And of those two, one with
2  vaginal suture passage, and the other with vaginal
3  mesh placement, correct?  It's on the first page
4  under "Study Design".
5    A.  Are you reading -- sorry.  I was
6  in the text, in the body.
7    (Witness reviews document).
8    Q.  Third line down under "Study
9  Design"?
10    A.  So four groups:  Abdominal sacral
11  colpopexy, abdominal sacral colpoperineopexy and
12  two combined vaginal and abdominal colpoperineopexy
13  groups.
14    Q.  Would you agree that Ms. Berden,
15  if she were in this study, she would have fallen
16  into the abdominal sacral colpopexy group; is that
17  fair?
18    A.  Well, you would have to check with
19  the urogynecologist.  I mean, because there might
20  be some nuances between the surgeries.
21    I mean, overall, the focus of this
22  study was sacropexy procedures using Mersilene
23  mesh.  Most of them were done by Mersilene mesh and
24  Ms. Berden falls in this overall group.
25    There is some differences within that

Page 49

1  group, and I think it would be better to ask the
2  urogynecologist to see exactly where nuances is.
3    But overall, to me, this study is an
4  example of a study of sacropexy procedures using
5  mostly Mersilene mesh.
6    Q.  Okay.  And in your report, you
7  cite the reported overall erosion rate of
8  5.5 percent, correct?
9    A.  Overall for all procedures, yes.
10  Again, we can discuss the quality of that number
11  with degree of possible underestimation, but at the
12  time when they stopped the study that was the
13  number overall.
14    Q.  Is there any particular reason you
15  didn't include the rates for the -- each individual
16  group in the study?
17    A.  No.  No specific reason.  Because
18  there might be some variations within -- because
19  once you start splitting a larger group into
20  smaller subgroups, your quality of data drops.
21    Why?  Because you have smaller groups.
22  In those smaller groups there can be shorter
23  followup time.
24    For whatever reason, this procedure,
25  this specific procedure came about with one

Page 50

1  publication, or new surgeon came.  So that
2  procedure could have been started only later on.
3  So the follow up would be shorter than for other
4  groups.
5        So, I mean, to me, the general rule of
6  thumb in research is, first, you aim at the larger
7  group, sort of that will give you overall better
8  quality of data, although it will not be a
9  specific, but quality of data will be large.
10       Once you start splitting, you have to
11 be careful because you may have very large
12 variation in the quality of data due to specific
13 reasons as I mentioned.
14       Q.  Is that the reason you didn't
15 consider the 3.2 percent mesh erosion rate for
16 abdominal sacral colpopexy group?
17       A.  That was one of the reasons.
18       Q.  What are the other reasons?
19       A.  Because, first of all, I didn't
20 want to include smaller groups, because they will
21 have larger variation.
22       Some rates are as high as 16 and
23 40 percent.  So I didn't want to choose specific
24 groups, as I mentioned, because of the large
25 variation.

Page 51

1        And you can see the spread, from 3.2 to
2  40 percent.  It is a huge spread.  5.5 percent is
3  more representative of an entire approach.
4        And if there are differences between
5  the groups, they may or may not be true
6  differences.  They may be differences due to
7  factors like I mentioned.  New surgeons came in,
8  new procedure became in fashion, specific time
9  point.
10       Q.  Do you see that the abdominal
11 sacral colpopexy group had the majority of the
12 study participants in this study at 155?
13       A.  Yes, it was a larger group.
14       Q.  Do you know any of the authors of
15 this publication?
16       A.  No, I don't.
17       Q.  Do you know if they're professors
18 at Duke?
19       A.  Well, I can see that it's coming
20 from Duke -- well, Durham, North Carolina, that's
21 Duke University.
22       Q.  Is that a respected institution?
23       A.  As far as I know it is.
24       Q.  Did you find this publication of
25 enough quality for you to include it and rely upon

Page 52

1  it in your report?
2        A.  Again, enough to be included.  Not
3  that it is the only source of information or the
4  main source of information.
5        It's information.  It's a source of
6  information for Mersilene mesh used for sacropexy,
7  which is closer to what Ms. Berden had.  Or just
8  overall, use of Mersilene mesh for pelvic
9  surgeries.
10       Q.  On the next page, you say, page 9
11 in the middle of the page:
12            "Considering that,
13        statistically medians closely
14        represent 50th percentile, the
15        lifelong rates would be expected
16        more than to double with
17        sufficiently long follow up time."
18       Do you see that?
19       A.  I do.
20       Q.  What does that mean?
21       A.  So if we check the median followup
22 for the entire study was 5.8 times -- sorry, I'm a
23 little tired.
24       So median length of follow up was 5.8
25 month for the entire study.  And then, the median

Page 53

1  number of month to appearance of mesh erosion was
2  15.6 month.  And then 12 month for different, and
3  later 9-month.
4        So each group had range.  But all those
5  ranges, or most of them, were at least double or --
6  were at least double or triple of the median
7  followup time.
8        So if you think about it, if it takes,
9  for example, anywhere between 4 to 15 month to
10 develop a complication, and the longest will be
11 15.6 month to develop a complication for specific
12 patients, and your study only is limited to 5
13 months or 6 months, any time shorter than the
14 median appearance of median time to appear -- I'm
15 tired.
16       MR. HAIL:  Do you want to take a break?
17       THE WITNESS:  Yes, a short break.
18       MR. SNOWDEN:  Usually not in the middle
19 of an answer but it's fine.
20       MR. HAIL:  He can finish.
21       -- RECESS TAKEN AT 2:30 --
22       -- UPON RESUMING AT 2:32 --
23       THE WITNESS:  So the answer is that the
24 followup of entire study was significantly shorter,
25 or median followup of entire study was shorter than

**Page 54**

1 the median time for -- until appearance of
2 erosions.
3        Therefore, the study just didn't follow
4 patients long enough to catch complications. And
5 it was severely shorter. It's not something -- I
6 expect they didn't detect half of the
7 complications.
8        BY MR. SNOWDEN:
9        Q.  How are you able to determine the
10 number of complications they didn't detect, if they
11 didn't detect them?
12        A.  Well, if it's median time for
13 followup, and then median time for complication,
14 for timing of complications, this is roughly
15 50th percentile.
16        So, for example, the largest group,
17 which is abdominal only sacropexy, you just
18 mentioned that it was largest group.
19        Their median time until appearanced
20 erosion was 15.6 month. And overall study was,
21 median time for overall study was 5.8 month, but
22 specifically for abdominal sacral colpopexy, the
23 same group, 6.5 month.
24        So the study was only half long as it
25 takes for the complications to appear, even

**Page 55**

1 shorter. Because 6.5 months time two will be 13
2 month. But it takes 15 month for complications to
3 appear, for median number.
4        So 50 percent of complications are
5 expected to appear within 15 month, and then
6 another 50 percent will appear after 15.6 months.
7 But this is an estimate, again, because the study
8 didn't go far enough. So it likely, even 15.6 is
9 an underestimation.
10        Q.  Is there any accepted method of
11 estimating the complications that were not reported
12 in the study, as you've done?
13        A.  I'm not estimating, I'm just
14 estimating how much -- I'm just analyzing the
15 median follow ups. There's no estimation. I don't
16 know by how much they are underestimating. It can
17 be double or triple, just based on the numbers.
18        Again, there is no exact estimation,
19 but there's obvious underreporting. And the degree
20 of underreporting can be times, times two or times
21 three.
22        Q.  Are you able to say to a
23 reasonable degree of medical certainty what the
24 degree of missed complications was in the study?
25        A.  To a reasonable degree of medical

