# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------ | |
| ETHICON WAVE 8 CASES LISTED IN EXHIBIT A OF DEFENSE MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF DR. VLADIMIR IAKOVLEV (Dkt. 6874) | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**PLAINTIFFS' AMENDED ADOPTION OF PRIOR DAUBERT RESPONSE AND OPPOSITION TO DEFENDANT ETHICON'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DR. VLADIMIR IAKOVLEV FOR WAVE 8**
(amended for clarification only)

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert response filed against Vladimir Iakovlev, M.D. for Ethicon Wave 4, Dkt. 3790 regarding monofilament polypropylene mesh previously disclosed in this litigation. Plaintiffs respectfully request that the Court deny Defendants' adopted motion regarding monofilament polypropylene mesh previously disclosed in this litigation, for the reasons expressed in the Wave 4 response briefing.

As to Defendants' motion regarding Mersilene mesh, leadership hereby adopts the Response filed October 25, 2018, in Ethicon MDL, 2:12-MD-2327, Dkt. number 7045.

1

Dated: October 29, 2018                    Respectfully submitted,

/s/  D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com