**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR             Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                     MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 8 CASES LISTED IN
EXHIBIT A OF PLAINTIFFS' NOTICE OF             JOSEPH R. GOODWIN
ADOPTION                                       U.S. DISTRICT JUDGE

<u>**NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY OF
ELIZABETH KAVALER, M.D. FOR WAVE 8**</u>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

reply filed against Elizabeth Kavaler, M.D. for Ethicon Wave 1, Dkt. 2237. Plaintiffs

respectfully request that the Court grant Plaintiffs' motion, for the reasons expressed in the Wave

1 briefing.

Dated: October 29, 2018                  Respectfully submitted,

                                         /s/  D. Renee Baggett
                                         Renee Baggett, Esq.
                                         Bryan F. Aylstock, Esq.
                                         Aylstock, Witkin, Kreis and Overholtz, PLC
                                         17 East Main Street, Suite 200
                                         Pensacola, Florida  32563
                                         (850) 202-1010
                                         (850) 916-7449 (fax)
                                         E-mail:  rbaggett@awkolaw.com

                                         /s/ Thomas P. Cartmell
                                         THOMAS P. CARTMELL
                                         Wagstaff & Cartmell LLP
                                         4740 Grand Avenue, Suite 300
                                         Kansas City, MO 64112
                                         816-701-1102
                                         Fax 816-531-2372
                                         tcartmell@wcllp.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 29, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com