# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 8 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY
## REGARDING PROF. DR. MED. UWE KLINGE FOR WAVE 8

Come now, the Defendants, and adopt and incorporate by reference the Daubert reply filed in relation to Prof. Dr. Med. Uwe Klinge for Ethicon Wave 4, [Dkt. #3855]. Defendants respectfully request that the Court exclude Dr. Klinge's testimony for the reasons expressed in the Wave 4 briefing.

Dated: October 30, 2018

                Respectfully submitted,

                */s/ Susan M. Robinson*
                Susan M. Robinson (W.Va. Bar #5169)
                Thomas Combs & Spann PLLC
                300 Summers Street
                Suite 1380 (25301)
                P.O. Box 3824
                Charleston, WV 25338
                (304) 414-1807
                srobinson@tcspllc.com

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2018 I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>*/s/ Susan M. Robinson*
>Susan M. Robinson (W.Va. Bar #5169)
>Thomas Combs & Spann PLLC
>300 Summers Street
>Suite 1380 (25301)
>P.O. Box 3824
>Charleston, WV 25338
>(304) 414-1807
>srobinson@tcspllc.com