# EXHIBIT A

MICHAELS EXHIBIT A

| Plaintiff Name | Case Number |
|---|---|
| Sotolongo, Yolanda Rey | 2:18cv00242 |
| Bowling, Colleen K. | 2:14cv26063 |
| Patton, Karen | 2:14cv20472 |
| Rowan, Tammy L. & Duane | 2:14cv02822 |
| Shaw, Lisa M. & Anthony D. | 2:14cv25802 |
| Soto, Candida | 2:14cv20814 |
| Suppa, Corrinne L. | 2:14cv15978 |
| Vincent, Crystal S. & Randy J. | 2:14cv10298 |
| Alsadi, Heand | 2:17cv03724 |
| Ash, Tammy | 2:16cv11635 |
| Balsamo, Mary Ann & Rocco L. | 2:14cv27839 |
| Bardo, Paula Sue & Leslie J. | 2:13cv23717 |
| Baumgardner, Deborah Kay & Michael | 2:14cv24274 |
| Belew-Nyquist, Deborah | 2:16cv11306 |
| Benestad, Maria & John T. | 2:13cv16867 |
| Birkestrand, Carol | 2:17cv03331 |
| Bredlow, Joy L. | 2:13cv33415 |
| Casebolt, Cheryl Camille | 2:16cv11636 |
| Coghlan, Linda P. & Ronnie G., Sr. | 2:14cv18583 |
| Dafryck, Judy Ann & Winston | 2:13cv32034 |
| Davila, Rafaela | 2:16cv00935 |
| Engel, Vickey | 2:17cv04585 |
| Engstrom, Miriam & John | 2:17cv04172 |
| Garcia, Rene | 2:17cv02665 |
| Garcia-Valdez, Trinie & Frank | 2:14cv13951 |
| Giancola, Kimberly & Michael | 2:16cv12479 |
| Gosper, Robin G. & Michael | 2:17cv00316 |
| Green, Nancy | 2:13cv22087 |
| Gutierrez, Debra & Raymond | 2:14cv01045 |
| Imhoff, Laurie M. & Robert | 2:13cv23712 |
| Jackson, Rita | 2:13cv23744 |
| McFarland, Heather | 2:16cv01502 |
| McLester, Carrie & Joe | 2:17cv02668 |
| Montejano, Angie | 2:16cv11752 |
| Paholke, Elyece & Herold | 2:17cv01100 |
| Pelican, Cathy - 167349 | 2:15cv14522 |
| Peltier-Ettiene, Joan & Janan | 2:14cv24479 |
| Polese, Elizabeth | 2:14cv12542 |
| Powers, Linda | 2:14cv12626 |
| Rafal, Lisa & Alan | 2:13cv30924 |
| Rueb, Katherine | 2:13cv32138 |
| Shahbaz, Frieda & Cyrus | 2:13cv26237 |

MICHAELS EXHIBIT A

| Plaintiff Name | Case Number |
|---|---|
| Stone, Susan & William Vernor | 2:14cv24922 |
| Sugg, Lenda & Ernest | 2:12cv06033 |
| Swavely, Terri D. | 2:14cv24222 |
| Thomas, Marti R. (f/k/a Keegan) & Scott R. | 2:14cv19682 |
| Tindall, Donna | 2:14cv24096 |
| Valdez, Linda & Joaquin | 2:14cv15375 |
| Vituschi-Allen, Patricia L. & Stewart W., Sr. | 2:16cv06064 |
| Weisz, Kathryn L. | 2:14cv24481 |
| Wherry, Carol L. & Jerome | 2:15cv08119 |
| Willet, Elizabeth J. & James E. | 2:13cv01573 |
| Willis, Sherry & Travis | 2:14cv14532 |
| Wilson, Jacqueline | 2:17cv04055 |
| Winebrenner, Nancy | 2:17cv00576 |
| Wright, Esther & Andrew | 2:17cv01380 |
| Dunlap, Donna F. & Vernon | 2:14cv11689 |
| Collins, Tina M. & Dwayne N. | 2:14cv16375 |
| Deforest, Carrie Ellen & Dwight | 2:14cv29458 |