IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT
## C.R. BARD, INC. and TISSUE SCIENCE LABORATORIES LIMITED
## WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant C.R. Bard, Inc. and **TISSUE SCIENCE LABORATORIES LIMITED** ("Bard") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with prejudice, and terminate C.R. BARD Inc and TISSUE SCIENCE LABORATORIES LIMITED from the docket in the actions, parties to bear their own costs.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000

*Attorneys for Defendant C.R. Bard, Inc.*

/s/ Micah L. Hobbs
**Micah L. Hobbs**
SHOOK, HARDY & BACON L.L.P
mhobbs@shb.com
**Devin K. Ross**
SHOOK, HARDY & BACON L.L.P
dkross@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
816/474–6550
816/474-5547 (fax)
*Counsel for the Covidien Entities*


By: /s/ Melanie H. Muhlstock
Melanie H. Muhlstock
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: 516.466.6500
Facsimile: 516.466.6665
mmuhlstock@yourlaywer.com
*Counsel For Plaintiffs on Exhibit A*

Dated: October 29, 2018

**EXHIBIT A – Parker Waichman LLP**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| **2:15-cv-11248** | Carr v. C. R. Bard, Inc. et al |

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/