**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR            Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                           MDL 2327
LITIGATION

-----------------------------------------------------------
ETHICON WAVE 8 CASES LISTED IN
EXHIBIT A OF PLAINTIFFS' NOTICE OF            JOSEPH R. GOODWIN
ADOPTION                                              U.S. DISTRICT JUDGE

**NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY OF
TIMOTHY ULATOWSKI, M.D. FOR WAVE 8**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

reply filed against Timothy Ulatowski, M.D. for Ethicon Wave 1, Dkt. 2232. Plaintiffs

respectfully request that the Court grant Plaintiffs' motion, for the reasons expressed in the Wave

1 briefing.

Dated: October 30, 2018                    Respectfully submitted,

                                           /s/  D. Renee Baggett
                                           Renee Baggett, Esq.
                                           Bryan F. Aylstock, Esq.
                                           Aylstock, Witkin, Kreis and Overholtz, PLC
                                           17 East Main Street, Suite 200
                                           Pensacola, Florida  32563
                                           (850) 202-1010
                                           (850) 916-7449 (fax)
                                           E-mail:  rbaggett@awkolaw.com

                                           /s/ Thomas P. Cartmell
                                           THOMAS P. CARTMELL
                                           Wagstaff & Cartmell LLP
                                           4740 Grand Avenue, Suite 300
                                           Kansas City, MO 64112
                                           816-701-1102
                                           Fax 816-531-2372
                                           tcartmell@wcllp.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com