IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

### JOINT MOTION TO DISMISS DEFENDANT C.R. BARD, INC. WITH PREJUDICE

Plaintiffs whose cases are listed on the attached Exhibit A and defendant C.R. Bard, Inc. ("Bard") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third party claims. Accordingly, they jointly move the court to dismiss Bard as a defendant in these actions with prejudice, parties to bear their own costs.[1]

.

Respectfully:

By: /s/ Melanie H. Muhlstock
Melanie H. Muhlstock
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: 516.466.6500
Facsimile: 516.466.6665
mmuhlstock@yourlaywer.com
**COUNSEL FOR PLAINTIFFS** on Exhibit A

---

[1] The parties jointly move to dismiss C.R. Bard, Inc. with prejudice and terminate it from the Court's docket in these matters; the signatures for Bard on this motion relate only to the joint motion. The motion to transfer is made only by the plaintiffs.

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6000

*Attorneys for Defendant C.R. Bard, Inc.*

Dated: __10/30/2018_____

## EXHIBIT A – LAW FIRM _____

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
|  |  |
| **2:12-cv-03674** | Hudson et al v. C. R. Bard, Inc. |
|  |  |

## CERTIFICATE OF SERVICE

I hereby certify that on __10/30/2018__, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Melanie H. Muhlstock