**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.,
      PELVIC REPAIR SYSTEM          MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A


**ORDER**
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Inc., Ethicon, Inc., Ethicon LLC, Ethicon Women's Health and Urology and Gynecare, where named (collectively, "the Ethicon defendants").  The motion is filed pursuant to the procedures established by Pretrial Order ("PTO") # 302 that I have adopted by PTO # 314. *See* PTO #s *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") (ECF No. 6020 and 6569).

As stated in PTO # 302 as adopted, the Court established certain procedures to prompt dismissals of settled cases. Under these procedures, the Court directed the Ethicon defendant(s) to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendant(s) have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the Court also mandated that the Ethicon defendants file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the Court that the parties have jointly agreed to settle and have settled the cases on Exhibit A; it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The Court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:        October 30, 2018

THOMAS E. JOHNSTON, CHIEF JUDGE

Exhibit A

| Civil Action No. | Case Name | ECF No. |
|---|---|---|
| 2:12-cv-00595 | Hendrix et al v. Ethicon, Inc. et al | 128 |
| 2:12-cv-00967 | Shepherd v. Ethicon, Inc. et al | 121 |
| 2:12-cv-01709 | Swanson et al v. Ethicon, Inc. et al | 96 |
| 2:12-cv-01740 | Gibson et al v. Ethicon, Inc. et al | 75 |
| 2:12-cv-01830 | Strickland et al v. Ethicon, Inc. et al | 60 |
| 2:12-cv-01974 | Slocumb v. Ethicon, Inc. et al | 67 |
| 2:12-cv-02077 | Marshall et al v. Ethicon, Inc. et al | 88 |
| 2:12-cv-02475 | Arnette et al  v. Ethicon, Inc. et al | 45 |
| 2:12-cv-02476 | Baker et al v. Johnson & Johnson et al | 53 |
| 2:12-cv-02479 | Milan v. Ethicon, Inc. et al | 54 |
| 2:12-cv-02788 | Coward v. Ethicon, Inc. et al | 92 |
| 2:12-cv-02880 | Sweeney v. Ethicon, Inc. et al | 59 |
| 2:12-cv-03038 | Richmond v. Ethicon, Inc. et al | 72 |
| 2:12-cv-03128 | Smith v. Ethicon, Inc. et al | 67 |
| 2:12-cv-03140 | Krauser et al v. Ethicon, Inc. et al | 62 |
| 2:12-cv-03560 | Lester v. Ethicon, Inc. et al | 57 |
| 2:12-cv-03579 | Glass et al v. Ethicon, Inc. et al | 63 |
| 2:12-cv-03593 | Eversole v. Ethicon, Inc. et al | 60 |
| 2:12-cv-03594 | Vanover et al v. Ethicon, Inc. et al | 55 |
| 2:12-cv-03872 | Keller v. Ethicon, Inc. et al | 58 |
| 2:12-cv-03873 | Knox et al v. Ethicon, Inc. et al | 56 |
| 2:12-cv-03874 | Wooten et al v. Ethicon, Inc. et al | 53 |
| 2:12-cv-04061 | Lloyd et al v. Ethicon, Inc. et al | 78 |
| 2:12-cv-04541 | Raymond et al v. Ethicon, Inc. et al | 58 |