**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED
EXHIBITS:

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-C and defendant American Medical

Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims

between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these

actions with prejudice, and terminate AMS from the docket in these actions, parties to bear their

own costs.

Respectfully:

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE
Suite 200
321 South Main Street
Providence, RI 02903
401.457.7700 (phone)
401.457.7708 (fax)
dmigliori@motleyrice.com
*Attorney for Plaintiffs on Exhibit A*


/s/ Jayne Conroy
Jayne Conroy
SIMMONS HANLY CONROY
112 Madison Avenue
New York, NY 10016-7416
212.784.6400 (phone)
212.213.5949 (fax)
jconroy@simmonsfirm.com
*Attorney for Plaintiffs on Exhibit B*


/s/ Matthew R. McCarley
Matthew R. McCarley
FEARS NACHAWATI
Suite 715
4925 Greenville Avenue
Dallas, TX 75206
214.890.0711 (phone)
214.890.0712 (fax)
*Attorney for Plaintiffs on Exhibit C*

Dated:  October 30, 2018

**EXHIBIT A – MOTLEY RICE**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-02477 | Rhonda Harvey, Roger Harvey v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |

**EXHIBIT B – SIMMONS HANLY CONROY**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-23111 | Callie Nunez, Billy Nunez v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – FEARS NACHAWATI**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-15483 | Nicolasa Belmarez, Fernando Belmarez v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.


/s/ Barbara R. Binis