**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br>-------------------------------------------------------<br>This document applies to:<br><br>ETHICON WAVE 8 CASES LISTED IN EXHIBIT A TO DEFENDANTS' WAVE 8 NOTICE OF ADOPTION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF REPLY IN SUPPORT OF PRIOR DAUBERT MOTION TO EXCLUDE GENERAL-CAUSATION TESTIMONY OF DIONYSIOS VERONIKIS, M.D. FOR WAVE 8**

Defendants hereby adopt and incorporate by reference the Wave 3 Reply in Support of Motion to Exclude General-Causation Testimony of Dionysios Veronikis, M.D., Dkt. 3033. Defendants respectfully request that the Court exclude Dr. Veronikis's testimony, for the reasons expressed in the Wave 3 briefing. This notice applies to the Wave 8 cases identified in Exhibit A attached to Defendants' Wave 8 Notice of Adoption, Dkt. 6854.

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)

Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants Ethicon, Inc.,
and Johnson & Johnson

**CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

44782127.v1