IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO: ETHICON WAVE 8 CASES LISTED IN EXHIBIT A TO DEFENDANTS' WAVE 8 NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

NOTICE OF ADOPTION OF REPLY IN SUPPORT OF PRIOR *DAUBERT* MOTION OF ANNE WILSON FOR WAVE 8

Defendants hereby adopt and incorporate by reference the Reply in support of their *Daubert* motion filed against Anne Wilson for Ethicon Wave 3, Dkt. 3025. Defendants respectfully request that the Court exclude Ms. Wilson's testimony for the reasons expressed in the Wave 3 briefing.

This notice applies to the Wave 8 cases identified in Exhibit A attached to Defendants' Notice of Adoption for Wave 8, Dkt. 6867.

Respectfully submitted,

/s/ William M. Gage
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC

1

>300 Summers Street
>Suite 1380 (25301)
>P.O. Box 3824
>Charleston, WV 24338
>(304) 414-1800
>srobinson@tcspllc.com
>
>Counsel for Defendants Ethicon, Inc.,
>and Johnson & Johnson

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

>*/s/ William M. Gage*
>William M. Gage

44782540.v1