# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS DEFENDANT
## AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-H and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own costs. Other defendants remain in these actions, and plaintiffs will continue to pursue these actions against them.

Respectfully:

/s/Stephen J. McConnell
Stephen J. McConnell
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
smcconnell@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Bryan F. Aylstock
Bryan F. Aylstock
AYLSTOCK WITKIN KREIS & OVERHOLTZ
Suite 200
17 East Main Street
Pensacola, FL 32502
850.202.1010 (phone)
850.916.7449 (fax)
baylstock@awkolaw.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Andrew J. Cross
Andrew J. Cross
CAREY DANIS & LOWE
Suite 1100
8235 Forsyth Boulevard
St. Louis, MO 63105
314.725.7700 (phone)
314.721.0905 (fax)
across@careydanis.com
*Attorney for Plaintiff on Exhibit B*

/s/ Erin K. Copeland
Erin K. Copeland
FIBICH LEEBRON COPELAND BRIGGS JOSEPHSON
1150 Bissonnet Street
Houston, TX 77005
713.751.0025 (phone)
713.751.0030 (fax)
ecopeland@fibichlaw.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Mary C. Hamilton
Mary C. Hamilton
HAMILTON LAW FIRM
P. O. Box 188
Storm Lake, IA 50588
712.732.2842 (phone)
712.732.6202 (fax)
mary@hamiltonlawfirmpc.com
*Attorney for Plaintiff on Exhibit D*

/s/ Alex Barlow
Alex Barlow
HEARD ROBINS CLOUD & BLACK
Suite 2200
2000 West Loop South
Houston, TX 77027
713.650.1200 (phone)
713.650.1400 (fax)
barlow@heardrobins.com
*Attorney for Plaintiffs on Exhibit E*

/s/ Lee B. Balefsky
Lee B. Balefsky
KLINE & SPECTER
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
215.772.1000 (phone)
215.735.0960 (fax)
Lee.Balefsky@Klinespecter.com
*Attorney for Plaintiffs on Exhibit F*

/s/ John T. Boundas
John T. Boundas
WILLIAMS KHERKHER HART BOUNDAS
Suite 600
8441 Gulf Freeway
Houston, TX 77017
713.230.2200 (phone)
713.643.6226 (fax)
jboundas@williamskherkher.com
*Attorney for Plaintiffs on Exhibit G*

/s/ Richard W. Schulte
Richard W. Schulte
WRIGHT & SCHULTE
Suite A
812 East National Road
Vandalia, OH 45377
937.435.7500 (phone)
937.435.7511 (fax)
rschulte@legaldayton.com
*Attorney for Plaintiff on Exhibit H*

Dated: October 31, 2018

# EXHIBIT A – AYLSTOCK WITKIN KREIS & OVERHOLTZ

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-06065 | Sharon Mashburn v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., |
| 2:13-CV-25668 | Diana Krzeminski, Stanley Krzeminski v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., |
| 2:14-CV-08383 | Stephanie L. Seese, Thomas Seese v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – CAREY DANIS & LOWE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-13306 | Linda Crocker v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

## EXHIBIT C – FIBICH LEEBRON COPELAND BRIGGS JOSEPHSON

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-CV-15771 | Donna Gambill, Vernon Russel Gambill v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT D – HAMILTON LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-26615 | Lucille Elms v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |

**EXHIBIT E – HEARD ROBINS CLOUD & BLACK**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-11098 | Lisa Ann Shank, Meade Shank v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT F – KLINE & SPECTER**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-04837 | Linda Joyce Jarrett, James Jarrett v., American Medical Systems, Inc. |

## EXHIBIT G – WILLIAMS KHERKHER HART BOUNDAS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-09814 | Carole Watkins, Robert William Watkins v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT H – WRIGHT & SCHULTE

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-CV-07776 | Ellen M. Salas v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Stephen J. McConnell