IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| ------------------------------------------------------- | |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| ------------------------------------------------------- | |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| ------------------------------------------------------- | |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| ------------------------------------------------------- | |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| ------------------------------------------------------- | |
| THIS DOCUMENT RELATES TO ALL CASES | |

**ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion of Kline & Specter, P.C.; Mazie Slater Katz & Freeman; and Anderson Law Offices and any response thereto, it is hereby ORDERED and DECREED that Moving Firms' Motion to Compel Discovery has been GRANTED and, the Fee and Cost Committee is to produce the documents, things, and answers requested by Moving Firms in the Combined Third Requests for Production of Documents, Things, and Interrogatories.

BY THE COURT:

_____
Joseph R. Goodwin, J.