IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION      MDL 2327

THIS DOCUMENT RELATES TO THE
CASE(S) IN THE EXHIBIT ATTACHED HERETO

### INACTIVE DOCKET ORDER
### (Multi-Defendants)

The court has been advised by all counsel that in the cases listed on the attached Exhibit A, the plaintiffs and all named defendants, as listed in the captions of those cases on the docket sheet, have reached a settlement. The court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the court **ORDERS** as follows:

    1.    All discovery deadlines are continued until further order of the court.

    2.    That the Clerk place the case(s) listed on the attached Exhibit A on the pending inactive docket.

    3.    Plaintiffs and each defendant may submit a Joint Motion to Dismiss with prejudice on or before April 29, 2018; otherwise the cases on Exhibit A will be dismissed without prejudice absent a request to the Court for an extension of the deadline. It is not necessary for the parties to submit one dismissal that includes all defendants. If a plaintiff(s) and a defendant have completed the settlement process and finalized everything necessary to dismiss the defendant, then the plaintiff(s) and that particular defendant may submit a Joint Motion to Dismiss for that particular defendant. The court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The court will reinstate any


case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Such motion shall be made within 5 days of rejection of the settlement. Any reinstated case, including all remaining defendants, will be subject to an expedited docket control order.

The court notes that in some cases counsel have represented that they are authorized by the plaintiffs on the attached exhibits to act on the plaintiffs' behalf with respect to settlement matters. Once settlements are finalized, dismissal orders must be signed by counsel of record.

The court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

Respectfully:

/s/ William M. Gage
William M. Gage
BUTLER SNOW
P. O. Box 6010
Ridgeland, MS 39158-6010
601.985.4561 (phone)
601.985.4500 (fax)
william.gage@butlersnow.com
*Attorney for Defendants*
*Ethicon, Inc., Ethicon LLC, and Johnson & Johnson.*

/s/ Jon A. Strongman
Jon A. Strongman
SHOOK HARDY & BACON
2555 Grand Boulevard
Kansas City, MO 64108
816.474.6550 (phone)
816.421.5547 (fax)
jstrongman@shb.com
*Attorney for Defendant Boston*

*Scientific Corporation*

/s/ Rhett A. McSweeney
Rhett A. McSweeney
MCSWEENEY LANGEVIN
2116 2nd Avenue South
Minneapolis, MN 55404
612-746-4646
612-454-2678
ram@westrikeback.com
*Attorney for Plaintiffs* *

*Counsel represent that they are authorized by plaintiffs on the attached exhibits to act on their behalf with respect to settlement matters, and request that these plaintiffs' cases be placed on the inactive docket pending the finalization of their settlements.*

Dated: _____

## EXHIBIT A

## ETHICON AND BOSTON SCIENTIFIC

| Case No. | Plaintiff Last Name | Settling Law Firm |
|---|---|---|
| 2:16-cv-01725 | Friel v. Ethicon | McSweeney Langevin |
| 2:16-cv-07654 | Jesfjeld v. Ethicon | McSweeney Langevin |
| 2:14-cv-29251 | Baker v. Ethicon | McSweeney Langevin |
| 2:14-cv-29261 | Salika v. Ethicon | McSweeney Langevin |

44816177.v1