**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR           Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                              MDL 2327
LITIGATION
-------------------------------------------------------
THIS DOCUMENT APPLIES TO:
ETHICON WAVE 8 CASES LISTED IN           JOSEPH R. GOODWIN U.S. DISTRICT
EXHIBIT A TO DEFENDANTS' NOTICE                         JUDGE
OF ADOPTION

**NOTICE OF ADOPTION OF PRIOR REPLY IN SUPPORT OF DAUBERT MOTION
TO EXCLUDE PEGGY PENCE, PH.D., FOR ETHICON WAVE 8**

Come now Defendants Ethicon, Inc. and Johnson & Johnson, and hereby adopt and

incorporate by reference the Wave 3 reply in support of their *Daubert* motion to exclude the

opinions of Peggy Pence, Ph.D. for Ethicon Wave 8, Dkt. 3017.  Defendants respectfully request

that the Court exclude Dr. Pence's testimony, for the reasons expressed in the Wave 3 briefing.

This notice applies to the Wave 8 cases identified in Exhibit A attached to Defendants' notice of

adoption, Dkt. 6821.


Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC

1

300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*_____

44811674.v1