IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br>-----------------------------------------------------<br>THIS DOCUMENT APPLIES TO:<br><br>ETHICON WAVE 8 CASES LISTED IN EXHIBIT A TO DKT. 6825 | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>WAVE 8<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### DEFENDANTS' REPLY IN SUPPORT OF NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE DONALD R. OSTERGARD, M.D. FOR ETHICON WAVE 8

Defendants hereby adopt and incorporate by reference the Wave 3 Reply in Support of Motion to Exclude General Causation Testimony of Donald R. Ostergard, M.D., Dkt. 3011. Defendants respectfully request that the Court exclude Dr. Ostergard's testimony for the reasons expressed in the Wave 3 briefing. This notice applies to the Wave 8 cases identified in Exhibit A attached to Defendants' Wave 8 Notice of Adoption, Dkt. 6825.

Respectfully submitted,

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824

Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*