IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>———————————————<br><br>THIS DOCUMENT APPLIES TO:<br><br>ETHICON WAVE 8 CASES LISTED IN EXHIBIT A  (ATTACHED TO DKT. 6819) | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br><br>WAVE 8<br><br>Joseph R. Goodwin<br>UNITED STATES DISTRICT JUDGE |

**REPLY IN SUPPORT OF DEFENDANTS' NOTICE OF ADOPTION OF PRIOR
*DAUBERT* MOTION TO EXCLUDE ROBERT D. MOORE, D.O.
FOR ETHICON WAVE 8**

Defendants hereby adopt and incorporate by reference the Wave 5 Reply in Support of Motion to Exclude General-Causation Testimony of Robert D. Moore, D.O., Dkt. 4624. Defendants respectfully request that the Court exclude Dr. Moore's testimony for the reasons expressed in the Wave 5 briefing.

This notice applies to the Wave 8 cases identified in Exhibit A attached to Defendants' Wave 8 Notice of Adoption, Dkt. 6819.

                                           Respectfully submitted,

                                           */s/ William M. Gage*
                                           William M. Gage (MS Bar #8691)
                                           Butler Snow LLP
                                           1020 Highland Colony Parkway
                                           Suite 1400 (39157)
                                           P.O. Box 6010
                                           Ridgeland, MS 39158-6010
                                           (601) 985-4561
                                           william.gage@butlersnow.com

                                           */s/ Susan M. Robinson*

Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*