# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO:
ETHICON WAVE 8 CASES LISTED IN
EXHIBIT A

## ORDER

After considering Plaintiffs' Motion to Strike *Daubert* Motion and For a Protective Order Relieving Plaintiffs From Providing General Expert Reports and Other Deadlines Applicable to General Discovery as to the Coloplast/Mentor/RTI Co-Defendants, it is **ORDERED** that Plaintiffs' Motion to Strike *Daubert* Motion is **DENIED**.

It is further **ORDERED** that Plaintiffs are **PRECLUDED** from using the previously submitted general-causation reports, and the opinions therein, in support of their claims against Coloplast.

It is further **ORDERED** that because general-causation discovery as to Coloplast/Mentor/RTI is already and continues to be stayed, including deadlines for disclosures and motions relating to general causation, Plaintiffs' Motion for a Protective Order Relieving Plaintiffs From Providing General Expert Reports and Other Deadlines Applicable to General Discovery as to the Coloplast/Mentor/RTI Co-Defendants is **DENIED AS MOOT** .

ENTER: _____, 2018

_____
Joseph R. Goodwin
United States District Judge

2

DMSLIBRARY01\33344354.v1

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Rosemary Caddy v. Coloplast Corp., et al. | 2:14-cv-10162 | Restorelle Type 1 Mesh; Gynecare TVT |
| Carol L. Wherry and Jerome Wherry v. Ethicon, Inc., et al. | 2:15-cv-08119 | Gynecare TVT; Restorelle Y |