# EXHIBIT A

Login ▼   Register

Advanced / Product Finder

**ETHICON**
PART OF THE Johnson-Johnson FAMILY OF COMPANIES

- Products
- Specialties
- Support
- Education
- Information
- Our Commitment

# gynecology solutions

Ethicon Home  >  Products  >  Gynecology Solutions  >  GYNECARE TVT™ Family of Products  >
GYNECARE TVT™ Retropubic System Tension-Free Support for Incontinence

Print   Favorite   Share

- ARTISYN™ Y-Shaped Mesh
- GYNECARE GYNEMESH® PS Nonabsorbable PROLENE® Soft Mesh
- GYNECARE INTERCEED® Absorbable Adhesion Barrier
- GYNECARE MORCELLEX™ Tissue Morcellator
- GYNECARE THERMACHOICE® III Uterine Balloon Therapy System
- GYNECARE TVT™ Family of Products
  - GYNECARE TVT ABBREVO® Continence System
  - GYNECARE TVT EXACT® Continence System
  - GYNECARE TVT™ Obturator System Tension-Free Support for Incontinence
  - **GYNECARE TVT™ Retropubic System Tension-Free Support for Incontinence**
- GYNECARE VERSAPOINT™ Bipolar Electrosurgery System

### Also of Interest

Ethicon Product Catalog »

EES Product Catalog »

Ethicon IFU »

Order Products »

Schedule a Demo »

Device Code Translator »

## GYNECARE TVT™ Retropubic System Tension-Free Support for Incontinence

| Description & Specs | Videos & Media | **Science & Technology** |

Published Clinical Data and RCTs Demonstrate the Benefits of GYNECARE TVT™ Retropubic System Tension-free Support for Incontinence vs. Boston Scientific, Bard, & AMS Brands Combined†

|  | TSENG (25 mos)[157] | | ANDONIAN (12 mos)[158] | | LIM (12 wks)[159] | | LORD (6 wks)[160] | |
|---|---|---|---|---|---|---|---|---|
|  | GYNECARE TVT™ Retropubic | SPARC™ | GYNECARE TVT™ Retropubic | SPARC™ | GYNECARE TVT™ Retropubic | SPARC™ | GYNECARE TVT™ Retropubic | SPARC™ |
| OBJ. CURE | 87% | 81% | 95% | 83% | 88% | 72% | 97% | 97% |
| SUBJ. CURE | N/A | N/A | N/A | N/A | 83% | 79% | 87%* | 76% |
| EROSION RATE | 19% | 6% | 0% | 2% | 3%* | 13% | 5% | 11% |
| BLADDER PERF | 0% | 13% | 23% | 24% | 2% | 7% | 1% | 2% |
| URETHRAL PERF | N/A | N/A | N/A | N/A | 0% | 5% | 0% | 0% |

Data and Safety

- 16 times more Level 1 Evidence than major competitors; 82 RCTs‡
- Longest published follow-up of 11.5 years[142]

Textile Property Comparison of Various Polypropylene Meshes

| MESH TYPE |  | AMS |  BOSTON SCIENTIFIC | BARD |
|---|---|---|---|---|
| PORE SIZE | **1379 µm** | 1000 µm | 1182 µm | 1160 µm |
| LOW STIFFNESS (N/mm) | **0.09±0.01** | 0.09±0.03* | 0.58±0.15 | 0.16±0.07 |
| RELATIVE ELONGATION AT INFLECTION POINT (%) | **71.2±2.5** | 66.4±6.1 | 20.1±3.4 | 38.8±9.5 |
| MESH EDGES/FEATURES | **Tanged or Laser Cut** | Tanged/Tensioning Suture | Tanged/Heat-Sealed Midsection | Tanged |

AMS mesh was tested without the tensioning suture.[139] In another study comparison when measured with the tensioning suture SPARC™ has a stiffness of 0.53 N/mm and GYNECARE TVT™ has a stiffness of 0.23 N/mm. This is a highly significant difference (p = 0.001)[121]

From a comparative study of these 4 meshes, Ethicon GYNECARE TVT™ offers:[139]

- Largest pore size
- Lowest stiffness
- Greatest elongation
- Only mesh available in mechanically-cut or laser cut choices

Site References

* p-value statistically significant
† A systematic review of patient-years of experience in prospective randomized controlled trials (RCTs) in incontinence.[1]
‡ Study Report Incontinence RCTs v2[1]

About • Home • Gateway • Corporate view • Patients view • Payors + Employers view

Customer Support • Site References • Sitemap • Posting Guidelines • Privacy Policy • Advamed Code

Legal Notice/Terms & Conditions • Safe Harbor Policy • CA State Requirements • Compliance Hotline

© Ethicon Endo-Surgery, Inc. 2010 - 2013.   DSL#12-9000

This site is published by Ethicon Endo-Surgery, Inc. which is solely responsible for its contents and is intended for U.S. healthcare professionals only.

Last updated September 7, 2013. The third-party trademarks used herein are trademarks of their respective owners. Data and usage fees may apply. See your carrier for more information.

Select your country or region ▸



ETHICON
PART OF THE Johnson-Johnson FAMILY OF COMPANIES