**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED
EXHIBIT:

**JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical

Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims

between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs and AMS jointly move the court to dismiss AMS as a defendant in these

actions with prejudice, and terminate AMS from the docket in the actions, parties to bear their own

costs.  Other defendants remain in these actions, and plaintiffs will continue to pursue these actions

against them.

Respectfully:

/s/Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL, WHITE & LEGG PLLC
P.O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
ewl@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Caroline L. Maida
Caroline L. Maida
MOSTYN LAW
3810 West Alabama Street
Houston, TX 77027
713.861.6616 (phone)
713.861.8084 (fax)
clmaida@mostynlaw.com
*Attorney for Plaintiffs on Exhibit A*

Dated: November 2, 2018

## EXHIBIT A – MOSTYN LAW

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-22693 | Barbara J. Knight, Ted Knight v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-23034 | Dianne M. Loekle, Robert Wayne Loekle v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-23037 | Denise Klimczyk, Jeff Ward v. American Medical Systems, Inc. |
| 2:14-CV-23045 | Deborah Cole v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-23058 | Carolyn Rehkop v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-CV-23072 | Janina Bielak v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis