IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON, INC.
         PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION                    MDL 2327

THIS DOCUMENT RELATES TO CASES IDENTIFIED
ON THE ATTACHED EXHIBIT A:

## ORDER
(Dismissing the "Ethicon Defendants" with Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is a Motion to Dismiss With Prejudice, filed by defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon Defendants") pursuant to the procedures established by Pretrial Order ("PTO") No. 302. *See* PTO No. 302, *In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, No. 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020]. The plaintiff or plaintiffs in each case identified on Exhibit A did not file an objection, and the matter is ripe for consideration.

As stated in PTO No. 302, the Court established certain procedures to prompt dismissals of settled cases. Under these procedures, the Court directed the Ethicon Defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendant has authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed.

Among other requirements, the Court also mandated the Ethicon Defendants to file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon Defendants complied with these directives and procedures, and the plaintiffs have not filed an opposition. It appearing to the Court that the plaintiffs and the Ethicon Defendants have jointly agreed to settle, and have settled their claims, the dismissal of the Ethicon Defendants in each case identified on Exhibit A is appropriate.

Therefore, it is **ORDERED** that:

1) the Motion to Dismiss with Prejudice is **GRANTED**; and

2) the Ethicon Defendants are **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A;

The Court **DIRECTS** the Clerk as follows:

1) for any case listed on Exhibit A that is on the pending inactive docket, remove _**only**_ the MDL Ethicon Inactive flag;

2) file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on Exhibit A; and

3) send a copy of this Order to counsel of record and to any unrepresented party.

ENTER:

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## Exhibit A

| Civil Action Number | Case Name | ECF Number Corresponding to the Motion |
|---|---|---|
| 2:14-cv-28757 | Wanda Bramel et al v. Ethicon, Inc. et al | 14 |
| 2:15-cv-13095 | Nanette Anspach et al v. Ethicon, Inc. et al | 13 |