# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON INC., PELVIC ) | |
| REPAIR SYSTEMS PRODUCTS LIABILITY ) | **MDL Docket No. 2327** |
| LITIGATION ) | |

**This Document Relates to All Cases**

## MOTION FOR CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that Plaintiff's counsel of record respectfully moves this Court for Entry of an Order updating the firm address in MDL No. 2327 and each individual member case in which attorney John E. Tiedt, Marc S. Hurd, and Yue Li of the Law Offices of Tiedt & Hurd is associated. The Telephone Number, Facsimile number, and email address remain unchanged.

Effective October 1, 2018, Plaintiff's counsel of record relocated its office to:

Law Offices of Tiedt & Hurd

1250 Corona Pointe Ct. #402

Corona, CA 92879

Accordingly, Plaintiffs respectfully request that the Court enter an Order updating the address for the aforementioned Law Offices of Tiedt & Hurd in MDL No. 2327 and each individual member case in which attorney John E. Tiedt, Marc S. Hurd, and Yue Li of the Law Offices of Tiedt & Hurd is associated with.

Dated: November 1, 2018                    Respectfully submitted,

/s/ John E. Tiedt (SBN 134667)
/s/ Marc S. Hurd (SBN 130667)
/s/ Yue Li (SBN 285788)
Attorneys for Plaintiff
**Law Offices of Tiedt & Hurd**
1250 Corona Pointe Ct. #402
Corona, CA 92879

## CERTIFICATE OF SERVICE

I, John E. Tiedt, certify that on November 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Respectfully Submitted,

s/John E. Tiedt
JOHN E. TIEDT
TIEDT & HURD
1250 Corona Pointe Court, #402,
Corona, CA 92879
(951) 549-9400
(951) 549-9800
Email: jtiedt@tiedtlaw.com
Attorney for Plaintiffs, ERLINDA
CLINGENPEEL; JIMMY CLINGENPEEL