**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON INC., PELVIC                )

REPAIR SYSTEMS PRODUCTS LIABILITY   )        **MDL Docket No. 2327**

LITIGATION                                        )

**This Document Relates to All Cases**

### ORDER

Pending before the court is a Motion for Change of Address, filed on November ____, 2018

[ECF No._____]. In the motion, counsel request that in the main MDL and each individual case

in which John E. Tiedt, Marc S. Hurd, and Yue Li and/or the Law Offices of Tiedt & Hurd, are

associated, the firm address be updated as set forth in the motion.

It is **ORDERED** that the Motion for Change of Address is **GRANTED**.

The Clerk is **DIRECTED** to update the firm address, as set forth in the Motion, both on the main

master docket and for each individual member case in MDL 2327 with which John E. Tiedt,

Marc S. Hurd, and Yue Li and/or the Law Offices of Tiedt & Hurd, are associated.

The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any

unrepresented party.

Enter: November ____, 2018

_____
Joseph R. Goodwin
United States District Judge

## CERTIFICATE OF SERVICE

I, John E. Tiedt, certify that on November 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Respectfully Submitted,


s/John E. Tiedt
JOHN E. TIEDT
TIEDT & HURD
1250 Corona Pointe Court, #402,
Corona, CA 92879
(951) 549-9400
(951) 549-9800
Email: jtiedt@tiedtlaw.com
Attorney for Plaintiffs, ERLINDA
CLINGENPEEL; JIMMY CLINGENPEEL