# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS ALL DEFENDANTS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and defendants Boston Scientific Corporation ("Boston") and Ethicon, Inc. and Johnson & Johnson ("Ethicon") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, they jointly move the court to dismiss all defendants in these actions with prejudice, parties to bear their own costs. Respectfully:

/s/ James G. Onder
James G. Onder
onder@onderlaw.com
ONDER LAW, LLC
110 East Lockwood
St. Louis, MO 63119
Phone: 314-963-9000
Fax: 314-963-1700

*Attorneys for Plaintiffs on Exhibit A*

/s/ Michael Bonasso
Michael Bonasso
mbonasso@fsblaw.com
FLAHERTY SENSABAUGH & BONASSO
PO Box 3843
Charleston, WV 25338-3843
Phone: (304) 345-0200
Fax: (304) 345-0260

*Attorneys for Defendant Boston Scientific Corporation*

/s/ Susan Robinson
Susan Robinson
srobinson@tcspllc.com
THOMAS COMBS & SPANN
PO Box 3824
Charleston, WV 25338-3824
Phone: (304) 414-1800
Fax: (304) 414-1801

/s/ William M. Gage
William M. Gage
william.gage@butlersnow.com
BUTLER SNOW
PO Box 6010
Ridgeland, MS 39158-6010
Phone: (601) 985-4561
Fax: (601) 985-4500

*Attorneys for Defendants Ethicon, Inc. and Johnson & Johnson*

Dated: November 7, 2018

**EXHIBIT A – ONDER LAW, LLC**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-09809 | Helayne DuBois, et al v. Ethicon, Inc., et al |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ James G. Onder