# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2325 |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2387 |
| IN RE: COOK MEDICAL, INC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2440 |
| IN RE NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL No. 2511 |

**THIS DOCUMENT RELATES TO ALL CASES**

### MOTION TO EXCEED PAGE LIMIT FOR COMMON BENEFIT FEE AND COST COMMITTEE'S PETITION FOR AN AWARD OF COMMON BENEFIT ATTORNEYS' FEES AND EXPENSES AND MEMORANDUM IN SUPPORT

The undersigned members of the Common Benefit Fee and Cost Committee ("FCC"), move the Court pursuant to Local Rule 7.1(a)(2) for leave to exceed the page limit specified under said Rule for their Petition for an Award of Common Benefit Attorneys' Fees and Expenses and Memorandum in Support, and show as follows:

The FCC acknowledges the admonition of the Court's Local Rule 7.1(a)(2) that motions to exceed page limitations are disfavored and will be denied without a showing of good cause. Plaintiffs respectfully submit that good cause exists here in light of the import of the scope and import of the issues for all related MDLs. The FCC's Petition for an Award of Common Benefit Attorneys' Fees and Expenses and Memorandum in Support sets forth the factual and legal basis for compensation for the common benefit work performed from the outset of this litigation.

Based on the foregoing, and for good cause shown, the FCC respectfully moves the Court for leave to exceed the Court's page limitation to file its Petition for an Award of Common Benefit Attorneys' Fees and Expenses and Memorandum in Support not to exceed forty (40) pages.

Dated: November 12, 2018

                Respectfully submitted,

                THE COMMON BENEFIT FEE AND COST COMMITTEE

By: **/s/ Henry G. Garrard, III**
Henry G. Garrard, III
hgarrard@bbga.com
Chairman of the Fee & Compensation Committee

BLASINGAME, BURCH, GARRARD & ASHLEY
P.O. Box 832
Athens, GA  30603
706-354-4000

**/s/ Renee Baggett**
Renee Baggett
RBaggett@awkolaw.com

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
17 East Main Street, Suite 200
Pensacola, FL 32502
850-202-1010

**/s/ Riley L. Burnett, Jr.**
Riley L. Burnett, Jr.
rburnett@rburnettlaw.com

BURNETT LAW FIRM

55 Waugh Drive, Suite 803
Houston, TX 77007
832-413-4410

*/s/ Thomas P. Cartmell*
Thomas P. Cartmell
tcartmell@wcllp.com

WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100

*/s/ Clayton A. Clark*
Clayton A. Clark
CClark@triallawfirm.com

CLARK, LOVE & HUTSON, G.P.
440 Louisiana Street, Suite 1600
Houston, TX 77002
713-757-1400

*/s/ Yvonne M. Flaherty*
Yvonne M. Flaherty
ymflaherty@locklaw.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S., Suite 2200
Minneapolis MN  55401
612-339-6900

*/s/ Carl N. Frankovitch*
Carl N. Frankovitch
carl@facslaw.com

FRANKOVITCH, ANETAKIS, COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062
304-723-4400

*/s/ Joseph F. Rice*
Joseph F. Rice
jrice@motleyrice.com

MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
843-216-9000

*/s/ William H. McKee, Jr*
William H. McKee, Jr
bmckee@suddenlink.net

1804 Louden Heights Road
Charleston, WV 25314
304-546-2347

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2018, I electronically filed the *Motion to Exceed Page Limit for Common Benefit Fee and Cost Committee's Petition for an Award of Common Benefit Attorneys' Fees and Expenses and Memorandum in Support* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: **/s/ Henry G. Garrard, III**
Henry G. Garrard, III
hgarrard@bbga.com
Chairman of the Fee &
Compensation Committee

BLASINGAME, BURCH, GARRARD & ASHLEY
P.O. Box 832
Athens, GA 30603
706-354-4000