## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327**<br>**MDL No. 2327** |
| THIS DOCUMENT RELATES TO<br>**THE CASES ON THE EXHIBIT ATTACHED HERETO** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants in these cases which were, or could have been, asserted, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Michelle A. Parfitt | /s/ William M. Gage |
| Michelle A. Parfitt | William M. Gage (MS Bar #8691) |
| Ashcraft & Gerel | Butler Snow LLP |
| 4900 Seminary Rd., Ste. 650 | 1020 Highland Colony Parkway |
| Alexandra, VA 22311 | Suite 1400 (39157) |
| 703.931.5500 | P.O. Box 6010 |
| mparfitt@ashcraftlaw.com | Ridgeland, MS 39158-6010 |
| *Counsel for Plaintiffs* | (601) 985-4561 |
| | william.gage@butlersnow.com |

/s/ Susan M. Robinson____
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Case Number | Case Style |
| --- | --- |
| 2:16-cv-05351 | Abrams et al v. Ethicon, Inc. et al |
| 2:14-cv-19923 | Allen v. Ethicon, Inc. et al |
| 2:13-cv-26963 | Anderson et al v. Ethicon, Inc. et al |
| 2:14-cv-20802 | Baker v. Ethicon, Inc. et al |
| 2:14-cv-20824 | Bunting v. Ethicon, Inc. et al |
| 2:14-cv-12065 | Capobianco-Cosner v. Ethicon, Inc. et al |
| 2:13-cv-23824 | Croessmann (Westberg) et al v. Ethicon, Inc. et al |
| 2:13-cv-26968 | Gaumer et al v. Ethicon, Inc. et al |
| 2:12-cv-08529 | Gayle et al v. Ethicon, Inc. et al |
| 2:13-cv-26370 | Gordon et al v. Ethicon, Inc. et al |
| 2:12-cv-06402 | Graves et al v. Ethicon, Inc. et al |
| 2:14-cv-21295 | Harrison et al v. Ethicon, Inc. et al |
| 2:14-cv-18513 | Hinzman v. Ethicon, Inc. et al |
| 2:13-cv-29546 | Hoeflich et al v. Ethicon, Inc. et al |
| 2:13-cv-26972 | Hoffman v. Ethicon, Inc. et al |
| 2:12-cv-05603 | Jenkinson et al v. Ethicon, Inc. et al |
| 2:15-cv-03366 | Johnson v. Ethicon, Inc. et al |
| 2:14-cv-27489 | Jones v. Ethicon, Inc. et al |
| 2:13-cv-26976 | Lane et al v. Ethicon, Inc. et al |
| 2:13-cv-24335 | Laney v. Ethicon, Inc. et al |
| 2:13-cv-07338 | Lawson v. Ethicon, Inc. et al |
| 2:14-cv-18247 | Levitt et al v. Ethicon, Inc. et al |
| 2:12-cv-08883 | Magee v. Ethicon, Inc. et al |
| 2:14-cv-21741 | Mardaga v. Ethicon, Inc. et al |
| 2:13-cv-33221 | Panzano et al v. Ethicon, Inc. et al |
| 2:14-cv-21773 | Prescott-Walker v. Ethicon, Inc. et al |
| 2:13-cv-26979 | Radford et al v. Ethicon, Inc. et al |
| 2:12-cv-09659 | Rice et al v. Ethicon, Inc. et al |
| 2:14-cv-22454 | Roach et al v. Ethicon, Inc. et al |
| 2:13-cv-26978 | Roberts et al v. Ethicon, Inc. et al |
| 2:16-cv-08999 | Roberts et al v. Ethicon, Inc. et al |
| 2:12-cv-05993 | Smeaton et al v. Ethicon, Inc. et al |
| 2:13-cv-26828 | Underwood et al v. Ethicon, Inc. et al |
| 2:14-cv-07037 | Villalpando et al v. Ethicon, Inc. et al |
| 2:14-cv-00461 | Waits et al v. Ethicon, Inc. et al |
| 2:14-cv-22412 | Ward v. Ethicon, Inc. et al |
| 2:14-cv-02267 | West et al v. Ethicon, Inc. et al |
| 2:14-cv-00459 | Whitaker v. Ethicon, Inc. et al |
| 2:14-cv-01389 | Williams v. Ethicon, Inc. et al |
| 2:13-cv-06248 | Mattiello et al v. Ethicon, Inc. et al |
| 2:14-cv-21395 | Spinks et al v. Ethicon, Inc. et al |
| 2:14-cv-00458 | Wolinski et al v. Ethicon, Inc. et al |