# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327** <br> **MDL No. 2327** |
| THIS DOCUMENT RELATES TO **THE CASES ON THE EXHIBIT ATTACHED HERETO** | **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants in these cases which were, or could have been, asserted, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Erin K. Copeland | /s/ William M. Gage |
| Erin K. Copeland | William M. Gage (MS Bar #8691) |
| Fibich Leebron Copeland Briggs Josephson | Butler Snow LLP |
| 1150 Bissonnet St. | 1020 Highland Colony Parkway |
| Houston, TX 77005 | Suite 1400 (39157) |
| 713.751.0025 | P.O. Box 6010 |
| ecopeland@fibichlaw.com | Ridgeland, MS 39158-6010 |
| *Counsel for Plaintiffs* | (601) 985-4561 |
| | william.gage@butlersnow.com |

/s/ Susan M. Robinson____
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Case Number | Case Style |
|---|---|
| 2:13-cv-20916 | Auflick v. Ethicon, Inc. et al |
| 2:12-cv-08024 | Barnett et al v. Ethicon, Inc. et al |
| 2:14-cv-16333 | Bass et al v. Ethicon, Inc. et al |
| 2:13-cv-20918 | Bathelor v. Ethicon, Inc. et al |
| 2:13-cv-33162 | Bedner v. Ethicon, Inc. et al |
| 2:13-cv-13334 | Bridges v. Ethicon, Inc. et al |
| 2:13-cv-33165 | Canady v. Ethicon, Inc. et al |
| 2:13-cv-33167 | Charbonneau et al v. Ethicon, Inc. et al |
| 2:13-cv-31751 | Chough v. Ethicon, Inc. et al |
| 2:13-cv-08111 | Decker et al v. Ethicon, Inc. et al |
| 2:13-cv-10783 | Dooley v. Ethicon, Inc. et al |
| 2:13-cv-17910 | Duckett v. Ethicon, Inc. et al |
| 2:12-cv-03319 | Eckdahl et al v. Ethicon, Inc. et al |
| 2:13-cv-20929 | Ezell et al v. Ethicon, Inc. et al |
| 2:13-cv-20930 | Faddoul v. Ethicon, Inc. et al |
| 2:13-cv-16319 | Firman et al v. Ethicon, Inc. et al |
| 2:13-cv-33171 | Flores et al v. Ethicon, Inc. et al |
| 2:14-cv-16334 | Forbes v. Ethicon, Inc. et al |
| 2:14-cv-19649 | Frounfelter et al v. Ethicon, Inc. et al |
| 2:13-cv-33242 | Gambill et al v. Ethicon, Inc. et al |
| 2:13-cv-13647 | Gonzalez et al v. Ethicon, Inc. et al |
| 2:13-cv-15613 | Grant-Jenkins et al v. Ethicon, Inc. et al |
| 2:13-cv-21133 | Grimmett et al v. Ethicon, Inc. et al |
| 2:13-cv-21144 | Hartsock et al v. Ethicon, Inc. et al |
| 2:13-cv-21148 | Hunt et al v. Ethicon, Inc. et al |
| 2:13-cv-33985 | Jackson et al v. Ethicon, Inc. et al |
| 2:13-cv-22004 | Lyon v. Ethicon, Inc. et al |
| 2:15-cv-00856 | Marshall et al v. Ethicon, Inc. et al |
| 2:13-cv-22014 | McCurdy et al v. Ethicon, Inc. et al |
| 2:13-cv-33175 | Minyard et al v. Ethicon, Inc. et al |
| 2:13-cv-22266 | Neruda et al v. Ethicon, Inc. et al |
| 2:14-cv-15631 | Nestrud v. Ethicon, Inc. et al |
| 2:13-cv-22267 | Newman v. Ethicon, Inc. et al |
| 2:13-cv-22268 | Nolfi et al v. Ethicon, Inc. et al |
| 2:13-cv-22270 | Peeler et al v. Ethicon, Inc. et al |
| 2:13-cv-04503 | Porcaro v. Ethicon, Inc. et al |
| 2:13-cv-12066 | Richmond et al v. Ethicon, Inc. et al |
| 2:13-cv-33178 | Saucedo et al v. Ethicon, Inc. et al |
| 2:13-cv-07483 | Spencer et al v. Ethicon, Inc. et al |
| 2:14-cv-15758 | Vu v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:13-cv-00575 | Willard v. Ethicon, Inc. et al |
| 2:13-cv-33249 | Woodruff v. Ethicon, Inc. et al |
| 2:13-cv-13766 | Zachary et al v. Ethicon, Inc. et al |
| 2:13-cv-26013 | Brady v. Ethicon, Inc. et al |
| 2:13-cv-26013 | Hattenstein v. Ethicon, Inc. et al |
| 2:15-cv-05808 | Burgess et al v. Ethicon, Inc. et al |
| 2:13-cv-31772 | Harrington v. Ethicon, Inc. et al |
| 2:13-cv-16311 | Hernandez et al v. Ethicon, Inc. et al |
| 2:13-cv-09794 | Lawrence et al v. Ethicon, Inc. et al |

4