# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants in these cases which were, or could have been, asserted, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Caroline Underwood Hollingsworth | /s/ William M. Gage |
| Caroline Underwood Hollingsworth | William M. Gage (MS Bar #8691) |
| P. O. Box 11310 | Butler Snow LLP |
| Birmingham, AL 35202 | 1020 Highland Colony Parkway |
| 205.326.3336 | Suite 1400 (39157) |
| caroline@hglawfirm.com | P.O. Box 6010 |
| *Counsel for Plaintiffs* | Ridgeland, MS 39158-6010 |
| | (601) 985-4561 |
| | william.gage@butlersnow.com |

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

## EXHIBIT A

| Case Number | Case Style |
|---|---|
| 2:13-cv-24989 | Aldridge et al v. Ethicon, Inc. et al |
| 2:14-cv-00576 | Cohen et al v. Ethicon, Inc. et al |
| 2:14-cv-13914 | Herglotz et al v. Ethicon, Inc. et al |
| 2:13-cv-32582 | Herrick v. Ethicon, Inc. et al |
| 2:13-cv-28432 | Lowe et al v. Ethicon, Inc. et al |
| 2:13-cv-32581 | Mauk v. Ethicon, Inc. et al |
| 2:14-cv-13945 | Peterson v. Ethicon, Inc. et al |
| 2:13-cv-33341 | Smith et al v. Ethicon, Inc. et al |
| 2:13-cv-28415 | West v. Ethicon, Inc. et al |