# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327** <br> **MDL No. 2327** |
| THIS DOCUMENT RELATES TO <br> **THE CASES ON THE EXHIBIT ATTACHED HERETO** | **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants in these cases which were, or could have been, asserted, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Andrea Solomon Hirsch
Andrea Solomon Hirsch
Herman Gerel
230 Peachtree St., Ste. 2260
Atlanta, GA 30303
404.880.9500
ahirsch@hermangerel.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson____
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

    I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                        /s/ William M. Gage

# EXHIBIT A

| Case Number | Case Style |
|---|---|
| 2:15-cv-03922 | Bowling v. Ethicon, Inc. et al |
| 2:12-cv-08678 | Bradley et al v. Ethicon, Inc. et al |
| 2:15-cv-11536 | Courson v. Ethicon, Inc. et al |
| 2:13-cv-33044 | Damon et al v. Ethicon, Inc. et al |
| 2:13-cv-03300 | Elkins v. Ethicon, Inc. et al |
| 2:12-cv-01004 | Frye v. Ethicon, Inc. et al |
| 2:13-cv-12540 | Hardy v. Ethicon, Inc. et al |
| 2:13-cv-00737 | Helms et al v. Ethicon, Inc. et al |
| 2:12-cv-08775 | Iosty et al v. Ethicon, Inc. et al |
| 2:13-cv-02426 | Janitz et al v. Ethicon, Inc. et al |
| 2:15-cv-08732 | Leno v. Ethicon, Inc. et al |
| 2:12-cv-04885 | Lindsay v. Ethicon, Inc. et al |
| 2:13-cv-01248 | Mauer et al v. Ethicon, Inc. et al |
| 2:12-cv-09041 | McCormack v. Ethicon, Inc. et al |
| 2:14-cv-00664 | McKay v. Ethicon, Inc. et al |
| 2:12-cv-01894 | Minix v. Johnson & Johnson et al |
| 2:14-cv-17468 | Nicholls v. Ethicon, Inc. et al |
| 2:12-cv-02092 | Olivier et al v. Ethicon, Inc. et al |
| 2:13-cv-30690 | Palk v. Ethicon, Inc. et al |
| 2:12-cv-08779 | Piotry et al v. Ethicon, Inc. et al |
| 2:12-cv-09322 | Robinson v. Ethicon, Inc. et al |
| 2:13-cv-06993 | Sauro et al v. Ethicon, Inc. et al |
| 2:13-cv-30675 | Tatum-Williams v. Ethicon, Inc. et al |
| 2:13-cv-14801 | Thibeault et al v. Ethicon, Inc. et al |
| 2:12-cv-02906 | Tunstall et al v. Ethicon, Inc. et al |
| 2:13-cv-10589 | Vann v. Ethicon, Inc. et al |
| 2:13-cv-04035 | Walker et al v. Ethicon, Inc. et al |
| 2:12-cv-06774 | Williams v. Johnson & Johnson et al |
| 2:12-cv-07622 | Owl v. Ethicon, Inc. et al |
| 2:13-cv-10589 | Vann v. Ethicon, Inc. et al |

3