IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON INC. PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                                    MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBIT ATTACHED HERETO:

_____

## JOINT MOTION TO DISMISS DEFENDANTS WITHOUT PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendants Sofradim Production

SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3] (collectively the "Covidien

entities") and C. R. Bard, Inc., to the extent they are named as Defendants, advise the Court that

they have compromised and settled all claims between them in these actions, including all

counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs, Covidien entities and C. R. Bard jointly move the Court to dismiss

Covidien entities and C. R. Bard as Defendants in this action without prejudice and terminate

Covidien entities and C. R. Bard from the docket of the Court in this action, each party to bear its

own costs.

_____

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.
[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.
[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek, USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic, Inc.

Respectfully submitted this 15th day of November, 2018.

/s/ Micah L. Hobbs_____

Micah L. Hobbs
mhobbs@shb.com
Deven K. Ross
dkross@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816.474.6550
Fax: 816.421.5547
*Counsel for Defendant*

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY &
SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6000
*Counsel for Defendant C.R. Bard, Inc.*

/s/ Amy Collignon Gunn

Amy Collignon Gunn
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
Phone: 314-241-2929
Fax: 314-241-2029
agunn@simonlawpc.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2018, I electronically filed the foregoing with the

Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF

participants registered to receive service in the member cases.

Respectfully submitted,

/s/ Amy Collignon Gunn
Amy Collignon Gunn

**ATTORNEY FOR PLAINTIFFS**

## EXHIBIT A – THE SIMON LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-27654 | Heindl, Susan and Edward |