IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                MDL 2327

# ORDER

Pending are the (1) Motion to Exceed Page Limit for Common Benefit Fee and Cost Committee's Petition for an Award of Common Benefit Attorney's Fees and Expenses, filed November 12, 2018 (ECF No. 7199); and (2) Common Benefit Fee and Cost Committee's Petition for an Award of Common Benefit Attorney's Fees and Expenses (hereinafter "FCC Petition"), filed November 12, 2018 (ECF No. 7200).

For good cause shown, the court **ORDERS** that the Motion to Exceed Page Limit for Common Benefit Fee and Cost Committee's Petition for an Award of Common Benefit Attorney's Fees and Expenses (ECF No. 7199) is **GRANTED**.

As to the FCC Petition, the court **ORDERS** that any response to the FCC Petition must be filed on or before **November 26, 2018.** Any reply must be filed on or before **December 3, 2018.** The court reminds the parties that the FCC Petition has been filed in all seven MDLs assigned to me, and any responses and the reply should also be filed in all seven MDLs.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 15, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE