UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third-party claims. Accordingly, all parties jointly move the court to dismiss with prejudice, parties to bear their own costs, and terminate from the docket of the court the actions listed on the Exhibit A.


Respectfully submitted,

| | |
|---|---|
| /s/ Adam M. Evans | /s/ William M. Gage |
| Adam M. Evans | William M. Gage (MS Bar #8691) |
| Hollis Law Firm | Butler Snow LLP |
| 5100 West 95th St. | 1020 Highland Colony Parkway |
| Prairie Village, KS 66207 | Suite 1400 (39157) |
| adam@hollislawfirm.com | P.O. Box 6010 |
| *Counsel for Plaintiffs* | Ridgeland, MS 39158-6010 |
| | (601) 985-4561 |
| | william.gage@butlersnow.com |
| | |
| | /s/ Susan M. Robinson |
| | Susan M. Robinson (W. Va. Bar #5169) |
| | Thomas Combs & Spann PLLC |
| | 300 Summers Street |
| | Suite 1380 (25301) |
| | P.O. Box 3824 |
| | Charleston, WV 24338 |
| | (304) 414-1800 |
| | srobinson@tcspllc.com |
| | |
| | *Counsel for the Ethicon Defendants* |

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage


## EXHIBIT A

| Case Number | Case Style |
| --- | --- |
| 2:12-cv-09029 | Arsenault et al v. Ethicon, Inc. et al |
| 2:12-cv-06483 | Brown et al v. Ethicon, Inc. et al |
| 2:13-cv-03027 | Cardozo et al v. Ethicon, Inc. et al |
| 2:15-cv-07852 | Carroll et al v. Ethicon, Inc. et al |
| 2:13-cv-07890 | Cioppa v. Ethicon, Inc. et al |
| 2:13-cv-24162 | Cochran v. Ethicon, Inc. et al |
| 2:12-cv-00509 | Copelin et al v. Ethicon, Inc. et al |
| 2:12-cv-06215 | Correll et al v. Ethicon, Inc. et al |
| 2:16-cv-00718 | Dilanni v. Ethicon, Inc. et al |
| 2:15-cv-09961 | Eck v. Ethicon, Inc. et al |
| 2:14-cv-22725 | Edwards v. Ethicon, Inc. et al |
| 2:15-cv-07333 | Fabian v. Ethicon, Inc. et al |
| 2:16-cv-00720 | Ferguson et al v. Ethicon, Inc. et al |
| 2:13-cv-24176 | Fiscko et al v. Ethicon, Inc. et al |
| 2:13-cv-06638 | Gasho et al v. Ethicon, Inc. et al |
| 2:16-cv-00646 | Hays et al v. Ethicon, Inc. et al |
| 2:13-cv-04259 | Hughes v. Ethicon, Inc. et al |
| 2:13-cv-03121 | Ivy et al v. Ethicon, Inc. et al |
| 2:15-cv-6398 | Kersker et al v. Ethicon, Inc. et al |
| 2:15-cv-16540 | Labine et al v. Ethicon, Inc. et al |
| 2:15-cv-12430 | Land v. Ethicon, Inc. et al |
| 2:14-cv-26555 | Lane et al v. Ethicon, Inc. et al |
| 2:13-cv-03777 | LeCroy v. Ethicon, Inc. et al |
| 2:12-cv-03602 | May et al v. Ethicon, Inc. et al |
| 2:12-cv-06242 | McClellan v. Ethicon, Inc. et al |
| 2:15-cv-16532 | Menzer v. Ethicon, Inc. et al |
| 2:15-cv-03842 | Miller et al v. Ethicon, Inc. et al |
| 2:12-cv-00510 | Greer v. Johnson & Johnson et al |
| 2:14-cv-15639 | Pelkey v. Ethicon, Inc. et al |
| 2:13-cv-05057 | Schminke v. Ethicon, Inc. et al |
| 2:12-cv-03603 | Snow et al v. Ethicon, Inc. et al |
| 2:12-cv-08783 | Whitten et al v. Ethicon, Inc. et al |
| 2:13-cv-06106 | Yopp-McDonald et al v. Ethicon, Inc. et al |