## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, all parties jointly move the court to dismiss with prejudice, parties to bear their own costs, and terminate from the docket of the court the actions listed on the attached Exhibit A.

Respectfully submitted,

/s/ Matthew J. Skikos
Matthew J. Skikos
Skikos Crawford Skikos & Joseph
One Sansome St., Ste. 2830
San Francisco, CA 94104
(415) 546-7300
mskikos@skikoscrawford.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Case Number | Case Style |
|---|---|
| 2:16-cv-00449 | Abad v. Ethicon, Inc. et al |
| 2:14-cv-28794 | Adams v. Ethicon, Inc. et al |
| 2:16-cv-01106 | Alvarado v. Ethicon, Inc. et al |
| 2:13-cv-22922 | Amneus v. Ethicon, Inc. et al |
| 2:16-cv-02173 | Arview v. Ethicon, Inc. et al |
| 2:14-cv-26482 | Austin v. Ethicon, Inc. et al |
| 2:14-cv-17114 | Auvil v. Ethicon, Inc. et al |
| 2:13-cv-02768 | Bailey et al v. Ethicon, Inc. et al |
| 2:13-cv-10840 | Ballinger v. Ethicon, Inc. et al |
| 2:16-cv-00429 | Banuelos v. Ethicon, Inc. et al |
| 2:14-cv-22952 | Bates v. Ethicon, Inc. et al |
| 2:16-cv-01103 | Baugus v. Ethicon, Inc. et al |
| 2:12-cv-01236 | Beckwith v. Ethicon, Inc. et al |
| 2:16-cv-00431 | Bishop v. Ethicon, Inc. et al |
| 2:15-cv-15703 | Blocker v. Ethicon, Inc. et al |
| 2:14-cv-29493 | Bohart et al v. Ethicon, Inc. et al |
| 2:14-cv-17118 | Boyd v. Ethicon, Inc. et al |
| 2:17-cv-01252 | Brandeen v. Ethicon, Inc. et al |
| 2:16-cv-00666 | Brooks v. Ethicon, Inc. et al |
| 2:14-cv-13358 | Burpee v. Ethicon, Inc. et al |
| 2:14-cv-17119 | Burton v. Ethicon, Inc. et al |
| 2:16-cv-00750 | Callahan v. Ethicon, Inc. et al |
| 2:14-cv-18328 | Cammerata v. Ethicon, Inc. et al |
| 2:16-cv-09529 | Carden v. Ethicon, Inc. et al |
| 2:13-cv-27484 | Carrillo et al v. Ethicon, Inc. et al |
| 2:13-cv-28923 | Cavalier v. Ethicon, Inc. et al |
| 2:14-cv-02342 | Chartier et al v. Ethicon, Inc. et al |
| 2:14-cv-02345 | Cisneros v. Ethicon, Inc. et al |
| 2:12-cv-02579 | Claybourne v. Johnson & Johnson et al |
| 2:12-cv-02580 | Claybourne v. Johnson & Johnson et al |
| 2:13-cv-29772 | Clouse et al v. Ethicon, Inc. et al |
| 2:12-cv-02908 | Cole v. Johnson & Johnson et al |
| 2:14-cv-25541 | Combs v. Ethicon, Inc. et al |
| 2:16-cv-00759 | Cook v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:12-cv-07753 | Cooley et al v. Ethicon, Inc. et al |
| 2:14-cv-19727 | Coss v. Ethicon, Inc. et al |
| 2:16-cv-01091 | Cotton v. Ethicon, Inc. et al |
| 2:16-cv-00672 | Court v. Ethicon, Inc. et al |
| 2:15-cv-14453 | Covington et al v. Ethicon, Inc. et al |
| 2:16-cv-00686 | Cowan v. Ethicon, Inc. et al |
| 2:16-cv-01038 | Cowart v. Ethicon, Inc. et al |
