IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

## ORDER
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 6763], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-B, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants may remain. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to:

1. DISMISS the AMS defendant with prejudice in each case listed on the attached exhibits, if AMS is the only remaining defendant in any of the cases listed on the attached Exhibits, then STRIKE such case(s) from the active docket; and

2. file a copy of this Order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-B.

ENTER: November 19, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

### EXHIBIT A – THE LAW OFFICES OF A. CRAIG EILAND

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:14-CV-15044 | Norma Wooley v. American Medical Systems, Inc., Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson |

**EXHIBIT B – FITTS LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-CV-10492 | Helen Harrod v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:16-CV-12735 | Alverda Goff v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:17-CV-00750 | Patricia Hooks v. American Medical Systems, Inc. |
| 2:17-CV-01545 | Virginia Lewis v. American Medical Systems, Inc., Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson |