IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 6764], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants may remain. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to:

1. DISMISS the AMS defendant with prejudice in each case listed on the attached exhibit, if AMS is the only remaining defendant in any of the cases listed on the attached Exhibit, then STRIKE such case(s) from the active docket; and

2. file a copy of this Order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: November 19, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – LAW OFFICES OF CHARLES H. JOHNSON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-CV-04825 | Renee C. Dugas v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:12-CV-05110 | LuVerne Hoover v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:13-CV-33235 | Susan L. Coston v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |
| 2:13-CV-33239 | LaVerne A. Von Rueden v. American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson |