IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

ORDER
(Dismissing Defendant C. R. Bard, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 6802], is a Joint Motion to Dismiss Defendant C. R. Bard, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-I, and C. R. Bard, Inc. ("Bard") seeking dismissal of Bard from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants may remain. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Bard with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to:

1. DISMISS the C. R. Bard, Inc. defendant with prejudice in each case listed on the attached exhibits, if Bard is the only remaining defendant in any of the cases listed on the attached Exhibits, then STRIKE such case(s) from the active docket; and

2. file a copy of this Order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-I.

ENTER: November 19, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A - LOCKRIDGE GRINDAL NAUEN PLLP**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-28757 | Wanda Bramel and Roy N. Bramel, II v. C.R. Bard, Inc., et al. |
| 2:15-cv-13095 | Nanette Anspach and Thomas Anspach v. C.R. Bard, Inc., et al. |

## EXHIBIT B – SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, PA

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-01622 | Ruth S. Chapman and James B. Chapman v. C.R. Bard, Inc., et al. |

## EXHIBIT C – SMITH STAG, LLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-14450 | Sally Manzo v. C.R. Bard, Inc., et al. |

## EXHIBIT D – KERSHAW CUTTER & RATINOFF

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-cv-11177 | Margaret M. Trowbridge v. C.R. Bard, Inc., et al. |

## EXHIBIT E – GROSSMAN & MOORE, PLLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-13374 | Cathy Delph and Bobby Delph v. C.R. Bard, Inc., et al. |

## EXHIBIT F – HARDISON & COCHRAN, PLLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-00570 | Clare Wadsworth and Rocco Wadsworth v. C.R. Bard, Inc., et al. |

## EXHIBIT G – HOLLIS WRIGHT & COUCH

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| ~~2:14-cv-16527~~ | ~~Pamela J. Anderson and Morris Smith v. C.R. Bard, Inc., et al.~~ |

**EXHIBIT H – MORELLI LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-18789 | Jean Gladding v. C.R. Bard, Inc., et al. |

## EXHIBIT I – WRIGHT & SCHULTE, LLC

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-00575 | Deanna Hall and Carl Hall v. C.R. Bard, Inc., et al. |