IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEMS
      PRODUCTS LIABILITY LITIGATION      MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**
(Dismissing Defendant American Medical Systems with Prejudice)

      Pending in MDL 2327, 2:12-md-2327 [ECF No. 7171], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-H , and American Medical Systems, Inc., ("AMS"), seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. If no other defendants remain in an individual action, it is further **ORDERED** that those actions are **STRICKEN** from the docket and any motions pending in the individual case at the time of this dismissal are **DENIED AS MOOT**.

      The court **DIRECTS** the Clerk to dismiss AMS from the actions listed on the attached Exhibits A-H, close all cases with no remaining defendants, and to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-H.

ENTER: November 26, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – AYLSTOCK WITKIN KREIS & OVERHOLTZ

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-06065 | Sharon Mashburn v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., |
| 2:13-CV-25668 | Diana Krzeminski, Stanley Krzeminski v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., |
| 2:14-CV-08383 | Stephanie L. Seese, Thomas Seese v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – CAREY DANIS & LOWE

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:14-CV-13306 | Linda Crocker v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |

## EXHIBIT C – FIBICH LEEBRON COPELAND BRIGGS JOSEPHSON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-15771 | Donna Gambill, Vernon Russel Gambill v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT D – HAMILTON LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-26615 | Lucille Elms v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |

## EXHIBIT E – HEARD ROBINS CLOUD & BLACK

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-11098 | Lisa Ann Shank, Meade Shank v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT F – KLINE & SPECTER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-CV-04837 | Linda Joyce Jarrett, James Jarrett v., American Medical Systems, Inc. |

## EXHIBIT G – WILLIAMS KHERKHER HART BOUNDAS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| ~~2:14-CV-09814~~ | ~~Carole Watkins, Robert William Watkins v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc.~~ |

## EXHIBIT H – WRIGHT & SCHULTE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| ~~2:12-CV-07776~~ | ~~Ellen M. Salas v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc.~~ |