| DATE | CASE | PRODUCT | AWARD | STATE/ MDL | FIRM |
|------|------|---------|-------|------------|------|
| 7/1/2012 | Scott v. Bard | Avaulta Plus | 3,600,000 | CA | Lorenz and Houghton |
| 2/1/2013 | Gross v. Ethicon | Prolift | 11,110,000 | NJ | Mazie Slater |
| 8/16/2013 | Cisson v. Bard | Avaulta Plus Pos | 2,000,000 | WV | Blasingame |
| 1/15/2014 | Lewis v. Ethicon | TVT Mechanically Cut | 0 | WV | AWKO, Wagstaff |
| 4/1/2014 | Batiste v. Ethicon | TVT-O Mechanically Cut | 1,200,000 | TX | de la Cerda, Rhodes, Mathews, Gross, Freese, Edwards, and Capstone |
| 7/1/2014 | Albright v. BSC | Pinnicle | 0 | MA | Motley Rice |
| 8/1/2014 | Cardenas v. BSC | Obtryx | 0 | MA | Babbit Johnson |
| 9/1/2014 | Salazar v. BSC | Obtryx | 34,600,000 (73,465,000 before recuction) | TX | Freese, Gross, Capstone, Matthews |
| 9/5/2014 | Huskey v. Ethicon | TVT-O Laser Cut | 3,270,000 | WV | Motley Rice, Wexler Wallace, Wagstaff |
| 11/13/2014 | Eghnajem v. BSC | Pinnicle | 6,722,222 | FL | AWKO |
| 11/13/2014 | Dotres v. BSC | Pinnicle | 6,766,666 | FL | Blasingame |
| 11/13/2014 | Bentacort v. BSC | Pinnicle | 6,722,222 | FL | Clark, Love, Blasingame; Pucket Kidd Vickery |
| 11/13/2014 | Nunez v. BSC | Pinnicle | 6,533,333 | FL | Clark, Love, Blasingame; Pucket Kidd Vickery |
| 11/20/2014 | Blankenship v. BSC | Obtryx | 5,250,000 | WV | Love, Clark, and Houston |
| 11/20/2014 | Wilson v. BSC | Obtryx | 4,750,000 | WV | Love, Clark, and Houston |
| 11/20/2014 | Campbell v. BSC | Obtryx | 4,250,000 | WV | Love, Clark, and Houston |
| 11/20/2014 | Tyree v. BSC | Obtryx | 4,250,000 | WV | Love, Clark, and Houston |
| 2/1/2015 | Perry v. Ethicon | Abbrevo | 5,000,000 | CA | Cartmell/Freese & Goss |
| 5/1/2015 | Barba v. BSC | Pinnacle and Advantage F | 10,000,000 ($100 million ($25 million Compensatory; $75 million Punitives) before remittitur) | DE | Motley Rice |
| 9/1/2015 | Caveness v Ethicon | Prosima (Dallas County , T | 0 | TX | Matthews, Freese & Goss |

| | | | | | |
|---|---|---|---|---|---|
| 11/30/2015 | Sherrer v BSC (Solyx) and Bard (Align S) | BSC Solyx & Bard Align S | 0 | MO | Bertram & Graf; Davis, Bethune & Jones; Wagstaff & Cartmell |
| 12/1/2015 | Hammons v Ethicon | Prolift | 12,500,000 | PA | Kline & Specter |
| 2/10/2016 | Sharon Carlino v Ethicon | TVT | 13,500,000 | PA | Kline & Specter |
| 4/28/2017 | Englemen v. Ethicon | TVT-Secur | 20,000,000 ($2.5 million compensatory, $17.5 million punitive) | PA | Aylstock Witkin Kreiz and Overholtz; Anderson Law; Kline & Specter |
| 5/31/2017 | Beltz v. Ethicon | Prolift | 2,160,000 | PA | Kline & Specter |
| 6/1/2017 | Adkins v. Ethicon | TVT-Secur | 0 | PA | Aylstock Witkin Kreiz and Overholtz; Kline & Specter |
| 9/1/2017 | Harris v. BSC | Lynx | 0 | DE | Kline & Specter |
| 9/1/2017 | Ebaugh v. Ethicon | TVT, TVT-S | 57,100,000 ($7.1 Million compensatory, $50 Million punitive) | PA | Kline & Specter |
| 12/1/2017 | Hrymoc v. Ethicon | Prolift | 15,000,000 ($4 Million compensatory, $1 Million loss of consortium, $10 Million punitive) | NJ | Mazie Slater |
| 4/18/2018 | McGinnis v. Bard | Avaulta, Align | 68,000,000 ($33 Million compensatory, $35 Million punitive) | NJ | Mazie Slater |
| 6/1/2018 | Martinez v. BSC | Pinnacle, Obtryx | 0 | MA | Kline & Specter |
| | | | | | |
| | | | Total: 304,284,443 | | |
| | | | Average: 9,815,627.19 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |