IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                          MDL 2327

--------------------------------------------------
THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

PRETRIAL ORDER # 323
(Order re: Mandatory Status Conference for
Certain Remaining Plaintiffs in Ethicon MDL)

For reasons appearing to the court, it is **ORDERED** as follows:

1. Plaintiffs and their counsel, where they are represented, in the cases identified in the attached Exhibit A who have alleged claims against Ethicon, Inc. and/or Johnson & Johnson (hereinafter collectively referred to as "Ethicon") are directed to appear for a mandatory status conference on **Friday, February 15, 2019**, **at 10:00 a.m.** in Charleston at the Robert C. Byrd United States Courthouse, Room 6600. *Individual plaintiffs whose cases are scheduled for a status conference shall appear in person for the conference along with counsel of record.*

2. Any plaintiff who fails to comply with this PTO may be subject to a substantial sanction, including dismissal with prejudice.

3. The filing of a proper dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure before the status conference will relieve any plaintiff and her counsel from attending the status conference.

1

4. The court further requires the presence of the following counsel: (1) for Ethicon: Donna Jacobs and Eric Hudson; (2) for plaintiffs' co-coordinating co-lead counsel: Henry Garrard; and (3) for plaintiffs' co-leadership counsel in MDL 2327: Tom Cartmell and Renee Baggett.

The Court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the cases listed on Exhibit A. The order may be accessed through the CM/ECF system or the Court's website at www.wvsd.uscourts.gov.

ENTER: November 29, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A
PTO 323

|  | Civil Action No. | Plaintiff(s) Name | Plaintiff(s)' counsel |
|---|---|---|---|
| 1 | 2:12-cv-02994 | Trammell, Vicki & Randall W. | Akin Mears; Daniels & Gentle |
| 2 | 2:13-cv-31447 | Galloway, Tanya M. | Aylstock Witkin |
| 3 | 2:14-cv-12999 | Painter, Charlene Marie | Aylstock Witkin |
| 4 | 2:14-cv-20668 | Catlett, Brenda Lee | Aylstock Witkin |
| 5 | 2:16-cv-01908 | Derrisseaux, Verla | Aylstock Witkin |
| 6 | 2:14-cv-26647 | Hardin, Alice & William, Sr. | Aylstock Witkin; Hughes & Coleman |
| 7 | 2:13-cv-25754 | Peele-Rice, Crystal E. | Aylstock Witkin; Miller Weisbrod |
| 8 | 2:15-cv-05238 | Read, Paula S. | Clark Love & Hutson |
| 9 | 2:17-cv-04358 | Walters, Anna S. & Wayne C. | Clark Love & Hutson |
| 10 | 2:12-cv-04090 | McCurdy, Kim D. | Cohen, Placitella & Roth; Akin Mears; Daniels & Gentle |
| 11 | 2:16-cv-07227 | Catlin, Margaret | Cutter Law |
| 12 | 2:16-cv-09095 | Bruenning, Angela | Cutter Law |
| 13 | 2:16-cv-09838 | Cruz, Paulina | Cutter Law |
| 14 | 2:17-cv-02021 | Manning, Debra | Cutter Law |
| 15 | 2:12-cv-09611 | Anselmo, Tina M. & John | Daniels & Gentle |
| 16 | 2:12-cv-09760 | Lentz, Bonnie J. & Thomas | Daniels & Gentle |
| 17 | 2:13-cv-26112 | Smigiel, Laura | Daniels & Gentle |
| 18 | 2:13-cv-26727 | Busch, Lola M. | Daniels & Gentle |
| 19 | 2:14-cv-06205 | Moreno, Elaine I. & Juan | Daniels & Gentle |
| 20 | 2:14-cv-11382 | Utrera, Samantha K. | Daniels & Gentle |
| 21 | 2:14-cv-16867 | Pinson, Evelyn E. | Daniels & Gentle |
| 22 | 2:14-cv-20285 | Hawk, Pauline S. Latham & Richard A. | Daniels & Gentle |
| 23 | 2:14-cv-30023 | Hinthorn, Barbara J. | Daniels & Gentle |
| 24 | 2:13-cv-21996 | Propes, Vicki | Daniels & Gentle; Daniels & Tredennick |
| 25 | 2:13-cv-19556 | Langley, Kimberly | Discepolo |
| 26 | 2:13-cv-27218 | Randol, Shannon | Doyle Lowther |
| 27 | 2:13-cv-04611 | Flores, Arnulfa & Lorenzo | Fleming Nolen & Jez |
| 28 | 2:14-cv-16688 | Tejeda, Carmen Lynn | Grossman Roth |
| 29 | 2:13-cv-26649 | Sego, Sondra & Frederick | Hodges Law Firm |
| 30 | 2:12-cv-07987 | Stapleton, Shannon & Vansel | Kell Lampin |
| 31 | 2:12-cv-09647 | Baker, Freedom & Franklin Bates, Jr. | Kell Lampin |
| 32 | 2:12-cv-09883 | Maddux, Teresa | Kell Lampin |
| 33 | 2:13-cv-07080 | Bodiford, Brenda & Raymond | Kell Lampin |
| 34 | 2:13-cv-07990 | Washington, Carole | Kell Lampin |
| 35 | 2:13-cv-11107 | Joosten, Gaylene | Kell Lampin |
| 36 | 2:13-cv-03282 | Notter, Angela & Daron | Kline & Specter |
| 37 | 2:13-cv-09178 | Elliott, Michlene M. | Kline & Specter |
| 38 | 2:13-cv-09712 | Waters, Paula | Kline & Specter |
| 39 | 2:13-cv-09785 | Binks, Tammy & Richard | Kline & Specter |

