# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABIILITY LITIGATION | MDL No. 2325 |
| IN RE: BOSTON SCIENTIFIC CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| IN RE: COLOPLAST CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2387 |
| IN RE: COOK MEDICAL, INC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2440 |
| IN RE NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL No. 2511 |

*This Document Relates To All Cases*

**MOTION TO EXCEED PAGE LIMIT FOR COMMON BENEFIT FEE AND COST
COMMITTEE'S REPLY IN SUPPORT OF PETITION FOR AN AWARD OF
COMMON BENEFIT ATTORNEYS' FEES AND EXPENSES
AND MEMORANDUM IN SUPPORT**

The undersigned members of the Common Benefit Fee and Cost Committee ("FCC"),

move the Court pursuant to Local Rule 7.1(a)(2) for leave to exceed the page limit specified

under said Rule for their Reply in Support of Petition for an Award of Common Benefit

Attorneys' Fees and Expenses and Memorandum in Support, and show as follows:

The FCC acknowledges the admonition of the Court's Local Rule 7.1(a)(2) that motions

to exceed page limitations are disfavored and will be denied without a showing of good cause.

Plaintiffs respectfully submit that good cause exists here in light of the import of the scope and

import of the issues for all related MDLs.  The FCC's Petition for an Award of Common Benefit

Attorneys' Fees and Expenses and Memorandum in Support sets forth the factual and legal basis

for compensation for the common benefit work performed from the outset of this litigation.  A

Response in Opposition has been filed to the FCC's Petition which asserts a number of

arguments, which the FCC is compelled to refute.

Based on the foregoing, and for good cause shown, the FCC respectfully moves the Court

for leave to exceed the Court's page limitation to file its Reply in Support of Petition for an

Award of Common Benefit Attorneys' Fees and Expenses and Memorandum in Support not to

exceed thirty (30) pages.

Dated: November 30, 2018

Respectfully submitted,

THE COMMON BENEFIT FEE AND COST COMMITTEE

*/s/ Henry Garrard*
Henry G. Garrard, III
Blasingame, Burch, Garrard & Ashley, PC

440 College Ave., Ste. 320
Athens, GA 30601
706-354-4000
706-549-3545 (fax)
hgg@bbgbalaw.com

*/s/ Renee Baggett*
Renee Baggett
Aylstock Witkin Kreis & Overholtz
Suite 200
17 East Main Street
Pensacola, FL 32502
850-202-1010
805-916-7449 (fax)
RBaggett@awkolaw.com

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
Burnett Law Firm
55 Waugh Drive, Suite 803
Houston, TX 77007
832-413-4410
832-900-2120 (fax)
rburnett@rburnettlaw.com

*/s/ Thomas P. Cartmell*
Thomas P. Cartmell
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100
816-531-2372 (fax)
tcartmell@wagstaffcartmell.com

*/s/ Clayton A. Clark*
Clayton A. Clark
Clark, Love & Hutson, GP
440 Louisiana St., Ste. 1600
Houston, TX 77002
713-757-1400
713-759-1217 (fax)
cclark@triallawfirm.com

*/s/ Yvonne Flaherty*
Yvonne Flaherty
Lockridge Grindal Nauen

Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401
612-339-6900
612-339-0981 (fax)
ymflaherty@locklaw.com

*/s/ Carl N. Frankovitch*
Carl N. Frankovitch
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062
304-723-4400
304-723-5892 (fax)
carln@facslaw.com

*/s/ Joseph F. Rice*
Motley Rice, LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9000
843-216-9450 (fax)
jrice@motleyrice.com

*/s/ William H. McKee, Jr.*
William H. McKee, Jr.
1804 Louden Heights Road
Charleston, WV 25314
304-546-2347
bmckee@suddenlink.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 30, 2018, a true and correct copy of the foregoing Motion to Exceed Page Limit for Common Benefit Fee and Cost Committee's Reply in Support of Petition for an Award of Common Benefit Attorneys' Fees and Expenses and Memorandum in Support was served via electronic mail with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF counsel of record.

/s/ Henry G. Garrard, III
Henry G. Garrard, III
Chairman
The Common Benefit Fee and Cost Committee