**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327** **MDL No. 2327** |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | **JOSEPH R. GOODWIN** **U.S. DISTRICT JUDGE** |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants in these cases which were, or could have been, asserted, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Erin K. Copeland                          /s/ William M. Gage
Erin K. Copeland                              William M. Gage (MS Bar #8691)
Fibich Leebron Copeland Briggs Josephson      Butler Snow LLP
1150 Bissonnet St.                            1020 Highland Colony Parkway
Houston, TX 77005                             Suite 1400 (39157)
(713) 751-0025                                P.O. Box 6010
ecopeland@fibichlaw.com                       Ridgeland, MS 39158-6010
*Counsel for Plaintiffs*                      (601) 985-4561
                                              william.gage@butlersnow.com

                                              /s/ Susan M. Robinson____
                                              Susan M. Robinson (W. Va. Bar #5169)
                                              Thomas Combs & Spann PLLC
                                              300 Summers Street
                                              Suite 1380 (25301)
                                              P.O. Box 3824
                                              Charleston, WV 24338
                                              (304) 414-1800
                                              srobinson@tcspllc.com

                                              *Counsel for the Ethicon Defendants*


CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.


/s/ William M. Gage

**EXHIBIT A**

| Case Number | Case Style |
|---|---|
| 2:13-cv-29623 | Alters et al v. Ethicon, Inc. et al |
| 2:13-cv-33159 | Anderson v. Ethicon, Inc. et al |
| 2:13-cv-32365 | Atencio et al v. Ethicon, Inc. et al |
| 2:14-cv-12976 | Black v. Ethicon, Inc. et al |
| 2:13-cv-20675 | Boyett et al v. Ethicon, Inc. et al |
| 2:14-cv-11526 | Cocker v. Ethicon, Inc. et al |
| 2:15-cv-01883 | Couey v. Ethicon, Inc. et al |
| 2:15-cv-05388 | Dolinger v. Ethicon, Inc. et al |
| 2:13-cv-30721 | Elmhami v. Ethicon, Inc. et al |
| 2:13-cv-30725 | Fawkes-Neely v. Ethicon, Inc. et al |
| 2:13-cv-33190 | Fox v. Ethicon, Inc. et al |
| 2:14-cv-26674 | Hall v. Ethicon, Inc. et al |
| 2:13-cv-30726 | Hampton v. Ethicon, Inc. et al |
| 2:13-cv-30728 | Hardin v. Ethicon, Inc. et al |
| 2:14-cv-07968 | Hardwick et al v. Ethicon, Inc. et al |
| 2:15-cv-05863 | Haughton v. Ethicon, Inc. et al |
| 2:15-cv-07842 | Johnson v. Ethicon, Inc. et al |
| 2:13-cv-31753 | Jones et al v. Ethicon, Inc. et al |
| 2:15-cv-03112 | Knoblauch v. Ethicon, Inc. et al |
| 2:15-cv-03114 | Lapietro v. Ethicon, Inc. et al |
| 2:13-cv-28219 | Lawson v. Ethicon, Inc. et al |
| 2:13-cv-22007 | Marshall v. Ethicon, Inc. et al |
| 2:15-cv-05643 | Maynard v. Ethicon, Inc. et al |
| 2:15-cv-06934 | Pickering v. Ethicon, Inc. et al |
| 2:15-cv-06908 | Rectenwal v. Ethicon, Inc. et al |
| 2:14-cv-10560 | Rickard v. Ethicon, Inc. et al |
| 2:15-cv-07499 | Riker v. Ethicon, Inc. et al |
| 2:13-cv-29617 | Rodriguez v. Ethicon, Inc. et al |
| 2:13-cv-29618 | Rossi et al v. Ethicon, Inc. et al |
| 2:13-cv-29620 | Schulze et al v. Ethicon, Inc. et al |
| 2:13-cv-28212 | Segura v. Ethicon, Inc. et al |
| 2:13-cv-28213 | Semiens v. Ethicon, Inc. et al |
| 2:14-cv-15667 | Smith v. Ethicon, Inc. et al |
| 2:13-cv-28674 | McCann v. Ethicon, Inc. et al |
| 2:13-cv-28817 | Vanhook et al v. Ethicon, Inc. et al |
| 2:13-cv-28819 | White et al v. Ethicon, Inc. et al |
| 2:13-cv-28824 | Yates et al v. Ethicon, Inc. et al |