# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants in these cases which were, or could have been, asserted, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Michael J. Miller | /s/ William M. Gage |
| Michael J. Miller | William M. Gage (MS Bar #8691) |
| The Miller Firm | Butler Snow LLP |
| 108 Railroad Ave. | 1020 Highland Colony Parkway |
| Orange, VA 22960 | Suite 1400 (39157) |
| 540.672.4224 | P.O. Box 6010 |
| tshah@millerfirmllc.com | Ridgeland, MS 39158-6010 |
| *Counsel for Plaintiffs* | (601) 985-4561 |
| | william.gage@butlersnow.com |

/s/ Susan M. Robinson\_\_\_\_
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Case Number | Case Style |
|---|---|
| 2:14-cv-20185 | Alford v. Ethicon, Inc. et al |
| 2:14-cv-17442 | Arnold et al v. Ethicon, Inc. et al |
| 2:14-cv-18267 | Bauer et al v. Ethicon, Inc. et al |
| 2:13-cv-17106 | Bourquin et al v. Ethicon, Inc. et al |
| 2:13-cv-17098 | Brown v. Ethicon, Inc. et al |
| 2:14-cv-15387 | Carpenter et al v. Ethicon, Inc. et al |
| 2:14-cv-17455 | Chappell v. Ethicon, Inc. et al |
| 2:13-cv-28739 | Cotton v. Ethicon, Inc. et al |
| 2:14-cv-30755 | Crawford et al v. Ethicon, Inc. et al |
| 2:14-cv-17453 | Crownover v. Ethicon, Inc. et al |
| 2:13-cv-32807 | Ellis et al v. Ethicon, Inc. et al |
| 2:14-cv-20196 | Epps et al v. Ethicon, Inc. et al |
| 2:13-cv-17035 | Garcia et al v. Ethicon, Inc. et al |
| 2:14-cv-17458 | Gaudette v. Ethicon, Inc. et al |
| 2:13-cv-27278 | Gietzen et al v. Ethicon, Inc. et al |
| 2:14-cv-14716 | Harris et al v. Ethicon, Inc. et al |
| 2:13-cv-17092 | Hernandez v. Ethicon, Inc. et al |
| 2:13-cv-27271 | Humes v. Ethicon, Inc. et al |
| 2:14-cv-17477 | Hulburt et al v. Ethicon, Inc. et al |
| 2:14-cv-14720 | Hurt v. Ethicon, Inc. et al |
| 2:13-cv-32855 | Jarvis v. Ethicon, Inc. et al |
| 2:14-cv-18279 | Jerrell et al v. Ethicon, Inc. et al |
| 2:13-cv-27272 | Jett et al v. Ethicon, Inc. et al |
| 2:14-cv-30761 | Jibben et al v. Ethicon, Inc. et al |
| 2:14-cv-27780 | Johnson v. Ethicon, Inc. et al |
| 2:13-cv-27273 | Kimberlin et al v. Ethicon, Inc. et al |
| 2:13-cv-28737 | Koltzau et al v. Ethicon, Inc. et al |
| 2:13-cv-17032 | Law v. Ethicon, Inc. et al |
| 2:13-cv-17056 | Leiphart et al v. Ethicon, Inc. et al |
| 2:13-cv-17073 | Lind v. Ethicon, Inc. et al |
| 2:14-cv-14239 | Lubbes v. Ethicon, Inc. et al |
| 2:14-cv-11448 | Martinez et al v. Ethicon, Inc. et al |
| 2:14-cv-19673 | McDaniel et al v. Ethicon, Inc. et al |
| 2:13-cv-17054 | McFarland v. Ethicon, Inc. et al |
| 2:14-cv-18581 | McLellan v. Ethicon, Inc. et al |
| 2:15-cv-14634 | McPhee et al v. Ethicon, Inc. et al |
| 2:13-cv-17136 | Miller et al v. Ethicon, Inc. et al |
| 2:13-cv-17138 | Moreno et al v. Ethicon, Inc. et al |
| 2:13-cv-27282 | Nucerino v. Ethicon, Inc. et al |
| 2:14-cv-20191 | Ornelas v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:14-cv-20484 | Osborn v. Ethicon, Inc. et al |
| 2:14-cv-26103 | Owens v. Ethicon, Inc. et al |
| 2:14-cv-10863 | Piekarski et al v. Ethicon, Inc. et al |
| 2:14-cv-20478 | Rea et al v. Ethicon, Inc. et al |
| 2:13-cv-17047 | Richards v. Ethicon, Inc. et al |
| 2:13-cv-17079 | Rodarte v. Ethicon, Inc. et al |
| 2:13-cv-17126 | Sewinsky et al v. Ethicon, Inc. et al |
| 2:13-cv-17142 | Slate et al v. Ethicon, Inc. et al |
| 2:13-cv-27267 | Smith et al v. Ethicon, Inc. et al |
| 2:13-cv-29403 | Smith v. Ethicon, Inc. et al |
| 2:14-cv-20486 | Smolnik et al v. Ethicon, Inc. et al |
| 2:13-cv-27266 | States et al v. Ethicon, Inc. et al |
| 2:14-cv-11443 | Stinson et al v. Ethicon, Inc. et al |
| 2:14-cv-20517 | Struble et al v. Ethicon, Inc. et al |
| 2:14-cv-26102 | Thibodeau v. Ethicon, Inc. et al |
| 2:13-cv-17127 | Thomas et al v. Ethicon, Inc. et al |
| 2:14-cv-25916 | Walkup et al v. Ethicon, Inc. et al |
| 2:14-cv-18606 | Walters v. Ethicon, Inc. et al |
| 2:14-cv-20519 | Wilson v. Ethicon, Inc. et al |
| 2:14-cv-18612 | Wolford et al v. Ethicon, Inc. et al |
| 2:14-cv-11234 | Yarbrough v. Ethicon, Inc. et al |
| 2:12-cv-00811 | Zoltowski et al v. Johnson & Johnson et al |
| 2:17-cv-00947 | Montoya v. Ethicon, Inc. et al |
| 2:14-cv-18614 | Woods v. Ethicon, Inc. et al |