IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| ------------------------------------------------------------- | |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| ------------------------------------------------------------- | |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| ------------------------------------------------------------- | |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| ------------------------------------------------------------- | |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| ------------------------------------------------------------- | |
| IN RE: COOK MEDICAL, INC, PELVIC REPAIR LIABILITY LITIGATION | MDL NO. 2440 |
| ------------------------------------------------------------- | |
| IN RE NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL NO. 2511 |
| ------------------------------------------------------------- | |
| THIS DOCUMENT RELATES TO ALL CASES | |

**PRETRIAL ORDER #__
ALLOCATION OF COMMON BENEFIT FEES AND EXPENSES**

On November 12, 2018, the Common Benefit Fee and Cost Committee ("FCC") filed its "Petition for an Award of Common Benefit Attorneys' Fees and Expenses, and Memorandum in Support."

Having read that Petition and any Responses thereto, the Court affirms the initial 5% holdback for the Common Benefit Fund. However, monies contributed to the Common Benefit Fund by Plaintiffs/Claimants can only be allocated to Common Benefit Expenses.

It is hereby **<u>Ordered</u>**

Entered: _____

_____
Hon. Joseph R. Goodwin
United States District Judge