# Exhibit "3"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON IN

RE TRASYLOL PRODUCTS
LIABILITY LITIGATION- MDL 1928

THIS DOCUMENT RELATES TO ALL ACTIONS

ORDER

THIS CAUSE comes before the Court upon the Plaintiffs' Motion for Payment of Common Benefit Attorneys' Fees from the Common Benefit Fund Pursuant to Pretrial Order No.8 [DE 13390]. The Court has reviewed the Motion and is otherwise fully informed of the premises. There have been no objections filed to the instant Motion, and the requested relief has been certified as appropriate by the Court-appointed accountant. Accordingly, it is

ORDERED and ADJUDGED that the Motion be, and is hereby GRANTED. The Court approves the payment of attorney's fees from the common benefit fund as described in paragraph 25 of the Motion to the extent that the fund exceeds $1 million. The Court hereby authorizes C.P.A., Alan B. Winikur to keep a reserve of $1 million for future common benefit expenses, the remaining claims for "held" costs and any further attorney fee claims by law firms not awarded common benefit fees under this order. The Court directs C.P.A., Alan B. Winikur to provide rolling distributions of counsel fees to the firms listed in paragraph 25, each time the amount of the Common Benefit Fund exceeds the $1 million reserve by at least $500,000. The Court further directs C.P.A., Alan B. Winikur to distribute fees to the firms

listed in paragraph 25, only up to a total of $13 million. Once that amount has been distributed, no other fee distributions should be made without further order of Court.

DONE and ORDERED in Chambers, at West Palm Beach, Florida this 2nd day of November, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE