IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| ------------------------------------------------------- | |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| ------------------------------------------------------- | |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| ------------------------------------------------------- | |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| ------------------------------------------------------- | |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| ------------------------------------------------------- | |
| IN RE: COOK MEDICAL, INC, PELVIC REPAIR LIABILITY LITIGATION | MDL NO. 2440 |
| ------------------------------------------------------- | |
| IN RE NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL NO. 2511 |
| ------------------------------------------------------- | |

THIS DOCUMENT RELATES TO ALL CASES

## **ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of the Motion of Kline & Specter, P.C. for for Leave of Court to File a Surreply Memorandum in Response to the Common Benefit Fee and Cost Committee's Reply in Support of its Petition for an Award of Common Benefit Attorneys' Fees and Expenses, it is hereby ORDERED and

DECREED that Kline & Specter's Motion is Granted, and the Court will accept and consider Kline & Specter's Surreply, which is attached to Kline & Specter's Motion for Leave as Exhibit "A."

                                                            BY THE COURT:

                                                            _____

                                                                     Joseph R. Goodwin, J.