DENIED and SO ORDERED.
ENTERED 12/10/18

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: C.R. BARD, INC., PELVIC                    MDL NO. 2187
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION
----------------------------------------------------------

IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC      MDL NO. 2325
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION
----------------------------------------------------------

IN RE: BOSTON SCIENTIFIC, PELVIC                  MDL NO. 2326
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION
----------------------------------------------------------

IN RE: ETHICON, INC., PELVIC                      MDL NO. 2327
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION
----------------------------------------------------------

IN RE: COLOPLAST PELVIC                           MDL NO. 2387
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION
----------------------------------------------------------

IN RE: COOK MEDICAL, INC, PELVIC REPAIR           MDL NO. 2440
LIABILITY LITIGATION
----------------------------------------------------------

IN RE NEOMEDIC PELVIC REPAIR SYSTEM               MDL NO. 2511
PRODUCT LIABILITY LITIGATION
_____

THIS DOCUMENT RELATES TO ALL CASES
_____

**KLINE & SPECTER, P.C.'S MOTION FOR LEAVE TO FILE
SURREPLY MEMORANDUM IN RESPONSE TO THE COMMON BENEFIT
FEE AND COST COMMITTEE'S REPLY IN SUPPORT OF ITS PETITION FOR
<u>AN AWARD OF COMMON BENEFIT ATTORNEYS' FEES AND EXPENSES</u>**

1

Pursuant to Local Rule Procedure for the Southern District of West Virginia 7.1(a)(7), Kline & Specter P.C. moves for leave to file a Surreply Memorandum in response to new arguments and factual claims made by the Common Benefit Fee and Cost Committee (FCC) in its Reply Memorandum in Support of Its Petition for an Award of Common Benefit Attorneys' Fees and Expenses. *See* Kline & Specter's Surreply Memorandum, attached as Exhibit "A." The FCC's Reply contains new arguments and claims that did not appear in the FCC's opening brief, and thus, Kline & Specter has not had an opportunity to respond. There is no unfair prejudice to the FCC by granting this Motion. Given the hundreds of millions of dollars in client and attorney money at stake, fuller opportunity to be heard is warranted.

Respectfully Submitted,

Dated: December 7, 2018

**KLINE & SPECTER, PC**

By: _____
Shanin Specter, Esquire
Lee B. Balefsky, Esquire
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000
*Counsel for Objectors*

**BOWLES RICE, LLP**

By:   /s/ Floyd E. Boone Jr.
Charles M. Love, III (WVSB 2254)
Floyd E. Boone Jr. (WVSB 8784)
600 Quarrier Street
Charleston, WV 25301
(304) 347-1100 (Tel.)
(304) 347-1746 (Fax)
fboone@bowlesrice.com
*Counsel for Kline & Specter, P.C.*