IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEMS               MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

*Koster, et al. v. Coloplast Corp., et al.*                *Civil Action No. 2:16-cv-03093*

**O R D E R**

      Plaintiffs originally filed a Complaint against Coloplast Corp., American Medical Systems, Inc., Ethicon, Inc., Johnson & Johnson and C. R. Bard, Inc. in the Coloplast MDL ("MDL 2387"). On June 21, 2017, this case was transferred to the Ethicon MDL ("MDL 2327"). The Ethicon defendants, Ethicon, Inc. and Johnson & Johnson were dismissed on August 6, 2018 [ECF No. 27]. Because Ethicon, Inc. and Johnson & Johnson are no longer named defendants in this member case the court *sua sponte* **ORDERS** that this case be transferred from MDL 2327 to MDL 2387.

      The court **DIRECTS** the Clerk to disassociate this civil action as a member case in MDL 2327 and re-associate it with MDL 2387, and send a copy of this Order to counsel of record and any unrepresented party.

                                             ENTER: December 11, 2018

                                             JOSEPH R. GOODWIN
                                             UNITED STATES DISTRICT JUDGE