**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY           MDL 2327
LITIGATION

-------------------------------------------------------

ETHICON NON-REVISION PTO 298
(ELECTION WAVE) CASES LISTED IN         JOSEPH R. GOODWIN
EXHIBIT A                                   U.S. DISTRICT JUDGE

**<u>NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
CYNTHIA BERGMANN, M.D. FOR NON-REVISION PTO 298 (ELECTION WAVE)</u>**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion and memorandum filed in relation to Cynthia Bergmann for Ethicon Wave 1, Dkt. 2046

(motion), 2048 (memorandum in support).  Plaintiffs respectfully request that the Court exclude

Cynthia Bergmann's testimony, for the reasons expressed in the Wave 1 briefing.  This notice

applies to the following Non-Revision PTO 298 (Election Wave) cases identified in Exhibit A

attached hereto.

Dated:  December 18, 2018              Respectfully submitted,

                                       /s/  D. Renee Baggett
                                       Renee Baggett, Esq.
                                       Bryan F. Aylstock, Esq.
                                       Aylstock, Witkin, Kreis and Overholtz, PLC
                                       17 East Main Street, Suite 200
                                       Pensacola, Florida  32563
                                       (850) 202-1010
                                       (850) 916-7449 (fax)
                                       E-mail:  rbaggett@awkolaw.com

1

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Baber, Jo Ann | 2:13-cv-15452 |
| Clanton, Brandie | 2:13-cv-13818 |
| Mendez, Graciela | 2:14-cv-18586 |
| Salazar, Carol | 2:16-cv-09048 |
| White, Leslie | 2:16-cv-00280 |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com