**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR              Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                              MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON NON-REVISION PTO 298
(ELECTION WAVE) CASES LISTED IN                 JOSEPH R. GOODWIN
EXHIBIT A                                                               U.S. DISTRICT JUDGE

**<u>NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
DOUGLAS GRIER, M.D. FOR NON-REVISION PTO 298 (ELECTION WAVE)</u>**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion, memorandum and reply brief filed in relation to Douglas Grier for Ethicon Wave 1, Dkt.

2022 (motion), Dkt. 2024 (memorandum in support) and Ethicon Wave 3, Dkt. 2982 (reply).

Plaintiffs respectfully request that the Court exclude Douglas Grier's testimony, for the reasons

expressed in the Wave 1 and 3 briefing.  This notice applies to the following Non-Revision PTO

298 (Election Wave) cases identified in Exhibit A attached hereto.

Dated: December 12, 2018                      Respectfully submitted,

                                                             /s/  D. Renee Baggett
                                                             Renee Baggett, Esq.
                                                             Bryan F. Aylstock, Esq.
                                                             Aylstock, Witkin, Kreis and Overholtz, PLC
                                                             17 East Main Street, Suite 200
                                                             Pensacola, Florida  32563
                                                             (850) 202-1010
                                                             (850) 916-7449 (fax)
                                                             E-mail:  rbaggett@awkolaw.com

1

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Baldwin, Sally Virginia | 2:17-cv-03705 |
| Catlett, Brenda Lee | 2:14-cv-20668 |
| Courneya, Lisa | 2:14-cv-15143 |
| Gomez, Carol | 2:13-cv-04561 |
| Hinthorn, Barbara J. | 2:14-cv-30023 |
| Jefford, Marianne | 2:13-cv-04034 |
| Lambert, Corrie Ann | 2:12-cv-02183 |
| Maddux, Teresa | 2:12-cv-09883 |
| Manning, Lori | 2:17-cv-00775 |
| Muniz, Mary | 2:15-cv-14968 |
| Painter, Charlene Marie | 2:14-cv-12999 |
| Peele-Rice, Crystal E. | 2:13-cv-25754 |
| West, Susan D. | 2:12-cv-03855 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 12, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com