IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON NON-REVISION PTO 298 (ELECTION WAVE) CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
TERESA IRWIN, M.D. FOR NON-REVISION PTO 298 (ELECTION WAVE)**

  Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion, memorandum and reply brief filed in relation to Teresa Irwin for Ethicon Wave 1, Dkt. 2006 (motion), Dkt. 2008 (memorandum in support) and Dkt. 2238 (reply). Plaintiffs respectfully request that the Court exclude Teresa Irwin's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Non-Revision PTO 298 (Election Wave) cases identified in Exhibit A attached hereto.

Dated: December 12, 2018       Respectfully submitted,

                 /s/ D. Renee Baggett
                 Renee Baggett, Esq.
                 Bryan F. Aylstock, Esq.
                 Aylstock, Witkin, Kreis and Overholtz, PLC
                 17 East Main Street, Suite 200
                 Pensacola, Florida 32563
                 (850) 202-1010
                 (850) 916-7449 (fax)
                 E-mail: rbaggett@awkolaw.com

                    /s/ Thomas P. Cartmell
                    THOMAS P. CARTMELL
                    Wagstaff & Cartmell LLP
                    4740 Grand Avenue, Suite 300
                    Kansas City, MO 64112
                    816-701-1102
                    Fax 816-531-2372
                    tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Darga, Jessica | 2:14-cv-28511 |
| Demontoya, Rose | 2:14-cv-28379 |
| Dupont, Catherine | 2:12-cv-07490 |
| Escamilla, Eve (deceased) | 2:13-cv-17871 |
| Flores, Arnulfa | 2:13-cv-04611 |
| Gomez, Leslie Lee | 2:13-cv-15778 |
| Griesing, Betty | 2:17-cv-01126 |
| Guajardo, Velia | 2:13-cv-05768 |
| Hartzell, Kerry | 2:16-cv-06520 |
| Joosten, Gaylene | 2:13-cv-11107 |
| Norris, Debra | 2:15-cv-05901 |
| Rasa, Kathryn L. | 2:13-cv-33443 |
| Shelton, Jennifer Kay | 2:14-cv-06148 |
| Tolman, Ramona | 2:14-cv-07174 |
| Wilder, Martis Karin | 2:17-cv-03957 |
| Zehr, Sherry Lynn | 2:13-cv-16537 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com