**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                MDL 2327
LITIGATION

-------------------------------------------------------

ETHICON NON-REVISION PTO 298
(ELECTION WAVE) CASES LISTED IN         JOSEPH R. GOODWIN
EXHIBIT A                                  U.S. DISTRICT JUDGE

**<u>NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF</u>**
**<u>JOYE K. LOWMAN, M.D. FOR NON-REVISION PTO 298 (ELECTION WAVE)</u>**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion and memorandum filed in relation to Joye K. Lowman for Ethicon Waves 1 and 2, Dkts.

2061 and 2449 (motions), 2067 and 2452 (memorandums in support) and the reply brief filed in

Ethicon Wave 2 (Dkt. 2613). Plaintiffs respectfully request that the Court exclude Joye K.

Lowman's testimony, for the reasons expressed in the Waves 1 and 2 briefing. This notice

applies to the following Non-Revision PTO 298 (Election Wave) cases identified in Exhibit A

attached hereto.

Dated: December 13, 2018             Respectfully submitted,

                                  /s/ D. Renee Baggett
                                  Renee Baggett, Esq.
                                  Bryan F. Aylstock, Esq.
                                  Aylstock, Witkin, Kreis and Overholtz, PLC
                                  17 East Main Street, Suite 200
                                  Pensacola, Florida 32563
                                  (850) 202-1010
                                  (850) 916-7449 (fax)
                                  E-mail: rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Cuevas, Cinthia | 2:17-cv-01354 |
| Dill, Mary E. | 2:15-cv-03304 |
| Galloway, Tanya M. | 2:13-cv-31447 |
| Humphries, Wanda A. | 2:13-cv-10987 |
| Johnson, Lena S. | 2:13-cv-30843 |
| Lentz, Bonnie J. | 2:12-cv-09760 |
| Smith, Clarice | 2:14-cv-01377 |
| Smith, Ginger Rene | 2:15-cv-10153 |
| Williams, Laverne | 2:13-cv-08957 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com