**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR                  Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                      MDL 2327
LITIGATION
--------------------------------------------------------
ETHICON NON-REVISION PTO 298
(ELECTION WAVE) CASES LISTED IN                      JOSEPH R. GOODWIN
EXHIBIT A                                                              U.S. DISTRICT JUDGE

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF**
**ELIZABETH MUELLER, M.D. FOR NON-REVISION PTO 298 (ELECTION WAVE)**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion, memorandum and reply brief filed in relation to Elizabeth Mueller for Ethicon Wave 4, Dkt.

3610 (motion), Dkt. 3612 (memorandum in support) and Dkt. 3848 (reply).  Plaintiffs respectfully

request that the Court exclude Elizabeth Mueller's testimony, for the reasons expressed in the Wave

4 briefing.  This notice applies to the following Non-Revision PTO 298 (Election Wave) cases

identified in Exhibit A attached hereto.

Dated: December 13, 2018                      Respectfully submitted,

                                             /s/  D. Renee Baggett
                                             Renee Baggett, Esq.
                                             Bryan F. Aylstock, Esq.
                                             Aylstock, Witkin, Kreis and Overholtz, PLC
                                             17 East Main Street, Suite 200
                                             Pensacola, Florida  32563
                                             (850) 202-1010
                                             (850) 916-7449 (fax)
                                             E-mail:  rbaggett@awkolaw.com


                                             /s/ Thomas P. Cartmell
                                             THOMAS P. CARTMELL
                                             Wagstaff & Cartmell LLP
                                             4740 Grand Avenue, Suite 300
                                             Kansas City, MO 64112
                                             816-701-1102
                                             Fax 816-531-2372
                                             tcartmell@wcllp.com

1

# EXHIBIT A

| | |
|---|---|
| Adams, Stacy Hamlin | 2:15-cv-03828 |
| Ayala, Maria | 2:13-cv-18733 |
| Bethune, Susan | 2:12-cv-07852 |
| Carter-Corn, Pamela | 2:15-cv-05941 |
| Cathey, Arlene | 2:13-cv-02625 |
| Crandall, Lisa L. | 2:14-cv-02955 |
| DeLaOla, Dora Elena | 2:13-cv-15872 |
| Hale, Angela | 2:13-cv-26079 |
| Hileman, Rena | 2:15-cv-03049 |
| Jimenez-Gonzalez, Maria | 2:16-cv-03449 |
| Kitzmiller, Dorothy | 2:15-cv-03826 |
| McCubbins, Brenda | 2:13-cv-07511 |
| McKimmy, Mary | 2:17-cv-01121 |
| Oliver, Patsy | 2:13-cv-20755 |
| Sither, Mary | 2:12-cv-03491 |
| Stephens, Tammy | 2:13-cv-13080 |
| Thompson, Patricia Z. | 2:14-cv-07173 |
| Vazquez-Nitschneider, Laura | 2:14-cv-01680 |
| Walters, Anna S. | 2:17-cv-04358 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com