**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT*
MOTION TO EXCLUDE ANNE WILSON FOR
ETHICON ELECTION WAVE (PTO 298)**

|  | **Case Name** | **Product(s)** | **Case Number** |
|---|---|---|---|
| 1 | Anaya, Maria | TVT-O | 2:13cv13188 |
| 2 | Cyrus, Sandra | TVT | 2:12cv01283 |
| 3 | Dale, Miriam | TVT Exact | 2:13cv13236 |
| 4 | Dupont, Catherine | TVT Exact | 2:12cv07490 |
| 5 | Fields, Janice | TVT-O | 2:12cv02971 |
| 6 | Gullett, Brenda | TVT | 2:12cv02027 |
| 7 | Harris, Tina | TVT-O | 2:12cv03246 |
| 8 | Herman, Tammy | TVT-O | 2:15cv12934 |
| 9 | Lambert, Corrie Ann | TVT-O | 2:12cv02183 |
| 10 | Martinez, Patricia Bernice | TVT | 2:13cv04730 |
| 11 | Messina, Laritza | TVT-O | 2:12cv02140 |
| 12 | Meszaros, Mary | TVT | 2:12cv09246 |
| 13 | Norris, Debra | TVT Exact; TVT-O | 2:15cv05901 |
| 14 | Ray, Darla | TVT-O | 2:12cv04475 |
| 15 | Shellnut, Melissa | TVT-O | 2:13cv33879 |
| 16 | Smallridge, Audrey | TVT-O | 2:12cv02956 |
| 17 | Webb, Christine | TVT-O | 2:12cv03136 |
| 18 | Wilson, Wendy | TVT-O | 2:13cv13232 |

*Defendants reserve the right to supplement this list should any other plaintiff designate Ms. Wilson as a general expert.