**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE DONALD R. OSTERGARD, M.D., FOR ETHICON ELECTON WAVE (PTO 298)**

|   | Case Name | Product(s) | Case Number |
|---|---|---|---|
| 1 | Hartzell, Kerry | TVT Exact | 2:16CV06520 |
| 2 | Martinez, Patricia Bernice | TVT | 2:13CV04730 |
| 3 | Minton, Kathleen | TVT | 2:13CV16936 |

**\*Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Ostergard as a general expert.**