**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR            Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                              MDL 2327
LITIGATION
--------------------------------------------------------
ETHICON NON-REVISION PTO 298
(ELECTION WAVE) CASES LISTED IN                JOSEPH R. GOODWIN
EXHIBIT A                                                         U.S. DISTRICT JUDGE

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
TED ROTH, M.D. FOR NON-REVISION PTO 298 (ELECTION WAVE)**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion,

memorandum and reply brief filed in relation to Ted Roth for Ethicon Wave 4, Dkt. 3658 (motion), Dkt.

3668 (memorandum in support) and Dkt. 3857 (reply brief). Plaintiffs respectfully request that the Court

exclude Ted Roth's testimony, for the reasons expressed in the Wave 4 briefing.  This notice applies to

the following Non-Revision PTO 298 (Election Wave) cases identified in Exhibit A attached hereto.

Dated: December 13, 2018                          Respectfully submitted,

                                                                    /s/  D. Renee Baggett
                                                                    Renee Baggett, Esq.
                                                                    Bryan F. Aylstock, Esq.
                                                                    Aylstock, Witkin, Kreis and Overholtz, PLC
                                                                    17 East Main Street, Suite 200
                                                                    Pensacola, Florida  32563
                                                                    (850) 202-1010
                                                                    (850) 916-7449 (fax)
                                                                    E-mail:  rbaggett@awkolaw.com

                                                                    /s/ Thomas P. Cartmell
                                                                    THOMAS P. CARTMELL
                                                                    Wagstaff & Cartmell LLP
                                                                    4740 Grand Avenue, Suite 300
                                                                    Kansas City, MO 64112
                                                                    816-701-1102
                                                                    Fax 816-531-2372
                                                                    tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Letourneau, Julie | 2:14-cv-09986 |
| Waters, Paula | 2:13-cv-09712 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2018, I electronically filed the foregoing document

with the Clerk of the court using CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____

D. RENEE BAGGETT

Aylstock, Witkin, Kreis and Overholtz, PLC

17 E. Main Street, Suite 200

Pensacola, FL 32563

850-202-1010

850-916-7449

Rbaggett@awkolaw.com