**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT*　MOTION TO EXCLUDE VERONIKIS DIONYSIOS, M.D. FOR ETHICON ELECTION WAVE (PTO 298)**

|   | Case Name | Product(s) | Case Number |
|---|---|---|---|
| 1 | Courneya, Lisa | TVT | 2:14cv15143 |
| 2 | Gullett, Brenda | TVT | 2:12cv02027 |
| 3 | Lambert, Corrie Ann | TVT-O | 2:12cv02183 |
| 4 | Travers, Pamela | TVT-O | 2:14cv27244 |

**\*Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Veronikis as a general expert.**