# EXHIBIT A

| | |
|---|---|
| Meszaros, Mary | 2:12-cv-09246 |
| Neil, Donna | 2:16-cv-03562 |