EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | : : : : : | CIVIL ACTION NO. 2:12-md-02327 MDL No. 2327 |
| ------------------------------------------------------------ | : | |
| This Document Applies To: | : : | Judge Joseph R. Goodwin |
| *Mullins, et al. vs. Ethicon, Inc., et al.*, 2:12-cv-02952, and each of the consolidated cases identified in Exhibit A | : : | |

### PLAINTIFFS' MOTION TO EXCLUDE THE
### OPINIONS OF DR. REBECCA M. RYDER

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Motion, Plaintiffs respectfully request that the Court enter an order excluding, or limiting in the Court's discretion, the expert testimony proffered by Defendants' expert, Rebecca M. Ryder, M.D. ("Dr. Ryder").

Dated: August 1, 2016.

    Respectfully submitted,

    s/ Edward A. Wallace
    Edward A. Wallace
    Mark R. Miller
    Wexler Wallace LLP
    55 W Monroe Street, Suite 3300
    Chicago, Illinois 60603
    (312) 346-2222
    (312) 346-0022
    eaw@wexlerwallace.com
    mrm@wexlerwallace.com

    Bryan F. Aylstock, Esq.
    Renee Baggett, Esq.
    Aylstock, Witkin, Kreis and Overholtz, PLC
    17 East Main Street, Suite 200
    Pensacola, Florida 32563

(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1102
(816) 531-2372 (fax)
tcartmell@wcllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Respectfully submitted,

s/ Edward A. Wallace
Edward A. Wallace
Wexler Wallace LLP
55 W Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 346-2222
(312) 346-0022
eaw@wexlerwallace.com