**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR          Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                              MDL 2327
LITIGATION
------------------------------------------------------
ETHICON NON-REVISION PTO 298
(ELECTION WAVE) CASES LISTED IN                  JOSEPH R. GOODWIN
EXHIBIT A                                                           U.S. DISTRICT JUDGE

<u>**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF**</u>
<u>**BRIAN N. SCHWARTZ, M.D. FOR NON-REVISION PTO 298 (ELECTION WAVE)**</u>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion, memorandum and reply filed in relation to Brian N. Schwartz for Ethicon Wave 1, Dkt.

2089 (motion), Dkt. 2090 (memorandum in support), and Dkt. 2233 (reply).  Plaintiffs

respectfully request that the Court exclude Brian N. Schwartz's testimony, for the reasons

expressed in the Wave 1 briefing.  This notice applies to the following Non-Revision PTO 298

(Election Wave) cases identified in Exhibit A attached hereto.

Dated: December 13, 2018                         Respectfully submitted,

                                                              /s/  D. Renee Baggett
                                                              Renee Baggett, Esq.
                                                              Bryan F. Aylstock, Esq.
                                                              Aylstock, Witkin, Kreis and Overholtz, PLC
                                                              17 East Main Street, Suite 200
                                                              Pensacola, Florida  32563
                                                              (850) 202-1010
                                                              (850) 916-7449 (fax)
                                                              E-mail:  baylstock@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

2

# EXHIBIT A

| | |
|---|---|
| Bohannon, Carol | 2:13-cv-32876 |
| Lockwood, Maria | 2:12-cv-07649 |
| McLain, Jamie | 2:12-cv-08004 |
| Pickett, Debra | 2:14-cv-26613 |
| Shelton, Davette | 2:13-cv-13322 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
rbaggett@awkolaw.com