**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON NON-REVISION PTO 298 (ELECTION WAVE) CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
JAIME L. SEPULVEDA-TORO, M.D. FOR NON-REVISION PTO 298
(ELECTION WAVE)**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion, memorandum and reply brief filed in relation to Jaime L. Sepulveda-Toro for Ethicon Wave 1, Dkt. 2014 (motion), Dkt. 2018 (memorandum in support) and Dkt. 2225 (reply). Plaintiffs respectfully request that the Court exclude Jaime L. Sepulveda-Toro's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Non-Revision PTO 298 (Election Wave) cases identified in Exhibit A attached hereto.

Dated: December 14, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/  D. Renee Baggett
　　　　　　　　　　　　　　　　　　　Renee Baggett, Esq.
　　　　　　　　　　　　　　　　　　　Bryan F. Aylstock, Esq.
　　　　　　　　　　　　　　　　　　　Aylstock, Witkin, Kreis and Overholtz, PLC
　　　　　　　　　　　　　　　　　　　17 East Main Street, Suite 200
　　　　　　　　　　　　　　　　　　　Pensacola, Florida  32563
　　　　　　　　　　　　　　　　　　　(850) 202-1010
　　　　　　　　　　　　　　　　　　　(850) 916-7449 (fax)
　　　　　　　　　　　　　　　　　　　E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Bloomfield, Vera | 2:13-cv-25040 |
| Bohannon, Carol | 2:13-cv-32876 |
| Brown, Joan | 2:15-cv-11659 |
| Carter, Mistie | 2:15-cv-02538 |
| Cepeda, Lucinda | 2:17-cv-04501 |
| Fields, Janice | 2:12-cv-02971 |
| Harris, Tina | 2:12-cv-03246 |
| Henriques, Stephanie | 2:15-cv-05530 |
| Hobson, Stephanie S. | 2:15-cv-02935 |
| Kosakowski, Sonia | 2:16-cv-10955 |
| Lindsey, Lorilynn R. | 2:15-cv-02945 |
| McCaig, D. Carlene | 2:17-cv-04427 |
| Messina, Laritza | 2:12-cv-02140 |
| Minton, Kathleen | 2:13-cv-16936 |
| Nelson, Erin | 2:13-cv-24262 |
| Pickett, Debra | 2:14-cv-26613 |
| Shellnut, Melissa | 2:13-cv-33879 |
| Shelton, Davette | 2:13-cv-13322 |
| Tejeda, Carmen Lynn | 2:14-cv-16688 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
rbaggett@awkolaw.com