# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON NON-REVISION PTO 298 (ELECTION WAVE) CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF SHELBY THAMES FOR NON-REVISION PTO 298 (ELECTION WAVE)

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motions, memorandums and reply briefs filed in relation to Shelby Thames for Ethicon Waves 1, 2 and 3: Dkts. 2039, 2455, and 2839 (motions); 2042, 2458, and 2841 (memorandums in support); and 2247, 2621, and 3037 (reply briefs).  Plaintiffs respectfully request that the Court exclude Shelby Thames' testimony, for the reasons expressed in the Waves 1, 2 and 3 briefing.  This notice applies to the following Non-Revision PTO 298 (Election Wave) cases identified in Exhibit A attached hereto.

Dated: December 14, 2018

Respectfully submitted,

/s/  D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Adams, Stacy Hamlin | 2:15-cv-03828 |
| Aldrich, Teresa | 2:17-cv-00861 |
| Allen, Cheryl | 2:16-cv-02962 |
| Alvarado, Clarita | 2:13-cv-18616 |
| Anaya, Maria | 2:13-cv-13188 |
| Anderson, Trilby | 2:13-cv-19669 |
| Arnold, Lydia M. | 2:16-cv-01525 |
| Atwood, Jacqueline | 2:13-cv-01406 |
| Ayala, Maria | 2:13-cv-18733 |
| Baker, Stacey J. | 2:14-cv-07095 |
| Baldwin, Dana | 2:15-cv-02511 |
| Beliew, Betty | 2:13-cv-08069 |
| Bethune, Susan | 2:12-cv-07852 |
| Bezio, Junaita | 2:13-cv-19524 |
| Bodiford, Brenda | 2:13-cv-07080 |
| Bohannon, Carol | 2:13-cv-32876 |
| Brown, Joan | 2:15-cv-11659 |
| Bruenning, Angela | 2:16-cv-09095 |
| Cardenas, Diana | 2:13-cv-15940 |
| Carder, Dolores | 2:13-cv-22693 |
| Carter, Mistie | 2:15-cv-02538 |
| Cathey, Arlene | 2:13-cv-02625 |
| Cepeda, Lucinda | 2:17-cv-04501 |
| Champion, Darlene | 2:14-cv-02952 |

| | |
|---|---|
| Choate, Penny | 2:14-cv-02954 |
| Cobos, Esperanza | 2:17-cv-01986 |
| Collins, Linda | 2:15-cv-13130 |
| Crandall, Lisa L. | 2:14-cv-02955 |
| Crosswhite, Thelma | 2:15-cv-13394 |
| Crouch, Delores | 2:15-cv-06456 |
| Crumpler, Montee | 2:14-cv-25588 |
| Cruz, Paulina | 2:16-cv-09838 |
| Cuevas, Cinthia | 2:17-cv-01354 |
| Cyrus, Sandra | 2:12-cv-01283 |
| DeLaOla, Dora Elena | 2:13-cv-15872 |
| Dempsey, Stacey | 2:17-cv-01987 |
| Derrisseaux, Verla | 2:16-cv-01908 |
| Doss, Paula | 2:15-cv-13608 |
| Dupont, Catherine | 2:12-cv-07490 |
| Elliott, Michlene | 2:13-cv-09178 |
| Elswick, Rhonda Lee | 2:13-cv-15833 |
| Endsley, Rebecca Lynne | 2:12-cv-09220 |
| England, Patricia | 2:13-cv-33277 |
| Escamilla, Eve (deceased) | 2:13-cv-17871 |
| Fields, Angela | 2:12-cv-04473 |
| Fields, Janice | 2:12-cv-02971 |
| Fields, Jeanette | 2:15-cv-14848 |
| Flores, Arnulfa | 2:13-cv-04611 |
| Foley, Teresa | 2:16-cv-00433 |
| Fuller, Maribeth | 2:14-cv-17367 |

