# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR     Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY               MDL 2327
LITIGATION
--------------------------------------------------------
ETHICON NON-REVISION PTO 298
(ELECTION WAVE) CASES LISTED IN      JOSEPH R. GOODWIN
EXHIBIT A                                            U.S. DISTRICT JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
## MARC TOGLIA, M.D. FOR NON-REVISION PTO 298 (ELECTION WAVE)

     Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion and memorandum filed in relation Marc Toglia for Ethicon Wave 1, Dkt. 2023 (motion), 2028 (memorandum in support); and reply briefs filed in Ethicon Waves 1 and 3, Dkts. 2231, 2993 (reply briefs). Plaintiffs respectfully request that the Court exclude Marc Toglia's testimony, for the reasons expressed in the Wave 1 and 3 briefing. This notice applies to the following Non-Revision PTO 298 (Election Wave) cases identified in Exhibit A attached hereto.

Dated: December 14, 2018            Respectfully submitted,

                                                   /s/ D. Renee Baggett
                                                   Renee Baggett, Esq.
                                                   Bryan F. Aylstock, Esq.
                                                   Aylstock, Witkin, Kreis and Overholtz, PLC
                                                   17 East Main Street, Suite 200
                                                   Pensacola, Florida 32563
                                                   (850) 202-1010
                                                   (850) 916-7449 (fax)
                                                   E-mail: rbaggett@awkolaw.com

        /s/ Thomas P. Cartmell
        THOMAS P. CARTMELL
        Wagstaff & Cartmell LLP
        4740 Grand Avenue, Suite 300
        Kansas City, MO 64112
        816-701-1102
        Fax 816-531-2372
        tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Buchman, Debra | 2:14-cv-00750 |
| Busch, Lola M. | 2:13-cv-26727 |
| Dupont, Catherine | 2:12-cv-07490 |
| Fahnestock, Martha | 2:15-cv-05019 |
| Houseknecht, Debra | 2:17-cv-01124 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett\
D. Renee Baggett\
Aylstock, Witkin, Kreis and Overholtz, PLC\
17 E. Main Street, Suite 200\
Pensacola, FL 32563\
850-202-1010\
850-916-7449\
Rbaggett@awkolaw.com