# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------<br>ETHICON ELECTION WAVE CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT MOTIONS AND REPLY BRIEFING AS TO MICHAEL THOMAS MARGOLIS, M.D. FOR ELECTION WAVE

Come now, Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon"), and hereby move to exclude certain general opinions of one of Plaintiffs' experts, Dr. Michael Thomas Margolis. Defendants adopt and incorporate by reference the *Daubert* motion filed against Dr. Michael Thomas Margolis for Ethicon Wave 1 cases, Dkt. Nos. 2029 (motion), 2031 (memorandum in support) and supporting Reply brief, Dkt. 2212, as well as their supplemental briefing filed in Ethicon Wave 3 cases, Dkt. Nos. 2832 and 2833.

Ethicon respectfully requests that the Court exclude Dr. Michael Thomas Margolis's testimony, for the reasons expressed in the Wave 1 and 3 briefing. This notice applies to the Election Wave cases identified in Exhibit A attached hereto.

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON


**CERTIFICATE OF SERVICE**

    I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*
William M. Gage

# EXHIBIT A

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Betty Beliew, et al. v. Ethicon, Inc., et al. | 2:13-cv-08069 | TVT |
| Letha Brantley, et al. v. Ethicon, Inc., et al. | 2:13-cv-09479 | TVT |
| Carol Gomez v. Ethicon, Inc., et al. | 2:13-cv-04561 | TVT |
| Marianne Jefford, et al. v. Ethicon, Inc., et al. | 2:13-cv-04034 | TVT |
| Wendy Lowery. v. Ethicon, Inc., et al. | 2:15-cv-14929 | TVT-O |
| Esther Markes, et al. v. Ethicon, Inc., et al. | 2:13-cv-12852 | TVT |
| Mary Muniz v. Ethicon, Inc., et al. | 2:15-cv-14968 | TVT Exact |
| Courtney Peridore, et al. v. Ethicon, Inc., et al. | 2:13-cv-08851 | TVT |
| Penny Powell v. Ethicon, Inc., et al. | 2:15-cv-14939 | TVT-O |
| Laverne Williams v. Ethicon, Inc., et al. | 2:13-cv-08957 | TVT |
| Maria Anaya v. Ethicon, Inc., et al. | 2:13-cv-13188 | TVT-O |
| Miriam Dale v. Ethicon, Inc., et al. | 2:13-cv-13236 | TVT Exact |
| Tammy Herman, et al. v. Ethicon, Inc., et al. | 2:15-cv-12934 | TVT-O |

| Kimberly Howard, et al. v. Ethicon, Inc., et al. | 2:13-cv-32015 | TVT |
| Stephanie Stace, et al. v. Ethicon, Inc., et al. | 2:12-cv-09243 | TVT-O |
| Kimberly Sutton, et al. v. Ethicon, Inc., et al. | 2:13-cv-07671 | TVT-O |
| Leslie White v. Ethicon, Inc., et al. | 2:16-cv-00280 | TVT Exact |
| Wendy Wilson, et al. v. Ethicon, Inc., et al. | 2:13-cv-13232 | TVT-O |
| Cynthia Zember, et al. v. Ethicon, Inc., et al. | 2:12-cv-08211 | TVT-O |

44420559.v1