GUELCHER EXHIBIT A

| CASE NAME | CASE NUMBER |
| --- | --- |
| Beliew, Betty & Bobby | 2:13cv08069 |
| Brantley, Letha & Charles | 2:13cv09479 |
| Cyrus, Sandra & Gregory | 2:12cv01283 |
| Fields, Janice & Don | 2:12cv02971 |
| Fields, Jeanette | 2:15cv14848 |
| Fleck, Jean E | 2:12cv01681 |
| Gomez, Carol | 2:13cv04561 |
| Gullett, Brenda & Carl | 2:12cv02027 |
| Harris, Tina | 2:12cv03246 |
| Howard, Kimberly & Bradley | 2:13cv32015 |
| Jefford, Marianne & Garry | 2:13cv04034 |
| Kosakowski, Sonia & Gary | 2:16cv10955 |
| Lambert, Corrie Ann & Ronson | 2:12cv02183 |
| Markes, Esther & Rob | 2:13cv12852 |
| Martinez, Patricia Bernice | 2:13cv04730 |
| Messina, Laritza & John | 2:12cv02140 |
| Minton, Kathleen | 2:13cv16936 |
| Peridore, Courtney & Linsy | 2:13cv08851 |
| Ray, Darla | 2:12cv04475 |
| Sloan, Terri L. | 2:13cv01385 |
| Taylor, Rachel & Dwan | 2:12cv00765 |
| Webb, Christine & Joseph | 2:12cv03136 |
| White, Leslie | 2:16cv00280 |
| Williams, Laverne | 2:13cv08957 |
| Zember, Cynthia & Donald C | 2:12cv08211 |