KLINGE EXHIBIT A

| CASE NAME | CASE NUMBER |
|---|---|
| Bowman, Kristi Lynne | 2:13cv17427 |
| Brown, Joan | 2:15cv11659 |
| Bush, Emily & Adam | 2:13cv16317 |
| Fuller, Maribeth & James | 2:14cv17367 |
| Furtado, Syliva Irene | 2:15cv12667 |
| Grimsic, Kimberly & Steven | 2:17cv03702 |
| Hartzell, Kerry | 2:16cv06520 |
| Hopper, Sherry | 2:12cv04084 |
| Jimenez-Gonzalez, Maria | 2:16cv03449 |
| LaFlesh, Tia & Scott | 2:15cv00976 |
| Laney, Minnie | 2:14cv24528 |
| Martinez, Patricia Bernice | 2:13cv04730 |
| Maschler, Bonnie Marie & Charles | 2:13cv20646 |
| McCaig, D. Carlene | 2:17cv04427 |
| Meszaros, Mary | 2:12cv09246 |
| Munsch, Sheila & Larry | 2:15cv04146 |
| Neil, Donna | 2:16cv03562 |
| Oliveira, Lervon R. | 2:12cv09062 |
| Oliver, Patsy | 2:13cv20755 |
| Ream, Jane E. & Williams J. | 2:13cv32395 |
| Roundine, Laura | 2:13cv33420 |
| Rounds, Clara | 2:14cv18220 |
| Shellnut, Melissa & John | 2:13cv33879 |
| Simpson, Nebra | 2:14cv00055 |
| Smallridge, Audrey & Theron | 2:12cv02956 |
| Stace, Stephanie & Dan | 2:12cv09243 |
| Stebbins, Nelda Christine | 2:13cv24191 |
| Stephens, Tammy | 2:13cv13080 |
| Thompson, Cynthia E. & John E., Jr. | 2:15cv02652 |
| Travers, Pamela & Joseph | 2:14cv27244 |
| Wasik, Susan & Henry | 2:13cv24588 |
| Whitson, Emily | 2:14cv01386 |
| Wilkerson, Barbara | 2:16cv03282 |
| Willes, Lynne | 2:14cv29092 |
| Williams, Clara & Sam | 2:16cv03361 |
| Williams, Sandy | 2:16cv03288 |
| Wormsley, Janet | 2:16cv08589 |
| Wyatt, Crystal | 2:18cv00033 |