# EXHIBIT A

**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE PEGGY PENCE, PH.D., FOR ETHICON ELECTION WAVE**

**List of Applicable Cases**

| Case Name | Case Number | Product |
|---|---|---|
| Allen, Cheryl & Fred | 2:16-cv-02962 | TVT Obturator |
| Anaya, Maria | 2:13-cv-13188 | TVT Obturator |
| Brown, Joan | 2:15-cv-11659 | TVT |
| Bush, Emily & Adam | 2:13-cv-16317 | TVT Obturator |
| Cepeda, Lucinda | 2:17-cv-04501 | TVT Obturator |
| Dale, Miriam | 2:13-cv-13236 | TVT Exact |
| Grimsic, Kimberly & Steven | 2:17-cv-03702 | TVT Abbrevo |
| Hartzell, Kerry | 2:16-cv-06520 | TVT Exact |
| Kosakowski, Sonia & Gary | 2:16-cv-10955 | TVT Abbrevo |
| LaFlesh, Tia & Scott | 2:15-cv-00976 | TVT |
| Lowery, Wendy | 2:15-cv-14929 | TVT Obturator |
| Manning, Lori & Calvin | 2:17-cv-00775 | TVT |
| Martinez, Patricia Bernice | 2:13-cv-04730 | TVT |
| Meszaros, Mary | 2:12-cv-09246 | TVT |

| Name | Case Number | Product |
|---|---|---|
| Muniz, Mary | 2:15-cv-14968 | TVT Exact |
| Oliveira, Lervon R. | 2:12-cv-09062 | TVT |
| Cuevas, Cinthia, et al. | 2:17-cv-01354 | TVT |
| Powell, Penny | 2:15-cv-14939 | TVT Obturator |
| Read, Paula S. | 2:15-cv-05238 | TVT |
| Ream, Jane E. & Williams J. | 2:13-cv-32395 | TVT |
| Roundine, Laura | 2:13-cv-33420 | TVT |
| Sandifer, Sylvia & Steven | 2:14-cv-27651 | TVT |
| Simpson, Nebra | 2:14-cv-00055 | TVT Obturator |
| Sither, Mary | 2:12-cv-03491 | TVT Obturator |
| Sloan, Terri L. | 2:13-cv-01385 | TVT Obturator |
| Stace, Stephanie & Dan | 2:12-cv-09243 | TVT Obturator |
| Thompson, Cynthia E. & John E., Jr. | 2:15-cv-02652 | TVT Obturator |
| Walters, Anna S. & C. Wayne | 2:17-cv-04358 | TVT Obturator |
| Whitson, Emily | 2:14-cv-01386 | TVT Obturator |
| Wilson, Wendy & Richard | 2:13-cv-13232 | TVT Obturator |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Pence as a general expert.**