MAYS EXHIBIT A

| CASE NAME | CASE NUMBER |
|---|---|
| Bethune, Susan & Ronnie Jerome | 2:12cv07852 |
| Cepeda, Lucinda | 2:17cv04501 |
| Collins, Linda & Teddy | 2:15cv13130 |
| Crosswhite, Thelma & Charles | 2:15cv13394 |
| Cuevas, Cinthia, et al. | 2:17cv01354 |
| Dupont, Catherine & Richard | 2:12cv07490 |
| Garza, Martha & Juan Antonio | 2:13cv18837 |
| Holloway, Mildred & Gregory Allen | 2:12cv03493 |
| Lockwood, Maria | 2:12cv07649 |
| Mayse, Elizabeth Julie & Michael | 2:15cv03272 |
| McLain, Jamie | 2:12cv08004 |
| Meszaros, Mary | 2:12cv09246 |
| Read, Paula S. | 2:15cv05238 |
| Sither, Mary | 2:12cv03491 |
| Sloan, Terri L. | 2:13cv01385 |
| Stace, Stephanie & Dan | 2:12cv09243 |
| Walters, Anna S. & C. Wayne | 2:17cv04358 |