# EXHIBIT A

**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE NEERAJ KOHLI, M.D., FOR ETHICON ELECTION WAVE**

**List of Applicable Cases**

| Case Name | Case Number | Product |
|---|---|---|
| Ray, Darla | 2:12-cv-04475 | TVT Obturator |
| Webb, Christine & Joseph | 2:12-cv-03136 | TVT Obturator |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Kohli as a general expert.**