# EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE JERRY BLAIVAS M.D., FOR ETHICON ELECTION WAVE CASES

## List of Applicable Cases

| Case Name | Case Number | MDL Proceeding |
|---|---|---|
| Cepeda, Lucinda | 2:17cv04501 | Ethicon MDL 2327 |
| Cuevas, Cinthia, et al. | 2:17cv01354 | Ethicon MDL 2327 |
| Fields, Janice & Don | 2:12cv02971 | Ethicon MDL 2327 |
| Fields, Jeanette | 2:15cv14848 | Ethicon MDL 2327 |
| Fleck, Jean E. | 2:12cv01681 | Ethicon MDL 2327 |
| Gullett, Brenda & Carl | 2:12cv02027 | Ethicon MDL 2327 |
| Harris, Tina | 2:12cv03246 | Ethicon MDL 2327 |
| Holloway, Mildred & Gregory Allen | 2:12cv03493 | Ethicon MDL 2327 |
| Hopper, Sherry | 2:12cv04084 | Ethicon MDL 2327 |
| Kosakowski, Sonia & Gary | 2:16cv10955 | Ethicon MDL 2327 |
| Lambert, Corrie Ann & Ronson | 2:12cv02183 | Ethicon MDL 2327 |
| Messina, Laritza & John | 2:12cv02140 | Ethicon MDL 2327 |
| Ray, Darla | 2:12cv04475 | Ethicon MDL 2327 |
| Read, Paula S. | 2:15cv05238 | Ethicon MDL 2327 |
| Rinehart, Linda G. & Michael C. | 2:13cv33049 | Ethicon MDL 2327 |
| Sither, Mary | 2:12cv03491 | Ethicon MDL 2327 |
| Smallridge, Audrey & Theron | 2:12cv02956 | Ethicon MDL 2327 |
| Travers, Pamela & Joseph | 2:14cv27244 | Ethicon MDL 2327 |

| | | |
|---|---|---|
| Walters, Anna S. & C. Wayne | 2:17cv04358 | Ethicon MDL 2327 |
| Webb, Christine & Joseph | 2:12cv03136 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Blaivas as a general expert.**