MICHAELS EXHIBIT A

| CASE NAME | CASE NUMBER |
|---|---|
| Courneya, Lisa | 2:14cv15143 |
| Furtado, Syliva Irene | 2:15cv12667 |
| Grimsic, Kimberly & Steven | 2:17cv03702 |
| Howard, Kimberly & Bradley | 2:13cv32015 |
| Lowery, Wendy | 2:15cv14929 |
| Maschler, Bonnie Marie & Charles | 2:13cv20646 |
| Muniz, Mary | 2:15cv14968 |
| Powell, Penny | 2:15cv14939 |
| Stebbins, Nelda Christine | 2:13cv24191 |
| Travers, Pamela & Joseph | 2:14cv27244 |
| White, Leslie | 2:16cv00280 |