**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF**
**PRIOR *DAUBERT* MOTION TO EXCLUDE DANIEL ELLIOTT M.D.,**
**FOR ETHICON ELECTION WAVE CASES**

**List of Applicable Cases**

| Case Name | Case Number | MDL Proceeding |
|---|---|---|
| Anaya, Maria | 2:13cv13188 | Ethicon MDL 2327 |
| Beliew, Betty & Bobby | 2:13cv08069 | Ethicon MDL 2327 |
| Brantley, Letha & Charles | 2:13cv09479 | Ethicon MDL 2327 |
| Bush, Emily & Adam | 2:13cv16317 | Ethicon MDL 2327 |
| Dale, Miriam | 2:13cv13236 | Ethicon MDL 2327 |
| Endsley, Rebecca Lynne & Eddie Dwayne | 2:12cv09220 | Ethicon MDL 2327 |
| Fleck, Jean E. | 2:12cv01681 | Ethicon MDL 2327 |
| Fuller, Maribeth & James | 2:14cv17367 | Ethicon MDL 2327 |
| Gomez, Carol | 2:13cv04561 | Ethicon MDL 2327 |
| Hartzell, Kerry | 2:16cv06520 | Ethicon MDL 2327 |
| Howard, Kimberly & Bradley | 2:13cv32015 | Ethicon MDL 2327 |
| Jefford, Marianne & Garry | 2:13cv04034 | Ethicon MDL 2327 |
| Jimenez-Gonzalez, Maria | 2:16cv03449 | Ethicon MDL 2327 |
| Laney, Minnie | 2:14cv24528 | Ethicon MDL 2327 |
| Lowery, Wendy | 2:15cv14929 | Ethicon MDL 2327 |

| | | |
|---|---|---|
| Markes, Esther & Rob | 2:13cv12852 | Ethicon MDL 2327 |
| McCaig, D. Carlene | 2:17cv04427 | Ethicon MDL 2327 |
| Meszaros, Mary | 2:12cv09246 | Ethicon MDL 2327 |
| Muniz, Mary | 2:15cv14968 | Ethicon MDL 2327 |
| Munsch, Sheila & Larry | 2:15cv04146 | Ethicon MDL 2327 |
| Neil, Donna | 2:16cv03562 | Ethicon MDL 2327 |
| Oliver, Patsy | 2:13cv20755 | Ethicon MDL 2327 |
| Peridore, Courtney & Linsy | 2:13cv08851 | Ethicon MDL 2327 |
| Powell, Penny | 2:15cv14939 | Ethicon MDL 2327 |
| Rinehart, Linda G. & Michael C. | 2:13cv33049 | Ethicon MDL 2327 |
| Rounds, Clara | 2:14cv18220 | Ethicon MDL 2327 |
| Shellnut, Melissa & John | 2:13cv33879 | Ethicon MDL 2327 |
| Sloan, Terri L. | 2:13cv01385 | Ethicon MDL 2327 |
| Stace, Stephanie & Dan | 2:12cv09243 | Ethicon MDL 2327 |
| Stephens, Tammy | 2:13cv13080 | Ethicon MDL 2327 |
| Sutton, Kimberly & Jason Scott | 2:13cv07671 | Ethicon MDL 2327 |
| Wasik, Susan & Henry | 2:13cv24588 | Ethicon MDL 2327 |
| White, Leslie | 2:16cv00280 | Ethicon MDL 2327 |
| Wilkerson, Barbara | 2:16cv03282 | Ethicon MDL 2327 |
| Willes, Lynne | 2:14cv29092 | Ethicon MDL 2327 |
| Williams, Clara & Sam | 2:16cv03361 | Ethicon MDL 2327 |
| Williams, Laverne - | 2:13cv08957 | Ethicon MDL 2327 |

| Williams, Sandy | 2:16cv03288 | Ethicon MDL 2327 |
|---|---|---|
| Wilson, Wendy & Richard | 2:13cv13232 | Ethicon MDL 2327 |
| Wormsley, Janet | 2:16cv08589 | Ethicon MDL 2327 |
| Wyatt, Crystal | 2:18cv00033 | Ethicon MDL 2327 |
| Zember, Cynthia & Donald C. | 2:12cv08211 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Elliott as a general expert.**