**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR              Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                    MDL 2327
LITIGATION
------------------------------------------------------
ETHICON ELECTION WAVE CASES              JOSEPH R. GOODWIN U.S. DISTRICT
LISTED IN EXHIBIT A                                              JUDGE

<u>**NOTICE OF ADOPTION OF ETHICON'S MOTION TO EXCLUDE THE
OPINIONS AND TESTIMONY OF DUANE PRIDDY, PH.D.
FILED IN WAVE 4**</u>

Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon") adopt and incorporate by
reference Ethicon's Motion to Exclude the Opinions and Testimony of Duane Priddy, Ph.D.
[Dkt. #3652], and Ethicon's Memorandum of Law in Support of Motion to Exclude the Opinions
and Testimony of Duane Priddy, Ph.D. [Dkt. #3656], previously filed in Wave 4. Ethicon
respectfully requests that the Court exclude Dr. Priddy's testimony in the Election Wave cases
identified in Exhibit A for the reasons expressed in the Wave 4 briefing adopted and
incorporated herein.

Dated: December 17, 2018

Respectfully submitted,

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com