PRIDDY EXHIBIT A

| CASE NAME | CASE NUMBER |
|---|---|
| Anaya, Maria | 2:13cv13188 |
| Courneya, Lisa | 2:14cv15143 |
| Cyrus, Sandra & Gregory | 2:12cv01283 |
| Dale, Miriam | 2:13cv13236 |
| Fuller, Maribeth & James | 2:14cv17367 |
| Gullett, Brenda & Carl | 2:12cv02027 |
| Jimenez-Gonzalez, Maria | 2:16cv03449 |
| Kosakowski, Sonia & Gary | 2:16cv10955 |
| Lambert, Corrie Ann & Ronsonz | 2:16cv10955 |
| Laney, Minnie | 2:14cv24528 |
| Lowery, Wendy | 2:15cv14929 |
| McCaig, D. Carlene | 2:17cv04427 |
| Muniz, Mary | 2:15cv14968 |
| Munsch, Sheila & Larry | 2:15cv04146 |
| Neil, Donna | 2:16cv03562 |
| Oliver, Patsy | 2:13cv20755 |
| Powell, Penny | 2:15cv14939 |
| Rounds, Clara | 2:14cv18220 |
| Stephens, Tammy | 2:13cv13080 |
| Sutton, Kimberly & Jason Scott | 2:13cv07671 |
| Taylor, Rachel & Dwan | 2:12cv00765 |
| Wilkerson, Barbara | 2:16cv03282 |
| Willes, Lynne | 2:14cv29092 |
| Williams, Clara & Sam | 2:16cv03361 |
| Williams, Sandy | 2:16cv03288 |
| Wilson, Wendy & Richard | 2:13cv13232 |
| Wormsley, Janet | 2:16cv08589 |
| Wyatt, Crystal | 2:18cv00033 |