**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF
PRIOR *DAUBERT* MOTION TO EXCLUDE BRUCE ROSENZWEIG M.D.,
FOR ETHICON ELECTION WAVE CASES**

**List of Applicable Cases**

| Case Name | Case Number | MDL Proceeding |
| --- | --- | --- |
| Beliew, Betty & Bobby | 2:13cv08069 | Ethicon MDL 2327 |
| Bethune, Susan & Ronnie Jerome | 2:12cv07852 | Ethicon MDL 2327 |
| Bowman, Kristi Lynne | 2:13cv17427 | Ethicon MDL 2327 |
| Brantley, Letha & Charles | 2:13cv09479 | Ethicon MDL 2327 |
| Brown, Joan | 2:15cv11659 | Ethicon MDL 2327 |
| Bush, Emily & Adam | 2:13cv16317 | Ethicon MDL 2327 |
| Cepeda, Lucinda | 2:17cv04501 | Ethicon MDL 2327 |
| Collins, Linda & Teddy | 2:15cv13130 | Ethicon MDL 2327 |
| Courneya, Lisa | 2:14cv15143 | Ethicon MDL 2327 |
| Crosswhite, Thelma & Charles | 2:15cv13394 | Ethicon MDL 2327 |
| Cuevas, Cinthia, et al. | 2:17cv01354 | Ethicon MDL 2327 |
| Cyrus, Sandra & Gregory | 2:12cv01283 | Ethicon MDL 2327 |
| Dupont, Catherine & Richard | 2:12cv07490 | Ethicon MDL 2327 |
| Endsley, Rebecca Lynne & Eddie Dwayne | 2:12cv09220 | Ethicon MDL 2327 |
| Fields, Janice & Don | 2:12cv02971 | Ethicon MDL 2327 |
| Fuller, Maribeth & James | 2:14cv17367 | Ethicon MDL 2327 |
| Furtado, Syliva Irene | 2:15cv12667 | Ethicon MDL 2327 |
| Gomez, Carol | 2:13cv04561 | Ethicon MDL 2327 |

| | | |
|---|---|---|
| Grimsic, Kimberly & Steven | 2:17cv03702 | Ethicon MDL 2327 |
| Harris, Tina | 2:12cv03246 | Ethicon MDL 2327 |
| Holloway, Mildred & Gregory Allen | 2:12cv03493 | Ethicon MDL 2327 |
| Hopper, Sherry | 2:12cv04084 | Ethicon MDL 2327 |
| Howard, Kimberly & Bradley | 2:13cv32015 | Ethicon MDL 2327 |
| Jefford, Marianne & Garry | 2:13cv04034 | Ethicon MDL 2327 |
| Jimenez-Gonzalez, Maria | 2:16cv03449 | Ethicon MDL 2327 |
| Kosakowski, Sonia & Gary | 2:16cv10955 | Ethicon MDL 2327 |
| LaFlesh, Tia & Scott | 2:15cv00976 | Ethicon MDL 2327 |
| Laney, Minnie | 2:14cv24528 | Ethicon MDL 2327 |
| Lockwood, Maria | 2:12cv07649 | Ethicon MDL 2327 |
| Markes, Esther & Rob | 2:13cv12852 | Ethicon MDL 2327 |
| Martinez, Patricia Bernice | 2:13cv04730 | Ethicon MDL 2327 |
| Maschler, Bonnie Marie & Charles | 2:13cv20646 | Ethicon MDL 2327 |
| Mayse, Elizabeth Julie & Michael | 2:15cv03272 | Ethicon MDL 2327 |
| McCaig, D. Carlene | 2:17cv04427 | Ethicon MDL 2327 |
| McLain, Jamie | 2:12cv08004 | Ethicon MDL 2327 |
| Messina, Laritza & John | 2:12cv02140 | Ethicon MDL 2327 |
| Meszaros, Mary | 2:12cv09246 | Ethicon MDL 2327 |
| Minton, Kathleen - | 2:13cv16936 | Ethicon MDL 2327 |
| Munsch, Sheila & Larry | 2:15cv04146 | Ethicon MDL 2327 |
| Neil, Donna | 2:16cv03562 | Ethicon MDL 2327 |

| | | |
|---|---|---|
| Norris, Debra & Robert | 2:15cv05901 | Ethicon MDL 2327 |
| Oliveira, Lervon R. | 2:12cv09062 | Ethicon MDL 2327 |
| Oliver, Patsy | 2:13cv20755 | Ethicon MDL 2327 |
| Peridore, Courtney & Linsy | 2:13cv08851 | Ethicon MDL 2327 |
| Read, Paula S. | 2:15cv05238 | Ethicon MDL 2327 |
| Ream, Jane E. & Williams J. | 2:13cv32395 | Ethicon MDL 2327 |
| Rinehart, Linda G. & Michael C. | 2:13cv33049 | Ethicon MDL 2327 |
| Roundine, Laura | 2:13cv33420 | Ethicon MDL 2327 |
| Rounds, Clara | 2:14cv18220 | Ethicon MDL 2327 |
| Simpson, Nebra | 2:14cv00055 | Ethicon MDL 2327 |
| Sither, Mary | 2:12cv03491 | Ethicon MDL 2327 |
| Sloan, Terri L. | 2:13cv01385 | Ethicon MDL 2327 |
| Stace, Stephanie & Dan | 2:12cv09243 | Ethicon MDL 2327 |
| Stebbins, Nelda Christine | 2:13cv24191 | Ethicon MDL 2327 |
| Stephens, Tammy | 2:13cv13080 | Ethicon MDL 2327 |
| Sutton, Kimberly & Jason Scott | 2:13cv07671 | Ethicon MDL 2327 |
| Taylor, Rachel & Dwan | 2:12cv00765 | Ethicon MDL 2327 |
| Thompson, Cynthia E. & John E., Jr. | 2:15cv02652 | Ethicon MDL 2327 |
| Walters, Anna S. & C. Wayne | 2:17cv04358 | Ethicon MDL 2327 |
| Wasik, Susan & Henry | 2:13cv24588 | Ethicon MDL 2327 |
| White, Leslie | 2:16cv00280 | Ethicon MDL 2327 |
| Whitson, Emily | 2:14cv01386 | Ethicon MDL 2327 |

| Wilkerson, Barbara | 2:16cv03282 | Ethicon MDL 2327 |
|---|---|---|
| Willes, Lynne | 2:14cv29092 | Ethicon MDL 2327 |
| Williams, Clara & Sam | 2:16cv03361 | Ethicon MDL 2327 |
| Williams, Laverne | 2:13cv08957 | Ethicon MDL 2327 |
| Williams, Sandy | 2:16cv03288 | Ethicon MDL 2327 |
| Wormsley, Janet | 2:16cv08589 | Ethicon MDL 2327 |
| Wyatt, Crystal | 2:18cv00033 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Rosenzweig as a general expert.**