# EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE VLADIMIR IAKOVLEV, M.D., FOR ETHICON ELECTION WAVE CASES

## List of Applicable Cases

| Case Name | Case Number | MDL Proceeding |
|---|---|---|
| Anaya, Maria | 2:13cv13188 | Ethicon MDL 2327 |
| Bowman, Kristi Lynne - Deceased PL | 2:13cv17427 | Ethicon MDL 2327 |
| Brown, Joan | 2:15cv11659 | Ethicon MDL 2327 |
| Collins, Linda & Teddy | 2:15cv13130 | Ethicon MDL 2327 |
| Crosswhite, Thelma & Charles | 2:15cv13394 | Ethicon MDL 2327 |
| Dale, Miriam | 2:13cv13236 | Ethicon MDL 2327 |
| Dupont, Catherine & Richard | 2:12cv07490 | Ethicon MDL 2327 |
| Fields, Jeanette | 2:15cv14848 | Ethicon MDL 2327 |
| Herman, Tammy & Kenneth, Jr. | 2:15cv12934 | Ethicon MDL 2327 |
| Hinkle, Kimberly & Wayne- STAND DOWN | 2:15cv06131 | Ethicon MDL 2327 |
| Hopper, Sherry Lou Green Hurst, Deceased PL | 2:12cv04084 | Ethicon MDL 2327 |
| LaFlesh, Tia & Scott | 2:15cv00976 | Ethicon MDL 2327 |
| *Manning, Lori & Calvin | 2:17cv00775 | Bard MDL 2187 |
| Martinez, Patricia Bernice | 2:13cv04730 | Ethicon MDL 2327 |
| Mayse, Elizabeth Julie & Michael | 2:15cv03272 | Ethicon MDL 2327 |
| Minton, Kathleen | 2:13cv16936 | Ethicon MDL 2327 |

| | | |
|---|---|---|
| Norris, Debra & Robert | 2:15cv05901 | Ethicon MDL 2327 |
| Oliveira, Lervon R. | 2:12cv09062 | Ethicon MDL 2327 |
| Ream, Jane E. & Williams J. | 2:13cv32395 | Ethicon MDL 2327 |
| Rinehart, Linda G. & Michael C. STAND DOWN | 2:13cv33049 | Ethicon MDL 2327 |
| Roundine, Laura | 2:13cv33420 | Ethicon MDL 2327 |
| *Sandifer, Sylvia & Steven | 2:14cv27651 | Ethicon MDL 2327 |
| Shellnut, Melissa & John | 2:13cv33879 | Ethicon MDL 2327 |
| Simpson, Nebra | 2:14cv00055 | Ethicon MDL 2327 |
| Smallridge, Audrey & Theron | 2:12cv02956 | Ethicon MDL 2327 |
| Thompson, Cynthia E. & John E., Jr. | 2:15cv02652 | Ethicon MDL 2327 |
| Whitson, Emily | 2:14cv01386 | Ethicon MDL 2327 |
| Wilson, Wendy & Richard | 2:13cv13232 | Ethicon MDL 2327 |
| Zember, Cynthia & Donald C. | 2:12cv08211 | Ethicon MDL 2327 |

*Ethicon notes that Plaintiff's expert designations in this case were untimely. By adopting its prior Daubert motion regarding Dr. Iakovlev's general opinions and testimony, Ethicon does not waive its argument that Plaintiff's designations should be stricken as untimely.

** Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Iakovlev as a general expert.