**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF
PRIOR *DAUBERT* MOTION TO EXCLUDE BOBBY SHULL M.D.,
FOR ETHICON ELECTION WAVE CASES**

**List of Applicable Cases**

| Case Name | Case Number | MDL Proceeding |
|---|---|---|
| Rinehart, Linda G. & Michael C. - 136457 – STAND DOWN | 2:13cv33049 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Shull as a general expert.**