**EXHIBIT A**
**TO DEFENDANTS' MOTION TO EXCLUDE THE GENERAL CAUSATION EXPERT OPINIONS OF DR. KONSTANTIN WALMSLEY FOR ETHICON ELECTION WAVE**

**List of Applicable Cases**

| Case | Product | Mdl# | Jurisdiction |
|---|---|---|---|
| Harris, Tina | TVT Obturator | 2:12cv03246 | Federal Ethicon 2327 |
| Ray, Darla | TVT Obturator | 2:12cv04475 | Federal Ethicon 2327 |

45348267.v1