# EXHIBIT A

| | |
|---|---|
| Adams, Stacy Hamlin | 2:15-cv-03828 |
| Aldrich, Teresa | 2:17-cv-00861 |
| Allen, Cheryl | 2:16-cv-02962 |
| Alpha, Sheila | 2:15-cv-08107 |
| Alvarado, Clarita | 2:13-cv-18616 |
| Anaya, Maria | 2:13-cv-13188 |
| Anderson, Trilby | 2:13-cv-19669 |
| Anselmo, Tina M. | 2:12-cv-09611 |
| Antonson, Dorothy | 2:15-cv-14573 |
| Arnold, Lydia M. | 2:16-cv-01525 |
| Atwood, Jacqueline | 2:13-cv-01406 |
| Ayala, Maria | 2:13-cv-18733 |
| Baber, Jo Ann | 2:13-cv-15452 |
| Baker, Freedom | 2:12-cv-09647 |
| Baker, Stacey J. | 2:14-cv-07095 |
| Baldwin, Dana | 2:15-cv-02511 |
| Baldwin, Sally Virginia | 2:17-cv-03705 |
| Barron, Bonnie | 2:17-cv-03924 |
| Bates, Doris | 2:13-cv-16299 |
| Beliew, Betty | 2:13-cv-08069 |

| Name | Case Number |
|---|---|
| Belisle, Julie A. | 2:13-cv-02317 |
| Benson, Kathy Myers | 2:16-cv-11679 |
| Bethune, Susan | 2:12-cv-07852 |
| Beverly, Trisha | 2:13-cv-23073 |
| Bezio, Junaita | 2:13-cv-19524 |
| Binks, Tammy | 2:13-cv-09785 |
| Bloomfield, Vera | 2:13-cv-25040 |
| Bodiford, Brenda | 2:13-cv-07080 |
| Bohannon, Carol | 2:13-cv-32876 |
| Bowman, Kristi Lynne | 2:13-cv-17427 |
| Brantley, Letha | 2:13-cv-09479 |
| Broughton, Margaret | 2:13-cv-32879 |
| Brown, Denise | 2:17-cv-00917 |
| Brown, Joan | 2:15-cv-11659 |
| Brown, Katrina | 2:16-cv-08237 |
| Bruenning, Angela | 2:16-cv-09095 |
| Buchman, Debra | 2:14-cv-00750 |
| Busch, Lola M. | 2:13-cv-26727 |

| Name | Case Number |
|---|---|
| Bush, Emily | 2:13-cv-16317 |
| Cardenas, Diana | 2:13-cv-15940 |
| Carder, Dolores | 2:13-cv-22693 |
| Carter, Mistie | 2:15-cv-02538 |
| Carter-Corn, Pamela | 2:15-cv-05941 |
| Cathey, Arlene | 2:13-cv-02625 |
| Catlett, Brenda Lee | 2:14-cv-20668 |
| Catlin, Margaret | 2:16-cv-07227 |
| Cepeda, Lucinda | 2:17-cv-04501 |
| Champion, Darlene | 2:14-cv-02952 |
| Choate, Penny | 2:14-cv-02954 |
| Clanton, Brandie | 2:13-cv-13818 |
| Cobos, Esperanza | 2:17-cv-01986 |
| Collins, Linda | 2:15-cv-13130 |
| Copeland, Ramona | 2:17-cv-00846 |
| Cornutt, Loretta J. | 2:13-cv-17460 |
| Courneya, Lisa | 2:14-cv-15143 |
| Crandall, Lisa L. | 2:14-cv-02955 |
| Crosswhite, Thelma | 2:15-cv-13394 |

