**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE ROBERT D. MOORE, D.O., FOR ETHICON ELECTION WAVE**

Smallridge, Audrey & Theron – Case No. 2:12-cv-02956