# EXHIBIT A

# EXHIBIT A

| | |
|---|---|
| Baber, Jo Ann | 2:13-cv-15452 |
| Barron, Bonnie | 2:17-cv-03924 |
| Bowman, Kristi Lynne | 2:13-cv-17427 |
| Clanton, Brandie | 2:13-cv-13818 |
| Cuevas, Martha | 2:13-cv-22564 |
| Mendez, Graciela | 2:14-cv-18586 |
| Pagan, Linda J. | 2:13-cv-17492 |
| Pine, Carrie | 2:14-cv-04334 |
| Semore, Suzan | 2:13-cv-16460 |
| Smith, Sharron | 2:14-cv-08610 |