IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>THIS DOCUMENT APPLIES TO:<br><br>ETHICON ELECTION WAVE (PTO 298) CASES LISTED IN EXHIBIT A | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br><br>Joseph R. Goodwin<br>UNITED STATES DISTRICT JUDGE |

## WITHDRAWAL OF NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE ROBERT D. MOORE, D.O., FOR ETHICON ELECTION WAVE (PTO 298)

Defendants hereby adopt and incorporate by reference the *Daubert* motion filed against Robert D. Moore, D.O. for Ethicon Wave 5, Case No. 2:12-md-02327, Dkt. 4341 (motion) and Dkt. 4343 (memorandum in support), which incorporated Defendants' Ethicon Wave 1 briefing, Case No. 2:12-md-02327, Dkt. 2119 (motion) and Dkt. 2120 (memorandum in support), as well as the Wave 5 Reply in Support of Motion to Exclude General Causation Testimony of Robert D. Moore, D.O., Dkt. 4624.

Defendants respectfully request that the Court exclude Dr. Moore's testimony for the reasons expressed in the Ethicon Wave 1 and 5 briefing.

This notice applies to the Ethicon Election Wave (PTO 298) case identified in Exhibit A attached hereto.

Respectfully submitted,

/s/ *William M. Gage*

William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*

Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the

Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF

participants registered to receive service in this MDL.

/s/ *William M. Gage*

45362765.v1

**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE ROBERT D. MOORE, D.O., FOR ETHICON ELECTION WAVE**

Smallridge, Audrey & Theron – Case No. 2:12-cv-02956

1