**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY          MDL 2327
LITIGATION

---------------------------------------------------------

ETHICON NON-REVISION PTO 298
(ELECTION WAVE) CASES LISTED IN      JOSEPH R. GOODWIN
EXHIBIT A OF DEFENSE NOTICE OF      U.S. DISTRICT JUDGE
ADOPTION

**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF
PROF. DR. MED. UWE KLINGE FOR NON-REVISION PTO 298 (ELECTION WAVE)**

      Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

response filed in relation to Prof. Dr. Med. Uwe Klinge for Ethicon Wave 4, Dkt. 3767. Plaintiffs

respectfully request that the Court deny Defendants' motion, for the reasons expressed in the

Wave 4 response briefing.

Dated:  December 19, 2018        Respectfully submitted,

                               /s/  D. Renee Baggett
                               Renee Baggett, Esq.
                               Bryan F. Aylstock, Esq.
                               Aylstock, Witkin, Kreis and Overholtz, PLC
                               17 East Main Street, Suite 200
                               Pensacola, Florida  32563
                               (850) 202-1010
                               (850) 916-7449 (fax)
                               E-mail:  rbaggett@awkolaw.com

                               /s/ Thomas P. Cartmell
                               THOMAS P. CARTMELL
                               Wagstaff & Cartmell LLP
                               4740 Grand Avenue, Suite 300
                               Kansas City, MO 64112
                               816-701-1102
                               Fax 816-531-2372
                               tcartmell@wcllp.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 19, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com