**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR                    Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                        MDL 2327
LITIGATION
--------------------------------------------------------
ETHICON NON-REVISION PTO 298
(ELECTION WAVE) CASES LISTED IN                         JOSEPH R. GOODWIN
EXHIBIT A OF DEFENSE NOTICE OF                        U.S. DISTRICT JUDGE
ADOPTION

**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF**
**ABBAS SHOBEIRI, M.D. FOR NON-REVISION PTO 298 (ELECTION WAVE)**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

response filed in relation to Abbas Shobeiri, M.D., for Ethicon Wave 1, Dkt. 2170, and Wave 3,

Dkt. 2956. Plaintiffs respectfully request that the Court deny Defendants' motion, for the reasons

expressed in the Wave 1 and Wave 3 response briefing.

Dated: December 20, 2018                          Respectfully submitted,

                                                  /s/  D. Renee Baggett
                                                  Renee Baggett, Esq.
                                                  Bryan F. Aylstock, Esq.
                                                  Aylstock, Witkin, Kreis and Overholtz, PLC
                                                  17 East Main Street, Suite 200
                                                  Pensacola, Florida  32563
                                                  (850) 202-1010
                                                  (850) 916-7449 (fax)
                                                  E-mail:  rbaggett@awkolaw.com

                                                  /s/ Thomas P. Cartmell
                                                  THOMAS P. CARTMELL
                                                  Wagstaff & Cartmell LLP
                                                  4740 Grand Avenue, Suite 300
                                                  Kansas City, MO 64112
                                                  816-701-1102
                                                  Fax 816-531-2372
                                                  tcartmell@wcllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018, I electronically filed the foregoing document

with the Clerk of the court using CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com