IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION           MDL 2327

THIS DOCUMENT RELATES TO THE CASE(S)
IN THE EXHIBIT(S)

**ORDER**

Defendants Johnson & Johnson, Ethicon Inc., and/or Ethicon, LLC filed a Notice of Withdrawal of its proposed Inactive Docket Order on October 26, 2018 [ECF No. 7075]. In light of the withdrawal of the proposed Inactive Docket Order, it is **ORDERED** that the Clerk **STRIKE** from the docket, the proposed Inactive Docket Order filed on October 26, 2018 [ECF No. 7071].

ENTER: December 20, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE