# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ETHICON ELECTION WAVE CASES LISTED IN PLAINTIFFS' EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING MARC TOGLIA, M.D. FOR ELECTION WAVE

Defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon") hereby respond to Plaintiffs' Notice of Adoption of Prior Daubert Motion of Marc Toglia, M.D. for the Election Wave, Dkt. 7324. Ethicon adopts and incorporates by reference the *Daubert* response in relation to Dr. Marc Toglia filed by Ethicon in Wave 3, Dkt. 2916. Ethicon respectfully requests that the Court deny Plaintiffs' motion, for the reasons expressed in its Wave 3 response briefing.

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage
