## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY            MDL 2327
LITIGATION

--------------------------------------------------------

ETHICON ELECTION WAVE CASES       JOSEPH R. GOODWIN
LISTED IN EXHIBIT A TO PLAINTIFFS'     U.S. DISTRICT JUDGE
NOTICE OF ADOPTION

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE
### REGARDING DR. JUAN C. FELIX, M.D. FOR ELECTION WAVE

Plaintiffs filed a Notice of Adoption [Dkt. 7278] in the election wave cases identified in

Exhibit A to their Notice adopting their *Daubert* Motion to Preclude Testimony of Defense

Expert Juan Carlos Felix, M.D. and Supporting Memorandum from Ethicon Wave 1.

Defendants hereby adopt and incorporate by reference their *Daubert* response filed in relation to

Juan Carlos Felix, M.D. in Ethicon Wave 1, [Dkt. #2184]. Defendants respectfully request that

the Court deny Plaintiffs' motion for the reasons expressed in the Wave 1 response briefing.

Dated: December 20, 2018

Respectfully submitted,


*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com