## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327 MDL 2327** |
| THIS DOCUMENT RELATES TO: ETHICON ELECTION WAVE (PTO 298) CASES LISTED IN PLAINTIFFS' EXHIBIT A | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

### DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* RESPONSE OF STEVEN GOLDWASSER, M.D. FOR ELECTION WAVE (PTO 298)

Plaintiffs filed a Notice of Adoption (Doc. No. 7283) in the Election Wave (PTO 298) cases identified in Exhibit A to their Notice, adopting their Motions to Exclude Expert Testimony of Steven Goldwasser, M.D., Doc. No. 3677/3678 ("Plaintiffs' Wave 4 Motion") and Doc. No. 4365/4372 ("Plaintiffs' Wave 5 Motion").

Defendants hereby adopt and incorporate by reference their prior *Daubert* responses in Wave 4, Doc. No. 3754 and in Wave 5, Doc. No. 4553 as their response for the Election Wave (PTO 298). Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 4 and 5 response briefing.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010

Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage