### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------ | |
| ETHICON ELECTION WAVE CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE
### OF SHELBY THAMES FOR ELECTION WAVE

Plaintiffs filed a Notice of Adoption [Dkt. 7323] in the Election Wave cases identified in Exhibit A to their Notice adopting their Motion to Exclude the Opinions and Testimony of Shelby Thames and Supporting Memorandum from Ethicon Wave 1 Dkt. #2039, Wave 2 Dkt. #2455 and Wave 3 Dkt. #2839.  Defendants hereby adopt and incorporate by reference their *Daubert* responses filed in relation to Shelby Thames in Ethicon Wave 1, Dkt. #2187, Wave 2, Dkt. #2553 and Wave 3, Dkt. #2957. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in Waves 1, 2 and 3 response briefings.

Dated: December 20, 2018

Respectfully submitted,


*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to CM/ECF participants registered to receive service in this MDL.


*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com