## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------ | |
| ETHICON ELECTION WAVE CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF STANLEY ZASLAU, M.D. FOR ELECTION WAVE

Plaintiffs filed a Notice of Adoption [Dkt. 7330] in the Election Wave cases identified in Exhibit A to their Notice adopting their Motion to Exclude the Opinions and Testimony of Stanley Zaslau and Supporting Memorandum from Ethicon Wave 1, Wave 3, and Wave 4. Defendants hereby adopt and incorporate by reference their *Daubert* responses filed in relation to Stanley Zaslau in Ethicon Wave 1, Dkt. #2162 and Wave 3, Dkt. #2898 and Wave 4 Dkt. #3780. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in Waves 1, 3 and 4 response briefings.

Dated: December 20, 2018

        Respectfully submitted,

        */s/ Susan M. Robinson*
        Susan M. Robinson (W.Va. Bar #5169)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 25338
        (304) 414-1807
        srobinson@tcspllc.com

2

        */s/ William M. Gage*
        William M. Gage (MS Bar #8691)
        Butler Snow LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS  39158-6010
        (601) 985-4561
        William.Gage@butlersnow.com

        COUNSEL FOR DEFENDANTS
        ETHICON, INC. AND JOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com