IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ETHICON ELECTION WAVE (PTO 298) CASES LISTED IN PLAINTIFFS' EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE FOR MILES MURPHY, M.D. FOR ELECTION WAVE

Plaintiffs filed a Notice of Adoption (Doc. No. 7301) in the Election Wave (PTO 298) cases identified in Exhibit A to their Notice, adopting their Motion to Exclude or, in the Alternative, to Limit the Opinions and Testimony of Miles Murphy, M.D., in Wave 8 (Doc. No. 6902/6903). Defendants hereby adopt and incorporate by reference their prior *Daubert* response in Ethicon Wave 8, Doc. No. 7015 as their response for the Election Wave (PTO 298). Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 8 response briefing.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561

william.gage@butlersnow.com

*/s/ Susan M. Robinson*_____
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage