**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY          MDL 2327
LITIGATION
------------------------------------------------------
ETHICON NON-REVISION PTO 298
(ELECTION WAVE) CASES LISTED IN     JOSEPH R. GOODWIN U.S. DISTRICT
EXHIBIT A TO PLAINTIFFS' NOTICE              JUDGE
OF ADOPTION

**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE
REGARDING C. BRYCE BOWLING, M.D., FOR NON-REVISION PTO 298
(ELECTION WAVE)**

Plaintiffs filed a Notice of Adoption [Dkt. 7273] in the Election Wave cases identified in

Exhibit A to their Notice adopting their Motion to Exclude Certain Opinions and Testimony of

C. Bryce Bowling, M.D. and Supporting Memorandum from Ethicon Wave 8. Defendants

hereby adopt and incorporate by reference the *Daubert* response filed in relation to C. Bryce

Bowling, M.D. for Ethicon Wave 8, Dkt. 7020. Defendants respectfully request that the Court

deny Plaintiffs' motion for the reasons expressed in the Wave 8 response briefing.

Respectfully submitted,

/s/ William M. Gage
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC

300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants Ethicon, Inc.,
and Johnson & Johnson

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage
William M. Gage

45415226.v1

2