**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR          Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                       MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON NON-REVISION PTO 298
(ELECTION WAVE) CASES LISTED IN          JOSEPH R. GOODWIN U.S. DISTRICT
EXHIBIT A TO PLAINTIFFS' NOTICE                              JUDGE
OF ADOPTION

**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE
REGARDING DENISE ELSER,  M.D., FOR NON-REVISION PTO 298 (ELECTION
WAVE)**

   Plaintiffs filed a Notice of Adoption [Dkt. 7277] in the Election Wave cases identified in

Exhibit A to their Notice adopting their Motion to Exclude Certain Opinions and Testimony of

Denise Elser, M.D. and Supporting Memorandum from Ethicon Wave 1. Defendants hereby

adopt and incorporate by reference the *Daubert* response filed in relation to Denise Elser, M.D.

for Ethicon Wave 1, Dkt. 2149; Wave 2, Dkt. 2513; and, Wave 3, Dkt. 2932. Defendants

respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave

1, 2, and 3 response briefing.


        Respectfully submitted,

     */s/ William M. Gage*
     William M. Gage (MS Bar No. 8691)
     Butler Snow LLP
     1020 Highland Colony Parkway
     Suite 1400 (39157)
     P.O. Box 6010
     Ridgeland, MS 39158-6010
     (601) 985-4561
     william.gage@butlersnow.com

     */s/ Susan M. Robinson*

Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants Ethicon, Inc.,
and Johnson & Johnson

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this day, I electronically filed this document with the clerk of the court

using the CM/ECF system, which will send notification of this filing to CM/ECF participants

registered to receive service in this MDL.

/s/ William M. Gage
William M. Gage

45415547.v1

2