**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY            MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON ELECTION WAVE CASES
LISTED IN EXHIBIT A TO PLAINTIFFS'     JOSEPH R. GOODWIN U.S. DISTRICT
NOTICE OF ADOPTION                      JUDGE

<u>**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF
STEVEN MACLEAN, M.D., FOR ELECTION WAVE**</u>

Come now, the Defendants, and hereby adopt and incorporate by reference the Daubert

response filed in relation to Steven MacLean, M.D., for Ethicon Wave 1, Dkt. [2287] and for

Ethicon Wave 3, Dkt. [2942].  The Court previously overruled most of Plaintiffs' objections to

Dr. MacLean's testimony, Dkt. [2724].[1] Defendants respectfully request that the Court deny

Plaintiffs' motion, for the reasons expressed in the Wave 1 and Wave 3 response briefing and as

adopted by this Court in its prior ruling.


Respectfully submitted,


/s/ William M. Gage
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

---

[1] This Memorandum Opinion and Order was adopted with respect to Wave 3 cases, as well, Dkt. [4183].

1

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
COUNSEL FOR DEFENDANTS
ETHICON, INC. and JOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage
William M. Gage

COUNSEL FOR DEFENDANTS
ETHICON, INC. and JOHNSON & JOHNSON

45417740.v1