IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO ETHICON NON-REVISION PTO 298 (ELECTION WAVE) CASES | |

**NOTICE OF ADOPTION OF PRIOR RESPONSES IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF BRIAN PARKER, M.D.**

Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon") submit this notice in response to Plaintiffs' Notice of Adoption of Prior *Daubert* Motion of Brian Parker, M.D. for Non-Revision PTO 298 (Election Wave), Doc. 7302.  In their Notice of Adoption, Plaintiffs adopt and incorporate their *Daubert* motion filed against Brian Parker for Ethicon Wave 4.  *See* Doc. 3672 (motion) & Doc. 3674 (memorandum in support).[1]  Ethicon hereby adopts and incorporates by reference its Responses to Plaintiffs' *Daubert* motions filed against Brian Parker, M.D., in Wave 4 (Doc. 3747).  This response applies to the Non-Revision PTO 298 Election Wave cases identified in Exhibit A to Plaintiffs' Notice of Adoption.

---

[1] On July 19, 2018, this Court issued a Memorandum Opinion and Order on Plaintiffs' Wave 4 Motion to Exclude the Expert Testimony of Brian Parker, M.D., Doc. 6239 (Opinion and Order), which was adopted by the Court again in Wave 5 on July 25, 2018, in its Order Adopting Memorandum Opinion and Order, Doc. 6330.

1

Respectfully Submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*_____
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants
Ethicon, Inc. and Johnson & Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON NON-REVISION PTO 298 (ELECTION WAVE) CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

CERTIFICATE OF SERVICE

    I, William M. Gage, certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                        /s/ *William M. Gage*
                        William M. Gage (MS Bar #8691)
                        Butler Snow LLP
                        1020 Highland Colony Parkway
                        Suite 1400 (39157)
                        P.O. Box 6010
                        Ridgeland, MS 39158-6010
                        (601) 985-4561
                        william.gage@butlersnow.com

41214016.v1