**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**<br><br>───────────────────<br><br>**THIS DOCUMENT RELATES TO ETHICON NON-REVISION PTO 298 (ELECTION WAVE) CASES** | **Master File No. 2:12-MD-02327 MDL No. 2327**<br><br>**JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

**NOTICE OF ADOPTION OF PRIOR RESPONSES IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF OLGA RAMM, M.D.**

Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon") submit this notice in response to Plaintiffs' Notice of Adoption of Prior *Daubert* Motion of Olga Ramm, M.D. for Non-Revision PTO 298 (Election Wave), Doc. 7305.  In their Notice of Adoption, Plaintiffs adopt and incorporate their *Daubert* motion filed against Olga Ramm for Ethicon Wave 4.  *See* Doc. 3614 (motion), Doc. 3616 (memorandum in support), and Doc. 3849 (reply).[1] Ethicon hereby adopts and incorporates by reference its Responses to Plaintiffs' *Daubert* motions filed against Olga Ramm, M.D., in Wave 4 (Doc. 3750).  This response applies to the Non-Revision PTO 298 Election Wave cases identified in Exhibit A to Plaintiffs' Notice of Adoption.

---

[1] On July 24, 2018, this Court issued a Memorandum Opinion and Order on Plaintiffs' Wave 4 Motion to Exclude the Expert Testimony of Olga Ramm, M.D., Doc. 6300 (Opinion and Order), which was adopted by the Court again in Wave 5 on July 26, 2018, and Wave 6 on July 30, 2018, in its Orders Adopting Memorandum Opinion and Order, Doc. 6365 and Doc. 6446.

Respectfully Submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants
Ethicon, Inc. and Johnson & Johnson

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**<hr>**THIS DOCUMENT RELATES TO ETHICON NON-REVISION PTO 298 (ELECTION WAVE) CASES** | **Master File No. 2:12-MD-02327 MDL No. 2327**<br><br><br>**JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

CERTIFICATE OF SERVICE

I, William M. Gage, certify that on this date, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.

> /s/ William M. Gage
> William M. Gage (MS Bar #8691)
> Butler Snow LLP
> 1020 Highland Colony Parkway
> Suite 1400 (39157)
> P.O. Box 6010
> Ridgeland, MS 39158-6010
> (601) 985-4561
> william.gage@butlersnow.com

41214016.v1