IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                          MDL 2327

--------------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES

**ORDER**

The court has learned that on October 25, 2018, Notice of Electronic Filings ("NEF") may not have been generated for responses to *Daubert* motions in the Ethicon MDL. It appears the following ECF Numbers may not have had NEFs: ECF Nos. 7005, 7012, 7013, 7016, 7017, 7018, 7019, 7020, and 7021. The court **ORDERS** that the deadline to file replies to the responses noted above is extended to **January 9, 2019.** To the extent any party already replied to these responses noted above, they should not refile.

The Court **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented party.

ENTER: December 21, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

1