**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ETHICON ELECTION WAVE (PTO 298) CASES LISTED IN PLAINTIFFS' NOTICE OF ADOPTION AT EXHIBIT A (Doc. 7313) | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**ETHICON DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT
RESPONSES OF REBECCA M. RYDER, M.D.
FOR ELECTION WAVE (PTO 298)**

Plaintiffs filed a Notice of Adoption in the Election Wave (PTO 298) cases identified in Exhibit A to their Notice, adopting their Motion to Exclude Certain Opinions and Testimony of Rebecca M. Ryder, M.D. *See* Doc. 7313. In response, Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to the general causation opinions of Dr. Ryder for Wave 1 (Doc. 2154), as well as their response to Plaintiffs' motion to Exclude the Opinions of Dr. Rebecca M. Ryder in *Mullins v. Ethicon, Inc.*, Doc. 1244, Case No. 2:12-cv-2952, as their response for the Election Wave. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the prior response briefing.

Defendants acknowledge that on August 25, 2016, the Court issued a Memorandum Opinion and Order, Doc. 2653 (the "Order") granting Plaintiffs' Wave 1 Motion in part, denying it in part, and reserving judgment in part. Where the Court denied Plaintiffs' Wave 1 Motion, Defendants respectfully request that the Court adopt the same ruling in the Election Wave Cases

for the reasons set forth in Defendants' Wave 1 Response and the Court's Order. Where the Court otherwise granted or reserved judgment on Plaintiffs' Wave 1 Motion, Defendants acknowledge the Court's ruling but preserve their right to challenge the ruling on appeal.

        Respectfully submitted,

        /s/ *William M. Gage*
        William M. Gage (MS Bar No. 8691)
        Butler Snow LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS 39158-6010
        (601) 985-4561
        william.gage@butlersnow.com

        /s/ *Susan M. Robinson*
        Susan M. Robinson (W. Va. Bar No. 5169)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 24338
        (304) 414-1800
        srobinson@tcspllc.com

        Counsel for Defendants Ethicon, Inc.,
        and Johnson & Johnson

**CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*
William M. Gage

45454901.v1