IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| This document applies to: | |
| ETHICON ELECTION WAVE (PTO 298) CASES LISTED IN PLAINTIFFS' NOTICE OF ADOPTION AT EXHIBIT A (Doc. 7297) | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**ETHICON DEFENDANTS' NOTICE OF ADOPTION OF WAVE 1 *DAUBERT*
RESPONSE REGARDING JOYE K. LOWMAN, M.D.
FOR ELECTION WAVE (PTO 298)**

Plaintiffs filed a Notice of Adoption as to the opinion testimony of Joye K. Lowman, M.D. in the Election Wave (PTO 298) cases identified in Exhibit A to their Notice. *See* Doc. 7297. In response, Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to the general causation opinions of Joye K. Lowman, M.D. for Ethicon Wave 1 (Doc. 2161) as their response for the Election Wave.[1] Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 1 response briefing.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)

---

[1] Plaintiffs refer in their Notice of Adoption to Doc. Nos. 2449 and 2452, which were titled "Plaintiffs' Motion to Exclude the General Opinion Testimony of Joye K. Lowman, M.D. As Well As Her Specific Opinions In The Case Of Pamela Bailey (Case No. 2:12-cv-1700). The filing of a motion to exclude case-specific opinions for a single plaintiff in the master docket (2:12-md-2327) is improper and does not require a response.

P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants Ethicon, Inc.,
and Johnson & Johnson

2

## **CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                                  */s/ William M. Gage*
                                                  William M. Gage