UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO: *Carol Gomez (Deceased) v. Ethicon, Inc. and Johnson & Johnson* Case No. 2:13-cv-04561 | Election Wave JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**DEFENDANTS' NOTICE OF ADOPTION OF PRIOR
DAUBERT RESPONSE AS TO DOROTHY KAMMERER-DOAK, M.D.**

Plaintiff Carol Gomez filed a notice adopting the Wave 8 motion to exclude the expert testimony of Dorothy Kammerer-Doak, M.D. Notice of Adoption, MDL Doc. 7289 (incorporating prior motion, MDL Doc. 6882, and memorandum in support, MDL Doc. 6885). In response, Defendants adopt and incorporate their Wave 8 responsive briefing, MDL Doc. 7029. Defendants respectfully request that Plaintiff's motion to exclude be denied for the reasons stated in that prior response. *See* MDL Doc. 7029.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

1

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                                    */s/ William M. Gage*
                                                  COUNSEL FOR DEFENDANTS