# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON NON-REVISION PTO 298 (ELECTION WAVE) CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY OF
## C. BRYCE BOWLING, M.D. FOR PTO 298 (ELECTION WAVE)

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert reply filed regarding C. Bryce Bowling, M.D. for Ethicon Wave 8, to be filed by January 9, 2019, per Judge Goodwin's 12/21/2018, Order. (This Notice of Adoption will be amended with the correct docket number once the Wave 8 Reply is filed.)  Plaintiffs respectfully request that the Court grant Plaintiffs' motion, for the reasons expressed in the Wave 8 briefing.

Dated: December 27, 2018  

Respectfully submitted,

/s/  D. Renee Baggett  
Renee Baggett, Esq.  
Bryan F. Aylstock, Esq.  
Aylstock, Witkin, Kreis and Overholtz, PLC  
17 East Main Street, Suite 200  
Pensacola, Florida  32563  
(850) 202-1010  
(850) 916-7449 (fax)  
E-mail:  rbaggett@awkolaw.com  

/s/ Thomas P. Cartmell  
THOMAS P. CARTMELL  
Wagstaff & Cartmell LLP  
4740 Grand Avenue, Suite 300  
Kansas City, MO 64112  
816-701-1102  
Fax 816-531-2372  
tcartmell@wcllp.com  

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2018, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com