# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON ELECTION WAVE CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR WAVE 4 DAUBERT REPLY REGARDING PROF. DR. MED. UWE KLINGE FOR ELECTION WAVE

Come now, the Defendants, and adopt and incorporate by reference the Daubert reply filed in relation to Prof. Dr. Med. Uwe Klinge for Ethicon Wave 4 [Dkt. #3855]. Defendants respectfully request that the Court exclude Dr. Klinge's testimony for the reasons expressed in the Wave 4 briefing.

Dated: December 27, 2018

Respectfully submitted,

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2018 I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>	*/s/ Susan M. Robinson*
>	Susan M. Robinson (W.Va. Bar #5169)
>	Thomas Combs & Spann PLLC
>	300 Summers Street
>	Suite 1380 (25301)
>	P.O. Box 3824
>	Charleston, WV 25338
>	(304) 414-1807
>	srobinson@tcspllc.com