# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------ | |
| ETHICON ELECTION WAVE CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING SAMANTHA J. PULLIAM, M.D. FOR ELECTION WAVE

Plaintiffs filed a Notice of Adoption (Doc. No. 7304) in the Ethicon Election Wave cases identified in Exhibit A to their Notice adopting their prior *Daubert* Motion to Preclude Testimony of Defense Expert Samantha J. Pulliam, M.D. and Supporting Memorandum from Ethicon Wave 4. *See* Doc. No. 7304 (adopting Doc. Nos. 3623 (motion), 3627 (memorandum), and 3860 (reply)). Defendants hereby adopt and incorporate by reference their *Daubert* response filed in relation to Samantha J. Pulliam, M.D. in Ethicon Wave 4, Doc. No. 3764. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in their Wave 4 response brief.

Dated: December 27, 2018

        Respectfully submitted,

        */s/ Susan M. Robinson*
        Susan M. Robinson (W.Va. Bar #5169)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 25338
        (304) 414-1807
        srobinson@tcspllc.com

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

          */s/ Susan M. Robinson*
          Susan M. Robinson (W.Va. Bar #5169)
          Thomas Combs & Spann PLLC
          300 Summers Street
          Suite 1380 (25301)
          P.O. Box 3824
          Charleston, WV 25338
          (304) 414-1807
          srobinson@tcspllc.com