# EXHIBIT A

**Edward J Stanford MD MS FACOG FACS**
Current Address :

**Phone:**

Dr. Edward Stanford is a Board Certified/Recertified Obstetrician/Gynecologist. His practice is nationally and internationally recognized in the areas of incontinence, interstitial cystitis and bladder disorders, chronic pelvic pain, prolapse surgery, laparoscopy and minimally invasive pelvic surgery, mesh and graft technology, fistula surgery, urodynamic testing, and complications of pelvic surgery. Dr. Stanford has served on the faculty of the University of Tennessee, Memphis as Professor of Obstetrics and Gynecology, Division Head of Gynecologic Services, Chief of Urogynecology/Female Pelvic Medicine, Chief of Ambulatory Services, and Fellowship Director of Minimally Invasive Gynecologic Surgery and UCLA as volunteer clinical faculty for the Urogynecology Fellowship. Dr. Stanford serves as the Chairman of the Fistula Subcommittee of the International Urogynecologic Association and as an advisor to the UNFPA and the WHO in the area of Fistula surgery and research.

Dr. Stanford is actively involved with many Gynecologic societies including the Society of Gynecologic Surgeons (SGS) (Membership Committee 2008-2011), the American Urogynecologic Society (AUGS) (Executive Committee Member 1999-2002, Chair, Coding and Nomenclature Committee 1999-2002), the American College of Obstetrics and Gynecology (ACOG) (Coding and Nomenclature Committee 1999-2006), the American Association of Gynecologic Laparoscopists (AAGL) (Coding Committee 2000-2008, Board of Trustees (2009-2011), the International Pelvic Pain Society (IPPS), the International Continence Society (ICS) (Ethics Committee 2007, 2009-2011, School of Urodynamics 2009-2010, Urodynamics Committee 2010-present), the International Urogynecologic Association (IUGA) (Research and Development Commttee 2006-present, Chair, Fistula Subcommittee 2007-present, Public Relations Committee 2007-2011), American Association of Urologists (Coding Committee 1999-2002), American College of Surgeons (2004-present), Memphis Robotic Surgery Society (Treasurer 2009-2010), and the International Society of Fistula Surgeons (ISOFS).

Dr. Stanford is a reviewer for several Gynecologic and Urologic journals: British Journal of Obstetrics and Gynecology, International Journal Obstetrics and Gynecology, Journal of Pelvic Medicine and Surgery (Editorial Board 2002-2010), Obstetrics and Gynecology (green journal), Journal of Minimally Invasive Gynecology (formerly the Journal of the American Association of Gynecologic Laparoscopists) (Editorial Advisor 2000-2009; Editorial Board 2009 – present), American Journal of Obstetrics and Gynecology (gray journal), Urology Journal (gold journal), International Urogynecologic Journal and Pelvic Reconstructive Surgery, Journal of Robotic Surgery (Editorial Consultant 2010 – present). Dr. Stanford has authored 15 textbook chapters. He has been the principal investigator on several studies involving interstitial cystitis and pelvic reconstructive surgery trials.

Dr. Stanford received his B.A. from Pepperdine University in 1979, his M.S. from University of California, Los Angeles (UCLA) in 1983, and his M.D. from the Medical College of Pennsylvania in 1985. His training included an internship in General Surgery

at Cedars-Sinai Medical Center in Los Angeles 1985-1986, residency in Family Medicine at Northridge Hospital and Medical Center (UCLA affiliate) 1986-1989, and a residency in Obstetrics and Gynecology at Illinois Masonic Medical Center in Chicago 1990-1993.

**Legal Work Prices**

Retainer: $2,500

Review of records - medical records, transcripts, telephone calls, correspondence, and preparation of reports
- $500/hour (15 minute intervals)

Meetings/Testimony or trial appearance -
- $8,000/day (> 3 hour, includes travel time)
- Plus travel expenses

Overnight travel
- $2,500 plus expenses