# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION            MDL 2327

--------------------------------------------------
THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## PRETRIAL ORDER # 325
### (Amended Order re: Mandatory Status Conference for Certain Remaining Plaintiffs in Ethicon MDL)

The court **ORDERS** that Pretrial Order # 323 is amended to (a) adjust the names on Exhibit A; and (2) remove Eric Hudson from this Order.

For reasons appearing to the court, it is **ORDERED** as follows:

1. Plaintiffs and their counsel, where they are represented, in the cases identified in the attached Exhibit A who have alleged claims against Ethicon, Inc. and/or Johnson & Johnson (hereinafter collectively referred to as "Ethicon") are directed to appear for a mandatory status conference on **Friday, February 15, 2019**, **at 10:00 a.m.** in Charleston at the Robert C. Byrd United States Courthouse, Room 6600. *Individual plaintiffs whose cases are scheduled for a status conference shall appear in person for the conference along with counsel of record.*

2. Any plaintiff who fails to comply with this PTO may be subject to a substantial sanction, including dismissal with prejudice.

1

3. The filing of a proper dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure before the status conference will relieve any plaintiff and her counsel from attending the status conference.

4. The court further requires the presence of the following counsel: (1) for Ethicon: Donna Jacobs; (2) for plaintiffs' co-coordinating co-lead counsel: Henry Garrard; and (3) for plaintiffs' co-leadership counsel in MDL 2327: Tom Cartmell and Renee Baggett.

The Court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the cases listed on Exhibit A. The order may be accessed through the CM/ECF system or the Court's website at www.wvsd.uscourts.gov.

ENTER: January 3, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A
PTO 325

|    | Civil Action No. | Plaintiff(s) Name | Plaintiff(s)' counsel |
|----|------------------|-------------------|------------------------|
| 1  | 2:12-cv-02994 | Trammell, Vicki & Randall W. | Akin Mears; Daniels & Gentle |
| 2  | 2:13-cv-31447 | Galloway, Tanya M. | Aylstock Witkin |
| 3  | 2:14-cv-12999 | Painter, Charlene Marie | Aylstock Witkin |
| 4  | 2:14-cv-20668 | Catlett, Brenda Lee | Aylstock Witkin |
| 5  | 2:16-cv-01908 | Derrisseaux, Verla | Aylstock Witkin |
| 6  | 2:14-cv-26647 | Hardin, Alice & William, Sr. | Aylstock Witkin; Hughes & Coleman |
| 7  | 2:13-cv-25754 | Peele-Rice, Crystal E. | Aylstock Witkin; Miller Weisbrod |
| 8  | 2:13-cv-23744 | Jackson, Rita | Carabin & Shaw |
| 9  | 2:15-cv-05238 | Read, Paula S. | Clark Love & Hutson |
| 10 | 2:17-cv-04358 | Walters, Anna S. & Wayne C. | Clark Love & Hutson |
| 11 | 2:12-cv-04090 | McCurdy, Kim D. | Cohen, Placitella & Roth; Akin Mears; Daniels & Gentle |
| 12 | 2:16-cv-07227 | Catlin, Margaret | Cutter Law |
| 13 | 2:16-cv-09095 | Bruenning, Angela | Cutter Law |
| 14 | 2:16-cv-09838 | Cruz, Paulina | Cutter Law |
| 15 | 2:17-cv-02021 | Manning, Debra | Cutter Law |
| 16 | 2:12-cv-09611 | Anselmo, Tina M. & John | Daniels & Gentle |
| 17 | 2:12-cv-09760 | Lentz, Bonnie J. & Thomas | Daniels & Gentle |
| 18 | 2:13-cv-26112 | Smigiel, Laura | Daniels & Gentle |
| 19 | 2:13-cv-26727 | Busch, Lola M. | Daniels & Gentle |
| 20 | 2:14-cv-06205 | Moreno, Elaine I. & Juan | Daniels & Gentle |
| 21 | 2:14-cv-11382 | Utrera, Samantha K. | Daniels & Gentle |
| 22 | 2:14-cv-16867 | Pinson, Evelyn E. | Daniels & Gentle |
| 23 | 2:14-cv-20285 | Hawk, Pauline S. Latham & Richard A. | Daniels & Gentle |
| 24 | 2:14-cv-30023 | Hinthorn, Barbara J. | Daniels & Gentle |
| 25 | 2:13-cv-21996 | Propes, Vicki | Daniels & Gentle; Daniels & Tredennick |
| 26 | 2:13-cv-19556 | Langley, Kimberly | Discepolo |
| 27 | 2:13-cv-27218 | Randol, Shannon | Doyle Lowther |
| 28 | 2:13-cv-04611 | Flores, Arnulfa & Lorenzo | Fleming Nolen & Jez |
| 29 | 2:14-cv-16688 | Tejeda, Carmen Lynn | Grossman Roth |
| 30 | 2:13-cv-26649 | Sego, Sondra & Frederick | Hodges Law Firm |
| 31 | 2:12-cv-07987 | Stapleton, Shannon & Vansel | Kell Lampin |
| 32 | 2:12-cv-09647 | Baker, Freedom & Franklin Bates, Jr. | Kell Lampin |
| 33 | 2:12-cv-09883 | Maddux, Teresa | Kell Lampin |
| 34 | 2:13-cv-07080 | Bodiford, Brenda & Raymond | Kell Lampin |
| 35 | 2:13-cv-07990 | Washington, Carole | Kell Lampin |
| 36 | 2:16-cv-11128 | Troyer, Cherie L. | Kershaw Cutter & Ratinoff |
| 37 | 2:13-cv-03282 | Notter, Angela & Daron | Kline & Specter |
| 38 | 2:13-cv-09178 | Elliott, Michlene M. | Kline & Specter |
| 39 | 2:13-cv-09712 | Waters, Paula | Kline & Specter |
| 40 | 2:13-cv-09785 | Binks, Tammy & Richard | Kline & Specter |
| 41 | 2:13-cv-22564 | Cuevas, Martha & Abraham | Kline & Specter |
| 42 | 2:13-cv-22693 | Carder, Dolores & Aubrey | Kline & Specter |

