IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                         MDL NO. 2327
_____

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Case with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7139], is a Joint Motion to Dismiss Defendants C. R. Bard, Inc., and Tissue Science Laboratories Limited with Prejudice filed by the plaintiff, identified on the attached Exhibit A, and defendants C. R. Bard, Inc., and Tissue Science Laboratories Limited ("Bard"). The parties are seeking dismissal of this action with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Defendants C. R. Bard, Inc. and Tissue Science Laboratories Limited with Prejudice is **GRANTED**. It is further **ORDERED** that the action listed on the attached Exhibit A is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual case at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case listed on the attached Exhibit A.

ENTER: January 8, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – Parker Waichman LLP**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| **2:15-cv-11248** | Carr v. C. R. Bard, Inc. et al |