IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTERN DISTRICTOF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON, INC.
PELVIC REPAIR SYSTEM,
PRODUCTS LIABILITY LITIGATION            MDL 2327

THIS DOCUMENT RELATES TO THE CASE(S)
IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by all counsel that in the cases listed on the attached Exhibit A, the plaintiff(s) and all named defendants, as listed in the captions of those cases on the docket sheet, have reached a settlement. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk place the case(s) listed on the attached Exhibit(s) on the pending inactive docket.

3. Plaintiff(s) and each defendant may submit a Joint Motion to Dismiss with prejudice on or before April 29, 2019; if settlements are not finalized and dismissal orders are not submitted by April 29, 2019, then any case remaining on an inactive docket will be moved to the active docket and placed on a shortened Docket Control Order. It is not necessary for the parties to submit one dismissal that includes all defendants. If a plaintiff(s) and a defendant have completed the settlement process and finalized everything necessary to dismiss the defendant, then the plaintiff(s) and that particular defendant may submit a Joint Motion to Dismiss for that particular defendant.

The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibit A. The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Such motion shall be made within 5 days of rejection of the settlement.

The court notes that in some cases counsel have represented that they are authorized by the plaintiffs on the attached exhibit to act on the plaintiffs' behalf with respect to settlement matters. Once settlements are finalized, dismissal orders must be signed by counsel of record.

The court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in the individual case(s) listed on the attached Exhibit A, and to link this Order to the Proposed Inactive Docket Order filed at ECF No. \_\_\_\_\_7049\_\_\_\_\_. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
**ETHICON, INC. AND AMERICAN MEDICAL SYSTEMS**

| Case No. | Case Name | Plaintiff's Firm |
|---|---|---|
| 2:14-cv-29320 | Bird et al v. Ethicon, Inc. et al | McSweeney Langevin |
| 2:14-cv-29339 | Canterbury et al v. Ethicon, Inc. et al | McSweeney Langevin |
| 2:15-cv-00024 | Combs et al v. Ethicon, Inc. et al | McSweeney Langevin |
| 2:16-cv-01673 | Gibson et al v. Ethicon, Inc. et al | McSweeney Langevin |
| 2:16-cv-01674 | Guillory et al v. Ethicon, Inc. et al | McSweeney Langevin |
| 2:16-cv-01724 | Kilker v. Ethicon, Inc. et al | McSweeney Langevin |

44757893.v1