IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:     ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCT LIABILITY LITIGATIONS     MDL No. 2327

**SEE ATTACHED LIST**

### AMENDED MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

**COME NOW,** Plaintiffs, by and through their undersigned attorneys at Baron & Budd, P.C., and file this amended motion to withdraw Stephen T. Blackburn, as he is no longer with the law firm of Baron & Budd, P.C., and respectfully requests that Sindhu S. Daniel be substituted as Counsel of record along with Laura J. Baughman in all member civil actions listed on the attachment related to MDL No. 2327 in which they appear.

Respectfully submitted,

/s/ *Laura J. Baughman*
Laura J. Baughman (TX Bar No. 00791846)
Baron & Budd, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, TX 75219
(214) 521-3605
lbaughman@baronbudd.com

/s/ *Sindhu S. Daniel*
Sindhu S. Daniel (NJ Bar No. 010711996)
Baron & Budd, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, TX 75219
(214) 521-3605
sdaniel@baronbudd.com

*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2019, I electronically filed a copy of the Amended Motion to Withdraw and Substitution of Counsel in MDL No. 2327, using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system.

*/s/ Laura J. Baughman*
Laura J. Baughman