| Cause Number | CaseStyle | Filed Date | Counsel of Record |
|---|---|---|---|
| 2:12-md-02327 | In re: Ethicon, Inc. Pelvic Repair System Products Liability Litigation | filed 02/07/12 | Baron & Budd, P.C. |
| 2:14-cv-04738 | Smith v. Ethicon, Inc. et al | filed 01/27/14 | Baron & Budd, P.C. |
| 2:14-cv-07191 | Pope et al v. Ethicon, Inc. et al | filed 02/03/14 | Baron & Budd, P.C. |
| 2:14-cv-10502 | Eubanks et al v. Ethicon, Inc. et al | filed 02/17/14 | Baron & Budd, P.C. |
| 2:14-cv-10510 | Weismuller v. Ethicon, Inc. et al | filed 02/17/14 | Baron & Budd, P.C. |
| 2:14-cv-10512 | Wendelken et al v. Ethicon, Inc. et al | filed 02/17/14 | Baron & Budd, P.C. |
| 2:14-cv-13329 | Wood et al v. Ethicon, Inc. et al | filed 03/26/14 | Baron & Budd, P.C. |
| 2:14-cv-15230 | Saathoff et al v. Ethicon, Inc. et al | filed 04/23/14 | Baron & Budd, P.C. |
| 2:14-cv-16416 | Lowery v. Ethicon, Inc. et al | filed 05/14/14 | Baron & Budd, P.C. |
| 2:14-cv-16417 | Gordon v. Ethicon, Inc. et al | filed 05/14/14 | Baron & Budd, P.C. |
| 2:14-cv-17739 | Burke-Gabiger v. Ethicon, Inc. et al | filed 06/05/14 | Baron & Budd, P.C. |
| 2:14-cv-18408 | Clary et al v. Ethicon, Inc. et al | filed 06/13/14 | Baron & Budd, P.C. |
| 2:14-cv-18410 | Sperry v. Ethicon, Inc. et al | filed 06/13/14 | Baron & Budd, P.C. |
| 2:14-cv-18414 | Bigelow v. Ethicon, Inc. et al | filed 06/13/14 | Baron & Budd, P.C. |
| 2:14-cv-18421 | Moore v. Ethicon, Inc. et al | filed 06/13/14 | Baron & Budd, P.C. |
| 2:14-cv-19596 | Meyers et al v. Ethicon, Inc. et al | filed 06/26/14 | Baron & Budd, P.C. |
| 2:14-cv-23938 | Hurley-Mick et al v. Ethicon, Inc. et al | filed 07/22/14 | Baron & Budd, P.C. |
| 2:14-cv-23939 | Bailey et al v. Ethicon, Inc. et al | filed 07/22/14 | Baron & Budd, P.C. |
| 2:14-cv-24796 | Bellamy v. Ethicon, Inc. et al | filed 08/15/14 | Baron & Budd, P.C. |
| 2:14-cv-25113 | Newbauer v. Ethicon, Inc. et al | filed 08/26/14 | Baron & Budd, P.C. |
| 2:14-cv-25896 | Simon et al v. Ethicon, Inc. et al | filed 09/17/14 | Baron & Budd, P.C. |
| 2:14-cv-27441 | Reyes et al v. Ethicon, Inc. et al | filed 10/30/14 | Baron & Budd, P.C. |
| 2:14-cv-27697 | Van Hise v. Ethicon, Inc. et al | filed 11/06/14 | Baron & Budd, P.C. |
| 2:15-cv-00314 | Hurley et al v. Ethicon, Inc. et al | filed 01/07/15 | Baron & Budd, P.C. |
| 2:15-cv-00320 | King v. Ethicon, Inc. et al | filed 01/07/15 | Baron & Budd, P.C. |
| 2:15-cv-01379 | Grieninger et al v. Ethicon, Inc. et al | filed 02/02/15 | Baron & Budd, P.C. |
| 2:15-cv-01546 | Hill v. Ethicon, Inc. et al | filed 02/06/15 | Baron & Budd, P.C. |
| 2:15-cv-01583 | Quick et al v. Ethicon, Inc. et al | filed 02/09/15 | Baron & Budd, P.C. |
| 2:15-cv-01612 | Smith v. Ethicon, Inc. et al | filed 02/10/15 | Baron & Budd, P.C. |
| 2:15-cv-01899 | Charneski v. Ethicon, Inc. et al | filed 02/18/15 | Baron & Budd, P.C. |
| 2:15-cv-02251 | Stone-Coryell et al v. Ethicon, Inc. et al | filed 02/26/15 | Baron & Budd, P.C. |
| 2:15-cv-02643 | Rice et al v. Ethicon, Inc. et al | filed 03/06/15 | Baron & Budd, P.C. |
| 2:15-cv-03982 | Ocasio et al v. Ethicon, Inc. et al | filed 04/01/15 | Baron & Budd, P.C. |
| 2:15-cv-04194 | Fryer et al v. Ethicon, Inc. et al | filed 04/07/15 | Baron & Budd, P.C. |
| 2:15-cv-05901 | Norris et al v. Ethicon, Inc. et al | filed 05/07/15 | Baron & Budd, P.C. |
| 2:15-cv-05918 | Westfall v. Ethicon, Inc. et al | filed 05/07/15 | Baron & Budd, P.C. |
| 2:15-cv-06125 | Crawford et al v. Ethicon, Inc. et al | filed 05/13/15 | Baron & Budd, P.C. |
| 2:15-cv-06131 | Hinkle et al v. Ethicon, Inc. et al | filed 05/13/15 | Baron & Budd, P.C. |
| 2:15-cv-06819 | Morales et al v. Ethicon, Inc. et al | filed 05/27/15 | Baron & Budd, P.C. |
| 2:15-cv-06827 | Yates v. Ethicon, Inc. et al | filed 05/27/15 | Baron & Budd, P.C. |
| 2:15-cv-06913 | Stefanski et al v. Ethicon, Inc. et al | filed 05/28/15 | Baron & Budd, P.C. |
| 2:15-cv-11626 | Beane v. Ethicon, Inc. et al | filed 07/29/15 | Baron & Budd, P.C. |
| 2:15-cv-11634 | Alvarez et al v. Ethicon, Inc. et al | filed 07/29/15 | Baron & Budd, P.C. |
| 2:15-cv-12934 | Herman et al v. Ethicon, Inc. et al | filed 09/03/15 | Baron & Budd, P.C. |
| 2:15-cv-12937 | Radford v. Ethicon, Inc. et al | filed 09/03/15 | Baron & Budd, P.C. |