# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ETHICON NON-REVISION PTO 298 (ELECTION WAVE) CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## WITHDRAWAL OF NOTICE OF ADOPTION OF PRIOR DAUBERT REPLY OF C. BRYCE BOWLING, M.D. FOR PTO 298 (ELECTION WAVE)

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert reply filed regarding C. Bryce Bowling, M.D. for Ethicon Wave 8, to be filed by January 9, 2019, per Judge Goodwin's 12/21/2018, Order. (This Notice of Adoption will be amended with the correct docket number once the Wave 8 Reply is filed.) Plaintiffs respectfully request that the Court grant Plaintiffs' motion, for the reasons expressed in the Wave 8 briefing.

Dated: January 9, 2019

Respectfully submitted,

/s/ D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com