IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   COLOPLAST CORP.
         PELVIC SUPPORT SYSTEMS
         PRODUCTS LIABILITY LITIGATION          MDL 2387

THIS DOCUMENT RELATES TO:

*Didomenico v. Mentor Worldwide LLC, et al.*          *Civil Action No. 2:13-cv-09902*

## ORDER

(Dismissing Defendants Coloplast Corp. and Mentor Worldwide LLC without
Prejudice and Transferring Case to MDL 2327)

On November 30, 2018 the plaintiff and defendants Coloplast Corp. and Mentor
Worldwide LLC filed a Stipulation of Dismissal without Prejudice and Plaintiff's Motion
to Transfer MDLS [ECF No. 36]. In the Stipulation, the parties are dismissing Mentor
Worldwide LLC and Coloplast Corp. as defendants in this action without prejudice
pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Also pending is
Plaintiffs' Motion to Transfer MDLs for this case [ECF No. 36]. After careful
consideration, it is **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED**.
Defendants Mentor Worldwide, LLC and Coloplast Corp. are **DISMISSED WITHOUT**
**PREJUDICE** as defendants in this action and this action is **TRANSFERRED** to MDL
2327. The Clerk is **DIRECTED** to:

1. dismiss Mentor Worldwide LLC and Coloplast Corp. without prejudice;

2. disassociate the civil action as member case in MDL 2387 and re-associate it
with MDL 2327;

3.  remove the 2387 Wave 3 flag; and

4.  send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  January 16, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE