IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS DEFENDANT
C.R. BARD, INC. WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-F and Defendant C.R. Bard, Inc. ("Bard") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard as a defendant in these actions with prejudice, and terminate Bard from the docket in the actions, parties to bear their own costs. Other Defendants remain in these actions, and Plaintiffs will continue to prosecute these actions against them.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000

*Attorney for Defendant C.R. Bard, Inc.*

/s/ Joseph J. Zonies
Joseph J. Zonies
ZONIES LAW
Suite 203
1900 Wazee Street
Denver, CO 80202
720/464-5300
*Attorney for Plaintiffs on Exhibit A*

/s/ Jeffrey M. Kuntz
Jeffery M. Kuntz
Thomas P. Cartmell
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
(816) 701-1100
*Attorneys for Plaintiffs on Exhibit B*

/s/ Jacob Plattenberger
Jacob Plattenberger
TOR HOERMAN LAW
Suite 2650
227 West Monroe Street
Chicago, IL 60606
618/656-4400
*Attorney for Plaintiffs on Exhibit C*

/s/ Benjamin A. Bertram
Benjamin A. Bertram
BERTRAM & GRAF
Suite 225
9229 Ward Parkway
Kansas City, MO 64114
816/523-2205
*Attorney for Plaintiffs on Exhibit D*

/s/ David M. Petersen
David M. Peterson
PETERSON & ASSOCIATES
Suite 107
801 West 47th Street
Kansas City, MO 64112-1253
816/531-0440
*Attorney for Plaintiffs on Exhibit E*

/s/ Elise A. Waisbren
Elise A. Waisbren
PHILLIPS LAW OFFICES
Suite 4925
161 North Clark Street
Chicago, IL 60601
312/346-4262
*Attorneys for Plaintiffs on Exhibit F*


Dated: January 18, 2019

**EXHIBIT A – ZONIES LAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-cv-06131 | Betsy Gray and Darrell Gray v. C.R. Bard, Inc., et al. |

**EXHIBIT B – WAGSTAFF & CARTMELL**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-01828 | Stacey Challis v. C.R. Bard, Inc., et al. |
| 2:13-cv-05994 | Eve Tibone and John Byers v. C.R. Bard, Inc., et al. |
| 2:13-cv-12069 | Debbie Knight v. C.R. Bard, Inc., et al |
| 2:13-cv-16507 | Rebecca McCormick and Leo McCormick v. C.R. Bard, Inc., et al. |
| 2:13-cv-19144 | Camille Louise Burditt and Charles N. Burditt v. C.R. Bard, Inc., et al. |
| 2:13-cv-20250 | Connie Bailey and C.R. Bard, Inc., et al. |
| 2:13-cv-20409 | Vicki Hoover v. C.R. Bard, Inc., et al. |
| 2:13-cv-21805 | Christine Perry v. C.R. Bard, Inc., et al. |
| 2:13-cv-23669 | Susan Njirich and David Njirich v. C.R. Bard, Inc., et al. |
| 2:14-cv-25600 | Michele Hartzell and Dan Hartzell v. C.R. Bard, Inc., et al. |
| 2:15-cv-11189 | Joyce L. Bailey and Charles Bailey v. C.R. Bard, Inc., et al. |
| 2:16-cv-08845 | Jacqueline Miller v. C.R. Bard, Inc., et al. |
| 2:16-cv-12669 | Helen Chanay v. C.R. Bard, Inc., et al. |
| 2:17-cv-02843 | Rahna Autrey and Jerry Autrey v. C.R. Bard, Inc., et al. |
| 2:17-cv-02924 | Carmen Droin v. C.R. Bard, Inc., et al. |

**EXHIBIT C – TOR HOERMAN LAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-31320 | Geri Kempa and Paul Kempa v. C.R. Bard, Inc., et al. |
| 2:17-cv-02265 | Kimberly Schubert v. C.R. Bard, Inc., et al. |

## EXHIBIT D – BERTRAM & GRAFF

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-23761 | Nancy Berry and Steven Berry v. C.R. Bard, Inc., et al. |
| 2:13-cv-32971 | Pearl Conro and Dale Conro v. C.R. Bard, Inc., et al. |

**EXHIBIT E – PETERSON & ASSOCIATES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-20032 | Myra Denton v. C.R. Bard, Inc., et al. |

**EXHIBIT F – PHILLIPS LAW OFFICES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-01976 | Brenda L. Hughes and Ronnie Hughes v. C.R. Bard, Inc., et al. |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Richard B. North, Jr.