IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION             MDL NO. 2326

―――――――――――――――――――――――――――――――――――――――――

THIS DOCUMENT RELATES TO:

*Strickland-Branton v. Johnson & Johnson, et al.*     *Civil Action No. 2:14-cv-02090*

ORDER

(Dismissing Defendant Boston Scientific Corporation with Prejudice
and Transferring Case to MDL 2327)

On November 13, 2018 the plaintiff and defendant Boston Scientific Corporation, ("BSC") filed a Joint Motion to Dismiss Defendant Boston Scientific Corporation with Prejudice [ECF No. 15]. In the joint motion, the parties are seeking dismissal of BSC as a defendant in this action with prejudice because all claims against BSC have been compromised and settled, including all claims, counterclaims, cross-claims and third-party claims. Also pending is Plaintiff's Motion to Transfer MDLs for this case [ECF No. 15]. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC with Prejudice is **GRANTED**. It is further **ORDERED** that the **MOTION TO TRANSFER MDLs** is **GRANTED**. Defendant BSC is **DISMISSED WITH PREJUDICE** as a defendant in this action and this action is **TRANSFERRED** to MDL 2327. The Clerk is DIRECTED to disassociate the civil action as member case in MDL 2326 and re-associate it with MDL 2327.

The Clerk is further DIRECTED to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 25, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE