IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

### ORDER
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7246], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibits A-B, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants remain in these actions, and plaintiffs will continue to prosecute these actions against them. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-B.

ENTER: January 25, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – LOWE LAW GROUP**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-24856 | JoAntoinette Valenzuela v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., C. R. Bard, Inc. |

**EXHIBIT B – FLINT LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-CV-06808 | Lucy Irvan, Charles Irvan v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |