**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE
ON THE EXHIBIT ATTACHED HERETO

**JOINT MOTION TO DISMISS DEFENDANT COLOPLAST CORP. WITH PREJUDICE**

Plaintiff whose case is listed on the attached Exhibit A and defendant Coloplast Corp.[1]

("Coloplast") advise the Court that they have compromised and settled all claims between them

in this action, including all counterclaims, cross-claims, and third-party claims.   Accordingly,

they jointly move the court to dismiss Coloplast as a defendant in this action with prejudice, and

terminate Coloplast from the docket in this action, parties to bear their own costs.   Other

defendants remain in this action, and Plaintiff will continue to prosecute this action against them.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

Respectfully:

*/s/ Lana K. Varney*
Lana K. Varney
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
512.457.2060 (phone)
512.457.2100 (fax)
lvarney@kslaw.com
*Attorney for Defendant Coloplast Corp.*


*/s/ Michael Cory Bradley*
Michael Cory Bradley
PITTMAN DUTTON & HELLUMS
1100 Park Place Towers
2001 Park Place North
Birmingham, AL 35203
205.322.8880 (phone)
205.328.2811 (fax)
pdh-efiling@pittmandutton.com

*Attorney for Plaintiff on Exhibit A*


Dated: January 29, 2019

**EXHIBIT A – PITTMAN DUTTON & HELLUMS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-05590 | Lauriann Loveless v. Ethicon, Inc., et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.


*/s/   Lana K. Varney*_____
Lana K. Varney