IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTERN DISTRICTOF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   ETHICON, INC.
PELVIC REPAIR SYSTEM,
PRODUCTS LIABILITY LITIGATION          MDL 2327

THIS DOCUMENT RELATES TO THE CASE(S)
IN EXHIBIT A-D ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by all counsel that in the cases listed on the attached Exhibit A-D, the plaintiff(s) and all named defendants, as listed in the captions of those cases on the docket sheet, have reached a settlement.[1] The Court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk place the case(s) listed on the attached Exhibit(s) on the pending inactive docket.

3. Plaintiff(s) and each defendant may submit a Joint Motion to Dismiss with prejudice on or before April 29, 2019; if settlements are not finalized and dismissal orders are not submitted by April 29, 2019, then any case remaining on an inactive docket will be moved to the active docket and placed on a shortened Docket Control Order. It is not necessary for the parties to submit one dismissal that includes all defendants. If a plaintiff(s) and a defendant have completed the settlement process and finalized everything necessary to dismiss the defendant, then the

---

[1] In some cases, certain defendants have already been dismissed.

plaintiff(s) and that particular defendant may submit a Joint Motion to Dismiss for that particular defendant.

The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including those on Exhibits A-D. The Court will reinstate any case on the attached Exhibits A-D to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Such motion shall be made within 5 days of rejection of the settlement.

The court notes that in some cases counsel have represented that they are authorized by the plaintiffs on the attached exhibit to act on the plaintiffs' behalf with respect to settlement matters. Once settlements are finalized, dismissal orders must be signed by counsel of record.

The court **DIRECTS** the Clerk to:

1. file a copy of this order in MDL No. 2327 and in the individual case(s) listed on the attached Exhibit A-D;

2. place Inactive flags only for defendants who have not already been dismissed;

3. link this Order to the Proposed Inactive Docket Order filed at ECF No. 7166; and,

4. send a copy of this Order to counsel of record and any unrepresented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
**ETHICON, INC. AND AMERICAN MEDICAL SYSTEMS**

| Case No. | Case Name | Plaintiff's Firm |
|---|---|---|
| 2:12-cv-02282 | Beeler v. Ethicon | Robinson Calcagnie |
| 2:12-cv-02521 | Wright v. Ethicon | Napoli |
| 2:12-cv-03831 | McDaniel v. Ethicon | Wagstaff & Cartmell |
| 2:12-cv-00751 | De La Torre v. Ethicon | Aylstock |
| 2:12-cv-03159 | Dorgan v. Ethicon | Cartmell |
| 2:12-cv-08840 | Evans v. Ethicon | Clark Love |
| 2:13-cv-03180 | Shoots v. Ethicon | Wagstaff & Cartmell |
| 2:13-cv-03283 | Archuleta v. Ethicon | Wagstaff & Cartmell |
| 2:13-cv-06638 | Gasho v. Ethicon | Skikos |
| 2:13-cv-07096 | Harmon v. Ethicon | Van Wey Law |
| 2:13-cv-07692 | Wisdom v. Ethicon | Andrus Wagstaff |
| 2:13-cv-15483 | Belmarez v. Ethicon | Motley Rice |
| 2:13-cv-19995 | Smith v. Ethicon | Bartimus Frickleton |
| 2:13-cv-22642 | Justice v. Ethicon | Mostyn |
| 2:13-cv-23111 | Nunez v. Ethicon | Simmons Hanly Conroy |
| 2:13-cv-25493 | Trottman v. Ethicon | Williams Kherkher |
| 2:13-cv-00512 | Wahl v. Ethicon | Aylstock |
| 2:13-cv-03180 | Shoots v. Ethicon | Cartmell |
| 2:13-cv-05879 | Moyers v. Ethicon | Andrus Wagstaf |
| 2:13-cv-07692 | Wisdom v. Ethicon | Motley Rice |
| 2:13-cv-13073 | Rusciano v. Ethicon | Cartmell |
| 2:13-cv-15275 | Sheldon v. Ethicon | Cartmell |
| 2:13-cv-15410 | Jones v. Ethicon | Cartmell |
| 2:13-cv-22843 | Barlow v. Ethicon | Aylstock |
| 2:13-cv-23730 | Beard v. Ethicon | Aylstock |
| 2:13-cv-32110 | Radloff v. Ethicon | Cartmell |
| 2:13-cv-33151 | Billings v. Ethicon | Cartmell |
| 2:14-cv-03612 | Francois v. Ethicon | Salim Beasley |
| 2:14-cv-05106 | Hollis v. Ethicon | Bailey Potts |
| 2:14-cv-10638 | Storey v. Ethicon | Simmons Hanly Conroy |
| 2:14-cv-10703 | Sharp v. Ethicon | Williams Kherkher |
| 2:14-cv-18716 | Raker v. Ethicon | Andrus Wagstaff |
| 2:14-cv-20082 | Dockery v. Ethicon | Sanders Viener Grossman |
| 2:14-cv-20451 | Colclough v. Ethicon | Sanders Viener Grossman |

