IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327

--------------------------------------------------
THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

PRETRIAL ORDER # 326
(Amended Order re: Mandatory Status Conference for
Certain Remaining Plaintiffs in Ethicon MDL)

The court **ORDERS** that Pretrial Order # 325 is amended to adjust the names on Exhibit A. A new Exhibit A is attached to this Pretrial Order. Otherwise, the Pretrial Order remains unchanged and is set forth in its entirety below.

For reasons appearing to the court, it is **ORDERED** as follows:

1. Plaintiffs and their counsel, where they are represented, in the cases identified in the attached Exhibit A who have alleged claims against Ethicon, Inc. and/or Johnson & Johnson (hereinafter collectively referred to as "Ethicon") are directed to appear for a mandatory status conference on **Friday, February 15, 2019**, **at 10:00 a.m.** in Charleston at the Robert C. Byrd United States Courthouse, Room 6600. *Individual plaintiffs whose cases are scheduled for a status conference shall appear in person for the conference along with counsel of record.*

2. Any plaintiff who fails to comply with this PTO may be subject to a substantial sanction, including dismissal with prejudice.

1

3. The filing of a proper dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure before the status conference will relieve any plaintiff and her counsel from attending the status conference.

4. The court further requires the presence of the following counsel: (1) for Ethicon: Donna Jacobs; (2) for plaintiffs' co-coordinating co-lead counsel: Henry Garrard; and (3) for plaintiffs' co-leadership counsel in MDL 2327: Tom Cartmell and Renee Baggett.

The Court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the cases listed on Exhibit A. The order may be accessed through the CM/ECF system or the Court's website at www.wvsd.uscourts.gov.

ENTER: January 30, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A
# PTO 326

|    | Civil Action No. | Plaintiff(s) Name |
|----|------------------|-------------------|
| 1  | 2:15-cv-03828    | Adams, Stacy Hamlin & Allen |
| 2  | 2:17-cv-00861    | Aldrich, Teresa |
| 3  | 2:15-cv-08107    | Alpha, Sheila |
| 4  | 2:13-cv-18616    | Alvarado, Clarita & Jose Guadalupe |
| 5  | 2:12-cv-09611    | Anselmo, Tina M. & John |
| 6  | 2:15-cv-14573    | Antonson, Dorothy |
| 7  | 2:13-cv-18733    | Ayala, Maria |
| 8  | 2:13-cv-15452    | Baber, Jo Ann |
| 9  | 2:12-cv-09647    | Baker, Freedom & Franklin Bates, Jr. |
| 10 | 2:14-cv-07095    | Baker, Stacey |
| 11 | 2:13-cv-08069    | Beliew, Betty & Bobby |
| 12 | 2:13-cv-02317    | Belisle, Julie A. |
| 13 | 2:16-cv-11679    | Benson, Kathy Myers |
| 14 | 2:13-cv-23073    | Beverly, Trisha |
| 15 | 2:13-cv-09785    | Binks, Tammy & Richard |
| 16 | 2:13-cv-07080    | Bodiford, Brenda & Raymond |
| 17 | 2:13-cv-32879    | Broughton, Margaret & Jay |
| 18 | 2:17-cv-00917    | Brown, Denise |
| 19 | 2:16-cv-09095    | Bruenning, Angela |
| 20 | 2:13-cv-26727    | Busch, Lola M. |
| 21 | 2:13-cv-15940    | Cardenas, Diana |
| 22 | 2:13-cv-22693    | Carder, Dolores & Aubrey |
| 23 | 2:15-cv-02538    | Carter, Mistie |
| 24 | 2:15-cv-05941    | Carter-Corn, Pamela |
| 25 | 2:14-cv-20668    | Catlett, Brenda Lee |
| 26 | 2:16-cv-07227    | Catlin, Margaret |
| 27 | 2:14-cv-02954    | Choate, Penny L. |
| 28 | 2:13-cv-13818    | Clanton, Brandie |
| 29 | 2:14-cv-02955    | Crandall, Lisa |
| 30 | 2:15-cv-06456    | Crouch, Delores |
| 31 | 2:14-cv-25588    | Crumpler, Montee |
| 32 | 2:16-cv-09838    | Cruz, Paulina |
| 33 | 2:13-cv-22564    | Cuevas, Martha & Abraham |
| 34 | 2:13-cv-13236    | Dale, Miriam |
| 35 | 2:14-cv-28511    | Darga, Jessica & Nicholas |
| 36 | 2:14-cv-17479    | De Saint Phalle, Jacqueline |
| 37 | 2:14-cv-28379    | Demontoya, Rose |
| 38 | 2:16-cv-01908    | Derrisseaux, Verla |
| 39 | 2:15-cv-03304    | Dill, Mary E. & Michael F. |

