IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEM
        PRODUCTS LIABILITY LITIGATION          MDL 2327

THIS DOCUMENT RELATES TO THE CASE(S)
IN THE EXHIBIT(S)

**ORDER**

It is **ORDERED** that the Clerk **STRIKE** from the docket, the proposed Inactive Docket Order filed on October 31, 2018 [ECF No. 7170].

ENTER: January 30, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE