IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                     MDL NO. 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7201], is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson (collectively "Ethicon", to the extent they are named. The parties are seeking dismissal of the Ethicon defendants with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The court **ORDERS** that the Joint Motion to Dismiss Defendants with Prejudice is **GRANTED**. If no other defendants remain in an individual action, it is further **ORDERED** that those actions are **STRICKEN** from the docket and any motions pending in the individual case at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to dismiss the Ethicon defendants from the actions listed on the attached Exhibit A, close all cases with no remaining defendants, and file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: February 1, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Case Number | Case Style |
| --- | --- |
| 2:16-cv-05351 | Abrams et al v. Ethicon, Inc. et al |
| 2:14-cv-19923 | Allen v. Ethicon, Inc. et al |
| 2:13-cv-26963 | Anderson et al v. Ethicon, Inc. et al |
| 2:14-cv-20802 | Baker v. Ethicon, Inc. et al |
| 2:14-cv-20824 | Bunting v. Ethicon, Inc. et al |
| 2:14-cv-12065 | Capobianco-Cosner v. Ethicon, Inc. et al |
| 2:13-cv-23824 | Croessmann (Westberg) et al v. Ethicon, Inc. et al |
| 2:13-cv-26968 | Gaumer et al v. Ethicon, Inc. et al |
| 2:12-cv-08529 | Gayle et al v. Ethicon, Inc. et al |
| 2:13-cv-26370 | Gordon et al v. Ethicon, Inc. et al |
| 2:12-cv-06402 | Graves et al v. Ethicon, Inc. et al |
| 2:14-cv-21295 | Harrison et al v. Ethicon, Inc. et al |
| 2:14-cv-18513 | Hinzman v. Ethicon, Inc. et al |
| 2:13-cv-29546 | Hoeflich et al v. Ethicon, Inc. et al |
| 2:13-cv-26972 | Hoffman v. Ethicon, Inc. et al |
| 2:12-cv-05603 | Jenkinson et al v. Ethicon, Inc. et al |
| 2:15-cv-03366 | Johnson v. Ethicon, Inc. et al |
| 2:14-cv-27489 | Jones v. Ethicon, Inc. et al |
| 2:13-cv-26976 | Lane et al v. Ethicon, Inc. et al |
| 2:13-cv-24335 | Laney v. Ethicon, Inc. et al |
| 2:13-cv-07338 | Lawson v. Ethicon, Inc. et al |
| 2:14-cv-18247 | Levitt et al v. Ethicon, Inc. et al |
| 2:12-cv-08883 | Magee v. Ethicon, Inc. et al |
| 2:14-cv-21741 | Mardaga v. Ethicon, Inc. et al |
| 2:13-cv-33221 | Panzano et al v. Ethicon, Inc. et al |
| 2:14-cv-21773 | Prescott-Walker v. Ethicon, Inc. et al |
| 2:13-cv-26979 | Radford et al v. Ethicon, Inc. et al |
| 2:12-cv-09659 | Rice et al v. Ethicon, Inc. et al |
| 2:14-cv-22454 | Roach et al v. Ethicon, Inc. et al |
| 2:13-cv-26978 | Roberts et al v. Ethicon, Inc. et al |
| 2:16-cv-08999 | Roberts et al v. Ethicon, Inc. et al |
| 2:12-cv-05993 | Smeaton et al v. Ethicon, Inc. et al |
| 2:13-cv-26828 | Underwood et al v. Ethicon, Inc. et al |
| 2:14-cv-07037 | Villalpando et al v. Ethicon, Inc. et al |
| 2:14-cv-00461 | Waits et al v. Ethicon, Inc. et al |
| 2:14-cv-22412 | Ward v. Ethicon, Inc. et al |
| 2:14-cv-02267 | West et al v. Ethicon, Inc. et al |
| 2:14-cv-00459 | Whitaker v. Ethicon, Inc. et al |
| 2:14-cv-01389 | Williams v. Ethicon, Inc. et al |
| 2:13-cv-06248 | Mattiello et al v. Ethicon, Inc. et al |
| 2:14-cv-21395 | Spinks et al v. Ethicon, Inc. et al |
| 2:14-cv-00458 | Wolinski et al v. Ethicon, Inc. et al |