IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

## ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7202], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson (collectively "Ethicon"), to the extent they are named. The parties are seeking dismissal of these actions with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The court **ORDERS** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. If no other defendants remain in an individual action, it is further **ORDERED** that those actions are **STRICKEN** from the docket and any motions pending in the individual case at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to dismiss the Ethicon defendants from the actions listed on the attached Exhibit, close all cases with no remaining defendants, and file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  February 1, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| Case Number | Case Style |
|---|---|
| 2:16-cv-00520 | Carson v. Ethicon, Inc. et al |
| 2:13-cv-04800 | Gonzalez et al v. Ethicon, Inc. et al |
| 2:13-cv-12756 | Johnson et al v. Ethicon, Inc. et al |
| 2:13-cv-12496 | Leonard v. Ethicon, Inc. et al |
| 2:14-cv-16865 | Nillaga-Crisostomo et al v. Ethicon, Inc. et al |
| 2:14-cv-10614 | Oliver et al v. Ethicon, Inc. et al |
| 2:13-cv-29172 | Ramirez et al v. Ethicon, Inc. et al |
| 2:13-cv-12764 | Weld v. Ethicon, Inc. et al |
| 2:13-cv-12120 | Worrall et al v. Ethicon, Inc. et al |
| | |

44864776.v1