UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly stipulate to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own costs.

Respectfully submitted,

/s Richard A. Capshaw
Richard A. Capshaw
Capshaw & Associates
3500 Maple Avenue Suite 1100
Dallas, TX 75219
214-761-6610
richard@capslaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Batiste v. Ethicon, Inc. et al | 2:13-cv-20461 |
| Keneavy et al v. Ethicon, Inc. et al | 2:13-cv-19353 |
| Leonardi et al v. Ethicon, Inc. et al | 2:13-cv-19264 |
| Allen-Kelsay v. Ethicon, Inc. et al | 2:13-cv-19314 |
| Burton v. Ethicon, Inc. et al | 2:14-cv-10831 |
| Garey v. Ethicon, Inc. et al | 2:13-cv-19326 |
| Jackson v. Ethicon, Inc. et al | 2:13-cv-19327 |
| Rice v. Ethicon, Inc. et al | 2:14-cv-21592 |
| Shankweiler v. Ethicon, Inc. et al | 2:14-cv-21592 |
| Soto v. Ethicon, Inc. et al | 2:14-cv-21595 |
| McQueen v. C. R. Bard, Inc. et al | 2:13-cv-19512 |
| Riech v. Ethicon, Inc. et al | 2:13-cv-19512 |

45825374.v1