UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly stipulate to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own costs.

Respectfully submitted,

/s *Caroline L. Maida*
Caroline L. Maida
The Mostyn Law Firm
3810 West Alabama Street
Houston, TX 77027
(713) 861-6616
clmaida@mostynlaw.com
*Counsel for Plaintiffs*

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street, Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

## EXHIBIT A

| Case Number | Case Name |
|---|---|
| 2:16-cv-10354 | Aquino v. Ethicon, Inc. et al |
| 2:16-cv-06943 | Bailey et al v. Ethicon, Inc. et al |
| 2:16-cv-04990 | Bailey et al v. Ethicon, Inc. et al |
| 2:14-cv-00583 | Barnes v. Johnson & Johnson et al |
| 2:15-cv-07934 | Adams v. Ethicon, Inc. et al |
| 2:14-cv-21708 | Adamson v. Ethicon, Inc. et al |
| 2:16-cv-09361 | Aldridge v. Ethicon, Inc. et al |
| 2:14-cv-21871 | Alter et al v. Ethicon, Inc. et al |
| 2:17-cv-02974 | Alvarado v. Ethicon, Inc. et al |
| 2:15-cv-15235 | Anderson et al v. Ethicon, Inc. et al |
| 2:16-cv-05230 | Anderson et al v. Ethicon, Inc. et al |
| 2:15-cv-13907 | Anderson et al v. Ethicon, Inc. et al |
| 2:16-cv-03603 | Anderson et al v. Ethicon, Inc. et al |
| 2:16-cv-07493 | Anderson v. Ethicon, Inc. et al |
| 2:15-cv-08017 | Angeles v. Ethicon, Inc. et al |
| 2:15-cv-13911 | Anthony v. Ethicon, Inc. et al |
| 2:14-cv-22673 | Arellano et al v. Ethicon, Inc. et al |
| 2:14-cv-22178 | Armagost v. Ethicon, Inc. et al |
| 2:16-cv-03818 | Armentrout v. Ethicon, Inc. et al |
| 2:16-cv-11542 | Armstrong-Ellison v. Ethicon, Inc. et al |
| 2:15-cv-12682 | Aronson v. Ethicon, Inc. et al |
| 2:13-cv-32948 | Baber v. Johnson & Johnson et al |
| 2:16-cv-12060 | Bainter v. Ethicon, Inc. et al |
| 2:14-cv-30336 | Baker et al v. Ethicon, Inc. et al |
| 2:14-cv-13095 | Baker et al v. Ethicon, Inc. et al |
| 2:16-cv-04483 | Baker v. Ethicon, Inc. et al |
| 2:14-cv-12242 | Ball v. Ethicon, Inc. et al |
| 2:14-cv-31346 | Banning v. Ethicon, Inc. et al |
| 2:14-cv-11243 | Barcy v. Ethicon, Inc. et al |
| 2:15-cv-08016 | Barger et al v. Ethicon, Inc. et al |
| 2:14-cv-30473 | Barreiro et al v. Ethicon, Inc. et al |
| 2:13-cv-32948 | Baumgard v. Johnson & Johnson et al |
| 2:14-cv-00076 | Baxter et al v. Ethicon, Inc. et al |
| 2:14-cv-29937 | Bean et al v. Ethicon, Inc. et al |
| 2:15-cv-08745 | Beard et al v. Ethicon, Inc. et al |
| 2:15-cv-14857 | Bell v. Ethicon, Inc. et al |
| 2:16-cv-08027 | Bennett v. Ethicon, Inc. et al |
| 2:13-cv-30788 | Bennett v. Ethicon, Inc. et al |

45858357.v1

| | |
|---|---|
| 2:16-cv-03669 | Beren v. Ethicon, Inc. et al |
| 2:16-cv-04006 | Berg et al v. Ethicon, Inc. et al |
| 2:16-cv-08031 | Berrier v. Ethicon, Inc. et al |
| 2:13-cv-33495 | Berry v. Ethicon, Inc. et al |
| 2:14-cv-29703 | Biondo et al v. Ethicon, Inc. et al |
| 2:16-cv-01442 | Blanco et al v. Ethicon, Inc. et al |
| 2:13-cv-18654 | Bly v. Ethicon, Inc. et al |
| 2:15-cv-12684 | Bond v. Ethicon, Inc. et al |
| 2:14-cv-29831 | Borden v. Ethicon, Inc. et al |
| 2:13-cv-19652 | Borden v. Ethicon, Inc. et al |
| 2:15-cv-07935 | Boren et al v. Ethicon, Inc. et al |
| 2:14-cv-23611 | Boyd v. Ethicon, Inc. et al |
| 2:13-cv-30795 | Bradford v. Ethicon, Inc. et al |
| 2:15-cv-08020 | Brawley v. Ethicon, Inc. et al |
| 2:16-cv-01887 | Brigham v. Ethicon, Inc. et al |
| 2:16-cv-09991 | Brothers v. Ethicon, Inc. et al |
| 2:16-cv-11669 | Broussard v. Ethicon, Inc. et al |
| 2:14-cv-22293 | Brown v. Ethicon, Inc. et al |
| 2:15-cv-14185 | Broyles-Weaver v. Ethicon, Inc. et al |
| 2:16-cv-12189 | Brummett v. Ethicon, Inc. et al |
| 2:16-cv-00439 | Bryant et al v. Ethicon, Inc. et al |
| 2:15-cv-08729 | Bryant v. Ethicon, Inc. et al |
| 2:16-cv-08872 | Bublitz v. Boston Scientific Corporation et al |
| 2:14-cv-23020 | Buccelli et al v. Ethicon, Inc. et al |
| 2:13-cv-33527 | Bucholz v. Ethicon, Inc. et al |
| 2:14-cv-21680 | Bucholz v. Ethicon, Inc. et al |
| 2:16-cv-10175 | Buhse v. Ethicon, Inc. et al |
| 2:16-cv-09038 | Bullard et al v. Ethicon, Inc. et al |
| 2:13-cv-32948 | Burch v. Johnson & Johnson et al |
| 2:16-cv-09961 | Burdue v. Ethicon, Inc. et al |
| 2:16-cv-10687 | Burgess v. Ethicon, Inc. et al |
| 2:13-cv-32948 | Burgess v. Ethicon, Inc. et al |
| 2:15-cv-08731 | Burton v. Ethicon, Inc. et al |
| 2:16-cv-10176 | Bush v. Ethicon, Inc. |
| 2:15-cv-16270 | Butler et al v. Ethicon, Inc. et al |
| 2:14-cv-31468 | Bynum et al v. Ethicon, Inc. et al |
