# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

| | |
|---|---|
| IN RE:   C. R. BARD, INC., <br> PELVIC REPAIR SYSTEM <br> PRODUCTS LIABILITY LITIGATION | MDL 2187 |

THIS DOCUMENT RELATES TO THE CASE(S)
IN THE EXHIBIT(S)

## ORDER

It is **ORDERED** that the Clerk **STRIKE** from the docket, the proposed Order filed on November 6, 2018 [ECF No. 7193].

ENTER: February 5, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE