APPROVED and SO ORDERED.
ENTER: February 6, 2019

*JOSEPH R. GOODWIN*
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Storms v. Coloplast Corp.*, Case No. 2:14-cv-27272 | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT STIPULATION TO DISMISS WITH PREJUDICE AND TRANSFER TO MDL 2387**

Plaintiffs, Dorothy Lowe Storms and Timothy H. Storms, and Defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly stipulate and agree to the dismissal of this action with prejudice and all claims against the Ethicon Defendants which were, or could have been asserted, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own costs. The dismissal of this case relates only to the Ethicon Defendants. The Plaintiff continues to pursue claims against Coloplast, Corp., and respectfully request the Court transfer the case to MDL 2387.

Respectfully submitted,

/s Joshua D. Christian
Joshua D. Christian
CHRISTIAN & DAVIS
P.O. Box 332
Greenville, SC 29602
864-232-7363
jchristian@christiananddavis.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson_____

Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

    I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                                                     /s/ William M. Gage

42405965.v1