# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc. ("AMS") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. AMS is the only defendant in the listed actions. Accordingly, Plaintiffs and AMS jointly move the court to dismiss these actions with prejudice and terminate these actions from the docket of the court, parties to bear their own costs.

Respectfully:

/s/ Barbara Binis
Barbara Binis
Stephen J. McConnell
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
smcconnell@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Thomas P. Cartmell
Thomas P. Cartmell
WAGSTAFF & CARTMELL
Suite 300
4740 Grand Avenue
Kansas City, MO 64112
816.701.1100 (phone)
816.531.2372 (fax)
tcartmell@wcllp.com
*Attorney for Plaintiffs on Exhibit A*


Dated:  February 6, 2019

## EXHIBIT A – WAGSTAFF & CARTMELL

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-18219 | Christine Stafford v. American Medical Systems, Inc. |
| 2:16-CV-01394 | Joane Carpenter, Charles Carpenter v. American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis