# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly stipulate to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own costs.

Respectfully submitted,

/s *Tonya L. Melnichenko*
Tonya L. Melnichenko
Franklin D. Azar & Associates
14426 East Evans Avenue
Aurora, CO 80014
(303) 757-3300
menichenkot@fdazar.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street, Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Case Number | Case Name |
| --- | --- |
| 2:13-cv-06457 | Atwood v. Ethicon, Inc. et al |
| 2:13-cv-04471 | Barraza et al v. Ethicon, Inc. et al |
| 2:13-cv-03842 | Brown v. Ethicon, Inc. et al |
| 2:13-cv-27306 | Cantlon v. Ethicon, Inc. et al |
| 2:13-cv-03752 | Dittrich et al v. Ethicon, Inc. et al |
| 2:13-cv-3871 | Edwards et al v. Ethicon, Inc. et al |
| 2:13-cv-24222 | Fritz et al v. Ethicon, Inc. et al |
| 2:13-CV-24212 | Galindo-Uranga v. Ethicon, Inc. et al |
| 2:13-cv-05929 | Haiduk et al v. Ethicon, Inc. et al |
| 2:13-cv-03953 | Hansen et al v. Ethicon, Inc. et al |
| 2:13-cv-04788 | Harris v. Ethicon, Inc. et al |
| 2:13-cv-04494 | Hine et al v. Ethicon, Inc. et al |
| 2:13-cv-27321 | Kallage v. Ethicon, Inc. et al |
| 2:13CV09718 | Kasel v. Ethicon, Inc. et al |
| 2:13-cv-03445 | Klinger et al v. Ethicon, Inc. et al |
| 2:13-cv-03888 | Knight et al v. Ethicon, Inc. et al |
| 2:13-cv-06773 | Korgan v. Ethicon, Inc. et al |
| 2:13-cv-05637 | Lansford et al v. Ethicon, Inc. et al |
| 2:15-cv-12311 | Manuel et al v. Ethicon, Inc. et al |
| 2:13-cv-03582 | McGimpsey et al v. Ethicon, Inc. et al |
| 2:13-cv-03912 | Parisi v. Ethicon, Inc. et al |
| 2:13-cv-04785 | Plevney v. Ethicon, Inc. et al |
| 2:13-cv-28743 | Sandoval v. Ethicon, Inc. et al |
| 2:13-CV-04101 | Suriani et al v. Ethicon, Inc. et al |
| 2:13-CV-05997 | Turner et al v. Ethicon, Inc. et al |
| 2:13-cv-04548 | Wiebers et al v. Ethicon, Inc. et al |

45825374.v1