**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**<br><br>_____<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Rowe  v. Ethicon, Inc., et al.*<br><br>**Case No. 2:16-cv-10143** | **Master File No. 2:12-MD-02327**<br>**MDL No. 2327**<br><br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

Pending in MDL 2327, 2:10-md-02327 [Docket #____], is a Motion to withdraw as counsel filed by Napoli Shkolnik, PLLC, ("Napoli Shkolnik") relating to the Plaintiff, Alberta Rowe, case no. 2:16-cv-10143.   Napoli Shkolnik seeks to withdraw from its representation of Plaintiff Rowe due to Plaintiff Rowe obtaining new counsel.  Napoli also requests that it be relieved of the requirement to attend the mandatory settlement conference of February  15, 2019 due to this withdrawal.   After careful consideration, it is ORDERED that the Motion to Withdraw as Counsel is GRANTED.  Napoli Shkolnik is withdrawn as counsel for Plaintiff Alberta Rowe and relieved of its obligation to appear at the mandatory settlement conference of February  15, 2019.    The court DIRECTS the Clerk to file a copy of this order in 2:10-md-02327 and in individual case no. 2:16-cv-10143.

ENTER: _____, 2019

_____
Joseph R. Goodwin
 United States District Judge