# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| IN RE: COOK MEDICAL, INC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2440 |
| IN RE NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL NO. 2511 |

THIS DOCUMENT RELATES TO ALL CASES

**AFFIDAVIT OF LEE B. BALEFSKY IN CONNECTION WITH THE
MOTION FOR APPOINTMENT OF A NEW SPECIAL MASTER**

I, Lee B. Balefsky, aver:

I. **INTRODUCTION**

1. I am a partner with the law firm of Kline & Specter, P.C. ("Kline & Specter").

2. This Affidavit is based upon personal knowledge.

1

3. On January 3, 2019, I, along with Kline & Specter named-Partner Shanin Specter, participated in a meeting by way of teleconference with Judge Daniel J. Stack regarding the Pelvic Mesh Fee and Cost Committee's recommendations for Kline & Specter.

4. During the January 3, 2019 meeting, Judge Stack said the following:

    a. Judge Stack sat in on the FCC meetings regarding the recommendations.

    b. Judge Stack signed the preliminary recommendations by the FCC.

    c. Judge Stack stated that he "probably should not have" signed the recommendations.

    d. Judge Stack stated that he has "no opinion on the appropriateness of the fees", however he gave his input and participated in the committee deliberations.

    e. Judge Stack stated that he "didn't feel comfortable signing" the preliminary recommendations.

_____    2/14/19
Lee B. Balefsky                  Date
Kline & Specter, P.C.

Sworn and subscribed before me
this 14th day of February 2019.

_____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DANIELLE SERAD, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 2, 2020

2