IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC. ET AL
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

### JOINT MOTION TO DISMISS DEFENDANT
### BOSTON SCIENTIFIC CORP. WITH PREJUDICE

Plaintiffs in this case (listed on the attached Exhibit A) and defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in this action, including all counterclaims, cross-claims and third-party claims. Accordingly, Plaintiffs and BSC jointly move the Court to dismiss BSC as a defendant in this action with prejudice and terminate BSC from the docket of the Court in this action, each party to bear its own costs. This case has no active defendants so this case should be removed from the active docket.

Dated: February 15, 2019

Respectfully submitted,

By: /s/ *Jon A. Strongman*
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
jstrongman@shb.com

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

By: /s/ *John T. Boundas*
John T. Boundas
WILLIAMS KHERKHER HART BOUNDAS
Suite 600
8441 Gulf Freeway
Houston, TX 77017
Telephone: 713.230.2200
Facsimile: 713.643.6226
Email: jboundas@williamskherkher.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: */s/ Jon A. Strongman*
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORP.**

# EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 14-cv-29063 | CASE, Maxine vs. Boston Scientific Corporation |
| 13-cv-21655 | COUTCHER, Jo Dee and Chris Couitcher vs.Boston Scientific Corporation |
| 13-cv-15885 | HURD, Penny and Samuel Hurd vs. Boston Scientific Corporation |
| 14-cv-15617 | KLINE, Mildred vs. E Boston Scientific Corporation |
| 14-cv-14453 | UMPLEBY, Barbara vs. Boston Scientific Corporation |