UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, all parties jointly move the court to dismiss with prejudice, parties to bear their own costs, and terminate from the docket of the court the actions listed on the attached Exhibit A.

Respectfully submitted,

/s/ Matthew J. Skikos
Matthew J. Skikos
Skikos Crawford Skikos & Joseph
One Sansome St., Ste. 2830
San Francisco, CA 94104
(415) 546-7300
mskikos@skikoscrawford.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| *Case Style* | *Case Name* |
| --- | --- |
| 2:12-cv-02581 | Anita Fisher v. Ethicon, Inc., et al. |
| 2:12-cv-02584 | Trina Hill v. Ethicon, Inc., et al. |
| 2:12-cv-02662 | Joyce Thomas v. Ethicon, Inc., et al. |
| 2:12-cv-02663 | Debbie Tomlinson v. Ethicon, Inc., et al. |
| 2:12-cv-02669 | Robin Webb v. Ethicon, Inc., et al. |
| 2:12-cv-02670 | Judy Wiley v. Ethicon, Inc., et al. |
| 2:12-cv-02673 | Bobbie Swoape v. Ethicon, Inc., et al. |
| 2:12-cv-03127 | Christine Gray v. Ethicon, Inc., et al. |
| 2:12-cv-03205 | Connie Branaman vv. Ethicon, Inc., et al. |
| 2:12-cv-06572 | Falisha Maddox v. Ethicon, Inc., et al. |
| 2:12-cv-06577 | Mary Ann Guthrie v. Ethicon, Inc., et al. |
| 2:12-cv-08651 | Shaundra Gordon v. Ethicon, Inc., et al. |
| 2:12-cv-09514 | Joan Campbell v. Ethicon, Inc., et al. |
| 2:13-cv-05294 | Betsy Crump v. Ethicon, Inc., et al. |
| 2:13-cv-05307 | Rose Mary Clemens v. Ethicon, Inc., et al. |
| 2:13-cv-05310 | Connie Hibbard v. Ethicon, Inc., et al. |
| 2:13-cv-11589 | Melinda Penny v. Ethicon, Inc., et al. |
| 2:13-cv-17938 | Connie Gallegos v. Ethicon, Inc., et al. |
| 2:13-cv-23764 | Vickie Hubert v. Ethicon, Inc., et al. |
| 2:13-cv-24861 | Nancy Ford v. Ethicon, Inc., et al. |
| 2:13-cv-25919 | Robin Benefield v. Ethicon, Inc. |
| 2:13-cv-26559 | Ruth Christian v. Ethicon, Inc., et al. |
| 2:13-cv-26666 | Lavelle Nix v. Ethicon, Inc., et al. |
| 2:13-cv-28255 | Loretta Hayes v. Ethicon, Inc., et al. |
| 2:13-cv-28931 | Marla Bentley v. Ethicon, Inc., et al. |
| 2:13-cv-28933 | Angela Groce v. Ethicon, Inc., et al. |
| 2:13-cv-28934 | Kathryn Keeling v. Ethicon, Inc., et al. |
| 2:13-cv-30083 | Eva Mullins v. Ethicon, Inc., et al. |
| 2:14-cv-00204 | Sharon Underwood v. Ethicon, Inc., et al. |
| 2:14-cv-03885 | Barbara Gaona v. Ethicon, Inc., et al. |
| 2:14-cv-19011 | Joyce O'Neil v. Ethicon, Inc., et al. |
| 2:14-cv-19013 | Sharon Donohue v. Ethicon, Inc., et al. |
| 2:14-cv-19737 | Linda Nicosia v. Ethicon, Inc., et al. |
| 2:14-cv-20720 | Nancy Dubose v. Ethicon, Inc., et al. |
| 2:14-cv-29151 | Wendy Varn v. Ethicon, Inc., et al. |
| 2:14-cv-29495 | Anita Long v. Ethicon, Inc., et al. |
| 2:14-cv-30022 | Tina Isgitt v. Ethicon, Inc., et al. |

| | |
|---|---|
| 2:15-cv-00473 | Geraldine Lewis v. Ethicon, Inc., et al. |
| 2:15-cv-03991 | Paula Blanton v. Ethicon, Inc., et al. |
| 2:16-cv-00444 | Sharon Ramage v. Ethicon, Inc., et al. |
| 2:16-cv-00451 | Sybil Thrasher v. Ethicon, Inc., et al. |
| 2:16-cv-00665 | Mary Albright v. Ethicon, Inc., et al. |
| 2:16-cv-00669 | Patricia Cordova v. Ethicon, Inc., et al. |
| 2:16-cv-00675 | Barbara Cox v. Ethicon, Inc., et al. |
| 2:16-cv-00678 | Avis Hinton v. Ethicon, Inc., et al. |
| 2:16-cv-00682 | Leisa Miller v. Ethicon, Inc., et al. |
| 2:16-cv-00757 | Tammy Finn v. Ethicon, Inc., et al. |
| 2:16-cv-08071 | Juanita Alcorta v. Ethicon, Inc., et al. |
| 2:16-cv-08781 | Elizabeth Salmons v. Ethicon, Inc., et al. |
| 2:17-cv-00200 | Catherine Curtis v. Ethicon, Inc., et al. |
| 2:17-cv-02977 | Tiaffany Eck v. Ethicon, Inc., et al. |