IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                       MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon defendants") pursuant to the procedures established by Pretrial Order ("PTO") # 302. *See* PTO # 302, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020].

As stated in PTO # 302, the court established certain procedures to prompt dismissals of settled cases. Under these procedures, the court directed the Ethicon defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the court also mandated that Ethicon file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 19, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| | Civil Action No. | Plaintiff(s) | ECF No. of Motion in Individual Case |
|---|---|---|---|
| 1 | 2:12-cv-00683 | Grabowski, Louise | 102 |
| 2 | 2:12-cv-02100 | Scott, Teresa | 73 |
| 3 | 2:12-cv-02112 | Minogue, Bridgette | 78 |
| 4 | 2:12-cv-02746 | Honeycutt, Emma G. | 29 |
| 5 | 2:12-cv-02826 | Walker, Julia & Willis | 67 |
| 6 | 2:12-cv-03013 | Kissel, Deborah & Robert | 36 |
| 7 | 2:12-cv-03370 | Greve, Ann | 43 |
| 8 | 2:12-cv-03387 | Amie, Tina & Craig | 40 |
| 9 | 2:12-cv-03415 | Maurice, Estelle | 36 |
| 10 | 2:12-cv-03429 | Rogers, Monica | 37 |
| 11 | 2:12-cv-03437 | Anderson, Mary | 44 |
| 12 | 2:12-cv-03441 | Banks, Orelia | 42 |
| 13 | 2:12-cv-03955 | Guichard, Blanche | 38 |
| 14 | 2:12-cv-03989 | Brugier, Bernadette & William Ray | 37 |
| 15 | 2:12-cv-04246 | Jenkinson, Rebecca | 24 |
| 16 | 2:12-cv-04249 | Toole, Sharon Adams | 25 |
| 17 | 2:12-cv-04254 | Biel, Frances & John | 25 |
| 18 | 2:12-cv-05405 | Jenkins, Robileen & Jerry | 27 |
| 19 | 2:12-cv-05406 | Fincher, William, as Administrator of the Estate of Latricia Fincher, deceased | 31 |
| 20 | 2:12-cv-08193 | Thien, Edna | 17 |
| 21 | 2:12-cv-08194 | Smith, Mary & Clark | 16 |
| 22 | 2:12-cv-09230 | Coleman, Jeannette & Hilbert | 19 |
| 23 | 2:13-cv-01108 | Jimenez, Ellen | 45 |
| 24 | 2:13-cv-01110 | Sims, Lydia | 44 |
| 25 | 2:13-cv-02430 | Ellis, Michele & Jock Raphael | 16 |
| 26 | 2:13-cv-02432 | Peake, Linda & William | 16 |
| 27 | 2:13-cv-02829 | Kuss, Tina S. | 21 |
| 28 | 2:13-cv-07478 | Ryan, Joan | 19 |
| 29 | 2:13-cv-08748 | Taylor, Linda & Everett | 18 |
| 30 | 2:13-cv-09028 | Guthrie, Shauna O. & Douglas B. | 17 |
| 31 | 2:13-cv-12936 | Engelman, Gale | 20 |
| 32 | 2:13-cv-13479 | Laase, Jean M. & David | 13 |
| 33 | 2:13-cv-13498 | Calloway, Leslie G. & James D. | 23 |
| 34 | 2:13-cv-14000 | Laine, Margaret P. & Curtis | 13 |
| 35 | 2:13-cv-15530 | Davis, Sabrina & Casey | 16 |
| 36 | 2:13-cv-15537 | Campbell, Shirley & David Earl | 16 |
| 37 | 2:13-cv-15618 | Jones, LuAnn | 18 |
| 38 | 2:13-cv-15700 | Matheus, Brenda & Walter | 18 |
| 39 | 2:13-cv-15734 | Logue, Marilyn & William | 19 |
| 40 | 2:13-cv-17923 | Washington, Evelyn | 19 |
| 41 | 2:13-cv-21000 | Gonzales, Ernestine | 14 |

