# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASES IDENTIFIED
ON THE EXHIBIT ATTACHED HERETO:

## **SHOW CAUSE ORDER**

On November 29, 2018, the court entered an Order directing certain plaintiffs who have alleged claims against Ethicon, Inc., Ethicon, LLC, and/or Johnson & Johnson (hereinafter collectively referred to as "Ethicon") to appear in person at the Robert C. Byrd United States Courthouse for a Mandatory Status Conference scheduled on January 15, 2019. *See* Pretrial Order ("PTO") # 323. The court amended its original PTO in PTO # 325 and PTO # 326 to include additional plaintiffs who were required, with their counsel, to attend the Mandatory Status Conference. In each PTO, I warned that any failure to comply with this directive may result in substantial sanction, including the dismissal of their case with prejudice.

Despite these warnings, the plaintiffs identified on Exhibit A (attached hereto) failed to comply with PTO # 323, PTO # 325, and/or PTO # 326, by failing to appear in person at the Mandatory Status Conference as directed.[1] Nothing in the record suggests that the plaintiffs identified on Exhibit A believed in good faith that they were relived from the obligation to attend the Mandatory Status Conference.

---

[1] The court notes that in some cases counsel appeared without their clients.

The court **ORDERS** that plaintiffs identified on Exhibit A show cause **on or before March 1, 2019**, why their claims against Ethicon should not be dismissed with prejudice pursuant to Rule 16(f) of the Federal Rules of Civil Procedure for failure to attend the Mandatory Status Conference as directed in PTO # 323, PTO # 325, and/or PTO # 326. The court further **ORDERS** that where a plaintiff is represented, counsel for each plaintiff listed on Exhibit A notify each plaintiff he or she represents of this Order, and counsel shall preserve evidence of compliance with this Order. If plaintiffs identified on Exhibit A do not show cause on or before March 1, 2019, the court will, either by motion or on its own accord, dismiss claims against Ethicon with prejudice pursuant to Rule 16(f) of the Federal Rules of Civil Procedure.

The court **DIRECTS** the Clerk to file a copy of this Order in *In re: Ethicon, Inc., Pelvic Repair Systems Products Liability Litigation*, 2:12-md-2327 and in each individual case listed on Exhibit A attached. The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party, and to post a copy of this Order on the court's website for 30 days at www.wvsd.uscourts.gov.

ENTER: February 19, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## Exhibit A

|    | Civil Action No. | Plaintiff(s) Name |
|----|------------------|-------------------|
| 1  | 2:12-cv-02269    | Shell, Kathy & Roger |
| 2  | 2:12-cv-03554    | Reed, Gail |
| 3  | 2:12-cv-06033    | Sugg, Lenda |
| 4  | 2:12-cv-07987    | Stapleton, Shannon & Vansel |
| 5  | 2:12-cv-09647    | Baker, Freedom & Franklin Bates, Jr. |
| 6  | 2:12-cv-09883    | Maddux, Teresa |
| 7  | 2:13-cv-02317    | Belisle, Julie A. |
| 8  | 2:13-cv-03073    | Marsh, Sara |
| 9  | 2:13-cv-03282    | Notter, Angela & Daron |
| 10 | 2:13-cv-03546    | Dodson, Mitsey |
| 11 | 2:13-cv-06813    | Kirby, Brenda L. & Jeffery |
| 12 | 2:13-cv-07080    | Bodiford, Brenda & Raymond |
| 13 | 2:13-cv-07511    | McCubbins, Brenda |
| 14 | 2:13-cv-07671    | Sutton, Kimberly |
| 15 | 2:13-cv-07990    | Washington, Carole |
| 16 | 2:13-cv-08069    | Beliew, Betty & Bobby |
| 17 | 2:13-cv-08851    | Peridore, Courtney & Linsy |
| 18 | 2:13-cv-08957    | Williams, Laverne |
| 19 | 2:13-cv-09178    | Elliott, Michlene M. |
| 20 | 2:13-cv-09522    | Killian, Suzanne |
| 21 | 2:13-cv-09712    | Waters, Paula |
| 22 | 2:13-cv-09785    | Binks, Tammy & Richard |
| 23 | 2:13-cv-11107    | Joosten, Gaylene |
| 24 | 2:13-cv-13080    | Stephens, Tammy A. |
| 25 | 2:13-cv-13236    | Dale, Miriam |
| 26 | 2:13-cv-13818    | Clanton, Brandie |
| 27 | 2:13-cv-15452    | Baber, Jo Ann |
| 28 | 2:13-cv-15778    | Gomez, Leslie Lee & Ignacio Gomez Vasquez |
| 29 | 2:13-cv-15940    | Cardenas, Diana |
| 30 | 2:13-cv-16460    | Semore, Suzan |
| 31 | 2:13-cv-17039    | Requelme, Judith |
| 32 | 2:13-cv-17141    | Passarello, Diane |
| 33 | 2:13-cv-17636    | Lewis, Naomi |

