IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                         MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

## ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon defendants") pursuant to the procedures established by Pretrial Order ("PTO") # 302. *See* PTO # 302, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020].

As stated in PTO # 302, the court established certain procedures to prompt dismissals of settled cases. Under these procedures, the court directed the Ethicon defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the court also mandated that Ethicon file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 20, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

|  | Civil Action No. | Plaintiff(s) Name | ECF No. of Motion |
|---|---|---|---|
| 1 | 2:12-cv-00322 | Ryan, Linda B. | 66 |
| 2 | 2:12-cv-02501 | Moret, Janie L. & Clarence J. | 36 |
| 3 | 2:12-cv-02563 | Wilkin, Alice Sue | 29 |
| 4 | 2:12-cv-02752 | Foust, Dorothy F. | 28 |
| 5 | 2:12-cv-02876 | Smith, Bonnie S. & Robert G. | 33 |
| 6 | 2:12-cv-03209 | White, Dianna C. & Blake | 26 |
| 7 | 2:12-cv-03215 | Todd, Sue A. & Haynes | 40 |
| 8 | 2:12-cv-03598 | Clark, Addie | 76 |
| 9 | 2:12-cv-03729 | Bynum, Rachel & Randall | 68 |
| 10 | 2:12-cv-04958 | Tucker, Diana & Carl | 56 |
| 11 | 2:12-cv-06104 | Dynes, Donna & Bobby | 71 |
| 12 | 2:12-cv-06248 | Washburn, Suzanne & Christopher | 71 |
| 13 | 2:12-cv-08359 | Felter, Diane & Michael | 54 |
| 14 | 2:12-cv-08761 | Chapman, Helon & Edward | 21 |
| 15 | 2:12-cv-09833 | Kearns, Vanesa & David | 16 |
| 16 | 2:13-cv-00217 | Ross, Laura Ellen & Robert | 22 |
| 17 | 2:13-cv-00490 | Baylish, Linda | 59 |
| 18 | 2:13-cv-00795 | Boone, Joan Estelle & Barry S. | 17 |
| 19 | 2:13-cv-01913 | Burke, Heather | 27 |
| 20 | 2:13-cv-02384 | Brasberger, Ardyce & Anthony | 25 |
| 21 | 2:13-cv-03031 | Evans, Melissa & Robert | 20 |
| 22 | 2:13-cv-03372 | McSweeney, Connie & Ralph, III | 19 |
| 23 | 2:13-cv-03915 | Rivas, Deborah Lynn | 18 |
| 24 | 2:13-cv-04068 | Stults, Marie Elizabeth | 17 |
| 25 | 2:13-cv-07895 | Zeigler, Julie & Todd | 15 |
| 26 | 2:13-cv-10900 | Croussore, Jo Ann & Marvin | 13 |
| 27 | 2:13-cv-11209 | Van Meter, Phyllis | 21 |
| 28 | 2:13-cv-12011 | Dornbusch, Pamela J. & Darin K. | 17 |
| 29 | 2:13-cv-12159 | Escalderon, Christine M. | 19 |
| 30 | 2:13-cv-12968 | Chill, Twila | 14 |
| 31 | 2:13-cv-13063 | Sims, Sheila Sue | 17 |
| 32 | 2:13-cv-13287 | Vaquera, Maria N. & Jesus | 18 |
| 33 | 2:13-cv-14107 | Perla, Eva P. | 18 |
| 34 | 2:13-cv-14242 | Thompson, Joy B. | 18 |
| 35 | 2:13-cv-14360 | Pecora, Kim & John | 16 |
| 36 | 2:13-cv-14396 | Briggs, Betty Lou & Roger F. | 17 |
| 37 | 2:13-cv-15158 | Cook, Patricia | 15 |
| 38 | 2:13-cv-15519 | Carlin, Debra | 16 |
| 39 | 2:13-cv-15886 | King, Nellie | 15 |
| 40 | 2:13-cv-17422 | Carter, Patty | 13 |
| 41 | 2:13-cv-17759 | Tucker, Carole & Gary | 13 |
| 42 | 2:13-cv-17885 | Corriden, Patricia | 18 |
| 43 | 2:13-cv-17943 | Rosenthal, Sandra | 14 |

