IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM                          MDL NO. 2327
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

### ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon defendants") pursuant to the procedures established by Pretrial Order ("PTO") # 302. *See* PTO # 302, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 6020].

As stated in PTO # 302, the court established certain procedures to prompt dismissals of settled cases. Under these procedures, the court directed the Ethicon defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the court also mandated that Ethicon file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

The Ethicon defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 21, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

|    | Civil Action No. | Plaintiff(s) Name | ECF No. of Motion |
|----|---|---|---|
| 1  | 2:12-cv-04645 | Nevel, Mary L. & Thomas | 51 |
| 2  | 2:12-cv-05110 | Hoover, LuVerne | 22 |
| 3  | 2:12-cv-05774 | Deaton, Sherry P. | 68 |
| 4  | 2:12-cv-05823 | Spangler, Mary | 31 |
| 5  | 2:12-cv-06184 | Schwartz, Genevieve S. | 42 |
| 6  | 2:12-cv-07166 | Miller, Debra | 23 |
| 7  | 2:12-cv-08395 | Tetreault, Juanita | 17 |
| 8  | 2:13-cv-01438 | Cheryl Enslander, Administrator for the Estate of Grant, Loretta & Pascoe | 28 |
| 9  | 2:13-cv-02617 | Lee, Dorothy | 16 |
| 10 | 2:13-cv-03839 | Jagiello, Marlene | 22 |
| 11 | 2:13-cv-07921 | Harmon, Camelia & Phillip | 17 |
| 12 | 2:13-cv-09415 | Fleming, Hilda M. & Russell | 17 |
| 13 | 2:13-cv-09416 | Clack, Ima G. | 17 |
| 14 | 2:13-cv-09714 | Ford, Christie & Michael | 17 |
| 15 | 2:13-cv-11671 | McGee, Darlene & Dewayne | 17 |
| 16 | 2:13-cv-12209 | Leckson, Teresia | 17 |
| 17 | 2:13-cv-16381 | Dilworth, Teresa | 15 |
| 18 | 2:13-cv-17134 | Page, Keressa | 14 |
| 19 | 2:13-cv-18370 | Crapnell, Carla Jean | 17 |
| 20 | 2:13-cv-18391 | Heuck, Michelle D. & Jeffrey S. | 18 |
| 21 | 2:13-cv-18917 | Glenn, Catherine | 21 |
| 22 | 2:13-cv-19469 | Lopez, Alicia | 23 |
| 23 | 2:13-cv-19476 | Spacek, Helen C. | 16 |
| 24 | 2:13-cv-20501 | Black, Pattie | 19 |
| 25 | 2:13-cv-20508 | Haney, Carolyn & Matt | 19 |
| 26 | 2:13-cv-21848 | Rivas, Lupe | 19 |
| 27 | 2:13-cv-22901 | Farley, Darlene | 22 |
| 28 | 2:13-cv-24461 | Gehl, Carol & Patrick | 16 |
| 29 | 2:13-cv-26690 | Braun, Candie Loraine & John Emil | 17 |
| 30 | 2:13-cv-27317 | Bowden, Denise | 20 |
| 31 | 2:13-cv-29230 | Kaminski, Dawn | 13 |
| 32 | 2:13-cv-29300 | Steward, Vicki E. & Randle | 13 |
| 33 | 2:13-cv-31704 | Bridgeman, Rita | 20 |
| 34 | 2:13-cv-32963 | Caulk, Judy Ann | 20 |
| 35 | 2:13-cv-33228 | Kidder, Susan J. | 12 |
| 36 | 2:14-cv-00071 | Moen, Gail | 17 |
| 37 | 2:14-cv-00533 | Elzey, Heather & Shannon L. | 15 |
| 38 | 2:14-cv-04090 | Hamilton, Sheila M. & Mike Reynolds | 13 |
| 39 | 2:14-cv-05660 | Nors, Ruth L. | 19 |
| 40 | 2:14-cv-05704 | Harris, Nancy J. | 14 |
| 41 | 2:14-cv-07135 | Young, Debra as the Administrator of the Estate of Marilyn A. Kottke, deceased | 14 |

**EXHIBIT A**

|    | Civil Action No. | Plaintiff(s) Name | ECF No. of Motion |
|----|------------------|-------------------|-------------------|
| 42 | 2:14-cv-11484    | Reid, Lori & Randall | 16 |
| 43 | 2:14-cv-13927    | Hebert, Debra | 18 |
| 44 | 2:14-cv-15319    | Miller, Laura C. & Larry L., Jr. | 21 |
| 45 | 2:14-cv-15353    | Ball, Sheila E. | 19 |
| 46 | 2:14-cv-15455    | Bell, Kristine R. | 22 |
| 47 | 2:14-cv-16138    | Smith, Barbara Lorraine | 18 |
| 48 | 2:14-cv-17092    | Hurst-Kendrick, Mary | 19 |
| 49 | 2:14-cv-17094    | Johnson-Denis, Rebecca | 18 |
| 50 | 2:14-cv-21373    | Rocha, Socorro L. | 16 |
| 51 | 2:14-cv-22719    | Beaverson, Elizabeth | 16 |
| 52 | 2:14-cv-24927    | Mathis, Laurie D. & Michael D. | 17 |
| 53 | 2:14-cv-30426    | Knebel, Sharon | 13 |
| 54 | 2:15-cv-06905    | Hembree, Angelen & Herschel | 12 |
| 55 | 2:15-cv-07436    | Kleopfer, Kathleen & Lyle | 18 |
| 56 | 2:15-cv-08647    | Launius, Sharon Renee Lemons | 24 |
| 57 | 2:15-cv-09547    | Adams, Sharon | 21 |
| 58 | 2:15-cv-09550    | Samuelson, Beth Ann | 17 |
| 59 | 2:15-cv-10021    | Means, Sandra | 16 |
| 60 | 2:15-cv-13353    | Nichols, Lynda & Joseph | 16 |
| 61 | 2:15-cv-13938    | Beckman, Mary | 12 |
| 62 | 2:15-cv-14688    | Connor, Barbara | 12 |
| 63 | 2:15-cv-14742    | Becerra, Debra L. | 11 |
| 64 | 2:15-cv-16301    | Brown, Jovella & Loxley | 13 |
| 65 | 2:16-cv-01659    | Humphrey, Loretta | 15 |
| 66 | 2:16-cv-05256    | Sullivan, Cheryl & Brian | 15 |
| 67 | 2:16-cv-07691    | Duncan, Emily | 11 |
| 68 | 2:16-cv-09613    | Jaehne, Charlotte | 13 |
| 69 | 2:16-cv-09677    | Furbee, Lisa | 14 |
| 70 | 2:16-cv-09870    | Castillo, Gladys | 13 |
| 71 | 2:16-cv-11250    | Stiasny, Eleonore | 13 |
| 72 | 2:16-cv-11251    | Grabill, Nanette | 13 |
| 73 | 2:16-cv-12256    | Goodman, Martha | 13 |
| 74 | 2:17-cv-01993    | Bero, Gayle A. | 13 |
| 75 | 2:17-cv-01994    | Cummins, Donna L. & William D. | 12 |