IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| SUSAN HARMON,<br>LARRY HARMON,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br>ETHICON, INC., JOHNSON & JOHNSON,<br><br>Defendants. | MDL 2325<br><br>NO. 2:12-CV-07411 **FEB 2 1 2019**<br><br>**GRANTED and SO ORDERED**<br><br>_Joseph R. Goodwin_<br><br>JOSEPH R. GOODWIN<br>UNITED STATES DISTRICT JUDGE |

JOINT MOTION TO DISMISS DEFENDANT
AMERICAN MEDICAL SYSTEMS, INC. WITH PREJUDICE
AND PLAINTIFFS' MOTION TO TRANSFER MDLS

Plaintiffs in the above-captioned case and defendant American Medical Systems, Inc.

("AMS") advise the Court that they have compromised and settled all claims between them in this

action, including all counterclaims, cross-claims and third party claims. Accordingly, they jointly

move the court to dismiss AMS as a defendant in this action with prejudice, parties to bear their

own costs.[1]

Other defendants remain in this action, and plaintiffs will continue to pursue this action

against them. To that end, an Amended Short Form Complaint has been or will be filed against the

remaining defendants.

Further, plaintiffs move to transfer this action from MDL 2325, In re: American Medical

Systems, Inc., Pelvic Repair System Products Liability Litigation to: MDL 2327. Plaintiffs herein

filed a Complaint or Short Form Complaint in MDL 2325 against American Medical Systems,

---

[1] The parties jointly move to dismiss AMS, Inc. with prejudice and terminate it from the Court's docket in this matter; the signatures for AMS on this motion relate only to the joint motion. The motion to transfer is made only by the plaintiffs.

Inc., and others. Within fourteen (14) days of the filing of this *motion*, plaintiffs will file an Amended Short Form Complaint that no longer includes American Medical Systems, Inc. as a named defendant.

Because American Medical Systems, Inc. is no longer a named defendant in this case, plaintiffs respectfully request that the Court: 1) GRANT the plaintiffs' motion to transfer this action from MDL 2325 to MDL 2327; and 2) direct the Clerk to disassociate this civil action as a member case in MDL 2325 and re-associate it with MDL 2327.

Respectfully:

/s/ Barbara Binis
Barbara Binis
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc. with Respect to the Joint Motion to Dismiss Only*


/s/ Shayna Slater
Shayna Slater
ANAPOL WEISS
One Logan Square, 16th Floor
130 North 18th Street
Philadelphia, PA 19103
215.735.1130 (phone)
215.875.7715 (fax)
sslater@anapolschwartz.com
*Attorney for Plaintiffs*


Dated: October 29, 2018