**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**MARY HANDY and LARRY HANDY, SR.**<br><br>Case No. 2:14-cv-19619 | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>**JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE** |

**JOINT STIPULATON OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Mary Handy and Larry Handy Sr. and Defendants, Ethicon, Inc. and Johnson & Johnson in the above-referenced civil action, by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

Dated: February 21, 2019

STIPULATED AND AGREED:

*Attorney for Plaintiffs*

/s/ *John W. Pate*
John W. Pate
HEYGOOD, ORR & PEARSON
6363 North State Highway 161, Suite 450
Irving, Texas 75038
Telephone: (214) 237-9001
Facsimile:  (214) 237-9002
john@hop-law.com

*Attorney for Defendants Ethicon, Inc. and Johnson & Johnson*

*/s/William M. Gage*
William M. Gage
Butler Snow LLP
1020 Highland Colony Parkway
Ridgeland, MS 39157
Telephone: (601) 985-4561
William.Gage@butlersnow.com

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/Charles W. Miller