IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION             MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBIT ATTACHED HERETO:

### JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A through H and Defendants Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3] (collectively the "Covidien entities") and C. R. Bard, Inc., to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs, the Covidien entities, and Bard jointly move the court to dismiss Bard and the Covidien entities (where named) as Defendants in these actions with prejudice, each party to bear its own costs.

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek, USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic, Inc.

9117765 v2

The settlement in the cases listed on Exhibits A though H relates only to the Covidien entities and Bard. Because other Defendant(s) remain in the cases listed on Exhibits A though H, the case(s) should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted February 21, 2019.

/s/ Micah L. Hobbs_____
Micah L. Hobbs
mhobbs@shb.com
Devin K. Ross
dkross@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816.474.6550
Fax: 816.421.5547
*Counsel for Covidien Entities*

/s/ Aimee H. Wagstaff_____
Aimee H. Wagstaff
ANDRUS & WAGSTAFF
7171 West Alaska Drive
Lakewood, CO 80226
303.376.6360
303.376.6361 (fax)
aimee.wagstaff@ahw-law.com
*Counsel for Plaintiffs listed on Exhibit A*

/s/ Andrew J. Cross_____
Andrew J. Cross
CAREY DANIS & LOWE
Suite 1100
8235 Forsyth Boulevard
St. Louis, MO 63105
314.725.7700
314.721.0905 (fax)
across@careydanis.com
*Counsel for Plaintiffs listed on Exhibit C*

/s/ Richard B. North, Jr._____
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH L.L.P
P.O. Box 1856
Huntington, WV 25719-1856
Phone: 304.526.3500
Fax: 304.526.3599
*Counsel for C.R. Bard, Inc.*

/s/ Bryan F. Aylstock_____
Bryan F. Aylstock
AYLSTOCK WITKIN KREIS &
OVERHOLTZ
Suite 200
17 East Main Street
Pensacola, FL 32502
850.202.1010
850.916.7449 (fax)
baylstock@awkolaw.com
*Counsel for Plaintiffs listed on Exhibit B*

/s/ C. Andrew Childers_____
C. Andrew Childers
CHILDERS SCHLUETER & SMITH
Suite 100
1932 North Druid Hills Road
Atlanta, Georgia 30319
404.419.9500
404.419.9501 (fax)
achilders@cssfirm.com
*Counsel for Plaintiffs listed on Exhibit D*

9117765 v2

| | |
|---|---|
| /s/ Caroline Underwood Hollingsworth<br>Caroline Underwood Hollingsworth<br>HENINGER GARRISON DAVIS<br>P.O. Box 11310<br>Birmingham, AL 35202<br>205.326.3336<br>205.326.3332 (fax)<br>caroline@hgdlawfirm.com<br>*Counsel for Plaintiffs listed on Exhibit E* | /s/ Alan S. Lazar<br>Alan S. Lazar<br>MARLIN & SALTZMAN<br>Suite 210<br>29800 Agoura Rd.<br>Agoura Hills, CA 91301<br>818.991.8080<br>818.991.8081 (fax)<br>alazar@marlinsaltzman.com<br>*Counsel for Plaintiffs listed on Exhibit F* |
| /s/ Leslie C. MacLean<br>Leslie C. MacLean<br>WATERS & KRAUS<br>Suite 700<br>3141 Hood Street<br>Dallas TX, 75219<br>214.357.6244<br>214.357.7252 (fax)<br>lmaclean@waterskraus.com<br>*Counsel for Plaintiffs listed on Exhibit G* | /s/ Sejal K. Brahmbhatt<br>Sejal K. Brahmbhatt<br>WILLIAMS KHERKHER HART BOUNDAS<br>Suite 600<br>8441 Gulf Freeway<br>Houston, TX 77017<br>713.230.2227<br>713.643.6226 (fax)<br>sbrahmbhatt@williamskherkher.com<br>*Counsel for Plaintiffs listed on Exhibit H* |

9117765 v2

## EXHIBIT A – ANDRUS & WAGSTAFF

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-03632 | Haller, Tawny and Michael |
| 2:14-cv-17566 | Duncan, Jacquelyn |

## EXHIBIT B – AYLSTOCK WITKIN KREIS & OVERHOLTZ

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-07877 | Strong, Joyce |

9117765 v2

## EXHIBIT C – CAREY DANIS & LOWE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-25755 | Davis, Ernestine |
| 2:13-cv-32074 | Scott, Charlet |
| 2:14-cv-20734 | Coffelt, Lisa |
| 2:14-cv-22923 | Eisen, Christine |
| 2:14-cv-23208 | Whited, Mary |

9117765 v2

## EXHIBIT D – CHILDERS SCHLUETER & SMITH

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-01527 | Fluker, Melinda and Ronnie |

9117765 v2

## EXHIBIT E – HENINGER GARRISON DAVIS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-29843 | Loper, Ruby |

## EXHIBIT F – MARLIN & SALTZMAN

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-cv-19313 | Stricklin, Tona and Richard |

9117765 v2

## EXHIBIT G – WATERS & KRAUS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-17396 | Adams, Dianna and Donald |
| 2:13-cv-19589 | Owens, Nell and Waverly |

9117765 v2

## EXHIBIT H – WILLIAMS KHERKHER HART BOUNDAS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-13434 | Gouldhawke, Cindy |
| 2:14-cv-17178 | Lenigar, Linda |

9117765 v2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Micah L Hobbs*_____
      Micah L. Hobbs
      Attorney for Covidien Entities

9117765 v2