IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION        MDL 2327

THIS DOCUMENT RELATES TO CASES IDENTIFIED
ON THE ATTACHED EXHIBIT A:

**ORDER**
(Dismissing the Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7541], is a Joint Stipulation of Dismissal with Prejudice filed by plaintiffs, identified on the attached Exhibit A and defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon defendants"). The parties are seeking dismissal of the Ethicon defendants with prejudice.

The court **ORDERS** that:

1. the Joint Stipulation to Dismiss with Prejudice is **GRANTED**; and

2. the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A;

3. if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot;

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit A; and

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 22, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

|    | Civil Action No | Case Name |
|----|-----------------|-----------|
| 1  | 2:13-cv-18654   | Bly v. Ethicon, Inc. et al |
| 2  | 2:13-cv-18669   | Davis v. Ethicon, Inc. et al |
| 3  | 2:13-cv-19652   | Borden v. Ethicon, Inc. et al |
| 4  | 2:13-cv-19683   | Jones v. Ethicon, Inc. et al |
| 5  | 2:13-cv-19716   | Spychalski et al v. Ethicon, Inc. et al |
| 6  | 2:13-cv-19725   | Posey v. Ethicon, Inc. et al |
| 7  | 2:13-cv-19729   | Ritchie v. Ethicon, Inc. et al |
| 8  | 2:13-cv-22622   | Lively v. Ethicon, Inc. et al |
| 9  | 2:13-cv-22642   | Justice v. Ethicon, Inc. et al |
| 10 | 2:13-cv-30405   | Lozano v. Ethicon, Inc. et a |
| 11 | 2:13-cv-30788   | Bennett v. Ethicon, Inc. et al |
| 12 | 2:13-cv-30795   | Bradford v. Ethicon, Inc. et al |
| 13 | 2:13-cv-30812   | Gall v. Ethicon, Inc. et al |
| 14 | 2:13-cv-31028   | Davis v. Ethicon, Inc. et al |
| 15 | 2:13-cv-33495   | Berry v. Ethicon, Inc. et al |
| 16 | 2:13-cv-33527   | Bucholz v. Ethicon, Inc. et al |
| 17 | 2:13-cv-33587   | Ford v. Ethicon, Inc. et al |
| 18 | 2:13-cv-33615   | Hedrick v. Ethicon, Inc. et al |
| 19 | 2:13-cv-33769   | Moore et al v. Ethicon, Inc. et al |
| 20 | 2:13-cv-33839   | O'Sullivan et al v. Ethicon, Inc. et al |
| 21 | 2:13-cv-33844   | Parker v. Ethicon, Inc. et al |
| 22 | 2:13-cv-33870   | Pittman v. Ethicon, Inc. et al |
| 23 | 2:13-cv-33909   | Russell v. Ethicon, Inc. et al |
| 24 | 2:14-cv-00076   | Baxter et al v. Ethicon, Inc. et al |
| 25 | 2:14-cv-00097   | Kennedy v. Ethicon, Inc. et al |
| 26 | 2:14-cv-00110   | Parfitt v. Ethicon, Inc. et al |
| 27 | 2:14-cv-00115   | Vance v. Ethicon, Inc. et al |
| 28 | 2:14-cv-00125   | Zimmerman v. Ethicon, Inc. et al |
| 29 | 2:14-cv-00583   | Barnes v. Johnson & Johnson et al |
| 30 | 2:14-cv-00583   | Fuerst v. Johnson & Johnson et al |
| 31 | 2:14-cv-02278   | Ybarbo v. Ethicon, Inc. et al |
| 32 | 2:14-cv-11075   | Gerber et al v. Ethicon, Inc. et al |
| 33 | 2:14-cv-11104   | Kent et al v. Ethicon, Inc. et al |
| 34 | 2:14-cv-11163   | Go v. Ethicon, Inc. et al |
| 35 | 2:14-cv-11243   | Barcy v. Ethicon, Inc. et al |
| 36 | 2:14-cv-11289   | Foose et al v. Ethicon, Inc. et al |
| 37 | 2:14-cv-11367   | Miller et al v. Ethicon, Inc. et al |
| 38 | 2:14-cv-11385   | Tyrrell v. Ethicon, Inc. et al |
| 39 | 2:14-cv-11918   | Lewis et al v. Ethicon, Inc. et al |
| 40 | 2:14-cv-11961   | Smith et al v. Ethicon, Inc. et al |
| 41 | 2:14-cv-12242   | Ball v. Ethicon, Inc. et al |
| 42 | 2:14-cv-12291   | Gribble et al v. Ethicon, Inc. et al |

**EXHIBIT A**

|  | Civil Action No | Case Name |
|---|---|---|
| 43 | 2:14-cv-12297 | Kees et al v. Ethicon, Inc. et al |
| 44 | 2:14-cv-12449 | Lampel et al v. Ethicon, Inc. et al |
| 45 | 2:14-cv-12490 | White et al v. Ethicon, Inc. et al |
| 46 | 2:14-cv-12779 | Moore et al v. Ethicon, Inc. et al |
| 47 | 2:14-cv-12800 | Ruffino v. Ethicon, Inc. et al |
| 48 | 2:14-cv-12811 | St. Clair v. Ethicon, Inc. et al |
| 49 | 2:14-cv-13012 | Milligan et al v. Ethicon, Inc. et al |
| 50 | 2:14-cv-13014 | Mohler v. Ethicon, Inc. et al |
| 51 | 2:14-cv-13015 | Campbell v. Ethicon, Inc. et al |
| 52 | 2:14-cv-13050 | Veith et al v. Ethicon, Inc. et al |
| 53 | 2:14-cv-13095 | Baker et al v. Ethicon, Inc. et al |
| 54 | 2:14-cv-13111 | Dempsey et al v. Ethicon, Inc. et al |
| 55 | 2:14-cv-13165 | Frayer et al v. Ethicon, Inc. et al |
| 56 | 2:14-cv-13169 | Gibson v. Ethicon, Inc. et al |
| 57 | 2:14-cv-13170 | Hari et al v. Ethicon, Inc. et al |
| 58 | 2:14-cv-13188 | Kent et al v. Ethicon, Inc. et al |
| 59 | 2:14-cv-13267 | Smith et al v. Ethicon, Inc. et al |
| 60 | 2:14-cv-13298 | Wilson v. Ethicon, Inc. et al |
| 61 | 2:14-cv-13441 | Lehmann et al v. Ethicon, Inc. et al |
| 62 | 2:14-cv-13443 | Morrison et al v. Ethicon, Inc. et al |
| 63 | 2:14-cv-13456 | Smith v. Ethicon, Inc. et al |
| 64 | 2:14-cv-13567 | Robertson v. Ethicon, Inc. et al |
| 65 | 2:14-cv-13690 | Pizzolato et al v. Ethicon, Inc. et al |
| 66 | 2:14-cv-13823 | Hunter v. Ethicon, Inc. et al |
| 67 | 2:14-cv-13838 | McCoy v. Ethicon, Inc. et al |
| 68 | 2:14-cv-13893 | Wamsley v. Ethicon, Inc. et al |
| 69 | 2:14-cv-14004 | Randolph v. Ethicon, Inc. et al |
| 70 | 2:14-cv-18385 | Krausen et al v. Ethicon, Inc. et al |
| 71 | 2:14-cv-18391 | Jackson v. Ethicon, Inc. et al |
| 72 | 2:14-cv-18395 | Ingram v. Ethicon, Inc. et al |
| 73 | 2:14-cv-18413 | Edwards et al v. Ethicon, Inc. et al |
| 74 | 2:14-cv-18432 | Sturgis v. Ethicon, Inc. et al |
| 75 | 2:14-cv-18433 | Starnes v. Ethicon, Inc. et al |
| 76 | 2:14-cv-18460 | Nitcholas v. Ethicon, Inc. et al |
| 77 | 2:14-cv-21659 | Guerra v. Ethicon, Inc. et al |
| 78 | 2:14-cv-21680 | Bucholz v. Ethicon, Inc. et al |
| 79 | 2:14-cv-21683 | Temkin v. Ethicon, Inc. et al |
| 80 | 2:14-cv-21687 | Lenbird v. Ethicon, Inc. et al |
| 81 | 2:14-cv-21693 | Hurtado v. Ethicon, Inc. et al |
| 82 | 2:14-cv-21708 | Adamson v. Ethicon, Inc. et al |
| 83 | 2:14-cv-21709 | Sage et al v. Ethicon, Inc. et al |
| 84 | 2:14-cv-21711 | Vancleve v. Ethicon, Inc. et al |

