# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO THE CIVIL ACTION NUMBERS LISTED ON THE ATTACHED EXHIBIT A | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs and Defendants, Ethicon, Inc. and Johnson & Johnson in the above-referenced civil action, by and through their respective counsel of record, hereby stipulate and agree to the dismissal of the actions listed on the attached Exhibit A without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs. The parties jointly move the Court to dismiss the actions listed on Exhibit A.

Dated: February 22, 2019

STIPULATED AND AGREED:

*Counsel for Plaintiffs on Exhibit A*

*/s/ Zachary P. Lowe*
Zachary Peter Lowe, Esq.
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
801-917-8500 Phone
801-917-8484 Fax
pete@lowelawgroup.com

*Attorney for Defendants Ethicon, Inc. and Johnson & Johnson*

*/s/William M. Gage*
William M. Gage
Butler Snow LLP
1020 Highland Colony Parkway
Ridgeland, MS 39157
Telephone: (601) 985-4561
William.Gage@butlersnow.com

# EXHIBIT A

## LOWE LAW GROUP

| CIVIL ACTION NUMBER | CASE NAME (listed alphabetically by Plaintiff last name) |
|---|---|
| 2:14-cv-29024 | Gladys Blackburn, et al. v. Ethicon, Inc., et al. |
| 2:14-cv-26063 | Colleen Bowling v. Ethicon, Inc., et al. |
| 2:13-cv-33415 | Joy Bredlow v. Ethicon, Inc., et al. |
| 2:14-cv-18583 | Linda Coghlan, et al. v. Ethicon, Inc., et al. |
| 2:13-cv-32034 | Judy Ann Dafryck, et al. v. Ethicon, Inc., et al. |
| 2:14-cv-11047 | Roberta Fishman v. Ethicon, Inc., et al. |
| 2:14-cv-18397 | Monica Flath v. Ethicon, Inc., et al. |
| 2:14-cv-13810 | Carolyn Greenwald v. Ethicon, Inc., et al. |
| 2:14-cv-17037 | Julie Halvorson v. Ethicon, Inc., et al. |
| 2:14-cv-16378 | Amy Helms v. Ethicon, Inc., et al. |
| 2:13-cv-33413 | Christi Hill, et al. v. Ethicon, Inc., et al. |
| 2:14-cv-19005 | Susan Krieg v. Ethicon, Inc., et al. |
| 2:13-cv-20077 | Kara Lavoie v. Ethicon, Inc., et al. |
| 2:14-cv-19004 | Melba McDaniel et al. v. Ethicon, Inc., et al. |
| 2:14-cv-24479 | Joan Peltier-Etienne et al. v. Ethicon, Inc., et al. |
| 2:13-cv-30924 | Lisa Rafal et al. v. Ethicon, Inc., et al. |
| 2:14-cv-02822 | Tammy Rowan et al. v. Ethicon, Inc., et al. |
| 2:14-cv-25802 | Lisa Shaw et al. v. Ethicon, Inc., et al. |
| 2:14-cv-20814 | Candida Soto v. Ethicon, Inc., et al. |
| 2:14-cv-24922 | Susan Stone et al. v. Ethicon, Inc., et al. |
| 2:14-cv-15978 | Corinne Suppa v. Ethicon, Inc., et al. |
| 2:14-cv-19682 | Marti Thomas et al. v. Ethicon, Inc., et al. |
| 2:14-cv-24096 | Donna Tindall v. Ethicon, Inc., et al. |
| 2:14-cv-15375 | Linda Valdez et al. v. Ethicon, Inc., et al. |
| 2:14-cv-14532 | Sherry Willis et al. v. Ethicon, Inc., et al. |