IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION      MDL 2327

THIS DOCUMENT RELATES TO CASES IDENTIFIED
ON THE ATTACHED EXHIBIT A:

## ORDER
(Dismissing the Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7206], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A and defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon defendants"). The parties are seeking dismissal of the Ethicon defendants with prejudice.

The court **ORDERS** that:

1. the Joint Motion to Dismiss with Prejudice is **GRANTED**; and

2. the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A;

3. if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot;

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit A; and

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 25, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Case Number | Case Style |
|---|---|
| 2:15-cv-03922 | Bowling v. Ethicon, Inc. et al |
| 2:12-cv-08678 | Bradley et al v. Ethicon, Inc. et al |
| 2:15-cv-11536 | Courson v. Ethicon, Inc. et al |
| 2:13-cv-33044 | Damon et al v. Ethicon, Inc. et al |
| 2:13-cv-03300 | Elkins v. Ethicon, Inc. et al |
| 2:12-cv-01004 | Frye v. Ethicon, Inc. et al |
| 2:13-cv-12540 | Hardy v. Ethicon, Inc. et al |
| 2:13-cv-00737 | Helms et al v. Ethicon, Inc. et al |
| 2:12-cv-08775 | Iosty et al v. Ethicon, Inc. et al |
| 2:13-cv-02426 | Janitz et al v. Ethicon, Inc. et al |
| 2:15-cv-08732 | Leno v. Ethicon, Inc. et al |
| 2:12-cv-04885 | Lindsay v. Ethicon, Inc. et al |
| 2:13-cv-01248 | Mauer et al v. Ethicon, Inc. et al |
| 2:12-cv-09041 | McCormack v. Ethicon, Inc. et al |
| 2:14-cv-00664 | McKay v. Ethicon, Inc. et al |
| 2:12-cv-01894 | Minix v. Johnson & Johnson et al |
| 2:14-cv-17468 | Nicholls v. Ethicon, Inc. et al |
| 2:12-cv-02092 | Olivier et al v. Ethicon, Inc. et al |
| 2:13-cv-30690 | Palk v. Ethicon, Inc. et al |
| 2:12-cv-08779 | Piotry et al v. Ethicon, Inc. et al |
| 2:12-cv-09322 | Robinson v. Ethicon, Inc. et al |
| 2:13-cv-06993 | Sauro et al v. Ethicon, Inc. et al |
| 2:13-cv-30675 | Tatum-Williams v. Ethicon, Inc. et al |
| 2:13-cv-14801 | Thibeault et al v. Ethicon, Inc. et al |
| 2:12-cv-02906 | Tunstall et al v. Ethicon, Inc. et al |
| 2:13-cv-10589 | Vann v. Ethicon, Inc. et al |
| 2:13-cv-04035 | Walker et al v. Ethicon, Inc. et al |
| 2:12-cv-06774 | Williams v. Johnson & Johnson et al |
| 2:12-cv-07622 | Owl v. Ethicon, Inc. et al |
| 2:13-cv-10589 | Vann v. Ethicon, Inc. et al |