This motion is DENIED as moot. It is so ORDERED. ENTER: 02/25/2019

*JOSEPH R. GOODWIN*
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO<br>**THE CASES ON THE EXHIBIT ATTACHED HERETO** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants in these cases which were, or could have been, asserted, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Erin K. Copeland<br>Erin K. Copeland<br>Fibich Leebron Copeland Briggs Josephson<br>1150 Bissonnet St.<br>Houston, TX 77005<br>713.751.0025<br>ecopeland@fibichlaw.com<br>*Counsel for Plaintiffs* | /s/ William M. Gage<br>William M. Gage (MS Bar #8691)<br>Butler Snow LLP<br>1020 Highland Colony Parkway<br>Suite 1400 (39157)<br>P.O. Box 6010<br>Ridgeland, MS 39158-6010<br>(601) 985-4561<br>william.gage@butlersnow.com<br><br>/s/ Susan M. Robinson<br>Susan M. Robinson (W. Va. Bar #5169)<br>Thomas Combs & Spann PLLC<br>300 Summers Street<br>Suite 1380 (25301)<br>P.O. Box 3824<br>Charleston, WV 24338<br>(304) 414-1800<br>srobinson@tcspllc.com<br><br>*Counsel for the Ethicon Defendants* |

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage