IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM
      PRODUCTS LIABILITY LITIGATION     MDL 2327

THIS DOCUMENT RELATES TO CASES IDENTIFIED
ON THE ATTACHED EXHIBIT A:

### ORDER
(Dismissing the Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7203], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A and defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon defendants"). The parties are seeking dismissal of the Ethicon defendants with prejudice.

The court **ORDERS** that:

1. the Joint Motion to Dismiss with Prejudice is **GRANTED**; and

2. the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A;

3. if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot;

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit A; and

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 25, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Case Number | Case Style |
|---|---|
| 2:13-cv-20916 | Auflick v. Ethicon, Inc. et al |
| 2:12-cv-08024 | Barnett et al v. Ethicon, Inc. et al |
| 2:14-cv-16333 | Bass et al v. Ethicon, Inc. et al |
| 2:13-cv-20918 | Bathelor v. Ethicon, Inc. et al |
| 2:13-cv-33162 | Bedner v. Ethicon, Inc. et al |
| 2:13-cv-13334 | Bridges v. Ethicon, Inc. et al |
| 2:13-cv-33165 | Canady v. Ethicon, Inc. et al |
| 2:13-cv-33167 | Charbonneau et al v. Ethicon, Inc. et al |
| 2:13-cv-31751 | Chough v. Ethicon, Inc. et al |
| 2:13-cv-08111 | Decker et al v. Ethicon, Inc. et al |
| 2:13-cv-10783 | Dooley v. Ethicon, Inc. et al |
| 2:13-cv-17910 | Duckett v. Ethicon, Inc. et al |
| 2:12-cv-03319 | Eckdahl et al v. Ethicon, Inc. et al |
| 2:13-cv-20929 | Ezell et al v. Ethicon, Inc. et al |
| 2:13-cv-20930 | Faddoul v. Ethicon, Inc. et al |
| 2:13-cv-16319 | Firman et al v. Ethicon, Inc. et al |
| 2:13-cv-33171 | Flores et al v. Ethicon, Inc. et al |
| 2:14-cv-16334 | Forbes v. Ethicon, Inc. et al |
| 2:14-cv-19649 | Frounfelter et al v. Ethicon, Inc. et al |
| 2:13-cv-33242 | Gambill et al v. Ethicon, Inc. et al |
| 2:13-cv-13647 | Gonzalez et al v. Ethicon, Inc. et al |
| 2:13-cv-15613 | Grant-Jenkins et al v. Ethicon, Inc. et al |
| 2:13-cv-21133 | Grimmett et al v. Ethicon, Inc. et al |
| 2:13-cv-21144 | Hartsock et al v. Ethicon, Inc. et al |
| 2:13-cv-21148 | Hunt et al v. Ethicon, Inc. et al |
| 2:13-cv-33985 | Jackson et al v. Ethicon, Inc. et al |
| 2:13-cv-22004 | Lyon v. Ethicon, Inc. et al |
| 2:15-cv-00856 | Marshall et al v. Ethicon, Inc. et al |
| 2:13-cv-22014 | McCurdy et al v. Ethicon, Inc. et al |
| 2:13-cv-33175 | Minyard et al v. Ethicon, Inc. et al |
| 2:13-cv-22266 | Neruda et al v. Ethicon, Inc. et al |
| 2:14-cv-15631 | Nestrud v. Ethicon, Inc. et al |
| 2:13-cv-22267 | Newman v. Ethicon, Inc. et al |
| 2:13-cv-22268 | Nolfi et al v. Ethicon, Inc. et al |
| 2:13-cv-22270 | Peeler et al v. Ethicon, Inc. et al |
| 2:13-cv-04503 | Porcaro v. Ethicon, Inc. et al |
| 2:13-cv-12066 | Richmond et al v. Ethicon, Inc. et al |
| 2:13-cv-33178 | Saucedo et al v. Ethicon, Inc. et al |
| 2:13-cv-07483 | Spencer et al v. Ethicon, Inc. et al |
| 2:14-cv-15758 | Vu v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:13-cv-00575 | Willard v. Ethicon, Inc. et al |
| 2:13-cv-33249 | Woodruff v. Ethicon, Inc. et al |
| 2:13-cv-13766 | Zachary et al v. Ethicon, Inc. et al |
| ~~2:13-cv-26013~~ | ~~Brady v. Ethicon, Inc. et al~~ |
| ~~2:13-cv-26013~~ | ~~Hattenstein v. Ethicon, Inc. et al~~ |
| 2:15-cv-05808 | Burgess et al v. Ethicon, Inc. et al |
| 2:13-cv-31772 | Harrington v. Ethicon, Inc. et al |
| 2:13-cv-16311 | Hernandez et al v. Ethicon, Inc. et al |
| 2:13-cv-09794 | Lawrence et al v. Ethicon, Inc. et al |