IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION       MDL 2327

THIS DOCUMENT RELATES TO CASES IDENTIFIED
ON THE ATTACHED EXHIBIT A:

## ORDER
(Dismissing the Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7205], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A and defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon defendants").  The parties are seeking dismissal of the Ethicon defendants with prejudice.

The court **ORDERS** that:

1. the Joint Motion to Dismiss with Prejudice is **GRANTED**; and

2. the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A;

3. if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot;

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit A; and

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 25, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Case Number | Case Style |
|---|---|
| 2:13-cv-24989 | Aldridge et al v. Ethicon, Inc. et al |
| 2:14-cv-00576 | Cohen et al v. Ethicon, Inc. et al |
| 2:14-cv-13914 | Herglotz et al v. Ethicon, Inc. et al |
| 2:13-cv-32582 | Herrick v. Ethicon, Inc. et al |
| 2:13-cv-28432 | Lowe et al v. Ethicon, Inc. et al |
| 2:13-cv-32581 | Mauk v. Ethicon, Inc. et al |
| 2:14-cv-13945 | Peterson v. Ethicon, Inc. et al |
| 2:13-cv-33341 | Smith et al v. Ethicon, Inc. et al |
| 2:13-cv-28415 | West v. Ethicon, Inc. et al |