**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC.,<br>PELVIC REPAIR SYSTEMS<br>PRODUCTS LIABILITY LITIGATION | MDL 2327 |

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7216], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson (collectively the "Ethicon defendants"), to the extent they are named as defendants. The parties are seeking dismissal of the Ethicon defendants with prejudice because they have compromised and settled all claims, counterclaims and third-party claims.

The court **ORDERS** that:

1. the Joint Motion to Dismiss with Prejudice is **GRANTED**; and

2. the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A;

3. if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot;

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit A; and

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 26, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| Case Number | Case Style |
| --- | --- |
| 2:16-cv-00449 | Abad v. Ethicon, Inc. et al |
| 2:14-cv-28794 | Adams v. Ethicon, Inc. et al |
| 2:16-cv-01106 | Alvarado v. Ethicon, Inc. et al |
| 2:13-cv-22922 | Amneus v. Ethicon, Inc. et al |
| 2:16-cv-02173 | Arview v. Ethicon, Inc. et al |
| 2:14-cv-26482 | Austin v. Ethicon, Inc. et al |
| 2:14-cv-17114 | Auvil v. Ethicon, Inc. et al |
| 2:13-cv-02768 | Bailey et al v. Ethicon, Inc. et al |
| 2:13-cv-10840 | Ballinger v. Ethicon, Inc. et al |
| 2:16-cv-00429 | Banuelos v. Ethicon, Inc. et al |
| 2:14-cv-22952 | Bates v. Ethicon, Inc. et al |
| 2:16-cv-01103 | Baugus v. Ethicon, Inc. et al |
| 2:12-cv-01236 | Beckwith v. Ethicon, Inc. et al |
| 2:16-cv-00431 | Bishop v. Ethicon, Inc. et al |
| 2:15-cv-15703 | Blocker v. Ethicon, Inc. et al |
| 2:14-cv-29493 | Bohart et al v. Ethicon, Inc. et al |
| 2:14-cv-17118 | Boyd v. Ethicon, Inc. et al |
| 2:17-cv-01252 | Brandeen v. Ethicon, Inc. et al |
| 2:16-cv-00666 | Brooks v. Ethicon, Inc. et al |
| 2:14-cv-13358 | Burpee v. Ethicon, Inc. et al |
| 2:14-cv-17119 | Burton v. Ethicon, Inc. et al |
| 2:16-cv-00750 | Callahan v. Ethicon, Inc. et al |
| 2:14-cv-18328 | Cammerata v. Ethicon, Inc. et al |
| 2:16-cv-09529 | Carden v. Ethicon, Inc. et al |
| 2:13-cv-27484 | Carrillo et al v. Ethicon, Inc. et al |
| 2:13-cv-28923 | Cavalier v. Ethicon, Inc. et al |
| 2:14-cv-02342 | Chartier et al v. Ethicon, Inc. et al |
| 2:14-cv-02345 | Cisneros v. Ethicon, Inc. et al |
| 2:12-cv-02579 | Claybourne v. Johnson & Johnson et al |
| 2:12-cv-02580 | Claybourne v. Johnson & Johnson et al |
| 2:13-cv-29772 | Clouse et al v. Ethicon, Inc. et al |
| 2:12-cv-02908 | Cole v. Johnson & Johnson et al |
