# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327

---

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

## ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7214], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson(collectively the "Ethicon defendants"), to the extent they are named as defendants. The parties are seeking dismissal of these actions with prejudice because they have compromised and settled all claims counterclaims and third-party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: February 26, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Case Number | Case Style |
|---|---|
| 2:13-cv-17924 | Dahlberg et al v. Ethicon, Inc. et al |
| 2:13-cv-17925 | Metzger v. Ethicon, Inc. et al |
| 2:13-cv-17928 | Viscounte et al v. Ethicon, Inc. et al |
| 2:13-cv-17929 | Jeffries et al v. Ethicon, Inc. et al |
| 2:13-cv-17934 | Fisher v. Ethicon, Inc. et al |
| 2:13-cv-18093 | Scott et al v. Ethicon, Inc., et al |
| 2:13-cv-18295 | Kaulukukui v. Ethicon, Inc. et al |