IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION     MDL 2327

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7215], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson (collectively the "Ethicon defendants"), to the extent they are named as defendants. The parties are seeking dismissal of the Ethicon defendants with prejudice because they have compromised and settled all claims, counterclaims and third-party claims.

The court **ORDERS** that:

1. the Joint Motion to Dismiss with Prejudice is **GRANTED**; and

2. the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A;

3. if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot;

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit A; and

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 26, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Case Number | Case Style |
| --- | --- |
| 2:12-cv-09029 | Arsenault et al v. Ethicon, Inc. et al |
| 2:12-cv-06483 | Brown et al v. Ethicon, Inc. et al |
| 2:13-cv-03027 | Cardozo et al v. Ethicon, Inc. et al |
| 2:15-cv-07852 | Carroll et al v. Ethicon, Inc. et al |
| 2:13-cv-07890 | Cioppa v. Ethicon, Inc. et al |
| 2:13-cv-24162 | Cochran v. Ethicon, Inc. et al |
| 2:12-cv-00509 | Copelin et al v. Ethicon, Inc. et al |
| 2:12-cv-06215 | Correll et al v. Ethicon, Inc. et al |
| 2:16-cv-00718 | Dilanni v. Ethicon, Inc. et al |
| 2:15-cv-09961 | Eck v. Ethicon, Inc. et al |
| 2:14-cv-22725 | Edwards v. Ethicon, Inc. et al |
| 2:15-cv-07333 | Fabian v. Ethicon, Inc. et al |
| 2:16-cv-00720 | Ferguson et al v. Ethicon, Inc. et al |
| 2:13-cv-24176 | Fiscko et al v. Ethicon, Inc. et al |
| 2:13-cv-06638 | Gasho et al v. Ethicon, Inc. et al |
| 2:16-cv-00646 | Hays et al v. Ethicon, Inc. et al |
| 2:13-cv-04259 | Hughes v. Ethicon, Inc. et al |
| 2:13-cv-03121 | Ivy et al v. Ethicon, Inc. et al |
| 2:15-cv-6398 | Kersker et al v. Ethicon, Inc. et al |
| 2:15-cv-16540 | Labine et al v. Ethicon, Inc. et al |
| 2:15-cv-12430 | Land v. Ethicon, Inc. et al |
| 2:14-cv-26555 | Lane et al v. Ethicon, Inc. et al |
| 2:13-cv-03777 | LeCroy v. Ethicon, Inc. et al |
| 2:12-cv-03602 | May et al v. Ethicon, Inc. et al |
| 2:12-cv-06242 | McClellan v. Ethicon, Inc. et al |
| 2:15-cv-16532 | Menzer v. Ethicon, Inc. et al |
| 2:15-cv-03842 | Miller et al v. Ethicon, Inc. et al |
| 2:12-cv-00510 | Greer v. Johnson & Johnson et al |
| 2:14-cv-15639 | Pelkey v. Ethicon, Inc. et al |
| 2:13-cv-05057 | Schminke v. Ethicon, Inc. et al |
| 2:12-cv-03603 | Snow et al v. Ethicon, Inc. et al |
| 2:12-cv-08783 | Whitten et al v. Ethicon, Inc. et al |
| 2:13-cv-06106 | Yopp-McDonald et al v. Ethicon, Inc. et al |