# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327

--------------------------------------------------
THIS DOCUMENT RELATES TO ALL CASES

## Pretrial Order # 330
## (Order Re: Procedure for Filing Motions to Dismiss in Individual Cases)

When filing motions in individual cases, the court expects the parties to follow the Federal Rules of Civil Procedure and the court's Local Rules. Notwithstanding previous orders or directives for any motions to dismiss (joint or otherwise) filed in the individual case, the court **ORDERS** the following:

1. The style of any motion to dismiss in an individual case must include the name of every named plaintiff (including derivative plaintiffs and excluding terminated plaintiffs) and every named defendant (excluding terminated defendants) in the case, listed individually, along with the individual case number; and

2. The relief requested must be specific as to: (1) which plaintiff(s) and which defendant(s) are being dismissed by the motion; (2) whether the dismissal is with or without prejudice; and (3) whether the case (a) must remain open because other defendants remain; or (b) must be closed and stricken from the docket because no other defendants remain.

1

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

ENTER: February 26, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE