IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| ------------------------------------------------------- | |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| ------------------------------------------------------- | |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| ------------------------------------------------------- | |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| ------------------------------------------------------- | |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| ------------------------------------------------------- | |
| IN RE: COOK MEDICAL, INC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2440 |
| ------------------------------------------------------- | |
| IN RE NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL NO. 2511 |
| ------------------------------------------------------- | |

THIS DOCUMENT RELATES TO ALL CASES

## KLINE & SPECTER, P.C.'S REPLY TO THE COMMON BENEFIT FEE AND COST COMMITTEE'S RESPONSE IN OPPOSITION TO THE MOTION FOR APPOINTMENT OF A SPECIAL MASTER

Pursuant to the Federal Rules of Civil Procedure, Kline & Specter, P.C. ("Kline & Specter") hereby submits this Reply to the Common Benefit Fee and Cost Committee's ("FCC') Response in Opposition to the Motion for Appointment of a Special Master.[1]

---

[1] Kline & Specter notes the FCC's angry and irrelevant attacks. This intemperance speaks to the merits of the FCC's position.

Judge Stack admits he probably should not have signed the preliminary fee recommendations and didn't feel comfortable doing so.  He is right.  This constitutes a recommendation of fees.  Apparently, now, Judge Stack is preparing to make new and different recommendations.  Obviously, someone else must independently find the facts of what are the appropriate fees to be paid to the lawyers who worked for the common benefit.

Dated: February 26, 2019                         Respectfully submitted,


                                                 **KLINE & SPECTER, PC**

                                                 Shanin Specter, Esquire
                                                 Lee B. Balefsky, Esquire
                                                 1525 Locust Street
                                                 Philadelphia, PA 19102
                                                 (215) 772-1000
                                                 *Counsel for Plaintiffs*


                                                 **BOWLES RICE, LLP**

                                                 By:    /s/ Floyd E. Boone Jr.
                                                 Charles M. Love, III (WVSB 2254)
                                                 Floyd E. Boone Jr. (WVSB 8784)
                                                 600 Quarrier Street
                                                 Charleston, WV 25301
                                                 (304) 347-1100 (Tel.)
                                                 (304) 347-1746 (Fax)
                                                 fboone@bowlesrice.com
                                                 *Counsel for Kline & Specter, P.C.*