# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM
      PRODUCTS LIABILITY LITIGATION        MDL 2327

THIS DOCUMENT RELATES TO CASES IDENTIFIED
ON THE ATTACHED EXHIBIT A:

### ORDER
(Dismissing the Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7253], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A and defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon defendants"). The parties are seeking dismissal of the Ethicon defendants with prejudice.

The court **ORDERS** that:

1. the Joint Motion to Dismiss with Prejudice is **GRANTED**; and

2. the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A;

3. if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot;

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit A; and

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 27, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| Case Number | Case Style |
|---|---|
| 2:12-cv-04002 | Alexander v. Ethicon, Inc. et al |
| 2:12-cv-04025 | Armstrong v. Ethicon, Inc. et al |
| 2:12-cv-03643 | Boettner v. Ethicon, Inc. et al |
| 2:12-cv-01023 | Burkhart v. Ethicon, Inc. et al |
| 2:12-cv-03893 | Burlison v. Ethicon, Inc. et al |
| ~~2:12-cv-06205~~ | ~~Byers et al v. Ethicon, Inc. et al~~ |
| ~~2:12-cv-04836~~ | ~~Cross v. Ethicon, Inc. et al~~ |
| 2:12-cv-04763 | Doane v. Ethicon, Inc. et al |
| 2:12-cv-05661 | Fort v. Ethicon, Inc. et al |
| 2:12-cv-06112 | Gomez v. Ethicon, Inc. et al |
| 2:12-cv-03899 | Holden v. Ethicon, Inc. et al |
| 2:12-cv-05663 | Kennedy v. Ethicon, Inc. et al |
| 2:12-cv-03916 | Kitts v. Ethicon, Inc. et al |
| 2:12-cv-05856 | Kwiatkowski et al v. Ethicon, Inc. et al |
| 2:12-cv-03917 | Leach v. Ethicon, Inc. et al |
| 2:12-cv-00517 | Lehman v. Ethicon, Inc. et al |
| 2:12-cv-02600 | Murphy et al v. Ethicon, Inc. et al |
| 2:12-cv-05956 | Pelfrey v. Ethicon, Inc. et al |
| 2:12-cv-06190 | Pizinger v. Ethicon, Inc. et al |
| 2:12-cv-03952 | Rasch v. Ethicon, Inc. et al |
| 2:12-cv-01336 | Rose v. Ethicon, Inc. et al |
| 2:12-cv-05056 | Slemp v. Ethicon, Inc. et al |
| 2:12-cv-04428 | Tarver v. Ethicon, Inc. et al |
| 2:12-cv-05618 | Weaver v. Ethicon, Inc. et al |
| 2:12-cv-03932 | Wimberly v. Ethicon, Inc. et al |
| 2:12-cv-03942 | Mays et al v. Ethicon, Inc. et al |