IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
　　　　PELVIC REPAIR SYSTEM
　　　　PRODUCTS LIABILITY LITIGATION　　　　　　　　　　　　MDL 2327

---

THIS DOCUMENT RELATES TO CASES IDENTIFIED
ON THE ATTACHED EXHIBIT A:

### ORDER
(Dismissing the Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7254], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A and defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon defendants"). The parties are seeking dismissal of the Ethicon defendants with prejudice.

The court **ORDERS** that:

1. the Joint Motion to Dismiss with Prejudice is **GRANTED**; and

2. the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A;

3. if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot;

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit A; and

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 27, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Case Number | Case Style |
|---|---|
| 2:13-cv-29623 | Alters et al v. Ethicon, Inc. et al |
| 2:13-cv-33159 | Anderson v. Ethicon, Inc. et al |
| 2:13-cv-32365 | Atencio et al v. Ethicon, Inc. et al |
| 2:14-cv-12976 | Black v. Ethicon, Inc. et al |
| 2:13-cv-20675 | Boyett et al v. Ethicon, Inc. et al |
| 2:14-cv-11526 | Cocker v. Ethicon, Inc. et al |
| 2:15-cv-01883 | Couey v. Ethicon, Inc. et al |
| 2:15-cv-05388 | Dolinger v. Ethicon, Inc. et al |
| 2:13-cv-30721 | Elmhami v. Ethicon, Inc. et al |
| 2:13-cv-30725 | Fawkes-Neely v. Ethicon, Inc. et al |
| 2:13-cv-33190 | Fox v. Ethicon, Inc. et al |
| 2:14-cv-26674 | Hall v. Ethicon, Inc. et al |
| 2:13-cv-30726 | Hampton v. Ethicon, Inc. et al |
| 2:13-cv-30728 | Hardin v. Ethicon, Inc. et al |
| 2:14-cv-07968 | Hardwick et al v. Ethicon, Inc. et al |
| 2:15-cv-05863 | Haughton v. Ethicon, Inc. et al |
| 2:15-cv-07842 | Johnson v. Ethicon, Inc. et al |
| 2:13-cv-31753 | Jones et al v. Ethicon, Inc. et al |
| 2:15-cv-03112 | Knoblauch v. Ethicon, Inc. et al |
| 2:15-cv-03114 | Lapietro v. Ethicon, Inc. et al |
| 2:13-cv-28219 | Lawson v. Ethicon, Inc. et al |
| 2:13-cv-22007 | Marshall v. Ethicon, Inc. et al |
| 2:15-cv-05643 | Maynard v. Ethicon, Inc. et al |
| 2:15-cv-06934 | Pickering v. Ethicon, Inc. et al |
| 2:15-cv-06908 | Rectenwal v. Ethicon, Inc. et al |
| 2:14-cv-10560 | Rickard v. Ethicon, Inc. et al |
| 2:15-cv-07499 | Riker v. Ethicon, Inc. et al |
| 2:13-cv-29617 | Rodriguez v. Ethicon, Inc. et al |
| 2:13-cv-29618 | Rossi et al v. Ethicon, Inc. et al |
| 2:13-cv-29620 | Schulze et al v. Ethicon, Inc. et al |
| 2:13-cv-28212 | Segura v. Ethicon, Inc. et al |
| 2:13-cv-28213 | Semiens v. Ethicon, Inc. et al |
| 2:14-cv-15667 | Smith v. Ethicon, Inc. et al |
| 2:13-cv-28674 | McCann v. Ethicon, Inc. et al |
| 2:13-cv-28817 | Vanhook et al v. Ethicon, Inc. et al |
| 2:13-cv-28819 | White et al v. Ethicon, Inc. et al |
| 2:13-cv-28824 | Yates et al v. Ethicon, Inc. et al |