IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION          MDL 2327

THIS DOCUMENT RELATES TO CASES IDENTIFIED
ON THE ATTACHED EXHIBIT A:

**ORDER**
(Dismissing the Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7255], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A and defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon defendants"). The parties are seeking dismissal of the Ethicon defendants with prejudice.

The court **ORDERS** that:

1. the Joint Motion to Dismiss with Prejudice is **GRANTED**; and

2. the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A;

3. if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot;

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit A; and

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 27, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Case Number | Case Style |
|---|---|
| 2:14-cv-20185 | Alford v. Ethicon, Inc. et al |
| 2:14-cv-17442 | Arnold et al v. Ethicon, Inc. et al |
| 2:14-cv-18267 | Bauer et al v. Ethicon, Inc. et al |
| 2:13-cv-17106 | Bourquin et al v. Ethicon, Inc. et al |
| 2:13-cv-17098 | Brown v. Ethicon, Inc. et al |
| 2:14-cv-15387 | Carpenter et al v. Ethicon, Inc. et al |
| 2:14-cv-17455 | Chappell v. Ethicon, Inc. et al |
| 2:13-cv-28739 | Cotton v. Ethicon, Inc. et al |
| 2:14-cv-30755 | Crawford et al v. Ethicon, Inc. et al |
| 2:14-cv-17453 | Crownover v. Ethicon, Inc. et al |
| 2:13-cv-32807 | Ellis et al v. Ethicon, Inc. et al |
| 2:14-cv-20196 | Epps et al v. Ethicon, Inc. et al |
| 2:13-cv-17035 | Garcia et al v. Ethicon, Inc. et al |
| 2:14-cv-17458 | Gaudette v. Ethicon, Inc. et al |
| 2:13-cv-27278 | Gietzen et al v. Ethicon, Inc. et al |
| 2:14-cv-14716 | Harris et al v. Ethicon, Inc. et al |
| 2:13-cv-17092 | Hernandez v. Ethicon, Inc. et al |
| 2:13-cv-27271 | Humes v. Ethicon, Inc. et al |
| 2:14-cv-17477 | Hulburt et al v. Ethicon, Inc. et al |
| 2:14-cv-14720 | Hurt v. Ethicon, Inc. et al |
| 2:13-cv-32855 | Jarvis v. Ethicon, Inc. et al |
| 2:14-cv-18279 | Jerrell et al v. Ethicon, Inc. et al |
| 2:13-cv-27272 | Jett et al v. Ethicon, Inc. et al |
| 2:14-cv-30761 | Jibben et al v. Ethicon, Inc. et al |
| 2:14-cv-27780 | Johnson v. Ethicon, Inc. et al |
| 2:13-cv-27273 | Kimberlin et al v. Ethicon, Inc. et al |
| 2:13-cv-28737 | Koltzau et al v. Ethicon, Inc. et al |
| 2:13-cv-17032 | Law v. Ethicon, Inc. et al |
| 2:13-cv-17056 | Leiphart et al v. Ethicon, Inc. et al |
| 2:13-cv-17073 | Lind v. Ethicon, Inc. et al |
| 2:14-cv-14239 | Lubbes v. Ethicon, Inc. et al |
| 2:14-cv-11448 | Martinez et al v. Ethicon, Inc. et al |
| 2:14-cv-19673 | McDaniel et al v. Ethicon, Inc. et al |
| 2:13-cv-17054 | McFarland v. Ethicon, Inc. et al |
| 2:14-cv-18581 | McLellan v. Ethicon, Inc. et al |
| 2:15-cv-14634 | McPhee et al v. Ethicon, Inc. et al |
| 2:13-cv-17136 | Miller et al v. Ethicon, Inc. et al |
| 2:13-cv-17138 | Moreno et al v. Ethicon, Inc. et al |
| 2:13-cv-27282 | Nucerino v. Ethicon, Inc. et al |
| 2:14-cv-20191 | Ornelas v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:14-cv-20484 | Osborn v. Ethicon, Inc. et al |
| 2:14-cv-26103 | Owens v. Ethicon, Inc. et al |
| 2:14-cv-10863 | Piekarski et al v. Ethicon, Inc. et al |
| 2:14-cv-20478 | Rea et al v. Ethicon, Inc. et al |
| 2:13-cv-17047 | Richards v. Ethicon, Inc. et al |
| 2:13-cv-17079 | Rodarte v. Ethicon, Inc. et al |
| 2:13-cv-17126 | Sewinsky et al v. Ethicon, Inc. et al |
| 2:13-cv-17142 | Slate et al v. Ethicon, Inc. et al |
| 2:13-cv-27267 | Smith et al v. Ethicon, Inc. et al |
| 2:13-cv-29403 | Smith v. Ethicon, Inc. et al |
| 2:14-cv-20486 | Smolnik et al v. Ethicon, Inc. et al |
| 2:13-cv-27266 | States et al v. Ethicon, Inc. et al |
| 2:14-cv-11443 | Stinson et al v. Ethicon, Inc. et al |
| 2:14-cv-20517 | Struble et al v. Ethicon, Inc. et al |
| 2:14-cv-26102 | Thibodeau v. Ethicon, Inc. et al |
| 2:13-cv-17127 | Thomas et al v. Ethicon, Inc. et al |
| 2:14-cv-25916 | Walkup et al v. Ethicon, Inc. et al |
| 2:14-cv-18606 | Walters v. Ethicon, Inc. et al |
| 2:14-cv-20519 | Wilson v. Ethicon, Inc. et al |
| 2:14-cv-18612 | Wolford et al v. Ethicon, Inc. et al |
| 2:14-cv-11234 | Yarbrough v. Ethicon, Inc. et al |
| 2:12-cv-00811 | Zoltowski et al v. Johnson & Johnson et al |
| 2:17-cv-00947 | Montoya v. Ethicon, Inc. et al |
| 2:14-cv-18614 | Woods v. Ethicon, Inc. et al |