IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM
      PRODUCTS LIABILITY LITIGATION     MDL 2327

THIS DOCUMENT RELATES TO CASES IDENTIFIED
ON THE ATTACHED EXHIBIT A:

**ORDER**

(Dismissing the Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7540], is a Joint Stipulation of Dismissal with Prejudice filed by plaintiffs, identified on the attached Exhibit A and defendants Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon defendants"). The parties are seeking dismissal of the Ethicon defendants with prejudice.

The court **ORDERS** that:

1. the Joint Motion to Dismiss with Prejudice is **GRANTED**; and

2. the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A;

3. if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot;

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit A; and

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 27, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Case Name | Case Number |
|---|---|
| Batiste v. Ethicon, Inc. et al | 2:13-cv-20461 |
| Keneavy et al v. Ethicon, Inc. et al | 2:13-cv-19353 |
| Leonardi et al v. Ethicon, Inc. et al | 2:13-cv-19264 |
| Allen-Kelsay v. Ethicon, Inc. et al | 2:13-cv-19314 |
| ~~Burton v. Ethicon, Inc. et al~~ | ~~2:14-cv-10831~~ |
| Garey v. Ethicon, Inc. et al | 2:13-cv-19326 |
| Jackson v. Ethicon, Inc. et al | 2:13-cv-19327 |
| ~~Rice v. Ethicon, Inc. et al~~ | ~~2:14-cv-21592~~ |
| Shankweiler v. Ethicon, Inc. et al | 2:14-cv-21592 |
| Soto v. Ethicon, Inc. et al | 2:14-cv-21595 |
| ~~McQueen v. C. R. Bard, Inc. et al~~ | ~~2:13-cv-19512~~ |
| Riech v. Ethicon, Inc. et al | 2:13-cv-19512 |

3

45825374.v1