IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| IN RE: COOK MEDICAL, INC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2440 |
| IN RE NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL NO. 2511 |

THIS DOCUMENT RELATES TO ALL CASES

## NOTICE OF APPEAL

Notice is hereby given that Objector Kline & Specter, P.C. appeals to the United States Court of Appeals for the Fourth Circuit from an order and memorandum opinion entered January 30, 2019 granting the Petition of the Common Benefit Fee and Cost Committee for an Award of Common Benefit Attorneys' Fees and Expenses. The order and memorandum opinion was cross-filed in each

pelvic-mesh MDL docket. Objector Kline & Specter appeals from the order and memorandum opinion as filed in each MDL docket, as set for the below:

- In *C.R. Bard, Pelvic Repair System Products Liability Litigation*. Docket No. 2:10-md-02187, Pretrial Order #298 and Memorandum Opinion entered January 30, 2019, Docket Entry No. 6986 (granting the Petition for an Award of Common Benefit Attorneys' Fees and Expenses).

- In *American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*, Docket No. 2:12-md-02325, Pretrial Order #273 and Memorandum Opinion entered January 30, 2019, Docket Entry No. 7122 (same).

- In *Boston Scientific, Corp., Pelvic Repair System Products Liability Litigation*, Docket No. 2:12-md-02326, Pretrial Order #201 and Memorandum Opinion, entered January 30, 2019, Docket Entry No. 7758 (same).

- In *Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, Docket No. 2:12-md-02327, Pretrial Order #327 and Memorandum Opinion, entered January 30, 2019, Docket Entry No. 7519 (same).

- In *Coloplast, Pelvic Repair System Products Liability Litigation*, Docket No. 2:10-md-02387, Pretrial Order #148 and Memorandum Opinion, entered January 30, 2019, Docket Entry No. 2337 (same).

- In *Cook Medical, Pelvic Repair System Products Liability Litigation*, Docket No. 2:13-md-02440, Pretrial Order #86 and Memorandum Opinion, entered January 30, 2019, Docket Entry No. 691 (same).

- In *Neomedic, Pelvic Repair System Products Liability Litigation*, Docket No. 2:10-md-2511, Pretrial Order #39 and Memorandum Opinion, entered January 30, 2019, Docket Entry No. 198 (same).

                    **BOWLES RICE, LLP**

By:     /s/ Floyd E. Boone, Jr.
        Charles M. Love, III (WVSB 2254)
        Floyd E. Boone Jr. (WVSB 8784)
        600 Quarrier Street
        Charleston, WV 25301
        (304) 347-1100 (Tel.)
        (304) 347-1746 (Fax)
        fboone@bowlesrice.com
        *Counsel for Kline & Specter, P.C.*

                    **KLINE & SPECTER, PC**

By:     /s/ Lee B. Balefsky
        Shanin Specter, Esquire
        Lee B. Balefsky, Esquire
        1525 Locust Street
        Philadelphia, PA 19102
        (215) 772-1000
        *Counsel for Plaintiffs*

Dated: February 28, 2019