## **CERTIFICATE OF SERVICE**

      I, Lee B. Balefsky, certify that on February 28, 2019, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                              /s/ Lee B. Balefsky
                                            Lee B. Balefsky, Esq.