FILED: March 1, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1224 (L)
(2:12-md-02327)
_____

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

KLINE & SPECTER, P.C.

      Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1225
(2:10-md-02187)
_____

In re: C. R. BARD, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

KLINE & SPECTER, P.C.

      Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

———————————

No. 19-1226
(2:12-md-02326)

———————————

In re: BOSTON SCIENTIFIC CORP., Pelvic Repair System Products Liability Litigation

------------------------------

KLINE & SPECTER, P.C.

    Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

———————————

No. 19-1227
(2:12-md-02325)

———————————

In re: AMERICAN MEDICAL SYSTEMS, INC., Pelvic Repair System Products Liability Litigation

------------------------------

KLINE & SPECTER, P.C.

      Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1228
(2:14-md-02511)

_____

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

-------------------------------

KLINE & SPECTER, P.C.

      Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1229
(2:12-md-02387)

_____

In re: COLOPLAST CORP., Pelvic Support Systems Products Liability Litigation

-------------------------------

KLINE & SPECTER, P.C.

      Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1230
(2:13-md-02440)

_____

In re: COOK MEDICAL, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

KLINE & SPECTER, P.C.

      Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

Appellee

———————————
O R D E R
———————————

The court consolidates Case Number 19-1224, 19-1225, 19-1226, 19-1227, 19-1228, 19-1229, and 19-1230. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk