IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

## ORDER
(Dismissing Defendant American Medical Systems, Inc. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7546], is a Joint Motion to Dismiss Defendant American Medical Systems, Inc. with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and American Medical Systems, Inc. ("AMS") seeking dismissal of AMS from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. Other defendants may remain. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss AMS with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to:

1. DISMISS the AMS defendant with prejudice in each case listed on the attached exhibits, if AMS is the only remaining defendant in any of the cases listed on the attached Exhibits, then **STRIKE** such case(s) from the active docket; and

2. file a copy of this Order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: March 6, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

### EXHIBIT A – WAGSTAFF & CARTMELL

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-CV-18219 | Christine Stafford v. American Medical Systems, Inc. |
| 2:16-CV-01394 | Joane Carpenter, Charles Carpenter v. American Medical Systems, Inc. |