IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 5495], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: March 11, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

**EXHIBIT A – CLARK, LOVE & HUTSON, G.P.**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | PLAINTIFF NAME |
|---|---|
| ~~2:12-cv-05333~~ | ~~Melba Irvin~~ |
| ~~2:12-cv-07342~~ | ~~Lisa Knight~~ |
| ~~2:14-cv-02126~~ | ~~Zola Whiting~~ |
| ~~2:14-cv-06645~~ | ~~Lorraine Collard~~ |
| ~~2:14-cv-06650~~ | ~~Traci Cooper~~ |
| ~~2:14-cv-08555~~ | ~~Margaret Lesch~~ |
| ~~2:14-cv-29288~~ | ~~Lillian Hill~~ |
| ~~2:14-cv-29294~~ | ~~Lois A. Chavis~~ |
| ~~2:15-cv-03780~~ | ~~Michelle Clark~~ |
| 2:15-cv-03993 | Helen Freytag |
| ~~2:15-cv-04349~~ | ~~Joan Kor~~ |
| ~~2:15-cv-04890~~ | ~~Carolyn Boddie~~ |
| 2:15-cv-04893 | Barbara Day |
| ~~2:15-cv-09190~~ | ~~Alberta Bruno~~ |
| ~~2:15-cv-11564~~ | ~~Margaret Blaile~~ |
| 2:15-cv-12142 | Emily Johnson |
| ~~2:15-cv-12283~~ | ~~The Estate of Betty Jean Young~~ |