# N THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

**MDL 2327**

_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS DEFENDANT
## BOSTON SCIENTIFIC CORP. WITHOUT PREJUDICE

Plaintiff(s) and defendant Boston Scientific Corp. ("BSC") jointly move the Court to dismiss BSC as a defendant in this action without prejudice and terminate BSC from the docket of the Court, each party to bear its own costs.  Other defendant(s) remain in this action and plaintiff(s) will continue to prosecute their actions against them.

Dated: March 12, 2019                           Respectfully submitted,

                                                By: */s/ Jon A. Strongman*
                                                Jon A. Strongman – MO Bar #53995
                                                SHOOK, HARDY & BACON L.L.P.
                                                2555 Grand Boulevard
                                                Kansas City, Missouri 64108
                                                Telephone: 816.474.6550
                                                Facsimile: 816.421.5547
                                                Email: jstrongman@shb.com

                                                **COUNSEL FOR DEFENDANT**
                                                **BOSTON SCIENTIFIC CORPORATION**

By: */s/Jacob A. Flint*
Jacob A. Flint, IL, Bar No. 6299777
Flint Law Firm, LLC
222 E. Park Street Suite 500
Edwardsville, IL 62025
Telephone: 618.205.2017
Facsimile: 618.288.2864
Email: jflint@flintlaw.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: */s/ Jon A. Strongman*
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT**
**BOSTON SCIENTIFIC CORPORATION**

# EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 16-cv-04959 | ASAY, Nancy Lee vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 16-cv-02995 | MILES, Arlene vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 16-cv-07847 | SCOTT, Jennifer and Jimmy Scott vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 17-cv-00909 | SWANEY, Mary vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |