## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendant C.R. Bard, Inc. ("Bard") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Bard is the only defendant in the listed actions. Accordingly, Plaintiffs and Bard jointly move the court to dismiss with prejudice, parties to bear their own costs, and terminate from the docket of the court the actions listed on the attached Exhibit A.

Respectfully:

/s/ Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station, 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000
*Attorney for Defendant C.R. Bard, Inc.*

/s/ Caroline L. Maida
MOSTYN LAW FIRM
3810 West Alabama Street
Houston, TX 77027
(713) 714-0000
*Attorney for Plaintiffs on Exhibit A*

Dated: March 12, 2019

## EXHIBIT A – MOSTYN LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-11385 | Elizabeth Tyrrell v. C.R. Bard, Inc. |
| 2:14-cv-23172 | Deborah (Debbie) L. Jenson and R. Wesley Jenson v. C.R. Bard, Inc. |
| 2:14-cv-31375 | Phoebe H. Goulkin v. C.R. Bard, Inc. |
| 2:16-cv-11460 | Karen Jones v. C.R. Bard, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.


/s/ Richard B. North, Jr.