# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41. Other defendants remain and the case should remain open. Each party shall bear her or its own costs.

Respectfully submitted,

/s *Matthew J. Skikos*
Matthew J. Skikos
Skikos Crawford Skikos & Joseph
One Sansome Street
Suite 2830
San Francisco, CA 94104
(415) 546-7300
mskikos@skikoscrawford.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street, Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Name |
|---|---|
| 2:16-cv-00665 | Mary Allbright |
| 2:12-cv-09514 | Joan Campbell and Ray Campbell |
| 2:16-cv-00669 | Patricia Cordova |
| 2:16-cv-00675 | Barbara Cox |
| 2:14-cv-19013 | Sharon Donohue |
| 2:16-cv-00757 | Tammy Finn |
| 2:16-cv-00678 | Avis Hinton |
| 2:13-cv-23764 | Vickie Lynn Hubert and Stevan Hubert |
| 2:15-cv-00473 | Geraldine Lewis |
| 2:16-cv-00682 | Leisa Miller |
| 2:13-cv-30083 | Eva Mullins and Kenneth Mullins |
| 2:14-cv-19737 | Linda Nicosia |
| 2:13-cv-26666 | Lavalle Allen Nix and William Harrison Nix |
| 2:14-cv-19011 | Joyce O'Neil and Andrew O'Neil |
| 2:13-cv-11589 | Melinda Penny |
| 2:12-cv-02673 | Bobbie Swoape and Glen Swoape |
| 2:16-cv-00451 | Sybil Thrasher |
| 2:14-cv-00204 | Sharon Underwood and Ronald Underwood |
| 2:14-cv-29151 | Wendy Varn |

45825374.v1