IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2325 |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2387 |
| IN RE: COOK MEDICAL, INC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2440 |
| IN RE: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL No. 2511 |

*THIS DOCUMENT RELATES TO ALL CASES*

**COMMON BENEFIT FEE AND COST COMMITTEE'S RESPONSE AND STATEMENT OF NO OBJECTION TO RECOMMENDED ALLOCATION OF COMMON BENEFIT FEES AND THE REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS BY THE COURT APPOINTED EXTERNAL REVIEW SPECIALIST**

1

COMES NOW, the Common Benefit Fee and Cost Committee ("FCC") and per the Order Scheduling Objections Pursuant to Fee and Cost Protocol, responds and states that the FCC has no objection to the Recommended Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs by the Court Appointed External Review Specialist (the "Recommended Allocation"), which was appended to said Order.

Along with Participating Counsel, the FCC received the Recommended Allocation of the Honorable Daniel J. Stack, Retired, as External Review Specialist and reviewed and considered the contents thereof including the amounts recommended for allocation to each Participating Counsel.[1][2] The FCC states that upon its consideration of the Recommended Allocation, the FCC has no objection to the Recommended Allocation.

This 13th day of March, 2019.

    Respectfully submitted,

    THE COMMON BENEFIT FEE AND COST COMMITTEE

By:    */s/ Henry G. Garrard, III*
       Henry G. Garrard, III
       hgarrard@bbga.com
       Chairman of the Fee &
       Compensation Committee

BLASINGAME, BURCH, GARRARD & ASHLEY
P.O. Box 832
Athens, GA 30603
706-354-4000

---

[1] The FCC was established by Order of the Court as follows: Bard MDL 2187 PTO 207, AMS MDL 2325 PTO 204, BSC MDL 2326 PTO 136, Ethicon MDL 2327 PTO 211, Cook MDL 2440 PTO 71, Coloplast MDL 2387 PTO 85, Neomedic MDL 2511 PTO 23. The Honorable Daniel J. Stack, Retired, was appointed by Order of the Court entered October 13, 2017, as follows: Bard MDL 2187 Doc. No. 4663, AMS MDL 2325 Doc. No 5112, BSC MDL 2326 Doc No. 4422, Ethicon MDL 2327 Doc. No. 4783, Cook MDL 2440 Doc. No. 592, Coloplast MDL 2387 Doc. No. 1572, Neomedic MDL 2511 Doc. No. 177.

[2] "Participating Counsel" has the same definition as that set forth in the Agreed Order Regarding Management of Timekeeping, Cost Reimbursement and Related Common Benefit Issues, to wit: "'Participating Counsel' are counsel who subsequently desire to be considered for common benefit compensation…."

|  |  |
|---|---|
|  | */s/ Renee Baggett*<br>Renee Baggett<br>RBaggett@awkolaw.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ<br>17 East Main Street, Suite 200<br>Pensacola, FL 32502<br>850-202-1010 |  |
|  | */s/ Riley L. Burnett, Jr.*<br>Riley L. Burnett, Jr.<br>rburnett@rburnettlaw.com |
| BURNETT LAW FIRM<br>3737 Buffalo Speedway, Suite 1850<br>Houston, TX 77098<br>832-413-4410 |  |
|  | */s/ Thomas P. Cartmell*<br>Thomas P. Cartmell<br>tcartmell@wcllp.com |
| WAGSTAFF & CARTMELL, LLP<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>816-701-1100 |  |
|  | */s/ Clayton A. Clark*<br>Clayton A. Clark<br>CClark@triallawfirm.com |
| CLARK, LOVE & HUTSON, G.P.<br>440 Louisiana Street, Suite 1600<br>Houston, TX 77002<br>713-757-1400 |  |
|  | */s/ Yvonne M. Flaherty*<br>Yvonne M. Flaherty<br>ymflaherty@locklaw.com |
| LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S., Suite 2200<br>Minneapolis MN 55401<br>612-339-6900 |  |
|  | */s/ Carl N. Frankovitch*<br>Carl N. Frankovitch<br>carl@facslaw.com |
| FRANKOVITCH, ANETAKIS, SIMON,<br>DECAPIO & PEARL, LLP<br>337 Penco Road<br>Weirton, WV 26062<br>304-723-4400 |  |

MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
843-216-9000

*/s/ Joseph F. Rice*
Joseph F. Rice
jrice@motleyrice.com

*/s/ William H. McKee, Jr*
William H. McKee, Jr
bmckee@suddenlink.net

3041 Knotty Pine Dr.
Pensacola, FL 32505
304-546-2347

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2019, I electronically filed the **COMMON BENEFIT FEE AND COST COMMITTEE'S RESPONSE AND STATEMENT OF NO OBJECTION TO RECOMMENDED ALLOCATION OF COMMON BENEFIT FEES AND THE REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS BY THE COURT APPOINTED EXTERNAL REVIEW SPECIALIST** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Henry G. Garrard, III*

BLASINGAME, BURCH, GARRARD & ASHLEY
P.O. Box 832
Athens, GA  30603
706-354-4000