# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc., ("AMS") jointly move the court to dismiss these actions without prejudice and terminate them from the docket of the court, parties to bear their own costs. Other defendants remain in this action, and plaintiff will continue to pursue this action against them.

Respectfully:

/s/ Barbara Binis
Barbara Binis
Stephen J. McConnell
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
smcconnell@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Buffy K. Martines
Buffy K. Martines
LAMINACK PIRTLE & MARTINES
9th Floor
5020 Montrose Boulevard
Houston, TX 77006
713.292.2750 (phone)
713.292.2755 (fax)
buffym@lpm-triallaw.com
*Attorney for Plaintiffs on Exhibit A*

Dated: March 13, 2019

**EXHIBIT A – LAMINACK PIRTLE & MARTINES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-cv-07780 | Linda Eason v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:16-cv-07781 | Linda Ellis, James L. Ellis v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis