# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

### JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-E and defendant American Medical Systems, Inc., ("AMS") jointly move the court to dismiss these actions without prejudice and terminate them from the docket of the court, parties to bear their own costs. Other defendants remain in this action, and plaintiff will continue to pursue this action against them.

Respectfully:

/s/ Barbara Binis
Barbara Binis
Stephen J. McConnell
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
smcconnell@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Benjamin A. Bertram
Benjamin A. Bertram
BERTRAM & GRAF
Suite 225
9229 Ward Parkway
Kansas City, MO 64114
816.523.2205 (phone)
816.523.8258 (fax)
benbertram@bertramgraf.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Thomas P. Cartmell
Thomas P. Cartmell
Jeffrey M. Kuntz
WAGSTAFF & CARTMELL
Suite 300
4740 Grand Avenue
Kansas City, MO 64112
816.701.1100 (phone)
816.531.2372 (fax)
tcartmell@wcllp.com
jkuntz@wcllp.com
*Attorneys for Plaintiffs on Exhibit B*

/s/ Ryan J. Browne
Ryan J. Browne
REYES BROWNE REILLEY
Suite 410
5950 Berkshire Lane
Dallas, TX 75225
214.526.7900 (phone)
214.526.7910 (fax)
ryan@reyeslaw.com
*Attorney for Plaintiff on Exhibit C*

/s/ Jacob Plattenberger
Jacob Plattenberger
TOR HOERMAN LAW
Suite 2650
227 West Monroe Street
Chicago, IL 60606
618.656.4400 (phone)
618.656.4401 (fax)
jake@thlawyer.com
*Attorney for Plaintiffs on Exhibit D*

/s/ Joseph J. Zonies
Joseph J. Zonies
ZONIES LAW
Suite 203
1900 Wazee Street
Denver, CO 80202
720.464.5300 (phone)
720.961.9252 (fax)
jzonies@zonieslaw.com
*Attorney for Plaintiffs on Exhibit E*

Dated:  March 14, 2019

## EXHIBIT A – BERTRAM & GRAF

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-cv-01303 | Pearl Beaupre, Ronald Beaupre v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – WAGSTAFF & CARTMELL

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-03159 | Madenna K. Dorgan, Richard Dorgan v. Ethicon, Inc., Johnson & Johnson, and American Medical Systems, Inc., Ethicon, LLC |
| 2:12-cv-04665 | Marjaree Mayne v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:13-cv-04100 | Oneida S. Hill, Thomas J. Hill v. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation, American Medical Systems, Inc. |
| 2:13-cv-13073 | Susan Rusciano v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., |
| 2:13-cv-15410 | Jimmie Jones, Robert Jones v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-33151 | Jennifer Billings v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-00488 | Annette Yvonne Petersen, Charles Petersen v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-18676 | Laurel Marshall v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-cv-08228 | Mary Cullen v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:16-cv-03349 | Leetha Campbell, Gregory Campbell v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT C – REYES BROWNE REILLEY**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-15275 | Karen Sheldon v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT D – TOR HOERMAN LAW

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-03180 | Laura Shoots, Douglas Shoots v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-cv-07038 | Julie Ann Holm v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:16-cv-12088 | Tammy Schindler v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT E – ZONIES LAW**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-28372 | Debra Sperlow, John Sperlow v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation |
| 2:15-cv-08437 | Virginia Pellegrino v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 14, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

                                              /s/ Barbara R. Binis