# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Mark W. Davis
Mark W. Davis
Martin Daniel Crump
Davis & Crump
2601 14th Street
Gulfport, MS 39501
(228) 863-6000
mark.davis@daviscrump.com
martincrump@daviscrump.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

                                                (304) 414-1800
                                                srobinson@tcspllc.com
                                                *Counsel for the Ethicon Defendants*

## CERTIFICATE OF SERVICE

      I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                                /s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-16548 | Adams v. Ethicon, Inc. et al |
| 2:13-cv-03558 | Akwaboah et al v. Ethicon, Inc. et al |
| 2:13-cv-11486 | Alvarez v. Ethicon, Inc. et al |
| 2:13-cv-25425 | Ambrose et al v. Ethicon, Inc. et al |
| 2:13-cv-17737 | Anderson et al v. Ethicon, Inc. et al |
| 2:13-cv-22527 | Ansorge v. Ethicon, Inc. et al |
| 2:13-cv-02218 | Armstrong v. Ethicon, Inc. et al |
| 2:13-cv-17101 | Arrington et al v. Ethicon, Inc. et al |
| 2:12-cv-09525 | Artman et al v. Ethicon, Inc. et al |
| 2:13-cv-00853 | Axsom v. Ethicon, Inc. et al |
| 2:12-cv-07623 | Baldwin et al v. Ethicon, Inc. et al |
| 2:13-cv-06241 | Balentine et al v. Ethicon, Inc. et al |
| 2:13-cv-03482 | Bane v. Ethicon, Inc. et al |
| 2:13-cv-22277 | Barnes v. Ethicon, Inc. et al |
| 2:12-cv-07682 | Barnes et al v. Ethicon, Inc. et al |
| 2:13-cv-06242 | Beal et al v. Ethicon, Inc. et al |
| 2:13-cv-17816 | Beatty v. Ethicon, Inc. et al |
| 2:14-cv-27288 | Bechler v. Ethicon, Inc. et al |
| 2:13-cv-25716 | Beech v. Ethicon, Inc. et al |
| 2:14-cv-27942 | Benedetto v. Ethicon, Inc. et al |
| 2:14-cv-24392 | Benet v. Ethicon, Inc. et al |
| 2:13-cv-03821 | Bingham v. Ethicon, Inc. et al |
| 2:13-cv-03485 | Black et al v. Ethicon, Inc. et al |
| 2:12-cv-05605 | Blackburn et al v. Ethicon, Inc. et al |
| 2:13-cv-05841 | Blakeman et al v. Ethicon, Inc. et al |
| 2:13-cv-14156 | Boyt et al v. Ethicon, Inc. et al |
| 2:12-cv-07389 | Brandy v. Ethicon, Inc. et al |
| 2:13-cv-00943 | Burns et al v. Ethicon, Inc. et al |
| 2:12-cv-09552 | Butler et al v. Ethicon, Inc. et al |
| 2:15-cv-00485 | Byrd v. Ethicon, Inc. et al |
| 2:13-cv-03549 | Calvillo et al v. Ethicon, Inc. et al |
| 2:13-cv-17746 | Campbell v. Ethicon, Inc. et al |
| 2:13-cv-13144 | Carnes v. Ethicon, Inc. et al |
| 2:13-cv-14293 | Carter v. Ethicon, Inc. et al |
| 2:13-cv-10538 | Carter v. Ethicon, Inc. et al |
| 2:12-cv-07756 | Carty v. Ethicon, Inc. et al |
| 2:13-cv-03820 | Casiday et al v. Ethicon, Inc. et al |
| 2:13-cv-11747 | Childs v. Ethicon, Inc. et al |
| 2:14-cv-24538 | Codianni v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:13-cv-11301 | Cook et al v. Ethicon, Inc. et al |
| 2:14-cv-12719 | Cooper v. Ethicon, Inc. et al |
| 2:13-cv-05989 | Cottell v. Ethicon, Inc. et al |
