# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| **IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327** <br> **MDL No. 2327** |
| **THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO** | **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2).  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Mark W. Davis
Mark W. Davis
Martin Daniel Crump
Davis & Crump
2601 14th Street
Gulfport, MS 39501
(228) 863-6000
mark.davis@daviscrump.com
martincrump@daviscrump.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court

using the CM/ECF system, which will send notification of this filing to CM/ECF participants

registered to receive service in this MDL.


/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Style |
| --- | --- |
| 2:14-cv-16176 | Reeves v. Ethicon, Inc. et al |
| 2:13-cv-22276 | Renner-Daniel v. Ethicon, Inc. et al |
| 2:13-cv-22521 | Rice et al v. Ethicon, Inc. et al |
| 2:13-cv-17767 | Riojas v. Ethicon, Inc. et al |
| 2:13-cv-17818 | Rios v. Ethicon, Inc. et al |
| 2:13-cv-06607 | Roach v. Ethicon, Inc. et al |
| 2:12-cv-07499 | Roberts v. Ethicon, Inc. et al |
| 2:13-cv-05978 | Rodriguez v. Ethicon, Inc. et al |
| 2:13-cv-28840 | Roering v. Ethicon, Inc. et al |
| 2:13-cv-25720 | Rogers v. Ethicon, Inc. et al |
| 2:12-cv-07922 | Ronan et al v. Ethicon, Inc. et al |
| 2:14-cv-03799 | Russ v. Ethicon, Inc. et al |
| 2:13-cv-05359 | Russo et al v. Ethicon, Inc. et al |
| 2:13-cv-06362 | Sago et al v. Ethicon, Inc. et al |
| 2:15-cv-12399 | Salisbury et al v. Ethicon, Inc. et al |
| 2:13-cv-05979 | Saunders et al v. Ethicon, Inc. et al |
| 2:14-cv-20039 | Saxton v. Ethicon, Inc. et al |
| 2:14-cv-16061 | Schepleng v. Ethicon, Inc. et al |
| 2:14-cv-16731 | Schmidt v. Ethicon, Inc. et al |
| 2:13-cv-03096 | Self v. Ethicon, Inc. et al |
| 2:14-cv-22548 | Shafer v. Ethicon, Inc. et al |
| 2:13-cv-00095 | Sheerin v. Ethicon, Inc. et al |
| 2:12-cv-09462 | Simmons v. Ethicon, Inc. et al |
| 2:13-cv-25229 | Simulynas et al v. Ethicon, Inc. et al |
| 2:13-cv-02179 | Skelton et al v. Ethicon, Inc. et al |
| 2:12-cv-08679 | Skelton et al v. Ethicon, Inc. et al |
| 2:13-cv-25718 | Smith v. Ethicon, Inc. et al |
| 2:14-cv-14336 | Smith v. Ethicon, Inc. et al |
| 2:13-cv-17718 | Spencer et al v. Ethicon, Inc. et al |
| 2:12-cv-07924 | Sprout et al v. Ethicon, Inc. et al |
| 2:13-cv-00058 | Stoker v. Ethicon, Inc. et al |
| 2:13-cv-02239 | Stone v. Ethicon, Inc. et al |
| 2:14-cv-12398 | Sweatte v. Ethicon, Inc. et al |
| 2:13-cv-04234 | Taylor v. Ethicon, Inc. et al |
| 2:14-cv-16729 | Therrien v. Ethicon, Inc. et al |
| 2:13-cv-01049 | Thivener et al v. Ethicon, Inc. et al |
| 2:14-cv-22544 | Thomas v. Ethicon, Inc. et al |
| 2:12-cv-07751 | Thomas et al v. Ethicon, Inc. et al |
| 2:13-cv-01051 | Thorne et al v. Ethicon, Inc. et al |

| | |
|---|---|
| 2:13-cv-06235 | Thurman v. Ethicon, Inc. et al |
| 2:12-cv-07879 | Tillman et al v. Ethicon, Inc. et al |
| 2:13-cv-14145 | Tomich v. Ethicon, Inc. et al |
| 2:13-cv-22278 | Torres et al v. Ethicon, Inc. et al |
| 2:14-cv-27941 | Urka et al v. Ethicon, Inc. et al |
| 2:12-cv-07904 | Valentine v. Ethicon, Inc. et al |
| 2:13-cv-05356 | Van Horn v. Ethicon, Inc. et al |
| 2:12-cv-06282 | Vazquez et al v. Ethicon, Inc. et al |
| 2:14-cv-17211 | Walker et al v. Ethicon, Inc. et al |
| 2:13-cv-11748 | Watson et al v. Ethicon, Inc. et al |
| 2:12-cv-07863 | Wessel v. Ethicon, Inc. et al |
| 2:14-cv-19263 | Weyer v. Ethicon, Inc. et al |
| 2:14-cv-22543 | White v. Ethicon, Inc. et al |
| 2:13-cv-16386 | White v. Ethicon, Inc. et al |
| 2:13-cv-00067 | Will v. Ethicon, Inc. et al |
| 2:13-cv-17111 | Williams v. Ethicon, Inc. et al |
| 2:14-cv-25807 | Williams v. Ethicon, Inc. et al |
| 2:14-cv-27940 | Wilson v. Ethicon, Inc. et al |
| 2:12-cv-09292 | Wilson v. Ethicon, Inc. et al |
| 2:13-cv-04233 | Womack v. Ethicon, Inc. et al |
| 2:12-cv-06168 | Wyatt v. Ethicon, Inc. et al |
| 2:13-cv-11300 | Yeary v. Ethicon, Inc. et al |
| 2:14-cv-16273 | Yon v. Ethicon, Inc. et al |
| 2:14-cv-27939 | Young et al v. Ethicon, Inc. et al |