# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). Other defendants remain and the case should remain open. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Mark W. Davis
Mark W. Davis
Martin Daniel Crump
Davis & Crump
2601 14th Street
Gulfport, MS 39501
(228) 863-6000
mark.davis@daviscrump.com
martincrump@daviscrump.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-09549 | Allen v. Ethicon, Inc. et al |
| 2:14-cv-27290 | Aucoin v. Ethicon, Inc. et al |
| 2:13-cv-13458 | Beebe v. Boston Scientific Corporation et al |
| 2:14-cv-16549 | Brown et al v. Boston Scientific Corporation et al |
| 2:15-cv-00741 | Burchi v. Boston Scientific Corporation et al |
| 2:12-cv-09457 | Cape v. Ethicon, Inc. et al |
| 2:13-cv-03484 | Chiles v. Ethicon, Inc. et al |
| 2:14-cv-30413 | Duncan v. Ethicon, Inc. et al |
| 2:14-cv-10663 | Edwards v. Ethicon, Inc. et al |
| 2:12-cv-07354 | Finley v. Ethicon, Inc. et al |
| 2:14-cv-20022 | Fletcher et al v. Ethicon, Inc. et al |
| 2:13-cv-22275 | Forcum et al v. Ethicon, Inc. et al |
| 2:12-cv-07859 | Garbiso et al v. Boston Scientific Corporation et al |
| 2:13-cv-25977 | Garriott v. Boston Scientific Corporation et al |
| 2:14-cv-10606 | Harris v. Ethicon, Inc. et al |
| 2:13-cv-17108 | Higgins v. Boston Scientific Corporation et al |
| 2:13-cv-30697 | Illig et al v. Ethicon, Inc. et al |
| 2:13-cv-06726 | Kirschbaum et al v. Ethicon, Inc. et al |
| 2:13-cv-17137 | Mason et al v. Ethicon, Inc. et al |
| 2:15-cv-01304 | Morr v. Boston Scientific Corporation et al |
| 2:13-cv-14083 | Parnell et al v. Ethicon, Inc. et al |
| 2:13-cv-05910 | Pavich v. Ethicon, Inc. et al |
| 2:12-cv-07687 | Sells v. Boston Scientific Corporation et al |
| 2:13-cv-07178 | Siler et al v. Boston Scientific Corporation et al |
| 2:13-cv-02177 | Smith v. Boston Scientific Corporation et al |
| 2:14-cv-24387 | Smoot v. Ethicon, Inc. et al |
| 2:12-cv-08015 | Stem v. Ethicon, Inc. et al |
| 2:14-cv-15072 | Trout et al v. Ethicon, Inc. et al |
| 2:14-cv-26954 | Unger v. Ethicon, Inc. et al |
| 2:12-cv-06360 | Uridel et al v. Ethicon, Inc. et al |
| 2:13-cv-14336 | Vega v. C.R. Bard, Inc. et al |
| 2:13-cv-00863 | Wieczkiewicz v. Ethicon, Inc. et al |
| 2:13-cv-05907 | Winstead v. Ethicon, Inc. et al |