IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>**U.S. DISTRICT JUDGE<br>JOSEPH R. GOODWIN** |
| **THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO** | |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF JOINT
MOTION TO DISMISS WITH PREJUDICE**

Defendants Ethicon, Inc., Johnson & Johnson and/or Ethicon LLC (collectively the "Ethicon Defendants") hereby give Notice of the Withdrawal of their Joint Motion to Dismiss With Prejudice filed March 18, 2019 under Doc. No. 7656.

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (Ms. Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

1

/s/ *Susan B. Robinson*
Susan B. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants
Ethicon, Inc. and Johnson & Johnson


/s/ Mark W. Davis
Mark W. Davis
Martin Daniel Crump
Davis & Crump
2601 14th Street
Gulfport, MS 39501
(228) 863-6000
mark.davis@daviscrump.com
martincrump@daviscrump.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*