# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON INC
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and defendant American Medical Systems, Inc., ("AMS") jointly move the court to dismiss AMS without prejudice and terminate them from the docket of the court, parties to bear their own costs. Other defendants remain in this action, and plaintiff will continue to pursue this action against them.

Respectfully:

/s/ Barbara Binis
Barbara Binis
Stephen J. McConnell
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
smcconnell@reedsmith.com
*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Michael Cory Bradley
Michael Cory Bradley
PITTMAN DUTTON & HELLUMS
1100 Park Place Towers
2001 Park Place North
Birmingham, AL 35203
205.322.8880 (phone)
205.328.2811 (fax)
pdh-efiling@pittmandutton.com
*Attorney for Plaintiffs on Exhibit A*

Dated: March 18, 2019

**EXHIBIT A – PITTMAN DUTTON & HELLUMS**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-22843 | Sally Barlow v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-23730 | Carrie Beard, Lynn Beard v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

                                                 /s/ Barbara R. Binis