IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
    PELVIC REPAIR SYSTEM                    MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

**ORDER**
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon defendants") pursuant to the procedures established by Pretrial Order ("PTO") # 302 or PTO # 329. *See* PTO ##s 302 and 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF Nos. 6020 or 7576].

The Ethicon defendants have complied with the procedures set forth in PTO # 302 and/or # 329, and the plaintiffs have not filed an opposition. Defendants have informed the court that no other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 19, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

|   | Civil Action No. | Case Style | ECF No. of Motion |
|---|---|---|---|
| 1 | 2:12-cv-00969 | Gray, Margaret v. Ethicon, Inc., et al | 32 |
| 2 | 2:12-cv-01614 | Bishop, Donna S. & John S. v. Ethicon, Inc., et al | 34 |
| 3 | 2:12-cv-01643 | Skeens, Julie A. v. Ethicon, Inc., et al | 53 |
| 4 | 2:12-cv-01659 | Moore, Phyllis v. Ethicon, Inc., et al | 95 |
| 5 | 2:12-cv-02073 | Hernandez, Toni v. Ethicon, Inc., et al | 118 |
| 6 | 2:12-cv-02581 | Fisher, Anita v. Ethicon, Inc., et al | 38 |
| 7 | 2:12-cv-02584 | Hill, Trina v. Ethicon, Inc., et al | 38 |
| 8 | 2:12-cv-02779 | Potter, Norma & R.L. v. Ethicon, Inc., et al | 27 |
| 9 | 2:12-cv-03205 | Branaman, Connie & James v. Ethicon, Inc., et al | 30 |
| 10 | 2:12-cv-03378 | Gutillo, Tiffany v. Ethicon, Inc., et al | 57 |
| 11 | 2:12-cv-04005 | Moses, Christine Wilder & Robert v. Ethicon, Inc., et al | 70 |
| 12 | 2:12-cv-04251 | Kyzer, Elnora & Herbert v. Ethicon, Inc., et al | 36 |
| 13 | 2:12-cv-05128 | Rizer, Renae Lynn v. Ethicon, Inc., et al | 85 |
| 14 | 2:12-cv-05129 | Coppinger, Mary & Robert v. Ethicon, Inc., et al | 63 |
| 15 | 2:12-cv-05169 | Lewis, Tammy v. Ethicon, Inc., et al | 64 |
| 16 | 2:12-cv-05280 | Strauss, Candace & Troy v. Ethicon, Inc., et al | 74 |
| 17 | 2:12-cv-05998 | Newitt, Ellen v. Ethicon, Inc., et al | 38 |
| 18 | 2:12-cv-06299 | Gregersen, Gina Lynn v. Ethicon, Inc., et al | 41 |
| 19 | 2:12-cv-06330 | O'Donnell, Carolyn v. Ethicon, Inc., et al | 34 |
| 20 | 2:12-cv-06426 | Jackson, Michele v. Ethicon, Inc., et al | 26 |
| 21 | 2:12-cv-06481 | Clark, Phyllis v. Ethicon, Inc., et al | 44 |
| 22 | 2:12-cv-06618 | Palmer, Deborah A. v. Ethicon, Inc., et al | 28 |
| 23 | 2:12-cv-06883 | Ryan, Kathleen & John v. Ethicon, Inc., et al | 20 |
| 24 | 2:12-cv-07236 | Courson, Judy & Donald v. Ethicon, Inc., et al | 25 |
| 25 | 2:12-cv-07257 | Hawks, Christie S. v. Ethicon, Inc., et al | 37 |
| 26 | 2:12-cv-08362 | Shoopman, Marion & Jerry v. Ethicon, Inc., et al | 31 |
| 27 | 2:12-cv-08571 | Bartram, Alice Faye & David v. Ethicon, Inc., et al | 20 |
| 28 | 2:12-cv-08604 | Mireles, Sujei & Carlos v. Ethicon, Inc., et al | 36 |
| 29 | 2:12-cv-08644 | McCoy, Cathy v. Ethicon, Inc., et al | 19 |
| 30 | 2:12-cv-08830 | Vernon, Shirley & Terry v. Ethicon, Inc., et al | 15 |
| 31 | 2:12-cv-08838 | Gayle, Molly J. & Harry E. v. Ethicon, Inc., et al | 15 |
| 32 | 2:12-cv-08861 | Butts, Kathy & William v. Ethicon, Inc., et al | 28 |
| 33 | 2:12-cv-08956 | Garcia, Caira Gay & Robert v. Ethicon, Inc., et al | 41 |
| 34 | 2:12-cv-09034 | Jacobs, Patricia v. Ethicon, Inc., et al | 49 |
| 35 | 2:12-cv-09086 | Ogilvie, Janice v. Ethicon, Inc., et al | 21 |
| 36 | 2:12-cv-09091 | Lago-Lyons, Nancy & Raymond v. Ethicon, Inc., et al | 54 |
| 37 | 2:12-cv-09095 | Stone, Kimberly v. Ethicon, Inc., et al | 42 |
| 38 | 2:12-cv-09251 | Clark, Marabeth & Joey v. Ethicon, Inc., et al | 42 |
| 39 | 2:12-cv-09300 | Ingram, Lisa Schneeberger & Edward v. Ethicon, Inc., et al | 61 |
| 40 | 2:12-cv-09304 | Shinaver, Rosemarie v. Ethicon, Inc., et al | 43 |
| 41 | 2:12-cv-09489 | Carden, Deborah v. Ethicon, Inc., et al | 20 |
| 42 | 2:12-cv-09495 | Couch, Elizabeth v. Ethicon, Inc., et al | 20 |
| 43 | 2:12-cv-09701 | Turner, Janet v. Ethicon, Inc., et al | 37 |

