*This motion is DENIED as moot. It is so ORDERED. ENTER: 3/19/19*

*JOSEPH R. GOODWIN*
*UNITED STATES DISTRICT JUDGE*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move the court to dismiss with prejudice these actions and all claims against the Ethicon Defendants which were, or could have been asserted, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own costs.

Respectfully submitted,

/s Christopher W. Cantrell
Christopher W. Cantrell
Doyle Lowther
4400 NE 77th Ave.
Vancouver, WA 98662
(360) 818-9320
ccantrell@doylelowther.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

2

**EXHIBIT A**

| Case Number | Last Name | First Name |
|---|---|---|
| 2:12cv04793 | Howard | Jennifer |
| 2:12cv04794 | Powers | Georgine |
| 2:12cv05323 | Jamison | Maria |
| 2:13cv27213 | Browne-Osinski | Nancy |
| 2:13cv27284 | Bagwell | Vickie |
| 2:13cv27950 | Floyd | Wanda |
| 2:14cv06423 | Simmons | Gena |
| 2:14cv06438 | Snider | Toni |
| 2:14cv21993 | Kidd | Roberta |