APPROVED and SO ORDERED.
ENTER: 03/21/19

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABIILITY LITIGATION | MDL No. 2325 |
| IN RE: BOSTON SCIENTIFIC CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| IN RE: COLOPLAST CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2387 |
| IN RE: COOK MEDICAL, INC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2440 |
| IN RE NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL No. 2511 |

*This Document Relates To All Cases*

**MAZIE SLATER'S MOTION FOR LEAVE TO FILE AN OVERLENGTH BRIEF OF TWENTY-FIVE PAGES IN SUPPORT OF OBJECTIONS TO THE RECOMMENDED ALLOCATION OF COMMON BENEFIT FEES AND THE REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS BY THE COURT APPOINTED EXTERNAL REVIEW SPECIALIST**

The undersigned moves the Court pursuant to Local Rule 7.1(a)(2) for leave to exceed the page limit specified under said Rule by five (5) pages, for a total of twenty-five (25) pages, for Mazie Slater's Brief in Support of Objections to the Recommended Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs by the Court Appointed External Review Specialist ("Recommended Allocation"). Henry Garrard, Esq., Chairman of the Fee and Cost Committee, has consented to this request.

Mazie Slater acknowledges the admonition of Local Rule 7.1(a)(2) that motions to exceed page limitations are disfavored and will be denied without a showing of good cause. We respectfully submit that good cause exists here in light of the import and scope of the issues presented. Twenty pages will not be sufficient, as the Recommended Allocation references and relies upon a massive record, and implicates numerous issues, which Mazie Slater is compelled to address.

As set forth above, the Fee and Cost Committee has consented to this relief. We note that the Committee has previously moved twice to file overlength briefs of forty (40) and thirty (30) pages, respectively, and the Court has granted both motions. Mazie Slater of course consents and will not object to a corresponding request from the Committee if requested.

Based on the foregoing, and for good cause shown, we respectfully move the Court for leave to exceed the Court's page limitation to file its Brief in Support of Objections to the Recommended Allocation not to exceed twenty-five (25) pages.

Dated: March 20, 2019

                                          Respectfully submitted,

                                          */s/ Adam M. Slater*
                                          Adam M. Slater
                                          Mazie Slater Katz & Freeman, LLC
                                          106 Eisenhower Parkway
                                          Roseland, New Jersey 07068
                                          (973) 228-9898
                                          (973) 228-0303 (fax)
                                          aslater@mazieslater.com