IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7568], is a Joint Motion to
Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and
Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named
as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking
dismissal of these actions with prejudice. The court **ORDERS** that the Joint Motion
to Dismiss Defendants with Prejudice is **GRANTED**. If no other defendants remain
in an individual action, it is further **ORDERED** that those actions are **STRICKEN**
from the docket and any motions pending in the individual case at the time of this
dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to dismiss the Ethicon defendants from the
actions listed on the attached Exhibit, close all cases with no remaining defendants,
and file a copy of this order in 2:12-md-2327 and in the individual cases listed on the
attached Exhibit A.

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including
Johnson & Johnson, Inc.

ENTER:  March 22, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Case Style | Case Name |
|---|---|
| 2:12-cv-02581 | Anita Fisher v. Ethicon, Inc., et al. |
| 2:12-cv-02584 | Trina Hill v. Ethicon, Inc., et al. |
| 2:12-cv-02662 | Joyce Thomas v. Ethicon, Inc., et al. |
| 2:12-cv-02663 | Debbie Tomlinson v. Ethicon, Inc., et al. |
| ~~2:12-cv-02669~~ | ~~Robin Webb v. Ethicon, Inc., et al.~~ |
| ~~2:12-cv-02670~~ | ~~Judy Wiley v. Ethicon, Inc., et al.~~ |
| 2:12-cv-02673 | Bobbie Swoape v. Ethicon, Inc., et al. |
| 2:12-cv-03127 | Christine Gray v. Ethicon, Inc., et al. |
| 2:12-cv-03205 | Connie Branaman vv. Ethicon, Inc., et al. |
| 2:12-cv-06572 | Falisha Maddox v. Ethicon, Inc., et al. |
| 2:12-cv-06577 | Mary Ann Guthrie v. Ethicon, Inc., et al. |
| 2:12-cv-08651 | Shaundra Gordon v. Ethicon, Inc., et al. |
| 2:12-cv-09514 | Joan Campbell v. Ethicon, Inc., et al. |
| 2:13-cv-05294 | Betsy Crump v. Ethicon, Inc., et al. |
| 2:13-cv-05307 | Rose Mary Clemens v. Ethicon, Inc., et al. |
| 2:13-cv-05310 | Connie Hibbard v. Ethicon, Inc., et al. |
| 2:13-cv-11589 | Melinda Penny v. Ethicon, Inc., et al. |
| 2:13-cv-17938 | Connie Gallegos v. Ethicon, Inc., et al. |
| 2:13-cv-23764 | Vickie Hubert v. Ethicon, Inc., et al. |
| 2:13-cv-24861 | Nancy Ford v. Ethicon, Inc., et al. |
| 2:13-cv-25919 | Robin Benefield v. Ethicon, Inc. |
| 2:13-cv-26559 | Ruth Christian v. Ethicon, Inc., et al. |
| 2:13-cv-26666 | Lavelle Nix v. Ethicon, Inc., et al. |
| 2:13-cv-28255 | Loretta Hayes v. Ethicon, Inc., et al. |
| 2:13-cv-28931 | Marla Bentley v. Ethicon, Inc., et al. |
| 2:13-cv-28933 | Angela Groce v. Ethicon, Inc., et al. |
| 2:13-cv-28934 | Kathryn Keeling v. Ethicon, Inc., et al. |
| 2:13-cv-30083 | Eva Mullins v. Ethicon, Inc., et al. |
| 2:14-cv-00204 | Sharon Underwood v. Ethicon, Inc., et al. |
| 2:14-cv-03885 | Barbara Gaona v. Ethicon, Inc., et al. |
| 2:14-cv-19011 | Joyce O'Neil v. Ethicon, Inc., et al. |
| 2:14-cv-19013 | Sharon Donohue v. Ethicon, Inc., et al. |
| 2:14-cv-19737 | Linda Nicosia v. Ethicon, Inc., et al. |
| 2:14-cv-20720 | Nancy Dubose v. Ethicon, Inc., et al. |
| 2:14-cv-29151 | Wendy Varn v. Ethicon, Inc., et al. |
| 2:14-cv-29495 | Anita Long v. Ethicon, Inc., et al. |
| 2:14-cv-30022 | Tina Isgitt v. Ethicon, Inc., et al. |

| 2:15-cv-00473 | Geraldine Lewis v. Ethicon, Inc., et al. |
| 2:15-cv-03991 | Paula Blanton v. Ethicon, Inc., et al. |
| 2:16-cv-00444 | Sharon Ramage v. Ethicon, Inc., et al. |
| 2:16-cv-00451 | Sybil Thrasher v. Ethicon, Inc., et al. |
| 2:16-cv-00665 | Mary Albright v. Ethicon, Inc., et al. |
| 2:16-cv-00669 | Patricia Cordova v. Ethicon, Inc., et al. |
| 2:16-cv-00675 | Barbara Cox v. Ethicon, Inc., et al. |
| 2:16-cv-00678 | Avis Hinton v. Ethicon, Inc., et al. |
| 2:16-cv-00682 | Leisa Miller v. Ethicon, Inc., et al. |
| 2:16-cv-00757 | Tammy Finn v. Ethicon, Inc., et al. |
| 2:16-cv-08071 | Juanita Alcorta v. Ethicon, Inc., et al. |
| 2:16-cv-08781 | Elizabeth Salmons v. Ethicon, Inc., et al. |
| 2:17-cv-00200 | Catherine Curtis v. Ethicon, Inc., et al. |
| 2:17-cv-02977 | Tiaffany Eck v. Ethicon, Inc., et al. |