# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Mark W. Davis
Mark W. Davis
Martin Daniel Crump
Davis & Crump
2601 14th Street
Gulfport, MS 39501
(228) 863-6000
mark.davis@daviscrump.com
martincrump@daviscrump.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

                                                (304) 414-1800
                                               srobinson@tcspllc.com
                                     *Counsel for the Ethicon Defendants*

## CERTIFICATE OF SERVICE

      I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                                /s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-16548 | Margaret Adams v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-03558 | Juliet Akwaboah and Aaron Akwaboah v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11486 | Martha Alvarez v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25425 | Dawn Ambrose and John Ambrose v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17737 | Machelle Anderson and Norman Anderson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22527 | Bertha Ansorge v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-02218 | Wilma Armstrong v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17101 | Trulon Arrington and Ruben Arrington v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09525 | Lorrie Artman and William Artman v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00853 | Brenda K. Axsom v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-06241 | Betty Balentine and Herbert Balentine v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03482 | Cheryl Bane v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22277 | Cynthia Barnes v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07682 | Martha R. Barnes and James H. Barnes v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-06242 | Beverly Beal and Gary Peterson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17816 | Helen Beatty v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27288 | Crystal Bechler v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-25716 | Melissa Beech v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27942 | Donna Benedetto v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-24392 | Sherry Benet v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-03821 | Deborah A. Bingham v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03485 | Rhonda Black and Don Black v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-05605 | Judy Blackburn and Ronald Blackburn v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-05841 | Phyllis M. Blakeman and Ralph L. Blakeman v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14156 | Colleen Boyt and Charles Boyt, Jr. v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07389 | Sheri Brandy v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00943 | Mary Jane Burns v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:12-cv-09552 | Dorothy M. Butler and Larry C. Butler, Sr. v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-00485 | Sandra Byrd v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-03549 | Martha Calvillo and Jorge Calvillo v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17746 | Georgia Campbell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13144 | Betty Carnes v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14293 | Daisy Carter v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10538 | Kelly Carter v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07756 | Janice Carty v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-03820 | Judy Casiday v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11747 | Teresa Childs and Rich Childs v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24538 | Althea Codianni v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-11301 | Wanda Cook and Rodger Cook v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12719 | Loretta Cooper v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05989 | Majel Cottell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09448 | Sharon Covey and Burton Covey v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13454 | Donita Coyle and Rodney Coyle v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-30944 | Mary Creasman v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-00846 | Beatrice J. Cummings v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-01718 | Betty Darnell and Herman Darnell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09283 | Amie Davis and Ken Davis v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-15077 | Tina Davis v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16272 | Rachel Dees v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08726 | Kathleen A. DesRoches v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-25096 | Shirley Dever v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-01705 | Shelley Dimas v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03762 | Patricia Dixon v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06483 | Rose Dorrance and Robert Dorrance v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08218 | Kathleen A. Downing and Alan S. Downing v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-30835 | Jean Doyle v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-27931 | Katie Durham and Clifton Durham v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-02885 | Audrey Ellington and Frank Ellington v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27933 | Jullian Ellis v. Ethicon Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-00947 | Terry Eslin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07837 | Tom Smith, Administrator of the Estate of Carrie M. Fann v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-02505 | Dorine Farr v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07857 | Diana Mouhot Felps and Norwood Felps v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27932 | Billie Fitts v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-10386 | Janet Fleming v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00852 | Lisa M. Foster-Stewart and Pravies E. Stewart v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07677 | Stacy L. Fox v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-25099 | Sara Freeman v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-17764 | Ruth French v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11294 | Deanna Fry and Tim Fry v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-01010 | Dolores A. Fulcher v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05900 | Barbara Fuller and Charles Fuller v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09969 | Betsey Gariepy v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14968 | Yvonne Garrido v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25994 | Marlowe Gautreau v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11482 | Gloria Gayo and Antonio Gayo v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07744 | Linda K. Gibbs v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-13147 | Susan Gingrich v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-11302 | Patricia Gladney v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06226 | Anita Godwin and Billy Godwin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17743 | Sandra Goff v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08212 | Katherine M. Gonzales v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-02888 | Keyo Goodwin and Walter Goodwin, Jr. v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09289 | Wanda Gordon and Steve Gordon v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09967 | Addie Green v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14148 | Aida Gregory and William Gregory v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03550 | Monica Griffin and Walter Griffin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03378 | Pamela Griffin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-22568 | Tricia Griffith v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-14173 | Pamela Griffiths v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08722 | Roberta S. Gurtz v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07875 | Christina Hampton v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-02891 | Jaye Han and Donald Han v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00073 | Melanie C. Hancock v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-20778 | Annie Hand v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-05963 | Patricia Hanna and Gene Hanna v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-02668 | Shirley Happeny and Michael Happeny v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-02075 | Jeanelle D. Harrell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07689 | Angela Harris v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-02189 | Paulette C. Harris and James C. Harris v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11741 | Susan Harris v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14181 | Jami Hays and Robert Hays v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03486 | Shelley Helm and Daniel Helm v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08609 | Michele Helton v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07716 | Eva Henry v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12855 | Linda Henry and Charles Henry v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-19264 | Sunday Herdus and Brian Herdus v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-12503 | Maria Hernandez v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22517 | Margaret Highfill and Charles Highfill v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07308 | Josephine Hinderberger v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08260 | Kimberly Hinsley and Torin Hinsley v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-25098 | Twana Hively v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-07811 | Brenda C. Hizen and Peter M. Hizen v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-22523 | Jacalyn Hodgeman v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14138 | Eileen Hoopes and John Hoopes v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-00735 | Rhonda Hopkins v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-14339 | Sandra Hornbeck v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06476 | Mary House and Michael House v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10530 | Linda Howell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14175 | Myra Hudson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-04229 | Edith U. Itta v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07865 | Carmen Jackowski and Bernard Jackowski v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-06166 | Ann Jackson v. Ethicon Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-22526 | Charzetta James v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-06470 | Jewell Jessup and Rudolph Jessup v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-02688 | Angela Johnson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14955 | Mary Johnson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07746 | Janet Pee Jones v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-10384 | Sharon Jones v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00850 | Marilyn Jordan-Case and Joe Case v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07881 | Nancy Josey v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03982 | Louise Kachik v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-01306 | Marsha Kay v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-27934 | Melissa Kemp v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-25097 | Laura Kennedy v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-22607 | Georgia Kern v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-24554 | Beverly Kinkelaar v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-14969 | Jewell Knight and Edward Knight v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06243 | Shirley Knight v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16551 | Vickie Kornegay and Carroll Kornegay v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03978 | Patty Lacy v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24871 | Mary Lampkin v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-24698 | Caroline Larsen v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-08179 | Debbie K. LaRue v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16533 | Jan Lazaris v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25393 | Mildred Leary v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16260 | Deborah Leising and Michael Leising v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-12856 | Beth Life v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17884 | Milagros Lopez v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-25427 | Karen MacDonald and James MacDonald v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07390 | Teri K. Mackaben and Chester T. Mackaben v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-28671 | Marlene Mahan v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14296 | Tina Manley v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07880 | Kimberlie Mansfield v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07877 | Lori Marcum and Joel Marcum v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27930 | Barbara Marten and G. Bruce Marten v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-00071 | Jewell Martin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16539 | Linda Mason v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07801 | Vicky G. Massey v. Ethicon Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-27925 | Debra Mathews v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-25812 | Patricia Mattox v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-04244 | Tiffeny A. Mays v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-02987 | Kristen K. Meyer v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16538 | Marlene Miller v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17799 | Lori Milner v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06460 | Dorothy Minko and Ronald Minko v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16041 | Deborah Mitchell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17117 | Wanda Morrison v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05998 | Brenda Nelson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-09429 | Cynthia Neylan v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-08253 | Pearl Nixon v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-06358 | Joyce O'Dell v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-02689 | Jan D. Ojers v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-02884 | Stephanie O'Neill v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07498 | Elia Orozco v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-00267 | Christine Ortiz and Maurice Ortiz, Sr. v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-26955 | Johnetta Owen v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-00068 | Maria Oxendine and Troy Oxendine v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10546 | Alicia Paysen v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07836 | Irene Peralez v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-09548 | Kathy Perritt and Steve Perritt v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-25809 | Teresa Phelps v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-02686 | Imelda Pherguson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17112 | Lisa Phillips v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-10393 | Maggie Pipkin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05871 | Cathleen Ponce and Jesse Ponce v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-06604 | Cynthia Potter v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-04290 | Rebecca Powell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08012 | Sherry Prescott and J. C. Prescott v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-27938 | Lori Prestay and William Prestay v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-12854 | Suzanne Radke v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17729 | Maria Ramirez and Daniel Cisneros v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09964 | Zury Ramos v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-02951 | Revie Ramsey v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-25322 | Patricia Redding and George Redding v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-17773 | Elizabeth Reeder v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27937 | Carrie Reeves v. Ethicon Inc.; Johnson & Johnson |

| 2:14-cv-14956 | Nancy Reeves v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16176 | Patricia Reeves v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22276 | Christina Renner-Daniel v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |