# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs. Respectfully submitted,

/s/ Mark W. Davis
Mark W. Davis
Martin Daniel Crump
Davis & Crump
2601 14th Street
Gulfport, MS 39501
(228) 863-6000
mark.davis@daviscrump.com
martincrump@daviscrump.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-22521 | Sandy Rice and Lyman Rice v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17767 | Maria Riojas v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17818 | Deborah Rios v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06607 | Carolyn A. Roach v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07499 | Judy M. Roberts v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-05978 | Margaret Rodriguez v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28840 | Constance Roering v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-25720 | Barbra Rogers v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07922 | Linda M. Ronan and James M. Ronan, III v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-03799 | Mary Russ v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05359 | Theo Ann Russo and Guy Russo v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06362 | Tammy Sago and Kevin Sago v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-12399 | Nellie Salisbury and Ward Salisbury v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-05979 | Patricia Saunders and David Saunders v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-20039 | Bobbie Saxton v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-16061 | Rebecca Schepleng v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-16731 | Anna Schmidt v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03096 | Lisa Self v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-22548 | Patrice Shafer v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-00095 | Carrie A. Sheerin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09462 | Kim Simmons v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25229 | Kelly Simulynas and Scott Simulynas v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-02179 | Amanda B. Skelton and Jarred P. Skelton v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08679 | Mary A. Skelton and Don Skelton v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25718 | Charlotte Smith v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14336 | Dorothy Smith v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17718 | Donna Spencer and Jeremy Spencer v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07924 | Rebecca S. Sprout and Richard H. Sprout v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00058 | June Stoker v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-02239 | Barbara Stone v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12398 | Deborah Sweatte v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-04234 | Elizabeth D. Taylor v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16729 | Terri Therrien v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-01049 | Sara Thivener and Robert K. Thivener v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-22544 | Carol Thomas v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-01051 | Paulette M. Thorne and Ellery A. Thorne v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06235 | Bonnie Thurman v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07879 | Jamie Tillman and David Tillman v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-14145 | Caroline Tomich v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22278 | Cynthia Torres and Jose Torres v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27941 | Dorothy Urka and Robert Urka v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-07904 | Katrina L. Valentine v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-05356 | Betty Van Horn v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-06282 | Stephanie Vasquez and Luis Vasquez v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-17211 | Kymberly Walker and John Walker v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11748 | Annis Watson and Wayman Watson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07863 | Christina Wessel v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-19263 | Elizabeth Weyer v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-22543 | Bonnie White v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-16386 | Linda White v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00067 | Edna Will v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17111 | Pamela Williams v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-25807 | Susan Williams v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-27940 | Connie Wilson v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-09292 | Shelia Wilson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-04233 | Mary L. Womack v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-06168 | Mabel Wyatt v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-11300 | Bobbie Yeary v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16273 | Lois Yon v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27939 | Catherine Young and David Young v. Ethicon Inc.; Johnson & Johnson |