IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                      MDL NO. 2327
_____
THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER

(Dismissing Defendant Coloplast Corp. with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7526], is a Joint Motion to Dismiss Defendant Coloplast Corp. with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Coloplast Corp. ("Coloplast")[1] seeking dismissal of Coloplast from these actions with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss Coloplast with Prejudice is **GRANTED**.  If no other defendants remain in an individual action, it is further **ORDERED** that those actions are **STRICKEN** from the docket and any motions pending in the individual case at the time of this dismissal are **DENIED AS MOOT**.

---

[1] Coloplast Corp. includes any incorrect or incomplete spellings of this Defendant, including Coloplast, Coloplast A/S, Coloplast Corporation, Coloplast Group, Coloplast Incorporated, Coloplast Manufacturing U.S., L.L.C., Coloplast Manufacturing U.S., LLC, Coloplast Manufacturing US, LLC, Coloplast Manufacturing, LLC, Coloplast Manufacturing, US LLC, Coloplast Manufacturing, US, L.L.C., Coloplast Manufacturing, US, LLC, and Coloplast, Inc.

The court **DIRECTS** the Clerk to dismiss the Coloplast defendants from the actions listed on the attached Exhibit, close all cases with no remaining defendants, and file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: March 22, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – LEVIN SIMES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-21433 | Hazel E. Williams, et al. v. Ethicon, Inc., et al. |
| 2:15-cv-09617 | Deborah Alderman, et al. v. Coloplast Corp., et al. |