IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION              MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Defendant without Prejudice)

Pending in MDL 2325, 2:12-md-2327 [ECF No. 7664] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and American Medical Systems, Inc. ("AMS"). The Motion seeks an order granting dismissal of AMS as a defendant in these actions(s) without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and,

(2) the AMS defendant is **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the AMS defendant from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 25, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – PITTMAN DUTTON & HELLUMS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-22843 | Sally Barlow v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-23730 | Carrie Beard, Lynn Beard v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |