IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION         MDL 2327

THIS DOCUMENT RELATES TO ALL CASES

ORDER

For reasons appearing to the court, the order [ECF No. 7703] entered on March 25, 2019 is **VACATED**. The court **DIRECTS** the Clerk to file a copy of this Order in 2:12-md-2327.

ENTER: March 25, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE