IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION         MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7588] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 25, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## LOWE LAW GROUP

| CIVIL ACTION NUMBER | CASE NAME (listed alphabetically by Plaintiff last name) |
|---|---|
| 2:14-cv-29024 | Gladys Blackburn, et al. v. Ethicon, Inc., et al. |
| 2:14-cv-26063 | Colleen Bowling v. Ethicon, Inc., et al. |
| 2:13-cv-33415 | Joy Bredlow v. Ethicon, Inc., et al. |
| 2:14-cv-18583 | Linda Coghlan, et al. v. Ethicon, Inc., et al. |
| 2:13-cv-32034 | Judy Ann Dafryck, et al. v. Ethicon, Inc., et al. |
| 2:14-cv-11047 | Roberta Fishman v. Ethicon, Inc., et al. |
| 2:14-cv-18397 | Monica Flath v. Ethicon, Inc., et al. |
| 2:14-cv-13810 | Carolyn Greenwald v. Ethicon, Inc., et al. |
| 2:14-cv-17037 | Julie Halvorson v. Ethicon, Inc., et al. |
| 2:14-cv-16378 | Amy Helms v. Ethicon, Inc., et al. |
| 2:13-cv-33413 | Christi Hill, et al. v. Ethicon, Inc., et al. |
| 2:14-cv-19005 | Susan Krieg v. Ethicon, Inc., et al. |
| 2:13-cv-20077 | Kara Lavoie v. Ethicon, Inc., et al. |
| 2:14-cv-19004 | Melba McDaniel et al. v. Ethicon, Inc., et al. |
| 2:14-cv-24479 | Joan Peltier-Etienne et al. v. Ethicon, Inc., et al. |
| 2:13-cv-30924 | Lisa Rafal et al. v. Ethicon, Inc., et al. |
| 2:14-cv-02822 | Tammy Rowan et al. v. Ethicon, Inc., et al. |
| 2:14-cv-25802 | Lisa Shaw et al. v. Ethicon, Inc., et al. |
| 2:14-cv-20814 | Candida Soto v. Ethicon, Inc., et al. |
| 2:14-cv-24922 | Susan Stone et al. v. Ethicon, Inc., et al. |
| 2:14-cv-15978 | Corinne Suppa v. Ethicon, Inc., et al. |
| 2:14-cv-19682 | Marti Thomas et al. v. Ethicon, Inc., et al. |
| 2:14-cv-24096 | Donna Tindall v. Ethicon, Inc., et al. |
| 2:14-cv-15375 | Linda Valdez et al. v. Ethicon, Inc., et al. |
| 2:14-cv-14532 | Sherry Willis et al. v. Ethicon, Inc., et al. |