IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                    MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

**O R D E R**

On March 18, 2019, the defendant Ethicon, Inc., Johnson & Johnson and/or Ethicon LLC (collectively the "Ethicon Defendants") filed a Notice of Withdrawal of Joint Motion to Dismiss With Prejudice [ECF No. 7659]. In light of the withdrawal of the Joint Motion to Dismiss With Prejudice, the court **ORDERS** that the defendant's original Motion [ECF No. 7656] is **DENIED as moot**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 26, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE