# EXHIBIT H

**Serad, Danielle**

**From:** Cameron, Roger
**Sent:** Wednesday, January 15, 2014 3:43 PM
**To:** Balefsky, Lee
**Subject:** FW: Spoliation motion response

FYI

**From:** Bryan Aylstock [mailto:BAylstock@awkolaw.com]
**Sent:** Wednesday, January 15, 2014 3:43 PM
**To:** Cameron, Roger; Andrew N. Faes; Greg Bentley; Holly Gibson
**Cc:** Joe Zonies (External); Mary Liu; Renee Baggett; vcarnevale@crivellawest.com
**Subject:** RE: Spoliation motion response

Like it. Mary please send this to Vince...

**From:** Cameron, Roger [mailto:Roger.Cameron@KlineSpecter.com]
**Sent:** Wednesday, January 15, 2014 2:21 PM
**To:** Andrew N. Faes; Greg Bentley; Holly Gibson
**Cc:** Joe Zonies (External); Mary Liu; Bryan Aylstock; Renee Baggett
**Subject:** RE: Spoliation motion response

How about that Dan Smith "destroy" after reviewing email? The attachment was stripped from the original custodial email and the original custodial email has been destroyed or not produced. The email that we do have says in the re line that it was forwarded but the original email does not appear. We can't tell with certainty whether the brochure that Shea found is Smith's attachment to the original email, as there is no source/custodian file for Robert Tannhauser, whom Smith cc'd on the faked up, forwarded copy.

Also what about the 100,000s, if not millions, of documents that say source "unknown". If any one of the examples turns up with an unknown source, it might as well be spoliated as it does us no good at all.


**From:** Andrew N. Faes [mailto:afaes@wcllp.com]
**Sent:** Wednesday, January 15, 2014 11:54 AM
**To:** Greg Bentley; Holly Gibson; Cameron, Roger
**Cc:** Zonies, Joe; Mary Liu; Bryan Aylstock; 'Renee Baggett'
**Subject:** Spoliation motion response

One of the defense arguments in their response to our spoliation motion is that there is no real harm done by the destruction or loss of certain custodians' files because those documents can be found in multiple other places. They gave several specific examples, such an e-mail from Price St. Hilaire (whose file was completely lost) which was found in the custodial files of 8 other custodians. We want to counter with our own specific examples of documents which are key to our case and are only found in the custodial file of one individual. So far we have come up with:

1. Cecchini "scar tissue" e-mail –P-1432 –- did not find in anyone else's custodial file
2. Meng Chen meeting agenda T-3322 – did not find in anyone else's custodial file
3. Meng Chen T-3325 – did not find in anyone else's custodial file
4. Boris Batke T-1230 eth.mesh.0547935- TVT slings are microporous. Only found in one Batke's custodial file

1

Can you guys think of any other candidates? We would ideally like to cope up with at least 7-8 examples and right now we only have 4.

**Andrew N. Faes**
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1176
Fax 816-531-2372
afaes@wcllp.com
http://www.wagstaffcartmell.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call 816-701-1176.

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.