# EXHIBIT K

**Serad, Danielle**

| | |
|---|---|
| **From:** | Rich Freese <Rich@freeseandgoss.com> |
| **Sent:** | Thursday, October 24, 2013 10:37 AM |
| **To:** | Cameron, Roger; Tom Cartmell (External); Bryan Aylstock; Renee Baggett |
| **Cc:** | Balefsky, Lee; Andrew N. Faes; Calle Mendenhall; Adam Slater; Cheryll Calderon; Dehadrai, Jai |
| **Subject:** | Re: Cecchini |

Thanks Roger. You did awesome. Getting the Hernia 510 out was brilliant. rich

**From:** <Cameron>, Roger Cameron <roger.cameron@klinespecter.com>
**Date:** Thursday, October 24, 2013 9:22 AM
**To:** Tom Cartmell <tcartmell@wagstaffcartmell.com>, "baylstock@awkolaw.com" <baylstock@awkolaw.com>, Renee Baggett <RBaggett@awkolaw.com>
**Cc:** Lee Balefsky <Lee.Balefsky@KlineSpecter.com>, Andrew Faes <afaes@wcllp.com>, Richard Freese <rich@freeseandgoss.com>, Calle Mendenhall <Calle@freeseandgoss.com>, Adam Slater <aslater@mskf.net>, Cheryll Calderon <ccalderon@mskf.net>, Jai Dehadrai <Jai.Dehadrai@KlineSpecter.com>
**Subject:** Cecchini

Here's the row for a new Cecchini dump of documents, per Crivella West's production notice received today.

| Ethicon Pelvic Repair System --> Ethicon Pelvic Repair System MDL 2327 --> Document Productions --> Ethicon Inc. --> By Custodian --> Cecchini, Peter --> Cecchini, Peter - Production Document Collection | Cecchini, Peter - All Produced Documents Consolidated Set | 155 | 2124 | ETH.MESH.10460726 | ETH.MESH.10462849 |
|---|---|---|---|---|---|

I am not sure if this represents the deposition eve production that Adam, Rich and I learned about yesterday during his deposition, as we received reports of a production of between 500 and 800 pages.  I will confirm whether they are the same.  Meanwhile, it is ammunition to get him back and I'm sure Rich and Adam would agree that, given his demeanor and lack of preparation, we really want him back.  I need to shred him on the due diligence for the acquisition.  Please let me know what further help I can give to you to get him again.

Thanks.