# EXHIBIT L

## Balefsky, Lee

| | |
|---|---|
| **From:** | Fitzpatrick, Fidelma [ffitzpatrick@motleyrice.com] |
| **Sent:** | Thursday, December 19, 2013 7:13 PM |
| **To:** | Justin Witkin |
| **Cc:** | Bryan Aylstock; Balefsky, Lee; Thomas Cartmell; Renee Baggett; Thompson, Fred; Cameron, Roger; Tiger, Michelle; Doug Kreis |
| **Subject:** | Re: Activity in Case 2:13-cv-26032 Delacruz et al v. Ethicon, Inc. et al Order Dismissing Case |

Wow!! Great!

On Dec 19, 2013, at 7:01 PM, "Justin Witkin" <JWitkin@awkolaw.com> wrote:

> Fantastic!
>
> **From:** Bryan Aylstock
> **Sent:** Thursday, December 19, 2013 5:25 PM
> **To:** Lee Balefsky (External); Thomas Cartmell; Renee Baggett; Fidelma Fitzpatrick (External); Fred Thompson, III (External)
> **Cc:** Cameron, Roger; Tiger, Michelle; Doug Kreis; Justin Witkin
> **Subject:** Re: Activity in Case 2:13-cv-26032 Delacruz et al v. Ethicon, Inc. et al Order Dismissing Case
>
> Game changer!!!
>
> Sent from my HTC One on the Verizon Wireless 4G LTE network
>
> ----- Reply message -----
> From: "Balefsky, Lee" <Lee.Balefsky@KlineSpecter.com>
> To: "Bryan Aylstock" <BAylstock@awkolaw.com>, "Thomas Cartmell" <tcartmell@wcllp.com>, "Renee Baggett" <RBaggett@awkolaw.com>, "Fidelma Fitzpatrick (External)" <ffitzpatrick@motleyrice.com>, "Fred Thompson, III (External)" <fthompson@motleyrice.com>
> Cc: "Cameron, Roger" <Roger.Cameron@KlineSpecter.com>, "Tiger, Michelle" <Michelle.Tiger@KlineSpecter.com>
> Subject: Activity in Case 2:13-cv-26032 Delacruz et al v. Ethicon, Inc. et al Order Dismissing Case
> Date: Thu, Dec 19, 2013 5:21 PM
>
> Huge win! Goodwin remanded Secant cases to Philly!
>
> Sent from my iPad
>
> Begin forwarded message:
>
>> **From:** <wvsd_cmecf@wvsd.uscourts.gov>
>> **Date:** December 19, 2013 at 6:11:46 PM EST
>> **To:** <Courtmail@wvsd.uscourts.gov>
>> **Subject: Activity in Case 2:13-cv-26032 Delacruz et al v. Ethicon, Inc. et al Order Dismissing Case**

1

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

United States District Court

Southern District of West Virginia

## Notice of Electronic Filing

The following transaction was entered on 12/19/2013 at 6:11 PM EST and filed on 12/19/2013

**Case Name:** Delacruz et al v. Ethicon, Inc. et al
**Case Number:** 2:13-cv-26032
**Filer:**
**WARNING: CASE CLOSED on 12/19/2013**
**Document Number:** 31

**Docket Text:**
**MEMORANDUM OPINION AND ORDER (Plaintiffs' Motions for Remand) Finding that defendants Secant Medical, Inc., Secant Medical LLC and Prodesco, Inc. (collectively "Secant") were not fraudulently joined and that these actions should be remanded to the Court of Common Pleas of Philadelphia; granting plaintiffs' motions to remand in Musewicz, et al. v. Ethicon, Inc., et al. 2:13-cv-26024 [Docket 12], Hammons v. Ethicon, Inc., et al. 2:13-cv-26259 [Docket 11], and Delacruz, et al. v. Ethicon, Inc., et al. 2:13-cv-26032 [10]. Signed by Judge Joseph R. Goodwin on 12/19/2013. (cc: Order to the Clerk of the Court of Common Pleas of Philadelphia; attys; any unrepresented party) (ras)**

**2:13-cv-26032 Notice has been electronically mailed to:**

Andrew P. Reeve    andrew.reeve@dbr.com, cynthia.svitak@dbr.com

Christy D. Jones    christy.jones@butlersnow.com, brandy.pitts@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, laura.dixon@butlersnow.com

Joe H. Tucker , Jr    jtucker@tlgattorneys.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Kenneth A. Murphy    Kenneth.Murphy@dbr.com

Laura H. Dixon    laura.dixon@butlersnow.com

Lee B. Balefsky    Lee.Balefsky@Klinespecter.com

Melissa A. Graff    melissa.graff@dbr.com

Michelle L. Tiger    Michelle.Tiger@Klinespecter.com, Laura.yavrusakuk@klinespecter.com, rita.assetto@klinespecter.com, stephanie.coppolino@klinespecter.com

Thomas R. Kline    Tom.Kline@Klinespecter.com

Venyckles Amanda Witts    awitts@tlgattorneys.com, dfynes@tlgattorneys.com, mdonkor@tlgattorneys.com

William M. Gage    william.gage@butlersnow.com

Yvonne Barnes Montgomery    ymontgomery@tlgattorneys.com

**2:13-cv-26032 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060112543 [Date=12/19/2013] [FileNumber=3465913-0]
[b2b00239d6478966f2417f92bb43b2e5f690468d03af71c3e9c238c2b67525c7bd 327df1f2d6754011da060d1039b2bfdf7c94ef4e556afab5e485b65c5a2851]]

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.