# EXHIBIT M

## Serad, Danielle

| | |
|---|---|
| **From:** | Bryan Aylstock <BAylstock@awkolaw.com> |
| **Sent:** | Tuesday, March 31, 2015 10:29 AM |
| **To:** | Balefsky, Lee; Adam Slater; Tom P. Cartmell; Ben Anderson; Rich@freeseandgoss.com |
| **Cc:** | Tiger, Michelle |
| **Subject:** | Re: Ethicon TVM Phila cases |

That's great news!!!

Sent from my HTC One on the Verizon Wireless 4G LTE network

----- Reply message -----
From: "Balefsky, Lee" <Lee.Balefsky@KlineSpecter.com>
To: "Bryan Aylstock" <BAylstock@awkolaw.com>, "'Adam Slater'" <aslater@mskf.net>, "Tom P. Cartmell (tcartmell@wcllp.com)" <tcartmell@wcllp.com>, "Ben Anderson" <Ben@andersonlawoffices.net>, "Rich Freese (Rich@freeseandgoss.com)" <Rich@freeseandgoss.com>
Cc: "Tiger, Michelle" <Michelle.Tiger@KlineSpecter.com>
Subject: Ethicon TVM Phila cases
Date: Tue, Mar 31, 2015 9:24 AM

Guys: we just received a great ruling from J. New in the Philly mass tort program denying Ethoicon/J and J motions to dismiss for lack of jurisdiction. That means eight (8) trials, scheduled to begin in Nov, will move forward. Our first set of expert reports are due June 18th. Can we set up a meeting or call to discuss what generic experts /reports we should use in these cases. We can discuss the details later but they involve the Prolift, TVT Retropubic, TVT Secure and Gynemesh. I will be in Vegas for the PSC meeting if it makes sense to meet then . . otherwise we can schedule a call for next week . Thanks , Lee

1

**Serad, Danielle**

**From:** Rich Freese <Rich@freeseandgoss.com>
**Sent:** Tuesday, March 31, 2015 10:32 AM
**To:** Balefsky, Lee; Bryan Aylstock; 'Adam Slater'; Tom P. Cartmell (tcartmell@wcllp.com); 'Ben Anderson'
**Cc:** Tiger, Michelle
**Subject:** Re: Ethicon TVM Phila cases

That's great, Lee. I'm available for a conf call to discuss. Rich

---

**From:** <Balefsky>, Lee Balefsky <Lee.Balefsky@KlineSpecter.com>
**Date:** Tuesday, March 31, 2015 9:24 AM
**To:** "baylstock@awkolaw.com" <baylstock@awkolaw.com>, Adam Slater <aslater@mskf.net>, Tom Cartmell <tcartmell@wcllp.com>, Ben <Ben@andersonlawoffices.net>, Richard Freese <rich@freeseandgoss.com>
**Cc:** "Tiger, Michelle" <Michelle.Tiger@KlineSpecter.com>
**Subject:** Ethicon TVM Phila cases

Guys: we just received a great ruling from J. New in the Philly mass tort program denying Ethoicon/J and J motions to dismiss for lack of jurisdiction. That means eight (8) trials, scheduled to begin in Nov, will move forward. Our first set of expert reports are due June 18th. Can we set up a meeting or call to discuss what generic experts /reports we should use in these cases. We can discuss the details later but they involve the Prolift, TVT Retropubic, TVT Secure and Gynemesh. I will be in Vegas for the PSC meeting if it makes sense to meet then .. otherwise we can schedule a call for next week. Thanks, Lee

1

**Serad, Danielle**

**From:** Bryan Aylstock <BAylstock@awkolaw.com>
**Sent:** Wednesday, April 08, 2015 12:15 PM
**To:** Specter, Shanin; Adam Slater
**Cc:** Balefsky, Lee; Kline, Thomas R.; Tiger, Michelle
**Subject:** Re: Philadelphia TVM Status Conf 4/8/15

Excellent!

Sent from my HTC One on the Verizon Wireless 4G LTE network

----- Reply message -----
From: "Specter, Shanin" <Shanin.Specter@KlineSpecter.com>
To: "'aslater@mskf.net'" <aslater@mskf.net>, "Bryan Aylstock" <BAylstock@awkolaw.com>
Cc: "Lee Balefsky (External)" <Lee.Balefsky@KlineSpecter.com>, "Kline, Thomas R." <Tom.Kline@KlineSpecter.com>, "Tiger, Michelle" <Michelle.Tiger@KlineSpecter.com>
Subject: Philadelphia TVM Status Conf 4/8/15
Date: Wed, Apr 8, 2015 9:55 AM

New was very strident.

It seems that New and Goodwin are talking. New appears to be doing Goodwin's bidding, which may explain why he denied the motions to dismiss for lack of jurisdiction.

---

**From:** Adam Slater [mailto:aslater@mskf.net]
**Sent:** Wednesday, April 08, 2015 11:51 AM
**To:** Tiger, Michelle
**Cc:** Bryan Aylstock <BAylstock@awkolaw.com>; Balefsky, Lee; Specter, Shanin; Kline, Thomas R.
**Subject:** Re: Philadelphia TVM Status Conf 4/8/15

Wow. Sounds solid.

Adam M. Slater
Mazie Slater Katz & Freeman

Sent from my iPhone

On Apr 8, 2015, at 11:14 AM, Tiger, Michelle <Michelle.Tiger@KlineSpecter.com> wrote:

> Hi Bryan and Adam –
> FYI, we had a very interesting conference with J. New this morning in the Philly TVM Mass Tort Program. This was our first conference since the Judge denied Ethicon's Motion to Dismiss/Preliminary Objections regarding Jurisdiction.
>
> We now have 7 cases listed for trial. The first one will be Hammons (Prolift) on December 7, 2015. (Hansen – a Gynemesh case - will be moved to the spot previously held by Matthews, which will be dismissed. A new CMO for Hansen will be forwarded to J. New today. The new Hansen trial date is March 7, 2016.)

1

J. New then asked for a status of 'discussions.' LBB and SS reported that discussions have started with all defendants, except for Ethicon. Julie Callsen confirmed to Judge New that Ethicon was not participating in any settlement discussions with anyone.

J. New then turned to Ethicon's counsel and told them it is time to begin discussions – "It is time to sit down and begin discussions to resolve these cases." He said, "You know the verdicts." "Don't push your luck." "You don't need more time." He told them to take a hard look at the cases and get them resolved. He also told them that he would "make it tough for them." He ordered a report on the status of discussions by the next monthly meeting on May 4th. Before we left, he looked at Ethicon's counsel and said, "I'm serious."

Michelle

Michelle L. Tiger, Esquire
**KLINE & SPECTER, A Professional Corporation**
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Direct:     215-772-0428
Toll Free:  800-597-9585, ext. 428
Fax:        215-735-0960

michelle.tiger@klinespecter.com
www.klinespecter.com

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to the law firm of Kline and Specter, P.C. and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

# Serad, Danielle

| | |
|---|---|
| **From:** | Ben Anderson <Ben@andersonlawoffices.net> |
| **Sent:** | Tuesday, March 31, 2015 10:56 AM |
| **To:** | Rich Freese |
| **Cc:** | Balefsky, Lee; Bryan Aylstock; Adam Slater; Tom P. Cartmell (tcartmell@wcllp.com); Tiger, Michelle |
| **Subject:** | Re: Ethicon TVM Phila cases |

Same here. And awesome news, Lee.

Benjamin H. Anderson, Esq.
Anderson Law Offices
1360 W 9th Street
Suite 215
Cleveland OH 44113
o: 216.589.0256
c: 216.513.8755
f: 216.916.0988
e: ben@andersonlawoffices.net

*[handwritten: Se cut A]*

On Mar 31, 2015, at 10:31 AM, Rich Freese <Rich@freeseandgoss.com> wrote:

> That's great, Lee. I'm available for a conf call to discuss. Rich
>
> **From:** <Balefsky>, Lee Balefsky <Lee.Balefsky@KlineSpecter.com>
> **Date:** Tuesday, March 31, 2015 9:24 AM
> **To:** "baylstock@awkolaw.com" <baylstock@awkolaw.com>, Adam Slater <aslater@mskf.net>, Tom Cartmell <tcartmell@wcllp.com>, Ben <Ben@andersonlawoffices.net>, Richard Freese <rich@freeseandgoss.com>
> **Cc:** "Tiger, Michelle" <Michelle.Tiger@KlineSpecter.com>
> **Subject:** Ethicon TVM Phila cases
>
> Guys: we just received a great ruling from J. New in the Philly mass tort program denying Ethoicon/J and J motions to dismiss for lack of jurisdiction. That means eight (8) trials, scheduled to begin in Nov, will move forward. Our first set of expert reports are due June 18th. Can we set up a meeting or call to discuss what generic experts /reports we should use in these cases. We can discuss the details later but they involve the Prolift, TVT Retropubic, TVT Secure and Gynemesh. I will be in Vegas for the PSC meeting if it makes sense to meet then . . otherwise we can schedule a call for next week . Thanks, Lee

1