# EXHIBIT N

| FCC FIRM | Hours | Stack Awards | Hourly Rate |
|---|---:|---:|---:|
| **ALYSTOCK WITKIN** | 43,932.50 | 26,311,250 | 599 |
| **BLASINGAM BURCH GARRAD** | 63,719.30 | 54,000,878 | 847 |
| **BURNETT LAW FIRM** | 10,490.35 | 5,075,000.00 | 483 |
| **CLARK LOVE** | 47,226.50 | 43,136,878 | 913 |
| **FRANKOVICH ANETAKIS** | 1,524.75 | 1,109,999 | 728 |
| **MOTLEY RICE** | 60,253.34 | 46,530,687 | 772 |
| **WAGSTAFF & CARTMELL** | 56,621.10 | 36,945,751 | 652 |
| **LOCKRIDGE GRINDAL** | 15,871.50 | 5,904,999 | 372 |
| **TOTAL** | **299,639.34** | **219,015,442** | **730** |
| **NON-MEMBER FIRMS** | | | |
| ANDERSON LAW OFFICE | 22,209.68 | 7,609,000 | 342 |
| ANDRUS WAGSTAFF | 29,563.85 | 13,000,000 | 439 |
| ASHCRAFT GEREL | 773.4 | 174,667.50 | 225 |
| BABBITT JOHNSON | 4,308.80 | 1,355,000.50 | 308 |
| BARON AND BLUE | 463.50 | 137,375.00 | 296 |
| BEASLEY ALLEN | 22,295.45 | 5,250,000.00 | 235 |
| BELL LAW FIRM | 3,725.59 | 814,159.50 | 218 |
| BERSTEIN LIEBHARD | 3,951.50 | 1,392,331 | 352 |
| BERTRAM & GRAF | 401.50 | 83,580.00 | 208 |
| BLIZZARD & NABERS | 3,693.90 | 1,435,000.00 | 388 |
| BURKE HARVEY | 349.40 | 96,915.00 | 277 |
| CAREY DANIS | 8,840.80 | 1,359,324 | 153 |
| CHAFFIN LUHANA | 301.57 | 58,170.00 | 193 |
| COHEN PLANITELLA | 614.50 | 343,105.00 | 558 |
| DAVIS & CRUMP | 11,381.65 | 4,295,000 | 377 |
| DAVIS BETHUNE | 1,397.80 | 551,845.00 | 251 |
| DOYLE LOWTHER | 1,150.90 | 210,026.25 | 182 |
| EDWARDS KIRBY | 499.50 | 157,360.00 | 315 |
| EVERS & PRESTON | 2,512.35 | 472,500.00 | 188 |
| FIBICH LEEBRON | 10,124.26 | 4,000,003.00 | 328 |
| FLEMING NOLEN | 8,378.07 | 1,435,000.00 | 171 |
| FREESE GOSS | 45,346.48 | 14,097,828.50 | 341 |
| GIRARD GIBBS | 67.26 | 15,907.50 | 237 |
| GOZA HONNOLD | 1,305.60 | 410,655.00 | 314 |
| GREENE KETCHUM FARRELL | 4,392.40 | 2,415,000.00 | 549 |
| GUSTAFSON GLUEK | 725.00 | 158,900.00 | 219 |
| HENINGER GARRISON DAVIS | 784.60 | 177,292.50 | 226 |
| HERMAN GEREL | 907.45 | 173,670.00 | 191 |
| HERMAN & KATZ | 699.00 | 119,175.00 | 170 |
| HERSH AND HERSH | 1,005.60 | 266,255.50 | 240 |
| HISSEY KIENTZ | 1,145.90 | 306,978.00 | 268 |
| HUNT & LEES | 261.70 | 82,425.00 | 315 |
| IRPINO AVIN & HAWKINS | 3,285.80 | 785,074.50 | 238 |
| JOHNSON BECKER | 3,126.40 | 715,102.50 | 192 |
| JUNELL & ASSOCIATES | 526.90 | 165,970.00 | 315 |

| Firm | | | |
|---|---:|---:|---:|
