# EXHIBIT Q

**Hon. Daniel J. Stack (Ret)**

1529 Anton Dr., Columbia, IL 62236-2875
Phone: 618-792-8604 • • djstack@me.com

March 25, 2019

<u>**Via Electronic Mail**</u>
Lana C. Keeton
1602 Alton Road, #423
Miami Beach, FL 33139
LanaKeeton@MedDeviceExpertLLC.com

    Re:    **Improper Request for Attorneys' Fees**

Dear Ms. Keeton:

    I am writing to you in response to your correspondence to the Fee and Cost Committee on Monday, March 18, 2019, in which you requested that the Committee award attorneys' fees to "Med Device Expert LLC". As I stated in my last correspondence to you on this matter on June 15, 2018, "I have determined and have advised the FCC that you cannot receive any payments from the Common Benefit Fund. You are not a licensed attorney in any jurisdiction and payments from the CBF may only be made to licensed attorneys." As you are aware, nothing has changed since that time.

    Accordingly, you remain ineligible for an award of attorneys' fees from the common benefit fund. To the extent that you disagree with this determination, you should feel free to object to my recommendation to the Court. As you are aware, objections to my recommendation must be filed with the Court no later than Tuesday, March 26, 2019.

                                              Most sincerely yours,

                                              *Daniel J. Stack*

                                              Daniel J. Stack (Retired Circuit Judge)
                                              Court Appointed Special Master