*This motion is DENIED as moot. It is so ORDERED. ENTER: 3/26/19*

*JOSEPH R. GOODWIN*
*UNITED STATES DISTRICT JUDGE*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly stipulate to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her or its own costs.

Respectfully submitted,

/s Caroline L. Maida
Caroline L. Maida
The Mostyn Law Firm
3810 West Alabama Street
Houston, TX 77027
(713) 861-6616
clmaida@mostynlaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street, Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

## EXHIBIT A

| Case Number | Case Name |
|---|---|
| 2:15-cv-15239 | Blackwell v. Ethicon, Inc. et al |
| 2:15-cv-14032 | Huffman v. Ethicon, Inc. et al |
| 2:15-cv-14092 | Kotzen v. Ethicon, Inc. et al |

45858357.v1