# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE: BOSTON SCIENTIFIC CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LIGITATION | MDL NO. 2327 |
| IN RE: COLOPLAST CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| IN RE: COOK MEDICAL, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2440 |
| IN RE: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL NO. 2511 |

*This Document Relates To All Cases*

**Declaration of Adam M. Slater in Support of
Mazie Slater's Objection to Recommended Allocation of
Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs**

Adam M. Slater, pursuant to 18 U.S.C. §1746, makes this declaration under penalty of perjury:

1. I am a partner in the law firm of Mazie Slater Katz & Freeman, LLC ("Mazie Slater"). This Declaration is based upon my personal knowledge.

2. Mazie Slater tried four pelvic mesh cases prior to the Ethicon cut off at the end of 2016. The four cases include: Gross v. Ethicon, January–February, 2013; Budke v. Ethicon, January, 2015; Bellew v. Ethicon, March, 2015; and Hammons v. Ethicon, November-December 2016. Charts listing the witnesses who testified at each of these four trials, live and on video, including the identity of the attorney who questioned the witness, are attached hereto as Exhibit 1.

3. After the issuance of the Final Written Recommendation ("FWR"), my partner, David Mazie and I met with the Honorable Daniel Stack. There were two meetings: one on November 19, 2018 at our office (along with Tom Cartmell and Jeff Kuntz), and another on January 3, 2019 at Judge Stack's office in St. Louis, Missouri. We then spoke with Judge Stack by telephone on March 7, 2019. During the meeting on November 19, 2018, Judge Stack, as well as Mr. Cartmell, threatened that if we filed an objection to the FCC's recommendations the amount awarded to us could be cut by Judge Stack on his final report.

4. During the course of the November 19, 2018 meeting we asked questions regarding the awards to FCC members as well as others. For example, we pointed to the TVM Historical Analysis that had been provided to us during the course of the fee committee process, which set forth just over 1,000 hours for Riley Burnett, Esq., a member of the fee committee. We questioned how the fee committee ultimately recognized more than 9,000 additional hours for Mr. Burnett. We were told that

        Derrick Potts had shifted those hours from his time to Mr. Burnett's time, as there had been time spent by contract lawyers performing document review and Mr. Burnett apparently had some unexplained financial interest in those contract lawyers reviewing documents. We were told this was not an isolated example, and that another attorney, Mark Mueller, had failed to submit time for years, but the FCC had recognized work he had performed and awarded him in excess of $4 million despite the failure of Mr. Mueller to submit that time.

5. On January 3, 2019 my partner, David Mazie and I travelled to St. Louis to meet with Judge Stack. During this meeting, Judge Stack explained to us that he was not acting as a special master, nor as a neutral in the process. Rather, he was acting on behalf of the fee committee. He clearly advised us that he would not recommend an increase to the fees or expenses that the fee committee had awarded to any firm, unless the fee committee were to first approve and agree to pay that amount.

6. During the course of our conversation, Judge Stack told us about a situation within the fee committee that he was deeply disturbed about. Specifically, he told us he "was sickened" and "very angry" that Brian Aylstock had pressured FCC chairman Henry Garrard for more fees at a time when Mr. Garrard was particularly vulnerable, and had told Mr. Garrard that Mr. Aylstock's partner, fee committee member Renee Baggett, would not sign the Preliminary Written Recommendation unless a significantly larger amount was awarded to Mr. Aylstock's law firm. As a result, Mr. Aylstock's law firm was apparently awarded approximately $10 million more. Judge Stack proceeded to tell us in no uncertain terms that he was "done" with the Aylstock law firm and would never work with them again based upon this conduct.

7. When we advised of our concern that there were law firms who had submitted large numbers of hours to re-review documents that had already been reviewed, Judge Stack did not deny that this had occurred. In fact, he agreed that this had occurred, and he brought up Motley Rice as an example of a law firm that had "padded" its time submissions with thousands of hours to re-review documents; he went on to say that they do this "in every litigation."

8. We again questioned Judge Stack about the Riley Burnett situation, and he again told us that Mr. Burnett was provided approximately 9,000 hours by the Potts law firm, stating that Mr. Burnett's award was much too high and that it would need to be severely cut.

