# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

## ORDER
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7548] is a Joint Motion to Dismiss Defendant with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 26, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| Case Number | Case Name |
|---|---|
| 2:13-cv-06457 | Atwood v. Ethicon, Inc. et al |
| 2:13-cv-04471 | Barraza et al v. Ethicon, Inc. et al |
| 2:13-cv-03842 | Brown v. Ethicon, Inc. et al |
| 2:13-cv-27306 | Cantlon v. Ethicon, Inc. et al |
| 2:13-cv-03752 | Dittrich et al v. Ethicon, Inc. et al |
| 2:13-cv-3871 | Edwards et al v. Ethicon, Inc. et al |
| 2:13-cv-24222 | Fritz et al v. Ethicon, Inc. et al |
| 2:13-CV-24212 | Galindo-Uranga v. Ethicon, Inc. et al |
| 2:13-cv-05929 | Haiduk et al v. Ethicon, Inc. et al |
| 2:13-cv-03953 | Hansen et al v. Ethicon, Inc. et al |
| 2:13-cv-04788 | Harris v. Ethicon, Inc. et al |
| 2:13-cv-04494 | Hine et al v. Ethicon, Inc. et al |
| 2:13-cv-27321 | Kallage v. Ethicon, Inc. et al |
| 2:13CV09718 | Kasel v. Ethicon, Inc. et al |
| 2:13-cv-03445 | Klinger et al v. Ethicon, Inc. et al |
| 2:13-cv-03888 | Knight et al v. Ethicon, Inc. et al |
| 2:13-cv-06773 | Korgan v. Ethicon, Inc. et al |
| 2:13-cv-05637 | Lansford et al v. Ethicon, Inc. et al |
| 2:15-cv-12311 | Manuel et al v. Ethicon, Inc. et al |
| 2:13-cv-03582 | McGimpsey et al v. Ethicon, Inc. et al |
| 2:13-cv-03912 | Parisi v. Ethicon, Inc. et al |
| 2:13-cv-04785 | Plevney v. Ethicon, Inc. et al |
| 2:13-cv-28743 | Sandoval v. Ethicon, Inc. et al |
| 2:13-CV-04101 | Suriani et al v. Ethicon, Inc. et al |
| 2:13-CV-05997 | Turner et al v. Ethicon, Inc. et al |
| 2:13-cv-04548 | Wiebers et al v. Ethicon, Inc. et al |

45825374.v1