# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| THIS DOCUMENT RELATES TO THE CASE(S) LISTED ON THE EXHIBIT ATTACHED HERETO: | |

## JOINT MOTION TO DISMISS DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibit A and Defendant C. R. Bard, Inc. advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs and Bard jointly move the court to dismiss Bard (where named) with prejudice in the cases listed on the attached Exhibit A, with each party to bear its own costs.

Respectfully submitted this 26th day of March 2019.

/s/ *Richard B. North, Jr.*
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH L.L.P
P.O. Box 1856
Huntington, WV 25719-1856
Phone: 304.526.3500
Fax: 304.526.3599
*Counsel for C.R. Bard, Inc.*

/s/ *Jerrold S. Parker*
Jerrold S. Parker
jerry@yourlawyer.com
PARKER WAICHMAN
6 Harbor Drive Park
Port Washington, New York 11050
516-466-6500
Fax: 516.466.6665
*Counsel for Plaintiffs listed on Exhibit A*

## EXHIBIT A – PARKER WAICHMAN

| CIVIL ACTION NUMBER<br>(listed numerically in ascending order) | Case Name |
|---|---|
| 2:12-cv-03156 | Johnson, Rebecca and Kenneth |

4823-8039-9759 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Richard B. North, Jr.*
Richard B. North, Jr.
Counsel for C.R. Bard, Inc.