# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                             MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

### O R D E R

On March 18, 2019, the defendant Ethicon, Inc., Johnson & Johnson and/or Ethicon LLC (collectively the "Ethicon Defendants") filed a Notice of Withdrawal of Joint Motion to Dismiss With Prejudice [ECF No. 7660]. In light of the withdrawal of the Joint Motion to Dismiss With Prejudice, the court **ORDERS** that the defendant's original Motion [ECF No. 7657] is **DENIED as moot**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 27, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE