# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION  MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

### ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7696] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 27, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-09549 | Kathy Allen v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-27290 | Dale Aucoin v. Ethicon Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:12-cv-09457 | Billie Cape v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-03484 | Carrie Chiles v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-30413 | Holly Duncan v. Ethicon Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-10663 | Deborah Edwards v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation; Coloplast Corp. |
| 2:12-cv-07354 | Annie P. Finley v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; C.R. Bard, Inc.; Tissue Science Laboratories Limited |
| 2:14-cv-20022 | Linda Fletcher v. Ethicon Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-22275 | Gayla Forcum and Larry Forcum v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-10606 | Elizabeth Harris v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-30697 | Kathaleen Illig and Joseph Illig v. Ethicon Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-06726 | Tamara Kirschbaum and Allan Kirschbaum v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Coloplast Corp. |
| 2:13-cv-17137 | Brenda Mason and H. Norden VanHorne v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Mentor Woldwide LLC; Coloplast Corp. |
| 2:13-cv-14083 | Doris Parnell and Harry Parnell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-05910 | Tonja Pavich v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-24387 | Judy Smoot v. Ethicon Inc.; Johnson & Johnson; Boston Scientific Corporation; Coloplast Corp. |
| 2:12-cv-08015 | Tina Stem v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Coloplast Corp. |
| 2:14-cv-15072 | Anita Trout and Thomas Trout v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-26954 | Susan G. Unger v. Ethicon Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:12-cv-06360 | Anna Kate Uridel and Richard Uridel v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |

| | |
|---|---|
| 2:13-cv-00863 | Helen Wieczkiewicz v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-05907 | Sharron Winstead v. Ethicon Inc.; Johnson & Johnson; Boston Scientific Corporation |