# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION          MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7697] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED as moot**.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 27, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-22521 | Sandy Rice and Lyman Rice v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17767 | Maria Riojas v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17818 | Deborah Rios v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06607 | Carolyn A. Roach v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07499 | Judy M. Roberts v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-05978 | Margaret Rodriguez v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28840 | Constance Roering v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-25720 | Barbra Rogers v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07922 | Linda M. Ronan and James M. Ronan, III v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-03799 | Mary Russ v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05359 | Theo Ann Russo and Guy Russo v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06362 | Tammy Sago and Kevin Sago v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-12399 | Nellie Salisbury and Ward Salisbury v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-05979 | Patricia Saunders and David Saunders v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-20039 | Bobbie Saxton v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-16061 | Rebecca Schepleng v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-16731 | Anna Schmidt v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03096 | Lisa Self v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-22548 | Patrice Shafer v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-00095 | Carrie A. Sheerin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09462 | Kim Simmons v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25229 | Kelly Simulynas and Scott Simulynas v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-02179 | Amanda B. Skelton and Jarred P. Skelton v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08679 | Mary A. Skelton and Don Skelton v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25718 | Charlotte Smith v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14336 | Dorothy Smith v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17718 | Donna Spencer and Jeremy Spencer v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07924 | Rebecca S. Sprout and Richard H. Sprout v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00058 | June Stoker v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-02239 | Barbara Stone v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12398 | Deborah Sweatte v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-04234 | Elizabeth D. Taylor v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16729 | Terri Therrien v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-01049 | Sara Thivener and Robert K. Thivener v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-22544 | Carol Thomas v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-01051 | Paulette M. Thorne and Ellery A. Thorne v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06235 | Bonnie Thurman v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07879 | Jamie Tillman and David Tillman v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-14145 | Caroline Tomich v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22278 | Cynthia Torres and Jose Torres v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27941 | Dorothy Urka and Robert Urka v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-07904 | Katrina L. Valentine v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-05356 | Betty Van Horn v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-06282 | Stephanie Vasquez and Luis Vasquez v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-17211 | Kymberly Walker and John Walker v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11748 | Annis Watson and Wayman Watson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07863 | Christina Wessel v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-19263 | Elizabeth Weyer v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-22543 | Bonnie White v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-16386 | Linda White v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00067 | Edna Will v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17111 | Pamela Williams v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-25807 | Susan Williams v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-27940 | Connie Wilson v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-09292 | Shelia Wilson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-04233 | Mary L. Womack v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-06168 | Mabel Wyatt v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-11300 | Bobbie Yeary v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16273 | Lois Yon v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27939 | Catherine Young and David Young v. Ethicon Inc.; Johnson & Johnson |