# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7694] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED as moot**.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 27, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
| --- | --- |
| 2:14-cv-16548 | Margaret Adams v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-03558 | Juliet Akwaboah and Aaron Akwaboah v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11486 | Martha Alvarez v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25425 | Dawn Ambrose and John Ambrose v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17737 | Machelle Anderson and Norman Anderson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22527 | Bertha Ansorge v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-02218 | Wilma Armstrong v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17101 | Trulon Arrington and Ruben Arrington v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09525 | Lorrie Artman and William Artman v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00853 | Brenda K. Axsom v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-06241 | Betty Balentine and Herbert Balentine v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03482 | Cheryl Bane v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22277 | Cynthia Barnes v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07682 | Martha R. Barnes and James H. Barnes v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-06242 | Beverly Beal and Gary Peterson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17816 | Helen Beatty v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27288 | Crystal Bechler v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-25716 | Melissa Beech v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27942 | Donna Benedetto v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-24392 | Sherry Benet v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-03821 | Deborah A. Bingham v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03485 | Rhonda Black and Don Black v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-05605 | Judy Blackburn and Ronald Blackburn v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-05841 | Phyllis M. Blakeman and Ralph L. Blakeman v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14156 | Colleen Boyt and Charles Boyt, Jr. v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07389 | Sheri Brandy v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00943 | Mary Jane Burns v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:12-cv-09552 | Dorothy M. Butler and Larry C. Butler, Sr. v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-00485 | Sandra Byrd v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-03549 | Martha Calvillo and Jorge Calvillo v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17746 | Georgia Campbell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13144 | Betty Carnes v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14293 | Daisy Carter v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10538 | Kelly Carter v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07756 | Janice Carty v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-03820 | Judy Casiday v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11747 | Teresa Childs and Rich Childs v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24538 | Althea Codianni v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-11301 | Wanda Cook and Rodger Cook v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12719 | Loretta Cooper v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05989 | Majel Cottell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09448 | Sharon Covey and Burton Covey v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13454 | Donita Coyle and Rodney Coyle v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-30944 | Mary Creasman v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-00846 | Beatrice J. Cummings v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-01718 | Betty Darnell and Herman Darnell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09283 | Amie Davis and Ken Davis v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-15077 | Tina Davis v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16272 | Rachel Dees v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08726 | Kathleen A. DesRoches v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-25096 | Shirley Dever v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-01705 | Shelley Dimas v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03762 | Patricia Dixon v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06483 | Rose Dorrance and Robert Dorrance v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08218 | Kathleen A. Downing and Alan S. Downing v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-30835 | Jean Doyle v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-27931 | Katie Durham and Clifton Durham v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-02885 | Audrey Ellington and Frank Ellington v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27933 | Jullian Ellis v. Ethicon Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-00947 | Terry Eslin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07837 | Tom Smith, Administrator of the Estate of Carrie M. Fann v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-02505 | Dorine Farr v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07857 | Diana Mouhot Felps and Norwood Felps v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27932 | Billie Fitts v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-10386 | Janet Fleming v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00852 | Lisa M. Foster-Stewart and Pravies E. Stewart v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07677 | Stacy L. Fox v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-25099 | Sara Freeman v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-17764 | Ruth French v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11294 | Deanna Fry and Tim Fry v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-01010 | Dolores A. Fulcher v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05900 | Barbara Fuller and Charles Fuller v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09969 | Betsey Gariepy v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14968 | Yvonne Garrido v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25994 | Marlowe Gautreau v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11482 | Gloria Gayo and Antonio Gayo v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07744 | Linda K. Gibbs v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-13147 | Susan Gingrich v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-11302 | Patricia Gladney v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06226 | Anita Godwin and Billy Godwin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17743 | Sandra Goff v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08212 | Katherine M. Gonzales v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-02888 | Keyo Goodwin and Walter Goodwin, Jr. v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09289 | Wanda Gordon and Steve Gordon v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09967 | Addie Green v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14148 | Aida Gregory and William Gregory v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03550 | Monica Griffin and Walter Griffin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03378 | Pamela Griffin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-22568 | Tricia Griffith v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-14173 | Pamela Griffiths v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08722 | Roberta S. Gurtz v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07875 | Christina Hampton v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-02891 | Jaye Han and Donald Han v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00073 | Melanie C. Hancock v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-20778 | Annie Hand v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-05963 | Patricia Hanna and Gene Hanna v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-02668 | Shirley Happeny and Michael Happeny v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-02075 | Jeanelle D. Harrell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07689 | Angela Harris v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-02189 | Paulette C. Harris and James C. Harris v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11741 | Susan Harris v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14181 | Jami Hays and Robert Hays v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03486 | Shelley Helm and Daniel Helm v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08609 | Michele Helton v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07716 | Eva Henry v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12855 | Linda Henry and Charles Henry v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-19264 | Sunday Herdus and Brian Herdus v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-12503 | Maria Hernandez v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22517 | Margaret Highfill and Charles Highfill v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07308 | Josephine Hinderberger v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08260 | Kimberly Hinsley and Torin Hinsley v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-25098 | Twana Hively v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-07811 | Brenda C. Hizen and Peter M. Hizen v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-22523 | Jacalyn Hodgeman v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14138 | Eileen Hoopes and John Hoopes v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-00735 | Rhonda Hopkins v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-14339 | Sandra Hornbeck v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06476 | Mary House and Michael House v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10530 | Linda Howell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14175 | Myra Hudson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-04229 | Edith U. Itta v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07865 | Carmen Jackowski and Bernard Jackowski v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-06166 | Ann Jackson v. Ethicon Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-22526 | Charzetta James v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-06470 | Jewell Jessup and Rudolph Jessup v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-02688 | Angela Johnson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14955 | Mary Johnson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07746 | Janet Pee Jones v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-10384 | Sharon Jones v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00850 | Marilyn Jordan-Case and Joe Case v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07881 | Nancy Josey v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03982 | Louise Kachik v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-01306 | Marsha Kay v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-27934 | Melissa Kemp v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-25097 | Laura Kennedy v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-22607 | Georgia Kern v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-24554 | Beverly Kinkelaar v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-14969 | Jewell Knight and Edward Knight v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06243 | Shirley Knight v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16551 | Vickie Kornegay and Carroll Kornegay v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03978 | Patty Lacy v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24871 | Mary Lampkin v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-24698 | Caroline Larsen v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-08179 | Debbie K. LaRue v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16533 | Jan Lazaris v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25393 | Mildred Leary v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16260 | Deborah Leising and Michael Leising v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-12856 | Beth Life v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17884 | Milagros Lopez v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-25427 | Karen MacDonald and James MacDonald v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07390 | Teri K. Mackaben and Chester T. Mackaben v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-28671 | Marlene Mahan v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14296 | Tina Manley v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07880 | Kimberlie Mansfield v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07877 | Lori Marcum and Joel Marcum v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27930 | Barbara Marten and G. Bruce Marten v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-00071 | Jewell Martin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16539 | Linda Mason v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07801 | Vicky G. Massey v. Ethicon Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-27925 | Debra Mathews v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-25812 | Patricia Mattox v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-04244 | Tiffeny A. Mays v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-02987 | Kristen K. Meyer v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16538 | Marlene Miller v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17799 | Lori Milner v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06460 | Dorothy Minko and Ronald Minko v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16041 | Deborah Mitchell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17117 | Wanda Morrison v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05998 | Brenda Nelson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-09429 | Cynthia Neylan v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-08253 | Pearl Nixon v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-06358 | Joyce O'Dell v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-02689 | Jan D. Ojers v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-02884 | Stephanie O'Neill v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07498 | Elia Orozco v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-00267 | Christine Ortiz and Maurice Ortiz, Sr. v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-26955 | Johnetta Owen v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-00068 | Maria Oxendine and Troy Oxendine v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10546 | Alicia Paysen v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07836 | Irene Peralez v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-09548 | Kathy Perritt and Steve Perritt v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-25809 | Teresa Phelps v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-02686 | Imelda Pherguson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17112 | Lisa Phillips v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-10393 | Maggie Pipkin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05871 | Cathleen Ponce and Jesse Ponce v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-06604 | Cynthia Potter v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-04290 | Rebecca Powell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08012 | Sherry Prescott and J. C. Prescott v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-27938 | Lori Prestay and William Prestay v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-12854 | Suzanne Radke v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17729 | Maria Ramirez and Daniel Cisneros v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09964 | Zury Ramos v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-02951 | Revie Ramsey v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-25322 | Patricia Redding and George Redding v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-17773 | Elizabeth Reeder v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27937 | Carrie Reeves v. Ethicon Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-14956 | Nancy Reeves v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16176 | Patricia Reeves v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22276 | Christina Renner-Daniel v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |