**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION          MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Defendant without Prejudice)

Pending in MDL2327 , 2:12-md-2327 [ECF No. 7646] is a Joint Motion to Dismiss without

Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and American Medical Systems, Inc.

("AMS").  The Motion seeks an order granting dismissal of the AMS defendant without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the AMS defendant is **DISMISSED WITHOUT PREJUDICE** from the action(s)

listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is

dismissed and stricken from the docket and (b) any pending motions are **DENIED as**

**moot**.

The court **DIRECTS** the Clerk to:

(1)  dismiss the AMS defendant from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from

the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached

Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 27, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

## EXHIBIT A – LAMINACK PIRTLE & MARTINES

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-cv-07780 | Linda Eason v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:16-cv-07781 | Linda Ellis, James L. Ellis v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |