

ORIGIN ID:MEQA   (305) 342-8002
LANA KEETON

901 PENNSYLVANIA AVE
STE  3-423
MIAMI BEACH, FL 33139
UNITED STATES US

SHIP DATE: 26MAR19
ACTWGT: 3.40 LB
CAD: 6992226/SSF01922

BILL CREDIT CARD

TO  **ROBERT C. BYRD COURTHOUSE**
    **CLERK OF THE COURT**
    **300 VIRGINIA ST EAST**
    **STE 2400**
    **CHARLESTON WV 25301**
(304) 347-3000          REF:
PO:                     DEPT:



**FedEx**
Express

**E**

TRK#  7862 7039 5211
0201

**WED – 27 MAR 3:00P**
**STANDARD OVERNIGHT**

**XH CRWA**

25301
WV–US   **HTS**

R509   6   B
15:00   5211
03.27

FZ