# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION     MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBIT ATTACHED HERETO:

### JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiffs in the case listed on the attached Exhibit A and Defendants Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3] (collectively the "Covidien entities") and C. R. Bard, Inc., to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, they jointly move the court to dismiss the Covidien entities and Bard (where named) with prejudice in the cases listed on the attached Exhibit A, with each party to bear its own costs.

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek, USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic, Inc.

4845-5927-8224 v1

Other Defendants, including Boston Scientific Corporation, remain in these actions, and Plaintiffs will continue to prosecute these actions against them. To that end, Amended Short Form Complaints have been or will be filed against the remaining Defendants. Further, Plaintiffs move to transfer these actions from MDL 2327, In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation to: In Re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation, MDL 2326. Plaintiffs herein filed Complaints or Short Form Complaints in MDL 2327 against Bard, the Covidien entities, and others. Within fourteen (14) days of filing of this motion, Plaintiffs will file Amended Short Form Complaints that no longer include Bard and the Covidien entities as named Defendants. Because Bard and the Covidien entities are no longer named Defendants in these cases, Plaintiffs respectfully request that the Court: 1) GRANT the Plaintiffs' motion to transfer these actions from MDL 2327 to MDL 2326; and 2) direct the Clerk to disassociate these civil actions as member cases in MDL 2327 and re-associate them with MDL 2326.

Respectfully submitted this 29th day of March, 2019.

4845-5927-8224 v1

| | |
|---|---|
| /s/ *Micah L. Hobbs* | /s/ *Richard B. North, Jr.* |
| Micah L. Hobbs | Richard B. North, Jr. |
| mhobbs@shb.com | richard.north@nelsonmullins.com |
| SHOOK, HARDY & BACON L.L.P. | NELSON MULLINS RILEY & SCARBOROUGH L.L.P |
| 2555 Grand Boulevard | P.O. Box 1856 |
| Kansas City, MO 64108 | Huntington, WV 25719-1856 |
| Phone: 816.474.6550 | Phone: 304.526.3500 |
| Fax: 816.421.5547 | Fax: 304.526.3599 |
| *Counsel for Covidien Entities* | *Counsel for C.R. Bard, Inc.* |

/s/ *Tonya L. Melnichenko*
Tonya L. Melnichenko
melnichenkot@fdazar.com
FRANKLIN D. AZAR & ASSOCIATES
14426 East Evans Avenue
Aurora, CO 80014
303.757.3300
Fax: 303.759.5203
*Counsel for Plaintiffs listed on Exhibit A*

**EXHIBIT A – FRANKLIN D. AZAR & ASSOCIATES**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **Case Name** |
|---|---|
| 2:13-cv-03953 | Hansen, Sheri and Steven |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:    */s/ Micah L Hobbs*
        Micah L. Hobbs
        *Attorney for Covidien Entities*

4845-5927-8224 v1