APPROVED and SO ORDERED.

ENTER: 4/1/19

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| IN RE: COOK MEDICAL, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2440 |
| IN RE: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2511 |

***THIS DOCUMENT RELATES TO ALL CASES***

PAUL W. FLOWERS CO., LPA
50 Public Sq., Ste 1910
Cleveland, Ohio 44113
(216) 344-9393
Fax: (216) 344-9395

## ANDERSON LAW OFFICE'S MOTION FOR LEAVE TO EXCEED THE TWENTY PAGE LIMITATION

Anderson Law Offices ("ALO") moves this Court pursuant to Local Rule 7.1(a)(2) for leave to exceed the specified page limit by five pages, for a total of twenty-five pages, in order to adequately object to the Recommended Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs by the Court Appointed External Review Specialist.

As grounds, ALO offers that the enormous record and complicated nature of these proceedings has made compliance with the 20-page limit impossible. As well, the FCC and objectors Mazie Slater and Kline & Specter, P.C. have each filed briefs in excess of the page limit. Granting such leave will permit ALO to aid the court by offering a comprehensive view of the issues, will not delay these proceedings, and will unduly prejudice no party.

Respectfully Submitted,

*s/Richard L. Gottlieb*
Richard L. Gottlieb, Esq. (WV# 1447)
Webster J. Arceneaux, III, Esq. (WV# 155)
**LEWIS GLASSER PLLC**
300 Summers Street, Suite 700
Charleston, West Virginia 25301
(304) 345-2000
rgottlieb@lewisglasser.com
wjarceneaux@lewisglasser.com

*s/Paul W. Flowers*
Paul W. Flowers, Esq. (#0046625)
Louis E. Grube, Esq. (#0091337)
**PAUL W. FLOWERS CO., L.P.A.**
Terminal Tower, Suite 1910
50 Public Square
Cleveland, Ohio 44113
(216) 344-9393
pwf@pwfco.com
leg@pwfco.com

*Attorneys for Anderson Law Offices*