**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO** | **Master File No. 2:12-MD-02327**<br>**MDL No. 2327**<br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |
|---|---|

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41. No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s *Seth S. Webb*
Seth S. Webb
Brad Elkin
Brown & Crouppen
211 North Broadway
Suite 1600
St. Louis, MO 63102
(314) 421-0216
sethw@getbc.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson____
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| *Civil Action No.* | *Case Name* |
|---|---|
| 2:16-cv-04672 | Alma J. Jacobsen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04668 | Amanda G. Frost; Franklin Frost vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02316 | Annette Kay Brown-Childers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04723 | Annette Montandon; David Montandon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29838 | Barbara B. Smith vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11793 | Barbara Tidwell; Gene Tidwell vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-02374 | Beatrice Boyer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04674 | Bev Jenkins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10922 | Bonnie Kotsybar vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-01282 | Carol L. Jackson; Charles Jackson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24611 | Carolyn E. Campbell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04727 | Catherine Sawyer; Peter Sawyer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07306 | Cheryl McMahon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-12573 | Dale Rorrer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04734 | Deborah Ramsdell; Paul Ramsdell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04719 | Debra Gaylord vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04673 | Denise L. Jauernic; Donald Jauernic, Jr. vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04662 | Denise R. Dement; Ronald Dement, Sr. vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10085 | Diane Beagle; Walter Beagle vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-10494 | Donna McCormack Kamper; Kevin Kamper vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11723 | Eleanor Payne vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11732 | Ellen Broas Stephen T. Broasvs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10802 | Heather Savage; Christopher Savage vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04664 | Janet E. Elkins; George Elkins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04652 | Janet P. Brookman; George Brookman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01879 | Jean Ann Landers; Ronald Marc Landers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01310 | Joan Burk James J. Burkvs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14491 | Judith L. Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00465 | Karen K. Sanders; Kent Sanders vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03670 | Kathleen Ann Moore vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-23129 | Kathleen Finseth; Duane Finseth vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-25413 | Kathy Lee; James Lee vs. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-23603 | Kim Stranger; William Stranger, Jr. vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-10498 | Lawanda Witherspoon; Steven Witherspoon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04981 | Linda Barth vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10490 | Linda L. Schulte vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08024 | Lisa J. Nagy; Timothy Nagy vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00796 | Loraine Fennessy, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00786 | Lynne L. Rash; Allen Rash vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04650 | Margaret R. Bogert; Richard Bogert vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14374 | Marilyn Hicks; Alan Hicks vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-01904 | Mary Beins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00398 | Melissa Pelkey; William Pelkey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06632 | Nadine D. Rowland vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07141 | Nakia Lewis; James Lewis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14380 | Nancy Mulkey; Gerald Mulkey vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-06830 | Nancy Woodard vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04649 | Norma L. Bledsoe vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10930 | Pamela Nilson; Edward Nilson vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-08157 | Patricia A. Cofield vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16301 | Paula Pelletier; Donald Pelletier vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-04718 | Penelope Corkery; Allen Corkery vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04665 | Raimey D. Ewens; Jeff Ewens vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10497 | Roberta K. Rollins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04666 | Rosemary T. Ferrario, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11576 | Sabrina Y. Porter vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03090 | Sally Ann Beal vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09271 | Sandra Toepfer; Mark Toepfer vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17473 | Sharon Elaine Applewhite vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10154 | Sharon Heitkamp vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-04651 | Stacy N. Boyens vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04661 | Sue A. Colson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03229 | Sue Furlow vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04669 | Theresa Gilsdorf; Frank Gilsdorf vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06100 | Tracy Ann Williams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16864 | Vickie Bass; Jerry Bass vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11275 | Virginia Farris vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07889 | Kassandra Greenwood; Cody Greenwood vs. Ethicon, Inc.; Ethicon, LLC; |

| | |
|---|---|
| | Johnson & Johnson |