**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41. Other defendants remain and the case should remain open. Each party shall bear her or its own costs.

Respectfully submitted,

/s *Alexandra V. Boone*
Alexandra V. Boone
Les Weisbrod
Miller Weisbrod
11551 Forest Central Drive
Suite 300
Dallas, TX 75244
(214) 987-0005
aboone@millerweisbrod.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:13-cv-21283 | Beverly J. Cable vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation |
| 2:13-cv-21283 | Beverly J. Cable; vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation |
| 2:13-cv-22086 | Deborah J. Gee vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation; |
| 2:13-cv-04866 | Dorothy G. Childs vs. Ethicon, Inc.; Johnson & Johnson; C.R. Bard, Inc.; Tissue Science Laboratories Limited |
| 2:13-cv-14263 | Margie G. Blackwell vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-27265 | Martha S. Cantu vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation |
| 2:13-cv-21896 | Paula Fay Rentfro vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation |
| 2:13-cv-21306 | Robin K. Hacker vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation; |
| 2:14-cv-17975 | Senaida Garcia vs. Ethicon, Inc.; Ethicon US, LLC; Ethicon Endo-Surgery, Inc.; Johnson & Johnson Consumer Companies, Inc.; Marie-Blanche Nana Tchetgen; Marie-Blanche Tchetgen, M.D. P.A., Urology Associates of North Texas, P.L.L.C. |

45825374.v1