# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41. No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s *Alexandra V. Boone*
Alexandra V. Boone
Miller Weisbrod
11551 Forest Central Drive
Suite 300
Dallas, TX 75244
(214) 987-0005
aboone@millerweisbrod.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Name |
|---|---|
| 2:13-cv-21901 | Aimee S. Kuk vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20744 | Angela R. Strozyk v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21820 | Antoinette M. Virgilio v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22544 | Barbara J. LaBelle vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12112 | Betty J. Potter v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09206 | Betty L. Leseure v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-08126 | Bonita P. Caskey vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-08242 | Brenda Shell vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-10974 | Cassandra Cathey vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-07063 | Cheryl Renfro vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-22994 | Cornelia A. Clendon vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-21824 | Cynthia L. Boris vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05713 | Cynthia S. Dawson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28329 | Davalda V. Ross vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-06506 | Debbie J. Harrell vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation; |
| 2:13-cv-20676 | Deborah G. Helmick vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10663 | Debra A. Warren v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05710 | Debra I. Hibbard vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20825 | Debra L. Walden v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-16227 | Debrah Montgomery v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16743 | Diana L. Baker vs. Ethicon, Inc.; Ethicon, LLC; |

|  | Johnson & Johnson |
|---|---|
| 2:13-cv-03017 | Diane M. Harpst vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16271 | Dianna J. Moore v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20804 | Donna J. J. Fisher v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20785 | Donna Lee Ryan vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-20747 | Doris C. Rodriguez vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-12842 | Edie Gise vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21965 | Elisa Rojas vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-24626 | Elvia Ortega v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26551 | Eva Lou Rhoads vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-13501 | Glenda Cabaniss vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-30249 | Gloria G. Manley, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13519 | Gloria G. Pritt v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17813 | Helen A. Frank v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07430 | Iris E. Vargas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22233 | Jacqueline L. Griffith vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-23697 | Janet Gucciardo vs. Ethicon, Inc; Johnson & Johnson |
| 2:13-cv-11257 | Janet L. Beddingfield vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14407 | Jayna R. Knowlton vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07464 | Jill D. Scoggins vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11692 | Joyceline Scott vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11706 | Judy E. Ballew vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-00588 | Karen L. Rachiele v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-13452 | Kathleen M. Marthaler v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07455 | Kathleen M. Wagner v. Ethicon, Inc.; Johnson & |

|  | Johnson |
|---|---|
| 2:15-cv-16212 | Kimberly L. Valenzuela v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-05696 | Laura A. Pasquini-Luisi v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09641 | Laura M. Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14643 | Linda Clementson vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-12874 | Linda Darville v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-28344 | Lisa M. Dillon v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-04315 | Lisa M. Leider vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21346 | Lisa M. West vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24822 | Lissa Diaz v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09511 | Louan L. Foldenauer v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13469 | Louise Baker vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21314 | Lucinda M. Ward v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09499 | Marie B. Toro v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14648 | Marilyn E. Ferguson v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-09124 | Marjorie Williams vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25685 | Martha L. Ibarra vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-08118 | Mary B. Billion vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-05372 | Mary Denise D. Fiveash v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-11297 | Mary H. Birdwell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-00780 | Mildred Regal vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-24842 | Miriam P. Guajardo vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05423 | Myrtle A. Shadd vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-02759 | Nancy K. Westfall vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| 2:13-cv-26894 | Nancy Tulenko v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-04323 | Ora L. Tatum v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23356 | Patricia K. Fitch v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |