# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41.  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| /s *Alexandra VS. Boone* | /s/ William M. Gage |
| Alexandra VS. Boone | William M. Gage (MS Bar #8691) |
| Les Weisbrod | Butler Snow LLP |
| Miller Weisbrod | 1020 Highland Colony Parkway |
| 11551 Forest Central Drive | Suite 1400 (39157) |
| Suite 300 | P.O. Box 6010 |
| Dallas, TX 75244 | Ridgeland, MS 39158-6010 |
| (214) 987-0005 | (601) 985-4561 |
| aboone@millerweisbrod.com | william.gage@butlersnow.com |
| *Counsel for Plaintiffs* | |

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

## EXHIBIT A

| Civil Action No. | Case Name |
|---|---|
| 2:15-cv-02854 | Paula Munos vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-04338 | Peggy J. Crom vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14155 | Peggy J. Woodruff vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11963 | Rachel F. Freeman vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20840 | Rebecca R. Davis vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-23646 | Rhonda J. Welte vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-15566 | Rose Petrea vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14644 | Rosemarie Evans vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-02071 | Ruth O'Brien vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03252 | Sheila D. Newman vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-29455 | Sherry Frankel vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-05830 | Sherry L. Boudro vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-04420 | Shirley A. Woodliff vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28827 | Sonja D. Gaines vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-02741 | Spencer S. Gall vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06544 | Susan D. Steel vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06636 | Suzanne R. Moore vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-21855 | Terry A. Tobias vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05670 | Theresa M. Bracamonte vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14937 | Theresa M. Bullion vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-13755 | Tonie G. Tiedeman vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-11301 | Tonya A. Perdue vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-12324 | Venita B. Thompson vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05417 | Virginia O'Malley vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-01062 | Constance W. Duckworth, et al vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00612 | Joella Christine Rodriguez; Saul Rodriguez vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00117 | Natasha Marcum vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-01366 | Pamela Hanko vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33366 | Andrea Claus; David Claus vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

46317902.v1