**EXHIBIT B**

| Firm | Hours Allowed | Fee Allocation | Blended Average Hourly Rate |
|---|---|---|---|
| Clark Love | 47,226.50 | $43,136,878.75 | $913.40 |
| Blasingame Burch | 63,719.30 | $54,000,878.40 | $847.48 |
| Motley Rice | 60,253.34 | $46,531,878.75 | $772.27 |
| Frankovitch Anetakis | 1,524.75 | $1,109,999.80 | $727.99 |
| Wagstaff Cartmell | 56,621.10 | $36,945,751.50 | $652.51 |
| Aylstock, Witkin | 43,932.50 | $26,311,250.00 | $598.90 |
| The Burnett Law Firm | 10,490.35 | $4,922,750.00 | $469.26 |
| Lockridge Grindal | 15,871.50 | $5,904,999.98 | $372.05 |
| Bernstein Liebhard | 3,951.50 | $1,392,331.50 | $352.36 |

KEY:
GREEN = THE FCC FIRMS