**EXHIBIT C**

|   | **FCC Firm** | **Hours Allowed** | **Fee Allocation** |
|---|---|---|---|
| 1 | Clark Love | 47,226.50 | $43,136,878.80 |
| 2 | Blasingame Burch | 63,719.30 | $54,000,878.40 |
| 3 | Motley Rice | 60,253.34 | $46,531,889.20 |
| 4 | Frankovitch Anetakis | 1,524.75 | $1,110,000.00 |
| 5 | Wagstaff Cartmell | 56,621.10 | $36,945,751.50 |
| 6 | Aylstock, Witkin | 43,932.50 | $26,311,250.00 |
| 7 | The Burnett Law Firm | 10,490.35 | $4,922,750.00 |
| 8 | Lockridge Grindal | 15,871.50 | $5,905,000.00 |
|   |   |   |   |
| **Totals** |   | **299,639.34** | **$218,864,397.90** |

| | | |
|---|---|---|
| **FCC Weighted Average Blended Hourly Rate** <br> **(Total Fee Allocation to FCC divided by Total Hours Allowed for FCC)** | $ | 730.43 |