# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41.  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s *Douglas R. Plymale*
Douglas R. Plymale
Dugan Law Firm
One Canal Place
365 Canal Street
Suite 1000
New Orleans, LA 70130
(504) 648-0180
drplymale@dugan-lawfirm.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:15-cv-04176 | Elizabeth Schwab; Jeffrey A. Schwab vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13137 | Sheryl Ann Rice vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03341 | Stacie Shupe vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05265 | Angela Ferguson; Al Ferguson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11464 | Deborah Malotte; Michael W. Malotte v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14300 | Dorothy Loucks v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-06388 | Ethel Davis v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23907 | Lynda Merck v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08970 | Sarabeth Epperson; John J. Epperson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02680 | Sharon G. Meyer; Steven J. Meyer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04174 | Terry Manning; Paul Manning v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02644 | Amanda Jordan; Vernon Jordan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02674 | Audra Owens; Brian Owens v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04155 | Corinne Barnes; Edward F. Barnes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05262 | Debra Pyle; Jerry Pyle v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11466 | Dianne Zingsheim; Frederick W. Zingsheim vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05266 | Erin Arroja; Marc Arroja vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05308 | Erin Jordan vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05267 | Julie Crable-Browning vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05283 | Linda Warren v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02679 | Lucila Azcona vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05996 | Lucinda Bernardes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23906 | Lucy Taravella v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06395 | Margaret Kerley vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-11465 | Nena Ann Worsham; Samuel D. Worsham vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05260 | Pamela D. Hunt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03224 | Pamela Homsher; William R. Homsher vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02675 | Patricia Palmer, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11458 | Rochelle Murphy Joseph vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02678 | Sheila W. Ledford vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06474 | Tammy Bell; Shandon Bell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07234 | Velma Youngs; Tim Youngs vs. Ethicon, Inc.; Johnson & Johnson |

46868200.v1