IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON INC
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-F and defendant American Medical Systems, Inc., ("AMS") jointly move the court to dismiss AMS without prejudice and terminate them from the docket of the court, parties to bear their own costs. Other defendants remain in this action, and plaintiffs will continue to pursue this action against them.

Respectfully:

/s/ Barbara Binis
Barbara Binis
Stephen J. McConnell
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
smcconnell@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ C. Todd Alley
C. Todd Alley
ALLEY CLARK & GREIWE
P. O. Box 3127
Tampa, FL 33601
813.222.0977 (phone)
813.224.0373 (fax)
talley@tampatriallawyers.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Michael Brandon Smith
Michael Brandon Smith
CHILDERS SCHLUETER & SMITH
Suite 100
1932 North Druid Hills Road
Atlanta, GA 30319
404.419.9500 (phone)
404.419.9501 (fax)
bsmith@cssfirm.com
*Attorney for Plaintiff on Exhibit B*

/s/ Regina S. Johnson
Regina S. Johnson
LOPEZ MCHUGH
214 Flynn Avenue
Moorestown, NJ 08057
856.273.8500 (phone)
856.273.8502 (fax)
rjohnson@lopezmchugh.com
*Attorney for Plaintiffs on Exhibit C*

/s/ Alan S. Lazar
Alan S. Lazar
MARLIN & SALTZMAN
Suie 208
29229 Canwood Street
Agoura Hills, CA 91301
818.991.8080 (phone)
818.991.8081 (fax)
alazar@marlinsaltzman.com
*Attorney for Plaintiffs on Exhibit D*

/s/ Gregg A. Anderson
Gregg A. Anderson
TERRY BRYANT
Suite 100
8584 Katy Freeway
Houston, TX 77024
713.973.8888 (phone)
713.973.1188 (fax)
gregg@terrybryant.com
*Attorney for Plaintiff on Exhibit E*

/s/ Douglas Robert Plymale
Douglas Robert Plymale
PLYMALE LAW FIRM
Suite 2500
201 St. Charles Avenue
New Orleans, LA 70170
504.355.0092 (phone)
504.662.3801 (fax)
drplymale@plymalelawfirm.com
*Attorney for Plaintiffs on Exhibit F*

Dated:  April 1, 2019

## EXHIBIT A – ALLEY CLARK & GREIWE

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-cv-02858 | Trudy C. Chianciola, Joseph Chianciola v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – CHILDERS SCHLUETER & SMITH

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-cv-03932 | Theresa Bowen v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – LOPEZ MCHUGH

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-cv-00548 | Sharon Koppenhaver, David Koppenhaver v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT D – MARLIN & SALTZMAN

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:12-cv-09490 | Susan Marston, Dale Marston v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., |

## EXHIBIT E – TERRY BRYANT

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:13-cv-08058 | Theresa Freeman v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., |

## EXHIBIT F – PLYMALE LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-13235 | Celeste Marie Zbiegien v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:16-cv-02676 | Christina M. Petrucci v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis