IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2325 |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2387 |
| IN RE: COOK MEDICAL, INC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2440 |
| IN RE: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL No. 2511 |

*THIS DOCUMENT RELATES TO ALL CASES*

**MOTION TO EXCEED PAGE LIMIT FOR COMMON BENEFIT FEE AND COST COMMITTEE'S OMNIBUS RESPONSE TO THE OBJECTIONS TO THE <u>RECOMMENDED ALLOCATIONS OF THE EXTERNAL REVIEW SPECIALIST</u>**

COME NOW the undersigned members of the Common Benefit Fee and Cost Committee ("FCC") and move the Court, pursuant to Local Rule 7.1(a)(2), for leave to exceed the page limit

specified under L.R. 7.1(a)(2) for their Omnibus Response to the Objections to the Recommended Allocations of the External Review Specialist (the "Omnibus Response"), and in support thereof respectfully show as follows:

1. The FCC acknowledges the admonition of the Court's Local Rule 7.1(a)(2) that motions to exceed page limitations are disfavored and will be denied absent a showing of good cause. The FCC respectfully submits that good cause exists here in light of the scope and import of the issues for all related MDLs. The FCC's proposed Omnibus Response will address the objections of four separate Participating Counsel (the "Objectors"), each of which filed separate objections. *See* Anderson Law Office's Objections to Common Benefit Fee Allocation and Reimbursement of Cost Recommendations; Bernstein Liebhard LLP's Objection to the Attorney Fee Allocation; Objection of Kline & Specter, P.C. to the Recommended Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs by Former Judge Stack; Mazie Slater's Objection to Recommended Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs. In addition, a fifth objection was filed by a non-lawyer, to which the FCC intends to response. *See* Lana C. Keeton Objection to Fee and Cost Committee Recommendation and to External Review Advisor Judge Daniel Stack Recommendation of Allocation of Funds.

2. The Objectors' briefing totals 104 pages exclusive of affidavits and other supporting materials, and the scope of the subject matter as well as the time periods involved is vast.

3. Further, because many of the arguments advanced by the law firm Objectors contradict each other and are otherwise intertwined, and in the interests of efficiency and judicial economy, the FCC proposes to file a single Omnibus Response to the Objectors.

4. Based on the foregoing, and for good cause shown, the FCC respectfully moves the Court for leave to exceed the Court's page limitation for the FCC's Omnibus Response to the Objections to the Recommended Allocations of the External Review Specialist, not to exceed seventy-five (75) pages.

DATED: April 1, 2019

Respectfully submitted,

THE COMMON BENEFIT FEE AND COST COMMITTEE

By: */s/ Henry G. Garrard, III*
Henry G. Garrard, III
hgarrard@bbga.com
Chairman of the Fee & Cost Committee

BLASINGAME, BURCH, GARRARD & ASHLEY
P.O. Box 832
Athens, GA 30603
706-354-4000

*/s/ Renee Baggett*
Renee Baggett
RBaggett@awkolaw.com

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
17 East Main Street, Suite 200
Pensacola, FL 32502
850-202-1010

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
rburnett@rburnettlaw.com

BURNETT LAW FIRM
3737 Buffalo Speedway, Suite 1850
Houston, TX 77098
832-413-4410

*/s/ Thomas P. Cartmell*
Thomas P. Cartmell
tcartmell@wcllp.com

WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100

|  |  |
|---|---|
|  | */s/ Clayton A. Clark* <br> Clayton A. Clark <br> CClark@triallawfirm.com |
| CLARK, LOVE & HUTSON, G.P. <br> 440 Louisiana Street, Suite 1600 <br> Houston, TX 77002 <br> 713-757-1400 |  |
|  | */s/ Yvonne M. Flaherty* <br> Yvonne M. Flaherty <br> ymflaherty@locklaw.com |
| LOCKRIDGE GRINDAL NAUEN P.L.L.P. <br> 100 Washington Avenue S., Suite 2200 <br> Minneapolis MN  55401 <br> 612-339-6900 |  |
|  | */s/ Carl N. Frankovitch* <br> Carl N. Frankovitch <br> carl@facslaw.com |
| FRANKOVITCH, ANETAKIS, SIMON, DECAPIO & PEARL, LLP <br> 337 Penco Road <br> Weirton, WV 26062 <br> 304-723-4400 |  |
|  | */s/ Joseph F. Rice* <br> Joseph F. Rice <br> jrice@motleyrice.com |
| MOTLEY RICE LLC <br> 28 Bridgeside Blvd. <br> Mt. Pleasant, SC 29464 <br> 843-216-9000 |  |
|  | */s/ William H. McKee, Jr* <br> William H. McKee, Jr <br> bmckee@suddenlink.net |
| 3041 Knotty Pine Dr. <br> Pensacola, FL 32505 <br> 304-546-2347 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019, a true and correct copy of the foregoing *Motion to Exceed Page Limit for Common Benefit Fee and Cost Committee's Omnibus Response to the Objections to the Recommended Allocations of the External Review Specialist* was served via electronic filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF counsel of record.

                                       */s/ Henry G. Garrard, III*
                                       Henry G. Garrard, III
                                       Chairman
                                       The Common Benefit Fee and Cost Committee