**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41.  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s *Jon C. Conlin*
Jon C. Conlin
Cory Watson
Cory Watson
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205
(205) 328-2200
TVMInfo@corywatson.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Name |
|---|---|
| 2:13-cv-15567 | Angela Richards Ellis; Benjamin Edgar Ellis v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17969 | Ann Marie Sexton; Larry R. Sexton vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14005 | Audrey Locklear v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-05148 | Bertha Wolfe; Clarence Wolfe vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-01479 | Beverly Lasster vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14841 | Carol Barber; Richard Lee Barber, Sr. vs. Ethicon LLC; Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14376 | Carolyn Charles; Woodrow Charles vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14376 | Carolyn Charles; Woodrow Charles vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11311 | Carolyn Elaine Floyd; Robert Allen Floyd v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-01831 | Carolyn Holland vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05809 | Christine Prevatte v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11324 | Cindy Peling v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-13191 | Cynthia Buschagen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15921 | Dana R. Spierings; Darrin R. Spierings v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14253 | Dawn M. Young vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13963 | Debora Lynn Yount vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17955 | Deborah Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14804 | Debra Clingenpeel; Patrick E. Clingenpeel, Sr. vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14985 | Donna Ahlborn; Bruce Ahlborn vs. Ehicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26033 | Donna Ann Knott; Larry Thomas Knott vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-18003 | Donna D. Willis; Jonathan Willis, Jr. vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29659 | Eleanor Kay Killian; James Edwin Killian vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17332 | Elizabeth G. Scoggin; Alton C. Scoggin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-13960 | Else Brickhaus; Richard Brickhaus vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-00787 | Frances Kyzer; Charles Kyzer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14876 | Janet Jackson Adams vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-15261 | Janet Jones Jordan; Ricky Dale Jordan vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-01853 | Janet Moon v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18177 | JoAnn Tiemann v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18440 | Judith K. Weir; Richard E. Weir vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-12846 | Kathy Davis v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17351 | Kathy Martin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-06705 | Kelly Lynn Linck; Gerard Michael Linck v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-16089 | Kim L. Holston; Bobbie Holston, Jr. vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-19654 | Kohner Leigh Palardy; Dana Patrick Palardy v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17967 | Linda Katherine Dean; David A. Dean v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11957 | Linda Flannery; Lonnie Flannery v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-12905 | Lois M. Sellers; William B. Sellers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14241 | Loralyn Marie Shore; Ryan Shore vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17186 | Lydia Lenahan; Jeffrey Mark Lenahan v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-09731 | Marie Masseria v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14844 | Marolyn Kaye Avery; Val Martin Avery vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-19877 | Marsha Burnette Melton Baird Burnettevs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07526 | Mireille Saint-Juste vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17462 | Rebecca Costa Brian A. Costavs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-04176 | Sandy Dismukes; Ronald Dismukes, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22418 | Sawsan J. Odeh; Hasan Odeh v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15693 | Shirley Louise Peterson; Dale William Peterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03168 | Shirlisa R. Yelling vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17891 | Stephannie L. Kirk; Keith Kirk v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31440 | Sueann Lehner; Steven Lehner v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14706 | Tammy S. Steele; Michael Wayne Steele v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02848 | Vivian Fannin; David Fannin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04095 | Delores H. Glover vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18558 | Louanna Goldrick vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-07056 | Marlo Fuller vs. Ethicon, Inc.; Johnson & Johnson |

| 2:15-cv-15920 | Nancy A. Gilmore; Harold Gilmore vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-08251 | Patsy L. Harris; Lonnie M. Harris vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-00587 | Stephanie Hart Gregory vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |