# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41. No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| /s *Brandon H. Steffey*<br>Brandon H. Steffey<br>Jensen & Associates<br>1024 North Main Street<br>Fort Worth, TX 76164<br>(817) 337-0762<br>bhs@kjensenlaw.com<br>*Counsel for Plaintiffs* | /s/ William M. Gage<br>William M. Gage (MS Bar #8691)<br>Butler Snow LLP<br>1020 Highland Colony Parkway<br>Suite 1400 (39157)<br>P.O. Box 6010<br>Ridgeland, MS 39158-6010<br>(601) 985-4561<br>william.gage@butlersnow.com |

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:13-cv-17393 | Maria Jo Shaffer vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-09404 | Barbara L. Kersey; William B. Kersey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19075 | Belinda Murray, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17355 | Brenda E. Flower v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17360 | Dawna L. Knight; Eric D. Knight vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17380 | Donna F. Perry, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17340 | Donna Lee Bailey vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-22258 | Jerry Ann Hardiman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17363 | Jo Ann Manning, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-21700 | Karen Lane vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17373 | Kimberly Jo Nygaard, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17346 | Kristine Kay Benson; Bradley T. Benson vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22714 | Linda C. Wilson vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-09226 | Lisa McManus, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17358 | Maria I. King; Rodney King vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17394 | Melissa Ann Soderlund, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17397 | Miami Jean Stephens, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-20246 | Norma Munguia v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17408 | Patricia A. Whitehead vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-20230 | Peggy E. Disbrow, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17352 | Rachel Cupp vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17352 | Rachel Cupp;  vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-22172 | Raye M. Burkhardt vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-09402 | Teri L. Benjamin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17357 | Vivienne O. Keplinger vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

46317902.v1