# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION  MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Defendant without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7633] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Boston Scientific Corporation ("BSC"). The Motion seeks an order granting dismissal of the BSC defendant without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the BSC defendant is **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the BSC defendant from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 2, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 16-cv-04959 | ASAY, Nancy Lee vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 16-cv-02995 | MILES, Arlene vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 16-cv-07847 | SCOTT, Jennifer and Jimmy Scott vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 17-cv-00909 | SWANEY, Mary vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |