# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41. Other defendants remain and the case should remain open. Each party shall bear her or its own costs.

Respectfully submitted,

/s *Bryan F. Aylstock*
Bryan F. Aylstock
Aylstock Witkin Kreis & Overholt
17 E. Main St., Ste. 2000
Pensacola, FL 32502
(850) 202-1010
baylstock@awkolaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

## EXHIBIT A

| Civil Action No. | Case Name |
|---|---|
| 2:14-cv-07597 | Annie Louise Pruetz v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-25557 | Barbara Kay Broussard;  vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-05685 | Barrie Southall v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-01980 | Brenda Sue Lindsey v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-31963 | Angela L Banks vs. Ethicon, Inc.; Johnson & Johnson; C. R. Bard, Inc.; Tissue Science Laboratories Limited |
| 2:15-cv-07897 | Brenda Weaver vs. Ethicon, Inc.; Johnson & Johnson; C.R. Bard, Inc.; Tissue Science Laboratories Limited |
| 2:14-cv-07918 | Camille T. Miron v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-07596 | Carol Coffey Jarvis vs. Ethicon, Inc.; Johnson & Johnson; C.R. Bard, Inc.; Tissue Science Laboratories Limited, Sofradim Production SAS |
| 2:16-cv-01918 | Carol Jenkins vs. Ethicon, Inc.; Johnson & Johnson; C.R. Bard, Inc.; Tissue Science Laboratories Limited |
| 2:16-cv-08267 | Cathy L. Browning vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-01910 | Christine A. Eastburg v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:12-cv-05660 | Cynthia Kaye Davis v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-08826 | Dabney Kerr Smith v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-07405 | Deborah Jean Bell; Richard G. Bell vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-09047 | Debra Lyn Bell vs. Ethicon, Inc.; Johnson & Johnson; C. R. Bard, Inc.; Tissue Science Laboratories Limited |
| 2:14-cv-08451 | Diane F. Guthrie vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-09052 | Dollie Mae Byrd vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-05665 | Dorothy Ann Reynolds vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-08132 | Edna Katherine Shreffler vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |

45825374.v1

| | |
|---|---|
| 2:13-cv-27036 | Eileen R. Phelan vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-25669 | Gracie Ann Lacey vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation; |
| 2:12-cv-03919 | Ina Owens vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-07939 | Janet J Scott vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-06017 | Janice S. Van Bibber vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-07615 | Jennifer Doska Thomas vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-05908 | Jennifer J. Shillito vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:12-cv-08907 | Joyce Arlene Davis vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-08167 | Karen Lea McEvoy vs. Ethicon, Inc.; Ethicon, LLC; Boston Scientific Corporation |
| 2:15-cv-03120 | Linda Thompson-Herbert vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-06863 | Lisa Apilado vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-08706 | Loretta C. Hill vs. Ethicon, Inc.; Johnson & Johnson; C. R. Bard, Inc.; Tissue Science Laboratories Limited |
| 2:14-cv-07426 | Lorianna M. Easley vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-08906 | Margaret W. Powers vs. Ethicon, Inc.; Johnson & Johnson; C.R. Bard, Inc.; Tissue Science Laboratories Limited |
| 2:14-cv-07440 | Marsha Luanne Henderson vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-06353 | Melissa Hall vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation; |
| 2:13-cv-29765 | Melissa M. Marshall vs. Ethicon, Inc.; Johnson & Johnson; C.R. Bard, Inc.; Tissue Science Laboratories Limited |
| 2:14-cv-26294 | Michele Marie Hansen vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-00693 | Norma Ross vs. Ethicon, Inc.; Johnson & Johnson; C. R. Bard, Inc.; Sofradim Production SAS |
| 2:14-cv-08430 | Pamela S. Fellion v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:12-cv-00751 | Raquel De La Torre, et al v. Ethicon, Inc.; Johnson & Johnson; American Medical Systems, Inc. |
| 2:14-cv-07421 | Ruth Delores Cobern vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-02616 | Sherry L. Shackles vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |

| 2:14-cv-26701 | Sue Ann Mackin v. Ethicon, Inc.; Johnson & Johnson; Tissue Science Laboratories Limited |
| --- | --- |
| 2:14-cv-08699 | Tammera Kaye Heiberger vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-01973 | Tammy Renee Gettys vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-08323 | Tanya J. Benitez vs. Ethicon, Inc.; Boston Scientific Corporation |