# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41. No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s *Bryan F. Aylstock*
Bryan F. Aylstock
Aylstock Witkin Kreis & Overholt
17 E. Main St., Ste. 2000
Pensacola, FL 32502
(850) 202-1010
baylstock@awkolaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage


# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:14-cv-20991 | Abigail Rose Henson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08139 | Alaina M Meister vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01903 | Albertha Louise Brown;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08859 | Alflita Verle Smith vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07919 | Alice J Muskey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01412 | Alice R. Helms vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08657 | Alicia D Bergeron; Noel B. Bergeron vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08103 | Allison Nethaway Dull vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08074 | Alyson Marie Jagoe vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05530 | Amanda LeAnn Blevins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07428 | Amber Nicole Lucas vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05768 | Ambra L. Lopez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07810 | Amelia Stone Boggs vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11413 | America Tirado vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24431 | Amy Dean Nichols vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-02605 | Amy Hebbler; Edward vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27122 | Amy Nicole Mackanick vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-06892 | Ana Martinez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11063 | Andra Marie Miller vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-19978 | Andrea J. Summers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08705 | Andrea Patrice Hill vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06880 | Angela Coward;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08279 | Angela Klinikowski vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01983 | Angela Martinez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08887 | Angela McNeely vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09158 | Anita Louise Whitlock-Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04520 | Ann Bowens vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05754 | Ann K. Gerard vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12139 | Ann M. Dicus vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05055 | Ann Michelle Boline vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07589 | Anna M. Dean vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06872 | Anna Maria Nieuwsma vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27137 | Anna Marie Sweeting vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-04524 | Anne Hanzel vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07306 | Annette Lynn Voorhees vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11529 | Antonia Jimenez; Juan Jimenez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08408 | Arlene Kay Stephens vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07934 | Arlene Marie Rhen vs. Ethicon, Inc.; Johnson & Johnson |

46317902.v1

| | |
|---|---|
| 2:14-cv-09019 | Auberia Belinda Bradley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05650 | Aughtary S. Murray vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28745 | Barbara A. Glaze vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20994 | Barbara A. O'loughlin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08834 | Barbara Ann Weiss vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08418 | Barbara J. DuVall vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20677 | Barbara J. Smith vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08131 | Barbara Jean Sheets vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20989 | Barbara Jean Still vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06894 | Barbara Martino vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06635 | Barbara VS. Jones vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08153 | Beatrice Lorraine Morgan vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09054 | Belinda J. Cole vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08731 | Bernice Alice Corbitt;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08449 | Beth A. Garbe Dresden vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04526 | Beth Ann Klingler vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08847 | Betsy G. Morgan vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31100 | Betsy L. Church;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02923 | Betty A. Furgison vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09456 | Betty Jo Coston vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-06139 | Betty Jo Jones vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09180 | Betty Rey Lozano vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-00121 | Betty Rogers; Charles Rogers vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-07292 | Beverly J. Fitzsimmons vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01963 | Beverly P. Burch vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01963 | Beverly P. Burch;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05116 | Bobbie J. Belew vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05844 | Bobbie Rose Gibbons vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02560 | Bonita Yvonne Dow vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05794 | Bonnie C. Gray vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28746 | Bonnie Katherine Gonzalez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33193 | Bonnie L. Oehler vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09137 | Bonnie R. Simon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07732 | Brenda E. Sykes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26294 | Brenda J. West vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-05816 | Brenda Joyce Hobbs vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08908 | Brenda K. Rose vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03097 | Brenda Kaye Donarski vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11522 | Brenda Latrelle Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06089 | Brenda Louise Lavallee vs. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-03123 | Brenda VS. Tune vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29381 | Bridget A. Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-32729 | Bridget I Brozyna vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06927 | Burma Turner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07297 | Christine L. Hubel vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01885 | Candace Alexandria Payne vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07716 | Candace Alman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26703 | Candice Holder vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08519 | Carol Ann Berry vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29771 | Carol J. Quintin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03706 | Carol Lee Shepherd vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09018 | Carol Sue Boyd vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06081 | Carol W. Jacobs vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05727 | Carol Walkowiak vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05649 | Carolyn Ann Motley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07594 | Carolyn Elaine Morris vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07627 | Carolyn Elaine Wallace vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31099 | Carolyn K. Butler vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09023 | Carolyn Kay Childress vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09023 | Carolyn Kay Childress;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06930 | Carolyn Whitley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08780 | Caryn Jean Rogers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01997 | Catherine A. Williams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28682 | Catherine Dumas vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-23525 | Catherine Mary Laurita vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08009 | Cathy Jo Hackman vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-07899 | Cecile Y. Jones vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07739 | Charlene M Fritch vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02953 | Charlene Murphy vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08688 | Charlene S Gleason vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14073 | Charlotte D. Morris vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-34005 | Charlotte Land; Clint Land vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-07972 | Cheri L. Glanton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05655 | Cherise Lynn Payton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04528 | Cheryl Ann Nielsen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07836 | Christie Adams Faulkner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26013 | Christine Hyde Palochik vs. Ethicon, Inc.; Ethicon Women's Health; Urology; Gynecare; Ethicon, LLC; John Does 1-20 |
| 2:16-cv-05902 | Christine J. Manenkoff vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29164 | Christine L. Rixen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33364 | Christine Marie Galarneau vs. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-26655 | Christine Oroff vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06936 | Christine Williams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09172 | Christy Lee Arbelius vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08218 | Christy Rose Rodriguez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02951 | Cindy L. McGaughy vs. Ethicon, Inc.; Ethicon, LLC |
| 2:14-cv-09075 | Clara M. Hansen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07096 | Clara Reiss vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08708 | Clarice Hudson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-10453 | Clydette L. Parks vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09055 | Colleen A Collins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08001 | Colleen Sue Fairweather - Kelly vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02539 | Connie Castleberry vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05632 | Connie DiVenti vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27363 | Connie J. Wilson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26707 | Connie L. Kohring vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08324 | Connie Sue Boltz vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07582 | Constance M. Coleman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09141 | Cynthia Ann Simpson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02938 | Cynthia B Huebner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08349 | Cynthia Christine Cominsky vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-00123 | Cynthia Jeanne Hargrave; John vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08864 | Cynthia Joy Wilbanks vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01965 | Cynthia L. Cooper William M. Cooper vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08113 | Cynthia L. Lovato vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09131 | Cynthia L. Rowe vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01904 | Cynthia N. Buffaloe vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01273 | Cynthia Pettigrew vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29792 | Dagmar G. Dulworth vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07677 | Danforth Marie Linkhart, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13002 | Danielle Seger vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01992 | Danna Trainer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15592 | Danusia Maria Davis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29770 | Daphne Kay Pratt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09048 | Daphny D. Blessing vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08006 | Darlene G. Guerin; Wesley Guerin vs. Ethicon, Inc; Johnson & Johnson |
| 2:14-cv-08303 | Darlene Starr Trent vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08503 | Dawn Deana Zalud vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08533 | Dawn Louise Cameron vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08162 | Dawn Nicole Hindman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08092 | Deana Lea Lopez vs. Ethicon, Inc.; Johnson & Johnson |

| 2:14-cv-08458 | Deanna Gaile Uddin vs. Ethicon, Inc.; Johnson & Johnson |
| --- | --- |
| 2:15-cv-05447 | Deanna L. Elkins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27133 | Deanna Lee Stevens vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08779 | Debbie Lynn Robinson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05059 | Deborah A. Chase vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07550 | Deborah A. Rice vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13004 | Deborah A. Sheard vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08143 | Deborah Ann Miller vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11954 | Deborah L. Hunckler vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05498 | Deborah S. Erickson vs. Ethicon, Inc.; Johnson & Johnson |