**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327** **MDL No. 2327** |
| **THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO** | **JOSEPH R. GOODWIN** **U.S. DISTRICT JUDGE** |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41.  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s *Bryan F. Aylstock*
Bryan F. Aylstock
Aylstock Witkin Kreis & Overholt
17 E. Main St., Ste. 2000
Pensacola, FL 32502
(850) 202-1010
baylstock@awkolaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court

using the CM/ECF system, which will send notification of this filing to CM/ECF participants

registered to receive service in this MDL.

/s/ William M. Gage

## EXHIBIT A

| Civil Action No. | Case Name |
|---|---|
| 2:15-cv-05364 | Deborah Sue Destaercke vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09069 | Debra A. Gallup vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-08023 | Debra A. Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08722 | Debra Ann Jenkins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08528 | Debra B. Caison vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07576 | Debra Elaine Betts vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09085 | Debra F. Jones vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05617 | Debra H. Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05662 | Debra H. Reber vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06071 | Debra L. Keplar vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26307 | Debra Lynn Samuels vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-07731 | Debra R. 'Debbie' Folkert vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06837 | Debra R. Pezoldt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28689 | Delores A. Beavers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05663 | Delores Reichgott vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25666 | Delores Yvonne Hopps vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03180 | Denise Jane Templeton/Chodos vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08332 | Denise Lynn Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06145 | Denise Lynn Kowalski vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01967 | Denise M. DeCandia, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03127 | Denise M. Windish vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07525 | Denise Renay Sheppard vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02617 | Denise Ward vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25668 | Diana Krzeminski; Stanley Krzeminski vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27128 | Diana Lee Spurlock-Elliott vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09029 | Diana Lynn Gardella vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07244 | Diane Marie Fritz vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08409 | Diane Marie Stoltz vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09061 | Dixie Lee Marie Dilley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07935 | Dolores Sosa Rios vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05495 | Donna Flores vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08685 | Donna Jean Ellis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07570 | Donna Kay Anderson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08678 | Donna Lynn Dent vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07546 | Donna Pappas Rosengarten vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08921 | Donna R. Wargel vs. Ethicon, Inc.; Johnson & Johnson |

| 2:14-cv-08462 | Donna S. Wagner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09149 | Doreen K Swisher vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05639 | Doreen M. King vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05414 | Doris J. Downing vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09034 | Dorita Elisabeth Ramsey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08494 | Dorothy Ann Welk vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06514 | Dorothy Eller Medlin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08340 | Dorothy M. Starner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08513 | Dorothy Mae Beal vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05666 | Dorothy Marie Reynolds vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06354 | Durinda K. Westerviller vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08903 | Dusty L. Peterson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-05189 | Eara Belle Hallford  vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08912 | Eileen M. Sobocinski vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09032 | Eileen Sharon Langholff vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26457 | Eileen Ubinas vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-06845 | Elayne N. Boehm; Charles W. Boehm vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08122 | Elena P Perez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07644 | Elisa Casanova vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03103 | Elizabeth Alice Gibson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04603 | Elizabeth Ann Beasley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02554 | Elizabeth Ann Cronin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05365 | Elizabeth Ann Henderson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24886 | Elizabeth Ann Plotts vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11527 | Elizabeth Annabelle Dorsey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29240 | Elizabeth Campos Olivo vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26715 | Elizabeth F Purkey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09077 | Elizabeth Gabriel Harrop vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07913 | Elizabeth Lacy Lobeda vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08857 | Elizabeth Louise Robinson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09915 | Elizabeth Radford Peterson, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08725 | Elsa C. Mares vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06423 | Elsie Martinez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05948 | Erin C. Gee vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08745 | Erlinda Elaine Estrada vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08049 | Estelita Ocampo Lajzerwicz vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08379 | Esther A. Terry Durdella vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01982 | Ethel Mae Macheel vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08899 | Ethna R. O'Hare vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08658 | Eula Bestman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06352 | Eva D. Garate vs. Ethicon, Inc.; Johnson & Johnson |

