# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41.  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s *Bryan F. Aylstock*
Bryan F. Aylstock
Aylstock Witkin Kreis & Overholt
17 E. Main St., Ste. 2000
Pensacola, FL 32502
(850) 202-1010
baylstock@awkolaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Name |
|---|---|
| 2:13-cv-32375 | Karen Louise Carey;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06513 | Karen M. Lutz vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25559 | Karen S. Cernetisch; Douglas Cernetisch vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-08397 | Karen S. Slayback vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06928 | Karen Wheeler vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04609 | Karen Y. Anderson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08220 | Karla Marie Rooney vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08358 | Karmane G Decker, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07949 | Kassandra Marie Van Arnem vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07547 | Katherin Kim Reves vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05283 | Katherine E. Baur vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07646 | Kathleen A. Thill vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-02272 | Kathleen Gail Harless vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08729 | Kathleen Jayne Conner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05058 | Kathleen M. Coolidge vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01129 | Kathleen M. Sheridan vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06402 | Kathleen R. Malone vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08380 | Kathleen Schmidt; Christopher Schmidt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31959 | Kathryn Jean Hansen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06905 | Kathryn Rasure vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05097 | Kathryn Rose Cabana vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08711 | Kathryn S. Carney vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05686 | Kathy J. Stark vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07961 | Kathy Lynn White vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05038 | Kathy Worley Cook vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07909 | Kelli S. Lewis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08075 | Kelly J. Jarvis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14377 | Kesha L. Banks vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07967 | Kimberly A. Gafford vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25561 | Kimberly Anne Colsher vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-07490 | Kimberly D. Campbell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07490 | Kimberly D. Campbell;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07287 | Kimberly K Allen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09117 | Kristi D. Quick vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07921 | Kyna C. Pineau vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24395 | Latonia R. Lien vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

46317902.v1

| | |
|---|---|
| 2:15-cv-05439 | Laura Jean Edrington vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09169 | Laura Lee Zumbro vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08121 | Laura Mae Nicholson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07768 | Laura R. Benson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-05184 | Lauri Virginia Stone vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26712 | Laurie E Plocher, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07412 | LeAnn L. Berry; Kendall Berry vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07716 | Leanne Marie Drury vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26668 | Leatha F. Braland vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05615 | Lee A. Bennett vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08304 | Leona Mae VanDenEynde vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-10450 | Leonor S. Kuttner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25569 | Leta Kay Davis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23483 | Levonda Grant vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07879 | Lillian R. Williams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09176 | Lilly Mae Cotton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33434 | Linda Irene Suydam vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01991 | Linda J Timms vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31961 | Linda J. Lawson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01981 | Linda J. Lindsey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08411 | Linda J. Swanson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08531 | Linda J. Anderson; Thomas R. Anderson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07577 | Linda L. Bowman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07999 | Linda L. Hardesty vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08907 | Linda L. Redmond vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13401 | Linda L. Seber vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05646 | Linda Lee McLaughlin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12989 | Linda M. Hogan vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05864 | Linda Marie Goltry vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05060 | Linda Myers Conditt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14385 | Linda Prince Summers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14382 | Linda R. Helm vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06351 | Linda S. Bradford vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06913 | Linda Schneider vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07529 | Linda Sue Ritterbusch vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07910 | Lindsey K. Liberty vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01915 | Lisa A. Harder vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08756 | Lisa Ann Garner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24411 | Lisa Grose Moore vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-06888 | Lisa Hamm vs. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-07813 | Lisa Kay Bowns vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14965 | Lisa Lake vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09031 | Lisa M. Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05957 | Lisa Michelle Helton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08881 | Lois Myra Lees vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07413 | Lola Marie Bettridge vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07847 | Loralea Jean Zseni vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05614 | Lori June Goebel vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08709 | Lori L. Hupfer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05671 | Lori Ronayne vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31962 | Lori Snyder vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09940 | Lori W Budroe Frank G. Budroevs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25672 | Lorraine Ann Morroni-Aquila vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08447 | Lou Ellen Treen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05014 | Lucille Gertrude Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25659 | Lucy Marlene Anderson; Richard E. Anderson vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03710 | Lurekia L. Robinson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-15669 | Lydia J. Washington vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01128 | Lynda K. Mattingly vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09654 | Lynda M. Weiford vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03085 | Lynn Allen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07651 | Lynn F. Dove vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22814 | Lynn Marie Weir; Leverette Weir vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05190 | Lynne Joan Boehm vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07285 | Madeline Herald vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05527 | Madelyn Alvarez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24715 | Madge M Nichols vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02922 | Manuela Monika Freeman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08692 | Marcia H. Gregory vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08889 | Marcia M. Miller vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08128 | Margaret Aleda Ruppenthal; Brian L. Ruppenthal vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08663 | Margaret Ann Brockway vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-02271 | Margaret Ann Goupil vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02603 | Margaret J. Grunewald vs. Ethicon, Inc; Johnson & Johnson |
| 2:14-cv-22780 | Margarete Annelises Knox-Oats vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07799 | Margie E. Baumgartner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08897 | Margot Mercer Northcutt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02608 | Marilee King vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26291 | Marilyn L. Watson, et al vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-06909 | Marilyn Rosezelle vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05458 | Marion W. Epps vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08892 | Martha Alene Mowrer-Urban vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14386 | Martha del Carmen Rodriguez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08854 | Martha Naomi Rast vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29764 | Martha O. Marin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06895 | Martha Pannell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06970 | Martha S. Quinn-Swift vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07458 | Mary Ann O'Hara vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09157 | Mary Catherine White vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08723 | Mary E. Kiser vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07290 | Mary Elizabeth Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20675 | Mary Ellen Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06875 | Mary Jane Polowyk vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25571 | Mary Jena Deleon vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-06889 | Mary K. Read vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03111 | Mary L. Kirchoff vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05677 | Mary L. Sharpe; Donald K. Sharpe vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31960 | Mary L. Strait vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01935 | Mary L. Triano vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03091 | Mary Lou Bell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26976 | Mary McGuire, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26705 | Mary Taylor vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06968 | MaryAnn Margaret Phillips vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05634 | Marylee B. Haddon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08757 | Maudie Novella Hensley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02606 | Melanie Hutchens vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-03669 | Melia A. Marshall, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29382 | Melissa Ann 'Missy' Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08888 | Melissa Crook Menendez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06080 | Melissa Shaneil Holland vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-15666 | Melissa Sistrunk vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05910 | Melissa Smith vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08417 | Melody Lynn Taisey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07741 | Melody R Fulgham vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06911 | Michele Sarazin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09094 | Michelle Ann McAfee vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26289 | Michelle S. Creager vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26289 | Michelle S. Creager;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30003 | Migdalia Rivera vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28006 | Millie O. Whitfield vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-33960 | Mindy Faye Ross vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14376 | Monica L. Atkins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04872 | Monica S. Anderson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29774 | Monica Taylor vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06151 | Montelle VS. Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08870 | Myra Nell Jester vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08212 | Nan D. Ramsey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30939 | Nancy B. Altman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07645 | Nancy J. Stutzman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08209 | Nancy K. Pettit vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02920 | Nancy L. Durre vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07610 | Nancy Lou Staup vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08666 | Nancy Louise Cagle vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06391 | Nancy Melton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07418 | Nancy Ruth Budde vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24409 | Nancy VS. Miller vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-05413 | Natalyn Bruner Mann vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05904 | Nicole Miller vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-02270 | Nila Jean Dowell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08672 | Nitavella Crable vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14388 | Nora M Shephard vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07643 | Norma J. Tinch vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-34047 | Ocebia Ann Cedillo vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26696 | Pamela A. Balmes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08470 | Pamela E. Kaufman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08444 | Pamela Elaine Toney vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07634 | Pamela Joan Bell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03125 | Pamela L. Turner vs. Ethicon, Inc.; Johnson & Johnson |