**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41.  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s *Bryan F. Aylstock*
Bryan F. Aylstock
Aylstock Witkin Kreis & Overholt
17 E. Main St., Ste. 2000
Pensacola, FL 32502
(850) 202-1010
baylstock@awkolaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Name |
|---|---|
| 2:14-cv-08337 | Pamela Sheppard Burk vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09090 | Patricia A. Kvalheim vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08117 | Patricia A. Mitchell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08091 | Patricia A. 'Pat' Lolli, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09013 | Patricia Ann Armendarez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07907 | Patricia Ann Latty-Woods vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01929 | Patricia Ann Nix v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08493 | Patricia Ann Vaughan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01125 | Patricia Barrysmith vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26714 | Patricia Doll Powers v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07796 | Patricia E. Ash vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06083 | Patricia Iannotta vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08357 | Patricia Kay Crawford vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07722 | Patricia Lee vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05494 | Patricia M Desmond v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06877 | Paula J. Mundrick v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09021 | Pauline Chastain vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08522 | Pauline Lavon Bol vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07718 | Peggy L Edwards v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06904 | Penelope Rankl vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08850 | Penni A Olson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27125 | Pennie Scribner; Steven W. Scribner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14081 | Penny J. Reed vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30002 | Penny Rienks vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08891 | Phyllis J. Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07579 | Priscilla J. Burgiel vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07579 | Priscilla J. Burgiel;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07668 | Rachel D. Hunter vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16139 | Ramona Kay Stevens v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05363 | Ramona O. Foshee v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09167 | Rebecca Borden Woodward; George Gage Woodward vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07494 | Rebecca Jane Workman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06871 | Rebecca Lynn Norris v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08135 | Rebecca S. Van Noy v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08210 | Regina Ann Mays v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00694 | Renae S. Schilling vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07591 | Rene M. Denny v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-06921 | Renee Tepper v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07815 | Revonne Wilma Day v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06418 | Rhonda Adams Lowe v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29997 | Rhonda J. Radford v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08805 | Rilla R. McMillen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07970 | Rita R. Gehring vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19921 | Roanna Escamilla-Mayer, et al v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-06936 | Roberta Lee Poklemba v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08474 | Roberta S. Weiss vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08484 | Robin L. Williams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08166 | Robyn L. Mundy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08356 | Rosa Cowles vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29625 | Rosa Tamai v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-07724 | Rosalba Velasquez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07295 | Rose Ann Harper vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09168 | Rose Marie Zalecki vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08665 | Rosemary Sales Bungay vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07668 | Rosetta Tanksley v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30613 | Ruby L. Elliott v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08713 | Ruth Margie Collier vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06032 | Salina Lynette Gray vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06073 | Samantha D. Leverich v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01926 | Sandra J. McClain v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08918 | Sandra K. Vaccaro v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08082 | Sandra Kinsley; Jeff L. Kinsley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00690 | Sandra L. Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00690 | Sandra L. Brown;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25149 | Sandra Neal v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08695 | Sandra P. Hall vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27123 | Sanjuana Sanchez vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-05036 | Sara R Bin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07435 | Sari Lynne Hedinger vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08828 | Seander Leshell Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-34046 | Shannon L Carney vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28009 | Shannon Lucy Winkelman vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-22759 | Shannon T. Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29238 | Sharon Ann Mulford v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06882 | Sharon Davis, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07286 | Sharon J Miltonberger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08893 | Sharon Marlene Mueller v. Ethicon, Inc.; Johnson & Johnson |

4

| | |
|---|---|
| 2:15-cv-06074 | Sharon P. Horton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05691 | Shawn M Switzer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07655 | Sheila C. Hamlin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07946 | Shelia Ellen Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08776 | Shelley Carole McCoy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07988 | Shelley Lee Grose vs. Ethicon, Inc; Johnson & Johnson |
