# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41.  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| /s *Michael C. Bradley* | /s/ William M. Gage |
| Michael C. Bradley | William M. Gage (MS Bar #8691) |
| Pittman Dutton & Hellums | Butler Snow LLP |
| 1100 Park Place Towers | 1020 Highland Colony Parkway |
| 2001 Park Place North | Suite 1400 (39157) |
| Birmingham, AL 35203 | P.O. Box 6010 |
| (205) 322-8880 | Ridgeland, MS 39158-6010 |
| pdh-efiling@pittmandutton.com | (601) 985-4561 |
| *Counsel for Plaintiffs* | william.gage@butlersnow.com |

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

## EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:15-cv-03357 | Carla Thibeault; Steven Thibeault vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05131 | Denise Wiegand vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24113 | Elizabeth Ann Montgomery; Don Montgomery vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12550 | Juanita Dougherty; Albert Pike vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02907 | Judy Blizzard; James Blizzard vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00785 | Linda R. Poole; John Poole vs. Ethicon, Inc. |
| 2:13-cv-13425 | Peggy Overton vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18937 | Teresa Dyas; David Dyas vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29240 | Teresa Turnipseed; Robert Turnipseed vs. Ethicon, Inc. |

46317902.v1