## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                          MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

### ORDER
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7737] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon,  Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").   The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 3, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Civil Action No. | Case Name |
|---|---|
| 2:16-cv-04672 | Alma J. Jacobsen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04668 | Amanda G. Frost; Franklin Frost vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02316 | Annette Kay Brown-Childers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04723 | Annette Montandon; David Montandon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29838 | Barbara B. Smith vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11793 | Barbara Tidwell; Gene Tidwell vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-02374 | Beatrice Boyer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04674 | Bev Jenkins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10922 | Bonnie Kotsybar vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-01282 | Carol L. Jackson; Charles Jackson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24611 | Carolyn E. Campbell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04727 | Catherine Sawyer; Peter Sawyer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07306 | Cheryl McMahon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-12573 | Dale Rorrer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04734 | Deborah Ramsdell; Paul Ramsdell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04719 | Debra Gaylord vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04673 | Denise L. Jauernic; Donald Jauernic, Jr. vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04662 | Denise R. Dement; Ronald Dement, Sr. vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10085 | Diane Beagle; Walter Beagle vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-10494 | Donna McCormack Kamper; Kevin Kamper vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11723 | Eleanor Payne vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11732 | Ellen Broas Stephen T. Broasvs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10802 | Heather Savage; Christopher Savage vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04664 | Janet E. Elkins; George Elkins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04652 | Janet P. Brookman; George Brookman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01879 | Jean Ann Landers; Ronald Marc Landers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01310 | Joan Burk James J. Burkvs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14491 | Judith L. Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00465 | Karen K. Sanders; Kent Sanders vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03670 | Kathleen Ann Moore vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-23129 | Kathleen Finseth; Duane Finseth vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-25413 | Kathy Lee; James Lee vs. Ethicon, Inc.; Johnson & Johnson |

3

| 2:13-cv-23603 | Kim Stranger; William Stranger, Jr. vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-10498 | Lawanda Witherspoon; Steven Witherspoon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04981 | Linda Barth vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10490 | Linda L. Schulte vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08024 | Lisa J. Nagy; Timothy Nagy vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00796 | Loraine Fennessy, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00786 | Lynne L. Rash; Allen Rash vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04650 | Margaret R. Bogert; Richard Bogert vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14374 | Marilyn Hicks; Alan Hicks vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-01904 | Mary Beins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00398 | Melissa Pelkey; William Pelkey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06632 | Nadine D. Rowland vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07141 | Nakia Lewis; James Lewis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14380 | Nancy Mulkey; Gerald Mulkey vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-06830 | Nancy Woodard vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04649 | Norma L. Bledsoe vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10930 | Pamela Nilson; Edward Nilson vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-08157 | Patricia A. Cofield vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16301 | Paula Pelletier; Donald Pelletier vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-04718 | Penelope Corkery; Allen Corkery vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04665 | Raimey D. Ewens; Jeff Ewens vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10497 | Roberta K. Rollins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04666 | Rosemary T. Ferrario, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11576 | Sabrina Y. Porter vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03090 | Sally Ann Beal vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09271 | Sandra Toepfer; Mark Toepfer vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17473 | Sharon Elaine Applewhite vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10154 | Sharon Heitkamp vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-04651 | Stacy N. Boyens vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04661 | Sue A. Colson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03229 | Sue Furlow vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04669 | Theresa Gilsdorf; Frank Gilsdorf vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06100 | Tracy Ann Williams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16864 | Vickie Bass; Jerry Bass vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11275 | Virginia Farris vs. Ethicon, Inc.; Johnson & Johnson |
| ~~2:12-cv-07889~~ | ~~Kassandra Greenwood; Cody Greenwood vs. Ethicon, Inc.; Ethicon, LLC;~~ |

4

| | Johnson & Johnson |
|---|---|