# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON INC
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-C and defendant American Medical Systems, Inc., ("AMS") jointly move the court to dismiss AMS without prejudice and terminate them from the docket of the court, parties to bear their own costs. Other defendants remain in this action, and plaintiffs will continue to pursue this action against them.

Respectfully:

| | |
|---|---|
| /s/ Barbara Binis | /s/ Erik W. Legg |
| Barbara Binis | Erik W. Legg |
| Stephen J. McConnell | FARRELL WHITE & LEGG |
| REED SMITH | P. O. Box 6457 |
| Three Logan Square, Suite 3100 | Huntington, WV 25772-6457 |
| 1717 Arch Street | 304.522.9100 (phone) |
| Philadelphia, PA 19103 | 304.522.9162 (fax) |
| 215.851.8100 (phone) | EWL@farrell3.com |
| 215.851.1420 (fax) | |
| bbinis@reedsmith.com | |
| smcconnell@reedsmith.com | |

*Attorneys for Defendant American Medical Systems, Inc.*

<div style="display: flex;">

/s/ Karolina S. Kulesza
Karolina S. Kulesza
DRIGGS BILLS & DAY
331 South 600 East
Salt Lake City, UT 84102
801.363.9982 (phone)
801.931.2552 (fax)
kkulesza@lawdbd.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Michael Gallant
Michael Gallant
KELLEY BERNHEIM & DOLINKSY
Fourth Floor
2200 Pennsylvania Avenue, NW
Washington, DC 20037
202.379.0680 (phone)
202.379.0685 (fax)
mgallant@duejustice.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Babak Bobby Saadian
Babak Bobby Saadian
WILSHIRE LAW FIRM
12th Floor
3055 Wilshire Boulevard
Los Angeles, CA 90010
213.381.9988 (phone)
213.381.9989 (fax)
masstorts@wilshirelawfirm.com
*Attorney for Plaintiff on Exhibit C*

</div>

Dated:  April 3, 2019

## EXHIBIT A – DRIGGS BILLS & DAY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-12541 | Priscilla Cruz v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-cv-14339 | Marlene Grieff v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-cv-14404 | Lisa M. Sa'u, Bradlee M. Sa'u v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:16-cv-06210 | Nell Christine Higgs, Michael Higgs v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT B – KELLEY BERNHEIM & DOLINKSY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
| --- | --- |
| 2:15-cv-14824 | Mary Rose, Harold Lee Rose v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – WILSHIRE LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:16-cv-06344 | Glenda Baker v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 3, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

    /s/ Barbara R. Binis