IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION            MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7742] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 3, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:12-cv-07784 | Bessie Taylor; William Taylor, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07999 | Jodi Valverde; Leffy Valverde v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07644 | Joycelyn Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07523 | Margaret Fremin v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07524 | Patsy Frame v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07493 | Raja Dobard v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07840 | Yadira Vazquez; Ricardo Vazquez v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07769 | Karen Weaver; Victor E. Weaver vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07962 | Mary Alice Landeche; Nolan Landeche, Jr. vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07767 | Robin White vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Mentor Worldwide LLC |
| 2:12-cv-07960 | Rosemary Wilson; Charles W. Wilson, Sr. vs. Ethicon, Inc.; Johnson & Johnson |

46891449.v1