## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

### ORDER
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7744] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 3, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:13-cv-21901 | Aimee S. Kuk vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20744 | Angela R. Strozyk v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21820 | Antoinette M. Virgilio v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22544 | Barbara J. LaBelle vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12112 | Betty J. Potter v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09206 | Betty L. Leseure v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-08126 | Bonita P. Caskey vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-08242 | Brenda Shell vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-10974 | Cassandra Cathey vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-07063 | Cheryl Renfro vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-22994 | Cornelia A. Clendon vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-21824 | Cynthia L. Boris vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05713 | Cynthia S. Dawson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28329 | Davalda V. Ross vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-06506 | Debbie J. Harrell vs. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation; |
| 2:13-cv-20676 | Deborah G. Helmick vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10663 | Debra A. Warren v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05710 | Debra I. Hibbard v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20825 | Debra L. Walden v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-16227 | Debrah Montgomery v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16743 | Diana L. Baker vs. Ethicon, Inc.; Ethicon, LLC; |

3

|  | Johnson & Johnson |
| --- | --- |
| 2:13-cv-03017 | Diane M. Harpst vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16271 | Dianna J. Moore v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20804 | Donna J. J. Fisher v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20785 | Donna Lee Ryan vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-20747 | Doris C. Rodriguez vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-12842 | Edie Gise vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21965 | Elisa Rojas vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-24626 | Elvia Ortega v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26551 | Eva Lou Rhoads vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-13501 | Glenda Cabaniss vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-30249 | Gloria G. Manley, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13519 | Gloria G. Pritt v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17813 | Helen A. Frank v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07430 | Iris E. Vargas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22233 | Jacqueline L. Griffith vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-23697 | Janet Gucciardo vs. Ethicon, Inc; Johnson & Johnson |
| 2:13-cv-11257 | Janet L. Beddingfield vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14407 | Jayna R. Knowlton vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07464 | Jill D. Scoggins vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11692 | Joyceline Scott vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11706 | Judy E. Ballew vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-00588 | Karen L. Rachiele v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-13452 | Kathleen M. Marthaler v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07455 | Kathleen M. Wagner v. Ethicon, Inc.; Johnson & |

|  | Johnson |
| --- | --- |
| 2:15-cv-16212 | Kimberly L. Valenzuela v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-05696 | Laura A. Pasquini-Luisi v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09641 | Laura M. Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14643 | Linda Clementson vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-12874 | Linda Darville v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-28344 | Lisa M. Dillon v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-04315 | Lisa M. Leider vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21346 | Lisa M. West vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24822 | Lissa Diaz v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09511 | Louan L. Foldenauer v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13469 | Louise Baker vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21314 | Lucinda M. Ward v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09499 | Marie B. Toro v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14648 | Marilyn E. Ferguson v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-09124 | Marjorie Williams vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25685 | Martha L. Ibarra vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-08118 | Mary B. Billion vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-05372 | Mary Denise D. Fiveash v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-11297 | Mary H. Birdwell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-00780 | Mildred Regal vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-24842 | Miriam P. Guajardo vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05423 | Myrtle A. Shadd vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-02759 | Nancy K. Westfall vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| 2:13-cv-26894 | Nancy Tulenko v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
|---|---|
| 2:13-cv-04323 | Ora L. Tatum v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23356 | Patricia K. Fitch v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |