# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

## ORDER
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7745] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 3, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:15-cv-02854 | Paula Munos vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-04338 | Peggy J. Crom vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14155 | Peggy J. Woodruff vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11963 | Rachel F. Freeman vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20840 | Rebecca R. Davis vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-23646 | Rhonda J. Welte vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-15566 | Rose Petrea vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14644 | Rosemarie Evans vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-02071 | Ruth O'Brien vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03252 | Sheila D. Newman vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-29455 | Sherry Frankel vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-05830 | Sherry L. Boudro vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-04420 | Shirley A. Woodliff vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28827 | Sonja D. Gaines vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-02741 | Spencer S. Gall vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06544 | Susan D. Steel vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06636 | Suzanne R. Moore vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-21855 | Terry A. Tobias vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05670 | Theresa M. Bracamonte vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14937 | Theresa M. Bullion vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-13755 | Tonie G. Tiedeman vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-11301 | Tonya A. Perdue vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-12324 | Venita B. Thompson vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05417 | Virginia O'Malley vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-01062 | Constance W. Duckworth, et al vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00612 | Joella Christine Rodriguez; Saul Rodriguez vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00117 | Natasha Marcum vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-01366 | Pamela Hanko vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33366 | Andrea Claus; David Claus vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

46317902.v1