IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                MDL NO. 2327

_____
THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7746] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 3, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Name |
|---|---|
| 2:16-cv-10094 | Barbara Farina v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10095 | Linda J Fuchs v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10086 | Lois Despres v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10091 | Marilyn DuVerger v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10093 | Ruth Eggert v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10114 | Alice Madden v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10149 | Catherine South v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10155 | JoAnn Vest v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10069 | Judy Bayne vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10070 | Karen Booth vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10104 | Peggy Higginbotham vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10068 | Rosa Bacon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10100 | Susan Heath-Cox vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10103 | Susan Hewitt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10147 | Suzanne Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10072 | Vonna J. Brandstatter vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10134 | Alvina Mosley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10135 | Claudia Myers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10137 | Wanda Perry v. Ethicon, Inc.; Johnson & Johnson |