IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7749] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

2

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 3, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:15-cv-04176 | Elizabeth Schwab; Jeffrey A. Schwab vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13137 | Sheryl Ann Rice vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03341 | Stacie Shupe vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05265 | Angela Ferguson; Al Ferguson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11464 | Deborah Malotte; Michael W. Malotte v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14300 | Dorothy Loucks v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-06388 | Ethel Davis v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23907 | Lynda Merck v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08970 | Sarabeth Epperson; John J. Epperson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02680 | Sharon G. Meyer; Steven J. Meyer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04174 | Terry Manning; Paul Manning v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02644 | Amanda Jordan; Vernon Jordan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02674 | Audra Owens; Brian Owens v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04155 | Corinne Barnes; Edward F. Barnes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05262 | Debra Pyle; Jerry Pyle v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11466 | Dianne Zingsheim; Frederick W. Zingsheim vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05266 | Erin Arroja; Marc Arroja vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05308 | Erin Jordan vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05267 | Julie Crable-Browning vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05283 | Linda Warren v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02679 | Lucila Azcona vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05996 | Lucinda Bernardes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23906 | Lucy Taravella v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06395 | Margaret Kerley vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-11465 | Nena Ann Worsham; Samuel D. Worsham vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05260 | Pamela D. Hunt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03224 | Pamela Homsher; William R. Homsher vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02675 | Patricia Palmer, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11458 | Rochelle Murphy Joseph vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02678 | Sheila W. Ledford vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06474 | Tammy Bell; Shandon Bell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07234 | Velma Youngs; Tim Youngs vs. Ethicon, Inc.; Johnson & Johnson |

46868200.v1