# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Michael A. London
Michael A. London
Douglas & London
59 Maiden Lane, 6th Floor
New York, NY 10038
(212) 566-7500
mlondon@douglasandlondon.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-22080 | Geraldine Beck and Kenneth Beck v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22131 | Kristina Beverly v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11621 | Mona Burdine v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00630 | Deborah Cantrell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22371 | Catherine Deluca and Joseph Deluca v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04473 | Suzanne Desrosiers and Gary Desrosiers v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03542 | Pamela DeTienne and Ronald Lee DeTienne v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22376 | Jennifer Fales v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22377 | Betty Faulkner v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22378 | Dawn Fernandez and Jeff Fernandez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15877 | Felicitas Flores and Elizandro Flores v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09676 | Tamala Force v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09724 | Dorothy Frederick and Vincent Geesner v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06148 | Paula Grubbs v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22596 | Lona Hall v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-22799 | Betty Ann Hinkley and Howard Hinkley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00634 | Jennifer Howard and Robert Howard v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22508 | Joan Howard v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03049 | Patricia Huhman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06149 | Vicki Kurtz and Richard Kurtz v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22675 | Patricia Losh and Richard Losh, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22699 | Cheryl McCarthy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22733 | Nina Monway v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24713 | Linda Nichols and Lawrence Nichols v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-03883 | Evelyn O'Connor v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04887 | Elizabeth Prince and Edwin A. Prince v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22423 | Patty Rarrat and Patty Rarrat v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22427 | Peggy Reeves v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22441 | Mayre Ren Timothy Ren v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22458 | Sandra Rivera and Edgard Rivera v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02620 | Rose Slone v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22476 | Alice Somersett and Franklin Somersett v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22829 | Jane Stock v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22838 | Diane Sylven and Steven Sylven v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21504 | Tamera Tabor and Gary Tabor v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21516 | Diana Tennant v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02235 | Linda Thrush and Kenneth E. Thrush v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-06155 | Donna Tijerina and Jesus Tijerina v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-10092 | Linda Townsend and Roger Townsend v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21593 | Cindy Vittucci and Mark Vittucci v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21614 | Gloria Westerman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11574 | Karen Wilkerson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-22075 | Bevili Billingy and Augustus Billingy v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-04471 | Nancy Emerson-Whitfield v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22498 | Arleen Giarrizzo v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09692 | Carolyn Schenk v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-10084 | Connie Shoff and Charles Shoff v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08083 | Dana Ventrca and Frank Ventrca v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04149 | Camille Weimer and Gerald Weimer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22864 | Mercedes White and Philip White v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02233 | Sana Haddad and Barjas Haddad v. Ethicon, Inc.; Johnson & Johnson |