IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). Other defendants remain and the case should remain open. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Michael A. London
Michael A. London
Douglas & London
59 Maiden Lane, 6th Floor
New York, NY 10038
(212) 566-7500
mlondon@douglasandlondon.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-02931 | Judith Berry v. Ethicon, Inc.; Johnson & Johnson; Mentor Worldwide, LLC; Coloplast Corp. |
| 2:14-cv-22137 | Lorraine Bickford and Roger Bickford v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-09702 | Cynthia Brantley and Charles Brantley v. Ethicon, Inc.; Johnson & Johnson; Coloplast Corp. |
| 2:16-cv-04095 | Doris Clements v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-15403 | Lydia Furtak and Lydia Furtak v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Coloplast Corp. |
| 2:15-cv-10080 | Susan Graff Stephen L. Graff v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-11622 | Daphene Howell v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-22703 | Maryjane McCormack v. Ethicon, Inc.; Johnson & Johnson; Coloplast Corp. |
| 2:14-cv-22704 | Belinda McCrory and William McCrory v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-00635 | Marlene Sue Nalley v. Ethicon, Inc.; Johnson & Johnson; Coloplast Corp. |
| 2:15-cv-10105 | Carolyn Roth v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-22465 | Mary Lou Saavedra and Felix Saavedra v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-22504 | Dianne Sonnino-Cray v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-02919 | Phyllis Dashefsky v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-22502 | Pamela Salvato v. Ethicon, Inc.; Johnson & Johnson; Mentor Worldwide, LLC |