# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41.  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s *Monte Bond*
Monte Bond
Tautfest Bond
5151 Belt Line Road
Suite 1000
Dallas, TX 75254
(214) 617-9980
mbond@tautfestbond.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

## EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:16-cv-07981 | Barbara Fitzpatrick vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07469 | Barbara Hedges vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07485 | Brenda Whittington vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07441 | Carol McIntosh vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07466 | Carolyn Easley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07461 | Charity Byker vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07772 | Connie Lanier vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07463 | Cynthia Cheney vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07475 | Debra McCoy vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07483 | Debra Sok vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07451 | Ellen Towle vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07465 | Eva Conti vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07474 | Gail Masaveg vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07442 | Irene Mickle vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07468 | Isabel Garnett vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07464 | Janice Childress vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08008 | Jean Houck vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07431 | Jeanne Flanders vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07423 | Joyce Ardolino vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07471 | Julia Kraus vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07426 | Linda Crawford vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07462 | Marleen Carroll vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07432 | Mary Gandreh vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07473 | Patsy Lynn Lee vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07430 | Patty Ellis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07459 | Teri L. Ashmore vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07450 | Treva Thurman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07443 | Virginia Mitchner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07439 | Wanda Kelton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07449 | Brenda Robertson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07479 | Debra L. Schnell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07481 | Noreen M. Sehnert vs. Ethicon, Inc.; Johnson & Johnson |

46317902.v1