**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41.  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s *Paige N. Boldt*
Paige N. Boldt
Watts Guerra
5726 West Hausman Road
Suite 119
San Antonio, TX 78249
(210) 448-0500
pboldt@watsguerra.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:13-cv-14899 | Gail Ann Simao vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09578 | Lenora Grace Rector vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19004 | Alicia Williamson vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15332 | Amanda Marie Jackson vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28240 | Ann Marie Stiefken vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06516 | Brenda Lou Pinkley vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28956 | Cathy Woodall vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28242 | Christina Ann Taylor vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26543 | Christina Lynne DeLapp vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14924 | Cindy A Moore vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12777 | Clara Jean McDonald vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-07230 | Cynthia G Calland vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15020 | Denice Joyce White vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19247 | Diane Cail Quick vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26544 | Elizabeth Eubanks vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14816 | Eloise C Patrick vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06699 | Janet Marie Campbell vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18997 | Jennifer Dawn Guerin vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15228 | Kathy Hines vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28238 | Kellie Grace Ramirez vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14920 | Kim Beth Fears vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-19961 | Maria Thomas vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24046 | Marlys Danetta King vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26617 | Mary Ellen Flores vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-00979 | Mary Louise Weldon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15234 | Michelle Lee Leavitt vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14805 | Mirtha Fuentes vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06705 | Raymelle Annette Stuard vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22248 | Roberta McFadden vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26549 | Rosalinda Gonzalez vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27348 | Sarah Louise McFarland vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23433 | Shirley Ann Walker vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22036 | Sonia M. Garza vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28249 | Tami Lou Thomas vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

46317902.v1

| | |
|---|---|
| 2:13-cv-06749 | Traci Rose vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-27343 | Victoria Howard vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26538 | Antoinette Maria Bennice vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |