# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION  MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

# ORDER
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7756] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 4, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:13-cv-15567 | Angela Richards Ellis; Benjamin Edgar Ellis v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17969 | Ann Marie Sexton; Larry R. Sexton vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14005 | Audrey Locklear v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-05148 | Bertha Wolfe; Clarence Wolfe vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-01479 | Beverly Lasster vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14841 | Carol Barber; Richard Lee Barber, Sr. vs. Ethicon LLC; Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14376 | Carolyn Charles; Woodrow Charles vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14376 | Carolyn Charles; Woodrow Charles vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11311 | Carolyn Elaine Floyd; Robert Allen Floyd v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-01831 | Carolyn Holland vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05809 | Christine Prevatte v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11324 | Cindy Peling v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-13191 | Cynthia Buschagen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15921 | Dana R. Spierings; Darrin R. Spierings v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14253 | Dawn M. Young vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13963 | Debora Lynn Yount vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17955 | Deborah Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14804 | Debra Clingenpeel; Patrick E. Clingenpeel, Sr. vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14985 | Donna Ahlborn; Bruce Ahlborn vs. Ehicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26033 | Donna Ann Knott; Larry Thomas Knott vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-18003 | Donna D. Willis; Jonathan Willis, Jr. vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29659 | Eleanor Kay Killian; James Edwin Killian vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17332 | Elizabeth G. Scoggin; Alton C. Scoggin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-13960 | Else Brickhaus; Richard Brickhaus vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-00787 | Frances Kyzer; Charles Kyzer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14876 | Janet Jackson Adams vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-15261 | Janet Jones Jordan; Ricky Dale Jordan vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-01853 | Janet Moon v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18177 | JoAnn Tiemann v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18440 | Judith K. Weir; Richard E. Weir vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-12846 | Kathy Davis v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17351 | Kathy Martin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-06705 | Kelly Lynn Linck; Gerard Michael Linck v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-16089 | Kim L. Holston; Bobbie Holston, Jr. vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-19654 | Kohner Leigh Palardy; Dana Patrick Palardy v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17967 | Linda Katherine Dean; David A. Dean v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11957 | Linda Flannery; Lonnie Flannery v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-12905 | Lois M. Sellers; William B. Sellers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14241 | Loralyn Marie Shore; Ryan Shore vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17186 | Lydia Lenahan; Jeffrey Mark Lenahan v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-09731 | Marie Masseria v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14844 | Marolyn Kaye Avery; Val Martin Avery vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-19877 | Marsha Burnette Melton Baird Burnettevs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07526 | Mireille Saint-Juste vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17462 | Rebecca Costa Brian A. Costavs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-04176 | Sandy Dismukes; Ronald Dismukes, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22418 | Sawsan J. Odeh; Hasan Odeh v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15693 | Shirley Louise Peterson; Dale William Peterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03168 | Shirlisa R. Yelling vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17891 | Stephannie L. Kirk; Keith Kirk v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31440 | Sueann Lehner; Steven Lehner v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14706 | Tammy S. Steele; Michael Wayne Steele v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02848 | Vivian Fannin; David Fannin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04095 | Delores H. Glover vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18558 | Louanna Goldrick vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-07056 | Marlo Fuller vs. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-15920 | Nancy A. Gilmore; Harold Gilmore vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-08251 | Patsy L. Harris; Lonnie M. Harris vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-00587 | Stephanie Hart Gregory vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |