# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7757] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 4, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:13-cv-17393 | Maria Jo Shaffer vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-09404 | Barbara L. Kersey; William B. Kersey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19075 | Belinda Murray, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17355 | Brenda E. Flower v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17360 | Dawna L. Knight; Eric D. Knight vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17380 | Donna F. Perry, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17340 | Donna Lee Bailey vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-22258 | Jerry Ann Hardiman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17363 | Jo Ann Manning, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-21700 | Karen Lane vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17373 | Kimberly Jo Nygaard, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17346 | Kristine Kay Benson; Bradley T. Benson vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22714 | Linda C. Wilson vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-09226 | Lisa McManus, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17358 | Maria I. King; Rodney King vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17394 | Melissa Ann Soderlund, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17397 | Miami Jean Stephens, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-20246 | Norma Munguia v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17408 | Patricia A. Whitehead vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-20230 | Peggy E. Disbrow, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17352 | Rachel Cupp vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17352 | Rachel Cupp;  vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-22172 | Raye M. Burkhardt vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-09402 | Teri L. Benjamin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17357 | Vivienne O. Keplinger vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |