# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION           MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7768] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 4, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Civil Action No. | Case Name |
| --- | --- |
| 2:14-cv-20991 | Abigail Rose Henson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08139 | Alaina M Meister vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01903 | Albertha Louise Brown;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08859 | Alflita Verle Smith vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07919 | Alice J Muskey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01412 | Alice R. Helms vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08657 | Alicia D Bergeron; Noel B. Bergeron vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08103 | Allison Nethaway Dull vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08074 | Alyson Marie Jagoe vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05530 | Amanda LeAnn Blevins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07428 | Amber Nicole Lucas vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05768 | Ambra L. Lopez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07810 | Amelia Stone Boggs vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11413 | America Tirado vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24431 | Amy Dean Nichols vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-02605 | Amy Hebbler; Edward vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27122 | Amy Nicole Mackanick vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-06892 | Ana Martinez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11063 | Andra Marie Miller vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-19978 | Andrea J. Summers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08705 | Andrea Patrice Hill vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06880 | Angela Coward;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08279 | Angela Klinikowski vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01983 | Angela Martinez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08887 | Angela McNeely vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09158 | Anita Louise Whitlock-Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04520 | Ann Bowens vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05754 | Ann K. Gerard vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12139 | Ann M. Dicus vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05055 | Ann Michelle Boline vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07589 | Anna M. Dean vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06872 | Anna Maria Nieuwsma vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27137 | Anna Marie Sweeting vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-04524 | Anne Hanzel vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07306 | Annette Lynn Voorhees vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11529 | Antonia Jimenez; Juan Jimenez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08408 | Arlene Kay Stephens vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07934 | Arlene Marie Rhen vs. Ethicon, Inc.; Johnson & Johnson |

46317902.v1

| | |
|---|---|
| 2:14-cv-09019 | Auberia Belinda Bradley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05650 | Aughtary S. Murray vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28745 | Barbara A. Glaze vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20994 | Barbara A. O'loughlin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08834 | Barbara Ann Weiss vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08418 | Barbara J. DuVall vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20677 | Barbara J. Smith vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08131 | Barbara Jean Sheets vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20989 | Barbara Jean Still vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06894 | Barbara Martino vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06635 | Barbara VS. Jones vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08153 | Beatrice Lorraine Morgan vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09054 | Belinda J. Cole vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08731 | Bernice Alice Corbitt; vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08449 | Beth A. Garbe Dresden vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04526 | Beth Ann Klingler vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08847 | Betsy G. Morgan vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31100 | Betsy L. Church; vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02923 | Betty A. Furgison vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09456 | Betty Jo Coston vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-06139 | Betty Jo Jones vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09180 | Betty Rey Lozano vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-00121 | Betty Rogers; Charles Rogers vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-07292 | Beverly J. Fitzsimmons vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01963 | Beverly P. Burch vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01963 | Beverly P. Burch; vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05116 | Bobbie J. Belew vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05844 | Bobbie Rose Gibbons vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02560 | Bonita Yvonne Dow vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05794 | Bonnie C. Gray vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28746 | Bonnie Katherine Gonzalez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33193 | Bonnie L. Oehler vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09137 | Bonnie R. Simon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07732 | Brenda E. Sykes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26294 | Brenda J. West vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-05816 | Brenda Joyce Hobbs vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08908 | Brenda K. Rose vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03097 | Brenda Kaye Donarski vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11522 | Brenda Latrelle Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06089 | Brenda Louise Lavallee vs. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-03123 | Brenda VS. Tune vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29381 | Bridget A. Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-32729 | Bridget I Brozyna vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06927 | Burma Turner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07297 | Christine L. Hubel vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01885 | Candace Alexandria Payne vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07716 | Candace Alman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26703 | Candice Holder vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08519 | Carol Ann Berry vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29771 | Carol J. Quintin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03706 | Carol Lee Shepherd vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09018 | Carol Sue Boyd vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06081 | Carol W. Jacobs vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05727 | Carol Walkowiak vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05649 | Carolyn Ann Motley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07594 | Carolyn Elaine Morris vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07627 | Carolyn Elaine Wallace vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31099 | Carolyn K. Butler vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09023 | Carolyn Kay Childress vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09023 | Carolyn Kay Childress;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06930 | Carolyn Whitley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08780 | Caryn Jean Rogers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01997 | Catherine A. Williams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28682 | Catherine Dumas vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-23525 | Catherine Mary Laurita vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08009 | Cathy Jo Hackman vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-07899 | Cecile Y. Jones vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07739 | Charlene M Fritch vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02953 | Charlene Murphy vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08688 | Charlene S Gleason vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14073 | Charlotte D. Morris vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-34005 | Charlotte Land; Clint Land vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-07972 | Cheri L. Glanton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05655 | Cherise Lynn Payton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04528 | Cheryl Ann Nielsen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07836 | Christie Adams Faulkner vs. Ethicon, Inc.; Johnson & Johnson |
| ~~2:13-cv-26013~~ | ~~Christine Hyde Palochik vs. Ethicon, Inc.; Ethicon Women's Health; Urology; Gynecare; Ethicon, LLC; John Does 1-20~~ |
| 2:16-cv-05902 | Christine J. Manenkoff vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29164 | Christine L. Rixen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33364 | Christine Marie Galarneau vs. Ethicon, Inc.; Johnson & Johnson |

5

| | |
|---|---|
| 2:14-cv-26655 | Christine Oroff vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06936 | Christine Williams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09172 | Christy Lee Arbelius vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08218 | Christy Rose Rodriguez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02951 | Cindy L. McGaughy vs. Ethicon, Inc.; Ethicon, LLC |
| 2:14-cv-09075 | Clara M. Hansen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07096 | Clara Reiss vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08708 | Clarice Hudson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-10453 | Clydette L. Parks vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09055 | Colleen A Collins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08001 | Colleen Sue Fairweather - Kelly vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02539 | Connie Castleberry vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05632 | Connie DiVenti vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27363 | Connie J. Wilson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26707 | Connie L. Kohring vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08324 | Connie Sue Boltz vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07582 | Constance M. Coleman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09141 | Cynthia Ann Simpson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02938 | Cynthia B Huebner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08349 | Cynthia Christine Cominsky vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-00123 | Cynthia Jeanne Hargrave; John vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08864 | Cynthia Joy Wilbanks vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01965 | Cynthia L. Cooper William M. Cooper vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08113 | Cynthia L. Lovato vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09131 | Cynthia L. Rowe vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01904 | Cynthia N. Buffaloe vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01273 | Cynthia Pettigrew vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29792 | Dagmar G. Dulworth vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07677 | Danforth Marie Linkhart, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13002 | Danielle Seger vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01992 | Danna Trainer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15592 | Danusia Maria Davis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29770 | Daphne Kay Pratt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09048 | Daphny D. Blessing vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08006 | Darlene G. Guerin; Wesley Guerin vs. Ethicon, Inc; Johnson & Johnson |
| 2:14-cv-08303 | Darlene Starr Trent vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08503 | Dawn Deana Zalud vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08533 | Dawn Louise Cameron vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08162 | Dawn Nicole Hindman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08092 | Deana Lea Lopez vs. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-08458 | Deanna Gaile Uddin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05447 | Deanna L. Elkins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27133 | Deanna Lee Stevens vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08779 | Debbie Lynn Robinson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05059 | Deborah A. Chase vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07550 | Deborah A. Rice vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13004 | Deborah A. Sheard vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08143 | Deborah Ann Miller vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11954 | Deborah L. Hunckler vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05498 | Deborah S. Erickson vs. Ethicon, Inc.; Johnson & Johnson |