# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7769] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 4, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Civil Action No. | Case Name |
|---|---|
| 2:15-cv-05364 | Deborah Sue Destaercke vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09069 | Debra A. Gallup vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-08023 | Debra A. Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08722 | Debra Ann Jenkins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08528 | Debra B. Caison vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07576 | Debra Elaine Betts vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09085 | Debra F. Jones vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05617 | Debra H. Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05662 | Debra H. Reber vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06071 | Debra L. Keplar vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26307 | Debra Lynn Samuels vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-07731 | Debra R. 'Debbie' Folkert vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06837 | Debra R. Pezoldt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28689 | Delores A. Beavers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05663 | Delores Reichgott vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25666 | Delores Yvonne Hopps vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03180 | Denise Jane Templeton/Chodos vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08332 | Denise Lynn Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06145 | Denise Lynn Kowalski vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01967 | Denise M. DeCandia, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03127 | Denise M. Windish vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07525 | Denise Renay Sheppard vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02617 | Denise Ward vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25668 | Diana Krzeminski; Stanley Krzeminski vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27128 | Diana Lee Spurlock-Elliott vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09029 | Diana Lynn Gardella vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07244 | Diane Marie Fritz vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08409 | Diane Marie Stoltz vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09061 | Dixie Lee Marie Dilley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07935 | Dolores Sosa Rios vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05495 | Donna Flores vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08685 | Donna Jean Ellis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07570 | Donna Kay Anderson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08678 | Donna Lynn Dent vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07546 | Donna Pappas Rosengarten vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08921 | Donna R. Wargel vs. Ethicon, Inc.; Johnson & Johnson |

46317902.v1

| | |
|---|---|
| 2:14-cv-08462 | Donna S. Wagner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09149 | Doreen K Swisher vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05639 | Doreen M. King vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05414 | Doris J. Downing vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09034 | Dorita Elisabeth Ramsey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08494 | Dorothy Ann Welk vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06514 | Dorothy Eller Medlin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08340 | Dorothy M. Starner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08513 | Dorothy Mae Beal vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05666 | Dorothy Marie Reynolds vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06354 | Durinda K. Westerviller vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08903 | Dusty L. Peterson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-05189 | Eara Belle Hallford vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08912 | Eileen M. Sobocinski vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09032 | Eileen Sharon Langholff vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26457 | Eileen Ubinas vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-06845 | Elayne N. Boehm; Charles W. Boehm vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08122 | Elena P Perez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07644 | Elisa Casanova vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03103 | Elizabeth Alice Gibson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04603 | Elizabeth Ann Beasley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02554 | Elizabeth Ann Cronin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05365 | Elizabeth Ann Henderson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24886 | Elizabeth Ann Plotts vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11527 | Elizabeth Annabelle Dorsey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29240 | Elizabeth Campos Olivo vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26715 | Elizabeth F Purkey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09077 | Elizabeth Gabriel Harrop vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07913 | Elizabeth Lacy Lobeda vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08857 | Elizabeth Louise Robinson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09915 | Elizabeth Radford Peterson, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08725 | Elsa C. Mares vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06423 | Elsie Martinez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05948 | Erin C. Gee vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08745 | Erlinda Elaine Estrada vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08049 | Estelita Ocampo Lajzerwicz vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08379 | Esther A. Terry Durdella vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01982 | Ethel Mae Macheel vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08899 | Ethna R. O'Hare vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08658 | Eula Bestman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06352 | Eva D. Garate vs. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-07656 | Eva M Fontes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29758 | Evelyn S. Fleeman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14301 | Faye Miller vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08305 | Fleta Gamble Voigt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06903 | Florene Ruth Murphy vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12990 | Frances Holguin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04594 | Frances J. Armijo vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08404 | Frances Marie Spickelmier vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21000 | Frances Smith Hand vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12985 | Frankie M. Forney vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07821 | Gabriele Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06935 | Gail E. Henley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03115 | Gail Houston Lewis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08901 | Gail S. Parris vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08291 | Gale Lynn Adams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01984 | Georgette Petrina McCoy, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07818 | Georgianna M. Deuley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08818 | Geraldine Joyce Pritzl vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06425 | Geraldine Lyons vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03116 | Gillian Lien vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08102 | Gina M. Mazzochetti vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08479 | Ginger Nanette Nims vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05669 | Gladys Rodriguez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02921 | Glenda Gail Ellerman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08450 | Gloria M. Gray vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08115 | Graciela Luna vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12650 | Hannah B. Heary vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08504 | Heather Peline Zsarnay vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07845 | Helen L. Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07671 | Helen R. Saleeby vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06387 | Helena Maria Medeiros vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26679 | Holly Ann Hunt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07941 | Ima Jean Simpson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08710 | Jacquelin D Hurn vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-06583 | Jacqueline A. Ganak; George Ganak vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-01766 | Jacqueline M. Allen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15577 | Jamie Marchand vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07889 | Jamie VS. German vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05850 | Jana Hoffman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02615 | Jana K. Scott vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04544 | Jane A Allen vs. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-07757 | Jane VS. Bartsch vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08698 | Janet Alma Hatcher vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00691 | Janet Flader vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08448 | Janet Foster Friesen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05906 | Janet L. Rhoads vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09026 | Janet Lea Dow vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07933 | Janet Marie Rayburn vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08882 | Janet Stephanie Lelo vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09135 | Janice D. Sawyer; David Sawyer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07645 | Janice Fallon Button vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07702 | Janis A. Willenbrink vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02949 | Janyce Luise Martin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13003 | Jean E. Seybert vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07798 | Jeanette G. Cochran vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14071 | Jeanette Mae McKimmy vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09022 | Jeanna Marie Chiappetta vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04607 | Jeanne Abbott-Goodwin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05500 | Jeanne M. Forker vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06075 | Jennifer Gail Jenkins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08855 | Jennifer K. Reyes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08463 | Jennifer Lee Watkins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06835 | Jennifer Mae Pruitt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08227 | Jenny Strickland vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07608 | Jerri Agnes Solan vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01975 | Jerri Henry vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05526 | Jessica M. Ahearn vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06426 | Jessica Marie Luce vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26671 | Jessie L. Gartner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05406 | Joan C. Fiorentino vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08088 | Joan E. Lewis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06419 | Joan M. Mitchell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09142 | Joan M. Slanec vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08683 | Joan Sybil Dufour vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08689 | Joann H. Godwin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05642 | Joann Martin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07703 | Joanne L. Yates vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33194 | Joanne M. Lavallee vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31102 | Joni T. Klein vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26452 | Josephine Dziarkowski vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09179 | Joy M. King vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09012 | Juanita K. Allen vs. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-09071 | Juanita R. Garza vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07199 | Judith Ann Beeler vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03102 | Judith Arline Getz vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05640 | Judith Mae Lundeen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25545 | Judy A. Bacon vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-03101 | Judy Ann Fouquette vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07931 | Judy Anne Radachy, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05437 | Judy Faye Frazier vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-08790 | Julie Ann Allen vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-30750 | Julie Ann Barr vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08714 | June Hill Cook vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07587 | Karen A. Davis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25671 | Karen Cruz Martinez vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08196 | Karen Denise Pierce vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09030 | Karen Lee Harrell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-32375 | Karen Louise Carey vs. Ethicon, Inc.; Johnson & Johnson |