# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION            MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Defendant without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7752] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-B, and American Medical Systems, Inc. ("AMS"). The Motion seeks an order granting dismissal of the AMS defendant without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the AMS defendant is **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-B;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the AMS defendant from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 4, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – WAGSTAFF & CARTMELL

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:12-cv-09318 | Rhoda Gainey, Michael Gainey v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:13-cv-32110 | Judith Radloff v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:14-cv-15780 | Eva Comardelle, Wilton P. Comardelle, Jr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-cv-04514 | Grace English, David Alton English, Sr. v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:15-cv-07717 | Crystal Beelen, David Beelen v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |
| 2:17-cv-02939 | Lucille Lafond v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**EXHIBIT B – FLINT LAW FIRM**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-cv-01615 | Catherine Kaiser, Michael Kaiser v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |