IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                             MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7771] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 4, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Civil Action No. | Case Name |
|---|---|
| 2:14-cv-08337 | Pamela Sheppard Burk vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09090 | Patricia A. Kvalheim vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08117 | Patricia A. Mitchell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08091 | Patricia A. 'Pat' Lolli, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09013 | Patricia Ann Armendarez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07907 | Patricia Ann Latty-Woods vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01929 | Patricia Ann Nix v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08493 | Patricia Ann Vaughan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01125 | Patricia Barrysmith vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26714 | Patricia Doll Powers v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07796 | Patricia E. Ash vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06083 | Patricia Iannotta vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08357 | Patricia Kay Crawford vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07722 | Patricia Lee vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05494 | Patricia M Desmond v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06877 | Paula J. Mundrick v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09021 | Pauline Chastain vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08522 | Pauline Lavon Bol vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07718 | Peggy L Edwards v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06904 | Penelope Rankl vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08850 | Penni A Olson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27125 | Pennie Scribner; Steven W. Scribner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14081 | Penny J. Reed vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30002 | Penny Rienks vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08891 | Phyllis J. Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07579 | Priscilla J. Burgiel vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07579 | Priscilla J. Burgiel;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07668 | Rachel D. Hunter vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16139 | Ramona Kay Stevens v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05363 | Ramona O. Foshee v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09167 | Rebecca Borden Woodward; George Gage Woodward vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07494 | Rebecca Jane Workman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06871 | Rebecca Lynn Norris v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08135 | Rebecca S. Van Noy v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08210 | Regina Ann Mays v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00694 | Renae S. Schilling vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07591 | Rene M. Denny v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-06921 | Renee Tepper v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07815 | Revonne Wilma Day v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06418 | Rhonda Adams Lowe v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29997 | Rhonda J. Radford v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08805 | Rilla R. McMillen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07970 | Rita R. Gehring vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19921 | Roanna Escamilla-Mayer, et al v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-06936 | Roberta Lee Poklemba v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08474 | Roberta S. Weiss vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08484 | Robin L. Williams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08166 | Robyn L. Mundy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08356 | Rosa Cowles vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29625 | Rosa Tamai v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-07724 | Rosalba Velasquez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07295 | Rose Ann Harper vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09168 | Rose Marie Zalecki vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08665 | Rosemary Sales Bungay vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07668 | Rosetta Tanksley v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30613 | Ruby L. Elliott v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08713 | Ruth Margie Collier vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06032 | Salina Lynette Gray vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06073 | Samantha D. Leverich v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01926 | Sandra J. McClain v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08918 | Sandra K. Vaccaro v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08082 | Sandra Kinsley; Jeff L. Kinsley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00690 | Sandra L. Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00690 | Sandra L. Brown;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25149 | Sandra Neal v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08695 | Sandra P. Hall vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27123 | Sanjuana Sanchez vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-05036 | Sara R Bin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07435 | Sari Lynne Hedinger vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08828 | Seander Leshell Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-34046 | Shannon L Carney vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28009 | Shannon Lucy Winkelman vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-22759 | Shannon T. Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29238 | Sharon Ann Mulford v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06882 | Sharon Davis, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07286 | Sharon J Miltonberger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08893 | Sharon Marlene Mueller v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-06074 | Sharon P. Horton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05691 | Shawn M Switzer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07655 | Sheila C. Hamlin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07946 | Shelia Ellen Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08776 | Shelley Carole McCoy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07988 | Shelley Lee Grose vs. Ethicon, Inc; Johnson & Johnson |
