# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7788] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 5, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
| --- | --- |
| 2:14-cv-22080 | Geraldine Beck and Kenneth Beck v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22131 | Kristina Beverly v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11621 | Mona Burdine v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00630 | Deborah Cantrell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22371 | Catherine Deluca and Joseph Deluca v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04473 | Suzanne Desrosiers and Gary Desrosiers v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03542 | Pamela DeTienne and Ronald Lee DeTienne v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22376 | Jennifer Fales v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22377 | Betty Faulkner v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22378 | Dawn Fernandez and Jeff Fernandez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15877 | Felicitas Flores and Elizandro Flores v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09676 | Tamala Force v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09724 | Dorothy Frederick and Vincent Geesner v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06148 | Paula Grubbs v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22596 | Lona Hall v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-22799 | Betty Ann Hinkley and Howard Hinkley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00634 | Jennifer Howard and Robert Howard v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22508 | Joan Howard v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03049 | Patricia Huhman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06149 | Vicki Kurtz and Richard Kurtz v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22675 | Patricia Losh and Richard Losh, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22699 | Cheryl McCarthy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22733 | Nina Monway v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24713 | Linda Nichols and Lawrence Nichols v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-03883 | Evelyn O'Connor v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04887 | Elizabeth Prince and Edwin A. Prince v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22423 | Patty Rarrat and Patty Rarrat v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22427 | Peggy Reeves v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22441 | Mayre Ren Timothy Ren v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22458 | Sandra Rivera and Edgard Rivera v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02620 | Rose Slone v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22476 | Alice Somersett and Franklin Somersett v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22829 | Jane Stock v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22838 | Diane Sylven and Steven Sylven v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21504 | Tamera Tabor and Gary Tabor v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21516 | Diana Tennant v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02235 | Linda Thrush and Kenneth E. Thrush v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-06155 | Donna Tijerina and Jesus Tijerina v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-10092 | Linda Townsend and Roger Townsend v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21593 | Cindy Vittucci and Mark Vittucci v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21614 | Gloria Westerman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11574 | Karen Wilkerson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-22075 | Bevili Billingy and Augustus Billingy v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-04471 | Nancy Emerson-Whitfield v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22498 | Arleen Giarrizzo v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09692 | Carolyn Schenk v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-10084 | Connie Shoff and Charles Shoff v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08083 | Dana Ventrca and Frank Ventrca v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04149 | Camille Weimer and Gerald Weimer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22864 | Mercedes White and Philip White v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02233 | Sana Haddad and Barjas Haddad v. Ethicon, Inc.; Johnson & Johnson |