IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7791] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

2

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 5, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Name |
|---|---|
| 2:16-cv-07981 | Barbara Fitzpatrick vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07469 | Barbara Hedges vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07485 | Brenda Whittington vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07441 | Carol McIntosh vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07466 | Carolyn Easley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07461 | Charity Byker vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07772 | Connie Lanier vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07463 | Cynthia Cheney vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07475 | Debra McCoy vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07483 | Debra Sok vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07451 | Ellen Towle vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07465 | Eva Conti vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07474 | Gail Masaveg vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07442 | Irene Mickle vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07468 | Isabel Garnett vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07464 | Janice Childress vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08008 | Jean Houck vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07431 | Jeanne Flanders vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07423 | Joyce Ardolino vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07471 | Julia Kraus vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07426 | Linda Crawford vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07462 | Marleen Carroll vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07432 | Mary Gandreh vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07473 | Patsy Lynn Lee vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07430 | Patty Ellis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07459 | Teri L. Ashmore vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07450 | Treva Thurman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07443 | Virginia Mitchner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07439 | Wanda Kelton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07449 | Brenda Robertson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07479 | Debra L. Schnell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07481 | Noreen M. Sehnert vs. Ethicon, Inc.; Johnson & Johnson |

46317902.v1