IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7773] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 5, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:14-cv-13345 | Alice H. Hopper vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-05929 | Barbara J. Cook Freeman Cookvs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| ~~2:14-cv-05929~~ | ~~Barbara J. Cook; Freeman Cook vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC~~ |
| 2:14-cv-13659 | Diann L. Cornelius Glen Corneliusvs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23978 | Earnestine Ardis; Carlton Ardis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26551 | Juanita L. O'Callaghan, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18664 | Lynda T. Krayanek; Brett Krayanek vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18007 | Maureen R. Rich vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:17-cv-03048 | Roberta Bond; Dennis Bond vs. Ethicon, Inc.; Johnson & Johnson |