IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7792] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 5, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:13-cv-14899 | Gail Ann Simao vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09578 | Lenora Grace Rector vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19004 | Alicia Williamson vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15332 | Amanda Marie Jackson vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28240 | Ann Marie Stiefken vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06516 | Brenda Lou Pinkley vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28956 | Cathy Woodall vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28242 | Christina Ann Taylor vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26543 | Christina Lynne DeLapp vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14924 | Cindy A Moore vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12777 | Clara Jean McDonald vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-07230 | Cynthia G Calland vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15020 | Denice Joyce White vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19247 | Diane Cail Quick vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26544 | Elizabeth Eubanks vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14816 | Eloise C Patrick vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06699 | Janet Marie Campbell vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18997 | Jennifer Dawn Guerin vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15228 | Kathy Hines vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28238 | Kellie Grace Ramirez vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14920 | Kim Beth Fears vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-19961 | Maria Thomas vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24046 | Marlys Danetta King vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26617 | Mary Ellen Flores vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-00979 | Mary Louise Weldon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15234 | Michelle Lee Leavitt vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14805 | Mirtha Fuentes vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06705 | Raymelle Annette Stuard vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22248 | Roberta McFadden vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26549 | Rosalinda Gonzalez vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27348 | Sarah Louise McFarland vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23433 | Shirley Ann Walker vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22036 | Sonia M. Garza vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28249 | Tami Lou Thomas vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-06749 | Traci Rose vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-27343 | Victoria Howard vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26538 | Antoinette Maria Bennice vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |