**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7790] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 5, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

**EXHIBIT A**

| Civil Action No. | Case Name |
|---|---|
| 2:13-cv-29330 | Barbara Ann Jones vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| ~~2:14-cv-26091~~ | ~~Cari Martin v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation~~ |
| 2:14-cv-13212 | Josephine Stambaugh, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13211 | Lillian Lopez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13210 | Paulette McGann v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15191 | Phyllis Gsoell (Perez) vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

46317902.v1