# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327
_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate and agree that Boston Scientific Corporation is dismissed without prejudice from the actions listed on the attached Exhibit A, each party to bear its own costs. Other defendants remain in these actions and plaintiff(s) will continue to prosecute their actions against them.

Dated: April 5, 2019

Respectfully submitted,

By: */s/ Jon A. Strongman*
Jon A. Strongman
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
jstrongman@shb.com

**COUNSEL FOR DEFENDANT BOSTON SCIENTIFIC CORPORATION**

9043189 v1

By: /s/ *C. Andrew Childers*
C. Andrew Childers
Michael Brandon Smith
CHILDERS SCHLUETER & SMITH
Suite 100
1932 North Druid Hills Road
Atlanta, GA 30319
USA
Telephone: 404/419-9500
Fax: 404/419-9501
Email: Achilders@cssfirm.Com
Email: Bsmith@cssfirm.Com

**COUNSEL FOR PLAINTIFFS**

9043189 v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: */s/ Jon A. Strongman*
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION**

9043189 v1

# EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 12-cv-07421 | HUGHES, Cecile and Richard Hughes vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-02010 | TIBERI, Darlene and Michael Tiberi vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-03651 | HICKS, Teresa and Jeffrey Hicks vs. Boston Scientific Corporation, Johnson & Johnson, and Ethicon, Inc. |
| 13-cv-06847 | CYMERMAN, Amelia vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation, Mentor Wordwide LLC, Coloplast A/S, Coloplast Corp., Coloplast Manufacturing US, LLC |
| 13-cv-24859 | ELLINGTON, Carol and Michael Ellington vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-00801 | ZIMMERMAN, Crystal and Terry Zimmerman vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation, Cook Incorporated, Cook Biotech, Inc., and Cook Medical, Inc. |
| 15-cv-01425 | COULOMBE, Iris M. and Raymond Coulombe vs. C. R. Bard, Inc., Sofradim Production SAS, Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |