**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

**IN RE: ETHICON, INC.**
**PELVIC REPAIR SYSTEMS**
**PRODUCTS LIABILITY LITIGATION**

**MDL 2327**

---

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT:

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate and agree that Boston Scientific Corporation is dismissed without prejudice from the actions listed on the attached Exhibit A, each party to bear its own costs. Other defendants remain in these actions and plaintiff(s) will continue to prosecute their actions against them.

Dated: April 5, 2019

Respectfully submitted,

By: */s/ Jon A. Strongman*

Jon A. Strongman
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
jstrongman@shb.com

**COUNSEL FOR DEFENDANT BOSTON SCIENTIFIC CORPORATION**

By: /s/ *Mark W. Davis*
Mark W. Davis
DAVIS & CRUMP
Third Floor
1712 15th Place
Gulfport, MS 39501
Telephone: 228.863.6000
Facsimile: 228.864.0907
Email: Mark.Davis@daviscrump.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: */s/ Jon A. Strongman*
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT**
**BOSTON SCIENTIFIC CORPORATION**

**EXHIBIT A**

| CASE NUMBER | CASE NAME |
|---|---|
| 12-cv-09457 | CAPE, Billie vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, and Boston Scientific Corporation |
| 13-cv-14083 | PARNELL, Doris and Harry Parnell vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-10663 | EDWARDS, Deborah vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation, Coloplast Corp. |
| 14-cv-24387 | SMOOT, Judy vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-26954 | UNGER, Susan G. vs. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation |