# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

**MDL 2327**

_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBIT A.

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate and agree that Boston Scientific Corporation is dismissed without prejudice from the actions listed on the attached Exhibit A, each party to bear its own costs.  Other defendants remain in these actions and plaintiff(s) will continue to prosecute their actions against them.

Dated: April 4, 2019

Respectfully submitted,

By: */s/ Jon A. Strongman*
Jon A. Strongman
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
Email: jstrongman@shb.com

**COUNSEL FOR DEFENDANT BOSTON SCIENTIFIC CORPORATION**

By: /s/ *Michael A. London*
Michael A. London
DOUGLAS & LONDON
6th Floor
59 Maiden Lane
New York, NY 10038
Telephone: 212.566.7500
Facsimile: 212.566.7501
Email: Mlondon@douglasandlondon.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: */s/ Jon A. Strongman*
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT**
**BOSTON SCIENTIFIC CORPORATION**

# EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 14-cv-22137 | BICKFORD, Lorraine and Roger Bickford vs. Ethicon, Inc, Johnson & Johnson, and Boston Scientific Corporation |
| 14-cv-22465 | SAAVEDRA Mary Lou and Felix Saavedra vs. Ethicon Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-22504 | SONNINO-CRAY, Dianne vs. Ethicon Inc., Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-22704 | MCCRORY, Belinda and William McCrory vs. Ethicon Inc., Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-10080 | GRAFF, Susan and Stephen L. Graff vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-10105 | ROTH, Carolyn vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |
| 16-cv-02919 | DASHEFSKY, Phyllis vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 16-cv-04095 | CLEMENTS, Doris vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation |
| 16-cv-11622 | HOWELL, Daphene vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 17-cv-03712 | JONES, Sherry and Danny Clay Jones vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |