IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION     MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBIT ATTACHED HERETO:

**JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A and B and Defendants Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3] (collectively the "Covidien entities") and C. R. Bard, Inc., to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs, the Covidien entities and Bard jointly move the court to dismiss the Covidien entities and Bard (where named) with prejudice in the cases listed on the attached Exhibits A and B, with each party to bear its own costs.

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek, USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic, Inc.

4826-5663-5792 v2

The settlements in the cases listed on Exhibits A and B relate only to the Covidien entities and Bard. Because other Defendant(s) remain in the case listed on Exhibits A and B, the case should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 5th day of April, 2019.

/s/ *Micah L. Hobbs*
Micah L. Hobbs
mhobbs@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816.474.6550
Fax: 816.421.5547
*Counsel for Covidien Entities*

/s/ *Richard B. North, Jr.*
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH L.L.P
P.O. Box 1856
Huntington, WV 25719-1856
Phone: 304.526.3500
Fax: 304.526.3599
*Counsel for C.R. Bard, Inc.*

/s/ *Richard W. Schulte*
Richard W. Schulte
WRIGHT & SCHULTE
Suite A
812 East National Road
Vandalia, OH 45377
937.435.7500
Fax: 937.435.7511
rschulte@legaldayton.com
*Counsel for Plaintiffs on Exhibit A*

/s/ *Yvonne M. Flaherty*
Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401
612.339.6900
Fax: 612.339.0981
ymflaherty@locklaw.com
*Counsel for Plaintiffs on Exhibit B*

**EXHIBIT A – WRIGHT & SCHULTE**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **Case Name** |
|---|---|
| 2:14-cv-05159 | McCormick, Deborah and Timm |
| 2:15-cv-13797 | Papasan, Carmen |

**EXHIBIT B – LOCKRIDGE GRINDAL NAUEN**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **Case Name** |
|---|---|
| 2:15-cv-16303 | Marshall, Karen |

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Micah L Hobbs*
Micah L. Hobbs
*Attorney for Covidien Entities*

4826-5663-5792 v2