# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION     MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBIT ATTACHED HERETO:

## JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiff(s) in the case(s) listed on the attached Exhibits A through E and Defendants Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3] (collectively the "Covidien entities") and C. R. Bard, Inc., to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

Accordingly, Plaintiffs, the Covidien entities and Bard jointly move the court to dismiss the Covidien entities and Bard (where named) with prejudice in the cases listed on the attached Exhibits A through E, with each party to bear its own costs.

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek, USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic, Inc.

The settlements in the cases listed on Exhibits A through E relate only to the Covidien entities and Bard. Because other Defendant(s) remain in the cases listed on Exhibits A through E, the cases should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 9th day of April 2019.

/s/ *Richard B. North, Jr.*
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH L.L.P
Suite 1700
201 17th Street, NW
Atlanta, GA 30363
404/322-6000
Fax: 404/322-6050
*Counsel for C.R. Bard, Inc.*

/s/ *Douglas Robert Plymale*
Douglas Robert Plymale
drplymale@plymalelawfirm.com
PLYMALE LAW FIRM
Suite 2500
201 St. Charles Avenue
New Orleans, LA 70170
504/355-0092
Fax: 504/662-3801
*Counsel for Plaintiffs on Exhibit A*

/s/ *Bryan F. Aylstock*
Bryan F. Aylstock
baylstock@awkolaw.com
AYLSTOCK WITKIN KREIS & OVERHOLTZ
Suite 200
17 East Main Street
Pensacola, FL 32502
850/202-1010
Fax: 850/916-7449
*Counsel for Plaintiffs on Exhibit C*

/s/ *Don K. Ledgard*
Don K. Ledgard
dledgard@capretz.com
CAPRETZ & ASSOCIATES
Suite 2500
5000 Birch Street
Newport Beach, CA 92660
949/724-3000
Fax: 949/209-2090
*Counsel for Plaintiffs on Exhibit E*

/s/ *Micah L. Hobbs*
Micah L. Hobbs
mhobbs@shb..com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816.474.6550
Fax: 816.421.5547
*Counsel for Covidien Entities*

/s/ *Hunter J. Shkolnik*
Hunter J. Shkolnik
hunter@napolilaw.com
NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES
Suite 7413
350 Fifth Avenue
New York, NY 10118
212/397-1000
Fax: 646/843-7603
*Counsel for Plaintiffs on Exhibit B*

/s/ *Alex Barlow*
Alex Barlow
barlow@heardrobins.com
HEARD ROBINS CLOUD & BLACK
Suite 2200
2000 West Loop South
Houston, TX 77027
713/650-1200
Fax: 713/650-1400
*Counsel for Plaintiffs on Exhibit D*

4821-2609-2688 v1

## EXHIBIT A – PLYMALE LAW FIRM

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:13-cv-02249 | Miller, Teresa |

4821-2609-2688 v1

- 5 -

**EXHIBIT B – NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **Case Name** |
|---|---|
| 2:13-cv-30772 | Mangino, Theresa and John |

4821-2609-2688 v1

### EXHIBIT C – AYLSTOCK WITKIN KREIS & OVERHOLTZ

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:14-cv-09047 | Bell, Debra Lyn |
| 2:15-cv-07596 | Jarvis, Carol Coffey |
| 2:16-cv-01918 | Jenkins, Carol |

## EXHIBIT D – HEARD ROBINS CLOUD & BLACK

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:14-cv-20758 | May, Wilma |

4821-2609-2688 v1

## EXHIBIT E – CAPRETZ & ASSOCIATES

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **Case Name** |
|---|---|
| 2:16-cv-00417 | Killion, Tonya |

- 8 -

4821-2609-2688 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:    */s/ Micah L Hobbs*
         Micah L. Hobbs
         *Attorney for Covidien Entities*
