IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |

THIS DOCUMENT RELATES TO THE CASE(S) LISTED ON THE EXHIBIT ATTACHED HERETO:

## JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-C and Defendant C. R. Bard, Inc., advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims. Accordingly, they jointly move the court to dismiss Bard as a Defendant in these actions with prejudice, each party to bear its own costs.

The settlements in the cases listed on Exhibits A-C relate only to Defendant C.R. Bard, Inc. Because other Defendant(s) remain in the case listed on Exhibits A-C, the case should remain open and Plaintiffs will continue to prosecute their claims against any remaining defendants.

Respectfully submitted this 9th day of April, 2019.

/s/ *Richard B. North, Jr.*
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH L.L.P
P.O. Box 1856
Huntington, WV 25719-1856
Phone: 304.526.3500
Fax: 304.526.3599
*Counsel for C.R. Bard, Inc.*

/s/ *Hunter J. Shkolnik*
Hunter J. Shkolnik
hunter@napolilaw.com
NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES
Suite 7413
350 Fifth Avenue
New York, NY 10118
212/397-1000
Fax: 646/843-7603
*Counsel for Plaintiffs on Exhibit B*

/s/ *Michael Gallant*
Michael Gallant
mgallant@duejustice.com
KELLEY BERNHEIM & DOLINKSY
Fourth Floor
2200 Pennsylvania Avenue, NW
Washington, DC 20037
202/379-0680
Fax: 202/379-0685
*Counsel for Plaintiffs on Exhibit A*

/s/ *Pauline Toboulidis*
Pauline Toboulidis
ptoboulidis@lopezmchugh.com
LOPEZ MCHUGH
214 Flynn Avenue
Moorestown, NJ 08057
856/273-8500
Fax: 856/273-8502
*Counsel for Plaintiffs on Exhibit C*

### EXHIBIT A – KELLEY BERNHEIM & DOLINKSY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:16-cv-02005 | Loiacano, Anna and William |

**EXHIBIT B – NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:12-cv-03045 | Myers, Kathy and Richard |

**EXHIBIT C – LOPEZ MCHUGH**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **Case Name** |
|---|---|
| 2:13-cv-22743 | Wainwright, Sherrie and Tim |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of April, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          By:    */s/ Richard B. North, Jr.*
                                                        Richard B. North, Jr.
                                                        *Counsel for C. R. Bard, Inc.*