# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON INC
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs in the cases listed on the attached Exhibits A-C and defendant American Medical Systems, Inc., ("AMS") jointly move the court to dismiss AMS without prejudice and terminate them from the docket of the court, parties to bear their own costs. Other defendants remain in this action, and plaintiffs will continue to pursue this action against them.

Respectfully:

/s/ Barbara Binis
Barbara Binis
Stephen J. McConnell
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
smcconnell@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Frank E. Piscitelli , Jr.
Frank E. Piscitelli , Jr.
PISCITELLI LAW FIRM
Suite 110
6151 Wilson Mills Road
Cleveland, OH 44143
216.931.7000 (phone)
216.931.9925 (fax)
docket@feplaw.com
*Attorney for Plaintiffs on Exhibit A*

/s/ Shawn Bradley Daniels
Shawn Bradley Daniels
HARE WYNN NEWELL & NEWTON
129-A West Sunbridge Drive
Fayetteville, AR 72703
479.521.7000 (phone)
479.437.2007 (fax)
shawn@danielsfirm.com
*Attorney for Plaintiffs on Exhibit B*

/s/ Mark P. Robinson , Jr.
Mark P. Robinson , Jr.
ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS
19 Corporate Plaza Drive
Newport Beach, CA 92660
949.720.1288 (phone)
949.720.1292 (fax)
mrobinson@robinsonfirm.com
*Attorney for Plaintiffs on Exhibit C*

Dated:  April 11, 2019

## EXHIBIT A – PISCITELLI LAW FIRM

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **CASE NAME** |
|---|---|
| 2:13-cv-01225 | Kim Dotson, Terry Dotson v. Johnson & Johnson, Ethicon, Inc., American Medical Systems, Inc. |

## EXHIBIT B – HARE WYNN NEWELL & NEWTON

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:15-cv-13348 | Barbara Bingham, Don Lee Bingham v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

## EXHIBIT C – ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-cv-04337 | Catherine Rivera, Victor Rivera v. Ethicon, Inc., Ethicon, LTD, Johnson & Johnson, American Medical Systems, Inc., J-Pac, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

/s/ Barbara R. Binis