IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327

--------------------------------------------------
THIS DOCUMENT RELATES TO CASES ON
EXHIBIT A ASSIGNED TO CHIEF JUDGE JOHNSTON

## O R D E R

The court **ORDERS** that the Show Cause Orders entered on April 10, 2019, in the case on Exhibit A are **VACATED**. The cases on the attached Exhibit A are assigned to Chief Judge Johnston.

The court **DIRECTS** the Clerk to file a copy of this Order counsel of record and any unrepresented party.

ENTER: April 11, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

|    | Case Number | Case Style | ECF No. of Order |
|----|-------------|------------|------------------|
| 1  | 2:12-cv-01711 | Hutchison v. Johnson & Johnson et al | 68 |
| 2  | 2:12-cv-02728 | Walker et al v. Ethicon, Inc. et al | 62 |
| 3  | 2:12-cv-06081 | Patterson v. Ethicon, Inc. et al | 73 |
| 4  | 2:12-cv-06438 | Wells et al v. Ethicon, Inc. et al | 62 |
| 5  | 2:12-cv-06512 | Paulman et al v. Ethicon, Inc. et al | 42 |
| 6  | 2:12-cv-06772 | Pavlekovich et al v. Ethicon, Inc. et al | 46 |
| 7  | 2:12-cv-07933 | Levey v. Ethicon, Inc. et al | 30 |
| 8  | 2:12-cv-08032 | Beaman et al v. Ethicon, Inc. et al | 41 |
| 9  | 2:12-cv-08582 | Leehy v. Ethicon, Inc. et al | 45 |
| 10 | 2:12-cv-09047 | Sylvester et al v. Ethicon, Inc. et al | 51 |
| 11 | 2:12-cv-09268 | Shirks v. Ethicon, Inc. et al | 37 |
| 12 | 2:13-cv-00286 | Rihm et al v. Ethicon, Inc. et al | 51 |
| 13 | 2:13-cv-00495 | Block et al v. Ethicon, Inc. et al | 52 |
| 14 | 2:13-cv-00533 | Nunez v. Ethicon, Inc. et al | 58 |
| 15 | 2:13-cv-00706 | Jenkins et al v. Ethicon, Inc. et al | 54 |
| 16 | 2:13-cv-01206 | Owens v. Ethicon, Inc. et al | 48 |
| 17 | 2:13-cv-01899 | Jay v. Ethicon, Inc. et al | 38 |
| 18 | 2:13-cv-02511 | George v. Johnson & Johnson et al | 72 |
| 19 | 2:13-cv-06702 | Bryan v. Ethicon, Inc. et al | 28 |
| 20 | 2:13-cv-12710 | Golden v. Ethicon, Inc. et al | 45 |
| 21 | 2:13-cv-33962 | Smith v. Ethicon, Inc. et al | 18 |
| 22 | 2:14-cv-23500 | Kraska et al v. Ethicon, Inc. et al | 25 |
| 23 | 2:14-cv-25732 | Gibson v. Ethicon, Inc. et al | 32 |
| 24 | 2:14-cv-27487 | DeBeneditto v. Ethicon, Inc. et al | 53 |
| 25 | 2:15-cv-15975 | Halsey v. Ethicon, Inc. et al | 19 |
| 26 | 2:15-cv-16204 | Mynhier v. Ethicon, Inc. et al | 18 |
| 27 | 2:15-cv-16205 | Nevitt v. Ethicon, Inc. et al | 18 |
| 28 | 2:15-cv-16354 | Haake et al v. Ethicon, Inc. et al | 34 |
| 29 | 2:15-cv-16394 | Sullivan et al v. Ethicon, Inc. et al | 18 |
| 30 | 2:15-cv-16461 | Welch et al v. Ethicon, Inc. et al | 19 |
| 31 | 2:15-cv-16581 | Pruitt et al v. Ethicon, Inc. et al | 18 |
| 32 | 2:16-cv-00102 | Matz v. Ethicon, Inc. et al | 19 |
| 33 | 2:16-cv-03075 | Nelson v. Ethicon, Inc. et al | 20 |
| 34 | 2:16-cv-06141 | Welch v. Ethicon, Inc. et al | 20 |
| 35 | 2:16-cv-06149 | Kurtz et al v. Ethicon, Inc. et al | 20 |
| 36 | 2:16-cv-06243 | Brown et al v. Ethicon, Inc. et al | 25 |
| 37 | 2:16-cv-06805 | Chappell v. Ethicon, Inc. | 26 |
| 38 | 2:16-cv-10890 | Blackburn et al v. Ethicon, Inc. et al | 32 |
| 39 | 2:16-cv-10988 | Corder et al v. Ethicon, Inc. et al | 37 |
| 40 | 2:16-cv-11677 | Hehl v. Ethicon, Inc. et al | 18 |
| 41 | 2:17-cv-00316 | Gosper et al v. Ethicon, Inc. et al | 28 |
| 42 | 2:17-cv-00576 | Winebrenner v. Ethicon, Inc. | 30 |
| 43 | 2:17-cv-00602 | Jones v. Ethicon, Inc. et al | 36 |

**EXHIBIT A**

|    | Case Number    | Case Style                          | ECF No. of Order |
|----|----------------|-------------------------------------|------------------|
| 44 | 2:17-cv-02191  | Adkins et al v. Ethicon, Inc. et al | 43               |
| 45 | 2:17-cv-03712  | Jones et al v. Ethicon, Inc. et al  | 18               |
| 46 | 2:18-cv-00063  | White et al v. Ethicon, Inc. et al  | 22               |