IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                MDL 2327

―――――――――――――――――――――――――――――――――――――――
THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

ORDER AND SUGGESTION OF REMAND
FOR CASES ON EXHIBIT A

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that the actions on Exhibit A be remanded to the United States District Courts from which they came, as identified on Exhibit A.

The individual cases on Exhibit A were transferred by the Judicial Panel on Multidistrict Litigation to the Southern District of West Virginia and are related to MDL 2327, 2:12-md-2327, one of several MDLs assigned to me by the Panel. The court has been informed that the large majority of the remaining cases pending in this MDL are included in Master Settlement Agreements that defendants have entered into with numerous plaintiff firms. In June 2018, the court entered Ethicon Pretrial Order # 329, in an attempt to address inefficiencies and delays in the parties' submission of dismissals. Although a number of dismissals have been processed by the method set forth in that Order and by the traditional method of dismissing cases, thousands of cases remain languishing in this court. For the convenience of the parties and in order to promote the final resolution of these cases, it appears to the court that the cases would be more expeditiously

concluded in the jurisdiction from which they originally came to this court, as identified on Exhibit A.

Accordingly, upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation *and* the timely filing of any joint designations of the MDL 2327 record by counsel in the individual case (as outlined below), the Clerk of this court, pursuant to 28 U.S.C. § 1407, is **ORDERED** that on **April 21, 2019** (10 days after the date of entry of the order) (hereinafter the "Transfer Date") the cases identified on Exhibit A that are *still pending* shall be remanded to the United States District Courts identified on Exhibit A. On or before **April 21, 2019** (10 days after the date of entry of the order), the parties are **ORDERED** to confer and to file *in each individual member case* identified in Exhibit A, all documents from the main MDL that the parties jointly deem relevant to constitute an appropriate record for the receiving court to consider. When filing the documents from the main MDL, the parties are directed to utilize the CM/ECF event entitled "Designation of Record for MDL Transfers" (available under Civil > Other Filings > Other Documents). When completing the event, the "Main Document" should be the list of joint designations from the main MDL, and the "Attachments" should be each individual document on the joint designation list with the "Description" being the ECF number and a brief description of the document (i.e. ECF 96 – Joint Stipulation of Experts). All cases on Exhibit A that are pending on the Transfer Date shall be remanded, and the parties shall bear the consequences in the receiving court of any failure to prepare an appropriate record as directed in this order. The parties and the receiving court are hereby advised that all Pretrial Orders entered in this matter are available for review on the court's website at www.wvsd.uscourts.gov/MDL/2327/orders.html and the master docket sheet can be found on CM/ECF at 2:12-md-2327.

Any joint motion to dismiss may be ruled upon and any proper stipulation of dismissal may close a case prior to remand. On the Transfer Date, the Clerk is hereby **DIRECTED** to utilize the appropriate function in CM/ECF to extract each member case listed on Exhibit A that remains pending and remand it to the corresponding United States District Court listed on Exhibit A. After remand of each member case listed in Exhibit A that is not dismissed prior to the Transfer Date, the Clerk is **DIRECTED** to formally close the case and strike it from the docket of this court.

The court further **DIRECTS** that a copy of this Order and Suggestion of Remand and Exhibit A be filed in every case listed on Exhibit A and sent to the Clerk of the MDL Panel and counsel of record or any unrepresented party for the cases listed on Exhibit A.

