# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION         MDL NO. 2327

―――――――――――――――――――――――――――――

THIS DOCUMENT RELATES TO THE CASE(S)
LISTED ON THE EXHIBIT ATTACHED HERETO:

―――――――――――――――――――――――――――――

### JOINT MOTION TO DISMISS CERTAIN DEFENDANTS WITH PREJUDICE

Plaintiffs in the case listed on the attached Exhibit A and B and Defendants Sofradim Production SAS,[1] Tissue Science Laboratories Limited,[2] and Covidien LP[3] (collectively the "Covidien entities") and C. R. Bard, Inc., to the extent they are named as Defendants, advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third party claims.

---

[1] Sofradim Production SAS includes any incorrect or incomplete spellings of this Defendant, including Sofradim Corporation, Sofradim Corp., Sofradim Production, and Sofradim Production, SAS.

[2] Tissue Science Laboratories Limited includes any incorrect or incomplete spellings of this Defendant, including Tissue Sciences Laboratories, Tissue Science Laboratories Ltd., Tissue Science Laboratories, Inc., Tissue Science Laboratories, Limited and Tissue Science Laboratories, Ltd.

[3] Covidien LP includes any incorrect or incomplete spellings of this Defendant, as well as any improperly named affiliates of this defendant, including Covidien Holding, Inc., Covidien Inc., Covidien Incorporated, Covidien International Finance, SA, Covidien LLC, Covidien Ltd., Covidien Trevoux, SCS, Covidien plc, Covidien, Inc., Covidien, LLC, and Covidien, PLC, Tyco Healthcare Group LP, TYCO Healthcare, Tyco Healthcare Group, L.P., Tyco International Ltd, United States Surgical Corporation, United States Surgical Corp., Floreane Medical Implants SA, Floreane Medical Implants, SA, Mareane, SA, Mareane SA, Medtronic PLC, International Technology, Inc., Medtronic MiniMed, Inc., Medtronic Puerto Rico Operations Co., Medtronic Sofamor Danek USA, Inc., Medtronic Sofamor Danek, Inc., Medtronic Sofamor Danek, USA, Inc., Medtronic USA, Inc., Medtronic, Inc. and Medtronic, Inc.

Accordingly, all parties jointly move the Court to dismiss, with prejudice, and terminate from the docket of the court, the actions listed on the attached Exhibit A and B, with each party to bear its own costs.

Respectfully submitted this 11th day of April 2019.

/s/ *Richard B. North, Jr.*
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH L.L.P
Suite 1700
201 17th Street, NW
Atlanta, GA 30363
404/322-6000
Fax: 404/322-6050
*Counsel for C.R. Bard, Inc.*

/s/ *Micah L. Hobbs*
Micah L. Hobbs
mhobbs@shb..com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: 816.474.6550
Fax: 816.421.5547
*Counsel for Covidien Entities*

*/s/ Gregory Neil McEwen*
Gregory Neil McEwen
gmcewen@mcewenlaw.com
MCEWEN LAW FIRM
5850 Blackshire Path
Inver Grove Heights, MN 55076
651/224-3833
Fax: 651/223-5790
*Counsel for Plaintiffs on Exhibit A*

*/s/ Jeffrey M. Kuntz*
Jeffrey M. Kuntz
jkuntz@wcllp.com
WAGSTAFF & CARTMELL
Suite 300
4740 Grand Avenue
Kansas City, MO 64112
816/701-1100
Fax: 816/531-2372
*Counsel for Plaintiffs on Exhibit B*

**EXHIBIT A – MCEWEN LAW FIRM**

| **CIVIL ACTION NUMBER** (listed numerically in ascending order) | **Case Name** |
|---|---|
| 2:13-cv-07293 | Coleman, Joyce and Jay |

- 5 -

## EXHIBIT B – WAGSTAFF & CARTMELL

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:13-cv-20403 | Codding-Fredrick, Jody and Stephen Frederick |
| 2:13-cv-21716 | Packwood, Tresa and Greg |
| 2:13-cv-23676 | Roberson, Breda and Thomas |
| 2:14-cv-13613 | Andrues, Katrenia and Scott |
| 2:16-cv-03367 | Bullock, Mary Ann |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s/ Micah L Hobbs*
       Micah L. Hobbs
       *Attorney for Covidien Entities*