IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                           MDL NO. 2327
_____
THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Pending in MDL 2:12-md-2327 are: a (1) Motion for Leave to File a Reply Brief in Support of Objections to the Recommended Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs by the Court Appointed External Review Specialist [ECF No. 7825] and a (2) Motion for Leave to File Twenty Page Reply [ECF No. 7829]. Pursuant to Local Rule 7.1, both the motions seek to file a 20-page reply brief to the Fee and Cost Committee's ("FCC") Omnibus Response to the Objections to the Recommended Allocations of the External Review Specialist [ECF No. 7816].

For reasons appearing to the court, the court **ORDERS** that both motions are **GRANTED** to the extent the above parties seek to file a reply and are **DENIED** as to the request to file 20-page replies. The court **ORDERS** that any reply by the parties is limited to 10 pages. Finally, the request for 10 days to reply [ECF No. 7829] is **DENIED**. The court **ORDERS** that replies are due within seven days of the FCC's Omnibus Response.

The court **DIRECTS** the Clerk to file a copy of this Order in 2:12-md-2327.

ENTER: April 12, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE