IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE: BOSTON SCIENTIFIC CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LIGITATION | MDL NO. 2327 |
| IN RE: COLOPLAST CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| IN RE: COOK MEDICAL, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2440 |
| IN RE: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL NO. 2511 |

*This Document Relates To All Cases*

# Declaration of Adam M. Slater

Adam M. Slater, pursuant to 18 U.S.C. §1746, makes this declaration under penalty of perjury:

1. I am a partner in the law firm of Mazie Slater Katz & Freeman, LLC ("Mazie Slater"). This Declaration is based upon my personal knowledge.

2. I was called by Tom Cartmell in late 2013 and asked if I would conduct the deposition of Ethicon's designated medical affairs corporate representative on the TVT products, Piet Hinoul, on behalf of the MDL. The deposition was scheduled for January, 2014 and went forward over the course of three days at an Embassy Suites Hotel in Blue Ash, Ohio. The deposition was conducted on January 13, 14, and 15, 2014, and was defended by William Gage, Esq., of Butler Snow. The MDL sent an attorney, Kirk Goza, Esq., but he did not ask any questions. Other firms had associates listen to the deposition on the telephone but none asked any questions, although they likely were given credit for that time (another example for why we need access to the complete submissions of all firms, and the analysis thereof by the FCC, to scrutinize such entries and credit).

3. The entire deposition was devoted to the TVT products. I questioned Dr. Hinoul on all three days, with Mr. Gage questioning for a short time at the end of the third day. The FCC's statement that I questioned Dr. Hinoul regarding the Prolift on day one of the deposition, and that other MDL plaintiff attorneys questioned Dr. Hinoul on the second and third days is untrue. This is all demonstrated by the deposition transcripts attached hereto as Exhibit 1, which demonstrate who questioned the witness on each day, and contain all the testimony elicited. The list of exhibits utilized during the deposition, set forth at the start of each transcript, and the actual testimony, further demonstrates the focus on the TVT, the complexity and mass quantity of material covered in depth, and the quality of the work product.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2019

_____
Adam M. Slater, Esq.
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, New Jersey  07068
973-228-9898; 973-228-0303 – fax
aslater@mazieslater.com

# Exhibit 1

Confidential - Subject to Protective Order

```
 1              UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                   CHARLESTON DIVISION
 3    ---------------------------------------------
 4    IN RE:  ETHICON, INC.,
      PELVIC REPAIR SYSTEMS              MDL No. 2327
 5    PRODUCTS LIABILITY LITIGATION
 6
      ---------------------------------------------
 7    THIS DOCUMENT RELATES TO:   ALL CASES
      ---------------------------------------------
 8
 9
10    CONFIDENTIAL - SUBJECTIVE TO PROTECTIVE ORDER
11
12
                    VIDEOTAPED DEPOSITION OF
13
                        PIET HINOUL, MD
14
                           VOLUME 3
15
                       January 13, 2014
16
17
18
19
20
21
22
23        REPORTED BY:  LANCE A. BOARDMAN
                          - - -
24           GOLKOW TECHNOLOGIES, INC.
           877.370.377 ph|917.591.5672 fax
25               deps@golkow.com
```

Confidential - Subject to Protective Order

Page 732

 1
 2      Videotaped Deposition of PIET HINOUL,
 3   MD, Volume 3, taken pursuant to Notice,
 4   before Lance A. Boardman, a Shorthand
 5   Reporter and Notary Public in and for the
 6   State of Ohio, on Monday, January 13, 2014,
 7   at the Embassy Suites Cincinnati Northeast
 8   Hotel, 4554 Lake Forest Drive, Blue Ash, Ohio
 9   45242, commencing at 9:20 a.m.

