# EXHIBIT C

## Foley, Catherine

**Subject:** FW: Fee and Compensation Committee

-----Original Message-----
From: Balefsky, Lee
Sent: Thursday, February 11, 2016 10:51 AM
To: 'Henry G. Garrard, III' <hgg@bbgbalaw.com>
Subject: Fee and Compensation Committee

Henry, thank you for hosting the meeting yesterday in Atlanta.
One of our major concerns is the compensation for state court litigation common benefit work. This will confirm that you agreed that such work will be compensated and included in the process.
We look forward to working with the committee .

Thanks,
Lee

Lee B Balefsky, Esquire
Kline & Specter, PC
 1525 Locust Street - 19th Floor
Philadelphia, PA 19102
(215) 772-1000
(215) 772-0420 - direct
lee.balefsky@klinespecter.com