# EXHIBIT D

**Kline and Specter's Developed Experts:**

1. Costas Apostolis, MD OB/GYN
2. Phillip Agrusa, MD OB/GYN
3. Scott Bailey, MD OB/GYN
4. Russ Bartels, MD FACOG
5. John Baten, MD OB/GYN
6. Travid Bullock, M.D.
7. Giti Bensiger, MD OB/GYN
8. Grant Campbell, MD OB/GYN
9. James Daucher, MD UROGYN
10. Fred Duboe, MD OB/GYN
11. James Dunn, MD UROGYN
12. Scott Eder, MD OB/GYN
13. David Feld, MD FACOG
14. Nicholas Fogelson, MD FACOG
15. Alan Garely, MD UROGYN
16. Felice Gersh, MD OB/GYN
17. Scott Guelcher, Scott A. Guelcher, PH.D. BIOMEDICAL ENGINEERING
18. Emil Gurshumov, MD FACOG
19. Gerald Harpel, MD OB/GYN
20. Vladimir Iakolev, MD, FRCPC, FCAP PATH.
21. Kevin Jovanovic, MD OB/GYN
22. Leslie Kardos, MD OB/GYN
23. Kristi Keil, MD OB/GYN
24. Richard Kershen, MD OB/GYN
25. Fareesa Khan, MD UROGYN
26. Richard Luciani, MD OB/GYN
27. Tom Margolis, MD UROGYN
28. Joseph Marino, DO OB/GYN
29. Jimmy Mays, MD UROGYN
30. John Miklos, MD UROGYN
31. Elizabeth Moore, MD OB/GYN
32. Robert Moore, DO UROGYN
33. Cedric Olivera, MD UROGYN
34. Douglas Phillips, MD OB/GYN
35. Anita Pillai-Allen, MD UROGYN
36. Brian Raybon, MD UROGYN
37. Richard Rosenfield, MD OB/GYN
38. Leonid Sorkin, MD FACOG
39. Geoffrey Towers, MD OB/GYN
40. James Wheeler, MD MPH