IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41. No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s *Michael G. Guajardo*
Michael G. Guajardo
Guajardo & Marks
13355 Noel Road
One Galleria Tower
Suite 1100
Dallas, TX 75240
(972) 774-9800
mike@guajardomarks.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:16-cv-07406 | Belinda Curiel; vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07401 | Betty Joerson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07677 | Brenda Roberts vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07675 | Carolyn Tate vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07388 | Clarice Forbes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07410 | Debra Franklin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07386 | Eleanor Carmichael vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07386 | Eleanor Carmichael; vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07672 | Felicitas Cross vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07396 | Gerri Rhoads vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07389 | Jeanie Hinkle vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07418 | Joan Rice vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01459 | Laura Marshall vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01458 | Lisa Engler vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07395 | Margaret Reble vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07673 | Marie Tizon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01483 | Marilyn Milner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07393 | Marlene Meyer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07412 | Mary Henderson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07398 | Melba Whitt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07676 | Misty Jennings vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01482 | Noreen Harrington vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07679 | Rose M. Gocul vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01462 | Susan Smith vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07394 | Tammiatha Nadon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07417 | Tanya Powell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07411 | Vicky Fransen-Hunter vs. Ethicon, Inc.; Johnson & Johnson |

46317902.v1