# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41.  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s *Andrew J. Fink*
Andrew J. Fink
Solis Law Firm
5310 West Cermak Road
Cicero, IL 60804
(708) 795-0400
transvaginal.mesh.solis@gmail.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:13-cv-13777 | Adela Vasquez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16546 | Angela Reveles vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17482 | Angelica Albadri; Amad A. Albadri vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14983 | Aurora Bustamonte Sanchez vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-13566 | Beronica Silerio vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15781 | Blanca Elida Martinez Garcia; Raul Garcia vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15699 | Blanca Salinas; Gustavo Salinas vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15464 | Carmen Longoria v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16819 | Cinthia Saavedra; Juan Saavedra vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17991 | Cynthia Maceda, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15806 | Delia Celestino vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15806 | Delia Celestino; vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15946 | Diana Flores v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18284 | Dinora Cavazos Rene Tamez Garzavs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18169 | Dorothy Armendariz vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18267 | Dorothy Mayfield, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18875 | Drucilla Richardson; Douglas Richardson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18833 | Edna Nelson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15502 | Eduarda Flores de Sosa, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17876 | Eligia Sanchez Rubio vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15500 | Graciela Salcido vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15341 | Irasema Archaga vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15789 | Irene Perez, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18310 | Jeanne Todd, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15957 | Judith Cruse vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15957 | Judith Cruse vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19408 | Julia Galvan Zamorano vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13568 | Kathryn Delaurentis, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19380 | Laura Elena Padilla, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

46317902.v1

| | |
|---|---|
| 2:13-cv-17875 | Laura Ramirez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17842 | Leticia Delgadillo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13199 | Lucia Gerschkow vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15947 | Luz Cedano vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17984 | Maria Arias; Enrique Quiroz vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22610 | Maria De Jesus Gamez vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13916 | Maria E. Adame; Martin Adame vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18481 | Maria Flores, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15796 | Maria Guadalupe Benitez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17780 | Maria H. Martinez, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17674 | Maria Jandra Rodriguez; Dario Olivarez vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-19081 | Maria Maldonado, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15484 | Maria Palomo, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17999 | Maria Peo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17978 | Maria Perales, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15804 | Maria Yanez; Enrique Yanez vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13821 | Martha Irasema Ledezma vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13175 | Merecedes Montalvo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15776 | Nancy Huppert; John Huppert vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13911 | Olivia Locascio, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16540 | Paulita (Pablita) Villanueva v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15362 | Rafaela Limon, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17493 | Robin Orefice, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16448 | Rosa Giboney vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18283 | Sandra Alvarez Avila; Miguel A. Avila vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15986 | Seny Perez, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17742 | Shirley Matthews, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14833 | Sonia Tudela, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14640 | Susana Garcia; Lorenzo Garcia vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18767 | Tracey Williams; Don Williams vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16412 | Victoria Montoya v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17972 | Violet Dziubla, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13550 | Yolanda Escobar v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

| 2:13-cv-16536 | Yolanda Hernandez Nieto; Anthony Nieto vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |