

FILED
APR 16 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC. PELVIC REPAIR SYSTEM PRODCUTS LIABILITY LITGATION | MDL NO. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| IN RE: COOK MEDICAL, INC, PELVIC REPAIR LIABILITY LITIGATION | MDL NO. 2440 |
| IN RE: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL NO. 2511 |

*This Document Relates To All Cases*

## LANA C. KEETON MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF OBJECTIONS TO THE RECOMMENDED ALLOCATION OF COMMON BENEFIT FEES AND THE REIMBURSEMENT OF SHARED EXPENSES AND HELD COSTS BY THE COURT APPOINTED EXTERNAL REVIEW SPECIALIST

The undersigned moves the Court for leave to file a Reply Brief in Support of Objections to the Recommended Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs by the Court Appointed External Review Specialist ("Recommended Allocation") pursuant to Local Rule 7.1.

Pretrial Order #332 does not address reply briefs, however Local Rule 7.1(a)(7) provides for the filing of reply briefs within seven days of service of a response to a motion, and only requires the Court's leave for a surreply. Keeton respectfully submits that good cause exists here in light of the import and scope of the issues presented to allow the filing of a reply brief in accordance with the Local Rule.

A reply brief is necessary, as the FCC's response brief raises numerous factual issues, including issues not raised prior, that require clarification or outright correction, as well as legal argument and case citations that Lana Keeton has not had an opportunity to address. The record is not complete and is misleading without Lana Keeton's clarifications and corrections of the record, as well as responses to completely incorrect arguments presented by the FCC for the first time in their response brief.

It appears to violate Keeton's right to Due Process under the $5^{th}/14^{th}$ Amendments and violate the fairness of these proceedings, if Lana Keeton is not provided the opportunity to reply to the invalid arguments and factually incorrect assertions made by the FCC in its response brief.

Based on the foregoing, and for good cause shown, Keeton respectfully moves the Court for leave to file a Reply Brief in accordance with Local Rule 7.1, to be filed by April 15, 2019. As today is the 15th of April, Keeton is also filing her Reply Brief at the same time. Keeton prays The court will grant this Motion for Leave to file a Reply Brief and accept the Reply Brief itself.

Dated: April 15, 2019　　　　　　　　　　　Respectfully,

Miami Beach, Florida 33139

*Lana C. Keeton*
LANA C. KEETON, Plaintiff Pro Se
901 Pennsylvania Avenue, Suite 3-423
Miami Beach, FL 33139
305-342-8002; 305-671-9331 phones
800-509-9917 fax Lana@LanaKeeton.com
By: *Lana C. Keeton*
Lana C. Keeton, Plaintiff Pro Se

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via Federal Express this 15th day of April 2019 on all counsel or parties of record by filing it with the Clerk of the Court.

*Lana C. Keeton*
LANA C. KEETON
Plaintiff Pro Se
901 Pennsylvania Avenue, Suite 3-423
Miami Beach, FL 33139
305-342-8002 cell phone
305-671-9331 phone;
800-509-9917 fax
Lana@LanaKeeton.com

By: *Lana C. Keeton*
Lana C. Keeton, Plaintiff Pro Se