FedEx Express shipping label

ORIGIN ID:ROAA (305) 342-8002
LANA KEETON
901 PENNSYLVANIA AVE
SUITE 3-423
MIAMI BEACH, FL 33139
UNITED STATES US

SHIP DATE: 15APR19
ACTWGT: 1.60 LB
CAD: 6996066/SSF02002

TO CLERK OF THE COURT - US COURTHO
ROBERT C. BYRD
300 VIRGINIA ST EAST
SUITE 2400
CHARLESTON WV 25301
(000) 000-0000

TRK# 7866 6873 3708
TUE - 16 APR 3:00P
STANDARD OVERNIGHT
25301 WV-US HTS
XH CRWA