IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO:<br><br>WAVE 10 CASES | |

**DEFENDANTS' NOTICE OF FILING JOINT VENUE RECOMMENDATIONS**
_____

Defendants Ethicon, Inc. and Johnson & Johnson hereby give notice of filing Joint Venue Recommendations for Wave 10 MDL cases.

Dated: April 16, 2019

                                        Respectfully submitted,

                                        /s/ *William M. Gage*
                                        William M. Gage (MS Bar No. 8691)
                                        Butler Snow LLP
                                        1020 Highland Colony Parkway
                                        Suite 1400 (39157)
                                        P.O. Box 6010
                                        Ridgeland, MS 39158-6010
                                        (601) 985-4561
                                        william.gage@butlersnow.com

/s/ *Susan M. Robinson*

Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants Ethicon, Inc.,
and Johnson & Johnson

2

3

## **CERTIFICATE OF SERVICE**

      I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                        */s/ William M. Gage*
                                        William M. Gage

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY
LITIGATION                                          MDL No. 2327
-------------------------------------------------
THIS DOCUMENT RELATES TO
ETHICON WAVE 10 CASES

# AGREED

| CASE | CASE NUMBER | VENUE RECOMMENDATION |
|---|---|---|
| Aveni, Rosalia | 2:15cv04656 | AGREED:  USDC for the Eastern District of New York, Brooklyn Division |
| Burch, Carol & Mark | 2:13cv30561 | AGREED:  USDC for the Southern District of Indiana, Indianapolis Division |
| Colunga, Dora | 2:15cv13631 | AGREED: USDC for the Southern District of Texas, Corpus Christi Division |
| Cummins, Amber | 2:13cv23934 | AGREED:  USDC for the Southern District of Illinois, East St. Louis Division |
| De Guerra, Silvia Victoria Fernandez N. & Oscar Guerra Amoretti | 2:15cv12303 | AGREED:  USDC for the Eastern District of Virginia, Alexandria Division |
| Denton, Shirley & Marvin | 2:12cv01719 | AGREED:  USDC for the Western District of La., Monroe Division |
| Gevers, Dorothy | 2:14cv16444 | AGREED:  USDC for the Northern District of Ohio, Cleveland Division |
| Godin, Allison | 2:15cv06316 | AGREED:  USDC for the Northern District of New York, Syracuse Division |
| Hockenbroch, Joanne | 2:15cv04977 | AGREED: USDC for the Middle District of Pennsylvania, Williamsport Division |
| Huntsinger, Renae | 2:14cv29045 | AGREED:  USDC for the Middle District of Georgia, Athens Division |
| Jackson, Gwen | 2:13cv21595 | AGREED:  USDC for the District of Oregon, Portland Division |
| Jones, TaQuita | 2:15cv06009 | AGREED:  USDC for the Southern District of Georgia (Savannah Division) |
| Lomax, Esther B. | 2:14cv00480 | AGREED:  USDC for the Western District of Texas, Midland-Odessa Division |
| McCurry, Corena M. | 2:15cv11956 | AGREED: USDC for the Eastern District of Tennessee, Northeastern Division |
| Meyer, Marilyn B. | 2:15cv04712 | AGREED:  USDC for the Middle District of North Carolina, Winston-Salem Division |
| Paris, Barbara | 2:15cv12479 | AGREED:  USDC for the Western District of |

| | | |
|---|---|---|
| | | Washington, Tacoma Division |
| Perciballi, Alexandra & Lewis | 2:13cv08053 | AGREED: USDC for the Eastern District of New York – Brooklyn Division or Central Islip |
| Poff, Evelyn Jeannette | 2:14cv28294 | AGREED: USDC for the Northern District of Texas, Lubbock Division |
| Raby, Darlene | 2:13cv19082 | AGREED: USDC for the District of Arizona, Tucson Division |
| Rivers, Nancy & Darryl | 2:12cv02602 | AGREED: USDC for the Western District of Tennessee, Eastern Division |
| Stephen, Deborah M. & Bret E. | 2:14cv27916 | AGREED: USDC for the Western District of Washington, Seattle Division |
| Sutter, Jeanne | 2:15cv02754 | AGREED: USDC for the Eastern District of Wisconsin, Milwaukee Division |
| Waldon, Julie | 2:13cv05551 | AGREED: USDC for the Central District of Illinois, Peoria Division |

