# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION          MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7743] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 17, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Name |
|---|---|
| 2:13-cv-21283 | Beverly J. Cable vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation |
| ~~2:13-cv-21283~~ | ~~Beverly J. Cable; vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation~~ |
| 2:13-cv-22086 | Deborah J. Gee vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation; |
| 2:13-cv-04866 | Dorothy G. Childs vs. Ethicon, Inc.; Johnson & Johnson; C.R. Bard, Inc.; Tissue Science Laboratories Limited |
| 2:13-cv-14263 | Margie G. Blackwell vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-27265 | Martha S. Cantu vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation |
| 2:13-cv-21896 | Paula Fay Rentfro vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation |
| 2:13-cv-21306 | Robin K. Hacker vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation; |
| 2:14-cv-17975 | Senaida Garcia vs. Ethicon, Inc.; Ethicon US, LLC; Ethicon Endo-Surgery, Inc.; Johnson & Johnson Consumer Companies, Inc.; Marie-Blanche Nana Tchetgen; Marie-Blanche Tchetgen, M.D. P.A., Urology Associates of North Texas, P.L.L.C. |