# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION        MDL 2327

---

THIS DOCUMENT RELATES TO:

DAWN RICHARDSON and STEVE RICHARDSON,

        Plaintiffs,

v.        Civil Action No. 2:13-CV-05254

ETHICON, INC., JOHNSON & JOHNSON and
BOSTON SCIENTIFIC CORPORATION,

        Defendants.

## ORDER
(Dismissing the "Ethicon Defendants" with Prejudice
and Transferring Cases to MDL 2326)

Pending in this civil action is a Motion to Dismiss With Prejudice [ECF No. 45], filed by Ethicon, Inc. Johnson & Johnson and/or Ethicon LLC (collectively referred to as the "Ethicon defendants") pursuant to the procedures established by Pretrial Order # 329. *See* Pretrial Order ("PTO") # 329, *In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, No. 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 7576]. The plaintiffs did not file an objection, and the matter is ripe for consideration.

The Ethicon defendants have complied with the procedures set forth in PTO # 329, and the plaintiffs have not filed an opposition. It appearing to the court that the plaintiffs and the Ethicon defendants have jointly agreed to settle, and have settled their claims, the dismissal of the Ethicon

defendants is appropriate. Additionally, the court notes that there are no active defendants remaining from MDL 2327, the MDL in which this case is associated.

The court **ORDERS** that:

1. the Motion to Dismiss with Prejudice is **GRANTED**; and

2. the Ethicon defendants are **DISMISSED WITH PREJUDICE** from this action;

3. Boston Scientific Corporation remains in this civil action, and this action is **TRANSFERRED** to MDL 2326.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  (a) transfer the case to the MDL 2326, (b) disassociate the case from MDL 2327 and associate the case with MDL 2326;

(3) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 17, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE