IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY
LITIGATION                                            MDL No. 2327
---------------------------------------------------
THIS DOCUMENT RELATES TO
ETHICON WAVE 9 CASES

## AGREED

| CASE | CASE NUMBER | VENUE RECOMMENDATION |
|---|---|---|
| Wipperman, Peggy & Carl | 2:16cv09243 | AGREED: USDC for the Northern District of Alabama, Northeastern Division |
| Boyd, Vera | 2:17cv03586 | AGREED: USDC for the Northern District of Alabama, Southern Division |
| Lloyd -Duncan, Meredith | 2:12cv09153 | AGREED: USDC for the Northern District of Ohio |
| Bailey, Teresa M. & Gry David | 2:13cv04598 | AGREED: USDC for the Western District of Virginia, Roanoke Division |
| Barron, Sandra | 2:13cv14834 | AGREED: USDC for the Western District of Texas |
| Coffey, Cynthia & David | 2:16cv09101 | AGREED: USDC for the Central District of California, Eastern Division |
| Holmes, Anna Marie | 2:14cv02162 | AGREED: USDC for the Eastern District of California, Fresno Division |
| Johnson, Karen & Richard A. | 2:15cv12633 | AGREED: USDC for the District of Nevada, Las Vegas Division |
| Lindon, Kathleen & Bill Johns | 2:16cv07814 | AGREED: USDC for the Eastern District of Kentucky |
| Quillen, Lela J. | 2:14cv14403 | AGREED: USDC for the Southern District of Indiana, Indianapolis Division |
| Taylor, Terry L. | 2:14cv15473 | AGREED: USDC for the Eastern District of Texas |
| Theisen, Carla R. | 2:13cv12635 | AGREED: USDC for the Middle District of PA |
| Tily, Joan | 2:15cv00385 | AGREED:  USDC for the Eastern District of PA |
| Walsh, Jodi L. | 2:14cv09375 | AGREED: USDC of the Northern District of Texas – San Angelo |

2

| Williams, Paulette | 2:15cv14810 | AGREED:  USDC for the Northern District of Georgia |
|---|---|---|

## DISPUTED

| CASE | CASE NUMBER | VENUE RECOMMENDATION |
|---|---|---|
| Small, Nadine | 2:15cv01722 | DISPUTED: Defense: USDC for the Southern District of Indiana, Indianapolis Division; Plaintiff: USDC for the District of Maine |
| Burlingame, Emily | 2:13cv07252 | DISPUTED: Defense: USDC Southern District of Ohio, Columbus division; Plaintiff: USDC Eastern District of Pennsylvania |
| Campbell, Hilda & John | 2:17cv03866 | DISPUTED: Defense: USDC for the District of Maryland; Plaintiff: Northern District of West Virgnia |
| Lawson, Elaine | 2:13cv23274 | DISPUTED: Defense: USDC for the Eastern District of Michigan, Southern Division; Plaintiff: USDC Eastern District of Pennsylvania |

## UNRESOLVED

| CASE | CASE NUMBER | VENUE RECOMMENDATION |
|---|---|---|
| Klinker, Michelle & David | 2:12cv01926 | UNRESOLVED:  Defense: USDC for the Eastern District of California, Sacramento Division; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Schulz, Amy | 2:17cv02677 | UNRESOLVED:  Defense: USDC for the Middle District of Florida, Jacksonville division; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Harshbarger, Amanda Marie | 2:13cv15950 | UNRESOLVED: USDC for the Central District of Illinois, Peoria division; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Ransom, Lori & David | 2:13cv18285 | UNRESOLVED:  Defense: USDC for the Northern District of Illinois, Eastern division; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Zariski, Kay & Robert | 2:14cv26753 | UNRESOLVED: Defense: USDC for the Eastern District of Michigan; Leadership |

| | | |
|---|---|---|
| | | has been unable to verify agreement nor proposed venue with Plaintiff's Counsel, as a Rule 25(a) Motion to Dismiss is pending. |
| Buntgen, Gwen L. & Wayne | 2:13cv05886 | UNRESOLVED: Defense: USDC for the District of Nebraska; Plaintiff's counsel feels they have no authority to agree or disagree as Ms. Buntgen is deceased and a Rule 25(a) Motion to Dismiss is pending. |
| Blessing-Prosser, Janice & Rickey | 2:17cv01988 | UNRESOLVED: Defense: USDC for the Eastern District of Tennessee; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Watson, Melanie & Wesley | 2:13cv24197 | UNRESOLVED: Defense: USDC for the Northern District of Texas; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Bridges, Dawn | 2:15cv13609 | UNRESOLVED: Defense: USDC for the Northern District of Texas; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Miller, Brenda J. | 2:15cv11924 | UNRESOLVED: Defense: USDC for the Southern District of West Virginia; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Novelli, Melinda | 2:16cv03576 | UNRESOLVED: Defense: USDC for the District of Oregon; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Omiotek, Deretha Mae | 2:13cv30669 | UNRESOLVED: Defense: USDC for the Southern Districti of Illinois, Bard division; Leadership has been unable to verify agreement nor proposed venue with Plaintiff (pro se). |
| Pawlisa, Jayne & Richard | 2:15cv03832 | UNRESOLVED: Defense: USDC for the Southern District of Illinois (Benton or East St. Louis division); Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |
| Williams, Donna & Rex | 2:12cv03225 | UNRESOLVED: Defense: USDC Eastern District of Tennessee, Knoxville or USDC Western District of Kentucky, Louisville; Leadership has been unable to verify agreement nor proposed venue with Plaintiff's Counsel. |