IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7846] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 19, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:16-cv-07406 | Belinda Curiel; vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07401 | Betty Joerson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07677 | Brenda Roberts vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07675 | Carolyn Tate vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07388 | Clarice Forbes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07410 | Debra Franklin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07386 | Eleanor Carmichael vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07386 | Eleanor Carmichael; vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07672 | Felicitas Cross vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07396 | Gerri Rhoads vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07389 | Jeanie Hinkle vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07418 | Joan Rice vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01459 | Laura Marshall vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01458 | Lisa Engler vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07395 | Margaret Reble vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07673 | Marie Tizon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01483 | Marilyn Milner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07393 | Marlene Meyer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07412 | Mary Henderson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07398 | Melba Whitt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07676 | Misty Jennings vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01482 | Noreen Harrington vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07679 | Rose M. Gocul vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01462 | Susan Smith vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07394 | Tammiatha Nadon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07417 | Tanya Powell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07411 | Vicky Fransen-Hunter vs. Ethicon, Inc.; Johnson & Johnson |