IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                           MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7848] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 19, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| Civil Action No. | Case Name |
|---|---|
| 2:13-cv-26804 | Barbara Duvall, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-32342 | Betty J. Ates vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26779 | Dianne Mangrum, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27095 | Emily Watt vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-30223 | Eugenia Magness v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26687 | Pamela Flory-Pennington v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29844 | Victoria Clanton George Lynn Clantonvs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |