IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                          MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7849] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 19, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:13-cv-13777 | Adela Vasquez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16546 | Angela Reveles vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17482 | Angelica Albadri; Amad A. Albadri vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14983 | Aurora Bustamonte Sanchez vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-13566 | Beronica Silerio vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15781 | Blanca Elida Martinez Garcia; Raul Garcia vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15699 | Blanca Salinas; Gustavo Salinas vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15464 | Carmen Longoria v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16819 | Cinthia Saavedra; Juan Saavedra vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17991 | Cynthia Maceda, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15806 | Delia Celestino vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15806 | Delia Celestino;  vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15946 | Diana Flores v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18284 | Dinora Cavazos Rene Tamez Garzavs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18169 | Dorothy Armendariz vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18267 | Dorothy Mayfield, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18875 | Drucilla Richardson; Douglas Richardson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18833 | Edna Nelson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15502 | Eduarda Flores de Sosa, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17876 | Eligia Sanchez Rubio vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15500 | Graciela Salcido vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15341 | Irasema Archaga vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15789 | Irene Perez, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18310 | Jeanne Todd, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15957 | Judith Cruse  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15957 | Judith Cruse vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19408 | Julia Galvan Zamorano vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13568 | Kathryn Delaurentis, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19380 | Laura Elena Padilla, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

46317902.v1

| | |
|---|---|
| 2:13-cv-17875 | Laura Ramirez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17842 | Leticia Delgadillo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13199 | Lucia Gerschkow vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15947 | Luz Cedano vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17984 | Maria Arias; Enrique Quiroz vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22610 | Maria De Jesus Gamez vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13916 | Maria E. Adame; Martin Adame vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18481 | Maria Flores, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15796 | Maria Guadalupe Benitez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17780 | Maria H. Martinez, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17674 | Maria Jandra Rodriguez; Dario Olivarez vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-19081 | Maria Maldonado, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15484 | Maria Palomo, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17999 | Maria Peo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17978 | Maria Perales, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15804 | Maria Yanez; Enrique Yanez vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13821 | Martha Irasema Ledezma vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13175 | Merecedes Montalvo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15776 | Nancy Huppert; John Huppert vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13911 | Olivia Locascio, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16540 | Paulita (Pablita) Villanueva v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15362 | Rafaela Limon, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17493 | Robin Orefice, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16448 | Rosa Giboney vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18283 | Sandra Alvarez Avila; Miguel A. Avila vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15986 | Seny Perez, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17742 | Shirley Matthews, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14833 | Sonia Tudela, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14640 | Susana Garcia; Lorenzo Garcia vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18767 | Tracey Williams; Don Williams vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16412 | Victoria Montoya v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17972 | Violet Dziubla, et al v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13550 | Yolanda Escobar v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

| 2:13-cv-16536 | Yolanda Hernandez Nieto; Anthony Nieto vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |