## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

### ORDER
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7770] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 19, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| Civil Action No. | Case Name |
|---|---|
| 2:13-cv-32375 | ~~Karen Louise Carey;  vs. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:15-cv-06513 | Karen M. Lutz vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25559 | Karen S. Cernetisch; Douglas Cernetisch vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-08397 | Karen S. Slayback vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06928 | Karen Wheeler vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04609 | Karen Y. Anderson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08220 | Karla Marie Rooney vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08358 | Karmane G Decker, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07949 | Kassandra Marie Van Arnem vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07547 | Katherin Kim Reves vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05283 | Katherine E. Baur vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07646 | Kathleen A. Thill vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-02272 | Kathleen Gail Harless vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08729 | Kathleen Jayne Conner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05058 | Kathleen M. Coolidge vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01129 | Kathleen M. Sheridan vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06402 | Kathleen R. Malone vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08380 | Kathleen Schmidt; Christopher Schmidt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31959 | Kathryn Jean Hansen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06905 | Kathryn Rasure vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05097 | Kathryn Rose Cabana vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08711 | Kathryn S. Carney vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05686 | Kathy J. Stark vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07961 | Kathy Lynn White vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05038 | Kathy Worley Cook vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07909 | Kelli S. Lewis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08075 | Kelly J. Jarvis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14377 | Kesha L. Banks vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07967 | Kimberly A. Gafford vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25561 | Kimberly Anne Colsher vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-07490 | Kimberly D. Campbell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07490 | Kimberly D. Campbell;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07287 | Kimberly K Allen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09117 | Kristi D. Quick vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07921 | Kyna C. Pineau vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24395 | Latonia R. Lien vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

3

46317902.v1

| | |
|---|---|
| 2:15-cv-05439 | Laura Jean Edrington vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09169 | Laura Lee Zumbro vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08121 | Laura Mae Nicholson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07768 | Laura R. Benson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-05184 | Lauri Virginia Stone vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26712 | Laurie E Plocher, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07412 | LeAnn L. Berry; Kendall Berry vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07716 | Leanne Marie Drury vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26668 | Leatha F. Braland vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05615 | Lee A. Bennett vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08304 | Leona Mae VanDenEynde vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-10450 | Leonor S. Kuttner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25569 | Leta Kay Davis vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23483 | Levonda Grant vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07879 | Lillian R. Williams vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09176 | Lilly Mae Cotton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33434 | Linda Irene Suydam vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01991 | Linda J Timms vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31961 | Linda J. Lawson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01981 | Linda J. Lindsey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08411 | Linda J. Swanson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08531 | Linda J. Anderson; Thomas R. Anderson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07577 | Linda L. Bowman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07999 | Linda L. Hardesty vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08907 | Linda L. Redmond vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13401 | Linda L. Seber vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05646 | Linda Lee McLaughlin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12989 | Linda M. Hogan vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05864 | Linda Marie Goltry vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05060 | Linda Myers Conditt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14385 | Linda Prince Summers vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14382 | Linda R. Helm vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06351 | Linda S. Bradford vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06913 | Linda Schneider vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07529 | Linda Sue Ritterbusch vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07910 | Lindsey K. Liberty vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01915 | Lisa A. Harder vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08756 | Lisa Ann Garner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24411 | Lisa Grose Moore vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-06888 | Lisa Hamm vs. Ethicon, Inc.; Johnson & Johnson |

