# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Defendant without Prejudice)

Pending in MDL 2326, 2:12-md-2327 [ECF No. 7810] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Boston Scientific Corporation ("BSC"). The Motion seeks an order granting dismissal of the BSC defendant without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the BSC defendant is **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the BSC defendant from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 19, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 12-cv-07421 | HUGHES, Cecile and Richard Hughes vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-02010 | TIBERI, Darlene and Michael Tiberi vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 13-cv-03651 | HICKS, Teresa and Jeffrey Hicks vs. Boston Scientific Corporation, Johnson & Johnson, and Ethicon, Inc. |
| 13-cv-06847 | CYMERMAN, Amelia vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation, Mentor Wordwide LLC, Coloplast A/S, Coloplast Corp., Coloplast Manufacturing US, LLC |
| 13-cv-24859 | ELLINGTON, Carol and Michael Ellington vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation |
| 15-cv-00801 | ZIMMERMAN, Crystal and Terry Zimmerman vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation, Cook Incorporated, Cook Biotech, Inc., and Cook Medical, Inc. |
| 15-cv-01425 | COULOMBE, Iris M. and Raymond Coulombe vs. C. R. Bard, Inc., Sofradim Production SAS, Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation |