IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION      MDL NO. 2327

_____
THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Defendant C. R. Bard, Inc. with Prejudice)

Pending in MDL 2187, 2:12-md-2327 [ECF No. 7824] is a Joint Motion to Dismiss Defendant with Prejudice filed by plaintiff(s), identified in Exhibit(s) A-C, and C. R. Bard, Inc., ("Bard"). The Motion seeks an order granting dismissal of Bard as a defendant in these actions(s) with prejudice because all claims between them have been compromised and settled, including all claims, counterclaims, cross-claims and third-party claims.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Bard defendant is **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-C;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Bard defendant from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 19, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – KELLEY BERNHEIM & DOLINKSY

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:16-cv-02005 | Loiacano, Anna and William |

**EXHIBIT B – NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES**

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:12-cv-03045 | Myers, Kathy and Richard |

## EXHIBIT C – LOPEZ MCHUGH

| CIVIL ACTION NUMBER (listed numerically in ascending order) | Case Name |
|---|---|
| 2:13-cv-22743 | Wainwright, Sherrie and Tim |