## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327

--------------------------------------------------
THIS DOCUMENT RELATES TO
ALL CASES ON EXHIBIT 1

### PLAINTIFFS' LEADERSHIP'S RESPONSE TO SHOW CAUSE ORDER

Plaintiffs' Leadership, on behalf of themselves and each individual plaintiff listed on

Exhibit 1, responds to the Court's April 10, 2019, Show Cause Order (docket number 7828) as to

why they should not be sanctioned for failing to comply with the Court's March 26, 2019, Order

(docket number 7710) as follows:

1.      On Tuesday March 26, 2019, the Court entered an order directing plaintiffs'

leadership and ALL defendants with cases identified on Exhibit 1 to complete and jointly submit

the Transfer/Remand Information Spreadsheet ("Spreadsheet").  The deadline to submit the final

completed master spreadsheet was to be Monday April 8, 2019.

2.      Plaintiffs' Co-Lead Counsel, D. Renee Baggett ("Mrs. Baggett") reached out to

Ethicon's counsel, Donna Jacobs ("Mrs. Jacobs"), via email about the best plan for completing

the spreadsheet on Wednesday March 27, 2019.  Mrs. Jacobs responded stating that their team

had already started working on the spreadsheet and suggested they would add what data they

have currently and then send to Mrs. Baggett so her team could send to the individual firms with

cases on Exhibit 1 to either edit the data provided or confirm that the data was correct.  Mrs.

Jacobs suggested we touch base on Friday, March 29, 2019.

3.      Having seen no response as stated, on Tuesday April 2, 2019, Mrs. Baggett followed up with Mrs. Jacobs via email to get a status of the spreadsheet.  When there was still no response, Mrs. Baggett reached out again to Mrs. Jacobs on Thursday April 4, 2019, advising that she had been contacted by multiple plaintiff firms seeking direction.  Mrs. Jacobs responded that she had asked the Court for more time to complete the spreadsheet but thus far the request had been denied.  Mrs. Jacobs had spoken with Henry Garrard ("Mr. Garrard"), and was hoping he might be able to talk to the judge and get the extension.

4.      On Friday April 5, 2019, Mrs. Baggett followed up with Mrs. Jacobs again to see if an extension had been granted and get a status on the spreadsheet due to the short amount of time remaining for Plaintiffs to complete their part of the project.  Mrs. Jacobs advised that she did not feel an extension would be granted and at approximately 3pm central standard time Mrs. Jacobs forwarded the spreadsheet to Mrs. Baggett to forward to the mass list serve to review and revise if needed.  Upon receipt of the spreadsheet that same afternoon, Betsy Williams ("Mrs. Williams"), legal assistant to Mrs. Baggett, began distribution of a mass email which took until approximately 4:53 p.m. central to complete due to the size of the email list.

5.      On Monday April 8, 2019, Mrs. Williams opened and responded to hundreds of emails containing data for the spreadsheet or individual spreadsheets that had to be incorporated into the master grid.  She added an extra notes column in order to communicate to Mrs. Jacobs and her team any additional information received from the individual firms that might need to be incorporated into the final master spreadsheet.   Mrs. Williams spent greater than 10 hours in a single day working exclusively on this project in order to try and meet the Court's original deadline.

6.      Later in the day on April 8, 2019, it became apparent that it would be difficult, if not impossible to incorporate all the data received from the hundreds of individual firms and still have time for defendants to review and finalize the spreadsheet for submission.  Therefore, Mrs. Baggett reached out to Kate Fife, Judge Goodwin's judicial assistant, to advise of the situation and request an extension.  Judge Goodwin granted the parties a 24-hour extension making the new deadline Tuesday April 9, 2019.

7.      On Tuesday April 9, 2019, at approximately 7:41 a.m. central Mrs. Baggett emailed Mrs. Jacobs and her team advising them that Mrs. Williams had worked late into the night to completely populate the spreadsheet with information received from the firms with cases on Exhibit 1 and explaining that she had added the extra column to make it easier for them to track the changes she had made.

8.      At approximately 9:04 a.m. central Mrs. Jacobs replied "Thanks Renee.  I also learned that many venues that should have been in the disputed column actually were populated in the "Agreed" column in the chart that went out yesterday afternoon.  That should affect only settled cases so probably you don't have as many notes on those but I wanted to make you aware.  I had sent an e-mail earlier yesterday saying they would be in the disputed column so I hope that didn't cause too much confusion.  Just for the sake of time, and to avoid input errors, we will just add the plaintiffs' notes column to the spreadsheet."

9.      At approximately 2:47 p.m. central Mrs. Jacobs emailed asking if Mrs. Baggett and her team wanted to review the spreadsheet one more time before they sent to the court.  Due to the limited amount of time remaining, Mrs. Williams replied she did not think it was necessary as long as Mrs. Jacobs' team incorporated all Plaintiff notes into the spreadsheet.  Therefore,

Mrs. Baggett and her team did not see the final version with the additional columns before it was sent to the Court.

10.     At approximately 3:40 p.m. central Mrs. Jacobs sent the final master spreadsheet to Mrs. Fife.

## CONCLUSION

As described above, Plaintiffs' Leadership Counsel, on behalf of themselves and each individual plaintiff listed on Exhibit 1, did everything possible with the time available to them to comply with the Court's March 26, 2019, Order.  For the foregoing reasons, Plaintiffs' Leadership respectfully requests that the Court vacate its Show Cause Order as to why they should not be sanctioned for failing to comply with the Court's March 26, 2019 Order.

Dated April 22, 2019                              Respectfully submitted,


                                                  /s/ D. Renee Baggett
                                                  D. RENEE BAGGETT
                                                  Aylstock, Witkin, Kreis and Overholtz, PLC
                                                  17 E. Main Street, Suite 200
                                                  Pensacola, FL 32563
                                                  P: 850-202-1010
                                                  F: 850-916-7449
                                                  Rbaggett@awkolaw.com


                                                  /s/ Thomas P. Cartmell
                                                  THOMAS P. CARTMELL
                                                  Wagstaff & Cartmell LLP
                                                  4740 Grand Avenue, Suite 300
                                                  Kansas City, MO 64112
                                                  P: 816-701-1102
                                                  F: 816-531-2372
                                                  tcartmell@wcllp.com


                                                  *Plaintiffs' Co-Lead Counsel*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 22, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com