# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327 MDL No. 2327 JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2).  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Randi Kassan
Randi Kassan
Sanders Viener Grossman
100 Herricks Road
Mineola, NY 11501
(516) 741-5252
rkassan@thesandersfirm.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

<u>CERTIFICATE OF SERVICE</u>

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

<u>/s/ William M. Gage</u>

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-20296 | Sharon Horne v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20326 | Lyn Kapilian v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20354 | Debra Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22085 | Karin Sunny Wong v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22679 | Mary Curran v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23534 | Sheila Teague v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07755 | Jennifer Abbott v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08124 | Mary Crepeau v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09445 | Lorraine Boyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09576 | Joy Lark v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09590 | Kim Samford v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11020 | Jackie Baranowski v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11029 | Alicia Considine v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11077 | Bonnie Zelaya v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00453 | Heidi Gaines v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04694 | Sheilah Boyster v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05064 | Sandra Westfall v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07913 | Ronda Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08062 | Dorothy St. Laurent v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08064 | Nicole Reese v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08104 | Angela Lynch v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08115 | Cynthia Mashburn v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08170 | Joyce Latorre v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08294 | Kyrah Brielle Nachreiner v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08352 | Tammi Gillentine v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08386 | Michelle Bacon Croy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08521 | Debra Ann Laprade v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08531 | Maria Resto Baez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08563 | Barbara Boruff v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08566 | Maria Tereza Mejia v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08614 | Rene Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08625 | Joyce Brattain v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08722 | Jane Goodman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08813 | Gina R. Gill v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08837 | Jessica Price-Breault v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08929 | Amanda Bowling v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09468 | Angela Swain v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10767 | Diane Dehart v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11351 | Cynthia Dudley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11362 | Brenda Martinez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11792 | Bernice Sue Blackwell v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-11793 | Natasha Crisp v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11824 | Mary D. Coffman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11940 | Barbara Clifford v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11987 | Theresa Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11989 | Karen Ivicevich v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12081 | Anne Buchanan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12201 | Sonya Hastings, Administrator of the Estate of Florence Castro (Deceased) v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12297 | Gladys Huertas v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12474 | Linda Yardley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12604 | Elisa Anasco v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01083 | Shannon Gammon v. Ethicon, Inc.; Johnson & Johnson |