IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION           MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon defendants with Prejudice
and possible transfer of case(s))

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7789] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively referred to as "Ethicon"). The Motion seeks an order (1) granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

For any case(s) on the attached exhibit(s) that was subject to the Pretrial Order (Docket Control Order) entered on January 30, 2018, as amended on June 13, 2018 (hereinafter collectively referred to as the "Omnibus PTO") and is being transferred by this order to C. R. Bard, Inc. MDL 2187, American Medical Systems, Inc. MDL 2325, Boston Scientific Corporation MDL 2326 or Ethicon, Inc. MDL 2327, the court will no longer direct the Clerk to file in each individual case, the Omnibus PTO that corresponds to the MDL in which the case is being transferred.[1] Because all deadlines in the Omnibus PTO were the same across the MDLs cited above and all deadlines have since passed, the court finds it unnecessary to docket the corresponding Omnibus PTO for the MDL to which the case is being transferred. Any remaining provisions of the Omnibus PTO continue to apply.

The court **ORDERS** that:

---

[1] The Docket Control Orders entered in MDL 2187 – Wave 7, MDL 2325 – Wave 3, MDL 2326 – Wave 4 and MDL 2327 – Wave 8, on January 30, 2018 (as amended on June 13, 2018), set identical discovery dates, and pretrial motion dates. The Docket Control Orders were identical except for the necessary changes to make it applicable to each MDL.

(1) the Motion to Dismiss with Prejudice is **GRANTED**;

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot; and,

(4) if other defendants remain in a civil action, then those actions are **TRANSFERRED** to the next named MDL defendant listed on the docket sheet of the individual civil action(s).

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) if there are remaining defendants in an individual action, then (a) transfer the case to the next named MDL defendant listed on the docket sheet of the individual civil action(s), and (b) if the case has a Wave flag set from the Omnibus Order, then change the Wave flag to the appropriate Wave flag if necessary;

(4) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(5) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 23, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-02931 | Judith Berry v. Ethicon, Inc.; Johnson & Johnson; Mentor Worldwide, LLC; Coloplast Corp. |
| 2:14-cv-22137 | Lorraine Bickford and Roger Bickford v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-09702 | Cynthia Brantley and Charles Brantley v. Ethicon, Inc.; Johnson & Johnson; Coloplast Corp. |
| 2:16-cv-04095 | Doris Clements v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-15403 | Lydia Furtak and Lydia Furtak v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Coloplast Corp. |
| 2:15-cv-10080 | Susan Graff Stephen L. Graff v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-11622 | Daphene Howell v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-22703 | Maryjane McCormack v. Ethicon, Inc.; Johnson & Johnson; Coloplast Corp. |
| 2:14-cv-22704 | Belinda McCrory and William McCrory v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-00635 | Marlene Sue Nalley v. Ethicon, Inc.; Johnson & Johnson; Coloplast Corp. |
| 2:15-cv-10105 | Carolyn Roth v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-22465 | Mary Lou Saavedra and Felix Saavedra v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-22504 | Dianne Sonnino-Cray v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-02919 | Phyllis Dashefsky v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-22502 | Pamela Salvato v. Ethicon, Inc.; Johnson & Johnson; Mentor Worldwide, LLC |