IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                               MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7895] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 23, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-20296 | Sharon Horne v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20326 | Lyn Kapilian v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20354 | Debra Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22085 | Karin Sunny Wong v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22679 | Mary Curran v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23534 | Sheila Teague v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07755 | Jennifer Abbott v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08124 | Mary Crepeau v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09445 | Lorraine Boyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09576 | Joy Lark v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09590 | Kim Samford v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11020 | Jackie Baranowski v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11029 | Alicia Considine v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11077 | Bonnie Zelaya v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00453 | Heidi Gaines v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04694 | Sheilah Boyster v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05064 | Sandra Westfall v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07913 | Ronda Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08062 | Dorothy St. Laurent v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08064 | Nicole Reese v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08104 | Angela Lynch v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08115 | Cynthia Mashburn v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08170 | Joyce Latorre v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08294 | Kyrah Brielle Nachreiner v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08352 | Tammi Gillentine v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08386 | Michelle Bacon Croy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08521 | Debra Ann Laprade v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08531 | Maria Resto Baez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08563 | Barbara Boruff v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08566 | Maria Tereza Mejia v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08614 | Rene Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08625 | Joyce Brattain v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08722 | Jane Goodman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08813 | Gina R. Gill v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08837 | Jessica Price-Breault v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08929 | Amanda Bowling v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09468 | Angela Swain v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10767 | Diane Dehart v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11351 | Cynthia Dudley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11362 | Brenda Martinez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11792 | Bernice Sue Blackwell v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-11793 | Natasha Crisp v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11824 | Mary D. Coffman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11940 | Barbara Clifford v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11987 | Theresa Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11989 | Karen Ivicevich v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12081 | Anne Buchanan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12201 | Sonya Hastings, Administrator of the Estate of Florence Castro (Deceased) v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12297 | Gladys Huertas v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12474 | Linda Yardley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12604 | Elisa Anasco v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01083 | Shannon Gammon v. Ethicon, Inc.; Johnson & Johnson |