IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Alexander Grier Dwyer
Alexander Grier Dwyer
Kirkendall Dwyer
440 Louisiana Street
Suite 1901
Houston, TX 77002
(713) 522-3529
adwyer@kirkendalldwyer.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Style |
| --- | --- |
| 2:15-cv-15901 | Kathleen Allen and Larry Allen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16336 | Kelly Ammon v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03635 | Tammy Anderson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03373 | Tyrie Ante v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03308 | Dorothea Avery v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16580 | Stevie Barry v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15727 | Rachael Bartlett v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16497 | Maribel Bean v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04468 | Janie Beck v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16338 | Cathryn Bell and Randy Holmes v. Ethicon, Inc; Johnson & Johnson |
| 2:15-cv-16193 | Martha Bennett v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31322 | Vanette Berardi and Rob Kyrias v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31320 | Melva Billingslea v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15730 | Debbie Bishop and Robert Geisz v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16508 | Stephanie Booher v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16538 | Joan Boutot v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03805 | Ashley Box v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02607 | Mary Boyle v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03234 | Rachel Bramah v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15931 | Jennifer Brigham v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31324 | Linda Brown v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31321 | Laurie Bryant and Robert Halcomb v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-16242 | Beth Buchholz v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16460 | Michelle Buckwald and Gaylord L. Russell v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16501 | Diane Bunde and Chrisopher Green v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16530 | Tammy Burgin and Robert L. Bishop, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00100 | Cindy Cain v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16502 | Deborah Callaway White v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16451 | Patricia Capote and Jim Hankins v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31325 | Patricia Cargill v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-16340 | Michele Carlile v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16315 | Ann Carrier and Almand Carrier v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15538 | Sandra Causey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16194 | Dominique Clemons v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04562 | Kim Collins v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16325 | Janet Collins v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16456 | Roberta Comegys and Robert Matthews v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02604 | Deborah Coulter v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15539 | Pamela Darby v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-26469 | Denise Dean v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16195 | Kelly Demele and Patrick Demele v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02605 | Yvonne Denk v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16499 | Tabatha Doss and Joe T. Edmonds v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16453 | Pamela Edmonds and Jon Kuhn v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02603 | Rachel Elliott v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11837 | Dadrianne M. Evans v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15779 | Jody Fankhouser v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16528 | Lisa Ferris v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16531 | Tammy Flores v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20567 | Mildred Frederick v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00104 | Lisa Fuller and Tonie Polak v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15541 | Irma Galloway v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16544 | Mary Garrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16529 | Janine Gattuso and Anthony Berardi v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15658 | Amy Geisz v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15542 | Gayle Gilman v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15933 | Donna Goldade v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15501 | Debra Goodrich and Russell Jobe v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15818 | Angela Green and Joseph Mahoney v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16509 | Rita Grimmett and Larry E. Strehlow v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04221 | Michelle Halcomb v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16197 | Deeann Halleck and Jeffrey Halleck v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15975 | Lisa Halsey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16507 | Sheri Hamilton (aka Dantzler) and Billy Pringle v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15733 | Deborah Hankins and George Pyron v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15728 | Charlene Harrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15433 | Candace Hart v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02747 | Shirley Hartnett v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16198 | Kathy Hemmila and Kevin Hammila v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16243 | Audrey Herbst v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15903 | Mary Hernandez-Gallegos v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15479 | Mary Heyborne v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16582 | Mary Hill v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15828 | Jenel Hill v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15780 | Trina Hohn v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16533 | Rachelle Holmes and Brad Burgin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16244 | Joyce Hoppe v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16511 | Kimberly Howarth and Levand Watson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15976 | Charlotte Hughey and Robert E. Oliver v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03634 | Betty Ingram (giles) v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16245 | Mirva Jacildo and Rodel T. Jacildo v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16246 | Gail Jean and Paul Jean v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15652 | Yvette Jensen and Brent Frederick v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-26757 | Alma Jobe v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16385 | Linda Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02750 | Tricia Kaufmann v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16200 | Mary Kemper and Steven J. Kemper v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15732 | Linda Kendall v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16201 | Sandra Kiesler and Donald Kiesler v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16343 | Marietta Kiliszewski and Travis Stewart, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04395 | Nanette Kohne v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16342 | Cheryl Kuhn and George Standifer v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04223 | Donna Kyrias v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00103 | Maria Lakeyla v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16202 | Brenda Lamphere