# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7898] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 23, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:13-cv-06031 | Darby C. Rhodes; G. Roger Rhodes vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-09649 | Dyana Saylors; Wesley Saylors vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-15463 | Linda Rodriguez; Arturo Rodriguez vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-22812 | Andrea Gouviea; Alvaro Gouviea vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17318 | Bernadette Pepa, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-21870 | Christy Konnick; Michael Konnick, Jr. vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-19297 | Debra Barker; James Barker vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08285 | Margaret Hayden; Joseph Daniel Hayden vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23982 | Michele Thorpe, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-10305 | Michelle Olsen v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22449 | Naomi Bigelow vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-25202 | Patricia Turner, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26750 | Sharon Everett, et al v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25021 | Susan Blum; Wayne Blum vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-23983 | Tonya MacNicol, et al v. Ethicon, Inc.; Johnson & Johnson |