**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7899] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 23, 2019

_____

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

**EXHIBIT A**

| Civil Action No. | Case Name |
|---|---|
| 2:14-cv-24346 | Amanda Hedden vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12968 | Anna Arnold vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-28995 | Antoinette T. Ricard vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22722 | Barbara Bernardo vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17906 | Barbara Carey Terry Koenig vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17906 | Barbara Carey; Terry Koenig vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24309 | Dorothy S. Klodnycky; Roman V. Klodnycky vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30607 | Gabriella Shapiro vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00090 | Jeanette Norman vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24800 | Karen Marks, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01070 | Kimbery Eckrote vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13966 | Linda Chastain; Terry Chastain vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-00085 | Lisa Robles vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24304 | Lois Mizzell, et al vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02378 | Melinda A. Woiten vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12972 | Priscilla Carmain; Charles Ditsch vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-25720 | Shelly Harter; William Harter, II vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14987 | Shirley Willhite vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-00790 | Susan Abney vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05564 | Yvette Clark; Jerry L. Clark vs. Ethicon, Inc.; Johnson & Johnson |

46317902.v1