## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2).  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Edward F. Blizzard
Edward F. Blizzard
Blizzard McCarthy & Nabers
The Lyric Centre Building
440 Louisiana Street
Suite 1710
Houston, TX 77002
(713) 844-3750
eblizzard@blizzardlaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

<u>CERTIFICATE OF SERVICE</u>

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

<u>/s/ William M. Gage</u>

## EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-02487 | Kathy Bunnell and James Bunnell v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02489 | Charlotte Hawkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09623 | Pansy Adams and Cloyd Adams v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09657 | Audrey L. Aliff v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-04466 | Myra Faye Baker and Henry L. Baker v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33129 | Debra Barrientes and Leonel Barrientes v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-06385 | Rachel M. Belisle v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06389 | Angela I. Bell v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04639 | Annette Bellman and Scott Bellman v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-04811 | Brenda L. Berry v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02645 | Cornelia A. Blair and Ronald M. Stubbs v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03352 | Martha Jean Blanchard v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02252 | Suzanne Lock Brandt and John Brandt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24103 | Kathryn Brewer v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01588 | Linda Bronson and Steve Bronson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04640 | Melissa Joann Bruce and Eric Lee Bruce v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02643 | Wilma Ann Burton v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07879 | Sharon Caudill v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-05521 | Donna Cisek v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16598 | Nancy L. Clark and Anthony L. Clark v. Ethicon, Inc. and Johnson & Johnson |
| 2:12-cv-05523 | Hope Coake v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02254 | Ella Colwell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06386 | Janet Conrad and Ronald Conrad v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05530 | Debbie Cotton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24117 | Carol Couch and Jim Couch v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05526 | Jennifer Cox v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07049 | Mary Custer and Kenneth Custer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11556 | Liza Marie David v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05528 | Cinnamon Dorsey v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04642 | Donna Dupont v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06392 | Abby S. Esparza and Ralph Esparaza v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04643 | Teresa Perea Espinosa and Steve R. Espinosa v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00978 | Debora Essex and James Essex v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02631 | Kathleen Falk v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09739 | Rita Garcia v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-09004 | Renee Garland v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00888 | Lori Gibbs v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02259 | Amy Gipson and Russell Gipson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09835 | Kim Godfrey v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-05773 | Cinder Graham and J.R. Graham v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25125 | Shelley Grzywacz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25126 | Mary Shane Guthrie v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-02260 | June C. Hess v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07750 | Mary Holley and Jimmy Holley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04468 | Jamie D. Hullenbaugh and George M. Hullenbaugh v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02256 | Shirlee Jean Hunter and Ralph Hunter v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05555 | Beverly Jones and Greg Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03682 | Marianne Judice v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07337 | Gertraud Keyser v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05569 | Bernice Kirkland v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00825 | Janice L. Koelsch and Kevin A. Koelsch v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07144 | Sandy Krauss-King v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13376 | Shirley Land v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09837 | Debra Lazarine and Henry Lazarine v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-07339 | Azalia J. LeBlanc and Errol LeBlanc v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04469 | Maria D. Lopez and Armando Lopez v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05799 | Sandra Love and Gary Love v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03684 | Ruth E. Lovelace and Harold Lovelace v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28137 | Carol McCauley and Roger McCauley v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-04114 | Mary Kathleen McReynolds and John McReynolds v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24114 | Sue Mikula v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-03207 | Erica Monroe v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-04467 | Ava Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-06160 | Jannet Morales v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-02696 | Kay Mork v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-05802 | Betty Nethercott v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24113 | Tina Niver v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05911 | Connie Norem v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16603 | Kimberley D. Ogle and Jeffrey S. Ogle v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25097 | Mary Palomarez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-02647 | Patsy Patterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-04808 | Claudine Paul and Jack Gary Paul v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01630 | Beverly Powell v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-06400 | Lynn M. Pugh and Raymond K. Pugh v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00275 | Shannon L. Putano and Peter Putano v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07335 | Nancy Roccio and Richard Roccio v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27229 | Barbara Rodine v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-00980 | Helen M. Seidel and Lawrence Seidel v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24105 | Brandy L. Seignemartin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02644 | Michelle Silvestry v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06403 | Valorie Snodgrass and Mark R. Snodgrass v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11392 | Hilda Soliz v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09315 | Paula Kae Stout and Donnie A. Stout v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-02253 | Debra Sullivan and Kevin T. Sullivan, Jr.  v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04374 | Elizabeth Tovar and Alfredo Tovar v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04741 | Jadenne Tyson and Thomas M. Tyson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08980 | Laureen Westberg-Martin and Steven T. Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06402 | Mary E. White and Kevin R. White v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02648 | Janet Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01540 | Ramona Zaia and Wally Zaia v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04457 | Harriet Zuzinec v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01780 | Trinidad Matos v. Ethicon, Inc.; Johnson & Johnson |