IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION	MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7904] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 24, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-15901 | Kathleen Allen and Larry Allen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16336 | Kelly Ammon v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03635 | Tammy Anderson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03373 | Tyrie Ante v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03308 | Dorothea Avery v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16580 | Stevie Barry v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15727 | Rachael Bartlett v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16497 | Maribel Bean v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04468 | Janie Beck v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16338 | Cathryn Bell and Randy Holmes v. Ethicon, Inc; Johnson & Johnson |
| 2:15-cv-16193 | Martha Bennett v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31322 | Vanette Berardi and Rob Kyrias v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31320 | Melva Billingslea v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15730 | Debbie Bishop and Robert Geisz v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16508 | Stephanie Booher v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16538 | Joan Boutot v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03805 | Ashley Box v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02607 | Mary Boyle v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03234 | Rachel Bramah v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15931 | Jennifer Brigham v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31324 | Linda Brown v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31321 | Laurie Bryant and Robert Halcomb v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-16242 | Beth Buchholz v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16460 | Michelle Buckwald and Gaylord L. Russell v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16501 | Diane Bunde and Chrisopher Green v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16530 | Tammy Burgin and Robert L. Bishop, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00100 | Cindy Cain v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16502 | Deborah Callaway White v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16451 | Patricia Capote and Jim Hankins v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31325 | Patricia Cargill v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-16340 | Michele Carlile v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16315 | Ann Carrier and Almand Carrier v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15538 | Sandra Causey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16194 | Dominique Clemons v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04562 | Kim Collins v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16325 | Janet Collins v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16456 | Roberta Comegys and Robert Matthews v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02604 | Deborah Coulter v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15539 | Pamela Darby v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-26469 | Denise Dean v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16195 | Kelly Demele and Patrick Demele v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02605 | Yvonne Denk v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16499 | Tabatha Doss and Joe T. Edmonds v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16453 | Pamela Edmonds and Jon Kuhn v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02603 | Rachel Elliott v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11837 | Dadrianne M. Evans v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15779 | Jody Fankhouser v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16528 | Lisa Ferris v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16531 | Tammy Flores v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20567 | Mildred Frederick v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00104 | Lisa Fuller and Tonie Polak v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15541 | Irma Galloway v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16544 | Mary Garrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16529 | Janine Gattuso and Anthony Berardi v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15658 | Amy Geisz v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15542 | Gayle Gilman v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15933 | Donna Goldade v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15501 | Debra Goodrich and Russell Jobe v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15818 | Angela Green and Joseph Mahoney v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16509 | Rita Grimmett and Larry E. Strehlow v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04221 | Michelle Halcomb v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16197 | Deeann Halleck and Jeffrey Halleck v. Ethicon, Inc.; Johnson & Johnson |
| ~~2:15-cv-15975~~ | ~~Lisa Halsey v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:15-cv-16507 | Sheri Hamilton (aka Dantzler) and Billy Pringle v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15733 | Deborah Hankins and George Pyron v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15728 | Charlene Harrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15433 | Candace Hart v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02747 | Shirley Hartnett v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16198 | Kathy Hemmila and Kevin Hammila v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16243 | Audrey Herbst v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15903 | Mary Hernandez-Gallegos v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15479 | Mary Heyborne v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16582 | Mary Hill v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15828 | Jenel Hill v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15780 | Trina Hohn v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16533 | Rachelle Holmes and Brad Burgin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16244 | Joyce Hoppe v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16511 | Kimberly Howarth and Levand Watson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15976 | Charlotte Hughey and Robert E. Oliver v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03634 | Betty Ingram (giles) v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16245 | Mirva Jacildo and Rodel T. Jacildo v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16246 | Gail Jean and Paul Jean v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15652 | Yvette Jensen and Brent Frederick v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-26757 | Alma Jobe v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16385 | Linda Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02750 | Tricia Kaufmann v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16200 | Mary Kemper and Steven J. Kemper v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15732 | Linda Kendall v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16201 | Sandra Kiesler and Donald Kiesler v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16343 | Marietta Kiliszewski and Travis Stewart, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04395 | Nanette Kohne v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16342 | Cheryl Kuhn and George Standifer v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04223 | Donna Kyrias v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00103 | Maria Lakeyla v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16202 | Brenda Lamphere v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16247 | Barbara Landfair and Thomas Landfair v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04282 | Christy Lapka v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15660 | Jane Ledgerwood v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15904 | Tear Lemieux v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16553 | Darylynn Longoria and Gerald Sharp v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-08471 | Marjie Louviere and Jack L. Scharf v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-15815 | Darlene Mahoney v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04482 | Gail Malek v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15820 | Sylvia Mallory v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02746 | Sue Malone v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00045 | Leslie Manuel v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16248 | Diana Maschari and Leon Maschari v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20578 | Linda Matthews and Jackie Walker v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16388 | Kimberly Matz v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03125 | Virginia Mcelwee v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15816 | Kathy Mcewen and Michael Hohn v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16203 | Stephania Mead v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16391 | Brenda Melendez v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14122 | Rosa Merlin and Clayton Avery v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31244 | Patty Mills and Steve Anderson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-15661 | Stacie Montano v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15821 | Diana Moreno v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03307 | Wanda Morgan and James C. Hill v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16547 | Rea Nelson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16534 | Terri Newman v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16455 | Teresa Norman and D.J. Louviere v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16498 | Mary Olivas and James Samuel Doss v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15544 | Joy Olson and Terry Robertson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00106 | Shirley Padilla v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15430 | Heatherann Park v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:17-cv-04392 | Sheri Patterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15482 | Janet Patterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00099 | Bazet Peralta v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02754 | Kristy Perez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15977 | Maria Pinera v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16397 | Rosielein Polak v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16249 | Tammy Priddy and Michael Priddy v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15731 | Sharon Pringle and Michael Ledgerwood v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16578 | Kathy Pruitt and William Fuller, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16405 | Linda Pullins v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15726 | Ilean Pyron v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16206 | Sharon Reardon and Scott Reardon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16250 | Joanne Reason v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15775 | Jaine Renner v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16251 | Molly Rice and David Rice v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16335 | Roxane Rinearson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15777 | Pat Roberts v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19224 | Tania Robertson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16510 | Robin Ross and Dan Tibbetts v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15936 | Kimberly Ross v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15978 | Donna Ross and William Ross v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15979 | Andrea Rundle v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16401 | Karen Russell and Jason Thompson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15778 | Felicia Samples v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00105 | Sarah Sanchez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15781 | Trudy Santoro and Thomas Samples v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15663 | Evanell Sartain and Michael Teman Patterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15500 | Lachel Saylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03306 | Leandra Scharf v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16347 | Caroline Sharp and Thomas Wallace v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00179 | Dierdra Singer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15823 | April Smith and Johnathan Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15980 | Stephanie Smith and Ben Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16252 | Glenda Spratt v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16462 | Marie Standifer and Brian Zimmerman v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31608 | Mary Stewart and Charles Lapka v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-16454 | Tiffany Stoller v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15729 | Rebecca Strehlow and Morris Gilman v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04238 | Audra Sulima v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16496 | Cheryl Sullivan and Doug Altis v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15939 | Elizabeth Svitenko and Lewis C. Svitenko v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04234 | Janet Talbott v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15725 | Betty Thomason and Duane Saylor v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-16506 | Julia Thompson and Ezra McEwen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16548 | Julie Thurs v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00107 | Donna Tibbetts and Nicholas Zurzolo v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16207 | Barbara Tonsager and Curtis Tonsager v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16253 | Bayne Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16341 | Cheryl Ullery and Galen Keenan, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15906 | Melissa Vaught and Duane Vaught v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15825 | Virginia Vokoun v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16551 | Rosemary Vreeland v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15940 | Margaret Wade and Walter Wade v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04469 | Bonnie Walker v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16457 | Michelle Wallace and Charles Morgan v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04492 | Sylvia Warino v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16373 | Joni Warren and Todd Bunde v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16450 | Patricia Watson and Paul Buckwald v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15929 | Patsy Webb and Rand Webb v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16505 | Leslie Welch and Jennifer Ann Howarth v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16552 | Amelia Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00098 | Kimberly Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15827 | Pamela Winders v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04279 | Carolyn Wyldes v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16579 | Gladys Zimmerman and Jerome Killszewski v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16458 | Sonia Zurzolo v. Ethicon, Inc.; Johnson & Johnson |