IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7907] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 24, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE


**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-02487 | Kathy Bunnell and James Bunnell v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02489 | Charlotte Hawkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09623 | Pansy Adams and Cloyd Adams v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09657 | Audrey L. Aliff v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-04466 | Myra Faye Baker and Henry L. Baker v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33129 | Debra Barrientes and Leonel Barrientes v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-06385 | Rachel M. Belisle v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06389 | Angela I. Bell v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04639 | Annette Bellman and Scott Bellman v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-04811 | Brenda L. Berry v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02645 | Cornelia A. Blair and Ronald M. Stubbs v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03352 | Martha Jean Blanchard v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02252 | Suzanne Lock Brandt and John Brandt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24103 | Kathryn Brewer v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01588 | Linda Bronson and Steve Bronson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04640 | Melissa Joann Bruce and Eric Lee Bruce v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02643 | Wilma Ann Burton v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07879 | Sharon Caudill v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-05521 | Donna Cisek v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16598 | Nancy L. Clark and Anthony L. Clark v. Ethicon, Inc. and Johnson & Johnson |
| 2:12-cv-05523 | Hope Coake v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02254 | Ella Colwell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06386 | Janet Conrad and Ronald Conrad v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05530 | Debbie Cotton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24117 | Carol Couch and Jim Couch v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05526 | Jennifer Cox v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07049 | Mary Custer and Kenneth Custer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11556 | Liza Marie David v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05528 | Cinnamon Dorsey v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04642 | Donna Dupont v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06392 | Abby S. Esparza and Ralph Esparaza v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04643 | Teresa Perea Espinosa and Steve R. Espinosa v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00978 | Debora Essex and James Essex v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02631 | Kathleen Falk v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09739 | Rita Garcia v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-09004 | Renee Garland v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00888 | Lori Gibbs v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02259 | Amy Gipson and Russell Gipson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09835 | Kim Godfrey v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-05773 | Cinder Graham and J.R. Graham v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25125 | Shelley Grzywacz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25126 | Mary Shane Guthrie v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-02260 | June C. Hess v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07750 | Mary Holley and Jimmy Holley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04468 | Jamie D. Hullenbaugh and George M. Hullenbaugh v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02256 | Shirlee Jean Hunter and Ralph Hunter v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05555 | Beverly Jones and Greg Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03682 | Marianne Judice v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07337 | Gertraud Keyser v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05569 | Bernice Kirkland v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00825 | Janice L. Koelsch and Kevin A. Koelsch v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07144 | Sandy Krauss-King v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13376 | Shirley Land v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09837 | Debra Lazarine and Henry Lazarine v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-07339 | Azalia J. LeBlanc and Errol LeBlanc v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04469 | Maria D. Lopez and Armando Lopez v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05799 | Sandra Love and Gary Love v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03684 | Ruth E. Lovelace and Harold Lovelace v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28137 | Carol McCauley and Roger McCauley v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-04114 | Mary Kathleen McReynolds and John McReynolds v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24114 | Sue Mikula v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-03207 | Erica Monroe v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-04467 | Ava Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-06160 | Jannet Morales v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-02696 | Kay Mork v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-05802 | Betty Nethercott v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24113 | Tina Niver v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05911 | Connie Norem v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16603 | Kimberley D. Ogle and Jeffrey S. Ogle v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25097 | Mary Palomarez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-02647 | Patsy Patterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-04808 | Claudine Paul and Jack Gary Paul v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01630 | Beverly Powell v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-06400 | Lynn M. Pugh and Raymond K. Pugh v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00275 | Shannon L. Putano and Peter Putano v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07335 | Nancy Roccio and Richard Roccio v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27229 | Barbara Rodine v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-00980 | Helen M. Seidel and Lawrence Seidel v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24105 | Brandy L. Seignemartin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02644 | Michelle Silvestry v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06403 | Valorie Snodgrass and Mark R. Snodgrass v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11392 | Hilda Soliz v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09315 | Paula Kae Stout and Donnie A. Stout v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-02253 | Debra Sullivan and Kevin T. Sullivan, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04374 | Elizabeth Tovar and Alfredo Tovar v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04741 | Jadenne Tyson and Thomas M. Tyson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08980 | Laureen Westberg-Martin and Steven T. Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06402 | Mary E. White and Kevin R. White v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02648 | Janet Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01540 | Ramona Zaia and Wally Zaia v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04457 | Harriet Zuzinec v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01780 | Trinidad Matos v. Ethicon, Inc.; Johnson & Johnson |