# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON INC
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS:

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs in the cases listed on the attached Exhibits A-B and defendant American Medical Systems, Inc., ("AMS") jointly move the court to dismiss AMS without prejudice and terminate them from the docket of the court, parties to bear their own costs. Other defendants remain in this action, and plaintiffs will continue to pursue this action against them.

Respectfully:

| | |
|---|---|
| /s/ Barbara Binis | /s/ Erik W. Legg |
| Barbara Binis | Erik W. Legg |
| Stephen J. McConnell | FARRELL WHITE & LEGG |
| REED SMITH | P. O. Box 6457 |
| Three Logan Square, Suite 3100 | Huntington, WV 25772-6457 |
| 1717 Arch Street | 304.522.9100 (phone) |
| Philadelphia, PA 19103 | 304.522.9162 (fax) |
| 215.851.8100 (phone) | EWL@farrell3.com |
| 215.851.1420 (fax) | |
| bbinis@reedsmith.com | |
| smcconnell@reedsmith.com | |

*Attorneys for Defendant American Medical Systems, Inc.*

| | |
|---|---|
| /s/ Jonathan M. Ashton | /s/ Noah M. Wexler |
| Jonathan M. Ashton | Noah M. Wexler |
| GALLON TAKACS BOISSONEAULT& SCHAFFER | ARNOLD & ITKIN |
| 3516 Granite Circle | 6009 Memorial Drive |
| Toledo, OH 43617 | Houston, TX 77007 |
| 419.843.2001 (phone) | 713.222.3800 (phone) |
| 419.841.2608 (fax) | 713.222.3850 (fax) |
| jashton@gallonlaw.com | nwexler@arnolditkin.com |
| *Attorney for Plaintiff on Exhibit A* | *Attorney for Plaintiff on Exhibit B* |

Dated: April 24, 2019

## EXHIBIT A – GALLON TAKACS BOISSONEAULT& SCHAFFER

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:17-cv-01921 | Tonya King v. Ethicon, Inc., American Medical Systems, Inc. |

## EXHIBIT B – ARNOLD & ITKIN

| CIVIL ACTION NUMBER (listed numerically in ascending order) | CASE NAME |
|---|---|
| 2:14-cv-12949 | Marlene Asmussen v. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc. |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 24, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in these member cases.

                                                /s/ Barbara R. Binis