# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
    PELVIC REPAIR SYSTEM                              MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

**ORDER**
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon defendants") pursuant to the procedures established by Pretrial Order ("PTO") # 302 or PTO # 329. *See* PTO ##s 302 and 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF Nos. 6020 or 7576].

The Ethicon defendants have complied with the procedures set forth in PTO # 302 and/or # 329, and the plaintiffs have not filed an opposition. Defendants have informed the court that no other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 24, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

|    | Civil Action No. | Case Name | ECF No. of Motion |
|----|------------------|-----------|-------------------|
| 1  | 2:13-cv-21191    | Kean, Karen E. v. Ethicon, Inc., et al | 20 |
| 2  | 2:13-cv-22319    | Hightower-Duffy, Karen v. Ethicon, Inc., et al | 16 |
| 3  | 2:14-cv-19800    | Loehr, Vicki Jo & Trevor J. v. Ethicon, Inc., et al | 9 |
| 4  | 2:15-cv-09109    | Jenkins, Michelle & Dennis v. Ethicon, Inc., et al | 34 |
| 5  | 2:18-cv-01131    | Smith, Laurie v. Ethicon, Inc., et al | 3 |
| 6  | 2:17-cv-04280    | Killough, Betty v. Ethicon, Inc., et al | 25 |
| 7  | 2:16-cv-06052    | Waggoner, Peggy v. Ethicon, Inc., et al | 8 |
| 8  | 2:16-cv-05929    | Werthwein, Margaret v. Ethicon, Inc., et al | 12 |
| 9  | 2:16-cv-04447    | Washington, Deborah v. Ethicon, Inc., et al | 13 |
| 10 | 2:16-cv-04792    | Worthy, Hazel v. Ethicon, Inc., et al | 12 |
| 11 | 2:16-cv-05949    | Woolwine, Beverly v. Ethicon, Inc., et al | 12 |
| 12 | 2:16-cv-04405    | White, Diana & Robert v. Ethicon, Inc., et al | 10 |
| 13 | 2:14-cv-16327    | Callahan, Rebecca A. & Walter J. v. Ethicon, Inc., et al | 14 |
| 14 | 2:16-cv-03950    | Wainscott, Edna v. Ethicon, Inc., et al | 11 |
| 15 | 2:14-cv-15986    | Alliano, Mary & Phil v. Ethicon, Inc., et al | 21 |
| 16 | 2:16-cv-04809    | Ingle, Maurine v. Ethicon, Inc., et al | 13 |
| 17 | 2:16-cv-02695    | Warren, Nancy F. v. Ethicon, Inc., et al | 10 |
| 18 | 2:16-cv-00408    | Ward, Donna v. Ethicon, Inc., et al | 13 |
| 19 | 2:16-cv-05938    | Owens, Holly v. Ethicon, Inc., et al | 12 |
| 20 | 2:16-cv-05946    | Canaday, Connie v. Ethicon, Inc., et al | 12 |
| 21 | 2:16-cv-05956    | Sieh, Patricia v. Ethicon, Inc., et al | 12 |
| 22 | 2:16-cv-05276    | Williams, Retha & Robert Melvin v. Ethicon, Inc., et al | 11 |
| 23 | 2:16-cv-00215    | Watson, Josephine v. Ethicon, Inc., et al | 11 |
| 24 | 2:16-cv-02797    | Eaton, Carol Jane & Robert, Jr. v. Ethicon, Inc., et al | 12 |
| 25 | 2:14-cv-20098    | Ebinger, Laquita v. Ethicon, Inc., et al | 13 |
| 26 | 2:16-cv-05049    | Hewett, Angela v. Ethicon, Inc., et al | 13 |
| 27 | 2:16-cv-04914    | Eicher, Donna v. Ethicon, Inc., et al | 13 |
| 28 | 2:15-cv-16364    | Ellis, Jaclyn Lee Ann & Robert Allan v. Ethicon, Inc., et al | 10 |
| 29 | 2:16-cv-00246    | Jenkins, Linda v. Ethicon, Inc., et al | 18 |
| 30 | 2:16-cv-00181    | Godbois, Michele v. Ethicon, Inc., et al | 10 |
| 31 | 2:13-cv-15649    | Gomez, Lillian v. Ethicon, Inc., et al | 22 |
| 32 | 2:13-cv-25821    | Jones, Susan & Paul v. Ethicon, Inc., et al | 14 |
| 33 | 2:16-cv-04407    | Gore, Barbara & Thomas v. Ethicon, Inc., et al | 15 |
| 34 | 2:16-cv-05928    | Ellsworth, Michele v. Ethicon, Inc., et al | 12 |
| 35 | 2:15-cv-11037    | Green, Carol v. Ethicon, Inc., et al | 12 |
| 36 | 2:15-cv-16215    | Wildblood-Crawford, Megan N. & Bruce v. Ethicon, Inc., et al | 10 |
| 37 | 2:13-cv-29541    | Clapp, Barbara & Andrew v. Ethicon, Inc., et al | 12 |
| 38 | 2:16-cv-06668    | Williams, Lori F. & Greg v. Ethicon, Inc., et al | 10 |

**EXHIBIT A**

|    | Civil Action No. | Case Name | ECF No. of Motion |
|----|------------------|-----------|-------------------|
| 39 | 2:16-cv-06661 | Golston, Jo Ann & Billy v. Ethicon, Inc., et al | 10 |
| 40 | 2:15-cv-11083 | Williams, Stacy v. Ethicon, Inc., et al | 12 |
| 41 | 2:15-cv-09598 | Weaver, Robin v. Ethicon, Inc., et al | 12 |
| 42 | 2:13-cv-15791 | Gaines, Marjorie Ann & Richard James v. Ethicon, Inc., et al | 20 |
| 43 | 2:16-cv-06051 | Holdiman, Louise v. Ethicon, Inc., et al | 8 |
| 44 | 2:13-cv-23295 | Clark-Legler, Geraldine v. Ethicon, Inc., et al | 14 |
| 45 | 2:15-cv-11058 | Neal, Connie v. Ethicon, Inc., et al | 12 |
| 46 | 2:15-cv-09328 | Wilson, Bonnie v. Ethicon, Inc., et al | 12 |
| 47 | 2:14-cv-10502 | Eubanks, Shelbby & William v. Ethicon, Inc., et al | 18 |
| 48 | 2:14-cv-19251 | Garcia, Josefina v. Ethicon, Inc., et al | 14 |
| 49 | 2:16-cv-03770 | Howe, Constance v. Ethicon, Inc., et al | 14 |
| 50 | 2:14-cv-10546 | Thomas, Rebecca & Larry v. Ethicon, Inc., et al | 14 |
| 51 | 2:13-cv-16854 | Lafferty, Esther v. Ethicon, Inc., et al | 21 |
| 52 | 2:16-cv-04953 | Giebell, Cheryl v. Ethicon, Inc., et al | 13 |
| 53 | 2:16-cv-06026 | Rich, Sandra v. Ethicon, Inc., et al | 8 |
| 54 | 2:16-cv-04216 | Haley, Patricia & Steven v. Ethicon, Inc., et al | 10 |
| 55 | 2:13-cv-25819 | Gilpin, Pamela & Michael v. Ethicon, Inc., et al | 15 |
| 56 | 2:14-cv-22110 | Gonzalez, Nilsa v. Ethicon, Inc., et al | 13 |
| 57 | 2:14-cv-19385 | Gordon, Vickie v. Ethicon, Inc., et al | 14 |
| 58 | 2:14-cv-20343 | Whitfield, Nancy v. Ethicon, Inc., et al | 13 |
| 59 | 2:16-cv-02488 | Lancaster, Betty & Earl v. Ethicon, Inc., et al | 18 |
| 60 | 2:14-cv-19236 | Grader, Lori v. Ethicon, Inc., et al | 14 |
| 61 | 2:14-cv-25034 | Walker, Jimmie L. v. Ethicon, Inc., et al | 11 |
| 62 | 2:15-cv-16362 | Nance, Rosalind S. v. Ethicon, Inc., et al | 10 |
| 63 | 2:15-cv-09496 | Groat, Lisa v. Ethicon, Inc., et al | 12 |
| 64 | 2:15-cv-08351 | Harwell, Charlotte v. Ethicon, Inc., et al | 14 |
| 65 | 2:13-cv-15865 | Terrell, Renee v. Ethicon, Inc., et al | 18 |
| 66 | 2:14-cv-16292 | Langford, Lynette L. v. Ethicon, Inc., et al | 10 |
| 67 | 2:15-cv-07712 | Ritter, Marilyn v. Ethicon, Inc., et al | 13 |
| 68 | 2:16-cv-05345 | Ciolino, Rena & Joseph v. Ethicon, Inc., et al | 11 |
| 69 | 2:14-cv-20506 | Lara, Nancy v. Ethicon, Inc., et al | 13 |
| 70 | 2:16-cv-00490 | Gonzalez, Maria v. Ethicon, Inc., et al | 9 |
| 71 | 2:16-cv-06012 | Galvan, Carolyn Rhea v. Ethicon, Inc., et al | 8 |
| 72 | 2:13-cv-16594 | Latch, Patricia & Don v. Ethicon, Inc., et al | 13 |
| 73 | 2:16-cv-06137 | McCoy, Kellie v. Ethicon, Inc., et al | 10 |
| 74 | 2:14-cv-16005 | Lawrence-Wright, Tracy v. Ethicon, Inc., et al | 24 |
| 75 | 2:14-cv-16812 | Trimpey, Kimberly v. Ethicon, Inc., et al | 12 |
| 76 | 2:14-cv-12579 | Nonnemacher, Carolyn S. & Scott v. Ethicon, Inc., et al | 18 |
| 77 | 2:13-cv-30373 | Teddy, Diane & Steven v. Ethicon, Inc., et al | 15 |
| 78 | 2:15-cv-11038 | Guerrero, Mary v. Ethicon, Inc., et al | 12 |

