IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Alexander Grier Dwyer
Alexander Grier Dwyer
Kirkendall Dwyer
440 Louisiana Street
Suite 1901
Houston, TX 77002
(713) 522-3529
adwyer@kirkendalldwyer.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ Susan M. Robinson

# EXHIBIT A

| Civil Action No. | Case Style |
| --- | --- |
| 2:18-cv-00621 | Rachel Achter v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00622 | Marilyn Ackerman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00624 | Tonya Ahrens v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00625 | Lizbeth Alanis v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00627 | Kimberly Alchin v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00629 | Carmela Allen v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00631 | Eva Alsip v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00632 | Norma Alvarado v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00634 | Sandra Anderson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00636 | Diane Austin v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00637 | Lisa Baker v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00638 | Gladys Ball v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00639 | Lynnette Barber v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00640 | Wilma Barnard v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00641 | Geneva Barnes v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00644 | Tanya Beauford v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00645 | Patricia Bellot v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00646 | Christine Bengston v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00648 | Susan Berent v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00651 | Martha Biernaski v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00654 | Vicki Bissonnette v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00656 | Charlene Black v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00658 | Monica Bligen v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00659 | Brenda Blue v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00661 | Toni Booker v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00662 | Glenda Botellos v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00663 | Janet Boulware v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00665 | Debra Boyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00666 | Shawn Boyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00670 | Gabby Brannan v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00673 | Sharon Brannon v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00675 | Janet Brewster v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00686 | Kimberly Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00690 | Jacqueline Browne v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00691 | Sherry Brunn v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00693 | Ruby Bryant v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00696 | Cheryl Buboltz v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00697 | Brenda Buchanan v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00700 | Sandra Bunts v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00702 | Karen Myrtle Burris v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00713 | Allysen Byers v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:18-cv-00714 | Maria Cabral v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00715 | Liza Canuela v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00716 | Kathleen Canzanese v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00717 | Laura Carbajal v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00718 | Ann E Carlisle v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00720 | Mary Carpenter v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00721 | Myrtice Carter v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00722 | Sherra Cate v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00723 | Casey Caudle v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00724 | Pam Cavender v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00726 | Patricia Ceska v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00727 | Sharon Chesser v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00732 | Gail Christian v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00734 | Tamara Cicogna v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00736 | Leann Clark v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00737 | Elaine Clarke v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00738 | Christina Cleveland v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00740 | Ninalinn Clowes v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00741 | Tammy Clymer v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00742 | Nancy Cobb v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00744 | Rhonda Cochran v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00746 | Doris Cockrell v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00747 | Linda Coffman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00753 | Dana Conley v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00755 | Ola Contino v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00758 | Debbie Cook v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00762 | Kimberly Ann Coyle v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00763 | Dorothy Coyne v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00765 | Doreen Cranmer v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00767 | Shirley Crispens v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00769 | Iris Dallas v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00771 | Linda Daugherty v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00772 | Anthia Delgado v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00773 | Emily Delph v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00774 | Geraldine Demby v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00775 | Lynette Desch v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00776 | Brenda Devries v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00779 | Christine Dotson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00787 | Anna Dye v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00789 | Kristin Einberger v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00790 | Blanche Ell v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00791 | Sandra Ellisor v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00792 | Verona Endrizzi v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00793 | Anita Espinoza v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00794 | Roberta Estell v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:18-cv-00795 | Carol Everetts v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00796 | Amy Eyman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00797 | Kathleen Farmer v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00798 | Trella Farrell v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00799 | Pamela Farris v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00800 | Diana Fasett v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00801 | Janet Ferguson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00803 | Jenny Fillmore v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00805 | Susan Fleming v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00806 | Cynthia Fowler v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00807 | Lucinda Fowler v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00808 | Brooke Fraley-arpan v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00809 | Ann Franklin v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00810 | Mary Freeland v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00811 | Yvonne Gaines v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00812 | Charlene Gall v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00813 | Janine Gibeaut v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00815 | Barbara Gifford v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00816 | Kizzie Gilliam v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00817 | Sandra Glassing v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00834 | Kimberly Glynn v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00836 | Ceceilia Gonzales v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00838 | Imogene Goodnight v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00839 | Bella Gorbacheva v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00841 | Pamela Gordon v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00842 | Lisa Granados v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00843 | Sandra Green v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00848 | Margaret Gutierrez v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00851 | Lisa Hackler v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00855 | Lisa Hale v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00859 | Brenda Hall v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00861 | Stephanie Hanson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00863 | Marilyn Harlan v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00864 | Carol Harrel v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00865 | Davida Harrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00866 | Darlena Hartman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00867 | Anita Hartsock v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00868 | Ruth Hayes v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00869 | Pam Heath v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00871 | Donna Henson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00872 | Blanca Hernandez v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00873 | Elvira Hernandez v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00874 | Isabelle Hetrick v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00875 | Lois Hewitt v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00876 | Stacey Hille v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:18-cv-00877 | Katina Holliday v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00878 | Melissa Hosier-Craycraft v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00879 | Shirley Hoskins v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00880 | Linda Hough v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00885 | Joan Sutherland v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00884 | Sheila Tackett v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00883 | Rosa Tavarez v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00881 | Kaye Taylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00882 | Carolyn Taylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00819 | Linda Terrey v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00820 | Debbie Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00818 | Sylvia Thronson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00823 | Virginia Tidd v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00825 | Diane Tonet v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00826 | Phyllis Toran v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00828 | Bonnie Tullis v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00830 | Ardith Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00707 | Georgia Vanderhoff-Colon v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00705 | Seidah Vaughn v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00706 | Barbara Vaughn v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00698 | Janet Walker v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00695 | Vera Walkowiak v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00694 | Tina Wallace v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00684 | Nancy Walls v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00682 | Elaine Wassmer v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00672 | Cathy Weigle v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00677 | Ann Whaley v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00667 | Kandra White v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00669 | Christine White v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00664 | Betty Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00611 | Karen Wines v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00613 | Caroline Winget v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00620 | Nancy Wood v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00619 | Dawn Woolums v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00618 | Jane Yaldoo v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00617 | Helen Ymson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00616 | Franceska Zweifler v. Ethicon, Inc.; Johnson & Johnson |