IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ David M. Langevin
David M. Langevin
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, MN 55404
(612) 746-4646
dave@WeStrikeBack.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ Susan M. Robinson

## EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-05063 | Diane Mace and Thomas Betenson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00807 | Dinah Shuman v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01880 | Mary Straight and Richard Straight v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05139 | Karen Gossett v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28873 | Dorothy Abruzzese and Vince Abruzzese v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29056 | Yvonne Adams and Chris Adams v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28886 | Ana Alea-Schilichting v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28760 | Cynthia Anderson and Joseph Anderson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29038 | Kristin Armour and Jeffrey Armour, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01706 | Patricia Auten and Dwight Auten v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28029 | Sherry Beckworth v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29320 | Jenny Bird and Robert Bird v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27900 | Franchesca Bittaye and Modou Bittaye v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28575 | Doneisha Blake-Rogers and J.D. Rogers, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01487 | Patricia Blasi v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03729 | Carol Duffy Block v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29338 | Angie Bolden v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18529 | Helen Boothe and Zimmie Boothe v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28925 | Margarita Briggs and Michael J. Briggs v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28756 | Aleatha Bright v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28777 | Suzette Brodie v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30595 | Annette Brooks v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28133 | Jamie Karen Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30366 | Priscilla Burgess v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29339 | Sherry Canterbury and William Canterbury v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05115 | Deborah Castillo v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00366 | Alisa Cawood v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29712 | Becky Chapman and Leslie Dean Chapman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28682 | Patricia Coby v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03227 | Gladys Collado and Robinson Collado v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28684 | Rebecca Collamore and Donald Collamore v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03674 | Nancy Collins v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00024 | Flossie Combs and Herbert Combs v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01488 | Hazel Conley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01707 | Carmen Correa Filomeno v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31258 | Cindy Cox v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-29061 | Carol Coy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29057 | Shameeka Crocker and Demetrius Knox v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01700 | Monica Curry v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03231 | Joan Davis and George Wayne Davis v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03728 | Susan DeFoy and Robert DeFOy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04472 | Juanita Dillman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30784 | Joan Dingman and Lyle Dingman v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03671 | Imelda Dorsey and Derek Dorsey v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29062 | Jamie Douglas v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00816 | Itsia Ducharme and Frank Ducharme v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-01454 | Bobbette Enrietta and Evan Enrietta v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-05134 | Rebecca Escobedo v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03240 | Virginia Fierro v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01730 | Leslie Fitzgerald and Bryan Fitzgerald v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10218 | Kathie Fleming and Bill Fleming v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28765 | Melissa Flowers Waters and Gary James Waters v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28763 | Rhonda Foltz and Charles Foltz v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01672 | Evelyn Font-Galarza and Salvedor Font v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01489 | Teresa Ford v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28926 | Susan Franklin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04853 | Debra Franks and Altus Franks, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28784 | Lydia Frazier and Billy Frazier v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28787 | Evelyn Freeman and Gary Freeman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28916 | Martha Garcia and Alejandro Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29222 | Sharon Gatto and Mario Gatto v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27787 | Evelyn Gentry v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03730 | Karen Getchell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01673 | Evelyn Gibson and Tony Gibson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30794 | Deneen Glass and Brian Glass v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28150 | Mercedes Guerrero and Milton Mero v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01674 | Carol Guillory and Cary Guillory v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28754 | Karen Haney and Avery Haney v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18528 | Charlotte Harrell and Marvin Harrell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01708 | Robin Harty and Todd Harty v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28768 | Emily Hawk v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01731 | Eliza Jane Heath v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01675 | Belinda Hegarty v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01676 | Kathie Herdman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29060 | Lisa Herrera and Bernard Castilleja v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03731 | Zina Hicks v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30778 | Audrey Hines v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01494 | Tina Holbert v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28668 | Diana Hudson and Jimmy Hudson v. Ethicon, Inc.; Johnson & Johnson |

| | |
| --- | --- |
