IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO ALL CASES ON EXHIBIT 1 TO THE COURT'S APRIL 10, 2019, SHOW CAUSE ORDER (DOC. 7828)[1] | U.S. DISTRICT JUDGE<br>JOSEPH R. GOODWIN |

**NOTICE OF ETHICON DEFENDANTS' FILING OF
RESPONSES TO SHOW CAUSE ORDER (DOC. 7828)**

Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson file this Notice stating that they have filed a Response to the Court's April 10, 2019, Show Cause Order (MDL Doc. No. 7828) in each of the cases subject to the Court's Order. *See* Doc. No. 7828-1, *modified by* Doc. No. 7832.

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street

---

[1] After entry of Doc. 7828, the Court withdrew from the list certain cases assigned to Chief Judge Johnston. *See* Doc. 7832. Accordingly, the Response was not filed in those cases.

1

Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson

## **CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage