**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

**ORDER VACATING CONDITIONAL REMAND ORDER**

A conditional remand order was filed in the actions listed on the attached Schedule-A on April 17, 2019.  The Panel has now been advised that the actions on the attached schedule have been dismissed in various orders filed by the Southern District of West Virginia.

IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on April 17, 2019, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

_____
John W. Nichols
Clerk of the Panel

## UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

## SCHEDULE A

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| WVS | 2 | 17–04337 | CAC | 2 | 17–07719 | Rivera et al v. Ethicon, Inc. et al |
| WVS | 2 | 13–06823 | CAE | 1 | 13–00027 | Rubio et al v. Johnson & Johnson et al |
| WVS | 2 | 17–01356 | CO | 1 | 17–00331 | McKenna v. Ethicon, Inc. |
| WVS | 2 | 12–01525 | ILN | 1 | 12–03039 | Fugate et al v. Ethicon, Inc. et al |
| WVS | 2 | 13–15701 | KS | 5 | 13–04054 | Ainsworth v. Ethicon, Inc. et al |
| WVS | 2 | 12–05048 | KYW | 3 | 12–00408 | Moore v. Ethicon, Inc. et al |
| WVS | 2 | 12–01414 | LAE | 2 | 12–00880 | Simpson et al v. Ethicon, Inc. et al |
| WVS | 2 | 12–03954 | LAE | 2 | 12–01811 | Busby v. Boston Scientific Corporation et al |
| WVS | 2 | 16–07244 | LAW | 3 | 16–00853 | Brantley v. Ethicon, Inc. et al |
| WVS | 2 | 13–22103 | LAW | 6 | 13–02366 | Hitt et al v. Ethicon, Inc. et al |
| WVS | 2 | 12–05112 | MN | 0 | 12–02053 | Geisinger v. Ethicon, Inc. et al |
| WVS | 2 | 13–22100 | MOE | 4 | 13–01085 | Clark–Ajemian v. Ethicon, Inc. et al |
| WVS | 2 | 13–32350 | MOE | 4 | 13–01763 | Johnson et al v. Johnson & Johnson et al |
| WVS | 2 | 14–27204 | MOE | 4 | 14–01668 | Mathes v. Coloplast Corp. |
| WVS | 2 | 15–12450 | MOE | 4 | 15–01178 | Alfermann et al v. Ethicon, Inc. et al |
| WVS | 2 | 16–09201 | MOE | 4 | 16–01462 | Reddick v. Gynecare, Inc. et al |
| WVS | 2 | 16–02544 | MOW | 4 | 16–00178 | Canazzi v. Ethicon, Inc. et al |
| WVS | 2 | 12–02336 | MSS | 3 | 12–00406 | Wright v. Johnson & Johnson et al |
| WVS | 2 | 16–00347 | MT | 1 | 15–00128 | Godfrey v. Johnson & Johnson Corp. et al |
| WVS | 2 | 16–09339 | MT | 1 | 16–00134 | Jennings v. Johnson & Johnson Corp. et al |
| WVS | 2 | 13–23171 | NCE | 7 | 13–00191 | Carpenter v. Ethicon, Inc. et al |
| WVS | 2 | 12–05039 | NJ | 3 | 12–04375 | Thompson v. Ethicon, Inc. et al |
| WVS | 2 | 16–00021 | NM | 1 | 15–01106 | Cano v. Ethicon, Inc. et al |
| WVS | 2 | 13–01972 | NV | 2 | 13–00090 | Dawson v. Johnson & Johnson et al |
| WVS | 2 | 12–04281 | NYW | 1 | 12–00714 | Adipietro v. Ethicon, Inc. et al |
| WVS | 2 | 12–03959 | NYW | 6 | 12–06357 | McLaughlin v. Ethicon, Inc. et al |
| WVS | 2 | 12–02072 | OR | 3 | 12–00865 | Pratt v. Ethicon, Inc. et al |
| WVS | 2 | 14–24274 | TNE | 2 | 14–00195 | Baumgardner et al v. Ethicon, Inc. et al |
| WVS | 2 | 15–03265 | TNE | 2 | 15–00055 | Nunn et al v. Ethicon, Inc. et al |
| WVS | 2 | 15–03266 | TNE | 2 | 15–00056 | Gray v. Ethicon, Inc. et al |
| WVS | 2 | 15–03277 | TNE | 2 | 15–00058 | Roberson et al v. Ethicon, Inc. et al |

| WVS | 2 | 12–00341 | TNE | 3 | 11–00483 | Brown et al v. Ethicon, Inc. et al |
|-----|---|----------|-----|---|----------|-----------------------------------|
| WVS | 2 | 12–03844 | TNW | 2 | 12–02555 | Branson v. Ethicon, Inc. et al |
| WVS | 2 | 12–03920 | TNW | 2 | 12–02570 | Pamperin v. Ethicon, Inc. et al |
| WVS | 2 | 12–04495 | TNW | 2 | 12–02616 | Anderson v. Ethicon, Inc. et al |
| WVS | 2 | 12–02308 | TXN | 3 | 12–01812 | Pendleton et al v. Ethicon Women's Health and Urology et al |
| WVS | 2 | 12–03582 | TXN | 3 | 12–02095 | Ramirez et al v. Johnson & Johnson et al |

