# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**   MDL No. 2327

(SEE ATTACHED SCHEDULE)

### CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of West Virginia.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of West Virginia with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 26, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

A TRUE COPY CERTIFIED ON
4/26/2019
[Date]
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia
By s/ Tina Smith Deputy

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| WVS | 2 | 13−26237 | CAC | 2 | 13−07382 | Shahbaz et al v. Johnson & Johnson et al |
| ~~WVS~~ | ~~2~~ | ~~17−04337~~ | ~~CAC~~ | ~~2~~ | ~~17−07719~~ | ~~Rivera et al v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~13−06823~~ | ~~CAE~~ | ~~1~~ | ~~13−00027~~ | ~~Rubio et al v. Johnson & Johnson et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~17−01356~~ | ~~CO~~ | ~~1~~ | ~~17−00331~~ | ~~McKenna v. Ethicon, Inc.~~ Vacated 4/26/19 |
| WVS | 2 | 13−30481 | CT | 3 | 13−01595 | Braun v. Johnson & Johnson et al |
| WVS | 2 | 14−07706 | CT | 3 | 14−00016 | Vasconcelos et al v. Ethicon, Inc. et al |
| WVS | 2 | 14−17174 | CT | 3 | 14−00639 | Sansabrino v. Johnson & Johnson, Inc. et al |
| WVS | 2 | 14−27445 | CT | 3 | 14−01346 | Murphy et al v. Johnson & Johnson, Inc. et al |
| WVS | 2 | 13−27200 | FLS | 9 | 13−81022 | Pringle et al v. Ethicon, Inc. et al |
| WVS | 2 | 12−00490 | GAN | 1 | 12−00125 | Freeman et al v. Ethicon, Inc. et al |
| WVS | 2 | 13−01573 | IAS | 1 | 12−00034 | Willet et al v. Ethicon, Inc. et al |
| ~~WVS~~ | ~~2~~ | ~~12−01525~~ | ~~ILN~~ | ~~1~~ | ~~12−03039~~ | ~~Fugate et al v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| WVS | 2 | 15−06253 | ILS | 3 | 15−00014 | Donaldson et al v. Ethicon, Inc. et al |
| ~~WVS~~ | ~~2~~ | ~~13−15701~~ | ~~KS~~ | ~~5~~ | ~~13−04054~~ | ~~Ainsworth v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~12−05048~~ | ~~KYW~~ | ~~3~~ | ~~12−00408~~ | ~~Moore v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~12−01414~~ | ~~LAE~~ | ~~2~~ | ~~12−00880~~ | ~~Simpson et al v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~12−03954~~ | ~~LAE~~ | ~~2~~ | ~~12−01811~~ | ~~Busby v. Boston Scientific Corporation et al~~ Vacated 4/26/19 |
| WVS | 2 | 13−01753 | LAE | 2 | 12−02863 | Douglas et al v. Ethicon, Inc. et al |
| WVS | 2 | 13−29593 | LAW | 3 | 13−00877 | Finley et al v. Johnson & Johnson, Inc. et al |
| ~~WVS~~ | ~~2~~ | ~~16−07244~~ | ~~LAW~~ | ~~3~~ | ~~16−00853~~ | ~~Brantley v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~13−22103~~ | ~~LAW~~ | ~~6~~ | ~~13−02366~~ | ~~Hitt et al v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| WVS | 2 | 17−02381 | MD | 8 | 17−00799 | Hertslet v. Ethicon, Inc. et al |
| ~~WVS~~ | ~~2~~ | ~~12−05112~~ | ~~MN~~ | ~~0~~ | ~~12−02053~~ | ~~Geisinger v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| WVS | 2 | 13−20787 | MN | 0 | 13−01846 | Campbell et al v. Mentor Corporation et al |
| WVS | 2 | 13−21351 | MN | 0 | 13−01881 | Johnson et al v. Mentor Corporation et al |
| WVS | 2 | 15−02446 | MN | 0 | 15−00537 | Rolandson v. Ethicon, Inc. et al |
| ~~WVS~~ | ~~2~~ | ~~13−22100~~ | ~~MOE~~ | ~~4~~ | ~~13−01085~~ | ~~Clark−Ajemian v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~13−32350~~ | ~~MOE~~ | ~~4~~ | ~~13−01763~~ | ~~Johnson et al v. Johnson & Johnson et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~14−27204~~ | ~~MOE~~ | ~~4~~ | ~~14−01668~~ | ~~Mathes v. Coloplast Corp.~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~15−12450~~ | ~~MOE~~ | ~~4~~ | ~~15−01178~~ | ~~Alfermann et al v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~16−09201~~ | ~~MOE~~ | ~~4~~ | ~~16−01462~~ | ~~Reddick v. Gynecare, Inc. et al~~ Vacated 4/26/19 |
| WVS | 2 | 13−14115 | MOW | 4 | 13−00155 | Holland v. Ethicon, Inc. et al |
| ~~WVS~~ | ~~2~~ | ~~16−02544~~ | ~~MOW~~ | ~~4~~ | ~~16−00178~~ | ~~Canazzi v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~12−02336~~ | ~~MSS~~ | ~~3~~ | ~~12−00406~~ | ~~Wright v. Johnson & Johnson et al~~ Vacated 4/26/19 |
| WVS | 2 | 13−14809 | MSS | 3 | 13−00320 | Neuhaus v. Johnson & Johnson et al |
| WVS | 2 | 15−00848 | MSS | 3 | 14−00993 | Branning v. Johnson & Johnson et al |
| ~~WVS~~ | ~~2~~ | ~~16−00347~~ | ~~MT~~ | ~~1~~ | ~~15−00128~~ | ~~Godfrey v. Johnson & Johnson Corp. et al~~ Vacated 4/26/19 |

