# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

## ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7920] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 29, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-03930 | Wendy Riddle v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12657 | Catherine I. Montgomery v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13189 | Francis J. Davis v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13194 | Roberta Ann West v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15006 | Joan Carol Quintana and Javier Quintana v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15088 | Robin Akers and Jackie L. Akers, Sr. v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15478 | Debra Marchelle Kotzen and Daniel Morris Kotzen v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17149 | Frances Louise Rodriguez and Marcos Rodriguez, Jr. v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17359 | Cathy Elmore and Terry L. Elmore v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18122 | Lori-Jo Saucier and Mark Emile Saucier v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17947 | Jeral Dean Reed and Hubert S. Reed v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22524 | Mae B. Pridgen and Ernest L. Pridgen v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18433 | Sara R. Arnold and Robert L. Arnold v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-08733 | Pamela Zehnder v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11074 | Kimberly Gay Sanders and Anthony Glen Sanders v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11591 | Tammi Lou McClure v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11986 | Doris Ann Miller Johnson and Bill Gatlin Johnson v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-13210 | Karre Jean Brown v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14008 | Tonya M. Jackson v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14411 | Carole Ann DeFoor and Jerry DeFoor v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14869 | Karla Vanessa Fisher and Richard Dennis Fisher v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15847 | Marjorie Delores Longsworth and Stephen Arthur Longsworth v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15859 | Darlene Marie Reeves and Michael Lee Reeves v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-16052 | Kelliann B. Bligh v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-16886 | Rebecca D. Moore and Richard Moore v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17395 | Emily K. Mitch v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17964 | Gloria E. Sam v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

| | |
|---|---|
| 2:13-cv-18078 | Jennifer Lynn Mann and Michael James Mann v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18254 | Rose M. Boyd v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-22405 | Mary Loretta Rosenberger and Daniel P. Rosenberger v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-33861 | Carmen G. Rodriguez and Richard L. Rodriguez v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-12876 | Geri Lynn Roberts v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-15542 | Sabrina D. Wright v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-17268 | Juanita S. Weisel and Roland L. Weisel v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17893 | Barbara Smith Matthews and Richard Bruce Matthews v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19719 | Kimberly Rayetta Merritt and Jerry Wayne Merritt, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21400 | Elizabeth B. Dowd v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11054 | Sandra Revels v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11085 | Bertha C. Selinger v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07528 | Sonya Roberson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08732 | Emma Madaras v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02701 | Virginia Aycox v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07964 | Eva Jordan v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17314 | Tabitha Goff and Andrew Goff v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-06877 | Tammy Remagen and Aubrey Dale Remagen v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-12672 | Kristin Frances Kuyper and Arjen Philip Kuyper v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14751 | Nettie Lynn Miller v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14757 | Jill Bonar v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14842 | Andrea Ann Tirey and Jack Lee Tirey v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14862 | Lana Charlene Price and Anthony Price v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14965 | Margarita Ortiz and Robert Ortiz v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14990 | Elida Munoz and Luis Munoz v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15272 | Lauren Lee Borger and Philip Lee Borger v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15546 | Renee T. Kovach and Dale Paul Kovach, Sr. v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15658 | Consuela Esnaola v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17361 | Angela Renae LeMay and Ted Barry LeMay v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17377 | Deborah A. Hood and Bernard Hood, Jr. v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

| | |
|---|---|
| 2:13-cv-17382 | Audrey Joanne Rhodes and Robert Allen Rhodes v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17996 | June Rene Beitler and Daniel Mark Beitler v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18183 | Cordelia W. Lemons and William T. Lemons v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18194 | Linette Spinks and Hosea Spinks, Jr. v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18198 | Mary A. Fountain and Marc Fountain v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-17956 | Deidre Louise Crawford v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19722 | Nicole M. Killen and Eric Killen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21665 | Deborah A. Scholvin and Gary L. Scholvin v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24590 | Heather Gindra Morrison and Douglas C. Morrison, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25441 | Brenda K. Hayden v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04896 | Deborah L. Jarrett and Bobby Dale Jarrett v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05952 | Angela K. Stafford v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06047 | Bonnie R. Gilchrist and David Gilchrist v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07976 | Lynne M. Hendrix v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11081 | Sophia Glenn v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14931 | Sandra Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01455 | Martha S. Flores and Juan Garza v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01480 | Martha Joan McCollough and James Owen McCollough, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03189 | Sharon E. Saylor and Michael W. Saylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04444 | Lori J. Nodine and Dennis R. Nodine v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17096 | Elizabeth Diane Mace and Timothy Duane Mace v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-31432 | Martha Goggans v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15063 | Connie Gratz and Robert Gratz v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-24054 | Dawn M. Rose v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00456 | Connie Sue Creech v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-00763 | Laquita Riddick and Carl Riddick v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-06708 | Hollie Alexander v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-00530 | Mary L. Armijo v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00834 | Kathryn K. Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04374 | Rita L. Chitwood v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03892 | Elizabeth R. Emanuelli v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04091 | Minnie P. Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09865 | Susann Lynn Sloane v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03769 | Merrilyn Terry and Charles Terry, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19870 | Shirley I. Timbrello v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14056 | Ethel M. Turner and Dennis L. Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02699 | Glenda D. Tyler v. Ethicon, Inc.; Johnson & Johnson |

| 2:13-cv-12831 | Monique Anderson and Robert Anderson v. Ethicon, Inc.; Johnson & Johnson |
| --- | --- |
| 2:14-cv-19864 | Georgette M. Hahn and David T. Hahn v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04092 | Catherine Susan McClary v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-13064 | Ralene McMillan v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:17-cv-04093 | Kristin M. Parker v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15718 | Kimberly Payton v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:17-cv-04094 | Judy B. Russell v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04095 | Barbara B. Sanders v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04096 | Tammy Standridge v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04097 | Andrea Mabins Stewart v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-08772 | Juanita C. Tate and Geoffrey W. Tate, jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02055 | Patsy Taylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17951 | Linda Marie Thomas and Frederick Leon Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04098 | Shirley M. Williams v. Ethicon, Inc.; Johnson & Johnson |