**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>——————————————————<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | **Master File No. 2:12-MD-02327**<br>**MDL No. 2327**<br><br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2).  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Aylstock Witkin Kreis & Overholt
17 E. Main St., Ste. 2000
Pensacola, FL 32502
(850) 202-1010
baylstock@awkolaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

<u>CERTIFICATE OF SERVICE</u>

I certify that on this date I electronically filed this document with the clerk of the court

using the CM/ECF system, which will send notification of this filing to CM/ECF participants

registered to receive service in this MDL.

<u>/s/ William M. Gage</u>

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-01990 | Linda Jean Swagerty v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04527 | Catharine Anna Konik v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05770 | Nancy Lovejoy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05903 | Gloria Marshall v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05905 | Ola Ragsdale v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06009 | Karyn Tacconelli v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06010 | Angela M. Tamalavic v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06015 | Martha Tomes v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06020 | Susan E. Vascek v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06359 | Lucy Young v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06896 | Dominga Montanez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06898 | Rebecca Montoya v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06900 | Virginia O'Connor v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06924 | Rose Tolson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06932 | Marcia Whittymore v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01344 | Debra Jean Stomel v. Ethicon, Inc.; Johnson & Johnson |