# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Andrew J. Fink
Andrew J. Fink
Solis Law Firm
5310 West Cermak Road
Cicero, IL 60804
(708) 795-0400
transvaginal.mesh.solis@gmail.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-13174 | Jan Michels and George Michels v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14520 | Jennifer Thrall and James Thrall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14528 | Nora Elia Hernandez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14535 | Maria Luna and Jaime Luna v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15473 | Patricia Gonzalez and Efren Gonzalez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15493 | Estefana Martinez and Rigoberto Martinez v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15800 | Andrea Aragon and Aurelio Aragon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15955 | Carol Rzeszutko and Larry Rzeszutko v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15987 | Maria Zuniga and Eladio Zuniga v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16462 | Aline Sirinian v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16639 | Irene Luna v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17503 | Josefa Correa v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17697 | Keisha Lewis and Gary Lewis v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17827 | Lea Adele Shmoldas and John Shmoldas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17993 | Ignacia Montemayor Gutierrez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18154 | Filiberta Corona v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18278 | Ana Segovia and Mario Medrano v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18478 | Eva Gutierrez and Ruben Mendez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18590 | Antonia Garcia Palomo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18665 | Rosa Cisneros v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18775 | Lori Burdett v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18819 | Mary DeYoung and Robert DeYoung v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18828 | Emma Collins and Willie Collins v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18905 | Delilah De La Rosa v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19371 | Tommie Sadler and Steven L. Sadler v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-13863 | Paula Saenz v. Ethicon, Inc.; Johnson & Johnson |