IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF JOINT
MOTION TO DISMISS WITHOUT PREJUDICE**

Defendants Ethicon, Inc., Johnson & Johnson and/or Ethicon LLC (collectively the "Ethicon Defendants") hereby give Notice of the Withdrawal of their Joint Motion to Dismiss Without Prejudice filed April 30, 2019 under Doc. No. 7939.

Respectfully submitted,

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-01568 | Marcia K. Wilson and Robert Wilson v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-07305 | Tammy Jo Suddeth v. Ethicon, Inc.; Johnson & Johnson; C.R. Bard, Inc.; Tissue Science Laboratories Limited |
| 2:14-cv-07414 | Arlinda N. Billington v. Ethicon, Inc.; Johnson & Johnson; American Medical Systems, Inc. |
| 2:14-cv-07419 | Doris H. Carrotto v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-07652 | Amy Briggs Sullivan v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07908 | Lisa Michelle Lawson v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-07936 | Sharon K. Fath v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; C.R. Bard, Inc. |
| 2:14-cv-08022 | Linda D. Joyner v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-08704 | Elizabeth Hernandez v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-08721 | Heather R. Howell v. Ethicon, Inc.; Johnson & Johnson; C.R. Bard, Inc.; Tissue Science Laboratories Limited |
| 2:14-cv-09016 | Theila Mae Berry v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-01925 | Imogene Mayse v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-07151 | Juana Alcantara v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |