# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Hunter J. Shkolnik
Hunter J. Shkolnik
Napoli Bern Ripka Shkolnik & Associates
350 Fifth Ave., Ste. 7413
New York, NY 10118
(212) 397-1000
hunter@napolilaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-10071 | Pamela Boutwell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10088 | Patricia Dickerson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10096 | Patricia L. Guerrero v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10108 | Roberta Hutcherson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10121 | Mary McClary v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10133 | Kristen Morrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10136 | Dee Organ v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10141 | Janyce Rodgers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10156 | Vicki Weymouth v. Ethicon, Inc.; Johnson & Johnson |