**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION _____ THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327 MDL No. 2327 JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson &

Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move

to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P.

41(a)(2).  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the

Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Michael G. Guajardo
Michael G. Guajardo
Guajardo & Marks
13355 Noel Road
One Galleria Tower
Suite 1100
Dallas, TX 75240
(972) 774-9800
mike@guajardomarks.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*


<u>CERTIFICATE OF SERVICE</u>

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.


<u>/s/ William M. Gage</u>

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-01456 | Kathy Ackley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01457 | Nancy Kay Detert v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01460 | Lianne Dawn Mills v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01463 | Teresa Gail Worth v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07385 | Joyce Brauer v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07387 | Angelia Daugherty v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07400 | Priscilla Albenzi v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07407 | Donna Davis v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07419 | Patricia Shelton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07591 | Geraldine Stone v. Ethicon, Inc.; Johnson & Johnson |