# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., Ethicon LLC, Ethicon Women's Health and Urology, and/or Gynecare (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Aylstock Witkin Kreis & Overholt
17 East Main Street
Suite 200
Pensacola, FL 32502
(850) 202-1010
baylstock@awkolaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-00516 | Patricia Conti v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-00609 | Cynthia Louise Runkle v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-04826 | Angela Benedetto v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06486 | Brenda Kaye Lewis v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08527 | Jeanette Louise Johns v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-08738 | Betty J. SanJuan v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09307 | Johnna Baker v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09469 | Lesha Paulette Lee v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00096 | Lori Sue Lefever v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01879 | Nichole Hildebrandt and Gregory Hildenbrandt v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01979 | Mary J. Burke v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07876 | Colleen M. Doyle v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09797 | Kimberly L. Clark-Hoffer v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11060 | Angela L. Webb v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18771 | Shelley Lynn Long and Bobby Long v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24554 | Diana D. Gregory v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26285 | Mary Patricia 'Mary Pat' McLaughlin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26293 | Carol A. Weaver v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26296 | Donna Carol Richardson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26698 | Marilyn J. Dalton v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26730 | Debra D. Willingham v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27124 | Mildred L. Schnorr v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27126 | Regina Marie Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27988 | Rebecca J. Thomas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28007 | Donna G. Willoz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28013 | Esmeralda Reyna Woodson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28761 | Gloria Ann Guzman v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28768 | Linda Sue Young v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29374 | Judith R. Hawkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29377 | Beverly Ann Henke v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29378 | Belinda A. Holliman v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29768 | Lee A Niro v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29769 | Denise L. Owens v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29773 | Kim S. Stay v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30007 | Patricia Giesbers Pierce v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30537 | April Dawn Klein v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-30744 | Linda K. Adams v. Johnson & Johnson |
| 2:13-cv-30753 | Tasha R. Robinson v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-31461 | Michelle D. Salazar v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-32374 | Mary Sue Butler v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33191 | Erin Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33192 | Jessica M. Lacy v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-34045 | Geri E. Isbell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-02276 | Ylonda K. Stephens v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-06585 | Sylvia Thompson Louda v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-06830 | Ann R. Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07288 | Holly AnnMarie Baker v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07417 | Dorine A. Bucci v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07448 | Debbie S. McElhaney v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07454 | Emily Ida Homburger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07455 | Deborah K. Nicholson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07463 | Lisa Marie Pottorff v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07467 | Mary Louise Ryan v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07487 | Carol Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07488 | Misty Michelle Tregellas v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07573 | Elizabeth Anne Bauer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07574 | Glenna Faye Baumer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07598 | Wilma J. Rhodes v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07633 | Theresa A. Barker v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07650 | Cynthia A. Carter v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07660 | Mary E. Hughes v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07662 | Sherry A. Harris-Barksdale v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07665 | Darlene B. Hilbert v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07675 | Patti D Koch and Chuck P. Koch v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07686 | Maria Hester Owens v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07690 | Rosario S. Rodriguez and Pedro Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07714 | Connie Lea Dotson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07777 | Fannie Lee Boyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07809 | Brenda L. Culhane v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07814 | Lynn R. Brandt and Barry S. Brandt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07832 | Robin Lynn Dylewski v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07847 | Sandra Kay Cochran v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07848 | Lisa Renee Coley v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07901 | Janet Marie Kane v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07911 | Christina Danielle Liebel v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07917 | Bertha H. McNew v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07951 | Georgia Louise Wade v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07971 | Deirdre E. Gilkerson and Steve L. Gilkerson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07992 | Patricia L. Hamad v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07996 | Janine R. Conahey v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08004 | Robin K. Gosney v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08073 | Rita Irish v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08086 | Tammie A. Larrison v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-08096 | Janice Marie Burnett and Joe Mitchell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08116 | Kristi Elaine Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08120 | Shirley Ann Neumann v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08125 | Priscilla L. Pitts v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08150 | Charity Lynn Moreland v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08155 | Phyllis Ruth Long v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08160 | Dixie L. Mortensen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08191 | Angela Juanita Nichols v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08193 | Michelle L. Angle v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08197 | Jennell Annette Oiler v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08203 | Jacqueline D. Sharp v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08207 | Linda C. Sine and David M. Sine v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08223 | Penny Lynn Rupert v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08301 | Terri Harland Stringer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08302 | Lisa G. Taylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08389 | Sandra M. Shinkle v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08398 | Tammy Rae Solt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08424 | Lori Ann Earl v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08433 | Sheila A Ferris-Beaton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08467 | Cynthia Joan Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08505 | Laura Rose Abuzalaf v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08509 | Kimberlee A. Avila v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08524 | Judith Ann Adams v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08525 | Linda M. Bradshaw v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08669 | Julie M. Casteel v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08674 | Sandy Custer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08675 | Carol A. Damico and Peter Damico, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08676 | Kristel E. Davis v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08697 | Billie Lynn Harrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08700 | Tracy R. Heigle v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08707 | Annie M. Howard and James P. Howard v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08716 | Sharon Huddle DeAngelo v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08728 | Charmaine Michielle Chester v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08761 | Donna Jo Hunt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08789 | Marie L. Taylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08792 | Kelley Joan Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08810 | Donna Joanne Meyer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08845 | Maria Lydia Mendoza v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08848 | Pauline Maxine Nash-Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08849 | Michelle C. O'Dell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08852 | Barbara A Perez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08866 | Dora B. Yoshimoto v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08875 | Tammie Dee Keith v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08904 | Edna Michelle Petix v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08911 | Leona Lorraine Simmons v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-08915 | Francisca A. Thomas and Thaddeus Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08922 | Gayle M. Yates v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09024 | Shari Lynn Coronado v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09046 | Craig M. Beebe v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09049 | Mary Lee Borges v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09073 | Kathleen Marie Golwitzer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09078 | Mattie L. Hill v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09089 | Patricia Ann Kraff v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09097 | Janet A. McInturff and Bryan McInturff v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09100 | Stephanie D. Norman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09116 | Patricia W Parris and Kenneth H. Parris v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09120 | Doris S. Rabon-Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09125 | Sandra C. Renteria v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11502 | Kathleen Elizabeth Bell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13399 | Rhonda K. Haynes and Michael Haynes v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14383 | Michelle Renee Kociuruba v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16123 | Beth S. Burnham v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17974 | Kimberly Ann Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20676 | Karen Marie Midgette v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21002 | Melissa Danielle Moynihan v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22790 | Georgia Ann Lynch v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25654 | Sandra Jean Chaney v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26290 | Pauline A. Dill v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26296 | Lori L. Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26298 | Norma Mendez-Cruz v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26302 | Krystal Sawyer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26306 | Sheila R. Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01884 | Nicole L Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02542 | Mary L. Conley v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02602 | Cynthia Gray v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02614 | Diane M. Sabo v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02924 | Tanya M. Garzon and Harold D. Garzon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02937 | Theresa M. Hogue v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02946 | Eve Nadine Long v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02948 | Jill D Marlowe v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02955 | Patricia W. Nugent and Jerry F. Nugent v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03106 | Mary F. Hennrich v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03126 | Lazara D Wambrug-Carlos v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05040 | Barbara H. Collier v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05092 | Carolyn S. Cook v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05191 | Ann Christine Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05370 | Geronell Chavis Weston v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05390 | Shannon Elizabeth Crotts v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05440 | Tamara Dani Cooper v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05443 | Eve E. Dooyema v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-05605 | Kathy Melissa Good v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05682 | Regina M. Solomon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05690 | Mary Jane Strange v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05787 | Linda M. Galligan v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05804 | Casey R. Gillaspie v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05812 | Janice N. Haines v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05954 | Grace L. Gergela v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06069 | Jaime Lynn Langdon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06072 | Karin Ann Ledoux v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06135 | Connie M. Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06705 | Lottie J. Stoker v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06878 | Joyce L. Morgan v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06879 | Jana Renee Potter v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06901 | Kathy K. Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07554 | Kelly Spath v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07635 | Amber Nicole Russo v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07901 | Darlene J. Vaccarelli v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07905 | Angel Denise Crain v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08239 | Diane E. Robinson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08240 | Lisa A. Oxendine v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08241 | Meshell Yarberry v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14070 | April A. Ford v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01911 | Kim Evans v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01912 | Autumn S. Frushour v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01919 | Andell Hanlon v. Ethicon, Inc.; Johnson & Johnson; Ethicon Women's Health and Urology; Gynecare |
| 2:16-cv-01969 | Donna J. Fransworth v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01979 | Lisa M. LaFranca v. Ethicon, Inc.; Johnson & Johnson |