**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.
　　　PELVIC REPAIR SYSTEM
　　　　PRODUCTS LIABILITY LITIGATION　　　　　　　　　　　　MDL 2327

THIS DOCUMENT RELATES TO ALL CASES
ASSIGNED TO JUDGE JOHNSTON

**PRETRIAL ORDER # 338**
(Adoption of PTO # 329 (Dismissal of Settled and Paid Cases))

On May 7, 2018, the Judicial Panel on Multidistrict Litigation entered an Assignment Order reassigning those cases that present recusal issues for the original transferee judge, Judge Joseph R. Goodwin, to me. Since that assignment, several pretrial orders have been entered by Judge Goodwin in this multidistrict litigation, *In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, 2:12-md-2327 ("MDL 2327").

On February 21, 2019, Judge Goodwin entered Pretrial Order ("PTO") No. 329, (Dismissal of Settled and Paid Cases). To effectively and efficiently streamline procedures and be as consistent as possible throughout MDL 2327, I find adoption of PTO No. 329 to be necessary.

The court **ORDERS** that PTO No. 329 is **ADOPTED** for every case in MDL 2327 assigned to me.

**IT IS SO ORDERED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in every MDL 2327 case assigned to me. It shall be the responsibility of the parties to review and abide by all pretrial orders previously entered by the court, whether those pretrial orders were entered by

myself or Judge Goodwin. The orders may be accessed through the CM/ECF system or the court's website at www.wvsd.uscourts.gov.

        ENTER:     May 3, 2019

_____
THOMAS E. JOHNSTON, CHIEF JUDGE