## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., Ethicon LLC, and/or Ethicon Women's Health and Urology (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Jeffrey M. Kuntz
Jeffrey M. Kuntz
Thomas P. Cartmell
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701-1100
jkuntz@wcllp.com
tcartmell@wcllp.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

P.O. Box 3824  
Charleston, WV 24338  
(304) 414-1800  
srobinson@tcspllc.com  
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-00604 | Patricia Eger v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-01660 | Jennifer Cooper and Dave Cooper v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-02642 | Tabitha Williamson v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05168 | Shelby Anders v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05191 | Shirley Cox and Randall Cox v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-05647 | Robin Davis v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-05688 | Patricia Green and Jackie Green v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06818 | Carol Sauer and William Conner v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07446 | Maria Shook and peter Shook v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09250 | Naomi Shelton v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09297 | Rita Rollin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09303 | Sheila Golden v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09418 | Kimberly Aguilera v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09426 | Pamela VanNostrand v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00158 | Cynthia Roberts v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00522 | Teresa Hamlin v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00746 | Joyce Wright v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01046 | Ruby Lawler and Stillman Lawler v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01522 | Lula Slone v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-02067 | Jackie McWherter and Matthew McWherter v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-02638 | Tammy Dillbeck and Edmond Dillbeck, Sr. v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-03860 | Olivia Rico and Luis Rico v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05105 | Dwight Pfeffer v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05930 | April Farley-Snavely v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05935 | Ann Tillison v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-05937 | Sheila McKee and Joseph Kovach v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06715 | Deborah Manhart v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-08176 | Pamela Rose and Jeffrey Rose v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-08179 | Cherayl Stephens and John Stephens v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-08650 | Bernice F. Been v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-08760 | Jacqueline D. Simpson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09895 | Belinda Bolin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09898 | Shirley Malone v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11679 | Brenda Kay McWilliams v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-12198 | Monica Burkel and Michael Burkel v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12446 | Melissa Machado and James Mattern v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-12609 | Deloris Butler and Dewey Butler v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12810 | Margaret Slusser and Martin Luther Slusser, Jr. v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12839 | Peggy Bommer v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-12976 | Wendy Cox v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12979 | Connie Dunkle-Weyrauch and William Weyrauch v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12981 | Alberta Fabela(Deceased) and Michael Fabela v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12984 | Barbara Hill v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-12995 | Lonnie Lorance v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13067 | Shirley Pehrsson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13069 | Sandra Proctor v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13077 | Tamara Shaver and Mark Shaver v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13159 | Minda Norris and Todd Norris v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13604 | Anna Zeephat v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-13609 | Mary Verdict v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-13674 | Nancy Nash and William Nash v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13677 | Sonja Pfeiffer v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13678 | Kelli Thomas-Young and Willie Young v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-13928 | Rose Falls v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-13959 | Shelley Easley and Jerry Easley v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-14031 | Diana Aelmore and Larry Aelmore v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14033 | Elizabeth Pollack v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14185 | Sharon Davidson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14677 | Alice Levine v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15070 | Susan Hupp and Michael Hupp v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15073 | Carole Kramer and Joel Kramer v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15083 | Sally Knott v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15931 | Penny Hardy and Luke Eric Hardy v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15937 | Robin Presser and Donald presser v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15975 | Linda Hedemann and George Hedemann v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-16014 | Mary Benedict v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-16082 | Yolanda Davis and Jeff Davis v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16256 | Diann Braun and Norman Braun v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-16712 | Irma Morales and Rafael Morales v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16995 | Imogene Brandenburg v. Ethicon, Inc.; Johnson & Johnson; |
| 2:13-cv-17666 | Christine Howe and David Howe v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18220 | Amber Leibenguth v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18575 | Laura Godwin and Chad Godwin v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18617 | Kimberly Green and Kenneth Green v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18741 | Laura Davis and Raymond Davis v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19277 | Colleen White and Elton White v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-19318 | Mary Wiedner and Adam Wiedner v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-19615 | Karen E. Terpstra v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19619 | Christy R. Mitchell and John C. Mitchell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20069 | Marie Woods and James Woods v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20253 | Cellaneece Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20258 | Frances Foos and Ronald Foos v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20261 | Ellen McEntee and Glenn McEntee v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20392 | Denise Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20399 | Aida Velez v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20401 | Ginger Coble and Larry Coble v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-20751 | Kimberly Wilson v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-21710 | Marylynn DeGesero and Ronald DeGesero v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-21759 | Joyce Graves v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-21760 | Christine Green v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-23451 | Betty Hammon and Robert L. Hammon v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-23452 | Rhonda Henshaw and Denny Henshaw v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-23670 | Gloria Mellon and Arthur Mellon, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-23685 | Sharon Girdler and Terry Girdler v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-23790 | Brenda Lau Vandewalker and Duane Vandewalker v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-23800 | Joy Ann Lang v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24092 | Rhonda