# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br> MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Jeffrey M. Kuntz
Jeffrey M. Kuntz
Thomas P. Cartmell
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701-1100
jkuntz@wcllp.com
tcartmell@wcllp.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-07538 | George Way, Personal Representative for the Estate of Agnes Way (Deceased) v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07717 | Crystal Beelen and David Beelen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08180 | Mary Johnson and Steven R. Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08190 | Kimberly Barontini v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08205 | Jody Jack v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08228 | Mary Cullen v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08264 | Dolores Kearney and William Kearney v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08875 | Angela Owens v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09366 | Nancy Steen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09368 | Ramona Curry and Jeffrey Curry v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-09447 | Brenda Ritchie and Danny Ritchie v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09450 | Andrea Cornett v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-09452 | Judith Lunn v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09454 | Teresa Yarbough and David Yarbough v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09456 | Viola Alever and Charles Alever v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09464 | Linda Fulcher v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09465 | Amanda Harris-Way and Johnnie R. Way v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09653 | Saga Hayward v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11524 | Theresa Buckler and Jeffrey Buckler v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11527 | Gladys Frederick v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11600 | Linda Lewellen and Bob Lewellen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11862 | Cindy Followell v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11972 | Joan Parhamovich and Anton Parhamovich v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13005 | Deborah Austin and Curtis Austin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13007 | Panzy Shamray v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13060 | Jane Bisson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13268 | Betty Evans v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-13575 | Rita Bailey and Gerald Bailey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13576 | Deborah Bowen and Richard Bowen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13577 | Joyce Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13582 | Wanda Baucom and Marvin Baucom v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13585 | Karen Clapp and Thomas Clapp v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-13882 | Patricia Kidd and Martin Jeffrey Kidd v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13883 | Sherry Leiser-Gold v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13884 | Lorena Morris and Clyde Morris v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14433 | Jeanette Interiano v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14677 | Melissa Sherman and Donald Wayne Sherman Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14681 | Althea Aponte and Felipe Aponte v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15409 | Liberty Gutierrez and Ronnie Gutierrez v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-15462 | Jean Tyson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15942 | Janis Dorsey and David Dorsey v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-16383 | Annette Beach v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16399 | Dorthy Miller and Lonnie L. Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16408 | Janice King v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16419 | Teresa Davis and Richard Davis v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-16525 | Velma Fowler and Thomas Fowler v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00258 | Jeanette Rebello and Stanley Rebello v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00836 | Mary Caves and Larry Caves v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00838 | Rosa Luera v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01492 | Janice Salter v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01596 | MaryLou Shabarekh v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02158 | Frances East v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02162 | Felicia Eggleston v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03240 | Heather Morrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03246 | Daphne Mann v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03247 | Frances McGregor v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03248 | Laura White v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03250 | Theresa Walsh v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03251 | Kristine Rudolph and Brian Rudolph v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03255 | Nadine Jones v. Ethicon, Inc.; Johnson & Johnson; ` |
| 2:16-cv-03257 | Deanna Littau v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03261 | Elizabeth Young and Terry Young v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03266 | Carolyn Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03281 | Kimberly Resler v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03290 | Serina Vipperman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03298 | Mary Crawford and William Simmons, Jr. v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03332 | Debra DeMaio v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03348 | Kathy Collett v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03349 | Leetha Campbell and Gregory Campbell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03351 | Deborah DePool and Jose DePool v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03352 | Anna Lasaine v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03353 | Davi Lucas v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03359 | Michal Chase-Cohen v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03362 | Lashebra Morgan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03369 | Vallarie Fisher v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03370 | Jennifer Cosme and Albert Cosme, Jr. v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03377 | Betty Brown and Issac Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03384 | Lacinda Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03387 | Marilyn Lowrey v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03398 | Aleen Jaecks v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03437 | Patricia Fischer v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03438 | Enid Trivett and Terry Trivett v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03439 | Marcia Ham and Daniel Ham v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03446 | Patricia Norval v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-03448 | Helen Radin and Milford Radin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03456 | Joyce Wells and Ray Wells v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03457 | Nancy Bemis v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03463 | Judy Wainaina v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03468 | Patricia Drummond v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03476 | Barbara VandenBerg v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03480 | Donna Crawn v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03487 | Lessie Ramsey v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03518 | Linda Peterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03526 | Bernadette Cozart v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03528 | Laurie Hunter v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03530 | Nova Montgomery