# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibits A – L, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Ryan J. Browne
Ryan J. Browne
Spencer P. Browne
Reyes Browne Reilley
5950 Berkshire Lane
Suite 410
Dallas, TX 75225
(214) 526-7900
ryan@reyeslaw.com
spencer@reyeslaw.com

/s/ Ethan Lee Shaw
Ethan Lee Shaw
Shaw Cowart
1609 Shoal Creek Boulevard

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

Suite 100
Austin, TX 78746
(512) 499-8900
elshaw@shawcowart.com

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

/s/ Donna Jo Bowen
Donna Jo Bowen
Slack & Davis
2705 Bee Cave Road
Suite 200
Austin, TX 78746
(512) 795-8686
dbowen@slackdavis.com

/s/ Marc R. Stanley
Marc R. Stanley
Stanley Law Group
6116 North Central Expressway
Suite 1500
Dallas, TX 75206
(214) 443-4300
marcstanley@mac.com

/s/ Aaron Clark Johnson
Aaron Clark Johnson
Summers & Johnson
717 Thomas Street
Weston, MO 64098
(816) 640-9940
aaron@summersandjohnson.com

/s/ Joel L. DiLorenzo
Joel L. DiLorenzo
The DiLorenzo Law Firm
2545 Highland Avenue South
Suite 100
Birmingham, AL 35205
(205) 212-9988
joel@dilorenzo-law.com

/s/ Elizabeth L. Dudley
Elizabeth L. Dudley
The Dudley Law Firm
23438 SW Pilot Point Road
Suite A
Douglass, KS 67039

(316) 746-3969
Liz@LizDudleyLaw.com

/s/ Michael T. Gallagher
Michael T. Gallagher
The Gallagher Law Firm
2905 Sackett Street
Houston, TX 77098
(713) 238-7749
mike@gld-law.com

/s/ Norwood S. Wilner
Norwood S. Wilner
The Wilner Firm
444 East Duval Street
2nd Floor
Jacksonville, FL 32202
(904) 446-9817
nwilner@wilnerfirm.com

/s/ Michael L. Beckman
Michael L. Beckman
Viles & Beckman
6350 Presidential Court
Suite A
Fort Myers, FL 33919
(239) 334-3933
michael@vilesandbeckman.com

/s/ Jeffrey M. Kuntz
Jeffrey M. Kuntz
Thomas P. Cartmell
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701-1100
jkuntz@wcllp.com
tcartmell@wcllp.com

/s/ Joseph J. Zonies
Joseph J. Zonies
Zonies Law
1900 Wazee Street
Suite 203
Denver, CO 80202

(720) 464-5300
jzonies@zonieslaw.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

     I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                                          /s/ William M. Gage

