IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibits A - L, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Joseph A. Osborne, Jr.
Joseph A. Osborne, Jr.
Babbit Johnson Osborne & Le Clainnche
1641 Worthington Road
Suite 100
West Palm Beach, FL 33409
(561) 293-2600
josborne@realtoughlawyers.com

/s/ Jon C. Conlin
Jon C. Conlin
Cory Watson
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

(205) 328-2200
TVMInfo@corywatson.com

/s/ Chad Cameron Lucas
Chad Cameron Lucas
Kuhlman & Lucas
1100 main Street
Suite 2550
Kansas City, MO 64105
(816) 799-0330
chad@kuhlmanlucas.com

/s/ George E. McLaughlin
George E. McLaughlin
Law Offices of John Gehlhausen
22488 East Polk Drive
Aurora, CO 80016
(720) 420-9800
gem@w-mlawgroup.com

/s/ Marc P. Weingarten
Marc P. Weingarten
Locks Law Firm
601 Walnut Street
Suite 720 East
Philadelphia, PA 19106
(215) 893-0100
mweingarten@lockslaw.com

/s/ Mary Patricia Tate Westman
Mary Patricia Tate Westman
Mary Westman Law
1818 West Lindsey Street
Suite C160
(405) 237-8737
mary@marywestmanlaw.com

/s/ Gregory Neil McEwen
Gregory Neil McEwen
McEwen Law Firm
5850 Blackshire Path
Inver Grover Heights, MN 55076
(651) 224-3833
gmcewen@mcewenlaw.com

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

/s/ Benedict P. Morelli
Benedict P. Morelli
Morelli Law Firm
777 Third Avenue
31st Floor
New York, NY 10017
(212) 751-9800
bmorelli@morellilaw.com

/s/ Laura V. Yaeger
Laura V. Yaeger
Morgan & Morgan
201 North Franklin Street
Suite 700
Tampa, FL 33602
(813) 318-5171
laura@yourlegalcounsel.net


/s/ David M. Peterson
David M. Peterson
Peterson & Associates
801 West 47th Street
Suite 107
Kansas City, MO 64112
(816) 531-0440
dmp@petersonlawfirm.com

/s/ Ryan J. Browne
Ryan J. Browne
Spencer P. Browne
Reyes Browne Reilley
5950 Berkshire Lane
Suite 410
Dallas, TX 75225
(214) 526-7900
ryan@reyeslaw.com
spencer@reyeslaw.com

/s/ Jeffrey M. Kuntz
Jeffrey M. Kuntz
Thomas P. Cartmell
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

(816) 701-1100
jkuntz@wcllp.com
tcartmell@wcllp.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**
**(Babbit Johnson Osborne & Le Clainnche)**

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-03215 | Donna Don v. Ethicon Inc.; Johnson & Johnson |
| 2:18-cv-00059 | Pamela McFall v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00060 | Lora Brown v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Cory Watson)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:17-cv-04330 | Nancy O'Neal v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT C
### (Kuhlman & Lucas)

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-03063 | Vickie Selvidge v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT D**
**(Law Offices of John Gehlhausen)**

| Civil Action No. | Case Style |
---|---
| 2:13-cv-16358 | Patricia M. Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

# EXHIBIT E
## (Locks Law Firm)

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-10847 | Linda Mariani v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT F**
**(Mary Westman Law)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:17-cv-02327 | Latisha Jackson and Brian Jackson v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT G
## (McEwen Law Firm)

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-01563 | Betty Amidei v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-02539 | Brandy Swinney and Jeffrey Swinney v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09318 | Rhoda Gainey and Michael Gainey v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-02348 | Connie Damberger and Michael Damberger v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-02639 | Elida Fernandez v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-04222 | Ella Anson and Melvin Tyler, Jr. v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-05303 | Karen Felts and Wallace Felts v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-06618 | Nora Montgomery and Clark Montgomery, Sr. v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07291 | Lena Brashears and Douglas Brashears v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07294 | Victoria Lynn-Crook v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15178 | Diana Wildman and Charles Wildman v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18766 | Rebecca Peterson and Richard Peterson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21797 | Sharon Lee v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17816 | Jacqueline Enlow and Jeffrey Enlow v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-17994 | Sandra Davis and Michael Davis v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-24517 | Judy Davidson v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-29998 | Jessica Mears v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT H
# (Morelli Law Firm)

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-15934 | Sherry Landmesser and Michael Bagwell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16376 | Theresa Maciog v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17970 | Natalie Scotto and Anthony Scotto v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18551 | Barbara Jo Bauman and Brent Bauman v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-12960 | Maria Moya and Aureo Moya v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02276 | Lorraine Scott v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT I
## (Morgan & Morgan)

