The motion to withdraw is GRANTED;
it is further ORDERED that motion(s)
is/are DENIED as MOOT.

ECF No. 7949

ENTER:   May 6, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327** **MDL No. 2327** |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | **JOSEPH R. GOODWIN** **U.S. DISTRICT JUDGE** |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Defendants Ethicon, Inc., Johnson & Johnson and/or Ethicon LLC (collectively the "Ethicon Defendants") hereby give Notice of the Withdrawal of their Joint Motion to Dismiss Without Prejudice filed April 30, 2019 under Doc. No. 7949.

Respectfully submitted,

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

## EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-00516 | Patricia Conti v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-00609 | Cynthia Louise Runkle v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-04826 | Angela Benedetto v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06486 | Brenda Kaye Lewis v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-08527 | Jeanette Louise Johns v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-08738 | Betty J. SanJuan v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09307 | Johnna Baker v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09469 | Lesha Paulette Lee v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00096 | Lori Sue Lefever v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01879 | Nichole Hildebrandt and Gregory Hildenbrandt v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01979 | Mary J. Burke v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07876 | Colleen M. Doyle v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09797 | Kimberly L. Clark-Hoffer v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11060 | Angela L. Webb v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18771 | Shelley Lynn Long and Bobby Long v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24554 | Diana D. Gregory v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26285 | Mary Patricia 'Mary Pat' McLaughlin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26293 | Carol A. Weaver v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26296 | Donna Carol Richardson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26698 | Marilyn J. Dalton v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26730 | Debra D. Willingham v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27124 | Mildred L. Schnorr v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27126 | Regina Marie Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27988 | Rebecca J. Thomas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28007 | Donna G. Willoz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28013 | Esmeralda Reyna Woodson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28761 | Gloria Ann Guzman v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28768 | Linda Sue Young v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29374 | Judith R. Hawkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29377 | Beverly Ann Henke v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29378 | Belinda A. Holliman v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29768 | Lee A Niro v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29769 | Denise L. Owens v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29773 | Kim S. Stay v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30007 | Patricia Giesbers Pierce v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30537 | April Dawn Klein v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-30744 | Linda K. Adams v. Johnson & Johnson |
| 2:13-cv-30753 | Tasha R. Robinson v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-31461 | Michelle D. Salazar v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-32374 | Mary Sue Butler v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33191 | Erin Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33192 | Jessica M. Lacy v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-34045 | Geri E. Isbell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-02276 | Ylonda K. Stephens v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-06585 | Sylvia Thompson Louda v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-06830 | Ann R. Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07288 | Holly AnnMarie Baker v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07417 | Dorine A. Bucci v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07448 | Debbie S. McElhaney v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07454 | Emily Ida Homburger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07455 | Deborah K. Nicholson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07463 | Lisa Marie Pottorff v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07467 | Mary Louise Ryan v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07487 | Carol Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07488 | Misty Michelle Tregellas v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07573 | Elizabeth Anne Bauer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07574 | Glenna Faye Baumer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07598 | Wilma J. Rhodes v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07633 | Theresa A. Barker v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07650 | Cynthia A. Carter v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07660 | Mary E. Hughes v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07662 | Sherry A. Harris-Barksdale v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07665 | Darlene B. Hilbert v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07675 | Patti D Koch and Chuck P. Koch v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07686 | Maria Hester Owens v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07690 | Rosario S. Rodriguez and Pedro Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07714 | Connie Lea Dotson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07777 | Fannie Lee Boyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07809 | Brenda L. Culhane v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07814 | Lynn R. Brandt and Barry S. Brandt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07832 | Robin Lynn Dylewski v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07847 | Sandra Kay Cochran v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07848 | Lisa Renee Coley v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07901 | Janet Marie Kane v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07911 | Christina Danielle Liebel v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07917 | Bertha H. McNew v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07951 | Georgia Louise Wade v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07971 | Deirdre E. Gilkerson and Steve L. Gilkerson  v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07992 | Patricia L. Hamad v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07996 | Janine R. Conahey v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08004 | Robin K. Gosney v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08073 | Rita Irish v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08086 | Tammie A. Larrison v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-08096 | Janice Marie Burnett and Joe Mitchell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08116 | Kristi Elaine Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08120 | Shirley Ann Neumann v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08125 | Priscilla L. Pitts v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08150 | Charity Lynn Moreland v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08155 | Phyllis Ruth Long v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08160 | Dixie L. Mortensen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08191 | Angela Juanita Nichols v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08193 | Michelle L. Angle v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08197 | Jennell Annette Oiler v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08203 | Jacqueline D. Sharp v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08207 | Linda C. Sine and David M. Sine v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08223 | Penny Lynn Rupert v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08301 | Terri Harland Stringer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08302 | Lisa G. Taylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08389 | Sandra M. Shinkle v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08398 | Tammy Rae Solt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08424 | Lori Ann Earl v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08433 | Sheila A Ferris-Beaton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08467 | Cynthia Joan Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08505 | Laura Rose Abuzalaf v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08509 | Kimberlee A. Avila v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08524 | Judith Ann Adams v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08525 | Linda M. Bradshaw v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08669 | Julie M. Casteel v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08674 | Sandy Custer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08675 | Carol A. Damico and Peter Damico, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08676 | Kristel E. Davis v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08697 | Billie Lynn Harrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08700 | Tracy R. Heigle v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08707 | Annie M. Howard and James P. Howard v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08716 | Sharon Huddle DeAngelo v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08728 | Charmaine Michelle Chester v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08761 | Donna Jo Hunt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08789 | Marie L. Taylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08792 | Kelley Joan Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08810 | Donna Joanne Meyer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08845 | Maria Lydia Mendoza v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08848 | Pauline Maxine Nash-Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08849 | Michelle C. O'Dell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08852 | Barbara A Perez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08866 | Dora B. Yoshimoto v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08875 | Tammie Dee Keith v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08904 | Edna Michelle Petix v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08911 | Leona Lorraine Simmons v. Ethicon, Inc.; Johnson & Johnson |

