# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., Ethicon LLC, and/or Ethicon Women's Health and Urology (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Alex Barlow
Alex Barlow
Heard Robins Cloud & Black
2000 West Loop South
Houston, TX 77027
(713) 650-1200
barlow@heardrobins.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-26660 | Hazel Barnes v. Ethicon, Inc., Ethicon, LLC and Johnson & Johnson |
| 2:13-cv-10755 | Blanca Estella Becerra and Luis Becerra v. Ethicon, Inc., Ethicon, LLC and Johnson & Johnson |
| 2:14-cv-28741 | Yvette M. Cave and Kenneth M. Cave, Jr. v. Ethicon, Inc. and Johnson & Johnson |
| 2:14-cv-21212 | Joy J. Gonzales v. Ethicon, Inc. and Johnson & Johnson |
| 2:13-cv-10554 | Nina Frances Gay and Terry Michael Gay v. Ethicon, Inc. and Johnson & Johnson |
| 2:14-cv-28887 | Patti L. Hoke and Raymond E. Hoke v. Ethicon, Inc. and Johnson & Johnson |
| 2:16-cv-02299 | Marjorie Koeppe v. Ethicon, Inc. and Johnson & Johnson |
| 2:14-cv-20758 | Wilma May v. Ethicon, Inc. and Johnson & Johnson |
| 2:13-cv-26620 | Marianne Neel and Leslie Neel, Jr. v. Ethicon, Inc., Ethicon, LLC and Johnson & Johnson |
| 2:13-cv-10787 | Tina Lee Panning-Labate v. Ethicon, Inc., Ethicon, LLC and Johnson & Johnson |
| 2:14-cv-22463 | Iris Putnam v. Ethicon, Inc. and Johnson & Johnson |
| 2:13-cv-11098 | Lisa Ann Shank and Meade Shank v. Ethicon, Inc. and Johnson & Johnson |
| 2:14-cv-17637 | Janice Smith v. Ethicon, Inc. and Johnson & Johnson |
| 2:14-cv-21476 | Joyce Tascone and Carl Tascone v. Ethicon, Inc. and Johnson & Johnson |
| 2:14-cv-20375 | Elaine Whitish and Bruce Whitish v. Ethicon, Inc. and Johnson & Johnson |
| 2:14-cv-18562 | Phyllis Willdermood and William Willdermood, Sr. v. Ethicon, Inc. and Johnson & Johnson |