# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibits A - G, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). Other defendants remain and the case should remain open. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Gregory Neil McEwen
Gregory Neil McEwen
McEwen Law Firm
5850 Blackshire Path
Inver Grover Heights, MN 55076
(651) 224-3833
gmcewen@mcewenlaw.com

/s/ Laura V. Yaeger
Laura V. Yaeger
Morgan & Morgan
201 North Franklin Street
Suite 700
Tampa, FL 33602
(813) 318-5171
laura@yourlegalcounsel.net

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

/s/ David M. Peterson  
David M. Peterson  
Peterson & Associates  
801 West 47th Street  
Suite 107  
Kansas City, MO 64112  
(816) 531-0440  
dmp@petersonlawfirm.com  

s/ Marc R. Stanley  
Marc R. Stanley  
Stanley Law Group  
6116 North Central Expressway  
Suite 1500  
Dallas, TX 75206  
(214) 443-4300  
marcstanley@mac.com  

/s/ Aaron Clark Johnson  
Aaron Clark Johnson  
Summers & Johnson  
717 Thomas Street  
Weston, MO 64098  
(816) 640-9940  
aaron@summersandjohnson.com  

s/ Elizabeth L. Dudley  
Elizabeth L. Dudley  
The Dudley Law Firm  
23438 SW Pilot Point Road  
Suite A  
Douglass, KS 67039  
(316) 746-3969  
Liz@LizDudleyLaw.com  

/s/ Joseph J. Zonies  
Joseph J. Zonies  
Zonies Law  
1900 Wazee Street  
Suite 203  
Denver, CO 80202  
(720) 464-5300  
jzonies@zonieslaw.com  

*Counsel for Plaintiffs*

(304) 414-1800  
srobinson@tcspllc.com  
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

## EXHIBIT A
## (McEwen Law Firm)

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-01663 | Rhonda Glenn and Era Fox Glenn, III v. Ethicon, Inc.; Johnson & Johnson; Coloplast Corp. |
| 2:12-cv-02422 | Joanne Blevins v. Johnson & Johnson; Ethicon, Inc.; Ethicon, LLC; C.R. Bard, Inc.; Tissue Science Laboratories Limited |
| 2:12-cv-07145 | Cynthia Caldwell and Ronald Caldwell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |

**EXHIBIT B**
**(Morgan & Morgan)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-08261 | Dawn Strefling and Michael Strefling v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |

**EXHIBIT C**
**(Peterson & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-20032 | Myra Denton v. Ethicon Inc.; Johnson & Johnson; C. R. Bard, Inc. |

**EXHIBIT D**
**(Stanley Law Group)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-16326 | Elaine G. Slack v. Ethicon, Inc.; Johnson & Johnson; C.R. Bard, Inc. |

**EXHIBIT E**
**(Summers & Johnson)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-15480 | Jenneane McNevin v. Ethicon, Inc.; Johnson & Johnson; Coloplast Corp. |

**EXHIBIT F**
**(The Dudley Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-03313 | Rexene Hurst and Phillip W. Hurst v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |

**EXHIBIT G**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-01635 | Connie Helton and Jasper Helton v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:12-cv-08391 | Jo Ann Howard (deceased) v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-01635 | Frances Marie Hamm v. Ethicon, Inc.; Johnson & Johnson; Coloplast Corp. |
| 2:15-cv-06745 | Katharine Barr-Rowe v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-09071 | Elizabeth Meadows v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-10023 | Janice Beynon and William Beynon v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |