IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 10 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### AMENDED NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF BRIAN J. FLYNN, M.D. FOR WAVE 10

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion and memorandum filed in relation to Brian J. Flynn for Ethicon Wave 3, Dkt. 2854 (motion), 2855 (memorandum in support); and the reply briefs filed in Wave 1 (Dkt. 2280) and Wave 3 (3048). Plaintiffs respectfully request that the Court exclude Brian J. Flynn's testimony, for the reasons expressed in the Wave 1 and 3 briefing. This notice applies to the following Wave 10 cases identified in Exhibit A attached hereto.

Dated: May 6, 2019

Respectfully submitted,

/s/ D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: rbaggett@awkolaw.com

1

                                                /s/ Thomas P. Cartmell
                                                THOMAS P. CARTMELL
                                                Wagstaff & Cartmell LLP
                                                4740 Grand Avenue, Suite 300
                                                Kansas City, MO 64112
                                                816-701-1102
                                                Fax 816-531-2372
                                                tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Bell, Lauri | 2:13-cv-05389 |
| Fitzgerald, Bridgett (Lopez, Isabel) | 2:13-cv-26013 |
| Fitzgerald, Bridgette Marie (Gilbert, Linda) | 2:13-cv-26013 |
| Garcia, Gema Maria | 2:16-cv-00654 |
| King, Gayle | 2:12-cv-02606 |
| Lomax, Esther | 2:14-cv-00480 |
| Nix, Cynthia | 2:12-cv-01278 |
| Ruiz, Patricia | 2:12-cv-01021 |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com