## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY            MDL 2327
LITIGATION

-------------------------------------------------------

ETHICON WAVE 10 CASES LISTED IN
EXHIBIT A                           JOSEPH R. GOODWIN
                                    U.S. DISTRICT JUDGE

### NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
### DEBRA FROMER, M.D. FOR WAVE 10

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion and memorandum filed in relation to Debra Fromer for Ethicon Wave 8, Dkt. 6898

(motion), 6900 (memorandum in support).  Plaintiffs respectfully request that the Court exclude

Debra Fromer's testimony, for the reasons expressed in the Wave 8 briefing.  This notice applies

to the following Wave 10 cases identified in Exhibit A attached hereto.

Dated: May 6, 2019                 Respectfully submitted,

                               /s/  D. Renee Baggett
                               Bryan F. Aylstock, Esq.
                               Renee Baggett, Esq.
                               Aylstock, Witkin, Kreis and Overholtz, PLC
                               17 East Main Street, Suite 200
                               Pensacola, Florida  32563
                               (850) 202-1010
                               (850) 916-7449 (fax)
                               E-mail:  rbaggett@awkolaw.com

                               /s/ Thomas P. Cartmell
                               THOMAS P. CARTMELL
                               Wagstaff & Cartmell LLP
                               4740 Grand Avenue, Suite 300
                               Kansas City, MO 64112
                               816-701-1102
                               Fax 816-531-2372
                               tcartmell@wcllp.com

# EXHIBIT A

| Kropf, Diane | 2:12-cv-01202 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 6, 2019, I electronically filed the foregoing document with

the Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com