# EXHIBIT A

SCOTT GUELCHER EXHIBIT A

| Case Name | Case # |
|---|---|
| Aveni, Rosalia | 2:15cv04656 |
| Bell, Lauri & Terrill | 2:13cv05389 |
| Colunga, Dora | 2:15cv13631 |
| Crowe, Rowena K. & Robert H. | 2:15cv13014 |
| Fields, Betty C. n/k/a Betty Jean | 2:12cv06825 |
| Gevers, Dorothy | 2:14cv16444 |
| Godin, Allison | 2:15cv06316 |
| Hightower-Duffy, Karen | 2:13cv22319 |
| Jackson, Gwen | 2:13cv21595 |
| LoCoco, Collette Theresa & Michael J. | 2:14cv06718 |
| Marrufo, Ethel | 2:14cv28504 |
| Sluis, Kristen Lee & Greg | 2:12cv04997 |
| Sparks, Mary | 2:14cv28235 |
| Stephen, Deborah M. & Bret E. | 2:14cv27916 |
| Wynn, Pansy | 2:14cv28572 |