# EXHIBIT A

HOWARD JORDI EXHIBIT A

| Case Name | Case Number |
|---|---|
| Conti, Patricia | 2:12cv00516 |
| Ruiz, Patricia | 2:12cv01021 |