# EXHIBIT A

UWE KLINGE EXHIBIT A

| Case Name | Case Number |
|---|---|
| Conti, Patricia | 2:12cv00516 |
| Hightower-Duffy, Karen | 2:13cv22319 |
| Houck, Paula M. & Gary G. | 2:12cv08091 |
| Jelks, Mary A. | 2:12cv03896 |
| King, Gayle | 2:12cv02606 |
| Kropf, Diane | 2:12cv01202 |
| Nix, Cynthia | 2:12cv01278 |
| Pirlein, Adelheid | 2:12cv04992 |
| Rivers, Nancy & Darryl | 2:12cv02602 |
| Ruiz, Patricia | 2:12cv01021 |
| Semere, Yvonne | 2:12cv02160 |
| Staton, Toni | 2:12cv03724 |