# EXHIBIT A

JIMMY MAYS EXHIBIT A

| Case Name | Case Number |
|---|---|
| Burch, Carol & Mark | 2:13cv30561 |
| Cummins, Amber | 2:13cv23934 |
| Fields, Betty C. n/k/a Betty Jean | 2:12cv06825 |
| Fitt, Melynda & Jeffery | 2:14cv11545 |
| Johnson, Sandra | 2:18cv00549 |
| Jones, TaQuita | 2:15cv06009 |
| Noles, Amanda & Dustin | 2:13cv04064 |
| Waldon, Julie | 2:13cv05551 |