# EXHIBIT A

DUANE PRIDDY EXHIBIT A

| Case Name | Case Number |
|---|---|
| LoCoco, Collette Theresa & Michael J | 2:14cv06718 |
| Noles, Amanda & Dustin | 2:13cv04064 |