IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC                Master File No. 2:12-MD-02327
REPAIR SYSTEMS PRODUCTS                    MDL 2327
LIABILITY LITIGATION
-------------------------------------------------------
ETHICON WAVE 10 CASES LISTED IN            JOSEPH R. GOODWIN
EXHIBIT A                                  U.S. DISTRICT JUDGE

### NOTICE OF ADOPTION OF ETHICON'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PAUL J. MICHAELS, M.D. FILED IN WAVE 4

Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon") hereby adopt and incorporate by reference Ethicon's Motion to Exclude the Opinions and Testimony of Paul J. Michaels, M.D. [Dkt. #3663], Ethicon's Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Paul J. Michaels, M.D. [Dkt. #3666], and Ethicon's Reply [Dkt. #3814] previously filed in Wave 4. Ethicon respectfully requests that the Court exclude Dr. Michael's testimony in the Wave 10 cases identified in Exhibit A, attached hereto, for the reasons expressed in the Wave 4 briefing adopted and incorporated herein.

Dated: May 7, 2019

Respectfully submitted,

/s/ Susan M. Robinson
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com