# EXHIBIT A

PAUL MICHAELS EXHIBIT A

| Case Name | Case Number |
|---|---|
| King, Gayle | 2:12cv02606 |
| Pirlein, Adelheid | 2:12cv04992 |
| Rivers, Nancy & Darryl | 2:12cv02602 |
| Staton, Toni | 2:12cv03724 |