# EXHIBIT A

| Connolly, Theresa | 2:15-cv-05091 |