EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br>------------------------------------------------------------<br>This Document Applies To:<br>*Mullins, et al. vs. Ethicon, Inc., et al.*, 2:12-cv-02952, and each of the consolidated cases identified in Exhibit A | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>2:12-md-02327<br>MDL No. 2327<br>Judge Joseph R. Goodwin |

## PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF DR. REBECCA M. RYDER

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of Motion, Plaintiffs respectfully request that the Court enter an order excluding, or limiting in the Court's discretion, the expert testimony proffered by Defendants' expert, Rebecca M. Ryder, M.D. ("Dr. Ryder").

Dated: August 1, 2016.

                                                                                            Respectfully submitted,

                                                                                            s/ Edward A. Wallace
                                                                                            Edward A. Wallace
                                                                                            Mark R. Miller
                                                                                            Wexler Wallace LLP
                                                                                            55 W Monroe Street, Suite 3300
                                                                                            Chicago, Illinois 60603
                                                                                            (312) 346-2222
                                                                                            (312) 346-0022
                                                                                            eaw@wexlerwallace.com
                                                                                            mrm@wexlerwallace.com

                                                                                            Bryan F. Aylstock, Esq.
                                                                                            Renee Baggett, Esq.
                                                                                            Aylstock, Witkin, Kreis and Overholtz, PLC
                                                                                            17 East Main Street, Suite 200
                                                                                            Pensacola, Florida 32563

1

(850) 202-1010
(850) 916-7449 (fax)
rbaggett@awkolaw.com

Thomas P. Cartmell
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1102
(816) 531-2372 (fax)
tcartmell@wcllp.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    Respectfully submitted,

    s/ Edward A. Wallace
    Edward A. Wallace
    Wexler Wallace LLP
    55 W Monroe Street, Suite 3300
    Chicago, Illinois 60603
    (312) 346-2222
    (312) 346-0022
    eaw@wexlerwallace.com