IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibits A – C, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Buffy K. Martines
Buffy K. Martines
Laminack Pirtle & Martines
5020 Montrose Blvd
9th Floor
Houston, TX 77006
(713) 292-2750
buffym@lpm-triallaw.com

/s/ Peyton P. Murphy
Peyton P. Murphy
Murphy Law Firm
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

peyton@murphylawfirm.com

/s/ Lennie F. Bollinger
Lennie F. Bollinger
Wormington Law Group
212 East Virginia Street
McKinney, TX 75069
(972) 569-3930
lb@wormingtonlegal.com

*Counsel for Plaintiffs*

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

      I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

      /s/ William M. Gage

**EXHIBIT A**
**(Laminack Pirtle & Martines)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-17582 | Shirley Wilson v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18253 | Lisa Roberts v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-19721 | Karen Bickel v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-20271 | Lisa Shepard v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-20305 | Carolina White v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-07730 | Donna Carpenter v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09682 | Bridget Parsons v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Murphy Law Firm)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-02291 | Tina Renee Fletcher and Fred Allen Fletcher v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-29127 | Vandee Hyder v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-32649 | Kathy Coffey v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10489 | Justine Teeple v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10673 | Nita R. Corbin v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-13617 | Shirley Troutman and Preston Troutman v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT C
### (Wormington Law Group)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-19249 | Francine Ruyak and John Ruyak v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |