# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibits A - B, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). Other defendants remain and the case should remain open. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Buffy K. Martines
Buffy K. Martines
Laminack Pirtle & Martines
5020 Montrose Blvd
9th Floor
Houston, TX 77006
(713) 292-2750
buffym@lpm-triallaw.com

/s/ Peyton P. Murphy
Peyton P. Murphy
Murphy Law Firm
7035 Jefferson Highway
Baton Rouge, LA 70806
(225) 928-8800
peyton@murphylawfirm.com

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

*Counsel for Plaintiffs*   (304) 414-1800
　　　　　　　　　　　　　　　srobinson@tcspllc.com
　　　　　　　　　　　　　　　*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

　　I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

　　　　　　　　　　　　　　　/s/ William M. Gage

## EXHIBIT A
### (Laminack Pirtle & Martines)

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-07545 | Monica Aviles v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-07774 | Denise Davis and Gregory Davis v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-09489 | Leatrice Wallach v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-09490 | Sandra Urbanik v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-09525 | Robin Wise v. Ethicon, Inc.; Johnson & Johnson; C.R. Bard, Inc. |
| 2:16-cv-09570 | Frances Shepherd v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |

**EXHIBIT B**
**(Murphy Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-28334 | Audrey Rathbun v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-29574 | Cynthia Rushing v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-31903 | Kari Christian v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation |
| 2:14-cv-07476 | Sylvia Robello v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation |
| 2:14-cv-15812 | Shirley Blair and James Blair v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation |
| 2:15-cv-02413 | Carol LeMay v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-04484 | Kathy Barrow v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-05834 | Rebecca Phillips v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |