# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., Ethicon LLC, Ethicon Women's Health and Urology, and/or Gynecare (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2).  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Brian A. Goldstein
Brian A. Goldstein
Cellino & Barnes, P.C.
350 Main Street
Suite 2500
Buffalo, NY 14202
(716) 854-2020
brian.goldstein@cellinoandbarnes.com
*Counsel for Plaintiff*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson_____
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

P.O. Box 3824<br>
Charleston, WV 24338<br>
(304) 414-1800<br>
srobinson@tcspllc.com<br>
*Counsel for the Ethicon Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-02399 | JoAnn Adams and Peter Adams v. Ethicon Inc; Johnson & Johnson |
| 2:16-cv-03558 | Rachel Angstreich v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-26049 | Gloria E. Arenas v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-24057 | Elvin L. Barnhart, Jr. and Diane M. Barnhart (Deceased) v. Ethicon Inc; Johnson & Johnson |
| 2:12-cv-04824 | Alba G. Beltran and Manuel Beltran v. Ethicon, Inc.; Johnson & Johnson; Ethicon Women's Health and Urology; Gynecare |
| 2:14-cv-24058 | Cathy Bennett v. Ethicon Inc; Johnson & Johnson |
| 2:13-cv-22667 | Lauren Bermudez and Gilbert Bermudez v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-04593 | Bexaida Cardona v. Ethicon Inc; Johnson & Johnson |
| 2:13-cv-23731 | Maria Cervone and Anthony Cervone v. Ethicon Inc; Johnson & Johnson |
| 2:13-cv-33210 | Francesca M. Chappius and Paul Chappius v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-05345 | Margaret H. Comstock and Roger Comstock v. Ethicon Inc; Johnson & Johnson |
| 2:15-cv-00478 | Elvira C. Contreras and Fidel Contreras v. Ethicon Inc; Johnson & Johnson |
| 2:12-cv-03735 | Lillian Datz and Kerry M. Datz v. Ethicon, Inc.; Johnson & Johnson; Ethicon Women's Health and Urology; Gynecare |
| 2:13-cv-00574 | Sylvia J. Davis and James Davis v. Ethicon Inc; Johnson & Johnson |
| 2:17-cv-00555 | Marie Fodera v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-12086 | Mary A. Frank v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-07654 | Deborah Gaiter and Joseph M. Gaiter v. Ethicon Inc; Johnson & Johnson |
| 2:15-cv-07649 | Gloria Gentile and Fabian Carrillo v. Ethicon Inc; Johnson & Johnson |
| 2:16-cv-04185 | Lora Jean Hartman v. Ethicon Inc; Johnson & Johnson |
| 2:13-cv-12825 | Barbara Herman and Marc C. Herman v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-04271 | Barbara Kaifler and Bruce Kaifler v. Ethicon, Inc.; Johnson & Johnson; Ethicon Women's Health and Urology; Gynecare |
| 2:14-cv-31255 | Bernadette Kaiser and William H. Kaiser v. Ethicon Inc; Johnson & Johnson |
| 2:16-cv-04191 | Maria G. Lara and Isidro Lara v. Ethicon Inc; Johnson & Johnson |
| 2:13-cv-02054 | Eileen J. Leinemann v. Ethicon Inc; Johnson & Johnson |
| 2:15-cv-02275 | Tonya A. Lourenco and Carlos Lourenco v. Ethicon Inc; Johnson & Johnson |
| 2:13-cv-13220 | Constance L. Marchioli and Douglas F. Marchioli v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-03463 | Tammy M. Mayes v. Ethicon, Inc.; Johnson & Johnson; Ethicon Women's Health and Urology; Gynecare |
| 2:16-cv-01722 | Mildred McCormick and Charles McCormick v. Ethicon Inc; Johnson & Johnson |
| 2:16-cv-03557 | Margaret F. Merrick and Andrew J. Merrick v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12958 | Rosalina Mojarro and Jose DeJesus Mojarro v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31200 | Yovany Montoya v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09925 | Edith M. O'Connor v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

| | |
|---|---|
| 2:12-cv-02168 | Linda J. Ogletree and John A. Ogletree v. Ethicon, Inc.; Johnson & Johnson; Ethicon Women's Health and Urology; Gynecare |
| 2:13-cv-22669 | Maureen A. Posik and Raymond Posik v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-13230 | Sandra M. Pupatelli and Daniel F. Taylor v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-12956 | Elba L. Ramos v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31250 | Jean Rodriguez and Richard Rivera v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06022 | Marta Santiago v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-01327 | Carreen Schroeder and Matthew Schroeder v. Ethicon, Inc.; Johnson & Johnson; Ethicon Women's Health and Urology; Gynecare |
| 2:13-cv-02129 | Marilyn A. Skebey v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28556 | Dawn Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09539 | Mary Jane Snyder and John R. Snyder, Sr. v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-04200 | Melody A. Spencer and Steven M. Spencer v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-05342 | Zinaida Stepski v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09154 | Melanie L. Swartz v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-28211 | Martina Szyjka and Michael Szyjka v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03931 | Mary C. Vertucci and Alfred Vertucci v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-00315 | Deborah Villareale v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-02051 | Patricia E. Volpe and Robert Volpe v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00512 | William Gerald Wahl, Administrator of the Estate of Cathy Wahl (Deceased), and William G. Wahl v. Ethicon, Inc.; Johnson & Johnson |