IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
       PELVIC REPAIR SYSTEM
       PRODUCTS LIABILITY LITIGATION       MDL 2327

THIS DOCUMENT RELATES TO CASES IDENTIFIED
ON THE ATTACHED EXHIBIT A:

**ORDER**
(Dismissing Certain Defendants with Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants C.R. Bard, Inc. and Tissue Science Laboratories Limited pursuant to the procedures established by Pretrial Order ("PTO") # 302 or PTO # 329. *See* PTO ##s 302 and 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF Nos. 6020 or 7576].

Defendants C.R. Bard, Inc. and Tissue Science Laboratories have complied with the procedures set forth in PTO # 302 and/or 329, and the plaintiffs have not filed an opposition. It appearing to the court that the plaintiffs and these defendants have jointly agreed to settle, and have settled their claims, the dismissal of these defendants in each case identified on Exhibit A is appropriate.

The court **ORDERS** that:

1. the Motion to Dismiss with Prejudice is **GRANTED**; and

2. C.R. Bard, Inc. and Tissue Science Laboratories are **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A; and,

3. if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss C.R. Bard, Inc. and Tissue Science Laboratories from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in each individual case on the attached Exhibit A; and

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 8, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Case Number | Case Short Style | ECF No. | Date Filed |
|---|---|---|---|
| 2:14-cv-09280 | Einspahr et al v. Ethicon, Inc. et al | 22 | 8/10/2018 |
| 2:14-cv-08721 | Howell v. Ethicon, Inc. et al | 11 | 8/20/2018 |
| 2:14-cv-07305 | Suddeth v. Ethicon, Inc. et al | 13 | 9/14/2018 |
| 2:15-cv-02849 | Trawick v. Ethicon, Inc. et al | 15 | 9/14/2018 |
| 2:14-cv-09040 | Webber v. Ethicon, Inc. et al | 13 | 10/8/2018 |