**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY          MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 10 CASES LISTED IN
EXHIBIT A                              JOSEPH R. GOODWIN
                                       U.S. DISTRICT JUDGE

## <u>NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF<br>JANET E. TOMEZSKO, M.D. FOR WAVE 10</u>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion and memorandum filed in relation to Janet E. Tomezsko for Ethicon Wave 2, Dkt. 2435

(motion), Dkt. 2440 (memorandum in support).  Plaintiffs respectfully request that the Court

exclude Janet E. Tomezsko's testimony, for the reasons expressed in the Wave 2 briefing.  This

notice applies to the following Wave 10 cases identified in Exhibit A attached hereto.

Dated: May 8, 2019               Respectfully submitted,

                                /s/  D. Renee Baggett
                                Renee Baggett, Esq.
                                Bryan F. Aylstock, Esq.
                                Aylstock, Witkin, Kreis and Overholtz, PLC
                                17 East Main Street, Suite 200
                                Pensacola, Florida  32563
                                (850) 202-1010
                                (850) 916-7449 (fax)
                                E-mail:  rbaggett@awkolaw.com

                                /s/ Thomas P. Cartmell
                                THOMAS P. CARTMELL
                                Wagstaff & Cartmell LLP
                                4740 Grand Avenue, Suite 300
                                Kansas City, MO 64112
                                816-701-1102
                                Fax 816-531-2372
                                tcartmell@wcllp.com

# EXHIBIT A

| Sutter, Jeanne | 2:15-cv-02754 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2019, I electronically filed the foregoing document with

the Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com