# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). Other defendants remain and the case should remain open. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Jeffrey M. Kuntz
Jeffrey M. Kuntz
Thomas P. Cartmell
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701-1100
jkuntz@wcllp.com
tcartmell@wcllp.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Style |
| --- | --- |
| 2:12-cv-09681 | Carey Seaman and Brian Seaman v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-00222 | Audrey Fenceroy and Johnny Fenceroy v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation |
| 2:13-cv-12837 | Kay Anthony and Richard Anthony v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-15349 | Catherine Hunt and Jeffrey Hunt v. Ethicon, Inc.; Johnson & Johnson; American Medical Systems, Inc. |
| 2:13-cv-18573 | Stacey Clark v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-20250 | Connie Bailey v. Ethicon, Inc.; Johnson & Johnson; C. R. Bard, Inc. |
| 2:13-cv-20409 | Vicki Hoover v. Ethicon, Inc.; Johnson & Johnson; C. R. Bard, Inc. |
| 2:14-cv-10731 | Diane M. Sorg v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Coloplast Corp. |
| 2:14-cv-12247 | Helen Dobbins and Curtis Dobbins v. Ethicon Inc.; Johnson & Johnson; Coloplast Corp. |
| 2:14-cv-17402 | Dorothy Shuter and William M. Shuter v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-18006 | Deborah Winter v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-01212 | Bonnie Sanders v. Ethicon, Inc.; Johnson & Johnson; Coloplast Corp. |
| 2:15-cv-04505 | Venita McCormick v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-02472 | Jane Tamecki v. Ethicon, Inc.; Johnson & Johnson; Tissue Science Laboratories Limited |
| 2:16-cv-03455 | Carmen Morris v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-03563 | Kimberly Drew v. Ethicon Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-12075 | Eleanor Root and Joseph Root v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-12687 | Lisa Kolodziej v. Ethicon, Inc.; Johnson & Johnson; American Medical Systems, Inc. |
| 2:17-cv-02924 | Carmen Droin v. Ethicon Inc.; Johnson & Johnson; C. R. Bard, Inc. |
| 2:17-cv-02932 | Linda Reaves v. Ethicon, Inc.; Johnson & Johnson; American Medical Systems, Inc. |