UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES ONLY TO:<br><br>WAVE 10 CASE LISTED ON EXHIBIT A | |

**DEFENDANTS' MOTION TO EXCLUDE THE
GENERAL OPINIONS AND TESTIMONY OF WILLIAM PORTER, M.D.**

Pursuant to the Federal Rules of Evidence and *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny, Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson ("Defendants") respectfully move the Court for an order excluding the general opinions and testimony of Plaintiff's proffered expert, William Porter, M.D.

This motion, as explained in the accompanying Memorandum of Law in Support, is based on the grounds that Dr. Porter lacks the requisite credentials to offer certain of his opinions, fails to employ a reliable methodology to arrive at his causation opinions, and certain of his opinions constitute inadmissible hearsay. This motion is supported by the Memorandum of Law in Support and the following Exhibits:

| Exhibit | Description |
|:---:|:---:|
| A | Listing of Applicable Case (Wave 10) |
| B | Rule 26 Expert Report of William Porter, M.D. |

1

Defendants therefore request that this Court grant its motion and exclude Dr. Porter's general causation opinion testimony in its entirety. Defendants pray for all other relief to which they are entitled.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson

## **CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage
