**Exhibit A**

| PLAINTIFF(S) | CASE NUMBER |
|---|---|
| Fitt, Melynda[1] | 2:14-cv-11545 |

---

[1] Jeffery Fitt was originally named as a defendant but was dismissed by joint stipulation of the parties on April 5, 2019.  *See* Docket No. 2:14-cv-11545, Doc. 33.