**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO** | **Master File No. 2:12-MD-02327**<br>**MDL No. 2327**<br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41.  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Richard W. Schulte
Richard W. Schulte
Wright & Schulte
812 East National Road
Suite A
Vandalia, OH 45377
(937) 435-7500
rschulte@legaldayton.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court

using the CM/ECF system, which will send notification of this filing to CM/ECF participants

registered to receive service in this MDL.


/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Style | |
|---|---|---|
| 2:14-cv-05159 | Deborah McCormick & Timm McCormick | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13806 | Jacqueline Miekle & Thomas Mielke | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11768 | Brenda Werner | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-12486 | Donna Williams | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00577 | Shari Hardman | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-08599 | Kimberly Shannon & Dennis Shannon | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13797 | Carmen Papasan | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-05162 | Erliene Shavers | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11765 | Mary Popma & James Popma | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-02199 | Elizabeth Luipold & Frederick Luipold | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08598 | Judy McNally & Eugene McNally | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00202 | Karla Frohwein-Leinen | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07776 | Ellen M. Salas | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11764 | Amy Kucera & Doug Kucera | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-05156 | Amy Roberts Keller | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00575 | Deanna Hall & Carl Hall | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-04158 | Kim Driscoll & Todd James Driscoll | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11769 | Paula Kravetz & Steven Kravetz | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00578 | Phyllis Harms | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11767 | Rita Smith & Roger Smith | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11766 | Roilene Shaw | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11762 | Leona Fulk & John Fulk | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-05160 | Patricia Richardson & Mike Richardson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-07976 | Mary Wethal | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07771 | Sherry S. Latimer &  James Latimer | vs. Ethicon, Inc.; Johnson & Johnson |

| 2:14-cv-19694 | Alicia Salzer | vs. Ethicon, Inc.; Johnson & Johnson |
|---|---|---|
| 2:13-cv-21253 | Marie Abarr | vs. Ethicon, Inc. |
| 2:13-cv-11761 | Crystal Boyles | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-08419 | Phyllis Allen | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-04803 | Michelle Lange & Michael Lange | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-09626 | Deidre Brown & Ryan Brown | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11763 | Rebecca Greenwald | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-05157 | Joyce LaCour | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-05158 | Marcia Lashbrook & Ken Lashbrook | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

47425297.v1