# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., Ethicon LLC, and/or Ethicon Women's Health and Urology (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ John T. Boundas
John T. Boundas
Williams Kherkher Hart Boundas
8441 Gulf Freeway
Suite 600
Houston, TX 77017
(713) 230-2200
jboundas@williamskherkher.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

## EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-21200 | Mary Ann Wolfing and Dale Wolfing v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11648 | Norma McDonald v. Ethicon, Inc. |
| 2:13-cv-21426 | Naomi Petzold and Alfred Petzold v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20539 | Cathy Renaud v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20966 | Nancy Shuster and William Shuster v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16902 | Darla Ritchey and Kenneth Ritchey v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21648 | Deloris Fix and David Fix v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12422 | Tina Fliegel v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26234 | Francine Ruyak and John Ruyak v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-20363 | Wilma Cash v. Ethicon, Inc.; Johnson & Johnson |