**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7936] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached

Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 9, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-01990 | Linda Jean Swagerty v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04527 | Catharine Anna Konik v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05770 | Nancy Lovejoy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05903 | Gloria Marshall v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05905 | Ola Ragsdale v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06009 | Karyn Tacconelli v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06010 | Angela M. Tamalavic v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06015 | Martha Tomes v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06020 | Susan E. Vascek v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06359 | Lucy Young v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06896 | Dominga Montanez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06898 | Rebecca Montoya v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06900 | Virginia O'Connor v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06924 | Rose Tolson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06932 | Marcia Whittymore v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01344 | Debra Jean Stomel v. Ethicon, Inc.; Johnson & Johnson |