# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION          MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

## ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7938] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 9, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-07495 | Celeste P. Bybel v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-06498 | Nathalie M. Rupp v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06745 | Sheryl Isaacson-Steward v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06750 | Maira Villarreal v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-06831 | Aurora Paz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07756 | Cynthia Marks v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14370 | Linda K. Gaul and Kevin Gaul v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14817 | Christina Olde v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14828 | Maria Conroy v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14834 | Sandra Barron v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14991 | Karol M. Vallez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20786 | Martha Alegria v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22514 | Janet Carol Mottice v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26540 | Delores Butts v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27339 | Antonia Hernandez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27349 | Elizabeth Mendez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27350 | Jana Lee Morgan v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28938 | Lee Ann A. Wright v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28940 | Lourdes Cruz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04431 | Mittie Devon Thacker v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |