# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION        MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7940] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 9, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-13174 | Jan Michels and George Michels v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14520 | Jennifer Thrall and James Thrall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14528 | Nora Elia Hernandez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14535 | Maria Luna and Jaime Luna v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15473 | Patricia Gonzalez and Efren Gonzalez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15493 | Estefana Martinez and Rigoberto Martinez v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15800 | Andrea Aragon and Aurelio Aragon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15955 | Carol Rzeszutko and Larry Rzeszutko v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15987 | Maria Zuniga and Eladio Zuniga v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16462 | Aline Sirinian v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16639 | Irene Luna v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17503 | Josefa Correa v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17697 | Keisha Lewis and Gary Lewis v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17827 | Lea Adele Shmoldas and John Shmoldas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17993 | Ignacia Montemayor Gutierrez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18154 | Filiberta Corona v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18278 | Ana Segovia and Mario Medrano v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18478 | Eva Gutierrez and Ruben Mendez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18590 | Antonia Garcia Palomo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18665 | Rosa Cisneros v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18775 | Lori Burdett v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18819 | Mary DeYoung and Robert DeYoung v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18828 | Emma Collins and Willie Collins v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18905 | Delilah De La Rosa v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19371 | Tommie Sadler and Steven L. Sadler v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-13863 | Paula Saenz v. Ethicon, Inc.; Johnson & Johnson |