# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION            MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7941] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 9, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-10089 | Carol Brockman v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10092 | Janette Commean v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10093 | Tracy Deaton v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10142 | Mary Harper v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10944 | Della Welch and Thomas Welch v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12572 | Tammy R. Monte and Doug Monte v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14379 | Teresa Medley and Gary L. Medley v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19125 | Tanya Franklin and Charles Franklin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-23713 | Donna Stephens and Anthony Stephens v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23716 | Pamela Alyce Young and Robert Young v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23746 | Tonya Schwartz and Darin Schwartz v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26138 | Rose Birch v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26141 | Tara Lynn Ollis and Darin Ollis v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29835 | Jacqueline E. Jones and Robert R. Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11151 | Sharon Alexander v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00379 | Stephanie Earnheart and Charles Earnheart v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04648 | Rhonda Bailey v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04850 | Karen LeeMan-Moon and Eric Moon v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06111 | Murl D. Winfield v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06631 | Ellen L. Ware v. Ethicon, Inc.; Johnson & Johnson |