# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION            MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7942] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 9, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-09220 | Rebecca Lynne Endsley and Eddie Dwayne Endsley v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15833 | Rhonda Lee Elswick and Steven Elswick v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15839 | Mary Helen Nunez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15851 | Vicky Rae Powell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15872 | Dora Elena DeLaOla v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15950 | Amanda Marie Harshbarger v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23803 | Yolanda Navarette v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24197 | Melanie Watson and Wesley Watson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-10439 | Margie Wilson and Gene Wilson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-03824 | Tina Salazar v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03826 | Dorothy Kitzmiller v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03827 | Diane Shahoud and Salim Shahoud v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03832 | Jayne Pawlisa and Richard Pawlisa v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13604 | Michelle Lopez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13605 | Lara Pelleriti and Rick Pelleriti v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13606 | Tammy Ketchum and Harold Ketchum v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13609 | Dawn Bridges v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13611 | Denise Rineer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13613 | Sandra Thibodeau v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13614 | Joyce Anderson v. Ethicon, Inc.; Johnson & Johnson |