# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7943] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 9, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-06141 | Monnica Reyes and Marces Reyes v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06394 | Diana Kempf v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06403 | Esther Picou v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04160 | Elizabeth Dunne v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04161 | Teri Grose v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05263 | Lola Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05884 | Connietta J. McGiffin and James D. McGiffin, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13235 | Celeste Zbiegien v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14446 | Peggy J. Wheeler and Robert H. Wheeler v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02606 | Jodie C. Cooper-Hoffman and Douglas W. Hoffman, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02612 | Julie Dubeck v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02682 | Irene Spence and Alageldin Abdelrzaek v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03315 | Sharon Weer and Thomas Weer v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05997 | Cindy May v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08971 | Jane Smith and Ronald Smith v. Ethicon, Inc.; Johnson & Johnson |