# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7945] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 9, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-08429 | Linda J. Craven and Scott A. Craven v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03616 | Monica Rose Bertsch and Shane Thomas Bertsch v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03881 | Janice J. Hennessy and William Hennessy v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03959 | Jamie A. Nevarez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-04149 | Christine Chamberlin and Allen Chamberlin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06772 | Lucinda Renee Edge v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07677 | Vernetta L. Washburn v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24220 | Antonette Trujillo and Raymond Trujillo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27310 | Janell Fiscus v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27315 | Karen L. Getchell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27326 | Bonita Jo Leininger and George H. Leininger v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-28793 | Elsie C. Fernandez and Antonio Fernandez v. Ethicon, Inc. |