# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7948] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 9, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-03334 | Dawnn Michelle Hill and Henry Nwarche v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03533 | Candice L. Sahagian v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-04304 | Debra S. McMahan v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-04851 | JoAn Dillard v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05685 | Lori M. Young v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06563 | Julia Reisinger v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06624 | Jamie Lynn Powers v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09131 | Danyell R. Eshelman v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09661 | Susan A. Reisner v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10515 | Sharon L. Gilbert v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10518 | Sabrina L. Holder v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11015 | Jeannean H. Sands v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11981 | Virginia Lee McIntire v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12073 | Sara Campos v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12851 | Ruthie J. Johnson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13463 | Janet L. Williams v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13509 | Stacey Holtzman and Richard Holtzman v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14938 | Vicki E. Neitz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14942 | June Singh-Morgan v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20746 | Betty J. Plass v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21323 | Marlene V. Torrence and Shelia Stough v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21786 | Linda Orsburn v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21823 | Rachel R. Raya v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22099 | Kelli L. Decker v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22990 | Sandra N. Ayres v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23664 | Rafaela C. Dominguez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23862 | Carol Moore v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25655 | Karen D. White v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25759 | Jacqueline R. Wood v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26554 | Esperanza Cevallos v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11082 | Alma J. Collins v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14390 | Cedonia M. Prejean v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14403 | Lela J. Quillen v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17490 | Cinder L. Burch v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20321 | Maribell Chavez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29073 | Deborah G. Davis v. Ethicon, Inc.; Johnson & Johnson |

| 2:14-cv-29452 | Fawn Walker v. Ethicon, Inc.; Johnson & Johnson |
|---|---|
| 2:15-cv-00619 | Ranesha G. Yisrael v. Ethicon, Inc.; Johnson & Johnson |