# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

## ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7947] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 9, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-01456 | Kathy Ackley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01457 | Nancy Kay Detert v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01460 | Lianne Dawn Mills v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01463 | Teresa Gail Worth v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07385 | Joyce Brauer v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07387 | Angelia Daugherty v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07400 | Priscilla Albenzi v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07407 | Donna Davis v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07419 | Patricia Shelton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07591 | Geraldine Stone v. Ethicon, Inc.; Johnson & Johnson |