**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE ANNE WILSON FOR ETHICON WAVE 10 (PTO 320)**

|   | Case Name | Case Number |
|---|---|---|
| 1 | Jelks, Mary | 2:12cv03896 |

***Defendants reserve the right to supplement this list should any other plaintiff designate Anne Wilson as a general expert.**