**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT*
MOTION TO EXCLUDE VERONIKIS DIONYSIOS, M.D. FOR
ETHICON WAVE 10 (PTO 320)**

|   | Case Name | Case Number |
|---|---|---|
| 1 | Fields, Betty C. (n/k/a Betty Jean) | 2:12cv06825 |
| 2 | Johnson, Sandra | 2:18cv00549 |

**\*Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Veronikis as a general expert.**