**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE DONALD OSTERGARD, M.D. FOR ETHICON WAVE 10 (PTO 320)**

1. Johnson, Sandra, 2:18-cv-00549