**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY             MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 10 CASES LISTED IN
EXHIBIT A                             JOSEPH R. GOODWIN
                                   U.S. DISTRICT JUDGE

## <u>NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF LARRY T. SIRLS, II, M.D. FOR WAVE 10</u>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion, memorandum and reply brief filed in relation to Larry T. Sirls, II for Ethicon Wave 2,

Dkt. 2479 (motion), Dkt. 2480 (memorandum in support) and Dkt. 3288 (reply brief). Plaintiffs

respectfully request that the Court exclude Larry T. Sirls, II's testimony, for the reasons

expressed in the Wave 2 briefing. This notice applies to the following Wave 10 cases identified

in Exhibit A attached hereto.

Dated: May 9, 2019                   Respectfully submitted,

                                  /s/  D. Renee Baggett
                                  Renee Baggett, Esq.
                                  Bryan F. Aylstock, Esq.
                                  Aylstock, Witkin, Kreis and Overholtz, PLC
                                  17 East Main Street, Suite 200
                                  Pensacola, Florida  32563
                                  (850) 202-1010
                                  (850) 916-7449 (fax)
                                  E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| Fitzgerald, Bridgette (Rogers, Juanita R.) | 2:13-cv-26013 |
|---|---|
| King, Gayle | 2:12-cv-02606 |
| Sutter, Jeanne | 2:15-cv-02754 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com

4