**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE ALAN GARELY, M.D. FOR ETHICON WAVE 10 (PTO 320)**

|   | Case Name | Case Number |
|---|---|---|
| 1 | Cummins, Amber | 2:13cv23934 |
| 2 | Sluis, Kristen Lee | 2:12cv04997 |
| 3 | Rivers, Nancy | 2:12cv02602 |
| 4 | Sparks, Mary | 2:14cv28235 |
| 5 | Wynn, Pansy | 2:14cv28572 |

**\*Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Garely as a general expert.**