# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO:<br><br>*Lauri Bell, et al. v. Ethicon, Inc., et al.*<br>Case No. 2:13-cv-05389 | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**PLAINTIFF'S DESIGNATION AND
DISCLOSURE OF GENERAL AND CASE-SPECIFIC EXPERT WITNESSES**

Pursuant to Rule 26 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff in the above-captioned civil action ("Plaintiff") submits the following Designation and Disclosure of General and Case- Specific Expert Witnesses and persons who may provide expert testimony specific to Plaintiff's case pursuant to Rule 702 of the Federal Rules of Evidence.

**CASE SPECIFIC AND GENERAL
EXPERT WITNESSES**

1. Bruce Rosenzweig, M.D. (Urogynecologist)
   175 East Delaware, Suite 8909
   Chicago, IL 60611

   Plaintiff refers Defendants to Dr. Rosenzweig's case specific (attached) and general Expert Reports (on file in this MDL) for Prolift+M and/or TVT-O and all subparts and attachments thereto which set forth his opinions and the reasons and bases for them in this case. The general reports have already been served in this MDL. Dr. Rosenzweig's Expert Reports and corresponding attachments set forth the facts, data and information considered by Dr. Rosenzweig, the exhibits that Dr. Rosenzweig may use to support his opinions, and Dr. Rosenzweig's qualifications, publications, testimonial history, and compensation. Plaintiff hereby incorporates by reference Dr. Rosenzweig's Expert Reports and all subparts and attachments thereto as if fully set forth herein.

2. Dr. Daniel Elliott (Urologist)
   Mayo Clinic
   175st Street SW
   Rochester, MN 55902

Plaintiff refers Defendants to Dr. Daniel Elliott's Expert Reports, and all subparts and attachments thereto which sets forth his opinions and the reasons and bases for them as to Plaintiff's medical devices at issue. These reports have already been served in this MDL. Dr. Elliott's Expert Reports and corresponding attachments set forth the facts, data and information considered by Dr. Elliott, the exhibits that Dr. Elliott may use to support his opinions, and Dr. Elliott's qualifications, publications, testimonial history, and compensation. Plaintiff hereby incorporates by reference Dr. Elliott's Expert Reports and all subparts and attachments thereto.

3. Dr. Brian Raybon (Urogynecologist)
   79 Doyle St
   Tacoa, GA 30577

Plaintiff refers Defendants to Dr. Brian Raybon's Expert Reports, and all subparts and attachments thereto which sets forth his opinions and the reasons and bases for them as to Plaintiff's medical devices at issue. These reports have already been served in this MDL. Dr. Raybon's Expert Reports and corresponding attachments set forth the facts, data and information considered by Dr. Raybon, the exhibits that Dr. Raybon may use to support his opinions, and Dr. Raybon's qualifications, publications, testimonial history, and compensation. Plaintiff hereby incorporates by reference Dr. Raybon's Expert Reports and all subparts and attachments thereto.

4. Dr. Scott Guelcher (Materials)
   Polymer and Chemical Technologies, LLC
   1008 Caldwell Avenue
   Nashville, TN 37204

Plaintiff refers Defendants to Dr. Guelcher's Expert Reports, and all subparts and attachments thereto which sets forth his opinions and the reasons and bases for them as to Plaintiff's medical devices at issue and/or the material used in each. These reports have already been served in this MDL. Dr. Guelcher's Expert Reports and corresponding

attachments set forth the facts, data and information considered by Dr. Guelcher, the exhibits that Dr. Guelcher may use to support his opinions, and Dr. Guelcher's qualifications, publications, testimonial history, and compensation. Plaintiff hereby incorporates by reference Dr. Guelcher's Expert Reports and all subparts and attachments thereto.

**GENERAL RETAINED REGULATORY EXPERTS**

Plaintiffs recognize that the Fourth Circuit has affirmed Judge Goodwin's decision to exclude evidence relating to a manufacturer's compliance with the FDA's 510(k) process. In the event of a contrary ruling, Plaintiffs reserve the right to designate the following General Regulatory Experts:

5. Dr. Peggy Pence (Regulatory)
   Symbion Research International,Inc.
   3537 Old Conejo Road, Suite 115
   Newbury Park, CA 91320

A General Designation and Disclosure has been or is being served by and on behalf of the Wave 10 cases for general expert opinions. In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiff reserves the right to elicit testimony, either through direct examination or cross-examination, of any other of the general witnesses designated or identified by Plaintiffs in this wave or prior for both the Prolift+M and TVT-O devices. In no event, however, will Plaintiff's retained experts at trial exceed five (5) experts without leave of Court for good cause shown. Plaintiff further reserves the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

3

## NON-RETAINED EXPERT WITNESSES

| NAME | ADDRESS | SPECIALITY |
|---|---|---|
| Dr. Shlomo Raz | MP2 Perioperative Plaza 757 Westwood Plaza Los Angeles, CA 9095-8358 | Urology |
| Dr. Jacquelin Hart | 6301 Richmond Ave Houston, TX 77057 | Oncology |
| Dr. Patricia Salvato | 6301 Richmond Ave Houston, TX 77057 | Internal Medicine |
| Dr. Steven Spencer | 701 Fry Road Katy, TX 77450 | Family Practice |
| Dr. Rebecca Luthcke | 920 Frostwood Dr, #560 Houston, TX 77024 | Obstetrics and Gynecolgoy |
| Thomas Debauche, MD | 21212 NW Fwy, #405 Cypress, TX 77429 | Cardiovascular Diseases |
| Dr. Craig Gordon | 21316 Provincial Blvd Katy, TX 77450 | Gastroenterology |
| Dr. Elizabeth Boehme | 3400 Bissonnet St, #100 Houston, TX 77005 | Internal Medicine |
| Dr. Christina Pramudji | 915 Gessner Rd. #720 Houston, TX 77024 | Urology |
| Kelliwood Family Practice | 701 Fry Road, #103 Katy, TX 77450 | |
| Methodist Willowbrook Hospital | 18220 State Hwy 249 Houston, Tx 77070 | |
| Memorial Hermann Medical Group Urology | 915 Gessner Road, #720 Houston, TX 77024 | |
| Methodist Hospital OBGYN | 6560 Fannin St, #2100 Houston, TX 77030 | |

The foregoing non-retained designations include, but are not limited to any agents, employees, representatives, pathologists, nurses, technicians, aides, record custodians, and practice facilities of each provider identified. Further, it is Plaintiffs' intent to designate all

4

healthcare providers who treated Plaintiff for any relevant injuries and damages asserted in this case including, but not limited to, any providers identified in Plaintiffs' medical records which may have been inadvertently excluded from the list above and those to whom Plaintiff is referred for treatment following this designation, if applicable.

This 22nd day of February, 2019.

By: /s/ *Erin K. Copeland*
Erin K. Copeland
Federal ID#29219
State Bar # 24028157

1150 Bissonnet
Houston, TX 77005
Phone: (713) 751-0025
Fax: (713) 751-0030
Email: ecopeland@fibichlaw.com

*Counsel for Plaintiff(s)*

5