## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR              Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 10 CASES LISTED IN
EXHIBIT A                                                  JOSEPH R. GOODWIN U.S. DISTRICT
                                                                              JUDGE

### DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT MOTIONS AND REPLY BRIEFING AS TO MICHAEL THOMAS MARGOLIS, M.D. FOR WAVE 10

Come now, Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon"), and hereby move to exclude certain general opinions of one of Plaintiffs' experts, Dr. Michael Thomas Margolis. Defendants adopt and incorporate by reference the *Daubert* motion filed against Dr. Michael Thomas Margolis for Ethicon Wave 1 cases, Dkt. Nos. 2029 (motion), 2031 (memorandum in support) and supporting Reply brief, Dkt. 2212, as well as their supplemental briefing filed in Ethicon Wave 3 cases, Dkt. Nos. 2832 and 2833.

Ethicon respectfully requests that the Court exclude Dr. Michael Thomas Margolis's testimony, for the reasons expressed in the Wave 1 and 3 briefing. This notice applies to the Wave 10 cases identified in Exhibit A attached hereto.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON


**CERTIFICATE OF SERVICE**

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage
William M. Gage

# EXHIBIT A

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Aveni, Rosalia v. Ethicon, Inc., et al. | 2:15-cv-04656 | TVT |
| Colunga, Dora v. Ethicon, Inc., et al. | 2:15-cv-13631 | TVT |
| Gevers, Dorothy v. Ethicon, Inc., et al. | 2:14-cv-16444 | TVT |
| Godin, Allison v. Ethicon, Inc., et al. | 2:15-cv-06316 | TVT |
| Jackson, Gwen v. Ethicon, Inc., et al. | 2:13-cv-21595 | TVT Obturator |
| Marrufo, Ethel v. Ethicon, Inc., et al. | 2:14-cv-28504 | TVT |
| Stephen, Deborah M., et al. v. Ethicon, Inc., et al. | 2:14-cv-27916 | TVT Obturator |
| Waldon, Julie, et al. v. Ethicon, Inc., et al. | 2:13-cv-05551 | TVT |

44420559.v1