# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------<br>ETHICON WAVE 10 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT MOTIONS AND REPLY BRIEFINGS OF RALPH ZIPPER, M.D. FOR WAVE 10

Come now Defendants and hereby move to exclude certain general opinions of one of Plaintiffs' experts, Dr. Ralph Zipper. Defendants adopt and incorporate by reference the *Daubert* motion filed against Dr. Zipper for Ethicon Wave 1, Dkt. Nos. 2068 (motion), 2072 (memorandum in support), and supporting Reply brief, Dkt. 2221. Defendants also adopt and incorporate by reference the *Daubert* motion filed against Dr. Zipper for Ethicon Wave 6, Dkt. Nos. 5076 (motion), 5077 (memorandum in support), and supporting Reply brief, Dkt. 5178. Defendants also adopt and incorporate by reference the Court's Wave 1 ruling with respect to Dr. Zipper. *See* Order, Dkt.. No. 2717; *see also* Dkt. 2418 (Notice of Adoption for Wave 2 Order), 3299 (Notice of Adoption for Wave 3 Order).

Ethicon respectfully requests that the Court exclude Dr. Zipper's testimony, for the

1

reasons expressed in the Wave 1 and Wave 6 briefings. This notice applies to the Wave 10 cases identified in Exhibit A attached hereto.

        Respectfully submitted,
        /s/ *William M. Gage*
        William M. Gage (MS Bar #8691)
        Butler Snow LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS 39158-6010
        (601) 985-4561
        william.gage@butlersnow.com

        /s/ *Susan M. Robinson*
        Susan M. Robinson (W. Va. Bar #5169)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 24338
        (304) 414-1800
        srobinson@tcspllc.com

        COUNSEL FOR DEFENDANTS
        ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

      I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                                       */s/ William M. Gage*

                                                       William M. Gage

44422355.v1

# EXHIBIT A

44422355.v1

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Pirlein, Adelheid v. Ethicon, Inc., et al. | 2:12-cv-04992 | Prolift Total; TVT Obturator[1] |

---

[1] Dr. Zipper has submitted general reports on Prolift, Prosima, and TVT-S. No Plaintiff who has designated Dr. Zipper as a general expert in Wave 10 was implanted with a Prosima or TVT-S. Those reports are therefore moot.

44422355.v1