**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| ------------------------------------------------------ | |
| THIS DOCUMENT APPLIES TO: <br> ETHICON WAVE 10 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE
PEGGY PENCE, PH.D., FOR ETHICON WAVE 10**

Come now Defendants Ethicon, Inc. and Johnson & Johnson, and hereby adopt and incorporate by reference the Ethicon Wave 3 *Daubert* motion to exclude the opinions of Peggy Pence, Ph.D.; memorandum in support; and reply brief for Ethicon Wave 10, Case No. 2:12-md-2327, Dkt. 2759, Dkt. 2760, Dkt. 3017.  Defendants respectfully request that the Court exclude Dr. Pence's testimony, for the reasons expressed in the Ethicon Wave 3 briefing.  This notice applies to the Ethicon Wave 10 cases identified in Exhibit A attached hereto.

                                                               Respectfully submitted,

                                                               */s/ William M. Gage*
                                                               William M. Gage (MS Bar #8691)
                                                               Butler Snow LLP
                                                               1020 Highland Colony Parkway
                                                               Suite 1400 (39157)
                                                               P.O. Box 6010
                                                               Ridgeland, MS 39158-6010
                                                               (601) 985-4561
                                                               william.gage@butlersnow.com

                                                              */s/ Susan M. Robinson*_____
                                                               Susan M. Robinson (W. Va. Bar #5169)
                                                               Thomas Combs & Spann PLLC
                                                               300 Summers Street
                                                               Suite 1380 (25301)
                                                               P.O. Box 3824

Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            /s/ *William M. Gage*

47424113.v1