**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE PEGGY PENCE, PH.D., FOR ETHICON WAVE 10**

**List of Applicable Cases**

| Case Name | Case Number | Product(s) |
|---|---|---|
| Aveni, Rosalia | 2:15-cv-04656 | TVT |
| Bell, Lauri & Terrill | 2:13-cv-05389 | Prolift +M<br>TVT-O |
| Colunga, Dora | 2:15-cv-13631 | TVT |
| Crowe, Rowena K. & Robert H. | 2:15-cv-13014 | Prolift<br>TVT-O |
| Gevers, Dorothy | 2:14-cv-16444 | TVT |
| Godin, Allison | 2:15-cv-06316 | TVT |
| Houck, Paula M. & Gary G. | 2:12-cv-08091 | TVT-O |
| Jackson, Gwen | 2:13-cv-21595 | TVT-O |
| Jones, TaQuita | 2:15-cv-06009 | TVT-O |
| Marrufo, Ethel | 2:14-cv-28504 | TVT |
| Noles, Amanda & Dustin | 2:13-cv-04064 | TVT Abbrevo<br>TVT Exact |
| Sparks, Mary | 2:14-cv-28235 | Prolift +M<br>Prosima<br>TVT Exact |
| Stephen, Deborah M. & Bret E. | 2:14-cv-27916 | TVT-O |
| Waldon, Julie | 2:13-cv-05551 | TVT |
| King, Gayle | 2:12-cv-02606 | Prolift<br>TVT-O |
| Kropf, Diane | 2:12-cv-01202 | Prolift<br>TVT-O |
| Pirlein, Adelheid | 2:12-cv-04992 | Prolift Total<br>TVT-O |
| Rivers, Nancy & Darryl | 2:12-cv-02602 | Prolift +M<br>TVT Secur |
| Semere, Yvonne | 2:12-cv-02160 | Prolene<br>TVT Secur |
| Staton, Toni | 2:12-cv-03724 | TVT-O |

\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Pence as a general expert.