IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Alexander Grier Dwyer
Alexander Grier Dwyer
Kirkendall Dwyer
440 Louisiana Street
Suite 1901
Houston, TX 77002
(713) 522-3529
adwyer@kirkendalldwyer.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

P.O. Box 3824<br>
Charleston, WV 24338<br>
(304) 414-1800<br>
srobinson@tcspllc.com<br>
*Counsel for the Ethicon Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ Susan M. Robinson

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:14cv29558 | Tammie Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv09532 | Phyllis Roberts v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03944 | Gladys Smith and Everett Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04309 | Deborah Bell v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00304 | Therese David v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00365 | Dana Blauer v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00366 | Gina Campos v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00501 | Yvette Wood v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00502 | Ruth Vaughn v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00504 | Judy Speed v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00505 | Martha Sherrill v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00565 | Theresa Best v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00566 | Yvonne Figueroa v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00567 | Maryann Fontaine v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00571 | Leigh Ann Linderman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00572 | Julie Spencer v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00579 | Sandi Bisceglia v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00614 | Billie Winston v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00615 | Frances Wood v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00623 | Dottie Acosta v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00626 | Rebecca Albinson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00630 | Debra Allen v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00633 | Michele Anderson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00635 | Mary Asher v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00643 | Faith Beaser v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00647 | Bonnie Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00649 | Melissa Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00650 | Denise Bernier v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00652 | Judy Billups v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00653 | Sally Bishop v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00655 | Elnora Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00660 | Michele Bollinger v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00668 | Amanda Brake v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00674 | Carol Weiss v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00676 | Rae Briske v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00683 | Tonya Ward v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00692 | Vanya Bryan v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00699 | Mary Waldo v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00703 | Velma Butler v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00704 | Cassie Veasey v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00725 | Ruth Cecconi v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:18cv00752 | Emiliana Colon v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00754 | Tammie Conner v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00759 | Linda G Corley v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00766 | Sandra Crisp v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00768 | Brandi Crosby v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00770 | Heather D'angelo v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00777 | Marie Diaz v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00778 | Ronna Doescher v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00788 | Shannon Edens v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00804 | Cindy Finnessey v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00814 | Astrid Gifford v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00821 | Lois Thornton v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00822 | Yvonne Thurman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00827 | Debra Trombley-Zarazua v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00829 | Tina Turberville v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00831 | Cynthia Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00832 | Iris Urdaz v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00835 | Kathy Goione v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00845 | Joni Griffin v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00846 | Kevanlynnette Griffin v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00849 | Maria Guzman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00860 | Deborah Hannon v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00862 | Tammy Hanson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00870 | Sondra Hemphill v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00886 | Nicole Surline v. Ethicon, Inc.; Johnson & Johnson |