## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ J. Steven Mostyn
J. Steven Mostyn
The Mostyn Law Firm
3810 West Alabama Street
Houston, Texas 77027
(713) 861-6616
jsmostyn@mostynlaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-33812 | Belinda Hays Murray and James Murray v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33903 | Melissa Rogers v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-05946 | Sherrie Angelia Bivens Morton v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-05964 | Regina T. Sellers v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12949 | Marlene Asmussen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13552 | Felicia Reagan v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13624 | Maryann Calantoni v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-18442 | Catherine Cecelia D'Andrea and Alfred D'Andrea v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-18481 | Tina R. Norton and R. J. Norton, Jr. v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-21797 | Bennie Sue Fortner v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22234 | Lorie S. Kelley and Kevin Kelley v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-23008 | Meshell Ranae Yarberry v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-29816 | Susan Bennett and Rod South v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30215 | Aubrey Steele v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08345 | Jacqueline Bourget Arnold v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10697 | Sonya Faye Hallard v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10794 | Pollyanna Edwards Bennett Wymer v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13730 | Cedra Hall-Waldon Hall v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13759 | Michele M. Mazur v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-15522 | Deborah Lynn Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04430 | Peggy Cupp v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04554 | Denise Kille v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05094 | Shirley Goode v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05115 | Tonya Foutz and Nicholas Foutz v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05184 | Alice Akers Brandon v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07456 | Anngie Corrao v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07972 | Geraldine L. Sherwood v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10614 | Donna D. McIntosh v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10638 | Connie Edwards v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-11228 | Debbie C. Dingess v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11541 | Mary M. Wolf v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12331 | Gail Stubbs v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12397 | Linda Dickey v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00660 | Enola Callahan v. Ethicon Inc.; Johnson & Johnson |