# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------<br>ETHICON WAVE 10 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## DEFENDANTS' NOTICE OF WITHDRAWAL

Come now Defendants and hereby move to withdraw the Notice of Adoption of Motions to Exclude the Testimony of Ralph Zipper, M.D. filed May 10, 2019 under docket no. 8051.

This notice of withdrawal applies to the Wave 10 cases identified in Exhibit A attached hereto.

Respectfully submitted,
/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

44422355.v1

44422355.v1

## **CERTIFICATE OF SERVICE**

      I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                  */s/ William M. Gage*

                                  William M. Gage

44422355.v1

# EXHIBIT A

# EXHIBIT A

| Case Name | Case Number | Product |
|---|---|---|
| Pirlein, Adelheid v. Ethicon, Inc., et al. | 2:12-cv-04992 | Prolift Total; TVT Obturator[1] |

---

[1] Dr. Zipper has submitted general reports on Prolift, Prosima, and TVT-S. No Plaintiff who has designated Dr. Zipper as a general expert in Wave 10 was implanted with a Prosima or TVT-S. Those reports are therefore moot.

5