## EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE JERRY BLAIVAS M.D., FOR ETHICON WAVE 10

### List of Applicable Cases

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Jones, TaQuita | TVT Obturator | 2:15-cv-06009 | Ethicon MDL 2327 |
| LoCoco, Collette Theresa and Michael J, | TVT | 2:14-cv-06718 | Ethicon MDL 2327 |
| Noles, Amanda and Dustin | TVT Abbrevo; TVT Exact | 2:13-cv-04064 | Ethicon MDL 2327 |

\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Blaivas as a general expert.