**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT*
MOTION TO EXCLUDE BRUCE ROSENZWEIG M.D., FOR ETHICON
WAVE 10**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Aveni, Rosalia | TVT | 2:15-cv-04656 | Ethicon MDL 2327 |
| Bell, Lauri and Terrill | TVT Obturator; Prolift+M | 2:13-cv-05389 | Ethicon MDL 2327 |
| Colunga, Dora | TVT | 2:15-cv-13631 | Ethicon MDL 2327 |
| Conti, Patricia | TVT | 2:12-cv-00516 | Ethicon MDL 2327 |
| Gevers, Dorothy | TVT Retropubic | 2:14-cv-16444 | Ethicon MDL 2327 |
| Godin, Allison | TVT | 2:15-cv-06316 | Ethicon MDL 2327 |
| Hightower-Duffy, Karen | TVT Exact | 2:13-cv-22319 | Ethicon MDL 2327 |
| Houck, Paula M. and Gary G. | TVT-O | 2:12-cv-08091 | Ethicon MDL 2327 |
| Jackson, Gwen | TVT-O | 2:13-cv-21595 | Ethicon MDL 2327 |
| Jones, TaQuita | TVT Obturator | 2:15-cv-06009 | Ethicon MDL 2327 |
| Kropf, Diane | Prolift; TVT-O | 2:12-cv-01202 | Ethicon MDL 2327 |
| LoCoco, Collette Theresa and Michael J, | TVT | 2:14-cv-06718 | Ethicon MDL 2327 |
| Marrufo, Ethel | TVT | 2:14-cv-28504 | Ethicon MDL 2327 |
| Noles, Amanda and Dustin | TVT Abbrevo; TVT Exact | 2:13-cv-04064 | Ethicon MDL 2327 |
| Pirlein, Adelheid | Prolift; TVT Obturator | 2:12-cv-04992 | Ethicon MDL 2327 |
| Ruiz, Patricia | TVT-Secur | 2:12-cv-01021 | Ethicon MDL 2327 |
| Semere, Yvonne | TVT-Secur | 2:12-cv-02160 | Ethicon MDL 2327 |

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Sparks, Mary | Prolift+M, Prosima; TVT Exact | 2:14-cv-28235 | Ethicon MDL 2327 |
| Staton, Toni | TVT Obturator | 2:12-cv-03724 | Ethicon MDL 2327 |
| Stephen, Deborah M. and Bret E. | TVT Obturator | 2:14-cv27916 | Ethicon MDL 2327 |
| Waldon, Julie | TVT | 2:13-cv-05551 | Ethicon MDL 2327 |
| Wynn, Pansy | Prolift+M; TVT-Secur; TVT Exact | 2:14-cv-28572 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Rosenzweig as a general expert.**