**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE BOBBY SHULL M.D., FOR ETHICON WAVE 10**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Crowe, Rowena K. and Robert H. | Prolift; TVT Obturator | 2:15-cv-13014 | Ethicon MDL 2327 |

\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Shull as a general expert.