# EXHIBIT A

GONZALEZ EXHIBIT A

| Case Name | Case Number |
|---|---|
| Diane Kropf | 2:12-cv-01202 |