**EXHIBIT A TO DEFENDANTS' AMENDED NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE DIONYSIOS VERONIKIS, M.D., FOR ETHICON WAVE 10 (PTO 320)**

|   | Case Name | Case Number |
|---|---|---|
| 1 | Fields, Betty C. (n/k/a Betty Jean) | 2:12cv06825 |
| 2 | Johnson, Sandra | 2:18cv00549 |
| 3 | Allen, Diana & Timothy | 2:12-cv-1676 |
| 4 | King, Gayle | 2:12-cv-2606 |
| 5 | Rivers, Nancy & Darryl | 2:12-cv-2602 |

**\*Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Veronikis as a general expert.**