**EXHIBIT A TO DEFENDANTS' AMENDED NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE DONALD OSTERGARD, M.D. FOR ETHICON WAVE 10 (PTO 320)**

1. Johnson, Sandra, 2:18-cv-00549
2. Gutierrez, Nidya, 2:15-CV-12072
3. Ruiz-Millan, Irma L., 2:14-cv-6384
4. Slade, Sebrina & Eric, 2:12-cv-1753
5. Thaman, Susan & Robert, Sr., 2:12-cv-00279