# Exhibit A

# EXHIBIT A

|    | Case Style | Cause No. |
|----|------------|-----------|
| 1. | *Irene Fortuna vs. Ethicon, Inc., et al* | **2:13-cv-4726** |
| 2. | *Joan Tily vs. Ethicon, Inc., et al* | **2:15-cv-385** |
| 3. | *Donna Williams, et al vs. Ethicon, Inc., et al* | **2:12-cv-3225** |