# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS                                          MDL NO. 2327
PRODUCTS LIABILITY LITIGATION

_____

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

**ETHICON WAVE CASES IDENTIFIED ON EXHIBIT "A"**
_____

### NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
### DR. STEPHEN BADYLAK FOR WAVE 5 CASES

For the Ethicon Wave cases identified in Exhibit "A" attached hereto, Plaintiffs hereby adopt and incorporate by reference the Motion to Exclude Dr. Stephen Badylak filed in Boston Scientific Corp. Pelvic Repair Systems Product Liability Litigation MDL No. 2326, s*ee* ECF No. 4826 (Mot. and Memo.); *see also* ECF No. 5033 (Reply). Plaintiffs respectfully request that the Court exclude Dr. Badylak's testimony for the reasons previously set forth.

DATED: May 13, 2019

                                      Respectfully submitted,

                            By:   /s/ *Clayton A. Clark*
                                  Clayton A. Clark
                                  Co-Lead Counsel for Plaintiffs in
                                  MDL No. 2326
                                  cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

                            By:   /s/ *Aimee Wagstaff*
                                  Aimee Wagstaff
                                  Co-Lead Counsel for Plaintiffs in
                                  MDL No. 2326
                                  aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

# CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:   /s/ *Clayton A. Clark*
Clayton A. Clark
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217