IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ETHICON WAVE 10 CASES LISTED IN EXHIBIT A | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

**PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE OR TO LIMIT THE OPINIONS AND TESTIMONY OF SHELBY THAMES**

**COMES NOW** Ethicon Wave 10 Plaintiffs listed in Exhibit A, by and through the undersigned attorneys, and file this *Daubert* Motion to Exclude or to Limit the Opinions and Testimony of Shelby Thames. Additionally, hereby adopt and incorporate by reference the Daubert motions, memorandums and reply briefs filed in relation to Shelby Thames for Ethicon Waves 1, 2 and 3: Dkts. 2039, 2455, and 2839 (motions); 2042, 2458, and 2841 (memorandums in support); and 2247, 2621, and 3037 (reply briefs).

In support of this motion, Plaintiff has submitted a memorandum of law and also relies upon the following attached exhibits:

1. A true copy of the deposition of Thomas A. Barbolt, Ph.D. dated 1/8/14, attached hereto as Exhibit B.

**WHEREFORE**, Plaintiffs respectfully request that the Court grant their *Daubert* Motion to Exclude or to Limit the Opinions and Testimony of Shelby Thames. Additionally, Plaintiffs request all other and further relief to which they may be justly entitled.

1

Dated: May 13, 2019								Respectfully submitted,

/s/  D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

2

# EXHIBIT A

| | |
|---|---|
| Bell, Lauri | 2:13-cv-05389 |
| Burch, Carol | 2:13-cv-30561 |
| Clark, Marilyn | 2:16-cv-00324 |
| Colunga, Dora | 2:15-cv-13631 |
| Connolly, Theresa | 2:15-cv-05091 |
| Cummins, Amber | 2:13-cv-23934 |
| Denton, Shirley | 2:12-cv-01719 |
| Fields, Betty C. | 2:12-cv-06825 |
| Fitzgerald, Bridgett (Lopez, Isabel) | 2:13-cv-26013 |
| Fitzgerald, Bridgette (Prescott, Crystal Marie) | 2:13-cv-26013 |
| Fitzgerald, Bridgette (Shih, Becky Marie) | 2:12-cv-26013 |
| Fitzgerald, Bridgette (Watts, Deborah) | 2:13-cv-26013 |
| Fitzgerald, Bridgette Marie (Bruns, Janette) | 2:13-cv-26013 |
| Garcia, Gema Maria | 2:16-cv-00654 |
| Gevers, Dorothy | 2:14-cv-16444 |
| Godin, Allison | 2:15-cv-06316 |
| Huntsinger, Renae | 2:14-cv-29045 |
| Jelks, Mary A. | 2:12-cv-03896 |
| Johnson, Sandra | 2:18-cv-00549 |
| Jones, TaQuita | 2:15-cv-06009 |
| Kropf, Diane | 2:12-cv-01202 |
| LoCoco, Collette | 2:14-cv-06718 |
| Lomax, Esther | 2:14-cv-00480 |
| Majzel, Nina | 2:13-cv-05132 |
| Marrufo, Ethel | 2:14-cv-28504 |
| McMurry, Corena M. | 2:15-cv-11956 |
| Meyer, Marilyn B. | 2:15-cv-04712 |
| Morrow, Tina | 2:12-cv-00378 |
| Nix, Cynthia | 2:12-cv-01278 |
| Noles, Amanda | 2:13-cv-04064 |
| Perciballi, Alexandra | 2:13-cv-08053 |
| Pirlein, Adelheid | 2:12-cv-04992 |
| Poff, Evelyn Jeannette | 2:14-cv-28294 |
| Rivers, Nancy | 2:12-cv-02602 |
| Semere, Yvonne | 2:12-cv-02160 |
| Sluis, Kristen Lee | 2:12-cv-04997 |
| Sparks, Mary | 2:14-cv-28235 |
| Staton, Toni | 2:12-cv-03724 |
| Waldon, Julie | 2:13-cv-05551 |
| Wynn, Pansy | 2:14-cv-28572 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                /s/ D. Renee Baggett_____
                D. RENEE BAGGETT
                Aylstock, Witkin, Kreis and Overholtz, PLC
                17 E. Main Street, Suite 200
                Pensacola, FL 32563
                850-202-1010
                850-916-7449
                Rbaggett@awkolaw.com