**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS                                           MDL NO. 2327
PRODUCTS LIABILITY LITIGATION

_____

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

**WAVE CASES IDENTIFIED ON EXHIBIT "A"**
_____

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
DR. STEVEN LITTLE FOR WAVE 5 CASES**

For the Wave cases identified in Exhibit "A" attached hereto, Plaintiffs hereby adopt and incorporate by reference the Motion to Exclude Dr. Steven Little from Boston Scientific Corp. Pelvic Repair Systems Product Liability Litigation MDL No. 2326 Wave 3, *See* ECF No. 4825 (Mot. and Memo.); *see also* ECF No. 5034 (Reply). Plaintiffs respectfully request that the Court exclude Dr. Little's testimony for the reasons previously set forth.

DATED: May 13, 2019

                                             Respectfully submitted,

                                    By:      /s/ *Clayton A. Clark*
                                             Clayton A. Clark
                                             Co-Lead Counsel for Plaintiffs in
                                             MDL No. 2326
                                             cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

                                    By:      /s/ *Aimee Wagstaff*
                                             Aimee Wagstaff
                                             Co-Lead Counsel for Plaintiffs in
                                             MDL No. 2326
                                             aimee.wagstaff@andruswagstaff.com

- 2 -

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ *Clayton A. Clark*
Clayton A. Clark
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, G.P.**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217