**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327** **MDL No. 2327** |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | **JOSEPH R. GOODWIN** **U.S. DISTRICT JUDGE** |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF JOINT MOTION TO DISMISS
WITHOUT PREJUDICE**

Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the

"Ethicon Defendants"), hereby give Notice of the Withdrawal of their Motion to Dismiss Without

Prejudice filed May 4, 2019 under Doc. No. 7963.

Respectfully submitted,

/s/ Ryan J. Browne
Ryan J. Browne
Spencer P. Browne
Reyes Browne Reilley
5950 Berkshire Lane
Suite 410
Dallas, TX 75225
(214) 526-7900
ryan@reyeslaw.com
spencer@reyeslaw.com

/s/ Ethan Lee Shaw
Ethan Lee Shaw
Shaw Cowart
1609 Shoal Creek Boulevard
Suite 100
Austin, TX 78746
(512) 499-8900
elshaw@shawcowart.com

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

/s/ Donna Jo Bowen
Donna Jo Bowen
Slack & Davis
2705 Bee Cave Road
Suite 200
Austin, TX 78746
(512) 795-8686
dbowen@slackdavis.com

/s/ Marc R. Stanley
Marc R. Stanley
Stanley Law Group
6116 North Central Expressway
Suite 1500
Dallas, TX 75206
(214) 443-4300
marcstanley@mac.com

/s/ Aaron Clark Johnson
Aaron Clark Johnson
Summers & Johnson
717 Thomas Street
Weston, MO 64098
(816) 640-9940
aaron@summersandjohnson.com

/s/ Joel L. DiLorenzo
Joel L. DiLorenzo
The DiLorenzo Law Firm
2545 Highland Avenue South
Suite 100
Birmingham, AL 35205
(205) 212-9988
joel@dilorenzo-law.com

/s/ Elizabeth L. Dudley
Elizabeth L. Dudley
The Dudley Law Firm
23438 SW Pilot Point Road
Suite A
Douglass, KS 67039
(316) 746-3969
Liz@LizDudleyLaw.com

/s/ Michael T. Gallagher
Michael T. Gallagher

The Gallagher Law Firm
2905 Sackett Street
Houston, TX 77098
(713) 238-7749
mike@gld-law.com

/s/ Norwood S. Wilner
Norwood S. Wilner
The Wilner Firm
444 East Duval Street
2nd Floor
Jacksonville, FL 32202
(904) 446-9817
nwilner@wilnerfirm.com

/s/ Michael L. Beckman
Michael L. Beckman
Viles & Beckman
6350 Presidential Court
Suite A
Fort Myers, FL 33919
(239) 334-3933
michael@vilesandbeckman.com

/s/ Jeffrey M. Kuntz
Jeffrey M. Kuntz
Thomas P. Cartmell
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701-1100
jkuntz@wcllp.com
tcartmell@wcllp.com

/s/ Joseph J. Zonies
Joseph J. Zonies
Zonies Law
1900 Wazee Street
Suite 203
Denver, CO 80202
(720) 464-5300
jzonies@zonieslaw.com

*Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

<u>/s/ William M. Gage</u>

**EXHIBIT A**
**(Reyes Browne Reilley)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-14442 | Billie Tyson and James Tyson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15150 | Janice Armour and Donald Armour v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15275 | Karen Sheldon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17332 | Karen D. Stanley v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17516 | Betty Mercer v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17579 | Lois Burrell and Kenny Burrell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18495 | Patsy Carroll and Estil Carroll v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19447 | April Martin and Michael Martin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19489 | Cynthia Davis-Bumbrey v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19490 | Virginia Green and Bruce Green v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-19491 | Leesa Hughes and Darrin Scott Hughes v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19950 | Minnie Houston and Almer Houston v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20018 | Deloris Budhram v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-20104 | Laura Bennett and Tiffany Bennett-Bays v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-20507 | Carma Manring v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-24452 | Anita Richards v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29527 | Shirley Brissette and Michael Brissette v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-30730 | Dixie Meredith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14437 | Rosalyn McGuire and Samula McGuire v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24395 | Belinda Betancourt and Rafael Betancourt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26026 | Angela Taylor and Eddie Taylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00887 | M. Dianne Hogerty v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Shaw Cowart)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-29566 | Sheryl Kay McLeroy and Geary McLeroy v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31357 | Patti Jo Crowley and Clayton Crowley v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13582 | Cynthia Ann Mohammad and Ali Y. Melham v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-15982 | Deborah Lee Gray and Patrick L. Gray v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-18675 | Mary Jo Ferreira and Joseph Ferreira v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19352 | Michelle Frantellizzi v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25467 | Amy Jennifer Jyrkinen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27883 | Deborah Lynn Daniel v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-05930 | Sherry A. Overton v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07310 | Lori L. Josephson and Eric Josephson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07413 | Cheryl J. Henson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07987 | Carmen Montano v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14152 | Katherine Bartell and Rodney B. Bartell v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT C**
**(Slack & Davis)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-16288 | Terence Elizabeth Paddack and Roscoe Sterling Paddack, Jr. v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-07450 | Barbara Blake Reyes and Felix Manuel Rayes v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT D**
**(Stanley Law Group)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-16312 | Cora J. Bowe v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16319 | JoAnn Naught v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16320 | Tammy Jo Painter and Rodney Painter v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16328 | Chloe Stewart v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16329 | Kimberly Thompson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16495 | Lori Staffler v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT E**
**(Summers & Johnson)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-12139 | Janelle Alexander v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-12192 | Deborah Johnson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14880 | Margaret Boston v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14884 | Susan Decaro and Dominic Decaro v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14885 | Michele Dixon and William E. Perry v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14887 | Nancy Dubin and George Dubin v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14890 | Rita Gifford and Robert Gifford v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14893 | Victoria Harra v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15456 | Fern Jones v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15463 | Shawna Lanoue v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15467 | Kathryn Leitch and Russell Leitch, Jr. v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15474 | Diane Marshall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16134 | Brenda Minter and Charles Minter v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16143 | Bess Oldham v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16145 | Joan Oliver and Daniel Oliver v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16152 | Crystal Parker v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16159 | Susan Signor v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16162 | Shannon Smith and Harry Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16171 | Marilyn Stewart v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-16741 | Dawnita Fields v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17329 | Angela Walker v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18876 | Jacqueline Bell and David Bell v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18886 | Theresa Healy v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18887 | Anita Hewes and Ralph Hewes v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18889 | Bridgette McCall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18892 | Christine Parson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18895 | Pearl Whited and Stanley Whited v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-18103 | Linda Lewis and Dr. Jim Lewis v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20773 | Karen Fisher-Wallen and Richard Wallen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20779 | Cathy McManus and Charles McManus v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20780 | Wendy Morgan v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20782 | Lori Oman v. Ethicon, Inc.; Johnson & Johnson |

| 2:14-cv-22019 | Sandra Rosado v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22048 | Lori Wells and Leonard Wells v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22060 | Dixie Langton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22062 | Sharon Lennartson v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT F**
**(The DiLorenzo Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-19789 | Anna Lovell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09884 | Tina A. Stinnett v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:17-cv-01629 | Claire Strickland v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03083 | Rebecca Cochran v. Ethicon Inc. |
| 2:17-cv-03085 | Sheila Jett v. Ethicon, Inc. |
| 2:17-cv-03162 | Gwen Dills v. Ethicon Inc. |

**EXHIBIT G**
**(The Dudley Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-00100 | Margaret T. Fisher and John A. Fisher v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01679 | Mimi Woodruff v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01847 | Roxanna L. Crouch and Daniel Crouch v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-02136 | Josephine E. Wingo v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-02172 | Cynthia Pedemonti and Alfred J. Pedemonti v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-04523 | Gary Ann Brannock and Ralph Brannock; Virginia A. Robinson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06670 | Sharon M. Yates v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-06673 | Candy S. Lipinski and Jeffrey S. Lipinski v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07644 | Samantha Plemmons Cobun and Nicholas Cobun v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22501 | Georgia Faye Parker and Dale E. Parker v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22638 | Margaret Corinne Reynolds v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09713 | Kimberly K. Bailey v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

