# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibits A – E, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Aylstock Witkin Kreis & Overholt
17 E. Main St., Ste. 200
Pensacola, FL 32502
(850) 202-1010
baylstock@awkolaw.com

/s/ Eric T. Chaffin
Eric T. Chaffin
Chaffin Luhana
600 Third Avenue
12th Floor
New York, NY 10016
(347) 269-4472

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

chaffin@chaffinluhana.com

/s/ Ben C. Martin
Ben C. Martin
The Law Offices of Ben C. Martin
3219 McKinney Avenue
Suite 100
Dallas, TX 75204
(214) 761-6614
bmartin@bencmartin.com

/s/ C. Mark Whitehead, III
C. Mark Whitehead, III
The Whitehead Law Firm
3639 Ambassador Caffery Parkway
Suite 303
Lafayette, LA 70503
(337) 740-6006
cmw@whiteheadfirm.com

/s/ J. Thomas Rhodes, III
J. Thomas Rhodes, III
Tom Rhodes Law Firm
126 Villita Street
San Antonio, TX 78205
(210) 225-5251
trhodes@tomrhodeslaw.com

*Counsel for Plaintiffs*

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**
**(Aylstock Witkin Kreis & Overholt)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-32515 | Michelle Eberhart and Gary Eberhart v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-07719 | Sandra Crowson v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Chaffin Luhana)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-15145 | Cynthia Korsgaard and Steven J. Korsgaard v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09258 | Brigid K. Miklovic and Thomas Miklovic v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06565 | Deborah G. Salem v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-06590 | Lisa Lehrman-Bon and Roger Lehrman-Bon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

# EXHIBIT C
## (The Law Offices of Ben C. Martin)

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-13560 | Stephanie H. Smith and Benjamin T. Smith v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT D**
**(The Whitehead Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-28102 | Norma L. McConnell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12328 | Tannia Fournet and Mike Fournet v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT E**
**(Tom Rhodes Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-20441 | Nicholle Winters and Johnny Winters v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |