**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327**<br>**MDL No. 2327** |
| **THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Caroline L. Maida
Caroline L. Maida
The Mostyn Law Firm
3810 West Alabama Street
Houston, Texas 77027
(713) 861-6616
clmaida@mostynlaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson____
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-22623 | Jackie Mae Von Villas and Peter Anthony Von Villas, Jr. v. Ethicon Inc; Johnson & Johnson |
| 2:13-cv-30806 | Wanda Costello and James A. Costello v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-30830 | Meagan McCarty and Michael McCarty v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31104 | Theresa J. Nelson and David Nelson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33813 | Christina Marie Murray v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33923 | Edith J. Scott and Tom Scott v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33924 | Nora Seaton and Roy Odell Seaton v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33946 | Elsie M. Simon and Benjamin Simon v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11052 | Pamela Lee Schmal Andress v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11081 | Sharon Whipple Hall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11908 | Dale Whitley Stoger Bradley Hosey v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12033 | Rhonda M. Hugo v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12123 | Pamela Leigh Radcliffe Patterson, deceased and Robert Patterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12294 | Wanieta Isaacs Iness and Leamond D. Iness v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12427 | Betty L. Johnston Cannon and John Cannon v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12760 | Courtney G. Renee Goins Hawks v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13106 | Nina F. Christner and Joseph L. Christner v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13418 | Peggy Ann Atwell and Henry Atwell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13897 | Karin Edith Westjohn and Edward Westjohn v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-13915 | Grayce W. Amick and Dean D. Amick v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-18379 | Nancy Thurman v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-18415 | Linda Kay Edwards v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-18480 | Marilyn Moss and Steve Moss v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-21664 | Sharon Thomas-Counce and Dan Counce v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-21672 | Jenifer Duensing v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-21697 | Jessaca Faye Smart and Bandy Smart v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-21794 | Patricia Winchester v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-21808 | Penny Wolfe and Todd Wolfe v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-21884 | Maria Abel and Virgil Lee Abel v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22152 | Doll Ann Kristina Meyer v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22185 | Bernadette Parsons v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22193 | Wilma Hedge v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22255 | Linda Shearer Myerly and H. Delbert Myerly v. Ethicon Inc; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-22352 | Laura Wilson and Randy Wilson v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22796 | Cyndi May Becker v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22830 | Sandra Ellen Clark-Mullis and Gary Mullis v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22984 | Nola Smith and Whit Smith v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-23044 | Sharon Jean Blake and Ronald E. Blake v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-23647 | Carmella Downey v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-23682 | Lisa Topper and Ricky Topper v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-29693 | Barbara L. Abell v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-29770 | Meloney Lynn Fortin and Gerard E. Fortin v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-29834 | Barbara Goss v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30136 | Lawanda Halley and Edward Halley v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30167 | Sandra Richardi and Kristian Wager v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30250 | Karla Burnett and Fred Burnett v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30372 | Beverly Wolfe and Robert N. Wolfe v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30444 | Guadalupe Escareno v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30559 | Erszi Alejandre v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30584 | Bobbi Graham and Darnell Graham v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30635 | Andrea Kay Morrison and Charles Gary Morrison v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30636 | Michelle Marie Bachorski and Brian Bachorski v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30800 | Evelyn Gentile and John Gentile v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30811 | Donna Good v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30831 | Ann Walenta and Donald Walenta v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30962 | Deborah Carol Jones and Joe Jones v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30966 | Lona Snell and Bradley Snell v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31221 | Helen Sullivan v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31239 | Juanita Hartford v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31251 | Dawn McLane-Onofrio and Joe Onofrio v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31287 | Kim Platz v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31294 | Angela Martin and Scott E. Martin v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31383 | Carolyn Epley and Charles Epley v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31423 | Ena Evans and Jerry Evans v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31441 | Joy Rone and Wesley Rone v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31456 | Deborah Bailey v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31476 | Pamela Guenthardt and Wayne Guenthardt v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-07956 | April J. Thompson v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08038 | Patricia Hincherick and Joseph Hincherick v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08092 | Sandra Holmes and David Holmes v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08342 | Jennifer Arnett and Gregory Arnett v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08362 | Stephanie Marie Iler Daniel v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08377 | Patricia A. Knight Hensel v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08380 | Robin K. Olson Rose Hutchison v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08472 | Phyllis A. Loar Mills Tester Greer v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08495 | Tiner T. Hall v. Johnson & Johnson; Ethicon, Inc. |

| | |
|---|---|
| 2:15-cv-08567 | Kimberlee S. Porter v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08681 | Nancy Louise Blackburn Terry v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08741 | Terri E. Lynne Price Lightfoot Gaier Arnold v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08746 | Phyllis J. Knoller Bell v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08817 | Sandra F. Holman Albert Preston v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08899 | Migdalia Fernandez Martinez Gonzalez v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08968 | Nancy Kovar v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09074 | Linda Cheek Dickerson Gersic v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09207 | Vickey Denice Thomas Thompson v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09363 | Doris Ann Swaney McAlister v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09497 | Pamela S. Hulse Delay v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09603 | Mary Ann Holderman v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09610 | Cynthia Jean Holt Myers v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09611 | Amy Lynn Stander v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09713 | Dawn Lynne Zuvelnk Kuiphof Albrecht v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09805 | Julie Ann Dudenhoefer Landry v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09870 | Marvolene Reynolds Thornton v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10171 | Linda Verna Bowen Haley v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10422 | Kathleen E. Cooper Salvey Sanford v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10430 | Shannon C. McMahon Tatro v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10670 | Grace Ann Decker Fish v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10700 | Anna Elizabeth Buehner Hensler v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10787 | Angela Parsons Vining