# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2).  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Jason A. Itkin
Jason A. Itkin
Arnold & Itkin
6009 Memorial Drive
Houston, TX 77007
(713) 222-3800
jitkin@arnolditkin.com

/s/ Caroline L. Maida
Caroline L. Maida
The Mostyn Law Firm
3810 West Alabama Street
Houston, Texas 77027
(713) 861-6616
clmaida@mostynlaw.com

*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A
## (Arnold & Itkin)

| Civil Action No. | Case Style |
| --- | --- |
| 2:14-cv-11092 | Eilleen M. Harrison v. Ethicon, Inc.; Johnson & Johnson |

Case 2:12-md-02327   Document 8084   Filed 05/13/19   Page 4 of 5 PageID #: 203847

**EXHIBIT B**
**(The Mostyn Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-03791 | Christine E. Crawley and William A. Crawley, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03906 | Donna Sturgeon and Mitchell Sturgeon v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03913 | Marla June Zywicki and Randall W. Zywicki v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03955 | Dawn Timothy and Troy Timothy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04069 | Sara Watts and Kevin Watts v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04087 | Desiree Mata and Juan Mata v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04118 | Debra Frost and Geary Frost v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04135 | Laurie Lessard and Michael Lessard v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04573 | Vickie Snyder and Terry Snyder v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04631 | Jama Brooke Brown and Kirby Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04690 | Barbara Brookerd and William Brookerd v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04827 | Wanda Crabtree and Charles Crabtree v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04878 | Adelaide Stefanik v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04879 | Agnes Sturdy and Ian Sturdy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04931 | Vonstyne McCoy and Ellis McCoy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04937 | Sandra Durbin and James Alton Durbin, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04940 | Jamie J. Shores and Kenneth Shores v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04944 | Karen Sprynczynatyk and Robert Sprynczynatyk v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04975 | Ilona Brandow and Clifford Brandow v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04976 | Barbara Cox and Bruce Cox v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05022 | Terri Paduano and Maria Paduano v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05024 | Willow Colby and Frederick Colby v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05031 | Gina Tracy and Tim Tracy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05077 | Peggy L. Kirkeby and Everett Kirkeby v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05084 | Jacqueline W. Odje and Omokere Odje v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05121 | Regina Pinzon and Louis Pinzon v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05232 | Roberta Brozman and Robert Brosman, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05298 | Sandra Gail Biddle and Ronald L. Biddle v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05304 | Denise Blair v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05342 | Janet Cooper and Harold Cooper v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05343 | Lornea Levine and Ernest Levine v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05428 | Stella B. Crane v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05466 | Geraldine Biscuiti and Neil Biscuiti v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05495 | Patricia Hughes and Anthay Hughes v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05579 | Zackie Beavers and Earnest Beavers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05614 | Shirley McCracken and Richard McCracken v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05624 | Mary DonDineau and Robert DonDineau v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05626 | Barbara Pemberton and Herbert Pemberton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06128 | Angela Holliman and Jerry Holliman v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-06197 | Gail Coiner and Richard Coiner, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06442 | Jennifer Shelby Sutton and Robert Sutton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06918 | Jacquelynn Sardella v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06950 | Willene C. Beard v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06981 | Louise S. Becker v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07209 | Karen Nicholson and Clyde Nicholson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07740 | Becky L. Lautt v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07871 | Elizabeth A. Esau v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07875 | Fern T. Farrell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07916 | Pamela Cupps Myers and Terry Myers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08136 | Lina Gastaldi v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08536 | Mary Lovell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08557 | Bernadine Dominguez-Addison and Michael Addison v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08777 | Sue J. Medeiros and Leonel Medeiros v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08869 | Yvonne Torres Alanati v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09287 | Tonya Halcomb and Jason Halcomb v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-09566 | Rita Meador and Earl Dane Meador v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-09814 | Patricia Overbee v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10185 | Greta Culbertson v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10585 | Donna Curtis and Ellen R. Cook v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10660 | Mary E. Claybrook v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10749 | Waneeta Iammarino v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10768 | Jerline Tumlinson v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10934 | Joyce Hensley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11080 | Susan T. Vardiman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11217 | Rose Rudy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11311 | Joann Dingus v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11328 | Maria Garceau v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11612 | Clara M. Davis v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11613 | Betty Caster v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11739 | Estate of Sarah Garrell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11962 | Sherry D. Keeffe v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12441 | Julie Doughan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12564 | Joan M. Prather v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-12581 | Judith Garofalo v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-12595 | Ollie Johnson v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-00036 | Amy Lippincott v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-00040 | Maria Torres v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02072 | Judith A. McOwens v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02077 | Shari Rebarchek v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02681 | Arlene Jeter v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-03799 | Justine Deaton v. Ethicon Inc.; Johnson & Johnson |