# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION


**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Rozman v. Ethicon, Inc., et al., | ) | |
| S.D. West Virginia, C.A. No. 2:13-00469 | ) | MDL No. 2327 |
| (S.D. New York, C.A. No. 1:12-07501) | ) | |


## ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER


A conditional remand order was filed in the above-listed action (*Rozman*) on April 17, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Rozman* filed a notice of opposition to the proposed remand. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional remand order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on April 17, 2019, is LIFTED insofar as it relates to this action. The action is remanded to the Southern District of New York.


FOR THE PANEL:

_____
John W. Nichols
Clerk of the Panel

**Tina Smith**

| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **Sent:** | Monday, May 13, 2019 4:05 PM |
| **To:** | JPMLCMDECF@jpml.uscourts.gov |
| **Subject:** | Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Lifting Stay (Transferee and Transferor Courts) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/13/2019 at 4:04 PM EDT and filed on 5/13/2019

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Remand Order was filed on 04/17/19. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Remand Order was filed and, pursuant to Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Remand Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Remand Order is directed to you for filing.**

**28 U.S.C. 1407(a) provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Pursuant to Panel Rule 10.4, the parties should furnish the Transferee Court with a stipulation or designation of the content of the records to be remanded.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2019.**

**Associated Cases: MDL No. 2327, NYS/1:12-cv-07501 (LH)**

| | |
|---|---|
| **Case Name:** | Rozman v. Ethicon, Inc. et al |
| **Case Number:** | NYS/1:12-cv-07501 |

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO THE TRANSFEREE AND TRANSFEROR COURTS IN THE ASSOCIATED CASE(S):**

**A Conditional Remand Order was filed on 04/17/19. Prior to the expiration of that order's 7-day stay, opposition to the Conditional Remand Order was filed and, pursuant to Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Conditional Remand Order was stayed until further order of the Panel. The parties failed to file the required motion and brief to vacate and the stay has been lifted.**

**This Order Lifting Stay of the Conditional Remand Order is directed to you for filing.**

**28 U.S.C. 1407(a) provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Pursuant to Panel Rule 10.4, the parties should furnish the Transferee Court with a stipulation or designation of the content of the records to be remanded.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2019.**

**Associated Cases: MDL No. 2327, NYS/1:12-cv-07501 (LH)**

**No public notice (electronic or otherwise) sent because the entry is private**

**Tina Smith**

| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **Sent:** | Monday, May 13, 2019 3:38 PM |
| **To:** | JPMLCMDECF@jpml.uscourts.gov |
| **Subject:** | Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation Order Lifting Stay of CRO |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 5/13/2019 at 3:38 PM EDT and filed on 5/13/2019

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 3610 |

**Docket Text:**
**ORDER LIFTING STAY OF CRO re: pldg. (4 in NYS/1:12-cv-07501)**

**IT IS THEREFORE ORDERED that the stay of the conditional remand order is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2019.**

**Associated Cases: MDL No. 2327, NYS/1:12-cv-07501 (LH)**

| | |
|---|---|
| **Case Name:** | Rozman v. Ethicon, Inc. et al |
| **Case Number:** | NYS/1:12-cv-07501 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**ORDER LIFTING STAY OF CRO re: pldg. (4 in NYS/1:12-cv-07501)**

**IT IS THEREFORE ORDERED that the stay of the conditional remand order is LIFTED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 5/13/2019.**

**Associated Cases: MDL No. 2327, NYS/1:12-cv-07501 (LH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch    carln@facslaw.com

Michael J. Farrell    mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F Bell, Jr    hfbell@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**NYS/1:12-cv-07501 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Dustin B. Rawlin    dustin.rawlin@tuckerellis.com, brenda.sweet@tuckerellis.com, darlene.hudeck@tuckerellis.com, jennifer.steinmetz@tuckerellis.com, kimberly.langelier@tuckerellis.com

Eric T. Chaffin    chaffin@chaffinluhana.com

Lana K. Varney    lana.varney@nortonrosefulbright.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Roopal P. Luhana    luhana@chaffinluhana.com, Luhana@chaffinluhana.com, kgoldhirsch@chaffinluhana.com

**NYS/1:12-cv-07501 Notice will not be electronically mailed to:**

Morissa Robin Falk
CHAFFIN LUHANA

2

12th Floor
600 Third Avenue
New York, NY 10016

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/13/2019] [FileNumber=910765-0]
[5f05a447609e8feb31fcb6490a1489d79ef2061d9ff30019b1e684b54ba5c015f6839
917b77422847e17d607d3f5ebd2dc8300600b889bc0a84572cdf497b82d]]