# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibits A – B, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Clayton A. Clark
Clayton A. Clark
Clark Love & Hutson
440 Louisiana Street
Suite 1600
Houston, TX 77002
(713) 757-1400
cclark@triallawfirm.com

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Alex Barlow
Alex Barlow
Heard Robins Cloud & Black
2000 West Loop South
Houston, TX 77027

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

(713) 650-1200  
barlow@heardrobins.com

*Counsel for Plaintiffs*

P.O. Box 3824  
Charleston, WV 24338  
(304) 414-1800  
srobinson@tcspllc.com  
*Counsel for the Ethicon Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**
**(Clark Love & Hutson)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-06934 | Milissa Britt v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-22864 | Laurie Kaehler v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-02194 | Merritt B. Potter and Douglas Potter v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-02598 | Nancy B. Durrant and Edward J. Durrant v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08546 | Connie Fatheree v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29298 | Jean Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29380 | Tracy Duarte v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09188 | Cynthia H. Freeman and Terry M. Freeman v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11923 | Julee Ridnour-Jesser v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12578 | Tina Boyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14672 | Trudy I. Yagoobian and Oscar P. Yagoobian v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14917 | Leslie M. Chislett v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16172 | Renee L. Chasteen v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00074 | Susan Dianne Durham and Ronald E. Durham v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01354 | Cassandra Crum v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01356 | Mary Anne Satterfield and Alton Satterfield v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01607 | Marilyn B. McClure v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05962 | Veronica L. Sapp v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06310 | Nelly Bonilla v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06312 | Pamela S. Coulter and Arlen Coulter v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06314 | Lirva G. Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06316 | Beverly S. Graham and Elmer M. Graham v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06317 | Tracey Hart v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06341 | Carolyn A. Hogan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06342 | Lisa Mannion v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06345 | Linda Troye and Harper Troye v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06347 | Ernestine T. Garcia and Richard L. Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06348 | Sandra C. Giles and Richard E. Giles v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06349 | Marjorie Harper v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06505 | Ellie Skolaut and Ken Skolaut v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06712 | Debra Small and Joseph Small v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07056 | Jerry Layton and Robert Layton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07648 | Adriana E. Ayala v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07788 | Dessie Morris v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07792 | Sheri L. Hugeback v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07794 | Monica L. Landers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07795 | Tammy Merfeld v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07796 | Patricia M. Phillips v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-07797 | Claudette Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08456 | Rosa Olivares v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08934 | Rosalie Salamone and Steven Salamone v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11690 | Barbara Foy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11691 | Kathryn Hall and Edward Hall v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11692 | Nollene Jensen v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11693 | Vicki Newsome and P. Scott Newsome v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11694 | Eva E. Oney v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11695 | Tina Van-Hecke v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12741 | Darlene Carkins and Cecil Carkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12744 | Valerie L. Pakula and Arthur L. Pakula v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12746 | Connie Wallace and Brian Wallace v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00057 | Peggy Lou Deyak v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00058 | Doris M. Gonzalez v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00550 | Lorinda Seliger and Daniel Seliger v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00551 | Luevena Sims v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00553 | Donna Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00633 | Charlotte Kay LaGrone and William Mack LaGrone v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00636 | Mary J. Wilson and Jeffrey Z. Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01281 | Katharine E. VanMeter and Larry A. VanMeter v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02261 | Cathy Driskell v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02895 | Maria E. Garcia-Toro and Jose A. Toro v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02896 | Rhonda Andrews v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03431 | JoAnne V. Blain v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03433 | Trina French v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03457 | Gertrude C. Smith and Lloyd L. Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03458 | Sheila Stacey and Richard Stacey v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03475 | Teresa C. Allee v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03478 | Dana J. Bordeau v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03482 | Jill Brand v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03484 | Sadie R. Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03488 | Julie R. DeColon v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03490 | Petula Gause v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03492 | Michelle Howard v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03493 | Candice Huffman v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03495 | Bernice L. Jamieson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03496 | Shirley Justice and Bob Justice v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03497 | Nadia Maroun v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03499 | Jennie Parry v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03500 | Misty Swann v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03657 | Maria M. Garza v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03660 | Kathy T. Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03661 | Gloria Turner and Andrew Turner, Sr. v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:17-cv-03662 | Vickie Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03994 | Deborah Fearson and Michael Fearson, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03995 | Kathy D. James v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03997 | Susan Shea and Roderic Shea v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04335 | Donna Dollar and David Dollar v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04357 | Barbara Quattlebaum and James Quattlebaum v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04405 | Linda M. Gonzalez v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04409 | Santa Trovato v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04411 | Judith E. Burke and Douglas Toppenberg v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04520 | Wanda Gillis v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04527 | Shelly Loeb and Ronald Loeb v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04529 | Maria Rodriguez and Florentino Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04630 | Tracey Young v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04631 | Janis Howard and Mark Howard v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Heard Robins Cloud & Black)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-31487 | Dora Ramirez and Robert Ramirez v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |