IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION          MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7955] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 15, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-06385 | Ola Delorious Guillory v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00715 | Barbara Lynn Sanner v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-01082 | Marie Scott and Harold Scott v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-02850 | Christy Marie Hannon and Ronny Jay Hannon v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07006 | Toni Annette Warren v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| ~~2:13-cv-07932~~ | ~~LuAnn Elaine Wells v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson~~ |
| 2:13-cv-08800 | Linda M. Fraser v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-08804 | Joyce L. Maness v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11061 | LoriJean Ann Ranson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24719 | Linda B. Pearson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-27329 | Jean M. Perry v. Ethicon, Inc.; Johnson & Johnson |