# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION  MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7956] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 15, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-18414 | Dana Crumm and David Crumm v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18557 | Leslie L. Bain and Richard A. Bain v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18560 | Troyann J. Boice and Robert W. Boice v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18563 | Cheryl Jean Guzzo and Joseph Anthony Guzzo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18607 | Penny Lee Goss and John Code Goss v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19540 | Debra Diane Seifert and William Eugene Seifert v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22559 | Catherine Lynn Fryar and Jesse Fryar v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26870 | Melissa Craib and Robert Craib v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11813 | Tracy Lynn Mathey v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27572 | Shannon E. Roesgen and Jeffrey T. Roesgen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04062 | Christie L. Boles and James Boles v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06030 | Joann Neil and Franklin L. Neil v. Ethicon, Inc.; Johnson & Johnson |