# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

## ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7958] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 15, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-00304 | Maggie McEwan v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-01277 | Rebecca Duncan v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05051 | Evelyn Murphree v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-06032 | Vilinda Elizabeth Desvignes v. Ethicon, Inc.; Johnson & Johnson; Ethicon Women's Health and Urology; Gynecare |
| 2:12-cv-08479 | Melissa Marshall v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09453 | Ramona Rogers v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| ~~2:12-cv-09928~~ | ~~Debra White v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:13-cv-02154 | Linda L. Goff v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05190 | Joanne Ganly v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17530 | Twila Whitfield and Michael Whitfield v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24716 | LeeAnn Oldenkamp v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26701 | Vera Hale v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01964 | Wendy L. Catron, Administrator of the Estate of Lillie Mae Rogers, deceased v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04530 | Anzhelika Tolmasova v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06873 | Sally Cary v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06881 | Melody Cox v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08283 | Tina Parham v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01788 | Rhonda Davis and Spencer Davis v. Ethicon, Inc.; Johnson & Johnson |