IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION        MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7962] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 15, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-07538 | George Way, Personal Representative for the Estate of Agnes Way (Deceased) v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07717 | Crystal Beelen and David Beelen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08180 | Mary Johnson and Steven R. Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08190 | Kimberly Barontini v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08205 | Jody Jack v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08228 | Mary Cullen v. Ethicon Inc.; Johnson & Johnson |
| ~~2:15-cv-08264~~ | ~~Dolores Kearney and William Kearney v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:15-cv-08875 | Angela Owens v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09366 | Nancy Steen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09368 | Ramona Curry and Jeffrey Curry v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-09447 | Brenda Ritchie and Danny Ritchie v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09450 | Andrea Cornett v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-09452 | Judith Lunn v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09454 | Teresa Yarbough and David Yarbough v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09456 | Viola Alever and Charles Alever v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09464 | Linda Fulcher v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09465 | Amanda Harris-Way and Johnnie R. Way v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09653 | Saga Hayward v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11524 | Theresa Buckler and Jeffrey Buckler v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11527 | Gladys Frederick v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11600 | Linda Lewellen and Bob Lewellen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11862 | Cindy Followell v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11972 | Joan Parhamovich and Anton Parhamovich v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13005 | Deborah Austin and Curtis Austin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13007 | Panzy Shamray v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13060 | Jane Bisson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13268 | Betty Evans v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-13575 | Rita Bailey and Gerald Bailey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13576 | Deborah Bowen and Richard Bowen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13577 | Joyce Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13582 | Wanda Baucom and Marvin Baucom v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13585 | Karen Clapp and Thomas Clapp v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-13882 | Patricia Kidd and Martin Jeffrey Kidd v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13883 | Sherry Leiser-Gold v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13884 | Lorena Morris and Clyde Morris v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14433 | Jeanette Interiano v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14677 | Melissa Sherman and Donald Wayne Sherman Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14681 | Althea Aponte and Felipe Aponte v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15409 | Liberty Gutierrez and Ronnie Gutierrez v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-15462 | Jean Tyson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15942 | Janis Dorsey and David Dorsey v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-16383 | Annette Beach v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16399 | Dorthy Miller and Lonnie L. Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16408 | Janice King v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16419 | Teresa Davis and Richard Davis v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-16525 | Velma Fowler and Thomas Fowler v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00258 | Jeanette Rebello and Stanley Rebello v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00836 | Mary Caves and Larry Caves v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00838 | Rosa Luera v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01492 | Janice Salter v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01596 | MaryLou Shabarekh v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02158 | Frances East v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02162 | Felicia Eggleston v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03240 | Heather Morrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03246 | Daphne Mann v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03247 | Frances McGregor v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03248 | Laura White v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03250 | Theresa Walsh v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03251 | Kristine Rudolph and Brian Rudolph v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03255 | Nadine Jones v. Ethicon, Inc.; Johnson & Johnson; ` |
| 2:16-cv-03257 | Deanna Littau v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03261 | Elizabeth Young and Terry Young v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03266 | Carolyn Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03281 | Kimberly Resler v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03290 | Serina Vipperman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03298 | Mary Crawford and William Simmons, Jr. v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03332 | Debra DeMaio v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03348 | Kathy Collett v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03349 | Leetha Campbell and Gregory Campbell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03351 | Deborah DePool and Jose DePool v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03352 | Anna Lasaine v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03353 | Davi Lucas v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03359 | Michal Chase-Cohen v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03362 | Lashebra Morgan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03369 | Vallarie Fisher v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03370 | Jennifer Cosme and Albert Cosme, Jr. v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03377 | Betty Brown and Issac Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03384 | Lacinda Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03387 | Marilyn Lowrey v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03398 | Aleen Jaecks v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03437 | Patricia Fischer v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03438 | Enid Trivett and Terry Trivett v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03439 | Marcia Ham and Daniel Ham v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03446 | Patricia Norval v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-03448 | Helen Radin and Milford Radin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03456 | Joyce Wells and Ray Wells v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03457 | Nancy Bemis v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03463 | Judy Wainaina v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03468 | Patricia Drummond v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03476 | Barbara VandenBerg v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03480 | Donna Crawn v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03487 | Lessie Ramsey v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03518 | Linda Peterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03526 | Bernadette Cozart v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03528 | Laurie Hunter v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03530 | Nova Montgomery v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03532 | Judith Tuttle v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03540 | Mary Ortner v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03541 | Connie Raines and Claude Raines Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03551 | Velma Payne v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05395 | Jayne Bergman and Leon Bergman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05409 | Vicky Confer and Timothy Confer v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-06340 | Vera Hetzer v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06500 | Linda Ortego and Herman Ortego v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06656 | Suzanne Tarazi-Ferraro and Christian Ferraro v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06694 | Janice Waters and Daniel Waters v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07094 | Amy Norris and Raymond Norris v. Ethicon, Inc.; Johnson & Johnson |
