**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

―――――――――――――――――――――――――――――――――――――――――――――――

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7964] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-L, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-L;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached

Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 15, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
**(Babbit Johnson Osborne & Le Clainnche)**

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-03215 | Donna Don v. Ethicon Inc.; Johnson & Johnson |
| 2:18-cv-00059 | Pamela McFall v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00060 | Lora Brown v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Cory Watson)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:17-cv-04330 | Nancy O'Neal v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT C**
**(Kuhlman & Lucas)**

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-03063 | Vickie Selvidge v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT D**
**(Law Offices of John Gehlhausen)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-16358 | Patricia M. Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT E**
**(Locks Law Firm)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:16-cv-10847 | Linda Mariani v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT F**
**(Mary Westman Law)**

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-02327 | Latisha Jackson and Brian Jackson v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT G**
**(McEwen Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-01563 | Betty Amidei v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-02539 | Brandy Swinney and Jeffrey Swinney v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09318 | Rhoda Gainey and Michael Gainey v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-02348 | Connie Damberger and Michael Damberger v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-02639 | Elida Fernandez v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-04222 | Ella Anson and Melvin Tyler, Jr. v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-05303 | Karen Felts and Wallace Felts v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-06618 | Nora Montgomery and Clark Montgomery, Sr. v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07291 | Lena Brashears and Douglas Brashears v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07294 | Victoria Lynn-Crook v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15178 | Diana Wildman and Charles Wildman v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18766 | Rebecca Peterson and Richard Peterson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21797 | Sharon Lee v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17816 | Jacqueline Enlow and Jeffrey Enlow v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-17994 | Sandra Davis and Michael Davis v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-24517 | Judy Davidson v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-29998 | Jessica Mears v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT H**
**(Morelli Law Firm)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-15934 | Sherry Landmesser and Michael Bagwell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16376 | Theresa Maciog v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17970 | Natalie Scotto and Anthony Scotto v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18551 | Barbara Jo Bauman and Brent Bauman v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-12960 | Maria Moya and Aureo Moya v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02276 | Lorraine Scott v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT I
### (Morgan & Morgan)

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-11752 | Sandra Bramlett and Charles W. Bramlett, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21911 | Shannon Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21919 | Geraldine Browning and Larry Browning v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22379 | Barbara Hunter v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22500 | Leigh Schutt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27406 | Kristi Worthy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27410 | Cora Denomme v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-02273 | Janet Dampier v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-02279 | Christina Newman and Gerald Newman v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04252 | Renee Goodwin and Daniel Goodwin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04926 | Linda Stephens and Steve Stephens v. Ethicon, Inc. Johnson & Johnson |
| 2:15-cv-06362 | Robin Hensley and Timmy Hensley v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08105 | Connie Blevins and Robert Blevins v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08108 | Carol Hersh and Arnold Hersh v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08115 | Elizabeth Rosado and Ramen Rosado v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08909 | Carol Wakley and James Wakley v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09030 | Myra Burks and Andrew Burks v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09057 | Leanne Salazar and John Salazar v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11352 | Nola Harvard and Virgil Harvard v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13544 | Estela Mendoza v. Ethicon, Inc. |
| 2:15-cv-16539 | Josephine Fryar and Robin Fryar v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00027 | Carolyn Gonzales and Michael Gonzales, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00613 | Janet Martin and Paul Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01824 | Helen Finley and Steve Finley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04074 | Susan Bostic and Michael Bostic v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04963 | Guadalupe Stoudenmire and James Stoudenmire v. Ethicon, Inc. |
| 2:16-cv-06777 | Judy Hoffman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09076 | Marjorie Windham and Max Windham v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09080 | Melinda Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09090 | Judith Zaubitz v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09470 | Della Simmons and Wallace Simmons, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09475 | Bonnie Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09476 | Felicia Windham and Dana Windham v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09481 | Susan Myers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09484 | Michelle Montgomery and William Montgomery v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09485 | Jody Sulfridge and Carlos Sulfridge v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02844 | Alexandra M. Betts and John D. Betts v. Ethicon, Inc.; Johnson & Johnson |

13

| 2:17-cv-02845 | Barbara Beyer v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02847 | Angela Carroll and Nick Carroll v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT J**
**(Peterson & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-23867 | Glenna Baird v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-26850 | Merle Blythe v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26867 | Angela Carr v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27446 | Bernita Conklin v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-28539 | Nina Jane Larrabee v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28542 | Susan Miles v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29034 | Marsha Reed v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29037 | Lisa Satterfield v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29808 | Teresa Merz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29906 | Lola Rutherford v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-01909 | Lesa Yeagy v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-09751 | Samantha Abbott v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-09782 | Rebecca Luna v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09786 | Kimberly Maynard v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-19796 | Deborah Batterman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19798 | Stacy Bazan v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19799 | Shelly Beaugrand v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19808 | Barbara Everett v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-19832 | Mildred Garris v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19833 | Darlene Holsted v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19835 | Terrie Hopkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19842 | Christine Kuhnwald v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19844 | Barbara Landegger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19853 | Naomi Peterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19858 | Mary Stroud v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19860 | Karen Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20023 | Denise Shepherd v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31485 | Maria Castellano v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06596 | Ruth Scherbarth v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-09939 | Catharine Kinstler v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11664 | Leslie Fore v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11667 | Anneliese Doss v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11668 | Carolee Ehnes v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-11669 | Helen Ketcham v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11671 | Melda Ling v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14285 | Linda Silver v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02170 | Brandilee Gallegos v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04196 | Rose Anderson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07661 | Clara Nowacki v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02078 | Mano Mumin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02729 | Marilyn Salzer v. Ethicon, Inc.; Johnson & Johnson |

| 2:17-cv-03264 | Donna Clement v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-03265 | Anita Cordes v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-03268 | Kerry Fields v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03269 | Patricia Glass v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03271 | Jena Milstead v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03274 | Tracie Nash v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03275 | Mary Newsome v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03276 | Therese Pheasant v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03294 | Shelma Richardson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03297 | Beverly Shehow v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03298 | Katherine Walsh v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03299 | Rebecca White v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03779 | Jamie Crowder v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-03780 | Shirley A. Napier v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT K**
**(Reyes Browne Reilley)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-05012 | Cynthia Murphy v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14440 | Cathy A. Hirsch-Eversole and Ricky A. Eversole v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

**EXHIBIT L**
**(Wagstaff & Cartmell)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-05515 | Penny Sloan v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09096 | Joyce Nurdin and Alvin Nurdin v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09224 | Edra A. Vazquez v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09716 | Virginia Pace v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00253 | Theresse Henry v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03062 | Esther McNish v. Ethicon, Inc.; Johnson & Johnson |