IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7972] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 15, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-26660 | Hazel Barnes v. Ethicon, Inc., Ethicon, LLC and Johnson & Johnson |
| 2:13-cv-10755 | Blanca Estella Becerra and Luis Becerra v. Ethicon, Inc., Ethicon, LLC and Johnson & Johnson |
| 2:14-cv-28741 | Yvette M. Cave and Kenneth M. Cave, Jr. v. Ethicon, Inc. and Johnson & Johnson |
| 2:14-cv-21212 | Joy J. Gonzales v. Ethicon, Inc. and Johnson & Johnson |
| 2:13-cv-10554 | Nina Frances Gay and Terry Michael Gay v. Ethicon, Inc. and Johnson & Johnson |
| 2:14-cv-28887 | Patti L. Hoke and Raymond E. Hoke v. Ethicon, Inc. and Johnson & Johnson |
| 2:16-cv-02299 | Marjorie Koeppe v. Ethicon, Inc. and Johnson & Johnson |
| 2:14-cv-20758 | Wilma May v. Ethicon, Inc. and Johnson & Johnson |
| 2:13-cv-26620 | Marianne Neel and Leslie Neel, Jr. v. Ethicon, Inc., Ethicon, LLC and Johnson & Johnson |
| 2:13-cv-10787 | Tina Lee Panning-Labate v. Ethicon, Inc., Ethicon, LLC and Johnson & Johnson |
| 2:14-cv-22463 | Iris Putnam v. Ethicon, Inc. and Johnson & Johnson |
| 2:13-cv-11098 | Lisa Ann Shank and Meade Shank v. Ethicon, Inc. and Johnson & Johnson |
| 2:14-cv-17637 | Janice Smith v. Ethicon, Inc. and Johnson & Johnson |
| 2:14-cv-21476 | Joyce Tascone and Carl Tascone v. Ethicon, Inc. and Johnson & Johnson |
| 2:14-cv-20375 | Elaine Whitish and Bruce Whitish v. Ethicon, Inc. and Johnson & Johnson |
| 2:14-cv-18562 | Phyllis Willdermood and William Willdermood, Sr. v. Ethicon, Inc. and Johnson & Johnson |