IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7976] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-G, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-G;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 15, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A
## (McEwen Law Firm)

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-01663 | Rhonda Glenn and Era Fox Glenn, III v. Ethicon, Inc.; Johnson & Johnson; Coloplast Corp. |
| 2:12-cv-02422 | Joanne Blevins v. Johnson & Johnson; Ethicon, Inc.; Ethicon, LLC; C.R. Bard, Inc.; Tissue Science Laboratories Limited |
| 2:12-cv-07145 | Cynthia Caldwell and Ronald Caldwell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |

**EXHIBIT B**
**(Morgan & Morgan)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-08261 | Dawn Strefling and Michael Strefling v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |

# EXHIBIT C
**(Peterson & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-20032 | Myra Denton v. Ethicon Inc.; Johnson & Johnson; C. R. Bard, Inc. |

**EXHIBIT D**
**(Stanley Law Group)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-16326 | Elaine G. Slack v. Ethicon, Inc.; Johnson & Johnson; C.R. Bard, Inc. |

# EXHIBIT E
## (Summers & Johnson)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-15480 | Jenneane McNevin v. Ethicon, Inc.; Johnson & Johnson; Coloplast Corp. |

**EXHIBIT F**
**(The Dudley Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-03313 | Rexene Hurst and Phillip W. Hurst v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |

**EXHIBIT G**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-01635 | Connie Helton and Jasper Helton v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:12-cv-08391 | Jo Ann Howard (deceased) v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-01635 | Frances Marie Hamm v. Ethicon, Inc.; Johnson & Johnson; Coloplast Corp. |
| 2:15-cv-06745 | Katharine Barr-Rowe v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-09071 | Elizabeth Meadows v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-10023 | Janice Beynon and William Beynon v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |