# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION          MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8001] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-B, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-B;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 15, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A
### (Laminack Pirtle & Martines)

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-07545 | Monica Aviles v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-07774 | Denise Davis and Gregory Davis v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-09489 | Leatrice Wallach v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-09490 | Sandra Urbanik v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-09525 | Robin Wise v. Ethicon, Inc.; Johnson & Johnson; C.R. Bard, Inc. |
| 2:16-cv-09570 | Frances Shepherd v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |

**EXHIBIT B**
**(Murphy Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-28334 | Audrey Rathbun v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-29574 | Cynthia Rushing v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-31903 | Kari Christian v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation |
| 2:14-cv-07476 | Sylvia Robello v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation |
| 2:14-cv-15812 | Shirley Blair and James Blair v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation |
| 2:15-cv-02413 | Carol LeMay v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-04484 | Kathy Barrow v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-05834 | Rebecca Phillips v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |