# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8000] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-C, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-C;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 15, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A
### (Laminack Pirtle & Martines)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-17582 | Shirley Wilson v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18253 | Lisa Roberts v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-19721 | Karen Bickel v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-20271 | Lisa Shepard v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-20305 | Carolina White v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-07730 | Donna Carpenter v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09682 | Bridget Parsons v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT B
## (Murphy Law Firm)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-02291 | Tina Renee Fletcher and Fred Allen Fletcher v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-29127 | Vandee Hyder v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-32649 | Kathy Coffey v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10489 | Justine Teeple v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10673 | Nita R. Corbin v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-13617 | Shirley Troutman and Preston Troutman v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT C
## (Wormington Law Group)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-19249 | Francine Ruyak and John Ruyak v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |