IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Caroline L. Maida
Caroline L. Maida
The Mostyn Law Firm
3810 West Alabama Street
Houston, Texas 77027
(713) 861-6616
clmaida@mostynlaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**
**(The Mostyn Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-22247 | Jessica Hall and Jeremy Hall v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11355 | Linda L. Kincel and David F. Kincel v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11967 | Catherine L. Trewyn v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-21625 | Rosabelle Traxler and Talmadge V. Traxler v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22213 | Brenda Joyce Dobbins and Reginald (Reggie) Dobbins v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-29725 | Eleanor Louise Otto, deceased and Lloyd Otto, Sr. v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30715 | Dorothy Moossun and Mohamed H. Moossun v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08517 | Lynn Garber Kahn v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13819 | Noelia Saenz Solis v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-16001 | Kathy Slone v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07944 | Carol Manning v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11447 | Barbara Jean Sadler v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02972 | Guitta Sammut v. Ethicon Inc.; Johnson & Johnson |