IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION  MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8002] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 16, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-02399 | JoAnn Adams and Peter Adams v. Ethicon Inc; Johnson & Johnson |
| 2:16-cv-03558 | Rachel Angstreich v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-26049 | Gloria E. Arenas v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-24057 | Elvin L. Barnhart, Jr. and Diane M. Barnhart (Deceased) v. Ethicon Inc; Johnson & Johnson |
| 2:12-cv-04824 | Alba G. Beltran and Manuel Beltran v. Ethicon, Inc.; Johnson & Johnson; Ethicon Women's Health and Urology; Gynecare |
| 2:14-cv-24058 | Cathy Bennett v. Ethicon Inc; Johnson & Johnson |
| 2:13-cv-22667 | Lauren Bermudez and Gilbert Bermudez v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-04593 | Bexaida Cardona v. Ethicon Inc; Johnson & Johnson |
| 2:13-cv-23731 | Maria Cervone and Anthony Cervone v. Ethicon Inc; Johnson & Johnson |
| 2:13-cv-33210 | Francesca M. Chappius and Paul Chappius v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-05345 | Margaret H. Comstock and Roger Comstock v. Ethicon Inc; Johnson & Johnson |
| 2:15-cv-00478 | Elvira C. Contreras and Fidel Contreras v. Ethicon Inc; Johnson & Johnson |
| 2:12-cv-03735 | Lillian Datz and Kerry M. Datz v. Ethicon, Inc.; Johnson & Johnson; Ethicon Women's Health and Urology; Gynecare |
| 2:13-cv-00574 | Sylvia J. Davis and James Davis v. Ethicon Inc; Johnson & Johnson |
| 2:17-cv-00555 | Marie Fodera v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-12086 | Mary A. Frank v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-07654 | Deborah Gaiter and Joseph M. Gaiter v. Ethicon Inc; Johnson & Johnson |
| 2:15-cv-07649 | Gloria Gentile and Fabian Carrillo v. Ethicon Inc; Johnson & Johnson |
| 2:16-cv-04185 | Lora Jean Hartman v. Ethicon Inc; Johnson & Johnson |
| 2:13-cv-12825 | Barbara Herman and Marc C. Herman v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-04271 | Barbara Kaifler and Bruce Kaifler v. Ethicon, Inc.; Johnson & Johnson; Ethicon Women's Health and Urology; Gynecare |
| 2:14-cv-31255 | Bernadette Kaiser and William H. Kaiser v. Ethicon Inc; Johnson & Johnson |
| 2:16-cv-04191 | Maria G. Lara and Isidro Lara v. Ethicon Inc; Johnson & Johnson |
| 2:13-cv-02054 | Eileen J. Leinemann v. Ethicon Inc; Johnson & Johnson |
| 2:15-cv-02275 | Tonya A. Lourenco and Carlos Lourenco v. Ethicon Inc; Johnson & Johnson |
| 2:13-cv-13220 | Constance L. Marchioli and Douglas F. Marchioli v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-03463 | Tammy M. Mayes v. Ethicon, Inc.; Johnson & Johnson; Ethicon Women's Health and Urology; Gynecare |
| 2:16-cv-01722 | Mildred McCormick and Charles McCormick v. Ethicon Inc; Johnson & Johnson |
| 2:16-cv-03557 | Margaret F. Merrick and Andrew J. Merrick v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12958 | Rosalina Mojarro and Jose DeJesus Mojarro v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31200 | Yovany Montoya v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09925 | Edith M. O'Connor v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

| | |
|---|---|
| 2:12-cv-02168 | Linda J. Ogletree and John A. Ogletree v. Ethicon, Inc.; Johnson & Johnson; Ethicon Women's Health and Urology; Gynecare |
| 2:13-cv-22669 | Maureen A. Posik and Raymond Posik v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-13230 | Sandra M. Pupatelli and Daniel F. Taylor v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-12956 | Elba L. Ramos v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31250 | Jean Rodriguez and Richard Rivera v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06022 | Marta Santiago v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-01327 | Carreen Schroeder and Matthew Schroeder v. Ethicon, Inc.; Johnson & Johnson; Ethicon Women's Health and Urology; Gynecare |
| 2:13-cv-02129 | Marilyn A. Skebey v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28556 | Dawn Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09539 | Mary Jane Snyder and John R. Snyder, Sr. v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-04200 | Melody A. Spencer and Steven M. Spencer v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-05342 | Zinaida Stepski v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-09154 | Melanie L. Swartz v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-28211 | Martina Szyjka and Michael Szyjka v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03931 | Mary C. Vertucci and Alfred Vertucci v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-00315 | Deborah Villareale v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-02051 | Patricia E. Volpe and Robert Volpe v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00512 | William Gerald Wahl, Administrator of the Estate of Cathy Wahl (Deceased), and William G. Wahl v. Ethicon, Inc.; Johnson & Johnson |