IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION           MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8014] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 16, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
| --- | --- |
| 2:12-cv-09681 | Carey Seaman and Brian Seaman v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-00222 | Audrey Fenceroy and Johnny Fenceroy v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Boston Scientific Corporation |
| 2:13-cv-12837 | Kay Anthony and Richard Anthony v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-15349 | Catherine Hunt and Jeffrey Hunt v. Ethicon, Inc.; Johnson & Johnson; American Medical Systems, Inc. |
| 2:13-cv-18573 | Stacey Clark v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson; Boston Scientific Corporation |
| 2:13-cv-20250 | Connie Bailey v. Ethicon, Inc.; Johnson & Johnson; C. R. Bard, Inc. |
| 2:13-cv-20409 | Vicki Hoover v. Ethicon, Inc.; Johnson & Johnson; C. R. Bard, Inc. |
| 2:14-cv-10731 | Diane M. Sorg v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; Coloplast Corp. |
| 2:14-cv-12247 | Helen Dobbins and Curtis Dobbins v. Ethicon Inc.; Johnson & Johnson; Coloplast Corp. |
| 2:14-cv-17402 | Dorothy Shuter and William M. Shuter v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-18006 | Deborah Winter v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-01212 | Bonnie Sanders v. Ethicon, Inc.; Johnson & Johnson; Coloplast Corp. |
| 2:15-cv-04505 | Venita McCormick v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| ~~2:16-cv-02472~~ | ~~Jane Tamecki v. Ethicon, Inc.; Johnson & Johnson; Tissue Science Laboratories Limited~~ |
| 2:16-cv-03455 | Carmen Morris v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-03563 | Kimberly Drew v. Ethicon Inc.; Johnson & Johnson; Boston Scientific Corporation |
| ~~2:16-cv-12075~~ | ~~Eleanor Root and Joseph Root v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation~~ |
| 2:16-cv-12687 | Lisa Kolodziej v. Ethicon, Inc.; Johnson & Johnson; American Medical Systems, Inc. |
| 2:17-cv-02924 | Carmen Droin v. Ethicon Inc.; Johnson & Johnson; C. R. Bard, Inc. |
| 2:17-cv-02932 | Linda Reaves v. Ethicon, Inc.; Johnson & Johnson; American Medical Systems, Inc. |