IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION             MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8051] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 16, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| | | |
|---|---|---|
| 2:13-cv-20334 | Jean Gent | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31867 | Andrea L. Barrett | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-03813 | Sandra Lee Carwan | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-03876 | Brenda Cooley | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-03969 | Kelly Graham and Robert Graham | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11851 | Tracie Harbin and Billy Harbin | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-05106 | Sally Hollis | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33824 | Cheryl Jones | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10068 | Ruth Keller | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09292 | Virginia Kidwell | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-10316 | Elizabeth Turner and Oscar Vega | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07523 | Cindy Wall | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14383 | Terri Y. Young | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

46317902.v1