IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8054] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 16, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:14cv29558 | Tammie Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv09532 | Phyllis Roberts v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03944 | Gladys Smith and Everett Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04309 | Deborah Bell v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00304 | Therese David v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00365 | Dana Blauer v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00366 | Gina Campos v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00501 | Yvette Wood v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00502 | Ruth Vaughn v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00504 | Judy Speed v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00505 | Martha Sherrill v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00565 | Theresa Best v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00566 | Yvonne Figueroa v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00567 | Maryann Fontaine v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00571 | Leigh Ann Linderman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00572 | Julie Spencer v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00579 | Sandi Bisceglia v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00614 | Billie Winston v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00615 | Frances Wood v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00623 | Dottie Acosta v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00626 | Rebecca Albinson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00630 | Debra Allen v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00633 | Michele Anderson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00635 | Mary Asher v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00643 | Faith Beaser v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00647 | Bonnie Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00649 | Melissa Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00650 | Denise Bernier v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00652 | Judy Billups v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00653 | Sally Bishop v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00655 | Elnora Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00660 | Michele Bollinger v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00668 | Amanda Brake v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00674 | Carol Weiss v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00676 | Rae Briske v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00683 | Tonya Ward v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00692 | Vanya Bryan v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00699 | Mary Waldo v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00703 | Velma Butler v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00704 | Cassie Veasey v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00725 | Ruth Cecconi v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:18cv00752 | Emiliana Colon v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00754 | Tammie Conner v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00759 | Linda G Corley v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00766 | Sandra Crisp v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00768 | Brandi Crosby v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00770 | Heather D'angelo v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00777 | Marie Diaz v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00778 | Ronna Doescher v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00788 | Shannon Edens v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00804 | Cindy Finnessey v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00814 | Astrid Gifford v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00821 | Lois Thornton v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00822 | Yvonne Thurman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00827 | Debra Trombley-Zarazua v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00829 | Tina Turberville v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00831 | Cynthia Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00832 | Iris Urdaz v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00835 | Kathy Goione v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00845 | Joni Griffin v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00846 | Kevanlynnette Griffin v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00849 | Maria Guzman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00860 | Deborah Hannon v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00862 | Tammy Hanson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00870 | Sondra Hemphill v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00886 | Nicole Surline v. Ethicon, Inc.; Johnson & Johnson |