# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                        MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

### ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8055] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 16, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-33812 | Belinda Hays Murray and James Murray v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33903 | Melissa Rogers v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-05946 | Sherrie Angelia Bivens Morton v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-05964 | Regina T. Sellers v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12949 | Marlene Asmussen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13552 | Felicia Reagan v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13624 | Maryann Calantoni v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-18442 | Catherine Cecelia D'Andrea and Alfred D'Andrea v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-18481 | Tina R. Norton and R. J. Norton, Jr. v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-21797 | Bennie Sue Fortner v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22234 | Lorie S. Kelley and Kevin Kelley v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-23008 | Meshell Ranae Yarberry v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-29816 | Susan Bennett and Rod South v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30215 | Aubrey Steele v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08345 | Jacqueline Bourget Arnold v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10697 | Sonya Faye Hallard v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10794 | Pollyanna Edwards Bennett Wymer v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13730 | Cedra Hall-Waldon Hall v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13759 | Michele M. Mazur v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-15522 | Deborah Lynn Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04430 | Peggy Cupp v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04554 | Denise Kille v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05094 | Shirley Goode v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05115 | Tonya Foutz and Nicholas Foutz v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05184 | Alice Akers Brandon v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07456 | Anngie Corrao v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07972 | Geraldine L. Sherwood v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10614 | Donna D. McIntosh v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10638 | Connie Edwards v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-11228 | Debbie C. Dingess v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11541 | Mary M. Wolf v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12331 | Gail Stubbs v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12397 | Linda Dickey v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00660 | Enola Callahan v. Ethicon Inc.; Johnson & Johnson |