# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41. Other plaintiffs and defendants remain and the case should remain open. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Clayton A. Clark
Clayton A. Clark
Clark Love & Hutson
440 Louisiana Street
Suite 1600
Houston, TX 77002
(713) 757-1400
cclark@triallawfirm.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Name | | |
|---|---|---|---|
| 2:15-cv-05855 | Adela Ginjauma | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Alice Adams | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Alverda Muhammad | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Amy Kalinoski | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Anna Tate | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Anna Tucciarone | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Barbara Chapman | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Barbara Gurnee | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Barbara Mego | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Bernice Anderson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Beverly Snow | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Bonnie Carrillo | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Caroline Stevens | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Carolyn Keck | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Carrie McGaha | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Charlena Peterson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Christyna Durham | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Cindy Gastineau | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Cindy Hanley | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Claudia Aleman | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |

| 2:15-cv-05855 | Delores Smith | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| --- | --- | --- | --- |
| 2:15-cv-05855 | Donna Kinney | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Donna Smith | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Edith Stegall | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Elizabeth Gibson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Evelyn Bess | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Georgina Rodriguez | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Hattie Johnson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Jane Thrift | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Jo Blackstone | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Julie Vann | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | June Mooney | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Karen Farmer | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Karlene Dorey | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Laura Gonzalez-Romero | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Linda Ciopa | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Linda Feco | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Linda Hodges | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Manira Bushamie | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Margaret Hall | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Maria Acosta | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Maria Hermida | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Maria Muniz | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |

| | | | |
|---|---|---|---|
| 2:15-cv-05855 | Marilyn Lonsky | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Marion Braun | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Marleny Mirabal | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Marsha Lewis | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Martha Ater | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Mary Golden | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Nancy Kampsen | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Pamala Davis | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Regina Shapiro | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Ruth Dively | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Shari Futsher | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Sharon Morningstar | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Susan Morris | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Thelma Goodwin | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Vanessa Lindsay | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Vicki Stern | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05855 | Vicky Rumsey | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |

47487046.v1