IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41.  Other plaintiffs and defendants remain and the case should remain open.  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Clayton A. Clark
Clayton A. Clark
Clark Love & Hutson
440 Louisiana Street
Suite 1600
Houston, TX 77002
(713) 757-1400
cclark@triallawfirm.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

## EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:15-cv-05858 | Donna Beresford | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Alma Biship | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Gabriela Chavez | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Shirley Coggeshall | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Mary Cook | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Linda Corte | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Nurys Crispin | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Avis Crow | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Sally Dempsy | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Maria Dominguez | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Rosa Maria Ramirez | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Robin Eckholt | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Clyde Ent | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Roseann Glazer | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Beverly Glover | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Robin Gordon | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Nina Gray | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Margaret Grubbs | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Phyllis Hanssen | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Etta Helmstetter | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |

| | | |
|---|---|---|
| 2:15-cv-05858 | Elizabeth Henry | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Karen Hernandez | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Mary Jackson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Regla Jones | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Gloria Kirk | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Angelia Kline | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Diana Kraus | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Maureen Lewis | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Mae Lykens | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Rebecca Maness | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Amanda McCandless | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Mary Morgan | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Karen Neville | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Angela Prater | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Kristen Rea | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Joyce Reese | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Misty Reeves | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Dorothy Reid | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Kal Robertson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Anita Rogers | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Janet Russo | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Catherine Sak | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Charlotte Santos | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |

47487046.v1

| 2:15-cv-05858 | Assunth Schenkel | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| --- | --- | --- |
| 2:15-cv-05858 | Peggy Schwarz | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Glenda Shelton | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Teresa Sikes | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Odette Silvieus | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Sharon Stancher | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Tracey Stewart | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Nancy Stout | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Brenda Stroemple | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Dolores Sugalski | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Dawn Taylor | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Charlotte Tyson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Nelida Vasquez | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Shela Vermillion | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Susan Warren | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Jerrye Weaver | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Shelia Webb | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Shari Wiesler | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Marian Williams | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Teresa Williamson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Lisa Wiseman | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Phyllis Wolfe | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |
| 2:15-cv-05858 | Terri Yeager | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |

| 2:15-cv-05858 | Molly Zanath | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; |