# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Wendy R. Fleishman
Wendy R. Fleishman
Lieff Cabraser
Heimann & Bernstein
250 Hudson Street
8th Floor
New York, NY 10013
(212) 355-9500
wfleishman@lchb.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

## EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12cv08932 | Eileen Borkowski and Jeff Borkowski v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv11173 | Valerie Tuohy-Shutt v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv11212 | Evelyn Sayas and Danilo C. Sayas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv15294 | Emily Zaczek-Connors v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv21054 | Felicia A. Jarzyna v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv27569 | Sheila Marie Baublits and Daniel James Baublits v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv30137 | Cheryl Ann Mary Dier v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv16285 | Laura Eileen Lanz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv19458 | Holly Munson Pierog and John Anthony Pierog v. Ethicon, Inc. and Johnson & Johnson |
| 2:15cv07983 | Elizabeth Ivey Wilcox and John Anthony Wilcox, Jr. v. Ethicon, Inc. and Johnson & Johnson |
| 2:15cv13221 | Trudie Fagan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02143 | Erin Lynn Magnani and Michael Lyle Magnani v. Ethicon, Inc. |