# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Michael A. London
Michael A. London
Douglas & London
59 Maiden Lane
6th Floor
New York, NY 10038
(212) 566-7500
mlondon@douglasandlondon.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-21736 | Lisa Thomas and Mark Henson Thomas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21737 | Rena Shockley and Gary Shockley v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22069 | Angela Evans v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22073 | Patricia Stine v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22077 | Candy Bradberry and Brian Bradberry v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22105 | Cynthia Luna-Ketter and Joseph J. Ketter v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22335 | Jennifer Geisler and Thomas Geisler v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22822 | Catherine Belfy and Marc Steven Belfy v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23672 | Rene Calvert and Timothy J. Calvert v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23675 | Rebecca Rose and Richard Rose v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23691 | Michelle Gallo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23692 | Karen Tadlock v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24360 | Zoe Morphy v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24363 | Elysia May v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31688 | Kathy Short and Nicholas Short v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-02711 | Sandra Allan v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12408 | Leann Hafner v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16830 | JoAnn Johnson and William Johnson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-19708 | Amy Millsap and Douglas Millsap v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21072 | Nelvy Agudelo v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22052 | Patricia Barlow and Michael Barlow v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22147 | Patricia Bowers and Bruce Bowers v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22195 | Laurie Buum v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22375 | Rhonda Doherty v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22422 | Antoinette Prussen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22468 | Christina Sexton and Thomas Sexton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22807 | Michelle Harrison and Floyd Harrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09717 | Susan Adams v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-10035 | Petra Morales v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-10100 | Sharon Blankenship and Denver Blankenship v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12641 | Miledy Perez v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-13334 | Beatrice Van Dunk and Edward Van Dunk v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14813 | Gerri Bain v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14978 | Brenda Osburn v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15669 | Darlene Purcell and Joseph Purcell v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15918 | Mary Seymour v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00632 | Mary Fortner v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02923 | Sharon Bunger and Steven Bunger v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02925 | Olga Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02927 | MaryAnne Dono and Joseph F. Dono v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04097 | Janet Gold v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04889 | Elizabeth Doneghue v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05885 | Sheila Griffin and Calvin T. Griffin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06144 | Rhonda Grimm v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06679 | Agatha Ferrara v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06685 | Corina King v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09300 | Jalonda Ratliff and Calvin C. Ratliff v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09301 | Mary Gillis v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10196 | Beverly Faller v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10198 | Kathy Bair and Robert R. Bair v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10200 | Rebecca Morehead and Jean Morehead v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11575 | Donna Stallings and Richard Stallings v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02234 | Linda Osborne and James Levi Osborne v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03712 | Sherry Jones and Danny Clay Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00241 | Linda Domagala and Richard Domagala v. Ethicon, Inc.; Johnson & Johnson |