IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                         MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8082] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-E, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-E;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 17, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
**(Aylstock Witkin Kreis & Overholt)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-32515 | Michelle Eberhart and Gary Eberhart v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-07719 | Sandra Crowson v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT B
## (Chaffin Luhana)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-15145 | Cynthia Korsgaard and Steven J. Korsgaard v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09258 | Brigid K. Miklovic and Thomas Miklovic v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06565 | Deborah G. Salem v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-06590 | Lisa Lehrman-Bon and Roger Lehrman-Bon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

# EXHIBIT C
## (The Law Offices of Ben C. Martin)

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-13560 | Stephanie H. Smith and Benjamin T. Smith v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT D**
**(The Whitehead Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-28102 | Norma L. McConnell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12328 | Tannia Fournet and Mike Fournet v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT E**
**(Tom Rhodes Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-20441 | Nicholle Winters and Johnny Winters v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |