# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION          MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

### ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8083] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-E, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-E;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 17, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-22623 | Jackie Mae Von Villas and Peter Anthony Von Villas, Jr. v. Ethicon Inc; Johnson & Johnson |
| 2:13-cv-30806 | Wanda Costello and James A. Costello v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-30830 | Meagan McCarty and Michael McCarty v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31104 | Theresa J. Nelson and David Nelson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33813 | Christina Marie Murray v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33923 | Edith J. Scott and Tom Scott v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33924 | Nora Seaton and Roy Odell Seaton v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33946 | Elsie M. Simon and Benjamin Simon v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11052 | Pamela Lee Schmal Andress v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11081 | Sharon Whipple Hall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11908 | Dale Whitley Stoger Bradley Hosey v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12033 | Rhonda M. Hugo v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12123 | Pamela Leigh Radcliffe Patterson, deceased and Robert Patterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12294 | Wanieta Isaacs Iness and Leamond D. Iness v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12427 | Betty L. Johnston Cannon and John Cannon v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12760 | Courtney G. Renee Goins Hawks v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13106 | Nina F. Christner and Joseph L. Christner v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13418 | Peggy Ann Atwell and Henry Atwell v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13897 | Karin Edith Westjohn and Edward Westjohn v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-13915 | Grayce W. Amick and Dean D. Amick v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-18379 | Nancy Thurman v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-18415 | Linda Kay Edwards v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-18480 | Marilyn Moss and Steve Moss v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-21664 | Sharon Thomas-Counce and Dan Counce v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-21672 | Jenifer Duensing v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-21697 | Jessaca Faye Smart and Bandy Smart v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-21794 | Patricia Winchester v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-21808 | Penny Wolfe and Todd Wolfe v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-21884 | Maria Abel and Virgil Lee Abel v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22152 | Doll Ann Kristina Meyer v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22185 | Bernadette Parsons v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22193 | Wilma Hedge v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22255 | Linda Shearer Myerly and H. Delbert Myerly v. Ethicon Inc; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-22352 | Laura Wilson and Randy Wilson v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22796 | Cyndi May Becker v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22830 | Sandra Ellen Clark-Mullis and Gary Mullis v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22984 | Nola Smith and Whit Smith v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-23044 | Sharon Jean Blake and Ronald E. Blake v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-23647 | Carmella Downey v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-23682 | Lisa Topper and Ricky Topper v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-29693 | Barbara L. Abell v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-29770 | Meloney Lynn Fortin and Gerard E. Fortin v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-29834 | Barbara Goss v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30136 | Lawanda Halley and Edward Halley v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30167 | Sandra Richardi and Kristian Wager v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30250 | Karla Burnett and Fred Burnett v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30372 | Beverly Wolfe and Robert N. Wolfe v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30444 | Guadalupe Escareno v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30559 | Erszi Alejandre v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30584 | Bobbi Graham and Darnell Graham v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30635 | Andrea Kay Morrison and Charles Gary Morrison v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30636 | Michelle Marie Bachorski and Brian Bachorski v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30800 | Evelyn Gentile and John Gentile v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30811 | Donna Good v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30831 | Ann Walenta and Donald Walenta v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30962 | Deborah Carol Jones and Joe Jones v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30966 | Lona Snell and Bradley Snell v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31221 | Helen Sullivan v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31239 | Juanita Hartford v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31251 | Dawn McLane-Onofrio and Joe Onofrio v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31287 | Kim Platz v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31294 | Angela Martin and Scott E. Martin v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31383 | Carolyn Epley and Charles Epley v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31423 | Ena Evans and Jerry Evans v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31441 | Joy Rone and Wesley Rone v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31456 | Deborah Bailey v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31476 | Pamela Guenthardt and Wayne Guenthardt v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-07956 | April J. Thompson v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08038 | Patricia Hincherick and Joseph Hincherick v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08092 | Sandra Holmes and David Holmes v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08342 | Jennifer Arnett and Gregory Arnett v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08362 | Stephanie Marie Iler Daniel v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08377 | Patricia A. Knight Hensel v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08380 | Robin K. Olson Rose Hutchison v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08472 | Phyllis A. Loar Mills Tester Greer v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08495 | Tiner T. Hall v. Johnson & Johnson; Ethicon, Inc. |

| | |
|---|---|
| 2:15-cv-08567 | Kimberlee S. Porter v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08681 | Nancy Louise Blackburn Terry v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08741 | Terri E. Lynne Price Lightfoot Gaier Arnold v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08746 | Phyllis J. Knoller Bell v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08817 | Sandra F. Holman Albert Preston v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08899 | Migdalia Fernandez Martinez Gonzalez v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08968 | Nancy Kovar v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09074 | Linda Cheek Dickerson Gersic v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09207 | Vickey Denice Thomas Thompson v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09363 | Doris Ann Swaney McAlister v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09497 | Pamela S. Hulse Delay v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09603 | Mary Ann Holderman v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09610 | Cynthia Jean Holt Myers v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09611 | Amy Lynn Stander v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09713 | Dawn Lynne Zuvelnk Kuiphof Albrecht v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09805 | Julie Ann Dudenhoefer Landry v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09870 | Marvolene Reynolds Thornton v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10171 | Linda Verna Bowen Haley v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10422 | Kathleen E. Cooper Salvey Sanford v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10430 | Shannon C. McMahon Tatro v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10670 | Grace Ann Decker Fish v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10700 | Anna Elizabeth Buehner Hensler v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10787 | Angela Parsons Vining