# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION   MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

## ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8084] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-B, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-B;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 17, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A
## (Arnold & Itkin)

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-11092 | Eilleen M. Harrison v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(The Mostyn Law Firm)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:16-cv-03791 | Christine E. Crawley and William A. Crawley, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03906 | Donna Sturgeon and Mitchell Sturgeon v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03913 | Marla June Zywicki and Randall W. Zywicki v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03955 | Dawn Timothy and Troy Timothy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04069 | Sara Watts and Kevin Watts v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04087 | Desiree Mata and Juan Mata v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04118 | Debra Frost and Geary Frost v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04135 | Laurie Lessard and Michael Lessard v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04573 | Vickie Snyder and Terry Snyder v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04631 | Jama Brooke Brown and Kirby Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04690 | Barbara Brookerd and William Brookerd v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04827 | Wanda Crabtree and Charles Crabtree v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04878 | Adelaide Stefanik v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04879 | Agnes Sturdy and Ian Sturdy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04931 | Vonstyne McCoy and Ellis McCoy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04937 | Sandra Durbin and James Alton Durbin, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04940 | Jamie J. Shores and Kenneth Shores v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04944 | Karen Sprynczynatyk and Robert Sprynczynatyk v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04975 | Ilona Brandow and Clifford Brandow v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04976 | Barbara Cox and Bruce Cox v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05022 | Terri Paduano and Maria Paduano v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05024 | Willow Colby and Frederick Colby v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05031 | Gina Tracy and Tim Tracy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05077 | Peggy L. Kirkeby and Everett Kirkeby v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05084 | Jacqueline W. Odje and Omokere Odje v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05121 | Regina Pinzon and Louis Pinzon v. Ethicon, Inc.; Johnson & Johnson |
| ~~2:16-cv-05232~~ | ~~Roberta Brozman and Robert Brosman, Sr. v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:16-cv-05298 | Sandra Gail Biddle and Ronald L. Biddle v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05304 | Denise Blair v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05342 | Janet Cooper and Harold Cooper v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05343 | Lornea Levine and Ernest Levine v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05428 | Stella B. Crane v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05466 | Geraldine Biscuiti and Neil Biscuiti v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05495 | Patricia Hughes and Anthay Hughes v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05579 | Zackie Beavers and Earnest Beavers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05614 | Shirley McCracken and Richard McCracken v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05624 | Mary DonDineau and Robert DonDineau v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05626 | Barbara Pemberton and Herbert Pemberton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06128 | Angela Holliman and Jerry Holliman v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-06197 | Gail Coiner and Richard Coiner, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06442 | Jennifer Shelby Sutton and Robert Sutton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06918 | Jacquelynn Sardella v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06950 | Willene C. Beard v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06981 | Louise S. Becker v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07209 | Karen Nicholson and Clyde Nicholson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07740 | Becky L. Lautt v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07871 | Elizabeth A. Esau v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07875 | Fern T. Farrell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07916 | Pamela Cupps Myers and Terry Myers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08136 | Lina Gastaldi v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08536 | Mary Lovell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08557 | Bernadine Dominguez-Addison and Michael Addison v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08777 | Sue J. Medeiros and Leonel Medeiros v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08869 | Yvonne Torres Alanati v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09287 | Tonya Halcomb and Jason Halcomb v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-09566 | Rita Meador and Earl Dane Meador v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-09814 | Patricia Overbee v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10185 | Greta Culbertson v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10585 | Donna Curtis and Ellen R. Cook v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10660 | Mary E. Claybrook v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10749 | Waneeta Iammarino v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10768 | Jerline Tumlinson v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10934 | Joyce Hensley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11080 | Susan T. Vardiman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11217 | Rose Rudy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11311 | Joann Dingus v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11328 | Maria Garceau v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11612 | Clara M. Davis v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11613 | Betty Caster v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11739 | Estate of Sarah Garrell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11962 | Sherry D. Keeffe v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12441 | Julie Doughan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12564 | Joan M. Prather v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-12581 | Judith Garofalo v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-12595 | Ollie Johnson v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-00036 | Amy Lippincott v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-00040 | Maria Torres v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02072 | Judith A. McOwens v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02077 | Shari Rebarchek v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02681 | Arlene Jeter v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-03799 | Justine Deaton v. Ethicon Inc.; Johnson & Johnson |