# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41.  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Caroline L. Maida
Caroline L. Maida
Mostyn Law
3810 West Alabama Street
Houston, TX 77027
(713) 861-6616
clmaida@mostynlaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:13-cv-19722 | Paula R. Johnson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30790 | Deborah Bowden | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-30807 | Paula Marie Couch | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30850 | Barbara Pugh and Hix Young Pugh, Jr. | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-30868 | Alyce A. Smith and Billy C. Smith | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-30994 | Rometta Cameron | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-c-v33525 | Donna J. Brown and Walter B. Brown | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-33609 | Barbara Hall | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33674 | Deborah King | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-05975 | Darlene M. Slamen | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-11178 | Andrea J. Lunasco and Randall Lunasco | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-11275 | Almeda D. Evans | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-11373 | Helen Emilia Perrin | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-11390 | Gloria Wilson and Henry Leroy Wilson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-12280 | Vanessa Chandler | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-12349 | Judith Moss and William Moss | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12680 | Victoria Ann Warren | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-12823 | Tamera Weiss and Tim Weiss | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13013 | Angela Mills | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13044 | Anita Marie Smith and Larry Smith | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13047 | Tracie L. Thompson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13249 | Amanda Mitchell | vs. Ethicon, Inc.; Johnson & Johnson; |

46317902.v1

|  |  | Ethicon, LLC |
|---|---|---|
| 2:14-cv-13294 | Connie L. Weist and William R. Weist | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13490 | Angela Greer-Buckles | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13796 | Pauline Davila | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13846 | Carla Payne and Wayne Larry Payne | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-18381 | Rebecca Rice | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18435 | Marisela Pinto | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21635 | Kahlan Walker | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21710 | Ida Ryder | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21713 | Belinda Reffitt | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21805 | Mary Jane Sousa and John Sousa | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21821 | Teresa Marie First and Danny First | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22268 | Ardalia Taliaferro | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22287 | Joanna H. Tanner | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22295 | Donna Marie Powell | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22329 | Carmela Gallo and Arthur Grande | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22514 | Patricia Hull | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22731 | Teri Meyer | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22815 | Carly M. Brownell | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23072 | Janina Bielak | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23325 | Cheryl Sorrell-Knight | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23648 | Christine Dennis | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29663 | Sandra Bouressa | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29745 | Judy Hatley and Gary Hatley | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29776 | Loretta Gibson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29785 | Margie Lynn Cayton and Eugene Cayton | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29806 | Lynda Gilmore | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29827 | Vickie Henderson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29830 | Michele Marie Herbert and Nathan Herbert | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29860 | Mary Giddings | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29972 | Willa Audra Norwood and Robert D. Norwood | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29990 | Carolyn Roock and William Roock | vs. Ethicon, Inc.; Johnson & Johnson |

| | | |
|---|---|---|
| 2:14-cv-30034 | Donna Daves | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30285 | Kay Coleman and Keith C. Coleman | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30339 | Cindy McManes and Christopher D. McManes | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30354 | Eileen C. Skorko and Gleen A. Skorko | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30357 | Annie Smith and William Smith, Jr., Sr. | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30534 | Susan Hulett and Gary Hulett | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30645 | Christine Lee and Mark B. Lee | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30704 | Jeannene Cravey and Robert L. Carvey | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30816 | Donna Postman and Rick Postman | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30832 | Alice Walker | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30955 | Jane Hawkinson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31284 | Veronica Rodriguez | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31472 | Donna Lutton | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08015 | Ana Ybarra and Jose Antonio Ybarra | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08057 | Linda Sue Scott | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08349 | Glenda Burns and Leonard E. Burns | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08352 | Jennifer L. Collins and Thomas M. Collins, II | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08382 | Louise Lucio | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08386 | Evangilea K. Murgia and Michael T. Murgia | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08473 | Francene Grivna | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08705 | Iris Calderon | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08717 | Ruth A. Lyons and Kevin Lyons | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08739 | Patricia Jo Anderson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08824 | Rebecca Whittle | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08999 | Patricia Wholly | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09020 | Denise Binns | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-CV-09069 | Lawanda Brockton | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09273 | Carrie Croft | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09344 | Cassandra Marshall | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09361 | Melody Mathis | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09440 | Judith Wood | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09601 | Wanda Gail Gaston | vs. Ethicon, Inc.; Johnson & Johnson |

