IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41. No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Jacob Plattenberger | /s/ William M. Gage |
| Jacob Plattenberger | William M. Gage (MS Bar #8691) |
| Raymond J. Kramer | Butler Snow LLP |
| Tor Hoerman Law | 1020 Highland Colony Parkway |
| 227 West Monroe Street | Suite 1400 (39157) |
| Suite 2650 | P.O. Box 6010 |
| Chicago, IL 60606 | Ridgeland, MS 39158-6010 |
| (618) 656-4400 | (601) 985-4561 |
| jake@thlawyer.com | william.gage@butlersnow.com |
| *Counsel for Plaintiffs* | |

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:13-cv-03162 | June Panchot | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-25723 | Mary Morris | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05945 | Debra Kieras | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27019 | Katie Perry and Hugh Perry | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-16985 | Donna Flagg and Richard Flagg | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-03183 | Susan Anderson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-03283 | Debra Archuleta | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-04286 | Laurie Dee Artcliff and Pete Artcliff | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27360 | Heather Barber | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10211 | Biegler, Bethany | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-16638 | Steve Blanchard, Personal Representative | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-13244 | Lori Bonarek and Mark Bonarek | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13177 | Yolanda Bullard | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13179 | Lori Ann Cirella and Stephen Cirella | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27361 | Nidia Colon | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-16666 | Geraldine Croy | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-04293 | Kristen M. Dailey | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-16668 | Sybil Davis | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-03914 | Diane Dill and Lawrence Wayne Dill | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08744 | Margaret Dodd | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03161 | Linda Feeley and James Feeley | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-03164 | Sherrie Grennell | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-00003 | Ines Guerrero and Ney Guerrero | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-03206 | Barbara Allwood and Jerry | vs. Ethicon, Inc.; Johnson & Johnson; |

46317902.v1

|              | Allwood                                       | Ethicon, LLC                                              |
|--------------|-----------------------------------------------|-----------------------------------------------------------|
| 2:14-cv-31129 | Cindy Brantley                               | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:15-cv-05879 | Maybess Disher and Wayne Disher              | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:13-cv-16683 | April Ellis and Steven ellis                 | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC        |
| 2:13-cv-16812 | Lori Hale and Danny Lynn Hale                | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC        |
| 2:13-cv-16689 | Chris Hertrampf                              | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC        |
| 2:13-cv-03288 | Donna Howell and Christopher Howell          | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC        |
| 2:14-cv-26363 | Melissa Jill King and Robert King            | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:13-cv-16695 | Robin Lewis                                  | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC        |
| 2:13-cv-16698 | Gwendolyn Marshall                           | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC        |
| 2:16-cv-09834 | Carmen Martyne                               | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:12-cv-03831 | Kathryn McDaniel and Russell McDaniel        | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC        |
| 2:15-cv-03044 | Nancy Kay Melim and James A. Melim           | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:12-cv-01817 | Janet Merten and Gerard Merten               | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:15-cv-15856 | Lisa Mihay and Thomas Hansen, Jr.            | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:13-cv-03314 | Delena Noack                                 | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC        |
| 2:13-cv-10273 | Kathleen Parrish                             | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:13-cv-03319 | Debra Patterson and Charles Patterson        | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC        |
| 2:16-cv-04080 | Kathleen Pena                                | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:16-cv-11639 | Yuderka Polanco                              | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:14-cv-27366 | Genevieve Porter and Steve Porter            | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:13-cv-03317 | Paula Pryor and Matthew Pryor                | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC        |
| 2:15-cv-15857 | Deanna Resetar                               | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:14-cv-31148 | Janet Rich and Robert Rich                   | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:14-cv-27367 | Annette Roberts and Stanley Roberts          | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:15-cv-03046 | Roberts, Dianne                              | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:16-cv-12088 | Tammy Schindler                              | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:15-cv-07040 | Judith Ann Schmitt and Brian Schmitt         | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:16-cv-04078 | Ethel Rita Seaward                           | vs. Ethicon, Inc.; Johnson & Johnson                      |
| 2:13-cv-03180 | Laura Shoots and Douglas Shoots              | vs. Ethicon, Inc.; Johnson & Johnson;                     |

|  |  | Ethicon, LLC |
|---|---|---|
| 2:12-cv-01819 | Ana Sierra and Luis Sierra | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27368 | Carrie May Simons | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11495 | Tina Sligar and Thomas Sligar | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04298 | Basilia Solis | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03163 | Sharon Stecher | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-16702 | Jane Stewart and Robert Stewart | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-27365 | Kimberly Ann Warren | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-16853 | Rosario Williams Zavala | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-07048 | Kathleen Wilson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03045 | Kerry Ramirez | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03182 | Sandra Woodyard and Melvin Woodyard | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-08747 | Lucie Fusco | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13204 | Wilma Matthews | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07050 | Sally Jo Wuethrich and Tim Wuethrich | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08642 | Sharon Wilson and John Wilson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01594 | Mary Elaine Harding | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03577 | Kathleen Bay | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03579 | Dominga Wood | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03578 | Cheryl Hicks and Irl Hicks | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01976 | Stacy Westmoreland and Adam Westmoreland | vs. Ethicon, Inc.; Johnson & Johnson |