IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
    PELVIC REPAIR SYSTEM                    MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

**ORDER**
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon defendants") pursuant to the procedures established by Pretrial Order ("PTO") # 302 or PTO # 329. *See* PTO ##s 302 and 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF Nos. 6020 or 7576].

The Ethicon defendants have complied with the procedures set forth in PTO # 302 and/or # 329, and the plaintiffs have not filed an opposition. Defendants have informed the court that no other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 20, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

|  | Civil Action | Plaintiff(s) Name | ECF No. of Motion |
|---|---|---|---|
| 1 | 2:16-cv-03613 | Harrington, Christine | 14 |
| 2 | 2:16-cv-04071 | Williams, Rose M. | 12 |
| 3 | 2:16-cv-08256 | Ayerdis, Elizabeth | 22 |
| 4 | 2:14-cv-27333 | Wolfe, Donna | 14 |
| 5 | 2:16-cv-02222 | Napier, Peggy Mae & Jimmy Joe | 12 |
| 6 | 2:14-cv-15754 | Norwood, Catherine M. | 10 |
| 7 | 2:14-cv-14035 | Naleway, Karen & Wayne | 15 |
| 8 | 2:16-cv-01215 | Lauvray, Mary & Lester | 12 |
| 9 | 2:14-cv-23695 | Formey, Robin A. & James | 14 |
| 10 | 2:14-cv-18855 | Leri, Barbara & George | 13 |
| 11 | 2:13-cv-18213 | Williams, Peggy | 14 |
| 12 | 2:13-cv-16771 | Wolfe, Jimmie W. | 16 |
| 13 | 2:13-cv-00362 | Jackson, Erica & Gary L. | 24 |
| 14 | 2:14-cv-28121 | McManus, Thelma | 29 |
| 15 | 2:13-cv-17485 | Williams, Celeste & Robert | 14 |
| 16 | 2:15-cv-12422 | Reeder, Debbie D. & Claude | 32 |
| 17 | 2:16-cv-03655 | Seminick, Linda | 11 |
| 18 | 2:13-cv-16650 | Sifuentes, Aurora & Meliton | 16 |
| 19 | 2:13-cv-11226 | Perkins, Donna M. & Johnathan | 17 |
| 20 | 2:13-cv-26289 | Sudbrook, Joan G. & Donald T. | 12 |
| 21 | 2:16-cv-00403 | Lewis, Carrie | 15 |
| 22 | 2:15-cv-11626 | Beane, Deborah | 15 |
| 23 | 2:12-cv-01795 | Burnett, Mary | 88 |
| 24 | 2:16-cv-08828 | Hake, Catherine Brown & John | 12 |
| 25 | 2:16-cv-09125 | Bekkum, Elizabeth & Daniel C. | 11 |
| 26 | 2:15-cv-09624 | Thorne, Ann | 17 |
| 27 | 2:16-cv-00334 | Quinn, Rebecca & Thomas | 18 |
| 28 | 2:13-cv-03918 | May, Susan & William | 18 |
| 29 | 2:15-cv-14431 | Traxler, Connie | 14 |
| 30 | 2:13-cv-27943 | Gilmore, Margaret & Kevin Wood | 20 |
| 31 | 2:14-cv-30152 | King, Rochelle Elizabeth | 13 |
| 32 | 2:13-cv-20586 | Dudley, Stephanie M. & Frank | 16 |
| 33 | 2:16-cv-03745 | Marshall, Johanna | 11 |
| 34 | 2:14-cv-31238 | Harris, Paulette H. | 13 |
| 35 | 2:14-cv-31480 | Robbins, Marlene & Charles | 15 |
| 36 | 2:16-cv-11129 | Tripp, Becky A. | 13 |
| 37 | 2:16-cv-11442 | Martin, Doris | 12 |
| 38 | 2:14-cv-05486 | Sproles, Barbara | 16 |
| 39 | 2:13-cv-18139 | Sheets, Tina Marie & Samuel Dean | 16 |
| 40 | 2:14-cv-29741 | Torres, Felicita | 63 |
| 41 | 2:12-cv-08233 | Mullins, Maxie & Walter Douglas | 23 |
| 42 | 2:12-cv-05084 | Moore, Jennifer & Ronald | 89 |
| 43 | 2:16-cv-11703 | Larino-Clarkin, Geraldine | 12 |

