IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                             MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8088] is a Joint Motion to Dismiss Defendants with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 20, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A
## (The Mostyn Law Firm)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-30822 | Sally Lang and Richard Malone Lang v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31085 | Janie Karen Hudson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33467 | Lydia Amado v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33709 | Joyce Livingston v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33880 | Sharon Pottier and Gerald Pottier v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33886 | Shawn Puckett and Christopher Puckett v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33904 | Linda Marie Royce and Gary A. Royce, Sr. v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33922 | Heather L. Schmidt v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33996 | Emily F. Wacker v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-34008 | Joyce White and Orville Pollard v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-00073 | Helen Adams and James Adams v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-00078 | Robin Rae Caudill and Arthur McKinney v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-00080 | Donna Rae Cavaness v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-05918 | Barbara E. Gibson and Jimmy Gibson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11060 | Teresa Diane Bryars and Charles Bryars v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11070 | Tamara Estes v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11071 | Marilyn Fleming and Vince Fleming v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11357 | Leslie A. LaParr and Dale Elmer LaParr v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12292 | Hilary Harris and Anthony Harris v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12371 | Betty Rounds v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12381 | Rosemary Ventura-Parris v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12429 | Lona Cramer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12749 | Linda Carol Conley v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12776 | Janie Davis Marunich and Sanfert Marunich v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12798 | Margaret Giles, deceased, and Teresa Robinette v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13030 | Naomi Schenk v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13046 | Tina M. Stratton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13611 | Renee Putnam v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-13896 | Sheila Rae Webb v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-18382 | Shirley Mae Pilkington and Jimmy Pilkington v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-18424 | Minnie Sharnell Williams v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-18465 | Opal J. Litras and Henry Johnson v. Ethicon Inc; Johnson & Johnson |

3

| | |
|---|---|
| 2:14-cv-21927 | Betty Lou Davis v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22294 | Kimberly Howell v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22318 | Celia Candida Savage and John T. Savage v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22357 | Kay F. Willetts and Walter Willets v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22885 | Cynthia F. Sade-Ehrgott and Michael J. Ehrgott v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22906 | Vasfie Hoxha and Besnik Hoxha v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22965 | Rita Rael v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22990 | Regina Taylor v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-23058 | Carolyn Rehkop v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-23546 | Sandra M. Newton and Gerald Newton v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-23582 | Karen Allen v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-23645 | Judy Efting v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-29717 | Rita Dececco v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-29782 | Rhona Lockshin and Stanley M. Lockshin v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-29823 | Carolyn Townsend Siler v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-29875 | Dola Carter v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-29892 | Veronica Quina and Andrew Walter Quina v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-29900 | Mary Fiordelisi and Theodore Fiordelisi v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30257 | Stacey Carpenter and Jose Chavez v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31359 | Lisa Dodson v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31393 | Raymona Tanner v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31439 | Rebecca Ann Stoltz v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31462 | Linda Yeaple v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31467 | Ella Lerud and Robert L. Lerud v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-31500 | Sara Hays v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-07945 | Patricia Hammond v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-07992 | Alese Burnside v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08071 | Teresa A. Weeks v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08097 | Dana Bowen and Randi Arthur Bowen v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08459 | Lena Gogovska v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08511 | Barbara Varnadore Hughes v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08645 | Mary N. Spilsbury, deceased v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08704 | Margaret Gray Brandt v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08743 | JoAnn Colvin Ayers v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08814 | Patricia Ann Wright Nyberg v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-08901 | Sharon M. Hagan Hall v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09209 | Marcelle Timmons v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-09298 | Gloria Wester Frye Sutton v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10198 | Rhonda Karen Leggett Hasenauer v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-10446 | Stephanie Jillian Watson v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14027 | Dina Gause and Patrick Gause v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14035 | Margaret E. Duley and Clayton Duley v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14047 | Hildegard Mileusnic v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-14640 | Caroline Draughn and Julius Draughn v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-14809 | Annie Williams and Harvey Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14896 | Judy Gentry and Gary W. Gentry v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14953 | Betty Mintz and William Mintz v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15238 | Patricia Blackburn v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15884 | Sandra Swafford and Michael Swafford v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16011 | Arlene J. Welle and Daniel M. Welle v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16084 | Christi Farmer and David Farmer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16233 | Ginger Holden v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01150 | Trudy Stewart v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01437 | Jennifer Frost and William Frost v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01439 | Sharon D. Graham v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01654 | Carmen Robinson and Thomas Robinson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01891 | Judy Filetti and John Filetti v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-02565 | Mary Kovacs v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-03858 | Leslie Hackler v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04170 | Barbara Meschino Personal Representative of Barbara Barnett v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04173 | Sandra Stetz-Desmarais and Ron Desmarais v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04565 | Terry Lee Bolt and Ulous Bolt v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04638 | Theresa G. York and Michael York v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04693 | Anita M. Stanger and William Stanger v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04933 | Maria Hernandez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05379 | Mary Lutringer v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05437 | Alice Lee v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05465 | Judith Zielinski v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05473 | Sharon Piner v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05585 | Denise Morneau v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05786 | Helia Gillaspy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05918 | Carol Porter and Seldon Porter v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06127 | Daisy M. Sarol and J.R. Sarol v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06575 | Leona Robinson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06652 | Amy C. Thomas and Donald Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06937 | Jennie Auliye v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07941 | Ruby Malchow v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08198 | Nancy Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08426 | Lillie D. Riley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08648 | Patricia Pratt and Dennis Clarence Pratt v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08753 | Merlene Jennings and Grover Jennings v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09453 | Susan Faye Stoops v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-09737 | Rosalee Rae Lindner v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-09756 | Brenda Jo Saxe v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10107 | Delores Basham v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10194 | Tonya Prater v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10376 | Sheila H. Hunnicutt v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10560 | Ida Stewart-Anliker v. Johnson & Johnson, Ethicon, Inc. |

| | |
|---|---|
| 2:16-cv-10565 | Joanne Turano v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10639 | Alice Warren v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10741 | Willa Wilson v. Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-10843 | Mary Lois Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10922 | Sheila Keith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11059 | Elizabeth Gendys Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11223 | LeGenia S. Dillingham v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11287 | Lorraine M. Karmonocky v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11429 | Mary Jackson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11451 | Roletta Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11529 | Adile Tsanadis v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11595 | Marisela Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11641 | Irma Belfiglio v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11737 | Maritza Salas v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12206 | Luisa Jordan v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00016 | Tanya Bradley v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-00041 | Jo Vasquez v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02069 | Jennifer Long v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02318 | Bertha Howard and Joyce Loukinas v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02680 | Norma Jensen v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-02722 | Catherine Morris v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-03027 | Debbie K. Dison v. Ethicon Inc.; Johnson & Johnson |