## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                           MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
#### (Dismissing Cases without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8102], is a Joint Motion to Dismiss without Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions without prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss without Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  May 20, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

**EXHIBIT A**
**(The Mostyn Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-22247 | Jessica Hall and Jeremy Hall v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11355 | Linda L. Kincel and David F. Kincel v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11967 | Catherine L. Trewyn v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-21625 | Rosabelle Traxler and Talmadge V. Traxler v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-22213 | Brenda Joyce Dobbins and Reginald (Reggie) Dobbins v. Ethicon Inc; Johnson & Johnson |
| 2:14-cv-29725 | Eleanor Louise Otto, deceased and Lloyd Otto, Sr. v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30715 | Dorothy Moossun and Mohamed H. Moossun v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-08517 | Lynn Garber Kahn v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-13819 | Noelia Saenz Solis v. Johnson & Johnson; Ethicon, Inc. |
| 2:15-cv-16001 | Kathy Slone v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07944 | Carol Manning v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11447 | Barbara Jean Sadler v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02972 | Guitta Sammut v. Ethicon Inc.; Johnson & Johnson |