IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                              MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

## ORDER
(Dismissing Cases without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8116], is a Joint Motion to Dismiss without Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions without prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss without Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 20, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-21736 | Lisa Thomas and Mark Henson Thomas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21737 | Rena Shockley and Gary Shockley v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22069 | Angela Evans v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22073 | Patricia Stine v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22077 | Candy Bradberry and Brian Bradberry v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22105 | Cynthia Luna-Ketter and Joseph J. Ketter v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22335 | Jennifer Geisler and Thomas Geisler v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22822 | Catherine Belfy and Marc Steven Belfy v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23672 | Rene Calvert and Timothy J. Calvert v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23675 | Rebecca Rose and Richard Rose v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23691 | Michelle Gallo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23692 | Karen Tadlock v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24360 | Zoe Morphy v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24363 | Elysia May v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31688 | Kathy Short and Nicholas Short v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-02711 | Sandra Allan v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12408 | Leann Hafner v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-16830 | JoAnn Johnson and William Johnson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-19708 | Amy Millsap and Douglas Millsap v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21072 | Nelvy Agudelo v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22052 | Patricia Barlow and Michael Barlow v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22147 | Patricia Bowers and Bruce Bowers v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22195 | Laurie Buum v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22375 | Rhonda Doherty v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22422 | Antoinette Prussen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22468 | Christina Sexton and Thomas Sexton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22807 | Michelle Harrison and Floyd Harrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09717 | Susan Adams v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-10035 | Petra Morales v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-10100 | Sharon Blankenship and Denver Blankenship v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12641 | Miledy Perez v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-13334 | Beatrice Van Dunk and Edward Van Dunk v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14813 | Gerri Bain v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14978 | Brenda Osburn v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15669 | Darlene Purcell and Joseph Purcell v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15918 | Mary Seymour v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00632 | Mary Fortner v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02923 | Sharon Bunger and Steven Bunger v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02925 | Olga Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02927 | MaryAnne Dono and Joseph F. Dono v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04097 | Janet Gold v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04889 | Elizabeth Doneghue v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05885 | Sheila Griffin and Calvin T. Griffin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06144 | Rhonda Grimm v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06679 | Agatha Ferrara v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06685 | Corina King v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09300 | Jalonda Ratliff and Calvin C. Ratliff v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09301 | Mary Gillis v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10196 | Beverly Faller v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10198 | Kathy Bair and Robert R. Bair v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10200 | Rebecca Morehead and Jean Morehead v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11575 | Donna Stallings and Richard Stallings v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02234 | Linda Osborne and James Levi Osborne v. Ethicon, Inc.; Johnson & Johnson |
| ~~2:17-cv-03712~~ | ~~Sherry Jones and Danny Clay Jones v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:18-cv-00241 | Linda Domagala and Richard Domagala v. Ethicon, Inc.; Johnson & Johnson |