IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

# ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8126], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 20, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

**EXHIBIT A**

| Civil Action No. | Case Name | |
|---|---|---|
| 2:16-cv-09736 | Diane Kasnia-Richardson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09777 | Sandy Oakes | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09779 | Jodie Pennington | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09971 | Jeania De Sisto | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10058 | Rhoda Ensley | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10174 | Cynthia D. Bravo | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10177 | Brenda W .Cavin | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10357 | Amy Jane Olson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10363 | Joan Kennemore | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10461 | Sharon Johnson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10617 | Denise Schoby | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10729 | Deanna J. Sweet | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10792 | Kathleen Eiland | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10793 | Debbie Kay Gilreath | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10835 | McPeak, Kay | vs. Ethicon, Inc.; Johnson & Johnson |
| ~~2:16-cv-10838~~ | ~~Clara Rosales~~ | ~~vs. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:16-cv-10963 | Vicki Richardson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11034 | Brooke Newborn | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11252 | Olga Nunez | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11578 | Sharon Harmon | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11951 | Maureen Shea | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12047 | Wendy A. Miller | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12177 | Linda Wyman | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12299 | Kathleen Holm | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12334 | Mary M. Deren | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12396 | Carol Korreck | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12434 | Anna P. Judd | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12476 | Jewel Schneider | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12490 | Karla Wade | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12499 | Lois Margaret Hollenbach | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12519 | Sandra Trujillo | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12723 | Esther Packard | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00039 | Marjorie Taylor | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00385 | Elizabeth Ramirez | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02033 | Nikole DiGregorio | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02535 | Terry Sanders and Janice Sanders | vs. Ethicon, Inc.; Johnson & Johnson |

| 2:17-cv-02719 | Sherry Lloyd | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03790 | Glendelia Avila | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03800 | Amparo Rodriguez, | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03899 | Rebecca D. Quintana | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03913 | Geraldine Priest | vs. Ethicon, Inc.; Johnson & Johnson |