# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ETHICON WAVE 10 CASES LISTED IN EXHIBIT A OF DEFENSE NOTICE OF ADOPTION | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF SCOTT GUELCHER, PhD FOR WAVE 10

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert response filed in relation to Scott Guelcher, PhD for Ethicon Wave 5, Dkt. 4675. Plaintiffs respectfully request that the Court deny Defendants' motion, for the reasons expressed in the Wave 5 response briefing.

Dated: May 20, 2019

Respectfully submitted,

/s/ D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                /s/ D. Renee Baggett_____
                                                D. RENEE BAGGETT
                                                Aylstock, Witkin, Kreis and Overholtz, PLC
                                                17 E. Main Street, Suite 200
                                                Pensacola, FL 32563
                                                850-202-1010
                                                850-916-7449
                                                Rbaggett@awkolaw.com