IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION            MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

## ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8129], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 20, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:13-cv-03162 | June Panchot | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-25723 | Mary Morris | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05945 | Debra Kieras | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27019 | Katie Perry and Hugh Perry | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-16985 | Donna Flagg and Richard Flagg | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-03183 | Susan Anderson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-03283 | Debra Archuleta | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-04286 | Laurie Dee Artcliff and Pete Artcliff | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27360 | Heather Barber | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10211 | Biegler, Bethany | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-16638 | Steve Blanchard, Personal Representative | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-13244 | Lori Bonarek and Mark Bonarek | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13177 | Yolanda Bullard | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13179 | Lori Ann Cirella and Stephen Cirella | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27361 | Nidia Colon | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-16666 | Geraldine Croy | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-04293 | Kristen M. Dailey | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-16668 | Sybil Davis | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-03914 | Diane Dill and Lawrence Wayne Dill | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08744 | Margaret Dodd | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03161 | Linda Feeley and James Feeley | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-03164 | Sherrie Grennell | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-00003 | Ines Guerrero and Ney Guerrero | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-03206 | Barbara Allwood and Jerry | vs. Ethicon, Inc.; Johnson & Johnson; |

46317902.v1

|  | Allwood | Ethicon, LLC |
|---|---|---|
| 2:14-cv-31129 | Cindy Brantley | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05879 | Maybess Disher and Wayne Disher | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-16683 | April Ellis and Steven ellis | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-16812 | Lori Hale and Danny Lynn Hale | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-16689 | Chris Hertrampf | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-03288 | Donna Howell and Christopher Howell | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-26363 | Melissa Jill King and Robert King | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-16695 | Robin Lewis | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-16698 | Gwendolyn Marshall | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-09834 | Carmen Martyne | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-03831 | Kathryn McDaniel and Russell McDaniel | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-03044 | Nancy Kay Melim and James A. Melim | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-01817 | Janet Merten and Gerard Merten | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15856 | Lisa Mihay and Thomas Hansen, Jr. | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03314 | Delena Noack | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-10273 | Kathleen Parrish | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03319 | Debra Patterson and Charles Patterson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-04080 | Kathleen Pena | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11639 | Yuderka Polanco | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27366 | Genevieve Porter and Steve Porter | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03317 | Paula Pryor and Matthew Pryor | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-15857 | Deanna Resetar | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31148 | Janet Rich and Robert Rich | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27367 | Annette Roberts and Stanley Roberts | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03046 | Roberts, Dianne | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12088 | Tammy Schindler | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07040 | Judith Ann Schmitt and Brian Schmitt | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04078 | Ethel Rita Seaward | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03180 | Laura Shoots and Douglas Shoots | vs. Ethicon, Inc.; Johnson & Johnson; |

|  |  | Ethicon, LLC |
|---|---|---|
| 2:12-cv-01819 | Ana Sierra and Luis Sierra | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27368 | Carrie May Simons | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11495 | Tina Sligar and Thomas Sligar | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04298 | Basilia Solis | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03163 | Sharon Stecher | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-16702 | Jane Stewart and Robert Stewart | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-27365 | Kimberly Ann Warren | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-16853 | Rosario Williams Zavala | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-07048 | Kathleen Wilson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03045 | Kerry Ramirez | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03182 | Sandra Woodyard and Melvin Woodyard | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-08747 | Lucie Fusco | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13204 | Wilma Matthews | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07050 | Sally Jo Wuethrich and Tim Wuethrich | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08642 | Sharon Wilson and John Wilson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01594 | Mary Elaine Harding | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03577 | Kathleen Bay | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03579 | Dominga Wood | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03578 | Cheryl Hicks and Irl Hicks | vs. Ethicon, Inc.; Johnson & Johnson |
| ~~2:17-cv-01976~~ | ~~Stacy Westmoreland and Adam Westmoreland~~ | ~~vs. Ethicon, Inc.; Johnson & Johnson~~ |

5