# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7961] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc., Ethicon, LLC, and/or Ethicon Womens Health and Urology (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 20, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-00604 | Patricia Eger v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-01660 | Jennifer Cooper and Dave Cooper v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-02642 | Tabitha Williamson v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05168 | Shelby Anders v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05191 | Shirley Cox and Randall Cox v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-05647 | Robin Davis v. Ethicon Inc.; Johnson & Johnson |
| 2:12-cv-05688 | Patricia Green and Jackie Green v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06818 | Carol Sauer and William Conner v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-07446 | Maria Shook and peter Shook v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09250 | Naomi Shelton v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09297 | Rita Rollin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-09303 | Sheila Golden v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09418 | Kimberly Aguilera v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09426 | Pamela VanNostrand v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00158 | Cynthia Roberts v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00522 | Teresa Hamlin v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00746 | Joyce Wright v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01046 | Ruby Lawler and Stillman Lawler v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01522 | Lula Slone v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-02067 | Jackie McWherter and Matthew McWherter v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-02638 | Tammy Dillbeck and Edmond Dillbeck, Sr. v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-03860 | Olivia Rico and Luis Rico v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05105 | Dwight Pfeffer v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05930 | April Farley-Snavely v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-05935 | Ann Tillison v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-05937 | Sheila McKee and Joseph Kovach v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06715 | Deborah Manhart v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-08176 | Pamela Rose and Jeffrey Rose v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-08179 | Cherayl Stephens and John Stephens v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-08650 | Bernice F. Been v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-08760 | Jacqueline D. Simpson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09895 | Belinda Bolin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09898 | Shirley Malone v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11679 | Brenda Kay McWilliams v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-12198 | Monica Burkel and Michael Burkel v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12446 | Melissa Machado and James Mattern v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-12609 | Deloris Butler and Dewey Butler v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12810 | Margaret Slusser and Martin Luther Slusser, Jr. v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12839 | Peggy Bommer v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-12976 | Wendy Cox v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12979 | Connie Dunkle-Weyrauch and William Weyrauch v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12981 | Alberta Fabela(Deceased) and Michael Fabela v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12984 | Barbara Hill v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-12995 | Lonnie Lorance v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13067 | Shirley Pehrsson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13069 | Sandra Proctor v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13077 | Tamara Shaver and Mark Shaver v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13159 | Minda Norris and Todd Norris v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13604 | Anna Zeephat v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-13609 | Mary Verdict v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-13674 | Nancy Nash and William Nash v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13677 | Sonja Pfeiffer v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13678 | Kelli Thomas-Young and Willie Young v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-13928 | Rose Falls v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-13959 | Shelley Easley and Jerry Easley v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-14031 | Diana Aelmore and Larry Aelmore v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-14033 | Elizabeth Pollack v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14185 | Sharon Davidson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14677 | Alice Levine v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15070 | Susan Hupp and Michael Hupp v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15073 | Carole Kramer and Joel Kramer v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15083 | Sally Knott v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15931 | Penny Hardy and Luke Eric Hardy v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15937 | Robin Presser and Donald presser v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15975 | Linda Hedemann and George Hedemann v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-16014 | Mary Benedict v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-16082 | Yolanda Davis and Jeff Davis v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16256 | Diann Braun and Norman Braun v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-16712 | Irma Morales and Rafael Morales v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16995 | Imogene Brandenburg v. Ethicon, Inc.; Johnson & Johnson; |
| 2:13-cv-17666 | Christine Howe and David Howe v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18220 | Amber Leibenguth v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18575 | Laura Godwin and Chad Godwin v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18617 | Kimberly Green and Kenneth Green v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18741 | Laura Davis and Raymond Davis v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19277 | Colleen White and Elton White v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-19318 | Mary Wiedner and Adam Wiedner v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-19615 | Karen E. Terpstra v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19619 | Christy R. Mitchell and John C. Mitchell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20069 | Marie Woods and James Woods v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20253 | Cellaneece Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20258 | Frances Foos and Ronald Foos v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20261 | Ellen McEntee and Glenn McEntee v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20392 | Denise Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20399 | Aida Velez v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20401 | Ginger Coble and Larry Coble v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-20751 | Kimberly Wilson v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-21710 | Marylynn DeGesero and Ronald DeGesero v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-21759 | Joyce Graves v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-21760 | Christine Green v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-23451 | Betty Hammon and Robert L. Hammon v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-23452 | Rhonda Henshaw and Denny Henshaw v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-23670 | Gloria Mellon and Arthur Mellon, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-23685 | Sharon Girdler and Terry Girdler v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-23790 | Brenda Lau Vandewalker and Duane Vandewalker v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-23800 | Joy Ann Lang v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24092 | Rhonda Caballna (Cabalona) v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25317 | Shawn Snay-Youngblood and Timothy