IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
       PELVIC REPAIR SYSTEM                        MDL NO. 2327
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO
ALL CASES:

O R D E R

On May 13, 2019, the defendants filed Defendants' Notice of Withdrawal of Joint Motion to Dismiss Without Prejudice [ECF No. 8078]. In light of the withdrawal of the Joint Motion to Dismiss without Prejudice ("Joint Motion"), the court **ORDERS** that the Joint Motion [ECF No. 7963] is **DENIED as moot**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  May 20, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE