IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Anne M. Tarvin
Anne M. Tarvin
Bartimus Frickleton
Robertson & Goza
11155 Overbrook Rd
Suite 200
Leawood, KS 66211
(913) 266-2300
atarvin@bflawfirm.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)

Thomas Combs & Spann PLLC  
300 Summers Street  
Suite 1380 (25301)  
P.O. Box 3824  
Charleston, WV 24338  
(304) 414-1800  
srobinson@tcspllc.com  
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-07172 | Lisa Ricketts v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11026 | Shirley Varney v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13595 | Jacqueline Maltba v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13780 | Cynthia Wright and James Wright v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-16088 | Tracy Gonzalez v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19651 | Tina G. Gregory v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19931 | Margaret Roach and Patricia Brandes v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20249 | Wieda Wilson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20279 | Jennifer S. Zahm v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-00187 | Melissa Hinckle v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17086 | June Hopkins v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17173 | Kimberly J. Pepper and Malisia Pepper v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-22674 | Daphne Latigue v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-13476 | Ann Marie B. Hunter v. Ethicon Inc.; Johnson & Johnson |