This motion is DENIED as moot. It is so
ORDERED. ENTER: 5/20/19

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| **IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327**<br>**MDL No. 2327** |
| **THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO** | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson &

Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly

move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R.

Civ. P. 41.  Other plaintiffs and defendants remain and the case should remain open.  Each party

shall bear her or its own costs.

Respectfully submitted,

/s/ Clayton A. Clark
Clayton A. Clark
Clark Love & Hutson
440 Louisiana Street
Suite 1600
Houston, TX 77002
(713) 757-1400
cclark@triallawfirm.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court

using the CM/ECF system, which will send notification of this filing to CM/ECF participants

registered to receive service in this MDL.


/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Name | | |
|---|---|---|---|
| 2:15-cv-05856 | Alice Revells | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Amparo Libreros | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Amy Moreira | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Andrea Cogley | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Andrea Robin | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Angela Howard | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Beatriz Sandoval | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Beryl Velguth | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Betty Jean Hall | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Bonnie Crawford | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Carol Ranson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Carolanne Potts | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Cathy Wilson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Charlotte Storms | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Cheryl Murphy | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Connie Arnette | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Daria Worley | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Debbie Brock | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Debbie Horton | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Debra Galbraith | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |

| 2:15-cv-05856 | Deline Boyse | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
|---|---|---|---|
| 2:15-cv-05856 | Donna Clark | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Dorothy Breytenbach | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Faith Meyer | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Fran Banach | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Georgia Rich | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Gina McSweeney | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Glenda Griffin | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Gloria Ramirez | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Gwendolyn Knox | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Irene Mikula | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Janet Meacham | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Janice Simons | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Jo Ann Pugh | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Joanne Nichols | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Josephine Karstetter | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Kandyce Singletary | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Karin Boyer | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Katherine Carnahan | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Kimberly Schuler | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Linda Davis | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Linda Kuenzli | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Lisa Ramirez | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |

| 2:15-cv-05856 | Llewelly Edwards | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
|---|---|---|---|
| 2:15-cv-05856 | Lorna Marple | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Malissa Brown | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Mamie Stanga | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Maria Morales | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Maria White | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Martha Lopez | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Martha Serres | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Mary Albecker | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Michelle Marini | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Nancy Esidor | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Nicole Bettin | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Ottie Turnmyre | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Patricia De La Fuentte | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Patricia Edenborg-Gorman | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Paula Davis | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Peggy Clawson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Peggy Dosch | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Rosa Graciani | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Rose Ellen Pepsin | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Rosemary Flores | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Sally Bissell | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Sharon Mullay | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |

| 2:15-cv-05856 | Sheree Sweetland | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
|---|---|---|---|
| 2:15-cv-05856 | Susan Murzycki | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Susann Thrasher | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05856 | Tina Samaniego | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |

47487046.v1