This motion is DENIED as moot. It is so ORDERED. /s/ 5/20/19

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | **Master File No. 2:12-MD-02327** **MDL No. 2327** |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | **JOSEPH R. GOODWIN** **U.S. DISTRICT JUDGE** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41.  Other plaintiffs and defendants remain and the case should remain open.  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Clayton A. Clark
Clayton A. Clark
Clark Love & Hutson
440 Louisiana Street
Suite 1600
Houston, TX 77002
(713) 757-1400
cclark@triallawfirm.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Name | | |
|---|---|---|---|
| 2:15-cv-05857 | Audrey Davis | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Barbara Arnold | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Beatriz Gandarilla | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Bertha Ceja | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Betty Patterson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Bonnie McCoy | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Brandie Chaffin | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Brenda Hawkins | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Caroline Wright | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Carolyn Green | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Christine Crawford | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Deatria Copeman | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Debbie Powell | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Gina Hamm | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Imogene Batemon | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Janet Hamilton | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Joyce Royer | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Karen Farmer | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Kathi Price | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Lorraine Gomez | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |

| 2:15-cv-05857 | Marcy Ducharme | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
|---|---|---|---|
| 2:15-cv-05857 | Maria Milbury | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Marilyn Boone | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Marsha Eden | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Mary Lee Bassett | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Melva Blair | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Michelle Petrillo | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Neva Johnson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Patricia Glazier | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Rebecca M-cv-ey | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Rita Hurt | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Rose Hilton | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Sarah Dansby | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Sharon Robinson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Violet Johnson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |
| 2:15-cv-05857 | Virginia Wehner | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC; | Does 1 through 500 |

47487046.v1