*This motion is DENIED as moot. It is so ORDERED. ENTER: 5/20/19*

/s/ Joseph R. Goodwin
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41. Other plaintiffs remain and the case should remain open. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Clayton A. Clark
Clayton A. Clark
Clark Love & Hutson
440 Louisiana Street
Suite 1600
Houston, TX 77002
(713) 757-1400
cclark@triallawfirm.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

## EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:14-cv-24701 | Anita Filmore | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Bobbye Jerone | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Brandi Ezell | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Brenda Brown | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Carol Buhler | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Cheree Carlson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Christine Ogbeh | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Christy Hicks | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Cindy Thompson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Clara Jane | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Deadra Powe | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Deborah McLellan | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Denise Goodson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Diana Shuster | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Diane Rutherford | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Donna Green | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Elizabeth Koelling | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Elizabeth Navey | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Elwanda Behan | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Frances Taylor | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Francis McKinney | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Helen Newton | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Ina Pollins | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Jacqueline Banks | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | JoAnn Kaska | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Judith Marcus | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Kara Hutchason | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Karen Allen | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Kathleen Holmer-Wach | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Kathleen O'Neill | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Kimberlee West | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Kristyn Siciliani | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Lena Bailey | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Leta Davis | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Linda Barnhill | vs. Ethicon, Inc.; Johnson & Johnson |

| | | |
|---|---|---|
| 2:14-cv-24701 | Linda Goins | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Lisa Garcia | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Marcia Arbizu | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Maria Rodriguez | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Marian Sharp | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Marsha Gregoire | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Mary Thompson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Michelle Markley | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Milagros Skelson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Nancy Leatherman | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Pamela McCants | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Patricia Glassinger | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Patsy Deyton | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Penelope Winning | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Poligena Beltre | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Rona Averill | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Rose Anderson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Roselyn Hniedzieiko | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Sandy Stacy | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Sherri Kulp | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Shirley Grass | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Wilhelmina Gillard | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Yolanda Alvarado | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24701 | Yolanda Flores | vs. Ethicon, Inc.; Johnson & Johnson |

47487046.v1