IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                           MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8017], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 20, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

## EXHIBIT A

| Civil Action No. | Case Style | |
|---|---|---|
| 2:14-cv-05159 | Deborah McCormick & Timm McCormick | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13806 | Jacqueline Miekle & Thomas Mielke | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11768 | Brenda Werner | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-12486 | Donna Williams | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00577 | Shari Hardman | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-08599 | Kimberly Shannon & Dennis Shannon | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13797 | Carmen Papasan | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-05162 | Erliene Shavers | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11765 | Mary Popma & James Popma | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-02199 | Elizabeth Luipold & Frederick Luipold | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08598 | Judy McNally & Eugene McNally | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00202 | Karla Frohwein-Leinen | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07776 | Ellen M. Salas | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11764 | Amy Kucera & Doug Kucera | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-05156 | Amy Roberts Keller | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00575 | Deanna Hall & Carl Hall | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-04158 | Kim Driscoll & Todd James Driscoll | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11769 | Paula Kravetz & Steven Kravetz | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00578 | Phyllis Harms | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11767 | Rita Smith & Roger Smith | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11766 | Roilene Shaw | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-11762 | Leona Fulk & John Fulk | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-05160 | Patricia Richardson & Mike Richardson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-07976 | Mary Wethal | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07771 | Sherry S. Latimer & James Latimer | vs. Ethicon, Inc.; Johnson & Johnson |

| | | |
|---|---|---|
| 2:14-cv-19694 | Alicia Salzer | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-21253 | Marie Abarr | vs. Ethicon, Inc. |
| 2:13-cv-11761 | Crystal Boyles | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-08419 | Phyllis Allen | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-04803 | Michelle Lange & Michael Lange | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-09626 | Deidre Brown & Ryan Brown | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11763 | Rebecca Greenwald | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-05157 | Joyce LaCour | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-05158 | Marcia Lashbrook & Ken Lashbrook | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

47425297.v1