**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY          MDL 2327
LITIGATION
------------------------------------------------------
ETHICON WAVE 10 CASES LISTED IN
EXHIBIT A OF DEFENSE NOTICE OF        JOSEPH R. GOODWIN
ADOPTION                             U.S. DISTRICT JUDGE

**<u>NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF
DIONYSIOS K. VERONIKIS, M.D. FOR WAVE 10</u>**

Come now, the Plaintiffs, and hereby adopt and incorporate by reference the *Daubert*

response filed in relation to Dionysios K. Veronikis, M.D., for Ethicon Wave 3, Dkt. 2890 and

Ethicon Wave 8, Dkt. 6964.  Plaintiffs respectfully request that the Court deny Defendants'

motion, for the reasons expressed in the Wave 3 and Wave 8 response briefing.

As to Ethicon's additional argument that any opinions about alternative procedures

should be excluded, this Court should not make that determination in adjudicating a general

*Daubert* motion.  Defendants are presenting an issue of relevance under Rule 401, and such

issues should be determined within the context of specific cases and state law.  Alternative

procedures do have relevance to key issues in the case under the laws of many states.  *See*

*Herrera-Nevarez by Springer v. Ethicon, Inc.*, No. 12 C 2404, 2017 WL 3381718, at *7 (N.D. Ill.

Aug. 6, 2017) (allowing Dr. Elliott's testimony about alternative procedures under the risk-utility

test employed by Illinois courts).

1

Dated: May 21, 2019              Respectfully submitted,

/s/  D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May21, 2019, I electronically filed the foregoing document with

the Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com

3