# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41. No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Sean P. Tracey
Sean P. Tracey
Tracey & Fox Law Firm
440 Louisiana
Suite 1901
Houston, TX 77002
(800) 925-7216
Stracey@traceylawfirm.com
*Counsel for Plaintiff*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

        /s/ Susan M. Robinson
        Susan M. Robinson (W. Va. Bar #5169)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 24338
        (304) 414-1800
        srobinson@tcspllc.com
        *Counsel for the Ethicon Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

        /s/ William M. Gage

## EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:12-cv-01318 | Marie Smith and Windrick Smith | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11505 | Della Martin | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-28164 | Jeanette Losh | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-28658 | Barbara Davison | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-30648 | Jacqueline Howell | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-31149 | Wanda Henderson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-31151 | Laurel Chapman | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32242 | Carmen Marshalek | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32294 | Nereida Matos | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-02521 | Patsy McFee and John McFee | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10955 | Genevieve Hilliard | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10959 | Louise Linville-Lenz and Leonard Lenz | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10960 | Iliana Lopez and Raul Martinez | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10962 | Irena Mogielska | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-23853 | Tammi Pointer | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06050 | Patricia Finlayson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11288 | Ingrid Perle-Heydon | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00595 | Debra Richards | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00846 | Mary Roberts and Howard C. Roberts | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01031 | Karen McKee and Adrian McKee | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01032 | Kimberly Dagenais and Richard Dagenais | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01235 | Martina Ruiz Diaz | vs. Ethicon, Inc.; Johnson & Johnson |

46317902.v1

| 2:16-cv-05939 | Peggy Abbott | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01526 | Babette Golden, Representative of the Estate of Cynthia Riddell | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01592 | Glennette Edwards | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01683 | Maria Parr | vs. Ethicon, Inc.; Johnson & Johnson |