# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibits A - B, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Robert E. Price
Robert E. Price
Levin Papantonio Thomas
Mitchell Rafferty & Proctor
316 South Baylen Street
Suite 600
Pensacola, FL 32502
(850) 435-7075
rprice@levinlaw.com

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

| | |
|---|---|
| /s/ Brian Loncar | /s/ Susan M. Robinson |
| Brian Loncar | Susan M. Robinson (W. Va. Bar #5169) |
| Loncar & Associates | Thomas Combs & Spann PLLC |
| 424 South Cesar Chavez Boulevard | 300 Summers Street |
| Dallas, TX 75201 | Suite 1380 (25301) |
| (800) 285-4878 | P.O. Box 3824 |
| bloncar@brianloncar.com | Charleston, WV 24338 |
| | (304) 414-1800 |
| *Counsel for Plaintiffs* | srobinson@tcspllc.com |
| | *Counsel for the Ethicon Defendants* |

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**
**(Levin PapantonioThomas Mitchell Rafferty & Proctor)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:12-cv-09956 | Alina Garcia v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12935 | Sandy Herron and Richard Herron v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13379 | Wanda Mills and Lowell Mills v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13415 | Christy Sumrall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19082 | Darlene Raby v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19669 | Trilby Anderson v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23482 | Cindy Wallace v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23934 | Amber Cummins v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24701 | Rhonda Milligan and Mark Milligan v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24707 | Jacquelyn Phelps and Beman Phelps v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31551 | Kristin Esposito and Shane Esposito v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-00442 | Crystal McCain and Steve McCain v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-22774 | Carol Sequin and James Sequin v. Ethicon, Inc; Johnson & Johnson |
| 2:14-cv-26497 | Sharon Conlin v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-30993 | Angela Gambill and Joseph Gambill v. Ethicon, Inc; Johnson & Johnson |
| 2:15-cv-01334 | Randy Jones and Rosa Jones v. Ethicon, Inc; Johnson & Johnson |
| 2:16-cv-03494 | Lisa Hubbs v. Ethicon, Inc; Johnson & Johnson |

**EXHIBIT B**
**(Loncar & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-06111 | Maria Baquera and Ruben Baquera v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17871 | Joe Escamilla, Individually and as Administrator of the Estate of Eve Escamilla, Deceased v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |