# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., Ethicon LLC, and/or Ethicon Women's Health and Urology (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Alex Barlow
Alex Barlow
Heard Robins Cloud & Black
2000 West Loop South
Houston, TX 77027
(713) 650-1200
barlow@heardrobins.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12cv02852 | Marie Morris v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv02947 | Charlotte Ann Schaub v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv02951 | Brenda J. Wooden and Barry Wooden v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv03163 | Geraldean Gaylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv03251 | Iva June Tharp v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv03258 | Deborah Jean Mullins v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv03268 | Janice Gregory and John Gregory v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv05790 | TeresaL. Phelps v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv06875 | Ruth Lucille Sandy v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv08522 | Patricia Bristol v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv09853 | Stephanie Cunningham and Harvey Cunningham v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv09856 | Elizabeth Brock and Anthony Brock v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv09857 | Patricia Moore Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv00142 | Beth McKitterick v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv01703 | Jerene Maxwell and Eh Maxwell v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv01965 | Dawn Maestas v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv03243 | Carolyn Johnson and Tony Johnson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv06746 | Chrissy Haubrick v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv09321 | Helen Boyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv10226 | Jami L. Ballard and Rodney Ballard v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv10240 | Natalie Horton and Daniel Horton v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv10253 | Susan Rosemary Fisher and Michael Fisher v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv10319 | Betty A. James and Joseph James v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv10474 | Laura Eve Silverberg v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv10756 | Paula Bowman and Jeffrey Bowman v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv10757 | Judy Bradley and Brad Bradley v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv10761 | Regina Kay Carey and James Carey v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv10762 | Kimbel Diane Clarkson and Gary Clarkson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv10763 | Bhavna M. Brahmbhatt and Mahesh Brahmbhatt v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv10871 | Robyn McDowell and Fredrick McDowell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv10872 | Dottie Moltrum and Ray Moltrum v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:13cv10873 | Tammy L. Parker and Charles Parker v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv10875 | Diane H. Strong and Cyrus Strong v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv11567 | Angela Rose Brown v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv11598 | Lorna Darling and Jonathan Darling v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv24571 | Christie Freeman and James Freeman v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24583 | Rachel Alamillo v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv24602 | Collean Dennis v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24640 | Dona Ray Dennis-Brooks and James Brooks v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24641 | Cynthia Domingos and Ron Domingos v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24643 | Antionette Garnica v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24645 | Lori Dvorak and Paul Dvorak v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24650 | Teresa Garza and Rene Garza v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24974 | Kathy Kellogg v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24981 | Hallie Schmidt Ketchum and James Ketchum v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv24990 | Julie LaFlamme and John LaFlamme v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24996 | Denice Large and Robert Large v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv25025 | Mary Robinson and Terry Robinson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv25028 | Honey Schiller and Michael Schiller v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv25036 | Eileen Speer v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv25945 | Emma Lee Watkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv25952 | Kimberly Cicciarelli v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv25984 | Josefina Valenzuela and Gerardo Valenzuela v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv26009 | Cindy Dukes and Paul Dukes v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26425 | Margie Gibson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26429 | Heather Jones v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26451 | Sandra Kolosci v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26487 | Angela Lambeth and David Lambeth v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26492 | Donna Magana and Michael Magana v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26523 | Nita Martin and George Martin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26536 | Christy R. Olson and Terry Olson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv27327 | Debra Segovia and Gabriel Segovia, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv27371 | Michelle Paul and Chad Paul v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv27401 | Carole Schmitz v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv27406 | Judy Smith and James Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv27429 | Barbara Tackitt and Harvey Tackitt, Jr. v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:13cv27436 | Melanie Towle and James Patrick Towle v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv28115 | Clova Watt and Jerry Watt, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv28117 | Laura Wolfe and John Wolfe v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv28141 | Connie Hite v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv28144 | Sandy L. Raley and Larry Raley v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv28146 | Joyce Brown and Charles Cannon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv28161 | DyAnne L. Barksdale and Michael H. Barksdale v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv28163 | Bonnie Seratt v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv28168 | Dolly Lozano and Jesus Lozano v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv28455 | Pamela Jones and Gary Hall v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv28908 | Denise Bradley and Julius Shelby v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv28915 | Irene Davila and Jesse Davila v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv28925 | Joyce Davis and Raymond Davis v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv29549 | Elizabeth Furner and Lee Furner v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv29555 | Norma Garcia v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv29659 | Francisca Hernandez and Julio Izaguirre v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv31372 | Shacarie Vargas v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv31450 | Martina D. Ortiz and David Ortiz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv31487 | Dora Ramirez and Robert Ramirez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv31507 | Elizabeth Munoz and Joe G. Munoz, Jr. v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv31765 | Irma Mendiola and Roger Mendiola v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv32011 | Teresa Simonsen v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv32029 | Ester S. Trejo and Norberto Trejo v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv32046 | Willie Pearl Willis v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv32125 | Dorothy J. Rushing v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv32129 | Tamara Eckes v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv02315 | April Weyer and Robert Weyer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv02329 | Patricia