**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8181] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc., Ethicon Women's Health and Urology, and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 22, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:12cv02852 | Marie Morris v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv02947 | Charlotte Ann Schaub v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv02951 | Brenda J. Wooden and Barry Wooden v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv03163 | Geraldean Gaylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv03251 | Iva June Tharp v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv03258 | Deborah Jean Mullins v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv03268 | Janice Gregory and John Gregory v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv05790 | TeresaL. Phelps v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv06875 | Ruth Lucille Sandy v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv08522 | Patricia Bristol v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv09853 | Stephanie Cunningham and Harvey Cunningham v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv09856 | Elizabeth Brock and Anthony Brock v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv09857 | Patricia Moore Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv00142 | Beth McKitterick v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv01703 | Jerene Maxwell and Eh Maxwell v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv01965 | Dawn Maestas v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv03243 | Carolyn Johnson and Tony Johnson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv06746 | Chrissy Haubrick v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv09321 | Helen Boyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv10226 | Jami L. Ballard and Rodney Ballard v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv10240 | Natalie Horton and Daniel Horton v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv10253 | Susan Rosemary Fisher and Michael Fisher v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv10319 | Betty A. James and Joseph James v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv10474 | Laura Eve Silverberg v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv10756 | Paula Bowman and Jeffrey Bowman v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv10757 | Judy Bradley and Brad Bradley v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| ~~2:13cv10761~~ | ~~Regina Kay Carey and James Carey v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:13cv10762 | Kimbel Diane Clarkson and Gary Clarkson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv10763 | Bhavna M. Brahmbhatt and Mahesh Brahmbhatt v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv10871 | Robyn McDowell and Fredrick McDowell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv10872 | Dottie Moltrum and Ray Moltrum v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:13cv10873 | Tammy L. Parker and Charles Parker v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv10875 | Diane H. Strong and Cyrus Strong v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv11567 | Angela Rose Brown v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv11598 | Lorna Darling and Jonathan Darling v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv24571 | Christie Freeman and James Freeman v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24583 | Rachel Alamillo v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv24602 | Collean Dennis v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24640 | Dona Ray Dennis-Brooks and James Brooks v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24641 | Cynthia Domingos and Ron Domingos v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24643 | Antionette Garnica v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24645 | Lori Dvorak and Paul Dvorak v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24650 | Teresa Garza and Rene Garza v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24974 | Kathy Kellogg v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24981 | Hallie Schmidt Ketchum and James Ketchum v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv24990 | Julie LaFlamme and John LaFlamme v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv24996 | Denice Large and Robert Large v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv25025 | Mary Robinson and Terry Robinson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv25028 | Honey Schiller and Michael Schiller v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv25036 | Eileen Speer v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv25945 | Emma Lee Watkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv25952 | Kimberly Cicciarelli v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv25984 | Josefina Valenzuela and Gerardo Valenzuela v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv26009 | Cindy Dukes and Paul Dukes v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26425 | Margie Gibson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26429 | Heather Jones v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26451 | Sandra Kolosci v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26487 | Angela Lambeth and David Lambeth v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26492 | Donna Magana and Michael Magana v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26523 | Nita Martin and George Martin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26536 | Christy R. Olson and Terry Olson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv27327 | Debra Segovia and Gabriel Segovia, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv27371 | Michelle Paul and Chad Paul v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv27401 | Carole Schmitz v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv27406 | Judy Smith and James Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv27429 | Barbara Tackitt and Harvey Tackitt, Jr. v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:13cv27436 | Melanie Towle and James Patrick Towle v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv28115 | Clova Watt and Jerry Watt, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv28117 | Laura Wolfe and John Wolfe v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv28141 | Connie Hite v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv28144 | Sandy L. Raley and Larry Raley v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv28146 | Joyce Brown and Charles Cannon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv28161 | DyAnne L. Barksdale and Michael H. Barksdale v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv28163 | Bonnie Seratt v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv28168 | Dolly Lozano and Jesus Lozano v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv28455 | Pamela Jones and Gary Hall v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv28908 | Denise Bradley and Julius Shelby v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv28915 | Irene Davila and Jesse Davila v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv28925 | Joyce Davis and Raymond Davis v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv29549 | Elizabeth Furner and Lee Furner v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv29555 | Norma Garcia v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv29659 | Francisca Hernandez and Julio Izaguirre v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv31372 | Shacarie Vargas v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv31450 | Martina D. Ortiz and David Ortiz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv31487 | Dora Ramirez and Robert Ramirez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv31507 | Elizabeth Munoz and Joe G. Munoz, Jr. v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv31765 | Irma Mendiola and Roger Mendiola v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv32011 | Teresa Simonsen v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv32029 | Ester S. Trejo and Norberto Trejo v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv32046 | Willie Pearl Willis v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv32125 | Dorothy J. Rushing v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv32129 | Tamara Eckes v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv02315 | April Weyer and Robert Weyer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv02329 | Patricia Marshall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv02364 | Donna Utterback v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv02838 | Priscilla O'Fiel v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv04453 | Olga Ibarra and Cesar Ibarra v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv04844 | Lynn Scott and Gregory Scott v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv04850 | Henrietta Coronado and Arturo Lagos v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv04901 | Constance Sherer v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14cv04948 | Carol Belge v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv05030 | Gyna Soto Santana and George Santana v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv08044 | Tally Matthews and Timothy Matthews v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv10405 | Martha Bowden v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv10416 | Marilyn Cavanaugh v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv11567 | Kathryn Devun and John Devun v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv11956 | Audrey Lane v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv11962 | Debra Ledet v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv14517 | Loraine Harding and John Harding v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17432 | Cathleen Terry v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17441 | Patsy Scott and Donnie Scott v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17457 | Christina Bridger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17464 | Branda Dill and Richard Dill, II v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17469 | Deborah Evans v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17625 | Massiel Cavallo v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17627 | Charlene Coleman and Donald Coleman, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17630 | Della Gilstrap and Johnny Gilstrap, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17634 | Laura Keenan v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17635 | Kathleen Phillips v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17664 | Bette Jo DeVito and John DeVito, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv17665 | Angelina Duke v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv18556 | Barbara Shetterly v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv18558 | Shelley Parker and Bret Noah v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv18559 | Barbara Boggs and Ronald Boggs v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv18561 | Susan Hough v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv18576 | Patricia Massey and Jovey Massey v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv19535 | Cynthia Bennett and Gary Bennett v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv19555 | Lorraine Deering and Jacob Deering v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv19568 | Annita Fulton and Jerry Fulton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv19930 | Mary Ann Simpson and Merrill Simpson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv19936 | Geri Drury v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv19941 | Elizabeth Gutierrez and Phillip Gutierrez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20037 | Barbara Searby and Steve Searby v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20187 | Grace Bennett and Carolynn Luttrell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20193 | Rhonda Moore and Dennis Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20234 | Sylvia Temple and Charles Temple v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20300 | Omega Blankenship v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20385 | Sandra Jackson and Rudolph Jackson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20756 | Darlene M. Wing v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20760 | Kelley Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20763 | Gail Coulombe and Michael Coulombe v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv20768 | Molly Mettling v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21208 | Katharine Davidson and Richard Davidson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21209 | Kathy K. Wood and Christopher D. Wood v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14cv21222 | Fay McCurdy and Bruce McCurdy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21235 | Elizabeth Gardner v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21256 | Connie Parsley v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21300 | Susan Stewart and Randy Stewart v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21307 | Aja Malone Ryals and Frank Ryals v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21385 | Jennifer Ard v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21438 | Kimberly Nightingale and Terry Nightingale v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21522 | Deborah Schroeder and Ted Schroeder v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv21629 | Janet Allen v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv22420 | Melissa R. Murphy and Timothy J. Henry v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv22466 | Rosemary Pitra v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv22549 | Jeanette Payne and Joseph Payne v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv26694 | Angela M. Judge and Michael D. Judge, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27894 | Maureen Farmer and Phillip A. Farmer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27897 | Mira Gurevich and Boris Gurevich v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27907 | Jean D. Hickey and John P. Hickey v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27908 | Sandra Myers and Frederick Myers v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27915 | Eunice NaQuin and Steve NaQuin v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27918 | Pamela Rodriguez and Martin Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27921 | Donna Cataldo v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27922 | Gretchen V. Caines and Cameron F. Caines v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27957 | Teresa Kirchner v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27958 | Barbara Eady and Richard Eady v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27959 | Christina M. Verry v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27960 | Geraldine Knapp and Richard Knapp v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv27961 | Jennifer Stam and Yancey Stam v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28739 | Judith G. Sanders v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28740 | Lucy Smith and Ivory Smith, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28745 | Wilma Atwell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28748 | Sherry A. Pruitt and Ralph H. Wade v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28751 | Katherine H. Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28752 | Kelly A. Dutil and Anthony A. Dutil v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28785 | Anita Diorio v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28789 | Ruth P. Jurkiewicz and Zeke M. Jurkiewicz v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28790 | Judith Harter and Gerald Harter v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28791 | Evelyn Rugg and William Rugg v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28792 | Tanika Fears v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28832 | Christine King v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28851 | Peggy Toftum and Adam Toftum v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv28876 | Amanda Holstead and Alvin Holstead, III v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02293 | Irma DeBord v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02295 | Teresa Durham v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02296 | Dorothy Hall v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02313 | Robin Molina and Paul Molina v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02316 | Kimberly Poe v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16cv02325 | Shirley Roberts v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02328 | Phyllis Smith and Charles Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02334 | Roseann Marie Zimmerman and Kurt Zimmerman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv05226 | Lisa Gail Grego v. Ethicon, Inc.; Johnson & Johnson |