# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION　　　　　　　　　MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8180] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-B, and Johnson & Johnson, Ethicon, Inc., and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-B;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 22, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A
## (Levin PapantonioThomas Mitchell Rafferty & Proctor)

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-09956 | Alina Garcia v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12935 | Sandy Herron and Richard Herron v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13379 | Wanda Mills and Lowell Mills v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13415 | Christy Sumrall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19082 | Darlene Raby v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19669 | Trilby Anderson v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23482 | Cindy Wallace v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23934 | Amber Cummins v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24701 | Rhonda Milligan and Mark Milligan v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24707 | Jacquelyn Phelps and Beman Phelps v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31551 | Kristin Esposito and Shane Esposito v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-00442 | Crystal McCain and Steve McCain v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-22774 | Carol Sequin and James Sequin v. Ethicon, Inc; Johnson & Johnson |
| 2:14-cv-26497 | Sharon Conlin v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-30993 | Angela Gambill and Joseph Gambill v. Ethicon, Inc; Johnson & Johnson |
| 2:15-cv-01334 | Randy Jones and Rosa Jones v. Ethicon, Inc; Johnson & Johnson |
| 2:16-cv-03494 | Lisa Hubbs v. Ethicon, Inc; Johnson & Johnson |

**EXHIBIT B**
**(Loncar & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-06111 | Maria Baquera and Ruben Baquera v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17871 | Joe Escamilla, Individually and as Administrator of the Estate of Eve Escamilla, Deceased v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

4