IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8171], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  May 22, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:12-cv-01318 | Marie Smith and Windrick Smith | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11505 | Della Martin | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-28164 | Jeanette Losh | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-28658 | Barbara Davison | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-30648 | Jacqueline Howell | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-31149 | Wanda Henderson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-31151 | Laurel Chapman | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32242 | Carmen Marshalek | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32294 | Nereida Matos | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-02521 | Patsy McFee and John McFee | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10955 | Genevieve Hilliard | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10959 | Louise Linville-Lenz and Leonard Lenz | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10960 | Iliana Lopez and Raul Martinez | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10962 | Irena Mogielska | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-23853 | Tammi Pointer | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06050 | Patricia Finlayson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11288 | Ingrid Perle-Heydon | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00595 | Debra Richards | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00846 | Mary Roberts and Howard C. Roberts | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01031 | Karen McKee and Adrian McKee | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01032 | Kimberly Dagenais and Richard Dagenais | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01235 | Martina Ruiz Diaz | vs. Ethicon, Inc.; Johnson & Johnson |

46317902.v1

| | | |
|---|---|---|
| 2:16-cv-05939 | Peggy Abbott | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01526 | Babette Golden, Representative of the Estate of Cynthia Riddell | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01592 | Glennette Edwards | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01683 | Maria Parr | vs. Ethicon, Inc.; Johnson & Johnson |