IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                              MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

# ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8170], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 22, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

## EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:15-cv-13474 | Ann Peterson and Ronald Peterson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14986 | Rebecca A. Giewald and Gary Giewald | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16074 | Mary Jane Rose | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05604 | Joni Medlock | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06462 | Princess Ann Wilson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07149 | Jatonda Ousley | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07197 | Beryl Burns | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11402 | Michelle Budge | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01272 | Daisy Wylie | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01399 | Elida Gussman | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01478 | Carmen Martin | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02673 | Tonya Vogt | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04140 | Giiuseppina Canty | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04389 | Anabel Araiza | vs. Ethicon, Inc.; Johnson & Johnson |

46317902.v1