IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8165] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc., and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 22, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-15905 | Merna A Snell and Carl Snell v. Ethicon, Inc. and Johnson & Johnson |
| 2:16-cv-00955 | Cathy Betts v. Ethicon, Inc. and Johnson & Johnson |
| 2:18-cv-00192 | Melissa Elmore v. Ethicon, Inc. and Johnson & Johnson |
| 2:18-cv-00193 | L'Tanya Benjamin v. Ethicon, Inc. and Johnson & Johnson |
| 2:18-cv-00196 | Janet Barlow v. Ethicon, Inc. and Johnson & Johnson |
| 2:18-cv-00234 | Patricia Liberatore v. Ethicon, Inc. and Johnson & Johnson |
| 2:18-cv-00237 | Suzanne Clark v. Ethicon, Inc. and Johnson & Johnson |
| 2:18-cv-00261 | Teresa Burton v. Ethicon, Inc. and Johnson & Johnson |
| 2:18-cv-00271 | Doreen Archuleta v. Ethicon, Inc. and Johnson & Johnson |
| 2:18-cv-00303 | Tracy Black v. Ethicon, Inc. and Johnson & Johnson |
| 2:18-cv-00503 | Amelia Jane Umfleet v. Ethicon, Inc. and Johnson & Johnson |
| 2:18-cv-00709 | Norma Valdez v. Ethicon, Inc. and Johnson & Johnson |
| 2:18-cv-00833 | Rita Glenn v. Ethicon, Inc. and Johnson & Johnson |