# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8141] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc., and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 22, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-10087 | Agnes Skabialka and John Skabialka v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-25087 | Deborah Castle v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12881 | Beverly Correia v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-20929 | Pauline Harrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21004 | Carol Reedy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21991 | Mary Jones v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-22752 | Patricia Bloss v. Ethicon Inc.; Johnson & Johnson |
| 2:14-cv-22788 | Helen Adkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-23232 | Linda Hall v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24308 | Cynthia Adams v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24313 | Denise Gove v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24322 | Katie Mesey v. Ethicon, Inc.; Johnson & Johnson |
| ~~2:14-cv-25216~~ | ~~Karen Page v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:15-cv-01286 | Susan Bennett and Rod Smith v. Ethicon Inc.; Johnson & Johnson |
| 2:15-cv-01288 | Donna Turner and Morris Turner v. Ethicon Inc.; Johnson & Johnson |
| 2:17-cv-03937 | Barbara Novelly v. Ethicon Inc.; Johnson & Johnson |