# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 10 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING TIMOTHY ULATOWSKI FOR WAVE 10

In Wave 10, Plaintiffs have adopted their Wave 1 briefing filed against Timothy Ulatowski. [Dkt. 8041] (adopting Dkt. 2060 (motion) and Dkt. 2065 (memorandum) and Dkt. 2232 (reply)).

Defendants hereby adopt and incorporate by reference their Supplemental Response and Notice of Adoption filed in relation to Ulatowksi in Ethicon Wave 3, Dkt. 2910, and their Wave 1 Response Brief, Dkt. 2134.

For the reasons stated in Defendants' Wave 3 and Wave 1 briefing [Dkt. 2910, 2134], Plaintiffs' motion should be denied in its entirety.

Respectfully submitted,

*s/ William M. Gage*

William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*

Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*s/ William M. Gage*

47610988.v1