IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF WITHDRAWAL OF DEFENDANTS' JOINT MOTION TO DISMISS**

Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants") moved to dismiss the claims of the plaintiff's in the attached Exhibit A with prejudice, pursuant to a joint motion to dismiss. The Ethicon Defendants hereby withdraw their Joint Motion to Dismiss (Doc. No. 8192).

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

1

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Ethicon Defendants

CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:13-cv-17606 | Janet Asher and Tracy Asher | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-04905 | Dedra Logston Bass and Michael Bass | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-07909 | Carla Eason and Edward Lester Eason, Jr. | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07910 | Beckie Ellen Ferguson and William Arthur Ferguson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10855 | Jeanne Hall | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-08462 | Tina Miller | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-04078 | Terri E. Monson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07094 | Kerri Patterson and Brandon "Brad Patterson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17164 | Jewell Wainwright and Robert Horne | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15010 | Amalia Zamarron and Ricardo Zammarron | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

45228878.v1