## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ----------------------------------------------------- | |
| ETHICON WAVE 10 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE
## REGARDING STEVEN MACLEAN, M.D. FOR WAVE 10

Plaintiffs filed a Notice of Adoption [Dkt. 7993] in the Wave 10 cases identified in Exhibit A to their Notice adopting their *Daubert* Motion to Preclude Testimony of Defense Expert Steven MacLean, M.D. and Supporting Memorandum. Defendants hereby adopt and incorporate by reference the Daubert response filed in relation to Steven MacLean, M.D., for Ethicon Wave 1, Dkt. [2287] and for Ethicon Wave 3, Dkt. [2942]. The Court previously overruled most of Plaintiffs' objections to Dr. MacLean's testimony, Dkt. [2724][1]. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 1 and Wave 3 response briefing and as adopted by this Court in its prior ruling.

Dated: May 23, 2019

---

[1] This Memorandum Opinion and Order was adopted with respect to Wave 3 cases as well, Dkt. [4183].

Respectfully submitted,


/s/ Susan M. Robinson
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2019 I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

CM/ECF participants registered to receive service in this MDL.


*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com