IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibits A - I, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2).  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Aylstock Witkin Kreis & Overholt
17 E. Main St., Ste. 200
Pensacola, FL 32502
(850) 202-1010
baylstock@awkolaw.com
*Counsel for Plaintiffs*

/s/ Joseph A. Osborne, Jr.
Joseph A. Osborne, Jr.
Babbit Johnson Osborne & Le Clainnche
1641 Worthington Road
Suite 100
West Palm Beach, FL 33409

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson____
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

(561) 293-2600
josborne@realtoughlawyers.com

/s/ Benjamin A. Gastel
Benjamin A. Gastel
Branstetter Stranch & Jennings
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
beng@branstetterlaw.com

/s/ Cristina Y. Hernandez
Christina Y. Hernandez
Fitts Law Firm
Galleria Tower
2700 Post Oak Boulevard
Suite 1120
Houston, TX 77056
(713) 871-1670
chernandez@fittslawfirm.com

/s/ Caroline Hollingsworth
Caroline Hollingsworth
Heninger Garrison Davis
P.O. Box 11310
Birmingham, AL 35202
(205) 326-3336
caroline@hgdlawfirm.com

/s/ Caryn M. Papantonakis
Caryn M. Papantonakis
Johnson Law Group
55 Waugh Drive
Suite 800
Houston, TX 77007
(713) 626-9336
cpapantonakis@johnsonlawgroup.com

/s/ Larry D. Helvey
Larry D. Helvey
Larry Helvey Law Firm
2735 First Avenue, SE
Suite 101
Cedar Rapids, IA 52403
(319) 362-0421

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

2

lhelvey@helveylaw.com

/s/ A. Craig Eiland
A. Craig Eiland
The Law Offices of A. Craig Eiland
2211 The Strand
Suite 201
Galveston, TX 77550
(409) 763-3260
ceiland@eilandlaw.com

/s/ Michael J. Miller
Michael J. Miller
The Miller Firm
108 Railroad Avenue
Orange, VA 22960
(540) 672-4224
tshah@millerfirmllc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court

using the CM/ECF system, which will send notification of this filing to CM/ECF participants

registered to receive service in this MDL.

/s/ William M. Gage

## EXHIBIT A
### (Aylstock Witkin Kreis & Overholt)

| Civil Action No. | Case Style |
|---|---|
| 2:11-cv-00770 | Margaret Piper and Thomas Piper v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-00129 | Danelle Mangruem and Calvin Mangruem v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-00137 | Janice Paveglio and James Paveglio v. Ethicon, Inc.; Ethicon, LLC |
| 2:12-cv-01676 | Diana Allen and Timothy Allen v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-04618 | Rachel Marshall v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06589 | Connie Foy and Charles Foy v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06986 | Mary White and John White v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07394 | Melissa Ann Huyset v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00258 | Doree Lea Myers v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03589 | Louise A. Piercey and Harold J. Piercey v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-04580 | Linda C. Patterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-06997 | Patricia Susan Dell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07012 | Renita L. Otey v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07240 | Iraida R. Mendez and Francisco Mendez v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07961 | Shirley J. Skidgell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12707 | Kellie Mott v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14472 | Pamela Miller and Richard Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14803 | Christina Johnson and Sanford Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-21908 | Shirra Herron and Frank Herron v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30894 | Joye Orcutt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22711 | Misty Richens v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15233 | Gay Anne Martin and Andrew Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06890 | Rosa Jordan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08268 | Tamla Carroll v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08275 | Ruth Derbyshire v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08277 | Georgeanne Donnelly v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08280 | Audrey Meyers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08282 | Gisela Irene Noland v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Babbit Johnson Osborne & Le Clainnche)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-01366 | Maria McDonald and Thomas McDonald v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-03751 | Lori Adkins and William Preston Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05477 | Deborah Bowers and Daniel Bowers v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06088 | Linda Morales-Donaldson and Richard Donaldson v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07483 | Maureen Shary and Dennis M. Shary v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25395 | Barbara Davis and Ray Davis v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25405 | Sharon Mitchell and Kenneth Mitchell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25408 | Judith Nowicki and John Nowicki v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25410 | Fanny Pena Papadimitriou and James Papadimitriou v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25412 | Theresa Alvarado v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12672 | Marcy Angel Bueno and Guillermo Bueno v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16516 | Cynthia Ramsey and Alan Ramsey v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05048 | Cleda M. Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01067 | Wendy Bailey v. Ethicon, Inc. |
| 2:17-cv-01069 | Susan Lee v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01092 | Elna Nyblom v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01188 | Sherri I. Richley v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01194 | Karen Kibler v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT C**
**(Branstetter Stranch & Jennings)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-02152 | Laura Pippin and Donald Pippin v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05622 | Maxine Marie Looper v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT D**
**(Fitts Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-10245 | Juliana Pecore v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10492 | Helen Harrod v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11084 | Theresa Seger v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12735 | Alverda C. Groff v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00566 | Kathryn M. Royals v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT E**
**(Heninger Garrison Davis)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-31853 | Dawn Ulberg and Royce Ulberg v. Ethicon, Inc.; Johnson & Johnson |

