**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327** <br> **MDL No. 2327** <br><br> **Wave 10** |
| **THIS DOCUMENT RELATES TO:** <br><br> *Wave 10 cases listed on Plaintiffs' Exhibit A* | **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSES**
**REGARDING DENISE ELSER, M.D. FOR WAVE 10**

Plaintiffs filed a Notice of Adoption [Dkt. 7974] in the Wave 10 cases identified in Exhibit A to their Notice, adopting their Motion to Exclude Certain Opinions and Testimony of Denise Elser, M.D. and Supporting Memorandum from Ethicon Wave 1, Dkt. 2053 (motion), 2056 (memorandum in support). Defendants hereby adopt and incorporate by reference the *Daubert* responses filed in relation to Denise Elser, M.D. for Ethicon Wave 1, Dkt. 2149; Wave 2, Dkt. 2513; and, Wave 3, Dkt. 2932. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 1, 2, and 3 response briefing.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561

william.gage@butlersnow.com

/s/ *Susan M. Robinson* _____
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800

srobinson@tcspllc.com

Counsel for Defendants


**CERTIFICATE OF SERVICE**

     I certify that on this day, I electronically filed this document with the clerk of the court

using the CM/ECF system, which will send notification of this filing to CM/ECF participants

registered to receive service in this MDL.


/s/ *William M. Gage*
William M. Gage

47597565.v1