IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                           MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8187], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 23, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| | | |
|---|---|---|
| 2:14-cv-08343 | Diana K. Barton | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08178 | Deborah Brown and Donald Hoffman | vs. Ethicon, Inc.; Johnson & Johnson |
| ~~2:13-cv-30170~~ | ~~Elizabeth Louise Damato and Michael Damato~~ | ~~vs. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:14-cv-02349 | Theresa S. Foster | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-17224 | Kathy Gaskins and Gary Gaskins | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22944 | Michelle R. Hemming-Ruter and Ted Ruter | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18298 | Denise Randall and Guy Randall | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33061 | Betty Louise Tucker | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-31957 | Veronica Vaessen Theodoor Vaessen | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-22278 | Barbara Ann Vining and Robert H. Vining | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00938 | Wendy Allen | vs. Ethicon, Inc.; Johnson & Johnson |