IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                         MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8190], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 23, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:13-cv-04432 | Beth Hurley | vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-11615 | Maria Cisneros | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11620 | Nazaria Galvez | vs. Ethicon, Inc.; Johnson & Johnson |
| ~~2:13-cv-24118~~ | ~~Mary Almaraz~~ | ~~vs. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:13-cv-08210 | Mercedes Ramirez and Angel Ramirez | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07280 | Maria Ramirez | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05993 | Marilyn Mandrell | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29414 | Iris Roubert | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20310 | Sondra Deufel | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-08336 | Beverly Burton and Donnie Burton | vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-26261 | Lynda Byczek | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-08310 | Glenda Burgess and Steve Burgess | vs. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-01308 | Sheryl Victory | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01552 | Madeleine Carlson and David Carlson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-08683 | Gloria Rangel | vs. Ethicon, Inc.; Johnson & Johnson |

46317902.v1