**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR           Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                              MDL 2327
LITIGATION

-------------------------------------------------------

ETHICON WAVE 10 CASES LISTED IN           JOSEPH R. GOODWIN U.S. DISTRICT
EXHIBIT A TO PLAINTIFFS' NOTICE OF                              JUDGE
ADOPTION

**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE
REGARDING PETER ROSENBLATT, M.D. FOR WAVE 10**

Plaintiffs filed a Notice of Adoption [Dkt. 7997] in the Wave 10 cases identified in

Exhibit A to their Notice, adopting their Motion to Exclude Certain Opinions and Testimony of

Peter Rosenblatt, M.D. and Supporting Memorandum from Ethicon Wave 2.  Defendants hereby

adopt and incorporate by reference the *Daubert* response filed in relation to Peter Rosenblatt,

M.D. for Ethicon Wave 2, Doc. No. 2535.  Defendants respectfully request that the Court deny

Plaintiffs' motion for the reasons expressed in the Wave 2 response briefing and as stated in the

Court's Memorandum Opinion and Order (*Daubert* Motion re: Peter L. Rosenblatt, M.D.) [Dkt.

3553].

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*

Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON


## **CERTIFICATE OF SERVICE**

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage