# EXHIBIT A

| | |
|---|---|
| Bell, Lauri | 2:13-cv-05389 |
| Clark, Marilyn | 2:16-cv-00324 |
| Crowe, Rowena | 2:15-cv-13014 |
| Cummins, Amber | 2:13-cv-23934 |
| Denton, Shirley | 2:12-cv-01719 |
| Fields, Betty C. | 2:12-cv-06825 |
| Fitzgerald, Bridgett (Lopez, Isabel) | 2:13-cv-26013 |
| Fitzgerald, Bridgette (Prescott, Crystal Marie) | 2:13-cv-26013 |
| Jelks, Mary A. | 2:12-cv-03896 |
| McMurry, Corena M. | 2:15-cv-11956 |
| Morrow, Tina | 2:12-cv-00378 |
| Noles, Amanda | 2:13-cv-04064 |
| Rivers, Nancy | 2:12-cv-02602 |
| Semere, Yvonne | 2:12-cv-02160 |
| Sluis, Kristen Lee | 2:12-cv-04997 |
| Wynn, Pansy | 2:14-cv-28572 |