# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION   MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8211] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-I, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-I;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 24, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A
## (Aylstock Witkin Kreis & Overholt)

| Civil Action No. | Case Style |
| --- | --- |
| 2:11-cv-00770 | Margaret Piper and Thomas Piper v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-00129 | Danelle Mangruem and Calvin Mangruem v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12-cv-00137 | Janice Paveglio and James Paveglio v. Ethicon, Inc.; Ethicon, LLC |
| 2:12-cv-01676 | Diana Allen and Timothy Allen v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-04618 | Rachel Marshall v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06589 | Connie Foy and Charles Foy v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06986 | Mary White and John White v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07394 | Melissa Ann Huyset v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-00258 | Doree Lea Myers v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03589 | Louise A. Piercey and Harold J. Piercey v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-04580 | Linda C. Patterson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-06997 | Patricia Susan Dell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07012 | Renita L. Otey v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-07240 | Iraida R. Mendez and Francisco Mendez v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07961 | Shirley J. Skidgell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12707 | Kellie Mott v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14472 | Pamela Miller and Richard Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14803 | Christina Johnson and Sanford Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-21908 | Shirra Herron and Frank Herron v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30894 | Joye Orcutt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22711 | Misty Richens v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15233 | Gay Anne Martin and Andrew Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06890 | Rosa Jordan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08268 | Tamla Carroll v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08275 | Ruth Derbyshire v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08277 | Georgeanne Donnelly v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08280 | Audrey Meyers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08282 | Gisela Irene Noland v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT B
### (Babbit Johnson Osborne & Le Clainnche)

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-01366 | Maria McDonald and Thomas McDonald v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-03751 | Lori Adkins and William Preston Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05477 | Deborah Bowers and Daniel Bowers v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06088 | Linda Morales-Donaldson and Richard Donaldson v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07483 | Maureen Shary and Dennis M. Shary v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25395 | Barbara Davis and Ray Davis v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25405 | Sharon Mitchell and Kenneth Mitchell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25408 | Judith Nowicki and John Nowicki v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25410 | Fanny Pena Papadimitriou and James Papadimitriou v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25412 | Theresa Alvarado v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12672 | Marcy Angel Bueno and Guillermo Bueno v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16516 | Cynthia Ramsey and Alan Ramsey v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05048 | Cleda M. Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01067 | Wendy Bailey v. Ethicon, Inc. |
| 2:17-cv-01069 | Susan Lee v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01092 | Elna Nyblom v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01188 | Sherri I. Richley v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01194 | Karen Kibler v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT C
### (Branstetter Stranch & Jennings)

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-02152 | Laura Pippin and Donald Pippin v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05622 | Maxine Marie Looper v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

## EXHIBIT D
## (Fitts Law Firm)

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-10245 | Juliana Pecore v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10492 | Helen Harrod v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11084 | Theresa Seger v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12735 | Alverda C. Groff v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00566 | Kathryn M. Royals v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT E
## (Heninger Garrison Davis)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-31853 | Dawn Ulberg and Royce Ulberg v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT F
## (Johnson Law Group)

| Civil Action No. | Case Style |
| --- | --- |
| 2:16-cv-10697 | Kristi Teffeteller v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12700 | Remona Mims Pfledder v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00452 | Kathryn Null v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00606 | Leslie Holt v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02241 | Tara Pate v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02360 | Harriet Crawford v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02420 | Jamie Seals v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02700 | Lisa Autry v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03593 | Freddie Russell Graham v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04001 | Betty Benge v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04002 | Kristine St. Germain v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00290 | Candace Andrews v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00294 | Christy Robinson v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT G
**(Larry Helvey Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-07705 | Sharon Murray and Robert Murray v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26051 | Amanda Ramsey v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT H
### (The Law Offices of A. Craig Eiland)

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-27735 | Carey Kersey and Wayron Kersey v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03141 | Kathy Zerby v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-03251 | Vici Abney and Dennis R. Abney v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03385 | Geraldine Cavicchia v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03390 | Joyce M. Coppins and Robert A. Coppins v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03395 | Linda DeHaan and William DeHaan v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03579 | Kathy Farmer and Robert Farmer v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03601 | Rosey Flores and Juan A. Flores v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03612 | Victoria Francois and Leonard Francois v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-03617 | Michelle Gano v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-03630 | Rhonda Hayes v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04174 | Loretta Howell and David Howell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04286 | Bonnie Leffel and William Leffel v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04339 | Lauri Leroi and Raymond Leroi v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04359 | Cynthia McCabe and Leonard C. McCabe v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04363 | Sharon McReynolds and Chet McReynolds v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04366 | Shela Miller and George Miller v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04379 | Rebecca Morrow and Jerry Morrow v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04544 | Reginna Shelton v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04545 | Paula Simmons and Donald Simmons v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04554 | Mary Anne Tegethoff and Jon Tegethoff v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04565 | Tara Walter and Steven Walter v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-05097 | Diane Gerami and John Gerami v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13232 | Sylvia Avey v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-13240 | Pansy Carter v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14669 | Tanya Collins v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14678 | Janice Elm and Jerry Elm v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14679 | Guadalupe Escobedo and Michael Spencer v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-14714 | Bonnie McKenzie v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-15535 | Bonnie Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01146 | Donna Cisneros v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08346 | Mary Ann Nordengreen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09643 | Kathryn Blauer and Cecil Blauer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13902 | Pamela C. Farmer and Mickey S. Farmer v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT I
## (The Miller Firm)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-17068 | Mary Slater and Ronald Slater v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14244 | Sharion Rigney and Jeffrey Rigney v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21271 | Sharon Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26098 | Linda Jones and Harold Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01257 | Elizabeth Holmes v. Ethicon, Inc.; Johnson & Johnson |