IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibits A - M, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Laura J. Baughman
Laura J. Baughman
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
(214) 521-3605
lbaughman@baronbudd.com

/s/ Mathew Coveney
Mathew Coveney
Coveney Law
1075 Main Street
3rd Floor
Waltham, MA 02451

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

(508) 449-4228
mcoveney@unitedlawteam.com

/s/ Mary Elizabeth Graham
Mary Elizabeth Graham
Grant & Eisenhofer
123 South Justison Street
Wilmington, DE 19801
(302) 622-7110
egraham@gelaw.com

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe
Johnson Becker
33 South Sixth Street
Suite 4530
Minneapolis, MN 55402
(612) 436-1800
lgorshe@johnsonbecker.com

/s/ Sean Michael Cleary
Sean Michael Cleary
Law Offices of Sean M. Cleary
19 West Flagler Street
Suite 618
Miami, FL 33130
(305) 416-9805
sean@clearypa.com

/s/ Yvonne M. Flaherty
Yvonne M. Flaherty
Lockridge Grindal Nauen
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
ymflaherty@locklaw.com

/s/ Marc Stanley Whitehead
Marc Stanley Whitehead
Marc Whitehead & Associates
5300 Memorial Drive
Suite 725
Houston, TX 77007
(713) 228-8888
marc@marcwhitehead.com

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

/s/ Alan S. Lazar
Alan S. Lazar
Marlin & Saltzman
29229 Canwood Street
Suie 208
Agoura Hills, CA 91301
(818) 991-8080
alazar@marlinsaltzman.com

/s/ Donald A. Migliori
Donald A. Migliori
Motley Rice
321 South Main Street
Suite 200
Providence, RI 02903
(401) 457-7700
dmigliori@motleyrice.com

/s/ Alyson Oliver
Alyson Oliver
Oliver Law Group
950 West University Drive
Suite 200
Rochester, MI 48307
(248) 327-6556
aoliver@oliverlg.com

/s/ Jeffrey S. Glassman
Jeffrey S. Glassman
The Law Offices of Jeffrey S. Glassman
One Beacon Street
Suite 3333
Boston, MA 02108
(617) 367-9999
jsg@jeffreysglassman.com

/s/ John G. Simon
John G. Simon
Amy Collignon Gunn
The Simon Law Firm
800 Market Street
Suite 1700
St. Louis, MO 63101
(314) 241-2929
jisimon@simonlawpc.com
agunn@simonlawpc.com

/s/ Amy Collignon Gunn
Amy Collignon Gunn
The Simon Law Firm
800 Market Street
Suite 1700
St. Louis, MO 63101
(314) 241-2929
agunn@simonlawpc.com

/s/ Erin M. Wood
Erin M. Wood
Waters & Kraus
3141 Hood Street
Suite 700
Dallas, TX 75219
(214) 357-6244
ewood@waterskraus.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

## EXHIBIT A
### (Baron & Budd)

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-05901 | Debra Norris and Robert Norris v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01815 | Amanda Moore v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Coveney Law)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-12230 | Deborah Pearson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12233 | Patricia H. Tomberlin v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT C**
**(Grant & Eisenhofer)**

| Civil Action No. | Case Style |
|---|---|
| 2:18-cv-00375 | Marie E. Goodgame v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00383 | Melanie T. Gallian v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT D**
**(Johnson Becker)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-33879 | Melissa Shellnut and John Shellnut v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-01868 | Irene E. Borland v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT E**
**(Law Offices of Sean M. Cleary)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-11757 | Donna Myers v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

## EXHIBIT F
## (Lockridge Grindal Nauen)

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-29017 | Eudene Hood v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02806 | Stacie Young and Steven Young v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT G
### (Marc Whitehead & Associates)

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-11635 | Tammy Ash v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11636 | Cheryl Camille Casebolt v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11752 | Angie Montejano v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT H
### (Marlin & Saltzman)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-01981 | Sharon Jackson and Robert Jackson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07478 | Gloria Boothe v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT I
# (Motley Rice)

| Civil Action No. | Case Style |
| --- | --- |
| 2:17-cv-00953 | Esther L. Ramos v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-05276 | Barbara Sprague and Thomas Sprague v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

**EXHIBIT J**
**(Oliver Law Group)**

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-03702 | Kimberly Grimsic and Steven Grimsic v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT K**
**(The Law Offices of Jeffrey S. Glassman)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-27244 | Pamela Travers and Joseph Travers v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07434 | Mary Teague and Thomas Teague v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT L**
**(The Simon Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-01100 | Elyece Paholke and Herold Paholke v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04585 | Vickey Engel v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT M**
**(Waters & Kraus)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-02162 | Anna Marie Holmes v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:18-cv-01024 | Christina Winters and Rick Winters v. Ethicon, Inc.; Johnson & Johnson |