# EXHIBIT A

| | |
|---|---|
| Kropf, Diane | 2:12-cv-01202 |