# EXHIBIT A

| Dickey, Janna | 2:13-cv-04463 |
| --- | --- |
| Marrufo, Ethel | 2:14-cv-28504 |