# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br>------------------------------------------------------<br>This document applies to:<br><br>WAVE 10 CASES LISTED IN EXHBIT A | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>WAVE 10<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR RESPONSES IN OPPOSITION TO *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY OF JAIME L. SEPULVEDA-TORO, M.D.

In response to Plaintiffs' notice adopting their prior Wave 1 *Daubert* motion as to Jaime L. Sepulveda-Toro, M.D. (Doc. 8007 (adopting Docs. 2014, 2018, 2225)), Defendants hereby adopt and incorporate by reference their prior responsive briefing (Docs. 2138, 2929, 2508, 4495) in opposition to the motion to exclude Dr. Sepulveda-Toro's testimony. Defendants' respectfully request that the Plaintiffs' motion be denied for the reasons stated in their prior briefing.

This notice applies to the Wave 10 cases identified in Exhibit A, attached hereto.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC

300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants Ethicon, Inc.,
and Johnson & Johnson

## **CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage