# EXHIBIT A

| | |
|---|---|
| Denton, Shirley | 2:12-cv-01719 |
| Fields, Betty C. | 2:12-cv-06825 |
| Fitt, Melynda | 2:14-cv-11545 |
| Garcia, Gema Maria | 2:16-cv-00654 |
| Huntsinger, Renae | 2:14-cv-29045 |
| Nix, Cynthia | 2:12-cv-01278 |
| Pirlein, Adelheid | 2:12-cv-04992 |
| Semere, Yvonne | 2:12-cv-02160 |