# EXHIBIT A

| Perciballi, Alexandra | 2:13-cv-08053 |
| --- | --- |
| Staton, Toni | 2:12-cv-03724 |