# EXHIBIT A

| Fields, Betty C. | 2:12-cv-06825 |
|---|---|
| Johnson, Sandra | 2:18-cv-00549 |
| Majzel, Nina | 2:13-cv-05132 |