THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibits A - C, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Caryn M. Papantonakis
Caryn M. Papantonakis
Johnson Law Group
55 Waugh Drive
Suite 800
Houston, TX 77007
(713) 626-9336
cpapantonakis@johnsonlawgroup.com
*Counsel for Plaintiffs*

/s/ Peyton P. Murphy
Peyton P. Murphy
Murphy Law Firm
7035 Jefferson Highway
Baton Rouge, LA 70806

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)


(225) 928-8800
peyton@murphylawfirm.com

/s/ Lennie F. Bollinger
Lennie F. Bollinger
Wormington Law Group
212 East Virginia Street
McKinney, TX 75069
(972) 569-3930
lb@wormingtonlegal.com

*Counsel for Plaintiffs*

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

## EXHIBIT A
## (Johnson Law Group)

| Civil Action No. | Case Style |
| --- | --- |
| 2:16-cv-04262 | Edna Franklin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01825 | Margaret Hiscock v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02727 | Mary Wise v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03675 | Priscilla Alfaro v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03925 | Beverly Bennett v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04260 | Rosetta Jeter v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Murphy Law Firm)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-21833 | Martha Kirchem v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28328 | Deborah Bonaventure v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-28332 | Glenda Malone v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-28338 | Eva Burney and Alvis Burney v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-28342 | Margaret Dimon and George Samuel Dimon, Jr. v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-28343 | Janet Smith and Henry Smith, Jr. v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-28345 | Jacqueline Futch and Emanuel Futch v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-29109 | Elaine Butler v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-29116 | Barbara G. Farnsworth v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-29124 | Erica House v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-29132 | Diane Smith and Victor B. Smith v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-29133 | Zoila Tavarez v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-29135 | Cheryl Wenzel v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-29550 | Melissa Hamlin and Thomas Hamlin v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-29551 | Marcia McQueen v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-29569 | Emelia Munguia v. Ethicon, Inc; Ethicon, LLC |
| 2:13-cv-29683 | Sherron Shuffield v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29693 | Mary Langolf and Darin Langolf v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29695 | Amber Irick v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-29697 | Michelle Melanson and Gerald Melanson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-30225 | Patricia Cerar and Jerry Cerar v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-30233 | Vickie Harvey v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-31897 | Frances Montiel v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31901 | Melinda Moore v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-32429 | Stacey Howard and James Hayward v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32604 | Theresa Cooper v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-32637 | Elizabeth Major v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-32639 | Maria Garcia v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32642 | Dianne Morgan v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-01489 | Alicia Flores v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-01498 | Marion S. Babin and Eugene Babin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-02145 | Gale Ballard v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03353 | Ruth Pacheco v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-03356 | Lucinda Donald v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-03358 | Shirley Millard v. Ethicon, Inc. |
| 2:14-cv-07477 | Lori Gonzalez v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-07480 | Lisa Stefanec v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-09666 | Geraldine Laws v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-10494 | Leona Thibeault v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10499 | Tina Delaney v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11259 | Diane Carter v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11262 | Carmen Mills and David Mills v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11268 | Mary Howard v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-12032 | Beth Cohen and David Cohen v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12036 | Patricia Reffner v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-15060 | Debra Villalobos and Henry Villalobos v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-15813 | Marlene White and Thomas White v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-16500 | Deborah Morits v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-18001 | Lynn Rodriguez and Leonazo Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02410 | Fannie Malone v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02414 | Clementene Flanagan v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03649 | Helen McDaniels and Alfonso McDaniels v. Ethicon, Inc; Johnson & Johnson |
| 2:15-cv-03651 | Danna Stone and Lance Stone v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04483 | Marilyn Barker v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04486 | Melinda Birge v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05620 | Alea Cherry v. Ethicon, Inc.; Ethicon, LLC |
| 2:15-cv-05627 | Kim Gardner v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05645 | Cinda Glass v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05702 | Doris Humplik v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05827 | Mary Lewis v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05830 | Virginia Harp v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05849 | Deborah Mitchell v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05852 | Loukisha Leverette v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06057 | Mary Hurley v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11788 | Johnnie Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12879 | Stacey Allen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12921 | Anita Phipps v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12963 | Paula Crouch and James D. Crouch v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13026 | Diana Bohanon and Kenneth Bohanon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13100 | Betty J. Drummond v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13101 | Tracy Ostergaard v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13166 | Debbie Parramore v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13270 | Joanna L. Patten and Jon Allen Patten v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13428 | Nancy Reinking and Jerome T. Reinking v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-13435 | Sandra Sanchez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13492 | Deann Burgon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13493 | Michelle Aguilar and Norberto Aguilar v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13590 | Deborah Hood and Larry Hood v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13651 | Betty Warnock v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13654 | Charlotte M. Demmons and Joseph R. Demmons, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13685 | Patricia Pierce and Kenneth E. Pierce v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13713 | Nancy Stone and James Stone v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13843 | Nancy J. Morgan v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14026 | Marilyn Liesenfeld-Nagel and James Nagel v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14030 | Angela Miltenberger v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14033 | Audrey Johnson and Allen Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14038 | Evelyn Dempsey and Johnny Dempsey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14238 | Angela Brandon and William Brandon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14488 | Susan Ferderer and Dan Ferderer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14489 | Mary Sepeda and Domingo Sepeda v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14493 | Tia London v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14500 | Priscilla P. Downing v. Ethicon, Inc. |
| 2:15-cv-14616 | Carol Parks and Gover Parks v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14657 | Diane L. Dixon and James D. Dixon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14780 | Alice M. Coulombe and Albert J. Coulombe v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14932 | Cindy Armour and John Armour v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14934 | Marsha Pickens v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15294 | Telisa Foster and Allen Foster v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15916 | Diana Simpson-Daelen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16259 | Mary Parker v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01551 | Wendy Scott and Robert Scott v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01817 | Janet H. Lennox v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03608 | Maricela Silva v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05301 | Sarah Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05306 | Margareeta Everett v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05446 | Shirley Gard v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05736 | Rhonda Sue Olson and Paul N. Olson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02047 | Shelly Dupont and Joe Dupont v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT C**
**(Wormington Law Group)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-19256 | Shirley Brinkman v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20735 | Joy Lapinskas and Roland Lapinskas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22772 | Karla D. Martin and Terry G. Martin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-11584 | Marion N. Ross v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11755 | Tiffany L. Longoria v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13349 | Louise Keck v. Ethicon, Inc.; Johnson & Johnson |