# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO** | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Buffy K. Martines
Buffy K. Martines
Laminack Pirtle & Martines
5020 Montrose Blvd
9th Floor
Houston, TX 77006
(713) 292-2750
buffym@lpm-triallaw.com

*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-05971 | Sheila Moses v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00820 | Penny Cade v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14525 | Carrie Phillips and Troy Phillips v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18413 | Loretta Blanton v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18417 | Karen Fowler v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18692 | Teresa Lenich v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18706 | Jennifer Pope v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18710 | Evelyn Rutherford v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18716 | Loretta Shellman v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18719 | Christina Maria Slaven v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18722 | Sandra Sue Tipton v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-19663 | Maria Esparza v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-20259 | Sandra Schocke v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20264 | Magda Trujillo v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-20303 | Kristy Borst v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20582 | Leslie Morrison v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21830 | Traci Crump v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21866 | Linda Miller v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23408 | Phyllis Woodall v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-23620 | Lorraine Dragon v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-24223 | Brenda Botts v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24225 | Renee Nicole Cook v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25619 | Sherry Loeb v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25620 | Elaine M. Pipke v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25622 | Gweneva Shelton v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26990 | Pamela Coffin-Gordon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27556 | Loretta J. Richardson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29656 | Mary Sue Cerniglia v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31236 | Martha A. Guevara v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32091 | Karen Lyons v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-32094 | Lorie Strickland v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10591 | Eileen C. Anick v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11806 | Cheri Tschoepe and Paul Tschoepe v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-11950 | Barbara A. Deacon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-25307 | Enedina Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02795 | Lisa Baldwin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07536 | Rosalie Avila-Jimenez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07562 | Tammy Anderson and Chris Anderson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07568 | Mary Biggs and Narmour Biggs, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07569 | Doris Blue and Joseph A. Blue v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07599 | Esther Boyd v. Ethicon, Inc.; Ethicon, LLC |

| | |
|---|---|
| 2:16-cv-07602 | Amy Bray and William Bray v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07604 | Beverly Caldweell and James Caldwell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07780 | Linda Eason v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07781 | Linda Ellis and James L. Ellis v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07800 | Dorothy Chappell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07825 | Mary Couch v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07829 | Jolynn Crain v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07838 | Lois Dingess v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07878 | Debra Finn and Charles B. Finn v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07879 | Mary Forbes v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07881 | Maria Galvan and Felipe Galvan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08161 | Kim Allan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08162 | Tamera Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08165 | Veronica Gladysz v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08166 | Linda Glenn v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08167 | Kara Goyette v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08168 | Betsy Grassel v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08175 | Brenda Jacobson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08177 | Ida Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08178 | Peggy Kellison v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08182 | Patricia King v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08784 | Sandra Kloo v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08785 | Rose Lampignano v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08787 | Lynda Lane v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08792 | Carolyn Lytle v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08794 | Eva Martinez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08795 | Myrtis McClenny v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08797 | Betty McKibben v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08810 | Beatrice Myers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08812 | Peggy Nehring v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09507 | Donna Eaton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09526 | Alice Lorena Barton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09531 | Connie Roberts v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09533 | Julia Slayton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09541 | Debra Wallace v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09545 | Kimberly Zummo v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09551 | Carolyn Weegar v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09575 | Carmen Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09578 | Margaret Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09579 | Tasha Rogers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09580 | Eileen Roskos v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09583 | Najet Saxton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09585 | Wanda Selvidge v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09587 | Glenda Shelby v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09591 | Joanne Siegfried v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-09685 | Doreen Singer v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09688 | Kimberly Smith-Fuller v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09690 | Stacie Sparkman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09691 | Agnes St. Hilaire v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09693 | Heather Staggs v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09701 | Merle Stark v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09703 | Marilyn Strong v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09706 | Bonnie Swanson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09707 | Deniese Graves v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09710 | Cheryl Hipwell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09711 | Linda Tatalovich v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09714 | Alberta Huff v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09717 | Yuny Martinez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09718 | Lonnie Thompson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09722 | Lottie Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09723 | Debra Wiseman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09956 | Andrea Pearsall v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09957 | Judy Anne Peltz v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09969 | Wendy Pliner v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09972 | Linda Polise v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09982 | Roseanne Rapp v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10080 | Victoria Pruitt v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-08452 | Dylinda Mayfield and James Mayfield v. Ethicon, Inc.; Johnson & Johnson |