# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| **THIS DOCUMENT RELATES TO:** <br><br> *Diane Kropf, et al. v. Ethicon, Inc., et al.* <br> Case No. 2:12-cv-01202 | **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

## ORDER

**AND NOW**, this _____day of _____, 2019, it is hereby **ORDERED** and **DECREED** that the Defendants' Motion to Limit the Case-Specific Opinions and Testimony of Ricardo Gonzalez, M.D. is **DENIED**.

**BY THE COURT:**

_____
**JOSEPH R. GOODWIN, J.**