# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Diane Kropf and Joseph Kropf v. Ethicon, Inc., et al.*<br><br>Case No. 2:12-cv-01202 | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**PLAINTIFFS' DESIGNATION AND
DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES**

Pursuant to Pretrial Order (PTO) # 328, Rule 26 (a)(2) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned civil action ("Plaintiffs") submit the following Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert testimony specific to Plaintiffs' case pursuant to Rule 702 of the Federal Rules of Evidence.

**RETAINED EXPERT WITNESSES**

1) Bruce Rosenzweig, MD (Urogynecologist)
   Rush University Professional Building
   1725 West Harrison Street, Suite 358
   Chicago, IL 60612

2) Prof. Dr. Med. Uwe Klinge (Materials) (adoption of previously served reports)
   KLINIK FÜR ALLGEMEIN-, VISZERAL- UND TRANSPLANTATIONSCHIRURGIE
   RWTH Aachen und Universitätsklinikum Aachen
   Pauwelsstraße 30
   D-52074 Aachen
   Germany

3) Dr. Daniel Elliott (Urologist) (adoption of previously served reports)
   Mayo Clinic
   200 1st Street SW
   Rochester, MN 55902

4) Peggy Pence, PhD, RAC, FRAPS (Regulatory) (adoption of previously served reports)
   Symbion Research International, Inc.
   3537 Old Conejo Road, Suite 115
   Newbury Park, CA 91320

5) Ricardo R. Gonzalez, MD
   Clinical Assistant Professor of Urology
   Baylor College of Medicine
   Houston, TX

A General Designation and Disclosure has been or is being served by and on behalf of the wave 10 cases for general expert opinions. In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiffs reserve the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiffs. In no event, however, will Plaintiffs' retained experts at trial exceed five (5) experts without leave of Court for good cause shown. Plaintiffs further reserve the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

Respectfully submitted,

**KLINE & SPECTER, PC**

BY: _____
LEE B. BALEFSKY, ESQUIRE
CHRISTOPHER A. GOMEZ, ESQUIRE
1525 Locust Street
Philadelphia, PA 19102
215-772-1000
*Attorneys for Plaintiffs*

Dated: February 22, 2019