# EXHIBIT B

6560 FANNIN SUITE 2030 • HOUSTON, TX 77030
OFFICE (713)790-9779 • FAX (713)794-0719

# RICARDO R. GONZÁLEZ, M.D.

**Education**

| | | |
|---|---|---|
| Stanford University School of Medicine, Stanford, CA | M.D. | 1999 |
| Occidental College, (Honors in Psychobiology) Los Angeles, CA | A.B. | 1994 |
| University of North Texas Denton, TX | 1990 - | 1992 |

**Professional Specialties (Board Certification)**

American Board of Urology, Diplomate 2008
Female Pelvic Medicine and Reconstructive surgery (FPMRS) 2013
American Board of Urology and American College of Obstetrics and Gynecology

**Honors**

America's Top Urologists List,
Consumers' Research Council of America 2007- 2013

Patient's Choice Award 2009- 2013

Texas Super Doctors, Rising Star Award 2012- 2013

Top Doctors 2013
*Texas Monthly* award based on peer review

Doctor's Choice Award, Top Physicians in Houston 2009
One of ten urologists chosen by peers by Health & Fitness Magazine

Ferdinand Valentine Fellow for Research in Urology,
New York Academy of Medicine 2005 - 2006

Kidney and Urology Foundation of America
Research Fellowship 2005 - 2006

American Urological Association, Gerald P. Murphy Scholar 2005 & 2006

Cornell Alumni Council Distinguished House Staff Award, Urology
New York Presbyterian Hospital-Cornell (biennial award) 2004

Jack Lapides Prize in Neurourology and Urodynamics,
Honorable Mention 2004

Ferdinand Valentine Essay Contest, New York Academy of Medicine
Laboratory Research Honorable Mention 2004

| | | |
|---|---|---|
| | Basic Science Research Award, Research Insights into Interstitial Cystitis Symposium of the NIDDK | 2003 |
| | Andlinger Fellow, American-Austrian Foundation | 2003 |
| | Graduation Speaker, Stanford School of Medicine | 1999 |
| | Medical Scholar, Stanford School of Medicine | 1994 - 1995 |
| | Magna Cum Laude, Occidental College | 1994 |
| | Phi Beta Kappa | 1994 |
| | M.B. Scott Scholar (Academic Merit), Occidental College | 1992 - 1994 |
| | Dean's List, U. of North Texas and Occidental College | 1992 - 1994 |

**Clinical Interests**

Voiding dysfunction, female pelvic medicine and reconstructive surgery, andrology, neurourology, urodynamics, and laser prostatectomy.

**Clinical Appointments**

The Methodist Hosptial and St. Luke's Episcopal Hospital, Houston, TX
Attending Urologist
Houston Metro Urology — 2006-present
Medical Director, Center for Voiding Dysfunction
Medical Director, Center for Clinical Research

Baylor College of Medicine, Houston, TX
Clinical Assistant Professor of Urology — 2006-present

The New York Presbyterian Hospital – Weill Cornell Medical Center

| | |
|---|---|
| Resident: Department of General Surgery | 1999 - 2001 |
| Resident: James Buchanan Brady Department of Urology | 2001 - 2004 |
| Chief Resident: Brady Department of Urology | 2004 - 2005 |
| Fellow: Neurourology,Female Urology,Voiding Dysfunction | 2005 - 2006 |
| Clinical Instructor, Assistant Attending in Urology | 2005 - 2006 |

**Research Grants**

Principal Investigator: Modulating Bladder Neuroinflammation: Investigating Potential Diagnostics and Therapeutics for Interstitial Cystitis. Ferdinand Valentine Research Fellowship, New York Academy of Medicine New York, NY. — 2005 - 2006

Principal Investigator: The Role of Estrogen in Modulating Bladder Neuroinflammation and Permeability: Potential Rationale for Increasing LUTS in Aging Women.
Kidney and Urology Foundation of America Research Fellowship.
New York, NY — 2005 - 2006

**Research Experience**

Resident then Fellow, Department of Urology, Weill Cornell Medical Center
New York, NY — 2000 - 2006
PI: Alexis E. Te M.D., Steven A. Kaplan M.D. and David Staskin M.D.
Institute for Bladder and Prostate Health, Weill Cornell Medical Center.
Subjects: Modulating the neuroplasticity observed in bladder inflammation, and investigating new potential therapies for interstitial cystitis. Using high-power lasers for the treatment of BPH. Minimally invasive approaches for pelvic floor reconstruction of prolapse.

