IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>_____<br>**THIS DOCUMENT RELATES TO:**<br><br><br>**ETHICON WAVE 10 CASE LISTED IN EXHIBIT A OF DEFENSE NOTICE OF ADOPTION** | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>**JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF
WILLIAM PORTER, M.D. FOR WAVE 10**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert response filed against William Porter, M.D. for Ethicon Wave 4, Dkt. 3934 in response to Ethicon's Motion (Dkt. 8015) and Memorandum in Support (Dkt. 8106) to exclude the General Opinions and Testimony of William Porter, M.D. Plaintiffs respectfully request that the Court deny Defendants' motion, for the reasons expressed in the Wave 4 response briefing.

Dated: May 28, 2019        Respectfully submitted,

/s/  D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

1

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett\
D. RENEE BAGGETT\
Aylstock, Witkin, Kreis and Overholtz, PLC\
17 E. Main Street, Suite 200\
Pensacola, FL 32563\
850-202-1010\
850-916-7449\
Rbaggett@awkolaw.com