# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Caryn M. Papantonakis
Caryn M. Papantonakis
Johnson Law Group
55 Waugh Drive
Suite 800
Houston, TX 77007
(713) 626-9336
cpapantonakis@johnsonlawgroup.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

                                                (304) 414-1800
                                                srobinson@tcspllc.com
                                                *Counsel for the Ethicon Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                                /s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Style |
| --- | --- |
| 2:16cv03648 | Karen Borkenhagen v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv06093 | Diania R. Poss v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv07368 | James Bell and Beverly K. Bell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv07812 | Vala Hart v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv07819 | Kyle Villegas v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv07826 | Stephanie Lenderman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv07956 | Shannon Allison v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv08408 | Donna Compton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv08758 | Elizabeth Catt v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv10656 | Carol Floyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv11414 | Traci Stewart v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv11901 | Leshny Walker v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv12440 | Martha Myers v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv00610 | Wendy Crow v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv00801 | Janice Haley v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01784 | Kathleen Diggle v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01826 | Bambi Blair v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02011 | Alicia Hunter v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02026 | Sally Heydasch v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02087 | Tammy Perry v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02206 | Sue Brickey v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02357 | Tracy Tsukas v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02672 | April Gowen v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02674 | Cynthia Jean Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03001 | Donna Whited v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03076 | Mellanie Leslie v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03158 | Sandra Reisdorf v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03186 | Krystal Dozier v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03463 | Brandi Rosamond v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03667 | Dessa Cardon v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03671 | Blanche Kensey v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03766 | Carolyn Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03863 | Christine Popok v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03870 | Faith Mundell v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03962 | Cheilon Edwards v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03975 | Tammy Jennings v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04004 | Wanda Monroe v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04064 | Nancy Romero v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04101 | Mary Mutterspaugh v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04102 | Cindy Gelowicz v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04142 | Gwendolyn Schrader v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:17cv04215 | Marie Childress and John Childress v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04318 | Connie Gilleland v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04416 | Leslie Forrester v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04437 | Debra Asire v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04438 | Betty Rowe v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04439 | Angela Grant v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04440 | Patricia Garrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04514 | Jennifer Giannone v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04577 | Bonnie Saunders v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04621 | Erin Valenzuela v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00020 | Patricia Dawson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00086 | Romona Broxterman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00095 | Debra Roche v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00249 | Miriam Sommers v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00252 | Rebecca Chambers v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00262 | Linda Appleby v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00264 | Mary Duty v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00293 | Jennifer Pawlik v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00316 | Stacy Lynn v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00909 | Debra Shelly v. Ethicon, Inc.; Johnson & Johnson |