# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR ) <br> SYSTEM PRODUCTS LIABILITY LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) | MDL NO. 2327 |

**AFFIDAVIT OF MATTHEW W. FRAZIER**

STATE OF TEXAS )

COUNTY OF HARRIS )

MATTHEW W. FRAZIER, being duly sworn, deposes and says:

1. I am an attorney at law licensed to practice in the state of Texas. I have always been and remain in good standing.

2. I was admitted to the State Bar of Texas in November 2007 and have been practicing law since that time.

3. Archer Systems, LLC (and its predecessor, The Settlement Alliance, LLC) ("Archer") has been a full-service claims administration company specializing in mass tort settlement administration since 2014. Archer has been appointed in various mass tort settlements as the Fund Administrator, Trustee, Settlement Master, and Special Master in numerous jurisdictions for thousands of settling claimants, as well as serving as a third-party Allocation Neutral. I joined Archer as Chief Operating Officer in January 2016. Since joining Archer, I have worked on various

mass tort settlements as the Fund Administrator, Trustee, Settlement Master, Special Master, and third party Allocation Neutral. The mass torts where Archer has acted as Settlement Master, Special Master and/or third-party Allocation Neutral include transvaginal mesh and various other mass torts. In particular, we have administered settlements of tens of thousands transvaginal mesh claimants over the past three years.

4. I have thoroughly familiarized myself with the issues involved in the case captioned above. As a result of my knowledge of that case, I can attest and affirm that there are no grounds for disqualification that would prevent Archer and/or me from serving as Settlement Master in the above captioned matter. I have reviewed the pleadings, medical information and scientific literature pertaining to mesh cases generally and specifically as related to the litigation involving Ethicon manufactured products. Archer also has a staff of nurses and physician assistants to assist in medical reviews as well as obtain additional experts, if necessary, for the performance of services as a Settlement Master. I will use the information gathered and my experience in performing my duties as Settlement Master.

_____
MATTHEW W. FRAZIER

**STATE OF TEXAS**
**COUNTY OF HARRIS**
This instrument was acknowledged before me on November 6th, 2018 by Matthew W. Frazier.

_____
Notary Public
Printed Name: Monica Casas

MONICA CASAS
Notary Public, State of Texas
Comm. Expires 02-03-2021
Notary ID 11203066

My Commission Expires:
2-3-21