# EXHIBIT B

# ARCHER SYSTEMS, LLC

Archer Systems, LLC ("Archer") provides comprehensive settlement planning and administration services to attorneys and their clients. Our settlement planners draw upon decades of industry experience to create customized solutions. **Working with leading law firms across the country, we are able to adeptly handle both simple and complex cases because we've aligned:**

**The Best Products**

Our company provides the most comprehensive array of settlement services in the country, from Los Angeles to Houston to New York City. We partner with the highest-rated insurance carriers providing structured settlements, and work with many of the top corporate trustees and wealth management firms in the country to give our clients access to the best products and providers in the business. In addition, we have formed strategic partnerships with companies that can assist with any aspect of a personal injury case. We routinely work with corporate trustees, elder law attorneys, life care planners, economists, long-term care management specialists, lien resolution attorneys, and many others during the litigation process. These relationships allow us to serve as the knowledgeable and sensitive point of contact for the attorneys and their clients from case intake to final resolution. Archer is a full-service organization committed to providing the best products while delivering quality results for our clients from start to finish.

**The Best Processes**

Our team has its own proprietary settlement technologies and processes that fully integrate and optimize the settlement process. Combined with outstanding customer service, our systems help us to provide efficient and effective case management, during both the pre-and-post settlement process. Thanks to our advanced technology and experienced staff, we are able to expedite the settlement process and provide the best service to our clients.

**The Best People**

Archer brings together the most respected and knowledgeable professionals in the settlement planning industry. Our team genuinely cares, and we remain passionate and focused on protecting the financial futures of those receiving settlement awards. Whether you require assistance on a single case or need help developing and administering a mass tort settlement involving thousands of cases, Archer has successfully completed a task like yours before, and will do it again with unrivaled detail-oriented service and superior results.

**Lasting Service**

At Archer, we are focused on building long-standing relationships with attorneys and their clients. Our commitment to service enables our company to obtain business from hundreds of leading law firms across the country on an annual basis. The attorneys that partner with our firm understand that our settlement planners always have their clients' best interests at heart. Our team fully expects that every personal injury or wrongful death client we do business with will remain our client for life.

Archer will be there whenever you have a simple question or are in immediate need of advice regarding a complex issue.

## **Mass Tort Settlement Planning & Resolution**

Archer has become the authority in mass tort fund administration and claims administration. Many of the leading mass tort law firms turn to our team of experts to coordinate mass tort projects of all sizes. Mass tort litigation projects involve complex, ever-evolving compliance requirements, ethics rules, and a host of unique legal and regulatory issues—all of which we are prepared to handle.

Our team has worked on tens of thousands of claims across the country, including pharmaceutical and medical device settlements on behalf of injured minors and adults, massive refinery and oil platform explosions, including the British Petroleum Texas City refinery incident (2005) and Deepwater Horizon explosion and oil spill in the Gulf of Mexico (2010). Our staff has also worked on tens of thousands transvaginal mesh cases over the last three years alone.

**What Settlement Planning Accomplishes for Mass Tort Plaintiffs**

Attorneys representing plaintiffs involved in mass tort litigation are legally required to ensure that their clients understand their options prior to receiving settlement funds. In order to protect their assets and secure their financial futures, our team evaluates how each claimant's forthcoming settlement could affect their current and future government benefit eligibility. Our dedicated mass tort team works alongside your law firm throughout the settlement process to make certain that clients are properly educated and protected.

Archer offers scalable, customized solutions to ensure law firm compliance, streamline administration, minimize costs, and reduce the time needed for cases to conclude.

**Scalable Solutions for Your Mass Tort Cases**

- QSF Administration
- Government Benefit Protection
- Travel Coordination and Case Mapping
- Structured Settlements
- Trust Services
- Lien Resolution
- Dedicated Claims Management Center
- Special Master/Guardian Ad Litem/Court Coordination

**How Your Firm Benefits**

- Streamlined Administration
- Minimized Costs/Set Fee Schedule
- Reduced Settlement Funding Time
- Compliance

With federal and state compliance requirements and guidelines constantly changing, mass tort litigators are particularly vulnerable to penalties for non-compliance. Archer has already helped hundreds of law firms successfully navigate the complexities of the mass tort settlement planning and administration process.