## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

### ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8227] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-M, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-M;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached

Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 29, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
**(Baron & Budd)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-05901 | Debra Norris and Robert Norris v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01815 | Amanda Moore v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Coveney Law)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-12230 | Deborah Pearson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12233 | Patricia H. Tomberlin v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT C**
**(Grant & Eisenhofer)**

| Civil Action No. | Case Style |
|---|---|
| 2:18-cv-00375 | Marie E. Goodgame v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00383 | Melanie T. Gallian v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT D**
**(Johnson Becker)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-33879 | Melissa Shellnut and John Shellnut v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-01868 | Irene E. Borland v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT E**
**(Law Offices of Sean M. Cleary)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:14-cv-11757 | Donna Myers v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT F**
**(Lockridge Grindal Nauen)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:14-cv-29017 | Eudene Hood v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02806 | Stacie Young and Steven Young v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT G**
**(Marc Whitehead & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-11635 | Tammy Ash v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11636 | Cheryl Camille Casebolt v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11752 | Angie Montejano v. Ethicon, Inc.; Johnson & Johnson |

11

**EXHIBIT H**
**(Marlin & Saltzman)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-01981 | Sharon Jackson and Robert Jackson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07478 | Gloria Boothe v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT I**
**(Motley Rice)**

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-00953 | Esther L. Ramos v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-05276 | Barbara Sprague and Thomas Sprague v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

**EXHIBIT J**
**(Oliver Law Group)**

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-03702 | Kimberly Grimsic and Steven Grimsic v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT K**
**(The Law Offices of Jeffrey S. Glassman)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-27244 | Pamela Travers and Joseph Travers v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07434 | Mary Teague and Thomas Teague v. Ethicon, Inc.; Johnson & Johnson |

15

**EXHIBIT L**
**(The Simon Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-01100 | Elyece Paholke and Herold Paholke v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04585 | Vickey Engel v. Ethicon, Inc.; Johnson & Johnson |

16

**EXHIBIT M**
**(Waters & Kraus)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-02162 | Anna Marie Holmes v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:18-cv-01024 | Christina Winters and Rick Winters v. Ethicon, Inc.; Johnson & Johnson |