**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8240] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-C, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-C;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached

Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 29, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
**(Johnson Law Group)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:16-cv-04262 | Edna Franklin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01825 | Margaret Hiscock v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02727 | Mary Wise v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03675 | Priscilla Alfaro v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03925 | Beverly Bennett v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04260 | Rosetta Jeter v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Murphy Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-21833 | Martha Kirchem v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28328 | Deborah Bonaventure v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-28332 | Glenda Malone v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-28338 | Eva Burney and Alvis Burney v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-28342 | Margaret Dimon and George Samuel Dimon, Jr. v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-28343 | Janet Smith and Henry Smith, Jr. v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-28345 | Jacqueline Futch and Emanuel Futch v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-29109 | Elaine Butler v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-29116 | Barbara G. Farnsworth v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-29124 | Erica House v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-29132 | Diane Smith and Victor B. Smith v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-29133 | Zoila Tavarez v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-29135 | Cheryl Wenzel v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-29550 | Melissa Hamlin and Thomas Hamlin v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-29551 | Marcia McQueen v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-29569 | Emelia Munguia v. Ethicon, Inc; Ethicon, LLC |
| 2:13-cv-29683 | Sherron Shuffield v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29693 | Mary Langolf and Darin Langolf v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29695 | Amber Irick v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-29697 | Michelle Melanson and Gerald Melanson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-30225 | Patricia Cerar and Jerry Cerar v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-30233 | Vickie Harvey v. Ethicon, Inc.; Ethicon, LLC |
| 2:13-cv-31897 | Frances Montiel v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31901 | Melinda Moore v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-32429 | Stacey Howard and James Hayward v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32604 | Theresa Cooper v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-32637 | Elizabeth Major v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-32639 | Maria Garcia v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32642 | Dianne Morgan v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-01489 | Alicia Flores v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-01498 | Marion S. Babin and Eugene Babin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-02145 | Gale Ballard v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03353 | Ruth Pacheco v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-03356 | Lucinda Donald v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-03358 | Shirley Millard v. Ethicon, Inc. |
| 2:14-cv-07477 | Lori Gonzalez v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-07480 | Lisa Stefanec v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-09666 | Geraldine Laws v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-10494 | Leona Thibeault v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10499 | Tina Delaney v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11259 | Diane Carter v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11262 | Carmen Mills and David Mills v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11268 | Mary Howard v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-12032 | Beth Cohen and David Cohen v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12036 | Patricia Reffner v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-15060 | Debra Villalobos and Henry Villalobos v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-15813 | Marlene White and Thomas White v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-16500 | Deborah Morits v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-18001 | Lynn Rodriguez and Leonazo Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02410 | Fannie Malone v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02414 | Clementene Flanagan v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03649 | Helen McDaniels and Alfonso McDaniels v. Ethicon, Inc; Johnson & Johnson |
| 2:15-cv-03651 | Danna Stone and Lance Stone v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04483 | Marilyn Barker v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04486 | Melinda Birge v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05620 | Alea Cherry v. Ethicon, Inc.; Ethicon, LLC |
| 2:15-cv-05627 | Kim Gardner v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05645 | Cinda Glass v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05702 | Doris Humplik v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05827 | Mary Lewis v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05830 | Virginia Harp v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05849 | Deborah Mitchell v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05852 | Loukisha Leverette v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06057 | Mary Hurley v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11788 | Johnnie Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12879 | Stacey Allen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12921 | Anita Phipps v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12963 | Paula Crouch and James D. Crouch v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13026 | Diana Bohanon and Kenneth Bohanon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13100 | Betty J. Drummond v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13101 | Tracy Ostergaard v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13166 | Debbie Parramore v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13270 | Joanna L. Patten and Jon Allen Patten v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13428 | Nancy Reinking and Jerome T. Reinking v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:15-cv-13435 | Sandra Sanchez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13492 | Deann Burgon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13493 | Michelle Aguilar and Norberto Aguilar v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13590 | Deborah Hood and Larry Hood v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13651 | Betty Warnock v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13654 | Charlotte M. Demmons and Joseph R. Demmons, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13685 | Patricia Pierce and Kenneth E. Pierce v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13713 | Nancy Stone and James Stone v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13843 | Nancy J. Morgan v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14026 | Marilyn Liesenfeld-Nagel and James Nagel v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14030 | Angela Miltenberger v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14033 | Audrey Johnson and Allen Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14038 | Evelyn Dempsey and Johnny Dempsey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14238 | Angela Brandon and William Brandon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14488 | Susan Ferderer and Dan Ferderer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14489 | Mary Sepeda and Domingo Sepeda v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14493 | Tia London v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14500 | Priscilla P. Downing v. Ethicon, Inc. |
| 2:15-cv-14616 | Carol Parks and Gover Parks v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14657 | Diane L. Dixon and James D. Dixon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14780 | Alice M. Coulombe and Albert J. Coulombe v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14932 | Cindy Armour and John Armour v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14934 | Marsha Pickens v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15294 | Telisa Foster and Allen Foster v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15916 | Diana Simpson-Daelen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16259 | Mary Parker v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01551 | Wendy Scott and Robert Scott v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01817 | Janet H. Lennox v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03608 | Maricela Silva v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05301 | Sarah Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05306 | Margareeta Everett v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05446 | Shirley Gard v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05736 | Rhonda Sue Olson and Paul N. Olson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02047 | Shelly Dupont and Joe Dupont v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT C**
**(Wormington Law Group)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-19256 | Shirley Brinkman v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20735 | Joy Lapinskas and Roland Lapinskas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-22772 | Karla D. Martin and Terry G. Martin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-11584 | Marion N. Ross v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11755 | Tiffany L. Longoria v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13349 | Louise Keck v. Ethicon, Inc.; Johnson & Johnson |