# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION  MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8241] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 29, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-05971 | Sheila Moses v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-00820 | Penny Cade v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-14525 | Carrie Phillips and Troy Phillips v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-18413 | Loretta Blanton v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18417 | Karen Fowler v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18692 | Teresa Lenich v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18706 | Jennifer Pope v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18710 | Evelyn Rutherford v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18716 | Loretta Shellman v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18719 | Christina Maria Slaven v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-18722 | Sandra Sue Tipton v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-19663 | Maria Esparza v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-20259 | Sandra Schocke v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20264 | Magda Trujillo v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-20303 | Kristy Borst v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20582 | Leslie Morrison v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21830 | Traci Crump v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21866 | Linda Miller v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-23408 | Phyllis Woodall v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-23620 | Lorraine Dragon v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-24223 | Brenda Botts v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24225 | Renee Nicole Cook v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25619 | Sherry Loeb v. Ethicon, Inc; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25620 | Elaine M. Pipke v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25622 | Gweneva Shelton v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26990 | Pamela Coffin-Gordon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27556 | Loretta J. Richardson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29656 | Mary Sue Cerniglia v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31236 | Martha A. Guevara v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32091 | Karen Lyons v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-32094 | Lorie Strickland v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-10591 | Eileen C. Anick v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-11806 | Cheri Tschoepe and Paul Tschoepe v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-11950 | Barbara A. Deacon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-25307 | Enedina Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02795 | Lisa Baldwin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07536 | Rosalie Avila-Jimenez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07562 | Tammy Anderson and Chris Anderson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07568 | Mary Biggs and Narmour Biggs, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07569 | Doris Blue and Joseph A. Blue v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07599 | Esther Boyd v. Ethicon, Inc.; Ethicon, LLC |

| | |
|---|---|
| 2:16-cv-07602 | Amy Bray and William Bray v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07604 | Beverly Caldweell and James Caldwell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07780 | Linda Eason v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07781 | Linda Ellis and James L. Ellis v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07800 | Dorothy Chappell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07825 | Mary Couch v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07829 | Jolynn Crain v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07838 | Lois Dingess v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07878 | Debra Finn and Charles B. Finn v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07879 | Mary Forbes v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07881 | Maria Galvan and Felipe Galvan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08161 | Kim Allan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08162 | Tamera Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08165 | Veronica Gladysz v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08166 | Linda Glenn v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08167 | Kara Goyette v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08168 | Betsy Grassel v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08175 | Brenda Jacobson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08177 | Ida Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08178 | Peggy Kellison v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08182 | Patricia King v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08784 | Sandra Kloo v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08785 | Rose Lampignano v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08787 | Lynda Lane v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08792 | Carolyn Lytle v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08794 | Eva Martinez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08795 | Myrtis McClenny v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08797 | Betty McKibben v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08810 | Beatrice Myers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08812 | Peggy Nehring v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09507 | Donna Eaton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09526 | Alice Lorena Barton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09531 | Connie Roberts v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09533 | Julia Slayton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09541 | Debra Wallace v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09545 | Kimberly Zummo v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09551 | Carolyn Weegar v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09575 | Carmen Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09578 | Margaret Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09579 | Tasha Rogers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09580 | Eileen Roskos v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09583 | Najet Saxton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09585 | Wanda Selvidge v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09587 | Glenda Shelby v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09591 | Joanne Siegfried v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-09685 | Doreen Singer v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09688 | Kimberly Smith-Fuller v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09690 | Stacie Sparkman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09691 | Agnes St. Hilaire v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09693 | Heather Staggs v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09701 | Merle Stark v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09703 | Marilyn Strong v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09706 | Bonnie Swanson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09707 | Deniese Graves v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09710 | Cheryl Hipwell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09711 | Linda Tatalovich v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09714 | Alberta Huff v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09717 | Yuny Martinez v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09718 | Lonnie Thompson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09722 | Lottie Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09723 | Debra Wiseman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09956 | Andrea Pearsall v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09957 | Judy Anne Peltz v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09969 | Wendy Pliner v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09972 | Linda Polise v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09982 | Roseanne Rapp v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10080 | Victoria Pruitt v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-08452 | Dylinda Mayfield and James Mayfield v. Ethicon, Inc.; Johnson & Johnson |