# EXHIBIT A

Scott Guelcher Exhibit A

| | |
|---|---|
| Boyd, Vera | 2:17cv03586 |
| Campbell, Hilda & John | 2:17cv03866 |
| Costa, Bianca & John | 2:17cv04208 |
| Wipperman, Peggy & Carl | 2:16cv09243 |