# EXHIBIT A

Uwe Klinge Exhibit A

| | |
|---|---|
| Bailey, Teresa M. & Gry David | 2:13cv04598 |
| Burlingame, Emily | 2:13cv07252 |
| Holmes, Anna Marie | 2:14cv02162 |
| Lawson, Elaine | 2:13cv23274 |
| Theisen, Carla R. | 2:13cv12635 |
| Tily, Joan | 2:15cv00385 |
| Walsh, Jodi L. | 2:14cv09375 |
| Williams, Paulette | 2:15cv14810 |