# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 9 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF ETHICON'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DR. JIMMY W. MAYS FILED IN WAVE 4

Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon") adopt and incorporate by reference Ethicon's Motion to Exclude the Opinions and Testimony of Dr. Jimmy W. Mays [Dkt. #3642], Ethicon's Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Dr. Jimmy W. Mays [Dkt. #3647], and Ethicon's Reply [Dkt. #3847] previously filed in Wave 4.[1] Ethicon respectfully requests that the Court exclude Dr. Mays' testimony in the Wave 9 cases identified in Exhibit A for the reasons expressed in the Wave 4 briefing adopted and incorporated herein.

Dated: May 29, 2019

Respectfully submitted,

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

---

[1] Although Dr. Mays has filed a new report beginning with Wave 5, this report is substantively the same with respect to the opinions challenged in Ethicon's Wave 4 Motion, and Ethicon's arguments in that Motion apply equally to the Wave 5 report.

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com