# EXHIBIT A

Jimmy Mays Exhibit A

| | |
|---|---|
| Blessing-Prosser, Janice & Rickey | 2:17cv01988 |
| Coffey, Cynthia & David | 2:16cv09101 |
| Novelli, Melinda | 2:16cv03576 |