# EXHIBIT A

Paul Michaels Exhibit A

| | |
|---|---|
| Barron, Sandra | 2:13cv14834 |
| Campbell, Hilda & John | 2:17cv03866 |
| Coffey, Cynthia & David | 2:16cv09101 |
| Schulz, Amy | 2:17cv02677 |