# EXHIBIT A

Duane Priddy Exhibit A

| | |
|---|---|
| Barron, Sandra | 2:13cv14834 |
| Lindon, Kathleen & Bill Johns | 2:16cv07814 |
| Schulz, Amy | 2:17cv02677 |