**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 9 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
NICOLETTE SIGRID HORBACH, M.D. FOR
WAVE 9**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion, memorandum and reply filed in relation to Nicolette Sigrid Horbach for Ethicon Wave 1, Dkt. 2044 (motion), Dkt. 2045 (memorandum in support) and Dkt. 2235 (reply). Plaintiffs respectfully request that the Court exclude Nicolette Sigrid Horbach's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Wave 9 cases identified in Exhibit A attached hereto.

Dated: May 29, 2019

Respectfully submitted,

/s/ D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: rbaggett@awkolaw.com

1

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| Lindon, Kathleen | 2:16-cv-07814 |
| Miller, Brenda J. | 2:15-cv-11924 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 29, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                    /s/ D. Renee Baggett_____
                                    D. RENEE BAGGETT
                                    Aylstock, Witkin, Kreis and Overholtz, PLC
                                    17 E. Main Street, Suite 200
                                    Pensacola, FL 32563
                                    850-202-1010
                                    850-916-7449
                                    Rbaggett@awkolaw.com