**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 9 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
KIMBERLY KENTON, M.D. FOR WAVE 9**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion, memorandum and reply brief filed in relation to Kimberly Kenton for Ethicon Wave 1, Dkt. 2087 (motion), Dkt. 2088 (memorandum in support) and Dkt. 2244 (reply).  Plaintiffs respectfully request that the Court exclude Kimberly Kenton's testimony, for the reasons expressed in the Wave 1 briefing.  This notice applies to the following Wave 9 cases identified in Exhibit A attached hereto.

Dated: May 29, 2019        Respectfully submitted,

/s/  D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Burlingame, Emily | 2:13-cv-07252 |
| Harshbarger, Amanda Marie | 2:13-cv-15950 |
| Lawson, Elaine | 2:13-cv-23274 |
| Lloyd-Duncan, Meredith | 2:12-cv-09153 |
| Omiotek, Deretha Mae | 2:13-cv-30669 |
| Pawlisa, Jayne & Richard | 2:15-cv-03832 |
| Zariski, Kay & Robert | 2:14-cv-26753 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                           /s/ D. Renee Baggett_____
                           D. RENEE BAGGETT
                           Aylstock, Witkin, Kreis and Overholtz, PLC
                           17 E. Main Street, Suite 200
                           Pensacola, FL 32563
                           850-202-1010
                           850-916-7449
                           Rbaggett@awkolaw.com