### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY
LITIGATION

Master File No. 2:12-MD-02327
MDL 2327

-------------------------------------------------------

ETHICON WAVE 9 CASES LISTED IN
EXHIBIT A

JOSEPH R. GOODWIN
U.S. DISTRICT JUDGE

### NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
### ROBERT M. ROGERS, M.D. FOR WAVE 9

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Robert M. Rogers for Ethicon Wave 2, Dkt. 2417 (motion), Dkt. 2466

(memorandum in support).  Plaintiffs respectfully request that the Court exclude Robert M.

Rogers' testimony, for the reasons expressed in the Wave 2 briefing.  This notice applies to the

following Wave 9 cases identified in Exhibit A attached hereto.

Dated: May 30, 2019

Respectfully submitted,

/s/  Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Lloyd-Duncan, Meredith | 2:12-cv-09153 |
| Novelli, Melinda | 2:16-cv-03576 |
| Tily, Joan | 2:15-cv-00385 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 30, 2019, I electronically filed the foregoing document with

the Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.


/s/ Renee Baggett_____
RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
rbaggett@awkolaw.com