# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION           MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

## ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8270] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 30, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-00264 | Helen Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01572 | Dana Rae Harper and Walter Harper v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03791 | Lisa Gatlin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-09220 | Mary Jo Monroe v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-16020 | Yasmin Pirkle and Michael Scott Pirkle v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20426 | Delores Rosado and Nazaniel Rosado v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26369 | Joan Maddox and Larry Maddox v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26374 | Anna Cisneros and Jose R. Cisneros v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26380 | Susan Scmidt v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27149 | Jade Griffin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28664 | Heather D. Stegner and Chad J. Stegner v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31651 | Jennifer Benson-Kinchelow and Sabir Quentin Kinchelow v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31854 | Delores Martin (Deceased) and Joyce Barnes, Deborah Deeds-Keeley, Lewis Deeds, Jr., as Co-Representatives of the Estate of Delores Martin (Deceased) v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16761 | Sally C. Judd v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-18350 | Fonda Lee Allison and Duane Forrest Allison v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07585 | Mary C. Strohl and Douglas T. Strohl v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10773 | Susan E. Pusztai and Richard E. Pusztai v. Ethicon, Inc. |
| 2:16-cv-10775 | Holly Zeisloft and Brian Zeisloft v. Ethicon, Inc. |