APPROVED and SO ORDERED.
ENTER: 5/30/19

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO:<br><br>*Karen Borkenhage v. Ethicon, Inc., et al.*<br>Case No. 2:16-cv-03648 | |

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS**

Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants") moved to dismiss the claim of Karen Borkenhagen without prejudice, pursuant to a Joint Motion to Dismiss Without Prejudice. The Ethicon Defendants hereby withdraw their Motion to Dismiss as to Karen Borkenhagen contained in Exhibit A (Doc. No. 8248).

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

1