## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| -------------------------------------------------------- ETHICON WAVE 9 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
## JAIME L. SEPULVEDA-TORO, M.D. FOR WAVE 9

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion, memorandum and reply brief filed in relation to Jaime L. Sepulveda-Toro for Ethicon

Wave 1, Dkt. 2014 (motion), Dkt. 2018 (memorandum in support) and Dkt. 2225 (reply).

Plaintiffs respectfully request that the Court exclude Jaime L. Sepulveda-Toro's testimony, for

the reasons expressed in the Wave 1 briefing.  This notice applies to the following Wave 9 cases

identified in Exhibit A attached hereto.

Dated: May 30, 2019                    Respectfully submitted,

                                       /s/  D. Renee Baggett
                                       Renee Baggett, Esq.
                                       Bryan F. Aylstock, Esq.
                                       Aylstock, Witkin, Kreis and Overholtz, PLC
                                       17 East Main Street, Suite 200
                                       Pensacola, Florida  32563
                                       (850) 202-1010
                                       (850) 916-7449 (fax)
                                       E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Conn, Christy D. | 2:14-cv-09938 |
| Ransom, Lori | 2:13-cv-18285 |
| Schulz, Amy | 2:17-cv-02677 |
| Watson, Melanie | 2:13-cv-24197 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, I electronically filed the foregoing document with

the Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett_____
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
rbaggett@awkolaw.com