## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                           MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

### ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8248], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: May 30, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

_____
[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

## EXHIBIT A

| Civil Action No. | Case Name | |
| --- | --- | --- |
| 2:16-cv-03410 | Anna Cason | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03121 | Karen Christensen | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01833 | Mary Coyle | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08407 | Janice Culton | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28170 | Debra Entrekin and John Entrekin | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13859 | Terry Harrison and Jimmy Lee Harrison | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03623 | Desiree Johnson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04155 | Chasity Redden | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13352 | Catherine L. Seamons | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05166 | Izetta J. Smith | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03648 | Karen Borkenhagen | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01460 | Theresa Haggerty | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01455 | Katie Fox | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01437 | Eileen Bastien | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04152 | Marilyn Williams | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01509 | Susan Waldeck | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01475 | Barbara Maddox | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01461 | Janet Hall | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10956 | Wanda Jones | vs. Ethicon, Inc.; Johnson & Johnson |

46317902.v1