# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8249] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 30, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 30, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| ~~2:16cv03648~~ | ~~Karen Borkenhagen v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:16cv06093 | Diania R. Poss v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv07368 | James Bell and Beverly K. Bell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv07812 | Vala Hart v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv07819 | Kyle Villegas v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv07826 | Stephanie Lenderman v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv07956 | Shannon Allison v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv08408 | Donna Compton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv08758 | Elizabeth Catt v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv10656 | Carol Floyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv11414 | Traci Stewart v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv11901 | Leshny Walker v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv12440 | Martha Myers v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv00610 | Wendy Crow v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv00801 | Janice Haley v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01784 | Kathleen Diggle v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01826 | Bambi Blair v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02011 | Alicia Hunter v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02026 | Sally Heydasch v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02087 | Tammy Perry v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02206 | Sue Brickey v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02357 | Tracy Tsukas v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02672 | April Gowen v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02674 | Cynthia Jean Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03001 | Donna Whited v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03076 | Mellanie Leslie v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03158 | Sandra Reisdorf v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03186 | Krystal Dozier v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03463 | Brandi Rosamond v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03667 | Dessa Cardon v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03671 | Blanche Kensey v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03766 | Carolyn Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03863 | Christine Popok v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03870 | Faith Mundell v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03962 | Cheilon Edwards v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv03975 | Tammy Jennings v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04004 | Wanda Monroe v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04064 | Nancy Romero v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04101 | Mary Mutterspaugh v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04102 | Cindy Gelowicz v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04142 | Gwendolyn Schrader v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:17cv04215 | Marie Childress and John Childress v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04318 | Connie Gilleland v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04416 | Leslie Forrester v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04437 | Debra Asire v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04438 | Betty Rowe v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04439 | Angela Grant v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04440 | Patricia Garrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04514 | Jennifer Giannone v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04577 | Bonnie Saunders v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv04621 | Erin Valenzuela v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00020 | Patricia Dawson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00086 | Romona Broxterman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00095 | Debra Roche v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00249 | Miriam Sommers v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00252 | Rebecca Chambers v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00262 | Linda Appleby v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00264 | Mary Duty v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00293 | Jennifer Pawlik v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00316 | Stacy Lynn v. Ethicon, Inc.; Johnson & Johnson |
| 2:18cv00909 | Debra Shelly v. Ethicon, Inc.; Johnson & Johnson |