**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR                Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 9 CASES LISTED IN
EXHIBIT A                                                                     JOSEPH R. GOODWIN
                                                                                      U.S. DISTRICT JUDGE

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
EDWARD STANFORD, M.D. FOR WAVE 9**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion and memorandum filed in relation to Edward Stanford, MD for Ethicon Election Wave re

PTO 298 Dkt. 7349 (inadvertently styled Wave 8).  Plaintiffs respectfully request that the Court

exclude Edward Stanford's testimony, for the reasons expressed in the Election Wave re PTO

298 briefing.  This notice applies to the following Wave 9 cases identified in Exhibit A attached

hereto.

Dated: May 30, 2019                         Respectfully submitted,

                                                          /s/  D. Renee Baggett
                                                          Renee Baggett, Esq.
                                                          Bryan F. Aylstock, Esq.
                                                          Aylstock, Witkin, Kreis and Overholtz, PLC
                                                          17 East Main Street, Suite 200
                                                          Pensacola, Florida  32563
                                                          (850) 202-1010
                                                          (850) 916-7449 (fax)
                                                          E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

2

## EXHIBIT A

| Coffey, Cynthia | 2:16-cv-09101 |
|---|---|
| Holmes, Anna Marie | 2:14-cv-02162 |
| Klinker, Michelle | 2:12-cv-01926 |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2019, I electronically filed the foregoing document with

the Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com