# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br> MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 9 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF SHELBY THAMES FOR WAVE 9

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motions and memorandums filed in relation to Shelby Thames for Ethicon Waves 1, 2, 3 and 10: Dkts. 2039, 2455, 2839 and 8071 (motions); 2042, 2458, 2841 and 8073 (memorandums in support); and Waves 1, 2 and 3 reply briefs 2247, 2621, and 3037 (reply briefs). Plaintiffs respectfully request that the Court exclude Shelby Thames testimony, for the reasons expressed in the Waves 1, 2, 3 and 10 briefing. This notice applies to the following Wave 9 cases identified in Exhibit A attached hereto.

Dated: May 30, 2019            Respectfully submitted,

/s/ D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| Name | Case Number |
|---|---|
| Bailey, Teresa M. | 2:13-cv-04598 |
| Barron, Sandra | 2:13-cv-14834 |
| Blessing-Prosser, Janice | 2:17-cv-01988 |
| Boyd, Vera | 2:17-cv-03586 |
| Bridges, Dawn | 2:15-cv-13609 |
| Buntgen, Gwen | 2:13-cv-05886 |
| Campbell, Hilda | 2:17-cv-03866 |
| Clark, Joyce | 2:15-cv-13857 |
| Conn, Christy D. | 2:14-cv-09938 |
| Costa, Bianca | 2:17-cv-04208 |
| Harshbarger, Amanda Marie | 2:13-cv-15950 |
| Lindon, Kathleen | 2:16-cv-07814 |
| Miller, Brenda J. | 2:15-cv-11924 |
| Omiotek, Deretha Mae | 2:13-cv-30669 |
| Pawlisa, Jayne & Richard | 2:15-cv-03832 |
| Quillen, Lela J. | 2:14-cv-14403 |
| Ransom, Lori | 2:13-cv-18285 |
| Schulz, Amy | 2:17-cv-02677 |
| Taylor, Terry L. | 2:14-cv-15473 |
| Walsh, Jodi L. | 2:14-cv-09375 |
| Watson, Melanie | 2:13-cv-24197 |
| Williams, Donna & Rex | 2:12-cv-03225 |
| Williams, Paulette | 2:15-cv-14810 |
| Wipperman, Peggy & Carl | 2:16-cv-09243 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 30, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ D. Renee Baggett
      D. Renee Baggett
      Aylstock, Witkin, Kreis and Overholtz, PLC
      17 E. Main Street, Suite 200
      Pensacola, FL 32563
      850-202-1010
      850-916-7449
      Rbaggett@awkolaw.com