# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 9 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF STANLEY ZASLAU FOR WAVE 9

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motions filed in relation to Stanley Zaslau for Ethicon Waves 1, 3 and 4, Dkts. 2026, 2827, and 3665 (motions), Dkts. 2030 and 3669 (memorandums in support), and the reply briefs filed in Ethicon Waves 1 and 4, Dkts. 2220 and 3859 (replies).  Plaintiffs respectfully request that the Court exclude Stanley Zaslau's testimony, for the reasons expressed in the Waves 1, 3 and 4 briefing.  This notice applies to the following Wave 9 cases identified in Exhibit A attached hereto.

Dated: May 30, 2019

Respectfully submitted,
D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

                    /s/ Thomas P. Cartmell
                    THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

**EXHIBIT A**

| Campbell, Hilda | 2:17-cv-03866 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com