**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT*
MOTION TO EXCLUDE BOBBY SHULL M.D., FOR ETHICON WAVE 9**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Lindon, Kathleen & Bill Johns | TVT and Artisan Y-shaped Mesh | 2:16cv07814 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate
Dr. Shull as a general expert.**