**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE JERRY BLAIVAS M.D., FOR ETHICON WAVE 9**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Boyd, Vera | Gynecare TVT | 2:17cv03586 | Ethicon MDL 2327 |
| Coffey, Cynthia & David | Prolene Soft and Gynecare TVT | 2:16cv09101 | Ethicon MDL 2327 |
| Lindon, Kathleen & Bill Johns | TVT and Artisan Y-shaped Mesh | 2:16cv07814 | Ethicon MDL 2327 |
| Schulz, Amy | Gynecare TVT | 2:17cv02677 | Ethicon MDL 2327 |
| Williams, Paulette | TVT | 2:15cv14810 | Ethicon MDL 2327 |
| Wipperman, Peggy & Carl | Tissue TVT | 2:16cv09243 | Ethicon MDL 2327 |

\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Blaivas as a general expert.