## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 <br> MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 9 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN <br> U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE CERTAIN GENERAL OPINIONS OF DANIEL ELLIOTT, M.D. FOR WAVE 9

Defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon") hereby adopt and incorporate by reference the *Daubert* motion, memorandum and reply brief in relation to Dr. Daniel Elliott filed by Ethicon in Wave 10 Case No. 2:12-md-02327: Doc. 8080 (Motion) and Doc. 8081 (Memorandum in Support). The reply brief is soon to be filed in Wave 10 and, as such, does not yet have a related docket entry number. Nevertheless, Ethicon adopts its reply brief related to its motion to exclude the testimony of Dr. Elliott in Wave 10, for Wave 9. Ethicon respectfully requests that the Court exclude Dr. Daniel Elliott's testimony, for the reasons expressed in the Wave 10 briefing. This notice applies to the Wave 9 cases identified in Exhibit A attached hereto.

        Respectfully Submitted,

        <u>/s/ William M. Gage</u>
        William M. Gage
        Butler Snow LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS 39158-6010
        (601) 985-4523
        William.gage@butlersnow.com

        <u>/s/ Susan M. Robison</u>
        Susan Robinson (W. Va. Bar #5169)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 25338
        (304) 414-1807
        srobinson@tcspllc.com

        Counsel for Defendants Ethicon, Inc. and
        Johnson & Johnson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 9 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I, William M. Gage, certify that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                   */s/* William M. Gage
                                                   William M. Gage
                                                   Butler Snow LLP
                                                   1020 Highland Colony Parkway
                                                   Suite 1400 (39157)
                                                   P.O. Box 6010
                                                   Ridgeland, MS  39158-6010
                                                   (601) 985-4523
                                                   William.gage@butlersnow.com