**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT*
MOTION TO EXCLUDE DANIEL ELLIOTT, M.D., FOR ETHICON WAVE 9**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Bailey, Teresa M. & Gary David | Gynecare TVT | 2:13cv04598 | Ethicon MDL 2327 |
| Johnson, Karen & Richard A | TVT Retropubic | 2:15cv12633 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Elliott as a general expert.**