**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE BRUCE ROSENZWEIG M.D., FOR ETHICON WAVE 9**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Bailey, Teresa M. & Gary David | Gynecare TVT | 2:13cv04598 | Ethicon MDL 2327 |
| Barron, Sandra | Gynecare TVT | 2:13cv14834 | Ethicon MDL 2327 |
| Blessing-Prosser, Janice & Rickey | Gynecare TVT | 2:17cv01988 | Ethicon MDL 2327 |
| Burlingame, Emily | Gynecare TVT | 2:13cv07252 | Ethicon MDL 2327 |
| Campbell, Hilda & John | Gynecare | 2:17cv03866 | Ethicon MDL 2327 |
| Holmes, Anna Marie | Gynecare TVT | 2:14cv02162 | Ethicon MDL 2327 |
| Johnson, Karen & Richard A. | TVT Retropubic | 2:15cv12633 | Ethicon MDL 2327 |
| Lawson, Elaine | Gynecare TVT | 2:13cv23274 | Ethicon MDL 2327 |
| Novelli, Melinda | Gynecare | 2:16cv03576 | Ethicon MDL 2327 |
| Schulz, Amy | Gynecare TVT | 2:17cv02677 | Ethicon MDL 2327 |
| Theisen, Carla R. | TVT Retropubic | 2:13cv12635 | Ethicon MDL 2327 |
| Tily, Joan | Gynecare TVT | 2:15cv00385 | Ethicon MDL 2327 |
| Walsh, Jodi L. | Gynecare TVT-O | 2:14cv09375 | Ethicon MDL 2327 |
| Williams, Paulette | TVT | 2:15cv14810 | Ethicon MDL 2327 |
| Wipperman, Peggy & Carl | Tissue TVT | 2:16cv09243 | Ethicon MDL 2327 |

* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Rosenzweig as a general expert.