IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| THIS DOCUMENT RELATES TO:<br><br>*Karen Borkenhage v. Ethicon, Inc., et al.*<br>**Case No. 2:16-cv-03648** | |

**NOTICE OF WITHDRAWAL OF DEFENDANTS' NOTICE TO
WITHDRAW JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Defendants, Johnson & Johnson and Ethicon, Inc. (collectively, the "Ethicon Defendants") inadvertently filed two Joint Motions to Dismiss this case: one with prejudice (Doc. 8248) and one without prejudice (Doc. No. 8249). Upon discovering this error, the Ethicon Defendants filed a Notice of Withdrawal of the Joint Motion to Dismiss Without Prejudice (Doc. 8251). The Ethicon Defendants understand that this has created some procedural confusion and, therefore, **hereby withdraw the Notice of Withdrawal of the Joint Motion to Dismiss Without Prejudice (Doc. 8251).**

         Respectfully submitted,

         */s/ William M. Gage*
         William M. Gage (MS Bar No. 8691)
         Butler Snow LLP
         1020 Highland Colony Parkway
         Suite 1400 (39157)
         P.O. Box 6010
         Ridgeland, MS 39158-6010
         (601) 985-4561
         william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Ethicon Defendants

CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage
William M. Gage

45228878.v1