## EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE ANNE WILSON FOR ETHICON WAVE 9

1. Bailey, Teresa M. and Gry David: 2:13-cv-04598

2. Campbell, Hilda and John: 2:17-cv-03866

3. Williams, Paulette: 2:15-cv-14810