## EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE DONALD OSTERGARD, M.D. FOR ETHICON WAVE 9

1.   Coffey, Cynthia & David: 2:16cv09101