**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE PEGGY PENCE, PH.D., FOR ETHICON WAVE 9**

**List of Applicable Cases**

| Case Name | Case Number | Product(s) |
|---|---|---|
| Campbell, Hilda & John | 2:17-cv-03866 | TVT |
| Williams, Paulette | 2:15-cv-14810 | TVT |
| Cole, Crista | 2:13-cv-22847 | TVT |
| Garcia, Carolyn | 2:13-cv-14355 | TVT |
| Burlingame, Emily | 2:13-cv-07252 | TVT |
| Lawson, Elaine | 2:13-cv-23274 | TVT |
| Schulz, Amy | 2:17-cv-02677 | TVT Abbrevo |
| Tily, Joan | 2:15-cv-00385 | TVT-O |
| Blessing-Prosser, Janice & Rickey | 2:17-cv-01988 | TVT-O |
| Johnson, Karen & Richard A. | 2:15-cv-12633 | TVT |
| Novelli, Melinda | 2:16-cv-03576 | TVT-O |
| Perez, Marinet & Edward | 2:13-cv-30047 | TVT |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Pence as a general expert.**

1