**EXHIBIT A TO DEFENDANTS' MOTION TO EXCLUDE**
**VLADIMIR IAKOVLEV, M.D., FOR ETHICON WAVE 9 CASES**

### List of Applicable Cases

| Case Name | Case Number | MDL Proceeding |
|---|---|---|
| Bailey, Teresa M. & Gry David | 2:13cv04598 | Ethicon MDL 2327 |
| Blessing-Prosser, Janice & Rickey<br><br>STAND DOWN | 2:17cv01988 | Ethicon MDL 2327 |
| Boyd, Vera - 186714<br><br>STAND DOWN | 2:17cv03586 | Ethicon MDL 2327 |
| Burlingame, Emily | 2:13cv07252 | Ethicon MDL 2327 |
| Cummins, Amber | 2:13cv23934 | Ethicon MDL 2327 |
| Costa, Bianca & John | 2:17cv04208 | Ethicon MDL 2327 |
| Holmes, Anna Marie<br><br>STAND DOWN | 2:14cv02162 | Ethicon MDL 2327 |
| Lawson, Elaine | 2:13cv23274 | Ethicon MDL 2327 |
| Lindon, Kathleen & Bill Johns<br><br>STAND DOWN | 2:16cv07814 | Ethicon MDL 2327 |
| Johnson, Sandra | 2:18cv00549 | Ethicon MDL 2327 |
| Novelli, Melinda<br><br>STAND DOWN | 2:16cv03576 | Ethicon MDL 2327 |
| Theisen, Carla R.<br><br>STAND DOWN | 2:13cv12635 | Ethicon MDL 2327 |
| Tily, Joan | 2:15cv00385 | Bard MDL 2187 |

| | | |
|---|---|---|
| Walsh, Jodi L. STAND DOWN | 2:14cv09375 | Ethicon MDL 2327 |
| Wipperman, Peggy & Carl | 2:16cv09243 | Ethicon MDL 2327 |

Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Iakovlev as a general expert.