IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibits A - B, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Marc D. Grossman
Marc D. Grossman
Sanders Viener Grossman
100 Herricks Road
Mineola, NY 11501
(516) 741-5252
mgrossman@thesandersfirm.com
*Counsel for Plaintiffs*

/s/ Charles Thomas Paglialunga
Charles Thomas Paglialunga
Paglialunga & Harris
1001 Fourth Avenue
Suite 3200

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street

Seattle, WA 98154  
(206) 623-6696  
chuck@phlawfirm.com  
*Counsel for Plaintiffs*

Suite 1380 (25301)  
P.O. Box 3824  
Charleston, WV 24338  
(304) 414-1800  
srobinson@tcspllc.com  
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A
## (Sanders Viener Grossman)

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-19544 | Hollie Nairns v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20466 | Alfreida Davis v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21954 | Theresa Perry v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22093 | Patsy Lopez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09499 | Dorothy Jenkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00411 | Sara Meyers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07966 | Dreama Woodby v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08009 | Alesia Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08074 | Patricia Kelley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08289 | Sabrina Bennett v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11357 | Sandra Duran v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11995 | Helena Leyden v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12658 | Jennifer Blakeman v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Paglialunga & Harris)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-15554 | Janet Detour v. Ethicon, Inc. |
| 2:15-cv-15555 | Beverly Goble v. Ethicon, Inc. |
| 2:15-cv-15565 | Linda Morehouse v. Ethicon, Inc. |
| 2:16-cv-02837 | Obdulia Cardoso, Deceased, and Maria Cardoso, as Executor of the Estate of Obdulia Cardoso, Deceased v. Ethicon, Inc. |