IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs. Respectfully submitted,

/s/ McDonald S. Worley
McDonald S. Worley
McDonald Worley
1770 St. James Place
Suite 100
Houston, TX 77056
(713) 523-5500
don@mcdonaldworley.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-03785 | Arnette Buck and William R. Buck, II v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06203 | Henrietta Mason and Harry Mason v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11487 | Sonja Mabe v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17335 | Sandy Ault and Steve Ault v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17569 | Elizabet Jondreau and Steven Jondreau v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17571 | Jo Beth Elrod v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17573 | Jana Hendricks and Darren Hendricks v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17574 | Jacqueline Arroyo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17575 | Linda Watson and Daniel Watson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17576 | Jessica Colosky v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17577 | Mary Jane Beauregard and John Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19001 | Lois Greathouse and Richard Greathouse v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19008 | Raquel Schmidt and Eric Schmidt v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20213 | Robin Rose and Emery Rose v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20217 | Maria Albarran v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20220 | Marta Vergara and Jose Pumares v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26417 | Michelle Jones v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28825 | Melanie Baxter v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03631 | Sandra Campbell and Robert Campbell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-06743 | Shawnee Robinson and Stanley Robinson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09705 | Mary Perkins v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09909 | Beverly Shoop and Glenn M. Shoop v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-10972 | Dianna Lindsay and Robert Lindsay v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16788 | Benitris Edwards and Marvin Edwards v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-18291 | Cathy Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18319 | Jeannie Knierim v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18486 | Kecia Graham v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21051 | Penny Lockley v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-23094 | Deborah Schieda v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29953 | Irene Cosley v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29977 | Laura Kaliontgis v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29993 | Amanda Sargent v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31505 | Kimberly Ferguson v. |
| 2:14-cv-31511 | Juliana Medina v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31513 | Mary Zuniga v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01895 | Elizabeth Beach v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01897 | Cindy Petty and Michael Petty v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05964 | Bonnie-Ellen Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14871 | Tabitha Mueller v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14873 | Michelle Liston v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14876 | Nancy Crockett v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15004 | Donna Griffin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04286 | Maria Araque v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04429 | Lauren Stephens v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04646 | Rachel Speir v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10451 | Olga Ortega v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10452 | Miriese Otero v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12207 | Kathy J. Chapman v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03387 | Doris Gibson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03388 | Pauline Goff v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03401 | Arlene Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03404 | Anna Marie Kenny v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03418 | Johnna Crawford v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03420 | Tamara Dreher v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03422 | Carletta Sturm v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03423 | Holly Weinstein-Bacal v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03440 | Teresa Boyles v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03444 | Norma Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03445 | Carmen Salazar v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03467 | Pamela Mowen v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03469 | Kathy Wiederin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04505 | Linda Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04507 | Bobbie Mulcahy v. Ethicon, Inc.; Johnson & Johnson |