# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

### ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8306] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 3, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-08926 | Patricia A. Koch v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-08928 | Karrie A. Ward and Paul Ward v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01338 | Joyce I. Vaughan and David Key v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01348 | Bethanelle Boykin and Jerry Boykin v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01360 | Hilda Diaz and Daniel Diaz v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01747 | Kristin M. Gagnon v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01848 | Constance R. Roberson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-02318 | Tamara P. Bentzinger and Chris Bentzinger v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-05758 | Barbara B. Gans and Gary Gans v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10281 | Diane L. Foster and Gilbert Foster v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24369 | Sharla Arrington v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30124 | Carla J. Southerland and John Southerland v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13785 | Shana L. Lodder and Zach Lodder v. Ethicon, Inc.; Johnson & Johnson |