# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

### ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8315] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-B, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-B;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 3, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A
### (Sanders Viener Grossman)

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-19544 | Hollie Nairns v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20466 | Alfreida Davis v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21954 | Theresa Perry v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22093 | Patsy Lopez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09499 | Dorothy Jenkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00411 | Sara Meyers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07966 | Dreama Woodby v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08009 | Alesia Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08074 | Patricia Kelley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08289 | Sabrina Bennett v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11357 | Sandra Duran v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11995 | Helena Leyden v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12658 | Jennifer Blakeman v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT B
### (Paglialunga & Harris)

| Civil Action No. | Case Style |
| --- | --- |
| 2:15-cv-15554 | Janet Detour v. Ethicon, Inc. |
| 2:15-cv-15555 | Beverly Goble v. Ethicon, Inc. |
| 2:15-cv-15565 | Linda Morehouse v. Ethicon, Inc. |
| 2:16-cv-02837 | Obdulia Cardoso, Deceased, and Maria Cardoso, as Executor of the Estate of Obdulia Cardoso, Deceased v. Ethicon, Inc. |