# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION            MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8316] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 3, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-03785 | Arnette Buck and William R. Buck, II v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-06203 | Henrietta Mason and Harry Mason v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11487 | Sonja Mabe v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17335 | Sandy Ault and Steve Ault v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17569 | Elizabet Jondreau and Steven Jondreau v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17571 | Jo Beth Elrod v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17573 | Jana Hendricks and Darren Hendricks v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17574 | Jacqueline Arroyo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17575 | Linda Watson and Daniel Watson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17576 | Jessica Colosky v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17577 | Mary Jane Beauregard and John Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19001 | Lois Greathouse and Richard Greathouse v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19008 | Raquel Schmidt and Eric Schmidt v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20213 | Robin Rose and Emery Rose v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20217 | Maria Albarran v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20220 | Marta Vergara and Jose Pumares v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-26417 | Michelle Jones v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-28825 | Melanie Baxter v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-03631 | Sandra Campbell and Robert Campbell v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-06743 | Shawnee Robinson and Stanley Robinson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09705 | Mary Perkins v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09909 | Beverly Shoop and Glenn M. Shoop v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-10972 | Dianna Lindsay and Robert Lindsay v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-16788 | Benitris Edwards and Marvin Edwards v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-18291 | Cathy Moore v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18319 | Jeannie Knierim v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18486 | Kecia Graham v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21051 | Penny Lockley v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-23094 | Deborah Schieda v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29953 | Irene Cosley v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29977 | Laura Kaliontgis v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29993 | Amanda Sargent v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31505 | Kimberly Ferguson v. |
| 2:14-cv-31511 | Juliana Medina v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31513 | Mary Zuniga v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01895 | Elizabeth Beach v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01897 | Cindy Petty and Michael Petty v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05964 | Bonnie-Ellen Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14871 | Tabitha Mueller v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14873 | Michelle Liston v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14876 | Nancy Crockett v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15004 | Donna Griffin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04286 | Maria Araque v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04429 | Lauren Stephens v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04646 | Rachel Speir v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10451 | Olga Ortega v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10452 | Miriese Otero v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12207 | Kathy J. Chapman v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03387 | Doris Gibson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03388 | Pauline Goff v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03401 | Arlene Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03404 | Anna Marie Kenny v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03418 | Johnna Crawford v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03420 | Tamara Dreher v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03422 | Carletta Sturm v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03423 | Holly Weinstein-Bacal v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03440 | Teresa Boyles v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03444 | Norma Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03445 | Carmen Salazar v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03467 | Pamela Mowen v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03469 | Kathy Wiederin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04505 | Linda Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04507 | Bobbie Mulcahy v. Ethicon, Inc.; Johnson & Johnson |