IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION              MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8317] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 3, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-24880 | Vera L. Pagan v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27419 | Beverly E Baldwin v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28753 | Linda A. Griffin and Roy E. Griffin v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07407 | Doragene Kreitz v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07430 | Sharon LeRein Ettaro v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07456 | Janice K. Humphreys v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07459 | Henrietta Sue Kosier v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07575 | Teresa A. Young Bentley v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07629 | Frances S. Albert and Bernard S. Albert v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07664 | Cathy D. Haywood and Vincent E. Haywood v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07693 | Patricia Ann Souza v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07896 | Melanie Ann Hale v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07898 | Amy E. Jaeger and Jeffrey Jaeger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07912 | Thelma M. Liscum v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08079 | Margaret Ruth Kinder and Larry Kinder v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08222 | Deborah Jo Runkle v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08334 | Patricia Buckingham and Michael Buckingham v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08403 | Tonia A Spears v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08456 | Barbara Hinkson and Gerald E. Hinkson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08656 | Linda Sue Baldwin v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08680 | Denise J Dixon v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08681 | Wanda Lou Donahoo v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09037 | Sandra Jean Sheldon v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09042 | Susan L. Arnold and Charles Arnold, IV v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09087 | Joan Kennedy and Daniel Kennedy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12986 | Eydie I. Freeman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13403 | Karen G. Lasater and Matthew Lasatar v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-15668 | Lynne Anne Wartenbe v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02928 | Diane C. Gray v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03094 | Sharon Ann Crosswhite v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05795 | Jennie Lee Helfer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05949 | Wilma Ruth Godfrey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07501 | Gloria Jean Skokowski v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07875 | Richard A. Carroll (Administration of the Estate of Patricia A. Carroll) v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07899 | Kristina Marie Kalish v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01931 | Sandra Peck-Hornacek v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06926 | Margie Tucker v. Ethicon, Inc.; Johnson & Johnson |