**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibits A - DD, and Defendants, Johnson

& Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly

move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R.

Civ. P. 41(a)(2).  No other defendants remain.  Therefore, the Ethicon Defendants respectfully

request the Court close this case and strike it from the docket.  Each party shall bear her or its own

costs.

Respectfully submitted,

/s/ Daniel P. Barton
Daniel P. Barton
Barton Law Firm
1201 Shepherd Drive
Houston, TX 77007
(713) 227-4747
dbarton@bartonlawgroup.com


/s/ Robert A. Schwartz
Robert A. Schwartz
Brent Coon & Associates
300 Fannin
Houston, TX 77002
(713) 225-1682
bob.schwartz@bcoonlaw.com

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com


/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

/s/ Seth S. Webb
Seth S. Webb
Brown & Crouppen
211 North Broadway
Suite 1600
St. Louis, MO 63102
(314) 421-0216
sethw@getbc.com

/s/ Eric T. Chaffin
Eric T. Chaffin
Chaffin Luhana
600 Third Avenue
12th Floor
New York, NY 10016
(347) 269-4472
chaffin@chaffinluhana.com

/s/ Michael J. Flannery
Michael J. Flannery
Cuneo Gilbery & Laduca
300 North Tucker Boulevard
Suite 801
St. Louis, MO 63101
(202) 789-3960
mflannery@cuneolaw.com

/s/ David A. Cutt
David A. Cutt
Eisenberg Gilchrist & Cutt
900 Parkside Tower
215 South State Street
Salt Lake City, UT 84111
(801) 366-9100
dcutt@egclegal.com

/s/ Callie M. Mendenhall
Callie M. Mendenhall
Farris Riley & Pitt
505 20th Street North
Suite 1700
Birmingham, AL 35203
(205) 324-1212
cmendehall@frplegal.com

/s/ Kevin M. Fitzgerald
Kevin M. Fitzgerald
Fitzgerald Law Group
120 Exchange Street
Suite 200
Portland, ME 04101
(207) 874-7407
kfitzgerald@fitz-lawgroup.com

/s/ Michael G. Guajardo
Michael G. Guajardo
Guajardo & Marks
13355 Noel Road
One Galleria Tower
Suite 1100
Dallas, TX 75240
(972) 774-9800
mike@guajardomarks.com

/s/ Brandon H. Steffey
Brandon H. Steffey
Jensen & Associates
1024 North Main Street
Fort Worth, TX 76164
(817) 337-0762
bhs@kjensenlaw.com

/s/ Jason T. Brown
Jason T. Brown
JTB Law Group
155 2nd Street
Suite 4
Jersey City, NJ 07302
(201) 630-0000
jtb@jtblawgroup.com

/s/ Michael Gallant
Michael Gallant
Kelley Bernheim & Dolinksy
2200 Pennsylvania Avenue NW
Fourth Floor
Washington, DC 20037
(202) 379-0680
mgallant@duejustice.com

/s/ Ruth Rizkalla
Ruth Rizkalla
Kirtland & Packard
2041 Rosecrans Avenue
Third Floor
El Segundo, CA 90245
(310) 536-1000
rr@kirtlandpackard.com

/s/ Rebecca M. Langston
Rebecca M. Langston
Langston & Langston
210 North President Street
Jackson, MS 39201
(601) 969-1356
rebecca@langstonlawyers.com

/s/ Michael P. McGartland
Michael P. McGartland
McGartland Law Firm
13000 South University Drive
Suite 500
Fort Worth, TX 76107
(817) 332-9300
mike@mcgartland.com

/s/ Alexandra V. Boone
Alexandra V. Boone
Miller Weisbrod
11551 Forest Central Drive
Suite 300
Dallas, TX 75244
(214) 987-0005
aboone@millerweisbrod.com

/s/ Hunter J. Shkolnik
Hunter J. Shkolnik
Napoli Bern Ripka Shkolnik & Associates
350 Fifth Ave., Ste. 7413
New York, NY 10118
(212) 397-1000
hunter@napolilaw.com

/s/ David B. Rheingold
David B. Rheingold
Rheingold Giuffra Ruffo & Plotkin
551 Fifth Avenue
Floor 29
New York, NY 10176
(212) 684-1880
drheingold@rheingoldlaw.com

/s/ Joseph H. Saunders
Joseph H. Saunders
Saunders & Walker
3491 Gandy Boulevard North
Suite 200
Pinellas Park, FL 33781
(727) 579-4500
joe@saunderslawyers.com

/s/ Lauren E. Channell
Lauren E. Channell
Siegfried & Jensen
5664 South Green Street
Salt Lake City, UT 84121
(801) 266-0999
lauren@sjatty.com

/s/ Andrew J. Fink
Andrew J. Fink
Solis Law Firm
5310 West Cermak Road
Cicero, IL 60804
(708) 795-0400
transvaginal.mesh.solis@gmail.com

/s/ Monte Bond
Monte Bond
Tautfest Bond
5151 Belt Line Road
Suite 1000
Dallas, TX 75254
(214) 617-9980
mbond@tautfestbond.com

/s/ Ben C. Martin
Ben C. Martin
The Law Offices of Ben C. Martin
3219 McKinney Avenue
Suite 100
Dallas, TX 75204
(214) 761-6614
bmartin@bencmartin.com

/s/ W. James Singleton
W. James Singleton
The Singleton Law Firm
4050 Linwood Avenue
Shreveport, LA 71108
(318) 631-5200
wjsingleton@singletonlaw.com

