# EXHIBIT A

**THIS DOCUMENT RELATES TO PLAINTIFFS:**

Poff, Evelyn Jeannette
Case No. 2:14-cv-28294

Paris, Barbara
Case No. 2:15-cv-12479

Johnson, Karen
Case No. 2:15-cv-12633