DENIED and SO ORDERED.
ENTER: 06/03/19

*[signature]*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: BOSTON SCIENTIFIC CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02326 MDL No. 2326 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Caroline L. Maida
Caroline L. Maida
The Mostyn Law Firm
3810 West Alabama Street
Houston, Texas 77027
(713) 861-6616
clmaida@mostynlaw.com

*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338

**EXHIBIT A**
**(The Mostyn Law Firm)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-19748 | Mildred Pickens v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-13795 | Sharon Darensbourg and Thomas A. Darensbourg v. Ethicon Inc; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-23071 | Mazie Pope v. Ethicon Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:14-cv-23161 | Connie Elaine Moore and Carroll Moore v. Ethicon Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-08051 | Lynda Randall and Harvey L. Randall, Jr. v. Ethicon Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:15-cv-09602 | Jeanette Dyson Hart v. Johnson & Johnson; Ethicon, Inc.; Boston Scientific Corporation |
| 2:15-cv-10752 | Eleanor Pennington Rettew v. Johnson & Johnson; Ethicon, Inc.; Boston Scientific Corporation |
| 2:15-cv-13696 | Patricia Carol Harden Alvey v. Johnson & Johnson; Ethicon, Inc.; Boston Scientific Corporation |
| 2:15-cv-16048 | Deborah Valdes and Emiliano Valdes v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-02771 | Ilia Marie Winters v. Ethicon Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-03158 | Ann Gough and John Gough v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-03691 | Vicki Moore and Monroe Moore v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-03884 | Betty Keatts and Wesley Keatts v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-04393 | Kristine Ounan and Michael Ounan v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-04643 | Elisa Hope Twiggs and Belton Twiggs v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-05546 | Rita M. Hoskins and Ralph Hoskins v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-06084 | Mary White v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-09032 | Brenda Sullivan and Jerry Sullivan v. Ethicon, Inc.; Johnson & Johnson; Boston Scientific Corporation |
| 2:16-cv-09053 | Robin Miller and Tim Miller v. Johnson & Johnson, Ethicon, Inc.; Boston Scientific Corporation |
| 2:16-cv-10046 | Lynda M. Lacy v. Johnson & Johnson, Ethicon, Inc.; Boston Scientific Corporation |
| 2:16-cv-10380 | Sylvianne E. Armstrong v. Johnson & Johnson, Ethicon, Inc.; Boston Scientific Corporation |
| 2:16-cv-10752 | Donna J. Taylor v. Johnson & Johnson, Ethicon, Inc.; Boston Scientific Corporation |