# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                           MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8090] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-B, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-B;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 4, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A
## (Clark Love & Hutson)

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-06934 | Milissa Britt v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-22864 | Laurie Kaehler v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-02194 | Merritt B. Potter and Douglas Potter v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-02598 | Nancy B. Durrant and Edward J. Durrant v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08546 | Connie Fatheree v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29298 | Jean Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29380 | Tracy Duarte v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-09188 | Cynthia H. Freeman and Terry M. Freeman v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11923 | Julee Ridnour-Jesser v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12578 | Tina Boyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14672 | Trudy I. Yagoobian and Oscar P. Yagoobian v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14917 | Leslie M. Chislett v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-16172 | Renee L. Chasteen v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00074 | Susan Dianne Durham and Ronald E. Durham v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01354 | Cassandra Crum v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01356 | Mary Anne Satterfield and Alton Satterfield v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01607 | Marilyn B. McClure v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-05962 | Veronica L. Sapp v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06310 | Nelly Bonilla v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06312 | Pamela S. Coulter and Arlen Coulter v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06314 | Lirva G. Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06316 | Beverly S. Graham and Elmer M. Graham v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06317 | Tracey Hart v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06341 | Carolyn A. Hogan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06342 | Lisa Mannion v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06345 | Linda Troye and Harper Troye v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06347 | Ernestine T. Garcia and Richard L. Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06348 | Sandra C. Giles and Richard E. Giles v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06349 | Marjorie Harper v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06505 | Ellie Skolaut and Ken Skolaut v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06712 | Debra Small and Joseph Small v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07056 | Jerry Layton and Robert Layton v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07648 | Adriana E. Ayala v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07788 | Dessie Morris v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07792 | Sheri L. Hugeback v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07794 | Monica L. Landers v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07795 | Tammy Merfeld v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07796 | Patricia M. Phillips v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:16-cv-07797 | Claudette Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08456 | Rosa Olivares v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08934 | Rosalie Salamone and Steven Salamone v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11690 | Barbara Foy v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11691 | Kathryn Hall and Edward Hall v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11692 | Nollene Jensen v. Ethicon, Inc.; Johnson & Johnson |
| ~~2:16-cv-11693~~ | ~~Vicki Newsome and P. Scott Newsome v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:16-cv-11694 | Eva E. Oney v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11695 | Tina Van-Hecke v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12741 | Darlene Carkins and Cecil Carkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12744 | Valerie L. Pakula and Arthur L. Pakula v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12746 | Connie Wallace and Brian Wallace v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00057 | Peggy Lou Deyak v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00058 | Doris M. Gonzalez v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00550 | Lorinda Seliger and Daniel Seliger v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00551 | Luevena Sims v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00553 | Donna Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00633 | Charlotte Kay LaGrone and William Mack LaGrone v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00636 | Mary J. Wilson and Jeffrey Z. Wilson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01281 | Katharine E. VanMeter and Larry A. VanMeter v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02261 | Cathy Driskell v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02895 | Maria E. Garcia-Toro and Jose A. Toro v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02896 | Rhonda Andrews v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03431 | JoAnne V. Blain v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03433 | Trina French v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03457 | Gertrude C. Smith and Lloyd L. Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03458 | Sheila Stacey and Richard Stacey v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03475 | Teresa C. Allee v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03478 | Dana J. Bordeau v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03482 | Jill Brand v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03484 | Sadie R. Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03488 | Julie R. DeColon v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03490 | Petula Gause v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03492 | Michelle Howard v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03493 | Candice Huffman v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03495 | Bernice L. Jamieson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03496 | Shirley Justice and Bob Justice v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03497 | Nadia Maroun v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03499 | Jennie Parry v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03500 | Misty Swann v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03657 | Maria M. Garza v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03660 | Kathy T. Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03661 | Gloria Turner and Andrew Turner, Sr. v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:17-cv-03662 | Vickie Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03994 | Deborah Fearson and Michael Fearson, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03995 | Kathy D. James v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03997 | Susan Shea and Roderic Shea v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04335 | Donna Dollar and David Dollar v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04357 | Barbara Quattlebaum and James Quattlebaum v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04405 | Linda M. Gonzalez v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04409 | Santa Trovato v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04411 | Judith E. Burke and Douglas Toppenberg v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04520 | Wanda Gillis v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04527 | Shelly Loeb and Ronald Loeb v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04529 | Maria Rodriguez and Florentino Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04630 | Tracey Young v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-04631 | Janis Howard and Mark Howard v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Heard Robins Cloud & Black)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-31487 | Dora Ramirez and Robert Ramirez v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |