# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                              MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8115] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 4, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
| --- | --- |
| 2:12cv08932 | Eileen Borkowski and Jeff Borkowski v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv11173 | Valerie Tuohy-Shutt v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv11212 | Evelyn Sayas and Danilo C. Sayas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv15294 | Emily Zaczek-Connors v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv21054 | Felicia A. Jarzyna v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv27569 | Sheila Marie Baublits and Daniel James Baublits v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv30137 | Cheryl Ann Mary Dier v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv16285 | Laura Eileen Lanz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14cv19458 | Holly Munson Pierog and John Anthony Pierog v. Ethicon, Inc. and Johnson & Johnson |
| 2:15cv07983 | Elizabeth Ivey Wilcox and John Anthony Wilcox, Jr. v. Ethicon, Inc. and Johnson & Johnson |
| 2:15cv13221 | Trudie Fagan v. Ethicon, Inc.; Johnson & Johnson |
| 2:16cv02143 | Erin Lynn Magnani and Michael Lyle Magnani v. Ethicon, Inc. |