IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                          MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8195], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  June 4, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

# EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:14-cv-26805 | Mary G. Alexander | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15270 | Leah Allen | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-26021 | Gwendline Callahan and William Callahan | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02310 | Diana N. Dake | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-21524 | Cindy S. Davis | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-08515 | Jeannie J. DeSpain and Phillip E. DeSpain | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15267 | Helen DosReis | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17418 | Sheila R. Friedrich | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-26881 | Rachel D. Giron | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-24754 | Amelia T. Hawkins | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26134 | Lisa R. Hott | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-00016 | Shirley F. Ingram | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-19713 | Mary F. Sizemore | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02341 | Kathleen Spillman-Orel | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14348 | Gloria J. Stock | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17424 | Shannon Wielinga | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01897 | Bertha Young | vs. Ethicon, Inc.; Johnson & Johnson |

46317902.v1