IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                          MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8194], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: June 4, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

## EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:13-cv-17606 | Janet Asher and Tracy Asher | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-04905 | Dedra Logston Bass and Michael Bass | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-07909 | Carla Eason and Edward Lester Eason, Jr. | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07910 | Beckie Ellen Ferguson and William Arthur Ferguson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10855 | Jeanne Hall | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-08462 | Tina Miller | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-04078 | Terri E. Monson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07094 | Kerri Patterson and Brandon "Brad" Patterson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17164 | Jewell Wainwright and Robert Horne | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15010 | Amalia Zamarron and Ricardo Zammarron | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |

46317902.v1