**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8323] is a Joint Motion to Dismiss without

Prejudice filed by plaintiff(s), identified in Exhibit(s) A-DD, and Johnson & Johnson, Ethicon,

Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order

granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s)

    listed on the attached Exhibit(s) A-DD;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is

    dismissed and stricken from the docket and (b) any pending motions are **DENIED** as

    moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from

     the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached

Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 4, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
**(Barton Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-12340 | Faye Moss and Rufus Moss v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT B**
**(Brent Coon & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-09962 | Patricia Thomas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-14987 | Stella Taylor v. Ethicon, Inc. |

**EXHIBIT C**
**(Brown & Crouppen)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-14364 | Glenna Moran v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-24912 | Sharon Kiefer and Leonard R. Kiefer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04497 | Tammy Porter v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00919 | Donna M. Loscombe and William B. Loscombe v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT D**
**(Chaffin Luhana)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-09250 | Rosemary Lantagne and Louis K. Lantagne v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT E**
**(Cuneo Gilbert & Laduca)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-02067 | Linda S. Stanton and Charles A. Stanton v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT F**
**(Eisenberg Gilchrist & Cutt)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-23757 | Elizabeth Ridge and Daniel Ridge v. Ethicon, Inc.; Johnson & Johnson |

13

**EXHIBIT G**
**(Farris Riley & Pitt)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-01404 | Pamela Heald and Steve Hartley v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT H**
**(Fitzgerald Law Group)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-06763 | Billie Winicov and Herb Winicov v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT I**
**(Guajardo & Marks)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-01461 | Judy Sands v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07397 | Colleen Wells v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07415 | Anita Lifter v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07416 | Donna Lockwood v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT J**
**(Jensen & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-17369 | Deborah G. Morris and Wendell R. Morris v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20029 | Melissa D. Musgrave and Mathew P. Musgrave v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-24856 | Carlotta J. Vaughn v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT K**
**(JTB Law Group)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-15931 | Genevieve Lloyd and Jay Lloyd v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT L**
**(Kelley Bernheim & Dolinksy)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-08901 | Jennifer L. Coray and Patrick Kale Coray v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-30218 | Janice Elrod and James Elrod v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01530 | Bernarda Rodriguez v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01531 | Barbara Shepard v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-01835 | Eda Torres and Alberto Torres v. Ethicon, Inc. |

**EXHIBIT M**
**(Kirtland & Packard)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-04305 | Kathleen Churchill v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04309 | Mildred Carpenter v. Johnson & Johnson |
| 2:16-cv-04314 | Dorothy Mae Monak v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT N**
**(Langston & Langston)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-06974 | Deserie Lim v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT O**
**(McGartland Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-29908 | Patricia Cox v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT P**
**(Miller Weisbrod)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-11262 | Carol J. Cooper v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT Q**
**(Napoli Bern Ripka Shkolnik & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-10082 | Kristi S. Cooper v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT R**
**(Rheingold Giuffra Ruffo & Plotkin)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-15408 | Stacy Piscazzi and Angelo Piscazzi v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT S**
**(Saunders & Walker)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-02651 | Gaynel Hanrihan and James Hanrihan v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-22758 | Judith Ann Smith and Charles D. Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-03933 | Linda L. Roberts and Donald Roberts v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT T**
**(Siegfried & Jensen)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-17903 | Kelly R. Russell and Benjamin Russell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-22106 | Phyllis G. Jackson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02083 | Patricia A. Griffith and David D. Griffith v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT U**
**(Solis Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-13706 | San Juanita De Leon and Oscar Dima v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13831 | Yolanda Reyna and Valentin Velasquez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15742 | Esther Salas and Gabriel Salas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15788 | Emilia Picazo and Carlos Picazo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15985 | Erendira Hernandez and Armando Mora v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16518 | Vilma Calderon and Jose Luis Calderon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT V**
**(Tautfest Bond)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-07453 | Linda Yost v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07476 | Sheila McNeshie v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT W**
**(The Law Offices of Ben C. Martin)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-22451 | Paula Marr v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT X**
**(The Singleton Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-10605 | Jerri Dalrymple v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT Y**
**(The Whitehead Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-06381 | Cheryl Fitz and Nevin Fitz v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT Z**
**(Thomas & Lyon)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-19751 | Susan R. Whyte and Robert F. Whyte v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT AA**
**(Watts Guerra)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-22041 | Olga Portillo v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT BB**
**(Watts Guerra Craft)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:12-cv-07658 | Lesa Adams v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07952 | Jane Bailey v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT CC**
**(Wilshire Law Firm)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:15-cv-16619 | Lillie Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03697 | Mary Lou Butler v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-03714 | Julie Kalter v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06004 | Donna Weidrick v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT DD**
**(David H. Parton)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-07872 | Rita M. Appleton and Charles E. Appleton v. Ethicon, Inc.; Johnson & Johnson |