This motion is DENIED as moot. It is so ORDERED, ENTER: 06/04/19

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss with prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41. No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Kay L. Van Wey
Kay L. Van Wey
Van Wey Law
12720 Hillcrest Road
Suite 725
Dallas, TX 75230
(214) 329-1350
kay@vanweylaw.com
*Counsel for Plaintiff*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

## EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:13-cv-17606 | Janet Asher and Tracy Asher | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-04905 | Dedra Logston Bass and Michael Bass | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-07909 | Carla Eason and Edward Lester Eason, Jr. | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07910 | Beckie Ellen Ferguson and William Arthur Ferguson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10855 | Jeanne Hall | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-08462 | Tina Miller | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-04078 | Terri E. Monson | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-07094 | Kerri Patterson and Brandon "Brad Patterson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-17164 | Jewell Wainwright and Robert Horne | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-15010 | Amalia Zamarron and Ricardo Zammarron | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |