# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibits A - J, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Mathew Coveney
Mathew Coveney
Coveney Law
1075 Main Street
3rd Floor
Waltham, MA 02451
(508) 449-4228
mcoveney@unitedlawteam.com

/s/ Matthew R. McCarley
Matthew R. McCarley
Fears Nachawati
5473 Blair Road
Dallas, TX 75231
(214) 890-0711

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

mccarley@fnlawfirm.com

/s/ Andrew Callahan
Andrew Callahan
Flint Law Firm
P. O. Box 189
Edwardsville, IL 62034
(618) 288-4777
jflint@flintlaw.com

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe
Johnson Becker
33 South Sixth Street
Suite 4530
Minneapolis, MN 55402
(612) 436-1800
lgorshe@johnsonbecker.com

/s/ Curtis Brooks Cutter
Curtis Brooks Cutter
Kershaw Cutter & Ratinoff
401 Watt Avenue
Sacramento, CA 95864
(916) 290-9400
bcutter@kcrlegal.com

/s/ Yvonne M. Flaherty
Yvonne M. Flaherty
Lockridge Grindal Nauen
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
ymflaherty@locklaw.com

/s/ Alyson Oliver
Alyson Oliver
Oliver Law Group
950 West University Drive
Suite 200
Rochester, MI 48307
(248) 327-6556
aoliver@oliverlg.com

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

/s/ Amy Collignon Gunn
Amy Collignon Gunn
The Simon Law Firm
800 Market Street
Suite 1700
St. Louis, MO 63101
(314) 241-2929
agunn@simonlawpc.com

/s/ Erin M. Wood
Erin M. Wood
Waters & Kraus
3141 Hood Street
Suite 700
Dallas, TX 75219
(214) 357-6244
ewood@waterskraus.com

/s/ Edward A. Wallace
Edward A. Wallace
Wexler Wallace
55 West Monroe Street
Suite 3300
Chicago, IL 60603
(312) 346-2222
eaw@wexlerwallace.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

     I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                                    /s/ William M. Gage

# EXHIBIT A
## (Coveney Law)

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-11367 | Kathleen Ream v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11386 | Wilma McGathey v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11476 | Janet Leas v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11515 | Ceceilia Shannon v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-11931 | Tari Bramlett v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12666 | Eugenie Carrington v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00543 | Brenda Hixson v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT B
## (Fears Nachawati)

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-03576 | Melinda Novelli v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01988 | Janice Blessing-Prosser and Rickey Prosser v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT C**
**(Flint Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-09243 | Peggy Wipperman and Carl Wipperman v. Ethicon Inc.; Johnson & Johnson |

**EXHIBIT D**
**(Johnson Becker)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-15358 | Rose Pitagna and Frank L. Pitagna v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT E**
**(Kershaw Cutter & Ratinoff)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:16-cv-07228 | Anna Baker and Gary Lee Baker v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07231 | Esther Lou Carpenter and Clayon Clair Carpenter v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01377 | Bobbie Jolly and Orville Jolly v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02022 | Stormie Mitchell and Archie Mitchell v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02116 | Angela Amos and Michael Amos v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02117 | Patricia Bartleson and Stanley Bartleson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02118 | Jean Brace v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02119 | Tracy Burlage and Todd Burlage v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02120 | Sylvie Carlson and Joseph Carlson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02122 | Mary Cartwright and David Cartwright, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02132 | Elizabeth Castleberry and Joseph Castleberry v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02133 | Kelli Doucette and Richard Doucette v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02134 | June Echols and Elton Echols v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02136 | Linda Frascht and Robert Frascht v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02137 | Kathryn Glaze v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02138 | Elizabeth Gonzalez-Dolginko and Daniel Dolginko v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02140 | Deborah Hughes v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02162 | Wanda Lee and John Thomas Lee v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02164 | Marilyn McLean v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02168 | Lesli Messinger and Nathan Messinger v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02169 | Susan Nichols v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02173 | Mavis Marcell Pressgrove and Therrell Pressgrove v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02177 | Kathy Pritchard and Joe Ned Pritchard v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02179 | Shirley Roberts and Carl Roberts v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02181 | Andrea Schoenherr v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02182 | Twyla Schrodemier v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02185 | Dejon Stewart v. Ethicon Inc.; Johnson & Johnson |

**EXHIBIT F**
**(Lockridge Grindal Nauen)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-05352 | Doris Singer and Gary Singer v. Ethicon Inc.; Johnson & Johnson |

**EXHIBIT G**
**(Oliver Law Group)**

| Civil Action No. | Case Style |
---|---
| 2:17-cv-04172 | Miriam Engstrom v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT H**
**(The Simon Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-04154 | Jessica Cadell v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT I
## (Waters & Kraus)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-12635 | Carla R. Theisen v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-12954 | Irma Townson v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-26198 | Diann Repka and Ken Repka v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-09375 | Jodi L. Walsh v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17889 | Marianne L. Siegrist and Stephen Siegrist v. Ethicon Inc.; Johnson & Johnson |
| 2:18-cv-01012 | Kimberly Jacobs and Dave Jacobs v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT J**
**(Wexler Wallace)**

| Civil Action No. | Case Style |
|---|---|
| 2:18-cv-00278 | Kathy J. Romstadt and Michael Romstadt v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00377 | Maria Palomar and Antonio Palomar v. Ethicon, Inc. |