# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibits A - B, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2).  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Benjamin A. Bertram<br>Benjamin A. Bertram<br>Bertram & Graf<br>9229 Ward Parkway<br>Suite 225<br>Kansas City, MO 64114<br>(816) 523-2205<br>benbertram@bertramgraf.com | /s/ William M. Gage<br>William M. Gage (MS Bar #8691)<br>Butler Snow LLP<br>1020 Highland Colony Parkway<br>Suite 1400 (39157)<br>P.O. Box 6010<br>Ridgeland, MS 39158-6010<br>(601) 985-4561<br>william.gage@butlersnow.com |
| /s/ Daniel J. McGlynn<br>Daniel J. McGlynn<br>McGlynn Glisson & Mouton<br>P.O. Box 1909<br>Baton Rouge, LA 70821 | /s/ Susan M. Robinson<br>Susan M. Robinson (W. Va. Bar #5169)<br>Thomas Combs & Spann PLLC<br>300 Summers Street<br>Suite 1380 (25301) |

(225) 344-3555  
danny@mcglynnglisson.com

*Counsel for Plaintiffs*

P.O. Box 3824  
Charleston, WV 24338  
(304) 414-1800  
srobinson@tcspllc.com  
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# EXHIBIT A
## (Bertram & Graf)

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-02625 | Arlene Cathey v. Ethicon, Inc. |
| 2:13-cv-04167 | Wanda Eckley v. Johnson & Johnson |
| 2:13-cv-07153 | Brenda Prather and Richard Prather v. Ethicon, Inc. |
| 2:13-cv-19524 | Juanita Bezio and Richard Bezio v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25245 | Carrie Davis v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27581 | Margarita Arzola-Lilly and Robin Lilly v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31240 | Teresa Goodnight v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-32876 | Carol Bohannon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04532 | Joyce Patterson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08610 | Sharron Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09396 | Kristy Novian and Robert Novian v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07981 | Nan Nedela v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14198 | Lori Casey and Daniel Casey v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01793 | Kelly Christensen v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT B
## (McGlynn Glisson & Mouton)

| Civil Action No. | Case Style |
| --- | --- |
| 2:14-cv-08254 | Krista Parks and Michael Parks v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09112 | Lorraine Davis-Sonne v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |