**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------ | |
| This document applies to: | |
| ETHICON WAVE 9 CASES LISTED IN PLAINTIFFS' NOTICE OF ADOPTION AT EXHIBIT A (Doc. 8274)[1] | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**ETHICON DEFENDANTS' NOTICE OF ADOPTION OF WAVE 3 *DAUBERT*
RESPONSE REGARDING SALIL KHANDWALA, M.D.,
FOR WAVE 9**

Plaintiffs filed a Notice of Adoption as to the opinion testimony of Salil Khandwala, M.D., in the Wave 9 cases identified in Exhibit A to their Notice. *See* Doc. 8274. In response, Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to the general causation opinions of Salil Khandwala, M.D. for Ethicon Wave 3 (Doc. 2925) as their response for Wave 9. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 3 response briefing.

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

---

[1] Plaintiffs' Exhibit A listed *Elaine Lawson* (2:13-cv-23274), *Lori Ransom* (2:13-cv-18285), and *Kay and Robert Zariski* (2:14-cv-26753). The *Lawson* case is closed and was terminated by the Court on May 9, 2019. The *Zariski* case is also closed and was terminated by the Court on May 9, 2019.

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

2