# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

### ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8336] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-B, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-B;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 6, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A
## (Bertram & Graf)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-02625 | Arlene Cathey v. Ethicon, Inc. |
| 2:13-cv-04167 | Wanda Eckley v. Johnson & Johnson |
| 2:13-cv-07153 | Brenda Prather and Richard Prather v. Ethicon, Inc. |
| 2:13-cv-19524 | Juanita Bezio and Richard Bezio v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-25245 | Carrie Davis v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-27581 | Margarita Arzola-Lilly and Robin Lilly v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-31240 | Teresa Goodnight v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-32876 | Carol Bohannon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-04532 | Joyce Patterson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08610 | Sharron Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| ~~2:14-cv-09396~~ | ~~Kristy Novian and Robert Novian v. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:15-cv-07981 | Nan Nedela v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14198 | Lori Casey and Daniel Casey v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01793 | Kelly Christensen v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT B
### (McGlynn Glisson & Mouton)

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-08254 | Krista Parks and Michael Parks v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-09112 | Lorraine Davis-Sonne v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |