IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                              MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8335], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson,[1] to the extent they are named as defendants. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties are seeking dismissal of these actions with prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: June 6, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

---

[1] Johnson & Johnson includes any incorrect or incomplete spellings of this Defendant, including Johnson & Johnson, Inc.

## EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:14-cv-12321 | Juanita L. Artman and Dennis Artman | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-01052 | Marty Babcock | vs. Ethicon, Inc.; Johnson & Johnson |
| ~~2:14-cv-15557~~ | ~~Kimberly Borbely and Brian Borbely~~ | ~~vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC~~ |
| ~~2:12-cv-02973~~ | ~~Lydia Correa and Jose Correa~~ | ~~vs. Ethicon, Inc.; Johnson & Johnson~~ |
| 2:12-cv-01681 | Jean E. Fleck | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03484 | Dora Gallardo | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12510 | Christine Godoy | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-00783 | Wendy Hagans | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-28863 | Donna Mae Hall and Tommy L. Hall | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11699 | Doreen Hamlyn and John A. Seeber | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-23133 | Clara E. Hawks and Phillip A. Hawks | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-03906 | Angela Henderson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-04268 | Rose Jackson and Marc Jackson | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:16-cv-02800 | Elizabeth J. Kernodle and Bruce W. Kernodle | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-00480 | Esther B. Lomax | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-26981 | Meza, Amanda | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05405 | Greer Moore | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13103 | Leann Morrison | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-12325 | Mary Ellen Mullins | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-21924 | Debbie Lynn Peake and Billy W. Peake | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:15-cv-06266 | Beatrice W. Preston | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11703 | Rebecca L. Scott and Gerald T. Scott | vs. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12071 | Suzanne D. Simas and Daniel J. | vs. Ethicon, Inc.; Johnson & Johnson; |

|  | Simas | Ethicon, LLC |
|---|---|---|
| 2:13-cv-13129 | Linda L. Smith and George W. Smith | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-29249 | Kim Vazquez and Joe Vazquez | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-31563 | Christine Wendt | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:12-cv-01088 | Rebecca Wheeler and David Wheeler | vs. Ethicon, Inc.; Johnson & Johnson |