# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8334] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A-J, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A-J;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 6, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A
## (Coveney Law)

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-11367 | Kathleen Ream v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11386 | Wilma McGathey v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11476 | Janet Leas v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11515 | Ceceilia Shannon v. Ethicon Inc.; Johnson & Johnson |
| 2:16-cv-11931 | Tari Bramlett v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-12666 | Eugenie Carrington v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-00543 | Brenda Hixson v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT B
# (Fears Nachawati)

| Civil Action No. | Case Style |
| --- | --- |
| 2:16-cv-03576 | Melinda Novelli v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01988 | Janice Blessing-Prosser and Rickey Prosser v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT C
## (Flint Law Firm)

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-09243 | Peggy Wipperman and Carl Wipperman v. Ethicon Inc.; Johnson & Johnson |

**EXHIBIT D**
**(Johnson Becker)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-15358 | Rose Pitagna and Frank L. Pitagna v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT E
## (Kershaw Cutter & Ratinoff)

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-07228 | Anna Baker and Gary Lee Baker v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07231 | Esther Lou Carpenter and Clayon Clair Carpenter v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01377 | Bobbie Jolly and Orville Jolly v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02022 | Stormie Mitchell and Archie Mitchell v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02116 | Angela Amos and Michael Amos v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02117 | Patricia Bartleson and Stanley Bartleson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02118 | Jean Brace v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02119 | Tracy Burlage and Todd Burlage v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02120 | Sylvie Carlson and Joseph Carlson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02122 | Mary Cartwright and David Cartwright, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02132 | Elizabeth Castleberry and Joseph Castleberry v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02133 | Kelli Doucette and Richard Doucette v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02134 | June Echols and Elton Echols v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02136 | Linda Frascht and Robert Frascht v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02137 | Kathryn Glaze v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02138 | Elizabeth Gonzalez-Dolginko and Daniel Dolginko v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02140 | Deborah Hughes v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02162 | Wanda Lee and John Thomas Lee v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02164 | Marilyn McLean v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02168 | Lesli Messinger and Nathan Messinger v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02169 | Susan Nichols v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02173 | Mavis Marcell Pressgrove and Therrell Pressgrove v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02177 | Kathy Pritchard and Joe Ned Pritchard v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02179 | Shirley Roberts and Carl Roberts v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02181 | Andrea Schoenherr v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02182 | Twyla Schrodemier v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02185 | Dejon Stewart v. Ethicon Inc.; Johnson & Johnson |

## EXHIBIT F
### (Lockridge Grindal Nauen)

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-05352 | Doris Singer and Gary Singer v. Ethicon Inc.; Johnson & Johnson |

## EXHIBIT G
### (Oliver Law Group)

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-04172 | Miriam Engstrom v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT H
### (The Simon Law Firm)

| Civil Action No. | Case Style |
|---|---|
| 2:17-cv-04154 | Jessica Cadell v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT I
## (Waters & Kraus)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-12635 | Carla R. Theisen v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-12954 | Irma Townson v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-26198 | Diann Repka and Ken Repka v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-09375 | Jodi L. Walsh v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17889 | Marianne L. Siegrist and Stephen Siegrist v. Ethicon Inc.; Johnson & Johnson |
| 2:18-cv-01012 | Kimberly Jacobs and Dave Jacobs v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT J
## (Wexler Wallace)

| Civil Action No. | Case Style |
|---|---|
| 2:18-cv-00278 | Kathy J. Romstadt and Michael Romstadt v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00377 | Maria Palomar and Antonio Palomar v. Ethicon, Inc. |