**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR       Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY           MDL 2327
LITIGATION

-------------------------------------------------------

ETHICON WAVE 9 CASES LISTED IN
EXHIBIT A OF DEFENSE NOTICE OF       JOSEPH R. GOODWIN
ADOPTION                                U.S. DISTRICT JUDGE

## <u>NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF<br>PEGGY PENCE, PH.D. FOR WAVE 9</u>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

response filed in relation to Peggy Pence, Ph.D., for Ethicon Wave 3, Dkt. 2949. Plaintiffs

respectfully request that the Court deny Defendants' motion, for the reasons expressed in the

Wave 3 response briefing.

Dated: June 6, 2019                 Respectfully submitted,

                                   /s/  D. Renee Baggett
                                   Renee Baggett, Esq.
                                   Bryan F. Aylstock, Esq.
                                   Aylstock, Witkin, Kreis and Overholtz, PLC
                                   17 East Main Street, Suite 200
                                   Pensacola, Florida  32563
                                   (850) 202-1010
                                   (850) 916-7449 (fax)
                                   E-mail:  rbaggett@awkolaw.com

                                   /s/ Thomas P. Cartmell
                                   THOMAS P. CARTMELL
                                   Wagstaff & Cartmell LLP
                                   4740 Grand Avenue, Suite 300
                                   Kansas City, MO 64112
                                   816-701-1102
                                   Fax 816-531-2372
                                   tcartmell@wcllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2019, I electronically filed the foregoing document with

the Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com