# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR        Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                 MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 9 CASES LISTED IN
EXHIBIT A OF DEFENSE NOTICE OF            JOSEPH R. GOODWIN
ADOPTION                                  U.S. DISTRICT JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF
## DUANE PRIDDY, PH.D. FOR WAVE 9

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert response filed in relation to Duane Priddy, Ph.D., for Ethicon Wave 4, Dkt. 3753. Plaintiffs respectfully request that the Court deny Defendants' motion, for the reasons expressed in the Wave 4 response briefing.

Dated: June 6, 2019                       Respectfully submitted,

                                          /s/  D. Renee Baggett
                                          Renee Baggett, Esq.
                                          Bryan F. Aylstock, Esq.
                                          Aylstock, Witkin, Kreis and Overholtz, PLC
                                          17 East Main Street, Suite 200
                                          Pensacola, Florida  32563
                                          (850) 202-1010
                                          (850) 916-7449 (fax)
                                          E-mail:  rbaggett@awkolaw.com

                                          /s/ Thomas P. Cartmell
                                          THOMAS P. CARTMELL
                                          Wagstaff & Cartmell LLP
                                          4740 Grand Avenue, Suite 300
                                          Kansas City, MO 64112
                                          816-701-1102
                                          Fax 816-531-2372
                                          tcartmell@wcllp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 6, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com