## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2327

_____

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

### ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8154], is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified on the attached Exhibit(s) A , and Johnson & Johnson, Ethicon, Inc., and/or Ethicon, LLC, (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these action without prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss without Prejudice is **GRANTED**. Ethicon is the only remaining defendant, therefore, it is further **ORDERED** that the action(s) listed on the attached Exhibit(s) A are **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual case(s) at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case(s) listed on the attached Exhibit(s)  A.

ENTER:  June 10, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-07172 | Lisa Ricketts v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11026 | Shirley Varney v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13595 | Jacqueline Maltba v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13780 | Cynthia Wright and James Wright v. Ethicon Inc.; Johnson & Johnson |
| 2:13-cv-16088 | Tracy Gonzalez v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19651 | Tina G. Gregory v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-19931 | Margaret Roach and Patricia Brandes v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20249 | Wieda Wilson v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20279 | Jennifer S. Zahm v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-00187 | Melissa Hinckle v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17086 | June Hopkins v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-17173 | Kimberly J. Pepper and Malisia Pepper v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-22674 | Daphne Latigue v. Ethicon Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-13476 | Ann Marie B. Hunter v. Ethicon Inc.; Johnson & Johnson |