*This motion is DENIED as moot. It is so ORDERED ENTERED: 6/10/19*

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs whose cases are listed on the attached Exhibit A and Defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), acting pursuant to F. R. Civ. P. 41(a)(1)(A)(ii), jointly move the court to dismiss with prejudice this action and all claims against the Ethicon Defendants which were, or could have been asserted. Each party shall bear her or its own costs. The settlements in the cases listed on Exhibit A relate only to the Ethicon Defendants. To the extent other defendants in these actions remain pending, plaintiffs will continue to prosecute these actions against them.

Respectfully submitted,

| | |
|---|---|
| */s/ Scott A. Love* | */s/ William M. Gage* |
| Scott A. Love | William M. Gage |
| CLARK, LOVE & HUTSON, GP | BUTLER SNOW LLP |
| 440 Louisiana Street, Suite 1600 | 1020 Highland Colony Parkway, Suite 1400 |
| Houston, TX 77002 | Ridgeland, MS 39157 |
| | |
| *Counsel for Plaintiff* | *Counsel for the Ethicon Defendants* |