# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE:  ETHICON, INC.
       PELVIC REPAIR SYSTEM                    MDL NO. 2327
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

**ORDER**
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon defendants") pursuant to the procedures established by Pretrial Order ("PTO") # 302 or PTO # 329. *See* PTO ##s 302 and 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF Nos. 6020 or 7576].

The Ethicon defendants have complied with the procedures set forth in PTO # 302 and/or # 329, and the plaintiffs have not filed an opposition. Defendants have informed the court that no other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 11, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

|    | Civil Action Number | Plaintiff(s) Name | ECF No. of Motion |
|----|---------------------|-------------------|-------------------|
| 1  | 2:12-cv-00881 | Juarez, Peggy | 33 |
| 2  | 2:12-cv-01348 | Eaton, Cynthia & Frank | 85 |
| 3  | 2:12-cv-01938 | Henry, Lana & Phillip Dean | 81 |
| 4  | 2:12-cv-02242 | Todd, Mattie & Ronnie | 58 |
| 5  | 2:12-cv-02282 | Beeler, Donna & Jerry | 27 |
| 6  | 2:12-cv-03045 | Myers, Kathy & Richard | 28 |
| 7  | 2:12-cv-03230 | Schlosser, Joan | 31 |
| 8  | 2:12-cv-03231 | Shaner, Julie | 26 |
| 9  | 2:12-cv-03232 | Smith, Ethel | 25 |
| 10 | 2:12-cv-03238 | Upchurch, Jessie | 27 |
| 11 | 2:12-cv-03239 | Brittain, Kay f/k/a Kay Fifield & Claire, Jr. | 28 |
| 12 | 2:12-cv-03243 | Seto, Jewell | 28 |
| 13 | 2:12-cv-04785 | Middleton, Pamela & Richard | 31 |
| 14 | 2:12-cv-04843 | Gaffield, Trisha & Kevin | 61 |
| 15 | 2:12-cv-05615 | Mercer, Carrie Marie & Richard | 30 |
| 16 | 2:12-cv-05776 | Glaser, Judy & Bill | 50 |
| 17 | 2:12-cv-06119 | Deans, Nancy | 21 |
| 18 | 2:12-cv-07505 | Thrasher, Rhonda | 14 |
| 19 | 2:12-cv-08039 | Godwin, Peggy & Mark R. | 24 |
| 20 | 2:12-cv-08141 | Edens, Christy A. Adams | 20 |
| 21 | 2:12-cv-08240 | Mays, Reba & Darrel | 35 |
| 22 | 2:12-cv-08241 | Shelley, Margaret & Troy | 36 |
| 23 | 2:12-cv-08441 | Thompson, Betty | 26 |
| 24 | 2:12-cv-09420 | Haines, Ora | 23 |
| 25 | 2:12-cv-09452 | Delmere, Nancy & Clark | 23 |
| 26 | 2:13-cv-01317 | Waugh, Joyce & Ivan | 32 |
| 27 | 2:13-cv-01733 | Martin, Linda & Kenneth | 15 |
| 28 | 2:13-cv-01959 | Downing, Judith & William | 34 |
| 29 | 2:13-cv-02506 | Brumit, Patsy | 28 |
| 30 | 2:13-cv-02683 | Gandy, Lissa | 19 |
| 31 | 2:13-cv-03391 | Cope, Sharon & Randolph | 18 |
| 32 | 2:13-cv-03780 | Rosell, Bobbie & Judd | 21 |
| 33 | 2:13-cv-04137 | Anderko, Marilyn | 18 |
| 34 | 2:13-cv-04889 | Mercer, Rebecca | 15 |
| 35 | 2:13-cv-05969 | Read, Diane & Adrian | 16 |
| 36 | 2:13-cv-06000 | Rice, Robyn & Thomas | 17 |
| 37 | 2:13-cv-07179 | Markland, Mary | 13 |
| 38 | 2:13-cv-07307 | Kingery, Pamala | 18 |
| 39 | 2:13-cv-07517 | Taylor, Gayla & Samuel | 16 |
| 40 | 2:13-cv-07991 | Saavedra, Cynthia & Randolph | 17 |
| 41 | 2:13-cv-08375 | Lahnum, Virginia | 23 |
| 42 | 2:13-cv-08401 | Foster, Kadie & Keyioka | 16 |
| 43 | 2:13-cv-08798 | Melgosa, Lorraine | 15 |

