# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM
      PRODUCTS LIABILITY LITIGATION        MDL 2327

---

THIS DOCUMENT RELATES TO CASES IDENTIFIED
ON THE ATTACHED EXHIBIT A:

## ORDER
(Dismissing the "Ethicon Defendants" with Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by the Ethicon defendants as identified in the motions (collectively the "Ethicon defendants") pursuant to the procedures established by Pretrial Order ("PTO") # 302 or PTO # 329. *See* PTO ##s 302 and 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF Nos. 6020 or 7576].

The Ethicon defendants have complied with the procedures set forth in PTO # 302 and/or 329, and the plaintiffs have not filed an opposition. It appearing to the court that the plaintiffs and the Ethicon defendants have jointly agreed to settle, and have settled their claims, the dismissal of the Ethicon defendants in each case identified on Exhibit A is appropriate.

The court **ORDERS** that:

1. the Motions to Dismiss with Prejudice are **GRANTED**; and

2. the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A; and,

3. if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit A; and

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 12, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Civil Action Number | Case | ECF No. of Motion |
|---|---|---|
| 2:13-cv-30772 | Mangino, Theresa & John | 20 |
| 2:12-cv-00484 | Stallman, Diane & Craig | 63 |
| 2:12-cv-04330 | Mattingly, Rita | 26 |
| 2:13-cv-06538 | Oldham, Erin | 19 |
| 2:13-cv-14388 | Cooper, Cheryl A. & Mark S. | 50 |
| 2:14-cv-08598 | Pittman, Treva D. | 20 |
| 2:14-cv-10695 | Lee, Cynthia & Ross | 15 |
| 2:15-cv-09543 | Arnold, Jacqueline | 25 |
| 2:16-cv-03893 | Schoenecker, Donna | 16 |
| 2:16-cv-03935 | Sandoval, Verna | 16 |
| 2:16-cv-04263 | Kosuda, Judith | 18 |
| 2:16-cv-05015 | Carlson, Angela | 15 |
| 2:16-cv-06626 | Hilliard, Lynda F. | 16 |
| 2:16-cv-10320 | Wolf, Margaret | 24 |
| 2:17-cv-02918 | Garza, Ramona | 18 |