# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 9 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR *DAUBERT* RESPONSE
## REGARDING DR. JUAN C. FELIX, M.D. FOR WAVE 9

Plaintiffs filed a Notice of Adoption [Dkt. 8267] in the Wave 9 cases identified in Exhibit A[1] to their Notice adopting their *Daubert* Motion to Preclude Testimony of Defense Expert Juan Carlos Felix, M.D. and Supporting Memorandum from Ethicon Wave 1. Defendants hereby adopt and incorporate by reference their *Daubert* response filed in relation to Juan Carlos Felix, M.D. in Ethicon Wave 1, [Dkt. #2184]. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 1 response briefing.

Dated: June 12, 2019

Respectfully submitted,

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

[1] The following cases identified in Exhibit A have been dismissed: *Janice Blessing-Prosser*, No. 2:17-cv-01988; *Vera Boyd*, No. 2:17-cv-03586; *Joyce Clark*, No. 2:15-cv-13857; *Kathleen Lindon*, No. 2:16-cv-07814; and *Peggy Wipperman*, No. 2:16-cv-09243. Defendants adopt their prior response with respect to those cases in the event they are later revived.

_/s/ William M. Gage_
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

<div style="margin-left: 40%;">

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

</div>