# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------- | |
| ETHICON WAVE 9 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING STEVEN MACLEAN, M.D. FOR WAVE 9

Plaintiffs filed a Notice of Adoption [Dkt. 8276] in the Wave 9 cases identified in Exhibit A[1] to their Notice adopting their *Daubert* Motion to Preclude Testimony of Defense Expert Steven MacLean, M.D. and Supporting Memorandum. Defendants hereby adopt and incorporate by reference the *Daubert* responses filed in relation to Steven MacLean, M.D., for Ethicon Wave 1, Dkt. [2287] and for Ethicon Wave 3, Dkt. [2942]. The Court previously overruled most of Plaintiffs' objections to Dr. MacLean's testimony, Dkt. [2724].[2] Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 1 and Wave 3 response briefing and as adopted by this Court in its prior ruling.

Dated: June 12, 2019

---

[1] The following cases identified in Exhibit A have been dismissed: *Anna Marie Holmes*, No. 2:14-cv-02162; *Meredith Lloyd-Duncan*, No. 2:12-cv-09153; *Melinda Novelli*, No. 2:16-cv-03576; *Carla Theisen*, No. 2:13-cv-12635; and *Kay Zariski*, No. 2:14-cv-26753. Defendants adopt their prior responses with respect to those cases in the event they are later revived.

[2] This Memorandum Opinion and Order was adopted with respect to Wave 3 cases as well, Dkt. [4183].

Respectfully submitted,

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com