# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ETHICON WAVE 9 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING PETER SAND, M.D. FOR WAVE 9

Plaintiffs filed a Notice of Adoption [Dkt. 8286] in the Wave 9 cases identified in Exhibit A[1] to their Notice adopting their *Daubert* Motion to Preclude Testimony of Defense Expert Peter Sand, M.D. and Supporting Memorandum from Ethicon Wave 8. Defendants hereby adopt and incorporate by reference their *Daubert* response filed in relation to Peter Sand, M.D. in Ethicon Wave 8 [Dkt. # 6979]. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 8 response briefing.

Dated: June 12, 2019

                                        Respectfully submitted,

                                        */s/ Susan M. Robinson*
                                        Susan M. Robinson (W.Va. Bar #5169)
                                        Thomas Combs & Spann PLLC
                                        300 Summers Street
                                        Suite 1380 (25301)
                                        P.O. Box 3824
                                        Charleston, WV 25338
                                        (304) 414-1807
                                        srobinson@tcspllc.com

---

[1] *Sandra Barron*, No. 2:13-cv-14834, identified in Exhibit A, has been dismissed. Defendants adopt their prior response with respect to that cases in the event it is later revived.

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

2

## CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                */s/ Susan M. Robinson*
                                Susan M. Robinson (W.Va. Bar #5169)
                                Thomas Combs & Spann PLLC
                                300 Summers Street
                                Suite 1380 (25301)
                                P.O. Box 3824
                                Charleston, WV 25338
                                (304) 414-1807
                                srobinson@tcspllc.com