. UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327<br><br>Wave 9 |
| THIS DOCUMENT RELATES TO:<br><br>*Wave 9 cases listed on Plaintiffs' Exhibit A* | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSES REGARDING LARRY SIRLS, M.D. FOR WAVE 9

Plaintiffs filed a Notice of Adoption [Dkt. 8293] in the Wave 9 cases identified in Exhibit A[1] to their Notice, adopting their Motion to Exclude Certain Opinions and Testimony of Larry Sirls, M.D. and Supporting Memorandum from Ethicon Wave 2, Dkt. 2479 (motion), 2480 (memorandum in support). Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to Larry Sirls, M.D. for Ethicon Wave 3 Cases [Doc. 2936, MDL General]. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 3 response briefing.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway

---

[1] The following cases listed on Plaintiffs' Exhibit A have been dismissed without prejudice: Janice Blessing-Prosser (No. 2:17-cv-01988), Amanda Harshbarger (No. 2:13-cv-15950), Melinda Novelli (No. 2:16-cv-03576), and Jodi Walsh (No. 2:14-cv-09375). Plaintiffs' Notice is therefore moot as to these cases. Should these cases be revived, Ethicon hereby adopts its prior *Daubert* briefing for those cases as stated herein.

Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants

# CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

47891857.v1