IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ──────────────────────────────────<br>ETHICON WAVE 9 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE
REGARDING PETER ROSENBLATT, M.D. FOR WAVE 9**

Plaintiffs filed a Notice of Adoption [Dkt. 8282] in the Wave 9 cases identified in Exhibit A[1] to their Notice, adopting their Motion to Exclude Certain Opinions and Testimony of Peter Rosenblatt, M.D. and Supporting Memorandum from Ethicon Wave 2. Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to Peter Rosenblatt, M.D. for Ethicon Wave 2, Doc. No. 2535. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 2 response briefing and as stated in the Court's Memorandum Opinion and Order (*Daubert* Motion re: Peter L. Rosenblatt, M.D.) [Dkt. 3553].

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561

---

[1] The following cases listed on Plaintiffs' Exhibit A have been dismissed without prejudice: Lori Ransom (No. 2:13-cv-18285), and Kay Zariski (No. 2:14-cv-26753). Plaintiffs' Notice is therefore moot as to these cases. Should these cases be revived, Ethicon hereby adopts its prior *Daubert* briefing for those cases as stated herein.

william.gage@butlersnow.com

*/s/ Susan M. Robinson*_____
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON


**CERTIFICATE OF SERVICE**

    I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

    */s/ William M. Gage*
    William M. Gage

47938258.v1