# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br><br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO:<br>Cases Listed in Exhibit A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## DEFENDANTS' MOTION TO DISMISS CASES FILED AFTER PTO # 304

Pursuant to Federal Rule of Civil Procedure 12(b), Defendants Ethicon, Inc., and Johnson & Johnson move to dismiss all suits initiated after this Court's order of June 21, 2018, Pretrial Order No. 304 ("PTO # 304"). In PTO # 304, this Court "**ORDER[ED]** that plaintiffs may no longer direct file claims against Ethicon, Inc. or Johnson & Johnson or any related entities in the Ethicon MDL . . . or in any other pelvic mesh MDL assigned to the court." (MDL Doc. 6033, PTO # 304, at 1 (emphasis in original); *see also* MDL Doc. 6031, Minute Order Suspending Rule 7.1(a) (ordering that cases no longer be transferred to MDL 2327)). Despite this order, a number of plaintiffs have since filed claims in the MDL:

| Plaintiff(s) | Case Number | Filing Date |
|---|---|---|
| Breen, Susan | 2:18-cv-01275 | August 31, 2018 |
| Bowers, Joanne M. | 2:19-cv-00164 | March 8, 2019 |
| Deshon, Ellen | 2:19-cv-00266 | April 11, 2019 |
| Gonzalez, Diana & Robert | 2:18-cv-01295 | September 14, 2018 |
| Hall, Phyllis K. & Patrick | 2:18-cv-01146 | July 13, 2018 |
| Harrington, Jill | 2:19-cv-00299 | April 19, 2019 |
| Renteria, Marie | 2:18-cv-01550 | December 31, 2018 |
| Turner, Christie | 2:18-cv-01551 | December 31, 2018 |

(Exhibit A, List of Cases). Because these cases were filed after this Court's order that no more claims may be filed in the MDL, they are due to be dismissed Without Prejudice.

Respectfully submitted,

*/s/ William M. Gage*

William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC., JOHNSON & JOHNSON, AND ETHICON, LLC

## CERTIFICATE OF SERVICE

I certify that on on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
COUNSEL FOR DEFENDANTS

**EXHIBIT A**

| Plaintiff(s) | Case Number | Filing Date |
|---|---|---|
| Breen, Susan | 2:18-cv-01275 | August 31, 2018 |
| Bowers, Joanne M. | 2:19-cv-00164 | March 8, 2019 |
| Deshon, Ellen | 2:19-cv-00266 | April 11, 2019 |
| Gonzalez, Diana & Robert | 2:18-cv-01295 | September 14, 2018 |
| Hall, Phyllis K. & Patrick | 2:18-cv-01146 | July 13, 2018 |
| Harrington, Jill | 2:19-cv-00299 | April 19, 2019 |
| Renteria, Marie | 2:18-cv-01550 | December 31, 2018 |
| Turner, Christie | 2:18-cv-01551 | December 31, 2018 |