IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------ | |
| ETHICON WAVE 9 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING TIMOTHY ULATOWSKI FOR WAVE 9

In Wave 9, Plaintiffs have adopted their Wave 1 briefing filed against Timothy Ulatowski. [Dkt. 8298] (adopting Dkt. 2060 (motion), Dkt. 2065 (memorandum) and Dkt. 2232 (reply)) for all cases listed in Exhibit A to their Notice.[1]

Defendants hereby adopt and incorporate by reference their Supplemental Response and Notice of Adoption filed in relation to Timothy Ulatowksi in Ethicon Wave 3, Dkt. 2910, and their Wave 1 Response Brief, Dkt. 2134.

For the reasons stated in Defendants' Wave 3 and Wave 1 briefing [Dkt. 2910, 2134], Plaintiffs' motion should be denied in its entirety.

Respectfully submitted,

*s/ William M. Gage*

---

[1] The following cases listed on Plaintiffs' Exhibit A have been dismissed without prejudice: Dawn Bridges (No. 2:15-cv-13609); Amanda Marie Harshbarger (No. 2:13-cv-15950); Meredith Lloyd-Duncan (2:12-cv-09153); Jayne & Richard Pawlisa (No. 2:15-cv-03832); Lela J. Quillen (No. 2:14-cv-14403); Lori Ransom (No. 2:13-cv-18285); Melanie Watson (No. 2:13-cv-24197); Kay & Robert Zariski (No. 2:14-cv-26753). Plaintiffs' Notice is therefore moot as to these cases. Should these cases be revived, Ethicon hereby adopts its prior *Daubert* briefing for those cases as stated herein.

William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*s/ William M. Gage*