IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| -------------------------------------------------------- ETHICON WAVE 9 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF ROBERT ROGERS, M.D., FOR WAVE 9

Plaintiffs filed a Notice of Adoption [Dkt. 8281] in the Wave 9 cases identified in Exhibit A to their Notice[1] adopting their *Daubert* Motion to Preclude Testimony of Defense Expert Robert Rogers, M.D., and Supporting Memorandum from Ethicon Wave 2 [Dkt. 2417 (motion) and 2466 (memorandum)]. The Court previously overruled most of Plaintiffs' objections to Dr. Rogers's testimony, [Dkt. 3545]. Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to Robert Rogers, M.D., in Ethicon Wave 2, [Dkt. 2488]. Defendants respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave 2 response briefing and as adopted by this Court in its prior ruling.

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)

---

[1] The following cases listed on Plaintiffs' Exhibit A have been dismissed without prejudice: Meredith Lloyd-Duncan (No. 2:12-cv-09153) and Melinda Novelli (No. 2:16-cv-03576). Plaintiffs' Notice is therefore moot as to these cases. Should these cases be revived, Ethicon hereby adopts its prior *Daubert* briefing for those cases as stated herein.

1

P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage