## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR
SYSTEMS PRODUCTS LIABILITY
LITIGATION

Master File No. 2:12-MD-02327
MDL 2327

-------------------------------------------------------

This document applies to:

ETHICON  WAVE  9  CASES  LISTED  IN
PLAINTIFFS' EXHIBIT A

JOSEPH R. GOODWIN U.S. DISTRICT
JUDGE

### NOTICE OF ADOPTION OF WAVE 3 *DAUBERT* RESPONSE REGARDING
### JANET E. TOMEZSKO, M.D. FOR WAVE 9

Plaintiffs filed a Notice of Adoption (Dkt. 8297) adopting their Wave 2 motion [Dkt. 2435/2440] to exclude Dr. Janet E. Tomezsko for the Wave 9 cases identified in Exhibit A to their Notice.[1]

In response, Defendants hereby  adopt and incorporate by reference the *Daubert* response filed in relation to the general-causation opinions of Janet E. Tomezsko, M.D for Ethicon Wave 3 (Dkt. 2924) as their response for Wave 9.  Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 3 response briefing.

Respectfully submitted,

s/ William M. Gage

William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010

---

[1] The following case listed on Plaintiffs' Exhibit A has been dismissed without prejudice: Carla R. Theisen, No. 2:13-cv-12635.  Plaintiffs' Notice is therefore moot as to this case.  Should this case be revived, Ethicon hereby adopts its prior *Daubert* briefing as to it.

(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*s/ William M. Gage*

47947362.v1

2