UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>Wave 9 |
| THIS DOCUMENT RELATES TO:<br><br>*Cases Listed in Plaintiffs' Exhibit A* | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR RESPONSES IN OPPOSITION TO**
***DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY OF**
**DOROTHY KAMMERER-DOAK, M.D.**

In response to Plaintiffs' notice adopting their prior Wave 8 *Daubert* motion as to Dorothy Kammerer-Doak, M.D. (Doc. 8272 (adopting Docs. 6882 & 6885)), Defendants hereby adopt and incorporate by reference their prior responsive briefing (Doc. 7029) in opposition to the motion to exclude Dr. Kammerer-Doak's testimony. Defendants respectfully request that the Plaintiffs' motion be denied for the reasons stated in the Wave 8 briefing.

This notice applies to the Wave 9 cases identified in Plaintiffs' Exhibit A.[1]

                                              Respectfully submitted,

                                              */s/ William M. Gage*
                                              William M. Gage (MS Bar No. 8691)
                                              Butler Snow LLP
                                              1020 Highland Colony Parkway
                                              Suite 1400 (39157)
                                              P.O. Box 6010
                                              Ridgeland, MS 39158-6010
                                              (601) 985-4561
                                              william.gage@butlersnow.com

---

[1] Defendants note that one of the cases listed in Plaintiffs' Exhibit A has been terminated since the filing of their motion: Sandra Barron (No. 2:13-cv-14834). No response is required in this closed matter.

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

#47664877