# EXHIBIT C

**From:** Miller, M.D., Dennis <Dennis.Miller@wfhc.org>
**Sent:** Wed, 06 Jul 2011 18:34:48 GMT
**To:** Paradise, Jennifer [ETHUS]; Parisi, Paul [ETHUS]; Luscombe, Brian [ETHUS]
**Subject:** RE: help

---

Thanks that's great

---

**From:** Paradise, Jennifer [ETHUS] [mailto:JParadis@its.jnj.com]
**Sent:** Wednesday, July 06, 2011 1:28 PM
**To:** Parisi, Paul [ETHUS]; Miller, M.D., Dennis; Luscombe, Brian [ETHUS]
**Subject:** RE: help

Dr. Miller,

Paul and Brian asked me to send you one of our Prolift professional education deck that includes an overview of material science. You can download the presentation by going to this link: https://www.yousendit.com/download/MFo3a3ZLV3JEbUpjR0E9PQ.

The last section starting on slide 13 covers material science.

Please let me know if you have any questions.

Jennifer

**JENNIFER PARADISE**
Professional Education Director, US • Ethicon Women's Health & Urology
P: 908.218.2597
C: 646-299-8882
jparadis@its.jnj.com

**Confidentiality Notice:** This document is J&J Proprietary. You may forward this document within J&J on a need to know basis. You may not forward this onto the Internet without the author's permission. This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited.  If you have received this e-mail transmission in error, please reply to the sender, so that J&J can arrange for proper delivery, and then please delete the message from your inbox.

---

**From:** Parisi, Paul [ETHUS]
**Sent:** Thursday, June 30, 2011 3:44 PM
**To:** Miller, M.D., Dennis; Luscombe, Brian [ETHUS]
**Cc:** Paradise, Jennifer [ETHUS]
**Subject:** RE: help

Dennis, We'll look into this further and will work to get some things to you hopefully next week if that's not too late.  Thanks, Paul

**CONFIDENTIAL**
**SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY**

ETH.MESH.05337217

**PAUL PARISI**
Director • WW Professional Education, EWH&U
P: 908.218.2732
C: 908.295.7472
F: 908.218.5441
pparisi@its.jnj.com

**Confidentiality Notice:** This document is J&J Proprietary. You may forward this document within J&J on a need to know basis. You may not forward this onto the Internet without the author's permission. This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited.  If you have received this e-mail transmission in error, please reply to the sender, so that J&J can arrange for proper delivery, and then please delete the message from your inbox.

**From:** Miller, M.D., Dennis [mailto:Dennis.Miller@wfhc.org]
**Sent:** Thursday, June 30, 2011 12:47 PM
**To:** Luscombe, Brian [ETHUS]
**Cc:** Parisi, Paul [ETHUS]
**Subject:** Re: help

Dude, I may need help but I'm not that sad. I am giving a lecture on the topic I have all the current papers and am keenly aware of  the changes. I just wanted some stuff for historical perspective. I also was hoping for images to back up the discussion.I guess I will have to for go any discussion of partially absorbable mesh and focus on other companies developments. Like surface area changes and meshes to reduce degradation………. The other companies seem to be able to part with a few images without violating rules………I'm just sayin'
I also am speaking on single incision slings and could use some images of those. Too bad again since AMS and Bard are submitting some
If you come up with any images of your products,etc or your data, I would be happy to include it along side the other companies stuff
Let me know
Dennis

**From:** Brian Luscombe <BLuscomb@ITS.JNJ.com>
**Date:** Mon, 27 Jun 2011 13:39:14 -0400
**To:** Julie Schuppie User <dennis.miller@wfhc.org>
**Cc:** Paul Parisi <PParisi@its.jnj.com>
**Subject:** RE: help

Hey Dennis,

Would love to help you out with slides but we now live in a new world.  Everything we send out has to be copy approved.  I can't even pull slides out of a deck (or send you a deck knowing that you will do this) in this new world.  Let me see if I can help in other ways…

As I am sure you know, the world you knew 7-10 years ago on AMID classification is longer even relevant to some extent.  What people think they know about mesh is changing.  A few years ago people thought that if you made a mesh that had a monofilament construction and had large pores that it would be fine.  In the last few years that has changed

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05337218

to a discussion about the density of the mesh and its weight.  In the next year or two it is going to change further with more discussion on topics like partially absorbable mesh, bridging fibrosis, and stress shielding.

