IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
    PELVIC REPAIR SYSTEM                    MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

**ORDER**
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendant Boston Scientific Corporation ("BSC") pursuant to the procedures established by Pretrial Order ("PTO") # # 329. *See* PTO # 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 7576].

The BSC defendant has complied with the procedures set forth in PTO # 329, and the plaintiffs have not filed an opposition. Defendant BSC has informed the court that no other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendant's Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in the individual cases listed on the attached Exhibit A. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 18, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| | Civil Action No. | Case Style | ECF No. of Motion |
|---|---|---|---|
| 1 | 2:16-cv-00665 | ALLBRIGHT, Mary vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation | 18 |
| 2 | 2:16-cv-06982 | BENNETT, Mable C. vs. Boston Scientific Corporation | 16 |
| 3 | 2:15-cv-06066 | BERKOWITZ, Shirley vs. Boston Scientific Corporation | 29 |
| 4 | 2:16-cv-06069 | BOHARTZ, Kimberly Jo vs. Boston Scientific Corporation | 17 |
| 5 | 2:16-cv-10726 | BRINDLEY, Shirley vs. Boston Scientific Corporation | 17 |
| 6 | 2:16-cv-03249 | BROBST, Sherry vs. Boston Scientific Corporation | 21 |
| 7 | 2:14-cv-03787 | CALDERON, Tina vs. Boston Scientific Corporation | 19 |
| 8 | 2:12-cv-09514 | CAMPBELL, Joan and Ray Campbell vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, and Boston Scientific Corporation | 26 |
| 9 | 2:16-cv-00668 | CASS, Joyce vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation | 17 |
| 10 | 2:16-cv-01203 | CHOATE, Lela vs. Boston Scientific Corporation | 15 |
| 11 | 2:16-cv-00669 | CORDOVA, Patricia vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation | 18 |
| 12 | 2:16-cv-00675 | COX, Barbara vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation | 18 |
| 13 | 2:15-cv-09876 | DANIEL, Donna vs. Boston Scientific Corporation | 16 |
| 14 | 2:17-cv-03024 | DAVIS, Catherine vs. Boston Scientific Corporation | 17 |
| 15 | 2:13-cv-13700 | DEBARDELEN, Julia M. and Rick Debardelen vs. Boston Scientific Corporation | 19 |
| 16 | 2:16-cv-07775 | DEMING, Deanne and Robert Deming vs. Boston Scientific Corporation | 17 |
| 17 | 2:14-cv-18964 | DIETZ, Deann vs. Boston Scientific Corporation | 19 |
| 18 | 2:14-cv-19013 | DONOHUE, Sharon J. vs. Ethicon, Inc., Johnson & Johnson | 19 |
| 19 | 2:14-cv-15621 | DUFFIELD, JoyceAnn and Jeffrey Duffield vs. Boston Scientific Corporation | 18 |
| 20 | 2:14-cv-05741 | EVANS, Sharon Kay and Romel Evans vs. Boston Scientific Corporation | 19 |
| 21 | 2:16-cv-00757 | FINN, Tammy vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation | 18 |
| 22 | 2:16-cv-08131 | GAND, Joan L. vs. Boston Scientific Corporation | 18 |
| 23 | 2:14-cv-07294 | GILLEY, Lindsay L. vs. Boston Scientific Corporation | 19 |
| 24 | 2:14-cv-19154 | GRAY, Lillian and Frank Groves vs. Boston Scientific Corporation | 23 |
| 25 | 2:15-cv-04350 | HARNISH, Patricia and James Harnish vs. Boston Scientific Corporation | 22 |
| 26 | 2:13-cv-09453 | HICKS, Sandra vs. Boston Scientific Corporation | 21 |
| 27 | 2:16-cv-00678 | HINTON, Avis vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation | 18 |
| 28 | 2:13-cv-23764 | HUBERT, Vickie Lynn and Stevan Hubert vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Coporation | 25 |
| 29 | 2:14-cv-22996 | JONES, Alice M. vs. Boston Scientific Corporation | 25 |
| 30 | 2:16-cv-01923 | LAYTON, Janet vs. Boston Scientific Corporation | 18 |
| 31 | 2:15-cv-00473 | LEWIS, Geraldine vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 17 |
| 32 | 2:15-cv-08837 | MARTINEZ, Olga E. vs. Boston Scientific Corporation | 17 |

