IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
     PELVIC REPAIR SYSTEM                         MDL NO. 2327
     PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

**ORDER**
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by the Boston Scientific Corporation defendant ("BSC") pursuant to the procedures established by Pretrial Order ("PTO") # 329. *See* PTO # 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 7576].

The BSC defendant has complied with the procedures set forth in PTO # 329, and the plaintiffs have not filed an opposition. It appearing to the court that the plaintiff(s) and the BSC defendant have jointly agreed to settle, and have settled their claims, the dismissal of BSC in each case identified on Exhibit A is appropriate.

The court **ORDERS** that:

1.  the Motion to Dismiss with Prejudice is **GRANTED**;

2.  the BSC defendant is **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A; and,

3.  if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED as moot**.

The court **DIRECTS** the Clerk to:

1.  dismiss the BSC defendant from the individual civil action(s) with prejudice;

2. if no other defendants remain in an individual action, then (a) strike the action from the docket and (b) close the case;

3. file a copy of this Order in each individual case on the attached Exhibit A; and,

4. send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 18, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| | MDL Case # | Case Name | ECF # |
|---|---|---|---|
| 1 | 2:13-cv-30743 | ABRAMS, Beverly L. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 17 |
| 2 | 2:14-cv-29251 | BAKER, Rosemary and Gary Baker vs. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation | 19 |
| 3 | 2:15-cv-09136 | BANKS, Debra vs. Boston Scientific Corporation | 23 |
| 4 | 2:13-cv-14263 | BLACKWELL, Margie G. vs. Boston Scientific Corporation | 18 |
| 5 | 2:12-cv-03298 | BUSH, Linda vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 42 |
| 6 | 2:13-cv-21283 | CABLE, Beverly Jean vs. Boston Scientific Corporation | 17 |
| 7 | 2:13-cv-17576 | CANTERBURY-WHITE, Emily and Bret White vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 18 |
| 8 | 2:13-cv-27265 | CANTU, Martha S. vs. Boston Scientific Corporation | 17 |
| 9 | 2:14-cv-16082 | CARTIER, Gwendolyn and Richard Cartier vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 24 |
| 10 | 2:13-cv-25664 | COBB, Glenda F. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 20 |
| 11 | 2:14-cv-23548 | COLLINS, Macy vs. Ethicon, Inc., Johnson & Johnson and Boston Scientific Corporation | 16 |
| 12 | 2:16-cv-08540 | COSTELLO, Margaret vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 16 |
| 13 | 2:15-cv-07229 | DERKS, Shirley vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 24 |
| 14 | 2:12-cv-00392 | DYKES, Barbara vs. Boston Scientific Corporation | 64 |
| 15 | 2:12-cv-02925 | ELLIOTT, Vicki and William Elliott vs. Boston Scientific Corporation | 26 |
| 16 | 2:14-cv-11401 | FAULKENBERY, Kelly Lynn and Corbett Faulkenbery vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 22 |
| 17 | 2:13-cv-22086 | GEE, Deborah J. vs. Boston Scientific Corporation | 20 |
| 18 | 2:15-cv-09511 | GEE, Joy vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 17 |
| 19 | 2:13-cv-15366 | GURUNLIAN, Angela vs. Boston Scientific Corporation | 20 |
| 20 | 2:13-cv-21306 | HACKER, Robin vs. Boston Scientific Corporation | 16 |
| 21 | 2:14-cv-20227 | HATTEN, Shirley and Bruce Hatten vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 17 |

