**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327 MDL No. 2327** |
| **THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO** | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibits A - DD, and Defendants, Johnson

& Johnson, Ethicon, Inc., and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly

move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R.

Civ. P. 41(a)(2).  No other defendants remain.  Therefore, the Ethicon Defendants respectfully

request the Court close this case and strike it from the docket.  Each party shall bear her or its own

costs.

Respectfully submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock
Aylstock Witkin Kreis & Overholt
17 E. Main St., Ste. 200
Pensacola, FL 32502
(850) 202-1010
baylstock@awkolaw.com

/s/ Daniel P. Barton
Daniel P. Barton
Barton Law Firm
1201 Shepherd Drive
Houston, TX 77007
(713) 227-4747
dbarton@bartonlawgroup.com

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

/s/ Seth S. Webb
Seth S. Webb
Brown & Crouppen
211 North Broadway
Suite 1600
St. Louis, MO 63102
(314) 421-0216
sethw@getbc.com

/s/ Don K. Ledgard
Don K. Ledgard
Capretz & Associates
5000 Birch Street
Suite 2500
Newport Beach, CA 92660
(949) 724-3000
dledgard@capretz.com

/s/ John A. Zick
John A. Zick
Debrincat Padgett Kobliska & Zick
34705 West Twelve Mile Road
Suite 311
Farmington Hills, MI 48331
(248) 489-1447
jzick@dpkzlaw.com

/s/ Callie M. Mendenhall
Callie M. Mendenhall
Farris Riley & Pitt
505 20th Street North
Suite 1700
Birmingham, AL 35203
(205) 324-1212
cmendehall@frplegal.com

/s/ Don Gamble
Don Gamble
Gordon Law Firm
477 Shoup Avenue
Suite 203
Idaho Falls, ID 83402
(208) 552-0467
don@brentgordonlaw.com

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

/s/ Thomas R. Behm
Thomas R. Behm
Gruel Mills Nims & Plyman
99 Monroe Avenue NW
Suite 800
Grand Rapids, MI
(616) 235-5500
trbehm@gmnp.com

/s/ Amy O. Ngai
Amy O. Ngai
Gurfein Douglas
11 Park Place
Suite 1100
New York, NY 10007
(212) 406-1600
angai@gurfeindouglas.com

/s/ Brandon H. Steffey
Brandon H. Steffey
Jensen & Associates
1024 North Main Street
Fort Worth, TX 76164
(817) 337-0762
bhs@kjensenlaw.com

/s/ Michael Gallant
Michael Gallant
Kelley Bernheim & Dolinksy
2200 Pennsylvania Avenue NW
Fourth Floor
Washington, DC 20037
(202) 379-0680
mgallant@duejustice.com

/s/ Ruth Rizkalla
Ruth Rizkalla
Kirtland & Packard
2041 Rosecrans Avenue
Third Floor
El Segundo, CA 90245
(310) 536-1000
rr@kirtlandpackard.com

/s/ Amy Eskin
Amy Eskin
Levin Simes Abrams
1700 Montgomery Street
Suite 250
San Francisco, CA 94111
(415) 426-3000
aeskin@schneiderwallace.com

/s/ Charles M. Merkel, III
Charles M. Merkel, III
Merkel & Cocke
P.O. Box 1388
Clarksdale, MS 38614
(662) 627-9641
cmerkel3@merkel-cocke.com

/s/ Bryan A. Pfleeger
Bryan A. Pfleeger
Michael Hingle & Associates
220 Gause Boulevard
Slidell, LA 70458
(985) 641-6800
servewmh@hinglelaw.com

/s/ Alexandra V. Boone
Alexandra V. Boone
Miller Weisbrod
11551 Forest Central Drive
Suite 300
Dallas, TX 75244
(214) 987-0005
aboone@millerweisbrod.com

/s/ Hunter J. Shkolnik
Hunter J. Shkolnik
Napoli Bern Ripka Shkolnik & Associates
350 Fifth Ave., Ste. 7413
New York, NY 10118
(212) 397-1000
hunter@napolilaw.com

/s/ Michael C. Bradley
Michael C. Bradley
Pittman Dutton & Hellums
1100 Park Place Towers
2001 Park Place North
Birmingham, AL 35203
(205) 322-8880
pdh-efiling@pittmandutton.com

/s/ Douglas R. Plymale
Douglas R. Plymale
Plymale Law Firm
201 St. Charles Avenue
Suite 2500
New Orleans, LA 70170
(504) 355-0092
drplymale@plymalelawfirm.com

/s/ Joseph H. Saunders
Joseph H. Saunders
Saunders & Walker
3491 Gandy Boulevard North
Suite 200
Pinellas Park, FL 33781
(727) 579-4500
joe@saunderslawyers.com

/s/ Lauren E. Channell
Lauren E. Channell
Siegfried & Jensen
5664 South Green Street
Salt Lake City, UT 84121
(801) 266-0999
lauren@sjatty.com

