IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM                     MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

**ORDER**
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by the Boston Scientific Corporation defendant ("BSC") pursuant to the procedures established by Pretrial Order ("PTO") # 329. *See* PTO # 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 7576].

The BSC defendant has complied with the procedures set forth in PTO # 329, and the plaintiffs have not filed an opposition. It appearing to the court that the plaintiff(s) and the BSC defendant have jointly agreed to settle, and have settled their claims, the dismissal of BSC in each case identified on Exhibit A is appropriate.

The court **ORDERS** that:

    1. the Motion to Dismiss with Prejudice is **GRANTED**;

    2. the BSC defendant is **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A; and,

    3. if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED as moot**.

The court **DIRECTS** the Clerk to:

    1. dismiss the BSC defendant from the individual civil action(s) with prejudice;

2. if no other defendants remain in an individual action, then (a) strike the action from the docket and (b) close the case;

3. file a copy of this Order in each individual case on the attached Exhibit A; and,

4. send a copy of this Order to counsel of record and any unrepresented party.

ENTER: June 27, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

|  | Civil Action No. | Case Style | ECF # of Motion |
|---|---|---|---|
| 1 | 2:14-cv-16291 | AHRENS, Lisa and Ronald Ahrens vs. Boston Scientific Corporation | 16 |
| 2 | 2:15-cv-11634 | ALVAREZ, Eleanor and Pascual Alvarez vs. Boston Scientific | 25 |
| 3 | 2:15-cv-07801 | BARNES, Catherine vs. Boston Scientific Corporation | 15 |
| 4 | 2:14-cv-18755 | BERGERON, Jean vs. Boston Scientific Corporation | 13 |
| 5 | 2:16-cv-07817 | BLAYLOCK, Danna vs. Boston Scientific Corporation | 19 |
| 6 | 2:14-cv-16648 | BOOTHE, Julie vs. Boston Scientific Corporation | 15 |
| 7 | 2:14-cv-01502 | BROWN, Barbara Ann vs. Boston Scientific Corporation | 16 |
| 8 | 2:14-cv-06642 | BRUNER, Barbara A. vs. Boston Scientific Corporation | 20 |
| 9 | 2:14-cv-13306 | CROCKER, Linda vs. Boston Scientific Corporation | 14 |
| 10 | 2:16-cv-06817 | GEE, Lisa vs. Boston Scientific Corporation | 14 |
| 11 | 2:12-cv-03041 | HEINSCH, Brenda vs. Boston Scientific Corporation, and John Doe Corporations 1-50 (fictitious) | 22 |
| 12 | 2:13-cv-26912 | HERRIOTT, Elaine and Alexander Herriott vs. Boston Scientific | 14 |
| 13 | 2:12-cv-06539 | HOWARD, Vernie vs. Boston Scientific Corporation | 43 |
| 14 | 2:14-cv-22115 | HYDE, Theresa vs. Boston Scientific Corporation | 16 |
| 15 | 2:15-cv-14884 | LANCASTER, Bobbi and Evan Lancaster vs. Boston Scientific | 14 |
| 16 | 2:16-cv-08245 | LIVESEY, Nadine vs. Boston Scientific Corporation | 15 |
| 17 | 2:14-cv-18115 | MARX, Nancy vs. Boston Scientific Corporation | 23 |
| 18 | 2:15-cv-08138 | MERCER, Linda I. and Raymond K. Mercer vs. Boston Scientific | 14 |
| 19 | 2:13-cv-03118 | NANCE, Rema vs. Boston Scientific Corporation | 17 |
| 20 | 2:15-cv-09077 | PETERSON, Colleen A. vs. Boston Scientific Corporation | 14 |
| 21 | 2:13-cv-02664 | RAMSEY, Frances and Daniel Ramsey vs. Boston Scientific Corporation | 20 |
| 22 | 2:14-cv-07618 | REXTRAW, Cheryl R. and James L. Rextraw vs. Boston Scientific | 15 |
| 23 | 2:15-cv-04384 | RICE, Eleanor L. and Fred W. Rice vs. Boston Scientific Corporation | 15 |
| 24 | 2:12-cv-03043 | SERGENT, Sandra and Kenneth Sergent vs. Boston Scientific Corporation, and John Doe Corporations 1-50 (fictitious) | 27 |
| 25 | 2:13-cv-01565 | SHERMAN, Jenna and Jeremy Sherman vs. Boston Scientific Corporation | 19 |
| 26 | 2:14-cv-01222 | SLAVEN, Patricia and Kenneth Slaven vs. Boston Scientific Corporation | 17 |
| 27 | 2:15-cv-05556 | SPENCER, Joyce vs. Boston Scientific Corporation | 18 |
| 28 | 2:13-cv-26866 | SQUARE, Jules vs. Boston Scientific Corporation | 15 |
| 29 | 2:14-cv-10869 | TOMTEN, Tammi Jo and Allen Tomten vs. Boston Scientific Corporation | 14 |