# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>CASES LISTED IN PLAINTIFFS' EXHIBIT A [Doc. No. 8324] | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**DEFENDANTS' AMENDMENT TO RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE PETER JEPPSON, M.D.**

On June 14, 2019, Defendants responded to Plaintiffs' Motion to Exclude the General Causation Opinions of Peter Jeppson, M.D. by arguing that 1) the motion was untimely and should be stricken, and 2) the motion should be denied on the merits. Doc. No. 8324 (Plaintiffs' Motion); Doc. No. 8401 (Defendants' Response).

Defendants hereby amend that response and withdraw the motion to strike portion of their Response only. This withdrawal does not affect the arguments that Defendants have made on the merits of Plaintiffs' motion, which should be denied.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

>/s/ *Susan M. Robinson*
> Susan M. Robinson (W. Va. Bar #5169)
> Thomas Combs & Spann PLLC
> 300 Summers Street
> Suite 1380 (25301)
> P.O. Box 3824
> Charleston, WV 24338
> (304) 414-1800
> srobinson@tcspllc.com
>
> Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

> */s/ William M. Gage*
>   William M. Gage