IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
        PELVIC REPAIR SYSTEM
        PRODUCTS LIABILITY LITIGATION               MDL 2327

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

It is **ORDERED** that the Clerk **STRIKE** from the docket, the proposed Order to Dismiss without Prejudice (Pursuant to PTO No. 293 as Amended by PTO No. 298) filed May 31, 2019 [ECF No. 8307].

ENTER: June 28, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE