FILED: June 28, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 19-1224 (L)
(2:12-md-02327)

———————————————

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

------------------------------

KLINE & SPECTER, P.C.

        Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

        Appellee

———————————————

No. 19-1225
(2:10-md-02187)

———————————————

In re: C. R. BARD, INC., Pelvic Repair System Products Liability Litigation

------------------------------

KLINE & SPECTER, P.C.

        Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

     Appellee

_____

No. 19-1226
(2:12-md-02326)

_____

In re: BOSTON SCIENTIFIC CORP., Pelvic Repair System Products Liability
Litigation

------------------------------

KLINE & SPECTER, P.C.

     Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

     Appellee

_____

No. 19-1227
(2:12-md-02325)

_____

In re: AMERICAN MEDICAL SYSTEMS, INC., Pelvic Repair System Products Liability Litigation

------------------------------

KLINE & SPECTER, P.C.

      Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1228
(2:14-md-02511)
_____

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

------------------------------

KLINE & SPECTER, P.C.

      Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

———————————————

No. 19-1229
(2:12-md-02387)

———————————————

In re: COLOPLAST CORP., Pelvic Support Systems Products Liability Litigation

------------------------------

KLINE & SPECTER, P.C.

　　　　　Appellant


　v.


COMMON BENEFIT FEE AND COST COMMITTEE

　　　　　Appellee

———————————————

No. 19-1230
(2:13-md-02440)

———————————————

In re: COOK MEDICAL, INC., Pelvic Repair System Products Liability Litigation

------------------------------

KLINE & SPECTER, P.C.

　　　　　Appellant


　v.

COMMON BENEFIT FEE AND COST COMMITTEE

     Appellee

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court.

*/s/Patricia S. Connor, Clerk*