## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327

_____

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

### ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8420], is a Joint Motion to Dismiss

without Prejudice filed by plaintiff(s), identified on the attached Exhibit(s) A-DD , and Johnson &

Johnson, Ethicon, Inc., and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion

seeks an order granting dismissal of the Ethicon defendants in these action without prejudice.  After

careful consideration, it is **ORDERED** that the Joint Motion to Dismiss without Prejudice is

**GRANTED**. Ethicon is the only remaining defendant, therefore, it is further **ORDERED** that the

action(s) listed on the attached Exhibit(s) A-DD are **DISMISSED WITHOUT PREJUDICE** and

**STRICKEN** from the docket and any motions pending in the individual case(s) at the time of this

dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the

individual case(s) listed on the attached Exhibit(s) A-DD.

ENTER:  July 3, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
**(Aylstock Witkin Kreis & Overholtz)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:12-cv-05284 | Stacey Diane Rockett v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-25664 | Glenda F. Cobb v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27871 | Debbie Shiver v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-29383 | Victoria A. Peak and William Peak v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-30743 | Beverly L. Abrams v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31830 | Lois M. Bruce v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-31958 | Elise Fellows Langness and Renee O. Christy, General Representative of the Estate of Elise Fellows Langness v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-33973 | Velda Faye Ruyle v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-06813 | Rosemary B. Myrick v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07289 | Adrena Earlene Bertrand v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07424 | Winnie P. Conway v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07580 | Diane B. Chevalier v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07637 | Blythe, Tina M. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07687 | Deborah Lynn Gist Pierce v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07920 | Barbara G. Neuman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07954 | Sheryl Lynn Watkins v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07960 | Mary Ann Weeks v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08033 | Judy Lynn Kennedy v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08106 | Linda Ann Furniss-Jones v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08145 | Donna G. Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08185 | Kathy Dee Neiheisel v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08299 | Linda Faye Springer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08306 | Leanne Nicole Wells v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08661 | Susan H. Bologna v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08691 | Dana L. Greer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08694 | Elizabeth A. Hafner v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08712 | Mary Elizabeth Casello v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08835 | Shirley E. Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08877 | Sandra S. Kollecker v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09658 | Mignon Yvette Lyons v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-11528 | Lora Ann Garrett v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-12175 | Beatriz Fonseca and Jorge A. Acosta v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-12967 | Patricia A.Barnum v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-13400 | Mary Ann Calantoni v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14378 | Lisa G. Batchelor v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20673 | Marilyn K. Heileson v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-20996 | Marguerite A. Osborne v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:14-cv-25336 | Gary W. Hall, as Personal Representative of the Estate of Sandra J. Hall v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01886 | Claire B. Popin v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-02919 | Annmarie C. Dowden v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-03086 | Victoria L. Amato v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05037 | Arasia J. Boldry v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05672 | Ellen Marie Rosenberg v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05689 | Constance Stegall v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05792 | Alicia Dawn Hardee, as Personal Representative of the Estate of Patricia Marie Hardee, Deceased v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06834 | Jessica Michelle Newell v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06874 | Verlie E. Ralkey v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07524 | Marilyn A. Spencer v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07655 | Tina M. Sterling v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-08216 | Paul Wassell, as Administrator of the Estate of Patricia A. Wassell, Deceased v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13597 | Brenda Hodges as Personal Representative of the Estate of Julianne Corder, deceased v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14703 | Patricia Belcher v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06906 | Catherine Reid v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07717 | Alicia Burch v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Barton Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-09422 | Mary H. Bowman and Owen Bowman v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT C**
**(Brown & Crouppen)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-10078 | Deborah Abernathy and Dennis Abernathy v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10091 | Gwendolyn Chadburn v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-33095 | Catherine Sitzes and Robert J. Sitzes v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-15750 | Gretchen Vitt and Edward Vitt v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-07255 | Anita E. Moon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13593 | Andrea Prather v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-04725 | Cora Pequin (Good) and Scott Pequin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06630 | Edith I. Tucker and Jerry A. Tucker v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01097 | Marie Josephine Deatherage v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT D**
**(Capretz & Associates)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:12-cv-05970 | Tana L. Hendrickson and Darrell Hendrickson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-08085 | Margaret J. Chambers and Charles Chambers v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16-cv-06476 | Deborah Jackson v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT E**
**(Debrincat Padgett Kobliska & Zick)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-00116 | Judy A. Creger and Thomas W. Creger v. Ethicon, Inc. |

**EXHIBIT F**
**(Farris Riley & Pitt)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-04303 | Katherine Hall v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT G**
**(Gordon Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-09807 | Heather M. Wilde and Wade A. Wilde v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

