IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8421] is a Joint Motion to Dismiss with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these actions(s) with prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the Ethicon defendants are **DISMISSED WITH PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed with prejudice and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) dismiss the Ethicon defendants from the individual civil action(s) with prejudice;

(2) if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 5, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:13-cv-26693 | Felicitas Arredondo-Padron v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08508 | Paulette B. Brown v. Ethicon, Inc.; Johnson & Johnson |
| ~~2:13-cv-25566~~ | ~~Sandra Gay Cope v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson~~ |
| 2:14-cv-08673 | Rosemarie Cunningham v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-08677 | Robin D. Delp v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07713 | Francis P. Dolceamore v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07829 | Kari J. Dunteman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27250 | Connie Johns and Curtis Johns v. Ethicon, LLC |
| 2:16-cv-01170 | Faye A. Kenyon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06068 | Tammy Killen v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-06108 | Lucy Ann Lester v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-07452 | Diana Marie Mitchell v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-26656 | Marcy Marie Pruitt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09039 | Becki L. Smulson v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-27131 | Pamela Rose Stackhouse v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-05887 | Joyce Rae Stuckman and Ned Stuckman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-10447 | Judith K. Whitmer v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-09166 | Sara Wollin v. Ethicon, Inc.; Johnson & Johnson |