IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                              MDL 2327
_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Cases with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8422], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson, to the extent they are named as defendants. The parties are seeking dismissal of these action pursuant to Fed. R. Civ. P. 41. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER: July 5, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| Civil Action No. | Case Name |
| --- | --- |
| 2:16-cv-10073 | Krista Brittin v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10075 | Mattie C. Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10079 | Franchesca E. Carrasco v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10138 | Wanda Reddick v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10142 | Lauren Rose v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10157 | Vicki H. Williams v. Ethicon, Inc.; Johnson & Johnson |