IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION             MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE and
PLAINTIFFS ON THE ATTACHED EXHIBIT

**ORDER**
(Dismissing Certain Plaintiffs with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8124] is a Joint Motion to Dismiss with Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Joint Motion seeks an order granting dismissal of the Ethicon defendants as to the plaintiffs listed on Exhibit A. The motion states other plaintiffs remain.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the plaintiffs, listed on Exhibit A, claims against the Ethicon defendants are **DISMISSED WITH PREJUDICE**;

(3) if there are no remaining plaintiffs in the civil action, then (a) the civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) terminate each plaintiff listed on Exhibit A from this civil action.

(2) if there are no remaining plaintiffs or defendants, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in the individual case on the attached Exhibit; and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 5, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Name | |
|---|---|---|
| 2:13-cv-32948 | Shirley Albright | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Nancy Alsman | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Delores Baumgard | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Martha Baxley | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Mary Bratton | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Christina Brewster | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Christine Bryant | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Kathryn Bryant | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Sharon Burch | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Evelyn Burns | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Kellie Causey | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Kathy Clem | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Terri Cope | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Jamie Coscino | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Renee Cross | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Marshal Ellis | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Jill Goodman | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Teresa Hunt | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Jane Kingery | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Jeanette Kirkpatrick | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Helen Kisser | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Laura Kooris | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Adele Lehman | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Janet Long | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Sonya Lundh | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Joan Miller | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Amy Nesbet | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Deann Reetz | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Deborah Rose | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Anna Sandoval | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Mary Santoro | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Romona Springman | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Barbara Steelman | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Susan Taylor | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Pauline Tincher | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-32948 | Deborah Widtfeldt | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |