IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE and
PLAINTIFFS ON THE ATTACHED EXHIBIT

**ORDER**
(Dismissing Certain Plaintiffs with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8125] is a Joint Motion to Dismiss with

Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or

Ethicon, LLC (collectively referred to as "Ethicon"). The Joint Motion seeks an order granting dismissal

of the Ethicon defendants as to the plaintiffs listed on Exhibit A. The motion states other plaintiffs

remain.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss with Prejudice is **GRANTED**; and,

(2) the plaintiffs, listed on Exhibit A, claims against the Ethicon defendants are **DISMISSED**

**WITH PREJUDICE**;

(3) if there are no remaining plaintiffs in the civil action, then (a) the civil action is dismissed

and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1) terminate each plaintiff listed on Exhibit A from this civil action.

(2) if there are no remaining plaintiffs or defendants, then (a) strike the action from the docket,

and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in the individual case on the attached Exhibit; and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 8, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| 2:14-cv-00583 | Cynthia Baker | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
|---|---|---|
| 2:14-cv-00583 | Teresa G. Blankenship | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Dana Brooks | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Gloria Corbin | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Charlene D. Courtney | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Donna English | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Selma R. Filker | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Sherry Flickinger | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Algerita Hayes | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Lisa Lacy | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| ~~2:14-cv-00583~~ | ~~Denise Lerma~~ | ~~vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC~~ |
| 2:14-cv-00583 | Astrid McClanahan | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Veena Pandhi | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Norma Phillips | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Pamela Ruiz | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Sheila Sanders | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Kathleen Simington | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Shirley Stom | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Michelle Taylor | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Georgia W. Valentour | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Betty Walldan | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Misty Wolfe | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-00583 | Zamot, Maria | vs. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |