**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
      PELVIC REPAIR SYSTEM                    MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

**ORDER**
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants'

Motion to Dismiss with Prejudice filed by the Boston Scientific Corporation defendant ("BSC") pursuant

to the procedures established by Pretrial Order ("PTO") # 329. *See* PTO # 329, *In re: Ethicon, Inc.,*

*Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 7576].

The BSC defendant has complied with the procedures set forth in PTO # 329, and the plaintiffs

have not filed an opposition. It appearing to the court that the plaintiff(s) and the BSC defendant have

jointly agreed to settle, and have settled their claims, the dismissal of BSC in each case identified on

Exhibit A is appropriate.

The court **ORDERS** that:

1.  the Motion to Dismiss with Prejudice is **GRANTED**;

2.  the BSC defendant is **DISMISSED WITH PREJUDICE** from the actions listed on the

attached Exhibit A; and,

3.  if there are no remaining defendants in a civil action, then (a) that civil action is dismissed

and stricken from the docket and (b) any pending motions are **DENIED as moot**.

The court **DIRECTS** the Clerk to:

1.  dismiss the BSC defendant from the individual civil action(s) with prejudice;

2. if no other defendants remain in an individual action, then (a) strike the action from the docket and (b) close the case;

3. file a copy of this Order in each individual case on the attached Exhibit A; and,

4. send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  July 12, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style | ECF No. of Motion |
|---|---|---|
| 2:15-cv-07908 | Trevino v. Boston Scientific Corporation | 23 |
| 2:13-cv-24016 | Wilson et al v.  Boston Scientific Corporation | 22 |
| 2:15-cv-02609 | Milburn-Estes v.  Boston Scientific Corporation | 15 |
| 2:14-cv-13236 | Ferrell et al v.  Boston Scientific Corporation | 18 |