IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY
LITIGATION                           MDL No. 2327

-------------------------------------------------
THIS DOCUMENT RELATES TO
ETHICON WAVE 11 CASES

## DEFENDANTS' NOTICE OF FILING JOINT VENUE RECOMMENDATIONS

Defendants Ethicon, Inc., Ethicon LLC and Johnson & Johnson hereby give notice of filing Joint Venue Recommendations for Wave 11 MDL cases.

Dated: July 15, 2019

                                                Respectfully submitted,

                                                /s/ William M. Gage
                                                William M. Gage (MS Bar #8691)
                                                Butler Snow LLP
                                                1020 Highland Colony Parkway
                                                Suite 1400 (39157)
                                                P.O. Box 6010
                                                Ridgeland, MS 39158-6010
                                                (601) 985-4561
                                                william.gage@butlersnow.com


                                                /s/ Susan M. Robinson
                                                Susan M. Robinson (W. Va. Bar #5169)
                                                Thomas Combs & Spann PLLC
                                                300 Summers Street
                                                Suite 1380 (25301)
                                                P.O. Box 3824
                                                Charleston, WV 24338
                                                (304) 414-1800
                                                srobinson@tcspllc.com
                                                *Counsel for the Ethicon Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY
LITIGATION                                              MDL No. 2327
--------------------------------------------------
THIS DOCUMENT RELATES TO
ETHICON WAVE 11 CASES

| AGREED | | | |
|---|---|---|---|
| LAST NAME | FIRST NAME | CASE NUMBER | RECOMMENDATION |
| Bachand | Kathleen Katie D. Eubank | 2:14cv29301 | USDC for the Western District of Washington, Seattle Division |
| Bailey | Diane Michelle | 2:14cv03875 | USDC for the District of Arizona, Tucson Division |
| Bain | April Lynch | 2:16cv11420 | USDC for the Northern District of New York |
| Baldwin | Amanda Ann | 2:12cv09515 | USDC for the Western District of Michigan, northern division |
| Beach | Tracy Lynn | 2:15cv00245 | USDC for the Southern District of Indiana, Indianapolis Courthouse |
| Blann | Karen Sue Fontanyi | 2:13cv25433 | USDC for the Northern District of Indiana (Lafayette Division) |
| Bowers | Emily Huntly Lynn Huntley | 2:14cv28907 | USDC for the Western District of North Carolina, Charlotte Division |
| Cisneros | Alicia Orozco | 2:18cv00289 | USDC for the Southern District of Texas, McKallen Division |
| Comouche | Tina M. Carrozza Vice | 2:15cv02095 | USDC for the Eastern District of Washington (Richland Division) |
| Contreras | Lucia Eletocoa Electicia Ramirez | 2:13cv09194 | USDC for the Southern District of Texas |
| Cox | Blake Burkett | 2:12cv06096 | USDC for the Northern District of Texas |
| Culy | Lydia Andrea Casados | 2:13cv15990 | Eastern District of California, Sacramento Courthouse |
| Curtin | Laura Lynn Godshall | 2:14cv21674 | USDC for the District of Colorado |

