# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc., and/or Ethicon, LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Curtis Brooks Cutter
Curtis Brooks Cutter
Kershaw Cutter & Ratinoff
401 Watt Avenue
Sacramento, CA 95864
(916) 290-9400
bcutter@kcrlegal.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-27097 | Susan Lunning v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-27098 | Jan Abela v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-27101 | Michele Carlson v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-27102 | Tammy Ryther and Jeff Ryther v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13983 | Margaret King and Robert King v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-25742 | Joyce Hunter v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25752 | Gloria Reeves v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31280 | Josie Jovanovitch and Robert Jovanovitch v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00205 | Aida Henao and Carlos Gonzales v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00208 | Carole Matthews and Hiram French v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05423 | Lynda Keenan and Michael Wilkinson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05953 | Kim Guerino and Louis Guerino v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05955 | Stephanie Norvell and Bill Norvell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07577 | Wanda Diepholz v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07578 | Aileen Eriksen v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08220 | Aleda Koepke v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09087 | Wanda Barnes and Randy Barnes v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09099 | Joy Wade and Robert Wade v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09101 | Cynthia Coffey and David Coffey v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09841 | Noreen Epley and John D. Epley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09842 | Felicia Jackson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10630 | Marianne Young v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11124 | Victoria Wacholtz v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11177 | Margaret M. Trowbridge v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11178 | Vicki Ann Swartz and Eugene Swartz v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01378 | Denise Goodwin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02023 | Suzanne Parker and Gary Parker v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02114 | Patricia Acker v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02125 | Lyn Ehrhardt v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02131 | Dawna Frasca-Pond v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02142 | Pepnelophy Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02143 | Robin Johnson and Jason Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02154 | Victoria Donahoe v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02156 | Elizabeth Jutras v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02157 | Kimberly Kennedy v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02166 | Rosemary McQueary and Steve McQueary v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02174 | Patra Priest v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02175 | Kendra Simpson and Jay Simpson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02178 | Patricia Newhouse Ramsey v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:17-cv-02180 | Annie Sauber v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02184 | Diane Sleboda v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02188 | Diane Trautner and Robert W. Trautner, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02190 | Karen Winsor v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02496 | Karen Norman Stam and Joseph Stam v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03209 | Brigette Krevanko and George Krevanko v. Ethicon, Inc.; Johnson & Johnson |