# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC.,<br>PELVIC REPAIR SYSTEMS<br>PRODUCTS LIABILITY LITIGATION | MDL 2327 |

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

## ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8445], is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified on the attached Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc., and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these action without prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss without Prejudice is **GRANTED**. Ethicon is the only remaining defendant, therefore, it is further **ORDERED** that the action(s) listed on the attached Exhibit(s) A are **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual case(s) at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case(s) listed on the attached Exhibit(s) A.

ENTER: July 22, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE


...


**EXHIBIT A**

| Civil Action No. | Case Style |
| --- | --- |
| 2:13-cv-27097 | Susan Lunning v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-27098 | Jan Abela v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-27101 | Michele Carlson v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:13-cv-27102 | Tammy Ryther and Jeff Ryther v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-13983 | Margaret King and Robert King v. Ethicon, Inc.; Johnson & Johnson; Ethicon, LLC |
| 2:14-cv-25742 | Joyce Hunter v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-25752 | Gloria Reeves v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-31280 | Josie Jovanovitch and Robert Jovanovitch v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00205 | Aida Henao and Carlos Gonzales v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-00208 | Carole Matthews and Hiram French v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05423 | Lynda Keenan and Michael Wilkinson v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05953 | Kim Guerino and Louis Guerino v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-05955 | Stephanie Norvell and Bill Norvell v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07577 | Wanda Diepholz v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-07578 | Aileen Eriksen v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08220 | Aleda Koepke v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09087 | Wanda Barnes and Randy Barnes v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09099 | Joy Wade and Robert Wade v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09101 | Cynthia Coffey and David Coffey v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09841 | Noreen Epley and John D. Epley v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-09842 | Felicia Jackson v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-10630 | Marianne Young v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11124 | Victoria Wacholtz v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11177 | Margaret M. Trowbridge v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-11178 | Vicki Ann Swartz and Eugene Swartz v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-01378 | Denise Goodwin v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02023 | Suzanne Parker and Gary Parker v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02114 | Patricia Acker v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02125 | Lyn Ehrhardt v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02131 | Dawna Frasca-Pond v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02142 | Pepnelophy Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02143 | Robin Johnson and Jason Johnson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02154 | Victoria Donahoe v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02156 | Elizabeth Jutras v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02157 | Kimberly Kennedy v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02166 | Rosemary McQueary and Steve McQueary v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02174 | Patra Priest v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02175 | Kendra Simpson and Jay Simpson v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02178 | Patricia Newhouse Ramsey v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:17-cv-02180 | Annie Sauber v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02184 | Diane Sleboda v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02188 | Diane Trautner and Robert W. Trautner, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02190 | Karen Winsor v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02496 | Karen Norman Stam and Joseph Stam v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03209 | Brigette Krevanko and George Krevanko v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:17-cv-02180 | Annie Sauber v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02184 | Diane Sleboda v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02188 | Diane Trautner and Robert W. Trautner, Sr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02190 | Karen Winsor v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02496 | Karen Norman Stam and Joseph Stam v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-03209 | Brigette Krevanko and George Krevanko v. Ethicon, Inc.; Johnson & Johnson |