# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327
_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS A-G:

## JOINT MOTION TO DISMISS DEFENDANT
## BOSTON SCIENTIFIC CORPORATION WITHOUT PREJUDICE

Plaintiffs in these cases (listed on the attached Exhibits) and Defendant Boston Scientific Corporation ("BSC") jointly move the Court to dismiss BSC as a defendant in these actions without prejudice and terminate BSC from the docket of the Court, each party to bear its own costs. These cases have no other active defendants so these cases should be removed from the active docket.

Dated: July 22, 2019                             Respectfully submitted,

By: */s/ Jon A. Strongman*                       By: */s/ Michael A. Tanenbaum*
Jon A. Strongman – MO Bar #53995                 Michael A. Tanenbaum
SHOOK, HARDY & BACON L.L.P.                      James H. Keale
2555 Grand Boulevard                             TANENBAUM KEALE
Kansas City, Missouri 64108                      One Newark Center, 16th Floor
Telephone: 816.474.6550                          1085 Raymond Boulevard
Facsimile: 816.421.5547                          Newark, NJ 07102
Email: jstrongman@shb.com                        Telephone: 973.242.0002
                                                 Facsimile: 973.242.8099
**COUNSEL FOR DEFENDANT**                        Email: mtanenbaum@tktrial.com
**BOSTON SCIENTIFIC CORPORATION**                Email: jkeale@tktrial.com

                                                 **COUNSEL FOR DEFENDANT**
                                                 **BOSTON SCIENTIFIC CORPORATION**

4846-6163-5993 v1

By: *Seth S. Webb*
Seth S. Webb
BROWN & CROUPPEN
Suite 1600
211 North Broadway
St. Louis, MO 63102
314/421-0216
314/421-4061 (fax)
sethw@getbc.com

**COUNSEL FOR PLAINTIFF(S)**

By: *Mark W. Davis*
Mark W. Davis
DAVIS & CRUMP
Third Floor
1712 15th Place
Gulfport, MS 39501
228/863-6000
228/864-0907 (fax)
mark.davis@daviscrump.com

**COUNSEL FOR PLAINTIFF(S)**

By: *Lauren E. Channell*
Lauren E. Channell
SIEGFRIED & JENSEN
5664 South Green Street
Salt Lake City, UT 84121
801/266-0999
801/266-1338 (fax)
lauren@sjatty.com

**COUNSEL FOR PLAINTIFF(S)**

By: *Ryan L. Thompson*
Ryan L. Thompson
WATTS GUERRA CRAFT
Suite 525
5250 Prue Road
San Antonio, TX 78240
210/448-0500

By: *Andrew J. Cross*
Andrew J. Cross
CAREY DANIS & LOWE
Suite 1100
8235 Forsyth Boulevard
St. Louis, MO 63105
314/725-7700
314/721-0905 (fax)
across@careydanis.com

**COUNSEL FOR PLAINTIFF(S)**

By: *Les Weisbrod*
Les Weisbrod
MILLER WEISBROD
Suite 300
11551 Forest Central Drive
Dallas, TX 75243
214/987-0005
214/987-2545 (fax)
lweisbrod@millerweisbrod.com

**COUNSEL FOR PLAINTIFF(S)**

By: *Henry Shere Queener*
Jeffrey M. Kuntz
Thomas P. Cartmell
WAGSTAFF & CARTMELL
4740 Grand Ave, Ste 300
Kansas City, MO 64112
Telephone: 816.701.1100
Facsimile: 816.531.2372
Email: jkuntz@wcllp.com
Email: tcartmell@wcllp.com

**COUNSEL FOR PLAINTIFF(S)**

210/448-0501 (fax)
rlt-bulk@wattsguerra.com

**COUNSEL FOR PLAINTIFF(S)**

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2019, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: */s/ Jon A. Strongman*
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT**
**BOSTON SCIENTIFIC CORPORATION**

## EXHIBIT A – BROWN & CROUPPEN

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-10940 | WALKER, Rebecca vs. Boston Scientific Corporation |
| 16-cv-04373 | ALTERSON, Bonita and Martin Alterson, Jr. vs. Boston Scientific Corporation |
| 16-cv-04728 | SCAGGS, Mildred vs. Boston Scientific Corporation |

## EXHIBIT B – CAREY DANIS & LOWE

| CASE NUMBER | CASE NAME |
|---|---|
| 14-cv-21833 | TIFFANY, Nicki vs. Boston Scientific Corportation |

## EXHIBIT C – DAVIS & CRUMP

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-00863 | WIECZKIEWICZ, Helen vs. Boston Scientific Corporation |
| 13-cv-03484 | CHILES, Carrie vs. Boston Scientific Corporation |
| 13-cv-05910 | PAVICH, Tonja vs. Boston Scientific Corporation |
| 14-cv-10606 | HARRIS, Elizabeth vs. Boston Scientific Corporation |

4846-6163-5993 v1

## EXHIBIT D – MILLER WEISBROD

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-14652 | HILL, Carol L. and Robert M. Hill vs. Boston Scientific Corporation |
| 13-cv-21896 | RENTFRO, Paula Fay vs. Boston Scientific Corporation |

**EXHIBIT E – SIEGFRIED & JENSEN**

| CASE NUMBER | CASE NAME |
|---|---|
| 15-cv-01857 | SHELTON, Dolores and William Shelton vs. Boston Scientific Corporation |

4846-6163-5993 v1

## EXHIBIT F – WAGSTAFF & CARTMELL

| CASE NUMBER | CASE NAME |
|---|---|
| 14-cv-26832 | ROSS, Karen and Fred S. Ross vs. Boston Scientific Corporation |

4846-6163-5993 v1

## EXHIBIT G – WATTS GUERRA CRAFT

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-12773 | TAYLOR, Dianne vs. Boston Scientific Corporation |

4846-6163-5993 v1