# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO CASES
ON THE EXHIBITS ATTACHED HERETO

## ORDER
(Dismissing Boston Scientific Corporation without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF # 8448], is a Joint Motion to Dismiss Without Prejudice filed by plaintiffs, identified on the attached Exhibits A-G, and Boston Scientific Corporation ("BSC") seeking dismissal of BSC from these actions, without prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss without Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibits A-G are **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-G.

ENTER: July 23, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – BROWN & CROUPPEN

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-10940 | WALKER, Rebecca vs. Boston Scientific Corporation |
| 16-cv-04373 | ALTERSON, Bonita and Martin Alterson, Jr. vs. Boston Scientific Corporation |
| 16-cv-04728 | SCAGGS, Mildred vs. Boston Scientific Corporation |

## EXHIBIT B – CAREY DANIS & LOWE

| CASE NUMBER | CASE NAME |
|---|---|
| 14-cv-21833 | TIFFANY, Nicki vs. Boston Scientific Corportation |

## EXHIBIT C – DAVIS & CRUMP

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-00863 | WIECZKIEWICZ, Helen vs. Boston Scientific Corporation |
| 13-cv-03484 | CHILES, Carrie vs. Boston Scientific Corporation |
| 13-cv-05910 | PAVICH, Tonja vs. Boston Scientific Corporation |
| 14-cv-10606 | HARRIS, Elizabeth vs. Boston Scientific Corporation |

## EXHIBIT D – MILLER WEISBROD

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-14652 | HILL, Carol L. and Robert M. Hill vs. Boston Scientific Corporation |
| 13-cv-21896 | RENTFRO, Paula Fay vs. Boston Scientific Corporation |

**EXHIBIT E – SIEGFRIED & JENSEN**

| CASE NUMBER | CASE NAME |
|---|---|
| 15-cv-01857 | SHELTON, Dolores and William Shelton vs. Boston Scientific Corporation |

## EXHIBIT F – WAGSTAFF & CARTMELL

| CASE NUMBER | CASE NAME |
| --- | --- |
| 14-cv-26832 | ROSS, Karen and Fred S. Ross vs. Boston Scientific Corporation |

4846-6163-5993 v1

## EXHIBIT G – WATTS GUERRA CRAFT

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-12773 | TAYLOR, Dianne vs. Boston Scientific Corporation |

4846-6163-5993 v1