FILED: July 23, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1224 (L)
(2:12-md-02327)
_____

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

KLINE & SPECTER, P.C.

        Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

        Appellee

_____

No. 19-1225
(2:10-md-02187)
_____

In re: C. R. BARD, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

KLINE & SPECTER, P.C.

        Appellant

    v.


COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

———————————

No. 19-1226
(2:12-md-02326)

———————————

In re: BOSTON SCIENTIFIC CORP., Pelvic Repair System Products Liability Litigation

------------------------------

KLINE & SPECTER, P.C.

    Appellant

    v.


COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

———————————

No. 19-1227
(2:12-md-02325)

———————————

In re: AMERICAN MEDICAL SYSTEMS, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

KLINE & SPECTER, P.C.

      Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1228
(2:14-md-02511)

_____

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

-------------------------------

KLINE & SPECTER, P.C.

      Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1229
(2:12-md-02387)
_____

In re: COLOPLAST CORP., Pelvic Support Systems Products Liability Litigation

-------------------------------

KLINE & SPECTER, P.C.

      Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1230
(2:13-md-02440)
_____

In re: COOK MEDICAL, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

KLINE & SPECTER, P.C.

      Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

_____

## M A N D A T E
_____

The judgment of this court, entered June 14, 2019, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*