IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                         MDL NO. 2327
_____

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The court is in receipt of Anderson Law Offices' Motion for Stay [ECF No. 8455]. For reasons appearing to the court, the Fee and Cost Committee ("FCC") is **DIRECTED** to respond to the motion [ECF No. 8455] by July 31, 2019, at 5:00 p.m. The movant is **DIRECTED** to reply to the FCC's response by August 1, 2019, at 5:00 p.m.

Date: July 29, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE