#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

#### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                          MDL NO. 2327

THIS DOCUMENT RELATES TO ALL CASES

### ORDER

The court is in receipt of Anderson Law Offices' Motion to Partially Alter, Amend, or Reconsider [ECF No. 8460]. For reasons appearing to the court, the Fee and Cost Committee ("FCC") is **DIRECTED** to respond to the motion [ECF No. 8460] by August 1, 2019, at 5:00 p.m. The movant is **DIRECTED** to reply to the FCC's response by August 2, 2019, at 12:00 p.m.

Date: July 31, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE