# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR )
SYSTEM PRODUCTS LIABILITY LITIGATION )
                                                          )     MDL NO. 2327
                                                          )
                                                          )

## PRETRIAL ORDER No. -----
## (ORDER RE: QUALIFIED SETTLEMENT FUND – WEXLER WALLACE LLP)

Pending is a Motion for Approval of Qualified Settlement Fund, filed July 26, 2019 (the "Motion"). [ECF No. ----]. Wexler Wallace LLP ("Wexler Wallace"), as counsel for certain plaintiffs in this MDL 2327, along with MDL Nos. 2187, 2325, 2326, 2387, 2440, and 2511 ("the Pelvic Mesh MDLs"), has moved the Court for entry of an Order to aid in the efficient processing and administration of one or more anticipated settlements of Pelvic Mesh claims that are the subject of these MDLs between clients of Wexler Wallace and defendants and their related entities (see Schedule 1, attached), as well as to hold monies relating to such settlements and or verdicts for appropriate disbursement.

The Court, having reviewed the Motion, and finding good and sufficient cause, hereby **FINDS** and **ORDERS** as follows:

    1.      The Motion [ECF No. ----] is **GRANTED**.

    2.      In order to assist in the administration of the settlement of claims brought by the clients of the law firm of Wexler Wallace LLP and appropriately disburse funds received through verdicts or otherwise by Court order, the Wexler Wallace LLP TVM Client Settlement Fund (the "Fund") shall be established as a Qualified Settlement Fund within the meaning of Treasury Regulation Section 1.468B-1, pursuant to this Court's continuing subject matter jurisdiction under

Treas. Reg. Section 1.468B-1(c)(1). The Fund shall be governed by Section 468B of the Internal Revenue Code, together with the Treasury Regulations promulgated thereunder, and all such administrative announcements, notices, and information releases as shall be published by the Internal Revenue Service from time to time. All Pelvic Mesh Product settlements reached by and between defendants and parties in Attachment 1 and plaintiffs in state or federal litigation or claimants who are represented by Wexler Wallace LLP pursuant to the settlement agreement(s), as well as any monies obtained by verdict or Court order, shall be paid into the Wexler Wallace LLP TVM Client Settlement Fund as provided in the Motion For Approval of Qualified Settlement Fund.

3. Wahlstrom & Associates is appointed as Fund Administrator and shall serve pursuant to the terms, conditions and restrictions of the Motion For Approval of Qualified Settlement Fund and the applicable settlement agreement(s) or Court-ordered terms. Said Fund Administrator is given the authority to conduct any and all activities necessary to administer this Fund as described in said motion.

4. The Fund, which includes all principal and interest earned thereon, shall be deposited into an account held in custody at Signature Bank, and Signature Bank shall serve as the Escrow Agent pursuant to the terms of the Parties' escrow agreement with Signature Bank ("Escrow Agreement"). Investment related decisions, and disbursements from the Fund, shall be made pursuant to the terms and conditions set forth in the Motion For Approval of Qualified Settlement Fund, the settlement agreement(s), and the Escrow Agreement.

5. The Fund Administrator is authorized to effect qualified assignments of any resulting structured settlement liability, whether for individual claimants or for structured legal fees, within the meaning of Section 130(c) of the Internal Revenue Code to the qualified assignee.

6. The Fund Administrator is authorized, upon final distribution of all monies paid into the Fund, to take appropriate steps to wind down the fund, and thereafter the Fund Administrator is discharged from any further responsibility with respect to the Fund.

**IT IS SO ORDERED.**

SIGNED this \_\_\_\_\_ day of _____ , 2019.

_____
Honorable Joseph R. Goodwin
United States District Judge