**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| IN RE: COOK MEDICAL, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2440 |
| IN RE: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2511 |

***THIS DOCUMENT RELATES TO ALL CASES***

PAUL W. FLOWERS CO., LPA
50 Public Sq., Ste 1910
Cleveland, Ohio 44113
(216) 344-9393
Fax: (216) 344-9395

## **NOTICE**

Notice is served that Objectors, Anderson Law Offices and Benjamin H. Anderson, seek further review in the United States Court of Appeals for the Fourth Circuit of the Memorandum Opinion and Order entered in each of the above-captioned actions on July 25, 2019 allocating an award of common benefit fees/expenses and ordering disbursements, as well as the Memorandum Opinion and Orders that were issued on August 2, 2019 denying the Motions to Stay Execution of Judgment and Partially Alter, Amend, or Reconsider Judgment, in addition to all other adverse and appealable ancillary rulings.

Respectfully Submitted,

| | |
|---|---|
| *s/Richard L. Gottlieb* | *s/Paul W. Flowers* |
| Richard L. Gottlieb, Esq. (WV# 1447) | Paul W. Flowers, Esq. (Ohio #0046625) |
| Webster J. Arceneaux, III, Esq. (WV# 155) | Louis E. Grube, Esq. (Ohio #0091337) |
| **LEWIS GLASSER PLLC** | **PAUL W. FLOWERS CO., L.P.A.** |
| 300 Summers Street, Suite 700 | 50 Public Square, Suite 1910 |
| Charleston, West Virginia 25301 | Cleveland, Ohio  44113 |
| (304) 345-2000 | (216) 344-9393 |
| rgottlieb@lewisglasser.com | pwf@pwfco.com |
| wjarceneaux@lewisglasser.com | leg@pwfco.com |
| | |
| | *Attorneys for Anderson Law Offices and Benjamin H. Anderson* |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd of August, 2019, the foregoing **Notice** was filed electronically. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*s/Paul W. Flowers*
Paul W. Flowers, Esq. (#0046625)
**PAUL W. FLOWERS, CO., L.P.A.**

*Attorney for Anderson Law Offices and Benjamin H. Anderson*

PAUL W. FLOWERS CO., LPA
50 Public Sq., Ste 1910
Cleveland, Ohio 44113
(216) 344-9393
Fax: (216) 344-9395