**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR  Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY     MDL 2327
LITIGATION

--------------------------------------------------------
ETHICON WAVE 11 CASES LISTED IN
EXHIBIT A        JOSEPH R. GOODWIN U.S. DISTRICT
              JUDGE

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
TERENCE COLGAN, M.D. FOR WAVE 11**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Terene Colgan for Ethicon Wave 6, Dkt. 4868 (motion), 4870

(memorandum in support).  Plaintiffs respectfully request that the Court exclude Terence

Colgan's testimony, for the reasons expressed in the Wave 6 briefing.  This notice applies to the

following Wave 11 cases identified in Exhibit A attached hereto.

Dated: August 7, 2019     Respectfully submitted,

            /s/  D. Renee Baggett      
            Renee Baggett, Esq.
            Bryan F. Aylstock, Esq.
            Aylstock, Witkin, Kreis and Overholtz, PLC
            17 East Main Street, Suite 200
            Pensacola, Florida  32563
            (850) 202-1010
            (850) 916-7449 (fax)
            E-mail:  rbaggett@awkolaw.com

            /s/ Thomas P. Cartmell      
            THOMAS P. CARTMELL
            Wagstaff & Cartmell LLP
            4740 Grand Avenue, Suite 300
            Kansas City, MO 64112
            816-701-1102
            Fax 816-531-2372
            tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Comouce, Tina & Douglas | 2:15-cv-02095 |
| Matziaris, Carol A. | 2:13-cv-12603 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com