## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR          Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                            MDL 2327
LITIGATION
------------------------------------------------------
ETHICON WAVE 11 CASES LISTED IN
EXHIBIT A                                                          JOSEPH R. GOODWIN
                                                                         U.S. DISTRICT JUDGE

### NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
### DEBRA FROMER, M.D. FOR WAVE 11

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion and memorandum filed in relation to Debra Fromer for Ethicon Wave 8, Dkt. 6898

(motion), 6900 (memorandum in support).  Plaintiffs respectfully request that the Court exclude

Debra Fromer's testimony, for the reasons expressed in the Wave 8 briefing.  This notice applies

to the following Wave 11 cases identified in Exhibit A attached hereto.

Dated: August 7, 2019                    Respectfully submitted,

                                                  /s/  D. Renee Baggett
                                                  Bryan F. Aylstock, Esq.
                                                  Renee Baggett, Esq.
                                                  Aylstock, Witkin, Kreis and Overholtz, PLC
                                                  17 East Main Street, Suite 200
                                                  Pensacola, Florida  32563
                                                  (850) 202-1010
                                                  (850) 916-7449 (fax)
                                                  E-mail:  rbaggett@awkolaw.com

                                                  /s/ Thomas P. Cartmell
                                                  THOMAS P. CARTMELL
                                                  Wagstaff & Cartmell LLP
                                                  4740 Grand Avenue, Suite 300
                                                  Kansas City, MO 64112
                                                  816-701-1102
                                                  Fax 816-531-2372
                                                  tcartmell@wcllp.com

# EXHIBIT A

| Miller, Hedy & Robert | 2:13-cv-09107 |
| --- | --- |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com

3