**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR   Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY      MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 11 CASES LISTED IN
EXHIBIT A           JOSEPH R. GOODWIN
              U.S. DISTRICT JUDGE

### NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
### TERRI LONGACRE, M.D. FOR WAVE 11

   Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion, memorandum and reply brief filed against Terri Longacre for Ethicon Wave 1, Dkt.

2076 (motion), Dkt. 2098 (memorandum in support) and Dkt. 2253 (reply).  Plaintiffs

respectfully request that the Court exclude Terri Longacre's testimony, for the reasons expressed

in the Wave 1 briefing.  This notice applies to the following Wave 11 cases identified in Exhibit

A attached hereto.

Dated: August 7, 2019     Respectfully submitted,

           /s/  D. Renee Baggett
           Renee Baggett, Esq.
           Bryan F. Aylstock, Esq.
           Aylstock, Witkin, Kreis and Overholtz, PLC
           17 East Main Street, Suite 200
           Pensacola, Florida  32563
           (850) 202-1010
           (850) 916-7449 (fax)
           E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Freitas, Monica | 2:12-cv-01146 |
| Jimenez, Evangelina & Thomas | 2:13-cv-21913 |
| Martin, Kayleen | 2:13-cv-18148 |
| Placido, Tracy | 2:13-cv-22170 |
| Poole, Kari & Ted | 2:13-cv-24846 |
| Roberts, Melissa | 2:13-cv-27618 |
| Rodman, Tricia & Michael | 2:13-cv-14420 |
| Thornton, Karmen | 2:16-cv-04389 |
| Welch, Tammy & Edward, Jr. | 2:12-cv-08677 |
| Young, Donna & Walter | 2:12-cv-09931 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I electronically filed the foregoing document with

the Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com