**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY            MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 11 CASES LISTED IN
EXHIBIT A                                JOSEPH R. GOODWIN
                                         U.S. DISTRICT JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF OLGA RAMM, M.D. FOR WAVE 11

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion, memorandum and reply brief filed in relation to Olga Ramm for Ethicon Wave 4, Dkt. 3614

(motion), Dkt. 3616 (memorandum in support) and Dkt. 3849 (reply).  Plaintiffs respectfully request

that the Court exclude Olga Ramm's testimony, for the reasons expressed in the Wave 4 briefing.

This notice applies to the following Wave 11 cases identified in Exhibit A attached hereto.

Dated: August 7, 2019                   Respectfully submitted,

                                     /s/  D. Renee Baggett
                                     Renee Baggett, Esq.
                                     Bryan F. Aylstock, Esq.
                                     Aylstock, Witkin, Kreis and Overholtz, PLC
                                     17 East Main Street, Suite 200
                                     Pensacola, Florida  32563
                                     (850) 202-1010
                                     (850) 916-7449 (fax)
                                     E-mail:  baylstock@awkolaw.com

                                     /s/ Thomas P. Cartmell
                                     THOMAS P. CARTMELL
                                     Wagstaff & Cartmell LLP
                                     4740 Grand Avenue, Suite 300
                                     Kansas City, MO 64112
                                     816-701-1102
                                     Fax 816-531-2372
                                     tcartmell@wcllp.com

1

# EXHIBIT A

| Golden, Sarrah | 2:18-cv-00945 |
| --- | --- |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I electronically filed the foregoing document with

the Clerk of the court using CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com