# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 11 CASES LISTED IN
EXHIBIT A                                            JOSEPH R. GOODWIN
                                                             U.S. DISTRICT JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
## CHRISTOPHER RAMSEY, M.D. FOR WAVE 11

       Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion, memorandum and reply brief filed against Christopher Ramsey for Ethicon Wave 1, Dkt. 2117 (motion), Dkt. 2118 (memorandum in support) and Ethicon Wave 3 Dkt. 3050 (reply). Plaintiffs respectfully request that the Court exclude Christopher Ramsey's testimony, for the reasons expressed in the Wave 1 and 3 briefing. This notice applies to the following Wave 11 cases identified in Exhibit A attached hereto.

Dated: August 7, 2019                 Respectfully submitted,

                                          /s/ D. Renee Baggett
                                          Renee Baggett, Esq.
                                          Bryan F. Aylstock, Esq.
                                          Aylstock, Witkin, Kreis and Overholtz, PLC
                                          17 East Main Street, Suite 200
                                          Pensacola, Florida 32563
                                          (850) 202-1010
                                          (850) 916-7449 (fax)
                                          E-mail: baylstock@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Baldwin, Amanda Ann | 2:12-cv-09515 |
| Graham, Tammy | 2:12-cv-06054 |
| Olsen, Carol & William | 2:13-cv-05877 |
| Richards, Katrina M. & Brandon E. | 2:13-cv-24539 |
| Viola, Norma | 2:13-cv-20017 |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
rbaggett@awkolaw.com