**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR          Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                              MDL 2327
LITIGATION
-----------------------------------------------------
ETHICON WAVE 11 CASES LISTED IN
EXHIBIT A                                                            JOSEPH R. GOODWIN
                                                                          U.S. DISTRICT JUDGE

**<u>NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
JAIME L. SEPULVEDA-TORO, M.D. FOR WAVE 11</u>**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion, memorandum and reply brief filed in relation to Jaime L. Sepulveda-Toro for Ethicon

Wave 1, Dkt. 2014 (motion), Dkt. 2018 (memorandum in support) and Dkt. 2225 (reply).

Plaintiffs respectfully request that the Court exclude Jaime L. Sepulveda-Toro's testimony, for

the reasons expressed in the Wave 1 briefing.  This notice applies to the following Wave 11

cases identified in Exhibit A attached hereto.

Dated: August 7, 2019                            Respectfully submitted,

                                                            /s/  D. Renee Baggett
                                                            Renee Baggett, Esq.
                                                            Bryan F. Aylstock, Esq.
                                                            Aylstock, Witkin, Kreis and Overholtz, PLC
                                                            17 East Main Street, Suite 200
                                                            Pensacola, Florida  32563
                                                            (850) 202-1010
                                                            (850) 916-7449 (fax)
                                                            E-mail:  rbaggett@awkolaw.com

1

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

2

# EXHIBIT A

| | |
|---|---|
| Anthony, Deanna | 2:12-cv-06831 |
| Bailey, Diane Michelle | 2:14-cv-03875 |
| Cox, Blake | 2:12-cv-06096 |
| Crissman, Andrea & Randall | 2:13-cv-01319 |
| Davis, Kimberly Anne | 2:14-cv-22126 |
| Delk, Jena M. & Michael L. | 2:13-cv-32501 |
| Geery, Michelle A. | 2:14-cv-09072 |
| Gonzalez, Diana | 2:13-cv-26548 |
| Graham, Tammy | 2:12-cv-06054 |
| Kress, Eileen | 2:14-cv-19292 |
| Mason, Lisa | 2:13-cv-07175 |
| Meindertsma, Jeanne & Bruce | 2:13-cv-23903 |
| Morris, Michelle Lee & Scottie J. | 2:13-cv-13594 |
| Mortimer, Victoria | 2:13-cv-03046 |
| Munsee, Lanell & Blain | 2:13-cv-26868 |
| Russell, Mellissia & Greg | 2:16-cv-02730 |
| Sellers, Dina M. & Leon | 2:13-cv-25344 |
| Shea-Towers, Deborah & Brian | 2:13-cv-01540 |
| Shostrom, Leah R. | 2:13-cv-15857 |
| Simmons, Phyllis S. | 2:14-cv-00839 |
| Sotolongo, Yolanda Rey | 2:18-cv-00242 |
| Zemanovic, Nancy | 2:18-cv-01030 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
rbaggett@awkolaw.com