# EXHIBIT A

SCOTT GUELCHER EXHIBIT A

| Name | Case Number |
|---|---|
| Bachand, Kathleen & Mark | 2:14cv29301 |
| Bailey, Diane Michelle | 2:14cv03875 |
| Baldwin, Amanda Ann | 2:12cv09515 |
| Calderaro, Gabrielle Usakowski & Thomas Andrew | 2:15cv02915 |
| Comouche, Tina & Douglas | 2:15cv02095 |
| Culy, Lydia Andrea & Michael Alan | 2:13cv15990 |
| Davis, Brenda J. | 2:14cv14777 |
| Dubois, Anne-Marie & Scott Pemberton | 2:13cv22851 |
| Elliott, Sandra & John | 2:12cv03834 |
| Ellis, Kimberly Joan & William Ray | 2:15cv03465 |
| Freitas, Monica & Kenneth | 2:12cv01146 |
| Garver, Susanna B. | 2:13cv29117 |
| Graham, Tammy | 2:12cv06054 |
| Hass, Joni & Steven | 2:15cv09562 |
| Huish, Roxanne Lee | 2:13cv21784 |
| Johnson, Deborah & Michael A. | 2:14cv00773 |
| Ladd, Martha Susan & John D., Jr. | 2:13cv09829 |
| McCormack, Elizabeth & Mark | 2:13cv26057 |
| Meade, Dana & Glen | 2:13cv23918 |
| Morris, Michelle Lee & Scottie J. | 2:13cv13594 |
| Mortimer, Victoria | 2:13cv03046 |
| Munsee, Lanell & Blain | 2:13cv26868 |
| Name | Case Number |
| Orr, Cindy & Allen | 2:12cv03738 |
| Reeves, Sarah | 2:12cv04790 |
| Richards, Katrina M. & Brandon E. | 2:13cv24539 |
| Russell, Mellissia & Greg | 2:16cv02730 |
| Seal, Marilyn | 2:13cv27279 |
| Shea-Towers, Deborah & Brian | 2:13cv01540 |
| Simmons, Phyllis S. | 2:14cv00839 |
| Slaikeu, Victoria & Kevin | 2:14cv29016 |
| Sotolongo, Yolanda Rey | 2:18cv00242 |
| Thornton, Karmen | 2:16cv04389 |
| Victor, Svetlana & Daniel J. | 2:13cv18651 |
| Wagers, Carolyn | 2:14cv10882 |
| West, Sherrill | 2:12cv03180 |