# EXHIBIT A

Vladimir Iakovlev Exhibit A

| Name | Case Number |
|---|---|
| Bain, April | 2:16cv11420 |
| Cisneros, Alicia & Herberto | 2:18cv00289 |
| Culy, Lydia Andrea & Michael Alan | 2:13cv15990 |
| Dewald, Mariellen | 2:14cv23151 |
| Donall, Cynthia & David | 2:13cv09239 |
| Fisher, Christal & Jeremy | 2:16cv08319 |
| Freitas, Monica & Kenneth | 2:12cv01146 |
| Gibson, Linda V. | 2:14cv21856 |
| Gill, Brenda | 2:14cv22813 |
| Gipson, Peggy J. & Frank | 2:13cv32357 |
| Golden, Sarrah | 2:18cv00945 |
| Graham, Tammy | 2:12cv06054 |
| Huish, Roxanne Lee | 2:13cv21784 |
| Jimenez, Evangelina & Thomas | 2:13cv21913 |
| Kelly, Susan & Timothy | 2:14cv11412 |
| Lambaren, Laura & Raul | 2:18cv00354 |
| Martin, Kayleen | 2:13cv18148 |
| Martin, Rosa | 2:14cv13152 |
| Matziaris, Carol A. | 2:13cv12603 |
| Middleton, Catherine | 2:18cv00991 |
| Miller, Hedy & Robert | 2:13cv09107 |
| Morris, Michelle Lee & Scottie J. | 2:13cv13594 |
| Mortimer, Victoria | 2:13cv03046 |
| Oliveira, Renee & Antonio | 2:18cv00612 |
| Oliver, Jean & Richard | 2:18cv00972 |
| Poole, Kari & Ted | 2:13cv24846 |
| Roberts, Melissa | 2:13cv27618 |
| Russell, Mellissia & Greg | 2:16cv02730 |
| Shilson, Karren A. | 2:13cv09236 |
| Ullendorff, Doris & Ken Gorfinkle | 2:18cv00894 |
| Viola, Norma | 2:13cv20017 |
| Wagers, Carolyn | 2:14cv10882 |
| Wegmann, Anne | 2:14cv27821 |
| Weinkam, Barbara | 2:18cv00937 |
| Zemanovic, Nancy | 2:18cv01030 |