**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR        Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY               MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 11 CASES LISTED IN
EXHIBIT A                                  JOSEPH R. GOODWIN
                                           U.S. DISTRICT JUDGE

## <u>NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF<br>JOHN R. WAGNER, M.D. FOR WAVE 11</u>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion, memorandum and reply brief filed in relation to John R. Wagner for Ethicon Wave 4,

Dkt. 3617 (motion), Dkt. 3618 (memorandum in support) and Dkt. 3851 (reply brief) and Wave

6, Dkt. 4876 (motion), Dkt. 4879 (memorandum in support) and Dkt. 5044 (reply brief).

Plaintiffs respectfully request that the Court exclude John R. Wagner's testimony, for the reasons

expressed in the Waves 4 and 6 briefing.  This notice applies to the following Wave 11 cases

identified in Exhibit A attached hereto.

Dated: August 8, 2019               Respectfully submitted,

                                   /s/  D. Renee Baggett
                                   Renee Baggett, Esq.
                                   Bryan F. Aylstock, Esq.
                                   Aylstock, Witkin, Kreis and Overholtz, PLC
                                   17 East Main Street, Suite 200
                                   Pensacola, Florida  32563
                                   (850) 202-1010
                                   (850) 916-7449 (fax)
                                   E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

## EXHIBIT A

| Baldwin, Amanda Ann | 2:12-cv-09515 |
|---|---|
| Fernandez, Marta | 2:15-cv-12757 |
| Garver, Susanna B. | 2:13-cv-29117 |
| Olsen, Carol & William | 2:13-cv-05877 |
| Richards, Katrina M. & Brandon E. | 2:13-cv-24539 |
| Viola, Norma | 2:13-cv-20017 |
| Wagers, Carolyn | 2:14-cv-10882 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 8, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Bagett
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com