# EXHIBIT A

UWE KLINGE EXHIBIT A

| Name | Case Number |
|---|---|
| Bachand, Kathleen & Mark | 2:14cv29301 |
| Bacon, Cheryl Annette | 2:14cv01143 |
| Calderaro, Gabrielle Usakowski & Thomas Andrew | 2:15cv02915 |
| Crissman, Andrea & Randall | 2:13cv01319 |
| Culy, Lydia Andrea & Michael Alan | 2:13cv15990 |
| Curtin, Laura & Charles | 2:14cv21674 |
| Delk, Jena M. & Michael L. | 2:13cv32501 |
| Donall, Cynthia & David | 2:13cv09239 |
| Ellis, Kimberly Joan & William Ray | 2:15cv03465 |
| Fernandez, Marta | 2:15cv12757 |
| Franklin, Lisa Ann | 2:14cv20532 |
| Garvin, Janna & Michael David | 2:13cv19899 |
| Geery, Michelle A. | 2:14cv09072 |
| Gibson, Linda V. | 2:14cv21856 |
| Golden, Sarrah | 2:18cv00945 |
| Hoffman, Christine R. & James R. | 2:13cv28084 |
| Howard, Jamie Michelle | 2:14cv07903 |
| Jimenez, Evangelina & Thomas | 2:13cv21913 |
| Kelly, Susan & Timothy | 2:14cv11412 |
| Ladd, Martha Susan & John D., Jr. | 2:13cv09829 |
| Lopez, Eneida | 2:17cv01669 |
| Lynch, Pamela | 2:13cv27345 |
| Martin, Kayleen | 2:13cv18148 |
| Martin, Rosa | 2:14cv13152 |
| Mason, Lisa | 2:13cv07175 |
| Matziaris, Carol A. | 2:13cv12603 |
| Meindertsma, Jeanne & Bruce | 2:13cv23903 |
| Montgomery, Pollyanna | 2:14cv12997 |
| Oliver, Jean & Richard | 2:18cv00972 |
| Orr, Cindy & Allen | 2:12cv03738 |
| Poole, Kari & Ted | 2:13cv24846 |
| Reeves, Sarah | 2:12cv04790 |
| Reiss, Lina & Martin | 2:14cv22177 |
| Roberts, Melissa | 2:13cv27618 |
| Rodman, Tricia & Michael | 2:13cv14420 |
| Roman, Yvonne & Daniel | 2:14cv19739 |
| Shilson, Karren A. | 2:13cv09236 |
| Smith, Barbara & Gary | 2:12cv04791 |
| Thornton, Karmen | 2:16cv04389 |
| Victor, Svetlana & Daniel J. | 2:13cv18651 |
| Viola, Norma | 2:13cv20017 |
| Wagers, Carolyn | 2:14cv10882 |

UWE KLINGE EXHIBIT A

| | |
|---|---|
| Wegmann, Anne | 2:14cv27821 |
| Weinkam, Barbara | 2:18cv00937 |
| Wielgopolski, Yolanda & Ken | 2:13cv17180 |
| Zemanovic, Nancy | 2:18cv01030 |