## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                 MDL 2327
LITIGATION

-------------------------------------------------------

ETHICON WAVE 11 CASES LISTED IN
EXHIBIT A                               JOSEPH R. GOODWIN
                                     U.S. DISTRICT JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
## THOMAS C. WRIGHT, M.D. FOR WAVE 11

       Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion and memorandum filed in relation to Thomas C. Wright for Ethicon Wave 1, Dkt. 1986

(motion), Dkt. 1988 (memorandum in support) and the reply brief filed for Ethicon Wave 4, Dkt.

3844 (reply).  Plaintiffs respectfully request that the Court exclude Thomas C. Wright's

testimony, for the reasons expressed in the Wave 1 and 4 briefing.  This notice applies to the

following Wave 11 cases identified in Exhibit A attached hereto.

Dated: August 8, 2019                 Respectfully submitted,

                                /s/  D. Renee Baggett
                                Renee Baggett, Esq.
                                Bryan F. Aylstock, Esq.
                                Aylstock, Witkin, Kreis and Overholtz, PLC
                                17 East Main Street, Suite 200
                                Pensacola, Florida  32563
                                (850) 202-1010
                                (850) 916-7449 (fax)
                                E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Bain, April | 2:16-cv-11420 |
| Bowers, Emily H. & Albert B., Jr. | 2:14-cv-28907 |
| Ellis, Kimberly Joan & William Ray | 2:15-cv-03465 |
| Gipson, Peggy J. & Frank | 2:13-cv-32357 |
| Haynes, Traci | 2:13-cv-14424 |
| Johnson, Deborah & Michael A. | 2:14-cv-00773 |
| Martin, Rosa | 2:14-cv-13152 |
| Middleton, Catherine | 2:18-cv-00991 |
| Ocasio, Marlene & Marcos | 2:15-cv-03982 |
| Oliveira, Renee & Antonio | 2:18-cv-00612 |
| Rosenfeld, Sandra R. & Robert M. | 2:15-cv-14822 |
| Sellers, Dina M. & Leon | 2:13-cv-25344 |
| Shea-Towers, Deborah & Brian | 2:13-cv-01540 |
| Simmons, Phyllis S. | 2:14-cv-00839 |
| Ullendorff, Doris & Ken Gorfinkle | 2:18-cv-00894 |
| Wagers, Carolyn | 2:14-cv-10882 |
| Weinkam, Barbara | 2:18-cv-00937 |
| Wielgopolski, Yolanda & Ken | 2:13-cv-17180 |

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 8, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com