# EXHIBIT A

JIMMY MAYS EXHIBIT A

| Name | Case Number |
|---|---|
| Ashley, Reggenia & Michael | 2:14cv27743 |
| Bain, April | 2:16cv11420 |
| Beach, Tracy Lynn & Jeffrey L. | 2:15cv00245 |
| Blann, Karen | 2:13cv25433 |
| Cisneros, Alicia & Herberto | 2:18cv00289 |
| Contreras, Lucia & Conrado | 2:13cv09194 |
| Cox, Blake | 2:12cv06096 |
| Dewald, Mariellen | 2:14cv23151 |
| Fisher, Christal & Jeremy | 2:16cv08319 |
| Gill, Brenda | 2:14cv22813 |
| Kress, Eileen | 2:14cv19292 |
| Lambaren, Laura & Raul | 2:18cv00354 |
| Middleton, Catherine | 2:18cv00991 |
| Munsee, Lanell & Blain | 2:13cv26868 |
| Olsen, Carol & William | 2:13cv05877 |
| Orr, Cindy & Allen | 2:12cv03738 |
| Robinson, Maria | 2:13cv07186 |
| Seal, Marilyn | 2:13cv27279 |
| Shostrom, Leah R. | 2:13cv15857 |
| Smith, Mary & J. Harold | 2:13cv25014 |
| Ullendorff, Doris & Ken Gorfinkle | 2:18cv00894 |
| Welch, Tammy & Edward, Jr. | 2:12cv08677 |
| Young, Donna & Walter | 2:12cv09931 |