# EXHIBIT A

DUANE PRIDDY EXHIBIT A

| Name | Case Number |
|---|---|
| Bowers, Emily H. & Albert B., Jr. | 2:14cv28907 |
| Davis, Brenda J. | 2:14cv14777 |
| Elliott, Sandra & John | 2:12cv03834 |
| Gordon, Rosemary | 2:14cv16417 |
| Haynes, Traci | 2:13cv14424 |
| Ocasio, Marlene & Marcos | 2:15cv03982 |
| Parkinson, Kandy Sue | 2:14cv16314 |
| Rosenfeld, Sandra R. & Robert M. | 2:15cv14822 |
| Sellers, Dina M. & Leon | 2:13cv25344 |