# EXHIBIT A

PAUL MICHAELS EXHIBIT A

| Name | Case Number |
|---|---|
| Bowers, Emily H. & Albert B., Jr. | 2:14cv28907 |
| Contreras, Lucia & Conrado | 2:13cv09194 |
| Cox, Blake | 2:12cv06096 |
| Delk, Jena M. & Michael L. | 2:13cv32501 |
| Geery, Michelle A. | 2:14cv09072 |
| Gordon, Rosemary | 2:14cv16417 |
| Haynes, Traci | 2:13cv14424 |
| Montgomery, Pollyanna | 2:14cv12997 |
| Ocasio, Marlene & Marcos | 2:15cv03982 |
| Olsen, Carol & William | 2:13cv05877 |
| Parkinson, Kandy Sue | 2:14cv16314 |
| Placido, Tracy | 2:13cv22170 |
| Rodman, Tricia & Michael | 2:13cv14420 |
| Rosenfeld, Sandra R. & Robert M. | 2:15cv14822 |
| Sellers, Dina M. & Leon | 2:13cv25344 |
| Sotolongo, Yolanda Rey | 2:18cv00242 |
| Welch, Tammy & Edward, Jr. | 2:12cv08677 |
| Wielgopolski, Yolanda & Ken | 2:13cv17180 |
| Young, Donna & Walter | 2:12cv09931 |