# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| -------------------------------------------------- | |
| ETHICON WAVE 11 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF ETHICON'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF HOWARD JORDI, PH.D., FILED IN WAVE 4

Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon") hereby adopt and incorporate by reference Ethicon's Motion to Exclude the Opinions and Testimony of Howard Jordi, Ph.D. [Dkt. #3633], Ethicon's Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Howard Jordi, Ph.D. [Dkt. #3637], and Ethicon's Reply [Dkt. #3836] previously filed in Wave 4. Ethicon respectfully requests that the Court exclude Dr. Jordi's testimony in the Wave 11 cases identified in Exhibit A, attached hereto, for the reasons expressed in the Wave 4 briefing adopted and incorporated herein.

Dated: August 9, 2019

Respectfully submitted,

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com