HOWARD JORDI EXHIBIT A

| Name | Case No. |
|---|---|
| Smith, Barbara & Gary | 2:12cv04791 |

HOWARD JORDI EXHIBIT A