FILED: August 9, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1853
(2:12-md-02327)

_____

In re: ETHICON, INCORPORATED, Pelvic Repair System Products Liability Litigation

------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

        Appellants

COMMON BENEFIT FEE AND COST COMMITTEE

        Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:12-md-02327 |
| Date notice of appeal filed in originating court: | 08/02/2019 |
| Appellant(s) | Anderson Law Offices; Benjamin H. Anderson |
| Appellate Case Number | 19-1853 |
| Case Manager | T. Fischer<br>804-916-2704 |