FILED: August 9, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1849 (L)
(2:10-md-02187)

_____

In re: C. R. BARD, INC., Pelvic Repair System Products Liability Litigation

------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

        Appellants

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

        Appellee

_____

No. 19-1850
(2:12-md-02325)

_____

In re: AMERICAN MEDICAL SYSTEMS, INCORPORATED, Pelvic Repair System Products Liability Litigation

------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

        Appellants

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

   Appellee

_____

No. 19-1851
(2:12-md-02326)

_____

In re: BOSTON SCIENTIFIC CORPORATION, Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

   Appellants

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

   Appellee

_____

No. 19-1853
(2:12-md-02327)

_____

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

   Appellants

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

   Appellee

———————————

No. 19-1855
(2:12-md-02387)

———————————

In re: COLOPLAST CORP., Pelvic Support Systems Products Liability Litigation

------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

   Appellants

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

   Appellee

———————————

No. 19-1856
(2:13-md-02440)

———————————

In re: COOK MEDICAL INC., Pelvic Repair System Products Liability Litigation

------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

   Appellants

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

Appellee

_____

No. 19-1857
(2:14-md-02511)

_____

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

        Appellants

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

        Appellee

_____

O R D E R

_____

The court consolidates Case No. 19-1849(L), Case No. 19-1850, Case No. 19-1851, Case No. 19-1853, Case No. 19-1855, Case No. 19-1856, and Case No. 19-1857 Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk