# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 11 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF TIMOTHY ULATOWSKI, M.D. FOR WAVE 11

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion filed against Timothy Ulatowski for Ethicon Wave 1, Dkt. 2060 (motion), 2065 (memorandum in support) and Dkt. 2232 (reply) and the additional arguments contained in the Daubert motion adoption filed in the Election Wave, Dkt. 7346. Plaintiffs respectfully request that the Court exclude Timothy Ulatowski's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Wave 11 cases identified in Exhibit A attached hereto.

Dated: August 13, 2019   Respectfully submitted,

/s/ D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: rbaggett@awkolaw.com

1

                                                /s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Albarado, Mona & Jules | 2:18-cv-00949 |
| Anthony, Deanna | 2:12-cv-06831 |
| Ashley, Reggenia & Michael | 2:14-cv-27743 |
| Bacon, Cheryl Annette | 2:14-cv-01143 |
| Baldwin, Amanda Ann | 2:12-cv-09515 |
| Davis, Kimberly Anne | 2:14-cv-22126 |
| Elliott, Sandra | 2:12-cv-03834 |
| Fernandez, Marta | 2:15-cv-12757 |
| Franklin, Lisa Ann | 2:14-cv-20532 |
| Garver, Susanna B. | 2:13-cv-29117 |
| Golden, Sarrah | 2:18-cv-00945 |
| Gonzalez, Diana | 2:13-cv-26548 |
| Howard, Jamie Michelle | 2:14-cv-07903 |
| Howerton, Sandra | 2:13-cv-26907 |
| Klein, Arleen | 2:13-cv-26813 |
| Oliveira, Renee & Antonio | 2:18-cv-00612 |
| Oliver, Jean & Richard | 2:18-cv-00972 |
| Orr, Cindy | 2:12-cv-03738 |
| Pickell, Janet & John | 2:13-cv-01589 |
| Placido, Tracy | 2:13-cv-22170 |
| Reeves, Sarah | 2:12-cv-04790 |
| Reiss, Lina & Martin | 2:14-cv-22177 |
| Richards, Katrina M. & Brandon E. | 2:13-cv-24539 |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com