**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------- | |
| THIS DOCUMENT APPLIES TO: ETHICON WAVE 11 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE PEGGY PENCE, PH.D., FOR ETHICON WAVE 11**

Come now Defendants Ethicon, Inc. and Johnson & Johnson, and hereby adopt and incorporate by reference the Ethicon Wave 3 *Daubert* motion to exclude the opinions of Peggy Pence, Ph.D.; memorandum in support; and reply brief for Ethicon Wave 11, Case No. 2:12-md-2327, Dkt. 2759, Dkt. 2760, Dkt. 3017.  Defendants respectfully request that the Court exclude Dr. Pence's testimony, for the reasons expressed in the Ethicon Wave 3 briefing.  This notice applies to the Ethicon Wave 11 cases identified in Exhibit A attached hereto.

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824

1

        Charleston, WV 24338
        (304) 414-1800
        srobinson@tcspllc.com

        COUNSEL FOR DEFENDANTS
        ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*_____

48861364.v1