**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABLITY LITIGATION | MDL NO. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| IN RE: COOK MEDICAL, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2440 |
| IN RE: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2511 |

*THIS DOCUMENT RELATES TO ALL CASES*

**SUPPLEMENT TO MOTION FOR APPROVAL OF QUALIFIED SETTLEMENT FUND**

On August 2, 2019, Wexler Wallace, LLP ("Wexler Wallace"), as counsel for certain plaintiffs in this MDL Nos. 2327, 2187, 2325, 2326, 2387, 2440, and 2511 ("the Pelvic Mesh MDLs"), moved the Court for entry of an Order approving of the Wexler Wallace LLP TVM Client Settlement Fund (the "Fund") to aid in the efficient processing and administration of one or more anticipated settlements of Pelvic Mesh claims that are the subject of these MDLs.

In its Motion for Approval of Qualified Settlement Fund ("Motion"), Wexler Wallace referred to an "Attachment 1"—listing defendants and their related entities—that was appended to the end of the Motion, instead of being attached as a separate exhibit thereto. [*See* MDL No. 2327 at Dkt. No. 8469; MDL No. 2187 at Dkt. No. 7377; MDL No. 2325 at Dkt. No. 7455; MDL No.

1

2326 at Dkt. No. 8236; MDL No. 2387 at Dkt. No. 2587; MDL No. 2440 at Dkt. No. 747; and MDL No. 2511 at Dkt. No. 254]. Additionally, the Motion referenced an Escrow Agreement governing the QSF Fund at Signature Bank in Chicago, Illinois. *Id.* Wexler Wallace, the Fund Administrator, and Signature Bank have all reviewed and approved the Escrow Agreement, which is consistent with similar escrow agreements that have been entered by this Court, as well as those entered by other courts overseeing multi-district litigations.

In supplement to their Motion, Wexler Wallace attaches hereto the following exhibits:

- **Exhibit 1**: "Attachment 1" – listing defendants and their related entities; and
- **Exhibit 2**: the Escrow Agreement governing the Fund.[1]

For the reasons stated in its Motion, Wexler Wallace LLP respectfully requests that the Court approve the establishment of the Fund as a qualified settlement fund, and enter an Order in the form previously submitted.

Dated: August 14, 2019

Respectfully submitted,

/s/ Edward A. Wallace
Edward A. Wallace
WEXLER WALLACE
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
312-346-2222
312-346-0022 FAX
eaw@wexlerwallace.com

*Attorney for Plaintiffs*

---

[1] Attached hereto is the Escrow Agreement in its final, agreed, but unexecuted form.