Exhibit 1

## ATTACHMENT 1
## TO THE MOTION FOR APPROVAL OF QUALIFIED SETTLEMENT FUND
## (WEXLER WALLACE LLP)

The following persons or entities constitute Transferors of the Wexler Wallace LLP TVM Client Settlement Fund (the "Fund") at the time of filing and this list may be amended as necessary to include other defendants or transferors yet to be disclosed:

- Any and all defendants in MDL Nos. 2327, 2187, 2325, 2326, 2387, 2440, and 2511 ("the Pelvic Mesh MDLs"), including but not limited to: Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson; C.R. Bard, Inc.; American Medical Systems, Inc.; American Medical Systems Holdings, Inc.; Endo Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Boston Scientific Corporation; Mentor Worldwide LLC; Coloplast A/S; Coloplast Corp.; Coloplast Manufacturing US, LLC; Porges S.A.; and Sofradim Production SAS;

- Any other related party in the Pelvic Mesh MDLs;

- Any insurance company or accounting firm of one of the defendants or related parties in the Pelvic Mesh MDLs;

- Law firms which might pay into the Fund under fee agreements or MDL direction;

- The Court or any other court overseeing an action relating to Pelvic Mesh Products, or the distribution of funds derived therefrom;

- The Common Benefit Fee and Cost Committee, or any similar Court appointed person or entity in the Pelvic Mesh MDLs; and

- The co-lead counsel, plaintiff steering committees, or executive committees in the Pelvic Mesh MDLs.