# EXHIBIT A

**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE NEERAJ KOHLI, M.D., FOR ETHICON WAVE 11**

**List of Applicable Cases**

| Case Name | Case Number | Product(s) |
|---|---|---|
| Fisher, Christal & Jeremy | 2:16-cv-08319 | TVT-O |
| Rosenfeld, Sandra R. & Robert M. | 2:15-cv-14822 | Gynemesh PS, TVT-O |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Kohli as a general expert.**

1