**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE ANNE M. WEBER, M.D., FOR ETHICON WAVE 11**

**List of Applicable Cases**

| Case Name | Case Number | Product(s) |
|---|---|---|
| Beach, Tracy Lynn & Jeffrey L. | 2:15cv00245 | Prolift+M |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Weber as a general expert.**

1