**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE DIONYSIOS VERONIKIS, M.D., FOR ETHICON WAVE 11 (PTO 328)**

1. Behymer, Kristyne L. & Donald A. – 2:14cv18263
2. Delk, Jena M. & Michael L. – 2:13cv32501
3. Dubois, Anne-Marie & Scott Pemberton – 2:13cv22851
4. Gill, Brenda – 2:14cv22813
5. Golden, Sarrah –  2:18cv00945
6. Lynch, Pamela – 2:13cv27345
7. Montgomery, Pollyanna – 2:14cv12997
8. Oliver, Jean & Richard – 2:18cv00972
9. Olsen, Carol & William – 2:13cv05877
10. Placido, Tracy – 2:13cv22170
11. Rodman, Tricia & Michael – 2:13cv14420
12. Wegmann, Anne – 2:14cv27821
13. Young, Donna & Walter – 2:12cv09931