**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE ANNE WILSON FOR ETHICON WAVE 11 (PTO 328)**

1. Curtin, Laura & Charles – 2:14cv21674
2. Elliott, Sandra & John – 2:12cv03834
3. Freitas, Monica & Kenneth – 2:12cv01146
4. Gill, Brenda – 2:14cv22813
5. Reeves, Sarah – 2:12cv04790