**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT*  
MOTION TO EXCLUDE DONALD OSTERGARD, M.D. FOR  
ETHICON WAVE 11 (PTO 328)**

1. Dubois, Anne-Marie & Scott Pemberton – 2:13cv22851
2. Gibson, Linda V. – 2:14cv21856
3. Johnson, Deborah & Michael A. – 2:14cv00773
4. Lambaren, Laura & Raul – 2:18cv00354
5. Martin, Rosa – 2:14cv13152
6. McCormack, Elizabeth & Mark – 2:13cv26057
7. Oliveira, Renee & Antonio – 2:18cv00612
8. Parkinson, Kandy Sue – 2:14cv16314
9. Roberts, Melissa – 2:13cv27618 -
10. Slaikeu, Victoria & Kevin – 2:14cv29016 -
11. Smith, Mary & J. Harold – 2:13cv25014
12. Spada, Jaime – 2:12cv05258
13. Young, Donna & Walter – 2:12cv09931