**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT*　MOTION TO EXCLUDE ALAN GARELY, M.D. FOR　ETHICON WAVE 11**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Bailey, Diane Michelle | Prolift+M | 2:14cv03875 | Ethicon MDL 2327 |
| Crissman, Andrea & Randall | Prolift and TVT Secur | 2:13cv01319 | Ethicon MDL 2327 |
| Davis, Brenda J. | Prolift | 2:14cv14777 | Ethicon MDL 2327 |
| Meindertsma, Jeanne & Bruce | Prolift | 2:13cv23903 | Ethicon MDL 2327 |
| Placido, Tracy | TVT Secur and Prolift+M | 2:13cv22170 | Ethicon MDL 2327 |
| Seal, Marilyn | Prolift+M | 2:13cv27279 | Ethicon MDL 2327 |
| Shostrom, Leah R. | Prolift and TVTS | 2:13cv15857 | Ethicon MDL 2327 |

**\*Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Garely as a general expert.**