**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE JERRY BLAIVAS M.D., FOR ETHICON WAVE 11**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Bain, April | TVT-O | 2:16cv11420 | Ethicon MDL 2327 |
| Baldwin, Amanda Ann | TVT Secur | 2:12cv09515 | Ethicon MDL 2327 |
| Comouche, Tina & Douglas | TVT Exact | 2:15cv02095 | Ethicon MDL 2327 |
| Curtin, Laura & Charles | TVT | 2:14cv21674 | Ethicon MDL 2327 |
| Elliott, Sandra & John | TVT | 2:12cv03834 | Ethicon MDL 2327 |
| Ellis, Kimberly Joan & William | TVT; Prolift | 2:15cv03465 | Ethicon MDL 2327 |
| Freitas, Monica & Kenneth | TVT-Secur; TVT | 2:12cv01146 | Ethicon MDL 2327 |
| Garver, Susanna B. | TVT-Secur | 2:13cv29117 | Ethicon MDL 2327 |
| Munsee, Lanell & Blain | TVT-Secur | 2:13cv26868 | Ethicon MDL 2327 |
| Olsen, Carol & William | TVT-Secur | 2:13cv05877 | Ethicon MDL 2327 |
| Richards, Katrina M. & Brandon E. | TVT Secur | 2:13cv24539 | Ethicon MDL 2327 |
| Simmons, Phyllis S. | Prolift Anterior | 2:14cv00839 | Ethicon MDL 2327 |
| Smith, Barbara & Gary | Prolift x 2, TVT | 2:12cv04791 | Ethicon MDL 2327 |
| Thornton, Karmen | TVT-O | 2:16cv04389 | Ethicon MDL 2327 |
| Huish, Roxanne Lee | TVT-S | 2:13cv21784 | Ethicon MDL 2327 |

\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Blaivas as a general expert.