**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE DANIEL ELLIOTT, M.D., FOR ETHICON WAVE 11**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Bailey, Diane Michelle | Prolift +M Posterior | 2:14cv03875 | Ethicon MDL 2327 |
| Baldwin, Amanda Ann | TVT Secur | 2:12cv09515 | Ethicon MDL 2327 |
| Contreras, Lucia & Conrado | Prolift and TVT | 2:13cv09194 | Ethicon MDL 2327 |
| Crissman, Andrea & Randall | Prolift and TVT Secu | 2:13cv01319 | Ethicon MDL 2327 |
| Fernandez, Marta | TVT-S | 2:15cv12757 | Ethicon MDL 2327 |
| Garvin, Janna & Michael David | TVT Obturator | 2:13cv19899 | Ethicon MDL 2327 |
| Geery, Michelle A. | Prolift and TVT Obturator | 2:14cv09072 | Ethicon MDL 2327 |
| Gipson, Peggy J. & Frank | Prolift and TVT | 2:13cv32357 | Ethicon MDL 2327 |
| Graham, Tammy | TVT Secur | 2:12cv06054 | Ethicon MDL 2327 |
| Jimenez, Evangelina & Thomas | Prolift | 2:13cv21913 | Ethicon MDL 2327 |
| Mason, Lisa | Prolift | 2:13cv07175 | Ethicon MDL 2327 |
| Meindertsma, Jeanne & Bruce | Prolift | 2:13cv23903 | Ethicon MDL 2327 |
| Miller, Hedy & Robert | Prolift and TVT Obturator | 2:13cv09107 | Ethicon MDL 2327 |
| Munsee, Lanell & Blain | TVT Secur | 2:13cv26868 | Ethicon MDL 2327 |
| Orr, Cindy & Allen | TVT Obturator | 2:12cv03738 | Ethicon MDL 2327 |
| Reeves, Sarah | TVT | 2:12cv04790 | Ethicon MDL 2327 |
| Seal, Marilyn | Prolift + M Posterior | 2:13cv27279 | Ethicon MDL 2327 |
| Shea-Towers, Deborah & Brian | TVT and Prosima | 2:13cv01540 | Ethicon MDL 2327 |
| Shostrom, Leah R. | Prolift and TVTS | 2:13cv15857 | Ethicon MDL 2327 |
| Smith, Barbara & Gary | Prolift x 2, TVT | 2:12cv04791 | Ethicon MDL 2327 |

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Sotolongo, Yolanda Rey | Gynemesh | 2:18cv00242 | Ethicon MDL 2327 |
| Wagers, Carolyn | TVT Secur | 2:14cv10882 | Ethicon MDL 2327 |
| West, Sherrill | Gynemesh and TVT-O | 2:12cv03180 | Ethicon MDL 2327 |
| Wielgopolski, Yolanda & Ken | Prolift | 2:13cv17180 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Elliott as a general expert.**