**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE BRUCE ROSENZWEIG M.D., FOR ETHICON WAVE 11**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Ashley, Reggenia & Michael | TVT | 2:14cv27743 | Ethicon MDL 2327 |
| Bachand, Kathleen & Mark | TVTO | 2:14cv29301 | Ethicon MDL 2327 |
| Bacon, Cheryl Annette | TVT-O | 2:14cv01143 | Ethicon MDL 2327 |
| Bain, April | TVT-O | 2:16cv11420 | Ethicon MDL 2327 |
| Blann, Karen | TVT-O; TVT Exact | 2:13cv25433 | Ethicon MDL 2327 |
| Bowers, Emily H. & Albert B., Jr. | TVT | 2:14cv28907 | Ethicon MDL 2327 |
| Calderaro, Gabrielle Usakowski & Thomas Andrew | TVT-Abbrevo | 2:15cv02915 | Ethicon MDL 2327 |
| Cisneros, Alicia & Herberto | TVT | 2:18cv00289 | Ethicon MDL 2327 |
| Comouche, Tina & Douglas | TVT Exact | 2:15cv02095 | Ethicon MDL 2327 |
| Contreras, Lucia & Conrado | Prolift +M Total; TVT Obturator | 2:13cv09194 | Ethicon MDL 2327 |
| Cox, Blake | TVT Obturator | 2:12cv06096 | Ethicon MDL 2327 |
| Culy, Lydia Andrea & Michael Alan | TVT | 2:13cv15990 | Ethicon MDL 2327 |
| Curtin, Laura & Charles | TVT | 2:14cv21674 | Ethicon MDL 2327 |
| Davis, Brenda J. | Prolift | 2:14cv14777 | Ethicon MDL 2327 |
| Delk, Jena M. & Michael L. | Gynemesh PS; TVT Obturator | 2:13cv32501 | Ethicon MDL 2327 |
| Dewald, Mariellen | TVT | 2:14cv23151 | Ethicon MDL 2327 |
| Donall, Cynthia & David | TVT | 2:13cv09239 | Ethicon MDL 2327 |
| Dubois, Anne-Marie & Scott | Prolene; Gynemesh | 2:13cv22851 | Ethicon MDL 2327 |

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Pemberton | | | |
| Elliott, Sandra & John | TVT | 2:12cv03834 | Ethicon MDL 2327 |
| Ellis, Kimberly Joan & William Ray - | Prolift +M Anterior; TVT Obturator | 2:15cv03465 | Ethicon MDL 2327 |
| Fernandez, Marta | TVT-S | 2:15cv12757 | Ethicon MDL 2327 |
| Franklin, Lisa Ann | TVT | 2:14cv20532 | Ethicon MDL 2327 |
| Garvin, Janna & Michael David | TVT Obturator | 2:13cv19899 | Ethicon MDL 2327 |
| Geery, Michelle A. | Prolift Total; TVT Obturator | 2:14cv09072 | Ethicon MDL 2327 |
| Gipson, Peggy J. & Frank | Prolift Anterior; TVT Obturator | 2:13cv32357 | Ethicon MDL 2327 |
| Golden, Sarrah | TVT | 2:18cv00945 | Ethicon MDL 2327 |
| Gordon, Rosemary | Prosima; TVT Abbrevo | 2:14cv16417 | Ethicon MDL 2327 |
| Haynes, Traci | TVT | 2:13cv14424 | Ethicon MDL 2327 |
| Hoffman, Christine R. & James R. | TVT-O | 2:13cv28084 | Ethicon MDL 2327 |
| Howard, Jamie Michelle | TVT-O | 2:14cv07903 | Ethicon MDL 2327 |
| Kelly, Susan & Timothy | TVT | 2:14cv11412 | Ethicon MDL 2327 |
| Kress, Eileen | Prosima | 2:14cv19292 | Ethicon MDL 2327 |
| Ladd, Martha Susan & John D., Jr. | TVT | 2:13cv09829 | Ethicon MDL 2327 |
| Lopez, Eneida | TVT | 2:17cv01669 | Ethicon MDL 2327 |
| Martin, Kayleen | Prosima Combined; TVT Abbrevo | 2:13cv18148 | Ethicon MDL 2327 |
| Mason, Lisa | AlloDerm; Prolift Total; TVT | 2:13cv07175 | Ethicon MDL 2327 |
| Matziaris, Carol A. | TVT | 2:13cv12603 | Ethicon MDL 2327 |

