**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE BOBBY SHULL M.D., FOR ETHICON WAVE 11**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Bailey, Diane Michelle | Prolift+M | 2:14cv03875 | Ethicon MDL 2327 |
| Davis, Brenda J | Prolift | 2:14cv14777 | Ethicon MDL 2327 |
| Seal, Marilyn | Prolift+M | 2:13cv27279 | Ethicon MDL 2327 |
| Shea-Towers, Deborah & Brian | TVT and Prosima | 2:13cv01540 | Ethicon MDL 2327 |

\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Shull as a general expert.