**EXHIBIT A**

Applicable Cases:

Bailey, Diane Michelle (Case No. 2:14cv03875 - Wave 11)

Crissman, Andrea & Randall (Case No. 2:13cv01319 - Wave 11)

Hass, Joni & Steven (Case No. 2:15cv09562 - Wave 11)

Mason, Lisa (Case No. 2:13cv07175 - Wave 11)

Meindertsma, Jeanne & Bruce (Case No. 2:13cv23903 - Wave 11)

Shostrom, Leah R. (Case No. 2:13cv15857 - Wave 11)