**EXHIBIT A**

**List of Applicable Cases in MDL 2327 Wave 11**

| Case Name | Product(s) | Case Number | MDL Proceedings |
|---|---|---|---|
| **Salaun v. Coloplast Corp. | M-Pathy | 2:14-cv-23104 | 2327 Wave 11 |
| **Nunez v. Coloplast Corp. | Altis | 2:18-cv-00608 | 2327 Wave 11 |
| **Swarmer et al v. Mentor Worldwide LLC et al | Aris | 2:13-cv-20034 | 2327 Wave 11 |
| **Doherty v. Mentor Worldwide LLC et al | Aris | 2:13-cv-14533 | 2327 Wave 11 |
| **Williams v. Mentor Worldwide LLC et al | Aris | 2:13-cv-24925 | 2327 Wave 11 |
| **Arnold v. Mentor Worldwide LLC et al | Aris | 2:14-cv-00828 | 2327 Wave 11 |
| **Lemm et al v. Mentor Worldwide LLC et al | Novasilk | 2:14-cv-22650 | 2327 Wave 11 |
| Cowart v. Coloplast | Novasilk | 2:15-cv-6224 | 2327 Wave 11 |
| King v. Coloplast | Restorelle | 2:18-cv-974 | 2327 Wave 11 |
| Woolard v. Coloplast | Aris | 2:13-cv-19055 | 2327 Wave 11 |

*Plaintiff Steering Committee reserves the right to supplement this list should any other case have this expert designated in their Coloplast/Mentor case.

**Case has been transferred from MDL 2327 to MDL 2387 since the initiation of Wave 11