IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-md-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>Ethicon Wave 11 | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
BARRY JARNAGIN, M.D. FOR ETHICON WAVE 11**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion and memorandum filed in relation to Barry Jarnagin, M.D. as originally filed in Coloplast Civil Action Number 2:12-md-2387, Wave 5-7, Dkt. 2518 (motion), 2519 (memorandum in support); and the reply brief filed in Coloplast Wave 5-7, Dkt. 2549. Plaintiffs respectfully request that the Court exclude Barry Jarnagin, M.D.'s testimony, for the reasons expressed in the Wave 5, 6 and 7 briefing. This notice applies to all Ethicon Wave 11 cases with a Coloplast product, as expressed in the attached Exhibit A.[1]

DATE: August 14, 2019              RESPECTFULLY SUBMITTED BY:

                                   /s/ Riley L. Burnett, Jr.
                                   Riley L. Burnett, Jr.

---

[1] The Adoption and Incorporation is being filed for all Wave cases Plaintiff Steering Committee could identify as Coloplast failed to serve General Expert Reports on the Plaintiffs' Steering Committee and in the MDL. The Adoption and Incorporation is filed as to each Coloplast expert for each case as Coloplast has failed to provide the Plaintiffs' Steering Committee notification as to who the general experts are for any Wave cases or if there are any additional/new general experts. When asked for such information Coloplast counsel responded "We served designations in each case that identify the general cause experts for each case."

>BURNETT LAW FIRM
>3737 Buffalo Speedway, 18th Floor
>Houston, Texas 77089
>RBurnett@rburnettlaw.com
>Telephone: (832) 413-4410
>
>/s/ Robert Salim
>Robert Salim
>SALIM-BEASLEY, LLC
>1901 Texas Street
>Natchitoches, LA
>robertsalim@cp-tel.net
>Telephone: (318) 352-5999
>
>/s/ Mark Mueller
>Mark Mueller
>MUELLER LAW PLLC
>404 W 7th Street
>Austin, TX  78701
>mark@muellerlaw.com
>Telephone: (512) 478-1236

## CERTIFICATE OF SERVICE

I hereby certify on August 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this to the CM/ECF participants registered to receive service in this MDL.

>/s/ Karen H. Beyea-Schroeder
>Karen H. Beyea-Schroeder
>BURNETT LAW FIRM
>3737 Buffalo Speedway, 18th Floor
>Houston, Texas 77089
>Karen.schroeder@rburnettlaw.com
>Telephone: (832) 413-4410