**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE RALPH ZIPPER FOR ETHICON WAVE 11 (PTO 328)**

1. Mason, Lisa -  2:13cv07175
2. Russell, Mellissia & Greg - 2:16cv02730
3. Sellers, Dina M. & Leon - 2:13cv25344