**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE ABBAS SHOBIERI FOR ETHICON WAVE 11 (PTO 328)**

1. Garver, Susanna B. - 2:13cv29117
2. Morris, Michelle Lee & Scottie J. - 2:13cv13594
3. Mortimer, Victoria - 2:13cv03046