**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE JOHN MIKLOS FOR ETHICON WAVE 11 (PTO 328)**

1. Beach, Tracy Lynn & Jeffrey – 2:15cv00245
2. Blann, Karen – 2:13cv25433
3. Garver, Susanna – 2:13cv29117
4. Richards, Katrina & Brandon – 2:13cv24539