**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE MICHAEL MARGOLIS FOR ETHICON WAVE 11 (PTO 328)**

1. Bacon, Cheryl – 2:14cv01143
2. Behymer, Kristyne & Donald – 2:14cv18263
3. Blann, Karen – 2:13cv25433
4. Bowers, Emily & Albert – 2:14cv28907
5. Calderaro, Gabrielle & Thomas – 2:15cv02915
6. Culy, Lydia & Michael – 2:13cv15990
7. Freitas, Monica & Kenneth – 2:12cv01146
8. Hass, Joni & Steven – 2:15cv09562
9. Haynes, Traci – 2:13cv14424
10. Hoffman, Christine & James – 2:13cv28084
11. Howard, Jamie – 2:14cv07903
12. Kelly, Susan & Timothy – 2:14cv11412
13. Lopez, Eneida – 2:17cv01669
14. Mattingly, Deborah – 2:12cv03097
15. Middleton, Catherine – 2:18cv00991
16. Poole, Kari & Ted – 2:13cv24846
17. Reiss, Lina & Martin – 2:14cv22177
18. Robinson, Maria – 2:13cv07186
19. Roman, Yvonne & Daniel – 2:14cv19739
20. Sotolongo, Yolanda – 2:18cv00242
21. Ullendorff, Doris & Ken Gorfinkle – 2:18cv00894
22. Weinkam, Barbara – 2:18cv00937
23. Zemanovic, Nancy – 2:18cv01030