# Exhibit A

| Lind, Lawrence | General | Bain, April | 2:16-cv-11420 |
| Lind, Lawrence | General | Lopez, Eneida | 2:17-cv-01669 |
| Lind, Lawrence | General | Ocasio, Marlene & Marcos | 2:15-cv-03982 |
| Lind, Lawrence | General | Oliver, Jean & Richard | 2:18-cv-00972 |
| Lind, Lawrence | General | Roman, Yvonne & Daniel | 2:14-cv-19739 |