# Exhibit D

# CURRICULUM VITAE

| | |
|---|---|
| Name: | Lawrence R. Lind, M.D., F.A.C.O.G., and F.A.C.S. |
| Business Address: | Female Pelvic Medicine and reconstructive Surgery<br>Northwell Health – Hofstra University Medical School<br>865 Northern Blvd, Suite 202<br>Great Neck, NY 11021 |
| Telephone: | (516) 622-5114     FAX:   (516) 622-5045 |
| Place of Birth: | ▮▮▮▮▮▮▮▮ |

## EDUCATION

| | | |
|---|---|---|
| 1981 - 1985 | B.A. | Haverford College, Haverford, PA |
| 1986 - 1990 | M.D. | Cornell University Medical College, New York, NY |

## POST DOCTORAL TRAINING

### Internship & Residencies

| | |
|---|---|
| 1990 - 1991 | Intern in Obstetrics & Gynecology, North Shore University Hospital- Cornell University Medical College |
| 1991 - 1994 | Resident in Obstetrics & Gynecology, North Shore University Hospital- Cornell University Medical College |
| 1993 - 1994 | Chief Resident in Obstetrics & Gynecology, North Shore University Hospital- Cornell University Medical College |

### Clinical & Research Fellowships

| | |
|---|---|
| 1994 - 1996 | Fellow, Urogynecology / Pelvic Reconstructive Surgery, Harbor / UCLA Medical Center, Torrance, CA |

## LICENSURE & CERTIFICATION

| | |
|---|---|
| 1992 | New York State Medical License |
| 1994 | California State Medical License |
| 1996 | Graduate Fellowship: Female Pelvic medicine & Reconstructive Surgery |
| 1998 | Board Certification Obstetrics & Gynecology |
| 1999 | Fellow, American College of Surgeons |
| 2013 | Subspecialty Board Certification: Female Pelvic Medicine & Reconstructive Surgery |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1993 - 1994 | Assistant Clinical Instructor in Obstetrics & Gynecology, North Shore University Hospital-Cornell University Medical College, Manhasset, NY |
| 1994 - 1997 | Clinical Instructor in Obstetrics & Gynecology<br>Harbor / UCLA Medical Center, Torrance, CA |
| 1994 - 1997 | Clinical Instructor in Obstetrics & Gynecology, University of California, Los Angeles School of Medicine, Westwood, CA |
| 1996 – present | Associate Professor in Obstetrics & Gynecology, Northwell Health-Hofstra University School of Medicine |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| **1996 - present** | **Chief:  Division of Urogynecology & Pelvic Reconstructive Surgery North Shore University Hospital/LIJ** |
| 2001 - present | Attending Physician, North Shore University Hospital at Syosset, Syosset, NY |
| 1999 - present | Attending Physician, Long Island Jewish Medical Center, New Hyde Park, NY |
| 1997 - present | Medical Director: Sharon Joyce Schlanger Center For Women's Care, North Shore University Hospital, Manhasset, NY |
| 1996 - present | Associate Professor in Obstetrics & Gynecology, North Shore University Hospital-Hofstra University School of Medicine, Manhasset, NY |
| 1996 – 2005 | Head, Division of Benign Gynecology, North Shore University Hospital-New York University Medical College, Manhasset, NY |
| 1996 - 1999 | Assistant Residency Program Director, North Shore University Hospital-New York University Medical College, Manhasset, NY |

## AWARDS & HONORS

| | |
|---|---|
| 1995 - 96 | Harbor / UCLA Medical Center Staff Award for Excellence in Residency Education and Teaching |
| 1996, 97, 98 | North Shore University Hospital - New York University Medical College Staff Award for Excellence in Residency Education and Teaching |
| 2000 | C.R.E.O.G. National Award For Excellence in Residency Education |
| 2007 | Arnold N. Fenton Award- for clinical leadership academic leadership |

## MAJOR COMMITTEE ASSIGNMENTS

<u>Scientific Journal Review Board</u>

| | |
|---|---|
| 1995 - present | Reviewer, Obstetrics & Gynecology - peer reviewed journal |
| 1996 - present | Reviewer, International Urogynecology - peer reviewed journal |

