## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### PLAINTIFFS' MOTION TO EXCLUDE THE GENERAL OPINIONS OF DEFENSE EXPERT CHARLES HANES, M.D.

Plaintiffs respectfully request that the Court preclude defense expert Charles Hanes, M.D., from giving opinions on (1) the design and safety of the devices he opines on; (2) his personal complication and satisfaction rates with the devices he opines on; and (3) the adequacy of Defendants' product warnings and instructions for use. The basis for Plaintiffs' motion is more fully set out in the accompanying Memorandum.

Dated: August 15, 2019

/s/ Jeffrey M. Kuntz
Thomas P. Cartmell      MO Bar # 45366
Jeffrey M. Kuntz         MO Bar # 52371
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone:     (816) 701-1100
Facsimile:      (816) 531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com
**Attorneys for Plaintiffs**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed the foregoing document on August 15, 2019, using the Court's

CM-ECF filing system, thereby sending notice of the filing to all counsel of record in this matter.


*/s/ Jeffrey M. Kuntz*
**Attorney for Plaintiffs**

## INDEX OF EXHIBITS

**Exhibit A:** List of cases on which Dr. Hanes is designated

**Exhibit B:** Hanes Prolift/Prolift + M Expert Report

**Exhibit C:** Hanes TVT R, TVT O, TVT A, TVT E Report

**Exhibit D:** Hanes Deposition, July 12, 2019