# EXHIBIT A

**EXHIBIT A**

2:15-cv-03465        Kimberly Joan & William Ray Ellis v. Ethicon, Inc., et al.