# EXHIBIT B

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327 MDL 2327** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Wave 11 Cases* | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

## GENERAL PROLIFT PROLIFT+M EXPERT REPORT OF CHARLES R. HANES, II, MD, FACOG, FPMRS

EXPERT REPORT OF CHARLES R. HANES, II, MD, FACOG, FPMRS

REGARDING ETHICON'S PROLIFT PRODUCTS

## My Background

I attended Vanderbilt University, majored in biology, and earned a BA degree in 1967. I attended medical school at Tulane University in New Orleans and earned an MD degree in 1971. I returned to Vanderbilt and spent two years in the general surgery residency program.

From 1973-1975, my postdoctoral education was interrupted by a military obligation. In 1973, I was stationed in the U.S. Army medical corps as a battalion surgeon with the 1st battalion, 81st field artillery regiment at Wiley Barracks in Neu Ulm, Germany. In 1974, I was transferred to Camp Darby in Tirrenia, Italy where I functioned as a partially trained surgeon in the U.S. Army hospital.

In 1975, I returned to complete my residency training in the specialty of Obstetrics and Gynecology at Emory School of Medicine in Atlanta, Georgia. During this time, I had the good privilege of working under some of the most outstanding vaginal surgeons in the country. Dr. John D. Thompson was the chairman of the department. Dr. Cullen Richardson and Dr. John Ridley were both on the clinical faculty. I operated with all three of these men and learned much of what I know based on that experience. I completed my residency training in 1978 and have been engaged in the private practice of medicine since then. I moved to Mobile, Alabama in 1979 and have been in practice continuously ever since.

For approximately 24 years, I functioned as a generalist in ObGyn. I stopped obstetrics in 2002 and began to focus my gynecologic practice on urogynecology. At the time, there was very little formal training in the subspecialty. I attended numerous meetings and spent times with many of the leaders in the field, attending courses and spending time in their operating suites observing surgery.

2

In 2006, I left the group that I was affiliated with so that I could limit my practice exclusively to urogynecology and be able to build a referral-based practice with other ObGyn groups in the area.

In 2011, the American Board of Medical Specialties (ABMS) officially recognized Female Medicine and Pelvic Reconstructive Surgery as a subspecialty. In so doing they acknowledged that a specific skill set is needed for the successful treatment of women who have pelvic floor disorders. These fall primarily under the category of incontinence and pelvic organ prolapse (POP). A board certification examination was offered for the first time in 2013. I sat for and passed the board exam in that first year.

In 2017, I relocated my practice to the University of South Alabama health care system. I am a full-time employee of the university. I spend 75% of my time in private practice and 25% teaching medical students and ObGyn residents. One aspect of my teaching responsibility is to train residents on MUS. This involves teaching the indications for surgery, the technique of implantation, and the management of postoperative care and complications. For the most part, these fall into the category of vaginal pain, dyspareunia, mesh erosions, and voiding problems.

In the course of my career, prior to the introduction of synthetic mesh products for the surgical repair of pelvic organ prolapse (POP), I performed over one thousand native tissue repairs. These included anterior colporrhaphy for anterior compartment defects (cystocele), posterior colporrhaphy for posterior defects (rectocele), and both uterosacral ligament suspensions (USLS) and sacrospinous ligament suspensions (SSLS) for apical prolapse. I also performed many obliterative vaginal procedures for advanced POP in elderly patients who were no longer sexually active.

3

After 2005 and the availability of the mesh products, I became interested in incorporating this modality into my practice. I had already been using the mesh midurethral sling (MUS) products for six years and had become comfortable with the use of synthetic mesh in the arena of vaginal surgery.  After observing results of my peers for the first year or two, I became convinced that there were clear advantages offered by the use of these mesh products.

I began using the Gynecare (Ethicon) Prolift products sometime in 2006 and have performed well over 500 POP repairs between 2006 and 2012 when the products were removed from the market. In addition to this, I have accumulated vast experience in treating complications of mesh related complications. This includes revision as well as total removal of the mesh.

In the course of preparing my opinions for this report, I have reviewed medical literature, incorporated my own professional experience.  I have also reviewed numerous Ethicon documents to include the Prolift and Prolift +M IFUs, professional education materials and the 2007 Surgeon's Monograph.  A list of materials that I may use in future trials is attached to this report.  I've also read reports from various Plaintiffs' experts and considered the materials cited therein.

All my opinions are held to a reasonable degree of scientific and medical certainty. In short, I believe that Prolift and Prolift +M were safe and effective, state of the art products for the repair of pelvic organ prolapse.  They were not defectively designed. These products provided superior anatomical outcomes compared to native tissue repairs and presented an acceptable risk/benefit profile with complications similar to those of native tissue repairs to include dyspareunia, pain, scarring and anatomical distortion.  Ethicon adequately warned of the risks of Prolift and Prolift +M in its IFUs and provided additional materials in its professional education materials and the 2007 Surgeon's Monograph.  Regardless, all of the complications associated with the use of Prolift or Prolift +M were basic risks of any vaginal POP repair and were commonly known by pelvic surgeons at the

4

time Prolift was first sold in 2005. All of my opinions in this report are based upon my ongoing review of the medical literature, my education, training, experience and collaborations with colleagues.

My Testimonial History

I have been deposed as an expert witness on two cases:

Noles v. Ethicon and Aldridge v. Ethicon.

I charge $450.00 per hour for legal consulting and $5000 per day for court appearances.

Pelvic Organ Prolapse

Prolapse occurs in women following damage to the pelvic floor. It is thought that the major risk factor is vaginal delivery. Injuries occur to the muscles and fascial support structures in the pelvic floor that normally support the pelvic organs – rectum, uterus, vagina, and bladder. This may be immediately apparent, but often these injuries are not evident to the woman and may remain asymptomatic for many years. With the passage of time, the constant effects of physical activity, normal weakening associated with aging, and decreasing production of estrogen, the descent of the pelvic floor structures increases and eventually becomes apparent once the leading edge of descent reaches the vaginal opening.

There are other risk factors that lead to prolapse including hysterectomy that can result in weakening of the fascial supports that suspend the upper vagina. Up to 40% of women will develop POP following hysterectomy (Symmonds, 1981, Marchionni, 1999).

Also smoking tobacco has long been recognized as a factor in weakening of connective tissue. Any activity associated with repeated high pressure generation within the abdominal cavity is also contributory such as strenuous physical activity, weight lifting, straining associated with chronic constipation, and chronic coughing secondary to pulmonary disease.

5

POP is graded according to the level of descent of the most dependent point. If it remains more than one centimeter above the vaginal opening, it is a stage 1. Stage 2 involves further descent down to one centimeter beyond the opening. Stage 3 refers to descent to a point equivalent to 3/4s of the total vaginal length and stage 4 is essentially total eversion. It is unusual for a woman with stage one prolapse to be aware of any symptoms, but as the descent progresses, symptoms increase.

The feeling of pressure is almost universal once the level of descent reaches or advances beyond the vaginal opening. Many women complain of low back pain that is relieved by lying down; however, the only way to substantiate this as a consequence of the prolapse is to determine if it resolves following correction. Vaginal pain and dyspareunia are not common complaints although many women state that sexual activity is impaired.

Additional symptoms depend on the organ affected. With anterior compartment prolapse (cystocele), bladder function is impaired. There may be an obstruction to outflow of urine resulting in difficulty voiding and elevated residual urine volumes that, in turn, may lead to recurrent bladder infections (UTIs). If the tissues underlying the bladder neck and urethra are included in the area of weakness, urinary incontinence becomes a frequent complaint.

When the posterior compartment is affected (rectocele), symptoms may include difficulty having bowel movements. Not infrequently, women will describe the necessity to manually reduce the prolapse in order to accomplish defecation.

In addition to the troubling physical symptoms, there is frequently a profound psychological impact as women often become socially isolated out of fear that urinary incontinence, a frequent accompaniment of prolapse, will occur (Abdel-Fattah, 2011). In addition, the discomfort that may be present with sexual

6

intercourse may place a strain on her marriage. For all of these reasons, women usually come to a point where they seek definitive treatment.

Approximately 11% of American women will have an operation for incontinence and/or prolapse in their lifetime (Fialkow, 2008). Approximately 220,000 surgeries are performed every year in the United States for the correction of POP (Brown, 2002). 29-40% of these women who have surgical repair will have the prolapse reoccur within three years of surgery (Olsen, 1999).

Nonsurgical POP treatments

Nonsurgical treatment of POP involves either expectant management or the use of a vaginal splint referred to as a pessary. Expectant management consists of no intervention but monitoring for any further progress in the level of descent or bothersome symptoms. In early stage prolapse, studies have shown that the majority will worsen over time, but a significant number do not progress and there are even a small percentage that improve. In younger, active women, progression is expected.

The use of a pessary may provide satisfactory relief of symptoms and is especially helpful in those women who do not want surgery, are at high risk for complications, or who simply want a temporary measure to enable them to delay surgery. Prolonged usage frequently is associated with bothersome side effects such as vaginal discharge and irritation. The large majority of women do not find pessary use to be a satisfactory long-term solution and eventually opt for surgical repair.

Native tissue surgical repair

Reconstructive pelvic surgery to restore normal vaginal anatomy is most frequently performed using the native tissue of the patient. Anatomically, there are layers of endopelvic fascia that envelop the pelvic organs. The objective is to identify the defects within these fascial layers that have occurred due to tearing or stretching. These are then sutured back together. When the defect is between the vagina and

7

bladder (cystocele), the operation is referred to as an anterior colporrhaphy. A posterior colporrhaphy is performed when there is a fascial defect between the vagina and the rectum (rectocele).

When the fascial and ligamentous supports that suspend the apex of the vagina are disrupted, resuspension is required. The native tissue support structures most frequently used, when the procedure is performed through the vagina, are either the uterosacral ligaments or the sacrospinous ligaments.

Success and complications of native tissue repairs

Several studies have shown that recurrence rates of prolapse after anterior and posterior colporrhaphy are in the order of 30-70%. (Weber, 2001, Lavelle, 2016). USLS and SSLS can succeed in resuspending the vaginal apex, but failure may occur if the native tissues are inherently weak as is often the case in women with POP. In addition to a high failure rate, the SSLS creates a posterior deviation of the vaginal axis that may result in dyspareunia as well as an increased risk of cystocele formation. (Holley, 1995)

Whiteside surmised that native tissue repairs could only restore 50% of the pre-operative strength of the pelvic floor tissues accounting for a recurrent prolapse rate at one year of follow up of 58% (Whiteside, 2004).

Graft augmented repairs

Graft augmentation refers to surgical repairs that use supplemental foreign material to reinforce the native tissues. Grafts come as either biological or synthetic products. Much of what we know about graft usage comes from the collective experience in hernia repair surgery. Biological graft materials and later synthetic grafts became widely used in the 1950s. In 1962, Lane reported on the use of synthetic mesh for abdominal sacral colpopexy (ASC) (Lane,1962). This operation was performed through an abdominal incision and suspended the apex of the vagina to the anterior longitudinal ligament that covers the front surface of the sacrum.  By the 1990s, the

use of synthetic mesh to repair prolapse was common and well within the standard of care (Iglesia 1997).

Studies comparing the vaginal suspensions with the abdominal sacral colpopexy soon revealed superior outcome with the abdominal approach. In 1996, a randomized controlled trial compared SSLS native tissue repair with ASC. Surgical success was reported at 29% for SSLS and 58% for ASC. Furthermore reoperations because of failure were required for 33% of the SSLS patients compared with 16% in the ASC group. (Benson, 1996)

A Cochrane review reported on 22 surgical trials involving 2368 women and concluded that ASC was superior to native tissue vaginal repairs with lower recurrence of POP and lower reoperation rates. (Cochrane 2007)

Initially, ASC was performed through an open abdominal incision. Eventually, laparoscopic techniques enabled it to be accomplished with a minimally invasive technique. Later, the incorporation of robot assistance made the laparoscopic technique much easier and, therefore, made the surgery more available to a larger number of gynecologists who were not proficient in difficult laparoscopic procedures. Use of the robot, however, resulted in much longer operating times at a much higher cost per case (Paraiso). Furthermore, all of these abdominal procedures were associated with complications that were not encountered with vaginal surgery including bowel injuries, postoperative ileus, incisional hernias, and wound infections.

Because of high failure rates with native tissue repairs and higher complication rates with the abdominal repairs (not to mention their high rates of morbidity and invasiveness), there was a growing desire to find a way that a durable transvaginal repair could be performed that would address both cystocele and rectocele defects as well as an apical suspension that would provide results comparable with ASC.

9

History of Prolift

Prior to the introduction of any of the corporate mesh kits that combined the mesh with insertion devices, free mesh began to be used for POP repair. Studies reported on the successful use as well as superior results especially with cystocele repairs that had previously demonstrated such a high failure rate with the native tissue repairs. (Julian 1996, Flood 1998, Hardiman 2000). Using these techniques, the surgeon would cut a sheet of mesh to conform to the proper shape to cover the defect being addressed and suture it to fascial or ligamentous structures to hold it in place until tissue incorporation had time to occur.

Gynemesh PS made from the same Prolene material used in Prolene sutures and Ethicon's TVT had already demonstrated safety and efficacy with the midurethral sling procedures that had been introduced in 1998 for the correction of stress urinary incontinence. In 2002, the FDA cleared Gynemesh PS for use in POP surgery. Gynemesh PS consists of a mesh that is larger pore and lighter weight than that used in the TVT products.  It is a type I macroporous polypropylene mesh (which is recognized world-wide for its biocompatibility and ability for excellent tissue integration) with a pore size of approximately 2.4 mm and a weight of approximately 43 grams per meter squared.  The larger pore size and lighter weight of Gynemesh PS compared to Prolene mesh is better suited to support the larger anatomical structures inherent in POP repair.  Gynemesh PS was (and is) a state of the art device for the treatment of POP.

In 2002, a group of French surgeons developed a transvaginal technique using the Gynemesh PS that they termed transvaginal mesh (TVM). After several years of study by the French group (Debodinance 2004; Cosson 2005), the TVM  was introduced in 2005 by Ethicon under the brand name Prolift.  When Prolift was launched in 2005, the TVM data demonstrated the safety and efficacy of Prolift. Over 600 patients were evaluated prior to Prolift's launch in which Gynemesh PS was used and similar surgical tools were utilized to that which were contained in

10

the manufactured Prolift. This large reservoir of clinical data exceeds industry standards for available clinical data prior to the launch of Prolift. Given the long standing safety profile of Prolene mesh reflected in 7 years of data from the TVT products, and the data available on Gynemesh PS—to include that from the TVM group, the 2003 Gynemesh PS White Paper and a one year study presented at AUGS (Lucente 2004)—I believe that adequate and sufficient data existed prior to Prolift's launch to support its safety and efficacy.

Early Results of Prolift

By 2009 more than 30 studies documented a favorable benefit to risk ratio with the Prolift operation using Gynemesh PS. To date over 100 studies have evaluated the safety and efficacy of Prolift making it the most studied device to repair POP in history. Several randomized controlled trials have demonstrated anatomic superiority of Prolift over native tissue repairs as well as statistically significant improvement in quality of life (da Silveira 2015; Sokol, 2012; Withagen 2011; Sokol 2012; Svabik 2014; El Nazer 2012; Halaska 2012; Altman 2012). Similar results have been found in studies comparing native tissue repairs to those utilizing Gynemesh PS (Carey 2009). These results have also been reflected in long term studies (Pecheux 2018; Ubertazzi 2018; Luo 2018; Lo 2017; Kraus 2017; Song 2016; Santos 2016; Svabik 2016; Meyer 2016;Khan 2014; Jacquetin 2013; De Landsheere 2012; Benbouzid 2012; Miller 2011).

The largest study randomized 389 women into two groups, 200 who had an anterior Prolift and 189 who had a native tissue anterior colporrhaphy. The study collected data from 53 hospitals in Scandinavian countries performed by 58 surgeons. Using a stringent definition of cure, the Prolift patients had a lower failure rate (39.2%) compared with native tissue (65.5%). Six (3%) of the Prolift patients required repeat surgery for mesh revision. There was no difference in de novo dyspareunia, pelvic or vaginal pain (Altman, 2011)

All of the studies showed anatomic results that exceeded those of the native tissue

11

repairs with which they were compared. In addition, patient satisfaction was extremely favorable. quality of life, voiding symptoms (El-Nazer, 2012), bowel symptoms (Withagen, 2011), and sexual function (El-Nazer, 2012) were improved.

In the 2016 Cochrane review comparing transvaginal mesh with native tissue repairs, the mesh operations were found to have better subjective and objective outcomes, and lower reoperation rates (Maher, 2016).  This review also found no difference in the rates of de novo dyspareunia and repeat surgery for continence and found that the rates for prolapse re-operation and awareness of prolapse at one to three years was less likely when mesh was utilized.  While the overall rate of re-operation was higher in the mesh arm, this is due to the occurrence of mesh exposure, which was found to be around 8%.  Oftentimes, mesh exposures are asymptomatic and require no treatment.  When symptomatic, a mesh exposure is often treated in a very minor outpatient procedure when the exposed portion of the mesh is excised.  Schimpf's 2016 meta-analysis found similar results concluding: "Synthetic mesh augmentation of anterior wall prolapse repair improves anatomic outcomes and bulge symptoms compared with native tissue repair. Biologic grafts do not improve prolapse repair outcomes in any compartment. Mesh erosion occurred in up to 36% of patients, but reoperation rates were low."

Women who suffer from POP frequently complain of dyspareunia, which has many different causes and is commonly seen in women who've never had a mesh surgery. Pelvic floor surgery may cause dyspareunia or pain whether the repair uses native tissue or is graft augmented (Francis, 1961).  This fact has been a matter of common surgical knowledge for decades.   A study by Lowman in 2008 compared the effects of native tissue repairs (USLS, SSLS, ASC, Ant/Post Colporrhaphy) with Prolift mesh repairs and found a lower rate of postoperative dyspareunia with Prolift (Lowman, 2008).  On balance, the totality of medical literature does not support plaintiffs' experts claim that Prolift causes greater rates of dyspareunia or sexual dysfunction than native tissue repairs.  Prior to the launch of Prolift, "dyspareunia [was] a major post-operative complication" of POP repair (Kahn 1997) and by 2007 remained a

12

"frequent and difficult postoperative problem" (ACOG 2007). Before Prolift, "long term debilitating pain" and "severe" dyspareunia were noted in POP-repair patients who were unable to perform their jobs and saw their daily activities limited due to these complications (Barksdale 1997). Another pre-Prolift study noted that there was a "substantial prevalence of dyspareunia after posterior colporrhaphy of 21% to 27%" (Weber 2000). Even as early as 1961 "apareunia and dyspareunia [were] well-accepted complications of operations which involve incision and suture of the vagina..." (Francis 1961). A 1995 study noted that "Major complications have been encountered while performing transvaginal sacrospinous colpopexies. These include pudendal artery laceration, which may lead to massive hemorrhage and injury to the pudendal or sciatic nerve, leading to chronic pain syndromes" (Verdeja 1995). In short, pain, dyspareunia and recurrent prolapse have long been a vexing problem for surgeons when it comes to POP repair (Weber 2004). Prolift presented a less invasive and more reliable and effective approach to treating POP while not increasing the risk of post-operative complications like pelvic pain or dyspareunia. In fact, a recent meta-analysis of RCTs comparing trans-vaginal mesh to native tissue repairs concluded the following: "Sexual function and de novo and postoperative dyspareunia were similar between the patients who underwent TVM repair and those who underwent native tissue repair" (Liao 2019).

Plaintiffs' experts have also claimed that the Prolift mesh causes excessive contraction or shrinkage, which then leads to pain and anatomical distortion. This claim fails to account for the fact that it's a matter of common knowledge to surgeons that tissue contraction (which may cause some degree of mesh contraction in turn) is an expected and basic elemental component of all pelvic floor surgery. In the case of Prolift, the rate of complications stemming from contraction was very low—.4% in De Landsheere's 2012 study.

Taken as a whole, the large volume of data indicate that Prolift POP repairs using Gynemesh PS was safe and effective with cure rates, both subjective and objective,

13

better than native tissue repairs. Between the two approaches, there is no difference in the incidence of pelvic pain, vaginal pain or dyspareunia, and no difference with respect to sexual function. While plaintiffs' experts cite various mesh exposure rates associated with Prolift, they fail to take into account the fact that native tissue and suspension based repairs are also associated with suture erosions and exposures, often at rates higher than that of mesh erosion seen following Prolift (Toglia 2008; Yazdany 2010; Abed 2011; Barber OPTIMAL trial).

Mesh Used with Prolift

Graft materials to augment POP surgery have been used for over 30 years. Multiple studies have reported that the biologic graft products have proven to be unsatisfactory (Fitzgerald, 1999, Huang, 2001). Furthermore the biologic grafts have not proven superior to native tissue (Paraiso, 2006, Maher, 2016).

Synthetic mesh products have been used in surgery for many years. Within the field of pelvic floor surgery, this use was prompted by a desire to find a substitute for autologous fascia in the pubovaginal sling (PVS) procedure since the harvesting of fascia from a patient was associated with increased morbidity in the form of wound complications. Dr. TeLinde reported using a Mersilene sling in 1962. In 1966, Dr. Ridley reported on complications with Mersilene including erosion into the bladder.

In 1996, Dr. Norris described their experience with multiple mesh materials including Marlex, Silastic, Mersilene, Teflon, and GoreTex and the complications associated with use of these materials. Suffice it to say that synthetic mesh materials and the potential complications associated with their use were well known within the field of gynecology and pelvic floor surgery long before Prolift was introduced.

The quest for finding a synthetic graft material with low risk of complications continued. In 1994, Amid categorized synthetic materials used in hernia repair based on a number of attributes. He created a list with four subtypes. Type 1 is characterized by being made from knitted monofilament strands with pore size

14

exceeding 75 microns. He also described why polypropylene was superior to other synthetic products stating that it is completely inert, resists infection and sinus tract formation, has rapid fibrinous fixation, becomes completely incorporated into the host tissue, and in case of infection does not have to be removed. The Gynemesh PS used with Prolift and the later Ultrapro mesh used with Prolift+M is Amid Type 1, a large pore lightweight mesh (AUGS/SUFU 2014).

In 2003, Dietz compared the properties of eight different synthetic implant materials and found that the Gynemesh PS mesh used in the TVT had a very low erosion rate.

In the initial TVT trials using polypropylene mesh, Dr. Ulmsten found no unacceptable rates of infection, rejection or impaired healing (Ulmsten 1998). Another study based on biopsies 2 years following implantation found no evidence of host tissue reaction (Falconer 2001).

In 2015, the Cochrane review on MUS stated the type 1 polypropylene mesh was the most biocompatible synthetic material for use in the pelvic floor. In addition, it is the favored graft material for hernia repairs and has significantly enhanced success of hernia surgery (Cobb 2005).

In addition, longitudinal studies were being done on the TVT sling that reported lasting efficacy and no increase in adverse events 17 years following implantation (Nilsson, 2013; Braga 2018; Bakus 2018).

Claims by Plaintiffs' experts that a safer alternative design to Prolift or Prolift +M exists is without merit. The TVM group considered Vypro and concluded it was not a viable option (Jacquetin 2004). While it was thought in the mid 2000s that Ultrapro, which contains an absorbable Monocryl component and is lighter weight than Gynemesh PS, would produce less inflammation and scarring (and thus lead to fewer complications), the medical literature has demonstrated equivalency between

15

Prolift and Prolift +M, which incorporated Ultrapro as its mesh in 2009. Milani's 2012 three year follow-up found a 15% exposure rate and 9% rate of de novo dyspareunia with Prolift +M. When compared to Prolift, no discernable difference in exposure or re-operation rates were found with Prolift +M (Quemener 2014). In short, while Prolift +M has demonstrated it safety and efficacy (Khandwala 2013 and 2014), its use of Ultrapro mesh did not demonstrate an ability to eliminate or even significantly reduce the risk of post-operative complications like mesh exposure, pain, dyspareunia or urinary problems.

Mesh related complications

Wound complications are common with vaginal surgery. A NIH sponsored randomized controlled trial compared the USLS and SSLS native tissue suspensions reported the presence of persistent granulation tissue (USLS 19%, SSLS 14%) and, as noted above, suture erosions (USLS 15%, SSLS 17%) were common problems (Barber 2014).

Mesh exposure is the only complication unique to Prolift compared with other vaginal native tissue repairs. Although infection has been claimed to be the underlying cause for exposure, data do not support this hypothesis. A study of 524 patients followed for 38 months after Prolift implantation reported a 0.2% reoperation rate due to infection. Furthermore, reoperation for mesh exposure was only 2.5% (Landsheere 2012).

Another study reporting on 75 patients following Prolift repairs for 54 months found an 85% cure rate and a mesh exposure rate of 5.3%. Two of these were successfully treated conservatively while only two required repeat surgery. There were no infections.

The incidence of mesh exposure with Prolift or Prolift + M in most studies is similar to the exposure rate with the sacrocolpopexy operation. In one of the original TVM studies, the exposure rate in 648 cases was 11% when concomitant hysterectomy

16

was performed, 4.7% without hysterectomy (Caquant, 2008). A large well-respected study on abdominal sacrocolpopexy reported a mesh exposure rate of 10.5% (Nygaard).

Mesh exposure may also be caused by hematoma formation following surgery. This collection of blood will either liquefy and resorb or create pressure and drain through the incision. If this occurs, the wound separation exposes the underlying mesh and the wound edges will not seal closed because of adherence to the mesh. This can be treated with a simple excision of the exposed mesh, often within an office setting. With larger exposures, anesthesia may be required, but the revision may preserve the bulk of the mesh and simply remove the area exposed, reapproximating the edges of vaginal tissue over it.

## FDA

In 2008, the FDA published a Public Health Notification: Serious *Complications Associated with Transvaginal Placement of Surgical Mesh in Repair of Pelvic Organ Prolapse and Stress Urinary Incontinence*. The purpose was to notify the public of the potential for adverse events when mesh was used in pelvic surgery and to counsel patients on these potential dangers.

In 2011, the FDA published an updated notice specifically addressing POP products. This report stated, "Following the *PHN*, the FDA continued to monitor the outcomes of urogynecologic use of surgical mesh. A search of the FDA's Manufacturer and User Device Experience (MAUDE) database from the last 3 years (January 1, 2008 - December 31, 2010), identified 2,874 Medical Device Reports (MDRs) for urogynecologic surgical meshes, including reports of injury, death, and malfunctions. Among the 2,874 reports, 1,503 were associated with pelvic organ prolapse (POP) repairs, and 1,371 were associated with stress urinary incontinence (SUI) repairs.

In the same notification, the FDA stated that between 2008 and 2010, approximately

17

75,000 transvaginal mesh repairs were performed in the United States each year. Placing these available figures in context, this would indicate that there were 1,503 complications out of 225,000 cases or a rate of 0.7%. Furthermore the majority of these complications were related to mesh exposure, a complication that is, by in large, easy to treat. It was this report from the FDA that opened the door for a deluge of litigation against the manufacturers of the POP devices.

In response to the FDA PHN, the Pelvic Surgeons Network issued an article entitled "Time to rethink: an evidence-based response from pelvic surgeons to the FDA Safety Communication: Update on serious complications associated with transvaginal placement of surgical mesh for pelvic organ prolapse." In its summary this article stated, "The fundamental flaw in the FDA's analysis is that it is based on the question of proof of superiority of mesh in all patients. No one is suggesting that mesh is recommended for all patients. However, there may be instances when a surgeon suspects that a native tissue repair will have a high risk of failure and that the potential benefits of a mesh repair outweigh the risks. The purpose of this response is to demonstrate that TVM is an important tool in our surgical armamentarium that may be the best option in some cases. From our vantage point, it appears that the FDA has presented a biased view of TVM among all POP repair procedures because of the current reporting mechanisms in place." I am personally in agreement with this statement.

Unforeseen adverse events such as granulation tissue, wound disruptions, erosions of suture or graft material can complicate all POP surgeries. These have all been recognized for many years and are part of the basic training of every medical student and surgeon. Furthermore, all adverse clinical outcomes following these procedures are regular subjects of discussion within our professional journals and meetings.

It is probably appropriate to mention, at this point, that because Prolift is both a procedure and a product, the number of these procedures corresponds exactly to

18

the number of products sold. In contrast, there is no way to accurately know how many native tissue POP procedures were done annually or over any interval of time. Consequently, there is no way to accurately know what the rate of complications is with the native tissue repairs. Estimates are based on studies that are often biased by the technical proficiency of the author/surgeon as well as a host of other potential biases.

<u>My experience treating POP</u>

I became an early adopter of the transvaginal tape (TVT) in 1998. This product produced by Ethicon (Gynecare) uses the same Prolene material used in Gynemesh PS used in Prolift products that would be introduced 7 years later. Prior to the introduction of TVT in the United States, Dr. Ulmsten and his European colleagues who founded TVT performed extensive studies and accumulated a voluminous experience. Although the TVT was not introduced into the United States until 1998, they had done many cases with the original prototype referred to as intravaginal slingplasty, and had begun publishing their results as early as 1996.