**Page 56**

1 certainty, my opinion would be severe
2 underestimation.
3        Q.  Okay. Are you able to then
4 estimate the -- what the true percentage of
5 complications should have been in this study?
6        A.  No, you cannot. You have to
7 follow the patients for 30 years. This study was
8 cut short, therefore, they only scratch the
9 surface.
10        And based on their numbers, it shows
11 that the study severely underestimates overall risk
12 of complications.
13        Q.  Is it fair to say that you're
14 using the study to provide a floor for the erosion
15 rate with Mersilene?
16        A.  No, I'm not using it to provide a
17 floor. I can tell you that if you ask me what that
18 number may mean, I can tell you that it's likely
19 minimum complications. But I would not use it as a
20 floor.
21        Because if you go longer, then you will
22 reach another floor. If you follow them even
23 longer, you will reach another floor. It will be a
24 continuous process again. So even for the floor,
25 it will be dependent on length of studies. I don't

**Page 57**

1 expect it to drop lower than 5.5.
2        Q.  Okay. Are you basing your
3 opinions on any other studies that show a better
4 representation of the erosion rate for Mersilene
5 mesh?
6        A.  I'm not aware of long-term
7 studies, of sufficiently long-term studies,
8 something like 15 or 20 years. I'm not aware of
9 those, I have not found them. Sufficiently large
10 and sufficiently long.
11        It has to be focused, it has to be
12 large, because there's no point of reporting all
13 complications for 2 or 3 patients. So it has to be
14 prospective, long, large study. And that's what I
15 was looking for, I couldn't find it.
16        Q.  You'd also agree that reporting 1
17 or 2 complications in a small number of patients is
18 problematic?
19        MR. HAIL: Objection. Argumentative.
20        THE WITNESS: What do you mean
21 "problematic"?
22        BY MR. SNOWDEN:
23        Q.  Well, okay. Can you read back his
24 last answer, not the question but the last answer.
25        -- Reporter's Note: Whereupon, the

Vladimir Iakovlev, M.D.

Page 58

1  question was read as recorded above.
2       THE WITNESS:  Yes, what I meant, I
3  wouldn't take into consideration, or would consider
4  them but I wouldn't take them as a high-quality
5  data if there is a study for 2 or 3 patients.
6       You can report them.  I mean, it gives
7  you some information.  But you have to understand
8  it's low-quality data.
9  BY MR. SNOWDEN:
10      Q.  Okay.  Would you also agree that a
11 study with a small number of patients that has 1 or
12 2 complications can skew the data into showing a
13 higher incidence than the true incidence of the
14 complications?
15      A.  Either higher or low.  Because low
16 quality data means that it's not very accurate;
17 that's what it means.
18      Q.  When you mentioned "large" before,
19 how many patients are you talking about when you
20 say large?
21      A.  The larger the better.  This group
22 is not bad.  I mean, again, I cannot put a scale to
23 it.  But, I mean, this study is relatively large.
24 I think it was -- how many overall?  273 patients.
25 So it gives you a representation, a good

Page 59

1  representation.
2       Q.  Okay.  If we can turn to the next
3  page of your report, page 10.
4       A.  Yes.
5       Q.  You note in the final conclusion
6  of the publication that new materials are needed to
7  lower the erosion rates; do you see that?
8       A.  I do.
9       Q.  Would you agree that science is
10 always evolving?
11      A.  I do.
12      Q.  And since you have the paper in
13 front of you, can you turn to the final section in
14 this paper.  I believe it's called the "Comment",
15 which is where it's quoted from in your report.
16      A.  Oh, in the paper.
17      Q.  Sorry the publication.  The third
18 to last page begins a section called "Comment".  Do
19 you see that?
20      A.  I do.
21      Q.  Were you aware that the authors of
22 this study use Mersilene almost exclusively in
23 abdominal sacral colpopexy?
24      A.  Well, they described a large
25 number of them.  If they were -- well, they use

Page 60

1  some other meshes, as I understand it, I think at
2  least four, so it's not exclusive.  But they used
3  Mersilene in large volume.
4       Q.  Okay.
5       A.  Specifically for that procedure.
6       Q.  Do you recall reading that in the
7  comment that, "We use Mersilene mesh almost
8  exclusively in our vault suspensions and cannot
9  comment reliably on the erosion rates of the other
10 materials"?
11      A.  Where is it?  I mean, it sounds
12 like I've seen it before but can you point me.
13      Q.  Same page where it has
14 "References".
15      A.  Yes.
16      Q.  So that at least in the year 2000,
17 we have -- approximately seven of the authors are
18 all surgeons, Duke surgeons, who are using
19 Mersilene mesh almost exclusively in vault
20 suspension surgeries; is that correct?
21      A.  That's what it says.
22      Q.  Did that factor in your opinions
23 in this case at all?
24      A.  No.
25      Q.  After reporting the results of

Page 61

1  this, their study, do the authors say that they're
2  going to stop using Mersilene?
3       A.  I don't know what they said after.
4  I mean, there is a conclusion in the paper that new
5  materials are needed, but if they stopped using it,
6  if they started using some other mesh, I don't
7  know.
8       Q.  Have you seen papers previously
9  that they'll state right out that because of the
10 results of this study, they've ceased using that
11 material at the institution?
12      A.  I may; I don't recall
13 specifically.  Usually it's for drugs or treatment
14 approach or some other.  Some studies are
15 terminated earlier.
16      Q.  Do you have any criticism of these
17 Duke surgeons decision to use Mersilene mesh almost
18 exclusively in their vault suspensions?
19      A.  I don't know what's their
20 rationale for using it exclusively.
21      Q.  I think that in the comment
22 section they tell us part of the rationale.  Give
23 me two seconds and I'll find it.
24      The last paragraph:
25      "In conclusion, both abdominal

Page 62

1 sacral colpopexy and abdominal-only
2 sacral colpoperineopexy appear to
3 have a relatively low comparable
4 rate of vaginal mesh erosion."
5 Do you see that?
6 A. Yes, but they compare Mersilene to
7 Mersilene.
8 Q. The authors of this paper felt
9 that the rate of erosion was low, correct?
10 MR. HAIL: Objection, speculation.
11 THE WITNESS: I don't know what's low
12 and what's high, how they scale anything.
13 I think we saw that the length of the
14 study was insufficient to detect long-term rates of
15 complications. That "low" can be relative. If
16 they have done the study twice as long, and maybe
17 it would not be as low.
18 BY MR. SNOWDEN:
19 Q. Would you disagree with their
20 statement that it's relatively low?
21 A. I would disagree with "relatively
22 low". I mean, relatively low for that timeframe,
23 maybe. But not overall for the device itself. But
24 I also have to remind you that they are comparing
25 Mersilene to Mersilene. Partially, that sentence

Page 63

1 refers to slightly different procedures using
2 Mersilene.
3 Q. Do you recall reviewing a 2004
4 study by Nygaard entitled, "Abdominal Sacral
5 Colpopexy: A Comprehensive Review"?
6 A. I remember his name. His or her,
7 the name of the author. I remember the name.
8 Q. Okay. Do you recall that article?
9 A. I don't remember now. If you put
10 it in front of me, maybe I will remember it.
11 Q. I don't have it.
12 A. But the name is familiar, yes.
13 Q. Doctor, if you can go to the first
14 page of your supplemental report.
15 A. Yes.
16 Q. The second paragraph, second
17 sentence:
18 "Although it can be partially
19 dependent on surgical technique, the
20 mesh itself is a major factor in the
21 early mesh exposures."
22 Do you see that? Second sentence, it's
23 the first page.
24 A. First page, you said second page.
25 Q. It's the second paragraph.

Page 64

1 A. "Although it can be partially
2 dependent on surgical technique, the mesh itself is
3 a major factor in the early mesh exposures."
4 Yes.
5 Q. And then you state: "Presence of
6 foreign body in the wound is a known cause for
7 retarded healing." Do you see that?
8 A. I do.
9 Q. Then you cite to the Robbins and
10 Cotran Pathologic Basis of Disease?
11 A. It's a pathology bible, for
12 residents at least.
13 Q. In that section on tissue repair,
14 it actually lists nine factors; do you recall that?
15 A. Oh, there are multiple factors
16 which can affect healing, yes.
17 Q. You agree those factors are
18 infection?
19 A. Infection, yes.
20 Q. Diabetes?
21 A. Diabetes. Diabetes controlled and
22 not controlled: That's a big difference. When
23 somebody has well very controlled diabetes, there
24 may be no difference at all.
25 Q. Nutritional status?