| 2:16-cv-01130 | Crames v. Ethicon, Inc. et al |
| 2:13-cv-24938 | Crawford v. Ethicon, Inc. et al |
| 2:13-cv-30081 | Crites et al v. Ethicon, Inc. et al |
| 2:13-cv-10892 | Cushing et al v. Ethicon, Inc. et al |
| 2:13-cv-24308 | Davis et al v. Ethicon, Inc. et al |
| 2:13-cv-23767 | Davis v. Ethicon, Inc. et al |
| 2:16-cv-01094 | Davis v. Ethicon, Inc. et al |
| 2:16-cv-00749 | DeBall v. Ethicon, Inc. et al |
| 2:14-cv-19724 | Decker v. Ethicon, Inc. et al |
| 2:15-cv-07331 | Dewhirst v. Ethicon, Inc. et al |
| 2:12-cv-07115 | Di Lellol v. Ethicon, Inc. et al |
| 2:17-cv-01205 | Dixon v. Ethicon, Inc. et al |
| 2:14-cv-22934 | Doles v. Ethicon, Inc. et al |
| 2:14-cv-22948 | Downing et al v. Ethicon, Inc. et al |
| 2:15-cv-16592 | Dyer et al v. Ethicon, Inc. et al |
| 2:13-cv-31183 | Elkins v. Ethicon, Inc. et al |
| 2:13-cv-23766 | Elliot v. Ethicon, Inc. et al |
| 2:16-cv-00676 | Elliot v. Ethicon, Inc. et al |
| 2:16-cv-00756 | Elwell v. Ethicon, Inc. et al |
| 2:13-cv-11590 | Eubanks v. Ethicon, Inc. et al |
| 2:17-cv-01254 | Flake v. Ethicon, Inc. et al |
| 2:12-cv-02582 | Flynn v. Ethicon, Inc. et al |
| 2:17-cv-01267 | Fraley v. Ethicon, Inc. et al |
| 2:14-cv-17115 | Franklin et al v. Ethicon, Inc. et al |
| 2:13-cv-27472 | Frederiksen et al v. Ethicon, Inc. et al |
| 2:16-cv-00754 | Fulford v. Ethicon, Inc. et al |
| 2:13-cv-33063 | Gallimore v. Ethicon, Inc. et al |
| 2:16-cv-00753 | Gans v. Ethicon, Inc. et al |
| 2:12-cv-02583 | Garner et al v. Ethicon, Inc. et al |
| 2:14-cv-19010 | Garrison v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:13-cv-26664 | Gearen et al v. Ethicon, Inc. et al |
| 2:15-cv-11253 | Gilbert et al v. Ethicon, Inc. et al |
| 2:14-cv-19890 | Gilliland v. Ethicon, Inc. et al |
| 2:13-cv-24310 | Goldsmith et al v. Ethicon, Inc. et al |
| 2:16-cv-00438 | Goodknight v. Ethicon, Inc. et al |
| 2:14-cv-17592 | Grassi-Edwards v. Ethicon, Inc. et al |
| 2:14-cv-17122 | Greene v. Ethicon, Inc. et al |
| 2:16-cv-00752 | Gropp v. Ethicon, Inc. et al |
| 2:15-cv-02221 | Gutierrez v. Ethicon, Inc. et al |
| 2:16-cv-00440 | Haines v. Ethicon, Inc. et al |
| 2:14-cv-17120 | Haney v. Ethicon, Inc. et al |
| 2:15-cv-02213 | Hanshew v. Ethicon, Inc. et al |
| 2:15-cv-08454 | Hardison v. Ethicon, Inc. et al |
| 2:15-cv-14454 | Harmon v. Ethicon, Inc. et al |
| 2:13-cv-19130 | Harper v. Johnson & Johnson et al |
| 2:16-cv-00441 | Hart v. Ethicon, Inc. et al |
| 2:16-cv-00442 | Heaton v. Ethicon, Inc. et al |
| 2:14-cv-17123 | Russo v. Ethicon, Inc. et al |
| 2:12-cv-02754 | Hickertz v. Johnson & Johnson et al |
| 2:16-cv-00443 | Hickman v. Ethicon, Inc. et al |
| 2:13-cv-05946 | Hill et al v. Ethicon, Inc. et al |