EXHIBIT A
PTO 323

|    | Civil Action No. | Plaintiff(s) Name | Plaintiff(s)' counsel |
|----|---|---|---|
| 40 | 2:13-cv-22564 | Cuevas, Martha & Abraham | Kline & Specter |
| 41 | 2:13-cv-22693 | Carder, Dolores & Aubrey | Kline & Specter |
| 42 | 2:13-cv-22697 | Murn, Linda - 124072 | Kline & Specter |
| 43 | 2:13-cv-23073 | Beverly, Trisha | Kline & Specter |
| 44 | 2:13-cv-24262 | Nelson, Erin | Kline & Specter |
| 45 | 2:13-cv-28083 | Howell, Jeanie & Douglas | Kline & Specter |
| 46 | 2:13-cv-30843 | Johnson, Lena S. | Kline & Specter |
| 47 | 2:14-cv-00051 | Simpson, Ramona | Kline & Specter |
| 48 | 2:14-cv-01377 | Smith, Clarice | Kline & Specter |
| 49 | 2:14-cv-28379 | Demontoya, Rose | Kline & Specter |
| 50 | 2:15-cv-00184 | Maddock, Melissa | Kline & Specter |
| 51 | 2:15-cv-03049 | Hileman, Rena & Albert | Kline & Specter |
| 52 | 2:15-cv-03304 | Dill, Mary E. & Michael F. | Kline & Specter |
| 53 | 2:15-cv-04300 | Sevek, Penny & David | Kline & Specter |
| 54 | 2:15-cv-05601 | Montgomery, Cheilion F. | Kline & Specter |
| 55 | 2:15-cv-05941 | CarterCorn, Pamela | Kline & Specter |
| 56 | 2:15-cv-07092 | Ercolani, Marcella | Kline & Specter |
| 57 | 2:15-cv-08107 | Alpha, Sheila | Kline & Specter |
| 58 | 2:15-cv-11332 | Nash, Marianne | Kline & Specter |
| 59 | 2:14-cv-01680 | Vazquez-Nitschneider, Laura | Kline & Spector |
| 60 | 2:13-cv-07671 | Sutton, Kimberly & Jason Scott | Mueller Law |
| 61 | 2:13-cv-08069 | Beliew, Betty & Bobby | Mueller Law |
| 62 | 2:13-cv-08851 | Peridore, Courtney & Linsy | Mueller Law |
| 63 | 2:13-cv-08957 | Williams, Laverne | Mueller Law |
| 64 | 2:16-cv-10143 | Rowe, Alberta H. | Napoli Shkolnik |
| 65 | 2:15-cv-14939 | Powell, Penny | Oliver Law Group |
| 66 | 2:13-cv-05768 | Guajardo, Velia | Pro se |
| 67 | 2:13-cv-30509 | Hau, Carrie A. | Pro se |
| 68 | 2:14-cv-06428 | Hoeltzner, Paula | Pro se |
| 69 | 2:14-cv-14174 | Walker, Nancy K | Pro se |
| 70 | 2:14-cv-25588 | Crumpler, Montee | Pro se |
| 71 | 2:15-cv-02538 | Carter, Mistie | Pro se |
| 72 | 2:15-cv-02935 | Hobson, Stephanie | Pro se |
| 73 | 2:15-cv-02945 | Lindsey, Lorilynn R. | Pro se |
| 74 | 2:15-cv-03129 | Winsborough, Shannon P. | Pro se |
| 75 | 2:15-cv-07878 | Forero-Salazar, Yaned | Pro se |
| 76 | 2:16-cv-00433 | Foley, Teresa | Pro se |
| 77 | 2:16-cv-08000 | Fischer, Roberta | Pro se |
| 78 | 2:16-cv-11679 | Benson, Kathy Myers | Pro se |
| 79 | 2:16-cv-12229 | Pantoja, Tracy Lynn | Pro se |
| 80 | 2:17-cv-00859 | Macdonald, Michele | Pro se |
| 81 | 2:17-cv-00861 | Aldrich, Teresa | Pro se |
| 82 | 2:17-cv-00868 | Ratliff, Daphne | Pro se |
| 83 | 2:17-cv-00869 | Policastro, Suie | Pro se |