| | |
|---|---|
| Gabel, Tina | 2:14-cv-02925 |
| Galloway, Tanya M. | 2:13-cv-31447 |
| Gang, Debra | 2:17-cv-01127 |
| Garza, Martha | 2:13-cv-18837 |
| Genone, Toni | 2:13-cv-13855 |
| Gomez, Leslie Lee | 2:13-cv-15778 |
| Griesing, Betty | 2:17-cv-01126 |
| Grizzle, Susan | 2:12-cv-02991 |
| Guajardo, Velia | 2:13-cv-05768 |
| Haines, Nancy | 2:13-cv-25829 |
| Hale, Angela | 2:13-cv-26079 |
| Haley, Shirley | 2:16-cv-06022 |
| Hardin, Alice | 2:14-cv-26647 |
| Harris, Judy A. | 2:17-cv-00881 |
| Harris, Tina | 2:12-cv-03246 |
| Hartzell, Kerry | 2:16-cv-06520 |
| Hau, Carrie A. | 2:13-cv-30509 |
| Hawk, Pauline S. Latham | 2:14-cv-20285 |
| Henriques, Stephanie | 2:15-cv-05530 |
| Herrin, Bettie | 2:13-cv-26336 |
| Hobson, Stephanie S. | 2:15-cv-02935 |
| Hoeltzner, Paula | 2:14-cv-06428 |
| Holloway, Mildred | 2:12-cv-03493 |
| Hopper, Sherry | 2:12-cv-04084 |
| Humphries, Wanda A. | 2:13-cv-10987 |
| Jenkins, Sarah R. | 2:12-cv-04987 |

| | |
|---|---|
| Johnson, Cheri | 2:17-cv-00851 |
| Kirby, Brenda L. | 2:13-cv-06813 |
| Kitzmiller, Dorothy | 2:15-cv-03826 |
| Kosakowski, Sonia | 2:16-cv-10955 |
| Laney, Minnie | 2:14-cv-24528 |
| Langley, Kimberly | 2:13-cv-19556 |
| Lentz, Bonnie J. | 2:12-cv-09760 |
| Lewis, Naomi | 2:13-cv-17636 |
| Lindsey, Lorilynn R. | 2:15-cv-02945 |
| Lockwood, Kristi J. | 2:15-cv-11084 |
| Lockwood, Maria | 2:12-cv-07649 |
| Lowery, Wendy | 2:15-cv-14929 |
| Malone, Sharla | 2:13-cv-32278 |
| Manning, Debra | 2:17-cv-02021 |
| Martinez, Patricia Bernice | 2:13-cv-04730 |
| Maschler, Bonnie Marie | 2:13-cv-20646 |
| Mayse, Elizabeth Julie | 2:15-cv-03272 |
| McCaig, D. Carlene | 2:17-cv-04427 |
| McCubbins, Brenda | 2:13-cv-07511 |
| McKimmy, Mary | 2:17-cv-01121 |
| McLain, Jamie | 2:12-cv-08004 |
| Messina, Laritza | 2:12-cv-02140 |
| Meszaros, Mary | 2:12-cv-09246 |
| Miller, Joy J. | 2:13-cv-08507 |
| Minton, Kathleen | 2:13-cv-16936 |
| Mouser, Brenda | 2:14-cv-18584 |