| | |
|---|---|
| Crouch, Delores | 2:15-cv-06456 |
| Crumpler, Montee | 2:14-cv-25588 |
| Cruz, Paulina | 2:16-cv-09838 |
| Cuevas, Cinthia | 2:17-cv-01354 |
| Cuevas, Martha | 2:13-cv-22564 |
| Cyrus, Sandra | 2:12-cv-01283 |
| Dale, Miriam | 2:13-cv-13236 |
| Darga, Jessica | 2:14-cv-28511 |
| Davis, Brenda | 2:12-cv-09381 |
| De Saint Phalle, Jacqueline | 2:14-cv-17479 |
| DeLaOla, Dora Elena | 2:13-cv-15872 |
| Demontoya, Rose | 2:14-cv-28379 |
| Dempsey, Stacey | 2:17-cv-01987 |
| Derrisseaux, Verla | 2:16-cv-01908 |
| Dewald, Mariellen | 2:14-cv-23151 |
| Dill, Mary E. | 2:15-cv-03304 |
| Doss, Paula | 2:15-cv-13608 |
| Dupont, Catherine | 2:12-cv-07490 |
| Elliott, Michlene | 2:13-cv-09178 |
| Elswick, Rhonda Lee | 2:13-cv-15833 |
| Endsley, Rebecca Lynne | 2:12-cv-09220 |
| England, Patricia | 2:13-cv-33277 |
| Ercolani, Marcella | 2:15-cv-07092 |
| Escamilla, Eve (deceased) | 2:13-cv-17871 |
| Estes, Devonna | 2:16-cv-08894 |
| Fahnestock, Martha | 2:15-cv-05019 |
| Fauth, Tami | 2:14-cv-27230 |
| Fields, Angela | 2:12-cv-04473 |
| Fields, Janice | 2:12-cv-02971 |
| Fields, Jeanette | 2:15-cv-14848 |
| Fink, Susan | 2:14-cv-02936 |
| Fischer, Roberta | 2:16-cv-08000 |
| Flores, Arnulfa | 2:13-cv-04611 |
| Foley, Teresa | 2:16-cv-00433 |
| Forero-Salazar, Yaned | 2:15-cv-07878 |
| Fuller, Maribeth | 2:14-cv-17367 |
| Furtado, Sylvia | 2:15-cv-12667 |

| Name | Case Number |
|---|---|
| Gabel, Tina | 2:14-cv-02925 |
| Galloway, Tanya M. | 2:13-cv-31447 |
| Gang, Debra | 2:17-cv-01127 |
| Garcia, Barbara | 2:13-cv-23019 |
| Garza, Martha | 2:13-cv-18837 |
| Genone, Toni | 2:13-cv-13855 |
| Gomez, Carol | 2:13-cv-04561 |
| Gomez, Leslie Lee | 2:13-cv-15778 |
| Green, Patricia | 2:13-cv-26358 |
| Griesing, Betty | 2:17-cv-01126 |
| Grimsic, Kimberly | 2:17-cv-03702 |
| Grizzle, Susan | 2:12-cv-02991 |
| Guajardo, Velia | 2:13-cv-05768 |
| Gullett, Brenda | 2:12-cv-02027 |
| Haines, Nancy | 2:13-cv-25829 |
| Hale, Angela | 2:13-cv-26079 |
| Haley, Shirley | 2:16-cv-06022 |
| Hardin, Alice | 2:14-cv-26647 |
| Harris, Donna | 2:13-cv-32910 |
| Harris, Judy A. | 2:17-cv-00881 |
| Harris, Sharon | 2:12-cv-00947 |
| Harris, Tina | 2:12-cv-03246 |
| Hartzell, Kerry | 2:16-cv-06520 |
| Hau, Carrie A. | 2:13-cv-30509 |
| Hawk, Pauline S. Latham | 2:14-cv-20285 |
| Henriques, Stephanie | 2:15-cv-05530 |
| Herman, Tammy | 2:15-cv-12934 |
| Herrin, Bettie | 2:13-cv-26336 |
| Hileman, Rena | 2:15-cv-03049 |
| Hinkle, Kimberly | 2:15-cv-06131 |
| Hinthorn, Barbara J. | 2:14-cv-30023 |
| Hobson, Stephanie S. | 2:15-cv-02935 |
| Hochstetler, Diana | 2:14-cv-01694 |
| Hoeltzner, Paula | 2:14-cv-06428 |
| Hollingsworth, Melanie W. | 2:12-cv-03850 |
| Holloway, Mildred | 2:12-cv-03493 |
| Hopper, Sherry | 2:12-cv-04084 |
| Houseknecht, Debra | 2:17-cv-01124 |
| Howard, Kimberly | 2:13-cv-32015 |
| Howell, Jeanie | 2:13-cv-28083 |
| Humphries, Wanda A. | 2:13-cv-10987 |