Exhibit A
PTO 325

|    | Civil Action No. | Plaintiff(s) Name | Plaintiff(s)' counsel |
|----|------------------|-------------------|----------------------|
| 43 | 2:13-cv-22697 | Murn, Linda - 124072 | Kline & Specter |
| 44 | 2:13-cv-23073 | Beverly, Trisha | Kline & Specter |
| 45 | 2:13-cv-24262 | Nelson, Erin | Kline & Specter |
| 46 | 2:13-cv-28083 | Howell, Jeanie & Douglas | Kline & Specter |
| 47 | 2:13-cv-30843 | Johnson, Lena S. | Kline & Specter |
| 48 | 2:14-cv-00051 | Simpson, Ramona | Kline & Specter |
| 49 | 2:14-cv-01377 | Smith, Clarice | Kline & Specter |
| 50 | 2:14-cv-28379 | Demontoya, Rose | Kline & Specter |
| 51 | 2:14-cv-28511 | Darga, Jessica & Nicholas | Kline & Specter |
| 52 | 2:15-cv-00184 | Maddock, Melissa | Kline & Specter |
| 53 | 2:15-cv-03049 | Hileman, Rena & Albert | Kline & Specter |
| 54 | 2:15-cv-03304 | Dill, Mary E. & Michael F. | Kline & Specter |
| 55 | 2:15-cv-04300 | Sevek, Penny & David | Kline & Specter |
| 56 | 2:15-cv-05601 | Montgomery, Cheilion F. | Kline & Specter |
| 57 | 2:15-cv-05941 | CarterCorn, Pamela | Kline & Specter |
| 58 | 2:15-cv-07092 | Ercolani, Marcella | Kline & Specter |
| 59 | 2:15-cv-08107 | Alpha, Sheila | Kline & Specter |
| 60 | 2:15-cv-11332 | Nash, Marianne | Kline & Specter |
| 61 | 2:15-cv-13670 | Shook, Marie | Kline & Specter |
| 62 | 2:15-cv-16174 | Thomas, Sadie L. & John | Kline & Specter |
| 63 | 2:14-cv-01680 | Vazquez-Nitschneider, Laura | Kline & Spector |
| 64 | 2:12-cv-06033 | Sugg, Lenda | Law Offices of Darren Wolf PC |
| 65 | 2:13-cv-13236 | Dale, Miriam | Law Offices of Sean M. Cleary |
| 66 | 2:13-cv-07671 | Sutton, Kimberly & Jason Scott | Mueller Law |
| 67 | 2:13-cv-08069 | Beliew, Betty & Bobby | Mueller Law |
| 68 | 2:13-cv-08851 | Peridore, Courtney & Linsy | Mueller Law |
| 69 | 2:13-cv-08957 | Williams, Laverne | Mueller Law |
| 70 | 2:16-cv-10143 | Rowe, Alberta H. | Napoli Shkolnik |
| 71 | 2:15-cv-14939 | Powell, Penny | Oliver Law Group |
| 72 | 2:13-cv-03073 | Marsh, Sara | Pro se |
| 73 | 2:13-cv-03546 | Dodson, Mitsey | Pro se |
| 74 | 2:13-cv-11107 | Joosten, Gaylene | Pro se |
| 75 | 2:13-cv-17636 | Lewis, Naomi | Pro se |
| 76 | 2:13-cv-30509 | Hau, Carrie A. | Pro se |
| 77 | 2:13-cv-32341 | Martinez, Eloise | Pro se |
| 78 | 2:13-cv-32879 | Broughton, Margaret & Jay | Pro se |
| 79 | 2:14-cv-05177 | Vitkauskas, Rebecca & Paul | Pro se |
| 80 | 2:14-cv-06428 | Hoeltzner, Paula | Pro se |
| 81 | 2:14-cv-14174 | Walker, Nancy K | Pro se |
| 82 | 2:14-cv-25588 | Crumpler, Montee | Pro se |
| 83 | 2:15-cv-02538 | Carter, Mistie | Pro se |
| 84 | 2:15-cv-02935 | Hobson, Stephanie | Pro se |
| 85 | 2:15-cv-02945 | Lindsey, Lorilynn R. | Pro se |
| 86 | 2:15-cv-03129 | Winsborough, Shannon P. | Pro se |
| 87 | 2:15-cv-07878 | Forero-Salazar, Yaned | Pro se |