| Case No. | Case Name | Plaintiff's Firm |
|---|---|---|
| 2:14-cv-20561 | Pluff v. Ethicon | Skikos |
| 2:14-cv-23034 | Loekle v. Ethicon | Mostyn |
| 2:14-cv-23045 | Cole v. Ethicon | Mostyn |
| 2:14-cv-23058 | Rehkop v. Ethicon | Mostyn |
| 2:14-cv-23072 | Bielak v. Ethicon | Mostyn |
| 2:14-cv-25136 | Coyle v. Ethicon | Brady Law |
| 2:14-cv-26021 | Callahan v. Ethicon | Nemeroff |
| 2:14-cv-26201 | Vavrek v. Ethicon | Aylstock |
| 2:14-cv-29337 | Hullinger v. Ethicon | Motley Rice |
| 2:14-cv-00488 | Petersen v. Ethicon | Cartmell |
| 2:14-cv-03026 | Reifsnyder v. Ethicon | Clark Love |
| 2:14-cv-07414 | Billington v. Ethicon | Aylstock |
| 2:14-cv-12949 | Asmussen v. Ethicon | Aylstock |
| 2:14-cv-15780 | Comardelle v. Ethicon | Cartmell |
| 2:14-cv-18676 | Marshall v. Ethicon | Cartmell |
| 2:14-cv-18716 | Raker v. Ethicon | Andrus Wagstaff |
| 2:15-cv-12541 | Cruz v. Ethicon | Driggs Bills Day |
| 2:15-cv-04514 | English v. Ethicon | Cartmell |
| 2:15-cv-07717 | Beelen v. Ethicon | Cartmell |
| 2:15-cv-08228 | Cullen v. Ethicon | Cartmell |
| 2:15-cv-08539 | Pate v. Ethicon | Cartmell |
| 2:15-cv-12671 | Salles v. Ethicon | Aylstock |
| 2:15-cv-13235 | Zbiegien v. Ethicon | Aylstock |
| 2:15-cv-14339 | Grieff v. Ethicon | Aylstock |
| 2:15-cv-14404 | Sa'u v. Ethicon | Aylstock |
| 2:15-cv-14824 | Rose v. Ethicon | Aylstock |
| 2:16-cv-04080 | Pena v. Ethicon | Wagstaff & Cartmell |
| 2:16-cv-04408 | Kitchens v. Ethicon | Searcy Denney |
| 2:16-cv-06534 | O'Bryant v. Ethicon | Motley Rice |
| 2:16-cv-07563 | Kim v. Ethicon | Salim Beasley |
| 2:16-cv-10492 | Harrod v. Ethicon | Salim Beasley |
| 2:16-cv-12088 | Schindler v. Ethicon | Wagstaff & Cartmell |
| 2:16-cv-00955 | Betts v. Ethicon | Kirkendall Dwyer |
| 2:16-cv-02676 | Petrucci v. Ethicon | Aylstock |
| 2:16-cv-05301 | Wilson v. Ethicon | Laminack Pirtle |
| 2:16-cv-05630 | Scruggs v. Ethicon | Aylstock |
| 2:16-cv-06210 | Higgs v. Ethicon | Aylstock |
| 2:16-cv-06344 | Baker v. Ethicon | Aylstock |
| 2:16-cv-06808 | Irvan v. Ethicon | Motley Rice |
| 2:16-cv-07157 | Sida v. Ethicon | Motley Rice |
| 2:16-cv-07780 | Eason v. Ethicon | Laminack Pirtle |
| 2:16-cv-07781 | Ellis v. Ethicon | Laminack Pirtle |
| 2:16-cv-08013 | Mallow v. Ethicon | Aylstock |
| 2:16-cv-10628 | Warwick v. Ethicon | Cutter |

| Case No. | Case Name | Plaintiff's Firm |
|---|---|---|
| 2:17-cv-00548 | Koppenhaver v. Ethicon | Andrus Wagstaff |
| 2:17-cv-01303 | Beaupre v. Ethicon | Bertram & Graf |
| 2:17-cv-01615 | Kaiser v. Ethicon | Motley Rice |
| 2:17-cv-01921 | King v. Ethicon | Aylstock |
| 2:17-cv-02855 | Tester v. Ethicon | Andrus Wagstaff |
| 2:17-cv-02858 | Chianciola v. Ethicon | Aylstock |
| 2:17-cv-01131 | Adams v. Ethicon | Aylstock |
| 2:17-cv-02161 | King v. Ethicon | Cutter |
| 2:17-cv-02261 | Driskell v. Ethicon | Clark Love |
| 2:17-cv-02932 | Reaves v. Ethicon | Cartmell |
| 2:17-cv-02939 | Lafond v. Ethicon | Cartmell |
| 2:17-cv-04611 | Corson v. Ethicon | Aylstock |
| ~~2:14-cv-29320~~ | ~~Bird et al v. Ethicon, Inc. et al~~ | ~~McSweeney~~ |
| ~~2:14-cv-29339~~ | ~~Canterbury et al v. Ethicon, Inc. et al~~ | ~~McSweeney~~ |
| ~~2:15-cv-00024~~ | ~~Combs et al v. Ethicon, Inc. et al~~ | ~~McSweeney~~ |
| ~~2:16-cv-01673~~ | ~~Gibson et al v. Ethicon, Inc. et al~~ | ~~McSweeney~~ |
| ~~2:16-cv-01674~~ | ~~Guillory et al v. Ethicon, Inc. et al~~ | ~~McSweeney~~ |
| ~~2:16-cv-01724~~ | ~~Kilker v. Ethicon, Inc. et al~~ | ~~McSweeney~~ |