# EXHIBIT A
# PTO 326

| 40 | 2:13-cv-03546 | Dodson, Mitsey |
|---|---|---|
| 41 | 2:15-cv-13608 | Doss, Paula |
| 42 | 2:13-cv-09178 | Elliott, Michlene M. |
| 43 | 2:15-cv-07092 | Ercolani, Marcella |
| 44 | 2:16-cv-08894 | Estes, Devonna |
| 45 | 2:15-cv-05019 | Fahnestock, Martha |
| 46 | 2:16-cv-08000 | Fischer, Roberta |
| 47 | 2:13-cv-04611 | Flores, Arnulfa & Lorenzo |
| 48 | 2:16-cv-00433 | Foley, Teresa |
| 49 | 2:15-cv-07878 | Forero-Salazar, Yaned |
| 50 | 2:14-cv-02925 | Gabel, Tina L. |
| 51 | 2:13-cv-31447 | Galloway, Tanya |
| 52 | 2:17-cv-01127 | Gang, Debra |
| 53 | 2:13-cv-18837 | Garza, Martha & Juan Antonio |
| 54 | 2:13-cv-15778 | Gomez, Leslie Lee & Ignacio Gomez Vasquez |
| 55 | 2:17-cv-01126 | Griesing, Betty |
| 56 | 2:13-cv-26079 | Hale, Angela & John |
| 57 | 2:16-cv-06022 | Haley, Shirley |
| 58 | 2:14-cv-26647 | Hardin, Alice & William Sr. |
| 59 | 2:13-cv-30509 | Hau, Carrie A. |
| 60 | 2:14-cv-20285 | Hawk, Pauline S. Latham & Richard A. |
| 61 | 2:15-cv-05530 | Henriques, Stephanie |
| 62 | 2:15-cv-03049 | Hileman, Rena & Albert |
| 63 | 2:14-cv-30023 | Hinthorn, Barbara |
| 64 | 2:15-cv-02935 | Hobson, Stephanie S. |
| 65 | 2:14-cv-06428 | Hoeltzner, Paula |
| 66 | 2:17-cv-01124 | Houseknecht, Debra |
| 67 | 2:13-cv-28083 | Howell, Jeanie & Douglas |
| 68 | 2:13-cv-23744 | Jackson, Rita |
| 69 | 2:17-cv-00851 | Johnson, Cheri |
| 70 | 2:16-cv-00869 | Johnson, Lauren & Ronald |
| 71 | 2:13-cv-30843 | Johnson, Lena S. |
| 72 | 2:14-cv-27138 | Jones, Judith |
| 73 | 2:13-cv-11107 | Joosten, Gaylene |
| 74 | 2:13-cv-06813 | Kirby, Brenda L. & Jeffery |
| 75 | 2:14-cv-24528 | Laney, Minnie |
| 76 | 2:13-cv-19556 | Langley, Kimberly Farmer Groff |
| 77 | 2:12-cv-09760 | Lentz, Bonnie J. & Thomas |
| 78 | 2:13-cv-17636 | Lewis, Naomi |
| 79 | 2:15-cv-02945 | Lindsey, Lorilynn R. |