| 2:16-cv-03035 | Byrd v. Ethicon, Inc. et al |
| 2:15-cv-14606 | Cabanas v. Ethicon, Inc. et al |
| 2:16-cv-01476 | Cabanas v. Ethicon, Inc. et al |
| 2:14-cv-30234 | Cameron et al v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:15-cv-08763 | Cammarano v. Ethicon, Inc. et al |
| 2:16-cv-06369 | Campa et al v. Ethicon, Inc. et al |
| 2:14-cv-13015 | Campbell v. Ethicon, Inc. et al |
| 2:16-cv-10109 | Campbell v. Ethicon, Inc. et al |
| 2:15-cv-08025 | Campbell v. Ethicon, Inc. et al |
| 2:14-cv-30306 | Cardwell v. Ethicon, Inc. et al |
| 2:16-cv-03327 | Carlozzi et al v. Ethicon, Inc. et al |
| 2:16-cv-01586 | Carrick et al v. Ethicon, Inc. et al |
| 2:15-cv-09726 | Carrillo et al v. Ethicon, Inc. et al |
| 2:14-cv-30500 | Carrillo v. Ethicon, Inc. et al |
| 2:14-cv-23608 | Carter v. Ethicon, Inc. et al |
| 2:16-cv-11283 | Catrett v. Ethicon, Inc. et al |
| 2:16-cv-11208 | Chalmers v. Ethicon, Inc. et al |
| 2:14-cv-30228 | Chambers v. Ethicon, Inc. et al |
| 2:16-cv-11670 | Cheek v. Ethicon, Inc. et al |
| 2:16-cv-01628 | Clancy v. Ethicon, Inc. et al |
| 2:15-cv-12685 | Clark et al v. Ethicon, Inc. et al |
| 2:15-cv-14363 | Clark v. Ethicon, Inc. et al |
| 2:16-cv-11248 | Clark v. Ethicon, Inc. et al |
| 2:16-cv-10182 | Clark v. Ethicon, Inc. et al |
| 2:14-cv-22172 | Cleeves v. Ethicon, Inc. et al |
| 2:13-cv-32948 | Clem v. Johnson & Johnson et al |
| 2:15-cv-08033 | Cole v. Ethicon, Inc. et al |
| 2:15-cv-16441 | Cole v. Ethicon, Inc. et al |
| 2:14-cv-30492 | Cole v. Ethicon, Inc. et al |
| 2:14-cv-30278 | Coleman et al v. Ethicon, Inc. et al |
| 2:15-cv-09269 | Coletti v. Ethicon, Inc. et al |
| 2:15-cv-15244 | Collings et al v. Ethicon, Inc. et al |
| 2:16-cv-10183 | Conover v. Ethicon, Inc. et al |
| 2:16-cv-11614 | Cook v. Ethicon, Inc. et al |
| 2:16-cv-03780 | Cook v. Ethicon, Inc. et al |
| 2:14-cv-22207 | Cordery et al v. Ethicon, Inc. et al |
| 2:13-cv-32948 | Coscino v. Johnson & Johnson et al |
| 2:15-cv-08000 | Cossneer v. Ethicon, Inc. et al |
| 2:15-cv-08355 | Crawford v. Ethicon, Inc. et al |
| 2:15-cv-13931 | Crozier v. Ethicon, Inc. et al |
| 2:15-cv-08356 | Crutcher v. Ethicon, Inc. et al |
| 2:15-cv-08030 | Cushing v. Ethicon, Inc. et al |
| 2:16-cv-11948 | Daniels v. Ethicon, Inc. et al |
| 2:16-cv-12203 | Davidson v. Ethicon, Inc. et al |
| 2:14-cv-23049 | Davis v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:13-cv-18669 | Davis v. Ethicon, Inc. et al |
| 2:13-cv-31028 | Davis v. Ethicon, Inc. et al |
| 2:15-cv-16443 | Delagrave et al v. Ethicon, Inc. et al |
| 2:14-cv-22212 | Demond et al v. Ethicon, Inc. et al |
| 2:14-cv-13111 | Dempsey et al v. Ethicon, Inc. et al |
| 2:16-cv-10688 | Desbonnet v. Ethicon, Inc. et al |
| 2:14-cv-30364 | Deshotel v. Ethicon, Inc. et al |
| 2:15-cv-8864 | Deviney v. Ethicon, Inc. et al |
| 2:15-cv-14022 | Dillinger v. Ethicon, Inc. et al |
| 2:14-cv-29777 | Dipippo v. Ethicon, Inc. et al |
| 2:14-cv-30474 | Dockins v. Ethicon, Inc. et al |
| 2:16-cv-10057 | Doyle v. Ethicon, Inc. et al |
| 2:17-cv-03911 | Dreyer v. Ethicon, Inc. et al |
| 2:17-cv-03173 | DuMond v. Ethicon, Inc. et al |
| 2:15-cv-14641 | Dunn v. Ethicon, Inc. et al |
| 2:14-cv-21910 | Dunsmore et al v. Ethicon, Inc. et al |
| 2:16-cv-01890 | Duran et al v. Ethicon, Inc. et al |
| 2:15-cv-08429 | Dymerets et al v. Ethicon, Inc. et al |
| 2:16-cv-09700 | Eastham v. Ethicon, Inc. et al |
| 2:16-cv-04248 | Edelen v. Ethicon, Inc. et al |
| 2:16-cv-11585 | Edmonds v. Ethicon, Inc. et al |
| 2:15-cv-14021 | Edwards et al v. Ethicon, Inc. et al |
| 2:14-cv-18413 | Edwards et al v. Ethicon, Inc. et al |
| 2:16-cv-08944 | Ellis v. Ethicon, Inc. et al |
| 2:15-cv-15471 | Ellrick v. Ethicon, Inc. et al |
| 2:15-cv-10669 | Elvington et al v. Ethicon, Inc. et al |
| 2:14-cv-00583 | English v. Johnson & Johnson et al |
| 2:16-cv-12244 | Evans v. Ethicon, Inc. et al |
| 2:14-cv-23643 | Evola v. Ethicon, Inc. et al |
| 2:16-cv-08413 | Farley v. Ethicon, Inc. et al |
| 2:15-cv-12688 | Farris et al v. Ethicon, Inc. et al |
| 2:14-cv-22072 | Faulkner v. Ethicon, Inc. et al |
| 2:16-cv-02668 | Feltner v. Ethicon, Inc. et al |
| 2:14-cv-30373 | Ferguson et al v. Ethicon, Inc. et al |
| 2:15-cv-14646 | Fichtner et al v. Ethicon, Inc. et al |
| 2:16-cv-01389 | Fifarek et al v. Ethicon, Inc. et al |
| 2:16-cv-04835 | Filar et al v. Ethicon, Inc. et al |
| 2:16-cv-02867 | Finnerty et al v. Ethicon, Inc. et al |