**EXHIBIT A**

|    | Civil Action No. | Plaintiff(s) | ECF No. of Motion in Individual Case |
|----|------------------|--------------|--------------------------------------|
| 42 | 2:13-cv-21703 | Knight, Heidi | 18 |
| 43 | 2:13-cv-22271 | Petty, Natasha & Christopher | 20 |
| 44 | 2:13-cv-24655 | Johnson, Shelly Renee | 13 |
| 45 | 2:13-cv-27939 | Morris, Patricia & Fred | 14 |
| 46 | 2:13-cv-28211 | Rinder, Deborah F. | 19 |
| 47 | 2:13-cv-28822 | Wilson, Crystal Jean | 19 |
| 48 | 2:13-cv-28924 | Cathcart, Linda Diane & Jeffery | 19 |
| 49 | 2:13-cv-28979 | Dockter, Susan Dianne & Dale Larry | 15 |
| 50 | 2:13-cv-29614 | Premselaar, Ruth | 18 |
| 51 | 2:13-cv-30097 | Crow, Carolyn L. | 12 |
| 52 | 2:13-cv-30106 | Shane, Patricia & William H. | 12 |
| 53 | 2:13-cv-30108 | Doss, Linda D. Thompson & Charles B. | 12 |
| 54 | 2:13-cv-30110 | Watson, Shawann | 12 |
| 55 | 2:13-cv-33177 | Moore, Trudy & Doyle E. | 17 |
| 56 | 2:14-cv-00776 | Tate, Teresa A. | 13 |
| 57 | 2:14-cv-00976 | Lee, Pamela Denise & Ben | 13 |
| 58 | 2:14-cv-00979 | Haste, Lisa Anne & Kenny L. | 13 |
| 59 | 2:14-cv-01012 | Lawer, Darcy L. | 13 |
| 60 | 2:14-cv-01140 | Mason, Rosa Marie & Albert, Jr. | 13 |
| 61 | 2:14-cv-01148 | Lefler, Julie Marie & Bradford Allen | 13 |
| 62 | 2:14-cv-01210 | Martinez, Teresa J. & Andrews J. | 13 |
| 63 | 2:14-cv-01864 | Johns, Barbara Ann | 13 |
| 64 | 2:14-cv-01873 | Lowrance, Karen Ann & Larry | 13 |
| 65 | 2:14-cv-03255 | Swanson, Lori | 13 |
| 66 | 2:14-cv-04562 | Lucey, Janet Adalene & Richard | 13 |
| 67 | 2:14-cv-04568 | Lockhart, Susan Matthews & Larry Wayne Alexander | 13 |
| 68 | 2:14-cv-04579 | Hudson, Paula Gayle | 13 |
| 69 | 2:14-cv-04586 | Baker, Mary Anne | 13 |
| 70 | 2:14-cv-04590 | Anderson, Susan | 13 |
| 71 | 2:14-cv-04591 | Baumgartner, Dorothy H. | 13 |
| 72 | 2:14-cv-04597 | Lovec, Elaine Josephine Barrett & Karl, Sr. | 13 |
| 73 | 2:14-cv-04600 | Anderson, Jennifer & Robert | 13 |
| 74 | 2:14-cv-04606 | Herald, Connie | 13 |
| 75 | 2:14-cv-04608 | Kratz, Luana E & Leonard L. | 13 |
| 76 | 2:14-cv-06752 | Lewis, Janella Jean & Robert C. | 13 |
| 77 | 2:14-cv-07277 | Lefler, Patricia | 13 |
| 78 | 2:14-cv-07527 | Banks-Mosley, Joyce A. | 13 |
| 79 | 2:14-cv-07853 | Bailey, Kathy Coleen & Charles T. | 13 |
| 80 | 2:14-cv-07861 | Hornbach, Susan Clara & Kenneth K. | 13 |
| 81 | 2:14-cv-07864 | Mandrake, Alma J. | 13 |
| 82 | 2:14-cv-07880 | La Manna, Karen A. & Joseph | 13 |
| 83 | 2:14-cv-08278 | Madaus, Catherine M. | 13 |