| | | |
|---|---|---|
| 34 | 2:13-cv-18616 | Alvarado, Clarita & Jose Guadalupe |
| 35 | 2:13-cv-18733 | Ayala, Maria |
| 36 | 2:13-cv-18837 | Garza, Martha & Juan Antonio |
| 37 | 2:13-cv-20755 | Oliver, Patsy |
| 38 | 2:13-cv-22564 | Cuevas, Martha & Abraham |
| 39 | 2:13-cv-22693 | Carder, Dolores & Aubrey |
| 40 | 2:13-cv-22697 | Murn, Linda |
| 41 | 2:13-cv-23073 | Beverly, Trisha |
| 42 | 2:13-cv-24262 | Nelson, Erin |
| 43 | 2:13-cv-24791 | Zellem, Cathy L. |
| 44 | 2:13-cv-26079 | Hale, Angela & John |
| 45 | 2:13-cv-26649 | Sego, Sondra & Frederick |
| 46 | 2:13-cv-27218 | Randol, Shannon |
| 47 | 2:13-cv-27269 | Snyder, Patience & Matthew |
| 48 | 2:13-cv-28083 | Howell, Jeanie & Douglas |
| 49 | 2:13-cv-29401 | Robinson, Belinda |
| 50 | 2:13-cv-30509 | Hau, Carrie A. |
| 51 | 2:13-cv-31925 | Arguilar, Maria |
| 52 | 2:13-cv-31930 | Torres Ruiz, Luz |
| 53 | 2:13-cv-32341 | Martinez, Eloise |
| 54 | 2:13-cv-32879 | Broughton, Margaret & Jay |
| 55 | 2:14-cv-00051 | Simpson, Ramona |
| 56 | 2:14-cv-01377 | Smith, Clarice |
| 57 | 2:14-cv-02166 | Bonilla, Martina |
| 58 | 2:14-cv-02925 | Gabel, Tina L. |
| 59 | 2:14-cv-02954 | Choate, Penny L. |
| 60 | 2:14-cv-02955 | Crandall, Lisa |
| 61 | 2:14-cv-04041 | Mayfield, Dianne |
| 62 | 2:14-cv-04318 | Scharping, Evelynne |
| 63 | 2:14-cv-04334 | Pine, Carrie |
| 64 | 2:14-cv-05177 | Vitkauskas, Rebecca & Paul |
| 65 | 2:14-cv-05314 | Scofield, Bonnie |
| 66 | 2:14-cv-06428 | Hoeltzner, Paula |
| 67 | 2:14-cv-06588 | Hamilton, Tina Marie |
| 68 | 2:14-cv-07095 | Baker, Stacey |
| 69 | 2:14-cv-07177 | White, Kimberly F. |

| | | |
|---|---|---|
| 70 | 2:14-cv-12999 | Painter, Charlene Marie |
| 71 | 2:14-cv-14174 | Walker, Nancy K. |
| 72 | 2:14-cv-17479 | De Saint Phalle, Jacqueline |
| 73 | 2:14-cv-18220 | Rounds, Clara |
| 74 | 2:14-cv-18584 | Mouser, Brenda & Charles |
| 75 | 2:14-cv-18586 | Mendez, Graciela & Refugio |
| 76 | 2:14-cv-20668 | Catlett, Brenda Lee |
| 77 | 2:14-cv-25588 | Crumpler, Montee |
| 78 | 2:14-cv-26647 | Hardin, Alice & William Sr. |
| 79 | 2:14-cv-27138 | Jones, Judith |
| 80 | 2:14-cv-28379 | Demontoya, Rose |
| 81 | 2:14-cv-28511 | Darga, Jessica & Nicholas |
| 82 | 2:14-cv-29092 | Willes, Lynne Gordiner |
| 83 | 2:15-cv-00184 | Maddock, Melissa |
| 84 | 2:15-cv-02111 | Olson, Cathryn |
| 85 | 2:15-cv-02112 | Renter, Victoria |
| 86 | 2:15-cv-02538 | Carter, Mistie |
| 87 | 2:15-cv-02935 | Hobson, Stephanie S. |
| 88 | 2:15-cv-02945 | Lindsey, Lorilynn R. |
| 89 | 2:15-cv-03049 | Hileman, Rena & Albert |
| 90 | 2:15-cv-03129 | Winsborough, Shannon P. |
| 91 | 2:15-cv-03304 | Dill, Mary E. & Michael F. |
| 92 | 2:15-cv-03452 | Dollahite, Vlema |
| 93 | 2:15-cv-03505 | Healey, Wendy |
| 94 | 2:15-cv-03828 | Adams, Stacy Hamlin & Allen |
| 95 | 2:15-cv-03831 | O'Donnel, Nancy & Patrick |
| 96 | 2:15-cv-04146 | Munsch, Sheila |
| 97 | 2:15-cv-04300 | Sevek, Penny & David |
| 98 | 2:15-cv-04940 | Brooks, Kristi |
| 99 | 2:15-cv-04948 | Barron, Michelle |
| 100 | 2:15-cv-05019 | Fahnestock, Martha |
| 101 | 2:15-cv-05080 | Gustus, Tracy |
| 102 | 2:15-cv-05126 | Congdon, Dora |
| 103 | 2:15-cv-05238 | Read, Paula S. |
| 104 | 2:15-cv-05432 | Ingram, Mary |
| 105 | 2:15-cv-05530 | Henriques, Stephanie |