**EXHIBIT A**

| | Civil Action No. | Plaintiff(s) Name | ECF No. of Motion |
|---|---|---|---|
| 44 | 2:13-cv-19022 | Fletcher, Kathy Ann & Larry Joe | 18 |
| 45 | 2:13-cv-19579 | Cutno, Janice E. & Earl J. | 15 |
| 46 | 2:13-cv-19636 | Farnesi, Pamela Johns & Vincent Joseph | 15 |
| 47 | 2:13-cv-20447 | Alama-Francis, Rolenda | 15 |
| 48 | 2:13-cv-20873 | Kruse-Hieber, Joy & Kevin | 13 |
| 49 | 2:13-cv-22555 | Carrell, Melanie | 19 |
| 50 | 2:13-cv-23092 | Steinberger, Rita | 18 |
| 51 | 2:13-cv-23359 | Sutton, Jackie Sue & LRay | 16 |
| 52 | 2:13-cv-23367 | Strait, Dana Lanea | 16 |
| 53 | 2:13-cv-23368 | Armendariz, Rhonda Ramona & Carlos | 16 |
| 54 | 2:13-cv-23370 | Steely, Karen S. & Rodney | 15 |
| 55 | 2:13-cv-23372 | Aucker, Tina L. & Kevin E. | 16 |
| 56 | 2:13-cv-23374 | Pizarro, Myrna & Miguel A., Sr. | 16 |
| 57 | 2:13-cv-24200 | Daggett, Paula | 14 |
| 58 | 2:13-cv-26886 | Barahona, Olivia | 12 |
| 59 | 2:13-cv-29961 | Frye, Kathleen & Samuel | 13 |
| 60 | 2:14-cv-00039 | Russell, Patricia | 12 |
| 61 | 2:14-cv-00978 | Shaw, Sandra Sue | 13 |
| 62 | 2:14-cv-00981 | Hamilton, Bobbie Gayle & David | 13 |
| 63 | 2:14-cv-01015 | McGahn, Donna Mae & David John Rzutkiewicz | 13 |
| 64 | 2:14-cv-01111 | Mock, Gloria Renee | 14 |
| 65 | 2:14-cv-01121 | Stuffle, Roxanne | 13 |
| 66 | 2:14-cv-01133 | Bishop, Candra Lynne & Richard D. | 13 |
| 67 | 2:14-cv-01144 | Valdez, Sonia S. | 13 |
| 68 | 2:14-cv-01151 | Morphew, Julie Ann & Wayne | 13 |
| 69 | 2:14-cv-01180 | Hall, Trina L. & Rodney | 13 |
| 70 | 2:14-cv-01185 | Wolf, Pamela Sue | 13 |
| 71 | 2:14-cv-01208 | Childers, Melissa & Sam | 13 |
| 72 | 2:14-cv-01209 | Gould, Elizabeth Ava & Milton | 13 |
| 73 | 2:14-cv-01211 | Shrader, Sandra | 13 |
| 74 | 2:14-cv-01212 | Rodriguez, Sandra Consuelo | 20 |
| 75 | 2:14-cv-01214 | Compton, Sylvia Carol | 13 |
| 76 | 2:14-cv-01289 | Bradley, Geraldine | 15 |
| 77 | 2:14-cv-02188 | O'Gorman, Evelyn & Francis | 15 |
| 78 | 2:14-cv-02253 | Myers, Ruth Lynette & Larry S. | 15 |
| 79 | 2:14-cv-02256 | Roberts, Lisa Diane & Richard C. | 15 |
| 80 | 2:14-cv-02260 | Davis, Kimberly A. & Arlie G. | 14 |
| 81 | 2:14-cv-02262 | Miller, Deserre | 15 |
| 82 | 2:14-cv-04555 | Bolmon, Jean Easterly & Ronald Eric | 13 |
| 83 | 2:14-cv-04558 | Dooley, Sandra & Gilbert Leon | 13 |
| 84 | 2:14-cv-04560 | Torres, Carmen S. & Ramon | 13 |
| 85 | 2:14-cv-04566 | Dillman, Jennifer Ann & Timothy Jay, Jr. | 17 |