**EXHIBIT A**

|     | **Civil Action No** | **Case Name** |
| --- | --- | --- |
| 85  | 2:14-cv-21714 | Hurst et al v. Ethicon, Inc. et al |
| 86  | 2:14-cv-21716 | Hutson et al v. Ethicon, Inc. et al |
| 87  | 2:14-cv-21722 | Fontaine v. Ethicon, Inc. et al |
| 88  | 2:14-cv-21829 | Fitzgerald et al v. Ethicon, Inc. et al |
| 89  | 2:14-cv-21846 | Tate v. Ethicon, Inc. et al |
| 90  | 2:14-cv-21871 | Alter et al v. Ethicon, Inc. et al |
| 91  | 2:14-cv-21876 | Jarvis v. Ethicon, Inc. et al |
| 92  | 2:14-cv-21910 | Dunsmore et al v. Ethicon, Inc. et al |
| 93  | 2:14-cv-21920 | Taylor et al v. Ethicon, Inc. et al |
| 94  | 2:14-cv-21925 | Tetreault et al v. Ethicon, Inc. et al |
| 95  | 2:14-cv-21957 | Ray et al v. Ethicon, Inc. et al |
| 96  | 2:14-cv-22020 | Rhodes et al v. Ethicon, Inc. et al |
| 97  | 2:14-cv-22072 | Faulkner v. Ethicon, Inc. et al |
| 98  | 2:14-cv-22107 | Gunn v. Ethicon, Inc. et al |
| 99  | 2:14-cv-22125 | Skinner et al v. Ethicon, Inc. et al |
| 100 | 2:14-cv-22138 | Johnson v. Ethicon, Inc. et al |
| 101 | 2:14-cv-22166 | Kelly v. Ethicon, Inc. et al |
| 102 | 2:14-cv-22172 | Cleeves v. Ethicon, Inc. et al |
| 103 | 2:14-cv-22178 | Armagost v. Ethicon, Inc. et al |
| 104 | 2:14-cv-22207 | Cordery et al v. Ethicon, Inc. et al |
| 105 | 2:14-cv-22212 | Demond et al v. Ethicon, Inc. et al |
| 106 | 2:14-cv-22282 | Harper et al v. Ethicon, Inc. et al |
| 107 | 2:14-cv-22291 | Sullivan v. Ethicon, Inc. et al |
| 108 | 2:14-cv-22293 | Brown v. Ethicon, Inc. et al |
| 109 | 2:14-cv-22353 | Switzer v. Ethicon, Inc. et al |
| 110 | 2:14-cv-22673 | Arellano et al v. Ethicon, Inc. et al |
| 111 | 2:14-cv-22908 | Ingersoll et al v. Ethicon, Inc. et al |
| 112 | 2:14-cv-23007 | Wise v. Ethicon, Inc. et al |
| 113 | 2:14-cv-23020 | Buccelli et al v. Ethicon, Inc. et al |
| 114 | 2:14-cv-23034 | Loekle et al v. Ethicon, Inc. et al |
| 115 | 2:14-cv-23036 | Johnson v. Ethicon, Inc. et al |
| 116 | 2:14-cv-23049 | Davis v. Ethicon, Inc. et al |
| 117 | 2:14-cv-23059 | Sliger v. Ethicon, Inc. et al |
| 118 | 2:14-cv-23158 | House v. Ethicon, Inc. et al |
| 119 | 2:14-cv-23172 | Jenson et al v. Ethicon, Inc. et al |
| 120 | 2:14-cv-23249 | Weaver et al v. Ethicon, Inc. et al |
| 121 | 2:14-cv-23553 | Pesola v. Ethicon, Inc. et al |
| 122 | 2:14-cv-23566 | Ryan v. Ethicon, Inc. et al |
| 123 | 2:14-cv-23573 | Skinner v. Ethicon, Inc. et al |
| 124 | 2:14-cv-23608 | Carter v. Ethicon, Inc. et al |
| 125 | 2:14-cv-23611 | Boyd v. Ethicon, Inc. et al |
| 126 | 2:14-cv-23618 | Meijers v. Ethicon, Inc. et al |

**EXHIBIT A**

|     | Civil Action No | Case Name |
| --- | --- | --- |
| 127 | 2:14-cv-23635 | Humeston v. Ethicon, Inc. et al |
| 128 | 2:14-cv-23643 | Evola v. Ethicon, Inc. et al |
| 129 | 2:14-cv-23657 | LaSala et al v. Ethicon, Inc. et al |
| 130 | 2:14-cv-23673 | Wilder v. Ethicon, Inc. et al |
| 131 | 2:14-cv-23674 | Williams v. Ethicon, Inc. et al |
| 132 | 2:14-cv-23685 | Vanwingen et al v. Ethicon, Inc. et al |
| 133 | 2:14-cv-29703 | Biondo et al v. Ethicon, Inc. et al |
| 134 | 2:14-cv-29747 | Hidalgo v. Ethicon, Inc. et al |
| 135 | 2:14-cv-29748 | Whittaker et al v. Ethicon, Inc. et al |
| 136 | 2:14-cv-29769 | Legion v. Ethicon, Inc. et al |
| 137 | 2:14-cv-29774 | Sneed-Ballard v. Ethicon, Inc. et al |
| 138 | 2:14-cv-29777 | Dipippo v. Ethicon, Inc. et al |
| 139 | 2:14-cv-29800 | Grower-Gillette v. Ethicon, Inc. et al |
| 140 | 2:14-cv-29831 | Borden v. Ethicon, Inc. et al |
| 141 | 2:14-cv-29890 | McIntyre et al v. Ethicon, Inc. et al |
| 142 | 2:14-cv-29926 | Shewmaker v. Ethicon, Inc. et al |
| 143 | 2:14-cv-29937 | Bean et al v. Ethicon, Inc. et al |
| 144 | 2:14-cv-29966 | Matthies v. Ethicon, Inc. et al |
| 145 | 2:14-cv-30045 | Ouellette et al v. Ethicon, Inc. et al |
| 146 | 2:14-cv-30228 | Chambers v. Ethicon, Inc. et al |
| 147 | 2:14-cv-30234 | Cameron et al v. Ethicon, Inc. et al |
| 148 | 2:14-cv-30259 | Petrey v. Ethicon, Inc. et al |
| 149 | 2:14-cv-30262 | Thompson v. Ethicon, Inc. et al |
| 150 | 2:14-cv-30270 | Robinson et al v. Ethicon, Inc. et al |
| 151 | 2:14-cv-30278 | Coleman et al v. Ethicon, Inc. et al |
| 152 | 2:14-cv-30286 | Martin et al v. Ethicon, Inc. et al |
| 153 | 2:14-cv-30306 | Cardwell v. Ethicon, Inc. et al |
| 154 | 2:14-cv-30336 | Baker et al v. Ethicon, Inc. et al |
| 155 | 2:14-cv-30346 | Poirier v. Ethicon, Inc. et al |
| 156 | 2:14-cv-30353 | Miller et al v. Ethicon, Inc. et al |
| 157 | 2:14-cv-30356 | Wilcox et al v. Ethicon, Inc. et al |
| 158 | 2:14-cv-30364 | Deshotel v. Ethicon, Inc. et al |
| 159 | 2:14-cv-30373 | Ferguson et al v. Ethicon, Inc. et al |
| 160 | 2:14-cv-30387 | Williams et al v. Ethicon, Inc. et al |
| 161 | 2:14-cv-30406 | Lerner et al v. Ethicon, Inc. et al |
| 162 | 2:14-cv-30440 | Miller v. Ethicon, Inc. et al |
| 163 | 2:14-cv-30473 | Barreiro et al v. Ethicon, Inc. et al |
| 164 | 2:14-cv-30474 | Dockins v. Ethicon, Inc. et al |
| 165 | 2:14-cv-30492 | Cole v. Ethicon, Inc. et al |
| 166 | 2:14-cv-30500 | Carrillo v. Ethicon, Inc. et al |
| 167 | 2:14-cv-30588 | Long et al v. Ethicon, Inc. et al |
| 168 | 2:14-cv-30622 | Neeley v. Ethicon, Inc. et al |