| 2:14-cv-25541 | Combs v. Ethicon, Inc. et al |
| 2:16-cv-00759 | Cook v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:12-cv-07753 | Cooley et al v. Ethicon, Inc. et al |
| 2:14-cv-19727 | Coss v. Ethicon, Inc. et al |
| 2:16-cv-01091 | Cotton v. Ethicon, Inc. et al |
| 2:16-cv-00672 | Court v. Ethicon, Inc. et al |
| 2:15-cv-14453 | Covington et al v. Ethicon, Inc. et al |
| 2:16-cv-00686 | Cowan v. Ethicon, Inc. et al |
| 2:16-cv-01038 | Cowart v. Ethicon, Inc. et al |
| 2:16-cv-01130 | Crames v. Ethicon, Inc. et al |
| 2:13-cv-24938 | Crawford v. Ethicon, Inc. et al |
| 2:13-cv-30081 | Crites et al v. Ethicon, Inc. et al |
| 2:13-cv-10892 | Cushing et al v. Ethicon, Inc. et al |
| 2:13-cv-24308 | Davis et al v. Ethicon, Inc. et al |
| 2:13-cv-23767 | Davis v. Ethicon, Inc. et al |
| 2:16-cv-01094 | Davis v. Ethicon, Inc. et al |
| 2:16-cv-00749 | DeBall v. Ethicon, Inc. et al |
| 2:14-cv-19724 | Decker v. Ethicon, Inc. et al |
| 2:15-cv-07331 | Dewhirst v. Ethicon, Inc. et al |
| 2:12-cv-07115 | Di Lellol v. Ethicon, Inc. et al |
| 2:17-cv-01205 | Dixon v. Ethicon, Inc. et al |
| 2:14-cv-22934 | Doles v. Ethicon, Inc. et al |
| 2:14-cv-22948 | Downing et al v. Ethicon, Inc. et al |
| 2:15-cv-16592 | Dyer et al v. Ethicon, Inc. et al |
| 2:13-cv-31183 | Elkins v. Ethicon, Inc. et al |
| 2:13-cv-23766 | Elliot v. Ethicon, Inc. et al |
| 2:16-cv-00676 | Elliot v. Ethicon, Inc. et al |
| 2:16-cv-00756 | Elwell v. Ethicon, Inc. et al |
| 2:13-cv-11590 | Eubanks v. Ethicon, Inc. et al |
| 2:17-cv-01254 | Flake v. Ethicon, Inc. et al |
| 2:12-cv-02582 | Flynn v. Ethicon, Inc. et al |
| 2:17-cv-01267 | Fraley v. Ethicon, Inc. et al |
| 2:14-cv-17115 | Franklin et al v. Ethicon, Inc. et al |
| 2:13-cv-27472 | Frederiksen et al v. Ethicon, Inc. et al |
| 2:16-cv-00754 | Fulford v. Ethicon, Inc. et al |
| 2:13-cv-33063 | Gallimore v. Ethicon, Inc. et al |
| 2:16-cv-00753 | Gans v. Ethicon, Inc. et al |
| 2:12-cv-02583 | Garner et al v. Ethicon, Inc. et al |
| 2:14-cv-19010 | Garrison v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:13-cv-26664 | Gearen et al v. Ethicon, Inc. et al |
| 2:15-cv-11253 | Gilbert et al v. Ethicon, Inc. et al |
| 2:14-cv-19890 | Gilliland v. Ethicon, Inc. et al |
| 2:13-cv-24310 | Goldsmith et al v. Ethicon, Inc. et al |
| 2:16-cv-00438 | Goodknight v. Ethicon, Inc. et al |
| 2:14-cv-17592 | Grassi-Edwards v. Ethicon, Inc. et al |
| 2:14-cv-17122 | Greene v. Ethicon, Inc. et al |
| 2:16-cv-00752 | Gropp v. Ethicon, Inc. et al |
| 2:15-cv-02221 | Gutierrez v. Ethicon, Inc. et al |
| 2:16-cv-00440 | Haines v. Ethicon, Inc. et al |
| 2:14-cv-17120 | Haney v. Ethicon, Inc. et al |