| 2:12-cv-09448 | Covey et al v. Ethicon, Inc. et al |
| 2:13-cv-13454 | Coyle et al v. Ethicon, Inc. et al |
| 2:14-cv-30944 | Creasman v. Ethicon, Inc. et al |
| 2:13-cv-00846 | Cummings v. Ethicon, Inc. et al |
| 2:12-cv-01718 | Darnell et al v. Ethicon, Inc. et al |
| 2:13-cv-09283 | Davis et al v. Ethicon, Inc. et al |
| 2:14-cv-15077 | Davis v. Ethicon, Inc. et al |
| 2:14-cv-16272 | Dees v. Ethicon, Inc. et al |
| 2:12-cv-08726 | DesRoches v. Ethicon, Inc. et al |
| 2:14-cv-25096 | Dever v. Ethicon, Inc. et al |
| 2:14-cv-01705 | Dimas v. Ethicon, Inc. et al |
| 2:13-cv-03762 | Dixon v. Ethicon, Inc. et al |
| 2:13-cv-06483 | Dorrance et al v. Ethicon, Inc. et al |
| 2:12-cv-08218 | Downing et al v. Ethicon, Inc. et al |
| 2:14-cv-30835 | Doyle v. Ethicon, Inc. et al |
| 2:14-cv-27931 | Durham et al v. Ethicon, Inc. et al |
| 2:14-cv-02885 | Ellington et al v. Ethicon, Inc. et al |
| 2:14-cv-27933 | Ellis v. Ethicon, Inc. et al |
| 2:13-cv-00947 | Eslin v. Ethicon, Inc. et al |
| 2:12-cv-07837 | Fann v. Ethicon, Inc. et al |
| 2:13-cv-02505 | Farr et al v. Ethicon, Inc. et al |
| 2:12-cv-07857 | Felps et al v. Ethicon, Inc. et al |
| 2:14-cv-27932 | Fitts v. Ethicon, Inc. et al |
| 2:14-cv-10386 | Fleming v. Ethicon, Inc. et al |
| 2:13-cv-00852 | Foster-Stewart et al v. Ethicon, Inc. et al |
| 2:12-cv-07677 | Fox v. Ethicon, Inc. et al |
| 2:14-cv-25099 | Freeman v. Ethicon, Inc. et al |
| 2:13-cv-17764 | French v. Ethicon, Inc. et al |
| 2:13-cv-11294 | Fry et al v. Ethicon, Inc. et al |
| 2:13-cv-01010 | Fulcher v. Ethicon, Inc. et al |
| 2:13-cv-05900 | Fuller et al v. Ethicon, Inc. et al |
| 2:12-cv-09969 | Gariepy v. Ethicon, Inc. et al |
| 2:13-cv-14968 | Garrido v. Ethicon, Inc. et al |
| 2:13-cv-25994 | Gautreau v. Ethicon, Inc. |
| 2:13-cv-11482 | Gayo et al v. Ethicon, Inc. et al |
| 2:12-cv-07744 | Gibbs v. Ethicon, Inc. et al |
| 2:13-cv-13147 | Gingrich v. Ethicon, Inc. et al |
| 2:13-cv-11302 | Gladney v. Ethicon, Inc. et al |
| 2:13-cv-06226 | Godwin et al v. Ethicon, Inc. et al |
| 2:13-cv-17743 | Goff v. Ethicon, Inc. et al |
| 2:12-cv-08212 | Gonzales v. Ethicon, Inc. et al |
| 2:14-cv-02888 | Goodwin et al v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:12-cv-09289 | Gordon et al v. Ethicon, Inc. et al |
| 2:12-cv-09967 | Green v. Ethicon, Inc. et al |
| 2:13-cv-14148 | Gregory et al v. Ethicon, Inc. et al |
| 2:13-cv-03550 | Griffin et al v. Ethicon, Inc. et al |
| 2:14-cv-03378 | Griffin v. Ethicon, Inc. et al |
| 2:14-cv-22568 | Griffith v. Ethicon, Inc. et al |
| 2:13-cv-14173 | Griffiths v. Ethicon, Inc. et al |
| 2:12-cv-08722 | Gurtz v. Ethicon, Inc. et al |
| 2:12-cv-07875 | Hampton v. Ethicon, Inc. et al |
| 2:14-cv-02891 | Han et al v. Ethicon, Inc. et al |
| 2:13-cv-00073 | Hancock v. Ethicon, Inc. et al |
| 2:14-cv-20778 | Hand v. Ethicon, Inc. et al |
| 2:13-cv-05963 | Hanna et al v. Ethicon, Inc. et al |