**EXHIBIT A**

| | Civil Action No. | Case Style | ECF No. of Motion |
|---|---|---|---|
| 44 | 2:12-cv-09708 | Maul, Elba & Michael v. Ethicon, Inc., et al | 41 |
| 45 | 2:13-cv-00780 | Sisk, Sue v. Ethicon, Inc., et al | 58 |
| 46 | 2:13-cv-00841 | Billups, Lashawn v. Ethicon, Inc., et al | 21 |
| 47 | 2:13-cv-01246 | Davis, Julie Ann v. Ethicon, Inc., et al | 41 |
| 48 | 2:13-cv-01566 | Stone, Howard, as Personal Representative of the Estate of Virginia A. Stone, deceased v. Ethicon, Inc., et al | 24 |
| 49 | 2:13-cv-02640 | Lombardo, April v. Ethicon, Inc., et al | 57 |
| 50 | 2:13-cv-04113 | Flemens, Priscilla & Jerry v. Ethicon, Inc., et al | 20 |
| 51 | 2:13-cv-04991 | Hession, Pamala & Brian v. Ethicon, Inc., et al | 15 |
| 52 | 2:13-cv-05055 | Yarbrough, Cherlene & Terry v. Ethicon, Inc., et al | 15 |
| 53 | 2:13-cv-05294 | Crump, Betsy v. Ethicon, Inc., et al | 18 |
| 54 | 2:13-cv-05310 | Hibbard, Connie v. Ethicon, Inc., et al | 18 |
| 55 | 2:13-cv-05926 | Cuskaden, Tina & Brian v. Ethicon, Inc., et al | 13 |
| 56 | 2:13-cv-06562 | Woods, Jenifer & Michael v. Ethicon, Inc., et al | 17 |
| 57 | 2:13-cv-06671 | Warren, Loralyn & Robert v. Ethicon, Inc., et al | 15 |
| 58 | 2:13-cv-06999 | Shafer, Christine v. Ethicon, Inc., et al | 15 |
| 59 | 2:13-cv-07475 | Shumaker, Susan & Charles v. Ethicon, Inc., et al | 19 |
| 60 | 2:13-cv-07536 | Monge, Emma v. Ethicon, Inc., et al | 18 |
| 61 | 2:13-cv-07628 | Clark, Marsha & Anthony v. Ethicon, Inc., et al | 13 |
| 62 | 2:13-cv-07721 | Robinson, Sandra v. Ethicon, Inc., et al | 15 |
| 63 | 2:13-cv-08416 | Baud, Beverly & John Delbert v. Ethicon, Inc., et al | 16 |
| 64 | 2:13-cv-08767 | Littleton, Gerii Lynn, as Personal Representative of the Estate of Jerusha A. Powell-Conner, deceased v. Ethicon, Inc., et al | 19 |
| 65 | 2:13-cv-08972 | Leding, Shana M. & Patrick v. Ethicon, Inc., et al | 18 |
| 66 | 2:13-cv-10002 | Dorsett, Sharon Lee & Jim Harvey v. Ethicon, Inc., et al | 14 |
| 67 | 2:13-cv-10378 | Helms, Librada G. v. Ethicon, Inc., et al | 17 |
| 68 | 2:13-cv-10477 | Pearse, Stacy L. v. Ethicon, Inc., et al | 14 |
| 69 | 2:13-cv-11442 | Hill-Miller, Flossie v. Ethicon, Inc., et al | 18 |
| 70 | 2:13-cv-12200 | Foster, Jaye v. Ethicon, Inc., et al | 15 |
| 71 | 2:13-cv-12988 | Kenyon, Deborah v. Ethicon, Inc., et al | 11 |
| 72 | 2:13-cv-12989 | Kramer, Cindy & Richard, Jr. v. Ethicon, Inc., et al | 24 |
| 73 | 2:13-cv-13148 | Meppen, Glenda & Robert v. Ethicon, Inc., et al | 17 |
| 74 | 2:13-cv-13503 | Ellis, Ruby J. v. Ethicon, Inc., et al | 17 |
| 75 | 2:13-cv-13512 | Couger, Pamela v. Ethicon, Inc., et al | 17 |
| 76 | 2:13-cv-13513 | Clark, Helen v. Ethicon, Inc., et al | 17 |
| 77 | 2:13-cv-14032 | Masuch, Cynthia & Gary v. Ethicon, Inc., et al | 14 |
| 78 | 2:13-cv-14093 | Sciarro, Carol v. Ethicon, Inc., et al | 42 |
| 79 | 2:13-cv-14101 | Johansen, Lynda & Steve Denton v. Ethicon, Inc., et al | 14 |
| 80 | 2:13-cv-15075 | Starcher, Barbara v. Ethicon, Inc., et al | 21 |
| 81 | 2:13-cv-15205 | Siracuse, Cathy & Charlie v. Ethicon, Inc., et al | 19 |
| 82 | 2:13-cv-15822 | Bell, Lisa & Loran v. Ethicon, Inc., et al | 18 |
| 83 | 2:13-cv-15944 | Osewski, Janice & Stanley v. Ethicon, Inc., et al | 19 |
| 84 | 2:13-cv-16140 | Nelson, Pamela & David v. Ethicon, Inc., et al | 16 |

**EXHIBIT A**

| | Civil Action No. | Case Style | ECF No. of Motion |
|---|---|---|---|
| 85 | 2:13-cv-16174 | Sullivan, Kim & James v. Ethicon, Inc., et al | 15 |
| 86 | 2:13-cv-16186 | Whitehead, Nancy & William v. Ethicon, Inc., et al | 14 |
| 87 | 2:13-cv-16336 | McGuire, Amanda v. Ethicon, Inc., et al | 16 |
| 88 | 2:13-cv-16694 | Trammell, Barbara v. Ethicon, Inc., et al | 14 |
| 89 | 2:13-cv-16703 | Staggs, Phyllis & Bobbie v. Ethicon, Inc., et al | 18 |
| 90 | 2:13-cv-16713 | Buchannon, Mona v. Ethicon, Inc., et al | 19 |
| 91 | 2:13-cv-16768 | Stephens, Barbara v. Ethicon, Inc., et al | 18 |
| 92 | 2:13-cv-16935 | Shelley, Lisa M. & Michael v. Ethicon, Inc., et al | 18 |
| 93 | 2:13-cv-16952 | Proffitt, Lindia & Larry W. v. Ethicon, Inc., et al | 18 |
| 94 | 2:13-cv-16954 | Sanders, Melinda P. & Mickey L. v. Ethicon, Inc., et al | 18 |
| 95 | 2:13-cv-17131 | Hatfield, Connie & George, Jr. v. Ethicon, Inc., et al | 15 |
| 96 | 2:13-cv-17504 | Pellegrino, Margaret & John v. Ethicon, Inc., et al | 16 |
| 97 | 2:13-cv-17563 | Hutcheson, Ann Marie v. Ethicon, Inc., et al | 19 |
| 98 | 2:13-cv-17968 | Summers, Rebecca & Roy v. Ethicon, Inc., et al | 22 |
| 99 | 2:13-cv-18789 | Gladding, Jean v. Ethicon, Inc., et al | 20 |
| 100 | 2:13-cv-18815 | Cusumano, Melissa & Salvatore v. Ethicon, Inc., et al | 13 |
| 101 | 2:13-cv-19057 | Herzog, Robin Ann & David v. Ethicon, Inc., et al | 20 |
| 102 | 2:13-cv-20139 | Utley, Ila & Douglas v. Ethicon, Inc., et al | 17 |
| 103 | 2:13-cv-20440 | Blakeney, Marie v. Ethicon, Inc., et al | 14 |
| 104 | 2:13-cv-21777 | Strauss, Cecilia v. Ethicon, Inc., et al | 16 |
| 105 | 2:13-cv-23177 | Johnson, Ann v. Ethicon, Inc., et al | 18 |
| 106 | 2:13-cv-23514 | McGinnis, Shirley & Lawrence McGuire v. Ethicon, Inc., et al | 20 |
| 107 | 2:13-cv-23699 | Mazzole, Daisy v. Ethicon, Inc., et al | 17 |
| 108 | 2:13-cv-24061 | Seymour, Sylvia & Keith v. Ethicon, Inc., et al | 17 |
| 109 | 2:13-cv-25780 | Case, Barbara v. Ethicon, Inc., et al | 24 |
| 110 | 2:13-cv-25919 | Benefield, Robin & Benjie v. Ethicon, Inc., et al | 26 |
| 111 | 2:13-cv-25993 | Danto, Susan v. Ethicon, Inc., et al | 14 |
| 112 | 2:13-cv-26354 | Bates-Johnson, Gladys v. Ethicon, Inc., et al | 19 |
| 113 | 2:13-cv-26559 | Christian, Ruth & Franklin v. Ethicon, Inc., et al | 17 |
| 114 | 2:13-cv-26846 | Bainey, Wendy v. Ethicon, Inc., et al | 12 |
| 115 | 2:13-cv-26856 | Brown, Jessie v. Ethicon, Inc., et al | 12 |
| 116 | 2:13-cv-26863 | Cape, Rebecca v. Ethicon, Inc., et al | 12 |
| 117 | 2:13-cv-27470 | Crowe, Karen K. & Jerry R. v. Ethicon, Inc., et al | 13 |
| 118 | 2:13-cv-27493 | Fields, Karen v. Ethicon, Inc., et al | 12 |
| 119 | 2:13-cv-27621 | Shafer, Barbara v. Ethicon, Inc., et al | 16 |
| 120 | 2:13-cv-28036 | Huff, Ida & James v. Ethicon, Inc., et al | 18 |
| 121 | 2:13-cv-28225 | Hayes, Loretta v. Ethicon, Inc., et al | 17 |
| 122 | 2:13-cv-28544 | Myers, Adrienne v. Ethicon, Inc., et al | 12 |
| 123 | 2:13-cv-28637 | Burree, Cecelia & John v. Ethicon, Inc., et al | 21 |
| 124 | 2:13-cv-28931 | Bentley, Marla & Timothy Campbell v. Ethicon, Inc., et al | 17 |
| 125 | 2:13-cv-29076 | Franklin, Teresa v. Ethicon, Inc., et al | 12 |
| 126 | 2:13-cv-29810 | Killion, Kim & Walter v. Ethicon, Inc., et al | 16 |