| KEITH MILLER BUTLER | 3,926.30 | 904,638.00 | 230 |
| KELL LAMPIN, LLC | 1,609.90 | 327,101.25 | 203 |
| KLINE & SPECTER | 9,402.19 | 3,745,000.00 | 398 |
| LAMINACK PIRTLE & MARTINES | 756.75 | 639,037.00 | 713 |
| LANIER LAW FIRM | 3,660.64 | 654,228.75 | 178 |
| LEVIN PAPANTONIO THOMAS | 1,975.08 | 383,643.75 | 194 |
| LEVIN SIMES, LLP | 14,298.14 | 3,980,004 | 278 |
| LOPEZ MCHUGH | 255.58 | 43,601.25 | 170 |
| LYON FIRM | 232 | 43,601.25 | 187 |
| MATTHEWS AND ASSOCIATES | 6,602.00 | 4,122,174.00 | 624 |
| MAZIE SLATER KATZ & FREEMAN | 19,482.75 | 6,020,000.00 | 309 |
| MEYERS & FLOWERS | 1,924.80 | 454,728.75 | 236 |
| MONSOUR LAW FIRM | 13,267.75 | 4,965,002.00 | 340 |
| MOODY LAW FIRM | 4,125.97 | 844,312.00 | 204 |
| MORGAN & MORGAN | 513.54 | 101,771.25 | 198 |
| MOSTYN LAW FIRM | 677.65 | 213,465.00 | 315 |
| MUELLER LAW FIRM | 11,846.40 | 4,760,000.00 | 401 |
| NASTLAW, LLC | 2,102.30 | 399,813.75 | 190 |
| NATIONS LAW FIRM | 65.50 | 15,487.50 | 238 |
| NEBLETT BEARD & ARSENAULT | 765.12 | 137,340.00 | 179 |
| OLIVER LAW GROUP | 2,259.30 | 436,170.00 | 193 |
| OSBORNE & ASSOCIATES | 740.80 | 533,347.50 | 315 |
| PAUL SADLER LAW FIRM | 211.1 | 130,704.00 | 619 |
| PERDUE & KIDD | 3,295.80 | 1,785,000.00 | 541 |
| PISCITELLI LAW FIRM | 54.3 | 12,836.25 | 237 |
| POTTS LAW FIRM | 19,287.84 | 7,575,001 | 392 |
| PRITZKER HAGEMAN, P.A. | 116.1 | 25,436.25 | 219 |
| REILLY POZNER | 7,148.30 | 2,920,001.00 | 352 |
| RESTAINO LAW, LLC | 1,323.60 | 264,521.25 | 200 |
| ROBINS CLOUD, LLP | 502.9 | 145,390.00 | 289 |
| ROBINSON CALCAGNIE | 32.00 | 7,560.00 | 236 |
| SALIM BEASLEY, LLC | 5729.07 | 2,170,000.00 | 378 |
| SANDERS FIRM | 672.3 | 101,773.00 | 151 |
| SAUNDERS & WALKER | 125.45 | 29,662.50 | 237 |
| SCHROEDER LAW OFFICE | 20.4 | 4,830.00 | 241 |
| SEEGER WEISS | 543.25 | 101,771.25 | 187 |
| SIMMONS BROWDER GIANARIS | 2987.67 | 393,498.00 | 131 |
| SIMMONS HANLY CONROY | 351.9 | 100,100.00 | 285 |
| SOMMERS SCHWARTZ, PC | 214.9 | 36,330.00 | 169 |
| TAYLOR MARTINO | 17 | 4,016.25 | 236 |
| HARREL TURNING POINT LITIGAT | 5775.1 | 601,548 | 104 |
| VERHINE & VERHINE | 119.35 | 25,436.25 | 213 |
| WATERS & KRAUS, LLP | 414.6 | 111,440.00 | 269 |
| WATTS GUERRA, LLP | 2837.7 | 484,627.50 | 170 |
| WEXLER WALLACE LLP | 33079.96 | 12,430,001 | 375 |
| WILSON LAW, PA | 313.2 | 107,390.50 | 263 |
| **TOTAL** | **386,182.31** | **127,413,937** | **329** |