9. On March 7, 2019, David Mazie and I had a conference call with Judge Stack prior to the issuance of his report. Judge Stack started off by telling us he had "no good news" for us. Judge Stack advised that the fee committee had authorized a bit more to be allocated to the Anderson law firm and Bernstein Liebhard, but the fee committee gave him "nothing to work with as to Mazie Slater." Judge Stack reiterated, as he had previously told us, that his report would not be an "independent evaluation," but would only include awards which the FCC had authorized him to make.

10. We again questioned Judge Stack about the serious situation he had told us about in St. Louis with regard to the Aylstock law firm. He told us that, "he was put in a box" since the agreement between Mr. Aylstock and Mr. Garrard included a provision that Judge Stack would not recommend a lower amount than the amount awarded, and Judge Stack could not upset the deal.

11. Judge Stack made very clear to us, as he had in St. Louis, that this process had been far more involved and demanding than he had expected when he was first retained in this matter, stating "it's been a nightmare."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2019

_____
Adam M. Slater, Esq.
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, New Jersey  07068
973-228-9898
973-228-0303 – fax
aslater@mazieslater.com

# EXHIBIT 1

## GROSS V. ETHICON TRIAL WITNESS LIST (31 Witnesses, 29 Mazie Slater)

| Case | Jurisdiction | Witness | Date | Title |
|---|---|---|---|---|
| Gross v. Ethicon, et al. | New Jersey Superior Court | Scott Ciarrocca – Examination by Adam Slater | 1/11/2013 | Research & Development |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Clark Likness – Examination by David Mazie | 1/14/2013 | Treating Physician, Family Medicine |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Scott Ciarrocca – Examination by Adam Slater | 1/15/2013 | Research & Development |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Piet Hinoul – Examination by Adam Slater | 1/16/2013 | Corp. Rep. Medical Affairs |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Gene Kammerer – Video Deposition by Adam Slater | 1/16/2013 | Research and Development |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Anne Weber – Examination by Adam Slater | 1/17/2013 | Plaintiffs' Expert, Urogynecology, General Liability and Causation, Specific Causation |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Anne Weber – Examination by Adam Slater | 1/18/2013 | Plaintiffs' Expert, Urogynecology, General Liability and Causation, Specific Causation |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Peggy Jo Pence – Examination by David Mazie | 1/22/2013 | Plaintiffs' Expert, Regulatory |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Kevin Benson – Video Deposition by Adam Slater | 1/23/2013 | Treating Physician, Urogynecology, Implanting Surgeon |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Sean M. O'Bryan – Video Deposition by Adam Slater | 1/24/2013 | Regulatory |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Michael Fiegen – Video Deposition by Adam Slater | 1/24/2013 | Treating Physician, Urogynecology |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Susan Shott – Video Deposition by Adam Slater | 1/24/2013 | Plaintiffs' Expert, Biomedical Statistician |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Charlotte Owens – Video Deposition by Adam Slater | 1/25/2013 | Medical Affairs Director |

**GROSS V. ETHICON TRIAL WITNESS LIST (31 Witnesses, 29 Mazie Slater)**

| Gross v. Ethicon, et al. | New Jersey Superior Court | Patrick Retterath – Video Deposition by Adam Slater | 1/25/2013 | Treating Physician, Pain Management |
|---|---|---|---|---|
| Gross v. Ethicon, et al. | New Jersey Superior Court | Edmond Provder – Examination by David Mazie | 1/28/2013 | Plaintiffs expert, Rehabilitation Counseling, Life Care Planning and Employability |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Frank Tinari – Examination by David Mazie | 1/28/2013 | Plaintiffs' Expert, Economics |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Thomas Muhl – Examination by Benjamin Anderson | 1/28/2013 | Plaintiffs' Expert, Material Sciences |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Ronni Lee Seltzer – Examination by David Mazie | 1/30/2013 | Plaintiffs' Expert, Psychiatry |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Linda Gross – Examination by Adam Slater | 1/31/2013 | Plaintiff |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Patrick Retterath – Video Deposition by Adam Slater | 1/31/2013 | Treating Physician, Pain Management |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Axel Arnaud – Video Deposition by Adam Slater | 2/1/2013 | Medical Affairs Director, |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Matthew Henderson – Video Deposition by Adam Slater | 2/1/2013 | Corp. Rep. Sales & Marketing |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Uwe Klinge – Examination by Benjamin Anderson | 2/4/2013 | Plaintiffs' Expert, Material Sciences |
| Gross v. Ethicon, et al. | New Jersey Superior Court | David Robinson – Video Deposition by Adam Slater | 2/5/2013 | Medical Affairs Director |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Scott Hamilton Jones – Video Deposition by Adam Slater | 2/5/2013 | Corp.Rep. Marketing |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Jeffery Everett – Video Deposition by Adam Slater | 2/5/2013 | Quality Engineer |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Jacalynn Lee Lake – Video Deposition by Adam Slater | 2/5/2013 | Treating Pelvic Floor Physical Therapist |