| 2:14-cv-07656 | Eva M Fontes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29758 | Evelyn S. Fleeman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14301 | Faye Miller vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08305 | Fleta Gamble Voigt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06903 | Florene Ruth Murphy vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12990 | Frances Holguin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04594 | Frances J. Armijo vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08404 | Frances Marie Spickelmier vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21000 | Frances Smith Hand vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12985 | Frankie M. Forney vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07821 | Gabriele Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06935 | Gail E. Henley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03115 | Gail Houston Lewis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08901 | Gail S. Parris vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08291 | Gale Lynn Adams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01984 | Georgette Petrina McCoy, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07818 | Georgianna M. Deuley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08818 | Geraldine Joyce Pritzl vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06425 | Geraldine Lyons vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03116 | Gillian Lien vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08102 | Gina M. Mazzochetti vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08479 | Ginger Nanette Nims vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05669 | Gladys Rodriguez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02921 | Glenda Gail Ellerman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08450 | Gloria M. Gray vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08115 | Graciela Luna vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12650 | Hannah B. Heary vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08504 | Heather Peline Zsarnay vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07845 | Helen L. Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07671 | Helen R. Saleeby vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06387 | Helena Maria Medeiros vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26679 | Holly Ann Hunt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07941 | Ima Jean Simpson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08710 | Jacquelin D Hurn vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-06583 | Jacqueline A. Ganak; George Ganak vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-01766 | Jacqueline M. Allen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15577 | Jamie Marchand vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07889 | Jamie VS. German vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05850 | Jana Hoffman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02615 | Jana K. Scott vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04544 | Jane A Allen vs. Ethicon, Inc.; Johnson & Johnson |

| 2:14-cv-07757 | Jane VS. Bartsch vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08698 | Janet Alma Hatcher vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00691 | Janet Flader vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08448 | Janet Foster Friesen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05906 | Janet L. Rhoads vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09026 | Janet Lea Dow vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07933 | Janet Marie Rayburn vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08882 | Janet Stephanie Lelo vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09135 | Janice D. Sawyer; David Sawyer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07645 | Janice Fallon Button vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07702 | Janis A. Willenbrink vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02949 | Janyce Luise Martin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13003 | Jean E. Seybert vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07798 | Jeanette G. Cochran vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14071 | Jeanette Mae McKimmy vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09022 | Jeanna Marie Chiappetta vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04607 | Jeanne Abbott-Goodwin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05500 | Jeanne M. Forker vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06075 | Jennifer Gail Jenkins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08855 | Jennifer K. Reyes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08463 | Jennifer Lee Watkins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06835 | Jennifer Mae Pruitt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08227 | Jenny Strickland vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07608 | Jerri Agnes Solan vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01975 | Jerri Henry vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05526 | Jessica M. Ahearn vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06426 | Jessica Marie Luce vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26671 | Jessie L. Gartner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05406 | Joan C. Fiorentino vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08088 | Joan E. Lewis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06419 | Joan M. Mitchell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09142 | Joan M. Slanec vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08683 | Joan Sybil Dufour vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08689 | Joann H. Godwin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05642 | Joann Martin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07703 | Joanne L. Yates vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33194 | Joanne M. Lavallee vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31102 | Joni T. Klein vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26452 | Josephine Dziarkowski vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09179 | Joy M. King vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09012 | Juanita K. Allen vs. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-09071 | Juanita R. Garza vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07199 | Judith Ann Beeler vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03102 | Judith Arline Getz vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05640 | Judith Mae Lundeen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25545 | Judy A. Bacon vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-03101 | Judy Ann Fouquette vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07931 | Judy Anne Radachy, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05437 | Judy Faye Frazier vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-08790 | Julie Ann Allen vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-30750 | Julie Ann Barr vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08714 | June Hill Cook vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07587 | Karen A. Davis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25671 | Karen Cruz Martinez vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08196 | Karen Denise Pierce vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09030 | Karen Lee Harrell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-32375 | Karen Louise Carey vs. Ethicon, Inc.; Johnson & Johnson |