| 2:14-cv-13005 | Shelley Marie Snider v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07923 | Sheree Ann Loon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24347 | Sheri Lynn Clutts vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-09020 | Sherri Lyn Cater vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27041 | Sherri N Sanders vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-09060 | Sherrie L. Crum vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09051 | Sherrie Sue Bowman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07658 | Sherry Hazelwood Hamlin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07606 | Sherry L. Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02541 | Sheryl Colie Richard Colievs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12994 | Sheryl L. Lucyk v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08799 | Shirley A Markowitz v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08476 | Shirley A Whitton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31115 | Shirley A. Williams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07593 | Shirley Ruth Levy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-02275 | Shirley Ruth Stassen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08727 | Shirley W. Chapman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01936 | Sindy Jenkins Weaver vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26670 | Sislyn Carter vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08339 | Stacey Lee Canez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08902 | Starr Joy Peele v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27135 | Stella Stevens v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08318 | Stephanie Denise Allen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08383 | Stephanie L. Seese; Thomas Seese vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07876 | Sue D. Waldroup v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26707 | Sue Winters-Cabello vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08100 | Susan Diane Cessna vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07684 | Susan E Nightingale v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22708 | Susan E. Manthou v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07531 | Susan F. Schelb vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30538 | Susan Kay Lewis v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-05056 | Susan Lynne Butzner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05056 | Susan Lynne Butzner;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06409 | Susan Maloney v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07736 | Susan Rue Blake vs. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-05675 | Susie N. Scott; Bruce A. Scott vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06638 | Suzanne Joan Keys vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03108 | Suzanne M Jackson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07802 | Suzanne Marie Baxter vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07432 | Sylana G. Gilbert vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08501 | Sylvia Dianne Wynn vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30000 | Sylvia Reyes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08813 | Sylvia Ruth Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09161 | Tamara K. Wilson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06515 | Tammie L Middlebrook v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08702 | Tammy Anita Henderson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07980 | Tammy Kay Glenn vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02918 | Tammy Teresa Dossenback v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08060 | Tangela M Hester vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08846 | Tara Michelle Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08119 | Tauna R. McVicker v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08359 | Tawanda D. Demmings v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08733 | Teeai Marie Crosby vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26699 | Teresa D. Gayheart; Wendell Gayheart vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07891 | Teresa E. Wyers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12992 | Teresa Edmondson Lovvorn v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07528 | Teresa F. Silva vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09027 | Teresa Lorraine Flatt v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06432 | Teri L. Moffett v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05041 | Terri E. Cohoe vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14389 | Theresa Lynn Toadvine v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05680 | Theresa Sizemore vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03128 | Theresa Winger vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07948 | Tina Jo Tobergta v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07900 | Tina L. Kalman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01006 | Tina R. Swonger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08880 | Tjia Ann Louise Ladanyi vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07698 | Tonja Marie Treadway v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08010 | Tonya Lea Harnvey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08441 | Tracey Lynn Tolson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-03092 | Trenna Kay Stitt v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-32507 | Trinka M. Yelko vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09067 | Twila K. Fox v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09057 | Twila S. Cook vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09025 | Valerie J Diamond v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-01978 | Vanessa A. Lafleur vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08465 | Verda Mae Ireland vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01970 | Verona Floyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01976 | Vicki L. Hope vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08764 | Vicki Lea Jackson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08410 | Vicki Lynn Swalek v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02930 | Vickie A. Hemb vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02101 | Vickie Asher vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07490 | Vickie L. White vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31118 | Vickie L. Williams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05758 | Vickie S. Hults vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06357 | Vickie Wright vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06421 | Vicky Virginia McIntyre v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02934 | Victoria Anne Higgins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02943 | Victoria Leiderman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26658 | Victoria Lynn Bedore vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01932 | Viola Kaye Rogers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31101 | Violet I Kjellstrom vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06939 | Violet Young vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07930 | Virginia Kay Prentice v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08506 | Virginia Lee Akins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07673 | Virginia Lee Kroner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08045 | Virginia M. Knight vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08292 | Wanda Faye Addison vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09148 | Wanda Jean Solomon v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27330 | Wanda Jowers; Dan Jerry Jowers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07300 | Wanda Sue Richards vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02950 | Wende McConaughy v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05057 | Wendy E. Boster vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07998 | Wendy Joyce Dempsey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08164 | Wendy Lea White vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07828 | Wendy W. DiGregorio v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16124 | Wilma S. Bustillos vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-04038 | Wyonne K. Morningstar, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27022 | Xochilt Saenz vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-02268 | Yolanda Shanell Covington vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07408 | Yvonne Ann Lopes v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26307 | Yvonne E. Wright vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-05180 | Zanetta Kaye Gibellino vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-01924 | Zoraida Magana v. Ethicon, Inc.; Johnson & Johnson |