| 2:14-cv-13005 | Shelley Marie Snider v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07923 | Sheree Ann Loon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24347 | Sheri Lynn Clutts vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-09020 | Sherri Lyn Cater vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27041 | Sherri N Sanders vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-09060 | Sherrie L. Crum vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09051 | Sherrie Sue Bowman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07658 | Sherry Hazelwood Hamlin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07606 | Sherry L. Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02541 | Sheryl Colie Richard Colievs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12994 | Sheryl L. Lucyk v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08799 | Shirley A Markowitz v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08476 | Shirley A Whitton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31115 | Shirley A. Williams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07593 | Shirley Ruth Levy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-02275 | Shirley Ruth Stassen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08727 | Shirley W. Chapman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01936 | Sindy Jenkins Weaver vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26670 | Sislyn Carter vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08339 | Stacey Lee Canez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08902 | Starr Joy Peele v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27135 | Stella Stevens v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08318 | Stephanie Denise Allen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08383 | Stephanie L. Seese; Thomas Seese vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07876 | Sue D. Waldroup v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26707 | Sue Winters-Cabello vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08100 | Susan Diane Cessna vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07684 | Susan E Nightingale v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22708 | Susan E. Manthou v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07531 | Susan F. Schelb vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30538 | Susan Kay Lewis v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-05056 | Susan Lynne Butzner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05056 | Susan Lynne Butzner;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06409 | Susan Maloney v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07736 | Susan Rue Blake vs. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-05675 | Susie N. Scott; Bruce A. Scott vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06638 | Suzanne Joan Keys vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03108 | Suzanne M Jackson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07802 | Suzanne Marie Baxter vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07432 | Sylana G. Gilbert vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08501 | Sylvia Dianne Wynn vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30000 | Sylvia Reyes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08813 | Sylvia Ruth Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09161 | Tamara K. Wilson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06515 | Tammie L Middlebrook v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08702 | Tammy Anita Henderson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07980 | Tammy Kay Glenn vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02918 | Tammy Teresa Dossenback v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08060 | Tangela M Hester vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08846 | Tara Michelle Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08119 | Tauna R. McVicker v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08359 | Tawanda D. Demmings v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08733 | Teeai Marie Crosby vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26699 | Teresa D. Gayheart; Wendell Gayheart vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07891 | Teresa E. Wyers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12992 | Teresa Edmondson Lovvorn v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07528 | Teresa F. Silva vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09027 | Teresa Lorraine Flatt v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06432 | Teri L. Moffett v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05041 | Terri E. Cohoe vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14389 | Theresa Lynn Toadvine v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05680 | Theresa Sizemore vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03128 | Theresa Winger vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07948 | Tina Jo Tobergta v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07900 | Tina L. Kalman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01006 | Tina R. Swonger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08880 | Tjia Ann Louise Ladanyi vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07698 | Tonja Marie Treadway v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08010 | Tonya Lea Harnvey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08441 | Tracey Lynn Tolson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-03092 | Trenna Kay Stitt v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-32507 | Trinka M. Yelko vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09067 | Twila K. Fox v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09057 | Twila S. Cook vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09025 | Valerie J Diamond v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-01978 | Vanessa A. Lafleur vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08465 | Verda Mae Ireland vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01970 | Verona Floyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01976 | Vicki L. Hope vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08764 | Vicki Lea Jackson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08410 | Vicki Lynn Swalek v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02930 | Vickie A. Hemb vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02101 | Vickie Asher vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07490 | Vickie L. White vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31118 | Vickie L. Williams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05758 | Vickie S. Hults vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06357 | Vickie Wright vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06421 | Vicky Virginia McIntyre v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02934 | Victoria Anne Higgins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02943 | Victoria Leiderman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26658 | Victoria Lynn Bedore vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01932 | Viola Kaye Rogers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31101 | Violet I Kjellstrom vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06939 | Violet Young vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07930 | Virginia Kay Prentice v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08506 | Virginia Lee Akins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07673 | Virginia Lee Kroner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08045 | Virginia M. Knight vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08292 | Wanda Faye Addison vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09148 | Wanda Jean Solomon v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27330 | Wanda Jowers; Dan Jerry Jowers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07300 | Wanda Sue Richards vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02950 | Wende McConaughy v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05057 | Wendy E. Boster vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07998 | Wendy Joyce Dempsey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08164 | Wendy Lea White vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07828 | Wendy W. DiGregorio v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16124 | Wilma S. Bustillos vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-04038 | Wyonne K. Morningstar, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27022 | Xochilt Saenz vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-02268 | Yolanda Shanell Covington vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07408 | Yvonne Ann Lopes v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26307 | Yvonne E. Wright vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-05180 | Zanetta Kaye Gibellino vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-01924 | Zoraida Magana v. Ethicon, Inc.; Johnson & Johnson |