ENTER: April 11, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

|  | Civil Action No. | Case Name | Transfer Jurisdiction |
|---|---|---|---|
| 1 | 2:13-cv-26237 | Shahbaz et al v. Johnson & Johnson et al | California Central |
| 2 | 2:17-cv-04337 | Rivera et al v. Ethicon, Inc. et al | California Central |
| 3 | 2:13-cv-06823 | Rubio et al v. Johnson & Johnson et al | California Eastern |
| 4 | 2:17-cv-01356 | McKenna v. Ethicon, Inc. | Colorado |
| 5 | 2:13-cv-30481 | Braun v. Johnson & Johnson et al | Connecticut |
| 6 | 2:14-cv-07706 | Vasconcelos et al v. Ethicon, Inc. et al | Connecticut |
| 7 | 2:14-cv-17174 | Sansabrino v. Johnson & Johnson, Inc. et al | Connecticut |
| 8 | 2:14-cv-27445 | Murphy et al v. Johnson & Johnson, Inc. et al | Connecticut |
| 9 | 2:13-cv-27200 | Pringle et al v. Ethicon, Inc. et al | Florida Southern |
| 10 | 2:12-cv-00490 | Freeman et al v. Ethicon, Inc. et al | Georgia Northern |
| 11 | 2:12-cv-01525 | Fugate et al v. Ethicon, Inc. et al | Illinois Northern |
| 12 | 2:15-cv-06253 | Donaldson et al v. Ethicon, Inc. et al | Illinois Southern |
| 13 | 2:13-cv-01573 | Willet et al v. Ethicon, Inc. et al | Iowa Southern |
| 14 | 2:13-cv-15701 | Ainsworth v. Ethicon, Inc. et al | Kansas |
| 15 | 2:12-cv-05048 | Moore v. Ethicon, Inc. et al | Kentucky Western |
| 16 | 2:12-cv-01414 | Simpson et al v. Ethicon, Inc. et al | Louisiana Eastern |
| 17 | 2:12-cv-03954 | Busby v. Boston Scientific Corporation et al | Louisiana Eastern |
| 18 | 2:13-cv-01753 | Douglas et al v. Ethicon, Inc. et al | Louisiana Eastern |
| 19 | 2:13-cv-22103 | Hitt et al v. Ethicon, Inc. et al | Louisiana Western |
| 20 | 2:13-cv-29593 | Finley et al v. Johnson & Johnson, Inc. et al | Louisiana Western |
| 21 | 2:16-cv-07244 | Brantley v. Ethicon, Inc. et al | Louisiana Western |
| 22 | 2:17-cv-02381 | Hertslet v. Ethicon, Inc. et al | Maryland |
| 23 | 2:12-cv-05112 | Geisinger v. Ethicon, Inc. et al | Minnesota |
| 24 | 2:13-cv-20787 | Campbell et al v. Mentor Corporation et al | Minnesota |
| 25 | 2:13-cv-21351 | Johnson et al v. Mentor Corporation et al | Minnesota |
| 26 | 2:15-cv-02446 | Rolandson v. Ethicon, Inc. et al | Minnesota |
| 27 | 2:12-cv-02336 | Wright v. Johnson & Johnson et al | Mississippi Southern |
| 28 | 2:13-cv-14809 | Neuhaus v. Johnson & Johnson et al | Mississippi Southern |
| 29 | 2:15-cv-00848 | Branning v. Johnson & Johnson et al | Mississippi Southern |
| 30 | 2:13-cv-22100 | Clark-Ajemian v. Ethicon, Inc. et al | Missouri Eastern |
| 31 | 2:13-cv-32350 | Johnson et al v. Johnson & Johnson et al | Missouri Eastern |
| 32 | 2:14-cv-27204 | Mathes v. Coloplast Corp. | Missouri Eastern |
| 33 | 2:15-cv-12450 | Alfermann et al v. Ethicon, Inc. et al | Missouri Eastern |
| 34 | 2:16-cv-09201 | Reddick v. Gynecare, Inc. et al | Missouri Eastern |
| 35 | 2:13-cv-14115 | Holland et al v. Ethicon, Inc. et al | Missouri Western |
| 36 | 2:16-cv-02544 | Canazzi v. Ethicon, Inc. et al | Missouri Western |
| 37 | 2:16-cv-00347 | Godfrey v. Johnson & Johnson Corp. et al | Montana |
| 38 | 2:16-cv-09339 | Jennings v. Johnson & Johnson Corp. et al | Montana, |
| 39 | 2:13-cv-01972 | Dawson v. Johnson & Johnson et al | Nevada |
| 40 | 2:12-cv-05039 | Thompson v. Ethicon, Inc. et al | New Jersey |
| 41 | 2:12-cv-03984 | McClave v. Ethicon, Inc. et al | New Mexico |
| 42 | 2:16-cv-00021 | Cano v. Ethicon, Inc. et al | New Mexico |
| 43 | 2:14-cv-03449 | Vosper et al v. Ethicon, Inc. et al | New York Northern |