Page 733

 1   A P P E A R A N C E S :
 2
 3   MAZIE SLATER KATZ & FREEMAN
     BY:   ADAM M. SLATER, ESQUIRE
 4   103 Eisenhower Parkway, 2nd Floor
     Roseland, New Jersey 07068
 5   973.228.9898
     aslater@mskf.net
 6   Representing Plaintiffs
 7
     GOZA & HONNOLD, LLC
 8   BY:   KIRK GOZA, ESQUIRE
     11150 Overbrook, Suite 250
 9   Leawood, Kansas 66211
     913.486.0696
10   kgoza@gohonlaw.com
     Representing Plaintiffs
11
12   BUTLER SNOW LLP
     BY:   WILLIAM M. GAGE, ESQUIRE
13         MICHAEL L. BROWN, ESQUIRE
     Post Office Box 6010
14   1020 Highland Colony Parkway, Suite 1400
     Ridgeland, Mississippi 39157 (39158-6010)
15   601.585.4561
     william.gage@butlersnow.com
16   michael.brown@butlersnow.com
     Representing Defendants and the Witness
17
18
     The following counsel appeared via telephone:
19
20   WAGSTAFF & CARTMELL LLP
     BY:   ANDREW N. FAES, ESQUIRE
21   Wagstaff & Cartmell LLP
     4740 Grand Avenue, Suite 300
22   Kansas City, Missouri 64112
     816.701.1176
23   afaes@wcllp.com
     Representing Plaintiffs
24
25

Page 734

 1   A P P E A R A N C E S (CONT'D):
 2
     The following counsel appeared via telephone:
 3
 4   FREESE & GOSS
     BY:   CALLE MENDENHALL, ESQUIRE
 5   Regions Harbert Plaza
     1901 6th Avenue North, Suite 3120
 6   Birmingham, Alabama 35203
     205.871.4144
 7   calle@freeseandgoss.com
     Representing Plaintiffs
 8
 9   FREEARK, HARVEY & MENDILLO, P.C.
     BY:   RANSUM P. WULLER, ESQUIRE
10   115 West Washington Street
     P.O. Box 546
11   Belleville, Illinois 62222
     618.233.2686
12   Representing Dr. Elizabeth Beyer-Nolen and
     Heartland Women's Health
13
14   BOYCE SCHAEFFER LLP
     BY:   MELISSA A. KEDDINGTON, ESQUIRE
15   500 Esplanade Drive, Suite 560
     Oxnard, California 93036
16   805.988.9200
     mkeddington@boyceschaefferlaw.com
17   Representing Hun T. Luu, MD
18
19   V I D E O G R A P H E R :
20      MELINDA SINDIONG
        JEFF SINDIONG,
21      Golkow Technologies, Inc.
22
23
24
25

Page 735

 1          I N D E X
            PIET HINOUL, MD
 2          January 13, 2014
 3
 4   Examination By                    Page
 5   Mr. Slater - Cross                739

Golkow Technologies, Inc.                                Page 2

Page 736

```
 1         DEPOSITION EXHIBITS
              PIET HINOUL, MD
 2            January 13, 2014
 3
 4  Exhibits                              Page
 5  T-3477  Issue Report, TVT Retropubic   750
            1999-2000, Bates-stamped
 6          ETH.MESH.02621143-6
 7  T-3478  Issue Report, TVT Retropubic   757
            1999-2000, Bates-stamped
 8          ETH.MESH.02620964-8
 9  T-3479  E-mail(s), dated 11/30/00,     779
            Bates-stamped
10          ETH.ME5H.05529653
11  T-3480  E-mail(s), dated 2/20/03,      813
            Bates-stamped
12          ETH.MESH.03911107-8
13  T-3481  "Patient-Contacting Material   819
            Identification, Continued,"
14          Bates-stamped
            ETH.MESH.08476285-7
15
    T-3482  Cochrane Review entitled       855
16          "Minimally invasive
            synthetic suburethral sling
17          operations for stress
            urinary incontinence in
18          women"
19  T-3483  An NEJM article entitled       947
            "Retropubic versus
20          Transobturator Midurethral
            Slings for Stress
21          Incontinence"
22  T-3484  E-mail(s), dated 8/17/00,      984
            Bates-stamped
23          ETH.MESH.10216874-5
24  T-3485  E-mail to AUGS members sent   1002
            1/7/14
25
```