## DISPUTED

| CASE | CASE NUMBER | VENUE RECOMMENDATION |
|---|---|---|
| Clark, Marilyn D. & James Lee | 2:16cv00324 | DISPUTED: Defense: USDC for the Eastern District of Louisiana; Plaintiff: USDC for the Eastern District of Pennsylvania |
| Fitt, Melynda & Jeffery | 2:14cv11545 | DISPUTED: Defense: USDC for the Eastern District of Virginia, Alexandria Division; Plaintiff: USDC for Northern District of Florida, Pensacola Division |
| Garcia, Gema Maria | 2:16cv00654 | DISPUTED: Defense: USDC for the Middle District of Florida, Tampa Florida; Plaintiff: USDC for the Eastern District of Pennsylvania |
| King, Gayle | 2:12cv02606 | DISPUTED: DEFENSE: USDC for the District of Arizona, Tucson Division; Plaintiff: USDC for the District of Nevada, Las Vegas Division |
| Marrufo, Ethel | 2:14cv28504 | DISPUTED: Defense: USDC for the Western District of Texas, Midland-Odessa Division; Plaintiff: USDC for the Western District of Texas, Del Rio Division |
| Noles, Amanda & Dustin | 2:13cv04064 | DISPUTED: Defense: USDC for the Western District of Texas, Midland-Odessa Division; Plaintiff: USDC for the Western District of Texas, Austin Division |
| Sparks, Mary | 2:14cv28235 | DISPUTED: Defense: USDC for the Southern District of Illinois, Benton Division; Plaintiff: USDC for the Eastern District of Missouri, St. Louis Division |

## UNRESOLVED

| CASE | CASE NUMBER | VENUE RECOMMENDATION |
|---|---|---|
| Bell, Lauri & Terrill | 2:13cv05389 | UNRESOLVED: Defense: USDC for the Southern District of Texas (Houston Division); Leadership has been unable to verify |

2

| | | |
|---|---|---|
| | | agreement nor proposed venue with Plaintiff's Counsel. |
| Dickey, Janna & Archie | 2:13cv04463 | UNRESOLVED: Defense: USDC of Arizona, Phoenix Division; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Fields, Betty C. n/k/a Betty Jean | 2:12cv06825 | UNRESOLVED: Defense: Southern District of Georgia (Savannah Division); Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Hightower-Duffy, Karen | 2:13cv22319 | UNRESOLVED: Defense: USDC for the Southern District of Texas, Houston Division; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Houck, Paula M. & Gary G. | 2:12cv08091 | UNRESOLVED: Defense: USDC District for the Northern Division of Maryland, Baltimore; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Johnson, Sandra | 2:18cv00549 | UNRESOLVED: Defense: USDC for the Northern District of Georgia, Atlanta division; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| LoCoco, Collette Theresa & Michael J. | 2:14cv06718 | UNRESOLVED: Defense: USDC for the Northern District of Illinois, Eastern division; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Majzel, Nina & Scott | 2:13cv05132 | UNRESOLVED: Defense: USDC for the Northern District of Alabama, Northeastern Division; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Sluis, Kristen Lee & Greg | 2:12cv04997 | UNRESOLVED: Defense: USDC of South Dakota, Sioux Falls Division; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Wynn, Pansy | 2:14cv28572 | UNRESOLVED: Defense: USDC for the Eastern District of Tennessee, Southern Division; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |

47067590.v1