| 2:14-cv-07813 | Lisa Kay Bowns vs. Ethicon, Inc.; Johnson & Johnson |
|---|---|
| 2:15-cv-14965 | Lisa Lake vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09031 | Lisa M. Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05957 | Lisa Michelle Helton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08881 | Lois Myra Lees vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07413 | Lola Marie Bettridge vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07847 | Loralea Jean Zseni vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05614 | Lori June Goebel vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08709 | Lori L. Hupfer vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05671 | Lori Ronayne vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31962 | Lori Snyder vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09940 | Lori W Budroe Frank G. Budroevs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25672 | Lorraine Ann Morroni-Aquila vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08447 | Lou Ellen Treen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05014 | Lucille Gertrude Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25659 | Lucy Marlene Anderson; Richard E. Anderson vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03710 | Lurekia L. Robinson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-15669 | Lydia J. Washington vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01128 | Lynda K. Mattingly vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09654 | Lynda M. Weiford vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03085 | Lynn Allen vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07651 | Lynn F. Dove vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22814 | Lynn Marie Weir; Leverette Weir vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05190 | Lynne Joan Boehm vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07285 | Madeline Herald vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05527 | Madelyn Alvarez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24715 | Madge M Nichols vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02922 | Manuela Monika Freeman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08692 | Marcia H. Gregory vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08889 | Marcia M. Miller vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08128 | Margaret Aleda Ruppenthal; Brian L. Ruppenthal vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08663 | Margaret Ann Brockway vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-02271 | Margaret Ann Goupil vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02603 | Margaret J. Grunewald vs. Ethicon, Inc; Johnson & Johnson |
| 2:14-cv-22780 | Margarete Annelises Knox-Oats vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07799 | Margie E. Baumgartner vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08897 | Margot Mercer Northcutt vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02608 | Marilee King vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26291 | Marilyn L. Watson, et al vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| 2:16-cv-06909 | Marilyn Rosezelle vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05458 | Marion W. Epps vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08892 | Martha Alene Mowrer-Urban vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14386 | Martha del Carmen Rodriguez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08854 | Martha Naomi Rast vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29764 | Martha O. Marin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06895 | Martha Pannell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06970 | Martha S. Quinn-Swift vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07458 | Mary Ann O'Hara vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09157 | Mary Catherine White vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08723 | Mary E. Kiser vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07290 | Mary Elizabeth Brown vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20675 | Mary Ellen Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06875 | Mary Jane Polowyk vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25571 | Mary Jena Deleon vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-06889 | Mary K. Read vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03111 | Mary L. Kirchoff vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05677 | Mary L. Sharpe; Donald K. Sharpe vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31960 | Mary L. Strait vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01935 | Mary L. Triano vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03091 | Mary Lou Bell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26976 | Mary McGuire, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26705 | Mary Taylor vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06968 | MaryAnn Margaret Phillips vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05634 | Marylee B. Haddon vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08757 | Maudie Novella Hensley vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02606 | Melanie Hutchens vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-03669 | Melia A. Marshall, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29382 | Melissa Ann 'Missy' Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08888 | Melissa Crook Menendez vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06080 | Melissa Shaneil Holland vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-15666 | Melissa Sistrunk vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05910 | Melissa Smith vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08417 | Melody Lynn Taisey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07741 | Melody R Fulgham vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06911 | Michele Sarazin vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09094 | Michelle Ann McAfee vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26289 | Michelle S. Creager vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26289 | Michelle S. Creager;  vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30003 | Migdalia Rivera vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28006 | Millie O. Whitfield vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| 2:13-cv-33960 | Mindy Faye Ross vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14376 | Monica L. Atkins vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04872 | Monica S. Anderson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29774 | Monica Taylor vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06151 | Montelle VS. Johnson vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08870 | Myra Nell Jester vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08212 | Nan D. Ramsey vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30939 | Nancy B. Altman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07645 | Nancy J. Stutzman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08209 | Nancy K. Pettit vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02920 | Nancy L. Durre vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07610 | Nancy Lou Staup vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08666 | Nancy Louise Cagle vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06391 | Nancy Melton vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07418 | Nancy Ruth Budde vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24409 | Nancy VS. Miller vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-05413 | Natalyn Bruner Mann vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05904 | Nicole Miller vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-02270 | Nila Jean Dowell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08672 | Nitavella Crable vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14388 | Nora M Shephard vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07643 | Norma J. Tinch vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-34047 | Ocebia Ann Cedillo vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26696 | Pamela A. Balmes vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08470 | Pamela E. Kaufman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08444 | Pamela Elaine Toney vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07634 | Pamela Joan Bell vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03125 | Pamela L. Turner vs. Ethicon, Inc.; Johnson & Johnson |