v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16247 | Barbara Landfair and Thomas Landfair v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04282 | Christy Lapka v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15660 | Jane Ledgerwood v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15904 | Tear Lemieux v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16553 | Darylynn Longoria and Gerald Sharp v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-08471 | Marjie Louviere and Jack L. Scharf v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-15815 | Darlene Mahoney v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04482 | Gail Malek v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15820 | Sylvia Mallory v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02746 | Sue Malone v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00045 | Leslie Manuel v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16248 | Diana Maschari and Leon Maschari v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20578 | Linda Matthews and Jackie Walker v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16388 | Kimberly Matz v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03125 | Virginia Mcelwee v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15816 | Kathy Mcewen and Michael Hohn v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16203 | Stephania Mead v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16391 | Brenda Melendez v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14122 | Rosa Merlin and Clayton Avery v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31244 | Patty Mills and Steve Anderson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-15661 | Stacie Montano v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15821 | Diana Moreno v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03307 | Wanda Morgan and James C. Hill v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16547 | Rea Nelson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16534 | Terri Newman v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16455 | Teresa Norman and D.J. Louviere v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16498 | Mary Olivas and James Samuel Doss v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15544 | Joy Olson and Terry Robertson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00106 | Shirley Padilla v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15430 | Heatherann Park v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:17-cv-04392 | Sheri Patterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15482 | Janet Patterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00099 | Bazet Peralta v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02754 | Kristy Perez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15977 | Maria Pinera v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16397 | Rosielein Polak v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16249 | Tammy Priddy and Michael Priddy v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15731 | Sharon Pringle and Michael Ledgerwood v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16578 | Kathy Pruitt and William Fuller, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16405 | Linda Pullins v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15726 | Ilean Pyron v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16206 | Sharon Reardon and Scott Reardon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16250 | Joanne Reason v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15775 | Jaine Renner v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16251 | Molly Rice and David Rice v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16335 | Roxane Rinearson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15777 | Pat Roberts v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19224 | Tania Robertson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16510 | Robin Ross and Dan Tibbetts v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15936 | Kimberly Ross v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15978 | Donna Ross and William Ross v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15979 | Andrea Rundle v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16401 | Karen Russell and Jason Thompson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15778 | Felicia Samples v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00105 | Sarah Sanchez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15781 | Trudy Santoro and Thomas Samples v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15663 | Evanell Sartain and Michael Teman Patterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15500 | Lachel Saylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03306 | Leandra Scharf v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16347 | Caroline Sharp and Thomas Wallace v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00179 | Dierdra Singer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15823 | April Smith and Johnathan Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15980 | Stephanie Smith and Ben Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16252 | Glenda Spratt v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16462 | Marie Standifer and Brian Zimmerman v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31608 | Mary Stewart and Charles Lapka v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-16454 | Tiffany Stoller v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15729 | Rebecca Strehlow and Morris Gilman v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04238 | Audra Sulima v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16496 | Cheryl Sullivan and Doug Altis v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15939 | Elizabeth Svitenko and Lewis C. Svitenko v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04234 | Janet Talbott v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15725 | Betty Thomason and Duane Saylor v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-16506 | Julia Thompson and Ezra McEwen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16548 | Julie Thurs v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00107 | Donna Tibbetts and Nicholas Zurzolo v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16207 | Barbara Tonsager and Curtis Tonsager v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16253 | Bayne Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16341 | Cheryl Ullery and Galen Keenan, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15906 | Melissa Vaught and Duane Vaught v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15825 | Virginia Vokoun v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16551 | Rosemary Vreeland v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15940 | Margaret Wade and Walter Wade v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04469 | Bonnie Walker v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16457 | Michelle Wallace and Charles Morgan v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04492 | Sylvia Warino v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16373 | Joni Warren and Todd Bunde v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16450 | Patricia Watson and Paul Buckwald v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15929 | Patsy Webb and Rand Webb v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16505 | Leslie Welch and Jennifer Ann Howarth v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16552 | Amelia Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00098 | Kimberly Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15827 | Pamela Winders v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04279 | Carolyn Wyldes v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16579 | Gladys Zimmerman and Jerome Killszewski v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16458 | Sonia Zurzolo v. Ethicon, Inc.; Johnson & Johnson |