**EXHIBIT A**

|     | Civil Action No. | Case Name | ECF No. of Motion |
| --- | --- | --- | --- |
| 79  | 2:16-cv-08761 | Bailey, Sharon v. Ethicon, Inc., et al | 11 |
| 80  | 2:16-cv-06757 | Smith, Sandra Lee v. Ethicon, Inc., et al | 10 |
| 81  | 2:16-cv-06663 | Scates, Flora & Hulon v. Ethicon, Inc., et al | 10 |
| 82  | 2:16-cv-07125 | Davis, Maureen & Glenn A. v. Ethicon, Inc., et al | 11 |
| 83  | 2:16-cv-06675 | Schencker, Anida v. Ethicon, Inc., et al | 10 |
| 84  | 2:13-cv-28143 | Leavitt, Dorothy & Edwin v. Ethicon, Inc., et al | 18 |
| 85  | 2:16-cv-04774 | Newbill, Maureen v. Ethicon, Inc., et al | 13 |
| 86  | 2:15-cv-10087 | Lee, Nancy v. Ethicon, Inc., et al | 18 |
| 87  | 2:14-cv-21530 | Dahm, Chrystina v. Ethicon, Inc., et al | 28 |
| 88  | 2:14-cv-18859 | Dwyer-Jenks, Dana & Kenneth, II v. Ethicon, Inc., et al | 15 |
| 89  | 2:14-cv-19960 | Leimbach, Claudine v. Ethicon, Inc., et al | 14 |
| 90  | 2:15-cv-11060 | Palmer, Nancy v. Ethicon, Inc., et al | 12 |
| 91  | 2:13-cv-23171 | Carpenter, Angela H. v. Ethicon, Inc., et al | 36 |
| 92  | 2:16-cv-08834 | Preece, Cindy v. Ethicon, Inc., et al | 13 |
| 93  | 2:16-cv-08672 | Glezen, Mary B. v. Ethicon, Inc., et al | 11 |
| 94  | 2:16-cv-05968 | Sturgeon, Juena v. Ethicon, Inc., et al | 12 |
| 95  | 2:14-cv-10158 | Aprea, Suzanne & Robert v. Ethicon, Inc., et al | 21 |
| 96  | 2:14-cv-19454 | Madden, Mary v. Ethicon, Inc., et al | 13 |
| 97  | 2:14-cv-20014 | Martinez, Maria v. Ethicon, Inc., et al | 21 |
| 98  | 2:15-cv-08976 | Mualimm-AK, Lamillah v. Ethicon, Inc., et al | 12 |
| 99  | 2:14-cv-19976 | Mancha, Kay v. Ethicon, Inc., et al | 14 |
| 100 | 2:14-cv-20411 | Martin, Mary B. v. Ethicon, Inc., et al | 13 |
| 101 | 2:16-cv-04921 | Hill, Christine v. Ethicon, Inc., et al | 13 |
| 102 | 2:16-cv-08114 | Olson, Susan v. Ethicon, Inc., et al | 12 |
| 103 | 2:14-cv-19961 | Leonetti, Jacqueline v. Ethicon, Inc., et al | 15 |
| 104 | 2:14-cv-15597 | White, Kimberly v. Ethicon, Inc., et al | 12 |
| 105 | 2:16-cv-07429 | Debeaudry, Kathy v. Ethicon, Inc., et al | 11 |
| 106 | 2:16-cv-08528 | McCreary, Sharon v. Ethicon, Inc., et al | 11 |
| 107 | 2:15-cv-09124 | Reimann, Wendy v. Ethicon, Inc., et al | 12 |
| 108 | 2:14-cv-20255 | Harvey, Carol v. Ethicon, Inc., et al | 13 |
| 109 | 2:12-cv-08687 | Heffernan, Joyce v. Ethicon, Inc., et al | 17 |
| 110 | 2:15-cv-15558 | Heffner, Barbara v. Ethicon, Inc., et al | 13 |
| 111 | 2:15-cv-08392 | Hessing, Linda v. Ethicon, Inc., et al | 13 |
| 112 | 2:15-cv-09082 | Powell, Brenda v. Ethicon, Inc., et al | 13 |
| 113 | 2:16-cv-08111 | Adams, Michelle v. Ethicon, Inc., et al | 12 |
| 114 | 2:15-cv-06963 | Neff, Roberta v. Ethicon, Inc., et al | 17 |
| 115 | 2:14-cv-17096 | Norwood, Catherine M. v. Ethicon, Inc., et al | 17 |
| 116 | 2:14-cv-29648 | Perez, Martha v. Ethicon, Inc., et al | 16 |
| 117 | 2:15-cv-11960 | Rebarick, Virginia v. Ethicon, Inc., et al | 17 |
| 118 | 2:14-cv-03982 | Robinson, Ruth C. v. Ethicon, Inc., et al | 15 |
| 119 | 2:14-cv-06387 | Santiago, Nereida N. v. Ethicon, Inc., et al | 17 |

**EXHIBIT A**

|     | Civil Action No. | Case Name | ECF No. of Motion |
|-----|------------------|-----------|-------------------|
| 120 | 2:15-cv-06170 | Stamp, Marie v. Ethicon, Inc., et al | 17 |
| 121 | 2:15-cv-11966 | Taylor, Patsy & Ralph L. v. Ethicon, Inc., et al | 15 |
| 122 | 2:14-cv-30042 | Jarrin, Irma & Pedro E. Carreno v. Ethicon, Inc., et al | 25 |
| 123 | 2:15-cv-12300 | Manglona, Duratha Gail v. Ethicon, Inc., et al | 26 |
| 124 | 2:15-cv-11408 | Mici, Fatmira v. Ethicon, Inc., et al | 15 |
| 125 | 2:15-cv-11958 | Morris, Nancy S. v. Ethicon, Inc., et al | 15 |
| 126 | 2:15-cv-10126 | Hinton, Terry Lee v. Ethicon, Inc., et al | 15 |
| 127 | 2:14-cv-16720 | Schneider, Carolyn v. Ethicon, Inc., et al | 12 |
| 128 | 2:16-cv-07804 | Pigg, Janet v. Ethicon, Inc., et al | 11 |
| 129 | 2:16-cv-08550 | Smith, Connie v. Ethicon, Inc., et al | 11 |
| 130 | 2:16-cv-07695 | Teran, Theresa A. v. Ethicon, Inc., et al | 11 |
| 131 | 2:16-cv-08820 | Bennett, Debra v. Ethicon, Inc., et al | 11 |
| 132 | 2:16-cv-08517 | Frazier, Charlotte v. Ethicon, Inc., et al | 13 |
| 133 | 2:16-cv-08726 | Hosea, Roxane v. Ethicon, Inc., et al | 13 |
| 134 | 2:16-cv-07953 | Johnson, Grace C. v. Ethicon, Inc., et al | 13 |
| 135 | 2:16-cv-08605 | Libel, Jennie v. Ethicon, Inc., et al | 13 |
| 136 | 2:16-cv-08665 | Mulad, Albina v. Ethicon, Inc., et al | 13 |
| 137 | 2:16-cv-08654 | Nussberger, Joan v. Ethicon, Inc., et al | 12 |
| 138 | 2:16-cv-08219 | Payne, Bettye S. v. Ethicon, Inc., et al | 13 |
| 139 | 2:16-cv-08612 | Plata-Eisfeld, Theresa v. Ethicon, Inc., et al | 13 |
| 140 | 2:16-cv-08613 | Ricciardelli, Diane v. Ethicon, Inc., et al | 13 |
| 141 | 2:16-cv-07965 | Roy, Laura v. Ethicon, Inc., et al | 13 |
| 142 | 2:16-cv-08547 | Waller, Julia v. Ethicon, Inc., et al | 13 |
| 143 | 2:16-cv-08065 | Sharp, Kimberly v. Ethicon, Inc., et al | 13 |
| 144 | 2:16-cv-08189 | Trivette, Betsy v. Ethicon, Inc., et al | 13 |
| 145 | 2:16-cv-08548 | Wise, Betty v. Ethicon, Inc., et al | 13 |
| 146 | 2:16-cv-08355 | Carey, Catherine v. Ethicon, Inc., et al | 11 |
| 147 | 2:16-cv-07715 | Prosser, Shirley v. Ethicon, Inc., et al | 13 |
| 148 | 2:16-cv-07304 | Billings, Mary v. Ethicon, Inc., et al | 13 |
| 149 | 2:13-cv-16903 | Atkin, Simone v. Ethicon, Inc., et al | 25 |
| 150 | 2:16-cv-08926 | Jones, Teresa v. Ethicon, Inc., et al | 13 |
| 151 | 2:16-cv-08821 | Senn, Lydia v. Ethicon, Inc., et al | 13 |
| 152 | 2:16-cv-08930 | Beatty, Ellen v. Ethicon, Inc., et al | 11 |
| 153 | 2:14-cv-19444 | Johnson, Wendy v. Ethicon, Inc., et al | 14 |
| 154 | 2:16-cv-05944 | Askew, Charlotte v. Ethicon, Inc., et al | 12 |
| 155 | 2:16-cv-07962 | Cantrell, Connie v. Ethicon, Inc., et al | 11 |
| 156 | 2:14-cv-20260 | Siegmund, Geraldine v. Ethicon, Inc., et al | 13 |
| 157 | 2:13-cv-26238 | Perkins, Eugenia v. Ethicon, Inc., et al | 13 |
| 158 | 2:16-cv-08839 | Ayala, Rosaura v. Ethicon, Inc., et al | 11 |
| 159 | 2:14-cv-27384 | Armstrong, Eva Sue v. Ethicon, Inc., et al | 13 |
| 160 | 2:14-cv-20308 | Jones, Linda v. Ethicon, Inc., et al | 13 |