| 2:14-cv-28177 | Karen Hughes and Donald Hughes v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28677 | Jeannette Humphrey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04859 | Bonnie Lee Jackson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00005 | DeLena Jacquez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06478 | Valsa Joseph and Thomas Joseph v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28178 | Sherry Kannegieter and Trill Kannegieter v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28578 | Cornelia Key and Ronnie Key v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01724 | Samantha Kilker v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01679 | Amy Kizzire and Billy Kizzire v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02480 | Gail Kochis and Thomas Kochis v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03678 | Loretta Koochagian v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02010 | Rosie Koverman and Daniel Koverman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27850 | Denise Lagou v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01680 | Julia Lane v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01739 | Laurie Large and John Large v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03765 | Lacey Murphy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01734 | Coleen Leavy v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12896 | Maxine Legore v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28783 | Liliana Lipkowicz and Louis Lipkowicz v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-32999 | Vera Lockwood and Donnie Lockwood v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-02009 | Kellie Marshall v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01557 | Estela Mata and Moises Mata v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01682 | Judy Melanson and Kenneth Melanson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28891 | Valerie Middlebrooks-Pierce v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01686 | Gwendalynn Miller and James Miller, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03241 | Theresa Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03247 | Louise Mistretta v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03762 | Deborah Morrison and Samuel Morrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30798 | Christine Moyer and Jonathan Moyer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29479 | Anita Mundy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03720 | Loretta Nelson and James Nelson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28021 | Rosalva Olivarez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01710 | Helen Painter and Jerry Painter v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05565 | Theresa Palmer and Ken Palmer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00369 | Tammy Parah v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00547 | Deborah Patterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03766 | Deborah Phillips and Dewey Phillips v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29716 | Roxann Phillips and Glen Phillips v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01687 | Tonya Pickett v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03680 | Darlene Price v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00007 | Betty Procell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02034 | Barbara Rajcevich and Gene Michael v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02033 | Shirley Rawlings v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-31262 | Debra Rebman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29714 | Launi Renshaw v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03248 | Charlene Richards v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00820 | Bonnie Berry and Randal Berry v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01493 | Mariangelly Rivera v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01690 | Lourdes Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29116 | Maria Denise Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01688 | Ramonita Rodriguez and Jose Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29223 | Sheryl Rodriguez and Kim Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03249 | Mary Rosado and Jose Rosado v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01691 | Ivette Rosario v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28788 | Lisa Russell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01693 | Margaret Sherman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01694 | Alicia Shorten v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28579 | Heather Simmons and Mark Wiseman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01733 | Rajmatti Singh v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04869 | Carol Smith and Nathan Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04505 | Marlene Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06496 | Nancy Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04463 | Paula Smrek v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29039 | Shannon Speights v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04982 | April Stalsberg v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28125 | Dorothy Starner v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30780 | Carol Stephens v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10215 | Jennie Sturtevant v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01695 | Michelle Sweet v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28781 | Jennifer Terryberry and Mark Terryberry v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29484 | Patricia Thompson Meren Thompson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28914 | Jo Tinnemeyer and Brad Tinnemeyer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28577 | Charlene Toaster v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03768 | Cynthia Toole v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02032 | Agnes Tornblom v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05152 | Brigette Travasos and Todd Travasos v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28039 | Sandra Turner and Lovell Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22286 | Angela Vandervort and Richard Vandervort v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28192 | Michelle Vanpijkeren and Henrik Vanpijkeren v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04504 | Tammy Varona v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28662 | Karen Villanueva and Guadalupe Villanueva v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28666 | Evelyn Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05301 | Ginger Williams and Howard Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28670 | Tracey Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01740 | Gwenn Wilson v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-29642 | Sarah Wilson and Gary D. Wilson, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11844 | Terri Wintermote and Tommie Wintermote v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03769 | Catherine Wolf and Fred K. Wolf v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10213 | Maurcia Woods and Shang Woods v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01697 | Susan Worcester and David Worcester v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03770 | Joyce Young and David Young v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00806 | Wanda Young v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01702 | Nelly Lorenzana and Alfredo Lorenzana v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01696 | Wanda Watters v. Ethicon, Inc.; Johnson & Johnson |