**Tina Smith**

| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **Sent:** | Friday, April 26, 2019 1:01 PM |
| **To:** | JPMLCMDECF@jpml.uscourts.gov |
| **Subject:** | Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Vacating CRO |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 4/26/2019 at 1:01 PM EDT and filed on 4/26/2019

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 3594 |

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Pratt v. Ethicon, Inc. et al |

**Case Number:** OR/3:12-cv-00865
**Filer:**
**Document Number:** 8

Docket Text:
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Jennings v. Johnson & Johnson Corp. et al
**Case Number:** MT/1:16-cv-00134
**Filer:**
**Document Number:** 8

Docket Text:
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Moore v. Ethicon, Inc. et al

**Case Number:** KYW/3:12-cv-00408
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Rubio et al v. Johnson & Johnson et al
**Case Number:** CAE/1:13-cv-00027
**Filer:**
**Document Number:** 19

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Ainsworth v. Ethicon, Inc. et al

**Case Number:** KS/5:13-cv-04054
**Filer:**
**Document Number:** 6

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Hitt et al v. Ethicon, Inc. et al
**Case Number:** LAW/6:13-cv-02366
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Johnson et al v. Johnson & Johnson et al

4

**Case Number:**      MOE/4:13-cv-01763
**Filer:**
**Document Number:** 14

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Wright v. Johnson & Johnson et al
**Case Number:**      MSS/3:12-cv-00406
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      McLaughlin v. Ethicon, Inc. et al

**Case Number:**   NYW/6:12-cv-06357
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**   Mathes v. Coloplast Corp.
**Case Number:**   MOE/4:14-cv-01668
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**   Godfrey v. Johnson & Johnson Corp. et al

**Case Number:** MT/1:15-cv-00128
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Reddick v. Gynecare, Inc. et al
**Case Number:**   MOE/4:16-cv-01462
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Busby v. Boston Scientific Corporation et al

**Case Number:** LAE/2:12-cv-01811
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Geisinger v. Ethicon, Inc. et al
**Case Number:** MN/0:12-cv-02053
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Brantley v. Ethicon, Inc. et al

**Case Number:** LAW/3:16-cv-00853
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Fugate et al v. Ethicon, Inc. et al
**Case Number:** ILN/1:12-cv-03039
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Roberson et al v. Ethicon, Inc. et al

**Case Number:** TNE/2:15-cv-00058
**Filer:**
**Document Number:** 9

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Nunn et al v. Ethicon, Inc. et al
**Case Number:** TNE/2:15-cv-00055
**Filer:**
**Document Number:** 9

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Dawson v. Johnson & Johnson et al

**Case Number:** NV/2:13-cv-00090
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Clark-Ajemian v. Ethicon, Inc. et al
**Case Number:**       MOE/4:13-cv-01085
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Ramirez et al v. Johnson & Johnson et al

**Case Number:**   TXN/3:12-cv-02095
**Filer:**
**Document Number:** 9

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Alfermann et al v. Ethicon, Inc. et al
**Case Number:**     MOE/4:15-cv-01178
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Baumgardner et al v. Ethicon, Inc. et al

**Case Number:** TNE/2:14-cv-00195
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Branson v. Ethicon, Inc. et al
**Case Number:** TNW/2:12-cv-02555
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Pendleton et al v. Ethicon Women's Health and Urology et al

**Case Number:** TXN/3:12-cv-01812
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**         McKenna v. Ethicon, Inc.
**Case Number:**       CO/1:17-cv-00331
**Filer:**
**Document Number:** 6

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**         Brown et al v. Ethicon, Inc. et al

**Case Number:**   TNE/3:11-cv-00483
**Filer:**
**Document Number:** 46

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**   Anderson v. Ethicon, Inc. et al
**Case Number:**   TNW/2:12-cv-02616
**Filer:**
**Document Number:** 6

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**   Cano v. Ethicon, Inc. et al

**Case Number:** NM/1:15-cv-01106
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**   Canazzi v. Ethicon, Inc. et al
**Case Number:** MOW/4:16-cv-00178
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**   Gray v. Ethicon, Inc. et al

**Case Number:** TNE/2:15-cv-00056
**Filer:**
**Document Number:** 9

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Simpson et al v. Ethicon, Inc. et al
**Case Number:** LAE/2:12-cv-00880
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Thompson v. Ethicon, Inc. et al

**Case Number:**  NJ/3:12-cv-04375
**Filer:**
**Document Number:** 8

Docket Text:
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**  Carpenter v. Ethicon, Inc. et al
**Case Number:**  NCE/7:13-cv-00191
**Filer:**
**Document Number:** 8