| | | | | | |
|---|---|---|---|---|---|
| ~~WVS~~ | ~~2~~ | ~~16−09339~~ | ~~MT~~ | ~~1~~ | ~~16−00134~~ | ~~Jennings v. Johnson & Johnson Corp. et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~13−23171~~ | ~~NCE~~ | ~~7~~ | ~~13−00191~~ | ~~Carpenter v. Ethicon, Inc. et al~~  Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~12−05039~~ | ~~NJ~~ | ~~3~~ | ~~12−04375~~ | ~~Thompson v. Ethicon, Inc. et al~~  Vacated 4/26/19 |
| WVS | 2 | 12−03984 | NM | 1 | 12−00765 | McClave v. Ethicon, Inc. et al |
| ~~WVS~~ | ~~2~~ | ~~16−00021~~ | ~~NM~~ | ~~1~~ | ~~15−01106~~ | ~~Cano v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~13−01972~~ | ~~NV~~ | ~~2~~ | ~~13−00090~~ | ~~Dawson v. Johnson & Johnson et al~~  Vacated 4/26/19 |
| WVS | 2 | 16−12028 | NYN | 3 | 16−01377 | Clark et al v. Ethicon, Inc. et al |
| WVS | 2 | 14−03449 | NYN | 5 | 14−00028 | Vosper v. Ethicon, Inc. et al |
| ~~WVS~~ | ~~2~~ | ~~13−00469~~ | ~~NYS~~ | ~~1~~ | ~~12−07501~~ | ~~Rozman v. Ethicon, Inc. et al~~    Opposed  4/24/19 |
| ~~WVS~~ | ~~2~~ | ~~12−04281~~ | ~~NYW~~ | ~~1~~ | ~~12−00714~~ | ~~Adipietro v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~12−03959~~ | ~~NYW~~ | ~~6~~ | ~~12−06357~~ | ~~McLaughlin v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| WVS | 2 | 14−24623 | NYW | 6 | 14−06386 | Tarantelli−Benjamin et al v. Ethicon, Inc. et al |
| ~~WVS~~ | ~~2~~ | ~~12−02072~~ | ~~OR~~ | ~~3~~ | ~~12−00865~~ | ~~Pratt v. Ethicon, Inc. et al~~  Vacated 4/26/19 |
| WVS | 2 | 12−01124 | PAE | 2 | 12−01483 | Bellito−Stanford et al v. Ethicon, Inc. et al |
| WVS | 2 | 14−27281 | PAE | 2 | 14−05425 | Musewicz et al v. Boston Scientific Corporation et al |
| WVS | 2 | 14−28501 | PAE | 2 | 14−06016 | Kohn et al v. Ethicon, Inc. et al |
| WVS | 2 | 14−28346 | PAE | 2 | 14−06018 | Inners et al v. Ethicon, Inc. et al |
| WVS | 2 | 14−28548 | PAE | 2 | 14−06113 | Lepley v. Ethicon, Inc. et al |
| WVS | 2 | 14−29117 | PAE | 2 | 14−06217 | Sheaffer et al v. Ethicon, Inc. et al |
| WVS | 2 | 14−29115 | PAE | 2 | 14−06220 | Kinard v. Ethicon, Inc. et al |
| WVS | 2 | 14−29130 | PAE | 2 | 14−06247 | Tobin et al v. Ethicon, Inc. et al |
| WVS | 2 | 15−00905 | PAE | 2 | 14−07210 | Brough et al v. Ethicon, Inc. et al |
| WVS | 2 | 15−00930 | PAE | 2 | 14−07213 | Bagner v. Ethicon, Inc. et al |
| WVS | 2 | 16−03929 | PAE | 2 | 16−01655 | Seidle v. Ethicon, Inc. et al |
| WVS | 2 | 16−03894 | PAE | 2 | 16−01657 | Fletcher v. Ethicon, Inc. et al |
| WVS | 2 | 16−03889 | PAE | 2 | 16−01659 | Kent v. Ethicon, Inc. et al |
| WVS | 2 | 16−11980 | PAE | 2 | 16−04974 | Tallo v. Ethicon, Inc. et al |
| WVS | 2 | 14−27267 | PAE | 5 | 14−05414 | Bartman et al v. Boston Scientific Corporation et al |
| WVS | 2 | 14−28544 | PAE | 5 | 14−06030 | Lane et al v. Ethicon, Inc. et al |
| WVS | 2 | 13−14888 | PAW | 2 | 13−00697 | Atkinson et al v. Ethicon, Inc. |
| WVS | 2 | 14−00755 | PAW | 2 | 13−01816 | Rose v. Johnson & Johnson |
| WVS | 2 | 12−06199 | PR | 3 | 12−01746 | Torres Ortiz et al v. Johnson & Johnson, Inc. et al |
| ~~WVS~~ | ~~2~~ | ~~14−24274~~ | ~~TNE~~ | ~~2~~ | ~~14−00195~~ | ~~Baumgardner et al v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~15−03265~~ | ~~TNE~~ | ~~2~~ | ~~15−00055~~ | ~~Nunn et al v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~15−03266~~ | ~~TNE~~ | ~~2~~ | ~~15−00056~~ | ~~Gray v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~15−03277~~ | ~~TNE~~ | ~~2~~ | ~~15−00058~~ | ~~Roberson et al v. Ethicon, Inc. et al~~  Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~12−00341~~ | ~~TNE~~ | ~~3~~ | ~~11−00483~~ | ~~Brown et al v. Ethicon, Inc. et al~~ Vacated 4/26/19 |
| WVS | 2 | 13−16273 | TNE | 3 | 13−00329 | Clabo v. Johnson & Johnson Health Care Systems, Inc. et al |
| WVS | 2 | 12−04039 | TNM | 3 | 12−00727 | Febus v. C. R. Bard, Inc. et al |
| ~~WVS~~ | ~~2~~ | ~~12−03844~~ | ~~TNW~~ | ~~2~~ | ~~12−02555~~ | ~~Branson v. Ethicon, Inc. et al~~  Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~12−03920~~ | ~~TNW~~ | ~~2~~ | ~~12−02570~~ | ~~Pamperin v. Ethicon, Inc. et al~~  Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~12−04495~~ | ~~TNW~~ | ~~2~~ | ~~12−02616~~ | ~~Anderson v. Ethicon, Inc. et al~~  Vacated 4/26/19 |
| WVS | 2 | 13−22370 | TXE | 1 | 13−00450 | Gardiner et al v. C. R. Bard, Inc. et al |
| ~~WVS~~ | ~~2~~ | ~~12−02308~~ | ~~TXN~~ | ~~3~~ | ~~12−01812~~ | ~~Pendleton et al v. Ethicon Women's Health and Urology et al~~ Vacated 4/26/19 |
| ~~WVS~~ | ~~2~~ | ~~12−03582~~ | ~~TXN~~ | ~~3~~ | ~~12−02095~~ | ~~Ramirez et al v. Johnson & Johnson et al~~ Vacated 4/26/19 |

| WVS | 2 | 14−12789 | TXS | 3 | 14−00070 | Tully−O'Shea v. Johnson & Johnson et al |
| WVS | 2 | 13−07262 | WAW | 2 | 13−00406 | Barnes et al v. Johnson & Johnson, et al |
| WVS | 2 | 12−02103 | WIE | 2 | 12−00472 | Nelson et al v. Ethicon, Inc. et al |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                  MDL 2327

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

**ORDER AND SUGGESTION OF REMAND**
**FOR CASES ON EXHIBIT A**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that the actions on Exhibit A be remanded to the United States District Courts from which they came, as identified on Exhibit A.

The individual cases on Exhibit A were transferred by the Judicial Panel on Multidistrict Litigation to the Southern District of West Virginia and are related to MDL 2327, 2:12-md-2327, one of several MDLs assigned to me by the Panel. The court has been informed that the large majority of the remaining cases pending in this MDL are included in Master Settlement Agreements that defendants have entered into with numerous plaintiff firms. In June 2018, the court entered Ethicon Pretrial Order # 329, in an attempt to address inefficiencies and delays in the parties' submission of dismissals. Although a number of dismissals have been processed by the method set forth in that Order and by the traditional method of dismissing cases, thousands of cases remain languishing in this court. For the convenience of the parties and in order to promote the final resolution of these cases, it appears to the court that the cases would be more expeditiously

concluded in the jurisdiction from which they originally came to this court, as identified on Exhibit A.

Accordingly, upon receipt of an order to remand from the Clerk of the Judicial Panel on Multidistrict Litigation *and* the timely filing of any joint designations of the MDL 2327 record by counsel in the individual case (as outlined below), the Clerk of this court, pursuant to 28 U.S.C. § 1407, is **ORDERED** that on **April 21, 2019** (10 days after the date of entry of the order) (hereinafter the "Transfer Date") the cases identified on Exhibit A that are *still pending* shall be remanded to the United States District Courts identified on Exhibit A. On or before **April 21, 2019** (10 days after the date of entry of the order), the parties are **ORDERED** to confer and to file *in each individual member case* identified in Exhibit A, all documents from the main MDL that the parties jointly deem relevant to constitute an appropriate record for the receiving court to consider. When filing the documents from the main MDL, the parties are directed to utilize the CM/ECF event entitled "Designation of Record for MDL Transfers" (available under Civil > Other Filings > Other Documents). When completing the event, the "Main Document" should be the list of joint designations from the main MDL, and the "Attachments" should be each individual document on the joint designation list with the "Description" being the ECF number and a brief description of the document (i.e. ECF 96 – Joint Stipulation of Experts). All cases on Exhibit A that are pending on the Transfer Date shall be remanded, and the parties shall bear the consequences in the receiving court of any failure to prepare an appropriate record as directed in this order. The parties and the receiving court are hereby advised that all Pretrial Orders entered in this matter are available for review on the court's website at www.wvsd.uscourts.gov/MDL/2327/orders.html and the master docket sheet can be found on CM/ECF at 2:12-md-2327.

Any joint motion to dismiss may be ruled upon and any proper stipulation of dismissal may close a case prior to remand. On the Transfer Date, the Clerk is hereby **DIRECTED** to utilize the appropriate function in CM/ECF to extract each member case listed on Exhibit A that remains pending and remand it to the corresponding United States District Court listed on Exhibit A. After remand of each member case listed in Exhibit A that is not dismissed prior to the Transfer Date, the Clerk is **DIRECTED** to formally close the case and strike it from the docket of this court.

The court further **DIRECTS** that a copy of this Order and Suggestion of Remand and Exhibit A be filed in every case listed on Exhibit A and sent to the Clerk of the MDL Panel and counsel of record or any unrepresented party for the cases listed on Exhibit A.