Caballna (Cabalona) v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25317 | Shawn Snay-Youngblood and Timothy Youngblood v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25812 | Linda Beam v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28035 | Barbara Chambers and Donald Chambers v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28038 | Lei Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-32110 | Judith Radloff v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33151 | Jennifer Billings v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33408 | Edith Dunnam v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-33786 | Pamela Briggs v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-00488 | Annette Yvonne Petersen and Charles Petersen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-01422 | Judith Quatrocky and Fred Quatrocky v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-01426 | Ellen Lucien v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-04173 | Julie Phillips v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-05768 | Estralee Michaelson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08801 | Aidee Hernandez Herrera and Hector Herrera v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09539 | Jennifer Fredrickson and Thomas Frederickson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09548 | Susan Hayes and Stephen Hayes v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09557 | Lisa Risen and Kenneth Risen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11150 | Beverly Lynch v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11156 | Evelyn Racca and Pete Racca v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11162 | Sharon Shamburger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12256 | Nicole Harkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-15160 | Kathy Boults v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-15780 | Eva Comardelle and Wilton P. Comardelle, Jr. v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-15784 | Marylin Gates and Jess Odell Gates v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16359 | Tammy Inge v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16411 | Bonnie Hair v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17246 | Marie Hutson and Jack Hutson, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17360 | Leslie Dees v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-17371 | Wanda Hamilton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17379 | Angela J. Wisner and Erik Wisner v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17380 | Karen M. Busby and John Busby v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17397 | Kelly Jo Daily v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-17687 | Jennifer Griffin and Walter Griffin v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17913 | Tamberlyn Moyers and Tony Moyers v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18007 | Terri Thomsen and Ole Thomsen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18214 | Tiffany Sills v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18373 | Diana Rivers v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18676 | Laurel Marshall v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18887 | Barbara McLean v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18896 | Marilynn Nehring v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19288 | Lola Jean Peters v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19294 | Kimberly Young v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19536 | Kay Dennis and Tony Dennis v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-19537 | Barbara Gordon and Alvin Gordon v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19540 | Suzanne Hollinger and Ronald A. Hollinger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19541 | Lorita Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19542 | Kathleen Lamattina v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19908 | Casey Nowicki and Frank R. Patterson, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19918 | Susan Brown and Calvin A. Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20652 | Susanna Rongey and Gary Rongey v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22380 | Danette Krieg and Jim Krieg v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-23974 | Ginger Russell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24946 | Macy Harmon v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24948 | Cynthia Hampton and James Hampton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25066 | Ronda Quinn v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25067 | Jody Picagli v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25070 | Barbara Mendenhall and Rodger Mendenhall v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25088 | Kristie Curtis v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-26371 | Brenda Aswege v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26567 | Emma Bishop v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27421 | Judy LeDoux and Carl Milburn v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28374 | Dawn Carlo v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29053 | Susan Michelle Cresap and Robert Cresap v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30007 | Rena Getchell and Wayne Getchell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30129 | Kimberly Reif and Duane Reif v. Ethicon Women's Health and Urology; Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31060 | Amy Lemke and Joseph Lemke v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31204 | Dorothy Malloy v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01193 | Tami Kivel and Kris Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01203 | Laurie Clements v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-01206 | Carol Gartside and Benjamin Gartside v. |
| 2:15-cv-01209 | Christie Malone v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01214 | Jessica Tellez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01274 | Melinda Strauss and David Strauss v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01381 | Karen Testerman v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01839 | Rhonda Clary v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-01842 | Melissa Evans and David Evans v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-01852 | Jane Richard and Joseph Richard v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02304 | Mary Hilton v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02307 | Kourtney Peters-Lasher and Jeremy Lasher v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02407 | Teresa Greenleaf and Steve Greenleaf v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02498 | Pilar Brock v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02523 | Ila Barber and Charles Barber v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03134 | Angela Childs v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-03138 | Kim Hartley v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03140 | Mary Mooney and Patrick J. Mooney, III v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04128 | Sandra Jerdan v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04256 | Gina Kissam v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04507 | Shirley Rego and Gerald Rego v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04510 | Margrit Galano v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04514 | Grace English and David Alton English, Sr. v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-04929 | Tecia Ivey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05293 | Christine Emmett v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-06807 | Barbara Terry v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06808 | Juel Clark v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-06813 | Constance Thomas and James M. Thomas v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-07200 | Melanie Browning v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07202 | Susan Corby v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-07205 | Tammara DeJarnett v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-07206 | Rhonda Durbin and Randall K. Durbin v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-07214 | Barbara Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07215 | Sheila Lawrence and Calvin D. Lawrence v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07224 | Cheryl Simpson and Thomas E. Simpson, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07426 | JoAnn Kirby v. Ethicon, Inc.; Johnson & Johnson |