v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03532 | Judith Tuttle v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03540 | Mary Ortner v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03541 | Connie Raines and Claude Raines Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03551 | Velma Payne v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05395 | Jayne Bergman and Leon Bergman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05409 | Vicky Confer and Timothy Confer v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-06340 | Vera Hetzer v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06500 | Linda Ortego and Herman Ortego v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06656 | Suzanne Tarazi-Ferraro and Christian Ferraro v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06694 | Janice Waters and Daniel Waters v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07094 | Amy Norris and Raymond Norris v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07541 | Anna Pernod v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08106 | Jodi Scott and Russell Scott v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08107 | Yvonne Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08116 | Kandy Allen v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08608 | Eileen Radke and Bruce A. Radke v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08848 | Judy Langworthy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08857 | Deborah Kulengowski and Timothy Kulengowski v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09084 | Lisa Jackson and James Jackson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09092 | Misty Ingalls and Jerry Ingalls v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09094 | Dawn Jachim and Roman Jachim v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09096 | Sandra Emmons and Steve Emmons v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-09124 | Carol Tomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09193 | Frankie Trantham v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09194 | Juanita Bell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09392 | Samantha Niemyer v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09501 | Maria Del Carmen Sanchez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12680 | Esther Jimenez and Joel Jimenez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12688 | Tracy Faust v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-12689 | Mary Turash v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12690 | Maggie Bajandas v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:17-cv-00148 | Andrea Stewart and James D. Stewart v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00533 | Frances Guillot v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00700 | Karen Munoz v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01240 | Rosella Johnson and Ronald Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01392 | Linda Garmback and James Garmback v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01395 | Janet Roshia v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01942 | Marie Cannon and Dave Cannon, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01958 | Joline Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02105 | Sandra Peiffer v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02153 | Jean Lassiter v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02390 | Marsha Bennett v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02413 | Stephanie Richardson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02547 | Nancy Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02635 | Sandra Rogers v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02640 | Angela Ison v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02703 | Melanie Ales v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02707 | Heidi Bashen v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02756 | Lauretta Bongiorno v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02758 | Lorena Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02764 | Grace Champlin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02765 | Kimberly Daino v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02768 | Elouise Downey v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02769 | Lois Duncan v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02790 | Amy Franklin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02814 | Diana Sepulveda v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02815 | Darlene Shank v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02816 | Latoya Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02817 | Margie Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02819 | Virginia Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02822 | Flora Soriano v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02823 | Norma Stephen v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02828 | Darlene Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02832 | Elizabeth Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02833 | Tara Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02834 | Lois Unz v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02835 | Margaret Ursin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02838 | Doris Wilkinson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02839 | Dana Woods v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02848 | Amanda King v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02859 | Lenita Ortega v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02861 | Catherine Martino and Ronald Martino v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02862 | Evelyn Melton v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02863 | Tania Monzon v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02869 | Dianna Norris v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02906 | Betty Ogden v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:17-cv-02907 | Maria Orozco v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02909 | Cynthia Pinto v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02910 | Rita Proulx v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-02912 | Sherry Puckett v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-02914 | Roberta Roper v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02915 | Patricia Rossman v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02917 | Ketevan Gelashvili v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02920 | Rena Garelick v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02928 | Jennifer Blake v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02934 | Marrissia Ruth v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02938 | Stephanie Landmon v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02939 | Lucille Lafond v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02943 | Sherry Johnson v. Ethicon, Inc.; Johnson & Johnson; ` |
| 2:17-cv-02944 | Lorena Idrovo v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02948 | Misty Headrick v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02949 | Christina Harris and Joshua Harris v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02979 | Roena Winters v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03256 | Jennica M. Warden v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03282 | Katie Colson v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-03377 | Deborah Townsend v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03896 | Guilla Azran v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03949 | Laura Spicer v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04027 | Toni-Ann Gagliardi v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04173 | Sandra Peat v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04196 | Margaret Van Winkle v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04424 | Stephana Caviness v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04425 | Gay DuQuette and Rodney Duquette v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-04596 | Joyce Hamilton v. Ethicon, Inc.; Johnson & Johnson |