# EXHIBIT A
## (Reyes Browne Reilley)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-14442 | Billie Tyson and James Tyson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15150 | Janice Armour and Donald Armour v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15275 | Karen Sheldon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17332 | Karen D. Stanley v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17516 | Betty Mercer v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17579 | Lois Burrell and Kenny Burrell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18495 | Patsy Carroll and Estil Carroll v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19447 | April Martin and Michael Martin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19489 | Cynthia Davis-Bumbrey v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19490 | Virginia Green and Bruce Green v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-19491 | Leesa Hughes and Darrin Scott Hughes v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19950 | Minnie Houston and Almer Houston v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20018 | Deloris Budhram v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-20104 | Laura Bennett and Tiffany Bennett-Bays v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-20507 | Carma Manring v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24452 | Anita Richards v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29527 | Shirley Brissette and Michael Brissette v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-30730 | Dixie Meredith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14437 | Rosalyn McGuire and Samula McGuire v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24395 | Belinda Betancourt and Rafael Betancourt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26026 | Angela Taylor and Eddie Taylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00887 | M. Dianne Hogerty v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT B
## (Shaw Cowart)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-29566 | Sheryl Kay McLeroy and Geary McLeroy v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31357 | Patti Jo Crowley and Clayton Crowley v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13582 | Cynthia Ann Mohammad and Ali Y. Melham v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-15982 | Deborah Lee Gray and Patrick L. Gray v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-18675 | Mary Jo Ferreira and Joseph Ferreira v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19352 | Michelle Frantellizzi v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25467 | Amy Jennifer Jyrkinen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27883 | Deborah Lynn Daniel v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-05930 | Sherry A. Overton v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07310 | Lori L. Josephson and Eric Josephson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07413 | Cheryl J. Henson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07987 | Carmen Montano v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14152 | Katherine Bartell and Rodney B. Bartell v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT C**
**(Slack & Davis)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-16288 | Terence Elizabeth Paddack and Roscoe Sterling Paddack, Jr. v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-07450 | Barbara Blake Reyes and Felix Manuel Rayes v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT D**
**(Stanley Law Group)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-16312 | Cora J. Bowe v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16319 | JoAnn Naught v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16320 | Tammy Jo Painter and Rodney Painter v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16328 | Chloe Stewart v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16329 | Kimberly Thompson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16495 | Lori Staffler v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT E**
**(Summers & Johnson)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-12139 | Janelle Alexander v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-12192 | Deborah Johnson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14880 | Margaret Boston v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14884 | Susan Decaro and Dominic Decaro v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14885 | Michele Dixon and William E. Perry v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14887 | Nancy Dubin and George Dubin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14890 | Rita Gifford and Robert Gifford v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14893 | Victoria Harra v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15456 | Fern Jones v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15463 | Shawna Lanoue v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15467 | Kathryn Leitch and Russell Leitch, Jr. v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15474 | Diane Marshall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16134 | Brenda Minter and Charles Minter v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16143 | Bess Oldham v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16145 | Joan Oliver and Daniel Oliver v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16152 | Crystal Parker v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16159 | Susan Signor v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16162 | Shannon Smith and Harry Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16171 | Marilyn Stewart v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-16741 | Dawnita Fields v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17329 | Angela Walker v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18876 | Jacqueline Bell and David Bell v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18886 | Theresa Healy v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18887 | Anita Hewes and Ralph Hewes v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18889 | Bridgette McCall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18892 | Christine Parson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18895 | Pearl Whited and Stanley Whited v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-18103 | Linda Lewis and Dr. Jim Lewis v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20773 | Karen Fisher-Wallen and Richard Wallen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20779 | Cathy McManus and Charles McManus v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20780 | Wendy Morgan v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20782 | Lori Oman v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-22019 | Sandra Rosado v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22048 | Lori Wells and Leonard Wells v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22060 | Dixie Langton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22062 | Sharon Lennartson v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT F**
**(The DiLorenzo Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-19789 | Anna Lovell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09884 | Tina A. Stinnett v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:17-cv-01629 | Claire Strickland v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03083 | Rebecca Cochran v. Ethicon Inc. |
| 2:17-cv-03085 | Sheila Jett v. Ethicon, Inc. |
| 2:17-cv-03162 | Gwen Dills v. Ethicon Inc. |

## EXHIBIT G
## (The Dudley Law Firm)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-00100 | Margaret T. Fisher and John A. Fisher v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01679 | Mimi Woodruff v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01847 | Roxanna L. Crouch and Daniel Crouch v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-02136 | Josephine E. Wingo v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-02172 | Cynthia Pedemonti and Alfred J. Pedemonti v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-04523 | Gary Ann Brannock and Ralph Brannock; Virginia A. Robinson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06670 | Sharon M. Yates v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-06673 | Candy S. Lipinski and Jeffrey S. Lipinski v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07644 | Samantha Plemmons Cobun and Nicholas Cobun v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22501 | Georgia Faye Parker and Dale E. Parker v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22638 | Margaret Corinne Reynolds v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09713 | Kimberly K. Bailey v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

**EXHIBIT H**
**(The Gallagher Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-13182 | Susan Chamberlain v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13186 | Josephine Ilg v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13202 | Margaret Peterson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13207 | Rebecca Wilson v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13260 | Bambi Deaton-Moore v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13266 | Susan Fields v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13276 | Krystal Kinder v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13277 | Kathy Kirby v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13278 | Silvia LeGrand v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13282 | Phylis Murvay v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13290 | Mary Slavens v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13292 | Lisa Titus v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13293 | Patricia White v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-24290 | Lisa Christon v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24307 | Randi Jamieson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24310 | Denise Greenhalgh v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-24316 | Emily Lee v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24321 | Maxine Yuille-Carlisle v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-24327 | Sheila Richardson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24340 | Connie King v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24347 | Terri Dembowski-Gloede v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24349 | Beckie Davis, Deceased v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24350 | Janet Batlan v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-09621 | Leigh Barham v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09625 | Marquita Massa v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11808 | Pamela Decker v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-11813 | Angela Lamons v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13900 | Sandra Hardesty v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT I
### (The Wilner Firm)