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-11752 | Sandra Bramlett and Charles W. Bramlett, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21911 | Shannon Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21919 | Geraldine Browning and Larry Browning v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22379 | Barbara Hunter v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22500 | Leigh Schutt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27406 | Kristi Worthy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27410 | Cora Denomme v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-02273 | Janet Dampier v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-02279 | Christina Newman and Gerald Newman v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04252 | Renee Goodwin and Daniel Goodwin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04926 | Linda Stephens and Steve Stephens v. Ethicon, Inc. Johnson & Johnson |
| 2:15-cv-06362 | Robin Hensley and Timmy Hensley v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08105 | Connie Blevins and Robert Blevins v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08108 | Carol Hersh and Arnold Hersh v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08115 | Elizabeth Rosado and Ramen Rosado v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08909 | Carol Wakley and James Wakley v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09030 | Myra Burks and Andrew Burks v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09057 | Leanne Salazar and John Salazar v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11352 | Nola Harvard and Virgil Harvard v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13544 | Estela Mendoza v. Ethicon, Inc. |
| 2:15-cv-16539 | Josephine Fryar and Robin Fryar v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00027 | Carolyn Gonzales and Michael Gonzales, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00613 | Janet Martin and Paul Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01824 | Helen Finley and Steve Finley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04074 | Susan Bostic and Michael Bostic v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04963 | Guadalupe Stoudenmire and James Stoudenmire v. Ethicon, Inc. |
| 2:16-cv-06777 | Judy Hoffman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09076 | Marjorie Windham and Max Windham v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09080 | Melinda Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09090 | Judith Zaubitz v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09470 | Della Simmons and Wallace Simmons, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09475 | Bonnie Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09476 | Felicia Windham and Dana Windham v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09481 | Susan Myers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09484 | Michelle Montgomery and William Montgomery v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09485 | Jody Sulfridge and Carlos Sulfridge v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02844 | Alexandra M. Betts and John D. Betts v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:17-cv-02845 | Barbara Beyer v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02847 | Angela Carroll and Nick Carroll v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT J**
**(Peterson & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-23867 | Glenna Baird v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-26850 | Merle Blythe v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26867 | Angela Carr v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27446 | Bernita Conklin v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-28539 | Nina Jane Larrabee v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28542 | Susan Miles v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29034 | Marsha Reed v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29037 | Lisa Satterfield v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29808 | Teresa Merz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29906 | Lola Rutherford v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-01909 | Lesa Yeagy v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-09751 | Samantha Abbott v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-09782 | Rebecca Luna v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09786 | Kimberly Maynard v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-19796 | Deborah Batterman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19798 | Stacy Bazan v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19799 | Shelly Beaugrand v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19808 | Barbara Everett v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-19832 | Mildred Garris v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19833 | Darlene Holsted v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19835 | Terrie Hopkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19842 | Christine Kuhnwald v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19844 | Barbara Landegger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19853 | Naomi Peterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19858 | Mary Stroud v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19860 | Karen Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20023 | Denise Shepherd v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31485 | Maria Castellano v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06596 | Ruth Scherbarth v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-09939 | Catharine Kinstler v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11664 | Leslie Fore v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11667 | Anneliese Doss v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-11668 | Carolee Ehnes v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-11669 | Helen Ketcham v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11671 | Melda Ling v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14285 | Linda Silver v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02170 | Brandilee Gallegos v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04196 | Rose Anderson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07661 | Clara Nowacki v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02078 | Mano Mumin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02729 | Marilyn Salzer v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:17-cv-03264 | Donna Clement v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-03265 | Anita Cordes v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-03268 | Kerry Fields v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03269 | Patricia Glass v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03271 | Jena Milstead v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03274 | Tracie Nash v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03275 | Mary Newsome v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03276 | Therese Pheasant v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03294 | Shelma Richardson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03297 | Beverly Shehow v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03298 | Katherine Walsh v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03299 | Rebecca White v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03779 | Jamie Crowder v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-03780 | Shirley A. Napier v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT K**
**(Reyes Browne Reilley)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-05012 | Cynthia Murphy v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14440 | Cathy A. Hirsch-Eversole and Ricky A. Eversole v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

**EXHIBIT L**
**(Wagstaff & Cartmell)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-05515 | Penny Sloan v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09096 | Joyce Nurdin and Alvin Nurdin v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09224 | Edra A. Vazquez v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09716 | Virginia Pace v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00253 | Theresse Henry v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03062 | Esther McNish v. Ethicon, Inc.; Johnson & Johnson |