| 2:14-cv-08915 | Francisca A. Thomas and Thaddeus Thomas v. Ethicon, Inc.; Johnson & Johnson |
|---|---|
| 2:14-cv-08922 | Gayle M. Yates v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09024 | Shari Lynn Coronado v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09046 | Craig M. Beebe v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09049 | Mary Lee Borges v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09073 | Kathleen Marie Golwitzer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09078 | Mattie L. Hill v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09089 | Patricia Ann Kraff v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09097 | Janet A. McInturff and Bryan McInturff v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09100 | Stephanie D. Norman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09116 | Patricia W Parris and Kenneth H. Parris v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09120 | Doris S. Rabon-Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09125 | Sandra C. Renteria v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11502 | Kathleen Elizabeth Bell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13399 | Rhonda K. Haynes and Michael Haynes v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14383 | Michelle Renee Kociuruba v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16123 | Beth S. Burnham v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17974 | Kimberly Ann Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20676 | Karen Marie Midgette v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21002 | Melissa Danielle Moynihan v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22790 | Georgia Ann Lynch v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25654 | Sandra Jean Chaney v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26290 | Pauline A. Dill v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26296 | Lori L. Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26298 | Norma Mendez-Cruz v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26302 | Krystal Sawyer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26306 | Sheila R. Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01884 | Nicole L Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02542 | Mary L. Conley v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02602 | Cynthia Gray v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02614 | Diane M. Sabo v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02924 | Tanya M. Garzon and Harold D. Garzon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02937 | Theresa M. Hogue v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02946 | Eve Nadine Long v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02948 | Jill D Marlowe v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02955 | Patricia W. Nugent and Jerry F. Nugent v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03106 | Mary F. Hennrich v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03126 | Lazara D Wambrug-Carlos v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05040 | Barbara H. Collier v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05092 | Carolyn S. Cook v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05191 | Ann Christine Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05370 | Geronell Chavis Weston v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05390 | Shannon Elizabeth Crotts v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05440 | Tamara Dani Cooper v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05443 | Eve E. Dooyema v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-05605 | Kathy Melissa Good v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05682 | Regina M. Solomon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05690 | Mary Jane Strange v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05787 | Linda M. Galligan v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05804 | Casey R. Gillaspie v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05812 | Janice N. Haines v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05954 | Grace L. Gergela v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06069 | Jaime Lynn Langdon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06072 | Karin Ann Ledoux v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06135 | Connie M. Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06705 | Lottie J. Stoker v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06878 | Joyce L. Morgan v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06879 | Jana Renee Potter v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06901 | Kathy K. Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07554 | Kelly Spath v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07635 | Amber Nicole Russo v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07901 | Darlene J. Vaccarelli v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07905 | Angel Denise Crain v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08239 | Diane E. Robinson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08240 | Lisa A. Oxendine v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08241 | Meshell Yarberry v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14070 | April A. Ford v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01911 | Kim Evans v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01912 | Autumn S. Frushour v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01919 | Andell Hanlon v. Ethicon, Inc.; Johnson & Johnson; Ethicon Women's Health and Urology; Gynecare |
| 2:16-cv-01969 | Donna J. Fransworth v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01979 | Lisa M. LaFranca v. Ethicon, Inc.; Johnson & Johnson |