12

**EXHIBIT H**
**(The Gallagher Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-13182 | Susan Chamberlain v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13186 | Josephine Ilg v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13202 | Margaret Peterson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13207 | Rebecca Wilson v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13260 | Bambi Deaton-Moore v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13266 | Susan Fields v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13276 | Krystal Kinder v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13277 | Kathy Kirby v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13278 | Silvia LeGrand v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13282 | Phylis Murvay v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13290 | Mary Slavens v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13292 | Lisa Titus v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13293 | Patricia White v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-24290 | Lisa Christon v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24307 | Randi Jamieson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24310 | Denise Greenhalgh v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-24316 | Emily Lee v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24321 | Maxine Yuille-Carlisle v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-24327 | Sheila Richardson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24340 | Connie King v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24347 | Terri Dembowski-Gloede v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24349 | Beckie Davis, Deceased v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24350 | Janet Batlan v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-09621 | Leigh Barham v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09625 | Marquita Massa v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11808 | Pamela Decker v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-11813 | Angela Lamons v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13900 | Sandra Hardesty v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT I**
**(The Wilner Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-11991 | Lora S. Kraynick and William J. Kraynick v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT J**
**(Viles & Beckman)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-22651 | Debra McCaslin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT K**
**(Wagstaff & Cartmell)**

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-04600 | Jennifer Helton and Eric Helton v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00017 | Valerie Aharoni v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00018 | Heather Lyons v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00031 | Crystal Muse v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT L**
**(Zonies Law)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-02829 | Kimberly Hill and Susan Limor v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07251 | Ora Kay Gray and Clarence Allen Gray v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07901 | Patricia Blake and Dale Blake v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03303 | Lana McKenzie v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22167 | Kimberly D. Stone v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-29406 | Novella Fucci and Edward Fucci v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-29411 | Sara A. Lawson and LeGrand H. Lawson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-29424 | Mary K. Sierra v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29862 | Martha R. Escobar and Manuel Escobar v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16308 | Sharon Wardrip and Jeffrey Wardrip v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-18355 | Cheryl Lynne Terrell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24287 | Alma Freyre and Louis A. Freyre v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24970 | Marjorie Tolander and William Tolander v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25017 | Lavone Whitis v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25295 | Kimberly Shaw and Earl Shaw, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26055 | Joyce Chinn v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-26474 | Sara Sykes v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27064 | Patricia McClellan and Jonathan McClellan v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29903 | Danielle Matteson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30757 | Dianne Clay and Joe Clay v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-00639 | Kimberley Nevels and Bill Nevels v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01315 | Rebecca Ann Plachek v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01672 | Alva Bryant v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01673 | Nancy E. Smith and Perry Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02229 | Wanda Woodworth v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02641 | Elizabeth Pine v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02856 | Jennifer Marshall and David Marshall v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03954 | Merle Boyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04263 | Tammy Edwards v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-06407 | Cathlene M. Cady and Dale L. Cady v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06932 | Mary C. Spencer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06937 | Janet I. Sanderson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07207 | Audrey Edwards v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08437 | Virginia Pellegrino v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09070 | Shannon Adlong and Craig Adlong v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09472 | Pamela Chambers-Nelson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11163 | Betty Lou Siegel v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11164 | Diania Bottomley and Jerry Bottomley v. Ethicon, Inc.; Johnson & Johnson |

| 2:15-cv-11407 | Carol Palazzolo and Gerald Palazzolo v. Ethicon, Inc.; Johnson & Johnson |
|---|---|
| 2:15-cv-11693 | Beverly Dieter v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-12523 | Sarah K. Garcia and Salome Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12733 | Patricia A. Hamer and Steven B. Hamer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13540 | Linda Waldrop v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13618 | Marie Noble v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13802 | Billie Goble v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13805 | Rita Chancellor v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-14246 | Jacqueline Allran and Jerry Allran v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14344 | Beverly Szewczyk and David Szewczyk v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14482 | Linda K.Taber v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14972 | Toni Ablah v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15401 | Olivia Christian v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-00071 | Patricia D. Harshman and Lynn Harshman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00388 | Wendy Jones and Terry Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01698 | Tracy K. Penninger v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03490 | Elva Vera and Roberto Vera v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03559 | Dawn Selby v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06096 | Rosa Watson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06601 | Elizabeth Bowers and James W. Bowers, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08476 | Janet K. Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08652 | Therese T. Dixon v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-01426 | Bria Singer and Philip Singer v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02062 | Jennifer Casey and Shelia Casey v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03828 | Tamara Wiese-Dreher and Bob Dreher v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04453 | Ann E.T. Casias and Raymond A. Casias v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04460 | Maria M. Martinez v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04462 | Catalina Servin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04464 | Janie G. Schneider and Norman Schneider v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04467 | Margie A. Grier Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04477 | Jacqueline Vandeusen v. Ethicon, Inc.; Johnson & Johnson |