v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10813 | Dolores Bruno Saccoccio v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-12693 | Barbara Ann Hardin Mara v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-12702 | Lisa T. Michelle Tedford Norwood v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13694 | Melanie S. Levitan Allison v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13761 | Sandra Free Millikin v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13809 | Carolyn Willard Riley v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13824 | Marjorie Beth Stutso v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13937 | Sylvia Davis and Larry Davis v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13945 | Sherry Deaton and Richard A. Deaton v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13988 | Serena Coovert and J. Dave Coovert v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14015 | Mallah Buell and Jon Garnier v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14041 | Dorsey M. Masters v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14057 | Gwen Peltier and Louis Peltier v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14059 | Nola Kay Piotroswski and Alan J. Piotrowski v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14062 | Sherry S. Roberts and Mike Roberts v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14082 | Beverly Tinkham and Allen W. Tinkham v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14088 | Mary Katuin and Walter Katuin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14094 | Sharon Loughman and Tracy Loughman v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14102 | Louise Swartz and John B. Swartz v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14119 | Maida Naquin and Douglas Naquin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14122 | Tammy Piazza and James Piazza v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14204 | Lena Dodson v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-14300 | Sandra Stanley v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14368 | Rita Garcia and Vicente M. Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14369 | Beverly Garrett and Monte H. Garrett v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14387 | Carol Hoover and Paul Hoover v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14392 | Florence Hubbard and John T. Hubbard v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14458 | Kristina Lobato and Ambrose Lobato v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14473 | Gloria N. Murphy and Herman Murphy, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14513 | Pamela Powell and Leon Powell v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14596 | Eloise K. Barber and Roland Barber v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14597 | Cheryl K. Barnard and Donald L. Barnard v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14746 | Betty Henry and Ray C. Henry v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14778 | Elizabeth Ann Montanero and Mario Montanero v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14807 | Margaret Tabellion and Robert Tabellion v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14854 | Phyllis Beeam and Zemery Frank Beeam v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14860 | Gloria Berggren and Judson R. Berggren v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14861 | Donekia P. Bickerstaff and Myron Charles Bickerstaff v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14897 | Nichole Gillen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14904 | Monica Gutierrez and Allen Gutierrez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15267 | Ethel Hansen and Louis Hansen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15279 | Shiloh Jenkins and Darrell Jenkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15415 | Esther Wayne and Donald Wayne v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15464 | Diana Burton and Jack Burton v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15478 | Rita Ann Frey and Robert W. Frey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15649 | Debbie A. Barron and Epigmenio Malagon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15742 | Mary Grady v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15766 | Julia E. Munro and Milton V. Munro v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15822 | Helen Pillion and Ray Pillion, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15831 | Lonnie Schreiber and James Schreiber v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15890 | Joanne Voakes and Richard Voakes, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15900 | Emilie Wood and Kenneth Wood v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15956 | Alice Gibson and Bobby M. Gibson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15991 | Linda Ricci and Carl Ricci v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16035 | Sally Svenpladsen and Dennis Svenpladsen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16042 | Jodie Thompson and Craig Thompson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16072 | Sara Mirta Carmona v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16116 | Lori West and Charles T. West v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16153 | Diane Adams and Michael T. Adams v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16614 | Melissa Jean Morris and Mark Morris v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00034 | Clara Garcia and Romulo Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00084 | Floease Harper and James R. Harper v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00085 | Mary Harper and Scott Simpson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00187 | Pamela Nelson and Ted A. Nelson Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00191 | Shirley Warden v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-00363 | Sandra Terry and James Terry v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00430 | Gail Linton and Bruce Linton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00434 | Holly Afghani and Mac Afghani v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00626 | Frances Du Bose and Ilya Itin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00945 | Marva Elliott-Knotts and Lawrence E. Knotts v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00954 | Patricia A. Dorety and William Preston Dorety v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01348 | Kelly Millhollon v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01351 | Candace Miller and Jackie Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01434 | Karri Stonebraker and Thomas Stonebraker v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01441 | Dixie A. Winstead and Harvey L. Winstead v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01466 | Krista Minehart and Glen Minehart v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01506 | Virginia McDonald and Robert McDonald v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01542 | Brenda Weathers and Roger Weathers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01584 | Virginia Calvanese v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01588 | Rose Chaffee and Gary Chaffee v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01798 | Sherry McIlhargey and Larry McIlhargey v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01800 | Mary Kate McCollum and James McCollum, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01859 | Linda Light v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01892 | Saundra Franks and Charles Franks v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02016 | Judith Adams-Larsen and Donald Larsen v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02039 | Tina Migneault v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02091 | Janet Carolyn Poston Brown Rabon v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02559 | Maria Maldonado and Cayetano Maldonado v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02560 | Clarita Cavazos Perez v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02664 | Catherine Clementi v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02777 | Tammy Coffelt and Eric Coffelt v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02972 | Barbara Goins and Horace Goins v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02974 | Tanya McKinnis v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03046 | Lydia Mann v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03163 | Charity Ketchum and David Ketchum v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03200 | Tammy Plante and Kelly Plante v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03427 | Vicki DeLaCruz and Armando DeLaCruz v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03671 | Sandra Barry and Jack Barry v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03742 | Karen M.Christy and Michael Christy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03746 | Martha J. Martin and Thomas R. Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03751 | Charity Brackeen and Bobby Humphrey v. Ethicon, Inc.; Johnson & Johnson |