| ~~2:16-cv-07541~~ | ~~Anna Pernod v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:16-cv-08106 | Jodi Scott and Russell Scott v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08107 | Yvonne Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08116 | Kandy Allen v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08608 | Eileen Radke and Bruce A. Radke v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08848 | Judy Langworthy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08857 | Deborah Kulengowski and Timothy Kulengowski v. Ethicon, Inc.; Johnson & Johnson |
| ~~2:16-cv-09084~~ | ~~Lisa Jackson and James Jackson v. Ethicon, Inc.; Johnson & Johnson~~ |
| ~~2:16-cv-09092~~ | ~~Misty Ingalls and Jerry Ingalls v. Ethicon, Inc.; Johnson & Johnson~~ |
| ~~2:16-cv-09094~~ | ~~Dawn Jachim and Roman Jachim v. Ethicon, Inc.; Johnson & Johnson~~ |
| ~~2:16-cv-09096~~ | ~~Sandra Emmons and Steve Emmons v. Ethicon Inc.; Johnson & Johnson~~ |
| 2:16-cv-09124 | Carol Tomas v. Ethicon, Inc.; Johnson & Johnson |
| ~~2:16-cv-09193~~ | ~~Frankie Trantham v. Ethicon, Inc.; Johnson & Johnson~~ |
| ~~2:16-cv-09194~~ | ~~Juanita Bell v. Ethicon, Inc.; Johnson & Johnson~~ |
| ~~2:16-cv-09392~~ | ~~Samantha Niemyer v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:16-cv-09501 | Maria Del Carmen Sanchez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12680 | Esther Jimenez and Joel Jimenez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12688 | Tracy Faust v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-12689 | Mary Turash v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12690 | Maggie Bajandas v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:17-cv-00148 | Andrea Stewart and James D. Stewart v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00533 | Frances Guillot v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00700 | Karen Munoz v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01240 | Rosella Johnson and Ronald Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01392 | Linda Garmback and James Garmback v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01395 | Janet Roshia v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01942 | Marie Cannon and Dave Cannon, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01958 | Joline Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02105 | Sandra Peiffer v. Ethicon, Inc.; Johnson & Johnson |
| ~~2:17-cv-02153~~ | ~~Jean Lassiter v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:17-cv-02390 | Marsha Bennett v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02413 | Stephanie Richardson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02547 | Nancy Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02635 | Sandra Rogers v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02640 | Angela Ison v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02703 | Melanie Ales v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02707 | Heidi Bashen v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02756 | Lauretta Bongiorno v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02758 | Lorena Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02764 | Grace Champlin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02765 | Kimberly Daino v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02768 | Elouise Downey v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02769 | Lois Duncan v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02790 | Amy Franklin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02814 | Diana Sepulveda v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02815 | Darlene Shank v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02816 | Latoya Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02817 | Margie Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02819 | Virginia Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02822 | Flora Soriano v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02823 | Norma Stephen v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02828 | Darlene Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02832 | Elizabeth Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02833 | Tara Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02834 | Lois Unz v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02835 | Margaret Ursin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02838 | Doris Wilkinson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02839 | Dana Woods v. Ethicon, Inc.; Johnson & Johnson |
| ~~2:17-cv-02848~~ | ~~Amanda King v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:17-cv-02859 | Lenita Ortega v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02861 | Catherine Martino and Ronald Martino v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02862 | Evelyn Melton v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02863 | Tania Monzon v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02869 | Dianna Norris v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02906 | Betty Ogden v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:17-cv-02907 | Maria Orozco v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02909 | Cynthia Pinto v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02910 | Rita Proulx v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-02912 | Sherry Puckett v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-02914 | Roberta Roper v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02915 | Patricia Rossman v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02917 | Ketevan Gelashvili v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02920 | Rena Garelick v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02928 | Jennifer Blake v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02934 | Marrissia Ruth v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02938 | Stephanie Landmon v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02939 | Lucille Lafond v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02943 | Sherry Johnson v. Ethicon, Inc.; Johnson & Johnson; ` |
| 2:17-cv-02944 | Lorena Idrovo v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02948 | Misty Headrick v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02949 | Christina Harris and Joshua Harris v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02979 | Roena Winters v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03256 | Jennica M. Warden v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03282 | Katie Colson v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-03377 | Deborah Townsend v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03896 | Guilla Azran v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03949 | Laura Spicer v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04027 | Toni-Ann Gagliardi v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04173 | Sandra Peat v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04196 | Margaret Van Winkle v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04424 | Stephana Caviness v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04425 | Gay DuQuette and Rodney Duquette v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-04596 | Joyce Hamilton v. Ethicon, Inc.; Johnson & Johnson |