v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10813 | Dolores Bruno Saccoccio v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-12693 | Barbara Ann Hardin Mara v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-12702 | Lisa T. Michelle Tedford Norwood v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13694 | Melanie S. Levitan Allison v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13761 | Sandra Free Millikin v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13809 | Carolyn Willard Riley v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13824 | Marjorie Beth Stutso v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13937 | Sylvia Davis and Larry Davis v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13945 | Sherry Deaton and Richard A. Deaton v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13988 | Serena Coovert and J. Dave Coovert v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14015 | Mallah Buell and Jon Garnier v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14041 | Dorsey M. Masters v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14057 | Gwen Peltier and Louis Peltier v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14059 | Nola Kay Piotroswski and Alan J. Piotrowski v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14062 | Sherry S. Roberts and Mike Roberts v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14082 | Beverly Tinkham and Allen W. Tinkham v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14088 | Mary Katuin and Walter Katuin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14094 | Sharon Loughman and Tracy Loughman v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14102 | Louise Swartz and John B. Swartz v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14119 | Maida Naquin and Douglas Naquin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14122 | Tammy Piazza and James Piazza v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14204 | Lena Dodson v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-14300 | Sandra Stanley v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14368 | Rita Garcia and Vicente M. Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14369 | Beverly Garrett and Monte H. Garrett v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14387 | Carol Hoover and Paul Hoover v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14392 | Florence Hubbard and John T. Hubbard v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14458 | Kristina Lobato and Ambrose Lobato v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14473 | Gloria N. Murphy and Herman Murphy, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14513 | Pamela Powell and Leon Powell v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14596 | Eloise K. Barber and Roland Barber v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14597 | Cheryl K. Barnard and Donald L. Barnard v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14746 | Betty Henry and Ray C. Henry v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14778 | Elizabeth Ann Montanero and Mario Montanero v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14807 | Margaret Tabellion and Robert Tabellion v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14854 | Phyllis Beeam and Zemery Frank Beeam v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14860 | Gloria Berggren and Judson R. Berggren v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14861 | Donekia P. Bickerstaff and Myron Charles Bickerstaff v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14897 | Nichole Gillen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14904 | Monica Gutierrez and Allen Gutierrez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15267 | Ethel Hansen and Louis Hansen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15279 | Shiloh Jenkins and Darrell Jenkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15415 | Esther Wayne and Donald Wayne v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15464 | Diana Burton and Jack Burton v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15478 | Rita Ann Frey and Robert W. Frey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15649 | Debbie A. Barron and Epigmenio Malagon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15742 | Mary Grady v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15766 | Julia E. Munro and Milton V. Munro v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15822 | Helen Pillion and Ray Pillion, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15831 | Lonnie Schreiber and James Schreiber v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15890 | Joanne Voakes and Richard Voakes, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15900 | Emilie Wood and Kenneth Wood v. Ethicon, Inc.; Johnson & Johnson |
| ~~2:15-cv-15956~~ | ~~Alice Gibson and Bobby M. Gibson v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:15-cv-15991 | Linda Ricci and Carl Ricci v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16035 | Sally Svenpladsen and Dennis Svenpladsen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16042 | Jodie Thompson and Craig Thompson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16072 | Sara Mirta Carmona v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16116 | Lori West and Charles T. West v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16153 | Diane Adams and Michael T. Adams v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16614 | Melissa Jean Morris and Mark Morris v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00034 | Clara Garcia and Romulo Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00084 | Floease Harper and James R. Harper v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00085 | Mary Harper and Scott Simpson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00187 | Pamela Nelson and Ted A. Nelson Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00191 | Shirley Warden v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-00363 | Sandra Terry and James Terry v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00430 | Gail Linton and Bruce Linton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00434 | Holly Afghani and Mac Afghani v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00626 | Frances Du Bose and Ilya Itin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00945 | Marva Elliott-Knotts and Lawrence E. Knotts v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00954 | Patricia A. Dorety and William Preston Dorety v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01348 | Kelly Millhollon v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01351 | Candace Miller and Jackie Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01434 | Karri Stonebraker and Thomas Stonebraker v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01441 | Dixie A. Winstead and Harvey L. Winstead v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01466 | Krista Minehart and Glen Minehart v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01506 | Virginia McDonald and Robert McDonald v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01542 | Brenda Weathers and Roger Weathers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01584 | Virginia Calvanese v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01588 | Rose Chaffee and Gary Chaffee v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01798 | Sherry McIlhargey and Larry McIlhargey v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01800 | Mary Kate McCollum and James McCollum, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01859 | Linda Light v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01892 | Saundra Franks and Charles Franks v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02016 | Judith Adams-Larsen and Donald Larsen v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02039 | Tina Migneault v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02091 | Janet Carolyn Poston Brown Rabon v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02559 | Maria Maldonado and Cayetano Maldonado v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02560 | Clarita Cavazos Perez v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02664 | Catherine Clementi v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02777 | Tammy Coffelt and Eric Coffelt v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02972 | Barbara Goins and Horace Goins v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02974 | Tanya McKinnis v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03046 | Lydia Mann v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03163 | Charity Ketchum and David Ketchum v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03200 | Tammy Plante and Kelly Plante v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03427 | Vicki DeLaCruz and Armando DeLaCruz v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03671 | Sandra Barry and Jack Barry v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03742 | Karen M.Christy and Michael Christy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03746 | Martha J. Martin and Thomas R. Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03751 | Charity Brackeen and Bobby Humphrey v. Ethicon, Inc.; Johnson & Johnson |