| | | |
|---|---|---|
| 2:15-cv-09742 | Virginia Cook | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09833 | Krystyna Relaz | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-10666 | Hazel Currie | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12696 | Carolyn Sue Steffey | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13729 | Dianne Gudgell | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13749 | Linda Jackson and Preston Jackson, Jr. | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13811 | Pamela Rousseau | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13828 | Nicole Watters | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13936 | Tammy Daniels and Gary Daniels | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14003 | Kelly Bradley-Lerma and Barnabe Lerma | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14017 | Marci Knosen | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14024 | Patricia Gibbs | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14064 | Sandra K. Hamann | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14067 | Susan Diane Schuricht | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14117 | Tracy Muller | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14120 | Joann Nunes and Rodney Nunes | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14143 | Julie Underwood | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-CV-14180 | Diasy Mae Bowker | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14230 | Susan Jansen | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14267 | Kathy Mae Peyton and Kenneth Cole Peyton | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14365 | Cheryl Dallas | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14395 | Betty Jackson and Paul L. Jackson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14469 | Debra Minnick | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14651 | Cheryl Frasier | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14865 | Ruth Carter and Andrew Carter | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14983 | Barbara Ratliff and Donny Ratliff | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15061 | Deborah Teeters | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15380 | Patricia Sharp | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15389 | Annette Stancil and R. Max Stancil | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15498 | Laurel Kelly | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15545 | Sara McClelland and Steve McClelland | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15547 | Jeannine Miller and Melvin Miller | vs. Ethicon, Inc.; Johnson & Johnson |

| | | |
|---|---|---|
| 2:15-cv-15974 | Sue Ann Preuss and Noel D. Preuss | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16041 | Debra Thomas and William B. Thomas | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16169 | Cynthia Jean Tortorici | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16234 | Ruth Appleman | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16283 | Roegene Willard | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16375 | Jeanie M. Chartier | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16417 | Jennie Cotoia and Antonio Cotoia | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00221 | Jennifer Lynn Rivera | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00365 | Beverly Trexler and James Trexler | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16041 | Debra Thomas and William B. Thomas | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16169 | Cynthia Jean Tortorici | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16234 | Ruth Appleman | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16283 | Roegene Willard | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16375 | Jeanie M. Chartier | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16417 | Jennie Cotoia and Antonio Cotoia | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00221 | Jennifer Lynn Rivera | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00365 | Beverly Trexler and James Trexler | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-CV-00941 | Theresa Braman | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01315 | Cordelia Hernandez and Rudy Hernandez | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01383 | Marilyn Sorenson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01385 | Marion Chischilly | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01468 | Nancy Calhoun, | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01470 | Casandra Dupree | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01570 | Cathy Ann Tanso | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01576 | Jennifer Bohanon, | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01749 | Robin Moore | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01822 | Martin, Janice | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01886 | Deborah Martin | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02089 | Tammy Patton | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02248 | Karen Coffey and Robert Coffey | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02673 | Heidi Taylor | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02767 | Annette Benson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03039 | Deborah Eubanks and Irvin Mitchell | vs. Ethicon, Inc.; Johnson & Johnson |

| | | |
|---|---|---|
| 2:16-cv-03310 | Tarstein Thacker and Paul Thacker | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03505 | Cathy Mahoney | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03573 | Shonda Monighan and Sean Monighan | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03638 | Wanda Clark | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03639 | Mary Malcolm | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03749 | Selma Rose | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03757 | Laura K. Tebbs and Jerry E. Tebbs | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03836 | Martha Crowder | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03856 | Amy Grosklos and Jason Grosklos | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04129 | Lynne Veiga and Joseph Veiga | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04316 | Theresa Casteel and Lynn Casteel | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04318 | Myra Patin and Patrick Patin | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04341 | Karen Puhl | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04342 | Felishia J. Washington | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04397 | Beverly Byrd | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04485 | Margaret Greninger and Samuel Greninger, Sr. | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04560 | Joy Lynn Rauth | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04873 | Patricia Howell and Roger Howell | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04974 | Becky Meidling | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04989 | Lori Monroe and Lloyd Monroe | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05083 | Helenea Osborne | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05587 | Michelle Poster and Brian Poster | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05802 | Vicki Lucas and Donnie Lucas | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06035 | Susan Hayes and Christopher Hayes | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06129 | Sandra Thompson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06231 | Carolyn Amaral and Hanabel Amaral | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06366 | Diane Lucero | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06920 | Beverly Sargent | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07382 | Joyce Miller | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07667 | Donna Frady | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08231 | Kelly Busch | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08575 | Suzette De La Rocha | vs. Ethicon, Inc.; Johnson & Johnson |

| 2:16-cv-09135 | Zeda Rebecca Champ | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09139 | Ann Sweeney and Eric Sweeney | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09291 | Mary Sifuentes and Alejandro Sifuentes | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09382 | Reva Turner and William Turner | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09664 | Fafe Presley | vs. Ethicon, Inc.; Johnson & Johnson |