**EXHIBIT A**

|  | **Civil Action** | **Plaintiff(s) Name** | **ECF No. of Motion** |
|---|---|---|---|
| 44 | 2:16-cv-12200 | Floyd, Janie A. | 12 |
| 45 | 2:17-cv-01209 | Pegues-Nixon, Chetuan & Dwayne | 30 |
| 46 | 2:15-cv-14061 | Reavis, Joyce R. | 56 |
| 47 | 2:16-cv-12245 | Moore-Kerr, Karen | 11 |
| 48 | 2:12-cv-06924 | Hollan, Sandy & David | 31 |
| 49 | 2:12-cv-07804 | Tharp, Brett, as representative of the estate of Linda Tharp, deceased | 31 |
| 50 | 2:14-cv-28144 | Climer, Patricia | 18 |
| 51 | 2:14-cv-27299 | Victor, Susan D. & William R. | 18 |
| 52 | 2:13-cv-15364 | Velazquez, Belem & Lisandro | 15 |
| 53 | 2:14-cv-15765 | Durtka, Dana & Jeffrey | 15 |
| 54 | 2:15-cv-06455 | Swenson, Brenda | 12 |
| 55 | 2:13-cv-08286 | Frederick, Mary K. | 16 |
| 56 | 2:17-cv-01130 | Stanford, Sherri Lynn & John A., Jr. | 13 |
| 57 | 2:15-cv-15472 | Flowers, Barbara | 14 |
| 58 | 2:12-cv-05842 | Renison, Brenda | 19 |
| 59 | 2:16-cv-04449 | Brock, Sonya & Tommy | 13 |
| 60 | 2:12-cv-09089 | Carpenter, Nancy | 29 |
| 61 | 2:16-cv-00939 | Carter, Loretta | 12 |
| 62 | 2:12-cv-09371 | Allen, James, Individually & Administrator of the Estate of Vallery Silva | 33 |
| 63 | 2:14-cv-13702 | Smythe, Laurie Marie | 9 |
| 64 | 2:13-cv-10818 | Muckey, Kathleen & Thomas | 17 |
| 65 | 2:16-cv-05244 | Bennett, Theresa Monds | 15 |
| 66 | 2:15-cv-15460 | Breheim, Lois | 12 |
| 67 | 2:15-cv-00204 | Creecy, Alisha & James Matthew | 15 |
| 68 | 2:16-cv-01485 | Thomas, Shirley Ann | 13 |
| 69 | 2:16-cv-03209 | Chrum, DeAnn | 12 |
| 70 | 2:17-cv-02966 | Downie, Patricia | 13 |
| 71 | 2:13-cv-34001 | Walsh, Margaret | 15 |
| 72 | 2:13-cv-33583 | Ferraro, Mary & Richard | 14 |
| 73 | 2:14-cv-12430 | Daniels, Jeanne M. | 14 |
| 74 | 2:12-cv-07779 | Terrebonne, Shirley | 54 |
| 75 | 2:16-cv-06933 | Arnold, Patricia S. | 12 |
| 76 | 2:16-cv-07864 | Adams, Patricia L. | 12 |
| 77 | 2:13-cv-28008 | Wilson, Virginia Alberta | 13 |
| 78 | 2:17-cv-02020 | Maas, Julie | 12 |
| 79 | 2:17-cv-02170 | O'Neal, Loretta | 17 |
| 80 | 2:13-cv-33877 | Porter, Stacy | 13 |
| 81 | 2:14-cv-08437 | Todd, Leslie Merkel | 12 |
| 82 | 2:13-cv-08419 | Hamilton, Reina & John F. | 27 |
| 83 | 2:17-cv-02540 | Skinner, Martha | 14 |

**EXHIBIT A**

|    | Civil Action     | Plaintiff(s) Name          | ECF No. of Motion |
|----|------------------|----------------------------|-------------------|
| 84 | 2:13-cv-02647    | Wright, Joanne E. & Robert | 49                |
| 85 | 2:12-cv-08201    | Wells, Shirley             | 35                |
| 86 | 2:12-cv-01147    | Hester, Maria & Chris      | 31                |
| 87 | 2:14-cv-07624    | Luther, Mary               | 16                |
| 88 | 2:13-cv-04558    | Morey, Shirley             | 28                |
| 89 | 2:15-cv-14113    | Miller, Marcille L.        | 59                |
| 90 | 2:17-cv-03999    | Andrus, Kayleen            | 11                |
| 91 | 2:16-cv-10152    | Trimm, Nina                | 10                |
| 92 | 2:16-cv-10151    | Threlfall, Rosa            | 10                |
| 93 | 2:18-cv-00267    | Cirocco, Gale              | 12                |
| 94 | 2:16-cv-10150    | Thomas, Kathy              | 19                |
| 95 | 2:18-cv-01313    | Harrell, Holly             | 4                 |