Youngblood v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25812 | Linda Beam v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28035 | Barbara Chambers and Donald Chambers v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28038 | Lei Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-32110 | Judith Radloff v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33151 | Jennifer Billings v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33408 | Edith Dunnam v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-33786 | Pamela Briggs v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-00488 | Annette Yvonne Petersen and Charles Petersen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-01422 | Judith Quatrocky and Fred Quatrocky v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-01426 | Ellen Lucien v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-04173 | Julie Phillips v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-05768 | Estralee Michaelson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08801 | Aidee Hernandez Herrera and Hector Herrera v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09539 | Jennifer Fredrickson and Thomas Frederickson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09548 | Susan Hayes and Stephen Hayes v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09557 | Lisa Risen and Kenneth Risen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11150 | Beverly Lynch v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11156 | Evelyn Racca and Pete Racca v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11162 | Sharon Shamburger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12256 | Nicole Harkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-15160 | Kathy Boults v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-15780 | Eva Comardelle and Wilton P. Comardelle, Jr. v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-15784 | Marylin Gates and Jess Odell Gates v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16359 | Tammy Inge v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16411 | Bonnie Hair v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17246 | Marie Hutson and Jack Hutson, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17360 | Leslie Dees v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-17371 | Wanda Hamilton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17379 | Angela J. Wisner and Erik Wisner v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17380 | Karen M. Busby and John Busby v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17397 | Kelly Jo Daily v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-17687 | Jennifer Griffin and Walter Griffin v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-17913 | Tamberlyn Moyers and Tony Moyers v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18007 | Terri Thomsen and Ole Thomsen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18214 | Tiffany Sills v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18373 | Diana Rivers v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18676 | Laurel Marshall v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18887 | Barbara McLean v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18896 | Marilynn Nehring v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19288 | Lola Jean Peters v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19294 | Kimberly Young v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19536 | Kay Dennis and Tony Dennis v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-19537 | Barbara Gordon and Alvin Gordon v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19540 | Suzanne Hollinger and Ronald A. Hollinger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19541 | Lorita Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19542 | Kathleen Lamattina v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19908 | Casey Nowicki and Frank R. Patterson, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19918 | Susan Brown and Calvin A. Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20652 | Susanna Rongey and Gary Rongey v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22380 | Danette Krieg and Jim Krieg v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-23974 | Ginger Russell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24946 | Macy Harmon v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24948 | Cynthia Hampton and James Hampton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25066 | Ronda Quinn v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25067 | Jody Picagli v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25070 | Barbara Mendenhall and Rodger Mendenhall v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25088 | Kristie Curtis v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-26371 | Brenda Aswege v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26567 | Emma Bishop v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27421 | Judy LeDoux and Carl Milburn v. Ethicon, Inc.; Johnson & Johnson |
| ~~2:14-cv-28374~~ | ~~Dawn Carlo v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:14-cv-29053 | Susan Michelle Cresap and Robert Cresap v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-30007 | Rena Getchell and Wayne Getchell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30129 | Kimberly Reif and Duane Reif v. Ethicon Women's Health and Urology; Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31060 | Amy Lemke and Joseph Lemke v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31204 | Dorothy Malloy v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01193 | Tami Kivel and Kris Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01203 | Laurie Clements v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-01206 | Carol Gartside and Benjamin Gartside v. |
| 2:15-cv-01209 | Christie Malone v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01214 | Jessica Tellez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01274 | Melinda Strauss and David Strauss v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01381 | Karen Testerman v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01839 | Rhonda Clary v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-01842 | Melissa Evans and David Evans v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-01852 | Jane Richard and Joseph Richard v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02304 | Mary Hilton v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02307 | Kourtney Peters-Lasher and Jeremy Lasher v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02407 | Teresa Greenleaf and Steve Greenleaf v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02498 | Pilar Brock v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02523 | Ila Barber and Charles Barber v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03134 | Angela Childs v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-03138 | Kim Hartley v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03140 | Mary Mooney and Patrick J. Mooney, III v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04128 | Sandra Jerdan v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04256 | Gina Kissam v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04507 | Shirley Rego and Gerald Rego v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04510 | Margrit Galano v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04514 | Grace English and David Alton English, Sr. v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-04929 | Tecia Ivey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05293 | Christine Emmett v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-06807 | Barbara Terry v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06808 | Juel Clark v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-06813 | Constance Thomas and James M. Thomas v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-07200 | Melanie Browning v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07202 | Susan Corby v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-07205 | Tammara DeJarnett v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-07206 | Rhonda Durbin and Randall K. Durbin v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-07214 | Barbara Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07215 | Sheila Lawrence and Calvin D. Lawrence v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07224 | Cheryl Simpson and Thomas E. Simpson, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07426 | JoAnn Kirby v. Ethicon, Inc.; Johnson & Johnson |