Marshall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv02364 | Donna Utterback v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv02838 | Priscilla O'Fiel v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv04453 | Olga Ibarra and Cesar Ibarra v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv04844 | Lynn Scott and Gregory Scott v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv04850 | Henrietta Coronado and Arturo Lagos v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv04901 | Constance Sherer v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14cv04948 | Carol Belge v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv05030 | Gyna Soto Santana and George Santana v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv08044 | Tally Matthews and Timothy Matthews v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv10405 | Martha Bowden v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv10416 | Marilyn Cavanaugh v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv11567 | Kathryn Devun and John Devun v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv11956 | Audrey Lane v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv11962 | Debra Ledet v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv14517 | Loraine Harding and John Harding v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17432 | Cathleen Terry v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17441 | Patsy Scott and Donnie Scott v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17457 | Christina Bridger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17464 | Branda Dill and Richard Dill, II v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17469 | Deborah Evans v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17625 | Massiel Cavallo v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17627 | Charlene Coleman and Donald Coleman, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17630 | Della Gilstrap and Johnny Gilstrap, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17634 | Laura Keenan v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17635 | Kathleen Phillips v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17664 | Bette Jo DeVito and John DeVito, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17665 | Angelina Duke v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv18556 | Barbara Shetterly v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv18558 | Shelley Parker and Bret Noah v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv18559 | Barbara Boggs and Ronald Boggs v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv18561 | Susan Hough v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv18576 | Patricia Massey and Jovey Massey v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv19535 | Cynthia Bennett and Gary Bennett v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv19555 | Lorraine Deering and Jacob Deering v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv19568 | Annita Fulton and Jerry Fulton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv19930 | Mary Ann Simpson and Merrill Simpson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv19936 | Geri Drury v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv19941 | Elizabeth Gutierrez and Phillip Gutierrez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20037 | Barbara Searby and Steve Searby v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20187 | Grace Bennett and Carolynn Luttrell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20193 | Rhonda Moore and Dennis Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20234 | Sylvia Temple and Charles Temple v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20300 | Omega Blankenship v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20385 | Sandra Jackson and Rudolph Jackson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20756 | Darlene M. Wing v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20760 | Kelley Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20763 | Gail Coulombe and Michael Coulombe v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20768 | Molly Mettling v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21208 | Katharine Davidson and Richard Davidson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21209 | Kathy K. Wood and Christopher D. Wood v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14cv21222 | Fay McCurdy and Bruce McCurdy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21235 | Elizabeth Gardner v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21256 | Connie Parsley v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21300 | Susan Stewart and Randy Stewart v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21307 | Aja Malone Ryals and Frank Ryals v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21385 | Jennifer Ard v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21438 | Kimberly Nightingale and Terry Nightingale v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21522 | Deborah Schroeder and Ted Schroeder v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21629 | Janet Allen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv22420 | Melissa R. Murphy and Timothy J. Henry v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv22466 | Rosemary Pitra v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv22549 | Jeanette Payne and Joseph Payne v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv26694 | Angela M. Judge and Michael D. Judge, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27894 | Maureen Farmer and Phillip A. Farmer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27897 | Mira Gurevich and Boris Gurevich v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27907 | Jean D. Hickey and John P. Hickey v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27908 | Sandra Myers and Frederick Myers v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27915 | Eunice NaQuin and Steve NaQuin v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27918 | Pamela Rodriguez and Martin Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27921 | Donna Cataldo v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27922 | Gretchen V. Caines and Cameron F. Caines v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27957 | Teresa Kirchner v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27958 | Barbara Eady and Richard Eady v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27959 | Christina M. Verry v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27960 | Geraldine Knapp and Richard Knapp v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27961 | Jennifer Stam and Yancey Stam v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28739 | Judith G. Sanders v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28740 | Lucy Smith and Ivory Smith, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28745 | Wilma Atwell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28748 | Sherry A. Pruitt and Ralph H. Wade v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28751 | Katherine H. Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28752 | Kelly A. Dutil and Anthony A. Dutil v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28785 | Anita Diorio v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28789 | Ruth P. Jurkiewicz and Zeke M. Jurkiewicz v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28790 | Judith Harter and Gerald Harter v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28791 | Evelyn Rugg and William Rugg v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28792 | Tanika Fears v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28832 | Christine King v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28851 | Peggy Toftum and Adam Toftum v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28876 | Amanda Holstead and Alvin Holstead, III v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02293 | Irma DeBord v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02295 | Teresa Durham v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02296 | Dorothy Hall v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02313 | Robin Molina and Paul Molina v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02316 | Kimberly Poe v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16cv02325 | Shirley Roberts v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02328 | Phyllis Smith and Charles Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02334 | Roseann Marie Zimmerman and Kurt Zimmerman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv05226 | Lisa Gail Grego v. Ethicon, Inc.; Johnson & Johnson |