8

**EXHIBIT F**
**(Johnson Law Group)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-10697 | Kristi Teffeteller v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12700 | Remona Mims Pfledder v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00452 | Kathryn Null v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00606 | Leslie Holt v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02241 | Tara Pate v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02360 | Harriet Crawford v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02420 | Jamie Seals v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02700 | Lisa Autry v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03593 | Freddie Russell Graham v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04001 | Betty Benge v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04002 | Kristine St. Germain v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00290 | Candace Andrews v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00294 | Christy Robinson v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT G**
**(Larry Helvey Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-07705 | Sharon Murray and Robert Murray v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26051 | Amanda Ramsey v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT H**
**(The Law Offices of A. Craig Eiland)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-27735 | Carey Kersey and Wayron Kersey v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03141 | Kathy Zerby v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-03251 | Vici Abney and Dennis R. Abney v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03385 | Geraldine Cavicchia v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03390 | Joyce M. Coppins and Robert A. Coppins v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03395 | Linda DeHaan and William DeHaan v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03579 | Kathy Farmer and Robert Farmer v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03601 | Rosey Flores and Juan A. Flores v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03612 | Victoria Francois and Leonard Francois v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-03617 | Michelle Gano v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-03630 | Rhonda Hayes v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04174 | Loretta Howell and David Howell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04286 | Bonnie Leffel and William Leffel v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04339 | Lauri Leroi and Raymond Leroi v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04359 | Cynthia McCabe and Leonard C. McCabe v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04363 | Sharon McReynolds and Chet McReynolds v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04366 | Shela Miller and George Miller v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04379 | Rebecca Morrow and Jerry Morrow v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04544 | Reginna Shelton v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04545 | Paula Simmons and Donald Simmons v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04554 | Mary Anne Tegethoff and Jon Tegethoff v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04565 | Tara Walter and Steven Walter v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-05097 | Diane Gerami and John Gerami v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13232 | Sylvia Avey v. Ethicon, Inc.; Johnson & Johnson |

| 2:14-cv-13240 | Pansy Carter v. Ethicon, Inc.; Johnson & Johnson |
|---|---|
| 2:14-cv-14669 | Tanya Collins v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14678 | Janice Elm and Jerry Elm v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14679 | Guadalupe Escobedo and Michael Spencer v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14714 | Bonnie McKenzie v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-15535 | Bonnie Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01146 | Donna Cisneros v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08346 | Mary Ann Nordengreen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09643 | Kathryn Blauer and Cecil Blauer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13902 | Pamela C. Farmer and Mickey S. Farmer v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT I**
**(The Miller Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-17068 | Mary Slater and Ronald Slater v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14244 | Sharion Rigney and Jeffrey Rigney v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21271 | Sharon Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26098 | Linda Jones and Harold Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01257 | Elizabeth Holmes v. Ethicon, Inc.; Johnson & Johnson |