Research Assistant, Mayo Vaccine Research Group, Mayo Clinic
Rochester, MN — Summers of 1995 and 1996
PI: Gregory A. Poland, M.D., Founder and Director of the Mayo Vaccine Research Group, and Associate Director of the General Clinical Research Center, Mayo Clinic and Foundation.
Subject: Investigating the measles vaccination status, measles antibody seroprevalence, and immunogenetic typing of Hispanic migrant farmworkers.

Research Assistant, Division of Neurosurgery, Stanford University
Stanford, CA — 1994 - 1995
PI: Gary K. Steinberg, M.D., Ph.D., Chair of the Division of Neurosurgery, Stanford University School of Medicine
Subject: Elucidating the metabolic mechanisms of hypothermic neuroprotection in a model of focal ischemia in the rat brain.

Honors Thesis Research, Department of Psychobiology, Occidental College
Los Angeles, CA — 1993 - 1994
PI: Nancy K. Dess, Ph.D., Professor of Psychobiology, Occidental College.
Subject: Establishing the differences in the development of activity-based anorexia in two lines of rats differing in general metabolic efficiency.

Richter Fellow, Universidad Autónoma de Madrid, Hospital Del Niño Jesús
Madrid, Spain — Summer 1993
PI: Jesús Argente, M.D., Ph.D., Head, Division of Pediatric Endocrinology and Metabolism, Hospital Del Niño Jesús.
Subject: The effectiveness of orally-administered Growth Hormone (GH) Releasing Peptide-2 at stimulating GH release in children.

## Publications

Journal Articles

Hueber PA, Liberman D, Tal BZ, Woo H, Hai M, Te AE, Lee R, Rutman M, **González RR**, Barber N, Al-Hathal N, Al-Aaoud T, Trinh QD, Zorn ZC. 180W vs 120W lithium triborate photoselective vaporization of the prostate for benign prostatic hyperplasia: a global, multi-center comparative analysis of peri-operative treatment parameters. Urology, in press 2013 URL-D-13-00280R1

Hollander AB, **González RR**. Evaluation and management of urgency and urge urinary incontinence in men. *Current Bladder Dysfunction Reports,* Volume 7, Number 3 (2012), 230-234.

Goh A, **González RR**. Photoselective laser vaporization prostatectomy versus transurethral resection of the prostate: A Cost Analysis. *J Urol*, 2010 April; 183(4): 1469-73.

Saini R, **González RR**, Te AE. Chronic pelvic pain syndrome and overactive bladder: the inflammatory link. *Curr Urol Rep.* 2008 Jul;9(4):314-9.

Kaplan SA, **González RR**. Phosphodiesterase type 5 inhibitors for the treatment of male lower urinary tract symptoms. *Rev Urol* Spring 2007; 9(2): 73-77.

Kaplan SA, **González RR**, Te AE. Combination of alfuzosin and sildenafil is superior to monotherapy in treating lower urinary tract symptoms and erectile dysfunction. *Eur Urol.* 2007 Jun; 51(6):1717-23.

**González RR**, Te AE. Chronic Prostatitis/Pelvic Pain Syndrome: a bladder dysfunction? *Curr Bladder Dysfunction Rep* Mar. 2007; 2(1): 55-59.

**González RR**. Advances in Female Urology. *The Urology Report* Winter 2007 ; 1(1): 10-15.

Lee R, Al-Ahmadie HA, Boorjian SA, **González RR**, Felix Badillo, Rueter VE, Steckel J. A case of incidental adrenocortical oncocytoma. Nat Clin Pract Urol Nov 2006; 3(11): 618-21.

Ng, CK, **González RR**, Te AE. Refractory overactive bladder in men: update on novel therapies. *Curr Urol Rep* Nov. 2006; 7(6): 456-61.

Lee R, **González RR**, Te AE. The evolution of photoselective vaporization prostatectomy (PVP): advancing the surgical treatment of benign prostatic hyperplasia. *World J Urol.* 2006 Sep; 24(4): 405-9.

**González RR**, Kaplan SA. First line BPH treatment: is there a particular patient profile for a particular treatment? *World J Urol.* 2006 Sep; 24(4): 360-6.

**González RR**, Kaplan SA. Tadalafil for the treatment of lower urinary tract symptoms in men with benign prostatic hyperplasia. *Expert Opin. Drug Metab. Toxicol.* 2006 Aug; 2(4): 609-17.

**González RR**, Te AE. Is there a role for urodynamics in chronic nonbacterial prostatitis? *Curr Urol Rep* July 2006; 7(4): 335-38.