/s/ C. Mark Whitehead, III
C. Mark Whitehead, III
The Whitehead Law Firm
3639 Ambassador Caffery Parkway
Suite 303
Lafayette, LA 70503
(337) 740-6006
cmw@whiteheadfirm.com

/s/ Tad Thomas
Thomas & Lyon
239 South Fifth Street
Suite 1800
Louisville, KY 40202
(502) 473-6540
tad@thomaslawoffices.com

/s/ Paige N. Boldt
Paige N. Boldt
Watts Guerra
5726 West Hausman Road
Suite 119
San Antonio, TX 78249
(210) 448-0500
pboldt@watsguerra.com

/s/ Mikal C. Watts
Mikal C. Watts
Watts Guerra Craft
5250 Prue Road
Suite 525
San Antonio, TX 78240
(210) 447-0500
mcwatts@wgclawfirm.com

/s/ Babak B. Saadian
Babak B. Saadian
Wilshire Law Firm
3055 Wilshire Boulevard
12th Floor
Los Angeles, CA 90010
(213) 381-9988
masstorts@wilshirelawfirm.com

/s/ David H. Parton
David H. Parton
330 Parkway
Gatlinburg, TN 37738
(865) 436-5932
partond@bellsouth.net

*Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**
**(Barton Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-12340 | Faye Moss and Rufus Moss v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT B**
**(Brent Coon & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-09962 | Patricia Thomas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-14987 | Stella Taylor v. Ethicon, Inc. |

**EXHIBIT C**
**(Brown & Crouppen)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-14364 | Glenna Moran v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24912 | Sharon Kiefer and Leonard R. Kiefer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04497 | Tammy Porter v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00919 | Donna M. Loscombe and William B. Loscombe v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT D**
**(Chaffin Luhana)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-09250 | Rosemary Lantagne and Louis K. Lantagne v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT E**
**(Cuneo Gilbert & Laduca)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-02067 | Linda S. Stanton and Charles A. Stanton v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT F**
**(Eisenberg Gilchrist & Cutt)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-23757 | Elizabeth Ridge and Daniel Ridge v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT G**
**(Farris Riley & Pitt)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-01404 | Pamela Heald and Steve Hartley v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT H
## (Fitzgerald Law Group)

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-06763 | Billie Winicov and Herb Winicov v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT I**
**(Guajardo & Marks)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-01461 | Judy Sands v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07397 | Colleen Wells v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07415 | Anita Lifter v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07416 | Donna Lockwood v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT J**
**(Jensen & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-17369 | Deborah G. Morris and Wendell R. Morris v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20029 | Melissa D. Musgrave and Mathew P. Musgrave v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24856 | Carlotta J. Vaughn v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT K**
**(JTB Law Group)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-15931 | Genevieve Lloyd and Jay Lloyd v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

18

**EXHIBIT L**
**(Kelley Bernheim & Dolinksy)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-08901 | Jennifer L. Coray and Patrick Kale Coray v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30218 | Janice Elrod and James Elrod v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01530 | Bernarda Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01531 | Barbara Shepard v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01835 | Eda Torres and Alberto Torres v. Ethicon, Inc. |

**EXHIBIT M**
**(Kirtland & Packard)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-04305 | Kathleen Churchill v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04309 | Mildred Carpenter v. Johnson & Johnson |
| 2:16-cv-04314 | Dorothy Mae Monak v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT N**
**(Langston & Langston)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-06974 | Deserie Lim v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT O**
**(McGartland Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-29908 | Patricia Cox v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT P**
**(Miller Weisbrod)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-11262 | Carol J. Cooper v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT Q**
**(Napoli Bern Ripka Shkolnik & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-10082 | Kristi S. Cooper v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT R**
**(Rheingold Giuffra Ruffo & Plotkin)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-15408 | Stacy Piscazzi and Angelo Piscazzi v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT S**
**(Saunders & Walker)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-02651 | Gaynel Hanrihan and James Hanrihan v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-22758 | Judith Ann Smith and Charles D. Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-03933 | Linda L. Roberts and Donald Roberts v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT T**
**(Siegfried & Jensen)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-17903 | Kelly R. Russell and Benjamin Russell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22106 | Phyllis G. Jackson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02083 | Patricia A. Griffith and David D. Griffith v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT U**
**(Solis Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-13706 | San Juanita De Leon and Oscar Dima v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13831 | Yolanda Reyna and Valentin Velasquez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15742 | Esther Salas and Gabriel Salas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15788 | Emilia Picazo and Carlos Picazo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15985 | Erendira Hernandez and Armando Mora v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16518 | Vilma Calderon and Jose Luis Calderon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT V**
**(Tautfest Bond)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-07453 | Linda Yost v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07476 | Sheila McNeshie v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT W**
**(The Law Offices of Ben C. Martin)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-22451 | Paula Marr v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT X**
**(The Singleton Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-10605 | Jerri Dalrymple v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT Y**
**(The Whitehead Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-06381 | Cheryl Fitz and Nevin Fitz v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT Z**
**(Thomas & Lyon)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-19751 | Susan R. Whyte and Robert F. Whyte v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

# EXHIBIT AA
## (Watts Guerra)

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-22041 | Olga Portillo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT BB**
**(Watts Guerra Craft)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-07658 | Lesa Adams v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07952 | Jane Bailey v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT CC**
**(Wilshire Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-16619 | Lillie Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03697 | Mary Lou Butler v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03714 | Julie Kalter v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06004 | Donna Weidrick v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT DD**
**(David H. Parton)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-07872 | Rita M. Appleton and Charles E. Appleton v. Ethicon, Inc.; Johnson & Johnson |