**EXHIBIT A**

| | Civil Action Number | Plaintiff(s) Name | ECF No. of Motion |
|---|---|---|---|
| 44 | 2:13-cv-08821 | Mills, Peggy & Hank | 15 |
| 45 | 2:13-cv-08872 | Farrah, Kim & Barry | 19 |
| 46 | 2:13-cv-09108 | Sayer, Roni M. & Lon R. | 18 |
| 47 | 2:13-cv-09452 | Pace, Charlotte & Ronnie | 13 |
| 48 | 2:13-cv-09537 | Jurva, Gerryann | 29 |
| 49 | 2:13-cv-09841 | Stutts, Shirley A. & L.E. | 17 |
| 50 | 2:13-cv-10997 | Lafollette, Christine | 16 |
| 51 | 2:13-cv-11283 | Plemons, Lemma | 15 |
| 52 | 2:13-cv-11542 | Salonish, Joan & Edward | 16 |
| 53 | 2:13-cv-11592 | Coutinho, Patti Marie Parker | 17 |
| 54 | 2:13-cv-11634 | Fulghum, Patricia & John | 17 |
| 55 | 2:13-cv-12081 | Riha, Mary Ann & Richard | 21 |
| 56 | 2:13-cv-12162 | Duffy, Constance & Thomas | 19 |
| 57 | 2:13-cv-12296 | Harbourt, Anita & William Theodore, II | 16 |
| 58 | 2:13-cv-12362 | Brumfield, Rose M. & Robert L., Jr. | 22 |
| 59 | 2:13-cv-13507 | Gonzales, Sylvia & Thomas | 17 |
| 60 | 2:13-cv-13785 | Roberts, Debra & Ronald | 13 |
| 61 | 2:13-cv-14154 | Ball, Frankie | 18 |
| 62 | 2:13-cv-14350 | Jensen, Ingrid | 24 |
| 63 | 2:13-cv-14749 | Alvarado, Anita | 22 |
| 64 | 2:13-cv-14947 | Pacitto, Grace | 17 |
| 65 | 2:13-cv-15290 | Mantovani, Vanessa LuRay & Sophia Loren | 20 |
| 66 | 2:13-cv-15312 | Falla, Bonnie J. | 21 |
| 67 | 2:13-cv-15825 | Coale, Yvonne & Barney | 18 |
| 68 | 2:13-cv-15969 | Harrison, Mary | 17 |
| 69 | 2:13-cv-16027 | Fulk, Roberta & David | 21 |
| 70 | 2:13-cv-16183 | Vanbuskirk, Theresa & David Masoka | 21 |
| 71 | 2:13-cv-16471 | McLemore, Mary & Larry | 19 |
| 72 | 2:13-cv-16527 | Smith, Kristi | 19 |
| 73 | 2:13-cv-16766 | Salazar, Maria M. | 18 |
| 74 | 2:13-cv-16933 | Morris, Patricia | 20 |
| 75 | 2:13-cv-16977 | Walkup, Ninna | 16 |
| 76 | 2:13-cv-17754 | Lilley, Allison & Aaron | 14 |
| 77 | 2:13-cv-18063 | Tucky, Liane | 21 |
| 78 | 2:13-cv-18163 | DeArmond, Donna & David | 16 |
| 79 | 2:13-cv-18384 | Frerich, Janet & Doyle | 17 |
| 80 | 2:13-cv-19175 | Carr, Julie | 15 |
| 81 | 2:13-cv-19333 | Turbeville, Debra | 19 |
| 82 | 2:13-cv-19681 | Vinson, Donna | 16 |
| 83 | 2:13-cv-19784 | McIntire, Susan | 15 |
| 84 | 2:13-cv-19989 | Gonzales, Marie Ester & Gilberto, Jr. | 14 |
| 85 | 2:13-cv-20410 | Moore, Heather & Matthew | 12 |
| 86 | 2:13-cv-20424 | Potts, Christa M. & Lawrence J. | 18 |