If you look at the IUGA website and go to the 2010 annual meeting, you will see the Abstract book.  A number of these talks from Ozog, Moalli, etc. are up there and can be used as a reference and as a starting point for discussion.  You may even be able to get some slides from these authors if you know them...

Hope this helps!

Best, Brian

**From:** Miller, M.D., Dennis [mailto:Dennis.Miller@wfhc.org]
**Sent:** Monday, June 27, 2011 10:05 AM
**To:** Luscombe, Brian [ETHUS]
**Cc:** Parisi, Paul [ETHUS]
**Subject:** help

Hi Guys,
I am wondering if you guys can help me. I think I told you I have 4 lactures to give at this meeting in Baltimore. I am not prepared in the least. One of them is called mesh engineering –where are we going? It is a total pain and not exactly in my wheelhouse. Do you have any slides or other materials that I can use. Obviously , this will be non-proprietary and I certainly will not be comparing brands of current mesh. Even the old slides that have the old AMID classification and the electron microscopy pictures would be helpful. Anything new that you can share is great too.
Anything at all is a help. Unfortunately, I need it all on short notice as well
Dennis

**From:** Luscombe, Brian [ETHUS] [mailto:BLuscomb@ITS.JNJ.com]
**Sent:** Monday, June 20, 2011 9:55 AM
**To:** Miller, M.D., Dennis
**Cc:** Parisi, Paul [ETHUS]
**Subject:** RE: TOMORROW NIGHT

Great – 5PM it is at the Harbor House.  We will dress casual, but wear a jacket (no tie)...  thanks!

**From:** Miller, M.D., Dennis [mailto:Dennis.Miller@wfhc.org]
**Sent:** Monday, June 20, 2011 10:49 AM
**To:** Luscombe, Brian [ETHUS]
**Cc:** Parisi, Paul [ETHUS]
**Subject:** RE: TOMORROW NIGHT

Sounds good. I will also be available early and it would be nice to meet right after work. Maybe even as early as 5pm. How about the Harbor House? I was looking it up and just made a reservation for 4. So if that's okay, we are set

Regards,

*Dennis P. Miller, M.D.*
Milwaukee Urogynecology
Wheaton Franciscan Healthcare

201 N Mayfair Rd
Wauwatosa, WI 53226
(O) 414-259-7480
(F) 414-259-7379
(C) 414-732-9228
dennismillermd.com

CONFIDENTIAL
SUBJECT TO STIPULATION AND ORDER OF CONFIDENTIALITY

ETH.MESH.05337219

**From:** Luscombe, Brian [ETHUS] [mailto:BLuscomb@ITS.JNJ.com]
**Sent:** Monday, June 20, 2011 9:23 AM
**To:** Miller, M.D., Dennis
**Cc:** Parisi, Paul [ETHUS]
**Subject:** TOMORROW NIGHT

Hey Dennis!

Paul and I are looking forward to seeing you tomorrow night in Milwaukee.  Did you have a restaurant in mind?  Also, let us know what time you would like to go out to dinner.  We are flexible, since we are taking a flight that gets us in early.  Looking forward to it!

*Brian Luscombe*
US Product Director, Female Pelvic Medicine & Reconstructive Surgery



P.O. Box 151
Somerville, NJ 08876
908-218-2141 (office)
908-625-6463 (mobile)
908-218-2886 (fax)

Privileged/Confidential information may be contained in this message. The information contained in this message is intended only for the use of the recipient(s) named above and their co-workers who are working on the same matter. The recipient of this information is prohibited from disclosing the information to any other party unless this disclosure has been authorized in advance.

If you are not intended recipient of this message or any agent responsible for delivery of the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of this message is strictly prohibited. You should immediately destroy this message and kindly notify the sender by reply E-Mail. Please advise immediately if you or your employer does not consent to Internet E-Mail for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of the firm shall be understood as neither given nor endorsed by it.

Important Security Information about Wheaton Franciscan Healthcare Email Communications

Wheaton Franciscan Healthcare has implemented an email encryption service to protect the privacy of email containing PHI and other confidential information. To learn more about our secure email system, please visit www.wfhealthcare.org/Wheaton/AboutUs/SecureEmail.aspx