**EXHIBIT A**

|    | Civil Action No. | Case Style | ECF No. of Motion |
|----|------------------|------------|-------------------|
| 33 | 2:14-cv-02410 | MCGRATH, Nancy A. and Dennis McGrath vs. Boston Scientific Corporation | 12 |
| 34 | 2:16-cv-00682 | MILLER, Leisa vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation | 18 |
| 35 | 2:15-cv-05181 | MORGAN, Judith vs. Boston Scientific Corporation | 18 |
| 36 | 2:13-cv-30083 | MULLINS, Eva and Kenneth Mullins vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 21 |
| 37 | 2:16-cv-05416 | MUSCHEK, Henrietta vs. Boston Scientific Corporation | 20 |
| 38 | 2:15-cv-04469 | NAQUIN, Linda vs. Boston Scientific Corporation | 20 |
| 39 | 2:14-cv-19737 | NICOSIA, Linda A. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 18 |
| 40 | 2:13-cv-26666 | NIX, Lavalle Allen and William Harrison Nix vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 21 |
| 41 | 2:14-cv-19011 | O'NEIL, Joyce A. and Andrew O'Neil vs. Ethicon, Inc., Johnson & Johnson | 19 |
| 42 | 2:13-cv-11589 | PENNY, Melinda vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 22 |
| 43 | 2:16-cv-08718 | PIPPIN, Laura and James Pippin vs. Boston Scientific Corporation | 15 |
| 44 | 2:12-cv-03148 | POWELL, Claudia vs. Boston Scientific Corp. | 42 |
| 45 | 2:14-cv-29237 | PRICE, Lawanda vs. Boston Scientific Corporation | 12 |
| 46 | 2:13-cv-18850 | RANGEL, Monica vs. Boston Scientific Corporation | 21 |
| 47 | 2:13-cv-29123 | REYNOLDS, Jelean and Richard D. Reynolds vs. Boston Scientific Corporation | 518 |
| 48 | 2:13-cv-18553 | ROBBINS, Marcia vs. Boston Scientific Corporation | 21 |
| 49 | 2:14-cv-20265 | ROBSHAW, Sherry and Richard Auger vs. Boston Scientific Corporation | 17 |
| 50 | 2:16-cv-06812 | ROSEMAN, Patricia vs. Boston Scientific Corporation | 17 |
| 51 | 2:16-cv-06628 | RYAN, Barbara A. and Charles Ryan vs. Boston Scientific Corporation | 16 |
| 52 | 2:16-cv-09514 | SISCO, Penelope vs. Boston Scientific Corporation | 17 |
| 53 | 2:16-cv-10148 | SNOW, Gena vs. Boston Scientific Corporation | 14 |
| 54 | 2:14-cv-14761 | STILL, Virginia vs. Boston Scientific Corporation | 34 |
| 55 | 2:12-cv-02673 | SWOAPE, Bobbie and Glen Swoape vs. Johnson & Johnson, Ethicon, Inc., Boston Scientific Corporation (d/b/a Mansfield Scientific, Inc. & Microvasive, Inc.) | 27 |
| 56 | 2:16-cv-00451 | THRASHER, Sybil vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation | 16 |
| 57 | 2:13-cv-00161 | TURNER, Shirlijeanne and Thomas K. Turner vs. Boston Scientific Corporation | 23 |
| 58 | 2:14-cv-00204 | UNDERWOOD, Sharon and Ronald Underwood vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 21 |
| 59 | 2:14-cv-29151 | VARN, Wendy S. vs. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation | 17 |
| 60 | 2:13-cv-30334 | VITA, Alisa A. vs. Boston Scientific Corporation | 21 |
| 61 | 2:14-cv-23249 | WEAVER, Sharon M. and John W. Weaver vs. Boston Scientific Corporation | 19 |

**EXHIBIT A**

|    | Civil Action No. | Case Style | ECF No. of Motion |
|----|---|---|---|
| 62 | 2:13-cv-17602 | WORLEY, Mary W. and William G. Worley vs. Boston Scientific Corporation | 23 |
| 63 | 2:13-cv-21650 | ADAMS, Penny vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 19 |
| 64 | 2:14-cv-20365 | CARRICO, Tracy and Stephen Carrico vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 15 |
| 65 | 2:14-cv-30401 | CHARNESKI, Debra vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 21 |
| 66 | 2:13-cv-26697 | CREDILLE, Linda M. vs. Ethicon, Inc., Johnson & Johnson, American Medical Systems, Inc., Boston Scientific Corporation | 22 |
| 67 | 2:14-cv-16837 | FREEMAN, Samantha and Scott Freeman vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 12 |
| 68 | 2:13-cv-13736 | GONZALEZ, Angelina vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 16 |
| 69 | 2:13-cv-25015 | GORE, Karen and J. Daniel Gore vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 23 |
| 70 | 2:15-cv-00544 | HAEFNER, Lisa and Mark Haefner vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 17 |
| 71 | 2:15-cv-08494 | JACKSON, Victoria vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 21 |
| 72 | 2:14-cv-10695 | LEE, Cynthia and Ross Lee vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 16 |
| 73 | 2:13-cv-12080 | MARTIN, Allison vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 24 |
| 74 | 2:14-cv-19445 | MILLER, Carol vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 20 |
| 75 | 2:15-cv-09054 | ORTEGA-SANCHEZ, Lovey vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 17 |
| 76 | 2:15-cv-04468 | RABEY, Denise vs. Ethicon, Inc., Boston Scientific Corporation | 15 |
| 77 | 2:13-cv-24708 | ROBERTSON, Cher vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 19 |
| 78 | 2:14-cv-29261 | SALIKA, Shirley and Jack Salika vs. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation | 19 |
| 79 | 2:14-cv-28372 | SPERLOW, Debra and John Sperlow vs. Ethicon, Inc, Johnson & Johnson, American Medical Systems, Inc. and Boston Scientific Corporation | 19 |
| 80 | 2:16-cv-11630 | TAYLOR, Phoebe vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 13 |
| 81 | 2:14-cv-15247 | VANDENHAAK, Sandra L. and Jobert Vandenhaak vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 29 |
| 82 | 2:13-cv-13801 | WIKLUND, Kristine vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 18 |
| 83 | 2:15-cv-14820 | WRIGHT, Glenda and Ronald Wright vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation | 18 |