**EXHIBIT A**

|    | MDL Case # | Case Name | ECF # |
|----|------------|-----------|-------|
| 22 | 2:14-cv-08016 | HUNTER, Willie Mae vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 16 |
| 23 | 2:16-cv-07654 | JESFJELD, Carol and Clarence Jesfjeld vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 16 |
| 24 | 2:17-cv-04198 | JONES, Linda vs. Boston Scientific Corporation | 18 |
| 25 | 2:12-cv-04834 | KING, Mary and Patrick King vs. Johnson & Johnson, Ethicon, Inc., Ethicon Women's Health and Urology, Gynecare, Boston Scientific Corporation (d/b/a Mansfield Scientific, Inc. and Microvasive, Inc.) | 36 |
| 26 | 2:13-cv-00656 | KUMPUNEN, Lucille vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation, Cook Incorporated, Cook Biotech, Inc., Cook Medical, Inc. | 33 |
| 27 | 2:14-cv-07908 | LAWSON, Lisa Michelle vs. Ethicon, Inc., Ethicon, LLC., Johnson & Johnson, Boston Scientific Corporation | 17 |
| 28 | 2:15-cv-11127 | LEBUFFE, Geneva vs. Boston Scientific Corporation | 17 |
| 29 | 2:15-cv-01630 | MALCOLM, Alicia vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 19 |
| 30 | 2:14-cv-12141 | MASSEY, Sharon M. vs. Boston Scientific Corporation | 20 |
| 31 | 2:16-cv-01128 | MATTINGLY, Lynda K. vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation | 16 |
| 32 | 2:18-cv-00263 | MILLER, Pamela vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 59 |
| 33 | 2:16-cv-03928 | MORRIS, Mary vs. Boston Scientific Corporation | 20 |
| 34 | 2:13-cv-24715 | NICHOLS, Madge M. vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 19 |
| 35 | 2:16-cv-08539 | OLIVA, Priscilla vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 16 |
| 36 | 2:13-cv-08384 | PELHAM, Sandra J. vs. Ethicon Inc., Ethicon, LLC, Johnson & Johnson | 21 |
| 37 | 2:13-cv-12210 | PHELPS, Hye Suk and Richard Phelps vs. Boston Scientific Corporation | 17 |
| 38 | 2:15-cv-01886 | POPIN, Claire B. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 16 |
| 39 | 2:15-cv-11188 | PROCHAZKA, Katherine vs. Boston Scientific Corporation | 13 |

**EXHIBIT A**

|    | MDL Case #      | Case Name                                                                                                                   | ECF # |
|----|-----------------|-----------------------------------------------------------------------------------------------------------------------------|-------|
| 40 | 2:13-cv-17388   | SANTILLAN, Veronica vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation                        | 23    |
| 41 | 2:15-cv-04876   | SCHICK, Freda vs. Boston Scientific Corporation                                                                              | 17    |
| 42 | 2:16-cv-09569   | SCHLEGEL, Renia vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation                                      | 14    |
| 43 | 2:13-cv-21986   | SCHULTZ, Nettie and Gordon Schultz vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation         | 23    |
| 44 | 2:15-cv-05674   | SCHUMPP, Joanne and Robert J. Schumpp, Jr. vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation               | 16    |
| 45 | 2:15-cv-14484   | SMITH, Ann T. and Sidney Smith vs. Boston Scientific Corporation                                                             | 17    |
| 46 | 2:13-cv-31762   | SMITH, Theresa and Greg Smith vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation              | 19    |
| 47 | 2:13-cv-17347   | SOLANO, Maria and Gaudencio Solano vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation                       | 21    |
| 48 | 2:16-cv-07151   | SPRADLIN, Sheila and Gary Spradlin vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation                   | 21    |
| 49 | 2:16-cv-00173   | STERMER, Janet and Eugene Stermer, Jr. vs. Ethicon, Inc., Johnson and Johnson, and Boston Scientific Corporation             | 16    |
| 50 | 2:14-cv-08861   | TIETSORT, Judith A. vs. Boston Scientific Corporation                                                                        | 20    |
| 51 | 2:13-cv-19025   | WHITMIRE, Janet Kay and Clifton Whitmire vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation   | 19    |
| 52 | 2:13-cv-18461   | WILLIAMSON, Sara Jane and William Dale Williamson vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 19 |
| 53 | 2:13-cv-19372   | WOODS, Mary vs. Boston Scientific Corporation                                                                                | 22    |