/s/ Andrew J. Fink
Andrew J. Fink
Solis Law Firm
5310 West Cermak Road
Cicero, IL 60804
(708) 795-0400
transvaginal.mesh.solis@gmail.com

/s/ Monte Bond
Monte Bond
Tautfest Bond
5151 Belt Line Road
Suite 1000
Dallas, TX 75254
(214) 617-9980
mbond@tautfestbond.com

/s/ Michael D. Cerasa
Michael D. Cerasa
The Cerasa Law Firm
P.O. Box 160069
Altamonte Springs, FL 32716
(407) 995-6770
Michael.cerasa@cerasa-law.com

/s/ Ben C. Martin
Ben C. Martin
The Law Offices of Ben C. Martin
3219 McKinney Avenue
Suite 100
Dallas, TX 75204
(214) 761-6614
bmartin@bencmartin.com

/s/ W. James Singleton
W. James Singleton
The Singleton Law Firm
4050 Linwood Avenue
Shreveport, LA 71108
(318) 631-5200
wjsingleton@singletonlaw.com

/s/ Jeffrey M. Kuntz
Jeffrey M. Kuntz
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701-1100
jkuntz@wcllp.com

/s/ Paige N. Boldt
Paige N. Boldt
Watts Guerra
5726 West Hausman Road
Suite 119
San Antonio, TX 78249
(210) 448-0500
pboldt@watsguerra.com


/s/ Mikal C. Watts
Mikal C. Watts
Watts Guerra Craft
5250 Prue Road
Suite 525
San Antonio, TX 78240
(210) 447-0500
mcwatts@wgclawfirm.com

/s/ Babak B. Saadian
Babak B. Saadian
Wilshire Law Firm
3055 Wilshire Boulevard
12th Floor
Los Angeles, CA 90010
(213) 381-9988
masstorts@wilshirelawfirm.com

*Counsel for Plaintiffs*


<u>CERTIFICATE OF SERVICE</u>

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**
**(Aylstock Witkin Kreis & Overholtz)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-05284 | Stacey Diane Rockett v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25664 | Glenda F. Cobb v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27871 | Debbie Shiver v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29383 | Victoria A. Peak and William Peak v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30743 | Beverly L. Abrams v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31830 | Lois M. Bruce v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31958 | Elise Fellows Langness and Renee O. Christy, General Representative of the Estate of Elise Fellows Langness v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33973 | Velda Faye Ruyle v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-06813 | Rosemary B. Myrick v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07289 | Adrena Earlene Bertrand v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07424 | Winnie P. Conway v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07580 | Diane B. Chevalier v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07637 | Blythe, Tina M. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07687 | Deborah Lynn Gist Pierce v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07920 | Barbara G. Neuman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07954 | Sheryl Lynn Watkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07960 | Mary Ann Weeks v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08033 | Judy Lynn Kennedy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08106 | Linda Ann Furniss-Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08145 | Donna G. Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08185 | Kathy Dee Neiheisel v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08299 | Linda Faye Springer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08306 | Leanne Nicole Wells v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08661 | Susan H. Bologna v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08691 | Dana L. Greer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08694 | Elizabeth A. Hafner v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08712 | Mary Elizabeth Casello v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08835 | Shirley E. Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08877 | Sandra S. Kollecker v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09658 | Mignon Yvette Lyons v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11528 | Lora Ann Garrett v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12175 | Beatriz Fonseca and Jorge A. Acosta v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12967 | Patricia A.Barnum v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13400 | Mary Ann Calantoni v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14378 | Lisa G. Batchelor v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20673 | Marilyn K. Heileson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20996 | Marguerite A. Osborne v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-25336 | Gary W. Hall, as Personal Representative of the Estate of Sandra J. Hall v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01886 | Claire B. Popin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02919 | Annmarie C. Dowden v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03086 | Victoria L. Amato v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05037 | Arasia J. Boldry v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05672 | Ellen Marie Rosenberg v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05689 | Constance Stegall v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05792 | Alicia Dawn Hardee, as Personal Representative of the Estate of Patricia Marie Hardee, Deceased v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06834 | Jessica Michelle Newell v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06874 | Verlie E. Ralkey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07524 | Marilyn A. Spencer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07655 | Tina M. Sterling v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08216 | Paul Wassell, as Administrator of the Estate of Patricia A. Wassell, Deceased v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13597 | Brenda Hodges as Personal Representative of the Estate of Julianne Corder, deceased v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14703 | Patricia Belcher v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06906 | Catherine Reid v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07717 | Alicia Burch v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Barton Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-09422 | Mary H. Bowman and Owen Bowman v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT C**
**(Brown & Crouppen)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-10078 | Deborah Abernathy and Dennis Abernathy v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10091 | Gwendolyn Chadburn v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33095 | Catherine Sitzes and Robert J. Sitzes v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-15750 | Gretchen Vitt and Edward Vitt v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-07255 | Anita E. Moon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13593 | Andrea Prather v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04725 | Cora Pequin (Good) and Scott Pequin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06630 | Edith I. Tucker and Jerry A. Tucker v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01097 | Marie Josephine Deatherage v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT D**
**(Capretz & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-05970 | Tana L. Hendrickson and Darrell Hendrickson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08085 | Margaret J. Chambers and Charles Chambers v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-06476 | Deborah Jackson v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT E**
**(Debrincat Padgett Kobliska & Zick)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-00116 | Judy A. Creger and Thomas W. Creger v. Ethicon, Inc. |