15

**EXHIBIT H**
**(Gruel Mills Nims & Pylman)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-22722 | Lori Jane Holwerda and Shane Holwerda v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

16

**EXHIBIT I**
**(Gurfein Douglas)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:12-cv-00346 | Caryn Bienstock v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT J**
**(Jensen & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-17367 | Michelle A. Monighetti v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-20238 | Elizabeth F. Sanborn and Robert G. Sanborn, Jr. v. Ethicon, Inc.; Johnson & Johnson |

18

**EXHIBIT K**
**(Kelley Bernheim & Dolinksy)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-09439 | Mercedes J. Zubizarreta v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01339 | Judy Victoria Chacha and Carlos Chacha v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT L**
**(Kirtland & Packard)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-04310 | Alice Edwards v. Ethicon, Inc. |

**EXHIBIT M**
**(Levin Simes Abrams)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-02205 | Dixie Keepers and Michael Keepers v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT N**
**(Merkel & Cocke)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-07819 | Claudette Damron v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT O**
**(Michael Hingle & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-07579 | Kathleen Heintz v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07711 | Judy Rayburn and Brian E. Rayborn v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT P**
**(Miller Weisbrod)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-10145 | Estella M. Adams v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-10559 | Lori Ann Biehl v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-11717 | Eugenia S. Revuelta v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13486 | Wilma Jean Gann v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-15316 | Maria Hernandez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-20686 | Mary E. McMichael v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-01004 | Amy Rachelle Steele and Jared Boone v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-10704 | Kimberly Sue Purvine v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-11404 | Mary Lou Hieronymus v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT Q**
**(Napoli Bern Ripka Shkolnik & Associates)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-10076 | Barbara Burkett v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10078 | Donna Carpenter v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10083 | Claudia Crutcher v. Ethicon, Inc.; Johnson & Johnson |

25

**EXHIBIT R**
**(Pittman Dutton & Hellums)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-28438 | Sandra Hale and Thomas Hale v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-01215 | Karen Ruff v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT S**
**(Plymale Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-06383 | Gayle Burden and Michael Burden v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06399 | Anna L. Paschke v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06405 | Regina Beth Redden v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06410 | Marie Waites and Paul A. Waites v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-06541 | Emily T. Leon and Andrew C. Leon v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-04156 | Mary Hudson and Perry E. Hudson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-04158 | Shirley McKee v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05264 | Jaquelynn Longeill and Denny Longeill v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05281 | Judy Carter v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-13240 | Laura Lynn York and Steven Ray York v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02595 | Claudia Aguerralde and Jimmy Aguerralde, Sr. v. Ethicon, Inc.; Johnson & Johnson |

27

**EXHIBIT T**
**(Saunders & Walker)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-06136 | Joann Conine and Charles Conine v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT U**
**(Siegfried & Jensen)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-28986 | Evelyn I. Blevins and Matthew Blevins, III v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-11463 | Rebecca E. Cotton and Norman L. Cotton, Sr. v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT V**
**(Solis Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-12798 | Yesenia De La Fuente v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13172 | Ema Ramos and Miguel Ramos v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13308 | Martha Basurto and Faustino Basurto v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-13664 | Graciela Bonilla and Freddy Bonilla v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17347 | Maria Solano and Gaudencio Solano v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-17435 | Carol Sterner and Stephen Sterner v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-17849 | Maria Del Socorro De Alva v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18871 | Rosa Salazar and Hector Salazar v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-18873 | Ann Koontz and James Koontz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-00200 | Norma Flores v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT W**
**(Tautfest Bond)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-07444 | Emma Ortega v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07448 | Susan Ranes v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07489 | Wendelin Kelly v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT X**
**(The Cerasa Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:15-cv-11378 | Patricia Ballinger and Steven Ballinger v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT Y
### (The Law Offices of Ben C. Martin)

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-08625 | Matina S. Nalley and Samuel Nalley, Jr. v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-26752 | Dawn Brunner and Michael Brunner v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27739 | Patricia Howard and Michael Howard v. Ethicon, Inc.; Johnson & Johnson |

33

**EXHIBIT Z**
**(The Singleton Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-06989 | Patricia Hill v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

# EXHIBIT AA
## (Wagstaff & Cartmell)

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-19907 | Lillie Thomas v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT BB**
**(Watts Guerra)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-26546 | Connie Garcia-Rodriguez v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT CC**
**(Watts Guerra Craft)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-07936 | Robin Prestage v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT DD**
**(Wilshire Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:16-cv-03723 | Patricia Sortino v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02981 | Irene Martinez v. Ethicon, Inc.; Johnson & Johnson |