| | | | |
|---|---|---|---|
| Delk | Jena Marie Christmas Clark Marx Starovasnik | 2:13cv32501 | USDC for the Middle District of Florida, Orlando Division |
| Dewald | Mariellen Taylor | 2:14cv23151 | USDC for the Western District of Wisconsin |
| Dubois | Anne-Marie | 2:13cv22851 | USDC for the District of Rhode Island |
| Elliott | Sandra Lee Cropper | 2:12cv03834 | USDC District of Maryland, Salisbury Division |
| Fisher | Christal Jo Boltinger | 2:16cv08319 | USDC for the Central District of Illinois, Peoria Division |
| Freitas | Monica Sue Sims Cory | 2:12cv01146 | USDC for the Central District of California, Eastern Division |
| Garver | Susanna B. | 2:13cv29117 | USDC for the District of Delaware |
| Garvin | Janna Rachelle Buster Turner Hernandez | 2:13cv19899 | USDC for the Western District of Kentucky, Louisville Division |
| Geery | Michelle A. Decrow | 2:14cv09072 | Middle District of Florida, Orlando Division |
| Gibson | Linda Victoria Langston | 2:14cv21856 | USDC for the Northern District of Illinois, Eastern Division |
| Gill | Brenda Lee | 2:14cv22813 | USDC for the Central District of Illinois, Springfield Division |
| Gipson | Peggy Jyce Worley | 2:13cv32357 | USDC for the Eastern District of Tennessee, Chattanooga Division |
| Golden | Sarrah Elizabeth Borrell Rayl | 2:18cv00945 | USDC for the District of New Mexico |
| Gordon | Rosemary Ann | 2:14cv16417 | USDC for the Southern District of Iowa, Western Division |
| Haynes | Traci Mellonee McCall Loggins | 2:13cv14424 | USDC for the District of South Carolina, Greenville division |
| Huish | Roxanne Lee | 2:13cv21784 | USDC for the Central District of California, Southern Division |
| Jimenez | Evangelina Garcia | 2:13cv21913 | USDC for the Central District of California, Eastern Division |
| Johnson | Deborah Jane Mullineaux | 2:14cv00773 | USDC for the Western District of Virginia, Lynchburg Division |
| Kelly | Susan M. | 2:14cv11412 | USDC for the Northern District of Iowa, Eastern Division |
| Kress | Eileen Mary | 2:14cv19292 | USDC for the Northern District of Georgia, Atlanta Division |
| Ladd | Martha Susan Woltering Leadbeter | 2:13cv09829 | USDC Southern District of Ohio, Cincinnati Division |
| Martin | Kayleen Rhynd Row | 2:13cv18148 | USDC for the Central District of California, Western Division |

| | | | |
|---|---|---|---|
| Martin | Rosa Mae | 2:14cv13152 | USDC for the District of South Carolina, Greenville division |
| Mason | Lisa Marie Eschbach | 2:13cv07175 | USDC for the Middle District of Florida, Orlando Division |
| Matziaris | Carol A. Boysman | 2:13cv12603 | USDC for the Northern District of New York, Syracuse Division |
| McCormack | Elizabeth | 2:13cv26057 | USDC for the Eastern District of New York |
| Meade | Dana Thomas Melton | 2:13cv23918 | USDC for the Eastern District of Arkansas, Western Division |
| Middleton | Catherine L. Giessel Heagle | 2:18cv00991 | USDC for Maryland at Baltimore |
| Miller | Hedy Kramer | 2:13cv09107 | USDC for the District of New Jersey, Trenton Division |
| Morris | Michelle Lee Shelly Overturf | 2:13cv13594 | USDC for the Eastern District of Texas, Texarkana Division |
| Munsee | Lanell Gardner | 2:13cv26868 | USDC for the District of Arizona, Prescott Division |
| Ocasio | Marlene | 2:15cv03982 | USDC for the District of Connecticut, Hartford |
| Oliveira | Renee Ruggiero | 2:18cv00612 | USDC District of Massachusetts, Worcester Division |
| Oliver | Jean Marie Thibodeau | 2:18cv00972 | USDC Rhode Island |
| Olsen | Carol Olson-Smith | 2:13cv05877 | USDC Eastern District Kentucky, Frankfort Division |
| Parkinson | Kandy Sue Ridinger | 2:14cv16314 | USDC Northern District of Ohio, Cleveland division |
| Pickell, deceased | Janet L. Forrester Mummert | 2:13cv01589 | USDC for the Middle District of Pennsylvania |
| Placido | Tracy | 2:13cv22170 | USDC for the District of Oregon, Eugene Division |
| Richards | Katrina M. | 2:13cv24539 | USDC for the Eastern District of Texas, Beaumont Division |
| Roberts | Melissa Ann Stell Morrison | 2:13cv27618 | USDC for the District of Oregon, Eugene Division |
| Robinson | Maria Elizabeth | 2:13cv07186 | USDC for the Southern District of Texas, Houston Division |
| Rodman | Tricia Lynn Junker | 2:13cv14420 | USDC for the Western District of Washington, Tacoma Division |
| Rosenfeld | Sandra R. L. | 2:15cv14822 | USDC for the District of South Carolina, Greeneville Division |
| Russell | Mellissia Ann Bone | 2:16cv02730 | USDC for the Northern District of Alabama, Middle Division |
| Seal | Marilyn | 2:13cv27279 | USDC Western District of Virginia |