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Meade, Dana & Glen | TVT-O | 2:13cv23918 | Ethicon MDL 2327 |
| Meindertsma, Jeanne & Bruce | Monarc; Prolift Total | 2:13cv23903 | Ethicon MDL 2327 |
| Middleton, Catherine | TVT | 2:18cv00991 | Ethicon MDL 2327 |
| Miller, Hedy & Robert | Prolift and TVT Obturator | 2:13cv09107 | Ethicon MDL 2327 |
| Montgomery, Pollyanna | TVT Obturator | 2:14cv12997 | Ethicon MDL 2327 |
| Munsee, Lanell & Blain | TVT-Secur | 2:13cv26868 | Ethicon MDL 2327 |
| Ocasio, Marlene & Marcos | TVT | 2:15cv03982 | Ethicon MDL 2327 |
| Oliver, Jean & Richard | TVT | 2:18cv00972 | Ethicon MDL 2327 |
| Orr, Cindy & Allen | TVT Obturator | 2:12cv03738 | Ethicon MDL 2327 |
| Placido, Tracy | TVT Secur; Prolift+M | 2:13cv22170 | Ethicon MDL 2327 |
| Poole, Kari & Ted | TVT-O | 2:13cv24846 | Ethicon MDL 2327 |
| Reeves, Sarah | TVT | 2:12cv04790 | Ethicon MDL 2327 |
| Reiss, Lina & Martin | TVT-O | 2:14cv22177 | Ethicon MDL 2327 |
| Rodman, Tricia & Michael | TVT Obturator | 2:13cv14420 | Ethicon MDL 2327 |
| Roman, Yvonne & Daniel | TVT-O | 2:14cv19739 | Ethicon MDL 2327 |
| Rosenfeld, Sandra R. & Robert M. | TVT-O; Gynecare | 2:15cv14822 | Ethicon MDL 2327 |
| Russell, Mellissia & Greg | Prosima | 2:16cv02730 | Ethicon MDL 2327 |
| Sellers, Dina M. & Leon | Prosima | 2:13cv25344 | Ethicon MDL 2327 |
| Shilson, Karren A. | TVT | 2:13cv09236 | Ethicon MDL 2327 |
| Shostrom, Leah R. | Prolift and TVTS | 2:13cv15857 | Ethicon MDL 2327 |
| Slaikeu, Victoria & Kevin | TVT System | 2:14cv29016 | Ethicon MDL 2327 |
| Sotolongo, Yolanda Rey | Gynemesh | 2:18cv00242 | Ethicon MDL 2327 |

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Thornton, Karmen | TVT Obturator | 2:16cv04389 | Ethicon MDL 2327 |
| Ullendorff, Doris & Ken Gorfinkle | TVT | 2:18cv00894 | Ethicon MDL 2327 |
| Victor, Svetlana & Daniel J. | TVT Sling | 2:13cv18651 | Ethicon MDL 2327 |
| Viola, Norma | Prolift; TVT-O | 2:13cv20017 | Ethicon MDL 2327 |
| Wagers, Carolyn | TVT Secur | 2:14cv10882 | Ethicon MDL 2327 |
| Wegmann, Anne | TVT | 2:14cv27821 | Ethicon MDL 2327 |
| Weinkam, Barbara | TVT-O | 2:18cv00937 | Ethicon MDL 2327 |
| Welch, Tammy & Edward, Jr. | TVT | 2:12cv08677 | Ethicon MDL 2327 |
| West, Sherrill | Gynemesh and TVT-O | 2:12cv03180 | Ethicon MDL 2327 |
| Wielgopolski, Yolanda & Ken | Prolift Total | 2:13cv17180 | Ethicon MDL 2327 |
| Young, Donna & Walter | TVT; Gynemesh; Prolene Soft Mesh | 2:12cv09931 | Ethicon MDL 2327 |
| Zemanovic, Nancy | TVT Obturator | 2:18cv01030 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Rosenzweig as a general expert.**