<u>North Shore University Hospital</u>

| | |
|---|---|
| 1996 - present | Quality Assurance Committee |
| 1996 - 1999 | Assistant Residency Program Director |
| 1997 - present | Medical Director: Sharon Joyce Schlanger Center For Women's Care |
| 2000 - present | Board of Directors: North Shore Physician Organization |
| 2007 - present | Executive section Faculty Council |
| 2006 - present | Perioperative Executive Committee |

## PROFESSIONAL SOCIETY MEMBERSHIPS

| | |
|---|---|
| 1994 - present | American Urogynecologic Society |
| 1997 - present | New York Obstetric Society |
| 1998 - present | Fellow, American College of Obstetrics & Gynecology |
| 1999 - present | Fellow, American College of Surgeons |

## TEACHING EXPERIENCE

| | |
|---|---|
| 1989 | Preceptor, Department of Anatomy & Cell Biology, Cornell University Medical College, New York, NY |
| 1991 - 1992 | Course Instructor, North American Lasers - Advanced Laparoscopy & Endoscopy Training Center, Queens, NY |
| 1994 - 1996 | Course Faculty:  Laparoscopic Approach for Urinary Stress Incontinence, St. Jude Hospital, Fullerton, CA |
| 1995 | Course Faculty:  Urinary Incontinence:  Keeping Abreast of the Changing Issues, Cedars Sinai Medical Center, Beverly Hills, CA |
| 1996 | Course Faculty:  Minimally Invasive Techniques for the Treatment of Stress Urinary Incontinence, Westbury, NY |

| | |
|---|---|
| 1995 - 1996 | Course Instructor:  Anatomy, Techniques, and Suturing in Advanced Laparoscopy, University of Southern California Medical School, Los Angeles, CA |
| 1996 - 1998 | Assistant Director of Residency Education - North Shore University Hospital, New York University Medical College, Manhasset, NY |
| 1999, 2000, and 2001 | Course Director: Female Anatomy & Pelvic Reconstructive Surgery - North Shore University Hospital |
| 2005 | Bensinger G, Lind L, Lesser M, Guess M, Winkler HA.  Abdominal Sacral Suspensions: Analysis of complications using permanent mesh. The Society of Gynecologic Surgeons 31st Annual Scientific Meeting, Rancho Mirage, CA, April 4-6, 2005. |
| 2006-present | 8 times yearly, anatomy and surgery fresh cadaver training lab, Bioskills Teaching lab, North Shore-LIJ Health System. |

**LECTURE PRESENTATIONS**

Compartment Approach to Pelvic Floor Prolapse

A revolution in Understanding Pelvic Anatomy: Relevance For Surgical Methods

A Unified Concept of the Anatomy of Pelvic Relaxation

Abdominal Approach to Anterior Vaginal Wall Defects

Modern Controversies in Stress Incontinence and Pelvic Organ Prolapse

Periurethral Injections for Intrinsic Sphincter Deficiency

Non-Surgical Treatment of Urinary Incontinence

Avoiding Laparoscopic Complications

Laparoscopic Burch: Subtle Tips For Safety and Efficiency

Subtle Surgical Tips for Laparoscopic Hysterectomy

Etiology of Pelvic Organ Prolapse

Neurologic Control of Micturition

Pharmacology in the Treatment of Incontinence

Estrogen Effects on the urogenital tract in women

Geriatric Urology for the General Practitioner

Work-up of the Incontinent Patient for the General Gynecologist and Family Physician

Obstetric Trauma and the Lower Urinary Tract

Urodynamics: Detailed Methods and Interpretation

Triage of Female Patients With Lower Urinary Tract Dysfunction

Mesh- when to use it – how to use it.

## BIBLIOGRAPHY

Gal D, Lind L, Lovecchio JL, Kohn N.  Comparative study of laparoscopy vs. laparotomy for adnexal surgery:  efficacy, safety, and cyst rupture.  Journal of Gynecologic Surgery 1995; 11:153-158.

Lind L, Choe J, Bhatia N.  An in-line suturing device for simplification of sacrospinous vault suspension.  Obstetrics & Gynecology April 1996; Vol 87 No. 4. pp.605-609.