Initially, as soon as I became satisfied that the chances of causing harm were negligible, I could not refrain from offering this minimally invasive procedure. The claims of efficacy were impressive and were substantiated by a large volume of further studies. Furthermore, if the TVT failed, one of the more invasive urethropexies could still be performed with the patient having previously undergone only minor surgery. This line of reasoning compelled me to offer the TVT to my patients. Quickly, my favorable impression was reinforced by the reports I received from an almost universally happy group of patients. Within a very short period of time, other reports and studies corroborated my experience.

Based on this favorable experience with TVT and the paucity of adverse events, I adopted Prolift into my armamentarium for treating POP sometime in either late 2005 or early 2006. As with TVT, my experience was quickly reinforced by the good results I was seeing and the favorable reports from my patients.

19

In 1998, I became a preceptor for Gynecare, initially to train other physicians on the use of the MUS and later on the use of Prolift. Between 2006 and 2012, I taught hundreds of physicians how to perform the Prolift procedure. After the introduction of Prolift + M, I also used and taught that. In my instruction, I provided a cadaver lab experience through the University of South Alabama's department of anatomy. In this setting preceptees could actually perform the procedure on a cadaveric specimen and see the anatomical relationships between the trocars used to insert the mesh and the surrounding structures.

Following the lab, they accompanied me into the operating suite to watch live surgical procedures. This experience was further supported by reviewing the instructions for use (IFU) as well as a discussion of potential complications and how to handle them should any arise. No limitations were placed on these discussions and all involved were encouraged to discuss any and all potential complications.

During these years that I served as a preceptor, I also attended meetings in other cities designed to educate other general ObGyn physicians about the Prolift products. In addition, I attended an annual summit meeting for all of the preceptors around the country hosted by Gynecare. These were always extremely helpful because it provided a unique opportunity to focus with all of the thought leaders in the field on one subject. I was always impressed with the way Gynecare conducted these events. They provided the venue and opened the floor for the physicians to discuss anything and everything regarding the treatment of POP and their clinical outcomes. There was never a preconceived agenda that might discourage open conversation. In fact, the Gynecare representatives were always looking for any kind of feedback – positive or negative – that could help them improve their products.

20

## What Other Adverse Claims Have Been Made About The Use Of Polypropylene Mesh?

There have been many allegations as to the harmful effects of the polypropylene used with Prolift and TVT products.

"Roping" and "curling" of the mesh is said to occur frequently and, as a result, cause complications. The arms of the Prolift products (four in the anterior Prolift, two in the posterior Prolift, and six in the total Prolift) were covered with a plastic sheath and not removed until the mesh had been positioned properly. By design, this served an important purpose; preserving the architecture of the mesh before any tension was applied. The mesh was implanted with the sheaths intact. Once the proper tensioning was established, the sheaths were removed and the surgeon could clearly see that the mesh had not stretched and, therefore, not roped or curled.

"Cytotoxicity" is another claim. A number of plaintiff expert witnesses have claimed that the polypropylene has a cytotoxic effect. By destroying the cell layer overlying the mesh, it is hypothesized that mesh exposure results.  The weight of the scientific evidence contradicts this claim.  The biocompatibility of Prolene has been well established since the FDA first cleared Prolene sutures for use a half century ago. Since then, Prolene has been used in practically every surgery in billions of patients. Moreover, professional societies around the planet have affirmed the biocompatibility of Prolene mesh for use in vaginal surgeries (see the 2018 AUGS/SUFU position statement which was also endorsed by ACOG).

 If cytotoxicity is an inherent property of polypropylene, observations of resulting adverse events should be far more commonplace and should have become evident years before the TVT was introduced. Polypropylene has been used in the form of suture material for decades for surgery throughout the entire human body.

21

Plaintiff's claim that Prolene mesh degrades is also without merit. I'm aware of no medical literature that supports the conclusion that Prolene mesh degrades in any clinically meaningful way. Plaintiffs claim that Clave 2010 supports Prolene degradation is unsupported and does not demonstrate degradation. In fact, studies demonstrate just the opposite (Thames 2017) and that plaintiffs' claims that the Prolene fiber undergoes a "barking" barking process are without merit. AUGS/SUFU (2014 FAQ) has addressed the question of degradation and concluded the following:

"Does the MUS mesh made of polypropylene degrade over time?
Polypropylene is a stable and well-accepted biomaterial with a history of over five decades of use in mesh implants. In recent years, concerns regarding implanted polypropylene degradation have been raised as a result of very high-AUGS-SUFU FAQs by Providers on Mid-urethral Slings for SUI -2- magnification images that show portions of some explanted synthetic meshes with "cracked" surfaces. These surface changes were further hypothesized to lead to adverse clinical outcomes, though this is not supported by the extensive peer-reviewed literature related to polypropylene mesh repairs. Prospective studies have followed patients with implanted mid-urethral slings for 17 years and show excellent durability and safety of the procedure."

I agree with this statement.

"Chronic inflammatory reaction" is another charge made about mesh. Every foreign body creates some inflammatory response in the host. That is a normal, expected finding and one that is not harmful. Prolene mesh, like any biocompatible foreign body may illicit an acute or transient foreign body reaction upon initial implantation. To the extent the foreign body reaction continues in the long-term, it is of no clinical significance and does not result in complications like pain or mesh contraction. Additionally, studies have shown ideal tissue reaction with TVT, which contains a heavier weight and smaller pore mesh than the Gynemesh PS used in Prolift (Falconer C. Int Urogyn J 2001). Infection is a risk of any surgery. The clinical literature regarding the infection rate of TVT mesh is very low. In fact, wound complications with TVT are less than that with non mesh repairs like Burch and the pubovaginal sling. (Schimpf, 2014). This is consistent with my experience. Of note,

De Landsheere found in his three year study that the rate of mesh related infection requiring surgery occurred in only one out of 524 patients (De Landsheere 2012).

"Carcinogenisis" or the risk that that polypropylene causes cancer is another claim. No evidence is available that Prolene, Gynemesh PS or Ultrapro mesh are causes cancer. Reliable data do not show a risk of sarcoma or cancer. (Moalli P., Int Urogyn J 2014; King 2014; Linder 2016).

Instructions for Use

The instructions for use provided with Prolift and Prolift +M were adequate and appropriately warned surgeons of any risks that were unique to those products. Plaintiff experts have alleged that all Prolift IFUs are deficient. However, these claims are without merit. Risks pertaining to pelvic pain, dyspareunia, vaginal scarring, infection, re-operation and voiding dysfunction are commonly known basic elemental risks of vaginal surgery in general and have been known as such for decades. Pelvic floor surgeons understand and are familiar with these risks from their education, training, clinical experience and ongoing review of the medical literature. Importantly, these risks have been well reported in the medical literature and textbooks before Prolift was first sold in 2005 (Moore 1955; Francis 1961; Williams 1962; Morgan 1970; Amias 1975; Stanton 1985; Galloway 1987; Haase 1988; Kahn 1997; Kholi 1998). In fact, mesh erosion/exposure is the only risk unique to mesh products and this risk is not only warned about in the Prolift labeling, but has been well known as a basic elemental risk of mesh surgery for decades. In addition to the publicly available medical literature, Ethicon provided doctors like myself professional educational opportunities in which the risks and potential complication associated with MUS surgery was discussed. Professional education slide decks and the Prolift Surgeons monograph (2007) also provided additional risk information to doctors.

## Summary

Pelvic organ prolapse is a huge problem in our country and it imposes a tremendous physical, psychological, and economic burden on the millions of women who suffer from it.

Prior to the introduction of Prolift and other mesh augmented POP repair products, there existed a general frustration among pelvic reconstructive surgeons regarding the high failure rates of vaginal procedures within this domain. At the time ASC was the gold standard operation, but this was before laparoscopic techniques had been introduced and perfected. As a result, even though ASC was very effective, it was associated with significant morbidity, long operating time and long recovery time.

Many surgeons therefore, joined the search for vaginal reconstructive procedures that could provide results comparable with ASC. Initially, this took the form of using various biological and synthetic products to augment the native tissue repairs. Eventually, macroporous polypropylene mesh rose to the top as the product that provided excellent support and superior durability while displaying host tolerance with no rejection or infection, excellent tissue incorporation, and low erosion rates.

The remaining challenge was to find a technique that would be easily teachable and reproducible. The first product to answer the challenge was introduced by American Medical Systems with their Apogee and Perigee devices. The Ethicon Prolift products followed within a few months. The pelvic floor surgery community quickly embraced these because considerable research and well-designed European studies preceded their debut into the United States. Rigorous studies continued in this country and further documented excellent outcomes and low complication rates.

At the time that I incorporated Prolift into my practice armamentarium, I had already accumulated six years of experience using Prolene mesh with Ethicon's midurethral sling products. My outcomes had been extremely favorable and there were few mesh related complications that could not be explained by user error.

24

These included slings that were introduced too superficially and those that had been tensioned too tightly.

With this background, the challenge I faced had nothing to do with potential complications related to the use of mesh, but rather, the technique for implantation. After attending both cadaver laboratory events sponsored by Ethicon and live surgery performed by someone proficient in placing Prolift, I became convinced that Prolift products represented another significant advance in the field of pelvic reconstructive surgery similar to the revolutionary midurethral slings in the treatment of stress urinary incontinence.

Major abdominal surgery was substituted with much less invasive vaginal surgery and prolonged postoperative pain with short-term minimal pain. Even better, success, both subjective and objective, was as good as, and most of the times better than, with the former operations whether they used native tissue or, in the case of ASC, synthetic mesh.

My experience was very good with the Prolift products. I did encounter postoperative complications but no more than what I would reasonably expect from other POP repairs not utilizing mesh.

Not implanting the mesh too superficially in the vaginal tissue is one of the most important components for success. Failure to do so results in mesh exposure and dyspareunia. The other vitally important component is making certain that the mesh is implanted under very light tension. Over-tensioning results in pain and dyspareunia. Proper adherence to the implantation instructions in the Prolift IFU, Technical Guide and Surgeon's Monograph avoids these issues.

I firmly believe that there remains a strong need for the surgical option of transvaginal mesh-augmented pelvic floor repair. I also believe that the benefit of transvaginal mesh in properly selected patients outweighs the risk of mesh related

complications and that, when complications do arise, they are, for the most part, easily resolvable.

I reserve the right to supplement or modify my expert opinion based on the discovery, disclosure and timely provision of new findings and the depositions of Plaintiffs' experts. All of the above opinions are held to a reasonable degree of scientific and medical certainty.

Charles R. Hanes, II
_____
Charles R. Hanes, II, MD
June 23, 2019

# Charles Hanes

## General Materials List
### in Addition to Materials Referenced in Report

**Charles Hanes Materials List**

**Medical Literature**

| Description |
| --- |
| Abbasy S, et al. Urinary retention is uncommon after colpocleisis with concomitant mid-urethral sling. Int Urogynecol J 2009; 20: 213-216 |
| Abdel-Fattah M, A Familusi, I Ramsay and J N'Dow. A randomised prospective single-blinded study comparing inside-out versus outside-in transobturator tapes in the management of female stress urinary incontinence (E-TOT study); 3 years follow-up. Neurourol Urodyn 2011; 30(6): 825-826. [Meeting Abstract] |
| Abdel-fattah M, et al. How common are tape erosions? A comparison of two versions of the transobturator tension-free vaginal tape procedure. BJU Int. 2006 Sep; 98(3): 594-8 |
| Abdel-Fattah M, et al. Mesh erosions with the transobturator approach for tension-free vaginal tapes in management of urodynamic stress incontinence. Eur Urol Suppl 2006; 5(2): 305 |
| Abdel-Fattah M, et al. Pelvicol pubovaginal sling versus tension-free vaginal tape for treatment of urodynamic stress incontinence: a prospective randomized three-year follow-up study. Eur Urol 2004; 46(5): 629-35. |
| Abdel-Fattah M, et al. Transobturator suburethral tapes in the management of urinary incontinence: success, safety and impact on sexual life. Obstet Gynecol Surv. 2008 Apr 1; 63(4): 219-20 |
| Abdel-Fattah M, Hopper LR, Mostafa A. Evaluation of Transobturator Tension-Free Vaginal Tapes in the surgical management of mixed urinary incontinence: 3-year outcomes of a randomized controlled trial. J Urol 2014; 191: 114-119 |
| Abdel-Fattah M, I Ramsay, S Pringle, C Hardwick and H Ali. Evaluation of transobturator tapes (E-TOT) study: randomised prospective single-blinded study comparing inside-out vs. outside-in transobturator tapes in management of urodynamic stress incontinence: short term outcomes. Eur J Obstet Gynecol Reprod Biol 2010; 149(1): 106-11. |
| Abdel-Fattah M, I Ramsay, S Pringle, C Hardwick, H Ali, D Young and A Mostafa. Randomised prospective single-blinded study comparing 'inside-out' versus 'outside-in' transobturator tapes in the management of urodynamic stress incontinence: 1-year outcomes from the E-TOT study. BJOG: Int J Obstet Gynaecol 2010; 117(7): 870-8. |
| Abdel-Fattah M, Mostafa A, Familusi A, Ramsay I, N'Dow J. Prospective randomised controlled trial of transobturator tapes in management of urodynamic stress incontinence in women. 3-Year Outcomes from the Evaluation of Transobturator Tapes Study (E-TOT). Eur Urol 2012; 62(5): 843-851. Published online April 14, 2012 |
| Abdel-Fattah M, et al. Long-term outcomes for transobturator tension-free vaginal tapes in women with urodynamic mixed urinary incontinence. Neurourol Urodyn, 2017 Apr; 36(4): 902-908 |
| Abdel-Fattah M, et al. Long-term outcomes of transobturator tension-free vaginal tapes as secondary continence procedures. World J Urol (2016); 35(7): 1141-1148. doi:10.1007/s00345-016-1969-1 |
| Abdel-Fattah, et al. (E-TOT) Study: A Randomized Prospective Single-blinded Study of Two Transobturator tapes in management of Urodynamic Stress Incontinence: Objective & Patient reported Outcomes. Int Urogynecol J 2008; 19(Suppl 1): S2-S3 |
| Abdelmonem AM. Vaginal length and incidence of dyspareunia after total abdominal versus vaginal hysterectomy. Eur J Obstet Gynecol Reprod Biol. 2010 Aug; 151(2): 190-2 |
| Abdul-Rahman A, et al. Long-term outcome of tension-free vaginal tape for treating stress incontinence in women with neuropathic bladders. BJU Int (2010) 106: 827-830. doi:10.1111/j.1464-410x.2010.09203.x. |

**Charles Hanes Materials List**

Medical Literature

Abed H, et al. Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. Int Urogynecol J (2011); doi: 10.1007/s00192-011-1384-5

Achtari, Chahin, et al. Risk factors for mesh erosion after transvaginal surgery using polypropylene (Atrium) or composite polypropylene/polyglactin 910 (Vypro II) mesh. Int Urogynecol J (2005) 16: 389-394.

Adams S. Pelvic floor physical therapy as primary treatment of pelvic floors disorders with urinary urgency and frequency predominant symptoms. Female Pelvic Med Reconstr Surg (2015); 21(5): 252-256.

Addison WA, Bump RC, Cundiff GW. Sacral colpopexy is the preferred treatment for vaginal vault prolapse in selected patients. J Gynecol Tech 1996; 2(2) :69-74.

Agarwala N, et al. Laparoscopic sacral colpopexy with Gynemesh as graft material - experience and results. J Minim Invas Gynecol 2007; 14: 577-83.

Agnew G, et al. Functional outcomes following surgical management of pain, exposure or extrusion following a suburethral tape insertion for urinary stress incontinence. Int Urogynecol J 2014 Feb; 25(2): 235-9

Agro EF, et al. Abdominal straining in uncomplicated stress urinary incontinence: is there a correlation with voiding dysfunction and overactive bladder. Neurourol Urodyn 2018; 37(Suppl 2): S46-S48. [IUDS Abstract 35]

Aigmueller T, et al. 10 Years Follow-Up after TVT-O Procedure. J Minim Invasive Gynecol 2015; 22: S29. [SGS Abs NOPoster 30]

Aigmueller T, Tamniaa A, Tamussino K, Hanzal E, Umek W, Kolle D, Kropshofer S, Bjelic-Radisic V, Haas J, Giuliani A, Lang PFJ, Preyer O, Peschers U, Jundt K, Ralph G, Dungl A, Riss PA. Retropubic vs. transobturator tension-free vaginal tape for female stress urinary incontinence: 3-month results of a randomized controlled trial. Int Urogynecol J, 2014 Aug; 25(8): 1023-30. Published online May 13, 2014

Aigmueller T, et al. Ten-year follow-up after the tension-free vaginal tape procedure. Am J Obstet Gynecol (2011) 205: 1.e1-1.e5. doi:10.1016/j.ajog.2011.07.010.

Ait Said K, Leroux Y, Menaham B, Doerfler A, Alves A, Tillou X.  Effect of bariatric surgery on urinary and fecal incontinence: prospective analysis with 1-year follow up. Surg Obes Relat Dis. 2017 Feb; 13(2): 305-312

Ala-Nissilä S, et al. Tension-free vaginal tape - a suitable procedure for patients with recurrent stress urinary incontinence. Acta Obstet Gynecol Scand 2010; 89(2): 210-216. doi:10.3109/00016340903508635

Albo M, et al. Treatment Success of Retropubic and Transobturator Mid Urethral Slings at 24 Months. J Urol 2012; 188: 2281-2287.

Albo M. Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. NEJM 2007; 356: 2143-55.

Alcalay M, et al. Burch colposuspension: a 10-20 year follow up. Br J Obstet Gynaecol. 1995 Sep; 102(9): 740-5. Erratum in: Br J Obstet Gynaecol. 1996 Mar; 103(3): 290.

Alcalay M, Monga A, Stanton SL. Burch colposuspension: a 10-20 year follow up. Br J Obstet Gynaecol. 1995 Sep; 102(9): 740-5

Alevizon S. Sacrospinous Colpopexy: Management of postoperative pudendal nerve entrapment. Obstet Gynecol 1996; 88: 713-5.

Al-Salihi S, Lim J, Carey M. [IUGA Abs 136] Video demonstration of vaginal surgery for prolapse using mesh and a vaginal support device. Int Urogynecol J (2009); 20(Suppl 2): S188-S189.

**Charles Hanes Materials List**

Medical Literature

Al-Tayyem A, et al. TVT vs TVT-O: A study comparing early complications. Int Urogynecol J 2007; 18(Suppl 1): S37

Althaus A, et al. Development of a risk index for the prediction of chronic post-surgical pain. Eur J Pain 16 (2012) 901-910.

Altman D, et al. Anterior colporraphy versus transvaginal mesh for pelvic-organ prolpase. N Engl J Med 2011; 364: 19.

Altman D. Anterior Colporrhaphy versus Transvaginal Mesh for Pelvic-Organ Prolapse. N Engl J Med 2011; 364: 1826-36.

Altman D. Surgery for cystocele II: replies. Response to POPQ Measurements. Int Urogynecol J (2012) 23: 663-664.

Amat i Tardiu L, Martinez Franco E, Vicens JML. Contasure-Needleless® compared with transobturator-TVT for the treatment of stress urinary incontinence. Int Urogynecol J 2011; 22(7): 827-833. Published online March 2, 2011

Amat L, E Martínez Franco, A Hernández Saavedra and A Vela Martínez. "NEEDLELESS®: a new technique for correction of urinary incontinence. Randomized controlled trial compared with TVT-O®. Preliminary results. Int Urogynecol J 2007; 18(Suppl. 1): S128. [Meeting Abstract]

Amias A. Sexual life after gynaecological operations – II* Br Med J 1975; 2: 680-681.

Amundsen CL, et al. Urethral erosion after synthetic and nonsynthetic pubovaginal slings: differences in management and continence outcome. J Urol. 2003; 170:134-7

Angioli R, F Plotti, L Muzii, R Montera, PB Panici and MA. Zullo. Tension-free vaginal tape versus transobturator suburethral tape: five-year follow-up results of a prospective, randomised trial. Eur Urol 2010; 58(5): 671-7. doi:10.1016/j.eururo.2010.08.004

Aniuliene R. Tension-free vaginal tape versus tension-free vaginal tape obturator (inside-outside) in the surgical treatment of female stress urinary incontinence. Medicina 2009; 45(8): 639-43.

Antosh D, et al. A case-control study of risk factors for ileus and bowel obstruction following benign gynecologic surgery. Int J Gynaecol Obstet (2013) 122: 108-111.

Apostolis CA, et al. The effect of scopolamine patch use on post-operative voiding function after transobturator slings for stress urinary incontinence. Fem Pelv Med Reconstr Surg 2010 Mar/Apr;17(2 Supp 1):S37. SGS Abstract 62.

Araco F, G Gravante, R Sorge, J Overton, D De Vita, F Sesti and E Piccione. TVT-O vs TVT: a randomized trial in patients with different degrees of urinary stress incontinence. Int Urogynecol J 2008; 19(7): 917-26.

Argirovic A, et al. Surgical treatment of female stress urinary incontinence: retropubic transvaginal tape vs. transvaginal tape obturator. Medicinski Glasnik, 2014 Aug; 11(2): 253-258

Armitage K. Best approaches to recurrent UTI. Patient Care June 1999: 38-69

Arnold MW, Stewart WRC, Aguilar PS. Rectocele repair. Four years' experience. Dis Colon Rectum 1990; 33(8): 684-7.

Arunkalaivanan AS, Barrington JW. Randomized Trial of Porcine Dermal Sling (Pelvicol™ implant) vs. Tension-free Vaginal Tape (TVT) in the Surgical treatment of Stress Incontinence: A Questionnaire-based Study. Int Urogynecol J (2003) 14: 17-23.

Athanasiou S, et al. Midurethral slings for women with urodynamic mixed incontinence. What to expect. Int Urogynecol J 2013; 24: 393-399

Athanasiou S, et al. Severe pelvic organ prolapse. Is there a long-term cure? Int Urogynecol J (2018); https://doi.org/10.1007/s00192-018-3775-3

Athanasiou S, T Grigoriadis, E Kalamara, M Sotiropoulou and A Antsaklis. Mixed urodynamic incontinence: TVT or TVT-O? Int Urogynecol J 2009; 20(Suppl 2): S218. [Meeting Abstract]

**Charles Hanes Materials List**

## Medical Literature

Athanasiou S, et al. Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? Int Urogynecol J (2014); 25(2): 219-225. doi:10.1007/s00192-013-2186-8

Atlas I, et al. Laparoscopic repair of vaginal Gore-tex erosion after sacral colpopexy. J Gynecol Surg 1995; 11: 177-80

Aube M, McVeigh T, Tu LM. Long Term Efficacy and Patient Satisfaction of Pelvic Organ Prolapse Reduction Using Trans-Vaginal Mesh. (2015)

Avgerinos AA, et al. TVT or TVT-Obturator? Our experience in using both methods for treatment of stress urinary incontinence. Int Urogynecol J 2006; 17(Suppl 2): S314-315

Bae JH, et al. Factors Affecting Result of Different Type of Midurethral Sling Procedure. J Urol. 2009 Apr; 181(Supp 4): S615-616. AUA Abstract 1707

Baessler K. Severe Mesh Complications Following Intravaginal Slingplasty. Obstet Gynecol 2005; 106: 713-6.

Baginska JE. [Abs C38] Prosima - A new device for pelvic organ prolapse repair. An initial experience. Eur Urol Suppl 2011; 10(9): 622.

Bakas P, et al. Assessment of the long-term outcome of TVT procedure for stress urinary incontinence in a female population: results at 17 years follow-up. Int Urogynecol J (2018); https://doi.org/10.1007/s00192-018-3713-4.

Bakas P, et al. Long-term efficacy follow-up of tension-free vaginal tape obturator in patients with stress urinary incontinence with or without cystocele.  Int J Gynaecol Obstet. 2018 Dec; 143(3): 339-343. doi: 10.1002/ijgo.12682. Epub 2018 Oct 8. [13 yr Follow-up]

Baker KR, et al. Colposacropexy with Prolene mesh. Surg Gynecol Obstet 1990; 171: 51-54.

Baker PK. Musculoskeletal Origins of Chronic Pelvic Pain. Obstet Gynecol Clin North Am, Dec 1993; 20(4): 719-743.

Balzarro M, et al. Can the Anterior Vaginal Wall Repair Surgery Influence the Results of Middle Urethral Sling: Long-Term Results after 7 years follow up. Neurourol Urodyn 2017; 36(Supp 3): S425. ICS Abstract 527

Balzarro M, et al. Comparison between telephone and conventional outpatient clinic setting follow-up in women treated with middle urethral sling for stress urinary incontinence. Neurourol Urodyn 2017; 36(Supp 3): S357-S358. [ICS Abstract 477]

Balzarro M, et al. Comparison of the long-term outcomes of middle urethral sling versus middle urethral sling plus anterior vaginal repair for cystocele. Neurourol Urodyn 2017; 36(Supp 2): S66-S68. [IUDS Abs 57]

Barber MD, Brubaker L, Burgio KL. [Pop 374] Comparison of 2 transvaginal surgical approaches and perioperative behavioral therapy for apical vaginal prolapse: the OPTIMAL randomized trial. JAMA 2014; 311(10): 1023-1034.

Barber MD, Maher C. Apical prolapse. Int Urogynecol J 2013; 24: 1815-1833.

Barber MD, S Kleeman, MM Karram, MFR Paraiso, MD Walters, S Vasavada and M Ellerkmann. Transobturator tape compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. Obstet Gynecol 2008; 111(3): 611-21.

Barber, et al. (corrected July 2015) Supplementary Online Content. Comparison of 2 Transvaginal Surgical Approaches and Perioperative Behavioral Therapy for Apical Vaginal Prolapse: The Optimal Randomized Trial. JAMA 2014; 311(10): 1023-1034. doi: 10.1001/jama.2014.1719.

Barksdale P, et al. Intraligamentous Nerves as a Potential Source of Pain After Sacrospinous Ligament Fixation of the Vaginal Apex. Int Urogynecol J (1997) 8: 121-125.

Barnabei VM, et al. Menopausal Symptoms and Treatment-Related Effects of Estrogen and Progestin in the Women's Health Initiative. Obstet Gynecol 2005; 105: 1063-1073

**Charles Hanes Materials List**

Medical Literature

Barratt R, et al. Management of urodynamic stress urinary incontinence in urethral diverticulum. Neurourol Urodyn 2017; 36(Supp 1): S41-S42. [SUFU Abstract M21]

Basson R, Leiblum S, Brotto L. Revised definitions of women's sexual dysfunction. J Sex Med 2004; 1: 40-48.

Bazi T. Prevention of pelvic floor disorders: international urogynecological association research and development committee opinion. Int Urogyn J (2016) 27: 1785-1795. DOI 10.1007/s00192-016-2993-9.

Bedford N, et al. Effect of uterine preservation on outcome of Laparoscopic Uterosacral Suspension. J Minim Invasive Gynecol (2013) 20: 172-177.

Bekker M, et al. Sexual function improvement following surgery for stress incontinence: the relevance of coital incontinence. J Sex Med 2009; 6: 3208-3213

Benbouzid S, et al. Pelvic organ prolapse transvaginal repair by the Prolift system: Evaluation of efficacy and complications after a 4.5 years follow up. Int J Urol (2012) 19: 1010-1016.

Bensinger G, Lind L, Lesser M, Guess M, Winkler H. Abdominal sacral suspensions: analysis of complications using permanent mesh. Am J Obstet Gynecol 2005; 193: 2094-2098.

Benson JT, Lucente V, McClellan E. Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: a prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol 1996; 175: 1418-21.

Ben-Zvi T, et al. An in-house Composix™-based pubovaginal sling trial for female stress urinary incontinence: Five-year comparative followup to tension-free and transobturator vaginal tapes. Can Urol Assoc J. 2017 Aug; 11(8): 275-280. doi: 10.5489/cuaj.4243

Ben-Zvi T, et al. Mid-urethral slings for female urinary stress incontinence: 5-year follow-up of TVT, TVT-O, Composix. Can Urol Assn. J July-Aug 2015; 9(7-8 Suppl 5): S171

Berrocal J. [Prolene Soft in color] Conceptual advances in the surgical management of genital prolapse. The TVM technique emergence. J Gynecol Obstet Biol Reprod 2004; 33: 577-587

Berry S. Prevalence of symptoms of bladder pain syndrome/interstitial cystitis among femails in the United States. J Urol (2011) 186: 540-544. DOI:10.1016/j.juro.2011.03.132

Bezhenar V, et al. 7-year Old Clinical Experience of Treating Women's Urinary incontinence using Suburethral Slings. ICS Abstract #768 (2013).