Page 65

1 A. Yes. Somebody is well nourished.
2 Q. Use of steroids?
3 A. Yes.
4 Q. Mechanical factors?
5 A. Mechanical is similar to foreign
6 object. I mean, there is a mechanical separation
7 of the wound, yes.
8 Q. Poor perfusion?
9 A. Yes.
10 Q. Type and extent of the injury?
11 A. Yes.
12 Q. And the location of the injury?
13 A. Yes.
14 Q. Okay. And in terms of foreign --
15 A. Location, it depends. I'm not
16 really sure what -- I would have to see what
17 exactly they meant by a location but -- because
18 location may be referring to specific other
19 factors, like perfusion status or...
20 Q. And the foreign bodies that they
21 list in that textbook as examples are steel, glass
22 and bone; does that sound right?
23 A. Well, foreign bodies are any
24 foreign body. It can be steel, bone or something
25 else. I mean, they may just cut the list shorter

Page 66

1  because it's impossible to list all possible
2  foreign objects.
3          But the effect is not limited to steel,
4  glass or bone.  These are more common, but it's not
5  limited to...
6          Q.  On page 4 of your report?
7          A.  Yes.
8          Q.  I believe you're discussing here
9  complications with a multifilament polyester mesh;
10  is that right?
11          A.  You mean in the second paragraph?
12          Q.  Yes, sorry.  The citation number
13  27 --
14          A.  Yes.
15          Q.  -- of that paragraph?
16          Do you recall how many people in that
17  study had been implanted with Mersilene?
18          A.  I don't think this part is -- I
19  don't remember exactly what type of polyester
20  multifilament mesh was there, Mersilene or other.
21          They specifically called it
22  multifilament polyester, what I see in the quote,
23  which is the same as Mersilene design.
24          Q.  Well, I'm not trying to trick you.
25  I'll represent that Mersilene was one of the

Page 67

1  polyester multifilament meshes used in that study.
2  And I just simply want to know, do you know how
3  many patients had been implanted with Mersilene in
4  that study?
5          A.  I didn't pay attention because
6  polyester multifilament is polyester multifilament.
7  And it can be called Mersilene; it can be sold by
8  different brand names.
9          So the main feature is multifilament
10  polyester.  I mean, the main feature is
11  multifilament; polyester is secondary.  But
12  Mersilene is one of the names for multifilament
13  polyester mesh.
14          Q.  Okay.  So, if there were 32
15  patients who were implanted with Mersilene mesh in
16  that study, is that sufficient number for you to
17  accept conclusions regarding complication rates?
18          A.  I would have to see the paper.
19  Again, as I said, I mean there might be higher or
20  lower quality of data.
21          Thirty-two patients may be sufficient
22  number, depending on what feature we are talking
23  about.  If we simply aiming to establish a fact it
24  can happen, 32 is a sufficient number.
25          Q.  Doctor, let's turn to your

Page 68

1  case-specific report for Ms. Berden --
2          A.  Yes.
3          Q.  -- if you would.
4          We've already established that she's
5  been implanted with Mersilene mesh through
6  abdominal sacral colpopexy, correct?
7          A.  Yes, that is my understanding.
8          Q.  Is that a transvaginal approach?
9          A.  No, it is not transvaginal
10  approach.  But we had a larger group of devices and
11  they sort of are united with this designation of
12  transvaginal devices.  But some of them we know, we
13  understand that they are not placed transvaginally.
14  They do include vaginal area, vaginal wall, but not
15  specifically transvaginal placement approach.
16          So maybe it's not very precise
17  definition of transvaginal meshes, but like
18  Gynemesh PS, we know that they're not placed
19  transvaginally.  Some of them are, but some them
20  are not.
21          It's within the same group, because the
22  bulk of the devices is transvaginal.
23          Q.  And for this report, I've noticed
24  that you copied and pasted the entire records
25  themselves into your medical summary; is that

Page 69

1  right?
2          A.  Yes.  I mean, lately some records
3  were coming in the poorest kind of quality, at
4  least my text recognition didn't.  And I just
5  realized, I don't have to do text recognition, I
6  can just take picture of the -- it's easier.
7          Q.  Okay.  Save time is that --
8          A.  But it doesn't save space.
9  Sometimes it saves time, yes.
10          Q.  Did you review any case-specific
11  depositions for Ms. Berden's case?
12          A.  No.
13          Q.  Have you spoken with anyone
14  outside of counsel for Ms. Berden regarding your
15  opinions in this case?
16          A.  No, I have not.
17          Q.  Have you reviewed any expert
18  reports --
19          A.  Expert reports, no.
20          Q.  -- in this case?
21          A.  No.
22          Q.  You know this line of questioning.
23          All right.  So we talked a while about
24  the supplemental report.  Is it fair to say that
25  supplemental report discusses Mersilene, but it

Page 70

1 does not specifically address Ethibond?
2        A.  Well, there is a relevance of
3 Ethibond and Mersilene.  So we know that
4 multifilament sutures preceded multifilament
5 meshes, at least for a short time.
6        And the amount of multifilament sutures
7 that is used is larger.  I mean, they used -- but
8 the studies, many studies, studied the effects of
9 monofilament versus multifilament design, based on
10 sutures.
11        So in a way, Ethibond is similar thread
12 or fiber type as Mersilene.  It's multifilament,
13 and it's polyester.
14        So there is some similarity between
15 Ethibond and single fiber in Mersilene mesh.
16        Q.  Have you told anyone at
17 St. Michael's Hospital that Ethibond is harming
18 their patients?
19        A.  No, I didn't.
20        Q.  Do you know if it's used at
21 St. Michael's Hospital?
22        A.  You asked me that question and I
23 think I said -- I answered that, yes, they are
24 used.  And it's single suture.  You cannot compare
25 one single suture with mesh -- much larger, the

Page 71

1 volume of material is many fold larger.
2        Q.  I think I asked about Mersilene
3 but you probably answered about Ethibond, but we
4 can move on.
5        A.  You did ask about Mersilene and I
6 answered that I don't know.
7        Q.  Okay, fair.
8        A.  And then we went on discussions
9 with the old surgeon who was retired, who was
10 surprised they were still out there.
11        Q.  Okay.  Are you aware that
12 concurrent hysterectomy at the same time as
13 implantation of an abdominal sacral colpopexy mesh
14 carries heightened risk of mesh erosion?
15        A.  I'm aware of reports that
16 concurrent procedures may increase risks.
17        Q.  Okay?
18        A.  It's not that all risks is
19 specific for hysterectomy.  If there is a
20 hysterectomy, there's no mesh implantation, there's
21 no risk of mesh erosion.
22        But if there are several other
23 procedures done in the same time, yes, it may
24 increase -- may alter risks specific to the mesh.
25        Q.  Are you aware that smoking has

Page 72

1 been shown as a risk factor for mesh erosion in --
2 when a mesh is placed in abdominal sacral
3 colpopexy?
4        A.  I am aware, again, of reports of
5 smoking affecting rates of erosion.
6        Again, this would be factor which
7 modifies the risks.  It doesn't introduce it; it
8 doesn't eliminate it.  There a risk specific for
9 mesh because this is the main factor.
10        Then there are some other factors which
11 can change that risk either higher or lower.  To
12 me, smoking doesn't have significant effect -- to
13 me, as a pathologist, it doesn't have significant
14 effect in terms of tissue quality.  It's
15 indistinguishable to me.
16        Tissue of a non-smoker versus smoker
17 will look exactly the same in the microscope.
18 Smoking does not change tissues to a degree that
19 would be detectible microscopically.
20        Q.  Is obesity a risk factor for mesh
21 erosion when a mesh has been placed with abdominal
22 sacral colpopexy?
23        A.  I don't know.  I would have to ask
24 urogynecologist.  I am not aware.
25        Q.  Are you aware whether diabetes is