| 2:16-cv-00755 | Howard v. Ethicon, Inc. et al |
| 2:16-cv-00679 | Hulse v. Ethicon, Inc. et al |
| 2:12-cv-02575 | Hunt v. Johnson & Johnson et al |
| 2:17-cv-01268 | Hutchins v. Ethicon, Inc. et al |
| 2:16-cv-02589 | Jenkins v. Ethicon, Inc. et al |
| 2:15-cv-14455 | Jent v. Ethicon, Inc. et al |
| 2:16-cv-02174 | Jones v. Ethicon, Inc. et al |
| 2:13-cv-32572 | Jones v. Ethicon, Inc. et al |
| 2:13-cv-24446 | Jones v. Ethicon, Inc. et al |
| 2:13-cv-25921 | Jones v. Ethicon, Inc. et al |
| 2:13-cv-24942 | Keller et al v. Ethicon, Inc. et al |
| 2:15-cv-11873 | Kelly v. Ethicon, Inc. et al |
| 2:16-cv-00681 | King v. Ethicon, Inc. et al |
| 2:13-cv-31180 | Kirkland et al v. Ethicon, Inc. et al |
| 2:17-cv-01288 | LaBruyere v. Ethicon, Inc. et al |
| 2:14-cv-19014 | Langford v. Ethicon, Inc. et al |
| 2:14-cv-5983 | Lizotte et al v. Ethicon, Inc. et al |
| 2:16-cv-02370 | Lonaker v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:15-cv-00475 | Lott et al v. Ethicon, Inc. et al |
| 2:16-cv-00690 | Loy v. Ethicon, Inc. et al |
| 2:12-cv-05212 | Maoirana v. Ethicon, Inc. et al |
| 2:13-cv-32575 | Manning v. Ethicon, Inc. et al |
| 2:13-cv-32571 | Marion v. Ethicon, Inc. et al |
| 2:12-cv-02577 | Marks et al v. Johnson & Johnson et al |
| 2:13-cv-24309 | Massengale et al v. Ethicon, Inc. et al |
| 2:13-cv-25922 | Mays et al v. Ethicon, Inc. et al |
| 2:13-cv-31955 | McCarthy et al v. Ethicon, Inc. et al |
| 2:16-cv-00748 | McCray v. Ethicon, Inc. et al |
| 2:13-cv-19139 | Medina et al v. Ethicon, Inc. et al |
| 2:16-cv-00691 | Metzgar v. Ethicon, Inc. et al |
| 2:16-cv-00685 | Middleton v. Ethicon, Inc. et al |
| 2:16-cv-02175 | Miller v. Ethicon, Inc. et al |
| 2:14-cv-29496 | Miller v. Ethicon, Inc. et al |
| 2:16-cv-01090 | Mooney v. Ethicon, Inc. et al |
| 2:13-cv-29630 | Morgan et al v. Ethicon, Inc. et al |
| 2:14-cv-19732 | Morlan et al v. Ethicon, Inc. et al |
| 2:15-cv-02222 | Mumea v. Ethicon, Inc. et al |
| 2:14-cv-00203 | Neira v. Ethicon, Inc. et al |
| 2:16-cv-00751 | Nolting v. Ethicon, Inc. et al |
| 2:13-cv-32573 | Noyola v. Ethicon, Inc. et al |
| 2:16-cv-01101 | Pae v. Ethicon, Inc. et al |
| 2:16-cv-00688 | Parks v. Ethicon, Inc. et al |
| 2:12-cv-02660 | Parks v. Johnson & Johnson et al |
| 2:14-cv-19876 | Pfeiffer et al v. Ethicon, Inc. et al |
| 2:14-cv-02337 | Ponce v. Ethicon, Inc. et al |
| 2:14-cv-18323 | Rackley-Cuda et al v. Ethicon, Inc. et al |
| 2:16-cv-01131 | Reese v. Ethicon, Inc. et al |
| 2:16-cv-01104 | Roark v. Ethicon, Inc. et al |
| 2:14-cv-00195 | Rodriguez et al v. Ethicon, Inc. et al |
| 2:12-cv-08034 | Rosen et al v. Ethicon, Inc. et al |
| 2:17-cv-01222 | Rouse v. Ethicon, Inc. et al |