EXHIBIT A
PTO 323

|  | Civil Action No. | Plaintiff(s) Name | Plaintiff(s)' counsel |
|---|---|---|---|
| 84 | 2:17-cv-00881 | Harris, Judy A. | Pro se |
| 85 | 2:17-cv-00917 | Brown, Denise | Pro se |
| 86 | 2:17-cv-01108 | Szelest, Lisa | Pro se |
| 87 | 2:17-cv-01111 | Sildack, Melissa | Pro se |
| 88 | 2:17-cv-01115 | Rodgers, Stephanie | Pro se |
| 89 | 2:17-cv-01124 | Houseknecht, Debra | Pro se |
| 90 | 2:17-cv-01126 | Griesing, Betty | Pro se |
| 91 | 2:17-cv-01127 | Gang, Debra | Pro se |
| 92 | 2:15-cv-03828 | Adams, Stacy Hamlin & Allen | Richard J. Plezia & Associates |
| 93 | 2:15-cv-03831 | O'Donnel, Nancy & Patrick | Richard J. Plezia & Associates |
| 94 | 2:15-cv-13607 | Sapp, Renee & William D. | Richard J. Plezia & Associates |
| 95 | 2:15-cv-13608 | Doss, Paula - 167274 | Richard J. Plezia & Associates |
| 96 | 2:13-cv-17141 | Passarello, Diane | Robinson Calcagnie |
| 97 | 2:13-cv-26079 | Hale, Angela & John | Robinson Calcagnie; The Moody Law Firm |
| 98 | 2:16-cv-00852 | Price, Sharon & Jack | Robinson Calcagnie; The Moody Law Firm |
| 99 | 2:16-cv-00869 | Johnson, Lauren & Ronald | Robinson Calcagnie; The Moody Law Firm |
| 100 | 2:12-cv-02269 | Shell, Kathy & Roger | Simmons Hanly Conroy |
| 101 | 2:13-cv-02317 | Belisle, Julie A. | Simmons Hanly Conroy |
| 102 | 2:13-cv-06813 | Kirby, Brenda L. & Jeffrey | Simmons Hanly Conroy |
| 103 | 2:13-cv-07511 | McCubbins, Brenda | Simmons Hanly Conroy |
| 104 | 2:13-cv-24791 | Zellem, Cathy L. | Simmons Hanly Conroy |
| 105 | 2:14-cv-02925 | Gabel, Tina L. | Simmons Hanly Conroy |
| 106 | 2:14-cv-02954 | Choate, Penny L. | Simmons Hanly Conroy |
| 107 | 2:14-cv-02955 | Crandall, Lisa L. & Jason | Simmons Hanly Conroy |
| 108 | 2:14-cv-04334 | Pine, Carrie | Simmons Hanly Conroy |
| 109 | 2:14-cv-05301 | Rich-Maynard, Michelle R. & Johnny | Simmons Hanly Conroy |
| 110 | 2:14-cv-05314 | Scofield, Bonnie | Simmons Hanly Conroy |
| 111 | 2:14-cv-07095 | Baker, Stacey J. | Simmons Hanly Conroy |
| 112 | 2:14-cv-07177 | White, Kimberly F. | Simmons Hanly Conroy |
| 113 | 2:14-cv-27138 | Jones, Judith L. | Simmons Hanly Conroy |
| 114 | 2:15-cv-14745 | Spicer, Sarah L. | Simmons Hanly Conroy |
| 115 | 2:13-cv-13818 | Clanton, Brandie | Solis Law Firm |
| 116 | 2:13-cv-15452 | Baber, Jo Ann | Solis Law Firm |
| 117 | 2:13-cv-15778 | Gomez, Leslie Lee & Ignacio Gomez Vasquez | Solis Law Firm |
| 118 | 2:13-cv-15940 | Cardenas, Diana | Solis Law Firm |
| 119 | 2:13-cv-18616 | Alvarado, Clarita & Jose Guadalupe | Solis Law Firm |
| 120 | 2:13-cv-18733 | Ayala, Maria | Solis Law Firm |
| 121 | 2:13-cv-18837 | Garza, Martha & Juan Antonio | Solis Law Firm |
| 122 | 2:15-cv-02111 | Olson, Cathryn | Stark & Stark |
| 123 | 2:15-cv-02112 | Renter, Victoria | Stark & Stark |