| | |
|---|---|
| Mullins, Lois D. | 2:14-cv-26300 |
| Munsch, Sheila | 2:15-cv-04146 |
| Navarette, Yolanda | 2:13-cv-23803 |
| Nedela, Nan | 2:15-cv-07981 |
| Neil, Donna | 2:16-cv-03562 |
| Norris, Debra | 2:15-cv-05901 |
| Nunez, Mary Helen | 2:13-cv-15839 |
| Oliver, Patsy | 2:13-cv-20755 |
| Olson, Cathryn | 2:15-cv-02111 |
| Pasarello, Diane | 2:13-cv-17141 |
| Patterson, Joyce | 2:14-cv-04532 |
| Patterson, Norma | 2:12-cv-03394 |
| Peridore, Courtney | 2:13-cv-08851 |
| Pickett, Debra | 2:14-cv-26613 |
| Pinson, Evelyn E. | 2:14-cv-16867 |
| Pitts, Brenda | 2:13-cv-24913 |
| Powell, Penny | 2:15-cv-14939 |
| Prather, Brenda | 2:13-cv-07153 |
| Price, Sharon | 2:16-cv-00852 |
| Profitt, Miriam | 2:17-cv-03526 |
| Randol, Shannon | 2:13-cv-27218 |
| Rasa, Kathryn L. | 2:13-cv-33443 |
| Ray, Darla | 2:12-cv-04475 |
| Renter, Victoria | 2:15-cv-02112 |
| Rineer, Denise | 2:15-cv-13611 |
| Robinson, Belinda | 2:13-cv-29401 |

| | |
|---|---|
| Rodgers, Stephanie | 2:17-cv-01115 |
| Rounds, Clara | 2:14-cv-18220 |
| Sandifer, Sylvia | 2:14-cv-27651 |
| Sapp, Renee | 2:15-cv-13607 |
| Schrimsher, Debra | 2:15-cv-02867 |
| Seguin, Carol | 2:14-cv-22774 |
| Shell, Kathy | 2:12-cv-02269 |
| Shellnut, Melissa | 2:13-cv-33879 |
| Shelton, Davette | 2:13-cv-13322 |
| Sither, Mary | 2:12-cv-03491 |
| Sloan, Terri L. | 2:13-cv-01385 |
| Smallridge, Audrey | 2:12-cv-02956 |
| Smith, Ginger Rene | 2:15-cv-10153 |
| Smithberg, Linda | 2:14-cv-10469 |
| Snyder, Deborah S. | 2:16-cv-04193 |
| Snyder, Patience | 2:13-cv-27269 |
| Spoon, Edna M. | 2:12-cv-04245 |
| Stace, Stephanie | 2:12-cv-09243 |
| Stebbins, Nelda Christine | 2:13-cv-24191 |
| Stephens, Tammy | 2:13-cv-13080 |
| Sutton, Kimberly | 2:13-cv-07671 |
| Taylor, Gloria Jean | 2:13-cv-08482 |
| Taylor, Rachel | 2:12-cv-00765 |
| Tejeda, Carmen Lynn | 2:14-cv-16688 |
| Thomas, Nancy | 2:13-cv-21184 |
| Thompson, Cynthia E. | 2:15-cv-02652 |

| | |
|---|---|
| Thompson, Patricia Z. | 2:14-cv-07173 |
| Tolman, Ramona | 2:14-cv-07174 |
| Trammell, Vicki | 2:12-cv-02994 |
| Troyer, Cherie L. | 2:16-cv-11128 |
| Trulove, Phyllis | 2:13-cv-31636 |
| Utrera, Samantha K. | 2:14-cv-11382 |
| Vazquez-Nitschneider, Laura | 2:14-cv-01680 |
| Walters, Anna S. | 2:17-cv-04358 |
| Webb, Christine | 2:12-cv-03136 |
| White, Kimberly F. | 2:14-cv-07177 |
| Whitehurst, Melinda | 2:15-cv-12817 |
| Whitson, Emily | 2:14-cv-01386 |
| Wilkerson, Barbara | 2:16-cv-03282 |
| Williams, Clara | 2:16-cv-03361 |
| Williams, Laverne | 2:13-cv-08957 |
| Williams, Sandy | 2:16-cv-03288 |
| Winsborough, Shannon P. | 2:15-cv-03129 |
| Wormsley, Janet | 2:16-cv-08589 |
| Wyatt, Crystal | 2:18-cv-00033 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 14, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com