| | |
|---|---|
| Jack, Lori J. | 2:13-cv-13462 |
| Jefford, Marianne | 2:13-cv-04034 |
| Jenkins, Sarah R. | 2:12-cv-04987 |
| Jimenez-Gonzalez, Maria | 2:16-cv-03449 |
| Johnson, Cheri | 2:17-cv-00851 |
| Johnson, Kimberly | 2:16-cv-01521 |
| Johnson, Lauren | 2:16-cv-00869 |
| Johnson, Lena S. | 2:13-cv-30843 |
| Jones, Judith L. | 2:14-cv-27138 |
| Joosten, Gaylene | 2:13-cv-11107 |
| Kirby, Brenda L. | 2:13-cv-06813 |
| Kitzmiller, Dorothy | 2:15-cv-03826 |
| Kosakowski, Sonia | 2:16-cv-10955 |
| LaFlesh, Tia | 2:15-cv-00976 |
| Lambert, Corrie Ann | 2:12-cv-02183 |
| Laney, Minnie | 2:14-cv-24528 |
| Langley, Kimberly | 2:13-cv-19556 |
| Lentz, Bonnie J. | 2:12-cv-09760 |
| Letourneau, Julie | 2:14-cv-09986 |
| Lewis, Naomi | 2:13-cv-17636 |
| Lindsey, Lorilynn R. | 2:15-cv-02945 |
| Lockwood, Kristi J. | 2:15-cv-11084 |
| Lockwood, Maria | 2:12-cv-07649 |
| Lowery, Wendy | 2:15-cv-14929 |
| Macdonald, Michele | 2:17-cv-00859 |
| Macknis, Rita | 2:16-cv-10467 |
| Maddock, Melissa | 2:15-cv-00184 |
| Maddux, Teresa | 2:12-cv-09883 |
| Malone, Sharla | 2:13-cv-32278 |
| Manning, Debra | 2:17-cv-02021 |
| Manning, Lori | 2:17-cv-00775 |
| Markes, Esther | 2:13-cv-12852 |
| Marshall, Brianne | 2:15-cv-08091 |