Exhibit A
PTO 325

|     | Civil Action No. | Plaintiff(s) Name | Plaintiff(s)' counsel |
|-----|---|---|---|
| 88  | 2:16-cv-00433 | Foley, Teresa | Pro se |
| 89  | 2:16-cv-08000 | Fischer, Roberta | Pro se |
| 90  | 2:16-cv-08894 | Estes, Devonna | Pro se |
| 91  | 2:16-cv-11679 | Benson, Kathy Myers | Pro se |
| 92  | 2:16-cv-12229 | Pantoja, Tracy Lynn | Pro se |
| 93  | 2:17-cv-00859 | Macdonald, Michele | Pro se |
| 94  | 2:17-cv-00861 | Aldrich, Teresa | Pro se |
| 95  | 2:17-cv-00868 | Ratliff, Daphne | Pro se |
| 96  | 2:17-cv-00869 | Policastro, Suie | Pro se |
| 97  | 2:17-cv-00881 | Harris, Judy A. | Pro se |
| 98  | 2:17-cv-00917 | Brown, Denise | Pro se |
| 99  | 2:17-cv-01108 | Szelest, Lisa | Pro se |
| 100 | 2:17-cv-01111 | Sildack, Melissa | Pro se |
| 101 | 2:17-cv-01115 | Rodgers, Stephanie | Pro se |
| 102 | 2:17-cv-01124 | Houseknecht, Debra | Pro se |
| 103 | 2:17-cv-01126 | Griesing, Betty | Pro se |
| 104 | 2:17-cv-01127 | Gang, Debra | Pro se |
| 105 | 2:15-cv-03828 | Adams, Stacy Hamlin & Allen | Richard J. Plezia & Associates |
| 106 | 2:15-cv-03831 | O'Donnel, Nancy & Patrick | Richard J. Plezia & Associates |
| 107 | 2:15-cv-13607 | Sapp, Renee & William D. | Richard J. Plezia & Associates |
| 108 | 2:15-cv-13608 | Doss, Paula - 167274 | Richard J. Plezia & Associates |
| 109 | 2:13-cv-17141 | Passarello, Diane | Robinson Calcagnie |
| 110 | 2:13-cv-26079 | Hale, Angela & John | Robinson Calcagnie; The Moody Law Firm |
| 111 | 2:16-cv-00852 | Price, Sharon & Jack | Robinson Calcagnie; The Moody Law Firm |
| 112 | 2:16-cv-00869 | Johnson, Lauren & Ronald | Robinson Calcagnie; The Moody Law Firm |
| 113 | 2:12-cv-02269 | Shell, Kathy & Roger | Simmons Hanly Conroy |
| 114 | 2:13-cv-02317 | Belisle, Julie A. | Simmons Hanly Conroy |
| 115 | 2:13-cv-06813 | Kirby, Brenda L. & Jeffrey | Simmons Hanly Conroy |
| 116 | 2:13-cv-07511 | McCubbins, Brenda | Simmons Hanly Conroy |
| 117 | 2:13-cv-24791 | Zellem, Cathy L. | Simmons Hanly Conroy |
| 118 | 2:14-cv-02925 | Gabel, Tina L. | Simmons Hanly Conroy |
| 119 | 2:14-cv-02954 | Choate, Penny L. | Simmons Hanly Conroy |
| 120 | 2:14-cv-02955 | Crandall, Lisa L. & Jason | Simmons Hanly Conroy |
| 121 | 2:14-cv-04334 | Pine, Carrie | Simmons Hanly Conroy |
| 122 | 2:14-cv-05301 | Rich-Maynard, Michelle R. & Johnny | Simmons Hanly Conroy |
| 123 | 2:14-cv-05314 | Scofield, Bonnie | Simmons Hanly Conroy |
| 124 | 2:14-cv-07095 | Baker, Stacey J. | Simmons Hanly Conroy |
| 125 | 2:14-cv-07177 | White, Kimberly F. | Simmons Hanly Conroy |
| 126 | 2:14-cv-27138 | Jones, Judith L. | Simmons Hanly Conroy |
| 127 | 2:15-cv-14745 | Spicer, Sarah L. | Simmons Hanly Conroy |
| 128 | 2:13-cv-13818 | Clanton, Brandie | Solis Law Firm |
| 129 | 2:13-cv-15452 | Baber, Jo Ann | Solis Law Firm |