**EXHIBIT B**
**ETHICON AND BARD**

| Case No. | Plaintiff Last Name | Settling Law Firm |
|---|---|---|
| 2:12-cv-01828 | Challis v. Ethicon | Wagstaff & Cartmell LLP |
| 2:12-cv-08964 | Hensley v. Ethicon | Andrus Wagstaff |
| 2:12-cv-05903 | Cacciatore v. Ethicon | Perdue Kidd |
| 2:12-cv-08023 | Johnson v. Ethicon | Aylstock |
| 2:13-cv-20250 | Bailey v. Ethicon | Wagstaff & Cartmell LLP |
| 2:13-cv-04471 | Barraza v. Ethicon | Aylstock |
| 2:13-cv-23761 | Berry v. Ethicon | Bertram & Graf LLC |
| 2:13-cv-19144 | Burditt v. Ethicon | Wagstaff & Cartmell LLP |
| ~~2:13-cv-22674~~ | ~~Collins v. Ethicon~~ | ~~Motley Rice LLC~~ |
| 2:13-cv-04487 | Collins v. Ethicon | Aylstock |
| 2:13-cv-32971 | Conro v. Ethicon | Bertram & Graf LLC |
| 2:13-cv-20409 | Hoover v. Ethicon | Wagstaff & Cartmell LLP |
| 2:13-cv-21805 | Koellisch v. Ethicon | Wagstaff & Cartmell LLP |
| 2:13-cv-08166 | Marshall v. Ethicon | Andrus Wagstaff, PC |
| 2:13-cv-16507 | McCormick v. Ethicon | Wagstaff & Cartmell LLP |
| 2:13-cv-23669 | Njirich v. Ethicon | Wagstaff & Cartmell LLP |
| 2:13-cv-15292 | Quasar v. Ethicon | Motley Rice |
| 2:13-cv-05994 | Tibone v. Ethicon | Wagstaff & Cartmell LLP |
| 2:13-cv-15293 | Westerberg v. Ethicon | Motley Rice |
| 2:13-cv-00249 | Pizzitola v. Ethicon | Aylstock |
| ~~2:13-cv-10689~~ | ~~Morey v. Ethicon~~ | ~~Smith Stag~~ |
| ~~2:13-cv-12855~~ | ~~Woodward v. Ethicon~~ | ~~Smith Stag~~ |
| 2:13-cv-13664 | Bonilla v. Ethicon | Aylstock |
| ~~2:13-cv-17803~~ | ~~Bird v. Ethicon~~ | ~~Smith Stag~~ |
| 2:13-cv-20825 | Walden v. Ethicon | Aylstock |
| ~~2:13-cv-23600~~ | ~~Alves v. Ethicon~~ | ~~Smith Stag~~ |
| 2:13-cv-23761 | Berry v. Ethicon | Bertram Graf |
| 2:13-cv-26703 | Holder v. Ethicon | Aylstock |
| 2:13-cv-32142 | Hamilton v. Ethicon | Motley Rice |
| 2:14-cv-20032 | Denton v. Ethicon | Wagstaff & Cartmell LLP |
| ~~2:14-cv-15411~~ | ~~Riley v. Ethicon~~ | ~~Hollis, Wright~~ |

| Case No. | Plaintiff Last Name | Settling Law Firm |
|---|---|---|
| ~~2:14-cv-15659~~ | ~~Schacher v. Ethicon~~ | ~~Motley Rice~~ |
| 2:14-cv-00575 | Hall v. Ethicon | Wright Schulte |
| 2:14-cv-08207 | Sine v. Ethicon | Aylstock |
| 2:14-cv-08835 | Williams v. Ethicon | Aylstock |
| 2:14-cv-14450 | Manzo v. Ethicon | Smith Stag |
| ~~2:14-cv-28757~~ | ~~Bramel v. Ethicon~~ | ~~Motley Rice~~ |
| 2:15-cv-11189 | Bailey v. Ethicon | Wagstaff & Cartmell LLP |
| 2:15-cv-13582 | Baucom v. Ethicon | Wagstaff & Cartmell LLP |
| 2:15-cv-03651 | Stone v. Ethicon | Laminack, Pirtle & Martines, LLP |
| 2:15-cv-00570 | Wadsworth v. Ethicon | Aylstock |
| 2:15-cv-11613 | Whitley v. Ethicon | Perdue Kidd |
| ~~2:15-cv-13095~~ | ~~Anspach v. Ethicon~~ | ~~Motley Rice~~ |
| 2:15-cv-14081 | Reed v. Ethicon | Aylstock |
| 2:15-cv-14491 | Johnson v. Ethicon | Aylstock |
| 2:16-cv-09526 | Barton v. Ethicon | Laminack, Pirtle & Martines, LLP |
| 2:16-cv-09801 | Bennett v. Ethicon | Motley Rice |
| ~~2:16-cv-03800~~ | ~~Brannen v. Ethicon~~ | ~~Motley Rice~~ |
| 2:16-cv-12669 | Chanay v. Ethicon | Wagstaff & Cartmell LLP |
| 2:16-cv-09507 | Eaton v. Ethicon | Laminack, Pirtle & Martines, LLP |
| ~~2:16-cv-01043~~ | ~~Gampfer v. Ethicon~~ | ~~Robinson Calcagnie~~ |
| 2:16-cv-06131 | Gray v. Ethicon | Wagstaff & Cartmell LLP |
| 2:16-cv-04185 | Hartman v. Ethicon | Cellino & Barnes |
| ~~2:16-cv-10268~~ | ~~Heckers v. Ethicon~~ | ~~Motley Rice~~ |
| 2:16-cv-08845 | Miller v. Ethicon | Wagstaff & Cartmell LLP |
| 2:16-cv-07796 | Phillips v. Ethicon | Clark Love |
| 2:16-cv-01366 | Hanko v. Ethicon | Aylstock |
| 2:17-cv-02843 | Autrey v. Ethicon | Wagstaff & Cartmell LLP |
| 2:17-cv-02924 | Droin v. Ethicon | Wagstaff & Cartmell LLP |
| 2:17-cv-02919 | Garner v. Ethicon | Wagstaff & Cartmell LLP |
| 2:17-cv-02165 | Keen v. Ethicon | Salim Beasley |