EXHIBIT A
PTO 326

| 80  | 2:17-cv-00859 | Macdonald, Michele |
|-----|---------------|--------------------|
| 81  | 2:15-cv-00184 | Maddock, Melissa |
| 82  | 2:12-cv-09883 | Maddux, Teresa |
| 83  | 2:17-cv-02021 | Manning, Debra |
| 84  | 2:13-cv-03073 | Marsh, Sara |
| 85  | 2:13-cv-32341 | Martinez, Eloise |
| 86  | 2:17-cv-04427 | McCaig, Carlene |
| 87  | 2:13-cv-07511 | McCubbins, Brenda |
| 88  | 2:12-cv-04090 | McCurdy, Kim D. |
| 89  | 2:14-cv-18586 | Mendez, Graciela & Refugio |
| 90  | 2:15-cv-05601 | Montgomery, Cheilion F. |
| 91  | 2:14-cv-06205 | Moreno, Elaine I. & Juan |
| 92  | 2:14-cv-18584 | Mouser, Brenda & Charles |
| 93  | 2:15-cv-04146 | Munsch, Sheila |
| 94  | 2:13-cv-22697 | Murn, Linda |
| 95  | 2:15-cv-11332 | Nash, Marianne |
| 96  | 2:16-cv-03562 | Neil, Donna |
| 97  | 2:13-cv-24262 | Nelson, Erin |
| 98  | 2:13-cv-03282 | Notter, Angela & Daron |
| 99  | 2:15-cv-03831 | O'Donnel, Nancy & Patrick |
| 100 | 2:13-cv-20755 | Oliver, Patsy |
| 101 | 2:15-cv-02111 | Olson, Cathryn |
| 102 | 2:14-cv-12999 | Painter, Charlene Marie |
| 103 | 2:16-cv-12229 | Pantoja, Tracy Lynn |
| 104 | 2:13-cv-17141 | Passarello, Diane |
| 105 | 2:13-cv-25754 | Peele-Rice, Crystal E. |
| 106 | 2:13-cv-08851 | Peridore, Courtney & Linsy |
| 107 | 2:14-cv-04334 | Pine, Carrie |
| 108 | 2:14-cv-16867 | Pinson, Evelyn E. |
| 109 | 2:17-cv-00869 | Policastro, Suzie |
| 110 | 2:15-cv-14939 | Powell, Penny |
| 111 | 2:16-cv-00852 | Price, Sharon & Jack |
| 112 | 2:13-cv-21996 | Propes, Vicki |
| 113 | 2:13-cv-27218 | Randol, Shannon |
| 114 | 2:17-cv-00868 | Ratliff, Daphne |
| 115 | 2:15-cv-05238 | Read, Paula S. |
| 116 | 2:15-cv-02112 | Renter, Victoria |
| 117 | 2:13-cv-17039 | Requelme, Judith |
| 118 | 2:14-cv-05301 | Rich-Maynard, Michelle R. & Johnny |
| 119 | 2:13-cv-29401 | Robinson, Belinda |