| 2:14-cv-21829 | Fitzgerald et al v. Ethicon, Inc. et al |
| 2:15-cv-08369 | Flagor et al v. Ethicon, Inc. et al |
| 2:14-cv-21722 | Fontaine v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:16-cv-11584 | Fontaine v. Ethicon, Inc. et al |
| 2:14-cv-11289 | Foose et al v. Ethicon, Inc. et al |
| 2:13-cv-33587 | Ford v. Ethicon, Inc. et al |
| 2:16-cv-07890 | Foster v. Ethicon, Inc. et al |
| 2:14-cv-30789 | Fournier et al v. Ethicon, Inc. et al |
| 2:16-cv-00625 | Fouse et al v. Ethicon, Inc. et al |
| 2:16-cv-01713 | Fowler et al v. Ethicon, Inc. et al |
| 2:16-cv-08371 | Frank v. Ethicon, Inc. et al |
| 2:14-cv-13165 | Frayer et al v. Ethicon, Inc. et al |
| 2:16-cv-07893 | Free v. Ethicon, Inc. et al |
| 2:16-cv-07894 | Freeman v. Ethicon, Inc. et al |
| 2:14-cv-00583 | Fuerst v. Johnson & Johnson et al |
| 2:16-cv-09774 | Galal v. Ethicon, Inc. et al |
| 2:13-cv-30812 | Gall v. Ethicon, Inc. et al |
| 2:16-cv-00033 | Gamble v. Ethicon, Inc. et al |
| 2:16-cv-08131 | Gand v. Boston Scientific Corporation et al |
| 2:16-cv-03946 | Garcia et al v. Ethicon, Inc. et al |
| 2:16-cv-10060 | Garcia v. Ethicon, Inc. et al |
| 2:16-cv-04280 | Gardemann et al v. Ethicon, Inc. et al |
| 2:15-cv-14048 | Gaunt v. Ethicon, Inc. et al |
| 2:14-cv-11075 | Gerber et al v. Ethicon, Inc. et al |
| 2:14-cv-30803 | Gibby v. Ethicon, Inc. et al |
| 2:14-cv-13169 | Gibson v. Ethicon, Inc. et al |
| 2:17-cv-02660 | Gibson v. Ethicon, Inc. et al |
| 2:16-cv-09778 | Giles v. Ethicon, Inc. et al |
| 2:16-cv-09672 | Gillespie v. Ethicon, Inc. et al |
| 2:15-cv-08894 | Gimenez v. Ethicon, Inc. et al |
| 2:15-cv-14212 | Glenn v. Ethicon, Inc. et al |
| 2:17-cv-02661 | Glisson v. Ethicon, Inc. et al |
| 2:14-cv-11163 | Go v. Ethicon, Inc. et al |
| 2:16-cv-02619 | Goins v. Ethicon, Inc. et al |
| 2:15-cv-14060 | Goodman et al v. Ethicon, Inc. et al |
| 2:16-cv-10642 | Goodwin v. Ethicon, Inc. et al |
| 2:16-cv-11602 | Goraum v. Ethicon, Inc. et al |
| 2:16-cv-04830 | Gordon v. Ethicon, Inc. et al |
| 2:17-cv-03969 | Graham v. Ethicon, Inc. et al |
| 2:17-cv-03174 | Grant v. Ethicon, Inc. et al |
| 2:17-cv-03047 | Graves v. Ethicon, Inc. et al |
| 2:16-cv-08152 | Gray v. Ethicon, Inc. et al |
| 2:14-cv-31365 | Green et al v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:16-cv-12359 | Greene v. Ethicon, Inc. et al |
| 2:16-cv-08153 | Greene v. Ethicon, Inc. et al |
| 2:15-cv-10690 | Greenwell v. Ethicon, Inc. et al |
| 2:15-cv-08374 | Greenwood-Easter v. Ethicon, Inc. et al |
| 2:16-cv-08418 | Gregory v. Ethicon, Inc. et al |
| 2:14-cv-12291 | Gribble et al v. Ethicon, Inc. et al |
| 2:16-cv-10784 | Griffin v. Ethicon, Inc. et al |
| 2:16-cv-03855 | Griffin v. Ethicon, Inc. et al |
| 2:14-cv-29800 | Grower-Gillette v. Ethicon, Inc. et al |
| 2:14-cv-21659 | Guerra v. Ethicon, Inc. et al |
| 2:16-cv-01893 | Gullo v. Ethicon, Inc. et al |
| 2:14-cv-22107 | Gunn v. Ethicon, Inc. et al |
| 2:15-cv-08709 | Guy v. Ethicon, Inc. et al |
| 2:16-cv-09064 | Haasch et al v. Ethicon, Inc. et al |
| 2:15-cv-08492 | Haley et al v. Ethicon, Inc. et al |
| 2:14-cv-052330 | Haley v. Ethicon, Inc. et al |
| 2:16-cv-03594 | Hall et al v. Ethicon, Inc. et al |
| 2:17-cv-03055 | Hall v. Ethicon, Inc. et al |
| 2:16-cv-08518 | Hall v. Ethicon, Inc. et al |
| 2:15-cv-10698 | Hammond et al v. Ethicon, Inc. et al |
| 2:17-cv-02307 | Hammond v. Ethicon, Inc. et al |
| 2:15-cv-10195 | Hanson v. Ethicon, Inc. et al |
| 2:14-cv-13170 | Hari et al v. Ethicon, Inc. et al |
| 2:15-cv-08037 | Harman v. Ethicon, Inc. et al |
| 2:14-cv-22282 | Harper et al v. Ethicon, Inc. et al |
| 2:17-cv-02040 | Harrington v. Ethicon, Inc. et al |
| 2:16-cv-09725 | Harvell v. Ethicon, Inc. et al |
| 2:14-cv-30957 | Hays v. Ethicon, Inc. et al |
| 2:16-cv-10622 | Haywood v. Ethicon, Inc. et al |
| 2:16-cv-11785 | Heaston v. Ethicon, Inc. et al |
| 2:13-cv-33615 | Hedrick v. Ethicon, Inc. et al |
| 2:16-cv-04112 | Hensley v. Ethicon, Inc. et al |
| 2:17-cv-00667 | Herdman v. Ethicon, Inc. et al |
| 2:16-cv-08357 | Hernandez v. Ethicon, Inc. et al |
| 2:15-cv-14028 | Hewlett et al v. Ethicon, Inc. et al |
| 2:16-cv-08425 | Hicks v. Ethicon, Inc. et al |
| 2:16-cv-12169 | Hicks v. Ethicon, Inc. et al |
| 2:14-cv-29747 | Hidalgo v. Ethicon, Inc. et al |
| 2:13-cv-32948 | Hilderbrand v. Johnson & Johnson et al |
| 2:16-cv-05036 | Hilen et al v. Ethicon, Inc. et a |
| 2:16-cv-05471 | Hill et al v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:15-cv-15271 | Hill v. Ethicon, Inc. et al |