**EXHIBIT A**

|  | Civil Action No. | Plaintiff(s) | ECF No. of Motion in Individual Case |
|---|---|---|---|
| 84 | 2:14-cv-08288 | Lankford, Lois A. | 13 |
| 85 | 2:14-cv-09499 | Heysham, Shawn Rhea & Daniel | 17 |
| 86 | 2:14-cv-09914 | Baker, Sarah Marie & Joseph Matthew | 13 |
| 87 | 2:14-cv-10219 | Katsis, Francis R. | 18 |
| 88 | 2:14-cv-10350 | Bass, Mary Ellen & Sylvester | 14 |
| 89 | 2:14-cv-10970 | Woods, Julie | 12 |
| 90 | 2:14-cv-13658 | Klopp, Sandra Janean & Charles Henry | 15 |
| 91 | 2:14-cv-14324 | Thomas, Denise L. | 29 |
| 92 | 2:14-cv-15873 | Hebert, Sherry Lynn & Gary | 15 |
| 93 | 2:14-cv-16985 | Hegwood, Peggy & Edward Glenn | 16 |
| 94 | 2:14-cv-17288 | Herring, Karen | 13 |
| 95 | 2:14-cv-17291 | Hilliard, Joyce | 13 |
| 96 | 2:14-cv-17294 | Pattugalan, Cecelia | 13 |
| 97 | 2:14-cv-17459 | Getchell, Karen | 9 |
| 98 | 2:14-cv-18034 | Hoeschen, Diane L. | 12 |
| 99 | 2:14-cv-18775 | Baker, Susan Ann & Vincent | 19 |
| 100 | 2:14-cv-18919 | Hooks, Wendy Rubin | 14 |
| 101 | 2:14-cv-18920 | Howe, Cherryl K. & David W. | 14 |
| 102 | 2:14-cv-19026 | Lister, Cynthia Marie | 14 |
| 103 | 2:14-cv-19028 | Kelley, Patricia | 14 |
| 104 | 2:14-cv-19042 | Lesniewski, Nancy Lynn | 14 |
| 105 | 2:14-cv-19046 | Lawing, Cathy Rene | 14 |
| 106 | 2:14-cv-20549 | LeBleu-Jeanes, Debra & Richard K. | 12 |
| 107 | 2:14-cv-20639 | Hardee, Annie Sue | 13 |
| 108 | 2:14-cv-20793 | Barton, Lorraine Jewel | 12 |
| 109 | 2:14-cv-20980 | Ham, Dolores L. | 14 |
| 110 | 2:14-cv-21164 | Vespo, Kimberly | 16 |
| 111 | 2:14-cv-21615 | Beighley, Arlene R. | 12 |
| 112 | 2:14-cv-22506 | Thibedeau, Suzie M. & Raymond | 14 |
| 113 | 2:14-cv-22584 | Shaffer, Jackie & James | 14 |
| 114 | 2:14-cv-25736 | Wood, Tamara L. | 13 |
| 115 | 2:14-cv-25831 | Hedrix, Joyce I. | 11 |
| 116 | 2:14-cv-28910 | McKay, Manuela J. & Benjamin L. | 19 |
| 117 | 2:14-cv-30096 | Spurlock, Judith | 15 |
| 118 | 2:15-cv-00658 | Adams, Wendy | 17 |
| 119 | 2:15-cv-01542 | Seymour, Nadine | 41 |
| 120 | 2:15-cv-03560 | Martin, Teresa Ann | 12 |
| 121 | 2:15-cv-04241 | Wolfe, Rhonda Lee & Harry | 12 |
| 122 | 2:15-cv-06090 | Johnson, Anita J. | 21 |
| 123 | 2:15-cv-06422 | M-cv-ey, Mary | 21 |
| 124 | 2:15-cv-09243 | Rodriguez, Maria L. | 12 |
| 125 | 2:15-cv-10106 | Levreault, Eva Martha & Michael Robert | 13 |

# EXHIBIT A

|  | **Civil Action No.** | **Plaintiff(s)** | **ECF No. of Motion in Individual Case** |
|---|---|---|---|
| 126 | 2:15-cv-11230 | Kassinger, Donna | 13 |
| 127 | 2:16-cv-00291 | Oliphant, Norine | 11 |
| 128 | 2:16-cv-00328 | Miller, Tina & Ronnie J. | 12 |
| 129 | 2:16-cv-00459 | Axman, Ruth | 12 |
| 130 | 2:16-cv-00464 | Vitatoe, Darlene Ruth | 12 |
| 131 | 2:16-cv-00670 | Urie, Charles, Individually and as Representative of the Estate of Jeannine G. Urie, deceased | 12 |
| 132 | 2:16-cv-00725 | Bennett, Karen Sue | 12 |
| 133 | 2:16-cv-00726 | Bell, Leslie R. | 16 |
| 134 | 2:16-cv-00729 | Ballard, Elise Elizabeth | 12 |
| 135 | 2:16-cv-01122 | Vincent, Linda Sue & Stevie | 12 |
| 136 | 2:16-cv-01136 | Monroe, Lorie Ann & Michael Rudolph | 12 |
| 137 | 2:16-cv-01138 | Moore, Jeanette R. | 12 |
| 138 | 2:16-cv-01196 | McKnight, Billie E. | 12 |
| 139 | 2:16-cv-01199 | Moore, Heather L. & Matthew | 12 |
| 140 | 2:16-cv-03214 | Edgeman, Mary & Wendall | 10 |
| 141 | 2:16-cv-04204 | Waters, Rosemary | 11 |
| 142 | 2:16-cv-04227 | Hayes, Catherine | 11 |
| 143 | 2:16-cv-04689 | Hughes, Toni | 11 |
| 144 | 2:16-cv-04926 | Rossell, Ada & Wilson Mejia | 12 |
| 145 | 2:16-cv-04927 | Juarez-Smith, Edweena & Javier Mendaza | 12 |
| 146 | 2:16-cv-05037 | Gluck, Doris | 12 |
| 147 | 2:16-cv-05096 | Redroban, Erlane | 12 |
| 148 | 2:16-cv-05350 | Drysdale, Susan | 12 |
| 149 | 2:16-cv-05359 | DeLeon, Karen | 12 |
| 150 | 2:16-cv-07909 | Gallion, Michelle | 10 |