| 106 | 2:15-cv-05601 | Montgomery, Cheilion F. |
|---|---|---|
| 107 | 2:15-cv-05941 | Carter-Corn, Pamela |
| 108 | 2:15-cv-06456 | Crouch, Delores |
| 109 | 2:15-cv-07092 | Ercolani, Marcella |
| 110 | 2:15-cv-07878 | Forero-Salazar, Yaned |
| 111 | 2:15-cv-08107 | Alpha, Sheila |
| 112 | 2:15-cv-08791 | Bruno, Lynn |
| 113 | 2:15-cv-08888 | Piker, Patricia |
| 114 | 2:15-cv-09748 | Conley, Patricia |
| 115 | 2:15-cv-11219 | Gentry, Sally |
| 116 | 2:15-cv-11332 | Nash, Marianne |
| 117 | 2:15-cv-11944 | Allen, Joanne |
| 118 | 2:15-cv-12118 | Bardle, Beverly |
| 119 | 2:15-cv-12284 | Magnus, Roberta |
| 120 | 2:15-cv-12817 | Whitehurst, Melinda |
| 121 | 2:15-cv-13607 | Sapp, Renee |
| 122 | 2:15-cv-13608 | Doss, Paula |
| 123 | 2:15-cv-13670 | Shook, Marie |
| 124 | 2:15-cv-14573 | Antonson, Dorothy |
| 125 | 2:15-cv-14939 | Powell, Penny |
| 126 | 2:15-cv-16174 | Thomas, Sadie L. & John |
| 127 | 2:16-cv-00433 | Foley, Teresa |
| 128 | 2:16-cv-00852 | Price, Sharon & Jack |
| 129 | 2:16-cv-00869 | Johnson, Lauren & Ronald |
| 130 | 2:16-cv-01908 | Derrisseaux, Verla |
| 131 | 2:16-cv-03282 | Wilkerson, Barbara |
| 132 | 2:16-cv-03288 | Williams, Sandy Michelle |
| 133 | 2:16-cv-03361 | Williams, Clara |
| 134 | 2:16-cv-03562 | Neil, Donna |
| 135 | 2:16-cv-07227 | Catlin, Margaret |
| 136 | 2:16-cv-08000 | Fischer, Roberta |
| 137 | 2:16-cv-08589 | Wormsley, Janet |
| 138 | 2:16-cv-08894 | Estes, Devonna |
| 139 | 2:16-cv-09095 | Bruenning, Angela |
| 140 | 2:16-cv-09838 | Cruz, Paulina |
| 141 | 2:16-cv-10143 | Rowe, Alberta |

| | | |
|---|---|---|
| 142 | 2:16-cv-11128 | Troyer, Cherie L. |
| 143 | 2:16-cv-11679 | Benson, Kathy Myers |
| 144 | 2:16-cv-12229 | Pantoja, Tracy Lynn |
| 145 | 2:17-cv-00851 | Johnson, Cheri |
| 146 | 2:17-cv-00859 | Macdonald, Michele |
| 147 | 2:17-cv-00861 | Aldrich, Teresa |
| 148 | 2:17-cv-00868 | Ratliff, Daphne |
| 149 | 2:17-cv-00869 | Policastro, Suzie |
| 150 | 2:17-cv-00917 | Brown, Denise |
| 151 | 2:17-cv-01108 | Szelest, Lisa |
| 152 | 2:17-cv-01111 | Sildack, Melissa |
| 153 | 2:17-cv-01115 | Rodgers, Stephanie |
| 154 | 2:17-cv-01124 | Houseknecht, Debra |
| 155 | 2:17-cv-01126 | Griesing, Betty |
| 156 | 2:17-cv-01127 | Gang, Debra |
| 157 | 2:17-cv-04358 | Walters, Anna S. & Wayne C. |
| 158 | 2:17-cv-04427 | McCaig, Carlene |