**EXHIBIT A**

|     | **Civil Action No.** | **Plaintiff(s) Name** | **ECF No. of Motion** |
| --- | --- | --- | --- |
| 86  | 2:14-cv-04571 | Uhler, Elizabeth Gill & Theodore Clay | 13 |
| 87  | 2:14-cv-04574 | Copeland, Jeannie Lynnette & Danny Joe | 13 |
| 88  | 2:14-cv-04581 | Haghighatian, Yvonne & Vahb | 13 |
| 89  | 2:14-cv-04584 | McCray, Barbara Ann | 13 |
| 90  | 2:14-cv-04589 | Rolley, Amy L. | 13 |
| 91  | 2:14-cv-04592 | Schwab, Carla Jean | 13 |
| 92  | 2:14-cv-04595 | Simon-Rutledge, Diane Elizabeth | 13 |
| 93  | 2:14-cv-04596 | Gibson, Brandy Sue | 13 |
| 94  | 2:14-cv-04598 | Darnell, Sara Ann | 13 |
| 95  | 2:14-cv-04601 | Fowler, Anna Mary & Arden | 13 |
| 96  | 2:14-cv-04605 | Smith, Barbara A. & Robert L., Sr. | 16 |
| 97  | 2:14-cv-06452 | Williams, Lucille S. & Bobby K. | 13 |
| 98  | 2:14-cv-06482 | Terry, Kathy A. | 13 |
| 99  | 2:14-cv-06649 | Presley, Lavina Pearl & Harold Wayne | 15 |
| 100 | 2:14-cv-06675 | Wilson, Rachel Lorraine & Tracy | 13 |
| 101 | 2:14-cv-06710 | Taye, Catherine Lee | 15 |
| 102 | 2:14-cv-06744 | Gonzalez, Oralia Godines | 13 |
| 103 | 2:14-cv-07278 | Dube, Shari Lynn & Christopher R. | 13 |
| 104 | 2:14-cv-07849 | Hargan, Sherri Diane | 13 |
| 105 | 2:14-cv-07870 | Crismon, Vickie Jean & Stanley | 13 |
| 106 | 2:14-cv-07876 | Weems, Marilyn Hopper & Gerald Ray | 13 |
| 107 | 2:14-cv-07879 | Hadley, Tonya Marie | 13 |
| 108 | 2:14-cv-07884 | Ward, Brenda Sue | 13 |
| 109 | 2:14-cv-07886 | Strickland, Mary Jane & Arnall | 13 |
| 110 | 2:14-cv-07888 | Pless, Bonnie Kay | 13 |
| 111 | 2:14-cv-07894 | Cafferty, Donna Marie | 13 |
| 112 | 2:14-cv-07897 | Binder, Jeanna | 13 |
| 113 | 2:14-cv-07927 | Reeser, Patricia & Gregory Vance | 13 |
| 114 | 2:14-cv-07929 | Davis, Ida Louise & Charlie Menter | 13 |
| 115 | 2:14-cv-08273 | Benson, Connie & Don | 13 |
| 116 | 2:14-cv-08275 | Minnear, Paula | 13 |
| 117 | 2:14-cv-08276 | Decker, Susan Catherine & Keith | 14 |
| 118 | 2:14-cv-08281 | Governale, Ann | 14 |
| 119 | 2:14-cv-08283 | Conde, Carmen L. | 13 |
| 120 | 2:14-cv-08286 | Speidel, Shaena Anne | 13 |
| 121 | 2:14-cv-08287 | Cecil, Carolyn | 13 |
| 122 | 2:14-cv-09504 | Parker-Dyer, Theresa | 17 |
| 123 | 2:14-cv-09522 | Abdulla, Ameenah & Mohammad | 17 |
| 124 | 2:14-cv-09527 | Sayre, Joyce Eileen & David J. | 15 |
| 125 | 2:14-cv-09552 | Emerson, Barbara Ann | 16 |
| 126 | 2:14-cv-09641 | Musser, Kathryn Ann | 19 |
| 127 | 2:14-cv-09647 | Carsey, Catherine Roberts | 12 |