**EXHIBIT A**

|     | Civil Action No | Case Name |
| --- | --- | --- |
| 169 | 2:14-cv-30649 | Miller v. Ethicon, Inc. et al |
| 170 | 2:14-cv-30789 | Fournier et al v. Ethicon, Inc. et al |
| 171 | 2:14-cv-30803 | Gibby v. Ethicon, Inc. et al |
| 172 | 2:14-cv-30817 | Preuit et al v. Ethicon, Inc. et al |
| 173 | 2:14-cv-30957 | Hays v. Ethicon, Inc. et al |
| 174 | 2:14-cv-30975 | Mickey v. Ethicon, Inc. et al |
| 175 | 2:14-cv-31247 | Maple et al v. Ethicon, Inc. et al |
| 176 | 2:14-cv-31268 | Woods et al v. Ethicon, Inc. et al |
| 177 | 2:14-cv-31269 | Young v. Ethicon, Inc. et al |
| 178 | 2:14-cv-31272 | Wright et al v. Ethicon, Inc. et al |
| 179 | 2:14-cv-31274 | O'Shea et al v. Ethicon, Inc. et al |
| 180 | 2:14-cv-31276 | Rosario v. Ethicon, Inc. et al |
| 181 | 2:14-cv-31285 | Rowett v. Ethicon, Inc. et al |
| 182 | 2:14-cv-31305 | Willis v. Ethicon, Inc. et al |
| 183 | 2:14-cv-31311 | Landers et al v. Ethicon, Inc. et al |
| 184 | 2:14-cv-31338 | Stump v. Ethicon, Inc. et al |
| 185 | 2:14-cv-31345 | Shields et al v. Ethicon, Inc. et al |
| 186 | 2:14-cv-31346 | Banning v. Ethicon, Inc. et al |
| 187 | 2:14-cv-31364 | Welsh et al v. Ethicon, Inc. et al |
| 188 | 2:14-cv-31365 | Green et al v. Ethicon, Inc. et al |
| 189 | 2:14-cv-31437 | Oswald et al v. Ethicon, Inc. et al |
| 190 | 2:14-cv-31461 | McCall v. Ethicon, Inc. et al |
| 191 | 2:14-cv-31468 | Bynum et al v. Ethicon, Inc. et al |
| 192 | 2:14-cv-31487 | Nichols et al v. Ethicon, Inc. et al |
| 193 | 2:14-cv-31492 | King v. Ethicon, Inc. et al |
| 194 | 2:15-cv-00729 | Jacobs v. Ethicon, Inc. et al |
| 195 | 2:15-cv-07934 | Adams v. Ethicon, Inc. et al |
| 196 | 2:15-cv-07935 | Boren et al v. Ethicon, Inc. et al |
| 197 | 2:15-cv-08000 | Cossneer v. Ethicon, Inc. et al |
| 198 | 2:15-cv-08016 | Barger et al v. Ethicon, Inc. et al |
| 199 | 2:15-cv-08017 | Angeles v. Ethicon, Inc. et al |
| 200 | 2:15-cv-08020 | Brawley v. Ethicon, Inc. et al |
| 201 | 2:15-cv-08025 | Campbell v. Ethicon, Inc. et al |
| 202 | 2:15-cv-08030 | Cushing v. Ethicon, Inc. et al |
| 203 | 2:15-cv-08033 | Cole v. Ethicon, Inc. et al |
| 204 | 2:15-cv-08037 | Harman v. Ethicon, Inc. et al |
| 205 | 2:15-cv-08039 | Honeycutt v. Ethicon, Inc. et al |
| 206 | 2:15-cv-08041 | Kidwell et al v. Ethicon, Inc. et al |
| 207 | 2:15-cv-08046 | Newton v. Ethicon, Inc. et al |
| 208 | 2:15-cv-08053 | Rettinger et al v. Ethicon, Inc. et al |
| 209 | 2:15-cv-08056 | Schemahorn et al v. Ethicon, Inc. et al |
| 210 | 2:15-cv-08060 | Stephens et al v. Ethicon, Inc. et al |

**EXHIBIT A**

|     | Civil Action No | Case Name |
| --- | --- | --- |
| 211 | 2:15-cv-08072 | Weyant et al v. Ethicon, Inc. et al |
| 212 | 2:15-cv-08355 | Crawford v. Ethicon, Inc. et al |
| 213 | 2:15-cv-08356 | Crutcher v. Ethicon, Inc. et al |
| 214 | 2:15-cv-08369 | Flagor et al v. Ethicon, Inc. et al |
| 215 | 2:15-cv-08374 | Greenwood-Easter v. Ethicon, Inc. et al |
| 216 | 2:15-cv-08429 | Dymerets et al v. Ethicon, Inc. et al |
| 217 | 2:15-cv-08492 | Haley et al v. Ethicon, Inc. et al |
| 218 | 2:15-cv-08564 | Nunez v. Ethicon, Inc. et al |
| 219 | 2:15-cv-08585 | Parker v. Ethicon, Inc. et al |
| 220 | 2:15-cv-08594 | Rinella v. Ethicon, Inc. et al |
| 221 | 2:15-cv-08596 | Rodriguez v. Ethicon, Inc. et al |
| 222 | 2:15-cv-08601 | Rosenberg et al v. Ethicon, Inc. et al |
| 223 | 2:15-cv-08679 | Szwec et al v. Ethicon, Inc. et al |
| 224 | 2:15-cv-08682 | Therrien et al v. Ethicon, Inc. et al |
| 225 | 2:15-cv-08709 | Guy v. Ethicon, Inc. et al |
| 226 | 2:15-cv-08729 | Bryant v. Ethicon, Inc. et al |
| 227 | 2:15-cv-08731 | Burton v. Ethicon, Inc. et al |
| 228 | 2:15-cv-08745 | Beard et al v. Ethicon, Inc. et al |
| 229 | 2:15-cv-08763 | Cammarano v. Ethicon, Inc. et al |
| 230 | 2:15-cv-08808 | Montesino et al v. Ethicon, Inc. et al |
| 231 | 2:15-cv-08821 | Wedemeyer v. Ethicon, Inc. et al |
| 232 | 2:15-cv-08830 | Wilson v. Ethicon, Inc. et al |
| 233 | 2:15-cv-08831 | Winters v. Ethicon, Inc. et al |
| 234 | 2:15-cv-08894 | Gimenez v. Ethicon, Inc. et al |
| 235 | 2:15-cv-08935 | Jones v. Ethicon, Inc. et al |
| 236 | 2:15-cv-08981 | Lanphere v. Ethicon, Inc. et al |
| 237 | 2:15-cv-08986 | Leader et al v. Ethicon, Inc. et al |
| 238 | 2:15-cv-08992 | Skarzynski et al v. Ethicon, Inc. et al |
| 239 | 2:15-cv-09078 | Sanders v. Ethicon, Inc. et al |
| 240 | 2:15-cv-09081 | Shotsberger et al v. Ethicon, Inc. et al |
| 241 | 2:15-cv-09116 | Maki et al v. Ethicon, Inc. et al |
| 242 | 2:15-cv-09269 | Coletti v. Ethicon, Inc. et al |
| 243 | 2:15-cv-09354 | Lee et al v. Ethicon, Inc. et al |
| 244 | 2:15-cv-09371 | McKnight v. Ethicon, Inc. et al |
| 245 | 2:15-cv-09529 | Huff v. Ethicon, Inc. et al |
| 246 | 2:15-cv-09612 | Stephenson v. Ethicon, Inc. et al |
| 247 | 2:15-cv-09726 | Carrillo et al v. Ethicon, Inc. et al |
| 248 | 2:15-cv-09822 | Nyreen v. Ethicon, Inc. et al |
| 249 | 2:15-cv-09829 | Raines et al v. Ethicon, Inc. et al |
| 250 | 2:15-cv-09830 | Ramirez v. Ethicon, Inc. et al |
| 251 | 2:15-cv-09867 | Smith v. Ethicon, Inc. et al |
| 252 | 2:15-cv-10195 | Hanson v. Ethicon, Inc. et al |