| 2:15-cv-02213 | Hanshew v. Ethicon, Inc. et al |
| 2:15-cv-08454 | Hardison v. Ethicon, Inc. et al |
| 2:15-cv-14454 | Harmon v. Ethicon, Inc. et al |
| 2:13-cv-19130 | Harper v. Johnson & Johnson et al |
| 2:16-cv-00441 | Hart v. Ethicon, Inc. et al |
| 2:16-cv-00442 | Heaton v. Ethicon, Inc. et al |
| 2:14-cv-17123 | Russo v. Ethicon, Inc. et al |
| 2:12-cv-02754 | Hickertz v. Johnson & Johnson et al |
| 2:16-cv-00443 | Hickman v. Ethicon, Inc. et al |
| 2:13-cv-05946 | Hill et al v. Ethicon, Inc. et al |
| 2:16-cv-00755 | Howard v. Ethicon, Inc. et al |
| 2:16-cv-00679 | Hulse v. Ethicon, Inc. et al |
| 2:12-cv-02575 | Hunt v. Johnson & Johnson et al |
| 2:17-cv-01268 | Hutchins v. Ethicon, Inc. et al |
| 2:16-cv-02589 | Jenkins v. Ethicon, Inc. et al |
| 2:15-cv-14455 | Jent v. Ethicon, Inc. et al |
| 2:16-cv-02174 | Jones v. Ethicon, Inc. et al |
| 2:13-cv-32572 | Jones v. Ethicon, Inc. et al |
| 2:13-cv-24446 | Jones v. Ethicon, Inc. et al |
| 2:13-cv-25921 | Jones v. Ethicon, Inc. et al |
| 2:13-cv-24942 | Keller et al v. Ethicon, Inc. et al |
| 2:15-cv-11873 | Kelly v. Ethicon, Inc. et al |
| 2:16-cv-00681 | King v. Ethicon, Inc. et al |
| 2:13-cv-31180 | Kirkland et al v. Ethicon, Inc. et al |
| 2:17-cv-01288 | LaBruyere v. Ethicon, Inc. et al |
| 2:14-cv-19014 | Langford v. Ethicon, Inc. et al |
| 2:14-cv-5983 | Lizotte et al v. Ethicon, Inc. et al |
| 2:16-cv-02370 | Lonaker v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:15-cv-00475 | Lott et al v. Ethicon, Inc. et al |
| 2:16-cv-00690 | Loy v. Ethicon, Inc. et al |
| 2:12-cv-05212 | Maoirana v. Ethicon, Inc. et al |
| 2:13-cv-32575 | Manning v. Ethicon, Inc. et al |
| 2:13-cv-32571 | Marion v. Ethicon, Inc. et al |
| 2:12-cv-02577 | Marks et al v. Johnson & Johnson et al |
| 2:13-cv-24309 | Massengale et al v. Ethicon, Inc. et al |
| 2:13-cv-25922 | Mays et al v. Ethicon, Inc. et al |
| 2:13-cv-31955 | McCarthy et al v. Ethicon, Inc. et al |
| 2:16-cv-00748 | McCray v. Ethicon, Inc. et al |
| 2:13-cv-19139 | Medina et al v. Ethicon, Inc. et al |
| 2:16-cv-00691 | Metzgar v. Ethicon, Inc. et al |
| 2:16-cv-00685 | Middleton v. Ethicon, Inc. et al |
| 2:16-cv-02175 | Miller v. Ethicon, Inc. et al |
| 2:14-cv-29496 | Miller v. Ethicon, Inc. et al |
| 2:16-cv-01090 | Mooney v. Ethicon, Inc. et al |
| 2:13-cv-29630 | Morgan et al v. Ethicon, Inc. et al |
| 2:14-cv-19732 | Morlan et al v. Ethicon, Inc. et al |
| 2:15-cv-02222 | Mumea v. Ethicon, Inc. et al |
| 2:14-cv-00203 | Neira v. Ethicon, Inc. et al |
| 2:16-cv-00751 | Nolting v. Ethicon, Inc. et al |
| 2:13-cv-32573 | Noyola v. Ethicon, Inc. et al |