| 2:15-cv-02668 | Happeny et al v. Ethicon, Inc. et al |
| 2:13-cv-02075 | Harrell v. Ethicon, Inc. et al |
| 2:12-cv-07689 | Harris v. Ethicon, Inc. et al |
| 2:13-cv-02189 | Harris et al v. Ethicon, Inc. et al |
| 2:13-cv-11741 | Harris v. Ethicon, Inc. et al |
| 2:13-cv-14181 | Hays et al v. Ethicon, Inc. et al |
| 2:13-cv-03486 | Helm et al v. Ethicon, Inc. et al |
| 2:12-cv-08609 | Helton v. Ethicon, Inc. et al |
| 2:12-cv-07716 | Henry v. Ethicon, Inc. et al |
| 2:14-cv-12855 | Henry et al v. Ethicon, Inc. et al |
| 2:14-cv-19264 | Herdus et al v. Ethicon, Inc. et al |
| 2:14-cv-12503 | Hernandez et al v. Ethicon, Inc. et al |
| 2:13-cv-22517 | Highfill et al v. Ethicon, Inc. et al |
| 2:12-cv-07308 | Hinderberger v. Ethicon, Inc. et al |
| 2:12-cv-08260 | Hinsley v. Ethicon, Inc. et al |
| 2:14-cv-25098 | Hively v. Ethicon, Inc. et al |
| 2:12-cv-07811 | Hizen v. Ethicon, Inc. et al |
| 2:13-cv-22523 | Hodgeman v. Ethicon, Inc. et al |
| 2:13-cv-14138 | Hoopes et al v. Ethicon, Inc. et al |
| 2:15-cv-00735 | Hopkins v. Ethicon, Inc. et al |
| 2:13-cv-14339 | Hornbeck v. Ethicon, Inc. et al |
| 2:13-cv-06476 | House et al v. Ethicon, Inc. et al |
| 2:13-cv-10530 | Howell v. Ethicon, Inc. et al |
| 2:13-cv-14175 | Hudson v. Ethicon, Inc. et al |
| 2:13-cv-04229 | Itta v. Ethicon, Inc. et al |
| 2:12-cv-07865 | Jackowski et al v. Ethicon, Inc. et al |
| 2:12-cv-06166 | Jackson v. Ethicon, Inc. et al |
| 2:13-cv-22526 | James v. Ethicon, Inc. et al |
| 2:13-cv-06470 | Jessup et al v. Ethicon, Inc. et al |
| 2:13-cv-02688 | Johnson v. Ethicon, Inc. et al |
| 2:14-cv-14955 | Johnson v. Ethicon, Inc. et al |
| 2:12-cv-07746 | Jones v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:14-cv-10384 | Jones v. Ethicon, Inc. et al |
| 2:13-cv-00850 | Jordan-Case et al v. Ethicon, Inc. et al |
| 2:12-cv-07881 | Josey v. Ethicon, Inc. et al |
| 2:13-cv-03982 | Kachik v. Ethicon, Inc. et al |
| 2:15-cv-01306 | Kay v. Ethicon, Inc. et al |
| 2:14-cv-27934 | Kemp v. Ethicon, Inc. et al |
| 2:14-cv-25097 | Kennedy v. Ethicon, Inc. et al |
| 2:14-cv-22607 | Kern v. Ethicon, Inc. et al |
| 2:14-cv-24554 | Kinkelaar v. Ethicon, Inc. et al |
| 2:13-cv-14969 | Knight et al v. Ethicon, Inc. et al |
| 2:13-cv-06243 | Knight v. Ethicon, Inc. et al |
| 2:14-cv-16551 | Kornegay et al v. Ethicon, Inc. et al |
| 2:13-cv-03978 | Lacy v. Ethicon, Inc. et al |
| 2:14-cv-24871 | Lampkin v. Ethicon, Inc. et al |
| 2:14-cv-24698 | Larsen v. Ethicon, Inc. et al |
| 2:12-cv-08179 | LaRue v. Ethicon, Inc. et al |
| 2:14-cv-16533 | Lazaris v. Ethicon, Inc. et al |
| 2:13-cv-25393 | Leary v. Ethicon, Inc. et al |
| 2:13-cv-16260 | Leising et al v. Ethicon, Inc. et al |
| 2:14-cv-12856 | Life v. Ethicon, Inc. et al |
| 2:14-cv-17884 | Lopez v. Ethicon, Inc. et al |
| 2:13-cv-25427 | MacDonald et al v. Ethicon, Inc. et al |
| 2:12-cv-07390 | Mackaben et al v. Ethicon, Inc. et al |