**EXHIBIT A**

| | Civil Action No. | Case Style | ECF No. of Motion |
|---|---|---|---|
| 127 | 2:13-cv-29911 | Sanders, Henrietta v. Ethicon, Inc., et al | 12 |
| 128 | 2:13-cv-30309 | Carames, Shana & Michael v. Ethicon, Inc., et al | 13 |
| 129 | 2:13-cv-30733 | Blanchard, Diane v. Ethicon, Inc., et al | 15 |
| 130 | 2:13-cv-30824 | Macon, Diane & Edward Wayne v. Ethicon, Inc., et al | 14 |
| 131 | 2:13-cv-32633 | Brangers, Judy A. & Joseph S. v. Ethicon, Inc., et al | 16 |
| 132 | 2:13-cv-33406 | Blackard, Phyllis & Charles v. Ethicon, Inc., et al | 14 |
| 133 | 2:13-cv-33407 | Dowd, Sheryl v. Ethicon, Inc., et al | 13 |
| 134 | 2:13-cv-33409 | Heatherington, Ruth v. Ethicon, Inc., et al | 13 |
| 135 | 2:13-cv-33577 | Elmer, Lavenda & Lewis v. Ethicon, Inc., et al | 14 |
| 136 | 2:13-cv-33588 | Frazier, Joann v. Ethicon, Inc., et al | 14 |
| 137 | 2:13-cv-33600 | Goodwin, Frances v. Ethicon, Inc., et al | 14 |
| 138 | 2:13-cv-33611 | Harrell, Leticia v. Ethicon, Inc., et al | 14 |
| 139 | 2:13-cv-33612 | Harris, Lula v. Ethicon, Inc., et al | 14 |
| 140 | 2:13-cv-33626 | Hubbard-Phelps, Karen v. Ethicon, Inc., et al | 14 |
| 141 | 2:13-cv-33629 | Jaggers, Lisa v. Ethicon, Inc., et al | 15 |
| 142 | 2:13-cv-33749 | McBride, Cynthia v. Ethicon, Inc., et al | 15 |
| 143 | 2:13-cv-34030 | Zionkowski, Amy & Ronald v. Ethicon, Inc., et al | 15 |
| 144 | 2:14-cv-00046 | Shotwell, Jennifer v. Ethicon, Inc., et al | 13 |
| 145 | 2:14-cv-00075 | Baldridge, Carrie v. Ethicon, Inc., et al | 14 |
| 146 | 2:14-cv-00077 | Burrell, Nellie v. Ethicon, Inc., et al | 15 |
| 147 | 2:14-cv-00091 | Johnson, Deborah v. Ethicon, Inc., et al | 14 |
| 148 | 2:14-cv-00101 | Mason, Michele v. Ethicon, Inc., et al | 14 |
| 149 | 2:14-cv-00792 | Heppler, Cherie v. Ethicon, Inc., et al | 13 |
| 150 | 2:14-cv-02368 | Meredith, Lisa McAlpine & Craig v. Ethicon, Inc., et al | 14 |
| 151 | 2:14-cv-03885 | Gaona, Barbara v. Ethicon, Inc., et al | 16 |
| 152 | 2:14-cv-04023 | Rendleman, Patsy & Bobbie v. Ethicon, Inc., et al | 14 |
| 153 | 2:14-cv-04481 | Gobert, Darlene v. Ethicon, Inc., et al | 27 |
| 154 | 2:14-cv-05408 | Fanell, Sherry Lynn & Ralph D., Jr. v. Ethicon, Inc., et al | 17 |
| 155 | 2:14-cv-05477 | Bowie, Amy G. & Michael W. v. Ethicon, Inc., et al | 12 |
| 156 | 2:14-cv-09510 | Linfield, Diane T. v. Ethicon, Inc., et al | 17 |
| 157 | 2:14-cv-10968 | Colwell, Joyce June v. Ethicon, Inc., et al | 25 |
| 158 | 2:14-cv-11076 | Gibson-Gray, Carole Diane & James Kenneth, Jr. v. Ethicon, Inc., et al | 15 |
| 159 | 2:14-cv-11097 | Johnson, Katharine v. Ethicon, Inc., et al | 17 |
| 160 | 2:14-cv-11265 | Craig, Wittonia Gayle v. Ethicon, Inc., et al | 14 |
| 161 | 2:14-cv-11455 | Swenor, Shari v. Ethicon, Inc., et al | 17 |
| 162 | 2:14-cv-11652 | Catalano, Marie & Frank v. Ethicon, Inc., et al | 16 |
| 163 | 2:14-cv-11899 | Cross, Alice M. & Victor v. Ethicon, Inc., et al | 14 |
| 164 | 2:14-cv-12040 | Hurless, Holly v. Ethicon, Inc., et al | 14 |
| 165 | 2:14-cv-12042 | Jameson, Joie v. Ethicon, Inc., et al | 17 |
| 166 | 2:14-cv-12120 | Moss, Patricia A. v. Ethicon, Inc., et al | 13 |
| 167 | 2:14-cv-12257 | Miller, Wanda v. Ethicon, Inc., et al | 13 |
| 168 | 2:14-cv-12273 | Burchfield, Helen & Carl A. v. Ethicon, Inc., et al | 14 |

**EXHIBIT A**

|  | Civil Action No. | Case Style | ECF No. of Motion |
|---|---|---|---|
| 169 | 2:14-cv-12293 | Hutchinson, Jo Ellen v. Ethicon, Inc., et al | 17 |
| 170 | 2:14-cv-12298 | Kelly, Janet Christine v. Ethicon, Inc., et al | 15 |
| 171 | 2:14-cv-12332 | Long, Phyllis & Johnny S. v. Ethicon, Inc., et al | 17 |
| 172 | 2:14-cv-12338 | Martin, Mary Ann v. Ethicon, Inc., et al | 15 |
| 173 | 2:14-cv-12438 | Gulley, Myrtle R. v. Ethicon, Inc., et al | 14 |
| 174 | 2:14-cv-12512 | Aleman, Jackie v. Ethicon, Inc., et al | 15 |
| 175 | 2:14-cv-12529 | Goodwin, Doris D. v. Ethicon, Inc., et al | 16 |
| 176 | 2:14-cv-12533 | Hale-Patterson, Karen M. v. Ethicon, Inc., et al | 14 |
| 177 | 2:14-cv-12850 | Sharpe, Veronica J. v. Ethicon, Inc., et al | 28 |
| 178 | 2:14-cv-12955 | Cravens, Linda v. Ethicon, Inc., et al | 14 |
| 179 | 2:14-cv-13137 | Green, Nelda Charlene & Darin L. v. Ethicon, Inc., et al | 13 |
| 180 | 2:14-cv-13180 | Karnes, Deborah & Donald v. Ethicon, Inc., et al | 14 |
| 181 | 2:14-cv-13200 | Oliver, Bessie v. Ethicon, Inc., et al | 14 |
| 182 | 2:14-cv-13204 | Mark-Jowers, Robin J. & Charles Randle v. Ethicon, Inc., et al | 14 |
| 183 | 2:14-cv-13468 | Bixler, Christye Leah & Frank v. Ethicon, Inc., et al | 17 |
| 184 | 2:14-cv-13508 | Anglin, Patsy v. Ethicon, Inc., et al | 14 |
| 185 | 2:14-cv-13623 | Burgin, Subrina Ann & Earl v. Ethicon, Inc., et al | 15 |
| 186 | 2:14-cv-13665 | Ferry, Patricia v. Ethicon, Inc., et al | 17 |
| 187 | 2:14-cv-13811 | Encee, Lesley v. Ethicon, Inc., et al | 14 |
| 188 | 2:14-cv-13822 | House, Gladys Elaine & Jay v. Ethicon, Inc., et al | 14 |
| 189 | 2:14-cv-13916 | Arroyo, Maritza & Nelson v. Ethicon, Inc., et al | 15 |
| 190 | 2:14-cv-13928 | Eljoundi, Lori Lee v. Ethicon, Inc., et al | 15 |
| 191 | 2:14-cv-14002 | Pollino, Carol v. Ethicon, Inc., et al | 13 |
| 192 | 2:14-cv-14289 | Milburn, Glenita v. Ethicon, Inc., et al | 14 |
| 193 | 2:14-cv-15004 | Bellinger, Renee v. Ethicon, Inc., et al | 15 |
| 194 | 2:14-cv-15246 | Leposky, Anna & James v. Ethicon, Inc., et al | 14 |
| 195 | 2:14-cv-16358 | Collum, Sherry & Dalton Eugene v. Ethicon, Inc., et al | 13 |
| 196 | 2:14-cv-17139 | Carithers, Nancy & Johnny v. Ethicon, Inc., et al | 14 |
| 197 | 2:14-cv-17142 | Joucken, Esther & Ricahrd v. Ethicon, Inc., et al | 17 |
| 198 | 2:14-cv-17363 | Doble, Sharon & Jonathan v. Ethicon, Inc., et al | 13 |
| 199 | 2:14-cv-17481 | Burlingame, Sandra v. Ethicon, Inc., et al | 21 |
| 200 | 2:14-cv-17733 | Seger, Betty & James v. Ethicon, Inc., et al | 18 |
| 201 | 2:14-cv-17770 | Pochie, Connie L. v. Ethicon, Inc., et al | 26 |
| 202 | 2:14-cv-18063 | Ramsey, Vontreava & Alfred v. Ethicon, Inc., et al | 14 |
| 203 | 2:14-cv-18081 | Benway, Janet & Gary v. Ethicon, Inc., et al | 16 |
| 204 | 2:14-cv-18173 | Register, Freda L. v. Ethicon, Inc., et al | 27 |
| 205 | 2:14-cv-18277 | Kazmierski, Cindy & Steve v. Ethicon, Inc., et al | 14 |
| 206 | 2:14-cv-18439 | Johnson, Thelma G. & Luther R. v. Ethicon, Inc., et al | 15 |
| 207 | 2:14-cv-18440 | Irving, Ruthann v. Ethicon, Inc., et al | 14 |
| 208 | 2:14-cv-18441 | Griffing, Martina & Patrick v. Ethicon, Inc., et al | 14 |
| 209 | 2:14-cv-18463 | Mason, Lorraine & Randy v. Ethicon, Inc., et al | 14 |
| 210 | 2:14-cv-18475 | Evan-Brooks, Ceaile v. Ethicon, Inc., et al | 14 |