**GROSS V. ETHICON TRIAL WITNESS LIST (31 Witnesses, 29 Mazie Slater)**

| | | | | |
|---|---|---|---|---|
| Gross v. Ethicon, et al. | New Jersey Superior Court | Jeffrey Gross – Examination by Adam Slater | 2/5/2013 | Plaintiff |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Miles Murphy – Cross Examination by Adam Slater | 2/6/2013 | Defense Expert, Urogynecology, General Liability and Causation |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Miles Murphy – Recross Examination by Adam Slater | 2/7/2013 | Defense Expert, Urogynecology, General Liability |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Piet Hinoul – Cross Examination by Adam Slater | 2/8/2013 | Corp. Rep. Medical Affairs |
| Gross v. Ethicon, et al. | New Jersey Superior Court | James Raders – Video Deposition by Adam Slater | 2/11/2013 | Treating Urogynecologist |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Sean O'Bryan – Video Deposition by Adam Slater | 2/11/2013 | Regulatory |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Charlette Owens – Video Deposition by Adam Slater | 2/11/2013 | Medical Affairs Director |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Elizabeth Kavaler – Cross Examination by Adam Slater | 2/12/2013 | Defense Expert, Urogynecology, Specific Causation |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Kevin Benson – Video Deposition Playback by Adam Slater | 2/19/2013 | Treating Physician, Urogynecology, Implanting Surgeon |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Linda Gross – Testimony Read Back | 2/21/2013 | Plaintiff |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Frank Tinari – Examination by David Mazie | 2/26/2015 | Plaintiffs' Expert, Economics |
| Gross v. Ethicon, et al. | New Jersey Superior Court | Mark Schneider – Cross Examination by David Mazie | 2/26/2015 | Corp. Rep. Financial Reporting |

## BUDKE V. ETHICON TRIAL WITNESS LIST (32 Witnesses, 32 Mazie Slater)

| Case | Jurisdiction | Witness | Date | Title |
|---|---|---|---|---|
| Budke v. Ethicon, et al. | Missouri State Court | Scott Ciarrocca – Examination by Adam Slater | 1/8/2015 | Research & Development |
| Budke v. Ethicon, et al. | Missouri State Court | Axel Arnaud – Video Deposition by Adam Slater | 1/9/2015 | Medical Affairs Director |
| Budke v. Ethicon, et al. | Missouri State Court | Scott Jones – Video Deposition by Adam Slater | 1/9/2015 | Corp. Rep. Marketing |
| Budke v. Ethicon, et al. | Missouri State Court | Vincent Lucente – Video Deposition by Adam Slater | 1/9/2015 | Ethicon Consultant, KOL |
| Budke v. Ethicon, et al. | Missouri State Court | Paul Parisi – Video Deposition by Adam Slater | 1/9/2015 | Corp. Rep. Professional Education |
| Budke v. Ethicon, et al. | Missouri State Court | Clifford Volpe – Video Deposition by Adam Slater | 1/9/2015 | Research & Development Director |
| Budke v. Ethicon, et al. | Missouri State Court | Price St. Hilaire – Video Deposition by Adam Slater | 1/9/2015 | WW Marketing Director |
| Budke v. Ethicon, et al. | Missouri State Court | Becky Simpson – Examination by Adam Slater | 1/9/2015 | Treating Physician, Urogynecology, Implanting Surgeon, Defendant |
| Budke v. Ethicon, et al. | Missouri State Court | Anne Weber – Examination by Adam Slater | 1/12/2015 | Plaintiffs' Expert, Urogynecology, General Liability and Causation, Specific Causation |
| Budke v. Ethicon, et al. | Missouri State Court | Anne Weber – Redirect Examination by Adam Slater | 1/13/2015 | Plaintiffs' Expert, Urogynecology, General Liability and Causation, Specific Causation |
| Budke v. Ethicon, et al. | Missouri State Court | Eugene Dixon – Video Deposition by Adam Slater | 1/13/2015 | Treating Physician, Urology |
| Budke v. Ethicon, et al. | Missouri State Court | David Budke – Examination by Adam Slater | 1/13/2015 | Plaintiff's Son |
| Budke v. Ethicon, et al. | Missouri State Court | Martin Weisberg – Video Deposition by Adam Slater | 1/13/2015 | Corp. Rep. Medical Affairs Director |