| 44 | 2:16-cv-12028 | Clark et al v. Ethicon, Inc. et al | New York Northern |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 45 | 2:13-cv-00469 | Rozman v. Ethicon, Inc. et al | New York Southern |
| 46 | 2:12-cv-03959 | McLaughlin v. Ethicon, Inc. et al | New York Western |
| 47 | 2:12-cv-04281 | Adipietro v. Ethicon, Inc. et al | New York Western |
| 48 | 2:14-cv-24623 | Tarantelli-Benjamin et al v. Ethicon, Inc. et al | New York Western |
| 49 | 2:13-cv-23171 | Carpenter v. Ethicon, Inc. et al | North Carolina Eastern |
| 50 | 2:12-cv-02072 | Pratt v. Ethicon, Inc. et al | Oregon |
| 51 | 2:12-cv-01124 | Bellito-Stanford et al v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 52 | 2:14-cv-27267 | Bartman et al v. Boston Scientific Corporation et al | Pennsylvania Eastern |
| 53 | 2:14-cv-27281 | Musewicz et al v. Boston Scientific Corporation et al | Pennsylvania Eastern |
| 54 | 2:14-cv-28501 | Kohn et al v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 55 | 2:14-cv-28544 | Chester v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 56 | 2:14-cv-28548 | Lepley v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 57 | 2:14-cv-29115 | Kinard v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 58 | 2:14-cv-29117 | Sheaffer et al v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 59 | 2:14-cv-29130 | Tobin et al v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 60 | 2:15-cv-00905 | Brough et al v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 61 | 2:15-cv-00930 | Bagner v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 62 | 2:16-cv-03889 | Kent v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 63 | 2:16-cv-03894 | Fletcher v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 64 | 2:16-cv-03929 | Seidle v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 65 | 2:16-cv-11980 | Tallo v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 66 | 2:14-cv-28346 | Inners et al v. Ethicon, Inc. et al | Pennsylvania Eastern, |
| 67 | 2:13-cv-14888 | Atkinson et al v. Ethicon, Inc. | Pennsylvania Western |
| 68 | 2:14-cv-00755 | Rose v. Johnson & Johnson | Pennsylvania Western |
| 69 | 2:12-cv-06199 | Torres Ortiz et al v. Johnson & Johnson, Inc. et al | Puerto Rico |
| 70 | 2:12-cv-00341 | Brown et al v. Ethicon, Inc. et al | Tennessee Eastern |
| 71 | 2:13-cv-16273 | Clabo v. Johnson & Johnson Health Care Systems, Inc. et al | Tennessee Eastern |
| 72 | 2:14-cv-24274 | Baumgardner et al v. Ethicon, Inc. et al | Tennessee Eastern |
| 73 | 2:15-cv-03265 | Nunn et al v. Ethicon, Inc. et al | Tennessee Eastern |
| 74 | 2:15-cv-03266 | Gray v. Ethicon, Inc. et al | Tennessee Eastern |
| 75 | 2:15-cv-03277 | Roberson et al v. Ethicon, Inc. et al | Tennessee Eastern |
| 76 | 2:12-cv-04039 | Febus v. C. R. Bard, Inc. et al | Tennessee Middle |
| 77 | 2:12-cv-03844 | Branson v. Ethicon, Inc. et al | Tennessee Western |
| 78 | 2:12-cv-03920 | Pamperin v. Ethicon, Inc. et al | Tennessee Western |
| 79 | 2:12-cv-04495 | Anderson v. Ethicon, Inc. et al | Tennessee Western |
| 80 | 2:13-cv-22370 | Gardiner et al v. C. R. Bard, Inc. et al | Texas Eastern |
| 81 | 2:12-cv-02308 | Pendleton et al v. Ethicon Women's Health and Urology et al | Texas Northern |
| 82 | 2:12-cv-3582 | Ramirez et al v. Ethicon Women's Health and Urology et al | Texas Northern |
| 83 | 2:14-cv-12789 | Tully-O'Shea v. Johnson & Johnson et al | Texas Southern |
| 84 | 2:13-cv-07262 | Barnes et al v. Johnson & Johnson, et al | Washington Western |
| 85 | 2:12-cv-02103 | Nelson et al v. Ethicon, Inc. et al | Wisconsin Eastern |