Page 737

```
 1      DEPOSITION EXHIBITS (CONT'D)
              PIET HINOUL, MD
 2            January 13, 2014
 3
 4  Exhibits                              Page
 5  T-3486  AUGS and SUFU Position        1003
            Statement on Mesh
 6          Midurethral Slings for
            Stress Urinary Incontinence
 7
    T-3487  An article entitled "The     1103
 8          Argument for Lightweight
            Polypropylene
 9          Mesh in Hernia Repair,
            Bates-stamped
10          ETH.MESH.01424029-35
11
12
    The following previously marked exhibit was
13  referenced herein:  1276.
14
15
16
17
18
19
20
21
22      CERTIFICATE               1131
23      ACKNOWLEDGMENT OF DEPONENT 1132
24      ERRATA                    1133
25      LAWYER'S NOTES            1134
```

Page 738

```
 1        THE VIDEOGRAPHER:  We are now
 2  on the record.  My name is Melinda
 3  Sindiong.  I'm the videographer for
 4  Golkow Technologies.
 5        Today is January 13th, 2014.
 6  The time is 9:20.
 7        The video deposition is being
 8  held in Cincinnati, Ohio, in the
 9  matter of Ethicon, Incorporated,
10  Pelvic Repair System Products
11  Liability Litigation for the United
12  States District Court for the Southern
13  District of West Virginia, Charleston
14  Division.
15        The deponent is Piet Hinoul,
16  and this is the beginning of disk 1.
17        The counsel will be noted on
18  the stenographic record.
19        The court reporter is Lance
20  Boardman and will now swear in the
21  witness.
22            - - - - -
23        PIET HINOUL, MD,
24  being again duly sworn, as hereinafter
25  certified, testifies and says further as
```

Page 739

```
 1  follows:
 2             - - - - -
 3          CROSS-EXAMINATION
 4  BY MR. SLATER:
 5      Q.   Good morning, Dr. Hinoul.
 6      A.   Good morning.
 7      Q.   We've met before.
 8      A.   We have.
 9      Q.   And we've sat through similar
10  proceedings.
11        Do I need to go through the
12  instructions of how we're going to proceed
13  here today?
14      A.   Not necessarily, unless you've
15  changed them.
16      Q.   The only thing I'll ask you,
17  just to make sure we're up to date because we
18  haven't seen each other in a while, is for
19  you to answer every question truthfully and
20  directly.  If you could do that for us,
21  please.
22      A.   Absolutely.
23      Q.   If you have a question of me
24  when I ask a question, because you don't feel
25  you can answer truthfully because, for
```

Confidential - Subject to Protective Order

```
 1                UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                    CHARLESTON DIVISION
 3      ---------------------------------------------
 4      IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEMS              MDL No. 2327
 5      PRODUCTS LIABILITY LITIGATION
 6
        ---------------------------------------------
 7      THIS DOCUMENT RELATES TO:  ALL CASES
        ---------------------------------------------
 8
 9
10      CONFIDENTIAL - SUBJECTIVE TO PROTECTIVE ORDER
11
12
                    VIDEOTAPED DEPOSITION OF
13
                        PIET HINOUL, MD
14
                           VOLUME 4
15
                       January 14, 2014
16
17
18
19
20
21
22
23          REPORTED BY:  LANCE A. BOARDMAN
                             - - -
24            GOLKOW TECHNOLOGIES, INC.
25                 deps@golkow.com
```

Page 1136

1
2      Videotaped Deposition of PIET HINOUL,
3  MD, Volume 4, taken pursuant to Notice,
4  before Lance A. Boardman, a Shorthand
5  Reporter and Notary Public in and for the
6  State of Ohio, on Tuesday, January 14, 2014,
7  at the Embassy Suites Cincinnati Northeast
8  Hotel, 4554 Lake Forest Drive, Blue Ash, Ohio
9  45242, commencing at 9:16 a.m.