**EXHIBIT A**

|     | Civil Action No. | Case Name | ECF No. of Motion |
| --- | --- | --- | --- |
| 161 | 2:14-cv-19431 | Davis, Darlene Louise & Glenn Richard v. Ethicon, Inc., et al | 23 |
| 162 | 2:16-cv-09339 | Jennings, Rachel v. Ethicon, Inc., et al | 17 |
| 163 | 2:14-cv-20189 | Gonzalez, Stella v. Ethicon, Inc., et al | 18 |
| 164 | 2:16-cv-08353 | Carmichael, Melanie v. Ethicon, Inc., et al | 11 |
| 165 | 2:16-cv-07305 | Mott, Kimberly Ann v. Ethicon, Inc., et al | 11 |
| 166 | 2:16-cv-08542 | Bechtel, Melissa v. Ethicon, Inc., et al | 11 |
| 167 | 2:16-cv-08765 | Hering, Melissa v. Ethicon, Inc., et al | 13 |
| 168 | 2:16-cv-08931 | Pack, Donna v. Ethicon, Inc., et al | 13 |
| 169 | 2:15-cv-07710 | Riley, Joan v. Ethicon, Inc., et al | 13 |
| 170 | 2:14-cv-21906 | Poss, Janet v. Ethicon, Inc., et al | 25 |
| 171 | 2:13-cv-00146 | Murray, Rosaline & Tommy v. Ethicon, Inc., et al | 27 |
| 172 | 2:14-cv-19241 | Poteat, Kimberly v. Ethicon, Inc., et al | 14 |
| 173 | 2:15-cv-15567 | Prejean, Laura v. Ethicon, Inc., et al | 13 |
| 174 | 2:13-cv-02313 | Skief, Sue & Samuel v. Ethicon, Inc., et al | 19 |
| 175 | 2:15-cv-09485 | Garrett, Dianne v. Ethicon, Inc., et al | 12 |
| 176 | 2:14-cv-03881 | Cook, Patricia & George v. Ethicon, Inc., et al | 15 |
| 177 | 2:14-cv-23587 | Hohler, Cinda v. Ethicon, Inc., et al | 13 |
| 178 | 2:14-cv-20464 | Corbett, Mary v. Ethicon, Inc., et al | 13 |
| 179 | 2:14-cv-17967 | Printup-Reid, Kimberly & Myris J. v. Ethicon, Inc., et al | 17 |
| 180 | 2:14-cv-20059 | Delay, Belinda v. Ethicon, Inc., et al | 13 |
| 181 | 2:14-cv-19074 | Block, Joan & Bruce v. Ethicon, Inc., et al | 23 |
| 182 | 2:14-cv-19076 | Campbell, Juanita v. Ethicon, Inc., et al | 15 |
| 183 | 2:13-cv-12366 | Dixon, Christine & George v. Ethicon, Inc., et al | 18 |
| 184 | 2:13-cv-12367 | Griswold, Marilyn M. & John S. v. Ethicon, Inc., et al | 18 |
| 185 | 2:13-cv-12369 | Harton, Antoinette v. Ethicon, Inc., et al | 18 |
| 186 | 2:13-cv-16029 | Hodges, Kamber-Leigh v. Ethicon, Inc., et al | 18 |
| 187 | 2:16-cv-04993 | Lopez, Angelina v. Ethicon, Inc., et al | 13 |
| 188 | 2:14-cv-20269 | Hill, Rebecca v. Ethicon, Inc., et al | 13 |
| 189 | 2:16-cv-05057 | Lineberry, Edith v. Ethicon, Inc., et al | 13 |
| 190 | 2:15-cv-15564 | Loving, Barbara v. Ethicon, Inc., et al | 13 |
| 191 | 2:16-cv-02350 | Sutton, Debora v. Ethicon, Inc., et al | 11 |
| 192 | 2:15-cv-15557 | Hedger, Deanna Richie v. Ethicon, Inc., et al | 13 |
| 193 | 2:16-cv-00771 | Goodrich, Colleen v. Ethicon, Inc., et al | 12 |
| 194 | 2:16-cv-08928 | Aiken, Karen v. Ethicon, Inc., et al | 11 |
| 195 | 2:16-cv-08617 | Riggs, Stormy v. Ethicon, Inc., et al | 13 |
| 196 | 2:16-cv-07711 | Valenzuela, Stephanie A. v. Ethicon, Inc., et al | 12 |
| 197 | 2:15-cv-15562 | Kneasel, Sandra K. & Gary L. v. Ethicon, Inc., et al | 13 |
| 198 | 2:16-cv-05925 | Vick, Lillie Moskop v. Ethicon, Inc., et al | 12 |
| 199 | 2:15-cv-07825 | Boyden, Barbara v. Ethicon, Inc., et al | 13 |
| 200 | 2:13-cv-22490 | Willis, Denise & Robert Lee, Jr. v. Ethicon, Inc., et al | 18 |