Docket Text:
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**  Pamperin v. Ethicon, Inc. et al

**Case Number:** TNW/2:12-cv-02570
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**         Adipietro v. Ethicon, Inc. et al
**Case Number:**      NYW/1:12-cv-00714
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**         Rivera et al v. Ethicon, Inc. et al

**Case Number:** CAC/2:17-cv-07719
**Filer:**
**Document Number:** 9

**Docket Text:**

**ORDER VACATING CONDITIONAL REMAND ORDER (7 in CAC/2:17-cv-07719, 17 in CAE/1:13-cv-00027, 4 in CO/1:17-cv-00331, 6 in ILN/1:12-cv-03039, 4 in KS/5:13-cv-04054, 6 in KYW/3:12-cv-00408, 6 in LAE/2:12-cv-00880, 6 in LAE/2:12-cv-01811, 6 in LAW/3:16-cv-00853, 6 in LAW/6:13-cv-02366, [3585] in MDL No. 2327, 6 in MN/0:12-cv-02053, 6 in MOE/4:13-cv-01085, 12 in MOE/4:13-cv-01763, 6 in MOE/4:14-cv-01668, 6 in MOE/4:15-cv-01178, 6 in MOE/4:16-cv-01462, 6 in MOW/4:16-cv-00178, 6 in MSS/3:12-cv-00406, 6 in MT/1:15-cv-00128, 6 in MT/1:16-cv-00134, 6 in NCE/7:13-cv-00191, 6 in NJ/3:12-cv-04375, 6 in NM/1:15-cv-01106, 6 in NV/2:13-cv-00090, 6 in NYW/1:12-cv-00714, 6 in NYW/6:12-cv-06357, 6 in OR/3:12-cv-00865, 6 in TNE/2:14-cv-00195, 7 in TNE/2:15-cv-00055, 7 in TNE/2:15-cv-00056, 7 in TNE/2:15-cv-00058, 44 in TNE/3:11-cv-00483, 6 in TNW/2:12-cv-02555, 6 in TNW/2:12-cv-02570, 4 in TNW/2:12-cv-02616, 6 in TXN/3:12-cv-01812, 7 in TXN/3:12-cv-02095)**

**IT IS THEREFORE ORDERED that the CRO filed on APRIL 17, 2019, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carln@facslaw.com

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F Bell, Jr     hfbell@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com, tina@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**OR/3:12-cv-00865 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Larry D. Ottaway     larryottaway@oklahomacounsel.com

Barbara R. Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

Michael J. Farrell     mjf@farrell3.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Amy Sherry Fischer     amyfischer@oklahomacounsel.com

Erik W. Legg     EWL@farrell3.com

Douglass A. Kreis     dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jeffrey A Bowersox     jeffrey@bowersoxlaw.com

Philip J. Combs     pcombs@tcspllc.com

Bryan Aylstock     baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, baylstock@aws-law.com, bwilliams@awkolaw.com, churt@awkolaw.com

D. Renee Baggett     rbaggett@awkolaw.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

**OR/3:12-cv-00865 Notice will not be electronically mailed to:**

**MT/1:16-cv-00134 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jennifer Ann Lenze     Jlenze@lenzelawyers.com, jlenze@lenzelawyers.com, torres@lenzelawyers.com

John C. Heenan     john@heenanlawfirm.com

Susan M. Robinson     srobinson@tcspllc.com

**MT/1:16-cv-00134 Notice will not be electronically mailed to:**

Colette B. Davies
BISHOP & HEENAN
Suite 1
1631 Zimmerman Trail
Billings, MT 59102

**KYW/3:12-cv-00408 Notice has been electronically mailed to:**

Richard B. North, Jr    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
laura.heidt@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com,
miche.boles@nelsonmullins.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Neil D. Overholtz    noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com, pbarr@awkolaw.com,
sgeisler@awkolaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com,
brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com,
diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Douglas C Monsour    doug@monsourlawfirm.com, ronda@monsourlawfirm.com

Douglass A. Kreis    dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com,
pgreen@awkolaw.com, stomei@awkolaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

James Gerard Stranch, IV    gerards@bsjfirm.com, ecf-processor@bsjfirm.com, jennifers@bsjfirm.com

Philip J. Combs    pcombs@tcspllc.com

Bryan Aylstock    baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, baylstock@aws-law.com,
bwilliams@awkolaw.com, churt@awkolaw.com

Marc E. Williams    marc.williams@nelsonmullins.com

D. Renee Baggett    rbaggett@awkolaw.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Stacey A. Skillman    sskillman@branstetterlaw.com

Katharine Gale Krottinger    katy@monsourlawfirm.com

**KYW/3:12-cv-00408 Notice will not be electronically mailed to:**

**CAE/1:13-cv-00027 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Tim K Goss     tim@freeseandgoss.com, kevin@freeseandgoss.com, peter@freeseandgoss.com, tbanno@freeseandgoss.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Joshua J. Wes     joshua.wes@tuckerellis.com