ENTER: April 11, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

|  | Civil Action No. | Case Name | Transfer Jurisdiction |
|---|---|---|---|
| 1 | 2:13-cv-26237 | Shahbaz et al v. Johnson & Johnson et al | California Central |
| 2 | 2:17-cv-04337 | Rivera et al v. Ethicon, Inc. et al | California Central |
| 3 | 2:13-cv-06823 | Rubio et al v. Johnson & Johnson et al | California Eastern |
| 4 | 2:17-cv-01356 | McKenna v. Ethicon, Inc. | Colorado |
| 5 | 2:13-cv-30481 | Braun v. Johnson & Johnson et al | Connecticut |
| 6 | 2:14-cv-07706 | Vasconcelos et al v. Ethicon, Inc. et al | Connecticut |
| 7 | 2:14-cv-17174 | Sansabrino v. Johnson & Johnson, Inc. et al | Connecticut |
| 8 | 2:14-cv-27445 | Murphy et al v. Johnson & Johnson, Inc. et al | Connecticut |
| 9 | 2:13-cv-27200 | Pringle et al v. Ethicon, Inc. et al | Florida Southern |
| 10 | 2:12-cv-00490 | Freeman et al v. Ethicon, Inc. et al | Georgia Northern |
| 11 | 2:12-cv-01525 | Fugate et al v. Ethicon, Inc. et al | Illinois Northern |
| 12 | 2:15-cv-06253 | Donaldson et al v. Ethicon, Inc. et al | Illinois Southern |
| 13 | 2:13-cv-01573 | Willet et al v. Ethicon, Inc. et al | Iowa Southern |
| 14 | 2:13-cv-15701 | Ainsworth v. Ethicon, Inc. et al | Kansas |
| 15 | 2:12-cv-05048 | Moore v. Ethicon, Inc. et al | Kentucky Western |
| 16 | 2:12-cv-01414 | Simpson et al v. Ethicon, Inc. et al | Louisiana Eastern |
| 17 | 2:12-cv-03954 | Busby v. Boston Scientific Corporation et al | Louisiana Eastern |
| 18 | 2:13-cv-01753 | Douglas et al v. Ethicon, Inc. et al | Louisiana Eastern |
| 19 | 2:13-cv-22103 | Hitt et al v. Ethicon, Inc. et al | Louisiana Western |
| 20 | 2:13-cv-29593 | Finley et al v. Johnson & Johnson, Inc. et al | Louisiana Western |
| 21 | 2:16-cv-07244 | Brantley v. Ethicon, Inc. et al | Louisiana Western |
| 22 | 2:17-cv-02381 | Hertslet v. Ethicon, Inc. et al | Maryland |
| 23 | 2:12-cv-05112 | Geisinger v. Ethicon, Inc. et al | Minnesota |
| 24 | 2:13-cv-20787 | Campbell et al v. Mentor Corporation et al | Minnesota |
| 25 | 2:13-cv-21351 | Johnson et al v. Mentor Corporation et al | Minnesota |
| 26 | 2:15-cv-02446 | Rolandson v. Ethicon, Inc. et al | Minnesota |
| 27 | 2:12-cv-02336 | Wright v. Johnson & Johnson et al | Mississippi Southern |
| 28 | 2:13-cv-14809 | Neuhaus v. Johnson & Johnson et al | Mississippi Southern |
| 29 | 2:15-cv-00848 | Branning v. Johnson & Johnson et al | Mississippi Southern |
| 30 | 2:13-cv-22100 | Clark-Ajemian v. Ethicon, Inc. et al | Missouri Eastern |
| 31 | 2:13-cv-32350 | Johnson et al v. Johnson & Johnson et al | Missouri Eastern |
| 32 | 2:14-cv-27204 | Mathes v. Coloplast Corp. | Missouri Eastern |
| 33 | 2:15-cv-12450 | Alfermann et al v. Ethicon, Inc. et al | Missouri Eastern |
| 34 | 2:16-cv-09201 | Reddick v. Gynecare, Inc. et al | Missouri Eastern |
| 35 | 2:13-cv-14115 | Holland et al v. Ethicon, Inc. et al | Missouri Western |
| 36 | 2:16-cv-02544 | Canazzi v. Ethicon, Inc. et al | Missouri Western |
| 37 | 2:16-cv-00347 | Godfrey v. Johnson & Johnson Corp. et al | Montana |
| 38 | 2:16-cv-09339 | Jennings v. Johnson & Johnson Corp. et al | Montana, |
| 39 | 2:13-cv-01972 | Dawson v. Johnson & Johnson et al | Nevada |
| 40 | 2:12-cv-05039 | Thompson v. Ethicon, Inc. et al | New Jersey |
| 41 | 2:12-cv-03984 | McClave v. Ethicon, Inc. et al | New Mexico |
| 42 | 2:16-cv-00021 | Cano v. Ethicon, Inc. et al | New Mexico |
| 43 | 2:14-cv-03449 | Vosper et al v. Ethicon, Inc. et al | New York Northern |
| 44 | 2:16-cv-12028 | Clark et al v. Ethicon, Inc. et al | New York Northern |

| 45 | 2:13-cv-00469 | Rozman v. Ethicon, Inc. et al | New York Southern |
|----|---------------|-------------------------------|-------------------|
| 46 | 2:12-cv-03959 | McLaughlin v. Ethicon, Inc. et al | New York Western |
| 47 | 2:12-cv-04281 | Adipietro v. Ethicon, Inc. et al | New York Western |
| 48 | 2:14-cv-24623 | Tarantelli-Benjamin et al v. Ethicon, Inc. et al | New York Western |
| 49 | 2:13-cv-23171 | Carpenter v. Ethicon, Inc. et al | North Carolina Eastern |
| 50 | 2:12-cv-02072 | Pratt v. Ethicon, Inc. et al | Oregon |
| 51 | 2:12-cv-01124 | Bellito-Stanford et al v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 52 | 2:14-cv-27267 | Bartman et al v. Boston Scientific Corporation et al | Pennsylvania Eastern |
| 53 | 2:14-cv-27281 | Musewicz et al v. Boston Scientific Corporation et al | Pennsylvania Eastern |
| 54 | 2:14-cv-28501 | Kohn et al v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 55 | 2:14-cv-28544 | Chester v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 56 | 2:14-cv-28548 | Lepley v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 57 | 2:14-cv-29115 | Kinard v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 58 | 2:14-cv-29117 | Sheaffer et al v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 59 | 2:14-cv-29130 | Tobin et al v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 60 | 2:15-cv-00905 | Brough et al v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 61 | 2:15-cv-00930 | Bagner v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 62 | 2:16-cv-03889 | Kent v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 63 | 2:16-cv-03894 | Fletcher v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 64 | 2:16-cv-03929 | Seidle v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 65 | 2:16-cv-11980 | Tallo v. Ethicon, Inc. et al | Pennsylvania Eastern |
| 66 | 2:14-cv-28346 | Inners et al v. Ethicon, Inc. et al | Pennsylvania Eastern, |
| 67 | 2:13-cv-14888 | Atkinson et al v. Ethicon, Inc. | Pennsylvania Western |
| 68 | 2:14-cv-00755 | Rose v. Johnson & Johnson | Pennsylvania Western |
| 69 | 2:12-cv-06199 | Torres Ortiz et al v. Johnson & Johnson, Inc. et al | Puerto Rico |
| 70 | 2:12-cv-00341 | Brown et al v. Ethicon, Inc. et al | Tennessee Eastern |
| 71 | 2:13-cv-16273 | Clabo v. Johnson & Johnson Health Care Systems, Inc. et al | Tennessee Eastern |
| 72 | 2:14-cv-24274 | Baumgardner et al v. Ethicon, Inc. et al | Tennessee Eastern |
| 73 | 2:15-cv-03265 | Nunn et al v. Ethicon, Inc. et al | Tennessee Eastern |
| 74 | 2:15-cv-03266 | Gray v. Ethicon, Inc. et al | Tennessee Eastern |
| 75 | 2:15-cv-03277 | Roberson et al v. Ethicon, Inc. et al | Tennessee Eastern |
| 76 | 2:12-cv-04039 | Febus v. C. R. Bard, Inc. et al | Tennessee Middle |
| 77 | 2:12-cv-03844 | Branson v. Ethicon, Inc. et al | Tennessee Western |
| 78 | 2:12-cv-03920 | Pamperin v. Ethicon, Inc. et al | Tennessee Western |
| 79 | 2:12-cv-04495 | Anderson v. Ethicon, Inc. et al | Tennessee Western |
| 80 | 2:13-cv-22370 | Gardiner et al v. C. R. Bard, Inc. et al | Texas Eastern |
| 81 | 2:12-cv-02308 | Pendleton et al v. Ethicon Women's Health and Urology et al | Texas Northern |
| 82 | 2:12-cv-3582 | Ramirez et al v. Ethicon Women's Health and Urology et al | Texas Northern |
| 83 | 2:14-cv-12789 | Tully-O'Shea v. Johnson & Johnson et al | Texas Southern |
| 84 | 2:13-cv-07262 | Barnes et al v. Johnson & Johnson, et al | Washington Western |
| 85 | 2:12-cv-02103 | Nelson et al v. Ethicon, Inc. et al | Wisconsin Eastern |

**Tina Smith**

| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **Sent:** | Friday, April 26, 2019 1:46 PM |
| **To:** | JPMLCMDECF@jpml.uscourts.gov |
| **Subject:** | Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CRO Final Minute Order (Clerks) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 4/26/2019 at 1:45 PM EDT and filed on 4/26/2019

**Case Name:**        IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**Case Number:**      MDL No. 2327

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

**Case Name:** Febus v. C. R. Bard, Inc. et al
**Case Number:** TNM/3:12-cv-00727
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**  Fletcher v. Ethicon, Inc. et al
**Case Number:**  PAE/2:16-cv-01657
**Filer:**
**Document Number:** No document attached