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-11991 | Lora S. Kraynick and William J. Kraynick v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT J**
**(Viles & Beckman)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-22651 | Debra McCaslin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT K**
**(Wagstaff & Cartmell)**

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-04600 | Jennifer Helton and Eric Helton v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00017 | Valerie Aharoni v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00018 | Heather Lyons v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00031 | Crystal Muse v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT L
(Zonies Law)

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-02829 | Kimberly Hill and Susan Limor v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07251 | Ora Kay Gray and Clarence Allen Gray v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07901 | Patricia Blake and Dale Blake v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03303 | Lana McKenzie v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22167 | Kimberly D. Stone v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-29406 | Novella Fucci and Edward Fucci v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-29411 | Sara A. Lawson and LeGrand H. Lawson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29424 | Mary K. Sierra v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29862 | Martha R. Escobar and Manuel Escobar v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16308 | Sharon Wardrip and Jeffrey Wardrip v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-18355 | Cheryl Lynne Terrell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24287 | Alma Freyre and Louis A. Freyre v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24970 | Marjorie Tolander and William Tolander v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25017 | Lavone Whitis v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25295 | Kimberly Shaw and Earl Shaw, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26055 | Joyce Chinn v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-26474 | Sara Sykes v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27064 | Patricia McClellan and Jonathan McClellan v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29903 | Danielle Matteson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30757 | Dianne Clay and Joe Clay v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-00639 | Kimberley Nevels and Bill Nevels v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01315 | Rebecca Ann Plachek v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01672 | Alva Bryant v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01673 | Nancy E. Smith and Perry Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02229 | Wanda Woodworth v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02641 | Elizabeth Pine v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02856 | Jennifer Marshall and David Marshall v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03954 | Merle Boyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04263 | Tammy Edwards v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-06407 | Cathlene M. Cady and Dale L. Cady v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06932 | Mary C. Spencer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06937 | Janet I. Sanderson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07207 | Audrey Edwards v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08437 | Virginia Pellegrino v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09070 | Shannon Adlong and Craig Adlong v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09472 | Pamela Chambers-Nelson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11163 | Betty Lou Siegel v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11164 | Diania Bottomley and Jerry Bottomley v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-11407 | Carol Palazzolo and Gerald Palazzolo v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11693 | Beverly Dieter v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-12523 | Sarah K. Garcia and Salome Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12733 | Patricia A. Hamer and Steven B. Hamer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13540 | Linda Waldrop v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13618 | Marie Noble v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13802 | Billie Goble v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13805 | Rita Chancellor v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-14246 | Jacqueline Allran and Jerry Allran v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14344 | Beverly Szewczyk and David Szewczyk v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14482 | Linda K.Taber v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14972 | Toni Ablah v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15401 | Olivia Christian v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-00071 | Patricia D. Harshman and Lynn Harshman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00388 | Wendy Jones and Terry Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01698 | Tracy K. Penninger v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03490 | Elva Vera and Roberto Vera v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03559 | Dawn Selby v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06096 | Rosa Watson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06601 | Elizabeth Bowers and James W. Bowers, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08476 | Janet K. Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08652 | Therese T. Dixon v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-01426 | Bria Singer and Philip Singer v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02062 | Jennifer Casey and Shelia Casey v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03828 | Tamara Wiese-Dreher and Bob Dreher v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04453 | Ann E.T. Casias and Raymond A. Casias v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04460 | Maria M. Martinez v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04462 | Catalina Servin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04464 | Janie G. Schneider and Norman Schneider v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04467 | Margie A. Grier Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04477 | Jacqueline Vandeusen v. Ethicon, Inc.; Johnson & Johnson |