Monoski M, **González RR**, Sandhu JS, Reddy B, Te AE. Urodynamic predictors of outcomes with photoselective laser vaporization prostatectomy in patients with benign prostatic hyperplasia and preoperative retention. *Urology* 2006; 68(2): 312-7.

Monoski M, **González RR,** Thomas A, Goldstein M. Arteriovenous malformation of the scrotum causing virtual azoospermia. *Urology* 2006; 68(1): 203.e5-6.

**González RR**, Te AE. The role of urodynamics in chronic nonbacterial prostatitis. *Curr Prostate Rep* April 2006; 4(1): 41-4.

Sandhu JS, Nb CK, **González RR**, Kaplan, SA, Te AE. Photoselective laser vaporization prostatectomy in men receiving anticoagulants. *J Endourol* Dec 2005; 19(10): 1196-8.

Reddy BN, **González RR**, Te AE. The implications of cytokines in chronic prostatitis and chronic pelvic pain syndrome. *Curr Prostate Rep* Nov 2005; 3(4): 189-94.

Shelton JB, Barocas DA, Conway F, Hart K, Nelson K, Richstone L, **González RR**, Raman JD, Scherr DS. Prostate-specific antigen screening in a high-risk population: lessons from the community and how they relate to large-scale population-based studies. *Urology.* 2005 May; 65(5): 931-6.

**González RR,** Fong T, Belmar N, Saban M, Felsen D, Te AE. Modulating bladder neuroinflammation: RDP58, a novel anti-inflammatory peptide, reduces inflammation and nerve growth factor production in experimental cystitis. *J Urol* 2005 Feb; 173(2): 630-4.

**González RR,** Te AE. Chronic Prostatitis and sensory urgency: whose pain is it? *Curr Urol Rep.* 2004 Dec; 5(6): 437-41.

**González RR**, Te AE. Overactive bladder and men: Indications for anticholinergics. *Curr Urol Rep* 2003 Dec; 4(6): 429-435.

**González RR**, Te AE. How do transurethral needle ablation of the prostate and transurethral microwave thermotherapy compare with transurethral prostatectomy? *Curr Urol Rep* 2003 Aug;4(4):297-306.

**Multimedia**

**González RR**. Laser Treatments for the Advanced Prostate. Featured interview for international news broadcast, "Primer Impacto", Univision April 19, 2008.
**González RR**, Staskin DR. Editor and correspondent at the Society for Urodynamics and Female Urology 26th Annual Meeting. May 21 2005. www.urotoday.org

**González RR**, Te AE. Photoselective vaporization of the prostate with the 80 watt quasicontinuous KTP laser for the treatment of benign prostatic hyperplasia. Video. American College of Surgeons, Cine Clinics, Clinical Congress, October 12, 2004, New Orleans, LA.

**Book Chapters**

Lee R, Sandhu J, **González RR**, Te AE. Laser prostatectomy. *Smith's Textbook of Endourology.* Eds. Smith AD and Badlani GH. Hamilton, ON: BC Decker; 2006 in press.

Schwartz MJ, **González RR**, Weiss JP, Blaivas JG. Neurogenic Bladder. *Fast Facts Urology Highlights 2005-2006.* Ed. Shah J. London, UK: Healthpress Ltd.; 2006 in press.

**González RR,** Tyagi R, Te AE. Neurological Disorders. *Textbook of Female Urology and Urogynaecology.* Eds. Cardozo L and Staskin D. London: Martin Dunitz, Ltd.; May 2006.

**González RR,** Lee R, Sandhu J, Te AE. Laser prostatectomy. *Atlas of the Prostate, Third Edition.* Eds. Scardino PT and Slawin KM. Philadelphia: Current Medicine, Inc.; December 2005.

**Presentations**

Shy M, Khavari R, Stewart J, **González RR**, Fletcher S. Incontinence outcomes after colpocleisis for symptomatic pelvic organ prolapse. *Research to be presented at the Society of Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) in February 2012 in Las Vegas, NV.*

Mercado MA, Dunkin BJ, **González RR**. Proving face, content, and construct validity for a photoselective vaporization of prostate (PVP) simulator. *Research to be presented as a podium presentation at the Society of Urodynamics, Female Pelvic Medicine and Urogenital Reconstruction (SUFU) in February 2012 in Las Vegas, NV.*

Shy M, Gerald T, Sathyamoorthy K, Lee A, **González RR**. Photoselective Laser Vaporization of the Prostate (PVP) prior to radiation is safe and effective at treating symptomatic benign prostatic hyperplasia (BPH) in men diagnosed with prostate cancer. Accepted for podium presentation at American Urologic Association Annual Meeting in Atlanta, Georgia; May 22, 2012.