**EXHIBIT A**

|  | Civil Action Number | Plaintiff(s) Name | ECF No. of Motion |
|---|---|---|---|
| 87 | 2:13-cv-20466 | Neibert, Lisa | 17 |
| 88 | 2:13-cv-20772 | Chapman, Anita | 15 |
| 89 | 2:13-cv-20954 | McLellan, Denise & Robert | 18 |
| 90 | 2:13-cv-21587 | Weakland, Sally | 27 |
| 91 | 2:13-cv-22157 | Tallant, Susan M. & Perry L. | 33 |
| 92 | 2:13-cv-22477 | Heist, Dana & Darrin | 20 |
| 93 | 2:13-cv-22560 | Fern, Sara P. & Richard | 19 |
| 94 | 2:13-cv-22688 | Kaminsky, Susan | 20 |
| 95 | 2:13-cv-22694 | Fifarek, Patricia M. & Gene L. | 17 |
| 96 | 2:13-cv-22804 | Bowler, Eleanor J. | 19 |
| 97 | 2:13-cv-22860 | Mullen, Doris Ann | 18 |
| 98 | 2:13-cv-23074 | Lee, Ethel Parris | 13 |
| 99 | 2:13-cv-23179 | Shadinger, Christina | 21 |
| 100 | 2:13-cv-23291 | Braden, Vivian | 14 |
| 101 | 2:13-cv-23354 | Reyes, Carole | 18 |
| 102 | 2:13-cv-23555 | Bahmer, Cindy | 17 |
| 103 | 2:13-cv-23998 | Sircy, Loletta & Ronald | 19 |
| 104 | 2:13-cv-24192 | McCormack, Mary Jane | 25 |
| 105 | 2:13-cv-24286 | Romero, Abigale G. | 16 |
| 106 | 2:13-cv-24546 | Bolton, Christine | 15 |
| 107 | 2:13-cv-25336 | Dunn, Ann | 20 |
| 108 | 2:13-cv-25493 | Trottman, Angela | 18 |
| 109 | 2:13-cv-25503 | Wasson, Cynthia | 23 |
| 110 | 2:13-cv-25585 | Wisniewski, Lynette | 16 |
| 111 | 2:13-cv-25728 | Ambush, Dana | 18 |
| 112 | 2:13-cv-27089 | Medley, Rebecca W. & Danny | 18 |
| 113 | 2:13-cv-27103 | Soto, Sandra J. | 22 |
| 114 | 2:13-cv-27155 | Betrozoff, Jodi | 20 |
| 115 | 2:13-cv-27651 | Lopez, Libby | 14 |
| 116 | 2:13-cv-27697 | Carnes, Lori | 14 |
| 117 | 2:13-cv-28775 | Gerber, Michaela D. & Mark E. | 12 |
| 118 | 2:13-cv-28784 | Harvey, Geraldine & Nathaniel | 12 |
| 119 | 2:13-cv-29154 | Nelson, Marquita & Ron | 13 |
| 120 | 2:13-cv-29755 | Powers, Doris & Alfonso | 13 |
| 121 | 2:13-cv-30131 | Hall, Dianna & John | 14 |
| 122 | 2:13-cv-30696 | Champagne, Violet | 19 |
| 123 | 2:13-cv-30992 | Luz, Leon | 14 |
| 124 | 2:13-cv-31518 | Warden, Pamela O. | 23 |
| 125 | 2:13-cv-31532 | Williams, Carol | 17 |
| 126 | 2:13-cv-32431 | Estrada, Joanne & David | 12 |
| 127 | 2:13-cv-32920 | Clavesilla, Amber | 57 |
| 128 | 2:14-cv-00169 | Schreiner, Carla J. & Richard L. | 11 |
| 129 | 2:14-cv-00909 | Falango, Tracey | 15 |