**EXHIBIT F**
**(Farris Riley & Pitt)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-04303 | Katherine Hall v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT G**
**(Gordon Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-09807 | Heather M. Wilde and Wade A. Wilde v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT H**
**(Gruel Mills Nims & Pylman)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-22722 | Lori Jane Holwerda and Shane Holwerda v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT I**
**(Gurfein Douglas)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-00346 | Caryn Bienstock v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

# EXHIBIT J
## (Jensen & Associates)

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-17367 | Michelle A. Monighetti v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-20238 | Elizabeth F. Sanborn and Robert G. Sanborn, Jr. v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT K**
**(Kelley Bernheim & Dolinksy)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-09439 | Mercedes J. Zubizarreta v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01339 | Judy Victoria Chacha and Carlos Chacha v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT L**
**(Kirtland & Packard)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-04310 | Alice Edwards v. Ethicon, Inc. |

**EXHIBIT M**
**(Levin Simes Abrams)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-02205 | Dixie Keepers and Michael Keepers v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT N**
**(Merkel & Cocke)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-07819 | Claudette Damron v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT O**
**(Michael Hingle & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-07579 | Kathleen Heintz v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07711 | Judy Rayburn and Brian E. Rayborn v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT P**
**(Miller Weisbrod)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-10145 | Estella M. Adams v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10559 | Lori Ann Biehl v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11717 | Eugenia S. Revuelta v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13486 | Wilma Jean Gann v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15316 | Maria Hernandez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20686 | Mary E. McMichael v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-01004 | Amy Rachelle Steele and Jared Boone v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-10704 | Kimberly Sue Purvine v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-11404 | Mary Lou Hieronymus v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT Q**
**(Napoli Bern Ripka Shkolnik & Associates)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:16-cv-10076 | Barbara Burkett v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10078 | Donna Carpenter v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10083 | Claudia Crutcher v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT R**
**(Pittman Dutton & Hellums)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:14-cv-28438 | Sandra Hale and Thomas Hale v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01215 | Karen Ruff v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT S**
**(Plymale Law Firm)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:12-cv-06383 | Gayle Burden and Michael Burden v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06399 | Anna L. Paschke v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06405 | Regina Beth Redden v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06410 | Marie Waites and Paul A. Waites v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06541 | Emily T. Leon and Andrew C. Leon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-04156 | Mary Hudson and Perry E. Hudson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04158 | Shirley McKee v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05264 | Jaquelynn Longeill and Denny Longeill v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05281 | Judy Carter v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13240 | Laura Lynn York and Steven Ray York v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02595 | Claudia Aguerralde and Jimmy Aguerralde, Sr. v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT T**
**(Saunders & Walker)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-06136 | Joann Conine and Charles Conine v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT U**
**(Siegfried & Jensen)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-28986 | Evelyn I. Blevins and Matthew Blevins, III v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11463 | Rebecca E. Cotton and Norman L. Cotton, Sr. v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT V**
**(Solis Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-12798 | Yesenia De La Fuente v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13172 | Ema Ramos and Miguel Ramos v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13308 | Martha Basurto and Faustino Basurto v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13664 | Graciela Bonilla and Freddy Bonilla v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17347 | Maria Solano and Gaudencio Solano v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17435 | Carol Sterner and Stephen Sterner v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17849 | Maria Del Socorro De Alva v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18871 | Rosa Salazar and Hector Salazar v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18873 | Ann Koontz and James Koontz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-00200 | Norma Flores v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT W**
**(Tautfest Bond)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-07444 | Emma Ortega v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07448 | Susan Ranes v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07489 | Wendelin Kelly v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT X**
**(The Cerasa Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-11378 | Patricia Ballinger and Steven Ballinger v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT Y**
**(The Law Offices of Ben C. Martin)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-08625 | Matina S. Nalley and Samuel Nalley, Jr. v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-26752 | Dawn Brunner and Michael Brunner v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27739 | Patricia Howard and Michael Howard v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT Z**
**(The Singleton Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-06989 | Patricia Hill v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT AA**
**(Wagstaff & Cartmell)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-19907 | Lillie Thomas v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT BB**
**(Watts Guerra)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-26546 | Connie Garcia-Rodriguez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT CC**
**(Watts Guerra Craft)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-07936 | Robin Prestage v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT DD**
**(Wilshire Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-03723 | Patricia Sortino v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02981 | Irene Martinez v. Ethicon, Inc.; Johnson & Johnson |