| Last Name | First Name | Case Number | District |
|---|---|---|---|
| Sellers | Dina Maxine Hendrix | 2:13cv25344 | USDC for the District of South Carolina, Greenville Division |
| Shilson | Karren Ann Johnstone | 2:13cv09236 | USDC for the Eastern District of Texas, Sherman Division |
| Shostrom | Leah Kate Ronaele Proctor | 2:13cv15857 | USDC for the District of Colorado (Denver) |
| Simmons | Phyllis Snuffer | 2:14cv00839 | USDC for the Western District of Virginia, Roanoke Division |
| Slaikeu | Victoria L. Rodrique | 2:14cv29016 | USDC for the District of Minnesota, St. Paul Division |
| Smith | Barbara L. | 2:12cv04791 | USDC for the District of Oregon, Portland Division |
| Smith | Mary Lou | 2:13cv25014 | USDC for the Eastern District of Kentucky, London Division |
| Sotolongo | Yolanda Rey | 2:18cv00242 | USDC for the Southern District of Florida, Fort Lauderdale Division |
| Ullendorff | Doris Emma | 2:18cv00894 | USDC for the Southern District of New York |
| Victor | Svetlana Lana Khripunov | 2:13cv18651 | USDC for the Eastern District of California, Sacramento Courthouse |
| Viola | Norma Lou Homrich Lifer | 2:13cv20017 | USDC Western District of Michigan, Grand Rapids division |
| Wagers | Carolyn S. | 2:14cv10882 | USDC for the Eastern District of Tennessee, Knoxville Division |
| Wegmann | Anne Marie Greffet | 2:14cv27821 | USDC Eastern District of Missouri, St. Louis Division |
| Weinkam | Barbara Teresa Butts | 2:18cv00937 | USDC for the District of Maryland |
| West | Sherrill A. O'Neill | 2:12cv03180 | USDC for the District of Massachusetts, Boston Division |
| Wielgopolski | Yolanda Berumen Badolato | 2:13cv17180 | USDC for the Middle District of Pennsylvania, Wilkes-Barre Division |
| Young | Donna Truttmann McReynolds | 2:12cv09931 | USDC for the District of Nevada, Reno |

| DISPUTED | | | | |
|---|---|---|---|---|
| LAST NAME | FIRST NAME | CASE NUMBER | DEFENSE RECOMMENDATION | PLAINTIFF RECOMMENDATION |
| Ashley | Reggenia Ann Graves | 2:14cv27743 | USDC for the Eastern District of Texas, Tyler Division | USDC for the Eastern District of Texas, Marshall Division |
| Bacon | Cheryl Annette Banks | 2:14cv01143 | USDC for the Northern District of Georgia, Atlanta Division | USDC for the Eastern District of Pennsylvania |