Lind L, Gunn G, Mattox T, Stanford E.  Mini Incisional Burch urethropexy, a less invasive method to accomplish a time tested procedure for treatment of stress incontinence. International Urogynecology Journal 2004: (15) pp. 20-24.

Bensinger G, Lind L, Lesser M, Guess MK, Winkler HA.  Abdominal Sacral Suspensions: Analysis of complications using permanent mesh. Am J Obstet Gynecol.  2005. Dec; 193(6): 2094-2098.

Bensinger G, Lind L, Lesser M, Guess MK, Winkler HA.  Abdominal Sacral Suspensions: Analysis of complications using permanent mesh. Journal of Pelvic Medicine & Surgery. 11(2): 66, March/April 2005.

Lind L, Bhatia N, Rosenszweig B. The urologically oriented neurologic examination.  In: Ostergard DR, Bent AE. eds.  Urogynecology and Urodynamics:  Theory and Practice, 4th edition. Williams & Wilkins.

Lind L, Choe J, Bhatia N. Voiding disorders.  In: Sengupta, B, Sisir K, Debi P, Tarankian V, Late, D, eds. Gynecology for Postgraduate Practitioners.

Lind L, Bhatia N. Urodynamics. In: Sengupta, B, Sisir K, Debi P, Tarankian V, Late D, eds. Gynecology for Postgraduate Practitioners.

Lind L, Bhatia N. Genitourinary Fistulas. In: Sengupta, B, Sisir K, Debi P, Tarankian V, Late D, eds. Gynecology for Postgraduate Practitioners

Lind LR, Winkler HA, Klutke C, Cholan H, Maddox F. Prepubic sling for female stress incontinence.  Poster presentation AAGL Chicago 2005

Misra N, Lind LR, Kane L, Rabin JM, Winkler HA.  Body mass index and risk factors for urinary incontinence.  Poster presentation ACOG District II Meeting. New York, October 2005

Lind LR. Winkler HA. Kohli N. Remeex readjustable sling for refractory stress urinary incontinence.  Video presentation.  SGS Annual meeting. Orlando 2007

Misra N, <u>Lind LR</u>, Kane L, Rabin JM, Cho L, Winkler HA.  Effects of anesthesia on pelvic organ prolapse.  Oral Poster presentation ACOG District II Meeting, New York, October 2006.  Poster presentation ACOG Annual meeting. San Diego 2007.

Cholhan HJ, <u>Lind L</u>, Bullock T, Holzberg A, Miller D, Mattox TF, Goldberg R, Graul E, Loughlin K.  Prepubic Approach to Mid-Urethral Slings: Perioperative Experience and Complications.  Journal of Pelvic Medicine & Surgery.  2007; Vol 13 No. 5, p253.

<u>Lind L</u>, Winkler H.  Pelvic Reconstruction: Abdominal Approach. Chapter 25 Incontinence: Current Concepts and Treatment Strategies. Springer-Verlag, 2008, p341-353.

Connel R, <u>Lind LR</u>, Zuckerwise L, Winkler H. Efficacy and Short Term Complications of Vaginal Reconstructive Surgery with Polypropylene Mesh.  Poster Presentation, AUGS Annual Meeting, Hollywood FL, 2009

<u>Lind LR</u>, Winkler H, Nosseir S. "Fast Track"- Operating Room Turnover Time and Productivity Drastically Improved With Comprehensive Efficiency Model. Accepted Oral Presentation. AUGS Annual Meeting, Hollywood FL, 2009

Shalom D, Lin S, Nosseir S, <u>Lind L</u>, Winkler H.  The use of cystoscopy to detect urothelial carcinoma in patients with pelvic organ prolapse and asymptomatic microscopic hematuria.  Journal of the American Urogynecologic Society March/April 2010; Vol 16 No. 2 Suppl pp S27-S28.

Nosseir S, Serels S, <u>Lind LR</u>, Winkler HA.  Safety and efficacy of the Solyx™ single-incision sling system. Poster Presentation, AUGS Annual Meeting, Long Beach CA, 2010

Nosseir SB, Kim YH, <u>Lind LR</u>, Winkler HA.  Sacral Osteomyelitis after Robotic Assisted Laparoscopic Sacral Colpopexy.  Obstet Gynecol. 2010 Aug; 116 Suppl 2:513-5

<u>Lind L</u>, Winkler H, Nosseir S.  "Fast Track-Phase 2": Operating Room Efficiency Model Applied to Multiple Surgical Specialties Improves Turnover Time and Surgeon Productivity.  Accepted Oral Presentation AUGS Annual Meeting, Long Beach, CA, 2010

Vu M, Winkler HA, Nguyen A, <u>Lind L</u>, Gafni-Kane A, Kuo R, Elverman K, Goldberg R.  *A new 'minimal mesh' anterior-apical repair: Results for the first 140 cases performed at two urogynecology center.*  Poster Presentation, AUGS Annual Meeting, Long Beach CA, 2010 2010

Shalom D, Lin S, St. Louis S, Klapper A, <u>Lind LR</u>, Nosseir S, Rabin J, Winkler HA.  *The prevalence of asymptomatic microscopic hematuria in women with pelvic organ prolapse.*  Female Pelvic Med Reconstr Surg. 2011 Mar;21(3):347-54

Shalom D, Lin S, St. Louis S, Klapper A, <u>Lind LR</u>, Nosseir S, Rabin J, Winkler HA.  *The effect of age, body mass index, and parity on pelvic organ prolapse quantification measurements and stage.*  Accepted Poster Presentation, SGS Annual Meeting, San Antonio TX, 2011

Nosseir S, Serels S, <u>Lind L</u>, Winkler H. *One year findings using the Solyx SIS system for treatment of genuine stress urinary incontinence*. Accepted Poster Presentation, AUGS 32nd Annual Meeting, 2011

Collins Sarah A, Tulikangas Paul K, LaSala Christine A, <u>Lind Lawrence R</u>.  Complex Sacral Abscess 8 Years After Abdominal Sacral Colpopexy. Obstetrics & Gynecology.  Vol. 118, No. 2, Part 2, August 2011

Nosseir SB, Lind LR, Winkler HA.  Recurrent uncomplicated urinary tract infections in women: a review.  J Womens Health (Larchmt).  2012 Mar; 21 (3):347-54.doi: 10.1089/jwh.2011.3056.Epub 2011 Dec2.

Shalom DF, Lin SN, O'Shaughnessey D, Lind LR, Winkler HA. Effect of prior hysterectomy on the anterior and posterior vaginal compartments of women presenting with pelvic organ prolapse. Int J Gynecol Obstet. (2012), dx.doi.org/10.1016/j.ijgo.2012.06.014

Shalom DF, Ledford KJ, Qadir A, Lind LR, Winkler HA.  Visualization of synthetic mesh utilizing optical coherence tomography.  Int J Gynecol Obstet. (2013), 1909-1914

Dara F Shalom MD, Nirmala Pillalamarri MD, Xiangying Xue MD, Nina Kohn MBA MA, Lawrence R Lind MD, Harvey A Winkler MD, Christine N Metz PhD. Sacral Nerve Stimulation reduces elevated urinary nerve growth factor levels in women with symptomatic detrusor overactivity, *American Journal of Obstetrics and Gynecology*. 2014 Nov; 211 (5): 561-5.

Nirmala Pillalamarri MD, Dara Shalom MD, Sharlene Sanidad MD, Meredith Akerman MS, Lawrence Lind MD, Harvey Winkler MD. The Prevalence of Microscopic Hematuria in a Cohort of Women with Pelvic Organ Prolapse. *International Urogynecology Journal*. Vol 26, Issue 1 (2015): 85-90.

Williams KS, Wolff BJ, Lind LR, Winkler HA, Shalom DS.  Vaginal estrogen reduces adverse events in patients with pelvic organ prolapse managed with a pessary.  2015 AUGS 36th Annual Scientific Meeting, October 2015.  Seattle, WA.

Wolff BJ, Williams KS, Lind LR, Winkler HA, Shalom DS.  Predictive factors for long-term pessary use and discontinuation: a retrospective cohort study.  2015 AUGS 36th Annual Scientific Meeting, October 2015.  Seattle, WA.