Bezhenar V, et al. Immediate and long-term results of laparoscopic promontopeksy. [ICS Abstract 814] (https://www.ics.org/2014/abstract/814)

Bezhenar V, Guseva E. [ICS Abs 765] The pelvic floor repair with the use of the Prosima Implant - The assessment of complications and life quality. (2013)

Bhargava S, et al. Rising awareness of the complications of synthetic slings. Curr Opin Urol 2004; 14: 317-321.

Bhatia, et al. [Oral Poster 1] A Comparison of Short Term Sexual Function Outcomes for Patients Undergoing the Transvaginal Mesh Procedure Usint the Standard Polypropylene Mesh vs a Hybrid Polypropylene/ Poliglecaprone Mesh. Female Pelvic Med Reconstr Surg 2012; 16(2, Suppl): S15-S16.

Bianchi AH, ZI Jarmy-Di Bella, RA Castro, MG Sartori and MJ Girao. Randomised trial of TVT-O and TVT-S for the treatment of stress urinary incontinence. Int Urogynecol J 2011; 22(Suppl 1): S62. [Meeting abstract]

Bianchi-Ferraro AH, Di Bella ZIJ, Bortolini MT, Castro RA, Sartori MG, Girao MJ. Randomised Trial of Transobturator and Mini Sling for Treatment of Stress Urinary Incontinence. 30 Months Follow-Up. Int Urogynecol J 2013; 24(Suppl 1): S116

**Medical Literature**

Bianchi-Ferraro AMH, Di Bella ZIKJ, Castro R, Bortolini MAT, Sartori MGF, Girao MJBC. Single-incision sling compared with transobturator sling for treating stress urinary incontinence - a randomized controlled trial (TVT-O, TVT-S). Int Urogynecol J, 2013 Sep; 24(9): 1459-65. Published online Dec 4, 2012

Bianchi-Ferraro AMHM, Di Bella ZIKJ, Castro RDA, Bortolini MAT, Sartori MGE, Girao MJBC. Randomized controlled trial comparing TVT-O and TVT-S for the treatment of stress urinary incontinence. 2-year results. Int Urogynecol J, 2014 Oct; 25(10): 1343-8. Published online March 19, 2014

Birch C. The use of prosthetics in pelvic reconstructive surgery. Best Practice & Research Clinical Obstetrics and Gynaecology 2005; 19(6): 979-991.

Bjelic-Radisic V, et al. The Incontinence Outcome Questionnaire: an instrument for assessing patient-reported outcomes after surgery for stress urinary incontinence. Int Urogynecol J 2007; 18: 1139-1149

Blick C, et al. Do periurethral Zuidex injections alter the performance of tension-free tapes in the treatment of stress urinary incontinence? Curr Urol 2010; 4: 15-17. doi: 10.1159/000253402

Boulanger L, et al. Tissue Integration and tolerance to meshes used in gynecologic surgery: An experimental study. Eur J Obstet Gynecol Reprod Biol 2006; 125: 103-108.

Bourdy C, et al. Sling exposure after treatment of urinary incontinence with sub-urethral transobturator slings. Eur J Obstet Gynecol Reprod Biol. 2014 May; 176: 191-6

Boyers D, et al. Single incision mini-slings versus standard mid-urethral slings in surgical management of female stress urinary incontinence: a cost-effectiveness analysis alongside a randomised controlled trial. (2012)

Bozkurt M, et al. Assessment of perioperative, early, and late postoperative complications of the inside-out transobturator tape procedure in the treatment of stress urinary incontinence. Clin Exp Obstet Gynecol 2015; 42(1): 82-9

Bozkurt M, et al. Investigation of influence of inside out transobturator vaginal tape (TVT-O) procedure on objective, subjective cure rates. Clin Exp Obstet Gynecol 2015; 42(1): 82-9

Bradley CS, et al. Vaginal erosion after pubovaginal sling procedures using dermal allografts. J Urol. 2003 Jan; 169(1): 286-7.

Braga A, et al. (P46, 17 yr fu TVT) Tension-free vaginal tape for treatment of pure urodynamic stress urinary incontinence: efficacy and adverse effects at 17-year follow-up. BJU Int 2018; doi: 10.1111/bju.14136.

Brizzolara S, Pillai-Allen A. Risk of mesh erosion with sacral colpopexy and concurrent hysterectomy. Obstet Gynecol 2003; 102: 306-310.

Brown, et al. Prevalence of Urinary Incontinence and associated risk factors in postmenopausal women. Obstet Gynecol 1999; 94: 66-70.

Brubaker L, et al. Adverse events over two years after retropubic or transobturator midurethral sling surgery: Findings from the trial of midurethral slings (TOMUS) Study. Am J Obstet Gynecol 2011; 205: 498e.1-6

Brubaker L, et al. Two-year outcomes after sacral colpopexy with and without Burch to prevent stress urinary incontinence. Obstet Gynecol 2008; 112: 49-55.

Brubaker L, et al. Two-year outcomes after sacrocolpopexy with and without burch to prevent stress urinary incontinence. Correction. Obstet Gynecol 2016; 127: 968-969

Brubaker L. American Urogynecologic Society Best-Practice Statement: Recurrent Urinary Tract Infection in Adult Women. Female Pelvic Med Reconstr Surg (2018) 00:00, 1-15.

Bryant C. Caffeine reduction education to improve urinary symptoms. Br J Nurs (2002); 11(8): 560-565

**Charles Hanes Materials List**

**Medical Literature**

Bulbuller N, Habibi M, Yuksel M, Ozener O, Oruc MT, Oner OZ, Kazak MA. Effects of bariatric surgery on urinary incontinence. Ther Clin Risk Manag. 2017 Jan 19; 13: 95-100.

Bureau M. Pelvic organ prolapse: A primer for urologists. Can Urol Assoc J 2017; 11(6 Suppl 2): S125-30

But I and M Faganelj. Complications and short-term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study. Int Urogynecol J 2008; 19(6): 857-61.

But I, B Zegura, M Pakiz and S Rakic. Outside-in vs. inside-out transobturator approach in women with stress and mixed urinary incontinence: A prospective, randomized, head-to-head comparison study. Int Urogynecol J 2007; 18(Suppl 1): S11-S12. [Meeting Abstract]

But I, Pakiz M. Irritative symptoms are the main predictor of satisfaction rate in women after transobturator tape procedures. Int Urogynecol J 2009; 20: 791-796

Butrick C. Pathophysiology of Pelvic Floor Hypertonic Disorders. (2009)

Cadish LA, et al. [Non-Oral Poster 22] Role of BMI Development Of Postoperative Hip And Thigh Pain in Tension-Free Vaginal Tape Obturator Patients. Fem Pelv Med Reconstr Surg, 2010 March-April; 16(2): S25. [SGS Abstract NOP 22]

Cadish LA, et al. Characterization of pain after inside-out transobturator midurethral sling. Female Pelvic Med Reconstr Surg. 2014 Mar-Apr; 20(2): 99-103

Canel V, et al. Mid-uretral retropubic TVT sling procedure complicated by intraoperative cystotomy (bladder injury): is it possible to avoid postoperative indwelling catheter. Prog Urol, 2014 Sep; 24(11): 714-9

Canel V, Thubert T, Wigniolle I, Fernandez H, Deffieux X. Postoperative groin pain and success rates following transobturator midurethral sling placement: TVT ABBREVO® system versus TVT™ obturator system. Int Urogynecol J. 2015 Oct; 26(10): 1509-16

Canepa G, et al. TVT and TVT-O: a comparison between surgical techniques in our experience. Urodinamica 2006; 16: 174-175

Capobianco G, Dessole M, Lutzoni R, Surico D, Ambrosini G, Dessole S. TVT-ABBREVO: efficacy and two years follow-up for the treatment of stress urinary incontinence. Clin Exp Obstet Gynecol 2014; 41(4): 445-7

Carbone JM, et al. Pubovaginal sling using cadaveric fascia and bone anchors: disappointing early results. J Urol 2001; 165: 1605-11

Caremel R, Tu LM, Baker K, Adli OEY, Loutochin O, Corcos J. [Pop 62, 56 wk fu] A multicentric randomized controlled study comparing surgical and pharmacological therapy to treat mixed urinary incontinence. J Urol 2013; 189(Suppl 4): e760.

Carey M, et al. Vaginal Repair with mesh versus colporrhaphy for prolpase: a randomised controlled trial. Br J Obstet Gynecol. 2009 Sep; 116(10): 1380-6.

Carey M, et al. Vaginal surgery for pelvic organ prolapse using mesh and a vaginal support device. Br J Obstet Gynecol 2008; 115: 391-397.

Carlin, Klutke. The Tension-Free Vaginal Tape Procedure for the Treatment of Stress Incontinence in the Female Patient. Urology 2000; 56(Suppl 6A): 28-31.

Certification of Miles Murphy, M.D. Time to Rethink: an evidence based response from pelvic surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Plevic Organ Prolapse". Int Urogynecol J; DOI 10.1007-s00192-011-1581.2.

Chaliha C, Stanton SL. Complications of surgery for genuine stress incontinence. Br J Obstet Gynaecol 1999; 106: 1238-45

**Charles Hanes Materials List**

Medical Literature

| |
|---|
| Chen X, et al. An inexpensive modified transobturator vaginal tape inside-out procedure for the surgical treatment of female stress urinary incontinence. Int Urogynecol J. 2009 Nov 1; 20(11): 1365-1368 |
| Chen Y, et al. Efficacy of tension-free vaginal tape obturator and single-incision tension-free vaginal tape Secur, hammock approach, in the treatment of stress urinary incontinence. Minerva Urol Nefrol. 2014 Sep; 66(3): 165-73 |
| Chen Z, Y Chen, GH Du, Xy Yuan, J Wu, Xy Zeng, Zq Hu, D Cai, Wm Yang and Ye. Comparison of three kinds of mid-urethral slings for surgical treatment of female stress urinary incontinence. Urologia 2010; 77(1): 37-42. |
| Cheng D, et al. Tension-Free Vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up. Eur J Obstet Gynecol Reprod Biol (2012) 161: 228-231. |
| Cheung RY, et al. Inside-out versus outside-in transobturator tension-free vaginal tape: A 5-year prospective comparative study. Int J Urol (2014); 21(1): 74-80. doi:10.1111/iju.12196 |
| Chibelean C, et al. Comparative urodynamic evaluation of bladder outlet obstruction due to surgical procedures for stress urinary incontinence in women. Eur Urol Suppl 2011; 10(9): 621. [EAU Abs C32.] |
| Cho MK, et al. Complications Following Outside-in and Inside-out Transobturator-Tape Procedures with Concomitant Gynecologic Operations. Chonnam Med J 2011; 47: 165-169 |
| Choe JM, Bell T. Genetic material is present in cadaveric dermis and cadaveric fascia lata. J Urol. 2001 Jul; 166(1): 122-4 |
| Choe JM. The use of synthetic materials in pubovaginal sling. Adv Exp Med Biol 2003; 539(Pt A): 481-92. |
| Cholhan HJ, et al. Dyspareunia associated with para-urethral banding in the transobturator sling. J Pelv Med Surg 2009 Sept/Oct; 12(5): 481.e1-5. [AUGS Paper 21] |
| Christensen H, Laybourn C, Eickhoff JH, Frimodt-Møller C. Long-term results of the Stamey Bladder-Neck suspension procedure and of the Burch Colposuspension. Scand J Urol Nephrol. 1997 Aug; 31(4): 349-53. |
| Chu C and Welch L. Characterization of morphologic and mechanical properties of surgical mesh fabrics. J Biomed Mater Res 1985; 19: 903-916. |
| Chun JY, et4 al. A Comparative Study of Outside In and Inside Out Transobturator Tape Procedures for Female Stress Urinary Incontinence: 7-Year Outcomes. Low Urin Tract Symptoms. 2014 Sep; 6(3): 145-50 |
| Chung CP, et al. Recognition and management of nerve entrapment pain after uterosacral ligament suspension. Obstet Gynecol 2012; 120: 292-295. |
| Clancy AA, Gauthier I, Ramirez FD, Hickling D, Pascali D. Predictors of sling revision after mid-urethral sling procedures: a case-control study. BJOG 2019; 126: 419-426. |
| Clemens J, et al. Urinary Tract Erosions after synthetic pubovaginal slings: diagnosis and management strategy. Urology 2000; 56: 589-595. |
| Cocci A, et al. Impact of preoperative patient characteristics and flow rate on failure, early complications, and voiding dysfunction after a transobturator tape procedure. Int Neurourol J. 2017 Dec; 21(4): 282-288 |
| Colhoun A, et al. Longitudinal assessment of TVT-O in the treatment of stress urinary incontinence. Neurourol Urodyn 2016; 35(Supp S1): S64-S65. [SUFU Abstract NM51] |
| Collinet P, et al. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J (2006) 17: 315-320. |

**Charles Hanes Materials List**

Medical Literature

Collins SA, Downie SA, Olson TR, Mikhail MS. Nerve injury during uterosacral ligament fixation: a cadaver study. Int Urogynecol J Pelvic Floor Dysfunct 2009; 20: 505-508.

Colombo M, et al. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse. BJOG. 2000 Apr; 107(4): 544-51.

Cosson M, et al. [Pop 687 - ICS Abst. 121] Prolift mesh (Gynecare) for pelvic organ prolapse surgical treatment using the TVM group technique: a retrospective study of 687 patients. Neurourol Urodyn 2005; 24: 590-1

Cosson M, et al. Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material? Int Urogynecol J 2003; 14: 169-178.

Costantini E, et al. Sacrocolpopexy for pelvic organ prolapse: evidence-based review and recommendations. Eur J Obstet Gynecol Reprod Biol 2016; 205: 60-5.

Costantini E, et al. Long-term efficacy of the trans-obturator and retropubic mid-urethral slings for stress urinary incontinence: update from a randomized clinical trial. World J Urol (2015); doi:10.1007/s00345-015-1651-z.

Cowan W, et al. Abdominal sacral colpopexy. Am J Obstet Gynecol 1980; 138(3): 348-350.

Cox A. Surgical management of female SUI: is there a gold standard? Nat Rev Urol (2013) 10: 78-89.

Coyne K. Risk factors and comorbid conditions associated with lower urinary tract symptoms: Epi LUTS. BJU Int (2009); 103, Supp 3: 24-32

Cresswell J, et al. Long-term evaluation of tension-free vaginal tape (TVT) outcomes for a UK surgeon: Objective assessment and patient satisfaction questionnaires. Br J Med Surg Urol (2008); 1(2): 58-62. doi:10.1016/j.bjmsu.2008.05.004

Culligan PJ, Murphy M, Blackwell L, Hammons G, Graham C, Heit MH. Long-term success of abdominal sacral colpopexy using synthetic mesh. Am J Obstet Gynecol 2002; 187: 1473-1482.

Cundiff GW, Fenner D. Evaluation and Treatment of Women with Rectocele: Focus on Associated Defecatory and Sexual Dysfunction. Obstet Gynecol 2004; 104(6): 1403-21. Erratum in: Obstet Gynecol, 2005 Jan; 105(1): 222

Cundiff GW, Varner E, Visco AG, et al. Risk Factors for Mesh/Suture Erosion Following Sacrocolpopexy. Am J Obstet Gynecol 2008; 199: 688.e1-e5.

Curti P, et al. Perineal ultrasound assessment of vesico-urethral mobility before and after TVT-O. Urodinamica 2008; 18: 19. Abstract N. 10

Curti P, et al. TVT and TVT-O for the treatment of stress urinary incontinence with intrinsic sphincter deficiency. Euro Urol Suppl 2008 Mar 1;7(3): 122

da Silveira S. [Pop 184(94), 1 yr fu] Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolapse surgical treatment. Int Urogynecol J. 2015 Mar; 26(3): 335-42. [Epub 2014 Sep 9]

da Silveira, et al. [Pop 184, 1 yr fu] Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolpase surgical treatment. Int Urogynecol J (2014).

D'Afiero, et al. [Abs 0156] Short-term effects of mesh augmented surgery for pelvic organ prolapse on functional outcomes and QOL: A Comparison between trocar guided and single incision devices. Int J Gynecol Obstet 119S3 (2012): S315-S316.

Dallosso H. The association of diet and other lifestyle factors with overactive bladder and stress incontinence: a longitudingal study in women. BJU Int (2003) 92: 69-77.  doi:10.1046/j.1464-410X.2003.04271.x

Dalpiaz O, et al. Ultrasonographic evaluation of vesico-urethral mobility before and after TVT-O procedure. Urodinamica 2005; 15(4): 240-241

Medical Literature

Damoiseaux, Withagen, Withagen. [IUGA Abs PP 01] Long-term follow-up (7 years) of a randomized controlled trial: Trocar-guided Mesh compared with conventional Vaginal Repair in Recurrent Pelvic Organ Prolapse. Int Urogynecol J (2015); 26(Suppl 1): S23-S24.

Dandolu V, Akiyama M, Allenback G, Pathak P. Mesh complications and failure rates after transvaginal mesh repair compared with abdominal or laparoscopic sacrocolpopexy and to native tissue repair in treating apical prolapse. Int Urogynecol J (2016).

Dati S, Rombola P, Cappello S, Piccione E. Single-Incision Minisling (Ajust) vs. Obturator Tension-Free Vaginal Shortened Tape (TVT_Abbrevo) in Surgical Management of Female Stress Urinary Incontinence. Int J Gynecol Obstet 2012; 119S3: S70 [Poster M432]

Dati S, Rombola P, Cappello S. TVT-Abbrevo: When and why? Tech Coloproctol 2013; 17: 136

De Cuyper EM, et al. Laparoscopic Burch colposuspension after failed sub-urethral tape Procedures: a retrospective audit. Int Urogynecol J Pelvic Floor Dysfunct. 2008 May; 19(5): 681-685

de Landsheere L, et al. Surgical intervention after transvaginal Prolift mesh repair Retrospective single-center study including 524 patients with 3 years' median follow-up. Am J Obstet Gynecol. 2012 Jan; 206(1): 83.e1-7

de Landsheere L, et al. Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' medial follow-up. Am J Obstet Gynecol 2011; 205:x-x.

de Leval J, Thomas A, Waltregny D. The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. Int Urogynecol J. 2011 Feb; 22(2): 145-56; DOI 10.1007/s00192-010-1264-4

De Souza A. [Pop 87,12 mo fu] Sexual function following retropubic TVT and transobturator Monarc sling in women with intrinsic sphincter deficiency. Int Urogynecol J 2012; 23: 153-8

de Tayrac R, et al. Cystocele repair by the vaginal route with a tension-free sub-bladder prosthesis. J Gynecol Obstet Biol Reprod 2002; 31: 597-599.

de Tayrac R. Prolapse repair by vaginal route using a new protected low-weight polypropylene mesh: 1-year functional and anatomical outcome in a prospective multicenter study. Int Urogynecol J 2007; 18: 251-256.

Deffieux X and H Fernandez. Female Sexual Function Following Trans-Obturator Suburethral Tape from inside to outside (TVT-O) and Tension-Free Vaginal Tape (TVT): A Randomized Controlled Trial. J Minim Invasive Gynecol 2009; 16(6 Suppl): S22. [Meeting Abstract]

Deffieux X, et al. Trans-obturator suburethral tape from inside to outside (TVT-O) is associated with higher pain scores at one year follow-up when compared to tension-free vaginal tape (TVT): a multicenter randomized controlled trial. Int Urogynecol J 2008; 19(Suppl 1): S7

Deffieux X, N Daher, A Mansoor, P Debodinance, J Muhlstein and H Fernandez. Transobturator TVT-O versus retropubic TVT: results of a multicenter randomized controlled trial at 24 months follow-up. Int Urogynecol J 2010; 21(11): 1337-45.

Demirci F, et al. Long-term results of Burch colposuspension. Gynecol Obstet Invest 2001; 51(4): 243-7

Demirci F, et al. Perioperative complications in vaginal mesh procedures using trocar in pelvic organ prolapse repair. J Obstet Gynaecol India. 2013 Oct; 63(5): 328-31

Deprest J, et al. Synthetic and biodegradable prosthesis in pelvic floor surgery. Int Congress Series 1279 (2005) 387-397.

Dessie SG, et al. Effect of Scopolamine Patch Use on Postoperative Voiding Function After Transobturator Slings. Female Pelvic Med Reconstr Surg. 2016 May-Jun; 22(3): 136-9

Deus A, et al. TVT-Secur Treatment of Stress Urinary Incontinence under Local Anesthesia. J Minim Invas Gynecol 2009; 16: S146-S147. Abstract 531

**Charles Hanes Materials List**

**Medical Literature**

| |
|---|
| Di Pietto L, et al. Perineal ultrasound evaluation of urethral mobility after the TVT-O procedure. Clin Exp Obstet Gynecol 2010; 37(2): 131-4 |
| Diamond M, Freeman M. Clinical implications of postsurgical adhesions. Human Reprod Update 2001; 7(6): 567-576. |
| Dielubanza E & Schaeffer A. Urinary tract infections in women. Med Clin N Am (2011) 95: 27-41. doi: 10.1016/j.mcna.2010.08.023 |
| Dietz HP, et al. Does the tension-free vaginal tape stay where you put it? Am J Obstet Gynecol. 2003 Apr; 188(4): 950-3 |
| Dietz HP, et al. Mechanical properties of urogynecologic implant materials. Int Urogynecol J (2003) 14: 239-243. |
| Dietz V, Maher C. Pelvic organ prolapse and sexual function. Int Urogynecol J (2013) 24: 1853-1857. |
| Dingman R and Arbor A. Factors of clinical significance affecting wound healing. Laryngoscope 1973; 83(9): 1540-55. |
| Diwadkar GB, Barber MD, et al. Complication and reoperation rates after apical vaginal prolapse surgical repair: a systematic review. Obstet Gynecol 2009; 113: 367-73. |
| Djurdjevic S, et al. TOT (TVT-O) tape in the treatment of stress urinary incontinence with coexisting anterior vaginal wall prolapse. HealthMed 2011; 5(4): 868-872 |
| Dmochowski RR, Blaivas JM, Gormley EA, Juma S, Karram MM, Lightner DJ, Luber KM, Rovner ES, Staskin DR, Winters JC, Appell RA; Female Stress Urinary Incontinence Update Panel of the American Urological Association Education and Research, Inc., Whetter LE. Update of AUA guideline on the surgical management of female stress urinary incontinence. J Urol. 2010 May; 183(5): 1906-14 |
| Dolat ME, et al. Effect on concurrent prolapse surgery on urgency and frequency outcomes following TVT-O. Neurourol Urodyn 2015; 34(Issue S1): S53-S54. SUFU Abstract NM40 |
| Drahoradova P, et al. Longitudinal trends with improvement in quality of life after TVT, TVT O and Burch colposuspension procedures.  Med Sci Monit 2011; 17(2): CR67-72 |
| Dray E, et al. Sling excision for pain: can we predict who benefits from surgery. Neurourol Urodyn 2017; 36(Supp 1): S105-S106. [SUFU Abstract NM84] |
| Drutz HP, Cha LS. Massive genital and vaginal vault prolapse treated by abdominal-vaginal sacropexy with use of Marlex mesh: Review of the literature. Am J Obstet Gynecol 1987; 156: 387-92 |
| Duron J, et al. Prevalence and Mechanisms of small intestinal obstruction following laparoscopic abdominal surgery. A retrospective multicenter study. Arch Surg (2000) 135: 208-212. |
| Dwyer PL, et al. Suture injury to the urinary tract in urethral suspension procedures for stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct 1999; 10(1): 15-21. |
| Dzanic H, et al. Assessment of complications in surgical treatment of stress urinary incontinence with the TVT-O method and vaginoplasty. HealthMed 2011; 5(4): 1354-1357 |
| Edenfield AL, Amundsen CL, Weidner AC, Wu JM, George A, Siddiqui NY. Vaginal prolapse recurrence after uterosacral ligament suspension in normal-weight compared with overweight and obese women. Obstet Gynecol, 2013 Mar; 121(3): 554-9. |
| Eickmeyer S. [Ch. 38] Pelvic floor disorders. Braddom's Physical Medicine and Rehabilitation, 5th edition, 2016, 835-849. |
| El Sheemy M, et al. Surgeon-tailored polypropylene mesh as a needleless single-incision sling versus TVT-O for the treatment of female stress urinary incontinence: a comparative study. Int Urol Nephrol. 2015 Jun; 47(6): 937-44 |

**Medical Literature**

El Sheemy MS, et al. Low-cost transobturator vaginal tape inside-out procedure for the treatment of female stress urinary incontinence using ordinary polypropylene mesh. Int Urogynecol J. 2015 Apr; 26(4): 577-84

Elkins N, Hunt J, Scott KM. Neurogenic Pelvic Pain. Phys Med Rehabil Clin N Am. 2017 Aug; 28(3): 551-569. doi: 10.1016/j.pmr.2017.03.007. Epub 2017 May 12. Review

El-Nazer MA, et al. [Pop 44, 2 yr fu] Anterior colporrhaphy versus repair with mesh for anterior vaginal wall prolapse: a comparative clinical study. Arch Gynecol Obstet (2012) 286: 965-972

Elyasi F. Sexual dysfunction in women with type 2 diabetes mellitus. IJMS (2015); 40(3): 206-213.

Eswar C, et al. Removal of Tension-Free Vaginal Tape-Obturator Mesh Arm for Persistent Groin Pain Following Vaginal Mesh Removal. J Minim Invas Gynecol 2015; 22: S16-S17

Faber K. [Poster #NM102] Transvaginal mesh placement and the instructions for use: A survey of North American Urologists, Abstracts, S115.

Fabian G, et al. Vaginal excision of the sub-urethral sling: Analysis of indications, safety and outcome. Arch Med Sci 2015; 11(5): 982-988

Falconer C. Influence of different sling materials on connective tissue metabolism in stress urinary incontinent women. Int Urogyn J (2001) Suppl 2: S19-S23.

Feiner B, Jelovsek JE, Maher C. Efficacy and safety of transvaginal mesh kits in the treatment of prolapse of the vaginal apex: a syematic review. Br J Obstet Gynecol 2008; 116: 15-24.

Feldman GB, Birnbaum SJ. Sacral colpopexy for vaginal vault prolapse. Obstet Gynecol 1979; 53(3): 399-401.

Feng CL, et al. Transobturator vaginal tape inside out procedure for stress urinary incontinence: results of 102 patients. Int Urogynecol J. 2008 Oct 1; 19(10): 1423-27

Feng S, Luo D, Liu Q, Yang T, Du C, Li H, Wang K, Shen H. Three- and twelve-month follow-up outcomes of TVT-EXACT and TVT-ABBREVO for treatment of female stress urinary incontinence: a randomized clinical trial. World J Urol. 2018 Jan 3. doi:10.1007/s00345-017-2165-7. [Epub ahead of print]

Ferrero S. Deep dyspareunia: causes, treatments, and results. Obstet Gynecol (2008) 20: 394-399.

Filocamo MT, et al. The impact of mid-urethral slings for the treatment of urodynamic stress incontinence on female sexual function. A multicenter prospective study. J Sex Med 2011; 8: 2002-2008

Fitzgerald M, et al. Pelvic support, pelvic symptoms, and patient satisfaction after colpocleisis. Int Urogynecol J 2008; 19: 1603-1609.

FitzGerald MP, Edwards SR, Fenner D. Medium-term follow-up on use of freeze-dried, irradiated donor fascia for sacrocolpopexy and sling procedures. Int Urogynecol J Pelvic Floor Dysfunct 2004; 15(4): 238-42.

Fitzgerald MP, et al. Failure of allograft suburethral slings. BJU Int 1999; 84: 785-8

Fitzgerald MP, et al. The antigenicity of fascia lata allografts. BJU Int. 2000 Nov; 86(7):826-8.

Flam F. Sedation and local anaesthesia for vaginal pelvic floor repair of genital prolapse using mesh. Int Urogynecol J (2007) 18: 1471-1475.

Flood CG, et al. Anterior colporrhaphy reinforced with Marlex mesh for the treatment of cystoceles. Int Urogynecol J Pelvic Floor Dysfunct 1998; 9: 200-4

Flynn MK, et al. Sensory nerve injury after uterosacral ligament suspension. Am J Obstet Gynecol 2006; 195: 1869-72.

Ford AA, Rogerson L, Cody JD, Ogah J. Mid-urethral sling operations for stress urinary incontinence in women. Cochrane Database of Systematic Reviews 2015, Issue 7.

**Charles Hanes Materials List**

**Medical Literature**

Ford AA, Taylor V, Ogah J, Viet-Rubin N, Khullar V, Digesu GA. Midurethral slings for treatment of stress urinary incontinence review. Neurourol Urodyn. 2019 May 26. doi: 10.1002/nau.24030. [Epub ahead of print] Review. PubMed PMID: 31129927.

Ford AA, et al. Mid-urethral sling operations for stress urinary incontinence in women. Cochrane Database of Systematic Review (2015); doi:10.1002/14651858.cd006375.pub3

Ford AA, et al. SUMMARY Mid-urethral sling operations for stress urinary incontinence in women. Cochrane Database of Systematic Review. (2015)

Fouad R, et al. Uroflowmetric changes, success rate and complications following tension-free vaginal tape obturator (TVT-O) operation in obese females. Eur J Obstet Gynecol Reprod Biol 2017; 214: 6-10

Fox SD, Stanton SL. Vault prolapse and rectocele: assessment of repair using sacrocolpopexy with mesh interposition. Br J Obstet Gynecol 2000; 107: 1371-5.

Foxman B & Brown P: Epidemiology of urinary tract infections: transmission and risk factors, incidence, and costs. Infect Dis Clin North Am 2003; 17: 227-41. doi:10.1016/S0891-5520(03)00005-9

Foxman B. Epidemiology of urinary tract infections: incidence, morbidity, and economic costs. Am J Med 2002; 113(1A): 5S013S.

Foxman B. Urinary Tract Infection Syndromes, Occurrence, recurrence, bacteriology, risk factors, and disease burden. Infect Dis Clin N Am (2014) 28: 1-13.

Francis, WJA and Jeffcoate, TNA. Dyspareunia following vaginal operations. J Obstet Gynaecol Br Commonwlth, 1961 Feb; 68: 1-10. doi:10.1111/j.1471-0528.1961.tb02679.x

Friedman M. TVT-O vs TVT-S: first randomized, prospective, comparative study of inraoperative complications, perioperative morbidity and one year postoperative results. Society of Gynecologic Surgeons Scientific Meeting: 48. (2009) [Meeting Abstract]

Fuentes AE. A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape transobturator tape (TVTO) in women with severe genital prolapse and occult stress incontinence: Long term follow up. Int Urogynecol J 2011; 22(Suppl 1): S60-S61. [Oral Presentation]

Fusco F, et al. Updated systematic review and meta-analysis of the comparative data on colposuspensions, pubovaginal slings, and midurethral tapes in the surgical treatment of female stress urinary incontinence. EAU 2017; 7357: 1-25.

Fusco F, et al. Updated Systematic Review and Meta-analysis of the Comparative Data on Colposuspensions, Pubovaginal slings, and Midurethral slings in the Surgical Treatment of Female Stress Urinary Incontinence. Eur Urol. 2017 May 4. pii: S0302-2838(17)30334-2. doi: 10.1016/j.eururo.2017.04.026. [Epub ahead of print].

Fusco F, et al. Updated Systematic Review and Meta-analysis of the Comparative Data on Colposuspensions, Pubovaginal Slings, and Midurethral Tapes in the Surgical Treatment of Female Stress Urinary Incontinence. Eur Urol (2017); 72(4): 567-591. doi:10.1016/j.eururo.2017.04.026

Gaber ME, et al. Two new mini-slings compared with transobturator tension free vaginal tape for treatment of stress urinary incontinence: a 1-year follow-up randomized controlled trial. J Obstet Gynaecol Res, 2016 Dec; 42(12): 1773-1781

Gad N, et al. Outcome of Prolift mesh repair in treatment of pelvic organ prolapse and its effect on lower urinary tract symptoms: 5-year retrospective case study. J Obstet Gynecol Res 2013.

Galloway NT, et al. The complications of colposuspension. Br J Urol 1987; 60: 122-4

Garaventa M, et al. Retrospective comparison between tension free vaginal tape-obturator system (TVT-O) and the modified procedure. Tech Coloproctol (2013) 17: 138. [4th Educ Mtg on Disord Pelv Flr Abstract]

**Charles Hanes Materials List**

Medical Literature

| |
|---|
| Garcia-Urena M. Differences in polypropylene shrinkage depending on mesh position in an experimental study. Am J Surg 193 (2007) 538-542. |
| Gauruder-Burmester A. Follow-up after polypropylene mesh repair of anterior and posterior compartments in patients with recurrent prolapse. Int Urogynecol J 2007; 18: 1059-1064 |
| Gigli F, et al. Postoperative Transperineal Ultrasound Parameters in Women with Intrisic Sphinteric Deficiency Underwent Midurethral Sling for Stress Urinary Incontinence. Eur Urol Suppl 2009; 8(4): 212 |
| Glatt A. The Prevalence of Dyspareunia. Obstet Gynecol (1990); 75(3, Pt 1): 433-436 |
| Glover M. Recurrent urinary tract infections in healthy and nonpregnant women. Urol-Sci (2014) 25: 1-8. |
| Golomb J, et al.  Management of urethral erosion caused by a pubovaginal fascial sling. Urology 2001; 57: 159-60 |
| Gonzalez R. Relationship between tissue ingrowth and mesh contraction. World J Surg 2005; 29: 1038-1043. |
| Gray JE. Nerve injury in pelvic surgery. UpToDate 2016. |
| Graziottin A, Brotto LA. Vulvarvestibulitis syndrome: a clinical approach. J Sex Marital Ther 2004; 30: 125-139 |
| Greer WJ, Richter HE, Bartolucci AA, Burgio KL. Obesity and Pelvic Floor Disorders. Obstet Gynecol. 2008 Aug; 112(2 Pt 1): 341-9. |
| Grigoriadis C, et al. Tension-free vaginal tape obturator versus Ajust adjustable single incision sling procedure in women with urodynamic stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 2013 Oct; 170(2): 563-6 |
| Grimes C. Urinary tract infections. Female Pelvic Med Reconstr Surg (2011); 17(6): 272-278. |
| Groutz A, et al.  The safety and efficacy of the "inside-out" trans-obturator TVT in elderly versus younger stress-incontinent women: A prospective study of 353 consecutive patients. Neurourol Urodyn 2011; 30: 380-383 |
| Groutz A, et al. Long-Term Outcome of Transobturator Tension-Free Vaginal Tape: Efficacy and Risk Factors for Surgical Failure. Journal of Women's Health (2011); 20(10): 1525-1528. doi:10.1089/jwh.2011.2854 |
| Groutz A, et al. Ten-Year Subjective Outcome Results of the Retropubic Tension-Free Vaginal Tape for Treatment of Stress Urinary Incontinence. J Minim Invas Gynecol (2011); 18(6): 726-729. doi:10.1016/j.jmig.2011.07.006 |
| Gruber DD, et al.  Transobturator tape removal using a combined vaginal-transcutaneous approach for intractable groin pain. Female Pelvic Med Reconstr Surg. 2011 Jan; 17(1): 55-7 |
| Grundsell H. Operative management of vaginal vault prolapse following hysterectomy. Br J Obstet Gynaecol 1984; 91: 808-811. |
| Gumus I, et al. The Effect of Stress Incontinence Operations on Sexual Functions: Laparoscopic Burch versus Transvaginal Tape-O. Gynecol Minim Invas Ther 2018 Jul; 7(3): 108-113 |
| Gurol-Urganci I, et al. [Pop 95,057 9yr fu] Long-term rate of mesh sling removal following midurethral mesh sling insertion among women with stress urinary incontinence. JAMA 2018; 320(16): 1659-1669. |
| Gutman, Sokol, Iglesia, et al. Three-year outcomes of vaginal mesh for prolapse. Obstet Gynecol 2013; 122: 770-777. |
| Gyhagen M. A comparison of the long-term consequences of vaginal delivery versus caesarean section on the prevalence, severity and bothersomeness of urinary incontinence subtypes: a national cohort study in primiparous women. BJOG (2013) 120: 1548-1555 |

**Charles Hanes Materials List**

## Medical Literature

| |
|---|
| Haase P, et al. Influence of operations for stress incontinence and/or genital descensus on sexual life. Acta Obstet Gynecol Scand 1988; 67(7): 659-61. |
| Habibi JR, Petrossian A, Rapp DE. Effect of transobturator midurethral sling placement on urgency and urge incontinence: 1-year outcomes. Female Pelvic Med Reconstr Surg 2015; 21: 283-6 |
| Halaska M, et al. A multicenter, randomized, prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse. Am J Obstet Gynecol. 2012 Oct; 207(4): 301.e1-7. |
| Hampton B, et al. Recurrent Vaginal and Concurrent Bladder Mesh Erosion After Abdominal Sacral Colpopexy. J Pelvic Med Surg 2005; 11: 261-263. |
| Han H, et al. Tension free vaginal tape-obturator (TVT-O) for the treatment of female stress urinary incontinence. 1 year follow-up. Int Urogynecol J 2008; 20(Suppl 3): S394-S395. |
| Han H, P Ng and L Lee. Tension-free vaginal tape (TVT) & TVT-OBTURATOR (TVT-O) in the surgical management of female stress urinary incontinence. Int Urogynecol J 2006; 17(Suppl. 2): S246-S247. [Meeting Abstract] |
| Han J, et al. A comparative study of outside-in and inside-out transobturator tape procedures for stress urinary incontinence. 5-yr outcomes. Neurourol Urodyn 2011; 30(6): 827. ICS Abstract 19. |
| Han J, et al. Effect of varying Body Mass Index (BMI) on Tension free Vaginal Tape Obturator (TVTO)-outcome and complications. Neurourol Urodyn 2011; 30(6): 1154. [ICS Abstract 258] |
| Han J, et al. Long-term durability, functional outcomes, and factors associated with surgical failure of tension-free vaginal tape procedure. Int Urol Nephrol (2014); doi:10.1007/s11255-014-0759-1. |
| Handa VL, et al. Banked human fascia lata for the suburethral sling procedure: A preliminary report. Obstet Gynecol (1996); 88(6): 1045-1049. |
| Handa VL, et al. Sexual function before and after sacrocolpopexy for pelvic organ prolapse. Am J Obstet Gynecol 2007; 197: 629.e1-629.e6. |
| Handa VL, Stone A. Erosion of a fascial sling into the urethra. Urology. 1999; 54: 923 |
| Hanno P. Diagnosis and treatment of interstitial cystitis/bladder pain syndrome. (2014) AUA Guideline. 1-45 |
| Hassan A. [Pop 199, 1yr fu] Randomized comparative study between inside-out transobturator tape and outside-in tranobturator tape. (2013) |
| Hathaway JK, Choe JM. Intact genetic material is present in commercially processed cadaver allografts used for pubovaginal slings. J Urol. 2002 Sep; 168(3): 1040-3 |
| Haylen B, et al. Recurrent urinary tract infections in women with symptoms of pelvic floor dysfunction. Int Urogyn J (2009) 20: 837-852. DOI 10.1007/s00192/009/0856/3 |
| Heinonen P, et al. Long-term outcome after transvaginal mesh repair of pelvic organ prolapse. Int Urogynecol J. 2016 Jul; 27(7): 1069-74 |
| Heinonen P, et al. Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. Int J Urol (2012); 19(11): 1003-1009. doi:10.1111/j.1442-2042.2012.03078.x |
| Hensel G, et al. The Effects of Suburethral Tape on the Symptoms of Overactive Bladder. Geburtshilfe Frauenheilkd. 2014 Jan; 74(1): 63-68 |
| Hess, Carmel, et al. [37K; SUFU Abs Poster NM64] A comparison of synthetic midurethral slings (MUS) and autologous pubovaginal slings (PVS) in the setting of concomitant surgery. (2018) |
| Higgs P, et al. Abdominal sacral colpopexy: an independent prospective long-term follow-up study. Aust NZ J Obstet Gynecol 2005; 45: 430-434. |
| Hill A. Histopathology of excised midurethral sling mesh. Int Urogynecol J (2015) 25: 591-595.  DOI 10.1007/s00192-014-2553-0 |

**Charles Hanes Materials List**

Medical Literature

| |
|---|
| Hinoul P, Bonnet P, Krofta L, Waltregny D, de Leval J. An anatomic comparison of the original versus a modified inside-out transobturator procedure. Int Urogynecol J. 2011 Aug; 22(8): 997-1004 |
| Hinoul P, H Vervest, P Venema, J Den Boon, A Milani and J Roovers. TVT Obturator system versus TVT Secur: A randomized controlled trial, short term results. Int Urogynecol J 2009; 20(Suppl. 2): S213. [Meeting Abstract] |
| Hinoul P, HAM Vervest, J den Boon, PL Venema, MM Lakeman, AL Milani and J-P WR Roovers. A randomized, controlled trial comparing an innovative single incision sling with an established transobturator sling to treat female stress urinary incontinence. J Urol 2011; 185(4): 1356-62. |
| Hogewoning CR, et al. Results of sling surgery in a non-selected population. Int J Gynaecol Obstet. 2016 Jan; 132(1): 46-9 |
| Holdo B, et al. [Pop 180, 5 yr fu] Long-term clinical outcomes with the retropubic tension-free vaginal tape (TVT) procedure compared to Burch for correcting stress urinary incontinence (SUI). Int Urogynecol J. 2017 Apr 24. [Epub ahead of print]; doi: 10.1007/s00192-017-3345-0. |
| Holdo, B. et al  Long-term clinical outcomes with the retropubic tension-free vaginal tape (TVT) procedure compared to Burch colposuspension for correcting stress urinary incontinence. (SUI). Int Urogynecol J 2017; 28: 1739-1746. |
| Hooton T. Pathogenesis of urinary tract infections: an update. JAC (2000); 46, Suppl. S1: 1-7 |
| Horbach NS, et al. A suburethral sling procedure with polytetrafluoroethylene for the treatment of genuine stress incontinence in patients with low urethral closure pressure. Obstet Gynecol. 1988 Apr; 71(4): 648-52. |
| Hota LS, Hanaway KJ, Hacker MR, Disciullo AJ, Elkadry E, Ferzandi T, Dramitinos P, Shapiro A, Rosenblatt PL. TVT-Secur (Hammock) versus TVT-Obturator - a randomized trial of suburethral sling operative procedures. Female Pelvic Med Reconstr Surg, 2012 Jan-Feb; 18(1): 41-45 |
| Hota LS, KJ Hanaway, MR Hacker, AJ Disciullo, E Elkadry, T Ferzandi, P Dramitinos, A Shapiro and PL Rosenblatt. TVT-secur (Hammock) versus TVT-obturator: A randomized trial of suburethral sling operative procedures. Female Pelvic Med Reconstr Surg 2010; 16(5 Suppl. 2): S87. [Meeting Abstract] |
| Houwert M, M Vos and H Vervest. Transobturator tape (TOT), inside-out versus outside-in approaches: Outcome after 1 year. Int Urogynecol J 2007; 18(Suppl. 1): S33. [Meeting Abstract] |
| Houwert RM, C Renes-Zijl, MC Vos and HAM Vervest. TVT-O versus Monarc after a 2-4-year follow-up: a prospective comparative study. Int Urogynecol J 2009; 20(11): 1327-33. |
| Houwert RM. Predictive value of urodynamics on outcome after midurethral sling surgery for female stress urinary incontinence. Am J Obstet Gyn 2009 Jun 1; 200(6): 649.e1-649.e12. |
| Houwert RM. Risk factors for failure of retropubic and transobturator midurethral slings. Am J Obstet Gynecol. 2009 Aug 1; 201(2): 202-e1 |
| Hsiao SM, et al. Impact of the mid-urethral sling for stress urinary incontinence on female sexual function and their partners' sexual activity. Taiwanese J Obstet Gynecol 2018; 57: e853-e857 |
| Huang YH, et al. High failure rate using allograft fascia lata in pubovaginal sling surgery for female stress urinary incontinence. Urology 2001; 58: 943-6 |
| Hung M, Tsai C. [IUGA Oral Presentation 149] Suboptimal suspension effect of the Prosima procedure for severe anterior vaginal wall prolapse. Int Urogynecol J (2012); 23(Suppl 2):S202-S203. |
| Huser M, Belkov I, Janku P, Texl J, Jarkovsky J, Ventruba P. Prospective randomized comparison of the trans-obturator mid-urethral sling and the single-incision sling in women with SUI. One year follow-up study (Ophira, TVT-O). Int Urogynecol J 2015; 26(Suppl 1): S135 |

**Charles Hanes Materials List**

Medical Literature

Huser M, et al. Innovative single incision sling versus established trans-obturator sling in women with stress urinary incontinence: two year results in prospective randomized comparison. Neurourol Urodyn 2017; 36: 902-908

Hyun CH, et al. Seven-Year Outcomes Of The TVT Procedure for Treatment of Female Stress Urinary Incontinence. J Urol (2009); 181(4): 544. doi:10.1016/s0022-5347(09)61533-0

Iglesia CB, et al. The use of mesh in gynecologic surgery. Int Urogynecol J Pelvic Floor Dysfunct 1997; 8(2): 105-15.

Ikaheimo R. Recurrence of urinary tract infection in a primary care setting: analysis of a 1-year follow-up of 179 women. CID (1996); 22(1): 91-99

Iliev VN, et al. Minimally invasive surgery for stress urinary incontinence - mesh complications. Pril (Makedon Akad Nauk Umet Odd Med Nauki) 2014; 35(2): 105-10.

Iosif C. Abdominal sacral colpopexy with use of synthetic mesh. Acta Obstet Gynecol Scand 1993; 72: 214-217.

Jacquetin B, Cosson M. [Pop 2,078] Complications of vaginal mesh: our experience. Int Urogynecol J (2009) 20: 893-896.

Jacquetin B, et al. [Abs 291] Prospective Clinical Assessment of the Trans vaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse - One year results of 175 patients. (2006)

Jacquetin B, et al. [Abst. 767] Prolene Soft (Gynecare) Mesh for Pelvic Organ Prolapse Surgical Treatment: a Prospective study of 264 patients. (2004)

Jacquetin B, et al. Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 3-year prospective follow-up study. Int Urogynecol J (2010) 21: 1455-1462.

Jacquetin, Hinoul, et al. [5 yr fu] Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 5-year prospective follow-up study.  Int Urogynecol J (2013) 24: 1679-1686; doi: 10.1007/s00192-013-2080-4.

Jain P, et al. Effectiveness of midurethral slings in mixed urinary incontinence: a systematic review and meta-analysis. Int Urogynecol J (2011); doi:10.1007/s00192-011-1406-3.

Jakimiuk A, T Maciejewski, A Fritz, W Baranowski and MB. Wladysiuk-Blicharz. Single-blind randomized clinical trial comparing efficacy and safety of TVT (tension free vaginal tape) VS TVT-O (tension free vaginal tape obturator system) in treatment of stress urinary incontinence-POLTOS-preliminary report. Int Urogynecol J 2007; 18(Suppl. 1): S189. [Meeting Abstract]

Jakimiuk AJ, et al. Surgical treatment of stress urinary incontinence using the tension-free vaginal tape-obturator system (TVT-O) technique. Eur J Obstet Gynecol Reprod Biol. 2007 Nov; 135(1): 127-31

Jakimiuk AJJ, Issat T, Fritz-Rdzanek A, Maciejewski TM, Rogowski A, Baranowski WB. Is there any difference? A prospective, multicenter, randomized single blinded clinical trial, comparing TVT with TVT-O (POLTOS study) in management of stress urinary incontinence. Short Term Outcomes. Pelviperineology 2012; 31: 5-9

Jamieson D, Steege J. The Prevalence of Dysmenorrhea, Dyspareunia, Pelvic Pain and Irritable Bowel Syndrome in Primary Care Practices. Obstet Gynecol. 1996 Jan; 87(1): 55-8

Jang H, et al. Incidence and risk factors of postoperative de novo voiding dysfunction following midurethral sling procedures. Korean J Urol 2009 Aug; 50(8): 762-766

Jarmy-Di Bella Z, A Bianchi, R Castro, M Iwata, M Sartori and M Girao. Randomised trial of TVT-O and TVT-S for the treatment of stress urinary incontinence. preliminary study. Int Urogynecol J 2009; 20(Suppl. 2): S176-S177. [Meeting Abstract]

**Charles Hanes Materials List**

**Medical Literature**

Jelovsek JE, et al.; NICHD Pelvic Floor Disorders Network. (E-OPTIMAL RCT 5 yr fu, Pop.244) Effect of Uterosacral Ligament Suspension vs Sacrospinous Ligament Fixation With or Without Perioperative Behavioral Therapy for Pelvic Organ Vaginal Prolapse on Surgical Outcomes and Prolapse Symptoms at 5 Years in the OPTIMAL Randomized Clinical Trial. JAMA 2018; 319(15): 1554-1565. doi: 10.1001/jama.2018.2827

Jelovsek J, et al. Randomised trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up.  (2008); 115(2): 219-225. doi:10.1111/j.1471-0528.2007.01592.x

Jern TK, et al. Long-Term Follow-Up OF The Tension-Free Vaginal Tape (TVT) Procedure For Treating  Female Stress Urinary Incontinence. J Urol (2009); 181(4): 614. doi:10.1016/s0022-5347(09)61726-2

Jha S, et al. Impact of Incontinence Surgery on Sexual Function: A Systematic Review and Meta-Analysis. J Sex Med (2012); 9(1): 34-43. doi:10.1111/j.1743-6109.2011.02366.x

Johansen A, et al. Persistent postsurgical pain in a general population: Prevalence and predictors in the Tromso study. PAIN 153 (2012) 1390-1396.

Johnsson-Funk M. Sling revision/removal for mesh erosion and urinary retention: long-term risk and predictors. Am J Obstet Gynecol 2013; 208: 73.e1-7.

Juang CM, KJ Yu, P Chou, MS Yen, NF Twu, HC Horng and WL Hsu. Efficacy analysis of trans-obturator tension-free vaginal tape (TVT-O) plus modified Ingelman-Sundberg procedure versus TVT-O alone in the treatment of mixed urinary incontinence: a randomized study. Eur Urol 2007; 51(6): 1671-8; discussion 1679.

Julian TM. The efficacy of Marlex mesh in the repair of severe, recurrent vaginal prolapse of the anterior midvaginal wall. Am J Obstet Gynecol 1996; 175: 1472-75

Jura Y. Caffeine intake and risk of stress, urgency and mixed urinary incontinence. J Urol 2011; 185(5): 1775-1780. doi:10.1016/j.juro.2011.01.003

Kaelin-Gambirasio I.  Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up. BMC Women's Health. 2009 Dec; 9(1): 28

Kahn MA, Stanton SL. Posterior colporrhaphy: Its effects on bowel and sexual function. Br J Obstet Gynaecol, 1997 Jan; 104(1): 82-86.

Kammerer-Doak DN, et al. Vaginal erosion of cadaveric fascia lata following abdominal sacrocolpopexy and suburethral sling urethropexy. Int Urogynecol J Pelvic Floor Dysfunct 2002; 13(2): 106-9.

Karagkounis S, A Pantelis, G Parashou, E Paplomata, N Madenis, C Chrisanthopoulos, D Balaxis and T Taravanis. Stress urinary incontinence: TVT OB SYSTEM versus duloxetine-HCl. And the winner is? Int Urogynecol J 2007; 18(Suppl. 1): S3-S4. [Meeting Abstract]

Karateke A, B Haliloglu, C Cam and M Sakalli. Comparison of TVT and TVT-O in patients with stress urinary incontinence: short-term cure rates and factors influencing the outcome. A prospective randomised study. Aust NZ J Obstet Gynaecol 2009; 49(1): 99-105.

Karmakar D, et al. (E-TOT TOT vs. TVT-O publ BJOG) Long-term outcomes of transobturator tapes in women with stress urinary incontinence: E-TOT randomised controlled trial. BJOG 2017; 124: 973-981.

Karmakar D, et al. A new validated score for detecting patient-reported success on postoperative ICIQ-SF: a novel two-stage analysis from two large RCT cohorts. Int Urogynecol J 2017; 28(1): 95-100

Karmakar D, Mostafa A, Abdel-Fattah M. Long-term outcomes (8-years) from the prospective randomized control trial  of trans-obturator tapes for stress incontinence in women (The ETOT Study). Int Urogynecol J 2015; 26(Suppl 1): S74-S75

**Charles Hanes Materials List**

**Medical Literature**

Karmakar, Mostafa, Abdel-Fattah. [IUGA Abs PP 54] A new validated score for detecting patient-reported success on postoperative iciq-sf. A novel two-stage analysis. Int Urogynecol J 2015; 26(Suppl 1): S81-S82

Karram M, et al. Complications and untoward effects of the tension-free vaginal tape procedure. Obstet Gynecol 2003; 101: 929-932.

Karram M, Maher C. Surgery for posterior vaginal wall prolapse. Int Urogynecol J (2013) 24: 1835-1841.

Kashihara H, et al. Comparison of dynamic MRI vaginal anatomical changes after vaginal mesh surgery and laparoscopic sacropexy. Gynecol Surg (2014) 11: 249-256

Kasyan GR, et al. Predictive Value of Stress Cough Test after the Treatment with Tension-Free Vaginal Tape. Eur Urol Suppl 2011; 10(2): 286. [EAU Abstract 911]

Kasyan GR, et al. Transobturator Tension-Free Tape in the Treatment of Patients with Mixed Urinary Incontinence: Long Term Results. Eur Urol Suppl 2011; 10(2): 247. [EAU Abstract 780]

Kaya S. Short term effect of adding pelvic floor muscle training to bladder training for female urinary incontinence: a randomized controlled trial. Int Urogyn J (2016) 26: 285-293. DOI 10.1007/s00192-014-2517-4.

Kelly EC, et al. Surgeon Experience and Complications of Transvaginal Prolapse Mesh. Obstet Gynecol 2016; 0: 1-8.

Kelly EC, et al. Surgeon Experience and Complications of Transvaginal Prolapse Mesh. Obstet Gynecol 2016; 128: 65-72

Keltie K, et al. Complications following vaginal mesh procedures for stress urinary incontinence: an 8 year study of 92,246 women. Sci Rep 2017; 7:12015; doi: 10.1038/s41598-017-11821-w.

Keltie K, et al. Complications following vaginal mesh procedures for stress urinary incontinence: an 8 year study of 92,246 women. Supplementary Information. Sci Rep 2017; 7:12015; doi: 10.1038/s41598-017-11821-w.

Kenton K, et al. 5-Year Longitudinal Followup after Retropubic and Transobturator Mid Urethral Slings. J Urol (2015); 193(1): 203-210. doi:10.1016/j.juro.2014.08.089

Kershaw Y, et al. Outcome of surgical management for midurethral sling complications_ a multicentre retrospective cohort study. Int Urogynecol J. 2019 Jan 7. doi: 10.1007/s00192-018-3853-6

Khan Z, et al. Long-term follow-up of a multicentre randomised controlled trial comparing tension-free vaginal tape, xenograft and autologous fascial slings for the treatment of stress urinary incontinence in women. BJU Int (2014); doi: 10.1111/bju.12851

Khan ZA, Thomas L, Emery SJ. Outcomes and complications of trans-vaginal mesh repair using the Prolift kit for pelvic organ prolapse at 4 years median follow-up in a tertiary referal centre. Arch Gynecol Obstet (2014); DOI: 10.1007/s00404-014-3316-3

Khandwala, et al. Review of 250 Consecutive Cases of Vaginal Mesh Surgery for Genital Organ Prolapse. J Gynecol Surg 2014; 30(3): 134-140.

Khandwala, Hinoul, et al. [Presentation Number: Poster 143] A trocar-free procedure for vaginal prolapse repair using mesh and a vaginal support device - an observational registry. Female Pelvic Med Reconstr Surg (2011); 17(5, Suppl 2): S164.

Khandwala, Lucente, Van Drie, Gauld, Hinoul. [ICS Poster] Clinical Outcomes of an Observational Registry Utilizing a Trocar-Guided Mesh Repair of Vaginal Prolapse Using Partially Absorbable Mesh. (2011)

Khandwala, Lucente, Van Drie, Hinoul [ICS Poster] Clinical Outcomes of an observational registry utilizing a trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh. Prosima Registry (second poster) 2011.

**Charles Hanes Materials List**

Medical Literature

Kim CH, et al. Comparison of the Clinical and Functional Outcomes After the Inside-Out TVT-O Procedure With or Without Concomitant Transvaginal Gynaecological Surgery. J Minim Invasive Gynecol. 2015 Nov 1; 22(6): S245

Kim D and H Jang. Randomized control study of MONARC® VS. tension-free vaginal tape obturator (TVT-O®) in the treatment of female urinary incontinence in: comparison of medium term cure rate." Int Urogynecol J 2010; 21(Suppl 1): S319-S320. [Meeting Abstract]

Kim JJ, YS Lee, JT Seo, TG Kwon, YK Park, JZ Lee, SW Kim, JY Lee, JC Kim, MS Choo, SK Yang and KS Lee. Comparison of the Efficacy of TVT and TVT-O on the Overactive Bladder Symptoms in Women with Stress Urinary Incontinence. J Urol 2009; 181(4, Suppl. S): 560. [Meeting Abstract]

King A, Rapp D. Effect of Mid-urethral Sling Placement on Urgency and Urge Incontinence. MA AUA 68th Annual Meeting Abstracts (2010). (https://www.maaua.org/previous-meetings/)

King A, Rapp D. Sexual function following TVT-O placement: minimum 12 month follow up.  J Urol 2012; 187(Supp 4S):e625. [AUA Abstract 1545]

Kirkpatrick G, et al. Transvaginal mesh placement and the instructions for use: A survery of North American urologists. Urology Practice 2019; 6: 135-139.

Kizilkaya BN, et al. The effect of transobturator vaginal tape (TVT-O) operation on sexual function. Eur Urol Suppl 2010; 9(6): 568. [Abstract S39]

Klosterhalfen, Junge, Hermanns, Klinge. Influence of implantation interval on the long-term biocompatibility of surgical mesh. Br J Surg 2002; 89: 1043-1048.

Kobashi K, et al. Management of Vaginal Erosion of Polypropylene Mesh Slings. J Urol. 2003 Jun; 169(6): 2242-3.

Kobashi K, et al. Surgical Treatment of Female Stress Urinary Incontinence: AUA/SUFU Guideline. AUA/SUFU 2017; 1-33.

Kociszewski J, et al. Are complications of stress urinary incontinence surgery procedures associated with the position of the sling Int J Urol. 2017 Feb; 24(2): 145-150

Kocjancic E, E Costantini, B Frea, S Crivellaro, G Degiorgi, L Tosco and M Porena. Tension free vaginal tape vs. Trans obturator tape: Is there any difference in the mixed incontinence patients? Results of a multicentre randomised trial. Eur Urol Suppl 2008; 7(3): 123.

Koelbl H, et al. Transurethral penetration of a tension-free vaginal tape. BJOG 2001; 108: 763-765

Koh JS et al. Comparison of secondary procedures for recurrent stress urinary incontinence after a transobturator tape procedure: shortening of the tape versus tension-free vaginal tape redo. Korean J Urol. 2007 Nov 1; 48(11): 1149-54

Kohli N, et al. Mesh erosion after abdominal sacrocolpopexy. Obstet Gynecol 1998; 92: 999-1004

Kokanali M. Risk factors for mesh erosion after vaginal sling procedures for urinary incontinence. Eur J Obstet Gynecol (2014); http://dx.doi.org/10.1016/j.ejogrb.2014.03.039

Kozal S, et al. [1-64 mo fu, mean 24.8] [Abs MP12-05] Transvaginal repair of genital prolapse with Prolift system: Morbidity and anatomic outcomes after 6 years of use: A Multicentric study. Urology 2011; 78(Suppl 3A): S117.

Kozal S, et al. Morbidity and functional mid-term outcomes using Prolift pelvic floor repair systems. Can Urol Assoc J 2014; 8(9-10): e605-9.

Krause H. Biocompatible properties of surgical mesh using an animal model. Aust N Z J Obstet Gynaecol (2006) 46: 42-45.  DOI: 10.1111/j.1479-828X.2006.00513.x

Krcmar M, et al. Long-term Results of Mesh Trocar-Guided Surgery in Reconstruction of Pelvic Organ Prolpase. Int Urogynecol J (2011); 22(Suppl 1): S27-S28.

Charles Hanes Materials List

**Medical Literature**

Krcmar M, L Krofta, M Otcenasek, E Kasikova and J Feyereisl. Comparing tension-free vaginal tape and transobturator vaginal tape inside-out for surgical treatment of stress urinary incontinence: Prospective randomized trial, 1-year follow-up. Int Urogynecol J 2009; 20(Suppl. 2): S75. [Meeting Abstract]

Krofta L, J Feyereisl, M Otcenasek, P Velebil, E Kasikova and M Krcmar. TVT and TVT-O for surgical treatment of primary stress urinary incontinence: prospective randomized trial. Int Urogynecol J 2010; 21(2): 141-8.

Krofta, et al. [IUGA Presentation 116] Pelvic organ prolapse surgery with non-anchored mesh implants and vaginal support device in women with moderate symptomatic prolapse: prospective study. Int Urogynecol J (2011); 22(Suppl 1): S115-S116.

Kunin C. Urinary Tract Infections in Females. CID (1994); 18(1): 1-12

Kurien A, Narang S, Han HC. Tension-free vaginal tape-Abbrevo procedure for female stress urinary incontinence: a prospective analysis over 22 months. Singapore Med J. 2017 Jun; 58(6): 338-342

Kurien A, Narang S, Han HC. TVT Abbrevo Prospective analysis over 22 months in a tertiary care hospital. Br J Obstet Gynecol. 2014 Jan; 121(2): 235-236 EP13.17

Kurkijarvi K, et al. Reoperations for Female Stress Urinary Incontinence: A Finnish National Register Study. Eur Urol Focus (2017); http://dx.doi.org/10.1016/j.euf.2017.05.005

Kurkijärvi K, et al. Reoperations for Female Stress Urinary Incontinence: A Finnish National Register Study. Eur Urol Focus 2017; 333: 1-6

Kuuva N, Nilsson CG. A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. Acta Obstet Gynecol Scand 2002; 81: 72-7

Kuuva N, et al. Long-term results of the tension-free vaginal tape operation in an unselected group of 129 stress incontinent women. Acta Obstet Gynecol Scand 2006; 85(4): 482-487. doi:10.1080/00016340600604989

Lane FE. Repair of posthysterectomy vaginal-vault prolapse. Obstet Gynecol. 1962 Jul; 20: 72-7.

Laterza R, et al. Influence of age, BMI and parity on the success rate of midurethral slings for stress urinary incontinence. PLoS ONE (2018) 13(8): e0201167. https://doi.org/10.1371/journal.pone.0201167

Latthe P. WHO systematic review of chronic pelvic pain: a neglected reproductive health morbidity. MBC Public Health (2006) 6:177, 1-7

Latthe PM, Singh P, Foon R, Toozs-Hobson P. Two routes of transobturator tape procedures in stress urinary incontinence: a meta-analysis with direct and indirect comparison of randomized trials. BJU Int. 2010 Jul; 106(1): 68-76

Latthe P, et al. Transobturator and retropubic tape procedures in stress urinary incontinence: a systematic review and meta-analysis of effectiveness and complications. BJOG (2007); 114(5): 522-531. doi:10.1111/j.1471-0528.2007.01268.x

Lau HH, et al. Short-term impact of tension-free vaginal tape obturator procedure on sexual function in women with stress urinary incontinence. J Sex Med 2010 Apr; 7(4 pt 1): 1578-84

Laumann E. Sexual dysfunction in the United States, prevalence and predictors. JAMA (1999); 281(6): 537-544

Laurikainen E, A Valpas, A Kivela, T Kalliola, K Rinne, T Takala and CG Nilsson. Retropubic compared with transobturator tape placement in treatment of urinary incontinence: a randomized controlled trial. Obstet Gynecol 2007; 109(1): 4-11.

Laurikainen E, et al. Five-year Results of a Randomized Trial Comparing Retropubic and Transobturator Midurethral Slings for Stress Incontinence. Eur Urol (2014). doi:10.1016/j.eururo.2014.01.031

**Charles Hanes Materials List**

Medical Literature

| |
|---|
| Laurikainen, Nilsson. Retropubic TVT compared with transobturator TVT (TVT-O) in treatment of stress urinary incontinence: five-year results of a randomized trial. (2011) |
| Law TS, et al. Efficacy and outcomes of transobturator tension-free vaginal tape with or without concomitant pelvic floor repair surgery for urinary stress incontinence: five-year follow-up. Hong Kong Med J. 2015 Aug; 21(4): 333-8. doi:10.12809/hkmj144397 |
| Lee BH. Changes in Sexual Function after Mid-Urethral Tape Sling Operations for Stress Urinary Incontinence in Korean Women. Korean J Urol, 2009 Sep 1; 50(9): 908-15 |
| Lee J, et al. Long-Term Outcome of the Tension-Free Vaginal Tape Procedure in Female Urinary Incontinence: A 6-Year Follow-Up. Korean J Urol (2010) 51: 409-415. |
| Lee J, et al. Persistence of urgency and urge urinary incontinence in women with mixed urinary symptoms after midurethral slings: A multivariate analysis. Brit J Obstet Gyn 2011; 118: 798-805 |
| Lee K-S, Deok HH, Yang SC, Seung HY, Seung HS, Chin KD, Choo M-S. A Prospective Trial Comparing Tension-Free Vaginal Tape and Transobturator Vaginal Tape Inside-Out for the Surgical Treatment of Female Stress Urinary Incontinence: 1-Year Followup. J Urol 2007; 177(1): 214-8. |
| Lee KS, MS Choo, YS Lee, JY Han, JY Kim, BJ Jung and DH Han. Prospective comparison of the 'inside-out' and 'outside-in' transobturator-tape procedures for the treatment of female stress urinary incontinence. Int Urogynecol J 2008; 19(4): 577-82. |
| Lemack G, Zimmern P. Sexual Function after vaginal surgery for stress incontinence: results of a mailed questionnaire. Urology 2000; 56: 223-227. |
| Lensen EJM, et al. Comparison of two trocar-guided trans-vaginal mesh systems for repair of pelvic organ prolapse: a retrospective cohort study. Int Urogynecol J (2013). |
| Levin I, et al. Surgical Complications and Medium-Term Outcome Results of Tension-Free Vaginal Tape: A Prospective Study of 313 Consecutive Patients. Neurourol Urodyn 2004; 23: 7-9 |
| Levine KB, et al. Vulvovaginal atrophy is strongly associated with female sexual dysfunction among sexually active postmenopausal women. Menopause 2008; 15(4 Pt 1): 661-666 |
| Li WL, Lu ZW, Li FP, Yu HY. A comparative study on treating female stress urinary incontinence with TVT-Abbrevo and TVT-Obturator. Zhonghua Yi Xue Za Zhi. 2016 Jul 26; 96(28): 2238-40 |
| Li B, et al. Long-term Outcomes of the Tension-Free Vaginal Tape Procedure for Female Stress Urinary Incontinence: 7-Year Follow-up in China. J Minim Invas Gynecol (2012); 19(2): 201-205. doi:10.1016/j.jmig.2011.12.003 |
| Liao SC, et al. Changes in female sexual function after vaginal mesh repairs versus native tissue repair for pelvic organ prolapse: a meta-analysis of randomized controlled trials. J Sex Med 2019: 1-7. |
| Liapis A, et al. The use of the pessary test in preoperative assessment of women with severe genital prolapse. Eur J Obstet Gyn Reprod Biol 2011; 155: 110-113 |
| Liapis A, P Bakas and G Creatsas. Monarc vs TVT-O for the treatment of primary stress incontinence: a randomized study. Int Urogynecol J 2008; 19(2): 185-90. |
| Liapis A, P Bakas, M Giner and G Creatsas. Tension-free vaginal tape versus tension-free vaginal tape obturator in women with stress urinary incontinence. Gynecol Obstet Invest 2006; 62(3): 160-4. |
| Liapis A, et al. Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow up. Eur J Obstet Gynecol Reprod Biol (2010); 148(2): 199-201. doi:10.1016/j.ejogrb.2009.11.004 |
| Liapis A, et al. Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7-year follow-up. Int Urogynecol J (2008); 19(11): 1509-1512. doi:10.1007/s00192-008-0664-1 |
| Lin L, et al. Dyspareunia and chronic pelvic pain after polypropylene mesh augmentation for transvaginal repair of anterior vaginal wall prolapse. Int Urogynecol J (2007) 18: 675-678. |

**Charles Hanes Materials List**

Medical Literature

| |
|---|
| Lingam D, et al. Transobturator "Inside-to-out" suburethral sling procedure for the treatment of stress urinary incontinence-a novel approach. (2005) ICS Abstract 648 (https://www.ics.org/2005/abstract/648) |
| Liu PE, et al. Outcome of tension-free obturator tape procedures in obese and overweight women. Int Urogynecol J 2011; 22: 259-263 |
| Ljuca D, et al. Clinical effectiveness of the TVT-O method in comparison to vaginoplastics in the treatment of stress urinary incontinence. Health Med 2011; 5(5): 1322-27 |
| Lleberia J, et al. Surgical treatment of mixed urinary incontinence: effect of anterior colpoplasty. Int Urogynecol J 2011; 22: 1025-1030 |
| Lo T-S, et al. Ultrasound Assessment of Mid-Urethra Tape at Three-Year Follow-Up After Tension-Free Vaginal Tape Procedure. Urology. 2004 Apr; 63(4): 672-5 |
| Lo TS, Wang AC. Abdominal colposacropexy and sacrospinous ligament suspension for severe uterovaginal prolapse: a comparison. J Gynecol Surg 1998; 14: 59-64. |
| Lo, et al. [Pop 97, mean 52 mo fu] A 52-month follow-up on the transvaginal mesh surgery in vaginal cuff eversion. Taiwan J Obstet Gynecol 56 (2017) 346-352. |
| Loffeld C, et al. [P39, mean 45 mos] Laparoscopic sacrocolpopexy: A comparison of Prolene and Tutoplast mesh. Acta Obstet Gynecol 2009; 88: 826-830. |
| Long Cheng-Yu, et al. Clinical and ultrasonographic comparison of tension-free vaginal tape and transobturator tape procedure for the treatment of stress urinary incontinence. J Minim Invasive Gynecol, 2008 Jul 1; 15(4): 425-30 |
| Long Cheng-Yu, et al. Ultrasonographic assessment of tape location following tension-free vaginal tape and transobturator tape procedure. Acta Obstet Gynecol 2008; 87: 116-121 |
| Lowenstein L, Dooley Y, Kenton K, Mueller E, Brubaker L. Neural pain after uterosacral ligament vaginal suspension. Int Urogynecol J Pelvic Floor Dysfunct, 2007 Jan; 18(1): 109-10. |
| Lowenstein L, et al. Effect of midurethral sling on vaginal sensation. J Sex Med. 2016 Mar; 13(3): 389-92 |
| Lower AM, et al. Adhesion-related readmissions following gynaecological laparoscopy or laparotomy in Scotland: an epidemiological study of 24,046 patients. Human Reprod. 2004; 19(8): 1877-1885 |
| Lower AM, et al. Surgical and Clinical Research (SCAR) Group. Adhesion-related readmissions following gynaecological laparoscopy or laparotomy in Scotland: an epidemiological study of 24,046 patients. Hum Reprod 2004; 19: 1877-85 |
| Lowman J. Tobacco use is a risk factor for mesh erosion after abdominal sacral colpoperineopexy. AJOG (2008) 198: 561.e1-561.e4. |
| Lowman, Hale, et al. Does the Prolift system cause dyspareunia? Am J Obstet Gynecol 2008; 199: 707.e1-707.e6. |
| Lowson D. An Operation for Elevation of the Female Bladder in Prolapse or Cystocele. Br Med J 1898: 2: 232-4. |
| Lucente V, Hale D, Miller D, Madigan J. Pelvic Organ Prolapse. 2004 Gynemesh PS Study Poster - AUGS 2004 San Diego |
| Lucente V. [Poster 55] A Clinical Assessment of GYNEMESH PS for the Repair of Pelvic organ prolapse. J Female Pelv Med Reconstr Surg 2004; 10: S35 |
| Lucente, Hale, et al. [Gynemesh PS Poster AUGS] A Clinical Assessment of Gynemesh PS for the Repair of Pelvic organ Prolapse (POP). J Pelvic Med Surg 2004; 10(Suppl 1): S35-S40. |
| Luck AM, et al. Suture erosion and wound dehiscence with permanent versus absorbable suture in reconstructive posterior vaginal surgery. Am J Obstet Gynecol 2005; 192: 1626-1629. |

**Charles Hanes Materials List**

Medical Literature

| |
|---|
| Lukacz ES, et al. The effects of the tension-free vaginal tape on proximal urethral position: a prospective, longitudinal evaluation. Int Urogynecol J 2003; 14: 179-84 |
| Luo D, et al. Different sling procedures for stress urinary incontinence: a lesson from 453 patients. Kaohsiung J Med Sci. 2014 Mar; 30(3): 139-45 |
| Luo DY, et al. [P175, med 8 yr fu] Long term (8-year) Follow-up of Transvaginal Anatomical Implant of Mesh in Pelvic organ prolapse. Sci Rep. 2018 Feb 12; 8: 2829.e1-e7; DOI: 10.1038/s41598-018-21090-w. |
| Maaita M, et al. Sexual function after using tension-free vaginal tape for the surgical treatment of genuine stress incontinence. BJU Int (2002) 90: 540-543. |
| Madhuvrata P, et al. Systematic review and meta-analysis of "inside-out" versus "outside-in" transobturator tapes in management of stress urinary incontinence in women. Eur J Obstet Gynecol Reprod Biol (2012); 162(1): 1-10. doi:10.1016/j.ejogrb.2012.01.004 |
| Maher C, Baessler K, Glazener CMA, Adams EJ, Hagen S. (Cochrane Review) Surgical management of pelvic organ prolapse in women (Review). The Cochrane Library 2004, Issue 4. |
| Maher C, et al. (Cochrane Rev - Full 141 pp) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Library 2016, Issue 2. |
| Maher C, et al. (Cochrane Rev - Summary) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Library 2016, Issue 2. Art. No.: CD012079 |
| Maher C, et al. [Cochrane Review, Full 153pp] Surgery for women with anterior compartment prolapse. Cochrane Database of Systematic Reviews 2016, Issue 11. Art. No.: CD004014. DOI: 10.1002/14651858.CD004014.pub6. |
| Maher C, et al. [Cochrane Review, Full 195pp] Surgery for women with apical vaginal prolapse. Cochrane Database of Systematic Reviews 2016, Issue 10. Art. No.: CD012376. DOI: 10.1002/14651858.CD012376. |
| Maher C, et al. Abdominal sacral colpopexy or vaginal sacrospinous colpopexy for vaginal vault prolapse: A prospective randomized study. Am J Obstet Gynecol 2004; 190: 20-26. |
| Maher C, et al. Surgical Management of Pelvic Organ Prolapse in Women: A Short Version Cochrane Review. Neurourol Urodyn 2008; 27: 3-12. |
| Maher C, Feiner B, Baessler K, Schmid C. [Cochrane Review] Surgical management of pelvic organ prolapse in women (Review). The Cochrane Library 2013, Issue 4. |
| Maher C. Anterior vaginal compartment surgery. Int Urogynecol J (2013) 24: 1791-1802. |
| Maher CM, Feiner B, Baessler K, Glazener CMA. [IUJ] Surgical management of pelvic organ prolapse in women: the updated summary version Cochrane review. Int Urogynecol J (2011) 22: 1445-1457. |
| Mainprize TC, Drutz HP. The Marshall-Marchetti-Krantz procedure: a critical review. Obstet Gynecol Surv. 1988 Dec; 43(12): 724-9 |
| Malinowski, et al. [IUGA Presentation 472] Initial experience with Gynecare Prosima pelvic floor repair system. Int Urogynecol J (2011); 22(Suppl 3): S1974-S1975. |
| Martinez Franco E, Amat Tardiu L. Contasure-Needleless single incision sling compared with transobturator TVT-O ® for the treatment of stress urinary incontinence: long-term results. Int Urogynecol J, 2015 Feb; 26(2): 213-8. Published online July 17, 2014 |
| Masata J, et al. [ICS Abs 6] Is the fixation of single incision tape (TVT-S) as good as a transobturator tape (TVT-O)? An ultrasound study, results from randomized trial. (2012) |
| Masata J, et al. [IUGA Abs OP 108] Randomized Prospective trial of a Comparison of the Efficacy of TVT-O and TVT Secur System in the Treatment of Stress Urinary Incontinent Women: Long-Term Results with a Minimum of Five Years Follow-Up. Int Urogynecol J (2015); 26(Suppl 1): S137-S138. |

**Charles Hanes Materials List**

**Medical Literature**

| |
|---|
| Masata J, et al. [IUGA Abs OP 108] Randomized prospective trial of a comparison of the efficacy of TVT-O and TVT Secur System in the treatment of stress urinary incontinent women: long-term results with a minimum of five years follow-up. Int Urogynecol J 2015; 26(Suppl 1): S137-138 |
| Masata J, et al. Comparison of the efficacy of tension-free vaginal tape obturator (TVT-O) and single-incision tension-free vaginal tape (Ajust) in the treatment of female stress urinary incontinence. Int Urogynecol J, 2016 Oct; 27(10): 1497-505 |
| Masata J, et al. Randomized trial to compare the efficacy of TVT-O and single incision tape AJUST in the treatment of stress urinary incontinent women - two year follow-up. Neurourol Urodyn 2015; 34(Suppl 3): S418-S420 |
| Masata J, K Svabik, P Drahoradova, P Hubka, K Zvara, R El-Haddad and A Martan. Randomized prospective trial of a comparison of the efficacy of TVT-O and TVT secur system in the treatment of stress urinary incontinent women - Comparison of the long- and short-term results. Neurourol Urodyn 2011; 30(6): 805-806. [Meeting Abstract] |
| Masata J, Svabik K, Zvara K, Drahoradova P, El Haddad R, Hubka P, Martan A. Randomized trial of a comparison of the efficacy of TVT-O and single-incision tape TVT SECUR systems in the treatment of stress urinary incontinent women-2-year follow-up. Int Urogynecol J 2012; 23(10): 1403-1412 |
| Masata J, Svabik K. A comparison of the incidence of early postoperative infections between patients using synthetic mesh and those undergoing traditional pelvic reconstructive surgical procedures. Prague Med Rep 2013; 114(2): 81-91 |
| Masata. Randomized trial comparing the safety and peri-operative complications of transobturator introduced tension-free vaginal tape (TVT-O) and single-incision tape with ajustable length and anchoring mechanism (AJUST): Three month results. (2013) |
| Maslow K, Gupta C, Klippenstein P, Girouard L. Randomized clinical trial comparing TVT Secur system and trans vaginal obturator tape for the surgical management of stress urinary incontinence. Int Urogynecol J, 2014 Jul; 25(7): 909-14. Published online Jan 23, 2014 |
| Mathias S. Chronic pelvic pain: prevalence, health-related quality of life, and economic correlates. Obstet Gynecol (1996); 87(3): 321-327 |
| Mazouni C, et al. Urinary complications and sexual function after the tension-free vaginal tape procedure. Acta Obstet Gynecol Scand 2004; 83: 955-961 |
| Mazzilli R. Sexual dysfunction in diabetic women: prevalence and differences in type 1 and type 2 diabetes mellitus. DMS&O:Targets and Therapy (2015) 8: 97-101 |
| McCracken GR, et al. Five-Year Follow-Up Comparing Tension-Free Vaginal Tape and Colposuspension. Ulster Med J (2007); 76(3): 146-149. |
| McGuire E and Lytton B. Pubovaginal sling procedure for stress incontinence. J Urol 1978; 119: 82-84. |
| McKenna JB, Parkin K, Cheng Y, Moore KH.  Objective efficacy of the tension-free vaginal tape in obese/morbidly obese women versus non-obese women, at median five year follow up. Aust N Z J Obstet Gynaecol. 2016 Dec; 56(6): 628-632. |
| Meana M. [Ch. 11] Painful Intercourse: Genito-pelvic pain/penetration disorder. Hertlein's Systemic Sex Therapy, Second Edition (2009) 191-209. |
| Melendez Munoz J, Braverman M, Rosamilia A, Young N, Leitch A, Lee J. MiniArc vs TVT Abbrevo Midurethral Sling in Women with Stress Urinary Incontinence – an RCT – 6 and 12 month follow up. 2017; ICS Abs 718 https://www.ics.org/2017/abstract/718 |
| Meschia M,  Pifarotti, P; Bernasconi, F; Baccichet, R; Magatti, F; Cortese, P; Caria, M; Bertozzi, R. Multicenter randomized trial of tension-free vaginal tape (TVT) and trans obturator in-out technique (TVT-O). Int Urogynecol J 2006; 17(Suppl 2): S92-S93 |

**Medical Literature**

Meschia M, Pifarotti P; Bernasconi F; Baccichet R; Magatti F; Cortese P; Caria M; Bertozzi R. Tension-free vaginal tape (TVT) and transobturator inout technique (TVT-O) for primary stress urinary incontinence: One-year results of a multi-center randomized trial. Urodinamica, 2007 June; 17(2): 120-121

Meschia M, R Bertozzi, P Pifarotti, R Baccichet, F Bernasconi, E Guercio, F Magatti and G Minini. Peri-operative morbidity and early results of a randomised trial comparing TVT and TVT-O. Int Urogynecol J 2007; 18(11): 1257-61.

Meyer I, et al. Synthetic Graft Augmentation in Vaginal Prolapse Surgery: Long-Term Objective and Subjective Outcomes. J Minim Invasive Gynecol. 2016 May-Jun; 23(4): 614-21

Meyer S, et al. A Comparative Study of Transvaginal Tape, Transobturator Tape Outside-in, and Transvaginal Tape-obturator Inside-out Surgical Procedures in the Treatment of Stress Urinary Incontinence. Fem Pelv Med Reconstr Surg, 2008 May 1; 14(3): 173-7

Migliari R. Tension-Free Vaginal Mesh Repair for Anterior Vaginal Wall Prolapse. Eur Urol 2000; 38: 151-151

Milanesi M, et al. Impact of preoperative patient' characteristics and flow rate of failure, early complications and voiding dysfunction after transobturator. Neurourol Urodyn 2017; 36(Supp 2): S82. [IUDS Abstract 49]

Milani AL, et al. Outcomes and predictors of failure of trocar-guided vaginal mesh surgery for pelvic organ prolapse. Am J Obstet Gynecol 2012; 206: 440.e1-8.

Miller D, et al. Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse - 5-year results. Female Pelvic Med Reconstr Surg. 2011 May; 17(3): 139-43

Millin T. The Ureter the Gynaecologist and the Urologist. Proc R Soc Med. 1949; 42: 37-46.

Minkin M. Postmenopausal vaginal atrophy:evaluation of treatment with local estrogen therapy. IJWH (2013) 6: 281-288

Moalli P. Tensile properties of five commonly used mid-urethral slings relative to the TVT. Int Urogynecol J (2008) 16: 655-663. DOI 10.1007/s00192 007 0499 1

Moir JC. The gauze-hammock operation. (A modified Aldridge sling procedure). J Obstet Gynaecol Br Commonwlth 1968; 75: 1-9

Montera R, et al. Anterior colporrhaphy plus inside-out tension-free vaginal tape for associated stress urinary incontinence and cystocele: 10-year follow up results. Neurourol Urodyn 2017; 1-8; doi:10.1002/nau.23439

Montera R, et al. Anterior colporrhaphy plus inside-out tension-free vaginal tape for associated stress urinary incontinence and cystocele: 10-year follow up results. Neurourol Urodyn. 2018 Mar; 37(3): 1144-1151.

Montoya TI, et al. Sensory neuropathy following suspension of the vaginal apex to the proximal uterosacral ligaments. Int Urogynecol J 2012; 23: 1735-1740.

Moore J, et al. The use of tantalum mesh in cystocele with critical report of ten cases. Am J Obstet Gynecol 1955; 69: 1127-35

Moore RD, Miklos JR. Vaginal mesh kits for pelvic organ prolapse, Friend or Foe: A comprehensive review. Sci World J (2009) 9: 163-189.

Morgan JE. A sling operation, using Marlex polypropylene mesh, for treatment of recurrent stress incontinence. Am J Obstet Gynec 1970; 106(3): 369-377

Mostafa A, Agur W, Abdel-All M, Guerrero K, Lim C, Allam M, Youself M, N'Dow J, Abdel-Fattah M. Multicenter Prospective Randomized Study of Single-incision Mini-sling versus Tension-free Vaginal Tape-Obturator in management of female stress urinary incontinence. A minimum of 1-year follow-up. Urology (2013).

**Charles Hanes Materials List**

Medical Literature

| |
|---|
| Mostafa A, Agur W, Abdel-All M, Guerrero K, Lim, C, Allam N, Yousef M, N'Dow J, Abdel-fattah M. A multicentre prospective randomised study of single-incision mini-sling (Ajust) versus tension-free vaginal tape-obturator (TVT-O) in the management of female stress urinary incontinence: pain profile and short-term outcomes. Eur J Obstet Gynecol Reprod Biol 2012; 165: 115-121. |
| Mostafa A, et al. Multicentre prospective randomised study of single-incision mid-urethral sling (SIMS- Ajust©) versus tension-free vaginal tape-obturator (TVT-OTM) in management of female stress urinary incontinence (SUI) : A minimum of one year follow-up. (2012) |
| Mostafa A, P Madhuvrata and M Abdel-Fattah. Preoperative urodynamic predictors of short-term voiding dysfunction following a transobturator tension-free vaginal tape procedure. Int J Gynecol Obstet 2011; 115(1): 49-52. |
| Mostafa A, W Agur, M Abdel-All, K Guerrero, M Allam, C Lim, M Yousef and M Abdel-Fattah. A multicentre randomised trial of single-incision mini-sling (Ajust) and tension-free vaginal tape-obturator (TVT-OTM) in management of female stress urinary incontinence. Neurourol Urodyn 2011; 30(6): 806-808. [Meeting Abstract] |
| Mueller E, et al. Randomized trial of urethral length measurement and retropubic TVT position. Neurourol Urodyn 2017; 36(Supp 1): S57-S58. [SUFU Abstract NM37] |
| Mueller, Kenton, et al. Outcomes in 450 women after minimally invasive abdominal sacrocolopexy for Pelvic Organ Prolapse. Female Pelvic Med Reconstr Surg 2016; 22: 267-271. |
| Munu I, et al. The early GVH experience with Surgisis biograft for pelvic organ prolapse repair. Brit J Obstet Gyn 2015; 122: 337-338 |
| Murphy M, Holzberg A, van Raalte H, Kohli N, Goldman HB, Lucente V; Pelvic Surgeons Network. Time to rethink: an evidence-based response from pelvic surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse". Int Urogynecol J. 2012 Jan; 23(1): 5-9. |
| Myers DL. Bariatric Surgery and Urinary Incontinence. JAMA Intern Med. 2015 Aug; 175(8): 1387-8 |
| Nazemi T. Complications of grafts used in female pelvic floor reconstruction: Mesh erosion and extrusion. Indian J Urol 2007; 23(2): 153-160. |
| Neuman M, et al.  A short-term follow-up comparison of two trans-obturator tape procedures. Gynecol Surg, 2007 Sep 1; 4(3): 175-8 |
| Neuman M, et al. Anterior needle guided mesh in advanced pelvic organ prolapse: apical fixation on sacrospinous ligaments. Eur J Obstet Gynecol Reprod Biol. 2014 Jan; 172: 120-3 |
| Neuman M, et al. Comparison of two inside-out transobturator suburethral sling techniques for stress incontinence: early postoperative thigh pain and 3-year outcomes. Int J Urol 2012; 19: 1103-1107 |
| Neuman M, et al. Transobturator vs single-incision suburethral mini-slings for treatment of female stress urinary incontinence. Early postoperative pain and 3-year followup. J Minim Invasive Gynecol 2011; 18: 769-773 |
| Neuman M. Tension-free vaginal tape obturator: midterm data on an operative procedure for the cure of female stress urinary incontinence performed on 100 patients. J Minim Invasive Gynecol, 2008 Jan 1; 15(1): 92-6 |
| Neuman M. The TVT procedure as Second-line Anti-Incontinence Surgery for TVT-Obturator Failure Patients. J Pelvic Med Surg 2006; 12(3): 161-163 |
| Nguyen J, et al. Reoperations after incontinence and prolapse surgeries using prosthetic implants. Obstet Gynecol 2012; 119: 539-546. |
| Nguyen J. Perioperative complications and reoperations after incontinence and prolapse surgeries using prosthetic implants. Obstet Gynecol. 2012 Mar; 119(3): 539-46. doi: 10.1097/AOG.0b013e3182479283 |

**Charles Hanes Materials List**

Medical Literature

Nicita G. A new operation for genitourinary prolapse. J Urol 1998; 160: 741-45

Nilsson CG, et al. Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J. 2013 Aug; 24(8): 1265-9; doi:10.1007/s00192-013-2090-2.

Nilsson CG, et al. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J (2008); 19(8): 1043-1047. doi:10.1007/s00192-008-0666-z

Nilsson CG, et al. Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence. Obstet Gynecol (2004); 104(6): 1259-1262. doi:10.1097/01.aog.0000146639.62563.e5

Novara G, Artibani W, Barber MD, Chapple CR, Costantini E, Ficarra V, Hilton P, Nilsson CG, Waltregny D. Updated systematic review and meta-analysis of the comparative data on colposuspensions, pubovaginal slings, and midurethral tapes in the surgical treatment of female stress urinary incontinence. Eur Urol. 2010 Aug; 58(2): 218-38. doi:10.1016/j.eururo.2010.04.022

Novara G, et al. Complication Rates of Tension-Free Midurethral Slings in the Treatment of Female Stress Urinary Incontinence: A Systematic Review and Meta-Analysis of Randomized Controlled Trials Comparing Tension-Free Midurethral Tapes to Other Surgical Procedures and Different Devices. Eur Urol (2008); 53(2): 288-309. doi:10.1016/j.eururo.2007.10.073

Nygaard I, Barber MD, Burgio KL, Kenton K, Meikle S, Schaffer J, Spino C, Whitehead WE, Wu J, Brody DJ. Pelvic Floor Disorders Network. Prevalence of Symptomatic Pelvic Floor Disorders in US Women. JAMA. 2008 Sep 17; 300(11): 1311-6.

Nygaard IE, et al. Abdominal sacrocolpopexy: a comprehensive review. Obstet Gynecol 2004; 104: 805-823.

Nygaard, et al. Long-term Outcomes Following Abdominal Sacrocolpopexy for Pelvic Organ Prolapse. JAMA 2013; 309(19): 2016-2024.

O'Boyle CJ, O'Sullivan OE, Shabana H, Boyce M, O'Reilly BA. The Effect of Bariatric Surgery on Urinary Incontinence in Women. Obes Surg. 2016 Jul; 26(7): 1471-8.

Ogah J, Cody J D, et al. SUMARY Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women. The Cochrane Collaboration (2009).

Ogah J, Cody JD, et al. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women. The Cochrane Collaboration (2009); doi:10.1002/14651858.cd006375.pub2

Ogah J, Cody JD, Rogerson L. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women. Cochrane Review 2009, Issue 4: 1-198.

Ogah JA. Retropubic or transobturator mid-urethral slings for intrinsic sphincter deficiency-related stress urinary incontinence in women: a systematic review and meta-analysis. Int Urogynecol J 2016; 27: 19-28

Ogah J, et al. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women: A short version Cochrane review. Neurourol Urodyn (2011); 30(3): 284-291. doi:10.1002/nau.20980

Ohno MS, Richardson ML, Sokol ER. Abdominal sacral colpopexy versus sacrospinous ligament fixation: a cost-effectiveness analysis. Int Urogynecol J 2016; 27(2): 233-7.

Oliveira Ld, M Girão, M Sartori, R Castro and E Fonseca. Comparison of retro pubic TVT, pre pubic TVT and TVT transobturator in surgical treatment of women with stress urinary incontinence. Int Urogynecol J 2007; 18(Suppl. 1): S180-S181. [Meeting Abstract]

Oliveira R, F Botelho, P Silva, A Resende, C Silva, P Dinis and F Cruz. Exploratory study assessing efficacy and complications of TVT-O, TVT-Secur, and Mini-Arc: results at 12-month follow-up. Eur Urol 2011; 59(6): 940-4.

**Charles Hanes Materials List**

**Medical Literature**

Olivera L, et al. A retrospective study comparing outcome and complications of two minimally invasive surgical treatment for female stress. Neurourol Urodyn 2017; 36(Supp 2): S78-S79. [IUDS Abstract 67]

Olsson I, et al. Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence. Int Urogynecol J (2010); 21(6): 679-683. doi:10.1007/s00192-009-1083-7

O'Rourke PJ. Sling Techniques in the Treatment of Genuine Stress Incontinence. BJOG 2000; 107(2): 147-156.

Osborn DJ, Strain M, Gomelsky A, Rothschild J, Dmochowski R.  Obesity and Female Stress Urinary Incontinence. Urology. 2013 Oct; 82(4): 759-63.

Oskay, et al. A study on urogenital complaints of postmenopausal women aged 50 and over. Acta Obstet Gynecol Scand  2005; 84: 72

O'Sullivan DC, Chilton CP, Munson KW. Should Stamey colposuspenion be our primary surgery for stress incontinence? Br J Urol. 1995 Apr; 75(4): 457-60.

O'Sullivan, Matthews, O'Reilly. Sacrocolpopexy: is there a consistent surgical technique? Int Urogynecol J (2016) 27: 747-750.

Padilla-Fernandez B, et al. Results of the surgical correction of urinary stress incontinence according to the type of transobturator tape utilized. Arch Ital Urol Androl. 2013 Sep 26; 85(3): 149-53

Palma F, et al. Vaginal atrophy of women in postmenopause. Results from a multicentric observational study: The AGATA study. Maturitas 2016; 83: 40-4.

Palmas AMS, et al. PDE-5 inhibitors and clitoral blood flow after tension free vaginal tape-obturator. EAU Abstract. (http://www.uroweb.org/events/abstracts-online/?id=108&no_cache=1&AID=30690)

Palmas AMS, et al. PDE-5 inhibitors and clitoral blood flow after tension free vaginal tape-obturator. Eur Urol Supp 2011; 10(2): 44. EAU Abstract 51

Palva K, K Rinne, P Aukee, A Kivela, E Laurikainen, T Takala, A Valpas and CG Nilsson. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results. Int Urogynecol J 2010; 21(9): 1049-55.

Pan, et al. A systematic review and meta-analysis of conventional laparoscopic sacrocolpopexy versus robot-assisted laparoscopic sacrocolpopexy. Int J Gynecol Obstet 132 (2016) 284-291.

Pandit L. Postmenopausal vaginal atrophy and atrophic vaginitis. Am J Med Sci (1997); 314(4): 228-231

Paraiso M, et al. Rectocele repair: A randomized trial of three surgical techniques including graft augmentation. Am J Obstet Gynecol 2006; 195: 1762-71.

Paraiso MF, et al. Pelvic support defects and visceral and sexual function in women treated with sacrospinous ligament suspension and pelvic reconstruction. Am J Obstet Gynecol. 1996; 175: 1423-30

Paraiso MF, Walters MD, Karram MM, Barber MD. Laparoscopic Burch colposuspension versus tension-free vaginal tape: a randomized trial. Obstet Gynecol. 2004 Dec; 104(6): 1249-58

Paraiso MF, Walters MD, Rackley RR, Melek S, Hugney C. Laparoscopic and abdominal sacral colpopexies: a comparative cohort study. Am J Obstet Gynecol 2005; 192: 1752-1758.

Pardo J, et al. Lower tract urinary injuries associated to mid-urethral slings for stress urinary correction surgery. Int Urogynecol J 2010; 22(Suppl 2): S1628-S1629. IUGA Abstract 1172.

Park YJ, Kim DY. Randomized Controlled Study of MONARC® vs. Tension-free Vaginal Tape Obturator in the treatment of female urinary incontinence. Comparison of 3-year cure rates. Korean J Urol 2012; 53(4): 258-262. Published online April 18, 2012

Charles Hanes Materials List

Medical Literature

Pastore AL, et al. Evaluation of Sexual Function and Quality of Life in Women Treated for Stress Urinary Incontinence: Tension-Free Transobturator Suburethral Tape Versus Single-Incision Sling. J Women's Health 2016; 25(4): 355-9

Pecheux O, Cosson M, et al. [P349 8.5 yr fu] Long-term (8.5 years) analysis of the type and rate of reoperation after transvaginal mesh repair (Prolift) in 349 patients. Eur J Obstet Gynecol Reprod Biol (2019); 232: 33-39.

Penalver M, et al. Should sacrospinous ligament fixation for the management of pelvic support defects be part of a residency program procedure? The University of Miami experience. Am J Obstet Gynecol 1998; 178: 326-9

Pereira I, et al. Incontinence surgery in obese women: comparative analysis of short- and long-term outcomes with a transobturator sling. Int Urogynecol J, 2016 Feb; 27(2): 247-253. https://doi.org/10.1007/s00192-015-2820-8

Petros P. Creating a gold standard surgical device: scientific discoveries leading to TVT and beyond. Int Urogynecol J (2015); DOI 10.1007/s00192-015-2639-3

Phillips N. Female sexual dysfunction: evaluation and treatment. Am Fam Phys (2000); 62(1): 127-136

Pifarotti P, et al. 6 years follow-up after TVT and TVT-O continence procedures to treat urinary stress incontinence. Int Urogynecol J 2011; 22(suppl 1): S58.  [IUGA Abstract Presentation 057]

Pigne A, et al. Comparison at short follow-up of the changes in the voiding phase induced by sub-urethral tapes using a mathematical micturition model. Curr Urol 2009; 3(4): 179-84. doi: 10.1159/000253380

Poad D and Arnold E. Sexual function after pelvic surgery in women. Aust NZ J Obstet Gynaecol 1994; 34(4): 471-474.

Popov A, et al. Functional Outcome of Laparoscopic and Robot-assisted Sacrocolpopexy. Gynecol Surg 2015; 12(Suppl 1): S98. [ESGE Abstract ES24-0106]

Popov A, et al. Laparoscopic Hysterectomy Among Obese Patients. Gynecol Surg (2015); 12(Suppl 1): S399. [GE Abstract ES24-0252]

Pradhan A, et al. Effectiveness of midurethral slings in recurrent stress urinary incontinence: a systematic review and meta-analysis. Int Urogynecol J 2012; 23: 831-41

Prien-Larsen JC, et al. Long-term outcomes of TVT and IVS operations for treatment of female stress urinary incontinence: monofilament vs. multifilament polypropylene tape. Int Urogynecol J (2009); 20(6): 703-709. doi:10.1007/s00192-009-0844-7

Pukall C, et al, In: Goldstein I, Meston CM, Davis S, Traish A, eds. Women's Sexual Function and Dysfunction: Study, Diagnosis and Treatment. London: Taylor &. Prancis, 2005

Pulliam S, et al. Use of synthetic mesh in pelvic reconstructive surgery: a survey of attitudes and practice patterns of urogynecologists. Int Urogynecol J 2007; 18: 1405-1408.

Pushkar D, et al. Complications of mid-urethral slings for treatment of stress urinary incontinence. Int J Gynecol Obstet 2011; 113: 54-57

Pushkar D, et al. Mini-invasive operations for correction of urinary incontinence in females. Urologiia 01 Jul 2011(4): 16-20

Qatawneh A, et al. Transvaginal cystocele repair using tension-free polypropylene mesh as the time of sacrospinous colpopexy for advanced uterovaginal prolapse: a prospective randomised study. Gynecol Surg (2013) 10: 79-85.

Qatawneh A. [Pop 114, 40 mo fu] Risk factors of surgical failure following sacrospinous colpopexy. Arch Gynecol Obstet (2013) 287: 1159-1165

**Charles Hanes Materials List**

Medical Literature

Quemener J, et al. Rate of re-interventions after transvaginal pelvic organ prolapse repair using partially absorbable mesh: 20 months median follow-up outcomes. Eur J Obstet Gynecol Reprod Biol 175 (2014): 194-198.

Rackley RR, et al. Tension-free Vaginal Tape and Percutaneous Vaginal Tape Sling Procedures. Techniques in Urology 2001; 7: 90-100.

Raders J, et al. Transobturator TVT (TVT-O) "Inside-to-Out" Suburethral Sling for the treatment of Stress Urinary Incontinence: Early U.S. Experience. Int Urogyn J 2005; 16(supp 2): S102

Rapp D, et al. Effect of Concurrent Prolapse Surgery on Stress Urinary Incontinence Outcomes After TVTO. Female Pelvic Med Reconstr Surg. 2017 Jul/Aug; 23(4): 244-249

Rardin CR, Erekson EA, Sung VW, Ward RM, Myers DL. Uterosacral Colpopexy at the time of vaginal hysterectomy. J Reprod Med, 2009 May; 54(5): 273-280.

Raz R. A controlled trial of intravaginal estriol in postmenopausal women with recurrent urinary tract infections. N Engl J Med (1993); 329(11): 753-756

Rechberger T, et al. A randomized comparison between monofilament and multifilament tapes for stress incontinence surgery. Int Urogynecol J (2003) 14: 432-436.

Reich A, et al. Long-term Results of the Tension-free Vaginal Tape Procedure in an Unselected Group: A 7-Year Follow-up Study. Urology (2011); 78(4): 774-777. doi:10.1016/j.urology.2011.06.009

Reisenauer C, Carey MP, et al. (published Prosima) Anatomic study of prolapse surgery with nonanchored mesh and a vaginal support device. Am J Obstet Gynecol 2010; 203: 590.e1-7.

Reisenauer C, Shiozawa T, Huebner M, Carey M. [IUGA Abs 150] Anatomical cadaver study of pelvic floor reconstruction using a new polypropylene implant vaginal repair system and a vaginal support device. Int Urogynecol J (2009); 20(Suppl 2): S200.

Reissing E. Pelvic floor muscle functioning in women with vulvar vestibulitis syndrome. J Psychosoma Obstet Gynecol, 2005 June; 26(2): 127-113

Ren Y. Mesh erosion after pelvic reconstructive surgeries. Saudi Med J 2010; 31(2): 180-4

Resende A, Oliveira R, Botelho F, Silva C, Dinis P, Cruz F. Mid-Term Follow-up of a Randomized Trial Comparing TVT-O, TVT-Secur, and Mini-Arc. Eur Urol Suppl 2011; 10(2): 244.

Resende A, Oliveira R, Botelho F, Silva C, Dinis P, Cruz F. Mid-Term Follow-up of a Randomized Trial Comparing TVT-O, TVT-Secur. and Mini-Arc. Eur Urol Suppl 2011; 10(2): 244. [Meeting Abstract]

Riachi L, Provost K. A new minimally invasive treatment option for stress urinary incontinence in women: TVT Abbrevo, a shorter sling with an inside-out transobturator approach. Surg Technol Int. 2013 Sep; 23: 176-80

Ricci P, et al. TVT in Women with Recurrent or Persistent Stress Urinary Incontinence after Failed Obturator Route Slings. J Minim Invasive Gynecol 2009; 16: S153. [Abstract 547]

Richardson ML, Elliott CS, Shaw JG, Comiter CV, Chen B, Sokol ER. To sling or not to sling at time of abdominal sacrocolpopexy: a cost-effectiveness analysis. J Urol 2013; 190(4): 1306-12.

Richter HE, Albo ME, Zyczynski HM, Kenton K, Norton PA, Sirls LT, Kraus SR, Chai TC, Lemack GE, Dandreo KJ, Varner RE, Menefee S, Ghetti C, Brubaker L, Nygaard I, Khandwala S, Rozanski TA, Johnson H, Schaffer J, Stoddard AM, Holley RL, Nager CW, Moalli P, Mueller E, Arisco AM, Corton M, Tennstedt S, Chang TD, Gormley EA, Litman HJ; Urinary Incontinence Treatment Network. Retropubic versus transobturator midurethral slings for stress incontinence. N Engl J Med. 2010 Jun 3; 362(22): 2066-76

Ridgeway B, et al. Small bowel obstruction after vaginal vault suspension: a series of three cases. Int Urogynecol J (2007) 18: 1237-1241.

Rinne K, Laurikainen E, Kivela A, Aukee P, Takala T, Valpas A, Nilsson CG. A randomized trial comparing TVT with TVT-O. 12 month results. Int Urogynecol J 2008; 19(8): 1049-1054. Published online  Mar 29, 2008

**Charles Hanes Materials List**

Medical Literature

Ripoli A, et al. Pain after suburethral sling insertion for urinary stress incontinence: a prospective study comparing TVT-TO versus Altis single incision sling system. Neurourol Urodyn 2016; 35(Supp 3): S40-S41. [IUDS Abstract 40]

Riviere JG, et al. Sexual function in women after vaginal surgery with synthetic mesh material. Clin Exp Obstet Gynecol 2014; 41(3): 258-60

Roberts SR, et al. An audit of vaginal tape exposure rates following TVT-O sling procedures: a comparison of 3 tapes. BJOG 2018; 125(Suppl S3): 178. [RCOG Wrld Cong Abstract PEP7181]

Rodrigues CA, et al. Pelvic Floor 3D Ultrasound of Women with TVT, TVT-O, or TVT-S for Stress Urinary Incontinence at Three-year Follow-up. Rev Bras Ginecol Obstet. 2017 Sep; 39(9): 471-479

Rommens K, et al. Mid-urethral sling for female urinary incontinence. 5-years experience at a German Tertiary referral university center. (2011) ICS Abstract 872 (https://www.ics.org/2011/abstract/872)

Roth T. Diagnosis and treatment of delayed voiding and outlet obstruction after anti-incontinence surgery; a review. JPMS (2003); 9(6): 289-295

Roy P, et al. Effect of Concurrent Prolapse Surgery on Stress Urinary Incontinence Outcomes after TVT-O. Female Pelvic Med Reconstr Surg 2017; 23: 244-249

Roy P, et al. Efficacy and safety of the trans-obturator tape for female stress urinary incontinence. Int J Reprod Contrac Obstet Gynecol (2017); 6(6): 2427-2430. doi:10.18203/2320-1770.ijrcog20172325

Rudnicki M, et al. Adjustable mini-sling compared with conventional mid-urethral slings in women with urinary incontinence. A randomized controlled trial. Acta Obstet Gynecol Scand 2017; 96: 1347-1356

Rudnicki M. Biomesh (Pelvicol®) erosion following repair of anterior vaginal wall prolapse. Int Urogynecol J 2007; 18: 693-695.

Rusavy Z, et al. Are the same tapes really the same? Ultrasound study of laser cut and mechanically cut TVT-O post-operative behavior. Int Urogynecol J 2017; 28(Suppl 1): S283. [IUGA Abstract 025]

Rusavy Z, et al. Are the same tapes really the same? Ultrasound study of laser-cut and mechanically cut TVT-O post-operative behavior. Int Urogynecol J 2018; 29: 1335-1340

Rusavy Z. Are the same tapes really the same? Ultra sound study of laser-cut and mechanically cut TVT-O post-operative behavior. Int Urogynecol J (2017); DOI 10.1007/s00192-017-3516-z

Ryu JG, et al. Transobturator Tape for Female Stress Urinary Incontinence: Preoperative Valsalva Leak Point Pressure Is Not Related to Cure Rate or Quality of Life Improvement. Korean J Urol. 2014 Apr; 55(4): 265-9

Ryu KH, JS Shin, JK Du, MS Choo and KS Lee. Randomized trial of tension-free vaginal tape (TVT) vs. tension-free vaginal, tape obturator (TVT-O) in the surgical treatment of stress urinary incontinence: Comparison of operation related morbidity. Eur Urol Suppl 2005; 4(3): 15. [Meeting Abstract]

Salhi. Evaluation of sexual function and quality of life in women treated for stress urinary incontinence: tension-free transobturator suburethral tape vs. Single incision sling. Neurourol Urodyn, 2016 Jun; 35(Suppl 3): S49

Salvatore S, et al. Genital Prolapse and Stress Urinary Incontinence. A Patient Preference Approach. Int Urogynecol J 2009; 20(Suppl 3): S339-S340. Abstract 306.

Saracino GA, et al. TVT-O for female stress urinary incontinence recurring after previous surgical treatment. Subjective and objective results. Neurourol Urodyn, 2018 Jun; 37(Suppl e): S42-S44. [IUDS Abstract 31]

Sarlos D, Kots L, Ryu G, Schaer G. [Pop 99, 68 at fu, mean 60 mos fu] Long-term follow-up of laparoscopic sacrocolpopexy (Gynemesh). Int Urogynecol J 2014; DOI: 10.1007/s00192-014-2369-y.

**Charles Hanes Materials List**

**Medical Literature**

| |
|---|
| Sayer, et al. (Prosima Investigators) [IUGA Presentation 090] Medium-term clinical outcomes following surgical repair for vaginal prolapse with a tension-free mesh and vaginal support device. Int Urogynecol J (2011); 22(Suppl 1): S89-S90; DOI: 10.1007/s00192-011-1600-3. |
| Sayer, Hinoul, Gauld, et al. (Prosima) [IUJ] Medium-term clinical outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device. Int Urogynecol J (2012) 23: 487-493. |
| Scheiner D, C Betschart, H Werder, D Fink and D Perucchini. Retropubic TVT Vs Transobturator Outside-in TOT and inside-out TVT-O - One-Year Results from Our Prospective Randomized Study. Neurourol Urodyn 2009; 28(7): 585-586. [Meeting Abstract] |
| Schettini M, et al. Abdominal sacral colpopexy with prolene  mesh. Int Urogynecol J Pelvic Floor Dysfunct 1999; 10: 295-299. |
| Schimpf M. Murphy (SGS). Graft and Mesh Use in Transvaginal Prolapse Repair. A Systematic Review.  Obstet Gynecol. 2016 Jul; 128(1): 81-91 |
| Schimpf MO, Rahn DD, Wheeler TL, et al. Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis. Am J Obstet Gyneol 2014; 211: 71.e1-27. |
| Schimpf MO, et al. Sling Surgery for Stress urinary incontinence in Women: a systematic review and metaanalysis. Am J Obstet Gynecol (2014): 1.e1-1.e27 |
| Schimpf, et al. Updated Systematic Review on Graft and Mesh use in Transvaginal Prolapse repair by the SGS Systematic Review Group. (2016) |
| Schimpf, Murphy, et al. Graft and Mesh Use in Transvaginal Prolapse Repair. A Systematic Review. Obstet Gynecol 2016; 0: 1-11; doi: 10.1097/AOG.000000000001451. |
| Schimpf, Murphy, et al. Supplemental Appendices. Graft and Mesh Use in Transvaginal Prolapse Repair: A systematic review. Obstet Gynecol 2016; 0: 1-11. |
| Schon Ybarra MA, Gutman RE, Rini D, Handa VL. Etiology of post-uterosacral suspension neuropathies. Int Urogynecol J Pelvic Floor Dysfunct 2009; 20: 1067-71. |
| Schumpelick L and Nyhus M. Meshes: Benefits and Risks Chapter 9 Gilbert, A., et al. Polypropylene: the Standard of Mesh Materials. 2004. |
| Schweitzer KJ, Cromheecke GJ, Milani AL, Eijndhoven HWV, Gietelink D, Hallenleben E, Van Der Vaart CH. A Randomized controlled trial comparing the TVT-O with the Ajust as primary surgical treatment of female stress urinary incontinence. Int Urogynecol J 2012; 23(Suppl 2): S77-S78 |
| Seo JH, GN Kim, JY Kim, HJ Seo, JW Lee, WG Lee and DH Cho. Comparison between transobturator vaginal tape inside out and single incision sling system in the treatment of female stress urinary incontinence: Prospective randomized study. Neurourol Urodyn 2011; 30(6): 832. [Meeting Abstract] |
| Serati M, Bogani G, Braga A et al. Is there a learning curve for the TVT-O procedure? A prospective single-surgeon study of 372 consecutive cases. Eur J Obstet Gynecol Reprod Biol 2015; 186: 85-90 |
| Serati M, Bogani G, et al. Robot-assisted Sacrocolpopexy for Pelvic Organ Prolapse: A Systematic Review and Meta-analysis of Comparative Studies. Eur Urol 66 (2014) 303-318. |
| Serati M, et al. [TVTO 10 yr fu] Tension-free Vaginal Tape-Obturator for Treatment of Pure Urodynamic Stress Urinary Incontinence: Efficacy and Adverse Effects at 10-year Follow-up. Eur Urol. 2017 Apr; 71(4): 674-679 |
| Serati M, et al. Transobturator vaginal tape for the treatment of stress urinary incontinence in elderly women without concomitant pelvic organ prolapse: is it effective and safe. Eur J Obstet Gynecol Reprod Biol. 2013 Jan; 166(1): 107-10 |
| Serati M, et al. [Pop 191, 5 yr fu] TVT-O for the Treatment of Pure Urodynamic Stress Incontinence: Efficacy, Adverse Effects, and Prognostic Factors at 5-Year Follow-up. Eur Urol 2013; 63(5): 872-878. doi:10.1016/j.eururo.2012.12.022 |

**Charles Hanes Materials List**

**Medical Literature**

Serati M, et al. Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10-Year Follow-Up. Eur Urol (2012); 61(5): 939-946. doi:10.1016/j.eururo.2012.01.038

Serdinšek T, But I. Long-term results of two different trans-obturator techniques for surgical treatment of women with stress and mixed urinary incontinence: a 10-year randomised controlled study follow-up. Int Urogynecol J. 2019 Feb; 30(2): 257-263

Serdinšek T, et al. Long-term satisfaction rate of two different trans-obturator techniques for surgical treatment of women with urinary incontinence: a randomized study follow-up. Eur J Obstet Gynecol Reprod Biol (2017) 211: 200. doi:10.1016/j.ejogrb.2017.01.029

Sergouniotis F, et al. Urethral complications after tension-free vaginal tape procedures_ A surgical management case series. World J Nephrol, 2015 July 6; 4(3): 396-405

Shah D, et al. Broad Based Tension-free Synthetic sling for stress urinary incontinence: 5-Year outcome. J Urol 2003; 170: 849-851.

Shah SM, et al. Impact of vaginal surgery for stress urinary incontinence on female sexual function: is the use of polypropylene mesh detrimental? Urology. 2005 Feb; 65(2): 270-4.

Sharifiaghdas F, et al. Long-term results of tension-free vaginal tape and pubovaginal sling in the treatment of stress urinary incontinence in female patients. Clin Experim Obstet Gynecol (2017); doi:10.12891/ceog3209.2017

Shaw JS, et al. Incidence of Postoperative Thigh Pain after TVT Obturator and TVT Abbrevo. J Minim Invasive Gynecol 2014; 21: S52. [AAGL Abs 167]

Shaw JS, Jeppson PC, Rardin CR. Decreasing transobturator sling groin pain without decreasing efficacy using TVT-Abbrevo. Int Urogynecol J. 2015 Sep; 26(9): 1369-72

Shawki HED, Kamel HH, El-Moghazy DA, El-Adawy AR. [Abs 0217] The role of transobturator vaginal tape (TVT-O) and some traditional surgical interventions in the management of female genuine stress urinary incontinence - randomized controlled trial. Int J Gynecol Obstet 2012; 119(Suppl 3): S337.

Siddique SA, Gutman RE, Schon Ybarra MA, Rojas F, Handa VL. Relationship of the uterosacral ligament to the sacral plexus and to the pudendal nerve. Int Urogynecol J Pelvic Floor Dysfunct 2006; 17: 642-645.

Siddiqui NY, et al.  Perceptions about female urinary incontinence: a systematic review. Int Urogynecol J (2014) 25: 863-871.

Siddiqui, Olivera, et al. (SGS Review) Mesh sacrocolpopexy compared with native tissue vaginal repair. A systematic review and meta-analysis. Obstet Gynecol 2015; 125: 44-55.

Sikirica V, et al. [IUGA Abs 159] Responsiveness of the PFDI-20 and PFIQ-7, 12 months following vaginal prolapse repair augmented by mesh and a vaginal support device. Int Urogynecol J (2009); 20(Suppl 2): S207-S208.

Sikirica V, et al. Treatment outcomes of the Gynecare Prolift Pelvic Repair System: A Systematic Literature Review. Int Urogynecol J (2009); 20(Suppl 3): S260.

Singh R, Muscat K, Cornish A, Carey M. [Pop 116, 1 yr fu - RANZCOG Abs] Anatomic and functional outcomes of vaginal prolapse surgery using non-anchored mesh and a vaginal support device at 1 year following surgery. Aust NZ J Obstet Gynecol (2011) 51: 472-475.

Singh, Lim, Muscat, Carey. [ICS Abs 575] Anatomic, functional and ultrasound outcomes after vaginal prolapse surgery using non-anchored mesh. (2011)

Sirls L, et al. Factors Associated with Quality of Life in Women Undergoing Surgery for Stress Urinary Incontinence. J Urol 2010; 184: 2411-2415

**Charles Hanes Materials List**

**Medical Literature**

| |
|---|
| Slack M, Carey MP, Smith DJ, Robinson D. [IUGA Abs 574] Clinical experience of a novel vaginal support device and balloon used to simplify mesh augmented vaginal surgery for prolapse. Int Urogynecol J (2009); 20(Suppl 2): S80-S81. |
| Slack M, et al. [IUGA Abs 094] A new operation for vaginal prolapse repair using mesh and a vaginal support device: 1 year anatomic and functional results of an international multicentre study. Int Urogynecol J (2009); 20(Suppl 2): S157-S158. |
| Slack, Sayer, Hinoul, Urquhart, Al-Salihi. [ICS Abstract 560] A trocar-free procedure for vaginal prolapse repair using mesh and a vaginal support device - an observational registry. (2011) |
| Smilen S, Weber A. ACOG Practice Bulletin, Clinical Management Guidelines for Obstetrician-Gynecologists Number 79 February 2007 Pelvic Organ Prolapse. Obstet Gynecol 2007; 109(2, Part 1): 461-473. |
| Snyder T and Krantz K. Abdominal-retroperitoneal sacral colpopexy for the correction of vaginal prolapse. Obstet Gynecol 1991; 77: 944-949. |
| Soergel TM, et al. Poor surgical outcomes after fascia lata allograft slings. Int Urogynecol J Pelvic Floor Dysfunct 2001; 12(4): 247-53. |
| Sohn DW, et al. The Changes of Sexual Function after Mid-Urethra Sling Operation for Stress Urinary Incontinence. J Urol 2009 Apr; 181(4s): 545. |
| Sokol AI, Iglesia CB, et al. One-year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse. Am J Obstet Gynecol 2012; 206: 86.e1-9. |
| Sola V, et al. Our Experience with Seven Hundred Tapes of Three Different Generations under the Urethra: Comparing Results and Complications. Int Urogynecol J 2011; 22(Suppl 3): S1869-S1870. IUGA Abstract 325 |
| Sola V, et al. Six Hundred Meshes Under the Urethra in the Urinary Incontinence Surgical Treatment with Three Generations of Sub-Mid Urethral Tapes: Comparing Results. Int Urogynecol J 2010; 22(Suppl 2): S197-S1768 |
| Song P, et al. The efficacy and safety comparison of surgical treatments for stress urinary incontinence: A network meta-analysis. Neurourol Urodyn (2018); doi:10.1002/nau.23468 |
| Song PH, et al. The 7-year outcome of the tension-free vaginal tape procedure for treating female stress urinary incontinence. BJU Int (2009); 104(8): 1113-1117. doi:10.1111/j.1464-410x.2009.08504.x |
| Song PH, et al. The Long-Term Outcomes of the Tension-free Vaginal Tape Procedure for Treatment of Female Stress Urinary Incontinence: Data from Minimum 13 Years of Follow-Up. LUTS: Lower Urinary Tract Symptoms (2017) 9: 10-14. doi:10.1111/luts.12099 |
| Sorensen L. Wound healing and infection in surgery; The clinical impact of smoking and smoking cessation: a systematic review and meta-analysis. Arch Surg (2012); 147(4): 373-383. |
| Sorice P, et al. Patient-reported outcomes 1 year after midurethral sling operations. Neurourol Urodyn 2017; 36(Supp 2): S68-S69. [IUDS Abstract 58] |
| Sottner O, et al. Comparison of three different midurethral slings in the treatment of female urinary incontinence in institutionalized elderly patients. (2013) ICS Abstract 859 (https://www.ics.org/2013/abstract/859) |
| Sousa A, et al. Transobturator Slings for Female Stress Urinary Incontinence. Acta Med Port, 2014 Jul-Aug; 27(4): 422-427 |
| South M, et al. Surgical excision of eroded mesh after prior abdominal sacrocolpopexy. Am J Obstet Gynecol 2007; 197: 615.e1-615.e5. |
| Stanton SL, et al. Silastic sling for urethral sphincter incompetence in women. Br J Obstet Gynaecol. 1985 Jul; 92(7): 747-50 |
| Stanton SL. Stress incontinence, why and how operations work. Urol Clinic N Am (1985); 12(2): 279-284. |

**Charles Hanes Materials List**

Medical Literature

Stanton SL. Stress incontinence: why and how operations work. Clin Obstet Gynaecol 1985; 12: 369-77

Stav K, et al. Midurethral Sling Procedures for Stress Urinary Incontinence in Women for Over 80 Years. Neurourol Urodyn 2010; 29: 1262-1266

Steege J. Diagnosis and Management of Dyspareunia and Vaginismus. J Clin Prac Sex (1988); 4(7): 15-21

Steege J. Dyspareunia and Vaginismus. Clin Obstet Gynecol (1984); 27(3): 750-759

Stepanian AA, Miklos JR, Moore RD, Mattox TF, et al. Risk of mesh extrusion and other mesh-related complications after laparoscopic sacral colpopexy with or without concurrent laparoscopic-assisted vaginal hysterectomy: experience of 402 patients. J Minim Invasive Gynecol 2008; 15: 188-96 (Gynemesh n=238)

Subak LL, King WC, Belle SH, Chen JY, Courcoulas AP, Ebel FE, Flum DR, Khandelwala S, Pender JR, Pierson SK, Pories WJ, Steffen KJ, Strain GW, Wolfe BM, Huang AJ. Urinary Incontinence before and after bariatric surgery. JAMA Intern Med. 2015 Aug; 175(8): 1378-87.

Subak, Richter, et al. Weight loss to treat urinary incontinence in overweight and obese women. N Engl J Med 2009; 360: 481-490.

Sullivan E. Total Pelvic Mesh Repair: A ten-year experience. Dis Colon Rectum 2001; 44: 857-863.

Sun Y, Luo D, Yang L, Wei X, Tang C, Chen M, Shen H, Wei Q. The Efficiency and Safety of Tension-Free Vaginal Tape (TVT) Abbrevo Procedure Versus TVT Exact in the Normal Weight and Overweight Patients Affected by Stress Urinary Incontinence. Urology. 2017 Dec; 110: 63-69

Svabik K, et al. Randomized trial comparing vaginal mesh repair (Prolift Total) versus sacrospinous vaginal colpopexy (SSF) in the management of vaginal vault prolapse after hysterectomy for patients with levator ani avulsion injury - 6 years - follow-up. Int Urogynecol J 2016; 27(Suppl 1): S59-60

Svabik, et al. Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial. Ultrasound Obstet Gynecol (2014).

Svenningsen R, et al. Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J (2013); 24(8): 1271-1278. doi:10.1007/s00192-013-2058-2

Sweat SD, et al. Polypropylene mesh tape for stress urinary incontinence: complications of urethral erosion and outlet obstruction. J Urol 2002; 168: 144-146

Sze E and Karram M. Transvaginal repair of vault prolapse: A Review. Obstet Gynecol 1997; 89: 466-75.

Tahseen S. Effect of Transobturator Tape on Overactive Bladder Symptoms and Urge Urinary Incontinence in Women with Mixed Urinary Incontinence. Obstet Gynecol 2009 Mar; 113(3): 617-623

Takaes EB, Kreder KJ. Sacrocolpopexy: Surgical Technique, Outcomes, and Complications. Curr Urol Rep (2016) 17: 90.

Takeyama M, et al. A prospective study about trans-obturator-tape (TOT) procedures with the tape from the Gynecare TVT device and a C-shape tunneller-comparison between outside-in and inside-out procedures. ICS 2006: Abstract 489 (https://www.ics.org/2006/abstract/489)

Tamma A, et al. Retropubic versus transobturator tension-free vaginal tape (TVT vs TVT-O): Five-year results of the Austrian randomized trial. Neurourol Urodyn 2017; doi: 10.1002/nau.23298. Published online May 2, 2017

Tammaa A, Aigmueller T, Umek W, Hanzal E, Kropshofer S, Lang P, Bjelic-Radisic V, Riss PA, Tamussino K, Ralph G. Retropubic versus Transobturator TVT: Five-Year Results of the Austrian Trial. J Minim Invas Gynecol, 2014 Aug; 25(8): 1023-30. Published online May 13, 2014

**Charles Hanes Materials List**

Medical Literature

Tammaa A, et al. Retropubic versus transobturator tension-free vaginal tape (TVT vs TVT-O): Five-year results of the Austrian randomized trial. Neurourol Urodyn 2018; 37: 331-338

Tammaa A, et al. Sonographic sling position and cure rate 10-years after TVT-O procedure. PLoS ONE (2019); 14(1): e0209668. https://doi.org/10.1371/journal.pone.0209668

Tamussino K, A Tammaa, E Hanzal, W Umek, V Bjelic and D Koelle. TVT vs. TVT-O for Primary Stress Incontinence: A Randomized Clinical Trial. Int Urogynecol J (2008); 19(Suppl. 1): S20-S21. [Meeting Abstract]

Tamussino KF, et al; (Austrian registry) [Pop 2795-procedure related cs.] Tension-free vaginal tape operation: results of the Austrian registry. Obstet Gynecol 2001; 98: 732-6.

Tan PF, et al. Effectiveness and complication rates of tension-free vaginal tape. Transobturator tape, and tension-free vaginal tape-obturator in the treatment of female stress urinary incontinence in a medium- to long-term follow up. Saudi Med J. 2014 Jan; 35(1): 20-32.

Tang X, Zhu L, Liang S, Lang J. Outcome and sexual function after transobturator tape procedure versus tension-free vaginal tape Secur: a randomized controlled trial. Menopause, 2014 Jun; 21(6): 641-5

Tate SB, et al. Randomized trial of fascia lata and poly-propylene mesh for abdominal sacrocolpopexy: 5-year follow-up. Int Urogynecol J 2011; 22: 137-143

Teo R, P Moran, C Mayne and D Tincello. Randomised trial of tension-free vaginal tape and transobturator tape for the treatment of urodynamic stress incontinence in women. (2007) ICS: Abstract 283. [Meeting Abstract]

Teo R, P Moran, C Mayne and D Tincello. Randomized trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. J Urol 2011; 185(4): 1350-5.

Teo. Randomised trial of TVT and TVT-O for the treatment of urodynamic stress incontinence in women. (2008)

Thames S. Reply to "In vivo polypropylene mesh degradation is hardly a myth". Int Urogynecol J (2016); DOI 10.1007/s00192-016-3237-8

Thames S. The myth: in vivo degradation of polypropylene based meshes. Int Urogynecol J (2016); DOI 10.1007/s00192-016-3131-4

Thomas A, D Waltregny and J de Leval. One year results of a prospective randomized trial comparing the original inside-out transobturator (TVT-O) procedure and a modified version using a shortened tape and reduced dissection for the treatment of female stress urinary incontinence." Int Urogynecol J 2010; 21(Suppl. 1): S219-S220. [Meeting Abstract]

Thomas TN, et al. Surgical pain after transobturator versus retropubic midurethral sling - a secondary analysis of the TOMUS trial. Fem Pelv Med Reconstr Surg. 2016 Sept/Oct; 22( 5 Suppl 1): S4-S5. AUGS Abstract 8

Thubert T, et al. Outcomes associated with the use of midurethral slings for stress incontinence surgery according to the type of hospitalization. Int J Gynecol Obstet 2015; 129: 123-127

Timmons M and Addison W. Mesh Erosion after abdominal sacral colpopexy. J Pelv Surg 1997; 3(2): 75-80.

Timmons MC. Transabdominal sacral colpopexy. Oper Tech Gynecol Surg 1996; 1: 92-6

Toglia MR, Fagan MJ. Suture erosion rates and long-term surgical outcomes in patients undergoing sacrospinous ligament suspension with braided polyester suture. Am J Obstet Gynecol 2008; 198(5): 600.e1-4.

Tommaselli GA, C Di Carlo, V Gargano, C Formisano, M Scala and C Nappi. Efficacy and safety of TVT-O and TVT-Secur in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J 2010; 21(10): 1211-7.

**Medical Literature**

| |
|---|
| Tommaselli GA, D'Afiero A, Di Carlo C, Formisano C, Fabozzi A, Nappi C. Efficacy of a modified technique for TVT-O positioning: a twelve-month, randomized, single-blind, multicenter, non-inferiority study. Eur J Obstet Gynecol Reprod Biol 2013; 167(2): 225-229. Published online December 21, 2012 |
| Tommaselli GA, D'Afiero A, Di Carlo C, Formisano C, Fabozzi A, Nappi C. Tension-Free Vaginal Tape-O and -Secur for the Treatment of Stress Urinary Incontinence. A Thirty-Six-Month follow-up Single-blind Double-arm, Randomized study. J Minim Invas Gynecol, 2013 Mar/Apr; 20(2): 198-204. Published online Jan 23, 2013 |
| Tommaselli GA, D'Afiero A, Formisano C, Di Carlo C, Fabozzi A, Nappi C. Comparison of TVT-O and TVT-Abbrevo for the surgical management of female stress urinary incontinence. A 12-months preliminary study. Int J Gynecol Obstet 2012; 119(Suppl 3): S504 |
| Tommaselli GA, D'Afiero A, Formisano C, Di Carlo C, Fabozzi A, Nappi C. Efficacy and Safety of TVT-O and TVT-Secur in the Treatment of Female Stress Urinary Incontinence. Three Years Follow-Up. Int J Gynecol Obstet 2012; 119(Suppl 3): S503-S504 |
| Tommaselli GA, et al. [Pop 130, 36 mo fu; ICS Abs 187] Ultrasonographic evaluation of the positioning of TVT-O vs. TVT-Secur and their effect on the urethra: an ancillary analysis of a 36-months follow-up randomized study. (2013) |
| Tommaselli GA, et al. Effect of a modified surgical technique for the positioning of TVT-O on post-operative pain. Int Urogynecol J 2011; 22(Suppl 1): S110. [IUGA Abstract Presentation 110] |
| Tommaselli GA, et al. Effect of local Infiltration analgesia on post-operative pain following TVT-O: a double-blind, placebo-controlled randomized study. Arch Gynecol Obstet 2014 Aug; 290(2): 283-9 |
| Tommaselli GA, et al. Tension-free vaginal tape-obturator and tension-free vaginal tape-Secur for the treatment of stress urinary incontinence: a 5-year follow-up randomized study. Eur J Obstet Gynecol Reprod Biol (2015) Feb; 185: 151-5. doi: 10.1016/j.ejogrb.2014.12.012. Epub 2014 Dec 29. |
| Tommaselli GA, Formisano C, Di Carlo C, Fabozzi A, Nappi C. Effects of a modified technique for TVT-O positioning on postoperative pain. Single-blind randomized study. Int Urogynecol J 2012; 23(9): 1293-1299. Published online April 18, 2012 |
| Tommaselli GA, Napolitano V, Di Carlo C, Formisano C, Fabozzi A, Nappi C. Efficacy and safety of the trans-obturator TVT-Abbrevo device in normal weight compared to overweight patients affected by stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 2016 Feb; 197: 116-9 |
| Tommaselli GA, et al. Medium-term and long-term outcomes following placement of midurethral slings for stress urinary incontinence: a systematic review and metaanalysis. Int Urogynecol J (2015); 26(9): 1253-1268. doi:10.1007/s00192-015-2645-5 |
| Töz E, et al. Frequency of recurrent urinary tract infection in patients with pelvic organ prolapse. Res Rep Urol 2015; 7: 9-12 |
| Trabuco EC, et al. Two-year results of burch compared with midurethral sling with sacrocolpopexy: A randomized controlled Trial. Obstet Gynecol. 2018 Jan; 131(1): 31-38 |
| Trabuco EC, et al. Midurethral Slings for the Treatment of Stress Urinary Incontinence. Obstet Gynecol (2014) 123: 197S-198S. doi:10.1097/aog.0000000000000234 |
| Trivedi PH, et al. Urinary Incontinence Surgery and Medical Management Constantly Changing. J Minim Invas Gynecol 2014; 21: S178. [AAGL Abstract 573] |
| Tsai, et al. Factors that affect early recurrence after prolapse repair by a nonanchored vaginal mesh procedure. Taiwan J Obstet Gynecol 53 (2014) 337-342. |
| Tucker P. Prevalence of sexual dysfunction after risk-reducing salpingo-oophorectomy. Gynecol Oncol (2016) 14: 95-100 |

**Charles Hanes Materials List**

Medical Literature

---

Tunitsky-Bitton E, et al. Ultrasound Evaluation of Midurethral Sling Position and Correlation to Physical Examination and Patient Symptoms. Female Pelvic Med Reconstr Surg. 2015 Sep-Oct; 21(5): 263-8

Tunguntla H, et al. Female Sexual dysfunction Following Vaginal Surgery: A Review. J Urol 2006; 175: 439-446.

Ubertazzi EP, et al. (P72, 5 yr fu) Long-term outcomes of transvaginal mesh (TVM) In patients with pelvic organ prolapse: A 5-year follow-up. Eur J Obstet Gynecol Reprod Biol. 2018 Apr 14; 225: 90-99

Ubertazzi EP, et al. Transvaginal Mesh (TVM) Five Years Follow Up. A Retrospective Study from Latam. Int Urogynecol J (2015); 26(Suppl 1): S150-S151.

Ulmsten U, et al. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of stress urinary incontinence. Int Urogynecol J 1998; 9: 210-213.

Ulmsten U. An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogyn J (1996) 7: 81-86

Ulrich D, et al. 10 Years Follow-Up after TVT-O Procedure for Stress Urinary Incontinence. Int Urogynecol J (2015); 26(Suppl 1): S146-S147.

Ulrich D, et al. Ten-Year Follow-up after Tension-Free Vaginal Tape-Obturator Procedure for Stress Urinary Incontinence. J Urol (2016); 196(4): 1201-1206. doi.org/10.1016/j.juro.2016.05.036

Unger C, Rizzo A, Ridgeway B. Indications and risk factors for midurethral sling revision. Int Urogynecol J (2015) DOI 10.1007/s00192-015-2769-7.

Unger CA, et al. Indications and risk factors for midurethral sling revision. Int Urogynecol J. 2016 Jan; 27(1): 117-22. doi: 10.1007/s00192-015-2769-7. [Epub 2015 Jul 2]

Unger CA, Walters MD, Ridgeway B, et al. Incidence of adverse events after uterosacral colpopexy for uterovaginal and posthysterectomy vault prolapse. Am J Obstet Gynecol 2015; 212: 603.e1-7.

Unger CA. An Update on the Use of Mesh in Pelvic Reconstructive Surgery. Curr Obstet Gynecol Rep (2016) 5: 131-138.

Unger CA. Gluteal and Posterior Thigh Pain in the Postoperative Period and the Need for Intervention After Sacrospinous Ligament Colpopexy. Female Pelvic Med Reconstr Surg, 2014 Jul-Aug; 20(4): 208-11

Utekar T, Thomas S, Almshwt M, Selvamani S. Studying the newer TVT-O Abbrevo tape in comparison with the standard TVT-O tape for management of stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol 2016; 206:e117 [EUA Abstract]

Vaiyapuri GR, et al. A 3-year evaluation of the outcome of pelvic organ prolapse (POP) surgeries performed in 2006 at the KKWCH Hospital, using the Gynecare Prolift System. Int Urogynecol J (2011); 22(Suppl 3): S1908-S1909.

Valentim-Lourenço A, M Benoun, T Mascarenhas, F Cruz and L Moniz. TORP - Comparing the efficacy, execution and early complications of TVT and TVT-O. Int Urogynecol J 2008; 19(Suppl 1): S17-S18. [Meeting Abstract]

Valentim-Lourenço A, M Benoun, T Mascarenhas, F Cruz and L Moniz. TORP - Comparing the efficacy, execution and early complications of TVT and TVT-O. Int Urogynecol J 2008; 19(Suppl. 1): S17-S18.

Valpas A, et al. TVT versus laparoscopic mesh colposuspension: 5-year follow-up results of a randomized clinical trial. Int Urogynecol J (2014); doi:10.1007/s00192-014-2454-2.

Van der Doelen M, Withagen M, Vierhout M, Heesakkers J. Results of primary versus recurrent surgery to treat stress urinary incontinence in women. Int Urogynecol J. 2015 Jul; 26(7): 997-1005; DOI 10.1007/s00192-015-2627-7.

Charles Hanes Materials List

## Medical Literature

van der Laak JA, et al. The effect of Replens on vaginal cytology in the treatment of postmenopausal atrophy: cytomorphology versus computerised cytometry. J Clin Pathol 2002; 55: 446-51

van der Ploeg, Roovers. [Pop 134, 12 mo fu; ICS Abs 210] Multicentre randomised trial of vaginal prolapse repair versus vaginal prolapse repair with a midurethral sling in patients with pelvic organ prolapse and co-existing stress urinary incontinence. (2013)

Van der Vaart CH, et al. Feasibility and patient satisfaction with pelvic organ prolapse and urinary incontinence day surgery. Int Urogynecol J 2007; 18: 531-536

Van der Velde, et al. Vaginismus, a component of a general defensive reaction. An investigation of pelvic floor muscle activity during exposure to emotion-inducing film excerpts in women with and without Vaginismus. Int Urogynecol J Pelvic Floor Dysfunct 2001; 12: 328-331

Van Drie, Hinoul, Gauld, et al. [Pop 121, median 29 mo fu, AUGS Abs 27] Medium-term clinical outcomes following surgical repair for vaginal prolapse with a tension-free mesh and vaginal support device. Female Pelvic Med Reconstr Surg 2011; 17(5, Suppl 2): S63-S64.

Van Rensburg JA, Jeffery ST. Sand Enbergh HA, Juul L, Steyn DW. [Pop 92, 1 yr fu; IUGA Abs OP 107] Single incision - needleless and inside out TVT-O. A multicentre clinical equivalent randomised trial with preliminary 6 months and one year outcome for stress urine continence. Int Urogynecol J 2015; 26(Suppl 1): S136-S137

Varela JE. Correlations between intra-abdominal pressure and obesity-related co-morbidities. Surgery for Obesity and Related Diseases 5 (2009) 524-528.

Verdeja A. Transvaginal sacrospinous colpopexy: Anatomic landmarks to be aware of to minimize complications. Am J Obstet Gynecol 1995; 173: 1468-9.

Vervest H, Jd Bruin and C Renes-Zeijl. Transobturator tape (TOT), inside-out or outside-in approaches: Does it matter. Int Urogynecol J 2005; 16(Suppl. 2): S69-S70. [Meeting Abstract]

Viereck V, Kuszka A, Rautenberg O, Wlazlak E, Surkont G, Hilgers R, Eberhard K, Kociszewski J. Do different vaginal tapes need different suburethral incisions - The one-half rule. Neurourol Urodyn. 2015 Nov; 34(8): 741-6. Published online Aug 30, 2014

Vilhena V, et al. Female stress urinary incontinence treatment with three different tapes - a seven year experience. Int Urogynecol J 2011; 22(Suppl 3): S1816. [IUGA Abstract 255]

Vincenzo LM, et al. Efficacy of TVT-O in obese patients. [SIUD Abstract] Neurourol Urodyn. 2010 Jun; 29(Issue S2): 94-95

Vissers D. The effect of non-surgical weight loss interventions on urinary incontinence in overweight women: a systematic review and meta analysis. ObesityReviews (2014) 15: 610-617.

Wai CY, et al. Patient Satisfaction After Midurethral Sling Surgery for Stress Urinary Incontinence. Obstet Gynecol 2013; 121: 1009-16

Waltregny D, de Leval J. New surgical technique for treatment of stress urinary incontinence TVT-ABBREVO from development to clinical experience. Surg Technol Int. 2012 Dec; 22: 149-57

Waltregny D, et al. Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence: Interim Results of a Prospective Study After a 1-Year Minimum Followup. J Urol 2006; 175: 2191-2195

Waltregny D, et al. Inside-out transobturator vaginal tape (TVT-O): One-year results of a prospective study. Eur Urol Suppl 2005; 4(3): 16

Waltregny, de Leval. [ICS Abs 254] Three year results of a prospective randomized trial comparing the original inside-out Transobturator TVT-O procedure with a modified version using a shortened tape and reduced dissection for the treatment of female stress urinary incontinence. (2012)

**Charles Hanes Materials List**

Medical Literature

Wang AC, et al. A histologic and immunohistochemical analysis of defective vaginal healing after continence taping procedures: A prospective case-controlled pilot study. Am J Obstet Gynecol 2004; 191: 1868-74

Wang C, et al. Outcomes of Two Different Meshes for Treatment of POP with a Concomitant Midurethral Sling for SUI: a Retrospective Cohort Study at 2 Years Postoperatively. Int Arch Urol Complic 2015, 1:1

Wang F, et al. Prospective randomized trial of TVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China. Arch Gynecol Obstet (2010) 281: 279-286.

Wang J, et al Urinary incontinence after surgical repair in patients with pelvic organ prolapse. Biomed Res 2014; 25(4): 588-591

Wang W, L Zhu and J Lang. Transobturator tape procedure versus tension-free vaginal tape for treatment of stress urinary incontinence. Int J Gynaecol Obstet 2009; 104(2): 113-6.

Ward K, et al. Multicentre Randomised trial of Tension-Free Vaginal Tape and Colposuspension for Primary Urodynamic Stress Incontinence: Five Year Follow Up. Neurourol Urodyn (2006); 25(6): 568-569.

Ward K, Hilton P; United Kingdom and Ireland Tension-free Vaginal Tape Trial Group. Prospective multicentre randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ. 2002 Jul 13; 325(7355): 67

Ward K. Prospective multicentre randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ (2002) 325: 1-7

Ward KL, Hilton P; UK and Ireland TVT Trial Group. A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: two-year follow-up. Am J Obstet Gynecol. 2004 Feb; 190(2): 324-31

Watadani Y, Vogler SA, et al. [P27, 4-90 mos fu, med 29 mos] Sacrocolpopexy with rectopexy for pelvic floor prolapse improves bowel function and quality of life. Dis Colon Rectum 2013; 56: 1415-1422.

Weber A and Walters M. Anterior Vaginal Prolapse: Review of Anatomy and Techniques of surgical repair. Obstet Gynecol 1997; 89: 311-8.

Weber A, et al. Anterior colporrhaphy: A randomized trial of three surgical techniques. Am J Obstet Gynecol 2001; 185: 1299-306.

Weber AM, Walters MD, Piedmonte MA. Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol, 2000 Jun; 182(6): 1610-1615.

Webster TM, Gerridzen RG. Urethral erosion following autologous rectus fascial pubovaginal sling. Can J Urol 2003; 10: 2068-69

Wei JT, et al; Pelvic Floor Disorders Network. A midurethral sling to reduce incontinence after vaginal prolapse repair. N Engl J Med. 2012; 366: 2358-67

Weintraub AY, et al. Prevalence and risk factors for urinary tract infection up to one year following midurethral sling incontinence surgery. Eur J Obstet Gynecol Reprod Biol 2018 Mar; 222: 146-150

Welk B. (Pop 60K) Removal or Revision of Vaginal Mesh Used for the Treatment of Stress Urinary Incontinence. JAMA Surg (2015); DOI: 10.1001/jamasurg.2015.2590.

Whitcomb EL, Lukacz ES, Lawrence JM, Nager CW, Luber KM. Prevalence and degree of bother from pelvic floor disorders in obese women. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Mar; 20(3): 289-94.

**Charles Hanes Materials List**

Medical Literature

Wieslander CK, Roshanravan SM, Wai CY, Schaffer JI, Corton MM. Uterosacral ligament suspension sutures: Anatomic relationships in unembalmed female cadavers. Am J Obstet Gynecol 2007; 197: 672.e1-6.

Williams TH, TeLinde RW. The sling operation for urinary incontinence using mersilene ribbon. Obstet Gynecol 1962; 19(2): 241-245; DOI 10.1016/0002-9378(70)90362-5

Withagen M, et al. [Pop 186 (Prolift 83), 1 yr fu] Trocar-guided mesh compared with conventional vaginal repair in recurrent prolapse. A randomized controlled trial. Obstet Gynecol. 2011 Feb; 117(2 Pt 1): 242-50.

Withagen M, et al. Surgical treatment of vaginal vault prolapse. NJ Obstet Gynaecol 2007; 2(2): 3-8.

Withagen M. Which factors influenced the result of a tension free vaginal tape operation in a single teaching hospital? Acta Obstet Gynecol (2007) 86: 1136-1139

Woodruff J, et al. Treatment of dyspareunia and vaginal outlet distortions by perineoplasty. Obstet Gynecol 1981; 57: 750-754.

Wu JM, Matthews CA, et al. Lifetime Risk of Stress Urinary Incontinence or Pelvic Organ Prolapse Surgery. Obstet Gynecol 2014; 123: 1201-1206.

Xin X, Song Y, Xia Z. A comparison between adjustable single-incision sling and tension-free vaginal tape-obturator in treating stress urinary incontinence. Arch Obstet Gynecol (2016)

Xu Y, et al. Impact of the tension-free vaginal tape obturator procedure on sexual function in women with stress urinary incontinence. Int J Gyn Obstet 2011; 112: 187-189

Yang JM, et al. Correlation of morphological alterations and functional impairment of the tension-free vaginal tape obturator procedure. J Urol 2009 Jan; 181(1): 211-218

Yazdany T, et al. Suture complications in a teaching institution among patients undergoing uterosacral ligament suspension with permanent braided suture. Int Urogynecol J 2010; 21: 813-818. doi: 10.1007/s00192-010-1109-1

Zaccardi J, et al. The effect of pelvic floor re-education on comfort in women having surgery for incontinence. Fem Pelv Med Reconstr Surg. 2010 Sept/Oct; 16(5 Supp 2): S153. [AUGS Abs Poster 141]

Zhang Y, et al. Tension-free vaginal tape-obturator for the treatment of stress urinary incontinence: a 12-year prospective follow-up. BJU Int. 2018 Sep 24. doi: 10.1111/bju.14555.

Zhang Y, M Jiang, XW Tong, BZ Fan, HF Li and XL. Chen. The comparison of an inexpensive-modified transobturator vaginal tape versus TVT-O procedure for the surgical treatment of female stress urinary incontinence. Taiwan J Obstet Gynecol 2011; 50: 318-321.

Zhang Z, et al. Retropubic tension-free vaginal tape and inside-out transobturator tape: a long-term randomized trial. Int Urogynecol J (2015); 2(Suppl 1): S23-S174.

Zhang Z, et al. Retropubic tension-free vaginal tape and inside-out transobturator tape: a long-term randomized trial. Int Urogynecol J. 2016 Jan; 27(1): 103-11. doi: 10.1007/s00192-015-2798-2. Epub 2015 Aug 12.

Zhu L, et al. [Pop 21, 18-60 mos, median 43.5 mo fu] Modified laparoscopic sacrocolpopexy with mesh for severe pelvic organ prolapse. Int J Gynecol Obstet 121 (2013) 170-172.

Zhu L, J Lang, N Hai and F Wong. Comparing vaginal tape and transobturator tape for the treatment of mild and moderate stress incontinence. Int J Gynaecol Obstet 2007; 99(1): 14-7.

Zhu L, Z Zhang. Retropubic tension-free vaginal tape and inside-out transobturator tape. A long-term randomized trial. Int Urogynecol J 2015; 26(Suppl 1): S79-S81

Zullo M A, F Plotti, M Calcagno, E Marullo, I Palaia, F Bellati, S Basile, L Muzii, R Angioli and PB Panici. One-year follow-up of tension-free vaginal tape (TVT) and trans-obturator suburethral tape from inside to outside (TVT-O) for surgical treatment of female stress urinary incontinence: a prospective randomised trial. Eur Urol 2007; 51(5): 1376-82; discussion 1383-4.

**Charles Hanes Materials List**

**Medical Literature**

Zyczynski H, et al. Sexual activity and function in women more than 2 years after midurethral sling placement. Am J Obstet Gynecol 2012; 207: 421.e1-6

Zyczynski HM, et al. (Prosima Study investigators) One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device. Am J Obstet Gynecol 2010; 203: 587.e1-8.

**Charles Hanes Materials List**

**Production Materials**

| |
|---|
| 2001 TVT Surgeon's Monograph |
| 000001_4275674_d_Use of Gynemesh PS in Prolapse Surgery Power Point |
| 2003 Gynemesh PS Early Clinical Experience White Paper |
| 2003 Gynemesh PS white paper. Gynemesh PS Early Clinical Experience. |
| 2004 Gynemesh PS Study Poster - AUGS 2004 San Diego. Lucente V, Hale D, Miller D, Madigan J. A Clinical Assessment of Gynemesh PS for the Repair of Pelvic Organ Prolapse. |
| 2007 Prolift Prof Ed Slides |
| Clinical Evaluation Report - Gynemesh PS by Piet Hinoul - April 26, 2013 |
| ETH.MESH.00012009-089 - TVM Prospective Data (French Trial) - Exhibit 522 |
| ETH.MESH.00013529-534 - Prolift+M IFU |
| ETH.MESH.00018382 - Powerpoint GYNECARE GYNEMESH* PS Nonabsorbable PROLENE* Soft Mesh in the Treatment of Pelvic Organ Prolapse |
| ETH.MESH.00159266-369 - Gynemesh PS, Prolene  Soft Mesh in the treatment of POP - Pelvic Floor Surgery and Anatomic Dissection Lab |
| ETH.MESH.00167104 - 2006 TVT Laser Cut Clinical Expert Report |
| ETH.MESH.00295355 (TVTE-338-10-7.12) - 2010 TVT-Exact Prof Ed |
| ETH.MESH.00308094 (2629_2006-07-12) - 2006 TVT-Secur |
| ETH.MESH.00354732 (TVTA-088-11-2.13) - 2011 TVT-Abbrevo |
| ETH.MESH.00369995 (2008-570) - 2008 TVT Family of Products Prof Ed |
| ETH.MESH.00369999 (2008-135) - 2008 TVT-Secur |
| ETH.MESH.00370421 (TVTO_0113-09-8.11) - TVT-O FDA Public Health Notice |
| ETH.MESH.00373310 (2003-712) - 2003 TVT Prof Ed |
| ETH.MESH.00393045-46 (2008-582) TVT-O Procedural Steps |
| ETH.MESH.00394849 - Gynemesh PS Panel Powerpoint - Drs. Robinson, Miller, Winkler, England |
| ETH.MESH.00395374-380 - 2001 June 22; Scientific Advisory Chicago Meeting re POP mesh includes Prolene Soft |
| ETH.MESH.00397674 (2002-275) - 2002 Minimizing & Managing TVT Complications Prof Ed |
| ETH.MESH.00520649-722 - 2006 US TVM 12 Month Clinical Report |
| ETH.MESH.00523617 (2007-4144) - 2007 TVT-Secur Critical Steps |
| ETH.MESH.00523942 (2005-1638) Waltregny TVT-O Summit |
| ETH.MESH.00637343 - 2004 ETHICON Product Development Process - Gynemesh PS |
| ETH.MESH.00747864-874 - Gynemesh PS DDSA Rev. |
| ETH.MESH.00747864-874 - Gynemesh PS DDSA Rev. 2 |
| ETH.MESH.00993273 (2091_2006-02-01) - 2006 TVT-O Summit Presentation by Raders and Lucente |
| ETH.MESH.01128679-98 (TVTS007) - 2007 TVT-Secur Procedural Steps |
| ETH.MESH.01222075 - 2006 Kammerer Memo |
| ETH.MESH.01261962 (2005-1819) - TVT-O Summit by Raders, Rogers, Lucente |
| ETH.MESH.02219584 - 2010 Scion PA Unmet Needs Exploratory Research |
| ETH.MESH.02330776 (TVTO-384-10-8.12) - TVT-O |
| ETH.MESH.02341398-410 - Prosima IFU |
| ETH.MESH.02341454-459 - Prolift 2007-2009 IFU |
| ETH.MESH.02341522-527 -  Prolift 2005-2007 IFU |
| ETH.MESH.02341658-664 - Prolift 2010-2012 IFU - Text Searchable |
| ETH.MESH.02341734-740 - Prolift 2009-2010 IFU |
| ETH.MESH.02342097 Prolene Soft IFU |
| ETH.MESH.02342101 Prolene Soft IFU |
| ETH.MESH.02342102 Prolene Mesh IFU |

**Charles Hanes Materials List**

**Production Materials**

| |
|---|
| ETH.MESH.02342152-54 Prolene Mesh IFU |
| ETH.MESH.02342194-196 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02342218-220 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02342250-252 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02342278-279 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02603812-821 - Dissection Techniques in Transvaginal Pelvic Organ Prolapse Repair with Synthetic Mesh |
| ETH.MESH.02616825-27 Prolene Soft IFU |
| ETH.MESH.03458123-38 - TVT Patient Brochure 3.19.08 |
| ETH.MESH.03460813-853 - Prolift Surgeons Resource Monograph 2007 |
| ETH.MESH.0370392 (3914_2007-08-22) - 2007 TVT-Secur |
| ETH.MESH.03715787-793 - Gynemesh PS CER (2002) - Weisberg |
| ETH.MESH.03751819 (2009-473) - 2009 The Science of What's Left Behind |
| ETH.MESH.03905968-975 - Prolift 2005 Brochure |
| ETH.MESH.03905976-991 - Prolift 2006 Brochure |
| ETH.MESH.03906001-020 - Prosima and Prolift+M |
| ETH.MESH.03906037-052 - Prolift 2008 Brochure |
| ETH.MESH.04046302 (TVT and TVT-O)(2005-1117) |
| ETH.MESH.04079609 (TVTA-401-10-8.12) - 2010 TVT-Abbrevo |
| ETH.MESH.04202101 (2008-448) |
| ETH.MESH.05222686-88 - TVT IFU (4th version) 4.7.06-10.7.08 |
| ETH.MESH.05320909 (2008-135)(38 slides summit) - 2008 TVT-Secur |
| ETH.MESH.05795421 (2001-227) - 2001 TVT Prof Ed |
| ETH.MESH.05795537 (1998-218) - 1998 TVT Prof Ed |
| ETH.MESH.07201006 - Prolift Prof Ed 2007 Slide Deck |
| ETH.MESH.07246690-19 - Study Report - A systematic review of patient-years of experience in prospective randomized controlled trials (RCTs) in incontinence. |
| ETH.MESH.08003279-94 - TVT Patient Brochure 12.10.08 |
| ETH.MESH.08117473 - 2012 TVT-Exact Updated Prof Ed Slide Deck w Production Cover |
| ETH.MESH.08156958 (2002-310) - 2002 TVT Advanced Users Forum Presentation |
| ETH.MESH.08307644-45 - 4.05.2013 - Email from P. Hinoul to G. Callen re: RCT data (with attachments). |
| ETH.MESH.09100506 - Prolift Prof Ed 2005 Slide Deck |
| ETH.MESH.09744840-45 - TVT Patient Brochure 2.14.13 |
| ETH.MESH.10027307-28 - Surgeon's Resource Monograph |
| ETH.MESH.10686760-771 - Gynemesh PS aFMEA 2013 |
| ETH.MESH.10686833-852 - Risk Management Report (RMR) for Gynemesh PS 2013 |
| ETH.MESH.11543641 - Powerpoint GYNECARE GYNEMESH* PS Nonabsorbable PROLENE* Soft Mesh Awareness Module |
| ETH.MESH.11543719 - Robinson Gynemesh PS Presentation Awareness Module 4.7.04 |
| ETH.MESH.22625140-45 - MDD CAPA # CAPA-003474 |
| ETH.MESH.22631022-29 - Response to Section 39 Request, D-1, 1-1002 |
| ETH-02288-289 - Gangam N. Retroperitoneal hemorrhage after a vaginal mesh prolapse procedure. Obstet Gynecol 2007; 110: 463-4 |
| ETH-02411-412 - Abdel-fattah M, et al. How Common are tape erosions? A comparison of two versions of the transobturator tension free vaginal tape procedure. ABS 211 Int Urogynecol J 2006; 17(Suppl 2): S177 |

**Charles Hanes Materials List**

**Production Materials**

| |
|---|
| ETH-02421-422 - Nogueira B. Vaginal Erosions as Delayed complications of sling procedures. [ABS 229] Int Urogynecol J 2006; 17(Suppl 2): S187 |
| ETH-02794-799 - Collinet P, et al. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J 2005; Epub Ahead of Print |
| ETH-02813-817 - de Tayrac R, et al. Long-term anatomical and functional assessment of trans-vaginal cystocele repair using a tension-free polypropylene mesh. Int Urogynecol J 2006; 17: 483-488 |
| ETH-02955-961 - Deffieux X, et al. Vaginal mesh erosion after transvaginal repair of cystocele using Gynemesh or Gynemesh-Soft in 138 women: a comparative study. Int Urogynecol J Epub Ahead of print 2005 |
| Gynecare Gynemesh PS IFU (English Only) LAB-0012266 Rev: 3, released 02.03.15. |
| Gynecare TVT IFU changes redlined, D-6, 1-20 |
| Gynemesh PS 510k Approval File [FDA] |
| Gynemesh PS white paper - Early Clinical Experience |
| K013718 GYNEMESH PS (Ethicon) Corrected SE Letter (07-Nov-2012) |
| May 2010 CER for Gynemesh PS signed by David Robinson |
| PS120046 A2 - 7.9.12 FDA Response to Ethicon re Gynemesh PS |
| TVT IFU (7th version) 2015 - Present - from Ethicon website. |

**Charles Hanes Materials List**

**Company Witness Depositions**

| |
|---|
| Hinoul, Piet - 01.15.2014 Deposition Testimony |
| Weisberg, Martin - 11.13.2015 Deposition Testimony |

**Charles Hanes Materials List**

Other Materials

| |
|---|
| 2008 FDA Public Health Notification: Serious complications associated with transvaginal placment of surgical mesh in repair of pelvic organ prolapse and stress urinary incontinence. |
| 2011 IUGA Patient Brochure - Vaginal Repair with Mesh Patient Brochure |
| 2012 ABOG and ABU Guide to Learning in Female Pelvic Medicine and Recontructive Surgery. |
| 2012 ABOG Guide to Learning in Female Pelvic Medicine and Reconstructive Surgery |
| 2012 AUA Guidelines - Guideline for the Surgical Management of Female Stress Urinary Incontinence: 2009 Update - Appendices A11 and A16 |
| 2013 AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence. |
| 2013 AUGS Guidelines for Privileging and Credentialing Physicians for Sacrocolpopexy for Pelvic Organ Prolapse |
| 2013 FDA Statement regarding Considerations about Surgical Mesh for SUI |
| 2014 IUGA Position Statement on Mid-Urethral Slings for Stress Urinary Incontinence |
| 2015 ACOG Practice Bulletin #155 Summary - Urinary Incontinence in Women, 1120-1122 |
| 2016 AUGS, SUFU, ACOG, SGS, AAGL, NAFC,WHF, Position Statement - Mesh Midurethral Slings for Stress Urinary Incontinence |
| 2016 August - ICS IUGA ACOG AUGS AUA SUFU - Groups reaffirm position on use of vaginal mesh for surgical treatment of stress urinary incontinence |
| 2016 IUGA Patient Brochure on Midurethral Sling Procedures for Stress Incontinence |
| 2017 ACOG, AUGS - Committee Opinion on Complications in Gynecologic Surgery, 1-6, Management of Mesh and Graft Complications in Gynecologic Surgery. |
| 2017 AUA, SUFU Guideline - Surgical Treatment of Female Stress Urinary Incontinence, 1-33 |
| 2018 AUGS, SUFU, AAGL, ACOG, NAFC, SGS, Position Statement - Mesh Midurethrethral Slings for Stress Urinary Incontinence |
| 2018 July - IUGA Global Statement in support of MUS for SUI |
| 2018 RANZCOG Position Statement on SUI and POP |
| ACGME Program Requirements for Graduate Medical Education in Female Pelvic Medicine and Reconstructive Surgery |
| ACOG Practice Bulletin Summary Urinary Incontinence in Women.  Replaces Practice Bulletin Number 63, June 2005. 2015; 126( 5) |
| American Urogynecologic Society Board of Directors. Position statement on restriction of surgical options for pelvic floor disorders: the American Urogynecologic Society Board of Directors. Female Pelvic Med Reconstr Surg. 2013 Jul-Aug; 19(4): 199-201 |
| AUA. Position Statement on the Use of Vaginal Mesh for the Repair of Pelvic Organ Prolapse. November 2011; reaffirmed October 2016 and October 2018 |
| AUGS Residency Guidelines |
| AUGS Resident Learning Objectives |
| AUGS/SUFU Mesh Midurethral slings for stress urinary incontinence. 2014, Updated 2016. |
| Code of Federal Regulations Title 21, as of 4/1/15. 21CFR801.109 |
| Committee on Practice Bulletins-Gynecology, American Urogynecologic Society. Practice Bulletin No. 185: Pelvic Organ Prolapse. Obstet Gynecol. 2017 Nov; 130(5): e234-e250. |

**Charles Hanes Materials List**

**MDL Wave Cases**

| Expert Reports |
|---|
| Blaivas, Jerry (Prolift General) - 01.17.2017 |
| Blaivas, Jerry (TVT Abbrevo General) - 01.17.2017 |
| Blaivas, Jerry (TVT Exact General) - 01.17.2017 |
| Blaivas, Jerry (TVT-O General) - 01.17.2017 |
| Elliott, Daniel (Prolift General) |
| Elliott, Daniel (TVT-O General) - 05.22.2017 |
| Guelcher, Scott (General) |
| Guelcher, Scott (Wave 5 General) |
| Iakovlev, Vladimir (General) - 01.29.2016 |
| Iakovlev, Vladimir (Wave 10 General) - 02.20.2019 |
| Iakovlev, Vladimir (Wave 10 General) - 02.20.2019 |
| Klinge, Uwe (POP General) - 11.17.2015 |
| Klinge, Uwe (TVT General) - 11.16.2015 |
| Margolis, Michael (TVT General) - 05.21.2017 |
| Mays, Jimmy (General) - 05.22.2017 |
| MDL Wave 9 and 10 Plaintiff General Reports |
| Ostergard, Donald (General) - 05.19.2017 |
| Pence, Peggy (General TVT) - 10.14.2013 |
| Pence, Peggy (General TVT-O) - 7.17.2014 |
| Pence, Peggy (Notice of Adoption of Prior Reports) - 2.01.2016 |
| Pence, Peggy (Prolift General) - 07.17.2014 |
| Pence, Peggy (Supplemental General TVT & TVT-O) - 3.2.2016 |
| Pence, Peggy (Supplemental General TVT-O) - 4.24.2015 |
| Priddy, Duane (General) |
| Rosenzweig, Bruce (Prosima General) - 05.22.2017 |
| Rosenzweig, Bruce (TVT Abbrevo General) - 05.22.2017 |
| Rosenzweig, Bruce (TVT Exact General) - 05.22.2017 |
| Rosenzweig, Bruce (TVT General) - 05.22.2017 |
| Rosenzweig, Bruce (TVT General) - 06.09.2014 |
| Rosenzweig, Bruce (TVT General) - 08.24.2015 |
| Rosenzweig, Bruce (TVT General) - 10.14.2013 |
| Rosenzweig, Bruce (TVT Supplemental General) - 01.06.2017 |
| Rosenzweig, Bruce (TVT, TVT-O Notice of Adoption of Prior Reports) - 12.15.2015 |
| Rosenzweig, Bruce (TVT-O General) - 02.21.2014 |
| Rosenzweig, Bruce (TVT-O General) - 04.24.2015 |
| Rosenzweig, Bruce (TVT-O General) - 05.22.2017 |
| Shull, Bob (Prolift/Prolift +M General) - 02.01.2016 |
| Zipper, Ralph (Prolift General) - 01.31.2016 |
| Zipper, Ralph (TVT-S General) - 07.27.2017 |

# CURRICULUM VITAE

# Charles R. Hanes II, M.D.

| | |
|---|---|
| **BUSINESS ADDRESS:** | Urogynecology of Southern Alabama<br>3 Mobile Infirmary Circle<br>Suite 401<br>Mobile, AL 36607 |
| **PROFESSIONAL LICENSURE:** | Alabama Medical Licensure Commission 2004<br>License # 00008180 |
| **EDUCATION:** | Vanderbilt University<br>Nashville, Tennessee            1963-1967<br><br>Tulane University Medical School<br>New Orleans, Louisiana         1967-1971 |
| **POSTGRADUATE TRAINING:** | Vanderbilt University - Nashville, Tennessee<br>    General Surgery          1971-1973<br>Emory University - Atlanta, Georgia<br>    Residency, Ob-Gyn         1975-1978 |
| **POSTGRADUATE COURSES:** | Update Pelvic and Vaginal Surgery    1998<br>American Urogynecology Advanced Pelvic<br>    Anatomy                1998<br>American Urogynecology Society Pelvic Surgery  1998<br>Advanced Pelvic Surgery        1999<br>CITI Course - Protection of Human Research Subjects,<br>    Principle Investigator Training  2004 |
| **CERTIFICATIONS:** | American Board of Obstetrics and Gynecology - Voluntary<br>    Annual Recertification      1998-Present<br>Board certification - Female pelvic medicine and<br>    reconstructive surgery       2013-Present |
| **PROFESSIONAL EXPERIENCE:** | Private Practice, Ob-Gyn, Mobile, AL   1979-2000<br>Medical Director, The Continence Center Of Mobile<br>    Mobile Ob-Gyn, P.C.        2001-2007<br>President Providence Hosp. Med. Staff  1990-1992<br>Director, Urogynecology of Southern<br>    Alabama              2007-present<br>Clinical Adjunct Assistant Professor, Dept. Ob-Gyn,<br>    Univ. of South Alabama      2003-present |

**PROFESSIONAL EXPERIENCE CONTINUED:**

Preceptor for Ethicon Women's Health and Urology
Medical Staff - Providence Hospital, Springhill Medical
    Center, Mobile Infirmary Medical Center, The
    University of South Alabama
Private Practice-Birmingham, Alabama  1978-1979

**MILITARY SERVICE:**      General Medical Officer U.S. Army   1973-1975

**PROFESSIONAL ORGANIZATIONS:**

Fellow, American College of Obstetrics &
    Gynecology      1981-present
Member of American Urogynecology Society
      1997-Present
Mobile County Medical Society   1979-Present
Medical Association of The State of Alabama
      1978-Present
Member Society Gynecologic Surgeons
      2005-Present

**OTHER:**      The Best Doctors in America   2003-present

**VOLUNTEER/COMMUNITY EXPERIENCE:**

Volunteer Physician, Victory Health Clinic
Medical Director,  Sav-A-Life

**PUBLICATIONS:**

29th Annual Scientific Meeting Society of Gynecologic Surgeons, 2003
"TVT Pilot Study- A modified Technique to Improve Voiding Dysfunction",
C.R. Hanes II, M.D.

Journal of Pelvic Medicine & Surgery, Volume 11, Number 2, pg. 72, March/April 2005:
"Enhanced Preservation of Vaginal Length and Vault Support: A Byproduct of Anterior
Compartment Repair Using a Synthetic Mesh Graft",
C.R. Hanes II, M.D. and M.S. Mulekar PhD,
Providence Hospital & Mobile Ob-Gyn, P.C., Mobile, AL

C.R Hanes, F.H. Long. Vaginal Sacral Colpopexy. Female Pelvic Med Reconstr Surg. 2009;
15(2):66.

Charles R. Hanes II. Natural Orifice Sacral Colpopexy. OBG Manag. November 2016; 28(11).

C.R. Hanes. Vaginal Sacral Colpopexy: A Natural Orifice Approach To A Gold Standard
Procedure. Female Pelvic Med Reconstr Surg. 2017; 23(5), 875.

CR Hanes, II. Vaginal Sacral Colpopexy: A Natural Orifice Approach To A Gold Standard
Procedure. JMIG. 2018; 25(1), 47-52.

**PRESENTATIONS:**
03/25/2004 - Grand Rounds - University of South Alabama Medical Center, Department of Ob-Gyn, Mobile, AL - "Paravaginal Defects Associated with Vaginal Vault Prolapse: Do they always need to be repaired?"

04/29/2004 - Mobile Bay Ob-Gyn Society, Mobile, AL - "The Surgical Management of Female Stress Urinary Incontinence"

31st Annual Scientific Meeting Society of Gynecologic Surgeons Meeting, 2005
 "Enhanced Preservation of Vaginal Length and Vault Support: A Byproduct of Anterior Compartment Repair Using a Synthetic Mesh Graft"

2014 Joint Meeting of the Alabama and Mississippi Section ACOG, 5/8/14
"Vaginal Sacral Colpopexy"

41st Annual Scientific Meeting Society of Gynecologic Surgeons Meeting, 03/24/2015
Academic Roundtable, "Natural Orifice Sacral Colpopexy

10/15/2015 – American Urogynecologic Society Meeting - Academic Roundtable, "Natural Orifice Sacral Colpopexy

26th University of South Alabama Obstetrics and Gynecology Conference, 4/20/17
"Apical Suspension: The Foundation for Success and Durability in Pelvic Reconstructive Surgery"

**POSTER PRESENTATIONS:**
35th Annual Scientific Meeting Society of Gynecologic Surgeons, 3/30/2009:
"Vaginal Sacral Colpoopexy",
C.R. Hanes II, M.D., F. H. Long, M.D., M.S. Mulekar, PhD

42nd Annual Scientific Meeting Society of Gynecologic Surgeons Meeting, Palm Springs, CA, April, 2016. Natural Orifice Sacral Colpopexy

44th AAGL Global Congress on Minimally Invasive Gynecology, 11/15/15
Virtual Poster, "Natural Orifice Sacral Colpopexy: A New Approach To A Time-Honored Procedure"

**VIDEO PRESENTATIONS:**
44th AAGL Global Congress on Minimally Invasive Gynecology, 11/15/15
"Natural Orifice Sacral Colpopexy"

42nd Annual Scientific Meeting Society of Gynecologic Surgeons, April 2016
"Natural Orifice Sacral Colpopexy"
C.R. Hanes II, M.D.

**RESEARCH EXPERIENCE:**
**Principle Investigator:**
"TVT- A Modified Technique to Improve Voiding Dysfunction", C.R. Hanes, II

"Anterior and Apical Compartment Repair Using a Single Piece of Graft in the Anterior Vaginal Wall - A Descriptive Study" Gynecare

Open-Label, Quality of Life, Post Marketing Trial, Comparing Detrol vs. Ditropan 5 mg. and Ditropan 10 mg. Pharmacia

A Phase 4 Open-Label "Multicenter Assessment of Transdermal Therapy in Overactive Bladder with Oxybutynin TDS (Oxytrol) MATRIX", Watson Laboratories

"TVT and TVTO: A Comparison of Postoperative Voiding Dysfunction. A Comparative Study to show that the TVTO procedure has a lower incidence of voiding dysfunction than the TVT procedure when performed with identical tensioning techniques." Gynecare

Open-Label Phase 4 "SECURE: SANCTURA Study to Evaluate Control of Urinary Systems Resulting From Overactive Bladder" Odyssey Pharmaceuticals, Inc.