Page 73

1 a risk factor for mesh erosion when a mesh has been
2 placed via abdominal sacral colpopexy?
3        A.  I think we discussed it.
4 Diabetes, especially poorly controlled diabetes, is
5 a risk factor for poor healing.  When it's well
6 controlled, people live normal lifespan and they
7 don't have any complications.
8        It's the degree of control which has
9 major effect.  Again, it will modify risks which
10 are specific to mesh, but it will not introduce
11 them.  The main factor in mesh erosion is mesh
12 itself.
13        Q.  If you can turn to page 25 of your
14 report, you have a "Summary of Pertinent Records"
15 section?
16        A.  Yes.
17        Q.  For all the records that precede
18 at page 25 in your report, are those the records
19 you deemed pertinent for your case-specific opinion
20 in this case?
21        A.  I thought that they are pertinent
22 enough to be copied.  But since I was copying
23 entire pages, sometimes maybe if I saw something in
24 very small, one line, I would -- I didn't copy.
25        Again, the copies of the pages is here

Vladimir Iakovlev, M.D.

| Page 74 |
|---|

1  to sort of put in chronological order for me to
2  organize summary. The records speak for
3  themselves. So I was aware of everything which was
4  in the records.
5      Q.  Do you recall anything else from
6  the records that you didn't include that is
7  pertinent to your opinions in this case?
8      A.  Well, as I said, I mean I looked
9  at all records. I include part of them in the
10 summary, or copies of the pages. Obviously, I
11 couldn't copy everything.
12     Q.  Ms. Berden underwent a revision of
13 her Mersilene mesh in August of 2004, correct?
14     A.  2014.
15     Q.  Sorry.
16     A.  You said 2004.
17     Q.  Yeah, it wasn't a trick.
18         Were there any cultures done with the
19 mesh at that time?
20     A.  I don't remember now.
21     Q.  Okay.
22     A.  Probably could -- probably they
23 were done, but I don't remember now.
24     Q.  If they were done, is that
25 something you would have put in your report?

| Page 75 |
|---|

1      A.  No, not really. I saw bacteria
2  right there, I mean, it was filled, soaked with
3  bacteria.
4      Q.  So for purposes of your opinions
5  in this case, are positive culture necessary?
6      A.  No.
7      Q.  Unnecessary?
8      A.  Unnecessary.
9      Q.  When you received the specimen in
10 this case, was it fixed in formalin?
11     A.  (Witness reviews document).
12         Judging by the quality of the -- at
13 least debris which was residual, it was fixed in
14 formalin at one point of time. I don't remember if
15 it was filled with formalin totally, or drained.
16 But you can see that neutrophils are there.
17         If it was left unfixed, the neutrophils
18 would autolyse. Then it would have overgrowth of
19 bacteria and everything else. But in the -- you
20 can see clearly that there was some fluid left on
21 the mesh.
22         And then, for example, page 32 and
23 page 33 you can see neutrophils. They are
24 preserved; they are not autolytic. You can have
25 bacterial perforation if mesh is left unfixed, but

| Page 76 |
|---|

1  the neutrophils would just autolyse.
2      Q.  On page 32, to your CB-4, are
3  there neutrophils that you can identify and circle
4  on this image?
5      A.  Well, the entire part, this part,
6  is combination of inflammatory cells -- some of
7  them are neutrophils, debris and bacteria, all
8  together, this whole purple sort of area.
9      Q.  The purple kind of half-moon at
10 the bottom?
11     A.  Yes. It's a combination of
12 debris, inflammatory cells -- most of them are
13 neutrophils -- and then bacteria. That's pus.
14 That's how pus looks under the microscope.
15     Q.  And are those, the dark purple
16 kind of round structures, are those the
17 inflammatory cells?
18     A.  Nuclei of inflammatory cells but
19 then you see sort of, well, there's a high
20 magnification of this on page 33. Then you can see
21 the pink cytoplasm.
22     Q.  You make a statement in your
23 report that Mersilene mesh showed no surface
24 degradation, which was in keeping with material
25 other than polypropylene. Do you recall that?

| Page 77 |
|---|

1      A.  Yes, I do. That's how I -- one of
2  the ways of distinguishing between polypropylene
3  and polyester.
4      Q.  Are you aware of the chemical
5  compatibility of Mersilene to formalin?
6      A.  No, it wouldn't have any
7  significance to my opinions here in this case. So,
8  basically it's a multifilament mesh. I know that
9  it was Mersilene from the records.
10         From what I see, it's not
11 polypropylene, because by that -- by three years in
12 the body there would be a degradation layer, like I
13 see in other multifilament polypropylene meshes
14 like ObTape. It's consistent.
15         It's multifilament. It has no features
16 of polypropylene, at least those that I am aware
17 of, and the record says it's Mersilene.
18     Q.  Are you aware if Mersilene is
19 chemically compatible with alcohol?
20     A.  It's not dissolved. From what I
21 see, it's been through alcohol, it's been through
22 xylene, formalin and the fibers are there,
23 preserved. At least preserved enough to stay on
24 the slide.
25     Q.  Are you aware if Mersilene is

Vladimir Iakovlev, M.D.

Page 78

1   chemically compatible with xylene?
2       A.  Again, compatible enough to be
3   preserved on the slide.  It went through these
4   stages and it's on the slide.
5       Q.  Have you done any chemical testing
6   of Mersilene?
7       A.  No.
8       Q.  Have you reviewed any literature
9   that discusses the chemical resistance of
10  Mersilene?
11      A.  No, I don't think it would be
12  relevant in this case.  I don't see degradation
13  layer on the surface.  So if there are other
14  changes, degradation or other changes of the
15  polymer through any other process, I cannot detect
16  it microscopically.
17      And I perfectly accept that there might
18  be changes of -- sorry, of polymer over time, which
19  may not be detectible by microscopy.  They might be
20  detectible by other means, but not by transmission
21  microscopy.
22      Q.  In your report, in the
23  pathological findings, you note that "the spaces
24  were large enough to accommodate shelter bacteria";
25  do you recall that?

Page 79

1       A.  Which page?
2       Q.  Page 26, second to last paragraph.
3       A.  Yes.
4       Q.  Did you measure those spaces?
5       A.  They ranged from almost no space
6   when they were touching, to a larger spread,
7   15 microns or more.
8       Q.  The image on -- let's turn to page
9   CB-9 on page 37.
10      A.  Oh, they're in there upside down.
11      Q.  Do you see that Figure CB-9?
12      A.  Yes, I do now.
13      Q.  These fibers appear to be split
14  apart somewhat; is that fair?
15      A.  Yes, but it's not what was in the
16  body, because -- there is no tissue which
17  supports it.  So we don't know how far they were.
18  But to answer your question, yes, in this specific
19  slide, they are split apart.
20      Q.  Okay.  Is this an example of kind
21  of what can happen with the microtoming process in
22  terms of disrupting how it had looked in the body?
23      A.  It's not just microtoming.  It's
24  just because the fibers are not supported by the
25  tissue because it was floating in this purulent

Page 80

1   exudate.
2       If it's not supported it can move
3   through multiple means, if there is no sort of
4   matrix which would hold it together.
5       Q.  And if we turn to CB-7 on page 35.
6   Is it your opinion that these fibers shown here are
7   more spread out than they would have been in vivo?
8       A.  They may or may not.  They may be
9   exactly where they were in vivo or maybe a little
10  bit spread out.  Unlikely they are closer to each
11  other.  But again, they can move if they're not
12  supported.
13      Some of them are almost touching, so I
14  guess there cannot be smaller space than that.  And
15  some of them are slightly further apart.
16      Q.  Are the gold colored flecks in
17  here, is that hemosiderin?
18      A.  No, probably not.  It's some other
19  degenerative pigment.  Or maybe it's part of the
20  dye for whatever reason because it's -- no.  It's
21  H&E.
22      So it may be some other -- because many
23  pigments form during degradation of biological
24  materials.  Like when tissue rots, it can produce
25  different pigments and just products of degradation

Page 81

1   of biological material.
2       Q.  Fair to say in this specimen
3   there's no mucosa; is that correct?
4       A.  That's correct.
5       Q.  In this case, you did not find any
6   fibrous connective tissue; is that fair?
7       A.  Not in a way we saw in other
8   photographs.  I mean, there might be some remnants
9   of it which are sort of masqueraded within the
10  purulent material, but nothing well-formed.
11      Q.  Essentially, the specimen you have
12  in this case is a mesh surrounded by purulent
13  material with some neutrophils, and in your opinion
14  bacteria; is that fair?
15      A.  Yes.
16      Q.  Okay.
17      A.  The debris is a combination of
18  necrotic tissues, whatever was preexisting there.
19  And we know it would be mostly fibrous tissue.
20      Q.  I'm just trying to pin down, so at
21  trial you don't come in and say you found nerves
22  and all sorts of other things in this specimen.  Is
23  that fair?
24      A.  It's fair, correct, yes.
25      Q.  Okay.

Vladimir Iakovlev, M.D.

Page 82

1   A. But I will not testify that I
2 found nerves. At least not in this specimen.
3   Q. All right. My understanding of
4 your opinion in this case is that you're not able
5 to tell whether this was -- the infection occurred
6 first or whether the erosion occurred first; is
7 that correct?
8   A. That's correct. I don't think I
9 can pinpoint which was initial.
10   Q. And would you also agree that in
11 this case, you didn't have any tissue on the mesh
12 to be able to determine whether there were any
13 effects from uncontrolled diabetes in the tissue?
14   A. I don't think in this location
15 even if you have tissue you would be able to see
16 the effect of uncontrolled diabetes or controlled
17 diabetes. Even if there was tissue, it would be
18 difficult.
19   I mean, mostly for uncontrolled
20 diabetes you would need peripheral tissues. And
21 it's a clinical diagnosis; it's not histological
22 diagnosis. I mean, you can have some findings and
23 with clinical history you can interpret that.
24   Q. And in terms of, in this case,
25 there's no tissue for you to be able to determine

Page 83

1 whether smoking had effects on Ms. Berden's issue;
2 is that fair?
3   A. I told you before, you can give me
4 a whole body, and it would be difficult who is
5 smoker, who is not smoker. I mean, the changes in
6 tissue are mostly oncogenic effects like lung
7 cancer, and still nonsmokers can develop lung
8 cancers.
9   You can examine lungs, you can see
10 pigment, but sometimes other sources of pigment
11 like working with oven, inhaling smoke of other
12 origin, will give same effects.
13   Q. On page 28 of your report, in the
14 first full paragraph, you have an opinion regarding --
15   A. It's a signature page, yes.
16   Q. Yes, the signature page.
17   You have an opinion regarding that:
18   "Residual tissue damage and
19   scarring caused by the mesh,
20   infection, subsequent surgeries
21   continued and continue to pose a
22   risk for pain and other associated
23   symptoms for Ms. Berden."
24   Do you see that?
25   A. I do.

Page 84

1   Q. Is the basis for that opinion your
2 general reports in this case?
3   A. Well, the basis for this opinion,
4 my knowledge, training and experience and my
5 experience in research in mesh -- in the field of
6 implantable meshes.
7   Generally, the report summarizes those
8 opinions to a degree, but my knowledge is a bit
9 broader than just the report.
10   Q. And I think my point really is,
11 you haven't seen any tissue from Ms. Berden that is
12 still in her body that you're going to opine about;
13 is that fair?
14   A. Should have asked that first time.
15   Yes, I have not seen -- you're correct,
16 I have not seen tissue beyond what I've seen in the
17 specimen.
18   So if I'm opining on factors such as
19 inflammation -- foreign body type inflammation or,
20 in this case, scarring, residual scarring or
21 residual nerve damage, that would be based on my
22 general understanding, general knowledge.
23   Q. What's the significance for your
24 opinions of the gross pictures you include in your
25 report, your CB-1 through 3?

Page 85

1   A. Can I run to washroom quickly?
2   -- RECESS TAKEN AT 3:17 --
3   -- UPON RESUMING AT 3:22 --
4   -- Reporter's Note: Whereupon, the
5 question was read as recorded above.
6   THE WITNESS: Documentation showing
7 what exactly what I received, what state, and
8 showing that it was covered -- the mesh is
9 consistent with Mersilene mesh, that it's covered
10 with purulent exudate, how grossly it looks, then I
11 show it microscopically.
12   BY MR. SNOWDEN:
13   Q. Have you ever seen a pristine
14 Mersilene mesh?
15   A. Yes, I did. I have a sample.
16   Q. Do you have that in your lab?
17   A. In my office. I've had it for
18 many, many years, at least from 2013. Dr. Ben
19 David brought it to me, he brought his whole
20 collection of different types of meshes.
21   Q. Have you done any testing or
22 analysis on pristine mesh?
23   A. No, I haven't.
24   Q. Figure CB-4, what is the
25 significance of this to your opinions in this case?

Vladimir Iakovlev, M.D.

| Page 86 |
| --- |

1    A.  CB-4 is a microscopic section of
2  what we saw grossly in previous images, and it
3  shows part of the mesh and then purulent material,
4  it's bacteria, debris.
5          Essentially, that's how pus looks
6  grossly on previous images, and that's how pus
7  looks microscopically.
8          Fixed pus, not autolytic tissue which
9  is necrotic through autolysis.  So this is tissue
10  which was purulent and then was fixed by formalin.
11          Q.  With autolysis, do you lose tissue
12  cellularity in the tissue?
13          A.  You lose everything.  It becomes
14  one homogeneous, pink, amorphous material.  You can
15  have bacteria proliferating, but if it's pure
16  autolysis it becomes pink.
17          And if everything is pink, homogenous,
18  have some ghost sort of contours of what was
19  existing before, to a degree.  After a while, it
20  all becomes lost, lose matrix.
21          Q.  Okay.  So that includes like --
22  you lose fibroblasts in autolytic tissue?
23          A.  If they were there.  Anything, I
24  mean -- well, bone will keep a structure, cartilage
25  will keep some structure to a degree.  But with

| Page 87 |
| --- |

1  time you lose all details.  Either mummifies or it
2  disintegrates, liquifies and it's gone.
3          Q.  CB-5, what is the significance of
4  what we see here to your opinions in this case?
5          A.  It's magnification, it can have
6  some preservation of tissue, so it's dried up.  But
7  if it remains wet, it will be -- sorry.  That's
8  professional --
9          Q.  Let's come out of the rabbit hole.
10  That was my fault.
11          What is the significance of what you
12  see in CB-5 to your opinions in this case?
13          A.  It's a higher magnification of
14  similar area, looks different.  It's the same, it's
15  part of mesh, and then there is this
16  fibrinopurulent exudate on the surface of mesh.
17  It's essentially how pus looks at high
18  magnification.
19          Q.  And is there -- turning to CB-6,
20  anything new that you haven't already discussed
21  about CB-4 and CB-5?
22          A.  CB-6 is more focusing on interior
23  sort of compartments within the mesh, and, mostly,
24  it is bacterial proliferation between the mesh
25  fibers.

| Page 88 |
| --- |

1          Q.  Is the bacteria -- where is the
2  bacteria here?
3          A.  This sort of smaller --
4          Q.  Circle it so we can save it for
5  posterity.
6          A.  I will circle some representative
7  clumps of bacteria, it doesn't mean that it will be
8  limited -- bacteria will be limited to the circled
9  areas.
10          Q.  That's fine.
11          A.  So these are larger clumps.
12          Q.  Is that pen showing up?
13          A.  Yes, it is showing up.
14          Q.  Okay.  So you circled that in
15  yellow highlighter?
16          A.  Yes.  I mean these are clumps of
17  bacteria with debris together and with other
18  particles.  But mostly bacteria.
19          Q.  And what's the basis -- I think --
20  what's the basis for your opinion in this case that
21  the mesh was infected?
22          A.  Clinical history.  So the
23  descriptions of infection in the mesh.  And then
24  examination, gross examination.  Clearly it was
25  covered with pus.

| Page 89 |
| --- |

1          And then microscopic examination.  I
2  can see the most features of infection, pus,
3  purulent exudate, which is extreme degree of acute
4  inflammation.
5          And the bacteria, which we talked many
6  times and we don't see bacteria as often.  So in
7  most cases there is mesh erosion, there is a degree
8  of infection, but we only see neutrophils as
9  reacting to those bacteria.  So if bacteria are
10  clear, they don't grow in such big numbers.  In
11  this specific case, we see a lot of them, large
12  colonies of bacteria.
13          Q.  Okay.  CB-7, if you turn there.
14          A.  Yes.
15          Q.  Could you circle -- is it your
16  opinion there's bacteria in CB-7?
17          A.  They're mixed in between mesh
18  fibers.  They are mixed with other, some amorphous
19  particles and amorphous material.
20          Q.  Can you circle representative
21  areas of bacteria?
22          A.  I can circle representative area,
23  one.  I circled one but it doesn't -- it's not
24  limited to only one.
25          Q.  So you circled that with the

Vladimir Iakovlev, M.D.

Page 90

1   yellow highlighter?
2          A.  Yes.
3          Q.  Anything different about the
4   significance of what's depicted here from what
5   you've already told us?
6          A.  This is more compact and it shows
7   size of bacteria and size of the spaces.  And it
8   demonstrates the fact which was known before and
9   was studied before in hernia meshes and studied,
10  and those studies were used for classification
11  purposes.
12         The spaces between filaments and
13  multifilament design were too small for cellular
14  traffic.  Neutrophils cannot clear bacteria from
15  these areas.  So bacteria relatively sheltered in
16  these spaces.
17         There's no tissue ingrowth, there's no
18  matrix where the neutrophils can move around, and
19  that's why this mesh is classified as class 2 or
20  class 3.
21         (Reporter sought clarification.)
22         Class 2 or class 3.  Specifically for
23  Mersilene, it's class 3 because of these factors,
24  because these factors predispose meshes to
25  infection.

Page 91

1          Q.  CB-8 looks like Gram staining of
2   the mesh?
3          A.  Yes.
4          Q.  Why did you use Gram staining in
5   this case?
6          A.  It's just habit, professional -- I
7   didn't have to.  Every time I think about bacteria
8   I just use Gram stain.  It's not relevant in this
9   case, at least not relevant to my opinions.
10         But sometimes we do it for other
11  bacterial conditions like bacterial endocarditis,
12  professional reflex.
13         Q.  In this case, the Gram staining
14  didn't pick up any Gram-positive bacteria, did it?
15         A.  It's sort of red, so I didn't see
16  any purple bacteria in there.  It may or may not
17  reflect what was in the cultures so it may or may
18  not reflect what was in the entire mesh.
19         Maybe the stain doesn't work well
20  within the spaces in between fibers; I don't know.
21  But most of the material was red or orange color.
22         Q.  Which is Gram-negative?
23         A.  Yes.
24         Q.  Why did you use polarized light in
25  CB-8?

Page 92

1          A.  Just to show where the fibers are.
2   Again, it's professional habit, reflex.  There is
3   foreign object, you use polarized light.
4          Q.  Is there any additional
5   significance for purposes of your opinions in what
6   is shown in CB-9?
7          A.  It's a high magnification, again,
8   Gram stain.  Bacteria appear orange.  I don't see
9   purple or blue color bacteria.  May or may not
10  reflect Gram positivity or Gram negativity, because
11  I never studied if Gram stain works well in the
12  presence of mesh, or specifically polyester mesh.
13         They appear Gram-negative.  Again, it
14  will be subject to the validity of the Gram stain,
15  and I don't think it's relevant.
16         I mean, the main feature here is that
17  there are bacteria, they would stain with any
18  stains.
19         (Reporter sought clarification).
20         A.  There are bacteria, with
21  any stain.  You can see them with any stain.
22         Sometimes we get bacteria in
23  endocarditis samples, like the leaflets from the
24  lab.  And you check with the cultures, and the
25  culture says Gram-positive, but your stain shows

Page 93

1   different.
2          So then we report it, and just to
3   contribute to the treatment plan.  So sometimes
4   cultures do not perfectly correlate with the
5   microscopic appearance.
6          It's a sampling issue, where you took
7   the sample.  Also may be issue of where bacteria
8   grow better, because there might be different media
9   for culture.
10         I mean, if you do PCR, maybe it's a
11  different story.  The bottom line is, there may or
12  may not be correlation between histological Gram
13  stain and cultures.
14         Sometimes they are contributory.
15  Sometimes they correlate; sometimes they don't.
16         Q.  We've discussed that there's no
17  segment, no portion of mucosa in this specimen.
18  Would you agree with me that this specimen does not
19  contain the site of mesh erosion?
20         A.  I would agree that there is no
21  mucosa, but when there is a large erosion, there's
22  no mucosa because mucosa is necrotic.  You can only
23  see mucosa at the edges, viable edges, for any
24  erosion.
25         So if you excise part which is eroded

Vladimir Iakovlev, M.D.

| Page 94 |
| --- |

1 already, they will be never, um, an erosion. I
2 think we had a case like this yesterday or
3 sometime. I mean, we discussed it.
4       Q. Would you agree that you don't
5 have a site of the mesh eroding through Ms.
6 Berden's tissues in this case?
7       A. That's what I told you. We might
8 be looking at the erosion, at the ulcer bed, but
9 because the ulcer bed was composed of mesh, that's
10 how it looks.
11       There may not be any tissue left at the
12 ulcer bed. It may be just mesh with pus. And the
13 only way to actually see the tissue is to see where
14 it is still preserved. This will be edges and
15 maybe bottom, deeper than the mesh.
16       Q. Okay. So you have the mesh that
17 has eroded, but not the -- where it meets the
18 tissue essentially?
19       A. Yes, there is no transition point
20 with the viable tissue.
21       Q. Is it fair to say that you will
22 not be offering any opinions in this case regarding
23 Ms. Berden experiencing pain, based solely on your
24 review of the mesh specimen?
25       A. Not solely. As I said, it's

| Page 95 |
| --- |

1 combination of multiple pieces of information.
2 Based on the specimen, I can say that there was
3 mesh, Mersilene. I can confirm it was infected.
4 There was focus of infection, that I can show.
5       But then the rest will be coming from
6 records, from my general knowledge.
7       Q. Okay. And is that true for any
8 other associated symptoms outside of the infection
9 itself?
10       A. Yes, for associated symptoms, yes.
11 For infection, I can show it; I can show what's the
12 cause for infection; I can identify mesh. For
13 associated symptoms, this would be based on general
14 knowledge.
15       MR. SNOWDEN: I'm just going to take a
16 look at my notes here.
17       BY MR. SNOWDEN:
18       Q. When you processed the tissue --
19 when you processed the mesh to create slides, did
20 you use the standard procedures that you always use
21 in creating pathology slides?
22       A. Yes, the procedures are standard.
23 They are not just standard for St. Michael's
24 Hospital laboratory. They are standard throughout
25 North America or entire world.

| Page 96 |
| --- |

1       Because the machines and the chemicals
2 are bought from the same suppliers, and the same
3 protocol has been used and the same approach has
4 been used for a hundred years so...
5       And this is the best way to do
6 microscopy.
7       Q. If you can turn back to your
8 supplemental report in this case, please.
9       On page 11 of the report, you have a
10 section that begins "for mid urethral slings"; do
11 you see that?
12       A. Yes.
13       Q. Is it fair to say this section is
14 based on your review of ObTape mesh?
15       A. Yes, this is the only
16 polypropylene multifilament mesh which was -- which
17 I am aware of in vaginal locations.
18       Q. The vaginal location this was used
19 in is different than the location Ms. Berden's mesh
20 was implanted; is that fair?
21       A. Yes and no. I mean, it's not
22 specifically the same location. But it's the same
23 environment, the same vaginal wall, the same risks
24 for erosion, because we know that both pelvic organ
25 prolapse meshes and slings can erode. They are

| Page 97 |
| --- |

1 affected by the same mesh-body interactions.
2       Q. Are there any differences between
3 ObTape mesh and Mersilene mesh that are important
4 for your opinions in this case?
5       A. There are similarities and there
6 are differences. Mainly, the similarities, which
7 are important to me. Similarities, multifilament
8 design. There are differences, of course.
9       It's a different material, different
10 polymer. It's a different weave, but what is
11 important to me is the similarity. And similarity
12 is multifilament design, and higher risk for
13 infection.
14       Q. Okay. Do you recall what the
15 overall risk of infection is with ObTape?
16       A. So I compared the reasons for
17 excision for ObTape and reasons for excision for
18 other slings, of monofilament slings, and the
19 difference was significant.
20       Most of the ObTape slings in my data
21 set were excised for infection and/or erosion,
22 while monofilament meshes, they have much lower
23 rate of erosion. I don't remember exactly, but we
24 can go to the abstract. There was a study.
25       Q. Your study?

Page 98

1    A.   Yes, my study.  There were also
2 other studies.  I mean, I just supported what
3 others -- because you see there are so many
4 references.
5         So some of them were just reporting
6 ObTape.  Some of them were comparing with other
7 designs.
8         So it supported the overall
9 understanding of multifilament design prone to be
10 -- prone to infection, which was established with
11 hernia meshes.
12        And then when the multifilament designs
13 were introduced to vaginal locations or pelvic
14 locations, they showed the same pattern.
15   Q.   That abstract of yours that you
16 referenced, was that looking at ObTape compared to
17 monofilament meshes or did it also include
18 Mersilene?
19   A.   ObTape compared to monofilament.
20 I am not aware of Mersilene slings.
21   Q.   Okay.  So you were just looking at
22 slings because ObTape -- okay?
23   A.   I was looking at slings to
24 compare, as close as possible, apples to apples.
25 This is the same vaginal location, but for clarity

Page 99

1 of comparison, we compared exactly the same
2 locations, for the same designs.
3         It does support what was learned
4 decades before based on hernia meshes, so these
5 things didn't improve when the design was used in
6 the vaginal location, when it was moved from hernia
7 to pelvic surgeries.
8    Q.   And do you know whether the risk
9 of erosion is higher with ObTape than with
10 Mersilene mesh implanted in abdominal sacral
11 colpopexy?
12   A.   I did not compared ObTape with
13 Mersilene for colpopexy.  I did not have those
14 samples in my analysis.  As far as I know, there
15 was no comparison between them.
16   Q.   And same question for, with regard
17 to infection, is it the same answer?
18   A.   It's the same answer.  One of them
19 may be better; one of them may be worse.  But they
20 do belong to the same group of meshes by
21 classification, class 3.
22   Q.   On page 3, you note that the
23 earlier reports of infections associated with
24 multifilament mesh, Mersilene, date back to at
25 least the 1970s; do you see that?

Page 100

1    A.   I do.
2    Q.   And that study was in chin
3 implants; is that true?  Do you recall?
4    A.   (Witness reviews document).  Yes.
5    Q.   Does the location of the implant
6 have any significance to your opinions in this
7 case?
8    A.   Not specifically for this
9 statement.
10   Q.   Why not?
11   A.   Well, chin is not a specific
12 location which would become more exposed or less
13 exposed to infection than any other sites.
14        There may be some variability between
15 them.  It's deeper in the tissue.
16   Q.   If I understand this paragraph, is
17 this sort of you're setting out the historical
18 history of when it was noted Mersilene, that there
19 were infections associated with Mersilene; is that
20 fair?
21   A.   Yes, just historically.  It could
22 have been another location, it just happened to be
23 chin.  So it has no specific significance.
24        MR. SNOWDEN:  That's all I have, thank
25 you.

Page 101

1         THE WITNESS:  Thank you.
2         MR. HAIL:  Can we take a quick break?
3 -- RECESS TAKEN AT 3:48 --
4 -- UPON RESUMING AT 3:53 --
5         CROSS-EXAMINATION BY MR. HAIL:
6    Q.   Doctor, you've mentioned several
7 times during this deposition a classification
8 system for meshes; do you recall that testimony?
9    A.   I do.
10   Q.   Can you describe that
11 classification system?
12   A.   So after several decades of
13 different designs used for hernia surgery, there
14 was enough data to classify meshes.  And the main
15 criteria for classifications were tissue ingrowth
16 and infection.
17        And based on the risks of specific mesh
18 designs, the meshes were classified as class 1, 2
19 and 3:  Microporous, macroporous -- sorry,
20 macroporous, microporous, and mixed designs.
21        So these were the main sort of -- first
22 three groups of synthetic meshes.  And because of
23 the porosity, or spaces within the mesh, were
24 crucial for tissue ingrowth and infection, this
25 became the main factor to classify them into

Vladimir Iakovlev, M.D.

Page 102

1  different groups.
2         And the surgeons would know which type
3  to use and which type can lead to specific
4  complications, mainly, infections.
5         Q.  In the classification system,
6  where does Mersilene fall?
7         A.  Mersilene falls into 3.  It is a
8  mixed design.  It combines both larger pores and
9  smaller pores.  But the drawbacks of infection are
10  specific for the microporous component.
11         Q.  You've mentioned also, there's
12  been testimony you've given about monofilament
13  meshes; do you recall that?
14         A.  I do.
15         Q.  In the classification system,
16  where do monofilament meshes fall?
17         A.  Monofilament fall into class 1.
18  So it's the first group of devices which have
19  larger spaces only, they don't have smaller spaces.
20         Therefore, they show better tissue
21  ingrowth and lower risks of infection.  Not that
22  they are totally immune to it, but they showed it
23  lower, significantly lower enough to be in a
24  separate group from other designs.
25         Q.  In your practice as a pathologist,

Page 103

1  have you had the opportunity to examine class 1
2  monofilament meshes?
3         A.  Yes, I examined a large number of
4  them, several hundred.
5         Q.  And as a pathologist have you had
6  the occasion to examine class 3 multifilament
7  meshes?
8         A.  Yes, I examined class 2 and class
9  3.  And I observed exactly what was described in
10  the published literature, for microporous
11  components and for propensity for infection and
12  limitations of tissue ingrowth in multifilament
13  designs.
14         Q.  Based on your reviews of explanted
15  mesh samples, as a pathologist, have you drawn any
16  conclusions about the -- whether one classification
17  of meshes is less prone to infection than another?
18         A.  Yes.  My observations of, in my
19  practice, just confirmed what was well-known in
20  published literature, that smaller pores,
21  specifically in multifilament designs, are more
22  prone to infection.
23         There are smaller spaces, less cellular
24  traffic.  The spaces can provide shelter from
25  bacteria, exactly what was described for decades.

Page 104

1  I confirmed that.
2         Q.  As a pathologist, have you sought
3  to educate yourself on the professional literature
4  regarding meshes and the different types of meshes
5  that fall in the classification system?
6         A.  Yes, I did.
7         Q.  Have you found or come to any
8  conclusions regarding your review of professional
9  literature as to how class 3 and class 1 meshes
10  operate as to infection and erosion?
11         A.  Yes, and I explained that smaller
12  spaces, they provide shelter for bacteria and less
13  traffic.  That was described in the literature and
14  that's what I have observed in my examination of
15  the samples I received.
16         Q.  And have you operated -- have you
17  yourself conducted any peer-reviewed studies that
18  would address differences, infection and erosion,
19  as to class 1 and class 3?
20         A.  Yes, I had opportunity, I had
21  similar devices, vaginal devices.
22         One group had multifilament design,
23  class 3, and the other group of similar devices was
24  monofilament.
25         And my observation, or my findings in

Page 105

1  that study were in line with all those published
2  studies showing that class 3 will have higher risks
3  for infection.
4         Almost all of those class 3 vaginal
5  devices were removed for infection, and showed
6  microscopic features of infection.
7         Q.  Were you the first author of that
8  study?
9         A.  Yes, I was.
10         Q.  And was that study published in
11  the World Journal of Urology?
12         A.  Yes, it was.
13         Q.  And was that a peer-reviewed
14  journal?
15         A.  It was an abstract.  I think it
16  was peer-reviewed for the publication.  Because
17  some abstracts are reviewed by the committee, some
18  abstracts are reviewed -- committee is the same
19  peers; it's just a smaller group.  And some of them
20  are sent for peer review.
21         I don't remember exactly what was the
22  review process but there is always a review
23  process.
24         Q.  And is the World Journal of
25  Urology the type of journal that pathologists and

Vladimir Iakovlev, M.D.

| Page 106 | Page 108 |
|---|---|
| 1 professionals rely upon in their work? | 1 be listed in the abstracts as well. |
| 2   A.  Yes, it was also presented to the | 2   Q.  There it is on page 8, number one, |
| 3 conference.  So an abstract went to the journal and | 3 Iakovlev, Blaivas J? |
| 4 the presentation was presented during the | 4   A.  Yes. |
| 5 conference. | 5   Q.  Okay.  One quick question -- two |
| 6   Q.  Who was the sponsor of that | 6 more. |
| 7 conference? | 7   When you were asked about class 1 |
| 8   A.  It was one of the urological | 8 versus class 3 meshes, and your analysis of those, |
| 9 associations.  I don't remember exactly. | 9 is that the same work that you and I had been |
| 10   Q.  It may be listed in your CV? | 10 discussing during my questioning, or was that |
| 11   A.  I can see in my CV. | 11 something different? |
| 12   MR. SNOWDEN:  It's not part of the | 12   A.  Now I'm confused.  I don't |
| 13 exhibit, I don't think. | 13 remember what we discussed. |
| 14   THE WITNESS:  It is. | 14   Q.  Just now you were asked about work |
| 15   MR. SNOWDEN:  Oh, it is. | 15 you had done comparing class 1 and class 3 meshes; |
| 16   MR. HAIL:  Yes, towards the end. | 16 do you recall that? |
| 17   MR. SNOWDEN:  I stand corrected. | 17   A.  Yes, now we were specifically |
| 18   THE WITNESS:  It's International | 18 talking about this study. |
| 19 Society of Urology.  Congress of International | 19   Q.  Okay.  And is that the same study |
| 20 Society of Urology. | 20 that looked at ObTape in comparison to monofilament |
| 21   BY MR. HAIL: | 21 meshes? |
| 22   Q.  And when you presented your | 22   A.  That is correct. |
| 23 findings to the International Society of Urology, | 23   Q.  Last question.  Are you offering |
| 24 did anybody come up to you and say that your | 24 any opinions in this case regarding the implanting |
| 25 findings were wrong? | 25 surgeon's decision to implant Mersilene in 2011? |

| Page 107 | Page 109 |
|---|---|
| 1   A.  No, because there was a long trail | 1   A.  No, I'm not discussing.  I'm a |
| 2 of similar publications showing the same fact.  It | 2 pathologist.  I'm showing what went wrong and the |
| 3 wasn't something new.  That comparison has been | 3 reasons or most likely mechanisms. |
| 4 done several times before, mainly clinically.  I | 4   MR. SNOWDEN:  All right.  Thank you. |
| 5 just had opportunity to show it microscopically. | 5   MR. HAIL:  Thank you, Doctor. |
| 6   MR. HAIL:  Thank you.  That's all I | 6   -- OFF THE RECORD DISCUSSION -- |
| 7 have. | 7   THE REPORTER:  Would you like a copy of |
| 8   MR. SNOWDEN:  I just have one quick | 8 the transcript? |
| 9 question. | 9   MR. HAIL:  We will want a copy.  But I |
| 10   REDIRECT EXAMINATION BY MR. SNOWDEN: | 10 will have to get my people in touch. |
| 11   Q.  That presented abstract you're | 11 |
| 12 talking about, is that on page 12 of your CV? | 12 -- Whereupon the deposition concluded at 4:04 p.m. |
| 13   A.  I just had it open.  Yes. | 13 |
| 14   Q.  Which one is it on there? | 14 |
| 15   A.  2016. | 15 |
| 16   Q.  "The Reason why some Sling Designs | 16 |
| 17 Can be Prone to Infection"? | 17 |
| 18   A.  Yes, it is. | 18 |
| 19   Q.  Who were the other authors, if | 19 |
| 20 any, on that abstract? | 20 |
| 21   A.  I believe Dr. Blaivas, maybe | 21 |
| 22 somebody else, but at least myself and Dr. Blaivas. | 22 |
| 23   Q.  Would that be found somewhere on | 23 |
| 24 your CV as well? | 24 |
| 25   A.  Yes.  I mean, the abstract should | 25 |

Vladimir Iakovlev, M.D.

Page 110

REPORTER'S CERTIFICATE

1
2
3     I, JUDITH M. CAPUTO, RPR, CSR, CRR,
4  Registered Professional Reporter, certify;
5     That the foregoing proceedings were
6  taken before me at the time and place therein set
7  forth, at which time the witness was put under oath
8  by me;
9     That the testimony of the witness and
10 all objections made at the time of the examination
11 were recorded stenographically by me and were
12 thereafter transcribed at my direction;
13     That the foregoing is a true and
14 correct transcript of my shorthand notes so taken.
15
16
17
18     Dated this 24th day of September, 2018.
19
20
21     _____
22
      PER:  JUDITH CAPUTO, RPR, CSR, CRR
23
24
25

Page 111

CERTIFICATE OF REPORTER

1
2  CANADA     )
3  PROVINCE OF ONTARIO  )
4
5  I, Judith M. Caputo, the officer before whom the
6  foregoing deposition was taken, do hereby certify
7  that the witness whose testimony appears in the
8  foregoing deposition was duly sworn by me; that the
9  testimony of said witness was taken by me in
10 shorthand, using Computer Aided Realtime, to the
11 best of my ability and thereafter reduced to
12 written format under my direction; that I am
13 neither counsel for, related to, nor employed by
14 any of the parties to the action in which the
15 deposition was taken, and further that I am not
16 related or any employee of any attorney or counsel
17 employed by the parties thereto, nor financially or
18 otherwise interested in the outcome of the action.
19
20  _____
21  Judith M. Caputo, RPR, CSR, CRR
22
23  Commissioner for taking
24  Oaths in the Province of Ontario
25

Page 112

1      ------
2     E R R A T A
3      ------
4  PAGE  LINE  CHANGE
5  ___ ___ _____
6   REASON: _____
7  ___ ___ _____
8   REASON: _____
9  ___ ___ _____
10  REASON: _____
11  ___ ___ _____
12  REASON: _____
13  ___ ___ _____
14  REASON: _____
15  ___ ___ _____
16  REASON: _____
17  ___ ___ _____
18  REASON: _____
19  ___ ___ _____
20  REASON: _____
21  ___ ___ _____
22  REASON: _____
23  ___ ___ _____
24  REASON: _____
25

Page 113

1    ACKNOWLEDGMENT OF DEPONENT
2
3     I,_____, do hereby
4  certify that I have read the foregoing pages, and that
5  the same is a correct transcription of the answers
6  given by me to the questions therein propounded, except
7  for the corrections or changes in form or substance, if
8  any, noted in the attached Errata Sheet.
9
10
11  _____
12  [WITNESS NAME]     DATE
13
14
15  Subscribed and sworn to
16  before me on this _____day
17  of_____,20___, by _____
18  _____,
19  proved to me on the basis of satisfactory
    evidence to be the person(s) who appeared before me.
20
21    Signature _____
22
23
24
25