| 2:14-cv-05883 | Rutherford v. Ethicon, Inc. et al |
| 2:14-cv-08206 | Scampini et al v. Ethicon, Inc. et al |
| 2:14-cv-19009 | Schmidt v. Ethicon, Inc. et al |
| 2:16-cv-00445 | Schoby v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:16-cv-01105 | Seguin v. Ethicon, Inc. et al |
| 2:16-cv-00450 | Seiloff et al v. Ethicon, Inc. et al |
| 2:16-cv-00446 | Shepherd v. Ethicon, Inc. et al |
| 2:13-cv-26558 | Sidhu et al v. Ethicon, Inc. et al |
| 2:14-cv-17125 | Sledz v. Ethicon, Inc. et al |
| 2:13-cv-26560 | Smith et al v. Ethicon, Inc. et al |
| 2:14-cv-29498 | Startzman et al v. Ethicon, Inc. et al |
| 2:12-cv-08035 | Steele v. Ethicon, Inc. et al |
| 2:17-cv-01223 | Stuck v. Ethicon, Inc. et al |
| 2:13-cv-24306 | Sullivan et al v. Ethicon, Inc. et al |
| 2:16-cv-00447 | Swart v. Ethicon, Inc. et al |
| 2:14-cv-26483 | Swartz et al v. Ethicon, Inc. et al |
| 2:14-cv-15419 | Thacker v. Ethicon, Inc. et al |
| 2:12-cv-07114 | Thomas et al v. Ethicon, Inc. et al |
| 2:13-cv-31294 | Thorne et al v. Ethicon, Inc. et al |
| 2:14-cv-17113 | Tighe v. Ethicon, Inc. et al |
| 2:13-cv-08452 | Tober et al v. Ethicon, Inc. et al |
| 2:16-cv-00758 | Todd v. Ethicon, Inc. et al |
| 2:17-cv-01206 | Trippiedi v. Ethicon, Inc. et al |
| 2:14-cv-08186 | Trisch et al v. Ethicon, Inc. et al |
| 2:16-cv-00770 | Tucker v. Ethicon, Inc. et al |
| 2:17-cv-00203 | Valle v. Ethicon, Inc. et al |
| 2:13-cv-26557 | Varner v. Ethicon, Inc. et al |
| 2:16-cv-00448 | Vaughn v. Ethicon, Inc. et al |
| 2:12-cv-02167 | Villarreal et al v. Johnson & Johnson et al |
| 2:14-cv-00198 | Walker et al v. Ethicon, Inc. et al |
| 2:12-cv-02664 | Wallace et al v. Johnson & Johnson et al |
| 2:16-cv-01099 | Wampole v. Ethicon, Inc. et al |
| 2:14-cv-17124 | Warner v. Ethicon, Inc. et al |
| 2:14-cv-05886 | Watkins v. Ethicon, Inc. et al |
| 2:14-cv-6157 | Watson v. Ethicon, Inc. et al |
| 2:14-cv-19012 | Webber v. Ethicon, Inc. et al |
| 2:13-cv-24313 | Weigert v. Ethicon, Inc. et al |
| 2:15-cv-13845 | White et al v. Ethicon, Inc. et al |
| 2:14-cv-16310 | Williams et al v. Ethicon, Inc. et al |
| 2:16-cv-00668 | Cass v. Ethicon, Inc., et al |
| 2:13-cv-28229 | Wood et al v. Ethicon, Inc., et al |
| 2:16-cv-01100 | Woods v. Ethicon, Inc., et al |
| 2:13-cv-24862 | Wright v. Ethicon, Inc., et al |
| 2:14-cv-06158 | Young v. Ethicon, Inc., et al |
| 2:14-cv-17116 | Young v. Ethicon, Inc., et al |

| | |
|---|---|
| 2:16-cv-01108 | Young v. Ethicon, Inc., et al |
| 2:16-cv-02372 | Zemanek v. Ethicon, Inc., et al |
| 2:16-cv-02372 | Quarles v. Ethicon, Inc., et al |
| 2:14-cv-19607 | Barney v. Ethicon, Inc., et al |
| 2:17-cv-01289 | Troescher v. Ethicon, Inc., et al |