EXHIBIT A
PTO 323

|  | Civil Action No. | Plaintiff(s) Name | Plaintiff(s)' counsel |
|---|---|---|---|
| 124 | 2:15-cv-05019 | Fahnestock, Martha | Stark & Stark |
| 125 | 2:15-cv-05530 | Henriques, Stephanie | Stark & Stark |
| 126 | 2:15-cv-06456 | Crouch, Delores | Stark & Stark |
| 127 | 2:15-cv-12817 | Whitehurst, Melinda | Stark & Stark |
| 128 | 2:15-cv-14573 | Antonson, Dorothy | Stark & Stark |
| 129 | 2:16-cv-01521 | Johnson, Kimberly | The Law Offices of Ben C. Martin; The Talaksa Law Firm |
| 130 | 2:13-cv-27269 | Snyder, Patience & Matthew | The Miller Firm |
| 131 | 2:13-cv-29401 | Robinson, Belinda | The Miller Firm |
| 132 | 2:14-cv-17479 | De Saint Phalle, Jacqueline | The Miller Firm |
| 133 | 2:14-cv-18584 | Mouser, Brenda & Charles | The Miller Firm |
| 134 | 2:14-cv-18586 | Mendez, Graciela & Refugio | The Miller Firm |
| 135 | 2:13-cv-13080 | Stephens, Tammy | Wagstaff & Cartmell |
| 136 | 2:13-cv-20755 | Oliver, Patsy | Wagstaff & Cartmell |
| 137 | 2:14-cv-18220 | Rounds, Clara | Wagstaff & Cartmell |
| 138 | 2:14-cv-24528 | Laney, Minnie | Wagstaff & Cartmell |
| 139 | 2:14-cv-29092 | Willes, Lynne | Wagstaff & Cartmell |
| 140 | 2:15-cv-04146 | Munsch, Sheila & Larry | Wagstaff & Cartmell |
| 141 | 2:16-cv-03282 | Wilkerson, Barbara | Wagstaff & Cartmell |
| 142 | 2:16-cv-03288 | Williams, Sandy | Wagstaff & Cartmell |
| 143 | 2:16-cv-03361 | Williams, Clara & Sam | Wagstaff & Cartmell |
| 144 | 2:16-cv-03449 | Jimenez-Gonzalez, Maria | Wagstaff & Cartmell |
| 145 | 2:16-cv-03562 | Neil, Donna | Wagstaff & Cartmell |
| 146 | 2:16-cv-08589 | Wormsley, Janet | Wagstaff & Cartmell |
| 147 | 2:17-cv-04427 | McCaig, D. Carlene | Wagstaff & Cartmell |
| 148 | 2:18-cv-00033 | Wyatt, Crystal | Wagstaff & Cartmell |
| 149 | 2:16-cv-06022 | Haley, Shirley | Wilshire Law Firm |