| | |
|---|---|
| Martinez, Eloise | 2:13-cv-32341 |
| Martinez, Patricia Bernice | 2:13-cv-04730 |
| Maschler, Bonnie Marie | 2:13-cv-20646 |
| Mayse, Elizabeth Julie | 2:15-cv-03272 |
| McCaig, D. Carlene | 2:17-cv-04427 |
| McCubbins, Brenda | 2:13-cv-07511 |
| McCurdy, Kim D. | 2:12-cv-04090 |
| McKimmy, Mary | 2:17-cv-01121 |
| McLain, Jamie | 2:12-cv-08004 |
| Mendez, Graciela | 2:14-cv-18586 |
| Messina, Laritza | 2:12-cv-02140 |
| Meszaros, Mary | 2:12-cv-09246 |
| Miller, Joy J. | 2:13-cv-08507 |
| Minton, Kathleen | 2:13-cv-16936 |
| Montgomery, Cheilion F. | 2:15-cv-05601 |
| Moreno, Elaine I. | 2:14-cv-06205 |
| Mouser, Brenda | 2:14-cv-18584 |
| Mullins, Lois D. | 2:14-cv-26300 |
| Muniz, Mary | 2:15-cv-14968 |
| Munsch, Sheila | 2:15-cv-04146 |
| Murn, Linda | 2:13-cv-22697 |
| Nash, Marianne | 2:15-cv-11332 |
| Navarette, Yolanda | 2:13-cv-23803 |
| Nedela, Nan | 2:15-cv-07981 |
| Neil, Donna | 2:16-cv-03562 |
| Nelson, Erin | 2:13-cv-24262 |
| Norris, Debra | 2:15-cv-05901 |
| Notter, Angela | 2:13-cv-03282 |
| Nunez, Mary Helen | 2:13-cv-15839 |
| O'Donnel, Nancy | 2:15-cv-03831 |
| Olavarria, Magdalena | 2:15-cv-00890 |
| Oliveira, Lervon R. | 2:12-cv-09062 |
| Oliver, Patsy | 2:13-cv-20755 |
| Olson, Cathryn | 2:15-cv-02111 |
| Pagan, Linda J. | 2:13-cv-17492 |
| Painter, Charlene Marie | 2:14-cv-12999 |
| Pantoja, Tracy Lynn | 2:16-cv-12229 |
| Pasarello, Diane | 2:13-cv-17141 |
| Patterson, Joyce | 2:14-cv-04532 |
| Patterson, Norma | 2:12-cv-03394 |

| | |
|---|---|
| Peele-Rice, Crystal E. | 2:13-cv-25754 |
| Peridore, Courtney | 2:13-cv-08851 |
| Pickett, Debra | 2:14-cv-26613 |
| Pine, Carrie | 2:14-cv-04334 |
| Pinson, Evelyn E. | 2:14-cv-16867 |
| Pitts, Brenda | 2:13-cv-24913 |
| Policatro, Suzie | 2:17-cv-00869 |
| Powell, Penny | 2:15-cv-14939 |
| Prather, Brenda | 2:13-cv-07153 |
| Price, Sharon | 2:16-cv-00852 |
| Profitt, Miriam | 2:17-cv-03526 |
| Propes, Vicki L. | 2:13-cv-21996 |
| Randol, Shannon | 2:13-cv-27218 |
| Rasa, Kathryn L. | 2:13-cv-33443 |
| Ratliff, Daphne | 2:17-cv-00868 |
| Ray, Darla | 2:12-cv-04475 |
| Read, Paula S. | 2:15-cv-05238 |
| Ream, Jane E. | 2:13-cv-32395 |
| Renter, Victoria | 2:15-cv-02112 |
| Requelme, Judith | 2:13-cv-17039 |
| Rich-Maynard, Michelle R. | 2:14-cv-05301 |
| Rineer, Denise | 2:15-cv-13611 |
| Robinson, Belinda | 2:13-cv-29401 |
| Rodgers, Stephanie | 2:17-cv-01115 |
| Roundine, Laura | 2:13-cv-33420 |
| Rounds, Clara | 2:14-cv-18220 |
| Rowe, Alberta H. | 2:16-cv-10143 |
| Salazar, Carol | 2:16-cv-09048 |
| Sandifer, Sylvia | 2:14-cv-27651 |
| Sapp, Renee | 2:15-cv-13607 |
| Schrimsher, Debra | 2:15-cv-02867 |
| Scofield, Bonnie | 2:14-cv-05314 |
| Sego, Sondra | 2:13-cv-26649 |
| Seguin, Carol | 2:14-cv-22774 |
| Semore, Suzan | 2:13-cv-16460 |
| Sevek, Penny | 2:15-cv-04300 |
| Shell, Kathy | 2:12-cv-02269 |
| Shellnut, Melissa | 2:13-cv-33879 |
| Shelton, Davette | 2:13-cv-13322 |

| Name | Case Number |
|---|---|
| Shelton, Jennifer Kay | 2:14-cv-06148 |
| Sildack, Melissa | 2:17-cv-01111 |
| Simpson, Nebra | 2:14-cv-00055 |
| Simpson, Ramona | 2:14-cv-00051 |
| Sither, Mary | 2:12-cv-03491 |
| Sloan, Terri L. | 2:13-cv-01385 |
| Smallridge, Audrey | 2:12-cv-02956 |
| Smigiel, Laura | 2:13-cv-26112 |
| Smith, Clarice | 2:14-cv-01377 |
| Smith, Ginger Rene | 2:15-cv-10153 |
| Smith, Sharron | 2:14-cv-08610 |
| Mary Ann Dickson, personal representative of estate of Smith, Vada (deceased) | 2:15-cv-02800 |
| Smithberg, Linda | 2:14-cv-10469 |
| Snyder, Deborah S. | 2:16-cv-04193 |
| Snyder, Patience | 2:13-cv-27269 |
| Spicer, Sarah L. | 2:15-cv-14745 |
| Spoon, Edna M. | 2:12-cv-04245 |
| Stace, Stephanie | 2:12-cv-09243 |
| Stapleton, Shannon | 2:12-cv-07987 |
| Stebbins, Nelda Christine | 2:13-cv-24191 |
| Stephens, Tammy | 2:13-cv-13080 |
| Sutton, Kimberly | 2:13-cv-07671 |
| Szelest, Lisa | 2:17-cv-01108 |
| Taylor, Gloria Jean | 2:13-cv-08482 |
| Taylor, Rachel | 2:12-cv-00765 |
| Tejeda, Carmen Lynn | 2:14-cv-16688 |
| Thomas, Nancy | 2:13-cv-21184 |
| Thompson, Cynthia E. | 2:15-cv-02652 |
| Thompson, Patricia Z. | 2:14-cv-07173 |
| Tolman, Ramona | 2:14-cv-07174 |
| Trammell, Vicki | 2:12-cv-02994 |
| Travers, Pamela | 2:14-cv-27244 |
| Troyer, Cherie L. | 2:16-cv-11128 |
| Trulove, Phyllis | 2:13-cv-31636 |
| Utrera, Samantha K. | 2:14-cv-11382 |
| Vazquez-Nitschneider, Laura | 2:14-cv-01680 |
| Walker, Nancy K. | 2:14-cv-14174 |
| Walters, Anna S. | 2:17-cv-04358 |
| Washington, Carole | 2:13-cv-07990 |

| Name | Case Number |
|---|---|
| Wasik, Susan | 2:13-cv-24588 |
| Waters, Paula | 2:13-cv-09712 |
| Webb, Christine | 2:12-cv-03136 |
| West, Susan D. | 2:12-cv-03855 |
| White, Kimberly F. | 2:14-cv-07177 |
| White, Leslie | 2:16-cv-00280 |
| Whitehurst, Melinda | 2:15-cv-12817 |
| Whitson, Emily | 2:14-cv-01386 |
| Wilder, Martis Karin | 2:17-cv-03957 |
| Wilkerson, Barbara | 2:16-cv-03282 |
| Willes, Lynne | 2:14-cv-29092 |
| Williams, Clara | 2:16-cv-03361 |
| Williams, Laverne | 2:13-cv-08957 |
| Williams, Sandy | 2:16-cv-03288 |
| Wilson, Wendy | 2:13-cv-13232 |
| Winsborough, Shannon P. | 2:15-cv-03129 |
| Wormsley, Janet | 2:16-cv-08589 |
| Wulf, Jo-Ann | 2:12-cv-03993 |
| Wyatt, Crystal | 2:18-cv-00033 |
| Zehr, Sherry Lynn | 2:13-cv-16537 |
| Zellem, Cathy L. | 2:13-cv-24791 |
| Zember, Cynthia | 2:12-cv-08211 |