**Exhibit A**
**PTO 325**

| | Civil Action No. | Plaintiff(s) Name | Plaintiff(s)' counsel |
|---|---|---|---|
| 130 | 2:13-cv-15778 | Gomez, Leslie Lee & Ignacio Gomez Vasquez | Solis Law Firm |
| 131 | 2:13-cv-15940 | Cardenas, Diana | Solis Law Firm |
| 132 | 2:13-cv-16460 | Semore, Suzan | Solis Law Firm |
| 133 | 2:13-cv-18616 | Alvarado, Clarita & Jose Guadalupe | Solis Law Firm |
| 134 | 2:13-cv-18733 | Ayala, Maria | Solis Law Firm |
| 135 | 2:13-cv-18837 | Garza, Martha & Juan Antonio | Solis Law Firm |
| 136 | 2:15-cv-02111 | Olson, Cathryn | Stark & Stark |
| 137 | 2:15-cv-02112 | Renter, Victoria | Stark & Stark |
| 138 | 2:15-cv-05019 | Fahnestock, Martha | Stark & Stark |
| 139 | 2:15-cv-05530 | Henriques, Stephanie | Stark & Stark |
| 140 | 2:15-cv-06456 | Crouch, Delores | Stark & Stark |
| 141 | 2:15-cv-12817 | Whitehurst, Melinda | Stark & Stark |
| 142 | 2:15-cv-14573 | Antonson, Dorothy | Stark & Stark |
| 143 | 2:16-cv-01521 | Johnson, Kimberly | The Law Offices of Ben C. Martin; The Talaksa Law Firm |
| 144 | 2:13-cv-17039 | Requelme, Judith | The Miller Firm |
| 145 | 2:13-cv-27269 | Snyder, Patience & Matthew | The Miller Firm |
| 146 | 2:13-cv-29401 | Robinson, Belinda | The Miller Firm |
| 147 | 2:14-cv-17479 | De Saint Phalle, Jacqueline | The Miller Firm |
| 148 | 2:14-cv-18584 | Mouser, Brenda & Charles | The Miller Firm |
| 149 | 2:14-cv-18586 | Mendez, Graciela & Refugio | The Miller Firm |
| 150 | 2:13-cv-13080 | Stephens, Tammy | Wagstaff & Cartmell |
| 151 | 2:13-cv-20755 | Oliver, Patsy | Wagstaff & Cartmell |
| 152 | 2:14-cv-18220 | Rounds, Clara | Wagstaff & Cartmell |
| 153 | 2:14-cv-24528 | Laney, Minnie | Wagstaff & Cartmell |
| 154 | 2:14-cv-29092 | Willes, Lynne | Wagstaff & Cartmell |
| 155 | 2:15-cv-04146 | Munsch, Sheila & Larry | Wagstaff & Cartmell |
| 156 | 2:16-cv-03282 | Wilkerson, Barbara | Wagstaff & Cartmell |
| 157 | 2:16-cv-03288 | Williams, Sandy | Wagstaff & Cartmell |
| 158 | 2:16-cv-03361 | Williams, Clara & Sam | Wagstaff & Cartmell |
| 159 | 2:16-cv-03449 | Jimenez-Gonzalez, Maria | Wagstaff & Cartmell |
| 160 | 2:16-cv-03562 | Neil, Donna | Wagstaff & Cartmell |
| 161 | 2:16-cv-08589 | Wormsley, Janet | Wagstaff & Cartmell |
| 162 | 2:17-cv-04427 | McCaig, D. Carlene | Wagstaff & Cartmell |
| 163 | 2:18-cv-00033 | Wyatt, Crystal | Wagstaff & Cartmell |
| 164 | 2:16-cv-06022 | Haley, Shirley | Wilshire Law Firm |