**EXHIBIT C**
**ETHICON AND BOSTON SCIENTIFIC**

| Case No. | Plaintiff Last Name | Settling Law Firm |
|---|---|---|
| 2:12-cv-00392 | Dykes v. Ethicon | Aylstock |
| 2:12-cv-01568 | Wilson v. Ethicon | Aylstock |
| 2:12-cv-01887 | Dunigan v. Ethicon | Motley Rice |
| 2:12-cv-02925 | Elliott v. Ethicon | Skikos |
| 2:12-cv-03298 | Bush v. Ethicon | Aylstock |
| 2:12-cv-03675 | Fuller v. Ethicon | Motley Rice |
| 2:12-cv-03919 | Owens v. Ethicon | Aylstock |
| 2:12-cv-03964 | Martin v. Ethicon | Motley Rice |
| ~~2:12-cv-04752~~ | ~~Evans v. Ethicon~~ | ~~Motley Rice~~ |
| 2:12-cv-04834 | King v. Ethicon | Skikos |
| 2:12-cv-05268 | Camp v. Ethicon | Motley Rice |
| 2:12-cv-05660 | Davis v. Ethicon | Aylstock |
| 2:12-cv-05857 | Mitchell v. Ethicon | Perdue Kidd |
| 2:12-cv-05912 | Rice v. Ethicon | Motley Rice |
| 2:12-cv-06360 | Uridel v. Ethicon | Davis Crump |
| 2:12-cv-07903 | Foy v. Ethicon | Skikos |
| ~~2:12-cv-08560~~ | ~~Claxton v. Ethicon~~ | ~~Motley Rice~~ |
| 2:12-cv-08907 | Davis v. Ethicon | Aylstock |
| 2:12-cv-09549 | Allen v. Ethicon | Davis Crump |
| 2:12-cv-09899 | Tsutsui v. Ethicon | Motley Rice |
| 2:12-cv-09900 | Walker v. Ethicon | Motley Rice |
| 2:13-cv-00150 | Schulke v. Ethicon | Motley Rice |
| 2:13-cv-00656 | Kumpunen v. Ethicon | Aylstock |
| 2:13-cv-00809 | Hernandez v. Ethicon | Motley Rice |
| 2:13-cv-00861 | Taylor v. Ethicon | Andrus Wagstaff |
| 2:13-cv-00863 | Wieczkiewicz v. Ethicon | Davis Crump |
| 2:13-cv-00879 | Farrow v. Ethicon | Bailey Potts |
| 2:13-cv-01510 | Hebert v. Ethicon | Motley Rice |
| ~~2:13-cv-02415~~ | ~~Huffman v. Ethicon~~ | ~~Motley Rice~~ |
| ~~2:13-cv-03072~~ | ~~Frost v. Ethicon~~ | ~~Motley Rice~~ |
| 2:13-cv-03484 | Chiles v. Ethicon | Davis Crump |
| 2:13-cv-03752 | Dittrich v. Ethicon | Aylstock |
| 2:13-cv-03788 | Callahan v. Ethicon | Bailey Potts |
| 2:13-cv-03976 | McMeans v. Ethicon | Davis Crump |
| 2:13-cv-04149 | Chamberlin v. Ethicon | Aylstock |
| ~~2:13-cv-05065~~ | ~~Scheer v. Ethicon~~ | ~~Phillips Law~~ |
| 2:13-cv-05907 | Winstead v. Ethicon | Davis Crump |

| Case No. | Plaintiff Last Name | Settling Law Firm |
|---|---|---|
| 2:13-cv-05910 | Pavich v. Ethicon | Davis Crump |
| ~~2:13-cv-06540~~ | ~~Williams v. Ethicon~~ | ~~Motley Rice~~ |
| 2:13-cv-07222 | Getter v. Ethicon | Tracey & Fox |
| 2:13-cv-07230 | Hayward v. Ethicon | Tracey & Fox |
| 2:13-cv-07676 | LeClair v. Ethicon | Andrus Wagstaff |
| ~~2:13-cv-08257~~ | ~~Jones v. Ethicon~~ | ~~Motley Rice~~ |
| ~~2:13-cv-09053~~ | ~~Castillo v. Ethicon~~ | ~~Motley Rice~~ |
| ~~2:13-cv-09259~~ | ~~Seguine v. Ethicon~~ | ~~Motley Rice~~ |
| 2:13-cv-09809 | DuBois v. Ethicon | Motley Rice |
| ~~2:13-cv-10341~~ | ~~Kemp v. Ethicon~~ | ~~Motley Rice~~ |
| 2:13-cv-10940 | Walker v. Ethicon | Aylstock |
| 2:13-cv-11852 | Elkins v. Ethicon | Aylstock |
| 2:13-cv-12210 | Phelps v. Ethicon | Aylstock |
| 2:13-cv-12567 | LaBonte v. Ethicon | Motley Rice |
| 2:13-cv-12618 | Ciccone v. Ethicon | Aylstock |
| 2:13-cv-12773 | Taylor v. Ethicon | Aylstock |
| 2:13-cv-13106 | McGatha v. Ethicon | Aylstock |
| 2:13-cv-13736 | Gonzalez v. Ethicon | Williams Kherkher |
| 2:13-cv-14078 | Woldemariam v. Ethicon | Motley Rice |
| 2:13-cv-14263 | Blackwell v. Ethicon | Aylstock |
| 2:13-cv-14275 | Medeiros v. Ethicon | Aylstock |
| 2:13-cv-14652 | Hill v. Ethicon | Aylstock |
| 2:13-cv-14806 | Avitia v. Ethicon | Aylstock |
| ~~2:13-cv-14929~~ | ~~Terrill-Grieshaber v. Ethicon~~ | ~~Motley Rice~~ |
| 2:13-cv-15207 | Kasanezky v. Ethicon | Motley Rice |
| ~~2:13-cv-15245~~ | ~~Temple v. Ethicon~~ | ~~Motley Rice~~ |
| 2:13-cv-15321 | Grant-Wood v. Ethicon | Motley Rice |
| 2:13-cv-15366 | Gurunlian v. Ethicon | Aylstock |
| 2:13-cv-16036 | Lopez v. Ethicon | Zimmerman Reed |
| 2:13-cv-16436 | Savov v. Ethicon | Aylstock |
| 2:13-cv-16530 | Timpy v. Ethicon | Zimmerman Reed |
| ~~2:13-cv-16647~~ | ~~Anderson v. Ethicon~~ | ~~Smith Stag~~ |
| ~~2:13-cv-16652~~ | ~~Ryan v. Ethicon~~ | ~~Smith Stag~~ |
| ~~2:13-cv-16656~~ | ~~Conner v. Ethicon~~ | ~~Smith Stag~~ |
| 2:13-cv-16681 | Bobczyk v. Ethicon | Aylstock |
| 2:13-cv-17227 | Thompson v. Ethicon | Bailey Potts |
| 2:13-cv-17243 | Del Valle v. Ethicon | Motley Rice |
| 2:13-cv-17347 | Solano v. Ethicon | Aylstock |
| 2:13-cv-17388 | Santillan v. Ethicon | Aylstock |
| 2:13-cv-17576 | Canterbury-White v. Ethicon | McDonald Worley |

| Case No. | Plaintiff Last Name | Settling Law Firm |
|---|---|---|
| 2:13-cv-17798 | Pittman v. Ethicon | Levin Simes |
| 2:13-cv-18212 | Vogt v. Ethicon | Aylstock |
| ~~2:13-cv-18273~~ | ~~Schmitt v. Ethicon~~ | ~~Motley Rice~~ |
| 2:13-cv-18461 | Williamson v. Ethicon | Mostyn |
| ~~2:13-cv-18678~~ | ~~Thompson v. Ethicon~~ | ~~Smith Stag~~ |
| 2:13-cv-19025 | Whitmire v. Ethicon | Mostyn |
| 2:13-cv-19268 | Schulman v. Ethicon | Motley Rice |
| 2:13-cv-19372 | Woods v. Ethicon | Aylstock |
| 2:13-cv-19562 | Oglesby v. Ethicon | Motley Rice |
| ~~2:13-cv-19697~~ | ~~Williams v. Ethicon~~ | ~~Motley Rice~~ |
| 2:13-cv-20932 | Clark v. Ethicon | Williams Kherkher |
| 2:13-cv-20970 | Maselli v. Ethicon | Motley Rice |
| 2:13-cv-21283 | Cable v. Ethicon | Aylstock |
| 2:13-cv-21306 | Hacker v. Ethicon | Aylstock |
| 2:13-cv-21650 | Adams v. Ethicon | Williams Kherkher |
| 2:13-cv-21896 | Rentfro v. Ethicon | Aylstock |
| 2:13-cv-22086 | Gee v. Ethicon | Aylstock |
| 2:13-cv-22162 | Harris v. Ethicon | Williams Kherkher |
| 2:13-cv-22246 | Barron v. Ethicon | Motley Rice |
| 2:13-cv-22275 | Forcum v. Ethicon | Davis Crump |
| 2:13-cv-22781 | Bassetti v. Ethicon | Bailey Potts |
| ~~2:13-cv-24003~~ | ~~Colvin v. Ethicon~~ | ~~Motley Rice~~ |
| 2:13-cv-24708 | Robertson v. Ethicon | Levin Papantonio |
| 2:13-cv-24715 | Nichols v. Ethicon | Aylstock |
| 2:13-cv-25057 | Williams v. Ethicon | Motley Rice |
| 2:13-cv-25646 | Cobbs v. Ethicon | Bailey Potts |
| 2:13-cv-25664 | Cobb v. Ethicon | Aylstock |
| 2:13-cv-25669 | Lacey v. Ethicon | Aylstock |
| 2:13-cv-26423 | Giles v. Ethicon | Bailey Potts |
| 2:13-cv-26643 | Kinard v. Ethicon | Hollis Wright |
| 2:13-cv-26697 | Credille v. Ethicon | Salim Beasley |
| 2:13-cv-27036 | Phelan v. Ethicon | Aylstock |
| 2:13-cv-27208 | Martin v. Ethicon | Bailey Potts |
| 2:13-cv-27265 | Cantu v. Ethicon | Aylstock |
| ~~2:13-cv-27287~~ | ~~Walkine v. Ethicon~~ | ~~Motley Rice~~ |
| 2:13-cv-27656 | Lemmons v. Ethicon | Perdue Kidd |
| 2:13-cv-27942 | Scheuler v. Ethicon | Motley Rice |
| 2:13-cv-28804 | Riggs v. Ethicon | Bailey Potts |
| 2:13-cv-28812 | Shuttle v. Ethicon | Bailey Potts |
| 2:13-cv-30697 | Illig v. Ethicon | Davis Crump |
| 2:13-cv-30743 | Abrams v. Ethicon | Aylstock |
| ~~2:13-cv-31337~~ | ~~Gogel v. Ethicon~~ | ~~Motley Rice~~ |
| 2:13-cv-31762 | Smith v. Ethicon | Motley Rice |
| 2:13-cv-32472 | Galloway v. Ethicon | Bailey Potts |

| Case No. | Plaintiff Last Name | Settling Law Firm |
|---|---|---|
| 2:13-cv-33158 | Allen v. Ethicon | Salim Beasley |
| 2:13-cv-33238 | Bodkin v. Ethicon | Charles Johnson |
| ~~2:13-cv-33447~~ | ~~Peaks v. Ethicon~~ | ~~Motley Rice~~ |
| 2:13-cv-33455 | Burak v. Ethicon | Williams Kherkher |
| 2:13-cv-33456 | Kiesel v. Ethicon | Williams Kherkher |
| 2:13-cv-33640 | Long v. Ethicon | Aylstock |
| 2:13-cv-33840 | Williams v. Ethicon | Bailey Potts |
| ~~2:13-cv-33857~~ | ~~King v. Ethicon~~ | ~~Motley Rice~~ |
| 2:14-cv-00579 | Herr v. Ethicon | Wright Schulte |
| ~~2:14-cv-02858~~ | ~~Martin v. Ethicon~~ | ~~Aylstock~~ |
| 2:14-cv-03646 | Patel v. Ethicon | Beasley Allen |
| ~~2:14-cv-03843~~ | ~~Brandes v. Ethicon~~ | ~~Motley Rice~~ |
| 2:14-cv-05130 | Johnstad v. Ethicon | Bailey Potts |
| 2:14-cv-05215 | Legge v. Ethicon | Bailey Potts |
| 2:14-cv-05288 | Sizemore v. Ethicon | Bailey Potts |
| 2:14-cv-05378 | Menchaca v. Ethicon | Motley Rice |
| 2:14-cv-05593 | Cummings v. Ethicon | Bailey Potts |
| ~~2:14-cv-05595~~ | ~~Cuneo v. Ethicon~~ | ~~Bailey Potts~~ |
| 2:14-cv-06060 | Brown v. Ethicon | Bailey Potts |
| 2:14-cv-06473 | Williams v. Ethicon | Bertram Graf |
| 2:14-cv-06542 | Keenan v. Ethicon | Bailey Potts |
| 2:14-cv-07405 | Bell v. Ethicon | Aylstock |
| 2:14-cv-07409 | Gilles v. Ethicon | Bailey Potts |
| 2:14-cv-07410 | Gilliam v. Ethicon | Bailey Potts |
| 2:14-cv-07419 | Carrotto v. Ethicon | Aylstock |
| 2:14-cv-07421 | Cobern v. Ethicon | Aylstock |
| 2:14-cv-07426 | Easley v. Ethicon | Aylstock |
| 2:14-cv-07440 | Henderson v. Ethicon | Aylstock |
| 2:14-cv-07597 | Pruetz v. Ethicon | Aylstock |
| 2:14-cv-07615 | Thomas v. Ethicon | Aylstock |
| 2:14-cv-07652 | Cornell v. Ethicon | Aylstock |
| 2:14-cv-07908 | Lawson v. Ethicon | Aylstock |
| 2:14-cv-07918 | Miron v. Ethicon | Aylstock |
| 2:14-cv-07936 | Rogers v. Ethicon | Aylstock |
| 2:14-cv-07939 | Scott v. Ethicon | Aylstock |
| 2:14-cv-08016 | Hunter v. Ethicon | Aylstock |
| 2:14-cv-08022 | Joyner v. Ethicon | Aylstock |
| 2:14-cv-08132 | Shreffler v. Ethicon | Aylstock |
| 2:14-cv-08167 | McEvoy v. Ethicon | Aylstock |
| 2:14-cv-08323 | Benitez v. Ethicon | Aylstock |
| 2:14-cv-08430 | Fellion v. Ethicon | Aylstock |
| 2:14-cv-08451 | Guthrie v. Ethicon | Aylstock |
| 2:14-cv-08699 | Heiberger v. Ethicon | Aylstock |
| 2:14-cv-08704 | Hernandez v. Ethicon | Aylstock |

| Case No. | Plaintiff Last Name | Settling Law Firm |
|---|---|---|
| 2:14-cv-08826 | Smith v. Ethicon | Aylstock |

# EXHIBIT D
# ETHICON AND BOSTON SCIENTIFIC (Part 2)

| Case No. | Plaintiff Last Name | Settling Law Firm |
|---|---|---|
| 2:14-cv-08861 | Tietsort v. Ethicon | Aylstock |
| 2:14-cv-09016 | Berry v. Ethicon | Aylstock |
| 2:14-cv-09052 | Byrd v. Ethicon | Aylstock |
| 2:14-cv-09129 | Rieman v. Ethicon | Aylstock |
| 2:14-cv-10606 | Harris v. Ethicon | Davis Crump |
| 2:14-cv-11002 | Shoebridge v. Ethicon | Zimmerman Reed |
| 2:14-cv-11401 | Faulkenberry v. Ethicon | Aylstock |
| 2:14-cv-11883 | Cantrell v. Ethicon | Williams Kherkher |
| 2:14-cv-12141 | Massey v. Ethicon | Aylstock |
| 2:14-cv-12708 | Green v. Ethicon | Williams Kherkher |
| 2:14-cv-15049 | Stuart v. Ethicon | Motley Rice |
| ~~2:14-cv-15051~~ | ~~Seel v. Ethicon~~ | ~~Motley Rice~~ |
| 2:14-cv-15072 | Trout v. Ethicon | Davis Crump |
| 2:14-cv-15422 | Picarella v. Ethicon | Motley Rice |
| 2:14-cv-15803 | Thompson v. Ethicon | Aylstock |
| 2:14-cv-16082 | Cartier v. Ethicon | Motley Rice |
| ~~2:14-cv-16559~~ | ~~Anderson v. Ethicon~~ | ~~Salim Beasley~~ |
| 2:14-cv-16681 | Sanchez v. Ethicon | Bailey Potts |
| 2:14-cv-16837 | Freeman v. Ethicon | Williams Kherkher |
| 2:14-cv-17046 | Harris v. Ethicon | Motley Rice |
| 2:14-cv-18419 | Rojas v. Ethicon | Motley Rice |
| 2:14-cv-19271 | Hackbarth v. Ethicon | Sanders Viener Grossman |
| 2:14-cv-19301 | Mcafee v. Ethicon | Sanders Viener Grossman |
| 2:14-cv-19445 | Miller v. Ethicon | Sanders Viener Grossman |
| 2:14-cv-20022 | Fletcher v. Ethicon | Davis Crump |
| 2:14-cv-20024 | Rhodes v. Ethicon | Bailey Potts |
| 2:14-cv-20147 | Morgan v. Ethicon | Sanders Viener Grossman |
| 2:14-cv-20170 | Furden v. Ethicon | Sanders Viener Grossman |
| 2:14-cv-20186 | Roettger v. Ethicon | Sanders Viener Grossman |

| | | |
|---|---|---|
| 2:14-cv-20204 | Rosseau v. Ethicon | Sanders Viener Grossman |
| 2:14-cv-20227 | Hatten v. Ethicon | Aylstock |
| 2:14-cv-20335 | Kingston v. Ethicon | Sanders Viener Grossman |
| 2:14-cv-20365 | Carrico v. Ethicon | Williams Kherkher |
| ~~2:14-cv-20942~~ | ~~Huffman Marshall v. Ethicon~~ | ~~Motley Rice~~ |
| 2:14-cv-22055 | Book v. Ethicon | Sanders Viener Grossman |
| 2:14-cv-22247 | Steel v. Ethicon | Motley Rice |
| 2:14-cv-22800 | Krier v. Ethicon | Sanders Viener Grossman |
| 2:14-cv-22973 | Ricketts v. Ethicon | Motley Rice |
| 2:14-cv-23055 | Blackwell v. Ethicon | Motley Rice |
| 2:14-cv-23548 | Collins v. Ethicon | Sanders Viener Grossman |
| ~~2:14-cv-24144~~ | ~~Mazza v. Ethicon~~ | ~~Motley Rice~~ |
| 2:14-cv-24214 | Wright v. Ethicon | Motley Rice |
| ~~2:14-cv-24881~~ | ~~Parquette v. Ethicon~~ | ~~Motley Rice~~ |
| 2:14-cv-25335 | Albritton v. Ethicon | Aylstock |
| 2:14-cv-25898 | Hawkins v. Ethicon | Salim Beasley |
| 2:14-cv-25932 | Sanders v. Ethicon | Aylstock |
| 2:14-cv-25968 | DeMenge v. Ethicon | Zimmerman Reed |
| 2:14-cv-26036 | Ryan v. Ethicon | Motley Rice |
| 2:14-cv-26091 | Martin v. Ethicon | Aylstock |
| 2:14-cv-26294 | Hansen v. Ethicon | Aylstock |
| ~~2:14-cv-26777~~ | ~~Broekman v. Ethicon~~ | ~~Motley Rice~~ |
| 2:14-cv-27290 | Aucoin v. Ethicon | Davis Crump |
| ~~2:14-cv-27740~~ | ~~Asaadi v. Ethicon~~ | ~~Motley Rice~~ |
| 2:14-cv-28292 | Segarra v. Ethicon | Perdue Kidd |
| 2:14-cv-28308 | Hughes v. Ethicon | Perdue Kidd |
| 2:14-cv-29488 | Grindstaff v. Ethicon | Salim Beasley |
| 2:14-cv-30413 | Duncan v. Ethicon | Davis Crump |
| 2:15-cv-00544 | Haefner v. Ethicon | Levin Papantonio |
| 2:15-cv-01374 | Eychner v. Ethicon | Motley Rice |
| 2:15-cv-01857 | Shelton v. Ethicon | Aylstock |
| 2:15-cv-01886 | Popin v. Ethicon | Aylstock |
| ~~2:15-cv-02080~~ | ~~Martoni v. Ethicon~~ | ~~Motley Rice~~ |
| 2:15-cv-02616 | Shackles v. Ethicon | Motley Rice |
| 2:15-cv-02637 | Naemit v. Ethicon | Motley Rice |
| 2:15-cv-03120 | Thompson-Herbert v. Ethicon | Aylstock |
| 2:15-cv-04093 | Neppl v. Ethicon | Bailey Potts |
| 2:15-cv-04468 | Rabey v. Ethicon | Tracey & Fox |

| | | |
|---|---|---|
| 2:15-cv-04876 | Schick v. Ethicon | Aylstock |
| 2:15-cv-05137 | Bland v. Ethicon | Aylstock |
| 2:15-cv-05172 | Simpson v. Ethicon | Bailey Potts |
| 2:15-cv-05314 | Davis v. Ethicon | Motley Rice |
| 2:15-cv-05665 | Reynolds v. Ethicon | Aylstock |
| 2:15-cv-05674 | Schumpp v. Ethicon | Aylstock |
| 2:15-cv-05685 | Southall v. Ethicon | Aylstock |
| 2:15-cv-06100 | Walker v. Ethicon | Bailey Potts |
| 2:15-cv-06246 | Weisbeck v. Ethicon | Salim Beasley |
| 2:15-cv-06449 | Griffin v. Ethicon | Bailey Potts |
| 2:15-cv-06506 | Harrell v. Ethicon | Aylstock |
| 2:15-cv-07229 | Derks v. Ethicon | Aylstock |
| ~~2:15-cv-07406~~ | ~~Arnold v. Ethicon~~ | ~~Bailey Potts~~ |
| 2:15-cv-07566 | Sutter v. Ethicon | Bailey Potts |
| 2:15-cv-07583 | Edmondson v. Ethicon | Aylstock |
| 2:15-cv-07789 | Skinner v. Ethicon | Motley Rice |
| 2:15-cv-07843 | Brisco v. Ethicon | Sanders Viener Grossman |
| 2:15-cv-08170 | Dehnbostel v. Ethicon | Sanders Viener Grossman |
| 2:15-cv-08706 | Adams v. Ethicon | Motley Rice |
| 2:15-cv-09054 | Ortega-Sanchez v. Ethicon | Sanders Viener Grossman |
| 2:15-cv-09160 | Smith v. Ethicon | Sanders Viener Grossman |
| 2:15-cv-09791 | Norton v. Ethicon | Bailey Potts |
| 2:15-cv-11056 | Micciche v. Ethicon | Sanders Viener Grossman |
| 2:15-cv-11063 | Strader v. Ethicon | Aylstock |
| 2:15-cv-11237 | Abraham v. Ethicon | Bailey Potts |
| 2:15-cv-11290 | Gonyea v. Ethicon | Bailey Potts |
| 2:15-cv-11609 | Haws v. Ethicon | Purdue Kidd |
| 2:15-cv-12279 | Weber v. Ethicon | Bailey Potts |
| ~~2:15-cv-12411~~ | ~~Coronado v. Ethicon~~ | ~~Motley Rice~~ |
| 2:15-cv-12937 | Radford v. Ethicon | Motley Rice |
| 2:15-cv-13024 | Bates v. Ethicon | Motley Rice |
| ~~2:15-cv-13045~~ | ~~Wilson v. Ethicon~~ | ~~Motley Rice~~ |
| 2:15-cv-13048 | Laspina v. Ethicon | Tracey & Fox |
| 2:15-cv-13107 | Lane v. Ethicon | Bailey Potts |
| 2:15-cv-13135 | Brosie v. Ethicon | Aylstock |
| ~~2:15-cv-13212~~ | ~~Banks v. Ethicon~~ | ~~Motley Rice~~ |
| 2:15-cv-13252 | Cain v. Ethicon | Bailey Potts |
| 2:15-cv-13453 | Dominguez v. Ethicon | Bailey Potts |
| 2:15-cv-13944 | Goodrich v. Ethicon | Bailey Potts |

| | | |
|---|---|---|
| 2:15-cv-13996 | Robinson v. Ethicon | Bailey Potts |
| 2:15-cv-14484 | Smith v. Ethicon | Aylstock |
| 2:15-cv-14820 | Wright v. Ethicon | Tracey & Fox |
| ~~2:15-cv-15166~~ | ~~Appenzeller v. Ethicon~~ | ~~Bailey Potts~~ |
| ~~2:15-cv-15431~~ | ~~Sierra v. Ethicon~~ | ~~Motley Rice~~ |
| 2:15-cv-15913 | Nobrega v. Ethicon | Motley Rice |
| 2:15-cv-16127 | Bach v. Ethicon | Motley Rice |
| 2:15-cv-16179 | Bell v. Ethicon | Motley Rice |
| 2:16-cv-00007 | White v. Ethicon | Bailey Potts |
| 2:16-cv-00171 | Dilsaver v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-01128 | Mattingly v. Ethicon | Aylstock |
| 2:16-cv-01910 | Eastburg v. Ethicon | Aylstock |
| 2:16-cv-01973 | Gettys v. Ethicon | Aylstock |
| 2:16-cv-01980 | Lindsey v. Ethicon | Aylstock |
| 2:16-cv-02591 | Smith v. Ethicon | Bailey Potts |
| 2:16-cv-02750 | Hale v. Ethicon | Bailey Potts |
| 2:16-cv-02753 | Schnicker v. Ethicon | Bailey Potts |
| 2:16-cv-02879 | Pedicone v. Ethicon | Motley Rice |
| 2:16-cv-03117 | Peters v. Ethicon | Motley Rice |
| 2:16-cv-03544 | Mead v. Ethicon | Aylstock |
| 2:16-cv-04106 | McMillen v. Ethicon | Motley Rice |
| 2:16-cv-04214 | McKay v. Ethicon | Motley Rice |
| 2:16-cv-04373 | Alterson v. Ethicon | Aylstock |
| 2:16-cv-04699 | Esposito v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-04728 | Scaggs v. Ethicon | Aylstock |
| 2:16-cv-04731 | Sweeney v. Ethicon | Aylstock |
| 2:16-cv-04801 | Price v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-04918 | Gregoire v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-04955 | Washburn v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-05054 | Stump v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-05908 | Shillito v. Ethicon | Aylstock |
| 2:16-cv-06017 | Van Bibber v. Ethicon | Aylstock |
| 2:16-cv-06607 | De La Garza v. Ethicon | Bailey Potts |
| 2:16-cv-06751 | Gerbers v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-07315 | Sempelsz v. Ethicon | Sanders Viener Grossman |

| 2:16-cv-07882 | Price v. Ethicon | Sanders Viener Grossman |
|---|---|---|
| 2:16-cv-07912 | Bond v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-08073 | Zahn v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-08075 | Wynn v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-08108 | Bennett v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-08172 | Kelly v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-08267 | Browning v. Ethicon | Aylstock |
| 2:16-cv-08526 | Marotta v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-08533 | Porter v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-08539 | Oliva v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-08540 | Costello v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-08543 | Blanton v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-08551 | Isaacson v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-09464 | Lizana v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-10710 | Daugherty v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-10745 | Moore v. Ethicon | Aylstock |
| 2:16-cv-11358 | Thompson v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-11630 | Taylor v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-11990 | Bonfanti v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-12034 | Gant v. Ethicon | Sanders Viener Grossman |
| 2:16-cv-12659 | Stamey v. Ethicon | Sanders Viener Grossman |