# EXHIBIT A
## PTO 326

| 120 | 2:17-cv-01115 | Rodgers, Stephanie |
|-----|---------------|--------------------|
| 121 | 2:14-cv-18220 | Rounds, Clara |
| 122 | 2:16-cv-10143 | Rowe, Alberta |
| 123 | 2:15-cv-13607 | Sapp, Renee |
| 124 | 2:14-cv-05314 | Scofield, Bonnie |
| 125 | 2:13-cv-26649 | Sego, Sondra & Frederick |
| 126 | 2:13-cv-16460 | Semore, Suzan |
| 127 | 2:15-cv-04300 | Sevek, Penny & David |
| 128 | 2:12-cv-02269 | Shell, Kathy & Roger |
| 129 | 2:15-cv-13670 | Shook, Marie |
| 130 | 2:17-cv-01111 | Sildack, Melissa |
| 131 | 2:14-cv-00051 | Simpson, Ramona |
| 132 | 2:13-cv-26112 | Smigiel, Laura |
| 133 | 2:14-cv-01377 | Smith, Clarice |
| 134 | 2:13-cv-27269 | Snyder, Patience & Matthew |
| 135 | 2:15-cv-14745 | Spicer, Sarah L. |
| 136 | 2:12-cv-07987 | Stapleton, Shannon & Vansel |
| 137 | 2:13-cv-13080 | Stephens, Tammy A. |
| 138 | 2:12-cv-06033 | Sugg, Lenda |
| 139 | 2:13-cv-07671 | Sutton, Kimberly |
| 140 | 2:17-cv-01108 | Szelest, Lisa |
| 141 | 2:14-cv-16688 | Tejeda, Carmen |
| 142 | 2:12-cv-02994 | Trammell, Vicki & Randall W. |
| 143 | 2:15-cv-16174 | Thomas, Sadie L. & John |
| 144 | 2:16-cv-11128 | Troyer, Cherie L. |
| 145 | 2:14-cv-11382 | Utrera, Samantha K. |
| 146 | 2:14-cv-01680 | Vazquez-Nitschneider, Laura |
| 147 | 2:14-cv-05177 | Vitkauskas, Rebecca & Paul |
| 148 | 2:14-cv-14174 | Walker, Nancy K. |
| 149 | 2:17-cv-04358 | Walters, Anna S. & Wayne C. |
| 150 | 2:13-cv-07990 | Washington, Carole |
| 151 | 2:13-cv-09712 | Waters, Paula |
| 152 | 2:14-cv-07177 | White, Kimberly F. |
| 153 | 2:15-cv-12817 | Whitehurst, Melinda |
| 154 | 2:16-cv-03282 | Wilkerson, Barbara |
| 155 | 2:14-cv-29092 | Willes, Lynne Gordiner |
| 156 | 2:16-cv-03361 | Williams, Clara |
| 157 | 2:13-cv-08957 | Williams, Laverne |
| 158 | 2:16-cv-03288 | Williams, Sandy Michelle |
| 159 | 2:15-cv-03129 | Winsborough, Shannon P. |

# EXHIBIT A
# PTO 326

| 160 | 2:16-cv-08589 | Wormsley, Janet |
|---|---|---|
| 161 | 2:18-cv-00033 | Wyatt, Crystal Dawn |
| 162 | 2:13-cv-24791 | Zellem, Cathy L. |
| 163 | 2:13-cv-31925 | Arguilar, Maria |
| 163 | 2:15-cv-11944 | Allen, Joanne |
| 164 | 2:15-cv-12118 | Bardle, Beverly |
| 165 | 2:15-cv-04948 | Barron, Michelle |
| 166 | 2:14-cv-02166 | Bonilla, Martina |
| 167 | 2:15-cv-04940 | Brooks, Kristi |
| 168 | 2:15-cv-08791 | Bruno, Lynn |
| 169 | 2:15-cv-11409 | Compton, Gleda |
| 170 | 2:15-cv-05126 | Congdon, Dora |
| 171 | 2:15-cv-09748 | Conley, Patricia |
| 172 | 2:15-cv-03452 | Dollahite, Vlema |
| 173 | 2:15-cv-11219 | Gentry, Sally |
| 174 | 2:15-cv-05857 | Gillenwater, Peggy |
| 175 | 2:15-cv-05080 | Gustus, Tracy |
| 177 | 2:14-cv-06588 | Hamilton, Tina Marie |
| 178 | 2:15-cv-03505 | Healey, Wendy |
| 179 | 2:15-cv-05855 | Hyder, Patsy |
| 180 | 2:15-cv-05432 | Ingram, Mary |
| 181 | 2:13-cv-09522 | Killian, Suzanne |
| 182 | 2:15-cv-05858 | Kiser, Ella |
| 183 | 2:15-cv-12284 | Magnus, Roberta |
| 184 | 2:14-cv-04041 | Mayfield, Dianne |
| 185 | 2:15-cv-11956 | McCurry, Corena |
| 186 | 2:14-cv-29329 | Moore, Dorothy |
| 187 | 2:15-cv-12087 | Morgan, Linda |
| 188 | 2:12-cv-03797 | Ogg, Phyllis |
| 189 | 2:15-cv-08888 | Piker, Patricia |
| 190 | 2:12-cv-03554 | Reed, Gail |
| 191 | 2:14-cv-04318 | Scharping, Evelynne |
| 192 | 2:15-cv-12307 | Schenk, Verline |
| 193 | 2:13-cv-31930 | Torres Ruiz, Luz |