| 2:16-cv-11740 | Hinkle v. Ethicon, Inc. et al |
| 2:16-cv-11090 | Hinshaw v. Ethicon, Inc. et al |
| 2:15-cv-10203 | Hirschy v. Ethicon, Inc. et al |
| 2:16-cv-03863 | Hobbs et al v. Ethicon, Inc. et al |
| 2:16-cv-01760 | Hoel et al v. Ethicon, Inc. et al |
| 2:15-cv-14907 | Holland v. Ethicon, Inc. et al |
| 2:16-cv-03864 | Holland v. Ethicon, Inc. et al |
| 2:15-cv-15273 | Hollis v. Ethicon, Inc. et al |
| 2:16-cv-03605 | Holt et al v. Ethicon, Inc. et al |
| 2:15-cv-08039 | Honeycutt v. Ethicon, Inc. et al |
| 2:15-cv-15752 | Horsey v. Ethicon, Inc. et al |
| 2:16-cv-11073 | Hoskins v. Ethicon, Inc. et al |
| 2:14-cv-23158 | House v. Ethicon, Inc. et al |
| 2:16-cv-10637 | Howard v. Ethicon, Inc. et al |
| 2:15-cv-09529 | Huff v. Ethicon, Inc. et al |
| 2:15-cv-15276 | Humason et al v. Ethicon, Inc. et al |
| 2:16-cv-01774 | Humeston v. Ethicon, Inc. et al |
| 2:14-cv-23635 | Humeston v. Ethicon, Inc. et al |
| 2:14-cv-13823 | Hunter v. Ethicon, Inc. et al |
| 2:14-cv-21714 | Hurst et al v. Ethicon, Inc. et al |
| 2:14-cv-21693 | Hurtado v. Ethicon, Inc. et al |
| 2:14-cv-21716 | Hutson et al v. Ethicon, Inc. et al |
| 2:14-cv-22908 | Ingersoll et al v. Ethicon, Inc. et al |
| 2:15-cv-14225 | Inglee et al v. Ethicon, Inc. et al |
| 2:14-cv-18395 | Ingram v. Ethicon, Inc. et al |
| 2:14-cv-18391 | Jackson v. Ethicon, Inc. et al |
| 2:17-cv-02992 | Jackson v. Ethicon, Inc. et al |
| 2:15-cv-00729 | Jacobs v. Ethicon, Inc. et al |
| 2:15-cv-14229 | Janish v. Ethicon, Inc. et al |
| 2:14-cv-21876 | Jarvis v. Ethicon, Inc. et al |
| 2:16-cv-05116 | Jaskierny et al v. Ethicon, Inc. et al |
| 2:14-cv-23172 | Jenson et al v. Ethicon, Inc. et al |
| 2:16-cv-08909 | Jewell et al v. Ethicon, Inc. et al |
| 2:17-cv-00670 | Johnson v. Ethicon, Inc. et al |
| 2:14-cv-23036 | Johnson v. Ethicon, Inc. et al |
| 2:16-cv-11944 | Johnson v. Ethicon, Inc. et al |
| 2:14-cv-22138 | Johnson v. Ethicon, Inc. et al |
| 2:17-cv-00457 | Johnson v. Ethicon, Inc. et al |
| 2:16-cv-03205 | Johnson v. Ethicon, Inc. et al |
| 2:16-cv-01777 | Johnston et al v. Ethicon, Inc. et al |

| 2:15-cv-14399 | Jones et al v. Ethicon, Inc. et al |
|---|---|
| 2:16-cv-10791 | Jones v. Ethicon, Inc. et al |
| 2:15-cv-08935 | Jones v. Ethicon, Inc. et al |
| 2:13-cv-19683 | Jones v. Ethicon, Inc. et al |
| 2:13-cv-22642 | Justice v. Ethicon, Inc. et al |
| 2:15-cv-15323 | Kaczor et al v. Ethicon, Inc. et al |
| 2:16-cv-11942 | Kain v. Ethicon, Inc. et al |
| 2:15-cv-12691 | Kales v. Ethicon, Inc. et al |
| 2:17-cv-00035 | Kalotay v. Ethicon, Inc. et al |
| 2:16-cv-11095 | Kanode v. Ethicon, Inc. et al |
| 2:16-cv-10664 | Kaszkur v. Ethicon, Inc. et al |
| 2:16-cv-12542 | Kavanaugh v. Ethicon, Inc. et al |
| 2:14-cv-12297 | Kees et al v. Ethicon, Inc. et al |
| 2:14-cv-22166 | Kelly v. Ethicon, Inc. et al |
| 2:14-cv-00097 | Kennedy v. Ethicon, Inc. et al |
| 2:14-cv-13188 | Kent et al v. Ethicon, Inc. et al |
| 2:14-cv-11104 | Kent et al v. Ethicon, Inc. et al |
| 2:16-cv-12536 | Kessler v. Ethicon, Inc. et al |
| 2:16-cv-01792 | Keys v. Ethicon, Inc. et al |
| 2:15-cv-08041 | Kidwell et al v. Ethicon, Inc. et al |
| 2:16-cv-11441 | Kilchrist v. Ethicon, Inc. et al |
| 2:16-cv-04063 | King et al v. Ethicon, Inc. et al |
| 2:14-cv-31492 | King v. Ethicon, Inc. et al |
| 2:13-cv-32948 | Kingery v. Johnson & Johnson et al |
| 2:16-cv-10831 | Kistler v. Ethicon, Inc. et al |
| 2:16-cv-10675 | Knox v. Ethicon, Inc. et al |
| 2:16-cv-10921 | Kohn v. Ethicon, Inc. et al |
| 2:14-cv-18385 | Krausen et al v. Ethicon, Inc. et al |
| 2:17-cv-03853 | Krizner v. Ethicon, Inc. et al |
| 2:16-cv-01869 | Lakamp v. Ethicon, Inc. et al |
| 2:16-cv-10465 | Lambert v. Ethicon, Inc. et al |
| 2:14-cv-12449 | Lampel et al v. Ethicon, Inc. et al |
| 2:14-cv-31311 | Landers et al v. Ethicon, Inc. et al |
| 2:15-cv-08981 | Lanphere v. Ethicon, Inc. et al |
| 2:14-cv-23657 | LaSala et al v. Ethicon, Inc. et al |
| 2:15-cv-08986 | Leader et al v. Ethicon, Inc. et al |
| 2:16-cv-06547 | Leath v. Ethicon, Inc. et al |
| 2:15-cv-14233 | Lee et al v. Ethicon, Inc. et al |
| 2:15-cv-09354 | Lee et al v. Ethicon, Inc. et al |
| 2:14-cv-29769 | Legion v. Ethicon, Inc. et al |
| 2:16-cv-10923 | Lehman v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:14-cv-13441 | Lehmann et al v. Ethicon, Inc. et al |
| 2:16-cv-07930 | Leitzke v. Ethicon, Inc. et al |
| 2:15-cv-14946 | Lemings et al v. Ethicon, Inc. et al |
| 2:14-cv-21687 | Lenbird v. Ethicon, Inc. et al |
| 2:14-cv-30406 | Lerner et al v. Ethicon, Inc. et al |
| 2:14-cv-11918 | Lewis et al v. Ethicon, Inc. et al |
| 2:16-cv-10616 | Lewis v. Ethicon, Inc. et al |
| 2:17-cv-00281 | Lewis v. Ethicon, Inc. et al |
| 2:16-cv-11559 | Lichteberger v. Ethicon, Inc. et al |
| 2:13-cv-22622 | Lively v. Ethicon, Inc. et al |
| 2:14-cv-23034 | Loekle et al v. Ethicon, Inc. et al |
| 2:15-cv-13756 | London v. Ethicon, Inc. et al |
| 2:14-cv-30588 | Long et al v. Ethicon, Inc. et al |
| 2:13-cv-32948 | Long v. Johnson & Johnson et al |
| 2:16-cv-12714 | Longwell v. Ethicon, Inc. et al |
| 2:16-cv-05367 | Lopes-Boyette v. Ethicon, Inc. et al |
| 2:16-cv-10924 | Lopez v. Ethicon, Inc. et al |
| 2:16-cv-03322 | Lord v. Ethicon, Inc. et al |
| 2:15-cv-14460 | Lorusso v. Ethicon, Inc. et al |
| 2:15-cv-15520 | Lovette v. Ethicon, Inc. et al |
| 2:13-cv-30405 | Lozano v. Ethicon, Inc. et a |
| 2:17-cv-00284 | Luttrell v. Ethicon, Inc. et al |
| 2:16-cv-10932 | Mabry v. Ethicon, Inc. et al |
| 2:16-cv-05647 | Maddrey v. Ethicon, Inc. et al |
| 2:15-cv-09116 | Maki et al v. Ethicon, Inc. et al |
| 2:16-cv-02511 | Malibiran et al v. Ethicon, Inc. et al |
| 2:14-cv-31247 | Maple et al v. Ethicon, Inc. et al |
| 2:15-cv-16274 | Marderosian v. Ethicon, Inc. et al |
| 2:14-cv-30286 | Martin et al v. Ethicon, Inc. et al |
| 2:15-cv-14768 | Martin v. Ethicon, Inc. et al |
| 2:16-cv-03899 | Masse et al v. Ethicon, Inc. et al |
| 2:15-cv-16447 | Massey v. Ethicon, Inc. et al |
| 2:16-cv-10507 | Massey v. Ethicon, Inc. et al |
| 2:17-cv-00675 | Massmann v. Ethicon, Inc. et al |
| 2:16-cv-01819 | Masters et al v. Ethicon, Inc. et al |
| 2:14-cv-29966 | Matthies v. Ethicon, Inc. et al |
| 2:15-cv-15325 | Maurano v. Ethicon, Inc. et al |
| 2:16-cv-03107 | May et al v. Ethicon, Inc. et al |
| 2:15-cv-15328 | Mayulianos v. Ethicon, Inc. et al |
| 2:14-cv-31461 | McCall v. Ethicon, Inc. et al |
| 2:16-cv-01438 | McCall v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:14-cv-00583 | McClanahan v. Ethicon, Inc. et al |
| 2:17-cv-03229 | McCombs v. Ethicon, Inc. et al |
| 2:16-cv-02176 | McCormack v. Ethicon, Inc. et al |
| 2:14-cv-13838 | McCoy v. Ethicon, Inc. et al |
| 2:16-cv-02090 | McDonald v. Ethicon, Inc. et al |
| 2:14-cv-29890 | McIntyre et al v. Ethicon, Inc. et al |
| 2:16-cv-08224 | McKelroy v. Ethicon, Inc. et al |
| 2:15-cv-14771 | McKenzie-Henry v. Ethicon, Inc. et al |
| 2:16-cv-12333 | McKernan v. Ethicon, Inc. et al |
| 2:15-cv-09371 | McKnight v. Ethicon, Inc. et al |
| 2:15-cv-16610 | McMahon v. Ethicon, Inc. et al |
| 2:16-cv-08227 | Meaders v. Ethicon, Inc. et al |
| 2:14-cv-23618 | Meijers v. Ethicon, Inc. et al |
| 2:14-cv-30975 | Mickey v. Ethicon, Inc. et al |
| 2:14-cv-30353 | Miller et al v. Ethicon, Inc. et al |
| 2:14-cv-11367 | Miller et al v. Ethicon, Inc. et al |
| 2:14-cv-30440 | Miller v. Ethicon, Inc. et al |
| 2:15-cv-10355 | Miller v. Ethicon, Inc. et al |
| 2:14-cv-30649 | Miller v. Ethicon, Inc. et al |
| 2:14-cv-13012 | Milligan et al v. Ethicon, Inc. et al |
| 2:16-cv-08490 | Milne v. Ethicon, Inc. et al |
| 2:17-cv-02340 | Mitchell v. Ethicon, Inc. et al |
| 2:16-cv-01721 | Mitchell v. Ethicon, Inc. et al |
| 2:14-cv-13014 | Mohler v. Ethicon, Inc. et al |
| 2:15-cv-08808 | Montesino et al v. Ethicon, Inc. et al |
| 2:14-cv-12779 | Moore et al v. Ethicon, Inc. et al |
| 2:13-cv-33769 | Moore et al v. Ethicon, Inc. et al |
| 2:15-cv-12697 | Moore v. Ethicon, Inc. et al |
| 2:16-cv-07518 | Morales v. Ethicon, Inc. et al |
| 2:16-cv-05714 | Moreno v. Ethicon, Inc. et al |
| 2:16-cv-06172 | Morris et al v. Ethicon, Inc. et al |
| 2:14-cv-13443 | Morrison et al v. Ethicon, Inc. et al |
| 2:16-cv-11077 | Morrison v. Ethicon, Inc. et al |
| 2:17-cv-03858 | Morrow v. Ethicon, Inc. et al |
| 2:16-cv-07738 | Morse et al v. Ethicon, Inc. et al |
| 2:16-cv-07166 | Moseley et al v. Ethicon, Inc. et al |
| 2:15-cv-10358 | Moss et al v. Ethicon, Inc. et al |
| 2:15-cv-14049 | Moxley v. Ethicon, Inc. et al |
| 2:16-cv-11954 | Mullins v. Ethicon, Inc. et al |
| 2:17-cv-03455 | Murphy v. Ethicon, Inc. et al |
| 2:15-cv-14050 | Murphy v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:14-cv-30622 | Neeley v. Ethicon, Inc. et al |
| 2:17-cv-03874 | Neill v. Ethicon, Inc. et al |
| 2:15-cv-12698 | Nelson v. Ethicon, Inc. et al |
| 2:13-cv-32948 | Nesbet v. Johnson & Johnson et al |
| 2:15-cv-14787 | Netting v. Ethicon, Inc. et al |
| 2:15-cv-08046 | Newton v. Ethicon, Inc. et al |
| 2:14-cv-31487 | Nichols et al v. Ethicon, Inc. et al |
| 2:14-cv-18460 | Nitcholas v. Ethicon, Inc. et al |
| 2:15-cv-14253 | Nitson v. Ethicon, Inc. et al |
| 2:15-cv-14255 | Nowaski et al v. Ethicon, Inc. et al |
| 2:15-cv-08564 | Nunez v. Ethicon, Inc. et al |
| 2:15-cv-15813 | Nunnally v. Ethicon, Inc. et al |
| 2:15-cv-09822 | Nyreen v. Ethicon, Inc. et al |
| 2:16-cv-10844 | O'Brien v. Ethicon, Inc. et al |
| 2:16-cv-01719 | Oliphant v. Ethicon, Inc. et al |
| 2:16-cv-11206 | Oliver v. Ethicon, Inc. et al |
| 2:16-cv-10625 | Olson v. Ethicon, Inc. et al |
| 2:16-cv-02971 | O'Neill et al v. Ethicon, Inc. et al |
| 2:15-cv-16064 | Orsi et al v. Ethicon, Inc. et al |
| 2:15-cv-15566 | Osborne v. Ethicon, Inc. et al |
| 2:14-cv-31274 | O'Shea et al v. Ethicon, Inc. et al |
| 2:13-cv-33839 | O'Sullivan et al v. Ethicon, Inc. et al |
| 2:14-cv-31437 | Oswald et al v. Ethicon, Inc. et al |
| 2:14-cv-30045 | Ouellette et al v. Ethicon, Inc. et al |
| 2:15-cv-15576 | Pallan v. Ethicon, Inc. et al |
| 2:16-cv-10691 | Pallo v. Ethicon, Inc. et al |
| 2:16-cv-10641 | Panos v. Ethicon, Inc. et al |
| 2:17-cv-02342 | Paoletti v. Ethicon, Inc. et al |
| 2:14-cv-00110 | Parfitt v. Ethicon, Inc. et al |
| 2:16-cv-09747 | Paris v. Ethicon, Inc. et al |
| 2:15-cv-08585 | Parker v. Ethicon, Inc. et al |
| 2:13-cv-33844 | Parker v. Ethicon, Inc. et al |
| 2:15-cv-14261 | Parkins et al v. Ethicon, Inc. et al |
| 2:15-cv-14121 | Parnell v. Ethicon, Inc. et al |
| 2:15-cv-14505 | Parrent v. Ethicon, Inc. et al |
| 2:15-cv-10721 | Patel v. Ethicon, Inc. et al |
| 2:15-cv-14979 | Paul v. Ethicon, Inc. et al |
| 2:15-cv-10383 | Paule v. Ethicon, Inc. et al |
| 2:17-cv-02898 | Pecinovsky et al v. Ethicon, Inc. et al |
| 2:15-cv-14128 | Peele et al v. Ethicon, Inc. et al |
| 2:16-cv-11456 | Periman v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:15-cv-15329 | Perron v. Ethicon, Inc. et al |
| 2:14-cv-23553 | Pesola v. Ethicon, Inc. et al |
| 2:14-cv-30259 | Petrey v. Ethicon, Inc. et al |
| 2:15-cv-15814 | Petty v. Ethicon, Inc. et al |
| 2:15-cv-15331 | Phipps et al v. Ethicon, Inc. et al |
| 2:16-cv-10610 | Pierce v. Ethicon, Inc. et al |
| 2:13-cv-33870 | Pittman v. Ethicon, Inc. et al |
| 2:16-cv-11545 | Pitts v. Ethicon, Inc. et al |
| 2:14-cv-13690 | Pizzolato et al v. Ethicon, Inc. et al |
| 2:14-cv-30346 | Poirier v. Ethicon, Inc. et al |
| 2:16-cv-05122 | Ponce De Leon et al v. Ethicon, Inc. et al |
| 2:13-cv-19725 | Posey v. Ethicon, Inc. et al |
| 2:14-cv-30817 | Preuit et al v. Ethicon, Inc. et al |
| 2:16-cv-09749 | Price v. Ethicon, Inc. et al |
| 2:16-cv-03939 | Priddy et al v. Ethicon, Inc. et al |
| 2:15-cv-15595 | Pridgen v. Ethicon, Inc. et al |
| 2:16-cv-12336 | Prince v. Ethicon, Inc. et al |
| 2:15-cv-13972 | Putnam v. Ethicon, Inc. et al |
| 2:15-cv-14129 | Quiambao et al v. Ethicon, Inc. et al |
| 2:15-cv-09829 | Raines et al v. Ethicon, Inc. et al |
| 2:16-cv-09781 | Ramirez v. Ethicon, Inc. et al |
| 2:15-cv-09830 | Ramirez v. Ethicon, Inc. et al |
| 2:16-cv-11454 | Ramsey v. Ethicon, Inc. et al |
| 2:14-cv-14004 | Randolph v. Ethicon, Inc. et al |
| 2:15-cv-12429 | Rarick v. Ethicon, Inc. et al |
| 2:15-cv-15600 | Rasberry v. Ethicon, Inc. et al |
| 2:17-cv-03320 | Rasmussen v. Ethicon, Inc. et al |
| 2:14-cv-21957 | Ray et al v. Ethicon, Inc. et al |
| 2:16-cv-10991 | Raynor v. Ethicon, Inc. et al |
| 2:16-cv-04088 | Reavey et al v. Ethicon, Inc. et al |
| 2:16-cv-09058 | Reed v. Ethicon, Inc. et al |
| 2:16-cv-09358 | Reeves et al v. Ethicon, Inc. et al |
| 2:16-cv-04760 | Reinhardt et al v. Ethicon, Inc. et al |
| 2:16-cv-12520 | Rentz v. Ethicon, Inc. et al |
| 2:15-cv-08053 | Rettinger et al v. Ethicon, Inc. et al |
| 2:16-cv-06978 | Revels v. Ethicon, Inc. et al |
| 2:14-cv-22020 | Rhodes et al v. Ethicon, Inc. et al |
| 2:16-cv-04091 | Rice et al v. Ethicon, Inc. et al |
| 2:16-cv-00189 | Richard v. Ethicon, Inc. et al |
| 2:17-cv-00388 | Richard v. Ethicon, Inc. et al |
| 2:15-cv-08594 | Rinella v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:16-cv-11037 | Ripley v. Ethicon, Inc. et al |
| 2:13-cv-19729 | Ritchie v. Ethicon, Inc. et al |
| 2:16-cv-01471 | Rivera v. Ethicon, Inc. et al |
| 2:17-cv-02820 | Rivera v. Ethicon, Inc. et al |
| 2:16-cv-10666 | Rizer v. Ethicon, Inc. et al |
| 2:16-cv-08157 | Robak v. Ethicon, Inc. et al |
| 2:14-cv-13567 | Robertson v. Ethicon, Inc. et al |
| 2:15-cv-15617 | Robertson v. Ethicon, Inc. et al |
| 2:16-cv-10848 | Robinette v. Ethicon, Inc. et al |
| 2:14-cv-30270 | Robinson et al v. Ethicon, Inc. et al |
| 2:17-cv-00578 | Robinson v. Ethicon, Inc. et al |
| 2:15-cv-08596 | Rodriguez v. Ethicon, Inc. et al |
| 2:15-cv-12701 | Rohda et al v. Ethicon, Inc. et al |
| 2:16-cv-00222 | Rojas et al v. Ethicon, Inc. et al |
| 2:17-cv-00462 | Rollins v. Ethicon, Inc. et al |
| 2:14-cv-31276 | Rosario v. Ethicon, Inc. et al |
| 2:15-cv-08601 | Rosenberg et al v. Ethicon, Inc. et al |
| 2:14-cv-31285 | Rowett v. Ethicon, Inc. et al |
| 2:16-cv-05834 | Rubin et al v. Ethicon, Inc. et al |
| 2:14-cv-12800 | Ruffino v. Ethicon, Inc. et al |
| 2:14-cv-00583 | Ruiz et al v. Johnson & Johnson et al |
| 2:16-cv-06907 | Ruiz v. Ethicon, Inc. et al |
| 2:16-cv-06878 | Rupitt v. Ethicon, Inc. et al |
| 2:13-cv-33909 | Russell v. Ethicon, Inc. et al |
| 2:16-cv-03106 | Russell v. Ethicon, Inc. et al |
| 2:14-cv-23566 | Ryan v. Ethicon, Inc. et al |
| 2:15-cv-12699 | Ryder v. Ethicon, Inc. et al |
| 2:15-cv-10760 | Saavedra v. Ethicon, Inc. et al |
| 2:14-cv-21709 | Sage et al v. Ethicon, Inc. et al |
| 2:16-cv-09824 | Sanchez v. Ethicon, Inc. et al |
| 2:16-cv-03866 | Sanchez v. Ethicon, Inc. et al |
| 2:15-cv-09078 | Sanders v. Ethicon, Inc. et al |
| 2:16-cv-10731 | Sandora v. Ethicon, Inc. et al |
| 2:16-cv-06441 | Sandoval v. Ethicon, Inc. et al |
| 2:16-cv-09666 | Sartain v. Ethicon, Inc. et al |
| 2:15-cv-15378 | Scharpf et al v. Ethicon, Inc. et al |
| 2:16-cv-05591 | Schelling v. Ethicon, Inc. et al |
| 2:12-cv-08056 | Schemahorn et al v. Ethicon, Inc. et al |
| 2:16-cv-12126 | Schill v. Ethicon, Inc. et al |
| 2:17-cv-00496 | Schiro v. Ethicon, Inc. et al |
| 2:15-cv-14519 | Schmidt et al v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:15-cv-14995 | Schuessler et al v. Ethicon, Inc. et al |
| 2:15-cv-14133 | Schuler v. Ethicon, Inc. et al |
| 2:17-cv-03322 | Schwab v. Ethicon, Inc. et al |
| 2:16-cv-10751 | Seda v. Ethicon, Inc. et al |
| 2:15-cv-14996 | Senechal et al v. Ethicon, Inc. et al |
| 2:16-cv-01779 | Shelton et al v. Ethicon, Inc. et al |
| 2:14-cv-29926 | Shewmaker v. Ethicon, Inc. et al |
| 2:14-cv-31345 | Shields et al v. Ethicon, Inc. et al |
| 2:15-cv-09081 | Shotsberger et al v. Ethicon, Inc. et al |
| 2:14-cv-00583 | Simington v. Johnson & Johnson et al |
| 2:15-cv-08992 | Skarzynski et al v. Ethicon, Inc. et al |
| 2:14-cv-22125 | Skinner et al v. Ethicon, Inc. et al |
| 2:14-cv-23573 | Skinner v. Ethicon, Inc. et al |
| 2:15-cv-16280 | Slater v. Ethicon, Inc. et al |
| 2:14-cv-23059 | Sliger v. Ethicon, Inc. et al |
| 2:14-cv-13267 | Smith et al v. Ethicon, Inc. et al |
| 2:14-cv-11961 | Smith et al v. Ethicon, Inc. et al |
| 2:16-cv-08308 | Smith v. Ethicon, Inc. et al |
| 2:16-cv-10676 | Smith v. Ethicon, Inc. et al |
| 2:16-cv-12393 | Smith v. Ethicon, Inc. et al |
| 2:15-cv-09867 | Smith v. Ethicon, Inc. et al |
| 2:16-cv-11205 | Smith v. Ethicon, Inc. et al |
| 2:15-cv-15385 | Smith v. Ethicon, Inc. et al |
| 2:14-cv-13456 | Smith v. Ethicon, Inc. et al |
| 2:14-cv-29774 | Sneed-Ballard v. Ethicon, Inc. et al |
| 2:16-cv-12301 | Snyder v. Ethicon, Inc. et al |
| 2:15-cv-14136 | Spangler v. Ethicon, Inc. et al |
| 2:16-cv-02256 | Spina v. Ethicon, Inc. et al |
| 2:16-cv-03904 | Splattstoesser et al v. Ethicon, Inc. et al |
| 2:13-cv-19716 | Spychalski et al v. Ethicon, Inc. et al |
| 2:14-cv-12811 | St. Clair v. Ethicon, Inc. et al |
| 2:16-cv-08488 | Starkey v. Ethicon, Inc. et al |
| 2:14-cv-18433 | Starnes v. Ethicon, Inc. et al |
| 2:16-cv-08489 | Steele v. Ethicon, Inc. et al |
| 2:15-cv-08060 | Stephens et al v. Ethicon, Inc. et al |
| 2:15-cv-09612 | Stephenson v. Ethicon, Inc. et al |
| 2:15-cv-12692 | Stevens-Tronsen et al v. Ethicon, Inc. et al |
| 2:14-cv-00583 | Stom v. Johnson & Johnson et al |
| 2:15-cv-15842 | Strain v. Ethicon, Inc. et al |
| 2:15-cv-14324 | Strand et al v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:16-cv-10618 | Stuart v. Ethicon, Inc. et al |
| 2:14-cv-31338 | Stump v. Ethicon, Inc. et al |
| 2:14-cv-18432 | Sturgis v. Ethicon, Inc. et al |
| 2:17-cv-02095 | Sullivan v. Ethicon, Inc. et al |
| 2:14-cv-22291 | Sullivan v. Ethicon, Inc. et al |
| 2:15-cv-13826 | Sulzner v. Ethicon, Inc. et al |
| 2:16-cv-10839 | Swanstrom v. Ethicon, Inc. et al |
| 2:15-cv-12687 | Swartley et al v. Ethicon, Inc. et al |
| 2:16-cv-05044 | Sweeney et al v. Ethicon, Inc. et al |
| 2:14-cv-22353 | Switzer v. Ethicon, Inc. et al |
| 2:15-cv-08679 | Szwec et al v. Ethicon, Inc. et al |
| 2:17-cv-00033 | Tashie v. Ethicon, Inc. et al |
| 2:14-cv-21846 | Tate v. Ethicon, Inc. et al |
| 2:14-cv-21920 | Taylor et al v. Ethicon, Inc. et al |
| 2:16-cv-11254 | Taylor v. Ethicon, Inc. et al |
| 2:16-cv-12437 | Taylor v. Ethicon, Inc. et al |
| 2:13-cv-32948 | Taylor v. Johnson & Johnson et al |
| 2:14-cv-21683 | Temkin v. Ethicon, Inc. et al |
| 2:15-cv-12686 | Terry et al v. Ethicon, Inc. et al |
| 2:14-cv-21925 | Tetreault et al v. Ethicon, Inc. et al |
| 2:15-cv-08682 | Therrien et al v. Ethicon, Inc. et al |
| 2:15-cv-14104 | Thomas v. Ethicon, Inc. et al |
| 2:16-cv-05086 | Thompson et al v. Ethicon, Inc. et al |
| 2:14-cv-30262 | Thompson v. Ethicon, Inc. et al |
| 2:15-cv-16008 | Thompson v. Ethicon, Inc. et al |
| 2:16-cv-11246 | Tien v. Ethicon, Inc. et al |
| 2:13-cv-32948 | Tincher v. Johnson & Johnson et al |
| 2:15-cv-12700 | Torres v. Ethicon, Inc. et al |
| 2:16-cv-03038 | Torres v. Ethicon, Inc. et al |
| 2:16-cv-12727 | Trifiletti v. Ethicon, Inc. et al |
| 2:15-cv-15065 | Troutman v. Ethicon, Inc. et al |
| 2:15-cv-14126 | Turner v. Ethicon, Inc. et al |
| 2:15-cv-15393 | Tyo v. Ethicon, Inc. et al |
| 2:14-cv-11385 | Tyrrell v. Ethicon, Inc. et al |
| 2:15-cv-15394 | Updegraff v. Ethicon, Inc. et al |
| 2:15-cv-14144 | Urteaga v. Ethicon, Inc. et al |
| 2:14-cv-00115 | Vance v. Ethicon, Inc. et al |
| 2:14-cv-21711 | Vancleve v. Ethicon, Inc. et al |
| 2:14-cv-23685 | Vanwingen et al v. Ethicon, Inc. et al |
| 2:14-cv-13050 | Veith et al v. Ethicon, Inc. et al |
| 2:16-cv-10797 | Vergara v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:16-cv-05556 | Vinal et al v. Ethicon, Inc. et al |
| 2:14-cv-00583 | Walldan v. Johnson & Johnson et al |
| 2:15-cv-14083 | Walton v. Ethicon, Inc. et al |
| 2:14-cv-13893 | Wamsley v. Ethicon, Inc. et al |
| 2:14-cv-23249 | Weaver et al v. Ethicon, Inc. et al |
| 2:16-cv-11738 | Webb v. Ethicon, Inc. et al |
| 2:15-cv-14537 | Webber v. Ethicon, Inc. et al |
| 2:15-cv-08821 | Wedemeyer v. Ethicon, Inc. et al |
| 2:15-cv-15417 | Weed et al v. Ethicon, Inc. et al |
| 2:15-cv-16113 | Weeks et al v. Ethicon, Inc. et al |
| 2:14-cv-31364 | Welsh et al v. Ethicon, Inc. et al |
| 2:15-cv-10451 | West et al v. Ethicon, Inc. et al |
| 2:16-cv-01545 | West v. Ethicon, Inc. et al |
| 2:15-cv-14139 | West v. Ethicon, Inc. et al |
| 2:15-cv-08072 | Weyant et al v. Ethicon, Inc. et al |
| 2:16-cv-08647 | Whaley v. Ethicon, Inc. et al |
| 2:16-cv-04478 | White et al v. Ethicon, Inc. et al |
| 2:14-cv-12490 | White et al v. Ethicon, Inc. et al |
| 2:16-cv-11033 | Whitehead v. Ethicon, Inc. et al |
| 2:14-cv-29748 | Whittaker et al v. Ethicon, Inc. et al |
| 2:15-cv-14147 | Whitted v. Ethicon, Inc. et al |
| 2:15-cv-14085 | Wick et al v. Ethicon, Inc. et al |
| 2:14-cv-30356 | Wilcox et al v. Ethicon, Inc. et al |
| 2:14-cv-23673 | Wilder v. Ethicon, Inc. et al |
| 2:16-cv-06554 | Wilkins et al v. Ethicon, Inc. et al |
| 2:14-cv-30387 | Williams et al v. Ethicon, Inc. et al |
| 2:16-cv-11773 | Williams v. Ethicon, Inc. et al |
| 2:14-cv-23674 | Williams v. Ethicon, Inc. et al |
| 2:14-cv-31305 | Willis v. Ethicon, Inc. et al |
| 2:16-cv-03912 | Wills et al v. Ethicon, Inc. et al |
| 2:14-cv-13298 | Wilson v. Ethicon, Inc. et al |
| 2:16-cv-10699 | Wilson v. Ethicon, Inc. et al |
| 2:15-cv-08830 | Wilson v. Ethicon, Inc. et al |
| 2:15-cv-08831 | Winters v. Ethicon, Inc. et al |
| 2:14-cv-23007 | Wise v. Ethicon, Inc. et al |
| 2:16-cv-10840 | Wood v. Ethicon, Inc. et al |
| 2:14-cv-31268 | Woods et al v. Ethicon, Inc. et al |
| 2:16-cv-10841 | Woods v. Ethicon, Inc. et al |
| 2:15-cv-14815 | Woods v. Ethicon, Inc. et al |
| 2:14-cv-31272 | Wright et al v. Ethicon, Inc. et al |
| 2:16-cv-04291 | Wyatt et al v. Ethicon, Inc. et al |

| 2:16-cv-12716 | Wyatt v. Ethicon, Inc. et al |
| --- | --- |
| 2:16-cv-09761 | Yates v. Ethicon, Inc. et al |
| 2:14-cv-02278 | Ybarbo v. Ethicon, Inc. et al |
| 2:14-cv-31269 | Young v. Ethicon, Inc. et al |
| 2:16-cv-10686 | Young v. Ethicon, Inc. et al |
| 2:14-cv-00583 | Zamot v. Ethicon, Inc. et al |
| 2:16-cv-07338 | Ziemann v. Ethicon, Inc. et al |
| 2:14-cv-00125 | Zimmerman v. Ethicon, Inc. et al |
| 2:16-cv-02180 | Zubrowski et al v. Ethicon, Inc. et al |