**EXHIBIT A**

|  | **Civil Action No.** | **Plaintiff(s) Name** | **ECF No. of Motion** |
|---|---|---|---|
| 128 | 2:14-cv-09657 | Allen, Grace Ellen & Marlon | 18 |
| 129 | 2:14-cv-09663 | Hampton, Marjorie C. | 18 |
| 130 | 2:14-cv-09672 | Coronel, Catalina & Victor | 18 |
| 131 | 2:14-cv-09683 | Freeman, Jennifer Sue & Maurice, Jr. | 19 |
| 132 | 2:14-cv-09692 | Caldwell, Adeline L. | 18 |
| 133 | 2:14-cv-09903 | McWilliams, Carol Ann & Peter R. | 13 |
| 134 | 2:14-cv-09917 | Shroyer, Treva Elaine | 13 |
| 135 | 2:14-cv-09924 | Cooper, Linda J. & Tony E. | 13 |
| 136 | 2:14-cv-09929 | Whitfield, Sally M. | 13 |
| 137 | 2:14-cv-09939 | Coppla, Judith M. & Domenic Paul | 14 |
| 138 | 2:14-cv-10062 | Richardson, Roxanne Michelle | 13 |
| 139 | 2:14-cv-10129 | Otwell, Virginia Ann & Billy Steve | 13 |
| 140 | 2:14-cv-10190 | McClellan, Carolyn J. | 14 |
| 141 | 2:14-cv-10225 | Trust | 16 |
| 142 | 2:14-cv-10344 | Smith, Kelly Jo | 13 |
| 143 | 2:14-cv-11305 | Brunette, Joan | 11 |
| 144 | 2:14-cv-11831 | Cannon, Kathryn Marrin | 13 |
| 145 | 2:14-cv-12316 | Blannin, Norma Cecilia & Robert | 13 |
| 146 | 2:14-cv-12655 | Cole, Suzanne Crocker & Lynn | 13 |
| 147 | 2:14-cv-14056 | Lee, LaDonna | 13 |
| 148 | 2:14-cv-14125 | Carpenter, Lanette & Jim | 14 |
| 149 | 2:14-cv-15283 | Acker, Marcia & David | 14 |
| 150 | 2:14-cv-15875 | Womack, Erin Ibarra | 14 |
| 151 | 2:14-cv-16574 | Oldham, Karla & David | 12 |
| 152 | 2:14-cv-18032 | Fried, Patricia McElroy & Robert | 13 |
| 153 | 2:14-cv-18033 | French, Sarah | 13 |
| 154 | 2:14-cv-18621 | Gonzalez, Salud & Armando G. | 13 |
| 155 | 2:14-cv-18623 | Garmon, Vicki D. | 13 |
| 156 | 2:14-cv-18776 | Airey, Evelyn L. & Richard P., Sr. | 22 |
| 157 | 2:14-cv-18816 | Bruckbauer, Kathleen | 13 |
| 158 | 2:14-cv-18827 | Monsivais, Michelle | 13 |
| 159 | 2:14-cv-18831 | Hall, Teresa R. & Dennis | 13 |
| 160 | 2:14-cv-18860 | Sutliff, Brenda Kay | 14 |
| 161 | 2:14-cv-18903 | Faul, Sandra & Richard T. | 12 |
| 162 | 2:14-cv-18921 | Sites, Belinda Lee & Michael | 14 |
| 163 | 2:14-cv-18922 | Smathers, Donna Lee & Victor Dean | 14 |
| 164 | 2:14-cv-18925 | Smith, Debra Diane & Lorenzo, Jr. | 14 |
| 165 | 2:14-cv-18935 | Garant, Laurie A. & Donald | 12 |
| 166 | 2:14-cv-18949 | Ondi-Rettus, Carla Marie | 14 |
| 167 | 2:14-cv-18999 | Blanchette, Karen & David | 13 |
| 168 | 2:14-cv-19031 | Harrison, Lois Virginia & Richard | 17 |
| 169 | 2:14-cv-19043 | Cavanaugh, Nancy Kay & Donald Robert | 12 |
| 170 | 2:14-cv-19045 | Tymon, Sheila | 14 |

**EXHIBIT A**

|     | Civil Action No. | Plaintiff(s) Name | ECF No. of Motion |
| --- | --- | --- | --- |
| 171 | 2:14-cv-19047 | Stoffer, Vicki L. & Thomas | 14 |
| 172 | 2:14-cv-19208 | Urlacher, Rhonda Marie & David M. | 14 |
| 173 | 2:14-cv-19209 | Waddell, Deborah | 14 |
| 174 | 2:14-cv-19210 | Voloshen, Hedi Ellen & Kenneth R. | 14 |
| 175 | 2:14-cv-19211 | Adams, Teresa Lynn | 12 |
| 176 | 2:14-cv-19214 | Campbell, Paula Jean | 12 |
| 177 | 2:14-cv-19216 | Riley, Jeanette A. | 13 |
| 178 | 2:14-cv-19331 | Cirulnick, Paula Joyce & William Weigold | 12 |
| 179 | 2:14-cv-19334 | Veltus, Marcia Carolyn & Michael R. | 17 |
| 180 | 2:14-cv-19665 | Morris, Laura & Steven | 13 |
| 181 | 2:14-cv-20047 | Cooper, Tami Fox & James Allen | 12 |
| 182 | 2:14-cv-20052 | Dale, Mary Dawn | 12 |
| 183 | 2:14-cv-20071 | Davis, Donna & David Earl | 12 |
| 184 | 2:14-cv-20079 | Deates, Jennifer Michelle & Peter | 12 |
| 185 | 2:14-cv-20083 | Delor, Jenny Vee & Dennis C., Sr. | 12 |
| 186 | 2:14-cv-20127 | Witt, Laura J. & Christopher A. | 12 |
| 187 | 2:14-cv-20543 | Estate of the Joann Hargett Duncan, deceased | 12 |
| 188 | 2:14-cv-20551 | Maness, Jessica Leigh & Charles Michael | 12 |
| 189 | 2:14-cv-20553 | McCary, Brenda Hastings & David | 12 |
| 190 | 2:14-cv-20558 | Skipper, Desca C. & Skip D. | 13 |
| 191 | 2:14-cv-20560 | Moody, Bethany Leigh | 18 |
| 192 | 2:14-cv-20603 | Pennington, Sarah Elaine | 14 |
| 193 | 2:14-cv-20604 | Pillard, Linda J. | 12 |
| 194 | 2:14-cv-20611 | Vilches-Ruiz, Maria Josefa | 13 |
| 195 | 2:14-cv-20612 | Cole, Marceline M. | 18 |
| 196 | 2:14-cv-20792 | Bagdonas, Julie Ann | 12 |
| 197 | 2:14-cv-21080 | Barnes, Juanitta Luise Elizabeth | 18 |
| 198 | 2:14-cv-21656 | Render, Mary & Harvey | 13 |
| 199 | 2:14-cv-21671 | Richie, Patty Jean | 13 |
| 200 | 2:14-cv-22173 | Meyer, Patricia Marie & Howard | 12 |
| 201 | 2:14-cv-22190 | Savage, Vicky Lee & Frank | 13 |
| 202 | 2:14-cv-22206 | Titcomb, Janice Elizabeth | 12 |
| 203 | 2:14-cv-22245 | Paladeni, Tana Lynn | 12 |
| 204 | 2:14-cv-22276 | Branham, Betty Lou | 12 |
| 205 | 2:14-cv-22281 | Broge, Jeannette Anice | 12 |
| 206 | 2:14-cv-22727 | Broome, Dawn Chapman | 12 |
| 207 | 2:14-cv-22738 | Brown, Brenda L. & Clarence Lee, Sr. | 12 |
| 208 | 2:14-cv-23205 | Delsignore, Heidi L. | 12 |
| 209 | 2:14-cv-24628 | Grantham, Rogene & Billy Corb | 13 |
| 210 | 2:14-cv-24974 | Rowell, Angie Nicole & Lyndon, Jr. | 12 |
| 211 | 2:14-cv-29412 | Candanoza, Deborah Ann & Oscar | 13 |
| 212 | 2:14-cv-29456 | Mitchell, Janet | 12 |
| 213 | 2:15-cv-00088 | Curry-Reid, Julie | 12 |

**EXHIBIT A**

|  | **Civil Action No.** | **Plaintiff(s) Name** | **ECF No. of Motion** |
|---|---|---|---|
| 214 | 2:15-cv-00134 | McKnight, Denise | 12 |
| 215 | 2:15-cv-00551 | Fraley, Mabel | 13 |
| 216 | 2:15-cv-00797 | Hendrick, Laurie Beth | 12 |
| 217 | 2:15-cv-01298 | Scarantine, Mary Theresa | 12 |
| 218 | 2:15-cv-02226 | Keele, Deborah | 16 |
| 219 | 2:15-cv-02342 | Kerr, Diane | 11 |
| 220 | 2:15-cv-02857 | Rankin, Andrea Marie | 15 |
| 221 | 2:15-cv-05418 | Shields, Jill M. & Tommy Eugene | 15 |
| 222 | 2:15-cv-07081 | Korb, Lisa & Robert | 13 |
| 223 | 2:15-cv-07734 | Radloff, Victoria | 18 |
| 224 | 2:15-cv-10094 | Hall, Donna Kayron | 13 |
| 225 | 2:15-cv-10103 | Hampton, Lois Ann & James Wesley | 13 |
| 226 | 2:15-cv-10115 | Rodriguez, Aida Sue & Pedro Luis | 13 |
| 227 | 2:15-cv-10118 | Scott, Anita Judith & Derek R. | 13 |
| 228 | 2:15-cv-11015 | Solomon, Letonia | 13 |
| 229 | 2:15-cv-13548 | Moore, Robin Lea | 12 |
| 230 | 2:15-cv-13647 | McNair, Helen Evon | 12 |
| 231 | 2:15-cv-14166 | Smith, Loma Sue & Raymond Carley | 12 |
| 232 | 2:15-cv-15588 | Hood, Betty B. | 13 |
| 233 | 2:15-cv-15798 | Book, Heidemarie Anna & Clarence Monroe, III | 13 |
| 234 | 2:15-cv-15910 | Hogshooter, Mary & Carmon | 11 |
| 235 | 2:15-cv-16054 | Damore, Regina Ruth Karsolich & Stephen Frederick | 13 |
| 236 | 2:16-cv-00149 | Arenal, Celia L. & Mariano, Jr. | 11 |
| 237 | 2:16-cv-00296 | Berge, Joan Rita | 12 |
| 238 | 2:16-cv-00311 | Blea, Jeanette Marie | 12 |
| 239 | 2:16-cv-00312 | Martin, Mary Joetta & Johnny Smith | 13 |
| 240 | 2:16-cv-00313 | Stubbs, Betty Roxine & Larry | 12 |
| 241 | 2:16-cv-00314 | Lankford, Iris Lynn & Earl | 12 |
| 242 | 2:16-cv-00318 | Langford, Marianne Jeanette & Wayne | 12 |
| 243 | 2:16-cv-00321 | Samaniego, Diana | 12 |
| 244 | 2:16-cv-00323 | Representative of the Estate of Linda Louise Trussell, | 12 |
| 245 | 2:16-cv-00326 | Cooke, Marilee S. & Michael D. | 12 |
| 246 | 2:16-cv-00327 | Sweisthal, Heidi J. | 18 |
| 247 | 2:16-cv-00329 | Rauls, Rondia Marie & Timothy Edwin | 12 |
| 248 | 2:16-cv-00330 | Vitogiannis, Evangelia G. | 12 |
| 249 | 2:16-cv-00331 | Walls, Stephenie Marie | 12 |
| 250 | 2:16-cv-00375 | Razuri, Maria Pilar | 12 |
| 251 | 2:16-cv-00376 | Dyer, Patricia & William, Jr. | 12 |
| 252 | 2:16-cv-00380 | Douglas, Marcia Angela & Osmond Raymond | 12 |
| 253 | 2:16-cv-00382 | Duncan, Elizabeth Ann & Rufus | 12 |
| 254 | 2:16-cv-00385 | Hayduk, Kristi D. & Richard | 12 |
| 255 | 2:16-cv-00390 | Marler, Sara & Gary | 12 |
| 256 | 2:16-cv-00391 | Crace, Cindia E. | 13 |

**EXHIBIT A**

| | Civil Action No. | Plaintiff(s) Name | ECF No. of Motion |
|---|---|---|---|
| 257 | 2:16-cv-00392 | Rady, Rita L. | 12 |
| 258 | 2:16-cv-00393 | Gallagher, Elizabeth Jayne & Bryan | 12 |
| 259 | 2:16-cv-00394 | Marks-Cisneros, Gabriela & Ramon | 12 |
| 260 | 2:16-cv-00395 | Gass, Carolyn Sue & David Wayne | 12 |
| 261 | 2:16-cv-00461 | Duckworth, Betty Jo | 12 |
| 262 | 2:16-cv-00462 | Skiles, Sharen Ann & David William | 12 |
| 263 | 2:16-cv-00466 | Rockymore, Liz B. | 12 |
| 264 | 2:16-cv-00467 | Rose, Harriett Debra | 12 |
| 265 | 2:16-cv-00470 | Smith, Sherry & William James, III | 12 |
| 266 | 2:16-cv-00472 | Edwards, Ethel Dullnig & Ivan Jewel | 12 |
| 267 | 2:16-cv-00474 | Stewart, Cheryl & Terry | 12 |
| 268 | 2:16-cv-00476 | Sego, Ruby Jean | 12 |
| 269 | 2:16-cv-00477 | Logan, Sandra Dian | 13 |
| 270 | 2:16-cv-00478 | Haeberlin, Ruth Ann & Marvin | 12 |
| 271 | 2:16-cv-00519 | Dyar, Peggy Alena & Robert | 12 |
| 272 | 2:16-cv-00526 | Sherer, Alisha & Eric Layton | 12 |
| 273 | 2:16-cv-00529 | Tarver, JoAn & Robert | 12 |
| 274 | 2:16-cv-00532 | Webster, Sandra | 12 |
| 275 | 2:16-cv-00535 | Shafer, Karen Sue | 12 |
| 276 | 2:16-cv-00538 | Branham, Adrianne Fain & David Allen | 12 |
| 277 | 2:16-cv-00647 | Brown, Patricia Ann & Harry Joseph | 12 |
| 278 | 2:16-cv-00649 | Dorn, Sandy Florence Guilveaux | 12 |
| 279 | 2:16-cv-00652 | Fields, Peggy Jean | 12 |
| 280 | 2:16-cv-00656 | Gilpin, Ivy M. | 12 |
| 281 | 2:16-cv-00658 | Gonzalez, Martha C. | 14 |
| 282 | 2:16-cv-00661 | Heaton, Alma Gail & Doug | 12 |
| 283 | 2:16-cv-00662 | Hunter, Barbara Ann & Nathan | 12 |
| 284 | 2:16-cv-00667 | Foster, Annette Elizabeth & Chris | 12 |
| 285 | 2:16-cv-00674 | Haun, Cynthia Renee & Robert Allen | 12 |
| 286 | 2:16-cv-00677 | Jones, Mary Jane | 12 |
| 287 | 2:16-cv-00961 | Rottler, Clovis Savannah & Rudy | 14 |
| 288 | 2:16-cv-00963 | Seals, Doris Jean & Richard | 12 |
| 289 | 2:16-cv-01092 | Smith, Judy Ann | 12 |
| 290 | 2:16-cv-01095 | Swonger, Tambra J. | 12 |
| 291 | 2:16-cv-01112 | Dinsmore, Regina Morning Starr | 12 |
| 292 | 2:16-cv-01113 | Woolever-Thompson, Lois Ann | 12 |
| 293 | 2:16-cv-01114 | DelBello, Janice Renfrow & Jimmie Joe | 12 |

**EXHIBIT A**

|  | **Civil Action No.** | **Plaintiff(s) Name** | **ECF No. of Motion** |
|---|---|---|---|
| 294 | 2:16-cv-01115 | Dudley, Terri Faye | 12 |
| 295 | 2:16-cv-01119 | Dawes, Diane Lynn Foy & Kevin | 12 |
| 296 | 2:16-cv-01120 | Gatlin-Walker, Michele & Richard Gaylord | 12 |
| 297 | 2:16-cv-01121 | Walker, Mary Alice | 12 |
| 298 | 2:16-cv-01126 | Schwallie, Martha Sue & Robert Gerard | 12 |
| 299 | 2:16-cv-01132 | Johnson, Maria Badillo & Gary Dean | 12 |
| 300 | 2:16-cv-01133 | Martin, Monica Beth & Jose | 12 |
| 301 | 2:16-cv-01134 | Sears, Tonya Mae | 12 |
| 302 | 2:16-cv-01135 | Representative of the Estate of Betty Louise | 12 |
| 303 | 2:16-cv-01137 | Collier, Lisa Mills & Randall | 12 |
| 304 | 2:16-cv-01201 | Haney, Gail Ann | 12 |
| 305 | 2:16-cv-01210 | Watson, Angela Evette & Michael Shannon | 12 |
| 306 | 2:16-cv-01211 | Estate of Donna Sullivan, deceased | 12 |
| 307 | 2:16-cv-02075 | Saye, Dorothy & John | 11 |
| 308 | 2:16-cv-03867 | Farbelow, Tamara C. & John C. | 12 |