**EXHIBIT A**

|     | **Civil Action No** | **Case Name** |
| --- | --- | --- |
| 253 | 2:15-cv-10203 | Hirschy v. Ethicon, Inc. et al |
| 254 | 2:15-cv-10355 | Miller v. Ethicon, Inc. et al |
| 255 | 2:15-cv-10358 | Moss et al v. Ethicon, Inc. et al |
| 256 | 2:15-cv-10383 | Paule v. Ethicon, Inc. et al |
| 257 | 2:15-cv-10451 | West et al v. Ethicon, Inc. et al |
| 258 | 2:15-cv-10669 | Elvington et al v. Ethicon, Inc. et al |
| 259 | 2:15-cv-10690 | Greenwell v. Ethicon, Inc. et al |
| 260 | 2:15-cv-10698 | Hammond et al v. Ethicon, Inc. et al |
| 261 | 2:15-cv-10721 | Patel v. Ethicon, Inc. et al |
| 262 | 2:15-cv-10760 | Saavedra v. Ethicon, Inc. et al |
| 263 | 2:15-cv-12429 | Rarick v. Ethicon, Inc. et al |
| 264 | 2:15-cv-12682 | Aronson v. Ethicon, Inc. et al |
| 265 | 2:15-cv-12684 | Bond v. Ethicon, Inc. et al |
| 266 | 2:15-cv-12685 | Clark et al v. Ethicon, Inc. et al |
| 267 | 2:15-cv-12686 | Terry et al v. Ethicon, Inc. et al |
| 268 | 2:15-cv-12687 | Swartley et al v. Ethicon, Inc. et al |
| 269 | 2:15-cv-12688 | Farris et al v. Ethicon, Inc. et al |
| 270 | 2:15-cv-12691 | Kales v. Ethicon, Inc. et al |
| 271 | 2:15-cv-12692 | Stevens-Tronsen et al v. Ethicon, Inc. et al |
| 272 | 2:15-cv-12697 | Moore v. Ethicon, Inc. et al |
| 273 | 2:15-cv-12698 | Nelson v. Ethicon, Inc. et al |
| 274 | 2:15-cv-12699 | Ryder v. Ethicon, Inc. et al |
| 275 | 2:15-cv-12700 | Torres v. Ethicon, Inc. et al |
| 276 | 2:15-cv-12701 | Rohda et al v. Ethicon, Inc. et al |
| 277 | 2:15-cv-13756 | London v. Ethicon, Inc. et al |
| 278 | 2:15-cv-13826 | Sulzner v. Ethicon, Inc. et al |
| 279 | 2:15-cv-13907 | Anderson et al v. Ethicon, Inc. et al |
| 280 | 2:15-cv-13911 | Anthony v. Ethicon, Inc. et al |
| 281 | 2:15-cv-13931 | Crozier v. Ethicon, Inc. et al |
| 282 | 2:15-cv-13972 | Putnam v. Ethicon, Inc. et al |
| 283 | 2:15-cv-14021 | Edwards et al v. Ethicon, Inc. et al |
| 284 | 2:15-cv-14022 | Dillinger v. Ethicon, Inc. et al |
| 285 | 2:15-cv-14028 | Hewlett et al v. Ethicon, Inc. et al |
| 286 | 2:15-cv-14048 | Gaunt v. Ethicon, Inc. et al |
| 287 | 2:15-cv-14049 | Moxley v. Ethicon, Inc. et al |
| 288 | 2:15-cv-14050 | Murphy v. Ethicon, Inc. et al |
| 289 | 2:15-cv-14060 | Goodman et al v. Ethicon, Inc. et al |
| 290 | 2:15-cv-14083 | Walton v. Ethicon, Inc. et al |
| 291 | 2:15-cv-14085 | Wick et al v. Ethicon, Inc. et al |
| 292 | 2:15-cv-14104 | Thomas v. Ethicon, Inc. et al |
| 293 | 2:15-cv-14121 | Parnell v. Ethicon, Inc. et al |
| 294 | 2:15-cv-14126 | Turner v. Ethicon, Inc. et al |

**EXHIBIT A**

|     | **Civil Action No** | **Case Name** |
| --- | --- | --- |
| 295 | 2:15-cv-14128 | Peele et al v. Ethicon, Inc. et al |
| 296 | 2:15-cv-14129 | Quiambao et al v. Ethicon, Inc. et al |
| 297 | 2:15-cv-14133 | Schuler v. Ethicon, Inc. et al |
| 298 | 2:15-cv-14136 | Spangler v. Ethicon, Inc. et al |
| 299 | 2:15-cv-14139 | West v. Ethicon, Inc. et al |
| 300 | 2:15-cv-14144 | Urteaga v. Ethicon, Inc. et al |
| 301 | 2:15-cv-14147 | Whitted v. Ethicon, Inc. et al |
| 302 | 2:15-cv-14185 | Broyles-Weaver v. Ethicon, Inc. et al |
| 303 | 2:15-cv-14212 | Glenn v. Ethicon, Inc. et al |
| 304 | 2:15-cv-14225 | Inglee et al v. Ethicon, Inc. et al |
| 305 | 2:15-cv-14229 | Janish v. Ethicon, Inc. et al |
| 306 | 2:15-cv-14233 | Lee et al v. Ethicon, Inc. et al |
| 307 | 2:15-cv-14253 | Nitson v. Ethicon, Inc. et al |
| 308 | 2:15-cv-14255 | Nowaski et al v. Ethicon, Inc. et al |
| 309 | 2:15-cv-14261 | Parkins et al v. Ethicon, Inc. et al |
| 310 | 2:15-cv-14324 | Strand et al v. Ethicon, Inc. et al |
| 311 | 2:15-cv-14363 | Clark v. Ethicon, Inc. et al |
| 312 | 2:15-cv-14399 | Jones et al v. Ethicon, Inc. et al |
| 313 | 2:15-cv-14460 | Lorusso v. Ethicon, Inc. et al |
| 314 | 2:15-cv-14505 | Parrent v. Ethicon, Inc. et al |
| 315 | 2:15-cv-14519 | Schmidt et al v. Ethicon, Inc. et al |
| 316 | 2:15-cv-14537 | Webber v. Ethicon, Inc. et al |
| 317 | 2:15-cv-14606 | Cabanas v. Ethicon, Inc. et al |
| 318 | 2:15-cv-14641 | Dunn v. Ethicon, Inc. et al |
| 319 | 2:15-cv-14646 | Fichtner et al v. Ethicon, Inc. et al |
| 320 | 2:15-cv-14768 | Martin v. Ethicon, Inc. et al |
| 321 | 2:15-cv-14771 | McKenzie-Henry v. Ethicon, Inc. et al |
| 322 | 2:15-cv-14787 | Netting v. Ethicon, Inc. et al |
| 323 | 2:15-cv-14815 | Woods v. Ethicon, Inc. et al |
| 324 | 2:15-cv-14857 | Bell v. Ethicon, Inc. et al |
| 325 | 2:15-cv-14907 | Holland v. Ethicon, Inc. et al |
| 326 | 2:15-cv-14946 | Lemings et al v. Ethicon, Inc. et al |
| 327 | 2:15-cv-14979 | Paul v. Ethicon, Inc. et al |
| 328 | 2:15-cv-14995 | Schuessler et al v. Ethicon, Inc. et al |
| 329 | 2:15-cv-14996 | Senechal et al v. Ethicon, Inc. et al |
| 330 | 2:15-cv-15065 | Troutman v. Ethicon, Inc. et al |
| 331 | 2:15-cv-15235 | Anderson et al v. Ethicon, Inc. et al |
| 332 | 2:15-cv-15244 | Collings et al v. Ethicon, Inc. et al |
| 333 | 2:15-cv-15271 | Hill v. Ethicon, Inc. et al |
| 334 | 2:15-cv-15273 | Hollis v. Ethicon, Inc. et al |
| 335 | 2:15-cv-15276 | Humason et al v. Ethicon, Inc. et al |
| 336 | 2:15-cv-15323 | Kaczor et al v. Ethicon, Inc. et al |

## EXHIBIT A

|     | Civil Action No | Case Name |
| --- | --- | --- |
| 337 | 2:15-cv-15325 | Maurano v. Ethicon, Inc. et al |
| 338 | 2:15-cv-15328 | Mayulianos v. Ethicon, Inc. et al |
| 339 | 2:15-cv-15329 | Perron v. Ethicon, Inc. et al |
| 340 | 2:15-cv-15331 | Phipps et al v. Ethicon, Inc. et al |
| 341 | 2:15-cv-15378 | Scharpf et al v. Ethicon, Inc. et al |
| 342 | 2:15-cv-15385 | Smith v. Ethicon, Inc. et al |
| 343 | 2:15-cv-15393 | Tyo v. Ethicon, Inc. et al |
| 344 | 2:15-cv-15394 | Updegraff v. Ethicon, Inc. et al |
| 345 | 2:15-cv-15417 | Weed et al v. Ethicon, Inc. et al |
| 346 | 2:15-cv-15471 | Ellrick v. Ethicon, Inc. et al |
| 347 | 2:15-cv-15520 | Lovette v. Ethicon, Inc. et al |
| 348 | 2:15-cv-15566 | Osborne v. Ethicon, Inc. et al |
| 349 | 2:15-cv-15576 | Pallan v. Ethicon, Inc. et al |
| 350 | 2:15-cv-15595 | Pridgen v. Ethicon, Inc. et al |
| 351 | 2:15-cv-15600 | Rasberry v. Ethicon, Inc. et al |
| 352 | 2:15-cv-15617 | Robertson v. Ethicon, Inc. et al |
| 353 | 2:15-cv-15752 | Horsey v. Ethicon, Inc. et al |
| 354 | 2:15-cv-15813 | Nunnally v. Ethicon, Inc. et al |
| 355 | 2:15-cv-15814 | Petty v. Ethicon, Inc. et al |
| 356 | 2:15-cv-15842 | Strain v. Ethicon, Inc. et al |
| 357 | 2:15-cv-16008 | Thompson v. Ethicon, Inc. et al |
| 358 | 2:15-cv-16064 | Orsi et al v. Ethicon, Inc. et al |
| 359 | 2:15-cv-16113 | Weeks et al v. Ethicon, Inc. et al |
| 360 | 2:15-cv-16270 | Butler et al v. Ethicon, Inc. et al |
| 361 | 2:15-cv-16274 | Marderosian v. Ethicon, Inc. et al |
| 362 | 2:15-cv-16280 | Slater v. Ethicon, Inc. et al |
| 363 | 2:15-cv-16441 | Cole v. Ethicon, Inc. et al |
| 364 | 2:15-cv-16443 | Delagrave et al v. Ethicon, Inc. et al |
| 365 | 2:15-cv-16447 | Massey v. Ethicon, Inc. et al |
| 366 | 2:15-cv-16610 | McMahon v. Ethicon, Inc. et al |
| 367 | 2:15-cv-8864 | Deviney v. Ethicon, Inc. et al |
| 368 | 2:16-cv-00033 | Gamble v. Ethicon, Inc. et al |
| 369 | 2:16-cv-00189 | Richard v. Ethicon, Inc. et al |
| 370 | 2:16-cv-00222 | Rojas et al v. Ethicon, Inc. et al |
| 371 | 2:16-cv-00439 | Bryant et al v. Ethicon, Inc. et al |
| 372 | 2:16-cv-00625 | Fouse et al v. Ethicon, Inc. et al |
| 373 | 2:16-cv-01389 | Fifarek et al v. Ethicon, Inc. et al |
| 374 | 2:16-cv-01438 | McCall v. Ethicon, Inc. et al |
| 375 | 2:16-cv-01442 | Blanco et al v. Ethicon, Inc. et al |
| 376 | 2:16-cv-01471 | Rivera v. Ethicon, Inc. et al |
| 377 | 2:16-cv-01476 | Cabanas v. Ethicon, Inc. et al |
| 378 | 2:16-cv-01545 | West v. Ethicon, Inc. et al |

**EXHIBIT A**

|     | Civil Action No | Case Name |
| --- | --- | --- |
| 379 | 2:16-cv-01586 | Carrick et al v. Ethicon, Inc. et al |
| 380 | 2:16-cv-01628 | Clancy v. Ethicon, Inc. et al |
| 381 | 2:16-cv-01713 | Fowler et al v. Ethicon, Inc. et al |
| 382 | 2:16-cv-01719 | Oliphant v. Ethicon, Inc. et al |
| 383 | 2:16-cv-01721 | Mitchell v. Ethicon, Inc. et al |
| 384 | 2:16-cv-01760 | Hoel et al v. Ethicon, Inc. et al |
| 385 | 2:16-cv-01774 | Humeston v. Ethicon, Inc. et al |
| 386 | 2:16-cv-01777 | Johnston et al v. Ethicon, Inc. et al |
| 387 | 2:16-cv-01779 | Shelton et al v. Ethicon, Inc. et al |
| 388 | 2:16-cv-01792 | Keys v. Ethicon, Inc. et al |
| 389 | 2:16-cv-01819 | Masters et al v. Ethicon, Inc. et al |
| 390 | 2:16-cv-01869 | Lakamp v. Ethicon, Inc. et al |
| 391 | 2:16-cv-01887 | Brigham v. Ethicon, Inc. et al |
| 392 | 2:16-cv-01890 | Duran et al v. Ethicon, Inc. et al |
| 393 | 2:16-cv-01893 | Gullo v. Ethicon, Inc. et al |
| 394 | 2:16-cv-02090 | McDonald v. Ethicon, Inc. et al |
| 395 | 2:16-cv-02176 | McCormack v. Ethicon, Inc. et al |
| 396 | 2:16-cv-02180 | Zubrowski et al v. Ethicon, Inc. et al |
| 397 | 2:16-cv-02256 | Spina v. Ethicon, Inc. et al |
| 398 | 2:16-cv-02511 | Malibiran et al v. Ethicon, Inc. et al |
| 399 | 2:16-cv-02619 | Goins v. Ethicon, Inc. et al |
| 400 | 2:16-cv-02668 | Feltner v. Ethicon, Inc. et al |
| 401 | 2:16-cv-02867 | Finnerty et al v. Ethicon, Inc. et al |
| 402 | 2:16-cv-02971 | O'Neill et al v. Ethicon, Inc. et al |
| 403 | 2:16-cv-03035 | Byrd v. Ethicon, Inc. et al |
| 404 | 2:16-cv-03038 | Torres v. Ethicon, Inc. et al |
| 405 | 2:16-cv-03106 | Russell v. Ethicon, Inc. et al |
| 406 | 2:16-cv-03107 | May et al v. Ethicon, Inc. et al |
| 407 | 2:16-cv-03205 | Johnson v. Ethicon, Inc. et al |
| 408 | 2:16-cv-03322 | Lord v. Ethicon, Inc. et al |
| 409 | 2:16-cv-03327 | Carlozzi et al v. Ethicon, Inc. et al |
| 410 | 2:16-cv-03594 | Hall et al v. Ethicon, Inc. et al |
| 411 | 2:16-cv-03603 | Anderson et al v. Ethicon, Inc. et al |
| 412 | 2:16-cv-03605 | Holt et al v. Ethicon, Inc. et al |
| 413 | 2:16-cv-03669 | Beren v. Ethicon, Inc. et al |
| 414 | 2:16-cv-03780 | Cook v. Ethicon, Inc. et al |
| 415 | 2:16-cv-03818 | Armentrout v. Ethicon, Inc. et al |
| 416 | 2:16-cv-03855 | Griffin v. Ethicon, Inc. et al |
| 417 | 2:16-cv-03863 | Hobbs et al v. Ethicon, Inc. et al |
| 418 | 2:16-cv-03864 | Holland v. Ethicon, Inc. et al |
| 419 | 2:16-cv-03866 | Sanchez v. Ethicon, Inc. et al |
| 420 | 2:16-cv-03899 | Masse et al v. Ethicon, Inc. et al |

**EXHIBIT A**

|     | Civil Action No | Case Name |
| --- | --- | --- |
| 421 | 2:16-cv-03904 | Splattstoesser et al v. Ethicon, Inc. et al |
| 422 | 2:16-cv-03912 | Wills et al v. Ethicon, Inc. et al |
| 423 | 2:16-cv-03939 | Priddy et al v. Ethicon, Inc. et al |
| 424 | 2:16-cv-03946 | Garcia et al v. Ethicon, Inc. et al |
| 425 | 2:16-cv-04006 | Berg et al v. Ethicon, Inc. et al |
| 426 | 2:16-cv-04063 | King et al v. Ethicon, Inc. et al |
| 427 | 2:16-cv-04088 | Reavey et al v. Ethicon, Inc. et al |
| 428 | 2:16-cv-04091 | Rice et al v. Ethicon, Inc. et al |
| 429 | 2:16-cv-04112 | Hensley v. Ethicon, Inc. et al |
| 430 | 2:16-cv-04248 | Edelen v. Ethicon, Inc. et al |
| 431 | 2:16-cv-04280 | Gardemann et al v. Ethicon, Inc. et al |
| 432 | 2:16-cv-04291 | Wyatt et al v. Ethicon, Inc. et al |
| 433 | 2:16-cv-04478 | White et al v. Ethicon, Inc. et al |
| 434 | 2:16-cv-04483 | Baker v. Ethicon, Inc. et al |
| 435 | 2:16-cv-04760 | Reinhardt et al v. Ethicon, Inc. et al |
| 436 | 2:16-cv-04830 | Gordon v. Ethicon, Inc. et al |
| 437 | 2:16-cv-04835 | Filar et al v. Ethicon, Inc. et al |
| 438 | 2:16-cv-04990 | Bailey et al v. Ethicon, Inc. et al |
| 439 | 2:16-cv-05036 | Hilen et al v. Ethicon, Inc. et a |
| 440 | 2:16-cv-05044 | Sweeney et al v. Ethicon, Inc. et al |
| 441 | 2:16-cv-05086 | Thompson et al v. Ethicon, Inc. et al |
| 442 | 2:16-cv-05116 | Jaskierny et al v. Ethicon, Inc. et al |
| 443 | 2:16-cv-05122 | Ponce De Leon et al v. Ethicon, Inc. et al |
| 444 | 2:16-cv-05230 | Anderson et al v. Ethicon, Inc. et al |
| 445 | 2:16-cv-05367 | Lopes-Boyette v. Ethicon, Inc. et al |
| 446 | 2:16-cv-05471 | Hill et al v. Ethicon, Inc. et al |
| 447 | 2:16-cv-05556 | Vinal et al v. Ethicon, Inc. et al |
| 448 | 2:16-cv-05591 | Schelling v. Ethicon, Inc. et al |
| 449 | 2:16-cv-05647 | Maddrey v. Ethicon, Inc. et al |
| 450 | 2:16-cv-05714 | Moreno v. Ethicon, Inc. et al |
| 451 | 2:16-cv-05834 | Rubin et al v. Ethicon, Inc. et al |
| 452 | 2:16-cv-06172 | Morris et al v. Ethicon, Inc. et al |
| 453 | 2:16-cv-06369 | Campa et al v. Ethicon, Inc. et al |
| 454 | 2:16-cv-06441 | Sandoval v. Ethicon, Inc. et al |
| 455 | 2:16-cv-06547 | Leath v. Ethicon, Inc. et al |
| 456 | 2:16-cv-06554 | Wilkins et al v. Ethicon, Inc. et al |
| 457 | 2:16-cv-06878 | Rupitt v. Ethicon, Inc. et al |
| 458 | 2:16-cv-06907 | Ruiz v. Ethicon, Inc. et al |
| 459 | 2:16-cv-06943 | Bailey et al v. Ethicon, Inc. et al |
| 460 | 2:16-cv-06978 | Revels v. Ethicon, Inc. et al |
| 461 | 2:16-cv-07166 | Moseley et al v. Ethicon, Inc. et al |
| 462 | 2:16-cv-07338 | Ziemann v. Ethicon, Inc. et al |

**EXHIBIT A**

| | Civil Action No | Case Name |
|---|---|---|
| 463 | 2:16-cv-07493 | Anderson v. Ethicon, Inc. et al |
| 464 | 2:16-cv-07518 | Morales v. Ethicon, Inc. et al |
| 465 | 2:16-cv-07738 | Morse et al v. Ethicon, Inc. et al |
| 466 | 2:16-cv-07890 | Foster v. Ethicon, Inc. et al |
| 467 | 2:16-cv-07893 | Free v. Ethicon, Inc. et al |
| 468 | 2:16-cv-07894 | Freeman v. Ethicon, Inc. et al |
| 469 | 2:16-cv-07930 | Leitzke v. Ethicon, Inc. et al |
| 470 | 2:16-cv-08027 | Bennett v. Ethicon, Inc. et al |
| 471 | 2:16-cv-08031 | Berrier v. Ethicon, Inc. et al |
| 472 | 2:16-cv-08152 | Gray v. Ethicon, Inc. et al |
| 473 | 2:16-cv-08153 | Greene v. Ethicon, Inc. et al |
| 474 | 2:16-cv-08157 | Robak v. Ethicon, Inc. et al |
| 475 | 2:16-cv-08224 | McKelroy v. Ethicon, Inc. et al |
| 476 | 2:16-cv-08227 | Meaders v. Ethicon, Inc. et al |
| 477 | 2:16-cv-08308 | Smith v. Ethicon, Inc. et al |
| 478 | 2:16-cv-08357 | Hernandez v. Ethicon, Inc. et al |
| 479 | 2:16-cv-08371 | Frank v. Ethicon, Inc. et al |
| 480 | 2:16-cv-08413 | Farley v. Ethicon, Inc. et al |
| 481 | 2:16-cv-08418 | Gregory v. Ethicon, Inc. et al |
| 482 | 2:16-cv-08425 | Hicks v. Ethicon, Inc. et al |
| 483 | 2:16-cv-08488 | Starkey v. Ethicon, Inc. et al |
| 484 | 2:16-cv-08489 | Steele v. Ethicon, Inc. et al |
| 485 | 2:16-cv-08490 | Milne v. Ethicon, Inc. et al |
| 486 | 2:16-cv-08518 | Hall v. Ethicon, Inc. et al |
| 487 | 2:16-cv-08647 | Whaley v. Ethicon, Inc. et al |
| 488 | 2:16-cv-08872 | Bublitz v. Boston Scientific Corporation et al |
| 489 | 2:16-cv-08909 | Jewell et al v. Ethicon, Inc. et al |
| 490 | 2:16-cv-08944 | Ellis v. Ethicon, Inc. et al |
| 491 | 2:16-cv-09038 | Bullard et al v. Ethicon, Inc. et al |
| 492 | 2:16-cv-09058 | Reed v. Ethicon, Inc. et al |
| 493 | 2:16-cv-09064 | Haasch et al v. Ethicon, Inc. et al |
| 494 | 2:16-cv-09358 | Reeves et al v. Ethicon, Inc. et al |
| 495 | 2:16-cv-09361 | Aldridge v. Ethicon, Inc. et al |
| 496 | 2:16-cv-09666 | Sartain v. Ethicon, Inc. et al |
| 497 | 2:16-cv-09700 | Eastham v. Ethicon, Inc. et al |
| 498 | 2:16-cv-09725 | Harvell v. Ethicon, Inc. et al |
| 499 | 2:16-cv-09747 | Paris v. Ethicon, Inc. et al |
| 500 | 2:16-cv-09749 | Price v. Ethicon, Inc. et al |
| 501 | 2:16-cv-09761 | Yates v. Ethicon, Inc. et al |
| 502 | 2:16-cv-09774 | Galal v. Ethicon, Inc. et al |
| 503 | 2:16-cv-09778 | Giles v. Ethicon, Inc. et al |
| 504 | 2:16-cv-09781 | Ramirez v. Ethicon, Inc. et al |

**EXHIBIT A**

|     | Civil Action No | Case Name |
| --- | --- | --- |
| 505 | 2:16-cv-09824 | Sanchez v. Ethicon, Inc. et al |
| 506 | 2:16-cv-09961 | Burdue v. Ethicon, Inc. et al |
| 507 | 2:16-cv-09991 | Brothers v. Ethicon, Inc. et al |
| 508 | 2:16-cv-10057 | Doyle v. Ethicon, Inc. et al |
| 509 | 2:16-cv-10060 | Garcia v. Ethicon, Inc. et al |
| 510 | 2:16-cv-10109 | Campbell v. Ethicon, Inc. et al |
| 511 | 2:16-cv-10175 | Buhse v. Ethicon, Inc. et al |
| 512 | 2:16-cv-10176 | Bush v. Ethicon, Inc. |
| 513 | 2:16-cv-10182 | Clark v. Ethicon, Inc. et al |
| 514 | 2:16-cv-10183 | Conover v. Ethicon, Inc. et al |
| 515 | 2:16-cv-10354 | Aquino v. Ethicon, Inc. et al |
| 516 | 2:16-cv-10465 | Lambert v. Ethicon, Inc. et al |
| 517 | 2:16-cv-10507 | Massey v. Ethicon, Inc. et al |
| 518 | 2:16-cv-10610 | Pierce v. Ethicon, Inc. et al |
| 519 | 2:16-cv-10616 | Lewis v. Ethicon, Inc. et al |
| 520 | 2:16-cv-10618 | Stuart v. Ethicon, Inc. et al |
| 521 | 2:16-cv-10622 | Haywood v. Ethicon, Inc. et al |
| 522 | 2:16-cv-10625 | Olson v. Ethicon, Inc. et al |
| 523 | 2:16-cv-10637 | Howard v. Ethicon, Inc. et al |
| 524 | 2:16-cv-10641 | Panos v. Ethicon, Inc. et al |
| 525 | 2:16-cv-10642 | Goodwin v. Ethicon, Inc. et al |
| 526 | 2:16-cv-10664 | Kaszkur v. Ethicon, Inc. et al |
| 527 | 2:16-cv-10666 | Rizer v. Ethicon, Inc. et al |
| 528 | 2:16-cv-10675 | Knox v. Ethicon, Inc. et al |
| 529 | 2:16-cv-10676 | Smith v. Ethicon, Inc. et al |
| 530 | 2:16-cv-10686 | Young v. Ethicon, Inc. et al |
| 531 | 2:16-cv-10687 | Burgess v. Ethicon, Inc. et al |
| 532 | 2:16-cv-10688 | Desbonnet v. Ethicon, Inc. et al |
| 533 | 2:16-cv-10691 | Pallo v. Ethicon, Inc. et al |
| 534 | 2:16-cv-10699 | Wilson v. Ethicon, Inc. et al |
| 535 | 2:16-cv-10731 | Sandora v. Ethicon, Inc. et al |
| 536 | 2:16-cv-10751 | Seda v. Ethicon, Inc. et al |
| 537 | 2:16-cv-10784 | Griffin v. Ethicon, Inc. et al |
| 538 | 2:16-cv-10791 | Jones v. Ethicon, Inc. et al |
| 539 | 2:16-cv-10797 | Vergara v. Ethicon, Inc. et al |
| 540 | 2:16-cv-10831 | Kistler v. Ethicon, Inc. et al |
| 541 | 2:16-cv-10839 | Swanstrom v. Ethicon, Inc. et al |
| 542 | 2:16-cv-10840 | Wood v. Ethicon, Inc. et al |
| 543 | 2:16-cv-10841 | Woods v. Ethicon, Inc. et al |
| 544 | 2:16-cv-10844 | O'Brien v. Ethicon, Inc. et al |
| 545 | 2:16-cv-10848 | Robinette v. Ethicon, Inc. et al |
| 546 | 2:16-cv-10921 | Kohn v. Ethicon, Inc. et al |

**EXHIBIT A**

|     | **Civil Action No** | **Case Name** |
| --- | --- | --- |
| 547 | 2:16-cv-10923 | Lehman v. Ethicon, Inc. et al |
| 548 | 2:16-cv-10924 | Lopez v. Ethicon, Inc. et al |
| 549 | 2:16-cv-10932 | Mabry v. Ethicon, Inc. et al |
| 550 | 2:16-cv-10991 | Raynor v. Ethicon, Inc. et al |
| 551 | 2:16-cv-11033 | Whitehead v. Ethicon, Inc. et al |
| 552 | 2:16-cv-11037 | Ripley v. Ethicon, Inc. et al |
| 553 | 2:16-cv-11073 | Hoskins v. Ethicon, Inc. et al |
| 554 | 2:16-cv-11077 | Morrison v. Ethicon, Inc. et al |
| 555 | 2:16-cv-11090 | Hinshaw v. Ethicon, Inc. et al |
| 556 | 2:16-cv-11095 | Kanode v. Ethicon, Inc. et al |
| 557 | 2:16-cv-11205 | Smith v. Ethicon, Inc. et al |
| 558 | 2:16-cv-11206 | Oliver v. Ethicon, Inc. et al |
| 559 | 2:16-cv-11208 | Chalmers v. Ethicon, Inc. et al |
| 560 | 2:16-cv-11246 | Tien v. Ethicon, Inc. et al |
| 561 | 2:16-cv-11248 | Clark v. Ethicon, Inc. et al |
| 562 | 2:16-cv-11254 | Taylor v. Ethicon, Inc. et al |
| 563 | 2:16-cv-11283 | Catrett v. Ethicon, Inc. et al |
| 564 | 2:16-cv-11441 | Kilchrist v. Ethicon, Inc. et al |
| 565 | 2:16-cv-11454 | Ramsey v. Ethicon, Inc. et al |
| 566 | 2:16-cv-11456 | Periman v. Ethicon, Inc. et al |
| 567 | 2:16-cv-11542 | Armstrong-Ellison v. Ethicon, Inc. et al |
| 568 | 2:16-cv-11545 | Pitts v. Ethicon, Inc. et al |
| 569 | 2:16-cv-11559 | Lichteberger v. Ethicon, Inc. et al |
| 570 | 2:16-cv-11584 | Fontaine v. Ethicon, Inc. et al |
| 571 | 2:16-cv-11585 | Edmonds v. Ethicon, Inc. et al |
| 572 | 2:16-cv-11602 | Goraum v. Ethicon, Inc. et al |
| 573 | 2:16-cv-11614 | Cook v. Ethicon, Inc. et al |
| 574 | 2:16-cv-11669 | Broussard v. Ethicon, Inc. et al |
| 575 | 2:16-cv-11670 | Cheek v. Ethicon, Inc. et al |
| 576 | 2:16-cv-11738 | Webb v. Ethicon, Inc. et al |
| 577 | 2:16-cv-11740 | Hinkle v. Ethicon, Inc. et al |
| 578 | 2:16-cv-11773 | Williams v. Ethicon, Inc. et al |
| 579 | 2:16-cv-11785 | Heaston v. Ethicon, Inc. et al |
| 580 | 2:16-cv-11942 | Kain v. Ethicon, Inc. et al |
| 581 | 2:16-cv-11944 | Johnson v. Ethicon, Inc. et al |
| 582 | 2:16-cv-11948 | Daniels v. Ethicon, Inc. et al |
| 583 | 2:16-cv-11954 | Mullins v. Ethicon, Inc. et al |
| 584 | 2:16-cv-12060 | Bainter v. Ethicon, Inc. et al |
| 585 | 2:16-cv-12126 | Schill v. Ethicon, Inc. et al |
| 586 | 2:16-cv-12169 | Hicks v. Ethicon, Inc. et al |
| 587 | 2:16-cv-12189 | Brummett v. Ethicon, Inc. et al |
| 588 | 2:16-cv-12203 | Davidson v. Ethicon, Inc. et al |

EXHIBIT A

|  | Civil Action No | Case Name |
|---|---|---|
| 589 | 2:16-cv-12244 | Evans v. Ethicon, Inc. et al |
| 590 | 2:16-cv-12301 | Snyder v. Ethicon, Inc. et al |
| 591 | 2:16-cv-12333 | McKernan v. Ethicon, Inc. et al |
| 592 | 2:16-cv-12336 | Prince v. Ethicon, Inc. et al |
| 593 | 2:16-cv-12359 | Greene v. Ethicon, Inc. et al |
| 594 | 2:16-cv-12437 | Taylor v. Ethicon, Inc. et al |
| 595 | 2:16-cv-12520 | Rentz v. Ethicon, Inc. et al |
| 596 | 2:16-cv-12536 | Kessler v. Ethicon, Inc. et al |
| 597 | 2:16-cv-12542 | Kavanaugh v. Ethicon, Inc. et al |
| 598 | 2:16-cv-12714 | Longwell v. Ethicon, Inc. et al |
| 599 | 2:16-cv-12716 | Wyatt v. Ethicon, Inc. et al |
| 600 | 2:16-cv-12727 | Trifiletti v. Ethicon, Inc. et al |
| 601 | 2:17-cv-00033 | Tashie v. Ethicon, Inc. et al |
| 602 | 2:17-cv-00035 | Kalotay v. Ethicon, Inc. et al |
| 603 | 2:17-cv-00281 | Lewis v. Ethicon, Inc. et al |
| 604 | 2:17-cv-00284 | Luttrell v. Ethicon, Inc. et al |
| 605 | 2:17-cv-00388 | Richard v. Ethicon, Inc. et al |
| 606 | 2:17-cv-00457 | Johnson v. Ethicon, Inc. et al |
| 607 | 2:17-cv-00462 | Rollins v. Ethicon, Inc. et al |
| 608 | 2:17-cv-00496 | Schiro v. Ethicon, Inc. et al |
| 609 | 2:17-cv-00578 | Robinson v. Ethicon, Inc. et al |
| 610 | 2:17-cv-00667 | Herdman v. Ethicon, Inc. et al |
| 611 | 2:17-cv-00670 | Johnson v. Ethicon, Inc. et al |
| 612 | 2:17-cv-00675 | Massmann v. Ethicon, Inc. et al |
| 613 | 2:17-cv-02040 | Harrington v. Ethicon, Inc. et al |
| 614 | 2:17-cv-02095 | Sullivan v. Ethicon, Inc. et al |
| 615 | 2:17-cv-02307 | Hammond v. Ethicon, Inc. et al |
| 616 | 2:17-cv-02340 | Mitchell v. Ethicon, Inc. et al |
| 617 | 2:17-cv-02342 | Paoletti v. Ethicon, Inc. et al |
| 618 | 2:17-cv-02660 | Gibson v. Ethicon, Inc. et al |
| 619 | 2:17-cv-02661 | Glisson v. Ethicon, Inc. et al |
| 620 | 2:17-cv-02820 | Rivera v. Ethicon, Inc. et al |
| 621 | 2:17-cv-02898 | Pecinovsky et al v. Ethicon, Inc. et al |
| 622 | 2:17-cv-02974 | Alvarado v. Ethicon, Inc. et al |
| 623 | 2:17-cv-02992 | Jackson v. Ethicon, Inc. et al |
| 624 | 2:17-cv-03047 | Graves v. Ethicon, Inc. et al |
| 625 | 2:17-cv-03055 | Hall v. Ethicon, Inc. et al |
| 626 | 2:17-cv-03173 | DuMond v. Ethicon, Inc. et al |
| 627 | 2:17-cv-03174 | Grant v. Ethicon, Inc. et al |
| 628 | 2:17-cv-03229 | McCombs v. Ethicon, Inc. et al |
| 629 | 2:17-cv-03320 | Rasmussen v. Ethicon, Inc. et al |
| 630 | 2:17-cv-03322 | Schwab v. Ethicon, Inc. et al |

**EXHIBIT A**

|     | **Civil Action No** | **Case Name** |
| --- | --- | --- |
| 631 | 2:17-cv-03455 | Murphy v. Ethicon, Inc. et al |
| 632 | 2:17-cv-03853 | Krizner v. Ethicon, Inc. et al |
| 633 | 2:17-cv-03858 | Morrow v. Ethicon, Inc. et al |
| 634 | 2:17-cv-03874 | Neill v. Ethicon, Inc. et al |
| 635 | 2:17-cv-03911 | Dreyer v. Ethicon, Inc. et al |
| 636 | 2:17-cv-03969 | Graham v. Ethicon, Inc. et al |