| 2:16-cv-01101 | Pae v. Ethicon, Inc. et al |
| 2:16-cv-00688 | Parks v. Ethicon, Inc. et al |
| 2:12-cv-02660 | Parks v. Johnson & Johnson et al |
| 2:14-cv-19876 | Pfeiffer et al v. Ethicon, Inc. et al |
| 2:14-cv-02337 | Ponce v. Ethicon, Inc. et al |
| 2:14-cv-18323 | Rackley-Cuda et al v. Ethicon, Inc. et al |
| 2:16-cv-01131 | Reese v. Ethicon, Inc. et al |
| 2:16-cv-01104 | Roark v. Ethicon, Inc. et al |
| 2:14-cv-00195 | Rodriguez et al v. Ethicon, Inc. et al |
| 2:12-cv-08034 | Rosen et al v. Ethicon, Inc. et al |
| 2:17-cv-01222 | Rouse v. Ethicon, Inc. et al |
| 2:14-cv-05883 | Rutherford v. Ethicon, Inc. et al |
| 2:14-cv-08206 | Scampini et al v. Ethicon, Inc. et al |
| 2:14-cv-19009 | Schmidt v. Ethicon, Inc. et al |
| 2:16-cv-00445 | Schoby v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:15-cv-00475 | Lott et al v. Ethicon, Inc. et al |
| 2:16-cv-00690 | Loy v. Ethicon, Inc. et al |
| 2:12-cv-05212 | Maoirana v. Ethicon, Inc. et al |
| 2:13-cv-32575 | Manning v. Ethicon, Inc. et al |
| 2:13-cv-32571 | Marion v. Ethicon, Inc. et al |
| 2:12-cv-02577 | Marks et al v. Johnson & Johnson et al |
| 2:13-cv-24309 | Massengale et al v. Ethicon, Inc. et al |
| 2:13-cv-25922 | Mays et al v. Ethicon, Inc. et al |
| 2:13-cv-31955 | McCarthy et al v. Ethicon, Inc. et al |
| 2:16-cv-00748 | McCray v. Ethicon, Inc. et al |
| 2:13-cv-19139 | Medina et al v. Ethicon, Inc. et al |
| 2:16-cv-00691 | Metzgar v. Ethicon, Inc. et al |
| 2:16-cv-00685 | Middleton v. Ethicon, Inc. et al |
| 2:16-cv-02175 | Miller v. Ethicon, Inc. et al |
| 2:14-cv-29496 | Miller v. Ethicon, Inc. et al |
| 2:16-cv-01090 | Mooney v. Ethicon, Inc. et al |
| 2:13-cv-29630 | Morgan et al v. Ethicon, Inc. et al |
| 2:14-cv-19732 | Morlan et al v. Ethicon, Inc. et al |
| 2:15-cv-02222 | Mumea v. Ethicon, Inc. et al |
| 2:14-cv-00203 | Neira v. Ethicon, Inc. et al |
| 2:16-cv-00751 | Nolting v. Ethicon, Inc. et al |
| 2:13-cv-32573 | Noyola v. Ethicon, Inc. et al |
| 2:16-cv-01101 | Pae v. Ethicon, Inc. et al |
| 2:16-cv-00688 | Parks v. Ethicon, Inc. et al |
| 2:12-cv-02660 | Parks v. Johnson & Johnson et al |
| 2:14-cv-19876 | Pfeiffer et al v. Ethicon, Inc. et al |
| 2:14-cv-02337 | Ponce v. Ethicon, Inc. et al |
| 2:14-cv-18323 | Rackley-Cuda et al v. Ethicon, Inc. et al |
| 2:16-cv-01131 | Reese v. Ethicon, Inc. et al |
| 2:16-cv-01104 | Roark v. Ethicon, Inc. et al |
| 2:14-cv-00195 | Rodriguez et al v. Ethicon, Inc. et al |
| 2:12-cv-08034 | Rosen et al v. Ethicon, Inc. et al |
| 2:17-cv-01222 | Rouse v. Ethicon, Inc. et al |
| 2:14-cv-05883 | Rutherford v. Ethicon, Inc. et al |
| 2:14-cv-08206 | Scampini et al v. Ethicon, Inc. et al |
| 2:14-cv-19009 | Schmidt v. Ethicon, Inc. et al |
| 2:16-cv-00445 | Schoby v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:16-cv-01105 | Seguin v. Ethicon, Inc. et al |
| 2:16-cv-00450 | Seiloff et al v. Ethicon, Inc. et al |
| 2:16-cv-00446 | Shepherd v. Ethicon, Inc. et al |
| 2:13-cv-26558 | Sidhu et al v. Ethicon, Inc. et al |
| 2:14-cv-17125 | Sledz v. Ethicon, Inc. et al |
| 2:13-cv-26560 | Smith et al v. Ethicon, Inc. et al |
| 2:14-cv-29498 | Startzman et al v. Ethicon, Inc. et al |
| 2:12-cv-08035 | Steele v. Ethicon, Inc. et al |
| 2:17-cv-01223 | Stuck v. Ethicon, Inc. et al |
| 2:13-cv-24306 | Sullivan et al v. Ethicon, Inc. et al |
| 2:16-cv-00447 | Swart v. Ethicon, Inc. et al |
| 2:14-cv-26483 | Swartz et al v. Ethicon, Inc. et al |
| 2:14-cv-15419 | Thacker v. Ethicon, Inc. et al |
| 2:12-cv-07114 | Thomas et al v. Ethicon, Inc. et al |
| 2:13-cv-31294 | Thorne et al v. Ethicon, Inc. et al |
| 2:14-cv-17113 | Tighe v. Ethicon, Inc. et al |
| 2:13-cv-08452 | Tober et al v. Ethicon, Inc. et al |
| 2:16-cv-00758 | Todd v. Ethicon, Inc. et al |
| 2:17-cv-01206 | Trippiedi v. Ethicon, Inc. et al |
| 2:14-cv-08186 | Trisch et al v. Ethicon, Inc. et al |
| 2:16-cv-00770 | Tucker v. Ethicon, Inc. et al |
| 2:17-cv-00203 | Valle v. Ethicon, Inc. et al |
| 2:13-cv-26557 | Varner v. Ethicon, Inc. et al |
| 2:16-cv-00448 | Vaughn v. Ethicon, Inc. et al |
| 2:12-cv-02167 | Villarreal et al v. Johnson & Johnson et al |
| 2:14-cv-00198 | Walker et al v. Ethicon, Inc. et al |
| 2:12-cv-02664 | Wallace et al v. Johnson & Johnson et al |
| 2:16-cv-01099 | Wampole v. Ethicon, Inc. et al |
| 2:14-cv-17124 | Warner v. Ethicon, Inc. et al |
| 2:14-cv-05886 | Watkins v. Ethicon, Inc. et al |
| 2:14-cv-6157 | Watson v. Ethicon, Inc. et al |
| 2:14-cv-19012 | Webber v. Ethicon, Inc. et al |
| 2:13-cv-24313 | Weigert v. Ethicon, Inc. et al |
| 2:15-cv-13845 | White et al v. Ethicon, Inc. et al |
| 2:14-cv-16310 | Williams et al v. Ethicon, Inc. et al |
| 2:16-cv-00668 | Cass v. Ethicon, Inc., et al |
| 2:13-cv-28229 | Wood et al v. Ethicon, Inc., et al |
| 2:16-cv-01100 | Woods v. Ethicon, Inc., et al |
| 2:13-cv-24862 | Wright v. Ethicon, Inc., et al |
| 2:14-cv-06158 | Young v. Ethicon, Inc., et al |
| 2:14-cv-17116 | Young v. Ethicon, Inc., et al |

| | |
|---|---|
| 2:16-cv-01108 | Young v. Ethicon, Inc., et al |
| 2:16-cv-02372 | Zemanek v. Ethicon, Inc., et al |
| 2:16-cv-02372 | Quarles v. Ethicon, Inc., et al |
| 2:14-cv-19607 | Barney v. Ethicon, Inc., et al |
| 2:17-cv-01289 | Troescher v. Ethicon, Inc., et al |