| 2:13-cv-28671 | Mahan v. Ethicon, Inc. et al |
| 2:13-cv-14296 | Manley v. Ethicon, Inc. et al |
| 2:12-cv-07880 | Mansfield v. Ethicon, Inc. et al |
| 2:12-cv-07877 | Marcum et al v. Ethicon, Inc. et al |
| 2:14-cv-27930 | Marten et al v. Ethicon, Inc. et al |
| 2:13-cv-00071 | Martin v. Ethicon, Inc. et al |
| 2:14-cv-16539 | Mason v. Ethicon, Inc. et al |
| 2:12-cv-07801 | Massey v. Ethicon, Inc. et al |
| 2:14-cv-27925 | Mathews v. Ethicon, Inc. et al |
| 2:14-cv-25812 | Mattox v. Ethicon, Inc. et al |
| 2:13-cv-04244 | Mays v. Ethicon, Inc. et al |
| 2:13-cv-02987 | Meyer v. Ethicon, Inc. et al |
| 2:14-cv-16538 | Miller v. Ethicon, Inc. et al |
| 2:13-cv-17799 | Milner v. Ethicon, Inc. et al |
| 2:13-cv-06460 | Minko et al v. Ethicon, Inc. et al |
| 2:14-cv-16041 | Mitchell v. Ethicon, Inc. et al |
| 2:13-cv-17117 | Morrison v. Ethicon, Inc. et al |
| 2:12-cv-07874 | Morse et al v. Ethicon, Inc. et al |
| 2:13-cv-05998 | Nelson v. Ethicon, Inc. et al |
| 2:15-cv-09429 | Neylan v. Ethicon, Inc. et al |
| 2:12-cv-08253 | Nixon v. Ethicon, Inc. et al |
| 2:12-cv-06358 | O'Dell v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:13-cv-02689 | Ojers v. Ethicon, Inc. et al |
| 2:14-cv-02884 | O'Neill v. Ethicon, Inc. et al |
| 2:12-cv-07498 | Orozco v. Ethicon, Inc. et al |
| 2:13-cv-00267 | Ortiz et al v. Ethicon, Inc. et al |
| 2:14-cv-26955 | Owen v. Ethicon, Inc. et al |
| 2:13-cv-00068 | Oxendine et al v. Ethicon, Inc. et al |
| 2:13-cv-10546 | Paysen v. Ethicon, Inc. et al |
| 2:12-cv-07836 | Peralez v. Ethicon, Inc. et al |
| 2:12-cv-09548 | Perritt et al v. Ethicon, Inc. et al |
| 2:14-cv-25809 | Phelps v. Ethicon, Inc. et al |
| 2:13-cv-02686 | Pherguson v. Ethicon, Inc. et al |
| 2:13-cv-17112 | Phillips v. Ethicon, Inc. et al |
| 2:14-cv-10393 | Pipkin v. Ethicon, Inc. et al |
| 2:13-cv-05871 | Ponce et al v. Ethicon, Inc. et al |
| 2:12-cv-06604 | Potter v. Ethicon, Inc. et al |
| 2:13-cv-04290 | Powell v. Ethicon, Inc. et al |
| 2:12-cv-08012 | Prescott et al v. Ethicon, Inc. et al |
| 2:14-cv-27938 | Prestay et al v. Ethicon, Inc. et al |
| 2:14-cv-12854 | Radke v. Ethicon, Inc. et al |
| 2:13-cv-17729 | Ramirez et al v. Ethicon, Inc. et al |
| 2:12-cv-09964 | Ramos v. Ethicon, Inc. et al |
| 2:14-cv-02951 | Ramsey v. Ethicon, Inc. et al |
| 2:14-cv-25322 | Redding et al v. Ethicon, Inc. et al |
| 2:13-cv-17773 | Reeder v. Ethicon, Inc. et al |
| 2:14-cv-27937 | Reeves v. Ethicon, Inc. et al |
| 2:14-cv-14956 | Reeves v. Ethicon, Inc. et al |
| 2:14-cv-16176 | Reeves v. Ethicon, Inc. et al |
| 2:13-cv-22276 | Renner-Daniel v. Ethicon, Inc. et al |
| 2:13-cv-22521 | Rice et al v. Ethicon, Inc. et al |
| 2:13-cv-17767 | Riojas v. Ethicon, Inc. et al |
| 2:13-cv-17818 | Rios v. Ethicon, Inc. et al |
| 2:13-cv-06607 | Roach v. Ethicon, Inc. et al |
| 2:12-cv-07499 | Roberts v. Ethicon, Inc. et al |
| 2:13-cv-05978 | Rodriguez v. Ethicon, Inc. et al |
| 2:13-cv-28840 | Roering v. Ethicon, Inc. et al |
| 2:13-cv-25720 | Rogers v. Ethicon, Inc. et al |
| 2:12-cv-07922 | Ronan et al v. Ethicon, Inc. et al |
| 2:14-cv-03799 | Russ v. Ethicon, Inc. et al |
| 2:13-cv-05359 | Russo et al v. Ethicon, Inc. et al |
| 2:13-cv-06362 | Sago et al v. Ethicon, Inc. et al |
| 2:15-cv-12399 | Salisbury et al v. Ethicon, Inc. et al |
| 2:13-cv-05979 | Saunders et al v. Ethicon, Inc. et al |
| 2:14-cv-20039 | Saxton v. Ethicon, Inc. et al |
| 2:14-cv-16061 | Schepleng v. Ethicon, Inc. et al |
| 2:14-cv-16731 | Schmidt v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:13-cv-03096 | Self v. Ethicon, Inc. et al |
| 2:14-cv-22548 | Shafer v. Ethicon, Inc. et al |
| 2:13-cv-00095 | Sheerin v. Ethicon, Inc. et al |
| 2:12-cv-09462 | Simmons v. Ethicon, Inc. et al |
| 2:13-cv-25229 | Simulynas et al v. Ethicon, Inc. et al |
| 2:13-cv-02179 | Skelton et al v. Ethicon, Inc. et al |
| 2:12-cv-08679 | Skelton et al v. Ethicon, Inc. et al |
| 2:13-cv-25718 | Smith v. Ethicon, Inc. et al |
| 2:14-cv-14336 | Smith v. Ethicon, Inc. et al |
| 2:13-cv-17718 | Spencer et al v. Ethicon, Inc. et al |
| 2:12-cv-07924 | Sprout et al v. Ethicon, Inc. et al |
| 2:13-cv-00058 | Stoker v. Ethicon, Inc. et al |
| 2:13-cv-02239 | Stone v. Ethicon, Inc. et al |
| 2:14-cv-12398 | Sweatte v. Ethicon, Inc. et al |
| 2:13-cv-04234 | Taylor v. Ethicon, Inc. et al |
| 2:14-cv-16729 | Therrien v. Ethicon, Inc. et al |
| 2:13-cv-01049 | Thivener et al v. Ethicon, Inc. et al |
| 2:14-cv-22544 | Thomas v. Ethicon, Inc. et al |
| 2:12-cv-07751 | Thomas et al v. Ethicon, Inc. et al |
| 2:13-cv-01051 | Thorne et al v. Ethicon, Inc. et al |
| 2:13-cv-06235 | Thurman v. Ethicon, Inc. et al |
| 2:12-cv-07879 | Tillman et al v. Ethicon, Inc. et al |
| 2:13-cv-14145 | Tomich v. Ethicon, Inc. et al |
| 2:13-cv-22278 | Torres et al v. Ethicon, Inc. et al |
| 2:14-cv-27941 | Urka et al v. Ethicon, Inc. et al |
| 2:12-cv-07904 | Valentine v. Ethicon, Inc. et al |
| 2:13-cv-05356 | Van Horn v. Ethicon, Inc. et al |
| 2:12-cv-06282 | Vazquez et al v. Ethicon, Inc. et al |
| 2:14-cv-17211 | Walker et al v. Ethicon, Inc. et al |
| 2:13-cv-11748 | Watson et al v. Ethicon, Inc. et al |
| 2:12-cv-07863 | Wessel v. Ethicon, Inc. et al |
| 2:14-cv-19263 | Weyer v. Ethicon, Inc. et al |
| 2:14-cv-22543 | White v. Ethicon, Inc. et al |
| 2:13-cv-16386 | White v. Ethicon, Inc. et al |
| 2:13-cv-00067 | Will v. Ethicon, Inc. et al |
| 2:13-cv-17111 | Williams v. Ethicon, Inc. et al |
| 2:14-cv-25807 | Williams v. Ethicon, Inc. et al |
| 2:14-cv-27940 | Wilson v. Ethicon, Inc. et al |
| 2:12-cv-09292 | Wilson v. Ethicon, Inc. et al |
| 2:13-cv-04233 | Womack v. Ethicon, Inc. et al |
| 2:12-cv-06168 | Wyatt v. Ethicon, Inc. et al |
| 2:13-cv-11300 | Yeary v. Ethicon, Inc. et al |
| 2:14-cv-16273 | Yon v. Ethicon, Inc. et al |
| 2:14-cv-27939 | Young et al v. Ethicon, Inc. et al |