**EXHIBIT A**

|  | Civil Action No. | Case Style | ECF No. of Motion |
|---|---|---|---|
| 211 | 2:14-cv-19135 | Jones, Carmon R. & Ken v. Ethicon, Inc., et al | 13 |
| 212 | 2:14-cv-19291 | Streamer, Carol & Mark R. v. Ethicon, Inc., et al | 13 |
| 213 | 2:14-cv-19534 | Curtis, Alison & Jerry v. Ethicon, Inc., et al | 14 |
| 214 | 2:14-cv-19560 | Foster-Hill, Melba v. Ethicon, Inc., et al | 13 |
| 215 | 2:14-cv-19830 | Fleming, Neva v. Ethicon, Inc., et al | 13 |
| 216 | 2:14-cv-19831 | Fugate, Frances v. Ethicon, Inc., et al | 13 |
| 217 | 2:14-cv-19859 | Sullivan, Sandra v. Ethicon, Inc., et al | 12 |
| 218 | 2:14-cv-19896 | Babb, Mary v. Ethicon, Inc., et al | 22 |
| 219 | 2:14-cv-20509 | Spooner, Judy v. Ethicon, Inc., et al | 15 |
| 220 | 2:14-cv-20720 | Dubose, Nancy & Samuel, Jr. v. Ethicon, Inc., et al | 15 |
| 221 | 2:14-cv-21532 | Canavan, Dianne & Kevin v. Ethicon, Inc., et al | 13 |
| 222 | 2:14-cv-21647 | Donahue, Kimberly v. Ethicon, Inc., et al | 13 |
| 223 | 2:14-cv-21670 | Kawamoto, Asha v. Ethicon, Inc., et al | 14 |
| 224 | 2:14-cv-21682 | Fillmore, Gloria & Hugh v. Ethicon, Inc., et al | 14 |
| 225 | 2:14-cv-21688 | Borboa, Maria Esther v. Ethicon, Inc., et al | 13 |
| 226 | 2:14-cv-21691 | Foster, Nina v. Ethicon, Inc., et al | 20 |
| 227 | 2:14-cv-21868 | Chesnut, Cynthia A. & David L. v. Ethicon, Inc., et al | 14 |
| 228 | 2:14-cv-21883 | Bowen, Linda v. Ethicon, Inc., et al | 13 |
| 229 | 2:14-cv-21886 | Dunn, Karol J. v. Ethicon, Inc., et al | 13 |
| 230 | 2:14-cv-22053 | Crate, Diana v. Ethicon, Inc., et al | 12 |
| 231 | 2:14-cv-22158 | Whited, Barbara Ann v. Ethicon, Inc., et al | 14 |
| 232 | 2:14-cv-22221 | Gerke, Katherine Elizabeth v. Ethicon, Inc., et al | 13 |
| 233 | 2:14-cv-22350 | Duell, Susan & Neil v. Ethicon, Inc., et al | 14 |
| 234 | 2:14-cv-22639 | Jones, Jaime & Barnby v. Ethicon, Inc., et al | 18 |
| 235 | 2:14-cv-22902 | Hooper, Jessie v. Ethicon, Inc., et al | 13 |
| 236 | 2:14-cv-22914 | Jarvis, Eva L. v. Ethicon, Inc., et al | 13 |
| 237 | 2:14-cv-23053 | Copping, Tammy Lynn & Joseph v. Ethicon, Inc., et al | 19 |
| 238 | 2:14-cv-24488 | Chulla, Nancy & Louis v. Ethicon, Inc., et al | 13 |
| 239 | 2:14-cv-24609 | Maxwell, Michelle v. Ethicon, Inc., et al | 13 |
| 240 | 2:14-cv-25049 | Feiklowicz, Melinda & Robert v. Ethicon, Inc., et al | 13 |
| 241 | 2:14-cv-25564 | Capone, Francine v. Ethicon, Inc., et al | 17 |
| 242 | 2:14-cv-25602 | Sides, Susan v. Ethicon, Inc., et al | 18 |
| 243 | 2:14-cv-25643 | Ripley, Ady & Gene v. Ethicon, Inc., et al | 16 |
| 244 | 2:14-cv-25878 | Sheehan, Mary & Michael v. Ethicon, Inc., et al | 13 |
| 245 | 2:14-cv-26087 | Lapaglia, Cecilia v. Ethicon, Inc., et al | 15 |
| 246 | 2:14-cv-27335 | Crist, Deborah v. Ethicon, Inc., et al | 14 |
| 247 | 2:14-cv-27348 | Morace, Michele v. Ethicon, Inc., et al | 12 |
| 248 | 2:14-cv-27480 | Lothridge, Linda v. Ethicon, Inc., et al | 19 |
| 249 | 2:14-cv-27482 | Weeks, Dalia v. Ethicon, Inc., et al | 14 |
| 250 | 2:14-cv-27559 | Michael, Shannon & Craig v. Ethicon, Inc., et al | 13 |
| 251 | 2:14-cv-27564 | Craine, Teresa v. Ethicon, Inc., et al | 12 |
| 252 | 2:14-cv-29752 | Burchfield, Nancy v. Ethicon, Inc., et al | 13 |
| 253 | 2:14-cv-29766 | Downs, Joyce N. & Raymond v. Ethicon, Inc., et al | 14 |

**EXHIBIT A**

|     | Civil Action No. | Case Style | ECF No. of Motion |
| --- | --- | --- | --- |
| 254 | 2:14-cv-29796 | Kwateng-Pugh, Vida & Dennis B. v. Ethicon, Inc., et al | 14 |
| 255 | 2:14-cv-29917 | Crane, Melissa & Dane L. v. Ethicon, Inc., et al | 23 |
| 256 | 2:14-cv-30391 | Flook, Deborah & Daniel Oppedisano v. Ethicon, Inc., et al | 13 |
| 257 | 2:14-cv-30392 | Ankrom, Heather & Rocky Leon Thomas, Jr. v. Ethicon, Inc., et al | 14 |
| 258 | 2:14-cv-30787 | Flowers, Sherry v. Ethicon, Inc., et al | 19 |
| 259 | 2:14-cv-30810 | Goldberg, Clarie v. Ethicon, Inc., et al | 13 |
| 260 | 2:14-cv-30956 | Hayes, Debora v. Ethicon, Inc., et al | 13 |
| 261 | 2:14-cv-31245 | Johnson, Carol & Richard v. Ethicon, Inc., et al | 13 |
| 262 | 2:14-cv-31317 | Slyter, Amy L. v. Ethicon, Inc., et al | 13 |
| 263 | 2:14-cv-31344 | Emerson, Coulette v. Ethicon, Inc., et al | 13 |
| 264 | 2:14-cv-31407 | Evans, Peggy v. Ethicon, Inc., et al | 14 |
| 265 | 2:14-cv-31438 | Manthei, Julie A. v. Ethicon, Inc., et al | 13 |
| 266 | 2:15-cv-00213 | Ridge, Christine M. & James v. Ethicon, Inc., et al | 13 |
| 267 | 2:15-cv-00498 | Smeltzer, Sandra & Raymond v. Ethicon, Inc., et al | 14 |
| 268 | 2:15-cv-00635 | Lintz, Jennifer & Lee v. Ethicon, Inc., et al | 13 |
| 269 | 2:15-cv-01191 | Hebert, Dorothy & Harold v. Ethicon, Inc., et al | 13 |
| 270 | 2:15-cv-01192 | Hopson, Irene v. Ethicon, Inc., et al | 12 |
| 271 | 2:15-cv-01751 | Marmes, Sharon v. Ethicon, Inc., et al | 12 |
| 272 | 2:15-cv-01841 | Crase, Darkies v. Ethicon, Inc., et al | 12 |
| 273 | 2:15-cv-01860 | Pecina, Refugia S. v. Ethicon, Inc., et al | 11 |
| 274 | 2:15-cv-02278 | Green, Stephanie & Jason v. Ethicon, Inc., et al | 13 |
| 275 | 2:15-cv-02501 | Byrns, Sharon v. Ethicon, Inc., et al | 11 |
| 276 | 2:15-cv-02646 | Sappier, Keeble & Bryan v. Ethicon, Inc., et al | 14 |
| 277 | 2:15-cv-02850 | Morrill, Pamela v. Ethicon, Inc., et al | 19 |
| 278 | 2:15-cv-03053 | Walters, Stacy v. Ethicon, Inc., et al | 18 |
| 279 | 2:15-cv-03135 | Cork, Judy v. Ethicon, Inc., et al | 12 |
| 280 | 2:15-cv-03991 | Blanton, Paula & Scottie v. Ethicon, Inc., et al | 15 |
| 281 | 2:15-cv-04649 | Ashley, Tanjia v. Ethicon, Inc., et al | 27 |
| 282 | 2:15-cv-04805 | Clark, Donna v. Ethicon, Inc., et al | 26 |
| 283 | 2:15-cv-04808 | Coates, Louise v. Ethicon, Inc., et al | 23 |
| 284 | 2:15-cv-05278 | Sherman, Carol & Michael C. v. Ethicon, Inc., et al | 30 |
| 285 | 2:15-cv-05298 | Coler, Shirley v. Ethicon, Inc., et al | 12 |
| 286 | 2:15-cv-06292 | Johnson, Patsy v. Ethicon, Inc., et al | 26 |
| 287 | 2:15-cv-06368 | Friend, Janice v. Ethicon, Inc., et al | 12 |
| 288 | 2:15-cv-07201 | Carlson, Brenda & Richard v. Ethicon, Inc., et al | 12 |
| 289 | 2:15-cv-07245 | Schenk, Anita Susan & Elmer v. Ethicon, Inc., et al | 11 |
| 290 | 2:15-cv-07639 | Blaise, June M. & Robert G. v. Ethicon, Inc., et al | 16 |
| 291 | 2:15-cv-07816 | Steppe, Deborah & Thomas v. Ethicon, Inc., et al | 13 |
| 292 | 2:15-cv-07940 | Crozier, Cynthia & Keith v. Ethicon, Inc., et al | 13 |
| 293 | 2:15-cv-07949 | Lewsader, Connie & Marvin Skagerberg v. Ethicon, Inc., et al | 13 |
| 294 | 2:15-cv-07951 | McCain, Carla Suzette v. Ethicon, Inc., et al | 13 |

**EXHIBIT A**

| | Civil Action No. | Case Style | ECF No. of Motion |
|---|---|---|---|
| 295 | 2:15-cv-08029 | Coplin, Elena v. Ethicon, Inc., et al | 13 |
| 296 | 2:15-cv-08130 | Gwaltney, Joyce v. Ethicon, Inc., et al | 23 |
| 297 | 2:15-cv-08197 | Yusufi, Terina v. Ethicon, Inc., et al | 17 |
| 298 | 2:15-cv-08204 | McNeill, Shiela & Robert W., I v. Ethicon, Inc., et al | 13 |
| 299 | 2:15-cv-08366 | Emery, Judith & William v. Ethicon, Inc., et al | 13 |
| 300 | 2:15-cv-08383 | Mays, Donna & Garry Newman v. Ethicon, Inc., et al | 13 |
| 301 | 2:15-cv-08718 | MacDougall, Ann Mae v. Ethicon, Inc., et al | 12 |
| 302 | 2:15-cv-08750 | Bianchi, Dulce & Luis v. Ethicon, Inc., et al | 12 |
| 303 | 2:15-cv-08755 | Bonds, Esther v. Ethicon, Inc., et al | 13 |
| 304 | 2:15-cv-08765 | Campbell, Vonnie v. Ethicon, Inc., et al | 12 |
| 305 | 2:15-cv-08861 | Delgado, Yolanda F. v. Ethicon, Inc., et al | 13 |
| 306 | 2:15-cv-09235 | Berner, Kim & Christian v. Ethicon, Inc., et al | 12 |
| 307 | 2:15-cv-09236 | Bickford, Myra v. Ethicon, Inc., et al | 12 |
| 308 | 2:15-cv-09242 | Brewer, Patsy v. Ethicon, Inc., et al | 12 |
| 309 | 2:15-cv-09247 | Brewer, Margaret Sue & Nathan v. Ethicon, Inc., et al | 15 |
| 310 | 2:15-cv-09455 | Bishop, Ann v. Ethicon, Inc., et al | 13 |
| 311 | 2:15-cv-09796 | Hughes-Prince, Christine (f/k/a Christine Hughes) & Adam Prince v. Ethicon, Inc., et al | 13 |
| 312 | 2:15-cv-10122 | Collins, Judith v. Ethicon, Inc., et al | 12 |
| 313 | 2:15-cv-10131 | Fili, Judith v. Ethicon, Inc., et al | 14 |
| 314 | 2:15-cv-10662 | Colombo, Ana Sylvia v. Ethicon, Inc., et al | 12 |
| 315 | 2:15-cv-10695 | Hall, Carmen & Jeffrey v. Ethicon, Inc., et al | 13 |
| 316 | 2:15-cv-11264 | McKinnis, Mary Lana & James H. v. Ethicon, Inc., et al | 12 |
| 317 | 2:15-cv-11320 | Crooks, Diane & Leland G. v. Ethicon, Inc., et al | 13 |
| 318 | 2:15-cv-11344 | Dobbs, Evelyn Nadine & Charles Thomas v. Ethicon, Inc., et al | 11 |
| 319 | 2:15-cv-11601 | Bandish, Roxanne v. Ethicon, Inc., et al | 12 |
| 320 | 2:15-cv-11654 | Frye, Donna & Ron v. Ethicon, Inc., et al | 13 |
| 321 | 2:15-cv-11662 | Hood, Delores v. Ethicon, Inc., et al | 17 |
| 322 | 2:15-cv-11675 | Weller, Koleen A. v. Ethicon, Inc., et al | 14 |
| 323 | 2:15-cv-11680 | Blackwell, Tracy & Paul v. Ethicon, Inc., et al | 12 |
| 324 | 2:15-cv-12158 | Bone, Lisa M. & Jeffery C. v. Ethicon, Inc., et al | 12 |
| 325 | 2:15-cv-12160 | King, Hattie & Harvey v. Ethicon, Inc., et al | 25 |
| 326 | 2:15-cv-12623 | Brill, Carolyn & Robert v. Ethicon, Inc., et al | 27 |
| 327 | 2:15-cv-13390 | Bellenbaum-Martin, Renee & Jeffrey J. v. Ethicon, Inc., et al | 14 |
| 328 | 2:15-cv-13566 | Scantlin, Amy v. Ethicon, Inc., et al | 11 |
| 329 | 2:15-cv-13721 | Gennaro, Lisa & Michael v. Ethicon, Inc., et al | 12 |
| 330 | 2:15-cv-13932 | Cruse, Henrietta & Edward v. Ethicon, Inc., et al | 12 |
| 331 | 2:15-cv-13935 | Cyr, Nola v. Ethicon, Inc., et al | 12 |
| 332 | 2:15-cv-13984 | Berry, Linda C. v. Ethicon, Inc., et al | 64 |
| 333 | 2:15-cv-14034 | Cunningham, Dawn L. & James v. Ethicon, Inc., et al | 62 |
| 334 | 2:15-cv-14084 | Hird, Janice & Darrel D. v. Ethicon, Inc., et al | 56 |
| 335 | 2:15-cv-14111 | McMillan, Lisha C. v. Ethicon, Inc., et al | 56 |

**EXHIBIT A**

|     | Civil Action No. | Case Style | ECF No. of Motion |
|-----|------------------|------------|-------------------|
| 336 | 2:15-cv-14125 | Tuckey, Carole & Edward v. Ethicon, Inc., et al | 12 |
| 337 | 2:15-cv-14172 | Beaves, Debbie v. Ethicon, Inc., et al | 12 |
| 338 | 2:15-cv-14219 | Hawkins, Wendy v. Ethicon, Inc., et al | 12 |
| 339 | 2:15-cv-14357 | Chamorro, Penelope v. Ethicon, Inc., et al | 15 |
| 340 | 2:15-cv-14379 | Brame, Betty & Harry v. Ethicon, Inc., et al | 14 |
| 341 | 2:15-cv-14383 | Gomez, Susan Kay v. Ethicon, Inc., et al | 13 |
| 342 | 2:15-cv-14393 | Huerta, Sandra E. & Joe v. Ethicon, Inc., et al | 13 |
| 343 | 2:15-cv-14456 | Jalbert, Josslyn v. Ethicon, Inc., et al | 13 |
| 344 | 2:15-cv-14474 | Myers, Patricia v. Ethicon, Inc., et al | 12 |
| 345 | 2:15-cv-14600 | Baskerville, Denise v. Ethicon, Inc., et al | 14 |
| 346 | 2:15-cv-14611 | Fisher, Helen v. Ethicon, Inc., et al | 15 |
| 347 | 2:15-cv-14751 | Higbee, Vonda & Chester v. Ethicon, Inc., et al | 12 |
| 348 | 2:15-cv-14757 | Lawrence, Sherry v. Ethicon, Inc., et al | 12 |
| 349 | 2:15-cv-14767 | Martin, Cindy v. Ethicon, Inc., et al | 12 |
| 350 | 2:15-cv-14836 | Devereaux, Monica & Joseph v. Ethicon, Inc., et al | 13 |
| 351 | 2:15-cv-14851 | Beach, Elaine v. Ethicon, Inc., et al | 13 |
| 352 | 2:15-cv-15133 | Helms, Sharon v. Ethicon, Inc., et al | 22 |
| 353 | 2:15-cv-15245 | Collins, Kelly v. Ethicon, Inc., et al | 13 |
| 354 | 2:15-cv-15321 | Jones, Carol v. Ethicon, Inc., et al | 12 |
| 355 | 2:15-cv-15400 | Lateer, Donna & Carl v. Ethicon, Inc., et al | 12 |
| 356 | 2:15-cv-15447 | Baker, Nannita v. Ethicon, Inc., et al | 12 |
| 357 | 2:15-cv-15657 | Bobbitt, Linda v. Ethicon, Inc., et al | 13 |
| 358 | 2:15-cv-15912 | Moran, Maria & James v. Ethicon, Inc., et al | 12 |
| 359 | 2:15-cv-15950 | Caudillo, Tracy v. Ethicon, Inc., et al | 12 |
| 360 | 2:15-cv-15963 | Harris, Cheryl v. Ethicon, Inc., et al | 12 |
| 361 | 2:15-cv-16128 | Birdwell, Florence G., f/k/a Florence G. Buchanan v. Ethicon, Inc., et al | 84 |
| 362 | 2:15-cv-16316 | Garza-Hoffman, Pauline v. Ethicon, Inc., et al | 12 |
| 363 | 2:15-cv-16317 | Lewis, Jodeana R. v. Ethicon, Inc., et al | 12 |
| 364 | 2:15-cv-16330 | Walker, Sybil v. Ethicon, Inc., et al | 12 |
| 365 | 2:15-cv-16400 | Dowden, Virginia & Ronald L. v. Ethicon, Inc., et al | 17 |
| 366 | 2:15-cv-16407 | Carney, Constance v. Ethicon, Inc., et al | 15 |
| 367 | 2:16-cv-00164 | Jalbert, Monique v. Ethicon, Inc., et al | 13 |
| 368 | 2:16-cv-00253 | Worthington, Kathleen & Dale v. Ethicon, Inc., et al | 17 |
| 369 | 2:16-cv-00260 | Carpenter, Laura v. Ethicon, Inc., et al | 12 |
| 370 | 2:16-cv-00557 | Brooks, Jo Ann & George, Jr. v. Ethicon, Inc., et al | 12 |
| 371 | 2:16-cv-00692 | Speights, Margaret & Charles v. Ethicon, Inc., et al | 12 |
| 372 | 2:16-cv-00950 | Corn, Beatrice & David, M. D. v. Ethicon, Inc., et al | 12 |
| 373 | 2:16-cv-01274 | Burkhead, Kim Elizabeth & Gregory Allen v. Ethicon, Inc., et al | 12 |
| 374 | 2:16-cv-01339 | Buchanan, Deborah v. Ethicon, Inc., et al | 13 |
| 375 | 2:16-cv-01375 | Espinoza, Ester v. Ethicon, Inc., et al | 13 |
| 376 | 2:16-cv-01436 | Casto, Bernice v. Ethicon, Inc., et al | 18 |

# EXHIBIT A

| | Civil Action No. | Case Style | ECF No. of Motion |
|---|---|---|---|
| 377 | 2:16-cv-01578 | Bushnell, Sharlotte v. Ethicon, Inc., et al | 11 |
| 378 | 2:16-cv-01699 | Worton, Katherine v. Ethicon, Inc., et al | 14 |
| 379 | 2:16-cv-01825 | Chase, Margaret v. Ethicon, Inc., et al | 12 |
| 380 | 2:16-cv-01883 | Beeson, Kimberly & Jon v. Ethicon, Inc., et al | 12 |
| 381 | 2:16-cv-02019 | Kolovich, Joy & Robert v. Ethicon, Inc., et al | 13 |
| 382 | 2:16-cv-02020 | Meisner, Angela & Brian v. Ethicon, Inc., et al | 11 |
| 383 | 2:16-cv-02073 | Connolly, Mary v. Ethicon, Inc., et al | 15 |
| 384 | 2:16-cv-02769 | Craig, Sherri & Robert, Sr. v. Ethicon, Inc., et al | 12 |
| 385 | 2:16-cv-02779 | Johnson, Teresa & Norman v. Ethicon, Inc., et al | 12 |
| 386 | 2:16-cv-02877 | Engstrom, Kimberly R. & Keith v. Ethicon, Inc., et al | 12 |
| 387 | 2:16-cv-02936 | Cross, Lisa v. Ethicon, Inc., et al | 12 |
| 388 | 2:16-cv-02949 | Burke, Margaret v. Ethicon, Inc., et al | 12 |
| 389 | 2:16-cv-03145 | Fitzgerald, Barbara & Thomas v. Ethicon, Inc., et al | 13 |
| 390 | 2:16-cv-03196 | Bryington, Ann v. Ethicon, Inc., et al | 12 |
| 391 | 2:16-cv-03236 | Cunzolo, Bonnette v. Ethicon, Inc., et al | 15 |
| 392 | 2:16-cv-03273 | Jensen, Christine v. Ethicon, Inc., et al | 15 |
| 393 | 2:16-cv-03289 | Craft-Tanner, Margaret v. Ethicon, Inc., et al | 14 |
| 394 | 2:16-cv-03304 | King, Neavy & Roger v. Ethicon, Inc., et al | 12 |
| 395 | 2:16-cv-03364 | Fennel, Dawn v. Ethicon, Inc., et al | 12 |
| 396 | 2:16-cv-03368 | Wesoloski, Deb v. Ethicon, Inc., et al | 12 |
| 397 | 2:16-cv-03425 | Covington, Jessie & Lester v. Ethicon, Inc., et al | 12 |
| 398 | 2:16-cv-03430 | Cook, Barbara v. Ethicon, Inc., et al | 14 |
| 399 | 2:16-cv-03464 | Scoville, Madeline & Clark v. Ethicon, Inc., et al | 17 |
| 400 | 2:16-cv-03474 | Diaz-Corona, Lydia v. Ethicon, Inc., et al | 15 |
| 401 | 2:16-cv-03739 | Bishop, Deborah Lynn v. Ethicon, Inc., et al | 11 |
| 402 | 2:16-cv-03823 | Fife, Laurie & Boyd v. Ethicon, Inc., et al | 11 |
| 403 | 2:16-cv-03898 | Layne, Karen S. & Walter R. v. Ethicon, Inc., et al | 13 |
| 404 | 2:16-cv-04195 | Barresi, Carmela v. Ethicon, Inc., et al | 12 |
| 405 | 2:16-cv-04246 | Ayers, Deborah v. Ethicon, Inc., et al | 13 |
| 406 | 2:16-cv-04343 | Flowers, Cecilia v. Ethicon, Inc., et al | 13 |
| 407 | 2:16-cv-04399 | Beasley, Carol v. Ethicon, Inc., et al | 13 |
| 408 | 2:16-cv-05238 | Chaffee, Cindy v. Ethicon, Inc., et al | 13 |
| 409 | 2:16-cv-05372 | Scobee, Beverly & Donald v. Ethicon, Inc., et al | 12 |
| 410 | 2:16-cv-05511 | Vetter, Chrystal & Todd v. Ethicon, Inc., et al | 12 |
| 411 | 2:16-cv-05540 | Drennan, Heather & Michael v. Ethicon, Inc., et al | 12 |
| 412 | 2:16-cv-06089 | Bendixen, Dorothy v. Ethicon, Inc., et al | 12 |
| 413 | 2:16-cv-08113 | Tarpley, Pamela v. Ethicon, Inc., et al | 12 |
| 414 | 2:16-cv-08129 | Fugate, Vanessa R. v. Ethicon, Inc., et al | 12 |
| 415 | 2:16-cv-08360 | Llaguno, Nancy A. v. Ethicon, Inc., et al | 12 |
| 416 | 2:16-cv-08361 | Frye, Tammy v. Ethicon, Inc., et al | 12 |
| 417 | 2:16-cv-08384 | Blihovde, Jaynne E. v. Ethicon, Inc., et al | 12 |
| 418 | 2:16-cv-08494 | Moore, Barbara v. Ethicon, Inc., et al | 11 |
| 419 | 2:16-cv-08584 | McNeese, Mavis & David v. Ethicon, Inc., et al | 13 |

**EXHIBIT A**

|     | Civil Action No. | Case Style | ECF No. of Motion |
| --- | --- | --- | --- |
| 420 | 2:16-cv-08846 | Poteete, Fayetta & Bobby v. Ethicon, Inc., et al | 13 |
| 421 | 2:16-cv-08958 | Desmond, Sharon E. v. Ethicon, Inc., et al | 11 |
| 422 | 2:16-cv-08960 | Higgins, Tiffany v. Ethicon, Inc., et al | 12 |
| 423 | 2:16-cv-09079 | Chapman, Barbara v. Ethicon, Inc., et al | 11 |
| 424 | 2:16-cv-09369 | Baker, Theresa v. Ethicon, Inc., et al | 13 |
| 425 | 2:16-cv-09397 | Pedraza, Eleonora v. Ethicon, Inc., et al | 11 |
| 426 | 2:16-cv-09503 | Wagner, Lorri & Michael J. v. Ethicon, Inc., et al | 14 |
| 427 | 2:16-cv-09593 | Goode, Eva v. Ethicon, Inc., et al | 12 |
| 428 | 2:16-cv-10181 | Childress, Tammy v. Ethicon, Inc., et al | 13 |
| 429 | 2:16-cv-10651 | Howell, Linda v. Ethicon, Inc., et al | 11 |
| 430 | 2:16-cv-10728 | Boykin, Juanita v. Ethicon, Inc., et al | 14 |
| 431 | 2:16-cv-10789 | Hasty, Cynthia v. Ethicon, Inc., et al | 13 |
| 432 | 2:16-cv-10884 | Thielbar, Cheryl (f/k/a Cheryl Wylie) v. Ethicon, Inc., et al | 13 |
| 433 | 2:16-cv-10987 | Gray, Debra v. Ethicon, Inc., et al | 12 |
| 434 | 2:16-cv-11452 | Harmon, Patricia v. Ethicon, Inc., et al | 12 |
| 435 | 2:16-cv-11591 | Brandon, Teddy v. Ethicon, Inc., et al | 12 |
| 436 | 2:16-cv-11651 | Ray, Betty M. v. Ethicon, Inc., et al | 12 |
| 437 | 2:16-cv-11727 | Johnson, Carolyn v. Ethicon, Inc., et al | 12 |
| 438 | 2:16-cv-11767 | Clark, Catherine v. Ethicon, Inc., et al | 11 |
| 439 | 2:16-cv-11780 | Brandon, Lydia v. Ethicon, Inc., et al | 12 |
| 440 | 2:16-cv-11836 | Conley, Rosemary v. Ethicon, Inc., et al | 12 |
| 441 | 2:16-cv-11946 | Covey, Patricia W. v. Ethicon, Inc., et al | 12 |
| 442 | 2:16-cv-12043 | Dizney, Lettie M. v. Ethicon, Inc., et al | 12 |
| 443 | 2:16-cv-12049 | Holmes, Geneva v. Ethicon, Inc., et al | 13 |
| 444 | 2:16-cv-12050 | Bradley, Marilyn v. Ethicon, Inc., et al | 12 |
| 445 | 2:16-cv-12148 | Henrich, Brigette v. Ethicon, Inc., et al | 12 |
| 446 | 2:16-cv-12178 | Keith, Deborah v. Ethicon, Inc., et al | 13 |
| 447 | 2:16-cv-12202 | Huebner, Victoria Allen v. Ethicon, Inc., et al | 12 |
| 448 | 2:16-cv-12208 | Ocker, Barbara v. Ethicon, Inc., et al | 11 |
| 449 | 2:16-cv-12288 | Kallas, Linda v. Ethicon, Inc., et al | 12 |
| 450 | 2:16-cv-12355 | Kerr, Christina M. v. Ethicon, Inc., et al | 12 |
| 451 | 2:16-cv-12451 | James, Elaine M. v. Ethicon, Inc., et al | 12 |
| 452 | 2:16-cv-12464 | Stilloe-Weide, Anna v. Ethicon, Inc., et al | 11 |
| 453 | 2:16-cv-12465 | Fernandez-Navarro, Helen v. Ethicon, Inc., et al | 11 |
| 454 | 2:16-cv-12477 | Hancock, Becky v. Ethicon, Inc., et al | 11 |
| 455 | 2:16-cv-12498 | Alfonsi, Nedra Jean v. Ethicon, Inc., et al | 11 |
| 456 | 2:16-cv-12510 | Garcia, Rita v. Ethicon, Inc., et al | 13 |
| 457 | 2:16-cv-12594 | Brooks, Jackie v. Ethicon, Inc., et al | 11 |
| 458 | 2:16-cv-12681 | Gamble, Naomi v. Ethicon, Inc., et al | 11 |
| 459 | 2:16-cv-12758 | Cox, Kim v. Ethicon, Inc., et al | 12 |
| 460 | 2:16-cv-12765 | Lanz, Nancy A. v. Ethicon, Inc., et al | 14 |
| 461 | 2:17-cv-00023 | Brown, Shirley A. v. Ethicon, Inc., et al | 13 |
| 462 | 2:17-cv-00029 | Greear, Melody v. Ethicon, Inc., et al | 13 |

**EXHIBIT A**

|  | Civil Action No. | Case Style | ECF No. of Motion |
|---|---|---|---|
| 463 | 2:17-cv-00085 | Ellis, Betty L. v. Ethicon, Inc., et al | 13 |
| 464 | 2:17-cv-00170 | Ihn, Jonelle v. Ethicon, Inc., et al | 13 |
| 465 | 2:17-cv-00186 | Graf, Bernadette v. Ethicon, Inc., et al | 13 |
| 466 | 2:17-cv-00272 | Hale, Donna D. v. Ethicon, Inc., et al | 13 |
| 467 | 2:17-cv-00535 | Beasley, Tamara S. v. Ethicon, Inc., et al | 14 |
| 468 | 2:17-cv-00595 | Wolfe, Barbara v. Ethicon, Inc., et al | 13 |
| 469 | 2:17-cv-00649 | Allen, Sharon v. Ethicon, Inc., et al | 13 |
| 470 | 2:17-cv-00659 | Bryson, Margaret v. Ethicon, Inc., et al | 13 |
| 471 | 2:17-cv-00664 | Fusco, Kristine v. Ethicon, Inc., et al | 13 |
| 472 | 2:17-cv-00668 | Hill, Sherry Ann v. Ethicon, Inc., et al | 13 |
| 473 | 2:17-cv-01233 | Yates, Carolyn v. Ethicon, Inc., et al | 12 |
| 474 | 2:17-cv-01417 | Helms, Carolyn N. v. Ethicon, Inc., et al | 12 |
| 475 | 2:17-cv-01859 | Inglis, Cheryl v. Ethicon, Inc., et al | 13 |
| 476 | 2:17-cv-02006 | Battjes, Catherine v. Ethicon, Inc., et al | 12 |
| 477 | 2:17-cv-02139 | Hammond, Jimmie & Calvin v. Ethicon, Inc., et al | 13 |
| 478 | 2:17-cv-02144 | Johnston, Linda & Arthur v. Ethicon, Inc., et al | 11 |
| 479 | 2:17-cv-02200 | Earner, Charlotte v. Ethicon, Inc., et al | 14 |
| 480 | 2:17-cv-02238 | Martinez, Rosie & Thomas G. v. Ethicon, Inc., et al | 9 |
| 481 | 2:17-cv-02246 | Gaumer, Paula & Steven v. Ethicon, Inc., et al | 13 |
| 482 | 2:17-cv-02280 | Carnes, Judy C. v. Ethicon, Inc., et al | 12 |
| 483 | 2:17-cv-02301 | Sterner, Neloma & Kenneth R. v. Ethicon, Inc., et al | 11 |
| 484 | 2:17-cv-02319 | Maez, Sarah v. Ethicon, Inc., et al | 12 |
| 485 | 2:17-cv-02320 | Martinez, Anita T. v. Ethicon, Inc., et al | 14 |
| 486 | 2:17-cv-02321 | Mason, Marilyn v. Ethicon, Inc., et al | 12 |
| 487 | 2:17-cv-02550 | Buck, Rebecca v. Ethicon, Inc., et al | 14 |
| 488 | 2:17-cv-02618 | Miranda, Ramonita v. Ethicon, Inc., et al | 13 |
| 489 | 2:17-cv-02658 | Ferraiolo, Catherina v. Ethicon, Inc., et al | 14 |
| 490 | 2:17-cv-02663 | Hyder, Christina v. Ethicon, Inc., et al | 14 |
| 491 | 2:17-cv-02709 | Berg, Ann Marie v. Ethicon, Inc., et al | 11 |
| 492 | 2:17-cv-02818 | Smith, Nancy v. Ethicon, Inc., et al | 11 |
| 493 | 2:17-cv-02836 | Wheeler, Carol v. Ethicon, Inc., et al | 12 |
| 494 | 2:17-cv-02849 | Lefler, Miriam v. Ethicon, Inc., et al | 11 |
| 495 | 2:17-cv-02865 | Moudry, Phyllis v. Ethicon, Inc., et al | 12 |
| 496 | 2:17-cv-02871 | Cox, Carole v. Ethicon, Inc., et al | 11 |
| 497 | 2:17-cv-02908 | Peterson, Norma v. Ethicon, Inc., et al | 12 |
| 498 | 2:17-cv-02913 | Raymond, Michelle v. Ethicon, Inc., et al | 11 |
| 499 | 2:17-cv-02916 | Granahan, Clare v. Ethicon, Inc., et al | 13 |
| 500 | 2:17-cv-02927 | Cleland, Nellie v. Ethicon, Inc., et al | 14 |
| 501 | 2:17-cv-02942 | Josue, Nancy v. Ethicon, Inc., et al | 12 |
| 502 | 2:17-cv-02989 | Case, Rebecca Sue v. Ethicon, Inc., et al | 12 |
| 503 | 2:17-cv-02993 | Jensema, April v. Ethicon, Inc., et al | 12 |
| 504 | 2:17-cv-03025 | Dean, Karen v. Ethicon, Inc., et al | 12 |
| 505 | 2:17-cv-03046 | Ferrero, Lois Marie v. Ethicon, Inc., et al | 12 |

**EXHIBIT A**

|     | Civil Action No. | Case Style | ECF No. of Motion |
|-----|------------------|------------|-------------------|
| 506 | 2:17-cv-03081 | Abernathy, Brenda v. Ethicon, Inc., et al | 10 |
| 507 | 2:17-cv-03082 | Chance, Barbara v. Ethicon, Inc., et al | 11 |
| 508 | 2:17-cv-03086 | Knowles, Barbara v. Ethicon, Inc., et al | 11 |
| 509 | 2:17-cv-03159 | Rupp, Darby Ann v. Ethicon, Inc., et al | 12 |
| 510 | 2:17-cv-03292 | Quesenberry, Brenda v. Ethicon, Inc., et al | 11 |
| 511 | 2:17-cv-03539 | Ellis, Victoria F. v. Ethicon, Inc., et al | 12 |
| 512 | 2:17-cv-03565 | Logan, Linnette v. Ethicon, Inc., et al | 14 |
| 513 | 2:17-cv-03612 | Assad, Lisa v. Ethicon, Inc., et al | 12 |
| 514 | 2:17-cv-03989 | St. John, Joy v. Ethicon, Inc., et al | 11 |
| 515 | 2:17-cv-04020 | Fulp, Ardina W. v. Ethicon, Inc., et al | 14 |
| 516 | 2:17-cv-04118 | Shirey, Patricia v. Ethicon, Inc., et al | 14 |
| 517 | 2:17-cv-04331 | Patton, Kathryn v. Ethicon, Inc., et al | 16 |
| 518 | 2:17-cv-04363 | Rabine, Nancy v. Ethicon, Inc., et al | 14 |
| 519 | 2:17-cv-04461 | Akelkok, Carla & Luki v. Ethicon, Inc., et al | 11 |
| 520 | 2:17-cv-04463 | O'Neal-Mellen, Patricia & James v. Ethicon, Inc., et al | 11 |