1

**BUDKE V. ETHICON TRIAL WITNESS LIST (32 Witnesses, 32 Mazie Slater)**

| | | | | |
|---|---|---|---|---|
| Budke v. Ethicon, et al. | Missouri State Court | Sean O'Bryan – Video Deposition by Adam Slater | 1/13/2015 | Regulatory |
| Budke v. Ethicon, et al. | Missouri State Court | John Godleski – Examination by Adam Slater | 1/14/2015 | Plaintiffs' Expert, Pathology |
| Budke v. Ethicon, et al. | Missouri State Court | Bill Matuozzi – Examination by Adam Slater | 1/14/2015 | Plaintiffs' Expert, Radiology |
| Budke v. Ethicon, et al. | Missouri State Court | Barbara Grimes – Examination by Adam Slater | 1/14/2015 | Plaintiffs' Daughter |
| Budke v. Ethicon, et al. | Missouri State Court | Becky Simpson – Redirect examination by Adam Slater | 1/15/2015 | Treating Physician, Urogynecology, Implanting Surgeon, Defendant |
| Budke v. Ethicon, et al. | Missouri State Court | Richard Luciani – Video Deposition by Adam Slater | 1/15/2015 | Plaintiffs' Expert, Gynecology, Standard of Care |
| Budke v. Ethicon, et al. | Missouri State Court | Charlette Owens – Video Deposition by Adam Slater | 1/15/2015 | Medical Affairs Director |
| Budke v. Ethicon, et al. | Missouri State Court | Piet Hinoul – Video Deposition by Adam Slater | 1/15/2015 | Corp. Rep. Medical Affairs |
| Budke v. Ethicon, et al. | Missouri State Court | Bryan Lisa – Video Deposition by Adam Slater | 1/15/2015 | Regulatory |
| Budke v. Ethicon, et al. | Missouri State Court | James Hart – Video Deposition by Adam Slater | 1/15/2015 | Chief Medical Officer |
| Budke v. Ethicon, et al. | Missouri State Court | Susan Ihli – Examination by Adam Slater | 1/15/2015 | Plaintiff's Daughter |
| Budke v. Ethicon, et al. | Missouri State Court | Donald Budke – Examination by Adam Slater | 1/15/2015 | Plaintiff |
| Budke v. Ethicon, et al. | Missouri State Court | David Robinson – Video Deposition by Adam Slater | 1/15/2015 | Medical Affairs Director |
| Budke v. Ethicon, et al. | Missouri State Court | Renee Selman – Video Deposition by Adam Slater | 1/15/2015 | President, Ethicon Woman's Health & Urology |
| Budke v. Ethicon, et al. | Missouri State Court | Sheri McCoy – Video Deposition by Adam Slater | 1/15/2015 | Vice Chairwoman Johnson & Johnson |

**BUDKE V. ETHICON TRIAL WITNESS LIST (32 Witnesses, 32 Mazie Slater)**

| | | | | |
|---|---|---|---|---|
| Budke v. Ethicon, et al. | Missouri State Court | Durwood Neal – Video Deposition by Amy Gunn | 1/16/2015 | Treating Physician, Urology |
| Budke v. Ethicon, et al. | Missouri State Court | Piet Hinoul – Cross Examination by Adam Slater | 1/16/2015 | Corp. Rep. Medical Affairs |
| Budke v. Ethicon, et al. | Missouri State Court | Elizabeth Kavaler – Cross Examination by Adam Slater | 1/19/2015 | Defense Expert, Urogynecology, Specific Causation |
| Budke v. Ethicon, et al. | Missouri State Court | Elizabeth Kavaler – Cross Examination by Adam Slater | 1/20/2015 | Defense Expert, Urogynecology, Specific Causation |
| Budke v. Ethicon, et al. | Missouri State Court | Jon Ritter – Cross Examination by Adam Slater | 1/20/2015 | Defense Expert, Pathology |
| Budke v. Ethicon, et al. | Missouri State Court | Andrew Bierhals – Cross Examination by Adam Slater | 1/20/2015 | Defense Expert, Radiology |
| Budke v. Ethicon, et al. | Missouri State Court | Donald Fry – Cross Examination by Adam Slater | 1/20/2015 | Defense Expert, Infectious Diseases |
| Budke v. Ethicon, et al. | Missouri State Court | Robert Bruce – Cross Examination by Adam Slater | 1/21/2015 | Defense Expert, Pulmonology |

## BELLEW V. ETHICON TRIAL WITNESS LIST (13 Witnesses, 11 Mazie Slater)

| Case | Jurisdiction | Witness | Date | Title |
|---|---|---|---|---|
| Bellew v. Ethicon, et al. | District Court of West Virginia | Daniel Elliott – Examination by Adam Slater | 3/2/2015 | Plaintiffs' Expert, Urogynecology, General Liability and Causation, Specific Causation |
| Bellew v. Ethicon, et al. | District Court of West Virginia | Daniel Elliott – Examination by Adam Slater | 3/3/2015 | Plaintiffs' Expert, Urogynecology, General Liability and Causation, Specific Causation |
| Bellew v. Ethicon, et al. | District Court of West Virginia | Daniel Elliott – Redirect Examination by Adam Slater | 3/4/2015 | Plaintiffs' Expert, Urogynecology, General Liability and Causation, Specific Causation |
| Bellew v. Ethicon, et al. | District Court of West Virginia | Paul Parisi – Video Deposition by Adam Slater | 3/4/2015 | Corp. Rep. Professional Education |
| Bellew v. Ethicon, et al. | District Court of West Virginia | Uwe Klinge – Video Deposition by Benjamin Anderson | 3/4/2015 | Plaintiffs' Expert, Material Sciences |
| Bellew v. Ethicon, et al. | District Court of West Virginia | Gene Kammerer – Video Deposition by Adam Slater | 3/4/2015 | Research and Development |
| Bellew v. Ethicon, et al. | District Court of West Virginia | Gene Kammerer – Video Deposition Examination by Adam Slater | 3/5/2015 | Research and Development |
| Bellew v. Ethicon, et al. | District Court of West Virginia | Vladimir Iakovlev – Examination by Benjamin Anderson | 3/5/2015 | Plaintiffs' Expert, Pathology |
| Bellew v. Ethicon, et al. | District Court of West Virginia | Vincent Lucente – Video Deposition by Adam Slater | 3/5/2015 | Ethicon Consultant, KOL |
| Bellew v. Ethicon, et al. | District Court of West Virginia | Scott Ciarrocca – Video Deposition by Adam Slater | 3/5/2015 | Research & Development |
| Bellew v. Ethicon, et al. | District Court of West Virginia | Sean O'Bryan – Examination by Adam Slater | 3/5/2015 | Regulatory |
| Bellew v. Ethicon, et al. | District Court of West Virginia | Charlette Owens – Examination by Adam Slater | 3/5/2015 | Medical Affairs Director |

**BELLEW V. ETHICON TRIAL WITNESS LIST (13 Witnesses, 11 Mazie Slater)**

| | | | | |
|---|---|---|---|---|
| Bellew v. Ethicon, et al. | District Court of West Virginia | Kimberly Hunsicker – Examination by Adam Slater | 3/5/2015 | Clinical Affairs |
| Bellew v. Ethicon, et al. | District Court of West Virginia | Carol DeHasse – Video Deposition by Adam Slater | 3/5/2015 | Treating Physician, Urogynecology, Implanting Surgeon |
| Bellew v. Ethicon, et al. | District Court of West Virginia | Bryan Lisa – Video Deposition by Adam Slater | 3/5/2015 | Regulatory |
| Bellew v. Ethicon, et al. | District Court of West Virginia | Axel Arnaud – Video Deposition by Adam Slater | 3/5/2015 | Medical Affairs Director, |

## HAMMONS V. ETHICON TRIAL WITNESS LIST (27 Witnesses, 21 Mazie Slater)

| Case | Jurisdiction | Witness | Date | Title |
|---|---|---|---|---|
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Gene Kammerer – Video Deposition by Adam Slater | 12/2/2015 | Research and Development |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Cliff Volpe – Video Deposition by Adam Slater | 12/2/2015 | Research & Development Director |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | James P. Mittenthal – Video Deposition by Adam Slater | 12/2/2015 | Corp. Rep. Document Preservation |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | James P. Mittenthal – Video Deposition by Adam Slater | 12/3/2015 | Corp. Rep. Document Preservation |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Sean O'Bryan – Video Deposition by Adam Slater | 12/3/2015 | Regulatory |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Daniel Elliott – Video Deposition by Adam Slater | 12/3/2015 | Plaintiffs' Expert, Urogynecology, General Liability and Causation, Specific Causation |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Scott Ciarocca – Examination by Adam Slater | 12/4/2015 | Research & Development |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Scott Ciarocca – Examination by Adam Slater | 12/7/2015 | Research & Development |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Anne Weber – Examination by Adam Slater | 12/7/2015 | Plaintiffs' Expert, Urogynecology, General Liability and Causation, Specific Causation |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Anne Weber – Examination by Adam Slater | 12/8/2015 | Plaintiffs' Expert, Urogynecology, General Liability and Causation, Specific Causation |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Price St. Hilaire – Video Deposition by Adam Slater | 12/8/2015 | WW Marketing Director |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Ralph Zipper – Examination by Shanin Specter | 12/9/2015 | Plaintiffs' Expert, Urogynecology, Specific Causation |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Ralph Zipper – Redirect Examination by Shanin Specter | 12/10/2015 | Plaintiffs' Expert, Urogynecology, Specific Causation |

1

**HAMMONS V. ETHICON TRIAL WITNESS LIST (27 Witnesses, 21 Mazie Slater)**

| | | | | |
|---|---|---|---|---|
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Piet Hinoul – Video Deposition by Adam Slater | 12/10/2015 | Corp. Rep. Medical Affairs |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Kimberly Hunsicker – Video Deposition by Adam Slater | 12/10/2015 | Clinical Affairs |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Charlette Owens – Video Deposition by Adam Slater | 12/10/2015 | Medical Affairs Director |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | James Hart – Video Deposition by Adam Slater | 12/10/2015 | Chief Medical Officer |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Bryan Lisa – Video Deposition by Adam Slater | 12/10/2015 | Regulatory |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Michael Baker – Video Deposition by Adam Slater | 12/11/2015 | Treating Physician, Urogynecology, Implanting Surgeon |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Patricia Hammons – Examination by Shanin Specter | 12/11/2015 | Plaintiff |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Uwe Klinge – Video Deposition by Benjamin Anderson | 12/11/2015 | Plaintiffs' Expert, Material Sciences |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Paul Parisi – Video Deposition by Adam Slater | 12/11/2015 | Corp. Rep. Professional Education |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Axel Arnaud – Video Deposition by Adam Slater | 12/14/2015 | Medical Affairs Director, |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | David Robinson – Video Deposition by Adam Slater | 12/14/2015 | Medical Affairs Director |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Andrea Stephens – Video Deposition by Kila Baldwin | 12/14/2015 | Treating Nurse Practitioner |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | James Rohrer – Video Deposition by Kila Baldwin | 12/14/2015 | Treating Physician, Primary Care |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Marcus Thorne – Video Deposition by Kila Baldwin | 12/14/2015 | Treating Physician, Orthopedics |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Michael Heit – Video Deposition by Adam Slater | 12/14/2015 | Treating Physician, Urogynecology |

**HAMMONS V. ETHICON TRIAL WITNESS LIST (27 Witnesses, 21 Mazie Slater)**

| | | | | |
|---|---|---|---|---|
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Michael Heit – Video Deposition by Adam Slater | 12/15/2015 | Treating physician, Urogynecology |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Vincent Lucente – Video Deposition by Adam Slater | 12/15/2015 | Ethicon Consultant, KOL |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Piet Hinoul – Video Deposition by Adam Slater | 12/15/2015 | Corp. Rep. Medical Affairs |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Joye Lowman – Cross Examination by Adam Slater | 12/15/2015 | Defense Expert, Urogynecology, General Liability, Causation, Specific Causation |
| Hammons v. Ethicon, et al. | Philadelphia Court of Common Pleas | Joye Lowman – Cross Examination by Adam Slater | 12/16/2015 | Defense Expert, Urogynecology, General Liability, Causation, Specific Causation |