Page 1137

1  A P P E A R A N C E S :
2
3  MAZIE SLATER KATZ & FREEMAN
   BY:   ADAM M. SLATER, ESQUIRE
4  103 Eisenhower Parkway, 2nd Floor
   Roseland, New Jersey 07068
5  973.228.9898
   aslater@mskf.net
6  Representing Plaintiffs
7
   GOZA & HONNOLD, LLC
8  BY:   KIRK GOZA, ESQUIRE
   11150 Overbrook, Suite 250
9  Leawood, Kansas 66211
   913.486.0696
10 kgoza@gohonlaw.com
   Representing Plaintiffs
11
12 BUTLER SNOW LLP
   BY:   WILLIAM M. GAGE, ESQUIRE
13       MICHAEL L. BROWN, ESQUIRE
   Post Office Box 6010
14 1020 Highland Colony Parkway, Suite 1400
   Ridgeland, Mississippi 39157 (39158-6010)
15 601.585.4561
   william.gage@butlersnow.com
16 michael.brown@butlersnow.com
   Representing Defendants and the Witness
17
18
   The following counsel appeared via telephone:
19
20 WAGSTAFF & CARTMELL LLP
   BY:   ANDREW N. FAES, ESQUIRE
21 Wagstaff & Cartmell LLP
   4740 Grand Avenue, Suite 300
22 Kansas City, Missouri 64112
   816.701.1176
23 afaes@wcllp.com
   Representing Plaintiffs
24
25

Page 1138

1  A P P E A R A N C E S (CONT'D):
2
   The following counsel appeared via telephone:
3
4  FREESE & GOSS
   BY:   CALLE MENDENHALL, ESQUIRE
5  Regions Harbert Plaza
   1901 6th Avenue North, Suite 3120
6  Birmingham, Alabama 35203
   205.871.4144
7  calle@freeseandgoss.com
   Representing Plaintiffs
8
9  FREEARK, HARVEY & MENDILLO, P.C.
   BY:   RANSUM P. WULLER, ESQUIRE
10 115 West Washington Street
   P.O. Box 546
11 Belleville, Illinois 62222
   618.233.2686
12 rwuller@freeark.com
   Representing Dr. Elizabeth Beyer-Nolen and
13 Heartland Women's Health
14
   BOYCE SCHAEFFER LLP
15 BY:   MELISSA A. KEDDINGTON, ESQUIRE
   500 Esplanade Drive, Suite 560
16 Oxnard, California 93036
   805.988.9200
17 mkeddington@boyceschaefferlaw.com
   Representing Hun T. Luu, MD
18
19
   V I D E O G R A P H E R :
20
      MELINDA SINDIONG,
21    Golkow Technologies, Inc.
22
23
24
25

Page 1139

1          I N D E X
            PIET HINOUL, MD
2           January 14, 2014
3
4  Examination By                    Page
5  Mr. Slater - Cross (Cont'd)       1143
6
...

Page 1140

DEPOSITION EXHIBITS
PIET HINOUL, MD
January 14, 2014

| Exhibits | | Page |
|---|---|---|
| T-3488 | TVT IFU effective from 2000 to 2003, Bates-stamped ETH.MESH.05225380-4 | 1156 |
| T-3489 | TVT IFU effective from 2010 to the present, Bates-stamped ETH.MESH.03427879-83 | 1176 |
| T-3490 | AUA Position Statement on the Use of Vaginal Mesh For the Surgical Treatment of Stress Urinary Incontinence | 1200 |
| T-3491 | AUA Guideline For the Surgical Management of Female Stress Urinary incontinence: Update (2009) | 1223 |
| T-3492 | An article entitled "Novel Surgical Technique for the Treatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out" | 1359 |
| T-3493 | E-mail(s), dated 1/7/09, Bates-stamped ETH.MESH.01202101-03 | 1382 |
| T-3494 | Ward and Hilton paper entitled "Novel Surgical Technique for the Treatment of Female Stress Urinary Incontinence: Transobturator Vaginal Tape Inside-Out" | 1395 |
| T-3495 | Ward and Hilton final study report | 1407 |

Page 1141

DEPOSITION EXHIBITS (CONT'D)
PIET HINOUL, MD
January 14, 2014

| Exhibits | | Page |
|---|---|---|
| T-3496 | E-mail(s), dated 6/01/01, Bates-stamped ETH.MESH.05494064-6 | 1419 |
| T-3497 | Letter from Ulmsten to Isenberg, Bates-stamped ETH.MESH.00400954-6 | 1427 |
| T-3498 | Memorandum dated 7/30/98 | 1429 |
| T-3499 | KOL Interview; Carl G. Nilsson, Project Scion, held 6/18/08 (Bates numbers illegible) | 1438 |
| T-3500 | E-mail(s), dated 8/28/06, Bates-stamped ETH.MESH.08334424 | 1462 |
| T-3501 | LCM Project, Photographs Comparing Laser Cut Mesh vs Mechanical Cut Mesh | 1463 |
| T-3502 | Handwritten notes from Project 16210, dated 9/22/87, Bates-stamped DEPO.ETH.MESH.00000367-8 | 1471 |
| T-3503 | Ten Year In Vivo Suture Study Scanning Electron Microscopy Five Year Report, dated 8/10/90, Bates-stamped ETH.MESH.11336474-87 | 1478 |
| T-3504 | Meeting agenda (Bates numbers illegible) | 1483 |
| T-3505 | Patient brochure for the Gynecare TVT mesh family of products (2012), Bates-stamped ETH.MESH.09744858-63 | 1492 |

Page 1142

DEPOSITION EXHIBITS (CONT'D)
PIET HINOUL, MD
January 14, 2014

| Exhibits | | Page |
|---|---|---|
| T-3506 | Ethicon Evidence Generation Strategy for Gynecare TVTO-PA Obturator, Bates-stamped ETH.MESH.10489347-58 | 1514 |
| T-3507 | A document entitled "Deposition Subject Matter" | 1500 |
| T-3508 | FDA 510(k) Premarket Notification for Gynecare TVTO-PA Continence System, Bates-stamped ETH.MESH.03658927-9180 | 1524 |
| T-3509 | Letter from Pollard to Lin, date-stamped 2/11/11, Bates-stamped ETH.MESH.00206974-81 | 1537 |
| T-3510 | Two letters between Ethicon and the FDA, dated 8/4/11 and 3/8/11 respectively, Bates-stamped ETH.MESH.07455424-5 | 1546 |
| T-3511 | TVTOPAC Cadaver Lab Report, April 22, 2011, Bates-stamped ETH.MESH.02218436-9 | 1553 |
| T-3512 | E-mail(s), dated 4/10/11, Bates-stamped ETH.MESH.09982887-8 | 1555 |

The following previously marked exhibits were referenced herein: 316, 322, 494, 499, 3258, 3325, and 3326.

| | | |
|---|---|---|
| CERTIFICATE | | 1566 |
| ACKNOWLEDGMENT OF DEPONENT | | 1567 |
| ERRATA | | 1568 |
| LAWYER'S NOTES | | 1569 |

Page 1143

THE VIDEOGRAPHER: We are now going on record in the deposition of Piet Hinoul. This is the beginning of disk 1, and the time is 9:16.

- - - - -

PIET HINOUL, MD,
being previously duly sworn, as hereinafter certified, testifies and says further as follows:

- - - - -

CROSS-EXAMINATION (CONT'D)
BY MR. SLATER:
Q. Okay. Ready to continue?
A. Absolutely.
Q. The mesh in the TVT elicits an inflammatory reaction, correct?
A. As do all foreign bodies, yes.
Q. The inflammatory reaction elicited by the TVT is chronic, correct?
A. No. The inflammatory reaction -- well, we would call that more a foreign body reaction.
The inflammatory reaction from a clinical perspective is where we think about anything that causes fever, white blood

Confidential - Subject to Protective Order

```
 1              UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                    CHARLESTON DIVISION
 3      ---------------------------------------------
 4      IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEMS              MDL No. 2327
 5      PRODUCTS LIABILITY LITIGATION
 6
        ---------------------------------------------
 7      THIS DOCUMENT RELATES TO:   ALL CASES
        ---------------------------------------------
 8
 9
10      CONFIDENTIAL - SUBJECTIVE TO PROTECTIVE ORDER
11
12
                     VIDEOTAPED DEPOSITION OF
13
                         PIET HINOUL, MD
14
                           VOLUME 5
15
                       January 15, 2014
16
17
18
19
20
21
22
23          REPORTED BY:  LANCE A. BOARDMAN
                           - - -
24             GOLKOW TECHNOLOGIES, INC.
           877.370.3377 ph|917.591.5672 fax
25                 deps@golkow.com
```

Page 1571

1
2    Videotaped Deposition of PIET HINOUL,
3  MD, Volume 5, taken pursuant to Notice,
4  before Lance A. Boardman, a Shorthand
5  Reporter and Notary Public in and for the
6  State of Ohio, on Wednesday, January 15,
7  2014, at the Embassy Suites Cincinnati
8  Northeast Hotel, 4554 Lake Forest Drive, Blue
9  Ash, Ohio 45242, commencing at 9:33 a.m.

Page 1572

1  A P P E A R A N C E S :
2
3  MAZIE SLATER KATZ & FREEMAN
   BY:  ADAM M. SLATER, ESQUIRE
4  103 Eisenhower Parkway, 2nd Floor
   Roseland, New Jersey 07068
5  973.228.9898
   aslater@mskf.net
6  Representing Plaintiffs
7
   GOZA & HONNOLD, LLC
8  BY:  KIRK GOZA, ESQUIRE
   11150 Overbrook, Suite 250
9  Leawood, Kansas 66211
   913.486.0696
10 kgoza@gohonlaw.com
   Representing Plaintiffs
11
12 BUTLER SNOW LLP
   BY:  WILLIAM M. GAGE, ESQUIRE
13      MICHAEL L. BROWN, ESQUIRE
   Post Office Box 6010
14 1020 Highland Colony Parkway, Suite 1400
   Ridgeland, Mississippi 39157 (39158-6010)
15 601.585.4561
   william.gage@butlersnow.com
16 michael.brown@butlersnow.com
   Representing Defendants and the Witness
17
18
   The following counsel appeared via telephone:
19
20 WAGSTAFF & CARTMELL LLP
   BY:  ANDREW N. FAES, ESQUIRE
21 Wagstaff & Cartmell LLP
   4740 Grand Avenue, Suite 300
22 Kansas City, Missouri 64112
   816.701.1176
23 afaes@wcllp.com
   Representing Plaintiffs
24
25

Page 1573

1  A P P E A R A N C E S (CONT'D):
2
   The following counsel appeared via telephone:
3
4  FREESE & GOSS
   BY:  CALLE MENDENHALL, ESQUIRE
5  Regions Harbert Plaza
   1901 6th Avenue North, Suite 3120
6  Birmingham, Alabama 35203
   205.871.4144
7  calle@freeseandgoss.com
   Representing Plaintiffs
8
9  FREEARK, HARVEY & MENDILLO, P.C.
   BY:  RANSUM P. WULLER, ESQUIRE
10 115 West Washington Street
   P.O. Box 546
11 Belleville, Illinois 62222
   618.233.2686
12 rwuller@freeark.com
   Representing Dr. Elizabeth Beyer-Nolen and
13 Heartland Women's Health
14
   BOYCE SCHAEFFER LLP
15 BY:  MELISSA A. KEDDINGTON, ESQUIRE
   500 Esplanade Drive, Suite 560
16 Oxnard, California 93036
   805.988.9200
17 mkeddington@boyceschaefferlaw.com
   Representing Hun T. Luu, MD
18
19
   V I D E O G R A P H E R :
20
     MELINDA SINDIONG,
21   Golkow Technologies, Inc.
22
23
24
25

Page 1574

1        I N D E X
       PIET HINOUL, MD
2      January 15, 2014
3
4  Examination By                    Page
5
   Mr. Slater - Cross (Cont'd)       1579
6
   Mr. Gage - Direct                 1761
7

Confidential - Subject to Protective Order

|  | Page 1575 |
|---|---|
|  | DEPOSITION EXHIBITS<br>PIET HINOUL, MD<br>January 15, 2014 |

| Exhibits | | Page |
|---|---|---|
| T-3513 | TVT-World-Wide Observational Registry For Long-Term Data, TVT-World, Bates-stamped ETH.MESH.00539862-98 | 1579 |
| T-3514 | Clinical Registry Report, TVT-World-Wide Observational Registry For Long-Term Data, dated 10/12/11, Bates-stamped ETH.MESH.04500235-58 | 1686 |
| T-3515 | The TVT Worldwide Observational Registry for Long-Term Data: Safety and Efficacy of Suburethral Sling Insertion Approaches for Stress Urinary Incontinence in Women | 1694 |
| T-3516 | Scandinavian Multicenter Study of the Tension Free Vaginal Tape Procedure, Clinical Report, Bates-stamped ETH.MESH.00371587-94 | 1710 |
| T-3517 | An article entitled "A Multicenter Study of Tension-Free Vaginal Tape (TVT) for Surgical Treatment of Stress Urinary Incontinence," Bates-stamped ETH.MESH.00145085-8 | 1713 |
| T-3518 | An article entitled "The Lightweight and Large Porous Mesh Concept For Hernia Repair," Bates-stamped ETH.MESH.02148446-59 | 1716 |

|  | Page 1576 |
|---|---|
|  | DEPOSITION EXHIBITS (CONT'D)<br>PIET HINOUL, MD<br>January 15, 2014 |

| Exhibits | | Page |
|---|---|---|
| T-3519 | E-mail(s), dated 3/14/12, Bates-stamped ETH.MESH.04938061-6 | 1733 |
| T-3520 | E-mail(s), dated 1/28/09, Bates-stamped ETH.MESH.07181044 | 1751 |
| T-3521 | A spreadsheet of adverse event reports from the TVT World Registry | 1751 |
| T-3522 | E-mail(s), dated 1/28/09, Bates-stamped ETH.MESH.03208548-9 | 1754 |
| T-3523 | Communication Plan to close TVT World Registry, Bates-stamped ETH.MESH.00533283-6 | 1755 |
| T-3524 | TVT-World-Wide Observational Registry For Long-Term Data, Bates-stamped ETH.MESH.00533250-6 | 1760 |
| T-3525 | An article entitled "Long-term Efficacy of Burch Colposuspension: A 14-Year Follow-Up Study" | 1775 |
| T-3526 | An article entitled "Burch Colposuspension: A 10-20 Year Follow-Up" | 1779 |
| T-3527 | Clinical Evaluation Report for the Gynecare TVT Family of Products, released 7/19/13, Bates-stamped ETH.MESH.10683482-816 | 1791 |

|  | Page 1577 |
|---|---|
|  | DEPOSITION EXHIBITS (CONT'D)<br>PIET HINOUL, MD<br>January 15, 2014 |

| Exhibits | | Page |
|---|---|---|
| T-3528 | E-mail(s), dated 4/5/13, Bates-stamped ETH.MESH.08307644, with attached "native format" document | 1793 |
| T-3529 | An article entitled "Seventeen Years' Follow-Up of the Tension-Free Vaginal Tape Procedure For Female Stress Urinary Incontinence" | 1796 |
| T-3530 | An article entitled "Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10-Year Follow-Up" | 1799 |
| T-3531 | An article entitled "Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence" | 1801 |
| T-3532 | An article entitled "Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome" | 1802 |
| T-3533 | An article entitled "Long-term follow-up of the retropubic tension-free vaginal tape procedure" | 1804 |

|  | Page 1578 |
|---|---|
|  | DEPOSITION EXHIBITS (CONT'D)<br>PIET HINOUL, MD<br>January 15, 2014 |

| Exhibits | | Page |
|---|---|---|
| T-3534 | A document entitled "ICS Fact Sheets; A Background to Urinary and Faecal Incontinence" | 1816 |
| T-3535 | FDA document re: Considerations about Surgical Mesh for SUI | 1819 |
| T-3536 | E-mail(s), dated 10/01/08, Bates-stamped ETH.MESH.01746858-61 | 1823 |

The following previously marked exhibits were referenced herein: T-713 and T-1230

| | | |
|---|---|---|
| CERTIFICATE | | 1839 |
| ACKNOWLEDGMENT OF DEPONENT | | 1840 |
| ERRATA | | 1841 |
| LAWYER'S NOTES | | 1842 |