**EXHIBIT A**

| | Civil Action No. | Case Name | ECF No. of Motion |
|---|---|---|---|
| 201 | 2:15-cv-11045 | Loy, Judith v. Ethicon, Inc., et al | 12 |
| 202 | 2:14-cv-21597 | Fandl, Frances v. Ethicon, Inc., et al | 27 |
| 203 | 2:14-cv-19977 | Daly, Marilyn A. v. Ethicon, Inc., et al | 14 |
| 204 | 2:13-cv-18227 | Potts, Lora Ann & Brian v. Ethicon, Inc., et al | 16 |
| 205 | 2:14-cv-19328 | Waters-Fiddler, Helen v. Ethicon, Inc., et al | 14 |
| 206 | 2:14-cv-20250 | Sanderson, Joyce v. Ethicon, Inc., et al | 13 |
| 207 | 2:14-cv-20025 | Mascarenas, Jackie v. Ethicon, Inc., et al | 14 |
| 208 | 2:16-cv-00377 | Freelove, Caryn v. Ethicon, Inc., et al | 12 |
| 209 | 2:16-cv-08927 | McLaughlin, Stephanie v. Ethicon, Inc., et al | 13 |
| 210 | 2:14-cv-15757 | Marhefka, Catherine A. & Robert J. v. Ethicon, Inc., et al | 33 |
| 211 | 2:15-cv-09486 | Goetter, Donna v. Ethicon, Inc., et al | 13 |
| 212 | 2:12-cv-08703 | Long, Teresa v. Ethicon, Inc., et al | 15 |
| 213 | 2:16-cv-08123 | Glass, Sharon v. Ethicon, Inc., et al | 12 |
| 214 | 2:14-cv-23538 | Summers, Sharon v. Ethicon, Inc., et al | 13 |
| 215 | 2:14-cv-19898 | Bennett, Alice v. Ethicon, Inc., et al | 14 |
| 216 | 2:16-cv-08191 | Perez, Cruzita Montalvo v. Ethicon, Inc., et al | 13 |
| 217 | 2:15-cv-08233 | Dougherty, Pennie v. Ethicon, Inc., et al | 13 |
| 218 | 2:14-cv-21934 | Little, Anne v. Ethicon, Inc., et al | 13 |
| 219 | 2:16-cv-04992 | Homann, Lora v. Ethicon, Inc., et al | 13 |
| 220 | 2:14-cv-22057 | Palasek, Margaret v. Ethicon, Inc., et al | 13 |
| 221 | 2:14-cv-19903 | Bousquet, Patricia v. Ethicon, Inc., et al | 14 |
| 222 | 2:16-cv-07630 | Caban, Iris v. Ethicon, Inc., et al | 12 |
| 223 | 2:16-cv-07317 | Monroe, Lydia v. Ethicon, Inc., et al | 12 |
| 224 | 2:16-cv-09440 | Farley, Kathleen v. Ethicon, Inc., et al | 12 |
| 225 | 2:16-cv-09441 | Ricketson, Myra v. Ethicon, Inc., et al | 12 |
| 226 | 2:16-cv-09445 | Brown, Gwendolyn v. Ethicon, Inc., et al | 12 |
| 227 | 2:16-cv-08627 | Shuman, Joyce v. Ethicon, Inc., et al | 11 |
| 228 | 2:15-cv-11030 | Donohue, Beatrice v. Ethicon, Inc., et al | 12 |
| 229 | 2:14-cv-23530 | Canales, Noelia v. Ethicon, Inc., et al | 15 |
| 230 | 2:14-cv-19951 | Kolb, Kathryn v. Ethicon, Inc., et al | 15 |
| 231 | 2:16-cv-00716 | Failer, Tricia v. Ethicon, Inc., et al | 12 |
| 232 | 2:16-cv-00664 | Dallas, Jennifer v. Ethicon, Inc., et al | 12 |
| 233 | 2:14-cv-19343 | Adams, Gloria v. Ethicon, Inc., et al | 14 |
| 234 | 2:15-cv-08232 | Dewey-Fellows, Nancy v. Ethicon, Inc., et al | 20 |
| 235 | 2:15-cv-07848 | Buchholz, Brenda v. Ethicon, Inc., et al | 13 |
| 236 | 2:16-cv-08800 | Finerson, Edna v. Ethicon, Inc., et al | 11 |
| 237 | 2:16-cv-08336 | Warner, Sherry v. Ethicon, Inc., et al | 13 |
| 238 | 2:16-cv-07750 | Greene, Doris v. Ethicon, Inc., et al | 12 |
| 239 | 2:16-cv-10626 | Power, Loranita v. Ethicon, Inc., et al | 12 |
| 240 | 2:16-cv-09443 | Mascali, Gail v. Ethicon, Inc., et al | 12 |
| 241 | 2:16-cv-07911 | Dario, Joan v. Ethicon, Inc., et al | 12 |

**EXHIBIT A**

| | Civil Action No. | Case Name | ECF No. of Motion |
|---|---|---|---|
| 242 | 2:14-cv-20479 | Jones, Theresa v. Ethicon, Inc., et al | 13 |
| 243 | 2:16-cv-10534 | Goforth, Debra v. Ethicon, Inc., et al | 12 |
| 244 | 2:14-cv-22045 | Addison, Sharon v. Ethicon, Inc., et al | 13 |
| 245 | 2:15-cv-11039 | Larios, Julie v. Ethicon, Inc., et al | 13 |
| 246 | 2:14-cv-19265 | Youngbar, Stephanie v. Ethicon, Inc., et al | 14 |
| 247 | 2:16-cv-07308 | Fuller, Laura v. Ethicon, Inc., et al | 11 |
| 248 | 2:16-cv-07316 | McCormack, Beth v. Ethicon, Inc., et al | 10 |
| 249 | 2:16-cv-11354 | Haines, Tammi v. Ethicon, Inc., et al | 12 |
| 250 | 2:16-cv-11360 | Lerma, Velma v. Ethicon, Inc., et al | 12 |
| 251 | 2:12-cv-04366 | Martinez, Patricia K. & Ricardo v. Ethicon, Inc., et al | 41 |
| 252 | 2:16-cv-07973 | Cimmiytotti, Frances Renae v. Ethicon, Inc., et al | 11 |
| 253 | 2:14-cv-19938 | Campbell, Barbara v. Ethicon, Inc., et al | 14 |
| 254 | 2:16-cv-08668 | Miles, Shannon v. Ethicon, Inc., et al | 13 |
| 255 | 2:16-cv-11350 | Stabler, Velma v. Ethicon, Inc., et al | 12 |
| 256 | 2:13-cv-13380 | Larson, Cheryal & Keith v. Ethicon, Inc., et al | 27 |
| 257 | 2:16-cv-08290 | Groh, Rhonda v. Ethicon, Inc., et al | 11 |
| 258 | 2:15-cv-08166 | Day, Janice v. Ethicon, Inc., et al | 13 |
| 259 | 2:13-cv-06259 | Halloran, Patricia & Lawrence v. Ethicon, Inc., et al | 15 |
| 260 | 2:16-cv-08925 | Gearhart, Arletta v. Ethicon, Inc., et al | 11 |
| 261 | 2:16-cv-08524 | Halliburton, Linda v. Ethicon, Inc., et al | 11 |
| 262 | 2:16-cv-08804 | Mares, Patricia v. Ethicon, Inc., et al | 16 |
| 263 | 2:14-cv-20090 | Eagen, Laura v. Ethicon, Inc., et al | 13 |
| 264 | 2:16-cv-11791 | Holm, Karen v. Ethicon, Inc., et al | 12 |
| 265 | 2:16-cv-08840 | French, Mary v. Ethicon, Inc., et al | 11 |
| 266 | 2:16-cv-12090 | Hughes, Sharon v. Ethicon, Inc., et al | 12 |
| 267 | 2:16-cv-12100 | Spearman, Dorothy v. Ethicon, Inc., et al | 12 |
| 268 | 2:16-cv-12103 | Spikes, Lois v. Ethicon, Inc., et al | 12 |
| 269 | 2:13-cv-06262 | Hollifield, Rachel & Charles v. Ethicon, Inc., et al | 15 |
| 270 | 2:14-cv-29090 | Roberts, Deborah & Ronal v. Ethicon, Inc., et al | 13 |
| 271 | 2:16-cv-00704 | Roldan, Lisa v. Ethicon, Inc., et al | 12 |
| 272 | 2:14-cv-05743 | Williams, Karen & Ted v. Ethicon, Inc., et al | 26 |
| 273 | 2:13-cv-24613 | Trosclair, Jaynell v. Ethicon, Inc., et al | 20 |
| 274 | 2:16-cv-07895 | Zaremski, Palmina v. Ethicon, Inc., et al | 11 |
| 275 | 2:16-cv-12080 | Bridgeman, Sherry v. Ethicon, Inc., et al | 11 |
| 276 | 2:16-cv-12093 | Lear, Melissa v. Ethicon, Inc., et al | 12 |
| 277 | 2:16-cv-11945 | Teegarden, Michelle v. Ethicon, Inc., et al | 12 |
| 278 | 2:16-cv-08541 | Biles, Rebecca v. Ethicon, Inc., et al | 11 |
| 279 | 2:16-cv-08544 | Bishop, Deborah v. Ethicon, Inc., et al | 11 |
| 280 | 2:14-cv-20100 | Miner, Jodee v. Ethicon, Inc., et al | 14 |
| 281 | 2:15-cv-08586 | Kennedy, Karen v. Ethicon, Inc., et al | 12 |
| 282 | 2:16-cv-07312 | Yerby, Sherry v. Ethicon, Inc., et al | 13 |
| 283 | 2:14-cv-20327 | Kincaid, Kathleen v. Ethicon, Inc., et al | 13 |

**EXHIBIT A**

| | Civil Action No. | Case Name | ECF No. of Motion |
|---|---|---|---|
| 284 | 2:16-cv-08067 | Gardner, Bobbie v. Ethicon, Inc., et al | 11 |
| 285 | 2:16-cv-08622 | Falkner, Alyce v. Ethicon, Inc., et al | 11 |
| 286 | 2:16-cv-08818 | Williamson, Shannon v. Ethicon, Inc., et al | 11 |
| 287 | 2:16-cv-12084 | Christoloveon, Nancy A. v. Ethicon, Inc., et al | 11 |
| 288 | 2:15-cv-09172 | Trabanino, Sonia v. Ethicon, Inc., et al | 12 |
| 289 | 2:16-cv-12079 | Lawson, Cassandra Boyd v. Ethicon, Inc., et al | 11 |
| 290 | 2:16-cv-12096 | Prestigiacomo, Mary v. Ethicon, Inc., et al | 12 |
| 291 | 2:16-cv-11681 | Riner, Shirley v. Ethicon, Inc., et al | 13 |
| 292 | 2:16-cv-12402 | Cole, Shirley v. Ethicon, Inc., et al | 12 |
| 293 | 2:14-cv-22118 | Harden, Kimberly v. Ethicon, Inc., et al | 13 |
| 294 | 2:16-cv-08667 | Bledsoe, Tanya v. Ethicon, Inc., et al | 11 |
| 295 | 2:16-cv-11564 | Adams, Kimberley v. Ethicon, Inc., et al | 11 |
| 296 | 2:16-cv-11790 | Vasquez, Lisa v. Ethicon, Inc., et al | 12 |
| 297 | 2:16-cv-12162 | Wilken, Regina v. Ethicon, Inc., et al | 12 |
| 298 | 2:14-cv-21297 | Renick, Mary v. Ethicon, Inc., et al | 28 |
| 299 | 2:13-cv-12884 | Kincaid, Barbara v. Ethicon, Inc., et al | 16 |
| 300 | 2:16-cv-00347 | Godfrey, Angela v. Ethicon, Inc., et al | 16 |
| 301 | 2:14-cv-20253 | Hart, Pamela v. Ethicon, Inc., et al | 14 |
| 302 | 2:16-cv-08809 | Anderson, Kimberly v. Ethicon, Inc., et al | 11 |
| 303 | 2:16-cv-11925 | Goetz, Laura v. Ethicon, Inc., et al | 12 |
| 304 | 2:14-cv-20303 | Plaice, Sonja M. Jarvinen v. Ethicon, Inc., et al | 13 |
| 305 | 2:14-cv-18410 | Sperry, Gina v. Ethicon, Inc., et al | 14 |
| 306 | 2:16-cv-07749 | Smith, Priscilla E. v. Ethicon, Inc., et al | 11 |
| 307 | 2:16-cv-10764 | Watson, Beverly v. Ethicon, Inc., et al | 12 |
| 308 | 2:16-cv-11567 | Kuehn, Nancy v. Ethicon, Inc., et al | 12 |
| 309 | 2:16-cv-04956 | Towner, Willa v. Ethicon, Inc., et al | 14 |
| 310 | 2:14-cv-20489 | Spear, Paula v. Ethicon, Inc., et al | 13 |
| 311 | 2:16-cv-08060 | Shackelford, Rita Gail v. Ethicon, Inc., et al | 12 |
| 312 | 2:16-cv-07310 | Riordan, Christine v. Ethicon, Inc., et al | 12 |
| 313 | 2:16-cv-04737 | Torres, Nydia Barrios v. Ethicon, Inc., et al | 13 |
| 314 | 2:16-cv-09469 | Mortensen, Tammy v. Ethicon, Inc., et al | 12 |
| 315 | 2:14-cv-19269 | Domfort, Sharon v. Ethicon, Inc., et al | 14 |
| 316 | 2:16-cv-12087 | Holmes, Marguerite v. Ethicon, Inc., et al | 12 |
| 317 | 2:16-cv-11627 | Maddox, Kristy v. Ethicon, Inc., et al | 12 |
| 318 | 2:16-cv-11626 | Wilson, Samantha v. Ethicon, Inc., et al | 12 |
| 319 | 2:16-cv-12414 | Roberts, Patricia, as Personal Representative of the Estate of Rose Eidson v. Ethicon, Inc., et al | 12 |
| 320 | 2:16-cv-12585 | Lynde, Sheri v. Ethicon, Inc., et al | 11 |
| 321 | 2:16-cv-07748 | Gulledge, Debra v. Ethicon, Inc., et al | 12 |
| 322 | 2:16-cv-12123 | Bailey, Luedell v. Ethicon, Inc., et al | 11 |
| 323 | 2:14-cv-20219 | Gutierres, Laura June v. Ethicon, Inc., et al | 13 |
| 324 | 2:16-cv-05051 | Richmond, Anitra v. Ethicon, Inc., et al | 13 |

**EXHIBIT A**

|  | Civil Action No. | Case Name | ECF No. of Motion |
|---|---|---|---|
| 325 | 2:16-cv-04812 | Rogers, Mary v. Ethicon, Inc., et al | 13 |
| 326 | 2:16-cv-08545 | Richmeier, Geraldine v. Ethicon, Inc., et al | 13 |
| 327 | 2:14-cv-22049 | Rawson, Charyl v. Ethicon, Inc., et al | 13 |
| 328 | 2:16-cv-08833 | Adams, Mary v. Ethicon, Inc., et al | 11 |
| 329 | 2:15-cv-11061 | Ridgeway-Baker, Sally v. Ethicon, Inc., et al | 12 |
| 330 | 2:16-cv-08567 | Hugget, Linda v. Ethicon, Inc., et al | 11 |
| 331 | 2:16-cv-12340 | Spencer, Lori v. Ethicon, Inc., et al | 12 |
| 332 | 2:16-cv-07313 | Martinez, Marta Hernandez v. Ethicon, Inc., et al | 13 |
| 333 | 2:16-cv-08072 | Carter, Margie v. Ethicon, Inc., et al | 12 |
| 334 | 2:16-cv-07927 | Stroup, Kimberley v. Ethicon, Inc., et al | 11 |
| 335 | 2:16-cv-05061 | Meunier, Stephanie v. Ethicon, Inc., et al | 13 |
| 336 | 2:16-cv-11509 | Hensley, Carol v. Ethicon, Inc., et al | 11 |
| 337 | 2:16-cv-12030 | Jones, Kelly v. Ethicon, Inc., et al | 12 |
| 338 | 2:16-cv-11984 | Honey, Angela v. Ethicon, Inc., et al | 12 |
| 339 | 2:16-cv-11958 | Hislope, Tobie v. Ethicon, Inc., et al | 12 |
| 340 | 2:16-cv-11825 | Toda, Patricia L. v. Ethicon, Inc., et al | 12 |
| 341 | 2:16-cv-04839 | Myers, Karla v. Ethicon, Inc., et al | 13 |
| 342 | 2:16-cv-08671 | Pavelec, Sheila v. Ethicon, Inc., et al | 11 |
| 343 | 2:16-cv-08749 | Patterson, Georgia v. Ethicon, Inc., et al | 13 |
| 344 | 2:16-cv-05011 | Douglas, Rosemary v. Ethicon, Inc., et al | 13 |
| 345 | 2:14-cv-20304 | Smith, Judith v. Ethicon, Inc., et al | 13 |
| 346 | 2:16-cv-04735 | Matos, Carmen Iris v. Ethicon, Inc., et al | 13 |
| 347 | 2:16-cv-04894 | Ashley, Penny W. L. v. Ethicon, Inc., et al | 16 |
| 348 | 2:14-cv-22804 | Murphy, Sheila v. Ethicon, Inc., et al | 15 |
| 349 | 2:15-cv-08249 | Feley, Donna v. Ethicon, Inc., et al | 12 |
| 350 | 2:15-cv-08845 | Langarica, Sandra v. Ethicon, Inc., et al | 12 |
| 351 | 2:16-cv-00561 | Broquet-McKinzie, Patricia Elaine v. Ethicon, Inc., et al | 13 |
| 352 | 2:14-cv-22756 | Jacobs, Florence v. Ethicon, Inc., et al | 13 |
| 353 | 2:14-cv-20374 | Wood, Joann v. Ethicon, Inc., et al | 13 |
| 354 | 2:15-cv-09586 | Saldivar, Jennie v. Ethicon, Inc., et al | 12 |
| 355 | 2:15-cv-11026 | Burriss, Maye v. Ethicon, Inc., et al | 12 |
| 356 | 2:16-cv-09467 | Easterling, Betty v. Ethicon, Inc., et al | 19 |
| 357 | 2:16-cv-12143 | Eckstein, Sherry v. Ethicon, Inc., et al | 11 |
| 358 | 2:16-cv-11823 | Stine, Penny v. Ethicon, Inc., et al | 12 |
| 359 | 2:16-cv-12613 | Jackson, Evelyn v. Ethicon, Inc., et al | 11 |
| 360 | 2:16-cv-12550 | Koonce, Joyce v. Ethicon, Inc., et al | 11 |
| 361 | 2:16-cv-12529 | Macias, Consuelo v. Ethicon, Inc., et al | 11 |
| 362 | 2:16-cv-12374 | Calderon, Mary v. Ethicon, Inc., et al | 12 |
| 363 | 2:14-cv-10726 | Keith, Katrina & Steven v. Ethicon, Inc., et al | 12 |
| 364 | 2:14-cv-20499 | Ungar, Vera v. Ethicon, Inc., et al | 13 |
| 365 | 2:14-cv-21905 | Lewis, Sandra v. Ethicon, Inc., et al | 15 |

**EXHIBIT A**

| | Civil Action No. | Case Name | ECF No. of Motion |
|---|---|---|---|
| 366 | 2:15-cv-11023 | Bernas, Eulalia v. Ethicon, Inc., et al | 12 |
| 367 | 2:14-cv-25147 | Lisojo, Gloria v. Ethicon, Inc., et al | 11 |
| 368 | 2:14-cv-22747 | Vaughan, Sharon v. Ethicon, Inc., et al | 13 |
| 369 | 2:14-cv-20312 | Vaillancourt, Patricia v. Ethicon, Inc., et al | 13 |
| 370 | 2:16-cv-04836 | Vasquez, Olga v. Ethicon, Inc., et al | 13 |
| 371 | 2:14-cv-19436 | Huettner, Barbara v. Ethicon, Inc., et al | 14 |
| 372 | 2:14-cv-20299 | Huie, Carol v. Ethicon, Inc., et al | 13 |
| 373 | 2:15-cv-15569 | Vick, Abbey v. Ethicon, Inc., et al | 13 |
| 374 | 2:14-cv-23523 | Boyer, Stephanie v. Ethicon, Inc., et al | 13 |
| 375 | 2:13-cv-09529 | Hill, Mollie M. v. Ethicon, Inc., et al | 15 |
| 376 | 2:16-cv-00293 | Dodd, Angelia v. Ethicon, Inc., et al | 12 |
| 377 | 2:16-cv-00460 | Correro, Geneva v. Ethicon, Inc., et al | 13 |
| 378 | 2:16-cv-12032 | Parks, Bonnie v. Ethicon, Inc., et al | 13 |
| 379 | 2:14-cv-23559 | Culbreth, Anna v. Ethicon, Inc., et al | 13 |
| 380 | 2:15-cv-08127 | Cullen, Margaret v. Ethicon, Inc., et al | 12 |
| 381 | 2:13-cv-06147 | Hackman, Amy & Michael v. Ethicon, Inc., et al | 30 |
| 382 | 2:16-cv-00560 | Currier, Carol v. Ethicon, Inc., et al | 13 |
| 383 | 2:13-cv-16231 | Roush, Lena & Andrew v. Ethicon, Inc., et al | 24 |
| 384 | 2:16-cv-06769 | Medley, Norma v. Ethicon, Inc., et al | 13 |
| 385 | 2:16-cv-11818 | Anderson, Merlene v. Ethicon, Inc., et al | 11 |
| 386 | 2:15-cv-15560 | Keplar, Sherri v. Ethicon, Inc., et al | 13 |
| 387 | 2:14-cv-30004 | Bateman, Sharon Marie Lanzi & Joseph E. v. Ethicon, Inc., et al | 22 |
| 388 | 2:14-cv-22116 | Hanks, Peggy v. Ethicon, Inc., et al | 13 |
| 389 | 2:15-cv-09593 | Stafford, Virginia v. Ethicon, Inc., et al | 12 |
| 390 | 2:13-cv-15009 | Speer, Carolyn v. Ethicon, Inc., et al | 16 |
| 391 | 2:16-cv-12505 | Bennett, Sadie v. Ethicon, Inc., et al | 13 |
| 392 | 2:16-cv-12368 | Grates, Cindy v. Ethicon, Inc., et al | 12 |
| 393 | 2:16-cv-12400 | Rodriguez, Gladys v. Ethicon, Inc., et al | 12 |
| 394 | 2:16-cv-12462 | Mullins, Linda & Dennis v. Ethicon, Inc., et al | 11 |
| 395 | 2:16-cv-04991 | Stoner, Kristen v. Ethicon, Inc., et al | 13 |
| 396 | 2:16-cv-00454 | Smith, Carolyn v. Ethicon, Inc., et al | 13 |
| 397 | 2:13-cv-32214 | Marrero, Manuelita & Ferdinand v. Ethicon, Inc., et al | 14 |
| 398 | 2:15-cv-13264 | Mathis, Crystal & Jeff v. Ethicon, Inc., et al | 11 |
| 399 | 2:16-cv-12033 | Roberts, Evangeline Graham v. Ethicon, Inc., et al | 11 |
| 400 | 2:16-cv-04837 | Gomez, Rebecca v. Ethicon, Inc., et al | 13 |
| 401 | 2:16-cv-05010 | Myers, Tamara v. Ethicon, Inc., et al | 13 |
| 402 | 2:16-cv-00021 | Cano, Arlene v. Ethicon, Inc., et al | 29 |
| 403 | 2:16-cv-02252 | Beck, Heather v. Ethicon, Inc., et al | 11 |
| 404 | 2:17-cv-00876 | Medoff, Suzanne & Stanton v. Ethicon, Inc., et al | 24 |
| 405 | 2:16-cv-08419 | Dubyak, Alicia A. & Michael v. Ethicon, Inc., et al | 12 |

# EXHIBIT A

|     | Civil Action No. | Case Name | ECF No. of Motion |
|-----|---|---|---|
| 406 | 2:16-cv-05063 | Beal, Brenda v. Ethicon, Inc., et al | 13 |
| 407 | 2:13-cv-02007 | Moss, Aldonia & Bruce v. Ethicon, Inc., et al | 19 |
| 408 | 2:16-cv-06816 | Delph, Robin v. Ethicon, Inc., et al | 20 |
| 409 | 2:16-cv-09444 | Byard, Iris v. Ethicon, Inc., et al | 12 |
| 410 | 2:16-cv-12504 | Cox, Linda v. Ethicon, Inc., et al | 12 |
| 411 | 2:16-cv-02239 | Bates, Connie v. Ethicon, Inc., et al | 11 |
| 412 | 2:15-cv-15553 | Clune, Deborah v. Ethicon, Inc., et al | 13 |
| 413 | 2:16-cv-12105 | Hogg, Connie v. Ethicon, Inc., et al | 12 |
| 414 | 2:16-cv-03662 | Sedam, Penny v. Ethicon, Inc., et al | 12 |
| 415 | 2:13-cv-16343 | Singleton, Diana v. Ethicon, Inc., et al | 14 |
| 416 | 2:16-cv-02351 | Frew, Merri v. Ethicon, Inc., et al | 14 |
| 417 | 2:16-cv-11789 | Zaragoza, Carolina v. Ethicon, Inc., et al | 12 |
| 418 | 2:16-cv-02843 | Howe, Rebecca v. Ethicon, Inc., et al | 11 |
| 419 | 2:15-cv-15487 | Elliott, Belinda v. Ethicon, Inc., et al | 23 |
| 420 | 2:16-cv-12657 | Perez, Elizabeth v. Ethicon, Inc., et al | 11 |
| 421 | 2:15-cv-15568 | Termine, Regina v. Ethicon, Inc., et al | 13 |
| 422 | 2:14-cv-23589 | Sabouni, Diana v. Ethicon, Inc., et al | 13 |
| 423 | 2:16-cv-06756 | Portier, Vickie v. Ethicon, Inc., et al | 19 |
| 424 | 2:16-cv-12128 | Jasko, Jean v. Ethicon, Inc., et al | 15 |
| 425 | 2:14-cv-19384 | Maisonet, Marisa v. Ethicon, Inc., et al | 16 |
| 426 | 2:14-cv-20477 | Harrison-Watts, Julia v. Ethicon, Inc., et al | 15 |
| 427 | 2:14-cv-20306 | Strassburg, Mary v. Ethicon, Inc., et al | 15 |
| 428 | 2:16-cv-08815 | Montemayor, Melissa S. v. Ethicon, Inc., et al | 11 |
| 429 | 2:16-cv-11361 | Green, Jill v. Ethicon, Inc., et al | 12 |
| 430 | 2:16-cv-11348 | Henry, Sandra v. Ethicon, Inc., et al | 12 |
| 431 | 2:16-cv-11809 | Dodds, Karol v. Ethicon, Inc., et al | 11 |
| 432 | 2:16-cv-12655 | Votion, Sylvia L. v. Ethicon, Inc., et al | 10 |
| 433 | 2:14-cv-19931 | Bruce, Janis v. Ethicon, Inc., et al | 16 |
| 434 | 2:14-cv-23521 | Bolton, Kathy v. Ethicon, Inc., et al | 27 |
| 435 | 2:16-cv-11696 | Burnett, Amanda v. Ethicon, Inc., et al | 12 |
| 436 | 2:14-cv-23570 | Edmonds, Doris v. Ethicon, Inc., et al | 13 |
| 437 | 2:13-cv-20716 | Lyons, Bridget & James v. Ethicon, Inc., et al | 16 |
| 438 | 2:13-cv-18995 | Parker, Charlotte P. & Cecil W., Jr. v. Ethicon, Inc., et al | 16 |
| 439 | 2:15-cv-11027 | Cawley, Claudette v. Ethicon, Inc., et al | 12 |
| 440 | 2:16-cv-12031 | Davies, Miriam v. Ethicon, Inc., et al | 11 |
| 441 | 2:16-cv-07747 | Isbell, Martha v. Ethicon, Inc., et al | 14 |
| 442 | 2:16-cv-05941 | Gardiner, Marion v. Ethicon, Inc., et al | 12 |
| 443 | 2:16-cv-05009 | Burns, Kimberly v. Ethicon, Inc., et al | 13 |
| 444 | 2:12-cv-05257 | Hartwig, Deborah M. & Douglas v. Ethicon, Inc., et al | 49 |
| 445 | 2:12-cv-05112 | Geisinger, Melinda P. v. Ethicon, Inc., et al | 62 |

**EXHIBIT A**

|  | Civil Action No. | Case Name | ECF No. of Motion |
|---|---|---|---|
| 446 | 2:14-cv-19919 | Brown, Bonnie v. Ethicon, Inc., et al | 20 |
| 447 | 2:16-cv-12035 | Woodward, Peggy v. Ethicon, Inc., et al | 13 |
| 448 | 2:14-cv-19932 | Burnat, Lillian v. Ethicon, Inc., et al | 14 |
| 449 | 2:15-cv-11025 | Bryant, Connie v. Ethicon, Inc., et al | 12 |
| 450 | 2:14-cv-19382 | Doyle, Kathy v. Ethicon, Inc., et al | 14 |
| 451 | 2:13-cv-30487 | Gaspard, Betty v. Ethicon, Inc., et al | 12 |
| 452 | 2:14-cv-19958 | Chico, Jessica v. Ethicon, Inc., et al | 14 |
| 453 | 2:14-cv-21942 | Montgomery, Candice v. Ethicon, Inc., et al | 13 |
| 454 | 2:14-cv-23599 | McCall, Jackie v. Ethicon, Inc., et al | 13 |
| 455 | 2:14-cv-19317 | Shafer, Laura v. Ethicon, Inc., et al | 14 |
| 456 | 2:15-cv-08125 | Cronin, Marion v. Ethicon, Inc., et al | 13 |
| 457 | 2:15-cv-08471 | Joos, Edna v. Ethicon, Inc., et al | 13 |
| 458 | 2:14-cv-23540 | Stensgard, Deanna v. Ethicon, Inc., et al | 13 |
| 459 | 2:14-cv-20451 | Colclough, Angela v. Ethicon, Inc., et al | 15 |
| 460 | 2:16-cv-00176 | Smith, Myrna v. Ethicon, Inc., et al | 13 |
| 461 | 2:16-cv-07777 | Goens, Netta v. Ethicon, Inc., et al | 11 |
| 462 | 2:16-cv-07897 | Holguin, Vivian v. Ethicon, Inc., et al | 11 |
| 463 | 2:16-cv-07707 | Cardenas, Isabel v. Ethicon, Inc., et al | 11 |
| 464 | 2:16-cv-11988 | Bertrand, Bridget v. Ethicon, Inc., et al | 11 |
| 465 | 2:16-cv-05160 | Evans, Deborah v. Ethicon, Inc., et al | 13 |
| 466 | 2:14-cv-10069 | Coleman, Kaschandra S. v. Ethicon, Inc., et al | 12 |
| 467 | 2:15-cv-07871 | Childress, Barbara v. Ethicon, Inc., et al | 18 |
| 468 | 2:14-cv-09347 | Huston, Karen & Verlon v. Ethicon, Inc., et al | 16 |
| 469 | 2:14-cv-23539 | Clark, Sally v. Ethicon, Inc., et al | 15 |
| 470 | 2:16-cv-07314 | Jorsey, Lorraine v. Ethicon, Inc., et al | 10 |
| 471 | 2:14-cv-15499 | Carter, Carol S. v. Ethicon, Inc., et al | 15 |
| 472 | 2:16-cv-09008 | Berg, Ruth v. Ethicon, Inc., et al | 23 |
| 473 | 2:16-cv-07971 | Caro, Rebecca v. Ethicon, Inc., et al | 11 |
| 474 | 2:16-cv-08354 | Vincent, Gretchen v. Ethicon, Inc., et al | 13 |
| 475 | 2:16-cv-12136 | Griffith, Veronica v. Ethicon, Inc., et al | 11 |
| 476 | 2:16-cv-12332 | Shadley, Jennie Denise v. Ethicon, Inc., et al | 11 |
| 477 | 2:16-cv-06813 | Wood, Lisa L. v. Ethicon, Inc., et al | 14 |
| 478 | 2:16-cv-11628 | Hall, Tammy v. Ethicon, Inc., et al | 12 |
| 479 | 2:16-cv-08288 | Galindez, Dorisabel v. Ethicon, Inc., et al | 13 |
| 480 | 2:16-cv-11680 | Walters, Connie v. Ethicon, Inc., et al | 13 |
| 481 | 2:16-cv-12083 | Cantwell, Linda v. Ethicon, Inc., et al | 11 |
| 482 | 2:16-cv-07632 | Vanwijnen, Mary E. v. Ethicon, Inc., et al | 14 |
| 483 | 2:16-cv-12158 | Moonen, Cheryl v. Ethicon, Inc., et al | 11 |
| 484 | 2:16-cv-08616 | Hull, Mary Ann v. Ethicon, Inc., et al | 13 |
| 485 | 2:16-cv-12366 | Edwards, Betty v. Ethicon, Inc., et al | 12 |
| 486 | 2:16-cv-06754 | Bogardus, Janice v. Ethicon, Inc., et al | 12 |
| 487 | 2:16-cv-10645 | Downing, Sandra v. Ethicon, Inc., et al | 12 |

**EXHIBIT A**

|  | Civil Action No. | Case Name | ECF No. of Motion |
|---|---|---|---|
| 488 | 2:15-cv-04939 | Basinger, Mary A. v. Ethicon, Inc., et al | 15 |
| 489 | 2:14-cv-20347 | Wilcox, Tamara v. Ethicon, Inc., et al | 13 |
| 490 | 2:13-cv-20422 | Terwilliger, Cynthia & Shawn v. Ethicon, Inc., et al | 15 |
| 491 | 2:13-cv-18189 | Schrall, Christine & Werner v. Ethicon, Inc., et al | 18 |
| 492 | 2:16-cv-06773 | Weaver, Sara v. Ethicon, Inc., et al | 18 |
| 493 | 2:16-cv-11503 | Leavell, Sandra v. Ethicon, Inc., et al | 11 |
| 494 | 2:14-cv-05695 | Flowers, Mary Ellen v. Ethicon, Inc., et al | 18 |
| 495 | 2:16-cv-07309 | Caldwell, Deborah v. Ethicon, Inc., et al | 11 |
| 496 | 2:14-cv-21267 | Thomson, Brenda v. Ethicon, Inc., et al | 28 |
| 497 | 2:16-cv-08546 | Snyder, Mary v. Ethicon, Inc., et al | 14 |
| 498 | 2:16-cv-12116 | Keene, Doris v. Ethicon, Inc., et al | 11 |
| 499 | 2:16-cv-12401 | Ortiz-Ortiz, Maria v. Ethicon, Inc., et al | 12 |
| 500 | 2:16-cv-11345 | Kelley, Robyn v. Ethicon, Inc., et al | 12 |
| 501 | 2:16-cv-11685 | Fuller, Cynthia v. Ethicon, Inc., et al | 12 |
| 502 | 2:12-cv-08704 | Johnson, Teresa v. Ethicon, Inc., et al | 11 |
| 503 | 2:15-cv-07844 | Brooks, Dora Leigh v. Ethicon, Inc., et al | 13 |
| 504 | 2:16-cv-12409 | Dotson, Sally v. Ethicon, Inc., et al | 12 |
| 505 | 2:14-cv-23529 | Wilson, Donna Rae v. Ethicon, Inc., et al | 13 |
| 506 | 2:14-cv-20328 | Watson, Tia v. Ethicon, Inc., et al | 13 |
| 507 | 2:14-cv-20317 | Walker, Margaret v. Ethicon, Inc., et al | 13 |
| 508 | 2:14-cv-09731 | McKee, Tonya & Terry v. Ethicon, Inc., et al | 27 |
| 509 | 2:16-cv-06752 | Coughlan, Maureen v. Ethicon, Inc., et al | 11 |
| 510 | 2:16-cv-12091 | King, Karen v. Ethicon, Inc., et al | 12 |
| 511 | 2:16-cv-11566 | Repetti, Adria v. Ethicon, Inc., et al | 12 |
| 512 | 2:16-cv-11569 | Ferreira, Melva v. Ethicon, Inc., et al | 14 |
| 513 | 2:16-cv-07969 | Williams, Edna v. Ethicon, Inc., et al | 13 |
| 514 | 2:16-cv-12114 | Blakley, Lynn v. Ethicon, Inc., et al | 12 |
| 515 | 2:16-cv-11933 | Greer, Angela v. Ethicon, Inc., et al | 11 |
| 516 | 2:16-cv-07746 | Bell, Mildred v. Ethicon, Inc., et al | 14 |
| 517 | 2:16-cv-11830 | Hunt, Brenda Lee v. Ethicon, Inc., et al | 12 |
| 518 | 2:16-cv-11505 | Wood, Susan v. Ethicon, Inc., et al | 11 |
| 519 | 2:16-cv-12039 | Wright, Patricia v. Ethicon, Inc., et al | 13 |
| 520 | 2:13-cv-21838 | Emard, Stephanie v. Ethicon, Inc., et al | 21 |
| 521 | 2:13-cv-21839 | Franz, Cheryl v. Ethicon, Inc., et al | 20 |
| 522 | 2:16-cv-11510 | Aguilar, Lucille v. Ethicon, Inc., et al | 11 |
| 523 | 2:16-cv-11937 | Hardesty, Mary v. Ethicon, Inc., et al | 12 |
| 524 | 2:16-cv-08119 | Byrd, Monica v. Ethicon, Inc., et al | 12 |
| 525 | 2:13-cv-01026 | Brucker, Terri & Michael v. Ethicon, Inc., et al | 59 |
| 526 | 2:16-cv-00473 | Rivas, Maria Gladys v. Ethicon, Inc., et al | 13 |
| 527 | 2:16-cv-06823 | Caldwell, Kathy v. Ethicon, Inc., et al | 14 |
| 528 | 2:14-cv-19430 | Richardson, Katurah v. Ethicon, Inc., et al | 19 |
| 529 | 2:14-cv-19996 | Martinez, Ana v. Ethicon, Inc., et al | 16 |

**EXHIBIT A**

|     | Civil Action No. | Case Name | ECF No. of Motion |
|-----|------------------|-----------|-------------------|
| 530 | 2:14-cv-22039 | Rush, Thelma v. Ethicon, Inc., et al | 13 |
| 531 | 2:16-cv-08618 | Francis, Leticia v. Ethicon, Inc., et al | 11 |
| 532 | 2:16-cv-12099 | Singh, Rosa v. Ethicon, Inc., et al | 12 |
| 533 | 2:16-cv-12092 | Knight, Teresa v. Ethicon, Inc., et al | 12 |
| 534 | 2:16-cv-08066 | Andrews, Patricia v. Ethicon, Inc., et al | 11 |
| 535 | 2:16-cv-11352 | Brooks, Edna v. Ethicon, Inc., et al | 12 |
| 536 | 2:16-cv-11353 | Ali, Naimah v. Ethicon, Inc., et al | 12 |
| 537 | 2:16-cv-12095 | Preece, Laurie v. Ethicon, Inc., et al | 12 |
| 538 | 2:16-cv-08666 | Godschalk, Laurie v. Ethicon, Inc., et al | 11 |
| 539 | 2:16-cv-12115 | Hughes, Gladys v. Ethicon, Inc., et al | 12 |
| 540 | 2:16-cv-07306 | Miller, Louetta Joan v. Ethicon, Inc., et al | 20 |
| 541 | 2:15-cv-12319 | Breitigam, Mary E. v. Ethicon, Inc., et al | 25 |
| 542 | 2:16-cv-12606 | Sargent, Amanda v. Ethicon, Inc., et al | 11 |
| 543 | 2:16-cv-08621 | Valenzuela, Nora v. Ethicon, Inc., et al | 14 |
| 544 | 2:16-cv-08924 | Roberts, Judith v. Ethicon, Inc., et al | 11 |
| 545 | 2:16-cv-07311 | Donofiro, Denise v. Ethicon, Inc., et al | 11 |
| 546 | 2:16-cv-12618 | Irabor, Sandra v. Ethicon, Inc., et al | 11 |
| 547 | 2:16-cv-08609 | Colburn, Frankie Holuba v. Ethicon, Inc., et al | 11 |
| 548 | 2:16-cv-08664 | Iseman, Mari L. v. Ethicon, Inc., et al | 11 |
| 549 | 2:16-cv-12104 | Wilson, Mildred M. v. Ethicon, Inc., et al | 12 |
| 550 | 2:16-cv-11355 | Watson, Susan v. Ethicon, Inc., et al | 11 |
| 551 | 2:16-cv-12367 | Turowski, Deborah v. Ethicon, Inc., et al | 12 |
| 552 | 2:16-cv-06764 | Henderson, Jessica v. Ethicon, Inc., et al | 12 |
| 553 | 2:13-cv-21490 | Joiner, Mica Sauls & Gary v. Ethicon, Inc., et al | 17 |
| 554 | 2:13-cv-06900 | Janies, Susan & Ricky v. Ethicon, Inc., et al | 16 |
| 555 | 2:16-cv-06758 | Anderson, Nancy v. Ethicon, Inc., et al | 21 |
| 556 | 2:12-cv-02078 | Ardolf, Mary & Bernard v. Ethicon, Inc., et al | 38 |
| 557 | 2:16-cv-12644 | Trevino, Viviana v. Ethicon, Inc., et al | 10 |
| 558 | 2:16-cv-08620 | Rapier, Theresa v. Ethicon, Inc., et al | 13 |
| 559 | 2:16-cv-05053 | Lawsha, Elizabeth v. Ethicon, Inc., et al | 19 |
| 560 | 2:16-cv-11359 | Avina, Ninfa v. Ethicon, Inc., et al | 12 |
| 561 | 2:14-cv-22144 | Allen, Teresa v. Ethicon, Inc., et al | 13 |
| 562 | 2:16-cv-00368 | Bailey, Rebecca v. Ethicon, Inc., et al | 13 |
| 563 | 2:17-cv-00548 | Koppenhaver, Sharon & David v. Ethicon, Inc., et al | 14 |
| 564 | 2:15-cv-08121 | Correa, Evelyn v. Ethicon, Inc., et al | 13 |
| 565 | 2:15-cv-08123 | Crance, Elizabeth v. Ethicon, Inc., et al | 13 |
| 566 | 2:14-cv-19954 | Kopf, Cindy v. Ethicon, Inc., et al | 14 |
| 567 | 2:15-cv-08238 | Dubreuil, Carolyn v. Ethicon, Inc., et al | 13 |
| 568 | 2:14-cv-19957 | Kubalski, Halina v. Ethicon, Inc., et al | 14 |
| 569 | 2:15-cv-07797 | Baker, Glenda v. Ethicon, Inc., et al | 13 |
| 570 | 2:15-cv-07804 | Bartlett, Katharine v. Ethicon, Inc., et al | 13 |
| 571 | 2:15-cv-07757 | Ahlquist, Judith v. Ethicon, Inc., et al | 13 |

**EXHIBIT A**

|  | Civil Action No. | Case Name | ECF No. of Motion |
|---|---|---|---|
| 572 | 2:15-cv-07846 | Bruder, Patricia v. Ethicon, Inc., et al | 13 |
| 573 | 2:14-cv-19344 | Allen, Karen v. Ethicon, Inc., et al | 14 |
| 574 | 2:14-cv-22105 | Bachmann, Grace v. Ethicon, Inc., et al | 17 |
| 575 | 2:15-cv-08280 | Flynn, Mary v. Ethicon, Inc., et al | 14 |
| 576 | 2:14-cv-19270 | Adkins, Sonja v. Ethicon, Inc., et al | 14 |
| 577 | 2:15-cv-07684 | Lamont, Kathryn v. Ethicon, Inc., et al | 15 |
| 578 | 2:15-cv-07741 | Cooper, Jackie v. Ethicon, Inc., et al | 15 |
| 579 | 2:13-cv-16524 | Parks, Dionicia & Earl v. Ethicon, Inc., et al | 18 |
| 580 | 2:13-cv-12382 | Roberts, Desiree v. Ethicon, Inc., et al | 18 |
| 581 | 2:16-cv-08061 | Mong, June v. Ethicon, Inc., et al | 13 |
| 582 | 2:15-cv-08448 | Hyde, Dayle v. Ethicon, Inc., et al | 13 |
| 583 | 2:15-cv-08400 | Hovater, Sharon v. Ethicon, Inc., et al | 13 |
| 584 | 2:16-cv-08173 | Looney, Patricia L. v. Ethicon, Inc., et al | 12 |
| 585 | 2:15-cv-08410 | Humphrey, Marcie v. Ethicon, Inc., et al | 13 |
| 586 | 2:17-cv-03184 | Gossen, Jeanne P. v. Ethicon, Inc., et al | 29 |
| 587 | 2:18-cv-00049 | Benavides, Castilena & Ralph v. Ethicon, Inc., et al | 28 |