Peter De La Cerda     peter@freeseandgoss.com

Susan M. Robinson     srobinson@tcspllc.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, elena.holguin@tuckerellis.com, estella.licon@tuckerellis.com, joshua.wes@tuckerellis.com

**CAE/1:13-cv-00027 Notice will not be electronically mailed to:**

Bradley A. Snyder
SNYDER DORENFELD
5010 Chesebro Road
Agoura Hills, CA 91301

**KS/5:13-cv-04054 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Douglas B King     doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com, marcee.voss@woodenmclaughlin.com

James M. Boyers     jboyers@woodmclaw.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Rodney C. Olsen (Terminated)     olsen@mfoilaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Gregory L Laker     glaker@cohenandmalad.com

Jeff S. Gibson    jgibson@cohenandmalad.com

Susan M. Robinson    srobinson@tcspllc.com

Jonathan A Knoll    jknoll@cohenandmalad.com

**KS/5:13-cv-04054 Notice will not be electronically mailed to:**

John Schlafer
Faegre Baker Daniels LLP
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204

**LAW/6:13-cv-02366 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Kim E Moore    kmoore@irwinllc.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Camala E Capodice    ccapodice@irwinllc.com

Edie M Cagnolatti    ecagnolatti@irwinllc.com

Brent A. Talbot    talbot@chaffe.com

Peter J. Rotolo, III    rotolo@chaffe.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Anthony M. Fazzio    fazziolawfirm@gmail.com

P. Rodney Jackson    prodjackson27@yahoo.com

D. Blayne Honeycutt    dbhoneycutt@fayardlaw.com, benita@fayardlaw.com

Kelly Juneau Rookard    kjuneau@irwinllc.com

James H. Keale    jkeale@tktrial.com

Claire Adams Noonan    cnoonan@irwinllc.com

**LAW/6:13-cv-02366 Notice will not be electronically mailed to:**

**MOE/4:13-cv-01763 Notice has been electronically mailed to:**

HENRY G GARRARD, III    hgarrard@bbga.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, slh@bbgbalaw.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Michael T. Gallagher    donnaf@gld-law.com, lisak@gld-law.com, pamm@gld-law.com, shawnaf@gld-law.com

Edward Blizzard    eblizzard@blizzardlaw.com, jpiper@blizzardlaw.com, mgreenberg@blizzardlaw.com

Jeffrey J. Lowe    jlowe@careydanis.com, cmiller@careydanis.com, econzelman@careydanis.com

Andrew J. Cross    across@careydanis.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Scott A Love    slove@triallawfirm.com, bgreif@triallawfirm.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

John J. Carey    jcarey@careydanis.com

Derek H. Potts    dpotts@potts-law.com, ecavazos@potts-law.com, ejensen@potts-law.com, galvarado@potts-law.com, gleal@potts-law.com, jgonzalez@potts-law.com, lschreckenbach@potts-law.com, mmarichal@potts-law.com, mwhitman@potts-law.com, rrojas@potts-law.com, wbarfield@potts-law.com

Joseph P Danis    jdanis@careydanis.com

Bettina Joist Strauss    bjstrauss@bryancave.com

Sarah Shoemake Doles    sdoles@careydanis.com, amacdonald@careydanis.com, econzelman@careydanis.com

William Michael Moreland    mmoreland@triallawfirm.com

Susan M. Robinson    srobinson@tcspllc.com

**MOE/4:13-cv-01763 Notice will not be electronically mailed to:**

Kathryn Alexis Dugan

BRYAN CAVE
One Metropolitan Square, Suite 3600
211 North Broadway
St. Louis, MO 63102-2750

**MSS/3:12-cv-00406 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Matthew D. Keenan     mkeenan@shb.com

Shane F Langston     shane@langstonlawyers.com

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com,
brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com,
diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg     EWL@farrell3.com

Eric L. Alexander     ealexander@reedsmith.com

Lori Gail Cohen     cohenl@gtlaw.com, bennettd@gtlaw.com, gablel@gtlaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com,
reickbush@shb.com

Rebecca McRae Langston     rebecca@langstonlawyers.com

Philip J. Combs     pcombs@tcspllc.com

Bryan T. Pratt     bpratt@shb.com, bsmith@shb.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Adam J. Spicer     adam.spicer@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

James H. Keale     jkeale@tktrial.com

Robert Thomas Adams     rtadams@shb.com, janderson@shb.com

Jason Nabors     jason@langstonlawyers.com

James Z. Foster     fosterja@gtlaw.com

**MSS/3:12-cv-00406 Notice will not be electronically mailed to:**

**NYW/6:12-cv-06357 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Matthew D. Keenan     mkeenan@shb.com

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg     EWL@farrell3.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Philip J. Combs     pcombs@tcspllc.com

Bryan T. Pratt     bpratt@shb.com, bsmith@shb.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Brian A. Goldstein     brian.goldstein@cellinoandbarnes.com

Robert Thomas Adams     rtadams@shb.com, janderson@shb.com

**NYW/6:12-cv-06357 Notice will not be electronically mailed to:**

**MOE/4:14-cv-01668 Notice has been electronically mailed to:**

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Douglas B King     doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com,

marcee.voss@woodenmclaughlin.com

Bart C. Sullivan     bsullivan@foxgalvin.com

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Thomas P. Cartmell     tcartmell@wcllp.com, m.goldwasser@wcllp.com

James M. Boyers     jboyers@woodmclaw.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Joseph C. Orlet     joseph.orlet@huschblackwell.com

Erik W. Legg     EWL@farrell3.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Jeffrey M. Kuntz     jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

Randy J. Soriano     rjsoriano@bryancave.com

Robert F. Chandler     chandler@bscr-law.com

Dustin B. Rawlin     dustin.rawlin@tuckerellis.com, brenda.sweet@tuckerellis.com, darlene.hudeck@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com

Timothy J. Walsh     tim.walsh@nortonrosefulbright.com

Bettina Joist Strauss     bjstrauss@bryancave.com

Melissa Foster Bird     melissa.fosterbird@nelsonmullins.com

Adrienne L. Hernandez     ahernandez@shb.com

Susan M. Robinson     srobinson@tcspllc.com

Devin Kyle Ross     dkross@shb.com, ckirk@shb.com

Craig R. Klotz     cklotz@jchildresslaw.com

Matthew D. Knepper     matt.knepper@huschblackwell.com

Monte P. Clithero     mclithero@taylorstafford.com

James W. Childress    jchildress@jchildresslaw.com

Caroline Tinsley    caroline.tinsley@tuckerellis.com, kelly.meredith@tuckerellis.com, shelby.fowler@tuckerellis.com, tracey.west@tuckerellis.com

Robert Thomas Adams    rtadams@shb.com, janderson@shb.com

**MOE/4:14-cv-01668 Notice will not be electronically mailed to:**

Deborah A. Moeller
Fredrickson & Bryron, P.A.
309 East Fifth Street
Suite 202A
Des Moines, IA 50309

**MT/1:15-cv-00128 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jennifer Ann Lenze    Jlenze@lenzelawyers.com, jlenze@lenzelawyers.com, torres@lenzelawyers.com

John C. Heenan    john@heenanlawfirm.com

Susan M. Robinson    srobinson@tcspllc.com

**MT/1:15-cv-00128 Notice will not be electronically mailed to:**

Colette B. Davies
BISHOP & HEENAN
Suite 1
1631 Zimmerman Trail
Billings, MT 59102

**MOE/4:16-cv-01462 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Dan Ball    dhball@bclplaw.com, lisa.keys@bclplaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Randy J. Soriano     rjsoriano@bryancave.com

Bettina Joist Strauss     bjstrauss@bryancave.com

Susan M. Robinson     srobinson@tcspllc.com

James P. Emanuel, Jr     james.emanuel@bryancave.com

**MOE/4:16-cv-01462 Notice will not be electronically mailed to:**

Sean Patrick Barth
NAPOLI SHKOLNIK
Suite 125
103 West Vandalia Street
Edwardsville, IL 62025

**LAE/2:12-cv-01811 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Matthew D. Keenan     mkeenan@shb.com

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg     EWL@farrell3.com

Robert L. Salim     robertsalim@cp-tel.net, BBeasley@Salim-Beasley.com, CRoberts@salim-beasley.com, EBailey@Salim-Beasley.com, LCausey@Salim-Beasley.com

Douglass A. Kreis     dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Philip J. Combs     pcombs@tcspllc.com

Bryan Aylstock     baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, baylstock@aws-law.com, bwilliams@awkolaw.com, churt@awkolaw.com

D. Renee Baggett    rbaggett@awkolaw.com

Bryan T. Pratt    bpratt@shb.com, bsmith@shb.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Robert Thomas Adams    rtadams@shb.com, janderson@shb.com

**LAE/2:12-cv-01811 Notice will not be electronically mailed to:**

**MN/0:12-cv-02053 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Kim M Schmid    kim.schmid@bowmanandbrooke.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Charles H. Johnson    bdehkes@charleshjohnsonlaw.com

Jonathan R Mencel    jmencel@charleshjohnsonlaw.com

Philip J. Combs    pcombs@tcspllc.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Sheryl A. Bjork    sheryl.bjork@bowmanandbrooke.com

Susanna Moore Moldoveanu    susanna.moldoveanu@butlersnow.com

**MN/0:12-cv-02053 Notice will not be electronically mailed to:**

**LAW/3:16-cv-00853 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Kim E Moore    kmoore@irwinllc.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com,

brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Camala E Capodice    ccapodice@irwinllc.com

Edie M Cagnolatti    ecagnolatti@irwinllc.com

Tracy W. Houck    thouck@suddenlinkmail.com

Ronald L Riggle    riggron@gmail.com, pcharris@suddenlinkmail.com

Susan M. Robinson    srobinson@tcspllc.com

Kelly Juneau Rookard    kjuneau@irwinllc.com

Claire Adams Noonan    cnoonan@irwinllc.com

**LAW/3:16-cv-00853 Notice will not be electronically mailed to:**

**ILN/1:12-cv-03039 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Matthew D. Keenan    mkeenan@shb.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Philip J. Combs    pcombs@tcspllc.com

Elise A Waisbren    ewaisbren@phillipslegal.com, sphillips@phillipslegal.com

Terrence M Quinn    tquinn@phillipslegal.com, Tquinn@phillipslegal.com, ewaisbren@phillipslegal.com

Stephen D Phillips    sphillips@phillipslegal.com, ewaisbren@phillipslegal.com

Bryan T. Pratt    bpratt@shb.com, bsmith@shb.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

James H. Keale    jkeale@tktrial.com

Robert Thomas Adams    rtadams@shb.com, janderson@shb.com

**ILN/1:12-cv-03039 Notice will not be electronically mailed to:**

**TNE/2:15-cv-00058 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Anthony A. Seaton    tony@tonyseaton.com

Michael J. Farrell    mjf@farrell3.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg    EWL@farrell3.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Robert Dwight Bates, II    rbates@tonyseaton.com

Jordan N Walker    Jordan.Walker@butlersnow.com

**TNE/2:15-cv-00058 Notice will not be electronically mailed to:**

Tracy G. Weiss
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

**TNE/2:15-cv-00055 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Anthony A. Seaton    tony@tonyseaton.com

Michael J. Farrell    mjf@farrell3.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg    EWL@farrell3.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Adam J. Spicer    adam.spicer@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Robert Dwight Bates, II    rbates@tonyseaton.com

**TNE/2:15-cv-00055 Notice will not be electronically mailed to:**

Tracy G. Weiss
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

**NV/2:13-cv-00090 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Robert R. McCoy    rmccoy@kcnvlaw.com, Rmccoy@kcnvlaw.com

Philip J. Combs    pcombs@tcspllc.com

Joni A Jamison    jjamison@kcnvlaw.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Mark G. Henness    MGHEsq@HennessandHaight.com

David J. Martin    david@hennessandhaight.com

Anita Modak-Truran    anita.modak-truran@butlersnow.com, Anita.Modak-Truran@butlersnow.com

Christopher D. Morris    chris.morris@butlersnow.com

Sheryl A. Bjork    sheryl.bjork@bowmanandbrooke.com

**NV/2:13-cv-00090 Notice will not be electronically mailed to:**

**MOE/4:13-cv-01085 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

William R. Stuart, III    wstuart@sillscummis.com

Seth S. Webb    sethw@getbc.com, andeem@getbc.com, farrahh@getbc.com, jennyb@getbc.com, krystalr@getbc.com, melissab@getbc.com, simones@getbc.com, vanessam@getbc.com

Lana K. Varney    lana.varney@nortonrosefulbright.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

**MOE/4:13-cv-01085 Notice will not be electronically mailed to:**

**TXN/3:12-cv-02095 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Tim K Goss    tim@freeseandgoss.com, kevin@freeseandgoss.com, peter@freeseandgoss.com, tbanno@freeseandgoss.com

**TXN/3:12-cv-02095 Notice will not be electronically mailed to:**

**MOE/4:15-cv-01178 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Timothy J. Phillips    tjplaw@swbell.net

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Randy J. Soriano    rjsoriano@bryancave.com

Bettina Joist Strauss    bjstrauss@bryancave.com

Susan M. Robinson    srobinson@tcspllc.com

**MOE/4:15-cv-01178 Notice will not be electronically mailed to:**

Ethicon SARL
Rue Puits Godet 20
Neuchatel, Switzerland, CH-2000

Ethicon SAS
1 Rue Camille Desmoulins, TSA
81002
Issy-Les-Moulineaux, F-92787
Cedex 9
France

Johnson & Johnson Medical GmbH
Robert-Koch-Str. 1
Norderstedt, Germany, 22851

Johnson & Johnson Medical, Ltd.
China Central Place Office Building
77 Jianguo Road
14 Floor, Building III
Chaoyang District, 100025
Beijing

**TNE/2:14-cv-00195 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Anthony A. Seaton    tony@tonyseaton.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs    pcombs@tcspllc.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Robert Dwight Bates, II    rbates@tonyseaton.com

Caroline D. Walker    caroline.walker@butlersnow.com

**TNE/2:14-cv-00195 Notice will not be electronically mailed to:**

Ethicon Endo-Surgery, Inc.
c/o CT Corporation System
800 South Gay Street, Suite 2021
Knoxville, TN 37929

Tracy G. Weiss
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

**TNW/2:12-cv-02555 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Matthew D. Keenan    mkeenan@shb.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Neil D. Overholtz    noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com, pbarr@awkolaw.com, sgeisler@awkolaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Douglass A. Kreis    dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Philip J. Combs    pcombs@tcspllc.com

Bryan Aylstock    baylstock@awkolaw.com, JLindsey@awkolaw.com, athane@awkolaw.com, baylstock@aws-law.com, bwilliams@awkolaw.com, churt@awkolaw.com

D. Renee Baggett     rbaggett@awkolaw.com

Bryan T. Pratt     bpratt@shb.com, bsmith@shb.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Robert Thomas Adams     rtadams@shb.com, janderson@shb.com

**TNW/2:12-cv-02555 Notice will not be electronically mailed to:**

**TXN/3:12-cv-01812 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Michael J. Farrell     mjf@farrell3.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Julie Rhoades     jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

Erik W. Legg     EWL@farrell3.com

Tim K Goss     tim@freeseandgoss.com, kevin@freeseandgoss.com, peter@freeseandgoss.com, tbanno@freeseandgoss.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs     pcombs@tcspllc.com

David Paul Matthews     dmatthews@dmlawfirm.com, aharrison@thematthewslawfirm.com, cmulholland@thematthewslawfirm.com, lsantiago@thematthewslawfirm.com, msalazar@thematthewslawfirm.com

Kevin L. Edwards     kevin@freeseandgoss.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Peter De La Cerda     peter@freeseandgoss.com

Susan M. Robinson     srobinson@tcspllc.com

Tamara L. Banno     Tbanno@tlb-law.com, tbanno@freeseandgoss.com

**TXN/3:12-cv-01812 Notice will not be electronically mailed to:**

**CO/1:17-cv-00331 Notice has been electronically mailed to:**

Michael J. Farrell     mjf@farrell3.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg     EWL@farrell3.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Darin L. Schanker     dschanker@coloradolaw.net

John Christopher Elliott     celliott@coloradolaw.net

J. Kyle Bachus     kyle.bachus@coloradolaw.net

Stephen Edward McConnico     smcconnico@scottdoug.com

Asher Benjamin Griffin     agriffin@scottdoug.com

Cynthia L. Saiter     csaiter@scottdoug.com

**CO/1:17-cv-00331 Notice will not be electronically mailed to:**

John Schlafer
Faegre Baker Daniels LLP
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204

**TNE/3:11-cv-00483 Notice has been electronically mailed to:**

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, laura.heidt@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs     pcombs@tcspllc.com

Bryan Aylstock     baylstock@awkolaw.com, JLindsey@awkolaw.com, athane@awkolaw.com, baylstock@aws-law.com, bwilliams@awkolaw.com, churt@awkolaw.com

Daniel W. Van Horn    danny.vanhorn@butlersnow.com

Sarah A. Martin    sleonard@tcspllc.com

D. Renee Baggett    rbaggett@awkolaw.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Anita Modak-Truran    anita.modak-truran@butlersnow.com, Anita.Modak-Truran@butlersnow.com

Charles Clark Harrell    chuck.harrell@butlersnow.com

Dana Scott Pemberton    dana@pembertonduncanlaw.com

**TNE/3:11-cv-00483 Notice will not be electronically mailed to:**

Ethicon, Inc.
Route 22 West
Sommerville, NJ 08876

Johnson & Johnson Inc.
Douglas K. Chia, Registered Agent
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Douglas K Chia
Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Renee Selman
Ethicon, Inc. d/b/a Gynecare, Inc. d/b/a Ethicon Women'
Route 22 West
Sommerville, NJ 08876

**TNW/2:12-cv-02616 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Matthew D. Keenan    mkeenan@shb.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Neil D. Overholtz    noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com, pbarr@awkolaw.com, sgeisler@awkolaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com,

diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Douglass A. Kreis    dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Philip J. Combs    pcombs@tcspllc.com

Bryan Aylstock    baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, baylstock@aws-law.com, bwilliams@awkolaw.com, churt@awkolaw.com

Joseph A. Osborne    josborne@realtoughlawyers.com, aromanelli@realtoughlawyers.com, rbell@realtoughlawyers.com, tcoe@realtoughlawyers.com

D. Renee Baggett    rbaggett@awkolaw.com

Bryan T. Pratt    bpratt@shb.com, bsmith@shb.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Robert Thomas Adams    rtadams@shb.com, janderson@shb.com

**TNW/2:12-cv-02616 Notice will not be electronically mailed to:**

**NM/1:15-cv-01106 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Richard A. Sandoval    rick@sandovalfirm.com

Timothy C Holm    timothy.holm@modrall.com

Susan M. Robinson    srobinson@tcspllc.com

Tiffany L Roach Martin    tlr@modrall.com

**NM/1:15-cv-01106 Notice will not be electronically mailed to:**

**MOW/4:16-cv-00178 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Thomas P. Cartmell     tcartmell@wcllp.com, m.goldwasser@wcllp.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jeffrey M. Kuntz     jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

Susan M. Robinson     srobinson@tcspllc.com

**MOW/4:16-cv-00178 Notice will not be electronically mailed to:**

**TNE/2:15-cv-00056 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Anthony A. Seaton     tony@tonyseaton.com

Michael J. Farrell     mjf@farrell3.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg     EWL@farrell3.com

Benjamin M Watson     ben.watson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Alyson B. Jones     alyson.jones@butlersnow.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Robert Dwight Bates, II     rbates@tonyseaton.com

Caroline D. Walker     caroline.walker@butlersnow.com

**TNE/2:15-cv-00056 Notice will not be electronically mailed to:**

Tracy G. Weiss
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

**LAE/2:12-cv-00880 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Kim E Moore    kmoore@irwinllc.com

Val P Exnicios    vpexnicios@exnicioslaw.com, bsergi@exnicioslaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Camala E Capodice    ccapodice@irwinllc.com

Philip J. Combs    pcombs@tcspllc.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Darleene Darensbourg Peters    dpeters@irwinllc.com

**LAE/2:12-cv-00880 Notice will not be electronically mailed to:**

Carlos Alberto Ramirez
LISKA EXNICIOS & NUNGESSER
Suite 1400
1515 Poydras Street
New Orleans, LA 70112

**NJ/3:12-cv-04375 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Matthew D. Keenan    mkeenan@shb.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com,

brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Douglass A. Kreis    dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Bryan Aylstock    baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, baylstock@aws-law.com, bwilliams@awkolaw.com, churt@awkolaw.com

James D. Barger    jbarger@awkolaw.com

D. Renee Baggett    rbaggett@awkolaw.com

Bryan T. Pratt    bpratt@shb.com, bsmith@shb.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Robert Thomas Adams    rtadams@shb.com, janderson@shb.com

**NJ/3:12-cv-04375 Notice will not be electronically mailed to:**

**NCE/7:13-cv-00191 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

William G Wright    wwright@shipmanlaw.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

William Grainger Wright, Sr    wwright@shipmanlaw.com

**NCE/7:13-cv-00191 Notice will not be electronically mailed to:**

David Neal Allen
HEDRICK GARDNER KINCHELOE & GAROFALO LLP

6000 Fairview Road
10th Floor
P.O. Box 30397
Charlotte, NC 28230-9903

**TNW/2:12-cv-02570 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Matthew D. Keenan     mkeenan@shb.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Neil D. Overholtz     noverholtz@awkolaw.com, athane@awkolaw.com, dcross@awkolaw.com, pbarr@awkolaw.com, sgeisler@awkolaw.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Douglass A. Kreis     dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Philip J. Combs     pcombs@tcspllc.com

Bryan Aylstock     baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, baylstock@aws-law.com, bwilliams@awkolaw.com, churt@awkolaw.com

D. Renee Baggett     rbaggett@awkolaw.com

Bryan T. Pratt     bpratt@shb.com, bsmith@shb.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Robert Thomas Adams     rtadams@shb.com, janderson@shb.com

**TNW/2:12-cv-02570 Notice will not be electronically mailed to:**

**NYW/1:12-cv-00714 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs     pcombs@tcspllc.com

Kelly Strange Crawford     kcrawford@riker.com

Maha M. Kabbash     mkabbash@riker.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Brian A. Goldstein     brian.goldstein@cellinoandbarnes.com

**NYW/1:12-cv-00714 Notice will not be electronically mailed to:**

**CAC/2:17-cv-07719 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Mark P. Robinson, Jr     mrobinson@robinsonfirm.com, banderson@rcrlaw.net, bzwirner@rcrsd.com, ctakanabe@rcrlaw.net, dfolia@rcrlaw.net, dperkins@robinsonfirm.com, drobinson@rcrlaw.net, lmoen@rcrlaw.net, wpolischuk@rcrsd.com

Barbara R. Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

Michael J. Farrell     mjf@farrell3.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg     EWL@farrell3.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Karen Barth Menzies     kbm@classlawgroup.com, ecf@classlawgroup.com

Karen L. Karavatos     kkaravatos@rcrlaw.net, bzwirner@rcrlaw.net

Amanda C Robinson     arobinson@rcrlaw.net

Joshua J. Wes     joshua.wes@tuckerellis.com

Susan M. Robinson     srobinson@tcspllc.com

Michael Laurence Mandell    mmandell@reedsmith.com

David Stanley    dstanley@reedsmith.com, aswenson@reedsmith.com, dbernal@reedsmith.com,
ebuhr@reedsmith.com, gmunoz@reedsmith.com, mmandell@reedsmith.com

Mollie Fleming Benedict    mollie.benedict@tuckerellis.com, elena.holguin@tuckerellis.com,
estella.licon@tuckerellis.com, joshua.wes@tuckerellis.com

**CAC/2:17-cv-07719 Notice will not be electronically mailed to:**

J-PAC, LLC
25 Centre Road
Somersworth, NH 03878-2927

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/26/2019] [FileNumber=906903-0]
[591649af1a74d5db0b4abe6103dd5cfab6c61b75127729bfd1b72361611b2b1a6004b
559f980c853530eac91939f8688843390bf272c29c9a45ec75afe85ad40]]