Docket Text:
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**  Hertslet v. Ethicon, Inc. et al
**Case Number:**  MD/8:17-cv-00799
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Inners et al v. Ethicon, Inc. et al
**Case Number:**   PAE/2:14-cv-06018
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in**

MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

Case Name:          Nelson et al v. Ethicon, Inc. et al
Case Number:        WIE/2:12-cv-00472
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-

cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

Case Name:         Musewicz et al v. Boston Scientific Corporation et al
Case Number:       PAE/2:14-cv-05425
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to

oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| Case Name: | Lepley v. Ethicon, Inc. et al |
| Case Number: | PAE/2:14-cv-06113 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded

and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

**Case Name:**       Tully-O'Shea v. Johnson & Johnson et al
**Case Number:**    TXS/3:14-cv-00070
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

**Case Name:**       Tallo v. Ethicon, Inc. et al

Case Number:     PAE/2:16-cv-04974
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19.
Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in
CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in
IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in
MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in
MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993,
8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-
06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-
cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in
PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655,
8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-
05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-
cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in
TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached
to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict
Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to
oppose the remand. The 7-day period has now elapsed, no opposition was received, and the
order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so
transferred by the Panel shall be remanded by the Panel at or before the conclusion of such
pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D.
West Virginia with a stipulation or designation of the contents of the record to be remanded
and all necessary copies of any pleading or other matter filed to comply with the remand
order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

Case Name:       Brough et al v. Ethicon, Inc. et al
Case Number:     PAE/2:14-cv-07210
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Seidle v. Ethicon, Inc. et al
**Case Number:**    PAE/2:16-cv-01655
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-**

cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

**Case Name:**          Neuhaus v. Johnson & Johnson et al
**Case Number:**     MSS/3:13-cv-00320
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Bagner v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-07213 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

Case Name:          Vasconcelos et al v. Ethicon, Inc. et al
Case Number:        CT/3:14-cv-00016
Filer:
Document Number:    No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Murphy et al v. Johnson & Johnson, Inc. et al
**Case Number:**    CT/3:14-cv-01346
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Rolandson v. Ethicon, Inc. et al
**Case Number:**    MN/0:15-cv-00537
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Kinard v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06220 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in**

MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

Case Name:          Holland et al v. Ethicon, Inc. et al
Case Number:        MOW/4:13-cv-00155
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-

cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

Case Name:        Pringle et al v. Ethicon, Inc. et al
Case Number:      FLS/9:13-cv-81022
Filer:
Document Number:  No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to

oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| **Case Name:** | Lane et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/5:14-cv-06030 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded

and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

Case Name:     Sansabrino v. Johnson & Johnson, Inc. et al

Case Number:    CT/3:14-cv-00639

Filer:

Document Number: No document attached

Docket Text:

***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

Case Name:     Torres Ortiz et al v. Johnson & Johnson, Inc. et al

**Case Number:**   PR/3:12-cv-01746
**Filer:**
**Document Number:** No document attached

Docket Text:
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Clark et al v. Ethicon, Inc. et al
**Case Number:**   NYN/3:16-cv-01377
**Filer:**
**Document Number:** No document attached

Docket Text:
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Rose v. Johnson & Johnson |
| **Case Number:** | PAW/2:13-cv-01816 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-**

cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

**Case Name:**        Willet et al v. Ethicon, Inc. et al
**Case Number:**      IAS/1:12-cv-00034
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

**Case Name:**     Shahbaz et al v. Johnson & Johnson et al
**Case Number:**   CAC/2:13-cv-07382
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

**Case Name:** Douglas et al v. Ethicon, Inc. et al
**Case Number:** LAE/2:12-cv-02863
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Finley et al v. Johnson & Johnson, Inc. et al

**Case Number:** LAW/3:13-cv-00877

**Filer:**

**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Kohn et al v. Ethicon, Inc. et al

**Case Number:** PAE/2:14-cv-06016

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** McClave v. Ethicon, Inc. et al
**Case Number:** NM/1:12-cv-00765
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in**

MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| Case Name: | Atkinson et al v. Ethicon, Inc. |
| Case Number: | PAW/2:13-cv-00697 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-

cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| Case Name: | Bartman et al v. Boston Scientific Corporation et al |
| Case Number: | PAE/5:14-cv-05414 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to

oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

**Case Name:**   Gardiner et al v. C. R. Bard, Inc. et al
**Case Number:**   TXE/1:13-cv-00450
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded

and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

Case Name:         Braun v. Johnson & Johnson et al
Case Number:       CT/3:13-cv-01595
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

Case Name:         Donaldson et al v. Ethicon, Inc. et al

Case Number:     ILS/3:15-cv-00014
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19.
Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in
CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in
IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in
MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in
MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993,
8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-
06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-
cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in
PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655,
8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-
05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-
cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in
TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached
to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict
Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to
oppose the remand. The 7-day period has now elapsed, no opposition was received, and the
order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so
transferred by the Panel shall be remanded by the Panel at or before the conclusion of such
pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D.
West Virginia with a stipulation or designation of the contents of the record to be remanded
and all necessary copies of any pleading or other matter filed to comply with the remand
order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

Case Name:      Campbell et al v. Mentor Corporation et al
Case Number:    MN/0:13-cv-01846
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:       Sheaffer et al v. Ethicon, Inc. et al
Case Number:    PAE/2:14-cv-06217
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-**

cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)


**Case Name:**       Branning v. Johnson & Johnson et al
**Case Number:**     MSS/3:14-cv-00993
**Filer:**
**Document Number:** No document attached


**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

**Case Name:**        Vosper et al v. Ethicon, Inc. et al
**Case Number:**      NYN/5:14-cv-00028
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

Case Name:       Barnes et al v. Johnson & Johnson, et al
Case Number:     WAW/2:13-cv-00406
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Tarantelli-Benjamin et al v. Ethicon, Inc. et al
**Case Number:**      NYW/6:14-cv-06386
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Bellito-Stanford et al v. Ethicon, Inc. et al
**Case Number:**      PAE/2:12-cv-01483
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Clabo v. Johnson & Johnson Health Care Systems, Inc. et al
**Case Number:** TNE/3:13-cv-00329
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in**

MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| Case Name: | Freeman et al v. Ethicon, Inc. et al |
| Case Number: | GAN/1:12-cv-00125 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-

cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in
TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached
to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict
Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to
oppose the remand. The 7-day period has now elapsed, no opposition was received, and the
order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so
transferred by the Panel shall be remanded by the Panel at or before the conclusion of such
pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D.
West Virginia with a stipulation or designation of the contents of the record to be remanded
and all necessary copies of any pleading or other matter filed to comply with the remand
order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

Case Name:          Tobin et al v. Ethicon, Inc. et al
Case Number:        PAE/2:14-cv-06247
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19.
Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in
CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in
IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in
MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in
MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993,
8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-
06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-
cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in
PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655,
8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-
05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-
cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in
TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached
to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict
Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to

oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

| | |
|---|---|
| Case Name: | Johnson et al v. Mentor Corporation et al |
| Case Number: | MN/0:13-cv-01881 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded

and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

Case Name:        Kent v. Ethicon, Inc. et al
Case Number:      PAE/2:16-cv-01659
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 4/26/19. Please see pleading (8 in CAC/2:13-cv-07382, 6 in CT/3:13-cv-01595, 8 in CT/3:14-cv-00016, 8 in CT/3:14-cv-00639, 8 in CT/3:14-cv-01346, 8 in FLS/9:13-cv-81022, 8 in GAN/1:12-cv-00125, 6 in IAS/1:12-cv-00034, 8 in ILS/3:15-cv-00014, 8 in LAE/2:12-cv-02863, 9 in LAW/3:13-cv-00877, 8 in MD/8:17-cv-00799, [3595] in MDL No. 2327, 8 in MN/0:13-cv-01846, 10 in MN/0:13-cv-01881, 8 in MN/0:15-cv-00537, 18 in MOW/4:13-cv-00155, 8 in MSS/3:13-cv-00320, 8 in MSS/3:14-cv-00993, 8 in NM/1:12-cv-00765, 8 in NYN/3:16-cv-01377, 8 in NYN/5:14-cv-00028, 8 in NYW/6:14-cv-06386, 8 in PAE/2:12-cv-01483, 8 in PAE/2:14-cv-05425, 8 in PAE/2:14-cv-06016, 8 in PAE/2:14-cv-06018, 8 in PAE/2:14-cv-06113, 10 in PAE/2:14-cv-06217, 10 in PAE/2:14-cv-06220, 10 in PAE/2:14-cv-06247, 10 in PAE/2:14-cv-07210, 10 in PAE/2:14-cv-07213, 8 in PAE/2:16-cv-01655, 8 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 16 in PAE/2:16-cv-04974, 8 in PAE/5:14-cv-05414, 8 in PAE/5:14-cv-06030, 9 in PAW/2:13-cv-00697, 8 in PAW/2:13-cv-01816, 8 in PR/3:12-cv-01746, 8 in TNE/3:13-cv-00329, 8 in TNM/3:12-cv-00727, 8 in TXE/1:13-cv-00450, 8 in TXS/3:14-cv-00070, 8 in WAW/2:13-cv-00406, 7 in WIE/2:12-cv-00472).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

Associated Cases: MDL No. 2327 et al. (LAH)

No public notice (electronic or otherwise) sent because the entry is private

**Tina Smith**

| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **Sent:** | Friday, April 26, 2019 1:36 PM |
| **To:** | JPMLCMDECF@jpml.uscourts.gov |
| **Subject:** | Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

**Notice of Electronic Filing**

The following transaction was entered on 4/26/2019 at 1:35 PM EDT and filed on 4/26/2019
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**    MDL No. 2327
**Filer:**
**Document Number:** 3595

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # (1) Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Febus v. C. R. Bard, Inc. et al

**Case Number:**    TNM/3:12-cv-00727

**Filer:**

**Document Number:** 8

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**      Fletcher v. Ethicon, Inc. et al

**Case Number:**    PAE/2:16-cv-01657

**Filer:**

**Document Number:** 8

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Hertslet v. Ethicon, Inc. et al |
| **Case Number:** | MD/8:17-cv-00799 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Inners et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06018 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-**

00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Nelson et al v. Ethicon, Inc. et al |
| **Case Number:** | WIE/2:12-cv-00472 |
| **Filer:** | |
| **Document Number:** | 7 |

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Musewicz et al v. Boston Scientific Corporation et al |
| **Case Number:** | PAE/2:14-cv-05425 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-**

cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Lepley v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06113 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Tully-O'Shea v. Johnson & Johnson et al |
| **Case Number:** | TXS/3:14-cv-00070 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in**

MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Tallo v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:16-cv-04974 |
| **Filer:** | |
| **Document Number:** | 16 |

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 8 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Brough et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-07210 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:       Seidle v. Ethicon, Inc. et al
Case Number:     PAE/2:16-cv-01655
Filer:
Document Number: 8

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:       Neuhaus v. Johnson & Johnson et al

**Case Number:** MSS/3:13-cv-00320
**Filer:**
**Document Number:** 8

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**    Bagner v. Ethicon, Inc. et al
**Case Number:**  PAE/2:14-cv-07213
**Filer:**
**Document Number:** 10

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Vasconcelos et al v. Ethicon, Inc. et al
**Case Number:**   CT/3:14-cv-00016
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**     Murphy et al v. Johnson & Johnson, Inc. et al
**Case Number:**   CT/3:14-cv-01346
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Rolandson v. Ethicon, Inc. et al |
| **Case Number:** | MN/0:15-cv-00537 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Kinard v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06220 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697,**

6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:            Holland et al v. Ethicon, Inc. et al
Case Number:          MOW/4:13-cv-00155
Filer:
Document Number: 18

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:            Pringle et al v. Ethicon, Inc. et al
Case Number:          FLS/9:13-cv-81022
Filer:
Document Number: 8

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-**

05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:        Lane et al v. Ethicon, Inc. et al
Case Number:      PAE/5:14-cv-06030
Filer:
Document Number: 8

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:        Sansabrino v. Johnson & Johnson, Inc. et al
Case Number:      CT/3:14-cv-00639
Filer:
Document Number: 8

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-**

cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:        Torres Ortiz et al v. Johnson & Johnson, Inc. et al
Case Number:      PR/3:12-cv-01746
Filer:
Document Number: 8

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:        Clark et al v. Ethicon, Inc. et al
Case Number:      NYN/3:16-cv-01377
Filer:
Document Number: 8

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Rose v. Johnson & Johnson |
| **Case Number:** | PAW/2:13-cv-01816 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Willet et al v. Ethicon, Inc. et al |

**Case Number:** IAS/1:12-cv-00034
**Filer:**
**Document Number:** 6

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:** Shahbaz et al v. Johnson & Johnson et al
**Case Number:** CAC/2:13-cv-07382
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Douglas et al v. Ethicon, Inc. et al
**Case Number:**     LAE/2:12-cv-02863
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**       Finley et al v. Johnson & Johnson, Inc. et al
**Case Number:**     LAW/3:13-cv-00877
**Filer:**
**Document Number:** 9

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**          Kohn et al v. Ethicon, Inc. et al
**Case Number:**        PAE/2:14-cv-06016
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**          McClave v. Ethicon, Inc. et al
**Case Number:**        NM/1:12-cv-00765
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697,**

6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:        Atkinson et al v. Ethicon, Inc.
Case Number:      PAW/2:13-cv-00697
Filer:
Document Number: 9

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:        Bartman et al v. Boston Scientific Corporation et al
Case Number:      PAE/5:14-cv-05414
Filer:
Document Number: 8

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-**

05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 6 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:          Gardiner et al v. C. R. Bard, Inc. et al
Case Number:        TXE/1:13-cv-00450
Filer:
Document Number: 8

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:          Braun v. Johnson & Johnson et al
Case Number:        CT/3:13-cv-01595
Filer:
Document Number: 6

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-**

cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:          Donaldson et al v. Ethicon, Inc. et al
Case Number:        ILS/3:15-cv-00014
Filer:
Document Number: 8

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:          Campbell et al v. Mentor Corporation et al
Case Number:        MN/0:13-cv-01846
Filer:
Document Number: 8

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Sheaffer et al v. Ethicon, Inc. et al
**Case Number:**      PAE/2:14-cv-06217
**Filer:**
**Document Number:** 10

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**        Branning v. Johnson & Johnson et al

21

**Case Number:**   MSS/3:14-cv-00993
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

**Case Name:**   Vosper et al v. Ethicon, Inc. et al
**Case Number:**   NYN/5:14-cv-00028
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:          Barnes et al v. Johnson & Johnson, et al
Case Number:        WAW/2:13-cv-00406
Filer:
Document Number: 8

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:          Tarantelli-Benjamin et al v. Ethicon, Inc. et al
Case Number:        NYW/6:14-cv-06386
Filer:
Document Number: 8

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Bellito-Stanford et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:12-cv-01483 |
| **Filer:** | |
| **Document Number:** | 8 |

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

| | |
|---|---|
| **Case Name:** | Clabo v. Johnson & Johnson Health Care Systems, Inc. et al |
| **Case Number:** | TNE/3:13-cv-00329 |
| **Filer:** | |
| **Document Number:** | 8 |

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697,**

6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:          Freeman et al v. Ethicon, Inc. et al
Case Number:        GAN/1:12-cv-00125
Filer:
Document Number: 8

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:          Tobin et al v. Ethicon, Inc. et al
Case Number:        PAE/2:14-cv-06247
Filer:
Document Number: 10

Docket Text:
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-**

05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:       Johnson et al v. Mentor Corporation et al

Case Number:     MN/0:13-cv-01881

Filer:

**Document Number:** 10

Docket Text:

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 4/26/2019.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LAH)**

Case Name:       Kent v. Ethicon, Inc. et al

Case Number:     PAE/2:16-cv-01659

Filer:

**Document Number:** 8

Docket Text:

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (6 in CAC/2:13-cv-07382, 4 in CT/3:13-cv-01595, 6 in CT/3:14-cv-00016, 6 in CT/3:14-cv-00639, 6 in CT/3:14-cv-01346, 6 in FLS/9:13-cv-81022, 6 in GAN/1:12-cv-00125, 4 in IAS/1:12-cv-00034, 6 in ILS/3:15-cv-00014, 6 in LAE/2:12-**

cv-02863, 7 in LAW/3:13-cv-00877, 6 in MD/8:17-cv-00799, [3585] in MDL No. 2327, 6 in MN/0:13-cv-01846, 8 in MN/0:13-cv-01881, 6 in MN/0:15-cv-00537, 16 in MOW/4:13-cv-00155, 6 in MSS/3:13-cv-00320, 6 in MSS/3:14-cv-00993, 6 in NM/1:12-cv-00765, 6 in NYN/3:16-cv-01377, 6 in NYN/5:14-cv-00028, 6 in NYW/6:14-cv-06386, 6 in PAE/2:12-cv-01483, 6 in PAE/2:14-cv-05425, 6 in PAE/2:14-cv-06016, 6 in PAE/2:14-cv-06018, 6 in PAE/2:14-cv-06113, 8 in PAE/2:14-cv-06217, 8 in PAE/2:14-cv-06220, 8 in PAE/2:14-cv-06247, 8 in PAE/2:14-cv-07210, 8 in PAE/2:14-cv-07213, 6 in PAE/2:16-cv-01655, 6 in PAE/2:16-cv-01657, 6 in PAE/2:16-cv-01659, 14 in PAE/2:16-cv-04974, 6 in PAE/5:14-cv-05414, 6 in PAE/5:14-cv-06030, 7 in PAW/2:13-cv-00697, 6 in PAW/2:13-cv-01816, 6 in PR/3:12-cv-01746, 6 in TNE/3:13-cv-00329, 6 in TNM/3:12-cv-00727, 6 in TXE/1:13-cv-00450, 6 in TXS/3:14-cv-00070, 6 in WAW/2:13-cv-00406, 5 in WIE/2:12-cv-00472) ) - 47 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 4/26/2019.

(Attachments: # [1] Suggestion of Remand)

Associated Cases: MDL No. 2327 et al. (LAH)


MDL No. 2327 Notice has been electronically mailed to:

Carl N Frankovitch    carln@facslaw.com

Michael J. Farrell    mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F Bell, Jr    hfbell@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com, tina@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

MDL No. 2327 Notice will not be electronically mailed to:

TNM/3:12-cv-00727 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Matthew D. Keenan    mkeenan@shb.com

Barbara R. Binis    bbinis@reedsmith.com, kmccloskey@reedsmith.com

Michael J. Farrell    mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com,

brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg    EWL@farrell3.com

Douglass A. Kreis (Terminated)    dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Bryan T. Pratt    bpratt@shb.com, bsmith@shb.com

James H. Keale    jkeale@tktrial.com

Robert Thomas Adams    rtadams@shb.com, janderson@shb.com

**TNM/3:12-cv-00727 Notice will not be electronically mailed to:**

Sandra Lee Febus
3550 John Taylor Road
Woodlawn, TN 37191

**PAE/2:16-cv-01657 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

ROSEMARY PINTO    rpinto@feldmanpinto.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    kenneth.murphy@dbr.com

Laura A. Feldman    lfeldman@feldmanpinto.com

MELISSA A GRAFF    melissa.graff@dbr.com

Susan M. Robinson    srobinson@tcspllc.com

Andrew P. Reeve    andrew.reeve@dbr.com

**PAE/2:16-cv-01657 Notice will not be electronically mailed to:**

**MD/8:17-cv-00799 Notice has been electronically mailed to:**

Christy D. Jones   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage   william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS   dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs   pcombs@tcspllc.com

Kari L. Sutherland   kari.sutherland@butlersnow.com

Susan M. Robinson   srobinson@tcspllc.com

Andrew N Sindler   andrewsindler@gmail.com

**MD/8:17-cv-00799 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06018 Notice has been electronically mailed to:**

Christy D. Jones   christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky   lee.balefsky@klinespecter.com

William M. Gage   william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark   slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER   michelle.tiger@klinespecter.com

DAVID B. THOMAS   dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR   jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy   kenneth.murphy@dbr.com

Philip J. Combs   pcombs@tcspllc.com

MELISSA A GRAFF   melissa.graff@dbr.com

Kari L. Sutherland   kari.sutherland@butlersnow.com

Susan M. Robinson   srobinson@tcspllc.com

Andrew P. Reeve    andrew.reeve@dbr.com

Charles L. Becker    charles.becker@klinespecter.com, tracy.leonardis@klinespecter.com

PRISCILLA E. JIMENEZ    priscilla.jimenez@klinespecter.com

**PAE/2:14-cv-06018 Notice will not be electronically mailed to:**

**WIE/2:12-cv-00472 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Tracy J. Van Steenburgh    tvan@nilanjohnson.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Robert L. Jaskulski    rjaskulski@habush.com

Philip J. Combs    pcombs@tcspllc.com

Timothy S Trecek    ttrecek@habush.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Robert L. Habush    rhabush@habush.com

**WIE/2:12-cv-00472 Notice will not be electronically mailed to:**

Colleen B. Beaman
HABUSH HABUSH & ROTTIER
Suite 2300
777 East Wisconsin Avenue
Milwaukee, WI 53202

**PAE/2:14-cv-05425 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Thomas R. Kline    Tom.Kline@Klinespecter.com

Kenneth A. Murphy    kenneth.murphy@dbr.com

Philip J. Combs    pcombs@tcspllc.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Joseph H. Blum    jblum@shb.com

Anita Modak-Truran    anita.modak-truran@butlersnow.com, Anita.Modak-Truran@butlersnow.com

Erin P. Loucks    eloucks@shb.com

James H. Keale    jkeale@tktrial.com

**PAE/2:14-cv-05425 Notice will not be electronically mailed to:**

Joanna T. Vassallo
SHOOK HARDY & BACON
One Liberty Place
1650 Market Street, Suite 3030
Philadelphia, PA 19103-7301

**PAE/2:14-cv-06113 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com,

twindham@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    kenneth.murphy@dbr.com

Philip J. Combs    pcombs@tcspllc.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Andrew P. Reeve    andrew.reeve@dbr.com

PRISCILLA E. JIMENEZ    priscilla.jimenez@klinespecter.com

**PAE/2:14-cv-06113 Notice will not be electronically mailed to:**

**TXS/3:14-cv-00070 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Michelle Rene Eddington    michelle@mcdonaldworley.com

Stephen Robert Lewis, Jr    slewis@lewisandwilliams.com

Susan M. Robinson    srobinson@tcspllc.com

McDonald S. Worley    don@mcdonaldworley.com

Donald Worley    don@mcdonaldworley.com

**TXS/3:14-cv-00070 Notice will not be electronically mailed to:**

**PAE/2:16-cv-04974 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,

ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Eric M Anielak    eanielak@shb.com

Kenneth A. Murphy    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

Susan M. Robinson    srobinson@tcspllc.com

Andrew P. Reeve    andrew.reeve@dbr.com

Joseph H. Blum    jblum@shb.com

Erin P. Loucks    eloucks@shb.com

James H. Keale    jkeale@tktrial.com

**PAE/2:16-cv-04974 Notice will not be electronically mailed to:**

**PAE/2:14-cv-07210 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez     chris.gomez@klinespecter.com

Kenneth A. Murphy     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

LISA S. DAGOSTINO     lisa.dagostino@klinespecter.com

**PAE/2:14-cv-07210 Notice will not be electronically mailed to:**

**PAE/2:16-cv-01655 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

ROSEMARY PINTO     rpinto@feldmanpinto.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com,
brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com,
diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     kenneth.murphy@dbr.com

Laura A. Feldman     lfeldman@feldmanpinto.com

MELISSA A GRAFF     melissa.graff@dbr.com

Susan M. Robinson     srobinson@tcspllc.com

Andrew P. Reeve     andrew.reeve@dbr.com

**PAE/2:16-cv-01655 Notice will not be electronically mailed to:**

**MSS/3:13-cv-00320 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com,
brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com,

diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

James H. Bolin     jay.bolin@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Stacy Everett Pepper     stacy@pepperodom.com

Kasey Mitchell Adams     kasey.adams@butlersnow.com

**MSS/3:13-cv-00320 Notice will not be electronically mailed to:**

**PAE/2:14-cv-07213 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Anita Modak-Truran     anita.modak-truran@butlersnow.com, Anita.Modak-Truran@butlersnow.com

Christopher D. Morris     chris.morris@butlersnow.com

**PAE/2:14-cv-07213 Notice will not be electronically mailed to:**

**CT/3:14-cv-00016 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,

ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Kelly Strange Crawford     kcrawford@riker.com

Maha M. Kabbash     mkabbash@riker.com

Susan M. Robinson     srobinson@tcspllc.com

Christopher R. Drury     cdrury@goodwin.com

Diana Katz Gerstel     dgerstel@riker.com

**CT/3:14-cv-00016 Notice will not be electronically mailed to:**

Robert Reginald Simpson
SHIPMAN & GOODWIN
One Constitution Plaza
Hartford, CT 06103-1919

**CT/3:14-cv-01346 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Matthew P. Moriarty     matthew.moriarty@tuckerellis.com

James V. Sabatini     jsabatini@sabatinilaw.com

**CT/3:14-cv-01346 Notice will not be electronically mailed to:**

**MN/0:15-cv-00537 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

Tracy J. Van Steenburgh     tvan@nilanjohnson.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Robert J. King, Jr     rjk@ciresiconlin.com

**MN/0:15-cv-00537 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06220 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark     slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

PRISCILLA E. JIMENEZ     priscilla.jimenez@klinespecter.com

Molly E. Flynn     molly.flynn@dbr.com

**PAE/2:14-cv-06220 Notice will not be electronically mailed to:**

**MOW/4:13-cv-00155 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Douglas B King    doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com, marcee.voss@woodenmclaughlin.com

Thomas P. Cartmell    tcartmell@wcllp.com, m.goldwasser@wcllp.com

James M. Boyers    jboyers@woodmclaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jeffrey M. Kuntz    jkuntz@wcllp.com, dwatkins@wcllp.com, sgibson@wcllp.com

Philip J. Combs    pcombs@tcspllc.com

Susan M. Robinson    srobinson@tcspllc.com

Robert A. Henderson    rhenderson@polsinelli.com

Stephanie N Russo    stephanie.russo@faegrebd.com

Miriam E. C. Bailey    mbailey@polsinelli.com

**MOW/4:13-cv-00155 Notice will not be electronically mailed to:**

John Schlafer
Faegre Baker Daniels LLP
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204

**FLS/9:13-cv-81022 Notice has been electronically mailed to:**

Patricia Elaine Lowry    patricia.lowry@squirepb.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Barbara Bolton Litten    barbara.litten@squiresanders.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Susan M. Robinson    srobinson@tcspllc.com

Jordan M. Lewis    jordan@jml-lawfirm.com

Andrew Russell Kruppa    andrew.kruppa@squirepb.com

Todd Robert Falzone    trf@kulaw.com, jody@kulaw.com

Beatriz E. Jaramillo    beatriz.jaramillo@squirepb.com

Karina Rodrigues    kdr@kulaw.com

**FLS/9:13-cv-81022 Notice will not be electronically mailed to:**

**PAE/5:14-cv-06030 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez    chris.gomez@klinespecter.com

Kenneth A. Murphy    kenneth.murphy@dbr.com

S. Eric Rumanek    eric.rumanek@troutmansanders.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

A. La'Verne Edney    la'verne.edney@butlersnow.com

**PAE/5:14-cv-06030 Notice will not be electronically mailed to:**

**CT/3:14-cv-00639 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Matthew P. Moriarty    matthew.moriarty@tuckerellis.com

James V. Sabatini    jsabatini@sabatinilaw.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

**CT/3:14-cv-00639 Notice will not be electronically mailed to:**

**PR/3:12-cv-01746 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Manuel A. Moreda-Toledo    mmt@mcvpr.com

Matthew D. Keenan    mkeenan@shb.com

Michael J. Farrell    mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg    EWL@farrell3.com

Douglass A. Kreis    dkreis@awkolaw.com, athane@awkolaw.com, dkreis@aws-law.com, mburton@awkolaw.com, pgreen@awkolaw.com, stomei@awkolaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Andres W. Lopez    andres@awllaw.com

Marc D. Grossman    mgrossman@thesandersfirm.com, rkassan@thesandersfirm.com

Francisco E Colon-Ramirez    fecolon@colonlaw.com

Randi A. Kassan    rkassan@thesandersfirm.com, Rkassan@thesandersfirm.com, rkassan@ssbwlaw.com

Bryan Aylstock    baylstock@awkolaw.com, Jlindsey@awkolaw.com, athane@awkolaw.com, baylstock@aws-law.com, bwilliams@awkolaw.com, churt@awkolaw.com

Bryan T. Pratt    bpratt@shb.com, bsmith@shb.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

James H. Keale    jkeale@tktrial.com

Robert Thomas Adams    rtadams@shb.com, janderson@shb.com

**PR/3:12-cv-01746 Notice will not be electronically mailed to:**

**NYN/3:16-cv-01377 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Janet M. Izzo    janetizzo@izzolawoffice.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

MELISSA A GRAFF    melissa.graff@dbr.com

Susan M. Robinson    srobinson@tcspllc.com

**NYN/3:16-cv-01377 Notice will not be electronically mailed to:**

**PAW/2:13-cv-01816 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

C. James Zeszutek    james.zeszutek@dinsmore.com

MELISSA A GRAFF    melissa.graff@dbr.com

Susan M. Robinson    srobinson@tcspllc.com

**PAW/2:13-cv-01816 Notice will not be electronically mailed to:**

Michelle Rose
#3
133 North Jefferson Avenue
Canonsburg, PA 15317

**IAS/1:12-cv-00034 Notice has been electronically mailed to:**

Daniel B. Shuck    Dan.Shuck@shucklawfirm.com

Michael J. Farrell    mjf@farrell3.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg    EWL@farrell3.com

David J Duke    david.duke@bowmanandbrooke.com

Jenny A. Covington    jenny.covington@bowmanandbrooke.com

Susan M. Robinson    srobinson@tcspllc.com

**IAS/1:12-cv-00034 Notice will not be electronically mailed to:**

**CAC/2:13-cv-07382 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Bruce Michael Brusavich    brusavich@agnewbrusavich.com, dunn@agnewbrusavich.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Su-Lyn Combs    su-lyn.combs@tuckerellis.com

Amy F. Solomon    asolomon@girardikeese.com

Tobin Dean Ellis    ellis@agnewbrusavich.com

Kelly Christina Winter    kwinter@girardikeese.com

Terry Sochat Schneier    schneier@agnewbrusavich.com

**CAC/2:13-cv-07382 Notice will not be electronically mailed to:**

Ethicon SARL
Rue Puits Godet 20
Neuchatel, Switzerland, CH-2000

Ethicon SAS
1 Rue Camille Desmoulins, TSA
81002
Issy-Les-Moulineaux, F-92787
Cedex 9
France

Johnson & Johnson Medical GmbH
Robert-Koch-Str. 1
22851
Norderstedt, Germany,

Johnson & Johnson Medical Ltd
PO Box 1988
Livingston, West Lothian
EH54 0AB
Kirkton, Scotland,
UK

**LAE/2:12-cv-02863 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Kim E Moore    kmoore@irwinllc.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com,
brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com,
diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Anthony D. Irpino    airpino@irpinolaw.com, asims@irpinolaw.com, hcannata@irpinolaw.com, kgray@irpinolaw.com,
lhiggins@irpinolaw.com, mfarrell@irpinolaw.com

Camala E Capodice    ccapodice@irwinllc.com

Edie M Cagnolatti    ecagnolatti@irwinllc.com

James B. Irwin, V    jirwin@irwinllc.com

Philip J. Combs    pcombs@tcspllc.com

Stephanie Lottinger Irwin    sirwin@irwinllc.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Bobby G. Hawkins    bhawkins@irpinolaw.com

David Wayne O'Quinn    doquinn@irwinllc.com

Kelly Juneau Rookard    kjuneau@irwinllc.com

**LAE/2:12-cv-02863 Notice will not be electronically mailed to:**

**LAW/3:13-cv-00877 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Richard L Fewell, Jr    rfewell@centurytel.net, josephwwright@yahoo.com

Kim E Moore    kmoore@irwinllc.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Camala E Capodice    ccapodice@irwinllc.com

Edie M Cagnolatti    ecagnolatti@irwinllc.com

Susan M. Robinson    srobinson@tcspllc.com

Kelly Juneau Rookard    kjuneau@irwinllc.com

Claire Adams Noonan    cnoonan@irwinllc.com

**LAW/3:13-cv-00877 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06016 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com,

brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark     slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER     michelle.tiger@klinespecter.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     kenneth.murphy@dbr.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Anita Modak-Truran     anita.modak-truran@butlersnow.com, Anita.Modak-Truran@butlersnow.com

PRISCILLA E. JIMENEZ     priscilla.jimenez@klinespecter.com

**PAE/2:14-cv-06016 Notice will not be electronically mailed to:**

**NM/1:12-cv-00765 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Matthew D. Keenan     mkeenan@shb.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Bill Robins, III     robins@heardrobins.com, cchica@heardrobins.com, cmendola@heardrobins.com, oviner@heardrobins.com

Justin Ross Kaufman     jkaufman@kdplawfirm.com, smonsey@heardrobins.com

Bryan T. Pratt     bpratt@shb.com, bsmith@shb.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

ALEX BARLOW     barlow@heardrobins.com

Robert Thomas Adams     rtadams@shb.com, janderson@shb.com

**NM/1:12-cv-00765 Notice will not be electronically mailed to:**

**PAW/2:13-cv-00697 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

John E. Quinn     Jquinn@quinnlogue.com

C. James Zeszutek     james.zeszutek@dinsmore.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Eileen Marie Somers     eileen.somers@dbr.com

**PAW/2:13-cv-00697 Notice will not be electronically mailed to:**

**PAE/5:14-cv-05414 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

JOSEPH E. O'NEIL     joneil@campbelltriallawyers.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com,
reickbush@shb.com

John J. O'Donnell    jodonnell@campbelltriallawyers.com

Thomas R. Kline    Tom.Kline@Klinespecter.com

Kenneth A. Murphy    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

Susan M. Robinson    srobinson@tcspllc.com

Andrew P. Reeve    andrew.reeve@dbr.com

Joseph H. Blum    jblum@shb.com

Erin P. Loucks    eloucks@shb.com

James H. Keale    jkeale@tktrial.com

Julia M. Rafferty    jrafferty@campbelltriallawyers.com

**PAE/5:14-cv-05414 Notice will not be electronically mailed to:**

**TXE/1:13-cv-00450 Notice has been electronically mailed to:**

Richard B. North, Jr    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
laura.heidt@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com,
miche.boles@nelsonmullins.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Douglas B King    doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com,
marcee.voss@woodenmclaughlin.com

Barbara R. Binis    bbinis@reedsmith.com, kmccloskey@reedsmith.com

Michael J. Farrell    mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com,
brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com,
diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg      EWL@farrell3.com

Lori Gail Cohen      cohenl@gtlaw.com, bennettd@gtlaw.com, gablel@gtlaw.com

DAVID B. THOMAS      dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman      jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Dustin B. Rawlin      dustin.rawlin@tuckerellis.com, brenda.sweet@tuckerellis.com, darlene.hudeck@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com

Lana K. Varney      lana.varney@nortonrosefulbright.com

Susan M. Robinson      srobinson@tcspllc.com

Daniel I.A. Smulian      smuliand@gtlaw.com

Joseph P. Griffith      griffithj@gtlaw.com

Ronn B Kreps      rkreps@fulbright.com, ronn.kreps@nortonrosefulbright.com

James H. Keale      jkeale@tktrial.com

Bina Palnitkar      palnitkarb@gtlaw.com

**TXE/1:13-cv-00450 Notice will not be electronically mailed to:**

Christopher Gardiner


Deborah A. Moeller
Fredrickson & Bryron, P.A.
309 East Fifth Street
Suite 202A
Des Moines, IA 50309

John Schlafer
Faegre Baker Daniels LLP
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204


Kari Gardiner


**CT/3:13-cv-01595 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

Barbara R. Binis    bbinis@reedsmith.com, kmccloskey@reedsmith.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

**CT/3:13-cv-01595 Notice will not be electronically mailed to:**

**ILS/3:15-cv-00014 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Michael J. Meyer    mjmeyer@consolidated.net

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Julie A. Callsen    julie.callsen@tuckerellis.com, jcallsen@tuckerellis.com, kristy.titus@tuckerellis.com

Susan M. Robinson    srobinson@tcspllc.com

Jennifer Steinmetz    jennifer.steinmetz@tuckerellis.com, Kristy.Titus@tuckerellis.com

**ILS/3:15-cv-00014 Notice will not be electronically mailed to:**

**MN/0:13-cv-01846 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Sean Patrick Tracey    stracey@traceylawfirm.com, ozamarripa@traceylawfirm.com, rking@traceylawfirm.com

Yvonne M Flaherty    ymflaherty@locklaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Dustin B. Rawlin    dustin.rawlin@tuckerellis.com, brenda.sweet@tuckerellis.com, darlene.hudeck@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com

Shawn P Fox    sfox@traceylawfirm.com, dolivo@traceylawfirm.com

Susan M. Robinson    srobinson@tcspllc.com

**MN/0:13-cv-01846 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06217 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

Louis W. Schack    lschack@reedsmith.com

Michael J. Farrell    mjf@farrell3.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

Erik W. Legg    EWL@farrell3.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez    chris.gomez@klinespecter.com

Kenneth A. Murphy    kenneth.murphy@dbr.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Daniel R. Higginbotham    dhigginbotham@tcspllc.com

**PAE/2:14-cv-06217 Notice will not be electronically mailed to:**

Alex G. Gross
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

Tracy G. Weiss
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

**MSS/3:14-cv-00993 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Barry W. Gilmer    gilmerlaw@gilmerlawfirm.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

James H. Bolin    jay.bolin@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Ashley Nader Stubbs    ashley.stubbs@butlersnow.com

Kasey Mitchell Adams    kasey.adams@butlersnow.com

Matthew W. Gilmer    mwgilmer@gilmerlawfirm.com

**MSS/3:14-cv-00993 Notice will not be electronically mailed to:**

**NYN/5:14-cv-00028 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Eric C. Nordby    enordby@pnhlawyers.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com,

diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Maha M. Kabbash    mkabbash@riker.com

Susan M. Robinson    srobinson@tcspllc.com

Michael Porter    mporter@pnhlawyers.com, enordby@pnhlawyers.com

Daniel R. Higginbotham    dhigginbotham@tcspllc.com

**NYN/5:14-cv-00028 Notice will not be electronically mailed to:**

**WAW/2:13-cv-00406 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Jeffrey Royal Johnson    jeff@jrjohnsonmediation.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Susan M. Robinson    srobinson@tcspllc.com

Paul H. Beattie    paul.beattie@rimonlaw.com

**WAW/2:13-cv-00406 Notice will not be electronically mailed to:**

Gregory P. Thatcher
SCHEER & ZEHNDER
Suite 200
701 Pike Street
Seattle, WA 98101

Michelle Ann Childers
DRINKER BIDDLE & REATH
20th Floor
50 Fremont Street
San Francisco, CA 94105-2235

**NYW/6:14-cv-06386 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Anna C. Czarples    anna@jakewelchlaw.com

**NYW/6:14-cv-06386 Notice will not be electronically mailed to:**

**PAE/2:12-cv-01483 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky (Terminated)    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

MICHELLE L. TIGER (Terminated)    michelle.tiger@klinespecter.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Thomas R. Kline (Terminated)    Tom.Kline@Klinespecter.com

Philip J. Combs    pcombs@tcspllc.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Judith A. Wahrenberger    jwahrenberger@rhwlawfirm.com

**PAE/2:12-cv-01483 Notice will not be electronically mailed to:**

Michele Bellito-Stanford
36 Broderick Street
Swoyersville, PA 18704

Rodney Stanford
36 Broderick Street
Swoyersville, PA 18704

**TNE/3:13-cv-00329 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

T. Harold Pinkley, Jr    harold.pinkley@butlersnow.com

Richard Baker    Richard@RichardBakerLaw.com

**TNE/3:13-cv-00329 Notice will not be electronically mailed to:**

**GAN/1:12-cv-00125 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com,
brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com,
diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

David E. Tuszynski    det@gsllaw.com, dtuszynski@comcast.net

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Barry J Koopmann    barry.koopmann@bowmanandbrooke.com, kelly.mills@bowmanandbrooke.com

Nancy Karen Deming    karen.deming@troutmansanders.com, kay.deming@troutmansanders.com

Philip J. Combs    pcombs@tcspllc.com

S. Eric Rumanek    eric.rumanek@troutmansanders.com

Sarah A. Martin    sleonard@tcspllc.com

Michael H. Bowman    mhb@wexlerwallace.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Kathryn June Skagerberg    kskagerberg@beckredden.com

David Frederic Norden    david.norden@troutmansanders.com

**GAN/1:12-cv-00125 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06247 Notice has been electronically mailed to:**

Richard B. North, Jr    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
laura.heidt@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com,
miche.boles@nelsonmullins.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

MICHELLE L. TIGER    michelle.tiger@klinespecter.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    kenneth.murphy@dbr.com

Melissa Foster Bird    melissa.fosterbird@nelsonmullins.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

**PAE/2:14-cv-06247 Notice will not be electronically mailed to:**

**MN/0:13-cv-01881 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Tracy J. Van Steenburgh    tvan@nilanjohnson.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Dustin B. Rawlin    dustin.rawlin@tuckerellis.com, brenda.sweet@tuckerellis.com, darlene.hudeck@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com

Michael K. Johnson    mjohnson@johnsonbecker.com, aarnold@johnsonbecker.com, abackus@johnsonbecker.com, spatchen@johnsonbecker.com

Jan R. McLean Bernier    jbernier@nilanjohnson.com

Susan M. Robinson    srobinson@tcspllc.com

**MN/0:13-cv-01881 Notice will not be electronically mailed to:**

**PAE/2:16-cv-01659 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

ROSEMARY PINTO     rpinto@feldmanpinto.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com,
brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com,
diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     kenneth.murphy@dbr.com

Laura A. Feldman     lfeldman@feldmanpinto.com

MELISSA A GRAFF     melissa.graff@dbr.com

Susan M. Robinson     srobinson@tcspllc.com

Andrew P. Reeve     andrew.reeve@dbr.com

**PAE/2:16-cv-01659 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/26/2019] [FileNumber=906908-0]
[411ecd1b66f4364f7ca7da9a2ac3bc9c5ce6c242b8aa90792f5547205590f9772c2f8
20bed97d4b65b45c6200124193923812141f25e471dbfb180336af566ca]]
**Document description:** Suggestion of Remand
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=4/26/2019] [FileNumber=906908-1]
[8f01cf4dc85107ce9ecd445005312ffbed204d86adc3d809423535aa4340922a63698
10fa784a4f88d1ef9e4293c2f9465a32951409e6711f93e353fcc91e5d1]]