**González RR.** "Take Home Messages" for BPH and Male Lower Urinary Tract Symptoms. Plenary presentation at the American Urologic Association Annual Meeting in Atlanta, Georgia; May 23, 2012.

Khavari R, Sathyamoorthy K, **González R**, Fletcher S. Impaired detrusor contractility and the treatment of female stress incontinence. Presented at Society for Urodynamics, Female Pelvic Medicine, and Urogenital Reconstruction; New Orleans, LA, March 1, 2012.

**González RR**. Photoselective Laser Vaporization of the Prostate, Standardizing Surgical Technique. Surgical video presentation, World Congress of Endourology; Kyoto, Japan, December 2, 2011.

Goh H, Knerr M, Su L, David SG, **González RR**. Photoselective Laser Vaporization Prostatectomy Versus Transurethral Resection of the Prostate: A Cost Analysis. *J Urol* 2009 April, 181(4): 766.

**González RR**. Will TURP die? Representing laser prostatectomy in live debate with surgeries. Congresso Paulista de Urologia; Sao Paulo, Brazil, September 4, 2010.

**González RR.** State of the art treatment for the enlarged prostate: Lithium Boride 120 W laser prostatectomy. Presented with live surgeries at the 25th Annual Meeting, Korean Andrological Society; Busan, Korea, April 3, 2008.

Sander JC, Avila D, **González RR.** Safely integrating new technology into urological practice: evaluation of a training model for Photoselective Laser Vaporization Prostatectomy (PVP). Presented at the 25th Annual Meeting, Korean Andrological Society; Busan, Korea, April 3, 2008.

**González RR.** Incorporating new technology into your developing practice: experience with the GreenLight HPS. Presented at American Urological Association Annual Meeting, Anaheim, CA, May 21, 2007.

**González RR.** Advances in the treatment of the enlarged prostate: a focus on laser prostatectomy. Presented at the Society for Urologic Nurses and Associates (SUNA) regional meeting, Houston, TX, April 18, 2007.

**González RR.** Photoselective Laser Vaporization Prostatectomy (PVP): Technique and Outcomes. Presented at Baylor Urology Grand Rounds, the Methodist Hospital, Houston, TX, Mar 28, 2007.

Te AE, Yang JH, **González RR,** Reddy BN, Zhou X, Madhu M, Kaplan SA. Safety and efficacy of photoselective laser vaporization of the prostate for benign prostatic hyperplasia in men over 80 years. Presented at the Western Section AUA Annual Meeting, Maui, HI, Oct 22, 2006.

Te AE, **González RR,** Reddy BN, Kaplan SA. Photoselective laser prostatectomy-vaporization incision technique for large prostates. Presented at the Western Section AUA Annual Meeting, Maui, HI, Oct 22, 2006.

Kaplan SA, **González RR,** Ogiste J, Te AE. Combination of an alpha-blocker, alfuzosin SR and a PDE-5 inhibitor, sildenafil citrate, is superior to monotherapy in treating lower urinary tract symptoms (LUTS) and sexual dysfunction. Abstract #1638 *J Urol* 2006, 175(4): 528.

Kaplan SA, Kaplan JD, **González RR,** Te AE. The use of a voiding diary to evaluate urinary frequency and nocturia is a better indicator than the IPSS in assessing alpha-blocker efficacy in men with lower urinary tract symptoms (LUTS) in men with benign prostatic hyperplasia (BPH). Abstract #1359 *J Urol* 2006, 175(4): 438.

**González RR,** Reddy B, Chen J, Staskin DR, Te AE. Effects of short-term estrogen deprivation on experimental bladder inflammation. Abstract #189 *J Urol* 2006, 175(4): 61-2.

**González RR,** Reddy BN, Sandhu JS, Kaplan SA, Te AE. High-power KTP photoselective laser vaporization prostatectomy (PVP): the Cornell experience. *Lasers in Surgery and Medicine* 2006 38 (S18): 57-58.

**González RR.** Combination medical therapy for BPH. Panelist at the Society for Female Urology and Urodynamics Annual Meeting, Grand Bahamas, February 22-25, 2006.

**González RR,** Reddy BN, Sandhu JS, Kaplan SA, Te AE. High-power KTP photoselective laser vaporization prostatectomy: the New York Presbyterian experience. Presented at the Society for Female Urology and Urodynamics Annual Meeting, Grand Bahamas, February 22-25, 2006.

El-Hakim A, **González RR**, Beneck D, Tewari AK. Sub-detrusor, pre-seminal vesicle fascia: characterization and composition. Presented at the World Congress of Endourology, Amsterdam, Netherlands, Aug 24, 2005.

Monoski MA, Sandhu JS, **González RR**, Te AE. Urodynamic predictors of success with photoselective laser vaporization prostatectomy in patients with benign prostatic hyperplasia and preoperative retention. Abstract #1305 *J Urol* 2005, 173(4): 354.

Te AE, Sandhu JS, Reddy B, Ng CK, **González RR**, Kaplan SK. The first 200 patients treated with high-power KTP photoselective laser vaporization prostatectomy: the New York Presbyterian experience. Abstract #1561 *J Urol* 2005, 173(4): 423.

Sandhu JS, Isom-Batz G, **González RR**, Shemtov M, Te AE, Eilber K. Transurethral resection of the prostate following radiation therapy for prostate cancer. Presented at the Society for Urodynamics and Female Urology, Orlando, FL, February 24-27, 2005.

Sandhu JS, Ng CK, **González RR**, Kaplan SK, Te AE. Photoselective vaporization Prostatectomy in anticoagulated men. Presented at the World Congress of Endourology, Mumbai, India, *J Endourol.* 2004, Nov; 18 Suppl1: A3-246.

Sandhu JS, Ng CK, **González RR**, Kaplan SK, Te AE. High-power KTP photoselective laser vaporization prostatectomy in men with large prostates. Presented at the World Congress of Endourology, Mumbai, India, *J Endourol.* 2004, Nov; 18 Suppl 1: A3-246.

**González RR**, Belmar N, Fong T, Te AE. Modulating the bladder neuroinflammatory loop: RDP58, a novel anti-inflammatory peptide, reduces nerve growth factor production in murine models of inflammatory cystitis. Presented at the Lapides Award Ceremony AUA Annual Meeting, May 8-13, 2004.

Te AE, Sandhu JS, Ng C, **González RR**, Egan C, Kaplan SA. High-power photoselective laser vaporization prostatectomy (PVP) versus transurethral electrovaporization of the prostate (TVP) for the treatment of benign prostatic hyperplasia (BPH): a prospective comparative trial. Abstract #1527 *J Urol* 2004, 171(4): 402.

Sandhu JS, Ng C, **González RR**, Kaplan SA,Te AE. High-power KTP photoselective laser vaporization prostatectomy in men with large prostates: The New York Presbyterian series of 64 patients. Abstract #1522. *J Urol* 2004, 171(4): 400.

**González RR**, Belmar N, Tesi RJ, Fong T, Te AE. RDP58, a novel anti-inflammatory peptide, inhibits inflammatory histopathology and cytokine production in a mouse model of experimental cystitis. Basic Science Research Award for podium presentation at the Research Insights into Interstitial Cystitis Symposium of the NIDDK, Oct. 30- Nov. 1, 2003; Alexandria, VA.

Iyer S, **González RR**, Zhao J, Lazarov M, Welihinda A, Buelow R, Te AE, Fong T. RDP58, a rationally designed peptide, inhibits multiple forms of pathogenic inflammation through the inhibition of p38MAPK and JNK *Peptide Revolution: Genomics, Proteomics & Therapeutics*, podium presentation Annual Meeting of American Peptide Society, July 2003, Boston, MA.

**González RR**, Fong T, Felsen D, Te AE. The effect of DMSO on bladder inflammation in a murine model of acute inflammatory cystitis. Abstract #268. *J Urol* 2003, 169(4): 68-69.

**González RR**, Fong T, Felsen D, Te AE. RDP58 reduces bladder inflammation in a murine model of acute inflammatory cystitis. Abstract #264. *J Urol* 2003, 169(4): 69-70.

**González RR**, Fong T, Felsen D, Te AE. The effect of RDP58 and DMSO on inflammation in a murine model of acute inflammatory cystitis. Presented at the Society for Female Urology and Urodynamics Annual Meeting, April 26, 2003, Chicago, IL.

**González RR**, Coleman JA, Poppas D. Laparoscopic heminephroureterectomy in infants and children with renal duplication: a description of technique and review of outcome. Presented at the Ferdinand Valentine Essay Contest, 2002, New York, NY.

**González RR**, Camacho LE, Poland GE. Lessons learned in using cultural sensitivity in recruiting Hispanic migrant farmworkers and their dependents into clinical research. (Abstract) *Journal of the Association for Academic Minority Physicians 1997*; 8 (4): xvii.

**González RR**, Berg HZ, Ledo R, Jacobson RM, and Poland GA. Measles vaccine delivery in children of Hispanic migrant farmworkers: failure to meet the Healthy People 2000 immunization goal. Presented at the 30th National Immunization conference, April 9, 1996, Washington, D.C.

Poland GA, **González RR**, Berg H, Ledo R, Jacobson RM, Marshal J, Rogers S, and Riggs BL. Recruitment of Hispanic migrant farmworkers into

clinical studies; lessons learned. Submitted to NIH GCRC Program to supplement grant M01-RR00585.

**González RR**, Maier CM, Ahern K. vB., Steinberg GK. A novel technique for regionally quantifying adenylate levels in the rat brain. Poster presented at the Thirteenth Annual Stanford Medical Research Symposium, May 3, 1996, Palo Alto, CA.

Maier CM, Ahern K. vB., **González RR**, Steinberg GK. Effects of mild and moderate hypothermia on neurologic outcome, infarct size, and adenylate levels following transient MCA occlusion in rats. *Society of Neuroscience Abstracts.* 1995; 22: 1030.

**González RR**, Dess, NK. The effectiveness of a competing-response model in developing activity-based anorexia in two lines of rats differeing in "emotionality". Poster presented and abstract published in the *Proceedings of the Annual Conference of the Society for the Advancement of Chicanos and Native Americans in the Sciences,* March 1994, Chicago, IL.

**Teaching And Education**

Surgical Proctor and Trainer for Photoselective Laser Vaporization Prostatectomy with GreenLight from 2005 to today. Invited lectures and live surgical training including Baylor College of Medicine, University of Southern California, Kaiser Permanente Southern California and Irvine, University of California San Francisco, Stanford, University of Texas Medical Branch Galveston, Cedars Sinai, Argentina, Venezuela, Brazil, Mexico, Costa Rica, Columbia, Ecuador, Bolivia, Panama, Japan, South Korea and Taiwan.

Faculty Member, Benign Prostatic Hyperplasia (BPH) Courses, 2005- 2013 American Medical Association Continuing Medical Education Courses.
Responsible for syllabus and sessions on minimally invasive surgical options for BPH and laser safety, including lectures and laboratory.

Spanish-Language Editor [volunteer], American Urological 2005-present Association's patient education web site (www.UrologyHealth.org)
Topics include: bladder trauma, overactive bladder, enlarged prostate, and kidney stones.

Cornell Resident Panelist, American College of Graduate 2004-2005 Medical Education (ACGME) Cornell-Columbia Outcomes Project for Systems-Based-Practice. Developed case scenarios to present at various departments' grand rounds to test the six ACGME competencies.

Coordinator and Presenter, Cornell-Pfizer Urology 2003 Symposium. Developed to review general urology for pharmaceutical executives and sales representatives. New York, NY. November 8, 2003.

| | | |
|---|---|---|
| | Teaching Assistant, Department of Anatomy, Stanford University School of Medicine. | 1995 |
| | Teaching Assistant, Algebra II, Summer Opportunities for the Academically Ready (SOAR; Program for talented, underpriviledged minorities), at the University of North Texas. | 1991 |
| **Administrative Activities** | Director (founding), Center for Voiding Dysfunction Houston Metro Urology | 2008 - present |
| | Founding Member, Cornell Center for Pelvic Pain | 2004 - 2006 |
| | Chief Resident, Department of Urology | 2004 - 2005 |
| | President, Stanford Medical Students Association | 1996 - 1997 |
| | Member, Steering Committee on LCME Reaccreditation | 1996 - 1997 |
| | Member, Stanford's Council on Diversity -to restructure affirmative action program | 1996 - 1997 |
| | Recruiter, File Reviewer, and Interviewer for Stanford Medical School Office of Admissions. | 1995 - 1997 |
| | State Representative (Stanford), California Chicano Medical Student Association | 1994 - 1995 |

**Memberships**

American Urological Association
Society for Urodynamics and Female Pelvic Medicine and Urogenital Reconstruction
International Urogynecological Association
Endourological Society
American Society of Reproductive Medicine
American Medical Association

**Interests**

Farming, spinning, and travel.

**Personal**

Fluent in Spanish.
Married (Marcela) with three sons
Texas State License: M3237