## EXHIBIT A

|  | Civil Action Number | Plaintiff(s) Name | ECF No. of Motion |
|---|---|---|---|
| 130 | 2:14-cv-00922 | Willis, Lorita | 21 |
| 131 | 2:14-cv-01611 | Schweitzer, Debra Kay | 23 |
| 132 | 2:14-cv-02759 | Maldonado, Evelyn & Oscar Melendez | 15 |
| 133 | 2:14-cv-04567 | Payne, Hilary Vincent, as Personal Representative of the Estate of Deborah Ann Evans, Deceased | 16 |
| 134 | 2:14-cv-06620 | Forrester, Donna C. | 20 |
| 135 | 2:14-cv-06722 | Long, Darlene & Mitchell, Sr. | 13 |
| 136 | 2:14-cv-06762 | Park, Helena M. | 13 |
| 137 | 2:14-cv-07220 | Morales, Alice | 13 |
| 138 | 2:14-cv-07526 | Breitling, Jessica Anne Hayes & James Ruffin Bragg, Sr. | 23 |
| 139 | 2:14-cv-07928 | Crose, Jacqueline Susan & Richard | 13 |
| 140 | 2:14-cv-08425 | Miller, Janis | 19 |
| 141 | 2:14-cv-10670 | Schleichert, Patricia & Daniel | 16 |
| 142 | 2:14-cv-12402 | Schafer, Bonnie | 14 |
| 143 | 2:14-cv-12411 | Barrera, Linda & Horacio | 20 |
| 144 | 2:14-cv-12765 | Hoagland-Sawyer, Bonnie | 13 |
| 145 | 2:14-cv-12874 | Kirk, Linda & Jackie | 15 |
| 146 | 2:14-cv-12943 | Arthur-Huben, Lisa & Steven J. | 15 |
| 147 | 2:14-cv-13434 | Gouldhawke, Cindy | 20 |
| 148 | 2:14-cv-13584 | Mitchell, Ida Sybil | 16 |
| 149 | 2:14-cv-13932 | Kennedy, Elizabeth A. | 20 |
| 150 | 2:14-cv-14071 | Madison, Brenda S. | 11 |
| 151 | 2:14-cv-14266 | Dreisbach, Roseann & Mike | 24 |
| 152 | 2:14-cv-14603 | Springfield, Jennifer | 10 |
| 153 | 2:14-cv-15143 | Courneya, Lisa | 42 |
| 154 | 2:14-cv-15276 | Miller, Linda | 15 |
| 155 | 2:14-cv-15304 | Earegood, Joyce | 14 |
| 156 | 2:14-cv-15321 | Allen, Jane R. | 16 |
| 157 | 2:14-cv-15679 | MacDade, Melinda | 13 |
| 158 | 2:14-cv-15893 | Smith, Darlene & Greg | 14 |
| 159 | 2:14-cv-15988 | Anderson, Carolyn | 19 |
| 160 | 2:14-cv-16089 | Auten, Dawn & Jeffery | 24 |
| 161 | 2:14-cv-16376 | Arnstein, Mark M. & Michel L. Arnstein, co-executors of the Estate of Cecile Arnstein | 19 |
| 162 | 2:14-cv-16646 | Riley, Annette & Stephen | 13 |
| 163 | 2:14-cv-17256 | Beach, Barbara & Henry | 15 |
| 164 | 2:14-cv-17290 | Miller, Joan | 14 |
| 165 | 2:14-cv-17341 | Andras, Kristie & Roy | 15 |
| 166 | 2:14-cv-18461 | Mayfield, Gail | 10 |
| 167 | 2:14-cv-18868 | Gallawa, Frances | 30 |
| 168 | 2:14-cv-19077 | Chach, Carolyn & John | 15 |

**EXHIBIT A**

| | Civil Action Number | Plaintiff(s) Name | ECF No. of Motion |
|---|---|---|---|
| 169 | 2:14-cv-19084 | Pittaway, Mary & Jim | 13 |
| 170 | 2:14-cv-19086 | Stone, Lena & Jeffrey | 15 |
| 171 | 2:14-cv-19178 | White, Joyce Marie | 19 |
| 172 | 2:14-cv-19590 | Jefferson, Vanessa | 14 |
| 173 | 2:14-cv-20334 | Jones, Shirley & Donald | 11 |
| 174 | 2:14-cv-20686 | Sullivan-Ellard, Jaymie | 17 |
| 175 | 2:14-cv-21369 | Henderson, Paula K. | 18 |
| 176 | 2:14-cv-21561 | Martinez, Martha | 13 |
| 177 | 2:14-cv-21577 | Medina, Sheryll | 13 |
| 178 | 2:14-cv-21587 | Rice, Mildred | 12 |
| 179 | 2:14-cv-21598 | Valentino, Anne-Marie | 11 |
| 180 | 2:14-cv-21599 | Williams, Jane | 13 |
| 181 | 2:14-cv-22493 | Gabel, Wanda | 9 |
| 182 | 2:14-cv-22755 | Lorenzana, Marian | 13 |
| 183 | 2:14-cv-22766 | Lawrence, Christine | 14 |
| 184 | 2:14-cv-23444 | Walker, Felicia | 10 |
| 185 | 2:14-cv-23565 | Robinson, Bonnie Davis | 9 |
| 186 | 2:14-cv-23835 | Nadzak, Tina Marie | 16 |
| 187 | 2:14-cv-24339 | Watkins, Cynthia | 14 |
| 188 | 2:14-cv-24481 | Weisz, Kathryn L. | 22 |
| 189 | 2:14-cv-24924 | Baker, Brenda | 18 |
| 190 | 2:14-cv-25209 | Alexander, Beth | 10 |
| 191 | 2:14-cv-25211 | Haney, Cynthia | 10 |
| 192 | 2:14-cv-25213 | Nelson, Cynthia | 11 |
| 193 | 2:14-cv-25215 | Niceswanger, Heather | 11 |
| 194 | 2:14-cv-25216 | Page, Karen | 11 |
| 195 | 2:14-cv-25220 | Wagner, Allison | 14 |
| 196 | 2:14-cv-25461 | Rivera, Nereida | 17 |
| 197 | 2:14-cv-25968 | DeMenge, Sandra Jean & Stuart D. | 17 |
| 198 | 2:14-cv-26287 | Brazee, Deborah | 17 |
| 199 | 2:14-cv-26811 | Bonin, Karla | 14 |
| 200 | 2:14-cv-26815 | Langenbach, Nancy & John | 14 |
| 201 | 2:14-cv-27059 | Allbritton, Sarah Ruth | 36 |
| 202 | 2:14-cv-27067 | Anderson, Teresa Marie | 35 |
| 203 | 2:14-cv-27073 | Killsfirst, Inola | 34 |
| 204 | 2:14-cv-27077 | Page, Ilarae J. | 33 |
| 205 | 2:14-cv-27081 | States, Michelle | 34 |
| 206 | 2:14-cv-27129 | Kutil-Brown, Cynthia R. & Daniel | 14 |
| 207 | 2:14-cv-27477 | Coates, Joyce | 14 |
| 208 | 2:14-cv-27736 | Fox, Monica L. | 16 |
| 209 | 2:14-cv-27839 | Balsamo, Mary Ann & Rocco L. | 21 |
| 210 | 2:14-cv-30203 | Toland, Cathy | 26 |
| 211 | 2:14-cv-31507 | Adams, Sharon | 14 |

**EXHIBIT A**

|     | Civil Action Number | Plaintiff(s) Name | ECF No. of Motion |
|-----|---------------------|-------------------|-------------------|
| 212 | 2:15-cv-00749 | Moore, Amber & Randall | 12 |
| 213 | 2:15-cv-01023 | Butts, Patricia | 21 |
| 214 | 2:15-cv-01027 | Flores, Pauline | 19 |
| 215 | 2:15-cv-01982 | Ruth, Myra & Rodney | 17 |
| 216 | 2:15-cv-05007 | Ferjutz, Laura & Thomas | 16 |
| 217 | 2:15-cv-05197 | French, Christine & John | 21 |
| 218 | 2:15-cv-05636 | Jackson, Clara | 14 |
| 219 | 2:15-cv-07640 | Rucker, Bonnie S. & Malcolm D. | 16 |
| 220 | 2:15-cv-08250 | Baker, Linda Serene & Thomas | 16 |
| 221 | 2:15-cv-09088 | Fisher, Penny | 15 |
| 222 | 2:15-cv-09152 | Bradwell, Sylvia | 14 |
| 223 | 2:15-cv-09885 | Tokarczyk, Meribeth & Timothy | 11 |
| 224 | 2:15-cv-11263 | Smith, Debra | 13 |
| 225 | 2:15-cv-11469 | Baker, Carroll & Mark Price | 14 |
| 226 | 2:15-cv-12293 | Woolf, Rhonda Faye & Richard | 14 |
| 227 | 2:15-cv-12521 | Gager, Cathy J. & Robert | 17 |
| 228 | 2:15-cv-13798 | Fields, Rebecca & Michael | 10 |
| 229 | 2:15-cv-13865 | Kramer, Barbara A. & Jack | 11 |
| 230 | 2:15-cv-14476 | Keith, Brenda & Johnny | 17 |
| 231 | 2:15-cv-14636 | Hill, Jean Marie | 11 |
| 232 | 2:15-cv-14826 | Baker, Brenda & Donald | 12 |
| 233 | 2:15-cv-14960 | Tilot, Krystal | 12 |
| 234 | 2:15-cv-15439 | Cavazos, Cynthia & Jesse | 11 |
| 235 | 2:15-cv-15784 | Maddox, Deiana & Richard | 14 |
| 236 | 2:15-cv-15850 | O'Dell, Sharon & James | 12 |
| 237 | 2:15-cv-15851 | Gaskill, Patricia & Alex | 12 |
| 238 | 2:15-cv-15930 | Phillips, Elmalee & George | 12 |
| 239 | 2:15-cv-15937 | Brown, Katherine Elizabeth | 12 |
| 240 | 2:15-cv-16118 | Conant, Alberta Ruth & Albert Roswell | 11 |
| 241 | 2:15-cv-16299 | Terry, Barbara | 9 |
| 242 | 2:15-cv-16331 | Anderson, Sharon | 11 |
| 243 | 2:15-cv-16339 | Holt, Amy | 14 |
| 244 | 2:15-cv-16500 | Follis, Paula | 11 |
| 245 | 2:16-cv-00159 | Barnes, Janice | 11 |
| 246 | 2:16-cv-00207 | Downing, Arlene | 11 |
| 247 | 2:16-cv-00471 | Bright, Beverly & Warren | 12 |
| 248 | 2:16-cv-00645 | Nelson, Beverly | 15 |
| 249 | 2:16-cv-00648 | Morse, Gwendolyn & Christopher | 14 |
| 250 | 2:16-cv-00735 | Brower, Toni | 13 |
| 251 | 2:16-cv-00762 | Farley, Darleen | 11 |
| 252 | 2:16-cv-00783 | Casino, Kathy | 11 |
| 253 | 2:16-cv-00792 | Draper-Stuck, Rebecca & James | 14 |
| 254 | 2:16-cv-00877 | Farley, Linda | 11 |

**EXHIBIT A**

|  | Civil Action Number | Plaintiff(s) Name | ECF No. of Motion |
|---|---|---|---|
| 255 | 2:16-cv-01189 | Bourque, Raquel | 11 |
| 256 | 2:16-cv-01430 | Smith, Patsy | 12 |
| 257 | 2:16-cv-01801 | DeBord, Barbara Ann | 11 |
| 258 | 2:16-cv-01804 | Brown, Betty Jean | 12 |
| 259 | 2:16-cv-01813 | Alcantar, Rosa & David | 13 |
| 260 | 2:16-cv-02000 | Belluomini, Gina | 12 |
| 261 | 2:16-cv-02095 | Chaplin, Deborah & Gerald | 12 |
| 262 | 2:16-cv-02218 | Bies, Lauren | 12 |
| 263 | 2:16-cv-02223 | Savoy, Suzan Marie & Preston | 12 |
| 264 | 2:16-cv-02228 | Koenigs, Veronica & Kenneth | 12 |
| 265 | 2:16-cv-02230 | Pelkey, Barbara & Gary J. | 10 |
| 266 | 2:16-cv-02235 | Moore, Helen G. & Franklin L. | 12 |
| 267 | 2:16-cv-02236 | Hudson, Maureen & Allen L. | 12 |
| 268 | 2:16-cv-02289 | Gremling-Rayburn, Tonia M. & Randy | 11 |
| 269 | 2:16-cv-02484 | Miller, Barbara | 12 |
| 270 | 2:16-cv-02846 | Powell, Norma | 13 |
| 271 | 2:16-cv-03275 | Shaw, Helen | 15 |
| 272 | 2:16-cv-03355 | Alvarado, Nicole | 12 |
| 273 | 2:16-cv-03365 | Craver, Dana & Adam | 20 |
| 274 | 2:16-cv-03408 | Esquivel, Estelle | 14 |
| 275 | 2:16-cv-03416 | Greene, Deborah & John | 12 |
| 276 | 2:16-cv-03708 | Marino, Judith | 17 |
| 277 | 2:16-cv-03907 | Murphy, Patricia & Fred | 37 |
| 278 | 2:16-cv-03922 | Armstead, Yolonda | 13 |
| 279 | 2:16-cv-03978 | Barazzone, Angela | 13 |
| 280 | 2:16-cv-04028 | Benson, Lisa M. & Steven T. | 13 |
| 281 | 2:16-cv-04120 | Vail, Teri Rene | 14 |
| 282 | 2:16-cv-04257 | Haney, Bonnie Arlene & Buddy Joe | 12 |
| 283 | 2:16-cv-04406 | Fryza, Noreen | 13 |
| 284 | 2:16-cv-05641 | Gilmore, Cathy & Terry | 13 |
| 285 | 2:16-cv-05708 | Vetter, Misty & John | 11 |
| 286 | 2:16-cv-05745 | Meadows, Suzanne M. & George B. | 15 |
| 287 | 2:16-cv-05748 | Rodriguez, Marta Beatriz & Hugo A. | 21 |
| 288 | 2:16-cv-05924 | Conner, Cynthia | 11 |
| 289 | 2:16-cv-05973 | Baker, Ayna | 11 |
| 290 | 2:16-cv-06414 | Fulgham, Virginia Ann & Carl D. | 15 |
| 291 | 2:16-cv-06458 | Thomas, Marcia | 11 |
| 292 | 2:16-cv-06854 | Ruppert, Martha A. | 13 |
| 293 | 2:16-cv-07133 | Cline, Elizabeth | 11 |
| 294 | 2:16-cv-07140 | Pollard, Judith M. & James N. | 14 |
| 295 | 2:16-cv-07584 | Ernst, Barbara Ann & Bret | 14 |
| 296 | 2:16-cv-07822 | Beasley, Shelia | 10 |
| 297 | 2:16-cv-08093 | Ellis, Marsha | 14 |

**EXHIBIT A**

|     | Civil Action Number | Plaintiff(s) Name | ECF No. of Motion |
|-----|---------------------|-------------------|-------------------|
| 298 | 2:16-cv-08160 | Reilley, Frances D. | 15 |
| 299 | 2:16-cv-08452 | Ezell, Patricia L. & Billy | 16 |
| 300 | 2:16-cv-08569 | Boyer-Van Den Beldt, Melody | 11 |
| 301 | 2:16-cv-08624 | Reese, Paula | 13 |
| 302 | 2:16-cv-09253 | Sterling, Kimberly Ruth | 12 |
| 303 | 2:16-cv-09426 | Conger, Ruth Anne | 13 |
| 304 | 2:16-cv-09568 | Matar, Neseli | 13 |
| 305 | 2:16-cv-09791 | Johnson, Delores Jean | 13 |
| 306 | 2:16-cv-10627 | Wintch, Nicole & Christopher | 13 |
| 307 | 2:16-cv-11523 | Wells, Ramona L. | 11 |
| 308 | 2:16-cv-11924 | Hammond, Susan Marie & Victor H. | 16 |
| 309 | 2:17-cv-00471 | Everett, Tina | 11 |
| 310 | 2:17-cv-00890 | Turpin, Trina | 17 |
| 311 | 2:17-cv-01019 | Taylor, Sharon | 13 |
| 312 | 2:17-cv-01438 | Beason, Kim | 9 |
| 313 | 2:17-cv-01439 | Biehl, Donna | 9 |
| 314 | 2:17-cv-01442 | Bublitz, Karen | 9 |
| 315 | 2:17-cv-01449 | Dan, Judy | 9 |
| 316 | 2:17-cv-01451 | Dunn, Tammy | 9 |
| 317 | 2:17-cv-01458 | Grillo, Lisette | 9 |
| 318 | 2:17-cv-01463 | Hoffman, Judith | 9 |
| 319 | 2:17-cv-01468 | Irvin, Patricia | 9 |
| 320 | 2:17-cv-01469 | Jordan, Pauletta | 9 |
| 321 | 2:17-cv-01476 | Marinette, Hilde | 9 |
| 322 | 2:17-cv-01485 | McDole, Brenda | 9 |
| 323 | 2:17-cv-01502 | Seibly, Helen | 9 |
| 324 | 2:17-cv-01508 | Valenzuela, Becky | 9 |
| 325 | 2:17-cv-01513 | Wright, Trenda | 10 |
| 326 | 2:17-cv-01615 | Kaiser, Catherine & Michael | 15 |
| 327 | 2:17-cv-01776 | Leos, Maria & Arnold | 21 |
| 328 | 2:17-cv-01905 | Pereira, Maria Chaves | 14 |
| 329 | 2:17-cv-02080 | Garnett, Freda J. | 14 |
| 330 | 2:17-cv-02102 | Kirkland, Leah | 10 |
| 331 | 2:17-cv-02219 | Caron, Barbara | 15 |
| 332 | 2:17-cv-02257 | Chaudier, Margaret G. | 11 |
| 333 | 2:17-cv-02544 | Beebe, Rosario | 14 |
| 334 | 2:17-cv-02585 | Hinojosa-Alvarado, Norma & Santiago | 11 |
| 335 | 2:17-cv-03059 | Payne, Betty & John | 10 |
| 336 | 2:17-cv-03473 | Collins, Angela & Larry | 12 |
| 337 | 2:17-cv-03476 | Benavides, Martha | 14 |
| 338 | 2:17-cv-03680 | Bennett, Leanne | 14 |
| 339 | 2:17-cv-03752 | Hadding, Nancy Ann | 14 |
| 340 | 2:17-cv-03873 | McCulley, Joyce | 22 |

**EXHIBIT A**

|     | Civil Action Number | Plaintiff(s) Name | ECF No. of Motion |
| --- | --- | --- | --- |
| 341 | 2:17-cv-03923 | Shabbir, Uzma Inam | 13 |
| 342 | 2:17-cv-04056 | Wallington, Donna & Robert | 10 |
| 343 | 2:17-cv-04104 | Dallas, Jennifer | 24 |
| 344 | 2:18-cv-00019 | Wilson, Cheryl | 12 |
| 345 | 2:18-cv-00708 | Valles, Barbara | 5 |
| 346 | 2:18-cv-00760 | Coulter, Melissa | 5 |
| 347 | 2:18-cv-00761 | Cox, Kim | 5 |
| 348 | 2:18-cv-00786 | Duncan, Kathy | 5 |
| 349 | 2:18-cv-00824 | Tingle, Sarah | 5 |
| 350 | 2:18-cv-00844 | Green, Shirley | 5 |