| | | | | |
|---|---|---|---|---|
| Calderaro | Gabrielle Usakowski | 2:15cv02915 | USDC Eastern District of New York, Central Islip Division | USDC Eastern District of New York, Brooklyn Division |
| Donall | Cynthia Marie Roy | 2:13cv09239 | USDC for the District of Massachusetts | USDC for the District of Connecticut |
| Fernandez | Marta B. | 2:15cv12757 | USDC for the Southern District of Florida | USDC for the Eastern District of Pennsylvania |
| Franklin | Lisa Ann Slifker Jager | 2:14cv20532 | USDC for the District of Maryland, Baltimore Division | USDC for the Eastern District of Pennsylvania |
| Hass | Joni Celestino | 2:15cv09562 | Eastern District of California, Bakersfield Courthouse | USDC for the Eastern District of Pennsylvania |
| Hoffman | Christine R. Manard | 2:13cv28084 | USDC Western Dist. of Virginia, Charlottesville Division | USDC for the Eastern District of Pennsylvania |
| Howard | Jamie Michelle | 2:14cv07903 | USDC for the District of Arizona, Phoenix Division | USDC for the Eastern District of Pennsylvania |
| Lambaren | Laura Anne Collins Wreford | 2:18cv00354 | USDC Southern District of Indiana at Evansville | USDC Western District of Kentucky, Louisville Division |
| Lopez | Eneida | 2:17cv01669 | USDC Eastern District of Pennsylvania, Allentown Division | USDC for the Eastern District of Pennsylvania |
| Lynch | Pamela G. | 2:13cv27345 | USDC for the Eastern District of Washington, Spokane Division | USDC for the Eastern District of Pennsylvania |
| Montgomery | Pollyanna Cawley Drobot | 2:14cv12997 | USDC for the Northern District of Indiana, Fort Wayne Courthouse | USDC, Indiana Northern District Court, South Bend |
| Poole | Kari Lynn Lauffer | 2:13cv24846 | USDC for the Northern District of Oklahoma | USDC for the Central District of California, Eastern Division |
| Reeves | Sarah Elizabeth Fielder | 2:12cv04790 | USDC for the District of Kansas | USDC for the Western District of Missouri, Kansas City Division |
| Reiss | Lina Magalhaes Santos | 2:14cv22177 | USDC for the Southern District of New York, Manhattan Division | USDC for the Eastern District of Pennsylvania |
| Roman | Yvonne Rodriguez | 2:14cv19739 | USDC for the Southern District of New York, Manhattan Division | USDC for the Eastern District of Pennsylvania |
| Welch | Tammy Tammatha Dunnahoe Marie | 2:12cv08677 | USDC for the Eastern District of California, Bakersfield Courthouse | USDC for District of Kansas, Witchita Division (Plaintiff moved from CA to KS) |
| Zemanovic | Nancy Gonzalez | 2:18cv01030 | USDC for Rhode Island | USDC for the Middle District of Florida, Fort Myers Division |

| UNRESOLVED | | | | |
|---|---|---|---|---|
| **LAST NAME** | **FIRST NAME** | **CASE NUMBER** | **DEFENSE RECOMMENDATION** | **PLAINTIFFS' LIAISON STATEMENT** |
| Crissman | Andrea Sheh | 2:13cv01319 | USDC for the Central District of California, Western Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Davis | Kimberley Anne Maness | 2:14cv22126 | USDC for the Middle District of Florida, Tampa Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Ellis | Kimberly Joan Brooks | 2:15cv03465 | USDC for the Eastern District of Tennessee, Northern Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Gibson | Lori Lee Ann Crow | 2:13cv25818 | USDC for the Southern District of Illinois, East St. Louis Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Gonzalez, Deceased | Diana Villalpando | 2:13cv26548 | USDC for Western District of Texas, San Antonio Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Howerton, Deceased | Sandra | 2:13cv26907 | USDC for the District of Arizona, Flagstaff Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |

| Meindertsma | Jeanne Marie Ormond | 2:13cv23903 | USDC for the Western District of Texas, Austin Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
|---|---|---|---|---|
| Thornton | Karmen Tapia Braswell | 2:16cv04389 | USDC for the District of Arizona, Tucson Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Cowart | Janet M. | 2:15cv06224 | Coloplast:  USDC for the Middle District of Florida, Jacksonville Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Woolard | Barbara | 2:13cv19055 | Coloplast:  USDC for the Sothern District of Georgia, Augusta Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |