# EXHIBIT  C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO: *Wave 11 Cases* | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**GENERAL TVT TVT-O TVT-EXACT TVT-ABBREVO EXPERT REPORT OF CHARLES R. HANES, II, MD, FACOG, FPMRS**

EXPERT REPORT OF CHARLES R. HANES, II, MD, FACOG, FPMRS

REGARDING ETHICON'S MIDURETHRAL SLING PRODUCTS

<u>My Background</u>

I attended Vanderbilt University, majored in biology, and earned a BA degree in 1967. I attended medical school at Tulane University in New Orleans and earned an MD degree in 1971. I returned to Vanderbilt and spent two years in the general surgery residency program.

From 1973-1975, my postdoctoral education was interrupted by a military obligation. In 1973, I was stationed in the U.S. Army medical corps as a battalion surgeon with the 1st battalion, 81st field artillery regiment at Wiley Barracks in Neu Ulm, Germany. In 1974, I was transferred to Camp Darby in Tirrenia, Italy where I functioned as a partially trained surgeon in the U.S. Army hospital.

In 1975, I returned to complete my residency training in the specialty of Obstetrics and Gynecology at Emory School of Medicine in Atlanta, Georgia. During this time, I had the good privilege of working under some of the most outstanding vaginal surgeons in the country. Dr. John D. Thompson was the chairman of the department. Dr. Cullen Richardson and Dr. John Ridley were both on the clinical faculty. I operated with all three of these men and learned much of what I know based on that experience.  I completed my residency training in 1978 and have been engaged in the private practice of medicine since then. I moved to Mobile, Alabama in 1979 and have been in practice continuously ever since.

For approximately 24 years, I functioned as a generalist in ObGyn. I stopped obstetrics in 2002 and began to focus my gynecologic practice on urogynecology. At the time, there was very little formal training in the subspecialty. I attended numerous meetings and spent time with many of the leaders in the field, attending courses and spending time in their operating suites observing surgery.

2

In 2006, I left the group that I was affiliated with so that I could limit my practice exclusively to urogynecology and be able to build a referral-based practice with other ObGyn groups in the area.

In 2011, the American Board of Medical Specialties (ABMS) officially recognized Female Medicine and Pelvic Reconstructive Surgery as a subspecialty. In so doing they acknowledged that a specific skill set is needed for the successful treatment of women who have pelvic floor disorders. These fall primarily under the category of incontinence and pelvic organ prolapse (POP). A board certification examination was offered for the first time in 2013. I sat for and passed the board exam in that first year.

In 2017, I relocated my practice to the University of South Alabama health care system. I am a full-time employee of the university. I spend 75% of my time in private practice and 25% teaching medical students and ObGyn residents. One aspect of my teaching responsibility is to train residents on midurethral slings (MUS). This involves teaching the indications for surgery, the technique of implantation, and the management of postoperative care and complications. For the most part, these fall into the category of vaginal pain, dyspareunia, mesh erosions, and voiding problems.

In the course of my career, prior to the introduction of synthetic mesh midurethral slings, I performed over one hundred Burch procedures for the treatment of SUI. After 1998 and the availability of MUS, I have performed over 1,000 MUS procedures. Approximately 2/3s of these have involved the transobturator approach (TVT-O, TVT Abbrevo) and 1/3 the retropubic approach (TVT and TVT Exact). In addition to this, I have accumulated vast experience in treating complications of MUS as well as other mesh products used for the correction of prolapse.

In the course of preparing my opinions for this report, I have reviewed medical literature, incorporated my own professional experience. I have also reviewed numerous Ethicon documents to include the TVT family of products' IFUs, professional education materials and the 2000 Surgeon's Monograph. A list of materials that I may use in future trials is attached to this report. I've also read reports from various Plaintiffs' experts and considered the materials cited therein.

All my opinions are held to a reasonable degree of scientific and medical certainty. In short, I believe that TVT, TVT-O, TVT Abbrevo and TVT Exact were safe and effective, state of the art products for the repair of stress urinary incontinence. They were not defectively designed. These products provided superior efficacy compared to other surgical repairs like Burch or pubovaginal slings and presented an acceptable risk/benefit profile with low rates of complications to include mesh exposure, dyspareunia, pain, scarring and urinary problems. Ethicon adequately warned of the risks of TVT, TVT-O, TVT Abbrevo and TVT Exact in its IFUs and provided additional materials in its professional education materials and the 2000 Surgeon's Monograph. Regardless, all of the complications associated with the use of TVT, TVT-O, TVT Abbrevo and TVT Exact were basic risks of any vaginal SUI repair and were commonly known by pelvic surgeons at the time TVT was first sold in 1998. All of my opinions in this report are based upon my ongoing review of the medical literature, my education, training, experience and collaborations with colleagues.

My Testimonial History

I have been deposed as an expert witness on two cases:
Noles v. Ethicon and Aldridge v. Ethicon.

I charge $450.00 per hour for legal consulting and $5000 per day for court appearances.

4

My Experience Treating Female Stress Urinary Incontinence

I was trained to treat female urinary incontinence in my residency. At the time, the retropubic urethropexy procedures were considered to be the "gold standard." The original prototype was referred to as the Marshall-Marchetti-Krantz (MMK) operation. A modification, referred to as the Burch procedure, was developed and was the procedure that I routinely performed for treating stress incontinence. Both of these operations shared a common feature: they elevate and support the bladder neck.

The theory at the time was that female stress urinary incontinence developed because the bladder neck and upper urethra had descended out of the high-pressure zone of the abdomen into the low-pressure zone of the vagina. Stress incontinence resulted due to the loss of this pressure differential at the proximal urethra resulting in insufficient intraurethral pressure to maintain continence. The retropubic urethropexies were designed to elevate the proximal urethra back into the higher-pressure zone.

The other popular operation for the treatment of stress urinary incontinence at the time was anterior colporrhaphy. This operation was designed to correct prolapse of the anterior vagina and bladder that often accompany stress incontinence. It consists of identifying, reapproximating, and tightening the fascial remnants within the anterior vaginal wall that had been torn or stretched during the stress and trauma of childbirth as well as other sources of pelvic organ trauma. When incontinence coexisted with the anterior vaginal prolapse (cystocele), extra support and elevation of the bladder neck was achieved by placing a suture between the pubourethral ligaments at the proximal urethra. As with the urethropexies, the objective of this stitch was to elevate the proximal urethra back into the high-pressure zone. In reality, it also constricted and partially obstructed the urethra.

A third operation that could be offered was the pubovaginal sling. This was a much more invasive operation and was usually reserved for patients who had failed previous operative attempts. I was not trained to do that operation during my residency but have done several during my private practice.

In the 1990's, some practitioners began using various synthetic materials in the surgical correction of pelvic organ prolapse and urinary incontinence. Based on the extensive work and experience of Dr. Ulmsten, the first tension-free midurethral sling was introduced by Ethicon in 1998. This was referred to as the TVT or tension-free vaginal tape. This truly revolutionized not only the treatment but also the understanding of the underlying mechanism of stress urinary incontinence.

Although there were other incontinence procedures that I have not yet mentioned, the most effective MMK and Burch procedures were performed through open abdominal incisions. The laparoscopic approach had also been developed, but this required a skill set that most general ObGyns lacked. With the TVT, a much more morbid, invasive procedure was being replaced by a simple, outpatient operation that could be accomplished through a 1.5 centimeter vaginal incision.

No longer was the objective of the surgery to elevate the proximal urethra but rather to support the midurethra. This alteration in the philosophy and understanding of the biomechanics of incontinence evolved into what has become known as the integral theory. It is based on early work done by Dr. Ulmsten and Dr. Petros. They became convinced that the dominant theory about the mechanism of urinary continence was incorrect.

The integral theory maintains that continence depends on a dynamic relationship between the pubourethral ligaments that provide support at the midurethral level, the levator ani muscles of the pelvic floor, and the anterior vaginal wall. Based on this theory, the goal of surgery became to support the midurethral, the same level of

support formerly provided by the pubourethral ligaments that had become weakened or damaged.

Prior to the TVT, all operations created a static support at the proximal urethra and bladder neck and were frequently complicated by urinary retention and dysfunctional voiding problems. With the advent of this new understanding, the goal was to simply create a platform in the anterior vaginal wall that would effectively support the urethra and against which the urethra would be compressed during the descent associated with increased abdominal pressure.

I became an early adopter of the TVT based on the extensive studies of Dr. Ulmsten and his European colleagues as well as the voluminous experience they had accumulated. Although the TVT was not introduced into the United States until 1998, Dr. Ulmsten had done many cases with the original prototype referred to as intravaginal slingplasty, and he had begun publishing his results as early as 1996.

Initially, as soon as I became satisfied that the chances of causing harm were negligible, I could not refrain from offering this minimally invasive procedure. The claims of efficacy were impressive but still needed to be substantiated by well-designed studies, many of which were already in process. Furthermore, if the TVT failed, one of the more invasive urethropexies could still be performed with the patient having only undergone previous minor surgery. This line of reasoning compelled me to offer the TVT to my patients. I encountered no one who hesitated to consent for it. Quickly, my favorable impression was reinforced by the reports I received from an almost universally happy group of patients. Within a very short period of time, other reports and studies corroborated my experience.

The transobturator TVT (TVT-O) was introduced in 2004 and was followed by a modification, the TVT Abbrevo in 2010. Both of these were introduced through the same midurethral incision, but rather than being passed behind the pubic bone and emerging through two puncture sites in the skin just above the pubic bone on either

7

side of the midline, they passed laterally traversing the obturator foramen and emerging at the crease in the groin between the thigh and the vulva. I embraced these products because of certain qualities that I considered advantageous and upon which I will further elucidate later in this report.

In 1998, I became a preceptor for Gynecare, the subsidiary of J&J and Ethicon that produced and marketed products for pelvic floor surgery and incontinence. Between 1998 and 2012, I taught hundreds of physicians how to perform the TVT and later, the TVT-O and TVT Abbrevo. In my instruction, I provided a cadaver lab experience through the University of South Alabama's department of anatomy. In this setting preceptees could actually perform the procedure on a cadaveric specimen, see, and understand the anatomical relationships between the TVT trocars and mesh and the surrounding structures.

Following the lab, they accompanied me into the operating suite to watch live surgical procedures. This experience was further supported by reviewing the instructions for use (IFU) as well as a discussion of potential complications and how to handle them should any arise. During these professional education sessions, we would discuss the various different potential complications that can follow implantation of a MUS, such as infection, pain and dyspareunia. It's important to note that all of these complications are also associated with any other vaginal surgeries. Mesh erosion/exposure was also discussed as was the most effective ways to treat or manage this potential complications. It's also important to note that as pelvic floor surgeons, we have long been familiar with potential complications associated with suture erosions, which can happen following any vaginal surgery (Yazdany 2010; Toglia 2008; Luck 2005).

During these years that I served as a preceptor, I also attended meetings in other cities designed to educate other general ObGyn physicians about the midurethral sling (MUS) products. In addition, I attended a summit meeting hosted by Gynecare every year for all of the preceptors around the country. These were always

extremely helpful because it provided a unique opportunity to focus with all of the thought leaders in the field on one subject. I was always impressed with the way Gynecare conducted these events. They provided the venue and opened the floor for the physicians to discuss anything and everything regarding the treatment of stress urinary incontinence (SUI) and any potential complications that might follow a MUS surgery.

I stopped serving as a preceptor for Ethicon in 2012.  By this point, almost all residency training programs in the US were teaching MUS. Within fourteen years, Ethicon's prototypical TVT, followed by many other MUS products from many other companies, can be credited for transforming the treatment of SUI on a national scale.

I continue using the MUS for surgical correction of SUI. I have performed well over a thousand of these operations and still average doing at least two every week. Between 1998 and 2005, I used the TVT almost exclusively for SUI; however I still offered the Burch procedure. After the introduction of the TVT-O, it became my product of choice and later the TVT Abbrevo. I also did many periurethral bulking procedures on select patients who did not have hypermobility of the bladder neck, but I no longer do the bulking because I have found that the retropubic TVT works well on these patients, many of whom have intrinsic sphincter deficiency.

I also use the TVT Exact, which is an enhanced version of the original retropubic TVT. I prefer the retropubic approach in patients who have intrinsic sphincter deficiency and in patients who have had a previous transobturator sling that either failed or had to be removed. It—and the other TVT products I've used—have proven to be safe and effective surgeries in my hands.

What Is Stress Urinary Incontinence And Why Is It Such A Problem?
SUI is the involuntary loss of urine preceded or accompanied by an increase in abdominal pressure such as occurs with a cough or sneeze. As the severity of the

disorder increases, less pressure is required to elicit leakage such that fast walking or even the slight strain to stand up from a sitting position may trigger the loss of urine.

Female SUI is very common effecting as many as 33% of all women. Almost half of these are troubled enough to make the decision to undergo surgery for correction (Wu, 2014). 13.6% of women will have a surgical procedure to correct urinary incontinence during their lifetime (Wu 2014). Although there are other unusual causes of incontinence such as fistulas between the bladder and vagina and overflow incontinence due to neurogenic bladder disorders, the large majority of cases are due to either stress urinary incontinence (SUI), urge incontinence also referred to as overactive bladder (OAB), or a combination of these referred to as mixed urinary incontinence (MUI).

There are two varieties of SUI. The more common type occurs because of a lack of adequate support of the urethra resulting in the finding on physical exam of hypermobility of the bladder neck in which the examiner can visualize descent of the distal anterior vagina under the urethra as the patient is asked to cough or strain down.

The less common variety occurs when the sphincter mechanism that encircles the urethra is weak. This is referred to as intrinsic sphincter deficiency (ISD) and usually results in a more severe degree of incontinence.

OAB or urge incontinence, on the other hand, results when the bladder muscle contracts involuntarily and cannot be willfully suppressed. This results in leakage that is generally much more severe than the leakage of SUI. Treatment of OAB is primarily nonsurgical.

Many women have a combination of these two, MUI.  They may require both pharmacologic treatment for the OAB as well as surgery for the SUI.

Although urinary incontinence is never a life-threatening condition, it is a major factor in one's quality of life. Many women suffer from depression and anxiety and there is also a significant economic impact as the purchase of absorbent products can require a significant sum of money in the course of a year, none of which is covered by insurance. Studies by Fantl (1996) and Hu (2004) determined the total health care dollars spent annually on urinary incontinence exceeds 20 billion dollars. Moreover, SUI often has an adverse effect on a woman's sexual quality of life and can hinder their physical and social activities due to a constant fear of leakage.

In many cases, women are forced to remain house-bound because of the constant threat of accidents and embarrassment. Often times, the elderly become increasingly immobile from arthritis and this further compounds the issue when they cannot get to a bathroom quickly. As a result, urinary incontinence is a common factor in the decision making process of seeking assisted living or nursing home facilities.

The major risk factors for the development of SUI are vaginal delivery and hysterectomy. In both cases, there is a possibility that the support structure of the anterior vaginal wall and urethra may be weakened. Often, if this occurs, it is not immediately apparent to the patient because the weakening is not sufficient to cause SUI or it may be so insignificant that it does not create a significant bother. Over the passage of time, the incontinence may gradually worsen with the stresses of physical activity, weight gain, as well as the natural weakening of tissues during the aging process.

Other contributory factors are obesity, strenuous physical activity that is accompanied by abdominal muscle straining, smoking, chronic coughing and chronic constipation. Less common are activities associated with abnormal and extreme pressure on the pelvic floor such as jumping on a trampoline or skydiving.

11

How Is SUI Treated?

There have been many treatments for SUI. For purposes of this discussion, I will consider them in two categories; non-surgical and surgical. Furthermore, I will limit the surgical procedures to those that have been most popular during my practice career.

The non-surgical treatment for SUI is devoted to behavior modification and strengthening the pelvic floor muscles. With behavior modification, the patient is instructed to avoid allowing her bladder to become too full. With scheduled voiding, filling is limited and, as a result, when a sneeze occurs, it is less likely to result in leakage of a significant amount. Also, there are maneuvers that she may be taught when she anticipates a cough or sneeze such as voluntarily tightening the pelvic floor or sitting down.

Kegel exercise is voluntarily contracting the pelvic floor muscles. This often must be taught since it is difficult to identify and isolate these muscles from other muscles within the pelvis. Physical therapy can be very helpful with a therapist who is knowledgeable in this specialized area. There are also a number of devices that may be used to provide feedback to the patient so that she may know that she is isolating and contracting these muscles appropriately.

Patients who are highly motivated and diligent to incorporate these non-surgical modalities will achieve benefit, often decreasing the severity of their incontinence. It is unusual, however, that they can be totally cured of their SUI, and they will frequently resort to surgery.

Another non-surgical treatment is the use of vaginal pessaries. These are devices inserted into the vagina and can be thought of as a vaginal splint. The long-term use

12

of a pessary is unusual. Most women, over time, find them to be inconvenient and cumbersome. In addition, they frequently cause a vaginal discharge.

Needle urethropexies were popular surgical procedures in the eighties and nineties. There were numerous minor variations, each bearing the name of its inventor. They all had the same mechanism of action. A small incision was made in the anterior vagina and the bladder neck was identified at its juncture with the urethra. Another incision was made in the abdominal wall above the pubic bone. The space between the pubic bone and the bladder was identified and a needle passed down to the vaginal incision on each side of the urethra. A suture was then retrieved as this needle was withdrawn. These sutures served to elevate and support the proximal urethra. Short-term success with these operations was often quite good but, with time, the success decreased significantly resulting in recurrent SUI. Bladder perforations were not uncommon although these did not represent a significant risk because they were self-sealing due to the small caliber of the needle used.

Anterior colporrhaphy with a Kelley-Kennedy plication suture at the level of the proximal urethra was also commonly performed in association with cystocele repair. This frequently succeeded in the short-term relief of SUI, but it rarely provided a long-term solution.

The MMK was popularized by Dr. Kermit Krantz. This operation was performed through an open abdominal incision. The space between the pubic bone and the bladder was developed and the junction of the urethra with the bladder neck was identified. Permanent sutures were passed through the fascia on both sides of and underlying the urethra. These were then secured to the periosteum on the back surface of the pubic bone thereby elevating the proximal urethra.

The Burch modification of this placed the sutures within the same fascial layer on each side of the urethra at the bladder neck but secured them to Cooper's ligament on the pelvic bone. This was technically easier to perform and, between these two,

13

became the operation of choice. In a study comparing the Kelly-Kennedy plication, needle suspension, and the Burch procedures success rates at five years were 37%, 43%, and 82% respectively (Bergman 1995). Because of its clear superiority shown by this and other studies, the Burch retropubic urethropexy became known as the "gold standard" for the surgical correction of SUI.

The pubovaginal sling (PVS), also referred to as an autologous fascial sling, was resorted to in the mid-nineties for severe cases of SUI. It is still used today for certain limited indications. This operation is similar to the needle procedures but, instead of a suture to elevate the bladder neck, a strip of fascia is used. This may be harvested from the patient (autologous) or from a cadaver (homologous). The fascia passes under the proximal urethra and both ends are then secured to the abdominal wall muscles. Unlike the needle operations, the PVS has good long-term results.

Periurethral bulking procedures use any of a variety of materials to create bulk around the urethra. The material is injected by needle through the inner surface of the urethra so that, by virtue of its bulk, helps to narrow the urethral inner lumen, thereby enabling the sphincter mechanism to keep the urethral lumen closed. These procedures rarely are associated with long-term success when used solely for correction of SUI, but they can prove beneficial to enhance the outcome of a patient who has achieved a suboptimal outcome form a sling procedure.

As mentioned, the midurethral sling procedures have become very popular replacing the Burch procedure as the widely recognized "gold standard" operation for the surgical correction of SUI (Serati 2009).

Midurethral Sling (MUS)
Although the TVT shares certain features with both the needle urethropexy and the pubovaginal sling, it also differs in several important and dramatic ways. As with the needle procedures, there is minimal dissection since a large diameter needle or trocar is used to pass the sling blindly through the retropubic space. In contrast,

14

however, the sling is positioned at the middle of the urethra and not at the bladder neck, a critical deviation from all forerunners.

In addition, the sling is not secured to any structure, hence the name tension free vaginal tape. The synthetic mesh used for these procedures is designed to hold in place initially by a phenomenon commonly referred to as the "Velcro" effect. Because of the large pore size within the mesh, tissue collapses into these pores after removal of the protective plastic sheath and enables the sling to remain stable until tissue ingrowth occurs over the ensuing several weeks. This tension free feature provides an important distinction from the other urethropexy procedures (MMK, Burch, PVS, and needle slings). No longer is the urethra elevated into a fixed position, but with the MUS, it is simply supported. This becomes an important feature in minimizing many of the complications that the other procedures experienced.

The third significant deviation from all other surgical incontinence operations is that the TVT, as well as the other Ethicon products, use synthetic polypropylene mesh. This was not the first operation to use polypropylene mesh. In fact, it had been used and reported on by Dr. Usher for the repair of abdominal hernias since the 1970's. However, this was the first time that it was used routinely in any form of vaginal surgery.

One of the major attractions of the TVT is its simplicity and ease of insertion. As a result, it is very reproducible and associated with a short learning curve. I will briefly describe the technique of both the TVT and the TVT-O (TVT Abbrevo).

The surgery may be performed with general, regional, or local anesthesia. I prefer the combination of local anesthesia and light sedation since I can ask the patient after insertion to cough and/or bear down which facilitates accurate tensioning and helps to prevent over-tensioning.

15

A catheter is placed in the bladder. After establishing appropriate anesthesia, the tissues under the urethra are perfused with a local anesthetic agent. This helps relieve postoperative discomfort and, more importantly, it creates more space below the urethra. That, in turn, makes it less likely that the urethra might inadvertently be injured in the process.

At this point, a 1 to 1.5 centimeter incision is made in the vaginal wall at the level of the midurethral. Narrow tunnels are then created from this incision on either side of the urethra to the inferior margin of the pubic bone (TVT) or laterally to the inside margin of the inferior pubic ramus (TVT-O). The two trocar devices, with the sling attached between them, are then passed through these tunnels and curve up in their trajectory remaining close to the back side of the pubic bone and away from the bladder to exit through two puncture sites in the abdominal skin above the pubic bone (TVT) or behind the inferior pubic ramus, curving through the obturator foramen to exit through small puncture sites in the leg crease in each groin (TVT-O).

The tension of the sling is adjusted. Cystoscopy is performed to make certain that the bladder or urethra was not damaged inadvertently, and closure of the vaginal incision is performed with suture. The exit sites in the skin are so small that tissue glue is normally all that is necessary for them.

While briefly describing this, I realize that the entire procedure is routinely performed in less time than it took for me to write about it in these last few paragraphs. The patient is routinely discharged from the recovery room after voiding and making certain that she is able to adequately empty her bladder. Using the local and sedation technique, it is not unusual for her to be discharged within an hour of the procedure. Postoperatively, she is instructed to refrain from sexual intercourse for several weeks and to avoid any heavy lifting or straining. Most patients are able to resume all other routine activities on the day following surgery and rarely require narcotic analgesics for longer than the first day.

16

## How Effective Is TVT And How Does This Compare With Other SUI Procedures?

Prior to the introduction of TVT, there was very little data from well-designed studies regarding the safety and efficacy of incontinence procedures. After its introduction, the TVT has become the most thoroughly studied procedure in the entire surgical literature both gynecologic and other. Over 2,000 articles have been published in the scientific literature. Many of these have been randomized controlled trials comparing TVT and/or TVT-O with other incontinence procedures. These studies form the basis on which many professional organizations have based endorsements of the MUS procedures regarding both their effectiveness and their safety. I will touch on some of the highlights.

MMK, Burch, and PVS procedures were widely recognized as the best operations for SUI prior to MUS. Although they had good short-term success rates, they also had high complication rates. They involved major surgery with large abdominal incisions. In 1985, Stanton published a paper stating that they were associated with a significant risk of wound complications, bleeding, and urinary tract injuries. A meta-analysis performed by SGS in 2014 reported that with all of these operations, operating times are often in excess of 2 hours and catheter drainage of the bladder is usually required for several days. Several authors have reported an incidence of voiding dysfunction up to 25% (Erikesen 1990). This difficulty in voiding is thought to be related to the fixed position of the urethra in contrast with the MUS procedures.

Aside from the increased risk of complications of these forerunner operations, their success rates did not last over time. Dr. Richter reported in the SISTEr trial (2011), based on the results of 655 women, that success of the PVS was 66% at 2 years, 34% at 5 years, and 27% at 7 years. In comparison, the Burch patients did worse; 49% at 2 years, 24% at 5 years, and 13% at 7 years. This was a shocking revelation given the fact that the Burch had been considered the "gold standard."

In a 2011 Cochrane review of 62 randomized controlled trials totaling 7101 women comparing the traditional urethropexy procedures with MUS, Ogah reported that the TVT was just as effective as the PVS procedure; however, the TVT had shorter operating times and less voiding dysfunction postoperatively. Compared with the Burch, MUS was as effective but had fewer operative complications, less voiding dysfunction, and shorter operating time but that the rate of bladder perforations was higher. These results are not unique (Ward 2002 and 2008; Novara 2010).

A systematic review and meta-analysis conducted by the Society of Gynecologic Surgeons (SGS) found, when comparing MUS with PVS, that the subjective cure rate of PVS was 50% lower than that with MUS (Schimpf 2014). This is very significant because regardless of how effective an operation is from the surgeons and the researcher's point of view, the more important determinant of success is how it is regarded by the patient.

An unexpected benefit of the MUS procedures is their effectiveness in the treatment of MUI. Neither the Burch nor the PVS had ever proven to demonstrate a beneficial effect regarding the OAB component of MUI. Several studies have shown conclusive evidence that MUS cured many of these difficult cases (Tahseen, 2009; Jain, 2011).

Techniques have been developed that enable the Burch procedure to be performed laparoscopically, thereby eliminating some of the morbidity associated with a large abdominal incision. Apart from the fact that this technique is difficult to learn and become proficient at, a randomized trial comparing the TVT and laparoscopic Burch, reported objective cure was significantly higher with TVT (94% v. 78%) (Valoas, 2014). Other studies have found similar results (Jelovsek 2008). Moreover, laparoscopic Burch procedures have been shown to have lower success rates than open Burch surgeries (Siddighi 2004). Other studies have shown an inability to demonstrate the superiority of laparoscopic Burch compared to open Burch (Lapitan 2012).

18

Long-term studies have followed patients over a protracted period of time and have found that the TVT has lasting benefit. Nilsson followed a cohort of 90 women for 11 years. Subjective cure was 77% while 90% had no objective evidence of SUI (Nilsson 2008). He reported on the same group of women in 2013, representing an average postoperative interval of 17.5 years. 87% of them remained either subjectively cured or significantly improved.

Karmaker reported on 170 patients who had transobturator MUS procedures. 9 years following surgery, they reported subjective success as 71.6% and another 14% reported improvement. 76.8% reported significant improvement in quality of life. Mesh exposure was encountered in 4.5%. (Karmaker, 2017)

In the longest follow up reported, Bakas reported subjective and objective cure rates of 78.6% and 83.9% respectively on 57 patients 17 years following their MUS. There was only one mesh exposure (1.75%). (Bakas, 2018). Braga reported similar results in his 17 year follow-up study (2018). By contrast, long term efficacy of the Burch is inferior to that of TVT and TVT-O. For example, in one study, 56% of Burch patients subjectively experienced significant urinary incontinence (Kjolhede 2005). Other studies have found high rates of recurrent incontinence (Albo 2007; Demirci 2001; Alcalay 1995).

In a retrospective cohort study reported in JAMA 95,057 women were followed for a median time of 5.5 years Almost two-thirds of them had a retropubic sling with the remainder having a transobturator sling. The risk of any complication requiring mesh removal was 3.3% at 9 years. (Gurol-Urganci, 2018)

Dozens of long term studies (greater than five years) have evaluated both the safety and efficacy of TVT and TVT-O and have concluded that both products are safe and effective even at long term follow-up. The rate of long-term complications is low, to include groin pain in TVT-O studies. Moreover, despite plaintiffs' experts criticisms of the original Ulmsten study which was followed up at 17 years by Nilsson, the

19

weight of long term data that exists now demonstrates the soundness of the original Ulmsten study.  Regardless of whether a study was conducted by someone with a financial connection to Ethicon or not, the vast majority of them conclude the same thing: that TVT and TVT-O is safe and effective both in the short and long term.

There are over 100 randomized controlled trials comparing TVT and TVT-O with other operations. In addition, there have been several Cochrane reviews, systematic reviews, meta-analyses, and practice guidelines (Ogah 2009, Rehman 2019, Ogah 2011, Lapitan 2013, Novara 2010, Dmochowski 2010, Schimpf 2014, Cochrane 2015).   Of note these reviews have consistently found a relatively low erosion/exposure rate of 1 to 3 percent.  Most recently, the Cochrane Review again assessed the safety and efficacy of MUSs (Ford 2019).  They concluded:

> MUS has good rates of subjective cure in the short and into the longer term. The overall rates of complications are low including those associated with the use of mesh implants. When compared to other continence procedures, MUS is equally effective in regard to cure but has lower rates of complications and more favorable operative outcomes. The use of mesh has been supported by major Urogynaecological Societies along with the reports from government driven enquiries into the use of mesh.
> **Conclusions**: Overall, MUS have been shown to be an effective and safe surgical treatment for management of stress urinary incontinence.

How Safe Is TVT And How Does This Compare With Other SUI Procedures?

All operations, no matter how minor, have associated risks. These may be broken down into several categories. For purposes of this discussion, I will consider the periopaerative risks as those that may occur during and immediately following surgery. Postoperative risks are those that may occur after the patient has been discharged. Furthermore, I will make a distinction between complications that are related to the surgical procedure and separate these from the risks associated with the use of the synthetic polypropylene mesh.

Looking at the TVT, TVT-O, TVT Exact and TVT Abbrevo, there have been many studies that have reported on complications. Bladder perforations are reported in as

many as 5.5% of the retropubic TVTs but do not occur with the transobturator procedures. Unlike bladder injuries that might occur with the MMK, Burch or PVS, those associated with TVT do not require repair. They are easily identified with cystoscopy, an integral part of every TVT, and treated by simply removing the offending trocar. The injury to the bladder is no more than a perforation with a large bore needle and it is self-sealing.

Urethral injuries have been reported at less than 1% (Daneshgari 2008). Bowel injuries have been reported only with the TVT at 0.34%. Hemorrhage requiring transfusion occurs less than 2% of the time (Shah 2012). Vaginal mesh exposure occurs between 1-3% (Schimpf, 2014; Cochrane 2015).

In 2015, Welk reported in JAMA on 59,887 patients who had MUS. 2.2% of them had repeat surgery for complications and the 10-year cumulative rate of complications was 3% (Schimpf 2014).

These statistics mean little when looked at by themselves. More important is how they compare with the complications of the two other most effective procedures, MMK/Burch and PVS. The Society of Gynecologic Surgeons (SGS) performed a systematic review comparing MUS with both the Burch and the PVS. It found that when compared with the Burch, MUS had a lower rate of adverse events including blood loss, postoperative pain, bowel injury, wound infections, DVT, and hematomas. In addition MUS had shorter operating times and hospital stays. When compared with PVS, MUS had fewer adverse events including lower blood loss, transfusion, wound infection, urinary retention, overactive bladder, DVT, and also had shorter operating time and hospital stay. The PVS had a lower rate of UTI and vaginal perforations. The MUS procedures also had a better subjective cure rate (Schimpf 2014).

Urinary retention may follow any incontinence procedure. Oliphant (2009) reported retention followed non-mesh slings 19% of the time compared with 13% following

21

mesh MUS. In the SGS systematic review, urinary retention lasting longer than 6 weeks was reported at a rate of 2.7% following MUS compared with 7.6% following Burch, and 7.5% following PVS.

Vaginal pain, pelvic pain and dyspareunia may occur following any pelvic surgery. In fact, these complaints are associated with hysterectomy in 20% of cases (Adelmonem 2010).   Pain and sexual dysfunction also occur at higher rates following a Burch procedure compared to MUSs (AUA 2012 Update to the SUI Guidellines).  In fact, the SISTEr trial found that 47% of Burch patients experienced some adverse event (Albo 2007).

In the TOMUS trial comparing TVT with TVT-O, sexual function actually improved and dyspareunia decreased over a 2-year span from 38% to 27%. Dyspareunia is less following MUS compared with both the Burch and PVS (Schimpf 2014).

Thigh and groin pain is higher following the TVT-O and TVT Abbrevo because the trocar and mesh pass through some of the adductor muscles of the groin, but studies reveal that this pain usually resolves with time and the administration of NSAIDs.  In fact, long term TVT-O studies reveal little to no long-term thigh or groin pain.

Taken as a whole the rate of dyspareunia, pelvic pain and vaginal pain following MUS procedures is very low (Tommaselli 2015).

Urinary tract infection (UTI) is a risk following any incontinence surgery and is commonly known to be elevated in post-menopausal women—especially those experiencing urological problems (Haylen 2009). Results of the SISTEr and the TOMUS trials revealed that UTI was lower following TVT (17%) and TVT-O (11%) than following PVS (48%) or Burch (32%) (Albo 2007, Albo 2012).

There are several complications unique to the MUS procedures as a function of the use of permanent synthetic mesh. These generally fall under several headings; mesh

exposure and dyspareunia secondary to superficial placement of the sling, Both of these are relatively uncommon. Collective data from HMOs in the United States reported a nine-year rate of mesh revision or removal of 3.7% (Jonsson 2013).

Mesh exposures have a multifactorial etiology. Vaginal wound separations are not uncommon in vaginal surgery whether or not mesh is used, and certainly all vaginal surgeons are very familiar with this complication. Obesity, smoking status, diabetes, hematoma formation, and vaginal intercourse prior to healing of the incision site are all risk factors. There are times that exposures result from the sling being placed too superficially under the vaginal surface. When positioned under the full thickness of the vaginal wall, it should not be easily palpable by an examining physician and should not be associated with pain.

It has been suggested that infection plays a role in exposure, but I am not aware of any significant data to support this. In my experience, I have never seen a case in which infection was the cause for an exposure.

In any event, if complications do occur, whether secondary to voiding dysfunction, exposure or pain unrelated to exposure, they are easy to resolve by either revising the incision or removing part of the sling. Technically, this is easy to do through the same small suburethral incision. It has been extremely unusual that any mesh-related problems have not been totally resolved following such a procedure. Although recurrent SUI may occur following sling removal, it frequently does not because there is residual scar tissue left behind that may provide continued satisfactory support of the midurethra.

<u>What Mesh Is Used With TVT And Why ?</u>

Synthetic mesh products have been used in surgery for many years. Within the field of pelvic floor surgery, this use was prompted by a desire to find a substitute for autologous fascia in the PVS procedure since the harvesting of fascia from a patient

was associated with increased morbidity in the form of wound complications. Dr. TeLinde reported using a Mersilene sling in 1962. In 1966, Dr. Ridley reported on complications with Mersilene including erosion into the bladder.

In 1996, Dr. Norris described their experience with multiple mesh materials including Marlex, Silastic, Mersilene, Teflon, and GoreTex and the complications associated with use of these materials. Suffice it to say that synthetic mesh materials and the potential complications associated with their use were well known within the field of gynecology and pelvic floor surgery long before the TVT was introduced.

The quest for finding a synthetic graft material with low risk of complications continued. In 1997, Amid categorized synthetic materials used in hernia repair based on a number of attributes. He created a list with four subtypes. Type 1 is characterized by being made from knitted monofilament strands with pore size exceeding 75 microns. He also described why polypropylene was superior to other synthetic products stating that it is completely inert, resists infection and sinus tract formation, has rapid fibrinous fixation, becomes completely incorporated into the host tissue, and in case of infection does not have to be removed. The prolene mesh used with TVT, TVT Exact, TVT-O and TVT Abbrevo is Amid Type 1, a large pore lightweight mesh (AUGS/SUFU 2014, 2016 and 2018).

In 2003, Dietz compared the properties of eight different synthetic implant materials and found that the polypropylene mesh used in the TVT had a very low erosion rate.

In 2008, Moalli's group compared the TVT/TVT-O mesh with the mesh used in five other MUS products. TVT had the largest pore size. They opined that erosions were lowest with the TVT because of the superior biomechanical properties.

In 2015, the Cochrane review on midurethral slings stated the type 1 polypropylene mesh was the most biocompatible synthetic material for use in the pelvic floor. In

24

addition, it is the favored graft material for hernia repairs and has significantly enhanced success of hernia surgery (Cobb 2005).

In the initial TVT trials using polypropylene mesh, Dr. Ulmsten found no unacceptable rates of infection, rejection or impaired healing (Ulmsten 1998). Prolene mesh was chosen by Dr. Ulmsten due to its superior biocompatibility and tissue integration (Petros 2014). Another study based on biopsies 2 years following implantation found no evidence of host tissue reaction (Falconer 2001).

### TVT-O and TVT Abbrevo

TVT-O is comprised of the same Prolene mesh used in TVT. Cleared by the FDA in 2003 and launched in 2004, TVT-O has demonstrated long term efficacy and safety similar to that of TVT. Like TVT, numerous long term studies support the safety and efficacy of TVT-O (Groutz 2011; Athanasiou 2014; Laurikainen 2014; Cheng 2012; Angioli 2010; Liapis 2010; Serati 2013; Abdel-Fattah 2016; Tammaa 2017; Roy 2017). Multiple RCTs and systematic reviews/meta-analyses also support TVT-O's similar safety and efficacy to TVT (Cochrane 2015; Schimpf 2014; Tommaselli 2015). Complications of leg/thigh/groin pain are relatively low and almost always confined to the immediate post-operative period, after which they resolve. In fact, the long term studies cited above are remarkable for the lack of long term complaints of leg, thigh or groin pain.

Like the TVT-O, TVT Abbrevo is a transobturator sling made of the exact same lightweight, macroporous Prolene mesh as TVT and TVT-O. First cleared and sold in 2010, it's similar safety and efficacy compared to TVT-O is confirmed in multiple clinical studies and RCTs. Developed by Professor Jean de Leval and Dr. David Waltregny, TVT Abbrevo consists of a 12 cm Prolene sling covered by a clear sheath. It's accompanied by two Helical Passer Sheaths, a Winged Guide and a centering loop to assist in the placement of the mesh. The launch of TVT Abbrevo was supported by adequate clinical data to demonstrate it's safety, efficacy, and

similarity to TVT-O (Hinoul cadaver study (2011); de Leval 2011). Dr. de Leval's 2011 RCT found that there was no statistical difference in terms of cure rates between TVT-O and TVT Abbrevo and that between the two arms of the 175 patient study, only one mesh exposure was noted. The three year data published on this study found an overall subjective cure rate of 84.3% and no meaningful difference between the two products (de Leval 2012). Other studies and RCTs have found TVT Abbrevo to be safe and effective (Tommaselli 2012 and 2016; Dati 2012; Narang 2013; Capobianco 2014; Kurien 2014; Shaw 2015).

Endorsement by multiple professional societies

As a result of the efficacy and safety of the TVT, TVT-O and TVT Abbrevo, numerous professional organizations as well as the FDA have endorsed the use of polypropylene midurethral slings:

AUGS-SUFU position statement, 2014

"As the knitted form, Polypropylene mesh is the consensus material as a graft augmentation layer for hernia repairs in a number of areas of the human body and has significantly and favorably impacted the field of hernia surgery. As an implant for the surgical treatment of SUI, macroporous, monofilament polypropylene has demonstrated long-term durability, safety, and efficacy for up to 17 years."

"Polypropylene mesh midurethral slings are the standard of care for the surgical treatment of SUI and represent a great advance in the treatment of this condition for our patients. Since the publication of numerous level one randomized comparative trials, the MUS has become the most common surgical procedure for the treatment of SUI in the US and the developed world. This procedure has essentially replaced open and transvaginal suspension surgeries for uncomplicated SUI. . . . Full-length midurethral slings, both retropubic and transobturator, have been extensively studied, are safe and effective relative to other treatment options and remain the leading treatment option and current

26

gold standard for stress incontinence surgery. Over 3 million MUS have been placed worldwide and a recent survey indicates that these procedures are used by> 99% of AUGS members."

"One of the unintended consequences of this polypropylene mesh controversy has been to keep women from receiving any treatment for SUI. This procedure is probably the most important advancement in the treatment of stress urinary incontinence in the last 50 years and has the full support of our organizations which are dedicated to improving the lives of women with urinary incontinence." This statement was updated in 2016 and again in 2018.

ACOG/AUGS Practice Bulletin, 2015

"Although controversy exists about the role of synthetic mesh used in the vaginal repair of pelvic organ prolapse, there are substantial safety and efficacy data that support the role of synthetic mesh midurethral slings as a primary surgical treatment option for stress urinary incontinence in women. For this reason, and to clarify uncertainty for patients and practitioners, the American Urogynecologic Society and the Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction published a position statement recognizing polypropylene mesh midurethral slings as the 'standard of care' in the surgical treatment of stress urinary incontinence."

AUA Position Statement, 2011

"Multiple case series and randomized controlled trials attest to the efficacy of synthetic polypropylene mesh slings at 5–10 years. This efficacy is equivalent or superior to other surgical techniques. There is no significant increase in adverse events observed over this period of follow-up. Based on these data, the AUA Guideline for the Surgical Management of Stress Urinary Incontinence (2009) concluded that synthetic slings are an appropriate treatment choice for women with stress incontinence, with similar efficacy but less morbidity than conventional non-mesh sling techniques."

ICS Fact Sheets, 2013

"Worldwide, midurethral slings comprised of synthetic mesh have become

27

the treatment of choice for SUI. Long-term data are robust and demonstrate durable efficacy with a very low complication rate, particularly in experienced hands. Various techniques for sling placement and different meshes are employed according to physician preference, but all appear to be equally effective."

EAU Guidelines: Eur Urol. 2012

"There has been a rapid adoption of midurethral synthetic sling insertion as the first-line surgical option for SUI because it is effective, it is less invasive, and patients recover more quickly."

FDA, 2013

"Mesh sling procedures are currently the most common type of surgery performed to correct SUI. Based on industry estimates, there were approximately 250,000 of these procedures performed in 2010."

"The safety and effectiveness of multi-incision slings is well-established in clinical trials that followed patients for up to one-year."

FDA Executive Summary, 2011

"The Burch has a long history, but its popularity has declined over the past two decades with the introduction of less invasive procedures" and "the pubovaginal sling procedures using biologic graft material (often autologous fascia) similarly have declined in popularity."

"The anterior repair with Kelly plication to correct SUI in the presence of a cystocele and bladder neck needle suspension is rarely performed currently due to poor long-term outcomes."

FDA Executive Summary, 2011

"A substantial number of quality clinical trials, as well as systematic reviews, have been published for the first generation minimally invasive slings that provide evidence of safety and effectiveness of these devices."

"After considering all available data on both safety and effectiveness, and considering the risk/benefit profile, it appears that new premarket clinical trials are not warranted for minimally invasive slings for SUI unless the device has new features (e.g. new polymer or coating) that could affect

device performance."

AUA Position Statement, 2012

"Suburethral synthetic polypropylene mesh sling placement is the most common surgery currently performed for SUI. Extensive data exist to support the use of synthetic polypropylene mesh suburethral slings for the treatment of female SUI, with minimal morbidity compared with alternative surgeries. Advantages include shorter operative time/anesthetic need, reduced surgical pain, reduced hospitalization, and reduced voiding dysfunction. Mesh-related complications can occur following polypropylene sling placement, but the rate of these complications is acceptably low. Furthermore, it is important to recognize that many sling-related complications are not unique to mesh surgeries and are known to occur with non-mesh sling procedures as well. It is the AUA's opinion that any restriction of the use of synthetic polypropylene mesh suburethral slings would be a disservice to women who choose surgical correction of SUI."

"Multiple case series and randomized controlled trials attest to the efficacy of synthetic polypropylene mesh slings at 5–10 years. This efficacy is equivalent or superior to other surgical techniques. There is no significant increase in adverse events observed over this period of follow-up. Based on these data, the AUA Guideline for the Surgical Management of Stress Urinary Incontinence (2009) concluded that synthetic slings are an appropriate treatment choice for women with stress incontinence, with similar efficacy but less morbidity than conventional non-mesh sling techniques."

I agree with all these statements. Of note, following their public health notices of 2008 and 2011, the FDA conducted a systematic review of the medical literature and concluded in 2013 that full length MUSs like TVT and TVT-O and TVT Abbrevo are safe and effective based on the medical literature reflecting up to a 12 month follow-up. In an April 16, 2019 post on their web site, the FDA asserted that it's 2013 statement represented its "current thinking" on the safety and efficacy of MUSs

29

(https://www.fda.gov/medical-devices/urogynecologic-surgical-mesh-implants/fdas-activities-urogynecologic-surgical-mesh).

Instructions for Use

The instructions for use provided with TVT, TVT-O, TVT Abbrevo and TVT Exact were adequate and appropriately warned surgeons of any risks that were unique to those products.   Plaintiff experts have alleged that all TVT IFUs are deficient. However, these claims are without merit.   Risks pertaining to pelvic pain, dyspareunia, vaginal scarring, infection, re-operation and voiding dysfunction are commonly known basic elemental risks of vaginal surgery in general and have been known as such for decades.  Pelvic floor surgeons understand and are familiar with these risks from their education, training, clinical experience and ongoing review of the medical literature.   Importantly, these risks have been well reported in the medical literature and textbooks before TVT was first sold in 1998 (Moore 1955; Francis 1961; Williams 1962; Morgan 1970; Amias 1975; Stanton 1985; Galloway 1987; Haase 1988; Kahn 1997; Kholi 1998).  In fact, mesh erosion/exposure is the only risk unique to mesh products and this risk is not only warned about in the TVT labeling, but has been well known as a basic elemental risk of mesh surgery for decades.   In addition to the publicly available medical literature, Ethicon provided doctors like myself professional educational opportunities in which the risks and potential complication associated with MUS surgery was discussed.   Professional education slide decks and the TVT Surgeons monograph (2000) also provided additional risk information to doctors.

What Other Adverse Claims Have Been Made About The Use Of Polypropylene Mesh?

There have been many allegations as to the harmful effects of midurethral slings and the polypropylene mesh used with these products.

"Roping" and "curling" of the mesh is said to occur frequently and, as a result, cause complications. All of the Ethicon MUS products that are the focus of this document have a plastic sheath that covers the mesh and is not removed until the sling has been positioned properly. By design, this serves two important purposes: preserving the architecture of the mesh before any tension is applied; and preventing exposure of the mesh to bacterial contamination. The mesh is implanted with the sheaths intact. Once the proper tensioning is established and the sheaths are removed, the surgeon may clearly see that the mesh has not stretched and, therefore not roped or curled.

One might then question whether the roping or curling might occur postoperatively once the sling is subjected to the increased intraabdominal pressures that occur with coughing of sneezing. In fact, as I mentioned in the section about insertion technique, the Velcro effect that occurs immediately upon removing the plastic sheaths makes it very difficult to move the mesh and deform it. Within two weeks there is tissue ingrowth into the pores. At that point, it can not change shape.

Examining the mesh in situations requiring explantation provides further evidence of this. I have had occasion to perform explants and observe the mesh in a number of these situations. There has been no evidence that the initial shape changed at all.

"Fragmenting" or fraying of mesh is another claim. This is thought to happen more frequently with mechanically cut as opposed to the laser cut products that were introduced later. According to the claim, small fragments or particles of mesh could detach and then cause harm by migrating to other parts of the body or inducing a cytotoxic or inflammatory host response.

Ethicon used mechanically cut mesh until 2007. After introducing the laser cut product, it continued to offer the mechanically cut mesh as well. Despite the claims by plaintiffs' experts about the harmful effects of ,fraying or particle loss, there is no scientific data to support it that I am aware of.  Moreover, I have not seen these

31

alleged complaints in my extensive clinical experience.   Nor have I seen mesh shrinkage or contraction in my practice.  While it's been commonly known that scar tissue will act on a mesh graft to cause in some cases minimal amounts of shrinkage, this does not happen with MUSs in any clinically meaningful way.  The mesh in the TVT products are well designed for tissue integration and any scar tissue formation that occurs following implantation.   Long term follow-up studies and other studies support this opinion (Nilsson 2013).

Claims that either laser or mechanically cut mesh are defectively designed are also baseless.  Claims that the cut of the mesh causes mesh erosion or complications are not supported by the medical literature or seen in my clinical experience.  To my knowledge only one study has compared laser and mechanically cut mesh and in concluded that there is no clinically significant difference between the two (Rusavy 2017).

"Cytotoxicity" is another claim. A number of plaintiff expert witnesses have claimed that the polypropylene has a cytotoxic effect. By destroying the cell layer overlying the mesh, it is hypothesized that mesh exposure results.  The weight of the scientific evidence contradicts this claim.   The biocompatibility of Prolene has been well established since the FDA first cleared Prolene sutures for use a half century ago. Since then, Prolene has been used in practically every surgery in billions of patients. Moreover, professional societies around the planet have affirmed the biocompatibility of Prolene mesh for use in vaginal surgeries (see the 2018 AUGS/SUFU position statement which was also endorsed by ACOG).

If cytotoxicity is an inherent property of polypropylene, observations of resulting adverse events should be far more commonplace and should have become evident years before the TVT was introduced. Polypropylene has been used in the form of suture material for decades for surgery throughout the entire human body.

Plaintiff's claim that Prolene mesh degrades is also without merit. I'm aware of no medical literature that supports the conclusion that Prolene mesh degrades in any clinically meaningful way. Plaintiffs claim that Clave 2010 supports Prolene degradation is unsupported and does not demonstrate degradation. In fact, studies demonstrate just the opposite (Thames 2017) and that plaintiffs' claims that the Prolene fiber undergoes a "barking" barking process are without merit. AUGS/SUFU (2014 FAQ) has addressed the question of degradation and concluded the following:

"Does the MUS mesh made of polypropylene degrade over time?
Polypropylene is a stable and well-accepted biomaterial with a history of over five decades of use in mesh implants. In recent years, concerns regarding implanted polypropylene degradation have been raised as a result of very high-AUGS-SUFU FAQs by Providers on Mid-urethral Slings for SUI -2- magnification images that show portions of some explanted synthetic meshes with "cracked" surfaces. These surface changes were further hypothesized to lead to adverse clinical outcomes, though this is not supported by the extensive peer-reviewed literature related to polypropylene mesh repairs. Prospective studies have followed patients with implanted mid-urethral slings for 17 years and show excellent durability and safety of the procedure."

I agree with this statement.

"Chronic inflammatory reaction" is another charge made about mesh. Every foreign body creates some inflammatory response in the host. That is a normal, expected finding and one that is not harmful. Prolene mesh, like any biocompatible foreign body may illicit an acute or transient foreign body reaction upon initial implantation. To the extent the foreign body reaction continues in the long-term, it is of no clinical significance and does not result in complications like pain or mesh contraction. Additionally, studies have shown ideal tissue reaction with TVT (Falconer C. Int Urogyn J 2001). Infection is a risk of any surgery. The clinical literature regarding the infection rate of TVT mesh is very low. In fact, wound complications with TVT are less than that with non mesh repairs like Burch and the pubovaginal sling. (Schimpf, 2014).

"Carcinogenisis" or the risk that that polypropylene causes cancer is another claim.

No evidence is available that Prolene mesh is causes cancer. Reliable data do not show a risk of sarcoma or cancer. (Moalli P., Int Urogyn J 2014; King 2014; Linder 2016)

My first exposure to TVT came through a cadaver lab event sponsored by Ethicon and taught by physician users who were considered experts by the company. The quality of the instruction, both didactic and practical, was excellent. I attended the annual summit meetings sponsored by Ethicon for all of the preceptors. I looked forward to this gathering every year because I was so impressed with the quality of the physicians they had selected. As I mentioned earlier, the agenda was loosely set allowing discussion to proceed unhindered and in any direction the physician attendees wished to go to include discussion of all potential complications. These were exciting times for all of us as we were on the cusp of a revolutionary change in the treatment of SUI.

Plaintiffs' experts have alleged that a lighter weight or larger pore mesh would be a safer alternative design to the TVT family of products. These claims are without merit. I am aware of no scientific study or published piece of peer reviewed medical literature that supports this contention. In fact, the only study cited by plaintiffs' experts to support their contention that a lighter weight or partially absorbable mash would be a safer alternative to the TVT mesh is Okulu, 2014. This study however has many limitations and even found a mesh erosion in the Ultrapro arm of the study. Simply put there is no evidence to support the claim that a lighter weight or larger pore mesh would prevent or even significantly reduce potential complications following MUS surgery such as mesh exposure, pain or dyspareunia. In fact, Ethicon attempted to develop a lighter weight and partially absorbable mash in what was called project TOPA. This attempt however never advanced beyond cadaver lab testing in which every cadaver lab failed. Moreover, the FDA refused to clear this proposed partially absorbable, lighter weight mesh to treat SUI.

34

Summary

Stress urinary incontinence is a huge problem in our country and it imposes a tremendous physical, psychological, and economic burden on the millions of women who suffer from it. Prior to TVT and the MUS family of products, many women either refused or did not seek treatment because they were aware that it involved major surgery with a significant risk of failure and complications.

TVT and later, TVT-O, TVT Abbrevo and TVT Exact ushered in a revolutionary new era in treating this problem. Major surgery was substituted with minor, inpatient with outpatient, prolonged postoperative pain with minimal, a large abdominal incision with a hidden vaginal micro-incision. Even better, success, both subjective and objective, was as good as, and most of the times better than, the former operations that they quickly displaced from holding the title, "gold standard." These products have been a safe and effective standard of care treatment for SUI.

Furthermore, voluminous data was soon forthcoming proving that complication rates were lower whether one looked at infection, blood loss, voiding dysfunction, urinary retention, pain, dyspareunia, and damage to bowel, bladder or urethra with TVT, TVT-O, TVT Exact and TVT Abbrevo.

The safety of the mesh was never a serious concern in my mind as Prolene has been used for decades in the form of mesh or suture. It remains the most popular synthetic mesh used in surgery.

As a result of all of these factors including the thousands of peer-reviewed scientific articles, the opinions of many independent physicians who are widely acclaimed to be thought leaders in the field of urogynecology, and the numerous prestigious societies of my profession that have strongly endorsed MUS, I remain unswayed in the level of confidence that I have in all of these products: TVT, TVT-O, TVT Exact, and TVT Abbrevo.

35

Finally, I have accumulated a vast experience with TVT, TVT-O, TVT Exact, and TVT Abbrevo.  I believe the benefit of these products clearly outweigh the risks. I believe they are invaluable to the enhancement of the quality of life of millions of women. I believe these products were state of the art when they were introduced and earned their "gold standard" rating. I believe they remain state of the art today.

I reserve the right to supplement or modify my expert opinion based on the discovery, disclosure and timely provision of new findings and the depositions of Plaintiffs' experts.   I hold all of the above opinions to a reasonable degree of scientific and medical certainty.

_____

Charles R. Hanes, II, MD
June 23, 2019

# Charles Hanes

## General Materials List
## *in Addition to Materials Referenced in Report*

Charles Hanes Materials List

**Medical Literature**

| Description |
| --- |
| Abbasy S, et al. Urinary retention is uncommon after colpocleisis with concomitant mid-urethral sling. Int Urogynecol J 2009; 20: 213-216 |
| Abdel-Fattah M, A Familusi, I Ramsay and J N'Dow. A randomised prospective single-blinded study comparing inside-out versus outside-in transobturator tapes in the management of female stress urinary incontinence (E-TOT study); 3 years follow-up. Neurourol Urodyn 2011; 30(6): 825-826. [Meeting Abstract] |
| Abdel-fattah M, et al. How common are tape erosions? A comparison of two versions of the transobturator tension-free vaginal tape procedure. BJU Int. 2006 Sep; 98(3): 594-8 |
| Abdel-Fattah M, et al. Mesh erosions with the transobturator approach for tension-free vaginal tapes in management of urodynamic stress incontinence. Eur Urol Suppl 2006; 5(2): 305 |
| Abdel-Fattah M, et al. Pelvicol pubovaginal sling versus tension-free vaginal tape for treatment of urodynamic stress incontinence: a prospective randomized three-year follow-up study. Eur Urol 2004; 46(5): 629-35. |
| Abdel-Fattah M, et al. Transobturator suburethral tapes in the management of urinary incontinence: success, safety and impact on sexual life. Obstet Gynecol Surv. 2008 Apr 1; 63(4): 219-20 |
| Abdel-Fattah M, Hopper LR, Mostafa A. Evaluation of Transobturator Tension-Free Vaginal Tapes in the surgical management of mixed urinary incontinence: 3-year outcomes of a randomized controlled trial. J Urol 2014; 191: 114-119 |
| Abdel-Fattah M, I Ramsay, S Pringle, C Hardwick and H Ali. Evaluation of transobturator tapes (E-TOT) study: randomised prospective single-blinded study comparing inside-out vs. outside-in transobturator tapes in management of urodynamic stress incontinence: short term outcomes. Eur J Obstet Gynecol Reprod Biol 2010; 149(1): 106-11. |
| Abdel-Fattah M, I Ramsay, S Pringle, C Hardwick, H Ali, D Young and A Mostafa. Randomised prospective single-blinded study comparing 'inside-out' versus 'outside-in' transobturator tapes in the management of urodynamic stress incontinence: 1-year outcomes from the E-TOT study. BJOG: Int J Obstet Gynaecol 2010; 117(7): 870-8. |
| Abdel-Fattah M, Mostafa A, Familusi A, Ramsay I, N'Dow J. Prospective randomised controlled trial of transobturator tapes in management of urodynamic stress incontinence in women. 3-Year Outcomes from the Evaluation of Transobturator Tapes Study (E-TOT). Eur Urol 2012; 62(5): 843-851. Published online April 14, 2012 |
| Abdel-Fattah M, et al. Long-term outcomes for transobturator tension-free vaginal tapes in women with urodynamic mixed urinary incontinence. Neurourol Urodyn, 2017 Apr; 36(4): 902-908 |
| Abdel-Fattah M, et al. Long-term outcomes of transobturator tension-free vaginal tapes as secondary continence procedures. World J Urol (2016); 35(7): 1141-1148. doi:10.1007/s00345-016-1969-1 |
| Abdel-Fattah, et al. (E-TOT) Study: A Randomized Prospective Single-blinded Study of Two Transobturator tapes in management of Urodynamic Stress Incontinence: Objective & Patient reported Outcomes. Int Urogynecol J 2008; 19(Suppl 1): S2-S3 |
| Abdelmonem AM. Vaginal length and incidence of dyspareunia after total abdominal versus vaginal hysterectomy. Eur J Obstet Gynecol Reprod Biol. 2010 Aug; 151(2): 190-2 |
| Abdul-Rahman A, et al. Long-term outcome of tension-free vaginal tape for treating stress incontinence in women with neuropathic bladders. BJU Int (2010) 106: 827-830. doi:10.1111/j.1464-410x.2010.09203.x. |

**Charles Hanes Materials List**

## Medical Literature

Abed H, et al. Incidence and management of graft erosion, wound granulation, and dyspareunia following vaginal prolapse repair with graft materials: a systematic review. Int Urogynecol J (2011); doi: 10.1007/s00192-011-1384-5

Achtari, Chahin, et al. Risk factors for mesh erosion after transvaginal surgery using polypropylene (Atrium) or composite polypropylene/polyglactin 910 (Vypro II) mesh. Int Urogynecol J (2005) 16: 389-394.

Adams S. Pelvic floor physical therapy as primary treatment of pelvic floors disorders with urinary urgency and frequency predominant symptoms. Female Pelvic Med Reconstr Surg (2015); 21(5): 252-256.

Addison WA, Bump RC, Cundiff GW. Sacral colpopexy is the preferred treatment for vaginal vault prolapse in selected patients. J Gynecol Tech 1996; 2(2) :69-74.

Agarwala N, et al. Laparoscopic sacral colpopexy with Gynemesh as graft material - experience and results. J Minim Invas Gynecol 2007; 14: 577-83.

Agnew G, et al. Functional outcomes following surgical management of pain, exposure or extrusion following a suburethral tape insertion for urinary stress incontinence. Int Urogynecol J 2014 Feb; 25(2): 235-9

Agro EF, et al. Abdominal straining in uncomplicated stress urinary incontinence: is there a correlation with voiding dysfunction and overactive bladder. Neurourol Urodyn 2018; 37(Suppl 2): S46-S48. [IUDS Abstract 35]

Aigmueller T, et al. 10 Years Follow-Up after TVT-O Procedure. J Minim Invasive Gynecol 2015; 22: S29. [SGS Abs NOPoster 30]

Aigmueller T, Tammaa A, Tamussino K, Hanzal E, Umek W, Kolle D, Kropshofer S, Bjelic-Radisic V, Haas J, Giuliani A, Lang PFJ, Preyer O, Peschers U, Jundt K, Ralph G, Dungl A, Riss PA. Retropubic vs. transobturator tension-free vaginal tape for female stress urinary incontinence: 3-month results of a randomized controlled trial. Int Urogynecol J, 2014 Aug; 25(8): 1023-30. Published online May 13, 2014

Aigmueller T, et al. Ten-year follow-up after the tension-free vaginal tape procedure. Am J Obstet Gynecol (2011) 205: 1.e1-1.e5. doi:10.1016/j.ajog.2011.07.010.

Ait Said K, Leroux Y, Menahem B, Doerfler A, Alves A, Tillou X.  Effect of bariatric surgery on urinary and fecal incontinence: prospective analysis with 1-year follow up. Surg Obes Relat Dis. 2017 Feb; 13(2): 305-312

Ala-Nissilä S, et al. Tension-free vaginal tape - a suitable procedure for patients with recurrent stress urinary incontinence. Acta Obstet Gynecol Scand 2010; 89(2): 210-216. doi:10.3109/00016340903508635

Albo M, et al. Treatment Success of Retropubic and Transobturator Mid Urethral Slings at 24 Months.  J Urol 2012; 188: 2281-2287.

Albo M. Burch Colposuspension versus Fascial Sling to Reduce Urinary Stress Incontinence. NEJM 2007; 356: 2143-55.

Alcalay M, et al. Burch colposuspension: a 10-20 year follow up. Br J Obstet Gynaecol. 1995 Sep; 102(9): 740-5. Erratum in: Br J Obstet Gynaecol. 1996 Mar; 103(3): 290.

Alcalay M, Monga A, Stanton SL. Burch colposuspension: a 10-20 year follow up. Br J Obstet Gynaecol. 1995 Sep; 102(9): 740-5

Alevizon S. Sacrospinous Colpopexy: Management of postoperative pudendal nerve entrapment. Obstet Gynecol 1996; 88: 713-5.

Al-Salihi S, Lim J, Carey M. [IUGA Abs 136] Video demonstration of vaginal surgery for prolapse using mesh and a vaginal support device. Int Urogynecol J (2009); 20(Suppl 2): S188-S189.

**Charles Hanes Materials List**

**Medical Literature**

| |
|---|
| Al-Tayyem A, et al. TVT vs TVT-O: A study comparing early complications. Int Urogynecol J 2007; 18(Suppl 1): S37 |
| Althaus A, et al. Development of a risk index for the prediction of chronic post-surgical pain. Eur J Pain 16 (2012) 901-910. |
| Altman D, et al. Anterior colporraphy versus transvaginal mesh for pelvic-organ prolpase. N Engl J Med 2011; 364: 19. |
| Altman D. Anterior Colporrhaphy versus Transvaginal Mesh for Pelvic-Organ Prolapse. N Engl J Med 2011; 364: 1826-36. |
| Altman D. Surgery for cystocele II: replies. Response to POPQ Measurements. Int Urogynecol J (2012) 23: 663-664. |
| Amat i Tardiu L, Martinez Franco E, Vicens JML. Contasure-Needleless® compared with transobturator-TVT for the treatment of stress urinary incontinence. Int Urogynecol J 2011; 22(7): 827-833. Published online March 2, 2011 |
| Amat L, E Martínez Franco, A Hernández Saavedra and A Vela Martínez. "NEEDLELESS®: a new technique for correction of urinary incontinence. Randomized controlled trial compared with TVT-O®. Preliminary results. Int Urogynecol J 2007; 18(Suppl. 1): S128. [Meeting Abstract] |
| Amias A. Sexual life after gynaecological operations – II* Br Med J 1975; 2: 680-681. |
| Amundsen CL, et al. Urethral erosion after synthetic and nonsynthetic pubovaginal slings: differences in management and continence outcome. J Urol. 2003; 170:134-7 |
| Angioli R, F Plotti, L Muzii, R Montera, PB Panici and MA. Zullo. Tension-free vaginal tape versus transobturator suburethral tape: five-year follow-up results of a prospective, randomised trial. Eur Urol 2010; 58(5): 671-7. doi:10.1016/j.eururo.2010.08.004 |
| Aniuliene R. Tension-free vaginal tape versus tension-free vaginal tape obturator (inside-outside) in the surgical treatment of female stress urinary incontinence. Medicina 2009; 45(8): 639-43. |
| Antosh D, et al. A case-control study of risk factors for ileus and bowel obstruction following benign gynecologic surgery. Int J Gynaecol Obstet (2013) 122: 108-111. |
| Apostolis CA, et al. The effect of scopolamine patch use on post-operative voiding function after transobturator slings for stress urinary incontinence. Fem Pelv Med Reconstr Surg 2010 Mar/Apr;17(2 Supp 1):S37. SGS Abstract 62. |
| Araco F, G Gravante, R Sorge, J Overton, D De Vita, F Sesti and E Piccione. TVT-O vs TVT: a randomized trial in patients with different degrees of urinary stress incontinence. Int Urogynecol J 2008; 19(7): 917-26. |
| Argirovic A, et al. Surgical treatment of female stress urinary incontinence: retropubic transvaginal tape vs. transvaginal tape obturator. Medicinski Glasnik, 2014 Aug; 11(2): 253-258 |
| Armitage K. Best approaches to recurrent UTI. Patient Care June 1999: 38-69 |
| Arnold MW, Stewart WRC, Aguilar PS. Rectocele repair. Four years' experience. Dis Colon Rectum 1990; 33(8): 684-7. |
| Arunkalaivanan AS, Barrington JW. Randomized Trial of Porcine Dermal Sling (Pelvicol™ implant) vs. Tension-free Vaginal Tape (TVT) in the Surgical treatment of Stress Incontinence: A Questionnaire-based Study. Int Urogynecol J (2003) 14: 17-23. |
| Athanasiou S, et al. Midurethral slings for women with urodynamic mixed incontinence. What to expect. Int Urogynecol J 2013; 24: 393-399 |
| Athanasiou S, et al. Severe pelvic organ prolapse. Is there a long-term cure? Int Urogynecol J (2018); https://doi.org/10.1007/s00192-018-3775-3 |
| Athanasiou S, T Grigoriadis, E Kalamara, M Sotiropoulou and A Antsaklis. Mixed urodynamic incontinence: TVT or TVT-O? Int Urogynecol J 2009; 20(Suppl 2): S218. [Meeting Abstract] |

**Charles Hanes Materials List**

**Medical Literature**

| |
|---|
| Athanasiou S, et al. Seven years of objective and subjective outcomes of transobturator (TVT-O) vaginal tape: Why do tapes fail? Int Urogynecol J (2014); 25(2): 219-225. doi:10.1007/s00192-013-2186-8 |
| Atlas I, et al. Laparoscopic repair of vaginal Gore-tex erosion after sacral colpopexy. J Gynecol Surg 1995; 11: 177-80 |
| Aube M, McVeigh T, Tu LM. Long Term Efficacy and Patient Satisfaction of Pelvic Organ Prolapse Reduction Using Trans-Vaginal Mesh. (2015) |
| Avgerinos AA, et al. TVT or TVT-Obturator?  Our experience in using both methods for treatment of stress urinary incontinence. Int Urogynecol J 2006; 17(Suppl 2): S314-315 |
| Bae JH, et al. Factors Affecting Result of Different Type of Midurethral Sling Procedure. J Urol. 2009 Apr; 181(Supp 4): S615-616. AUA Abstract 1707 |
| Baessler K. Severe Mesh Complications Following Intravaginal Slingplasty. Obstet Gynecol 2005; 106: 713-6. |
| Baginska JE. [Abs C38] Prosima - A new device for pelvic organ prolapse repair. An initial experience. Eur Urol Suppl 2011; 10(9): 622. |
| Bakas P, et al. Assessment of the long-term outcome of TVT procedure for stress urinary incontinence in a female population: results at 17 years follow-up. Int Urogynecol J (2018); https://doi.org/10.1007/s00192-018-3713-4. |
| Bakas P, et al. Long-term efficacy follow-up of tension-free vaginal tape obturator in patients with stress urinary incontinence with or without cystocele.  Int J Gynaecol Obstet. 2018 Dec; 143(3): 339-343. doi: 10.1002/ijgo.12682. Epub 2018 Oct 8. [13 yr Follow-up] |
| Baker KR, et al. Colposacropexy with Prolene mesh. Surg Gynecol Obstet 1990; 171: 51-54. |
| Baker PK. Musculoskeletal Origins of Chronic Pelvic Pain. Obstet Gynecol Clin North Am, Dec 1993; 20(4): 719-743. |
| Balzarro M, et al. Can the Anterior Vaginal Wall Repair Surgery Influence the Results of Middle Urethral Sling: Long-Term Results after 7 years follow up. Neurourol Urodyn 2017; 36(Supp 3): S425. ICS Abstract 527 |
| Balzarro M, et al. Comparison between telephone and conventional outpatient clinic setting follow-up in women treated with middle urethral sling for stress urinary incontinence. Neurourol Urodyn 2017; 36(Supp 3): S357-S358. [ICS Abstract 477] |
| Balzarro M, et al. Comparison of the long-term outcomes of middle urethral sling versus middle urethral sling plus anterior vaginal repair for cystocele. Neurourol Urodyn 2017; 36(Supp 2): S66-S68. [IUDS Abs 57] |
| Barber MD, Brubaker L, Burgio KL. [Pop 374] Comparison of 2 transvaginal surgical approaches and perioperative behavioral therapy for apical vaginal prolapse: the OPTIMAL randomized trial. JAMA 2014; 311(10): 1023-1034. |
| Barber MD, Maher C. Apical prolapse. Int Urogynecol J 2013; 24: 1815-1833. |
| Barber MD, S Kleeman, MM Karram, MFR Paraiso, MD Walters, S Vasavada and M Ellerkmann. Transobturator tape compared with tension-free vaginal tape for the treatment of stress urinary incontinence: a randomized controlled trial. Obstet Gynecol 2008; 111(3): 611-21. |
| Barber, et al. (corrected July 2015) Supplementary Online Content. Comparison of 2 Transvaginal Surgical Approaches and Perioperative Behavioral Therapy for Apical Vaginal Prolapse: The Optimal Randomized Trial. JAMA 2014; 311(10): 1023-1034. doi: 10.1001/jama.2014.1719. |
| Barksdale P, et al. Intraligamentous Nerves as a Potential Source of Pain After Sacrospinous Ligament Fixation of the Vaginal Apex. Int Urogynecol J (1997) 8: 121-125. |
| Barnabei VM, et al. Menopausal Symptoms and Treatment-Related Effects of Estrogen and Progestin in the Women's Health Initiative. Obstet Gynecol 2005; 105: 1063-1073 |

**Charles Hanes Materials List**

**Medical Literature**

Barratt R, et al. Management of urodynamic stress urinary incontinence in urethral diverticulum. Neurourol Urodyn 2017; 36(Supp 1): S41-S42. [SUFU Abstract M21]

Basson R, Leiblum S, Brotto L. Revised definitions of women's sexual dysfunction. J Sex Med 2004; 1: 40-48.

Bazi T. Prevention of pelvic floor disorders: international urogynecological association research and development committee opinion. Int Urogyn J (2016) 27: 1785-1795. DOI 10.1007/s00192-016-2993-9.

Bedford N, et al. Effect of uterine preservation on outcome of Laparoscopic Uterosacral Suspension. J Minim Invasive Gynecol (2013) 20: 172-177.

Bekker M, et al. Sexual function improvement following surgery for stress incontinence: the relevance of coital incontinence. J Sex Med 2009; 6: 3208-3213

Benbouzid S, et al. Pelvic organ prolapse transvaginal repair by the Prolift system: Evaluation of efficacy and complications after a 4.5 years follow up. Int J Urol (2012) 19: 1010-1016.

Bensinger G, Lind L, Lesser M, Guess M, Winkler H. Abdominal sacral suspensions: analysis of complications using permanent mesh. Am J Obstet Gynecol 2005; 193: 2094-2098.

Benson JT, Lucente V, McClellan E. Vaginal versus abdominal reconstructive surgery for the treatment of pelvic support defects: a prospective randomized study with long-term outcome evaluation. Am J Obstet Gynecol 1996; 175: 1418-21.

Ben-Zvi T, et al. An in-house Composix™-based pubovaginal sling trial for female stress urinary incontinence: Five-year comparative followup to tension-free and transobturator vaginal tapes. Can Urol Assoc J. 2017 Aug; 11(8): 275-280. doi: 10.5489/cuaj.4243

Ben-Zvi T, et al. Mid-urethral slings for female urinary stress incontinence: 5-year follow-up of TVT, TVT-O, Composix. Can Urol Assn. J July-Aug 2015; 9(7-8 Suppl 5): S171

Berrocal J. [Prolene Soft in color] Conceptual advances in the surgical management of genital prolapse. The TVM technique emergence. J Gynecol Obstet Biol Reprod 2004; 33: 577-587

Berry S. Prevalence of symptoms of bladder pain syndrome/interstitial cystitis among femails in the United States. J Urol (2011) 186: 540-544. DOI:10.1016/j.juro.2011.03.132

Bezhenar V, et al. 7-year Old Clinical Experience of Treating Women's Urinary incontinence using Suburethral Slings. ICS Abstract #768 (2013).

Bezhenar V, et al. Immediate and long-term results of laparoscopic promontopeksy. [ICS Abstract 814] (https://www.ics.org/2014/abstract/814)

Bezhenar V, Guseva E. [ICS Abs 765] The pelvic floor repair with the use of the Prosima Implant - The assessment of complications and life quality. (2013)

Bhargava S, et al. Rising awareness of the complications of synthetic slings. Curr Opin Urol 2004; 14: 317-321.

Bhatia, et al. [Oral Poster 1] A Comparison of Short Term Sexual Function Outcomes for Patients Undergoing the Transvaginal Mesh Procedure Usint the Standard Polypropylene Mesh vs a Hybrid Polypropylene/ Poliglecaprone Mesh. Female Pelvic Med Reconstr Surg 2012; 16(2, Suppl): S15-S16.

Bianchi AH, ZI Jarmy-Di Bella, RA Castro, MG Sartori and MJ Girao. Randomised trial of TVT-O and TVT-S for the treatment of stress urinary incontinence. Int Urogynecol J 2011; 22(Suppl 1): S62. [Meeting abstract]

Bianchi-Ferraro AH, Di Bella ZIJ, Bortolini MT, Castro RA, Sartori MG, Girao MJ. Randomised Trial of Transobturator and Mini Sling for Treatment of Stress Urinary Incontinence. 30 Months Follow-Up. Int Urogynecol J 2013; 24(Suppl 1): S116

## Charles Hanes Materials List

**Medical Literature**

Bianchi-Ferraro AMH, Di Bella ZIKJ, Castro R, Bortolini MAT, Sartori MGF, Girao MJBC. Single-incision sling compared with transobturator sling for treating stress urinary incontinence - a randomized controlled trial (TVT-O, TVT-S). Int Urogynecol J, 2013 Sep; 24(9): 1459-65. Published online Dec 4, 2012

Bianchi-Ferraro AMHM, Di Bella ZIKJ, Castro RDA, Bortolini MAT, Sartori MGE, Girao MJBC. Randomized controlled trial comparing TVT-O and TVT-S for the treatment of stress urinary incontinence. 2-year results. Int Urogynecol J, 2014 Oct; 25(10): 1343-8. Published online March 19, 2014

Birch C. The use of prosthetics in pelvic reconstructive surgery. Best Practice & Research Clinical Obstetrics and Gynaecology 2005; 19(6): 979-991.

Bjelic-Radisic V, et al. The Incontinence Outcome Questionnaire: an instrument for assessing patient-reported outcomes after surgery for stress urinary incontinence. Int Urogynecol J 2007; 18: 1139-1149

Blick C, et al. Do periurethral Zuidex injections alter the performance of tension-free tapes in the treatment of stress urinary incontinence? Curr Urol 2010; 4: 15-17. doi: 10.1159/000253402

Boulanger L, et al. Tissue Integration and tolerance to meshes used in gynecologic surgery: An experimental study. Eur J Obstet Gynecol Reprod Biol 2006; 125: 103-108.

Bourdy C, et al. Sling exposure after treatment of urinary incontinence with sub-urethral transobturator slings. Eur J Obstet Gynecol Reprod Biol. 2014 May; 176: 191-6

Boyers D, et al. Single incision mini-slings versus standard mid-urethral slings in surgical management of female stress urinary incontinence: a cost-effectiveness analysis alongside a randomised controlled trial. (2012)

Bozkurt M, et al. Assessment of perioperative, early, and late postoperative complications of the inside-out transobturator tape procedure in the treatment of stress urinary incontinence. Clin Exp Obstet Gynecol 2015; 42(1): 82-9

Bozkurt M, et al. Investigation of influence of inside out transobturator vaginal tape (TVT-O) procedure on objective, subjective cure rates. Clin Exp Obstet Gynecol 2015; 42(1): 82-9

Bradley CS, et al. Vaginal erosion after pubovaginal sling procedures using dermal allografts. J Urol. 2003 Jan; 169(1): 286-7.

Braga A, et al. (P46, 17 yr fu TVT) Tension-free vaginal tape for treatment of pure urodynamic stress urinary incontinence: efficacy and adverse effects at 17-year follow-up. BJU Int 2018; doi: 10.1111/bju.14136.

Brizzolara S, Pillai-Allen A. Risk of mesh erosion with sacral colpopexy and concurrent hysterectomy. Obstet Gynecol 2003; 102: 306-310.

Brown, et al. Prevalence of Urinary Incontinence and associated risk factors in postmenopausal women. Obstet Gynecol 1999; 94: 66-70.

Brubaker L, et al. Adverse events over two years after retropubic or transobturator midurethral sling surgery: Findings from the trial of midurethral slings (TOMUS) Study. Am J Obstet Gynecol 2011; 205: 498e.1-6

Brubaker L, et al. Two-year outcomes after sacral colpopexy with and without Burch to prevent stress urinary incontinence. Obstet Gynecol 2008; 112: 49-55.

Brubaker L, et al. Two-year outcomes after sacrocolpopexy with and without burch to prevent stress urinary incontinence. Correction. Obstet Gynecol 2016; 127: 968-969

Brubaker L. American Urogynecologic Society Best-Practice Statement: Recurrent Urinary Tract Infection in Adult Women. Female Pelvic Med Reconstr Surg (2018) 00:00, 1-15.

Bryant C. Caffeine reduction education to improve urinary symptoms. Br J Nurs (2002); 11(8): 560-565

**Charles Hanes Materials List**

**Medical Literature**

| |
|---|
| Bulbuller N, Habibi M, Yuksel M, Ozener O, Oruc MT, Oner OZ, Kazak MA. Effects of bariatric surgery on urinary incontinence. Ther Clin Risk Manag. 2017 Jan 19; 13: 95-100. |
| Bureau M. Pelvic organ prolapse: A primer for urologists. Can Urol Assoc J 2017; 11(6 Suppl 2): S125-30 |
| But I and M Faganelj. Complications and short-term results of two different transobturator techniques for surgical treatment of women with urinary incontinence: a randomized study. Int Urogynecol J 2008; 19(6): 857-61. |
| But I, B Zegura, M Pakiz and S Rakic. Outside-in vs. inside-out transobturator approach in women with stress and mixed urinary incontinence: A prospective, randomized, head-to-head comparison study. Int Urogynecol J 2007; 18(Suppl 1): S11-S12. [Meeting Abstract] |
| But I, Pakiz M. Irritative symptoms are the main predictor of satisfaction rate in women after transobturator tape procedures. Int Urogynecol J 2009; 20: 791-796 |
| Butrick C. Pathophysiology of Pelvic Floor Hypertonic Disorders. (2009) |
| Cadish LA, et al. [Non-Oral Poster 22] Role of BMI Development Of Postoperative Hip And Thigh Pain in Tension-Free Vaginal Tape Obturator Patients. Fem Pelv Med Reconstr Surg, 2010 March-April; 16(2): S25. [SGS Abstract NOP 22] |
| Cadish LA, et al. Characterization of pain after inside-out transobturator midurethral sling. Female Pelvic Med Reconstr Surg. 2014 Mar-Apr; 20(2): 99-103 |
| Canel V, et al. Mid-uretral retropubic TVT sling procedure complicated by intraoperative cystotomy (bladder injury): is it possible to avoid postoperative indwelling catheter. Prog Urol, 2014 Sep; 24(11): 714-9 |
| Canel V, Thubert T, Wigniolle I, Fernandez H, Deffieux X. Postoperative groin pain and success rates following transobturator midurethral sling placement: TVT ABBREVO® system versus TVT™ obturator system. Int Urogynecol J. 2015 Oct; 26(10): 1509-16 |
| Canepa G, et al. TVT and TVT-O: a comparison between surgical techniques in our experience. Urodinamica 2006; 16: 174-175 |
| Capobianco G, Dessole M, Lutzoni R, Surico D, Ambrosini G, Dessole S. TVT-ABBREVO: efficacy and two years follow-up for the treatment of stress urinary incontinence. Clin Exp Obstet Gynecol 2014; 41(4): 445-7 |
| Carbone JM, et al. Pubovaginal sling using cadaveric fascia and bone anchors: disappointing early results. J Urol 2001; 165: 1605-11 |
| Caremel R, Tu LM, Baker K, Adli OEY, Loutochin O, Corcos J. [Pop 62, 56 wk fu] A multicentric randomized controlled study comparing surgical and pharmacological therapy to treat mixed urinary incontinence. J Urol 2013; 189(Suppl 4): e760. |
| Carey M, et al. Vaginal Repair with mesh versus colporrhaphy for prolpase: a randomised controlled trial. Br J Obstet Gynecol. 2009 Sep; 116(10): 1380-6. |
| Carey M, et al. Vaginal surgery for pelvic organ prolapse using mesh and a vaginal support device. Br J Obstet Gynecol 2008; 115: 391-397. |
| Carlin, Klutke. The Tension-Free Vaginal Tape Procedure for the Treatment of Stress Incontinence in the Female Patient. Urology 2000; 56(Suppl 6A): 28-31. |
| Certification of Miles Murphy, M.D. Time to Rethink: an evidence based response from pelvic surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Plevic Organ Prolapse". Int Urogynecol J; DOI 10.1007-s00192-011-1581.2. |
| Chaliha C, Stanton SL. Complications of surgery for genuine stress incontinence. Br J Obstet Gynaecol 1999; 106: 1238-45 |

**Charles Hanes Materials List**

Medical Literature

---

Chen X, et al. An inexpensive modified transobturator vaginal tape inside-out procedure for the surgical treatment of female stress urinary incontinence. Int Urogynecol J. 2009 Nov 1; 20(11): 1365-1368

Chen Y, et al. Efficacy of tension-free vaginal tape obturator and single-incision tension-free vaginal tape Secur, hammock approach, in the treatment of stress urinary incontinence. Minerva Urol Nefrol. 2014 Sep; 66(3): 165-73

Chen Z, Y Chen, GH Du, Xy Yuan, J Wu, Xy Zeng, Zq Hu, D Cai, Wm Yang and Ye. Comparison of three kinds of mid-urethral slings for surgical treatment of female stress urinary incontinence. Urologia 2010; 77(1): 37-42.

Cheng D, et al. Tension-Free Vaginal tape-obturator in the treatment of stress urinary incontinence: a prospective study with five-year follow-up. Eur J Obstet Gynecol Reprod Biol (2012) 161: 228-231.

Cheung RY, et al. Inside-out versus outside-in transobturator tension-free vaginal tape: A 5-year prospective comparative study. Int J Urol (2014); 21(1): 74-80. doi:10.1111/iju.12196

Chibelean C, et al. Comparative urodynamic evaluation of bladder outlet obstruction due to surgical procedures for stress urinary incontinence in women. Eur Urol Suppl 2011; 10(9): 621. [EAU Abs C32.]

Cho MK, et al. Complications Following Outside-in and Inside-out Transobturator-Tape Procedures with Concomitant Gynecologic Operations. Chonnam Med J 2011; 47: 165-169

Choe JM, Bell T. Genetic material is present in cadaveric dermis and cadaveric fascia lata. J Urol. 2001 Jul; 166(1): 122-4

Choe JM. The use of synthetic materials in pubovaginal sling. Adv Exp Med Biol 2003; 539(Pt A): 481-92.

Cholhan HJ, et al. Dyspareunia associated with para-urethral banding in the transobturator sling. J Pelv Med Surg 2009 Sept/Oct; 12(5): 481.e1-5. [AUGS Paper 21]

Christensen H, Laybourn C, Eickhoff JH, Frimodt-Møller C. Long-term results of the Stamey Bladder-Neck suspension procedure and of the Burch Colposuspension. Scand J Urol Nephrol. 1997 Aug; 31(4): 349-53.

Chu C and Welch L. Characterization of morphologic and mechanical properties of surgical mesh fabrics. J Biomed Mater Res 1985; 19: 903-916.

Chun JY, et4 al. A Comparative Study of Outside In and Inside Out Transobturator Tape Procedures for Female Stress Urinary Incontinence: 7-Year Outcomes. Low Urin Tract Symptoms. 2014 Sep; 6(3): 145-50

Chung CP, et al. Recognition and management of nerve entrapment pain after uterosacral ligament suspension. Obstet Gynecol 2012; 120: 292-295.

Clancy AA, Gauthier I, Ramirez FD, Hickling D, Pascali D. Predictors of sling revision after mid-urethral sling procedures: a case-control study. BJOG 2019; 126: 419-426.

Clemens J, et al. Urinary Tract Erosions after synthetic pubovaginal slings: diagnosis and management strategy. Urology 2000; 56: 589-595.

Cocci A, et al. Impact of preoperative patient characteristics and flow rate on failure, early complications, and voiding dysfunction after a transobturator tape procedure. Int Neurourol J. 2017 Dec; 21(4): 282-288

Colhoun A, et al. Longitudinal assessment of TVT-O in the treatment of stress urinary incontinence. Neurourol Urodyn 2016; 35(Supp S1): S64-S65. [SUFU Abstract NM51]

Collinet P, et al. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J (2006) 17: 315-320.

**Charles Hanes Materials List**

**Medical Literature**

| |
|---|
| Collins SA, Downie SA, Olson TR, Mikhail MS. Nerve injury during uterosacral ligament fixation: a cadaver study. Int Urogynecol J Pelvic Floor Dysfunct 2009; 20: 505-508. |
| Colombo M, et al. Randomised comparison of Burch colposuspension versus anterior colporrhaphy in women with stress urinary incontinence and anterior vaginal wall prolapse. BJOG. 2000 Apr; 107(4): 544-51. |
| Cosson M, et al. [Pop 687 - ICS Abst. 121] Prolift mesh (Gynecare) for pelvic organ prolapse surgical treatment using the TVM group technique: a retrospective study of 687 patients. Neurourol Urodyn 2005; 24: 590-1 |
| Cosson M, et al. Mechanical properties of synthetic implants used in the repair of prolapse and urinary incontinence in women: which is the ideal material? Int Urogynecol J 2003; 14: 169-178. |
| Costantini E, et al. Sacrocolpopexy for pelvic organ prolapse: evidence-based review and recommendations. Eur J Obstet Gynecol Reprod Biol 2016; 205: 60-5. |
| Costantini E, et al. Long-term efficacy of the trans-obturator and retropubic mid-urethral slings for stress urinary incontinence: update from a randomized clinical trial. World J Urol (2015); doi:10.1007/s00345-015-1651-z. |
| Cowan W, et al. Abdominal sacral colpopexy. Am J Obstet Gynecol 1980; 138(3): 348-350. |
| Cox A. Surgical management of female SUI: is there a gold standard? Nat Rev Urol (2013) 10: 78-89. |
| Coyne K. Risk factors and comorbid conditions associated with lower urinary tract symptoms: Epi LUTS. BJU Int (2009); 103, Supp 3: 24-32 |
| Cresswell J, et al. Long-term evaluation of tension-free vaginal tape (TVT) outcomes for a UK surgeon: Objective assessment and patient satisfaction questionnaires. Br J Med Surg Urol (2008); 1(2): 58-62. doi:10.1016/j.bjmsu.2008.05.004 |
| Culligan PJ, Murphy M, Blackwell L, Hammons G, Graham C, Heit MH. Long-term success of abdominal sacral colpopexy using synthetic mesh. Am J Obstet Gynecol 2002; 187: 1473-1482. |
| Cundiff GW, Fenner D. Evaluation and Treatment of Women with Rectocele: Focus on Associated Defecatory and Sexual Dysfunction. Obstet Gynecol 2004; 104(6): 1403-21. Erratum in: Obstet Gynecol, 2005 Jan; 105(1): 222 |
| Cundiff GW, Varner E, Visco AG, et al. Risk Factors for Mesh/Suture Erosion Following Sacrocolpopexy. Am J Obstet Gynecol 2008; 199: 688.e1-e5. |
| Curti P, et al. Perineal ultrasound assessment of vesico-urethral mobility before and after TVT-O. Urodinamica 2008; 18: 19. Abstract N. 10 |
| Curti P, et al. TVT and TVT-O for the treatment of stress urinary incontinence with intrinsic sphincter deficiency. Euro Urol Suppl 2008 Mar 1;7(3): 122 |
| da Silveira S. [Pop 184(94), 1 yr fu] Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolapse surgical treatment.  Int Urogynecol J. 2015 Mar; 26(3): 335-42. [Epub 2014 Sep 9] |
| da Silveira, et al. [Pop 184, 1 yr fu] Multicenter, randomized trial comparing native vaginal tissue repair and synthetic mesh repair for genital prolpase surgical treatment. Int Urogynecol J (2014). |
| D'Afiero, et al. [Abs 0156] Short-term effects of mesh augmented surgery for pelvic organ prolapse on functional outcomes and QOL: A Comparison between trocar guided and single incision devices. Int J Gynecol Obstet 119S3 (2012): S315-S316. |
| Dallosso H. The association of diet and other lifestyle factors with overactive bladder and stress incontinence: a longitudingal study in women. BJU Int (2003) 92: 69-77.  doi:10.1046/j.1464-410X.2003.04271.x |
| Dalpiaz O, et al. Ultrasonographic evaluation of vesico-urethral mobility before and after TVT-O procedure. Urodinamica 2005; 15(4): 240-241 |

**Charles Hanes Materials List**

**Medical Literature**

| |
|---|
| Damoiseaux, Withagen, Withagen. [IUGA Abs PP 01] Long-term follow-up (7 years) of a randomized controlled trial: Trocar-guided Mesh compared with conventional Vaginal Repair in Recurrent Pelvic Organ Prolapse. Int Urogynecol J (2015); 26(Suppl 1): S23-S24. |
| Dandolu V, Akiyama M, Allenback G, Pathak P. Mesh complications and failure rates after transvaginal mesh repair compared with abdominal or laparoscopic sacrocolpopexy and to native tissue repair in treating apical prolapse. Int Urogynecol J (2016). |
| Dati S, Rombola P, Cappello S, Piccione E.  Single-Incision Minisling (Ajust) vs. Obturator Tension-Free Vaginal Shortened Tape (TVT_Abbrevo) in Surgical Management of Female Stress Urinary Incontinence. Int J Gynecol Obstet 2012; 119S3: S70 [Poster M432] |
| Dati S, Rombola P, Cappello S. TVT-Abbrevo: When and why? Tech Coloproctol 2013; 17: 136 |
| De Cuyper EM, et al. Laparoscopic Burch colposuspension after failed sub-urethral tape Procedures: a retrospective audit. Int Urogynecol J Pelvic Floor Dysfunct. 2008 May; 19(5): 681-685 |
| de Landsheere L, et al. Surgical intervention after transvaginal Prolift mesh repair Retrospective single-center study including 524 patients with 3 years' median follow-up. Am J Obstet Gynecol. 2012 Jan; 206(1): 83.e1-7 |
| de Landsheere L, et al. Surgical intervention after transvaginal Prolift mesh repair: retrospective single-center study including 524 patients with 3 years' medial follow-up. Am J Obstet Gynecol 2011; 205:x-x. |
| de Leval J, Thomas A, Waltregny D. The original versus a modified inside-out transobturator procedure: 1-year results of a prospective randomized trial. Int Urogynecol J. 2011 Feb; 22(2): 145-56; DOI 10.1007/s00192-010-1264-4 |
| De Souza A. [Pop 87,12 mo fu] Sexual function following retropubic TVT and transobturator Monarc sling in women with intrinsic sphincter deficiency. Int Urogynecol J 2012; 23: 153-8 |
| de Tayrac R, et al. Cystocele repair by the vaginal route with a tension-free sub-bladder prosthesis. J Gynecol Obstet Biol Reprod 2002; 31: 597-599. |
| de Tayrac R. Prolapse repair by vaginal route using a new protected low-weight polypropylene mesh: 1-year functional and anatomical outcome in a prospective multicenter study. Int Urogynecol J 2007; 18: 251-256. |
| Deffieux X and H Fernandez. Female Sexual Function Following Trans-Obturator Suburethral Tape from inside to outside (TVT-O) and Tension-Free Vaginal Tape (TVT): A Randomized Controlled Trial. J Minim Invasive Gynecol 2009; 16(6 Suppl): S22. [Meeting Abstract] |
| Deffieux X, et al. Trans-obturator suburethral tape from inside to outside (TVT-O) is associated with higher pain scores at one year follow-up when compared to tension-free vaginal tape (TVT): a multicenter randomized controlled trial. Int Urogynecol J 2008; 19(Suppl 1): S7 |
| Deffieux X, N Daher, A Mansoor, P Debodinance, J Muhlstein and H Fernandez. Transobturator TVT-O versus retropubic TVT: results of a multicenter randomized controlled trial at 24 months follow-up. Int Urogynecol J 2010; 21(11): 1337-45. |
| Demirci F, et al. Long-term results of Burch colposuspension. Gynecol Obstet Invest 2001; 51(4): 243-7 |
| Demirci F, et al. Perioperative complications in vaginal mesh procedures using trocar in pelvic organ prolapse repair. J Obstet Gynaecol India. 2013 Oct; 63(5): 328-31 |
| Deprest J, et al. Synthetic and biodegradable prosthesis in pelvic floor surgery. Int Congress Series 1279 (2005) 387-397. |
| Dessie SG, et al. Effect of Scopolamine Patch Use on Postoperative Voiding Function After Transobturator Slings. Female Pelvic Med Reconstr Surg. 2016 May-Jun; 22(3): 136-9 |
| Deus A, et al. TVT-Secur Treatment of Stress Urinary Incontinence under Local Anesthesia. J Minim Invas Gynecol 2009; 16: S146-S147. Abstract 531 |

**Charles Hanes Materials List**

## Medical Literature

Di Pietto L, et al. Perineal ultrasound evaluation of urethral mobility after the TVT-O procedure. Clin Exp Obstet Gynecol 2010; 37(2): 131-4

Diamond M, Freeman M. Clinical implications of postsurgical adhesions. Human Reprod Update 2001; 7(6): 567-576.

Dielubanza E & Schaeffer A. Urinary tract infections in women. Med Clin N Am (2011) 95: 27-41. doi: 10.1016/j.mcna.2010.08.023

Dietz HP, et al. Does the tension-free vaginal tape stay where you put it? Am J Obstet Gynecol. 2003 Apr; 188(4): 950-3

Dietz HP, et al. Mechanical properties of urogynecologic implant materials. Int Urogynecol J (2003) 14: 239-243.

Dietz V, Maher C. Pelvic organ prolapse and sexual function. Int Urogynecol J (2013) 24: 1853-1857.

Dingman R and Arbor A. Factors of clinical significance affecting wound healing. Laryngoscope 1973; 83(9): 1540-55.

Diwadkar GB, Barber MD, et al. Complication and reoperation rates after apical vaginal prolapse surgical repair: a systematic review. Obstet Gynecol 2009; 113: 367-73.

Djurdjevic S, et al. TOT (TVT-O) tape in the treatment of stress urinary incontinence with coexisting anterior vaginal wall prolapse. HealthMed 2011; 5(4): 868-872

Dmochowski RR, Blaivas JM, Gormley EA, Juma S, Karram MM, Lightner DJ, Luber KM, Rovner ES, Staskin DR, Winters JC, Appell RA; Female Stress Urinary Incontinence Update Panel of the American Urological Association Education and Research, Inc., Whetter LE. Update of AUA guideline on the surgical management of female stress urinary incontinence. J Urol. 2010 May; 183(5): 1906-14

Dolat ME, et al. Effect on concurrent prolapse surgery on urgency and frequency outcomes following TVT-O. Neurourol Urodyn 2015; 34(Issue S1): S53-S54. SUFU Abstract NM40

Drahoradova P, et al. Longitudinal trends with improvement in quality of life after TVT, TVT O and Burch colposuspension procedures.  Med Sci Monit 2011; 17(2): CR67-72

Dray E, et al. Sling excision for pain: can we predict who benefits from surgery. Neurourol Urodyn 2017; 36(Supp 1): S105-S106. [SUFU Abstract NM84]

Drutz HP, Cha LS. Massive genital and vaginal vault prolapse treated by abdominal-vaginal sacropexy with use of Marlex mesh: Review of the literature. Am J Obstet Gynecol 1987; 156: 387-92

Duron J, et al. Prevalence and Mechanisms of small intestinal obstruction following laparoscopic abdominal surgery. A retrospective multicenter study. Arch Surg (2000) 135: 208-212.

Dwyer PL, et al. Suture injury to the urinary tract in urethral suspension procedures for stress incontinence. Int Urogynecol J Pelvic Floor Dysfunct 1999; 10(1): 15-21.

Dzanic H, et al. Assessment of complications in surgical treatment of stress urinary incontinence with the TVT-O method and vaginoplasty. HealthMed 2011; 5(4): 1354-1357

Edenfield AL, Amundsen CL, Weidner AC, Wu JM, George A, Siddiqui NY. Vaginal prolapse recurrence after uterosacral ligament suspension in normal-weight compared with overweight and obese women. Obstet Gynecol, 2013 Mar; 121(3): 554-9.

Eickmeyer S. [Ch. 38] Pelvic floor disorders. Braddom's Physical Medicine and Rehabilitation, 5th edition, 2016, 835-849.

El Sheemy M, et al. Surgeon-tailored polypropylene mesh as a needleless single-incision sling versus TVT-O for the treatment of female stress urinary incontinence: a comparative study. Int Urol Nephrol. 2015 Jun; 47(6): 937-44

**Charles Hanes Materials List**

**Medical Literature**

El Sheemy MS, et al. Low-cost transobturator vaginal tape inside-out procedure for the treatment of female stress urinary incontinence using ordinary polypropylene mesh. Int Urogynecol J. 2015 Apr; 26(4): 577-84

Elkins N, Hunt J, Scott KM. Neurogenic Pelvic Pain. Phys Med Rehabil Clin N Am. 2017 Aug; 28(3): 551-569. doi: 10.1016/j.pmr.2017.03.007. Epub 2017 May 12. Review

El-Nazer MA, et al. [Pop 44, 2 yr fu] Anterior colporrhaphy versus repair with mesh for anterior vaginal wall prolapse: a comparative clinical study. Arch Gynecol Obstet (2012) 286: 965-972

Elyasi F. Sexual dysfunction in women with type 2 diabetes mellitus. IJMS (2015); 40(3): 206-213.

Eswar C, et al. Removal of Tension-Free Vaginal Tape-Obturator Mesh Arm for Persistent Groin Pain Following Vaginal Mesh Removal. J Minim Invas Gynecol 2015; 22: S16-S17

Faber K. [Poster #NM102] Transvaginal mesh placement and the instructions for use: A survey of North American Urologists, Abstracts, S115.

Fabian G, et al. Vaginal excision of the sub-urethral sling: Analysis of indications, safety and outcome. Arch Med Sci 2015; 11(5): 982-988

Falconer C. Influence of different sling materials on connective tissue metabolism in stress urinary incontinent women. Int Urogyn J (2001) Suppl 2: S19-S23.

Feiner B, Jelovsek JE, Maher C. Efficacy and safety of transvaginal mesh kits in the treatment of prolapse of the vaginal apex: a syematic review. Br J Obstet Gynecol 2008; 116: 15-24.

Feldman GB, Birnbaum SJ. Sacral colpopexy for vaginal vault prolapse. Obstet Gynecol 1979; 53(3): 399-401.

Feng CL, et al. Transobturator vaginal tape inside out procedure for stress urinary incontinence: results of 102 patients. Int Urogynecol J. 2008 Oct 1; 19(10): 1423-27

Feng S, Luo D, Liu Q, Yang T, Du C, Li H, Wang K, Shen H. Three- and twelve-month follow-up outcomes of TVT-EXACT and TVT-ABBREVO for treatment of female stress urinary incontinence: a randomized clinical trial. World J Urol. 2018 Jan 3. doi:10.1007/s00345-017-2165-7. [Epub ahead of print]

Ferrero S. Deep dyspareunia: causes, treatments, and results. Obstet Gynecol (2008) 20: 394-399.

Filocamo MT, et al. The impact of mid-urethral slings for the treatment of urodynamic stress incontinence on female sexual function. A multicenter prospective study. J Sex Med 2011; 8: 2002-2008

Fitzgerald M, et al. Pelvic support, pelvic symptoms, and patient satisfaction after colpocleisis. Int Urogynecol J 2008; 19: 1603-1609.

FitzGerald MP, Edwards SR, Fenner D. Medium-term follow-up on use of freeze-dried, irradiated donor fascia for sacrocolpopexy and sling procedures. Int Urogynecol J Pelvic Floor Dysfunct 2004; 15(4): 238-42.

Fitzgerald MP, et al. Failure of allograft suburethral slings. BJU Int 1999; 84: 785-8

Fitzgerald MP, et al. The antigenicity of fascia lata allografts. BJU Int. 2000 Nov; 86(7):826-8.

Flam F. Sedation and local anaesthesia for vaginal pelvic floor repair of genital prolapse using mesh. Int Urogynecol J (2007) 18: 1471-1475.

Flood CG, et al. Anterior colporrhaphy reinforced with Marlex mesh for the treatment of cystoceles. Int Urogynecol J Pelvic Floor Dysfunct 1998; 9: 200-4

Flynn MK, et al. Sensory nerve injury after uterosacral ligament suspension. Am J Obstet Gynecol 2006; 195: 1869-72.

Ford AA, Rogerson L, Cody JD, Ogah J. Mid-urethral sling operations for stress urinary incontinence in women. Cochrane Database of Systematic Reviews 2015, Issue 7.

**Charles Hanes Materials List**

**Medical Literature**

| |
|---|
| Ford AA, Taylor V, Ogah J, Viet-Rubin N, Khullar V, Digesu GA. Midurethral slings for treatment of stress urinary incontinence review. Neurourol Urodyn. 2019 May 26. doi: 10.1002/nau.24030. [Epub ahead of print] Review. PubMed PMID: 31129927. |
| Ford AA, et al. Mid-urethral sling operations for stress urinary incontinence in women. Cochrane Database of Systematic Review (2015); doi:10.1002/14651858.cd006375.pub3 |
| Ford AA, et al. SUMMARY Mid-urethral sling operations for stress urinary incontinence in women. Cochrane Database of Systematic Review. (2015) |
| Fouad R, et al. Uroflowmetric changes, success rate and complications following tension-free vaginal tape obturator (TVT-O) operation in obese females. Eur J Obstet Gynecol Reprod Biol 2017; 214: 6-10 |
| Fox SD, Stanton SL. Vault prolapse and rectocele: assessment of repair using sacrocolpopexy with mesh interposition. Br J Obstet Gynecol 2000; 107: 1371-5. |
| Foxman B & Brown P: Epidemiology of urinary tract infections: transmission and risk factors, incidence, and costs. Infect Dis Clin North Am 2003; 17: 227-41. doi:10.1016/S0891-5520(03)00005-9 |
| Foxman B. Epidemiology of urinary tract infections: incidence, morbidity, and economic costs. Am J Med 2002; 113(1A): 5S013S. |
| Foxman B. Urinary Tract Infection Syndromes, Occurrence, recurrence, bacteriology, risk factors, and disease burden. Infect Dis Clin N Am (2014) 28: 1-13. |
| Francis, WJA and Jeffcoate, TNA. Dyspareunia following vaginal operations. J Obstet Gynaecol Br Commonwlth, 1961 Feb; 68: 1-10. doi:10.1111/j.1471-0528.1961.tb02679.x |
| Friedman M. TVT-O vs TVT-S: first randomized, prospective, comparative study of inraoperative complications, perioperative morbidity and one year postoperative results. Society of Gynecologic Surgeons Scientific Meeting: 48. (2009) [Meeting Abstract] |
| Fuentes AE. A prospective randomised controlled trial comparing vaginal prolapse repair with and without tensionfree vaginal tape transobturator tape (TVTO) in women with severe genital prolapse and occult stress incontinence: Long term follow up. Int Urogynecol J 2011; 22(Suppl 1): S60-S61. [Oral Presentation] |
| Fusco F, et al. Updated systematic review and meta-analysis of the comparative data on colposuspensions, pubovaginal slings, and midurethral tapes in the surgical treatment of female stress urinary incontinence. EAU 2017; 7357: 1-25. |
| Fusco F, et al. Updated Systematic Review and Meta-analysis of the Comparative Data on Colposuspensions, Pubovaginal slings, and Midurethral slings in the Surgical Treatment of Female Stress Urinary Incontinence. Eur Urol. 2017 May 4. pii: S0302-2838(17)30334-2. doi: 10.1016/j.eururo.2017.04.026. [Epub ahead of print]. |
| Fusco F, et al. Updated Systematic Review and Meta-analysis of the Comparative Data on Colposuspensions, Pubovaginal Slings, and Midurethral Tapes in the Surgical Treatment of Female Stress Urinary Incontinence. Eur Urol (2017); 72(4): 567-591. doi:10.1016/j.eururo.2017.04.026 |
| Gaber ME, et al. Two new mini-slings compared with transobturator tension free vaginal tape for treatment of stress urinary incontinence: a 1-year follow-up randomized controlled trial. J Obstet Gynaecol Res, 2016 Dec; 42(12): 1773-1781 |
| Gad N, et al. Outcome of Prolift mesh repair in treatment of pelvic organ prolapse and its effect on lower urinary tract symptoms: 5-year retrospective case study. J Obstet Gynecol Res 2013. |
| Galloway NT, et al. The complications of colposuspension. Br J Urol 1987; 60: 122-4 |
| Garaventa M, et al. Retrospective comparison between tension free vaginal tape-obturator system (TVT-O) and the modified procedure. Tech Coloproctol (2013) 17: 138. [4th Educ Mtg on Disord Pelv Flr Abstract] |

Charles Hanes Materials List

**Medical Literature**

Garcia-Urena M. Differences in polypropylene shrinkage depending on mesh position in an experimental study. Am J Surg 193 (2007) 538-542.

Gauruder-Burmester A. Follow-up after polypropylene mesh repair of anterior and posterior compartments in patients with recurrent prolapse. Int Urogynecol J 2007; 18: 1059-1064

Gigli F, et al. Postoperative Transperineal Ultrasound Parameters in Women with Intrisic Sphinteric Deficiency Underwent Midurethral Sling for Stress Urinary Incontinence. Eur Urol Suppl 2009; 8(4): 212

Glatt A. The Prevalence of Dyspareunia. Obstet Gynecol (1990); 75(3, Pt 1): 433-436

Glover M. Recurrent urinary tract infections in healthy and nonpregnant women. Urol-Sci (2014) 25: 1-8.

Golomb J, et al.  Management of urethral erosion caused by a pubovaginal fascial sling. Urology 2001; 57: 159-60

Gonzalez R. Relationship between tissue ingrowth and mesh contraction. World J Surg 2005; 29: 1038-1043.

Gray JE. Nerve injury in pelvic surgery. UpToDate 2016.

Graziottin A, Brotto LA. Vulvarvestibulitis syndrome: a clinical approach. J Sex Marital Ther 2004; 30: 125-139

Greer WJ, Richter HE, Bartolucci AA, Burgio KL. Obesity and Pelvic Floor Disorders. Obstet Gynecol. 2008 Aug; 112(2 Pt 1): 341-9.

Grigoriadis C, et al. Tension-free vaginal tape obturator versus Ajust adjustable single incision sling procedure in women with urodynamic stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 2013 Oct; 170(2): 563-6

Grimes C. Urinary tract infections. Female Pelvic Med Reconstr Surg (2011); 17(6): 272-278.

Groutz A, et al.  The safety and efficacy of the "inside-out" trans-obturator TVT in elderly versus younger stress-incontinent women: A prospective study of 353 consecutive patients. Neurourol Urodyn 2011; 30: 380-383

Groutz A, et al. Long-Term Outcome of Transobturator Tension-Free Vaginal Tape: Efficacy and Risk Factors for Surgical Failure. Journal of Women's Health (2011); 20(10): 1525-1528. doi:10.1089/jwh.2011.2854

Groutz A, et al. Ten-Year Subjective Outcome Results of the Retropubic Tension-Free Vaginal Tape for Treatment of Stress Urinary Incontinence. J Minim Invas Gynecol (2011); 18(6): 726-729. doi:10.1016/j.jmig.2011.07.006

Gruber DD, et al.  Transobturator tape removal using a combined vaginal-transcutaneous approach for intractable groin pain. Female Pelvic Med Reconstr Surg. 2011 Jan; 17(1): 55-7

Grundsell H. Operative management of vaginal vault prolapse following hysterectomy. Br J Obstet Gynaecol 1984; 91: 808-811.

Gumus I, et al. The Effect of Stress Incontinence Operations on Sexual Functions: Laparoscopic Burch versus Transvaginal Tape-O. Gynecol Minim Invas Ther 2018 Jul; 7(3): 108-113

Gurol-Urganci I, et al. [Pop 95,057 9yr fu] Long-term rate of mesh sling removal following midurethral mesh sling insertion among women with stress urinary incontinence. JAMA 2018; 320(16): 1659-1669.

Gutman, Sokol, Iglesia, et al. Three-year outcomes of vaginal mesh for prolapse. Obstet Gynecol 2013; 122: 770-777.

Gyhagen M. A comparison of the long-term consequences of vaginal delivery versus caesarean section on the prevalence, severity and bothersomeness of urinary incontinence subtypes: a national cohort study in primiparous women. BJOG (2013) 120: 1548-1555

**Charles Hanes Materials List**

Medical Literature

| |
|---|
| Haase P, et al. Influence of operations for stress incontinence and/or genital descensus on sexual life. Acta Obstet Gynecol Scand 1988; 67(7): 659-61. |
| Habibi JR, Petrossian A, Rapp DE. Effect of transobturator midurethral sling placement on urgency and urge incontinence: 1-year outcomes. Female Pelvic Med Reconstr Surg 2015; 21: 283-6 |
| Halaska M, et al. A multicenter, randomized, prospective, controlled study comparing sacrospinous fixation and transvaginal mesh in the treatment of posthysterectomy vaginal vault prolapse. Am J Obstet Gynecol. 2012 Oct; 207(4): 301.e1-7. |
| Hampton B, et al. Recurrent Vaginal and Concurrent Bladder Mesh Erosion After Abdominal Sacral Colpopexy. J Pelvic Med Surg 2005; 11: 261-263. |
| Han H, et al. Tension free vaginal tape-obturator (TVT-O) for the treatment of female stress urinary incontinence. 1 year follow-up. Int Urogynecol J 2008; 20(Suppl 3): S394-S395. |
| Han H, P Ng and L Lee. Tension-free vaginal tape (TVT) & TVT-OBTURATOR (TVT-O) in the surgical management of female stress urinary incontinence. Int Urogynecol J 2006; 17(Suppl. 2): S246-S247. [Meeting Abstract] |
| Han J, et al. A comparative study of outside-in and inside-out transobturator tape procedures for stress urinary incontinence. 5-yr outcomes. Neurourol Urodyn 2011; 30(6): 827. ICS Abstract 19. |
| Han J, et al. Effect of varying Body Mass Index (BMI) on Tension free Vaginal Tape Obturator (TVTO)-outcome and complications. Neurourol Urodyn 2011; 30(6): 1154. [ICS Abstract 258] |
| Han J, et al. Long-term durability, functional outcomes, and factors associated with surgical failure of tension-free vaginal tape procedure. Int Urol Nephrol (2014); doi:10.1007/s11255-014-0759-1. |
| Handa VL, et al. Banked human fascia lata for the suburethral sling procedure: A preliminary report. Obstet Gynecol (1996); 88(6): 1045-1049. |
| Handa VL, et al. Sexual function before and after sacrocolpopexy for pelvic organ prolapse. Am J Obstet Gynecol 2007; 197: 629.e1-629.e6. |
| Handa VL, Stone A. Erosion of a fascial sling into the urethra. Urology. 1999; 54: 923 |
| Hanno P. Diagnosis and treatment of interstitial cystitis/bladder pain syndrome. (2014) AUA Guideline. 1-45 |
| Hassan A. [Pop 199, 1yr fu] Randomized comparative study between inside-out transobturator tape and outside-in tranobturator tape. (2013) |
| Hathaway JK, Choe JM. Intact genetic material is present in commercially processed cadaver allografts used for pubovaginal slings. J Urol. 2002 Sep; 168(3): 1040-3 |
| Haylen B, et al. Recurrent urinary tract infections in women with symptoms of pelvic floor dysfunction. Int Urogyn J (2009) 20: 837-852. DOI 10.1007/s00192/009/0856/3 |
| Heinonen P, et al. Long-term outcome after transvaginal mesh repair of pelvic organ prolapse. Int Urogynecol J. 2016 Jul; 27(7): 1069-74 |
| Heinonen P, et al. Tension-free vaginal tape procedure without preoperative urodynamic examination: Long-term outcome. Int J Urol (2012); 19(11): 1003-1009. doi:10.1111/j.1442-2042.2012.03078.x |
| Hensel G, et al. The Effects of Suburethral Tape on the Symptoms of Overactive Bladder. Geburtshilfe Frauenheilkd. 2014 Jan; 74(1): 63-68 |
| Hess, Carmel, et al. [37K; SUFU Abs Poster NM64] A comparison of synthetic midurethral slings (MUS) and autologous pubovaginal slings (PVS) in the setting of concomitant surgery. (2018) |
| Higgs P, et al. Abdominal sacral colpopexy: an independent prospective long-term follow-up study. Aust NZ J Obstet Gynecol 2005; 45: 430-434. |
| Hill A. Histopathology of excised midurethral sling mesh. Int Urogynecol J (2015) 25: 591-595.  DOI 10.1007/s00192-014-2553-0 |

**Charles Hanes Materials List**

**Medical Literature**

| |
|---|
| Hinoul P, Bonnet P, Krofta L, Waltregny D, de Leval J. An anatomic comparison of the original versus a modified inside-out transobturator procedure. Int Urogynecol J. 2011 Aug; 22(8): 997-1004 |
| Hinoul P, H Vervest, P Venema, J Den Boon, A Milani and J Roovers. TVT Obturator system versus TVT Secur: A randomized controlled trial, short term results. Int Urogynecol J 2009; 20(Suppl. 2): S213. [Meeting Abstract] |
| Hinoul P, HAM Vervest, J den Boon, PL Venema, MM Lakeman, AL Milani and J-P WR Roovers. A randomized, controlled trial comparing an innovative single incision sling with an established transobturator sling to treat female stress urinary incontinence. J Urol 2011; 185(4): 1356-62. |
| Hogewoning CR, et al. Results of sling surgery in a non-selected population. Int J Gynaecol Obstet. 2016 Jan; 132(1): 46-9 |
| Holdo B, et al. [Pop 180, 5 yr fu] Long-term clinical outcomes with the retropubic tension-free vaginal tape (TVT) procedure compared to Burch for correcting stress urinary incontinence (SUI). Int Urogynecol J. 2017 Apr 24. [Epub ahead of print]; doi: 10.1007/s00192-017-3345-0. |
| Holdo, B. et al  Long-term clinical outcomes with the retropubic tension-free vaginal tape (TVT) procedure compared to Burch colposuspension for correcting stress urinary incontinence. (SUI). Int Urogynecol J 2017; 28: 1739-1746. |
| Hooton T. Pathogenesis of urinary tract infections: an update. JAC (2000); 46, Suppl. S1: 1-7 |
| Horbach NS, et al. A suburethral sling procedure with polytetrafluoroethylene for the treatment of genuine stress incontinence in patients with low urethral closure pressure. Obstet Gynecol. 1988 Apr; 71(4): 648-52. |
| Hota LS, Hanaway KJ, Hacker MR, Disciullo AJ, Elkadry E, Ferzandi T, Dramitinos P, Shapiro A, Rosenblatt PL. TVT-Secur (Hammock) versus TVT-Obturator - a randomized trial of suburethral sling operative procedures. Female Pelvic Med Reconstr Surg, 2012 Jan-Feb; 18(1): 41-45 |
| Hota LS, KJ Hanaway, MR Hacker, AJ Disciullo, E Elkadry, T Ferzandi, P Dramitinos, A Shapiro and PL Rosenblatt. TVT-secur (Hammock) versus TVT-obturator: A randomized trial of suburethral sling operative procedures. Female Pelvic Med Reconstr Surg 2010; 16(5 Suppl. 2): S87. [Meeting Abstract] |
| Houwert M, M Vos and H Vervest. Transobturator tape (TOT), inside-out versus outside-in approaches: Outcome after 1 year. Int Urogynecol J 2007; 18(Suppl. 1): S33. [Meeting Abstract] |
| Houwert RM, C Renes-Zijl, MC Vos and HAM Vervest. TVT-O versus Monarc after a 2-4-year follow-up: a prospective comparative study. Int Urogynecol J 2009; 20(11): 1327-33. |
| Houwert RM. Predictive value of urodynamics on outcome after midurethral sling surgery for female stress urinary incontinence. Am J Obstet Gyn 2009 Jun 1; 200(6): 649.e1-649.e12. |
| Houwert RM. Risk factors for failure of retropubic and transobturator midurethral slings. Am J Obstet Gynecol. 2009 Aug 1; 201(2): 202-e1 |
| Hsiao SM, et al. Impact of the mid-urethral sling for stress urinary incontinence on female sexual function and their partners' sexual activity. Taiwanese J Obstet Gynecol 2018; 57: e853-e857 |
| Huang YH, et al. High failure rate using allograft fascia lata in pubovaginal sling surgery for female stress urinary incontinence. Urology 2001; 58: 943-6 |
| Hung M, Tsai C. [IUGA Oral Presentation 149] Suboptimal suspension effect of the Prosima procedure for severe anterior vaginal wall prolapse. Int Urogynecol J (2012); 23(Suppl 2):S202-S203. |
| Huser M, Belkov I, Janku P, Texl J, Jarkovsky J, Ventruba P. Prospective randomized comparison of the trans-obturator mid-urethral sling and the single-incision sling in women with SUI. One year follow-up study (Ophira, TVT-O). Int Urogynecol J 2015; 26(Suppl 1): S135 |

**Charles Hanes Materials List**

Medical Literature

| |
|---|
| Huser M, et al. Innovative single incision sling versus established trans-obturator sling in women with stress urinary incontinence: two year results in prospective randomized comparison. Neurourol Urodyn 2017; 36: 902-908 |
| Hyun CH, et al. Seven-Year Outcomes Of The TVT Procedure for Treatment of Female Stress Urinary Incontinence. J Urol (2009); 181(4): 544. doi:10.1016/s0022-5347(09)61533-0 |
| Iglesia CB, et al. The use of mesh in gynecologic surgery. Int Urogynecol J Pelvic Floor Dysfunct 1997; 8(2): 105-15. |
| Ikaheimo R. Recurrence of urinary tract infection in a primary care setting: analysis of a 1-year follow-up of 179 women. CID (1996); 22(1): 91-99 |
| Iliev VN, et al. Minimally invasive surgery for stress urinary incontinence - mesh complications. Pril (Makedon Akad Nauk Umet Odd Med Nauki) 2014; 35(2): 105-10. |
| Iosif C. Abdominal sacral colpopexy with use of synthetic mesh. Acta Obstet Gynecol Scand 1993; 72: 214-217. |
| Jacquetin B, Cosson M. [Pop 2,078] Complications of vaginal mesh: our experience. Int Urogynecol J (2009) 20: 893-896. |
| Jacquetin B, et al. [Abs 291] Prospective Clinical Assessment of the Trans vaginal Mesh (TVM) Technique for Treatment of Pelvic Organ Prolapse - One year results of 175 patients. (2006) |
| Jacquetin B, et al. [Abst. 767] Prolene Soft (Gynecare) Mesh for Pelvic Organ Prolapse Surgical Treatment: a Prospective study of 264 patients. (2004) |
| Jacquetin B, et al. Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 3-year prospective follow-up study. Int Urogynecol J (2010) 21: 1455-1462. |
| Jacquetin, Hinoul, et al. [5 yr fu] Total transvaginal mesh (TVM) technique for treatment of pelvic organ prolapse: a 5-year prospective follow-up study. Int Urogynecol J (2013) 24: 1679-1686; doi: 10.1007/s00192-013-2080-4. |
| Jain P, et al. Effectiveness of midurethral slings in mixed urinary incontinence: a systematic review and meta-analysis. Int Urogynecol J (2011); doi:10.1007/s00192-011-1406-3. |
| Jakimiuk A, T Maciejewski, A Fritz, W Baranowski and MB. Wladysiuk-Blicharz. Single-blind randomized clinical trial comparing efficacy and safety of TVT (tension free vaginal tape) VS TVT-O (tension free vaginal tape obturator system) in treatment of stress urinary incontinence-POLTOS-preliminary report. Int Urogynecol J 2007; 18(Suppl. 1): S189. [Meeting Abstract] |
| Jakimiuk AJ, et al. Surgical treatment of stress urinary incontinence using the tension-free vaginal tape-obturator system (TVT-O) technique. Eur J Obstet Gynecol Reprod Biol. 2007 Nov; 135(1): 127-31 |
| Jakimiuk AJJ, Issat T, Fritz-Rdzanek A, Maciejewski TM, Rogowski A, Baranowski WB. Is there any difference? A prospective, multicenter, randomized single blinded clinical trial, comparing TVT with TVT-O (POLTOS study) in management of stress urinary incontinence. Short Term Outcomes. Pelviperineology 2012; 31: 5-9 |
| Jamieson D, Steege J. The Prevalence of Dysmenorrhea, Dyspareunia, Pelvic Pain and Irritable Bowel Syndrome in Primary Care Practices. Obstet Gynecol. 1996 Jan; 87(1): 55-8 |
| Jang H, et al. Incidence and risk factors of postoperative de novo voiding dysfunction following midurethral sling procedures. Korean J Urol 2009 Aug; 50(8): 762-766 |
| Jarmy-Di Bella Z, A Bianchi, R Castro, M Iwata, M Sartori and M Girao. Randomised trial of TVT-O and TVT-S for the treatment of stress urinary incontinence. preliminary study. Int Urogynecol J 2009; 20(Suppl. 2): S176-S177. [Meeting Abstract] |

**Charles Hanes Materials List**

**Medical Literature**

Jelovsek JE, et al.; NICHD Pelvic Floor Disorders Network. (E-OPTIMAL RCT 5 yr fu, Pop.244) Effect of Uterosacral Ligament Suspension vs Sacrospinous Ligament Fixation With or Without Perioperative Behavioral Therapy for Pelvic Organ Vaginal Prolapse on Surgical Outcomes and Prolapse Symptoms at 5 Years in the OPTIMAL Randomized Clinical Trial. JAMA 2018; 319(15): 1554-1565. doi: 10.1001/jama.2018.2827

Jelovsek J, et al. Randomised trial of laparoscopic Burch colposuspension versus tension-free vaginal tape: long-term follow up.  (2008); 115(2): 219-225. doi:10.1111/j.1471-0528.2007.01592.x

Jern TK, et al. Long-Term Follow-Up OF The Tension-Free Vaginal Tape (TVT) Procedure For Treating  Female Stress Urinary Incontinence. J Urol (2009); 181(4): 614. doi:10.1016/s0022-5347(09)61726-2

Jha S, et al. Impact of Incontinence Surgery on Sexual Function: A Systematic Review and Meta-Analysis. J Sex Med (2012); 9(1): 34-43. doi:10.1111/j.1743-6109.2011.02366.x

Johansen A, et al. Persistent postsurgical pain in a general population: Prevalence and predictors in the Tromso study. PAIN 153 (2012) 1390-1396.

Johnsson-Funk M. Sling revision/removal for mesh erosion and urinary retention: long-term risk and predictors. Am J Obstet Gynecol 2013; 208: 73.e1-7.

Juang CM, KJ Yu, P Chou, MS Yen, NF Twu, HC Horng and WL Hsu. Efficacy analysis of trans-obturator tension-free vaginal tape (TVT-O) plus modified Ingelman-Sundberg procedure versus TVT-O alone in the treatment of mixed urinary incontinence: a randomized study. Eur Urol 2007; 51(6): 1671-8; discussion 1679.

Julian TM. The efficacy of Marlex mesh in the repair of severe, recurrent vaginal prolapse of the anterior midvaginal wall. Am J Obstet Gynecol 1996; 175: 1472-75

Jura Y. Caffeine intake and risk of stress, urgency and mixed urinary incontinence. J Urol 2011; 185(5): 1775-1780. doi:10.1016/j.juro.2011.01.003

Kaelin-Gambirasio I.  Complications associated with transobturator sling procedures: analysis of 233 consecutive cases with a 27 months follow-up. BMC Women's Health. 2009 Dec; 9(1): 28

Kahn MA, Stanton SL. Posterior colporrhaphy: Its effects on bowel and sexual function. Br J Obstet Gynaecol, 1997 Jan; 104(1): 82-86.

Kammerer-Doak DN, et al. Vaginal erosion of cadaveric fascia lata following abdominal sacrocolpopexy and suburethral sling urethropexy. Int Urogynecol J Pelvic Floor Dysfunct 2002; 13(2): 106-9.

Karagkounis S, A Pantelis, G Parashou, E Paplomata, N Madenis, C Chrisanthopoulos, D Balaxis and T Taravanis. Stress urinary incontinence: TVT OB SYSTEM versus duloxetine-HCl. And the winner is? Int Urogynecol J 2007; 18(Suppl. 1): S3-S4. [Meeting Abstract]

Karateke A, B Haliloglu, C Cam and M Sakalli. Comparison of TVT and TVT-O in patients with stress urinary incontinence: short-term cure rates and factors influencing the outcome. A prospective randomised study. Aust NZ J Obstet Gynaecol 2009; 49(1): 99-105.

Karmakar D, et al. (E-TOT TOT vs. TVT-O publ BJOG) Long-term outcomes of transobturator tapes in women with stress urinary incontinence: E-TOT randomised controlled trial. BJOG 2017; 124: 973-981.

Karmakar D, et al. A new validated score for detecting patient-reported success on postoperative ICIQ-SF: a novel two-stage analysis from two large RCT cohorts. Int Urogynecol J 2017; 28(1): 95-100

Karmakar D, Mostafa A, Abdel-Fattah M. Long-term outcomes (8-years) from the prospective randomized control trial  of trans-obturator tapes for stress incontinence in women (The ETOT Study). Int Urogynecol J 2015; 26(Suppl 1): S74-S75

**Charles Hanes Materials List**

**Medical Literature**

Karmakar, Mostafa, Abdel-Fattah. [IUGA Abs PP 54] A new validated score for detecting patient-reported success on postoperative iciq-sf. A novel two-stage analysis. Int Urogynecol J 2015; 26(Suppl 1): S81-S82

Karram M, et al. Complications and untoward effects of the tension-free vaginal tape procedure. Obstet Gynecol 2003; 101: 929-932.

Karram M, Maher C. Surgery for posterior vaginal wall prolapse. Int Urogynecol J (2013) 24: 1835-1841.

Kashihara H, et al. Comparison of dynamic MRI vaginal anatomical changes after vaginal mesh surgery and laparoscopic sacropexy. Gynecol Surg (2014) 11: 249-256

Kasyan GR, et al. Predictive Value of Stress Cough Test after the Treatment with Tension-Free Vaginal Tape. Eur Urol Suppl 2011; 10(2): 286. [EAU Abstract 911]

Kasyan GR, et al. Transobturator Tension-Free Tape in the Treatment of Patients with Mixed Urinary Incontinence: Long Term Results. Eur Urol Suppl 2011; 10(2): 247. [EAU Abstract 780]

Kaya S. Short term effect of adding pelvic floor muscle training to bladder training for female urinary incontinence: a randomized controlled trial. Int Urogyn J (2016) 26: 285-293. DOI 10.1007/s00192-014-2517-4.

Kelly EC, et al. Surgeon Experience and Complications of Transvaginal Prolapse Mesh. Obstet Gynecol 2016; 0: 1-8.

Kelly EC, et al. Surgeon Experience and Complications of Transvaginal Prolapse Mesh. Obstet Gynecol 2016; 128: 65-72

Keltie K, et al. Complications following vaginal mesh procedures for stress urinary incontinence: an 8 year study of 92,246 women. Sci Rep 2017; 7:12015; doi: 10.1038/s41598-017-11821-w.

Keltie K, et al. Complications following vaginal mesh procedures for stress urinary incontinence: an 8 year study of 92,246 women. Supplementary Information. Sci Rep 2017; 7:12015; doi: 10.1038/s41598-017-11821-w.

Kenton K, et al. 5-Year Longitudinal Followup after Retropubic and Transobturator Mid Urethral Slings. J Urol (2015); 193(1): 203-210. doi:10.1016/j.juro.2014.08.089

Kershaw Y, et al. Outcome of surgical management for midurethral sling complications_ a multicentre retrospective cohort study. Int Urogynecol J. 2019 Jan 7. doi: 10.1007/s00192-018-3853-6

Khan Z, et al. Long-term follow-up of a multicentre randomised controlled trial comparing tension-free vaginal tape, xenograft and autologous fascial slings for the treatment of stress urinary incontinence in women. BJU Int (2014); doi: 10.1111/bju.12851

Khan ZA, Thomas L, Emery SJ. Outcomes and complications of trans-vaginal mesh repair using the Prolift kit for pelvic organ prolapse at 4 years median follow-up in a tertiary referal centre. Arch Gynecol Obstet (2014); DOI: 10.1007/s00404-014-3316-3

Khandwala, et al. Review of 250 Consecutive Cases of Vaginal Mesh Surgery for Genital Organ Prolapse. J Gynecol Surg 2014; 30(3): 134-140.

Khandwala, Hinoul, et al. [Presentation Number: Poster 143] A trocar-free procedure for vaginal prolapse repair using mesh and a vaginal support device - an observational registry. Female Pelvic Med Reconstr Surg (2011); 17(5, Suppl 2): S164.

Khandwala, Lucente, Van Drie, Gauld, Hinoul. [ICS Poster] Clinical Outcomes of an Observational Registry Utilizing a Trocar-Guided Mesh Repair of Vaginal Prolapse Using Partially Absorbable Mesh. (2011)

Khandwala, Lucente, Van Drie, Hinoul [ICS Poster] Clinical Outcomes of an observational registry utilizing a trocar-guided mesh repair of vaginal prolapse using partially absorbable mesh. Prosima Registry (second poster) 2011.

Charles Hanes Materials List

**Medical Literature**

Kim CH, et al. Comparison of the Clinical and Functional Outcomes After the Inside-Out TVT-O Procedure With or Without Concomitant Transvaginal Gynaecological Surgery. J Minim Invasive Gynecol. 2015 Nov 1; 22(6): S245

Kim D and H Jang. Randomized control study of MONARC® VS. tension-free vaginal tape obturator (TVT-O®) in the treatment of female urinary incontinence in: comparison of medium term cure rate." Int Urogynecol J 2010; 21(Suppl 1): S319-S320. [Meeting Abstract]

Kim JJ, YS Lee, JT Seo, TG Kwon, YK Park, JZ Lee, SW Kim, JY Lee, JC Kim, MS Choo, SK Yang and KS Lee. Comparison of the Efficacy of TVT and TVT-O on the Overactive Bladder Symptoms in Women with Stress Urinary Incontinence. J Urol 2009; 181(4, Suppl. S): 560. [Meeting Abstract]

King A, Rapp D. Effect of Mid-urethral Sling Placement on Urgency and Urge Incontinence. MA AUA 68th Annual Meeting Abstracts (2010). (https://www.maaua.org/previous-meetings/)

King A, Rapp D. Sexual function following TVT-O placement: minimum 12 month follow up. J Urol 2012; 187(Supp 4S):e625. [AUA Abstract 1545]

Kirkpatrick G, et al. Transvaginal mesh placement and the instructions for use: A survery of North American urologists. Urology Practice 2019; 6: 135-139.

Kizilkaya BN, et al. The effect of transobturator vaginal tape (TVT-O) operation on sexual function. Eur Urol Suppl 2010; 9(6): 568. [Abstract S39]

Klosterhalfen, Junge, Hermanns, Klinge. Influence of implantation interval on the long-term biocompatibility of surgical mesh. Br J Surg 2002; 89: 1043-1048.

Kobashi K, et al. Management of Vaginal Erosion of Polypropylene Mesh Slings. J Urol. 2003 Jun; 169(6): 2242-3.

Kobashi K, et al. Surgical Treatment of Female Stress Urinary Incontinence: AUA/SUFU Guideline. AUA/SUFU 2017; 1-33.

Kociszewski J, et al. Are complications of stress urinary incontinence surgery procedures associated with the position of the sling Int J Urol. 2017 Feb; 24(2): 145-150

Kocjancic E, E Costantini, B Frea, S Crivellaro, G Degiorgi, L Tosco and M Porena. Tension free vaginal tape vs. Trans obturator tape: Is there any difference in the mixed incontinence patients? Results of a multicentre randomised trial. Eur Urol Suppl 2008; 7(3): 123.

Koelbl H, et al. Transurethral penetration of a tension-free vaginal tape. BJOG 2001; 108: 763-765

Koh JS et al. Comparison of secondary procedures for recurrent stress urinary incontinence after a transobturator tape procedure: shortening of the tape versus tension-free vaginal tape redo. Korean J Urol. 2007 Nov 1; 48(11): 1149-54

Kohli N, et al. Mesh erosion after abdominal sacrocolpopexy. Obstet Gynecol 1998; 92: 999-1004

Kokanali M. Risk factors for mesh erosion after vaginal sling procedures for urinary incontinence. Eur J Obstet Gynecol (2014); http://dx.doi.org/10.1016/j.ejogrb.2014.03.039

Kozal S, et al. [1-64 mo fu, mean 24.8] [Abs MP12-05] Transvaginal repair of genital prolapse with Prolift system: Morbidity and anatomic outcomes after 6 years of use: A Multicentric study. Urology 2011; 78(Suppl 3A): S117.

Kozal S, et al. Morbidity and functional mid-term outcomes using Prolift pelvic floor repair systems. Can Urol Assoc J 2014; 8(9-10): e605-9.

Krause H. Biocompatible properties of surgical mesh using an animal model. Aust N Z J Obstet Gynaecol (2006) 46: 42-45. DOI: 10.1111/j.1479-828X.2006.00513.x

Krcmar M, et al. Long-term Results of Mesh Trocar-Guided Surgery in Reconstruction of Pelvic Organ Prolpase. Int Urogynecol J (2011); 22(Suppl 1): S27-S28.

**Charles Hanes Materials List**

Medical Literature

Krcmar M, L Krofta, M Otcenasek, E Kasikova and J Feyereisl. Comparing tension-free vaginal tape and transobturator vaginal tape inside-out for surgical treatment of stress urinary incontinence: Prospective randomized trial, 1-year follow-up. Int Urogynecol J 2009; 20(Suppl. 2): S75. [Meeting Abstract]

Krofta L, J Feyereisl, M Otcenasek, P Velebil, E Kasikova and M Krcmar. TVT and TVT-O for surgical treatment of primary stress urinary incontinence: prospective randomized trial. Int Urogynecol J 2010; 21(2): 141-8.

Krofta, et al. [IUGA Presentation 116] Pelvic organ prolapse surgery with non-anchored mesh implants and vaginal support device in women with moderate symptomatic prolapse: prospective study. Int Urogynecol J (2011); 22(Suppl 1): S115-S116.

Kunin C. Urinary Tract Infections in Females. CID (1994); 18(1): 1-12

Kurien A, Narang S, Han HC. Tension-free vaginal tape-Abbrevo procedure for female stress urinary incontinence: a prospective analysis over 22 months. Singapore Med J. 2017 Jun; 58(6): 338-342

Kurien A, Narang S, Han HC. TVT Abbrevo Prospective analysis over 22 months in a tertiary care hospital. Br J Obstet Gynecol. 2014 Jan; 121(2): 235-236 EP13.17

Kurkijarvi K, et al. Reoperations for Female Stress Urinary Incontinence: A Finnish National Register Study. Eur Urol Focus (2017); http://dx.doi.org/10.1016/j.euf.2017.05.005

Kurkijärvi K, et al. Reoperations for Female Stress Urinary Incontinence: A Finnish National Register Study. Eur Urol Focus 2017; 333: 1-6

Kuuva N, Nilsson CG. A nationwide analysis of complications associated with the tension-free vaginal tape (TVT) procedure. Acta Obstet Gynecol Scand 2002; 81: 72-7

Kuuva N, et al. Long-term results of the tension-free vaginal tape operation in an unselected group of 129 stress incontinent women. Acta Obstet Gynecol Scand 2006; 85(4): 482-487. doi:10.1080/00016340600604989

Lane FE. Repair of posthysterectomy vaginal-vault prolapse. Obstet Gynecol. 1962 Jul; 20: 72-7.

Laterza R, et al. Influence of age, BMI and parity on the success rate of midurethral slings for stress urinary incontinence. PLoS ONE (2018) 13(8): e0201167. https://doi.org/10.1371/journal.pone.0201167

Latthe P. WHO systematic review of chronic pelvic pain: a neglected reproductive health morbidity.  MBC Public Health (2006) 6:177, 1-7

Latthe PM, Singh P, Foon R, Toozs-Hobson P. Two routes of transobturator tape procedures in stress urinary incontinence: a meta-analysis with direct and indirect comparison of randomized trials. BJU Int. 2010 Jul; 106(1): 68-76

Latthe P, et al. Transobturator and retropubic tape procedures in stress urinary incontinence: a systematic review and meta-analysis of effectiveness and complications. BJOG (2007); 114(5): 522-531. doi:10.1111/j.1471-0528.2007.01268.x

Lau HH, et al. Short-term impact of tension-free vaginal tape obturator procedure on sexual function in women with stress urinary incontinence. J Sex Med 2010 Apr; 7(4 pt 1): 1578-84

Laumann E. Sexual dysfunction in the United States, prevalence and predictors. JAMA (1999); 281(6): 537-544

Laurikainen E, A Valpas, A Kivela, T Kalliola, K Rinne, T Takala and CG Nilsson. Retropubic compared with transobturator tape placement in treatment of urinary incontinence: a randomized controlled trial. Obstet Gynecol 2007; 109(1): 4-11.

Laurikainen E, et al. Five-year Results of a Randomized Trial Comparing Retropubic and Transobturator Midurethral Slings for Stress Incontinence. Eur Urol (2014). doi:10.1016/j.eururo.2014.01.031

**Charles Hanes Materials List**

Medical Literature

| |
|---|
| Laurikainen, Nilsson. Retropubic TVT compared with transobturator TVT (TVT-O) in treatment of stress urinary incontinence: five-year results of a randomized trial. (2011) |
| Law TS, et al. Efficacy and outcomes of transobturator tension-free vaginal tape with or without concomitant pelvic floor repair surgery for urinary stress incontinence: five-year follow-up. Hong Kong Med J. 2015 Aug; 21(4): 333-8. doi:10.12809/hkmj144397 |
| Lee BH. Changes in Sexual Function after Mid-Urethral Tape Sling Operations for Stress Urinary Incontinence in Korean Women. Korean J Urol, 2009 Sep 1; 50(9): 908-15 |
| Lee J, et al. Long-Term Outcome of the Tension-Free Vaginal Tape Procedure in Female Urinary Incontinence: A 6-Year Follow-Up. Korean J Urol (2010) 51: 409-415. |
| Lee J, et al. Persistence of urgency and urge urinary incontinence in women with mixed urinary symptoms after midurethral slings: A multivariate analysis. Brit J Obstet Gyn 2011; 118: 798-805 |
| Lee K-S, Deok HH, Yang SC, Seung HY, Seung HS, Chin KD, Choo M-S. A Prospective Trial Comparing Tension-Free Vaginal Tape and Transobturator Vaginal Tape Inside-Out for the Surgical Treatment of Female Stress Urinary Incontinence: 1-Year Followup. J Urol 2007; 177(1): 214-8. |
| Lee KS, MS Choo, YS Lee, JY Han, JY Kim, BJ Jung and DH Han. Prospective comparison of the 'inside-out' and 'outside-in' transobturator-tape procedures for the treatment of female stress urinary incontinence. Int Urogynecol J 2008; 19(4): 577-82. |
| Lemack G, Zimmern P. Sexual Function after vaginal surgery for stress incontinence: results of a mailed questionnaire. Urology 2000; 56: 223-227. |
| Lensen EJM, et al. Comparison of two trocar-guided trans-vaginal mesh systems for repair of pelvic organ prolapse: a retrospective cohort study. Int Urogynecol J (2013). |
| Levin I, et al. Surgical Complications and Medium-Term Outcome Results of Tension-Free Vaginal Tape: A Prospective Study of 313 Consecutive Patients. Neurourol Urodyn 2004; 23: 7-9 |
| Levine KB, et al. Vulvovaginal atrophy is strongly associated with female sexual dysfunction among sexually active postmenopausal women. Menopause 2008; 15(4 Pt 1): 661-666 |
| Li WL, Lu ZW, Li FP, Yu HY. A comparative study on treating female stress urinary incontinence with TVT-Abbrevo and TVT-Obturator. Zhonghua Yi Xue Za Zhi. 2016 Jul 26; 96(28): 2238-40 |
| Li B, et al. Long-term Outcomes of the Tension-Free Vaginal Tape Procedure for Female Stress Urinary Incontinence: 7-Year Follow-up in China. J Minim Invas Gynecol (2012); 19(2): 201-205. doi:10.1016/j.jmig.2011.12.003 |
| Liao SC, et al. Changes in female sexual function after vaginal mesh repairs versus native tissue repair for pelvic organ prolapse: a meta-analysis of randomized controlled trials. J Sex Med 2019: 1-7. |
| Liapis A, et al. The use of the pessary test in preoperative assessment of women with severe genital prolapse. Eur J Obstet Gyn Reprod Biol 2011; 155: 110-113 |
| Liapis A, P Bakas and G Creatsas. Monarc vs TVT-O for the treatment of primary stress incontinence: a randomized study. Int Urogynecol J 2008; 19(2): 185-90. |
| Liapis A, P Bakas, M Giner and G Creatsas. Tension-free vaginal tape versus tension-free vaginal tape obturator in women with stress urinary incontinence. Gynecol Obstet Invest 2006; 62(3): 160-4. |
| Liapis A, et al. Efficacy of inside-out transobturator vaginal tape (TVTO) at 4 years follow up. Eur J Obstet Gynecol Reprod Biol (2010); 148(2): 199-201. doi:10.1016/j.ejogrb.2009.11.004 |
| Liapis A, et al. Long-term efficacy of tension-free vaginal tape in the management of stress urinary incontinence in women: efficacy at 5- and 7-year follow-up. Int Urogynecol J (2008); 19(11): 1509-1512. doi:10.1007/s00192-008-0664-1 |
| Lin L, et al. Dyspareunia and chronic pelvic pain after polypropylene mesh augmentation for transvaginal repair of anterior vaginal wall prolapse. Int Urogynecol J (2007) 18: 675-678. |

**Charles Hanes Materials List**

Medical Literature

Lingam D, et al. Transobturator "Inside-to-out" suburethral sling procedure for the treatment of stress urinary incontinence-a novel approach. (2005) ICS Abstract 648 (https://www.ics.org/2005/abstract/648)

Liu PE, et al. Outcome of tension-free obturator tape procedures in obese and overweight women. Int Urogynecol J 2011; 22: 259-263

Ljuca D, et al. Clinical effectiveness of the TVT-O method in comparison to vaginoplastics in the treatment of stress urinary incontinence. Health Med 2011; 5(5): 1322-27

Lleberia J, et al. Surgical treatment of mixed urinary incontinence: effect of anterior colpoplasty. Int Urogynecol J 2011; 22: 1025-1030

Lo T-S, et al. Ultrasound Assessment of Mid-Urethra Tape at Three-Year Follow-Up After Tension-Free Vaginal Tape Procedure. Urology. 2004 Apr; 63(4): 672-5

Lo TS, Wang AC. Abdominal colposacropexy and sacrospinous ligament suspension for severe uterovaginal prolapse: a comparison. J Gynecol Surg 1998; 14: 59-64.

Lo, et al. [Pop 97, mean 52 mo fu] A 52-month follow-up on the transvaginal mesh surgery in vaginal cuff eversion. Taiwan J Obstet Gynecol 56 (2017) 346-352.

Loffeld C, et al. [P39, mean 45 mos] Laparoscopic sacrocolpopexy: A comparison of Prolene and Tutoplast mesh. Acta Obstet Gynecol 2009; 88: 826-830.

Long Cheng-Yu, et al. Clinical and ultrasonographic comparison of tension-free vaginal tape and transobturator tape procedure for the treatment of stress urinary incontinence. J Minim Invasive Gynecol, 2008 Jul 1; 15(4): 425-30

Long Cheng-Yu, et al. Ultrasonographic assessment of tape location following tension-free vaginal tape and transobturator tape procedure. Acta Obstet Gynecol 2008; 87: 116-121

Lowenstein L, Dooley Y, Kenton K, Mueller E, Brubaker L. Neural pain after uterosacral ligament vaginal suspension. Int Urogynecol J Pelvic Floor Dysfunct, 2007 Jan; 18(1): 109-10.

Lowenstein L, et al. Effect of midurethral sling on vaginal sensation. J Sex Med. 2016 Mar; 13(3): 389-92

Lower AM, et al. Adhesion-related readmissions following gynaecological laparoscopy or laparotomy in Scotland: an epidemiological study of 24,046 patients. Human Reprod. 2004; 19(8): 1877-1885

Lower AM, et al. Surgical and Clinical Research (SCAR) Group. Adhesion-related readmissions following gynaecological laparoscopy or laparotomy in Scotland: an epidemiological study of 24,046 patients. Hum Reprod 2004; 19: 1877-85

Lowman J. Tobacco use is a risk factor for mesh erosion after abdominal sacral colpoperineopexy. AJOG (2008) 198: 561.e1-561.e4.

Lowman, Hale, et al. Does the Prolift system cause dyspareunia? Am J Obstet Gynecol 2008; 199: 707.e1-707.e6.

Lowson D. An Operation for Elevation of the Female Bladder in Prolapse or Cystocele. Br Med J 1898: 2: 232-4.

Lucente V, Hale D, Miller D, Madigan J. Pelvic Organ Prolapse. 2004 Gynemesh PS Study Poster - AUGS 2004 San Diego

Lucente V. [Poster 55] A Clinical Assessment of GYNEMESH PS for the Repair of Pelvic organ prolapse. J Female Pelv Med Reconstr Surg 2004; 10: S35

Lucente, Hale, et al. [Gynemesh PS Poster AUGS] A Clinical Assessment of Gynemesh PS for the Repair of Pelvic organ Prolapse (POP). J Pelvic Med Surg 2004; 10(Suppl 1): S35-S40.

Luck AM, et al. Suture erosion and wound dehiscence with permanent versus absorbable suture in reconstructive posterior vaginal surgery. Am J Obstet Gynecol 2005; 192: 1626-1629.

**Charles Hanes Materials List**

Medical Literature

Lukacz ES, et al. The effects of the tension-free vaginal tape on proximal urethral position: a prospective, longitudinal evaluation. Int Urogynecol J 2003; 14: 179-84

Luo D, et al. Different sling procedures for stress urinary incontinence: a lesson from 453 patients. Kaohsiung J Med Sci. 2014 Mar; 30(3): 139-45

Luo DY, et al. [P175, med 8 yr fu] Long term (8-year) Follow-up of Transvaginal Anatomical Implant of Mesh in Pelvic organ prolapse. Sci Rep. 2018 Feb 12; 8: 2829.e1-e7; DOI: 10.1038/s41598-018-21090-w.

Maaita M, et al. Sexual function after using tension-free vaginal tape for the surgical treatment of genuine stress incontinence. BJU Int (2002) 90: 540-543.

Madhuvrata P, et al. Systematic review and meta-analysis of "inside-out" versus "outside-in" transobturator tapes in management of stress urinary incontinence in women. Eur J Obstet Gynecol Reprod Biol (2012); 162(1): 1-10. doi:10.1016/j.ejogrb.2012.01.004

Maher C, Baessler K, Glazener CMA, Adams EJ, Hagen S. (Cochrane Review) Surgical management of pelvic organ prolapse in women (Review). The Cochrane Library 2004, Issue 4.

Maher C, et al. (Cochrane Rev - Full 141 pp) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Library 2016, Issue 2.

Maher C, et al. (Cochrane Rev - Summary) Transvaginal mesh or grafts compared with native tissue repair for vaginal prolapse (Review). The Cochrane Library 2016, Issue 2. Art. No.: CD012079

Maher C, et al. [Cochrane Review, Full 153pp] Surgery for women with anterior compartment prolapse. Cochrane Database of Systematic Reviews 2016, Issue 11. Art. No.: CD004014. DOI: 10.1002/14651858.CD004014.pub6.

Maher C, et al. [Cochrane Review, Full 195pp] Surgery for women with apical vaginal prolapse. Cochrane Database of Systematic Reviews 2016, Issue 10. Art. No.: CD012376. DOI: 10.1002/14651858.CD012376.

Maher C, et al. Abdominal sacral colpopexy or vaginal sacrospinous colpopexy for vaginal vault prolapse: A prospective randomized study. Am J Obstet Gynecol 2004; 190: 20-26.

Maher C, et al. Surgical Management of Pelvic Organ Prolapse in Women: A Short Version Cochrane Review. Neurourol Urodyn 2008; 27: 3-12.

Maher C, Feiner B, Baessler K, Schmid C. [Cochrane Review] Surgical management of pelvic organ prolapse in women (Review). The Cochrane Library 2013, Issue 4.

Maher C. Anterior vaginal compartment surgery. Int Urogynecol J (2013) 24: 1791-1802.

Maher CM, Feiner B, Baessler K, Glazener CMA. [IUJ] Surgical management of pelvic organ prolapse in women: the updated summary version Cochrane review. Int Urogynecol J (2011) 22: 1445-1457.

Mainprize TC, Drutz HP. The Marshall-Marchetti-Krantz procedure: a critical review. Obstet Gynecol Surv. 1988 Dec; 43(12): 724-9

Malinowski, et al. [IUGA Presentation 472] Initial experience with Gynecare Prosima pelvic floor repair system. Int Urogynecol J (2011); 22(Suppl 3): S1974-S1975.

Martinez Franco E, Amat Tardiu L. Contasure-Needleless single incision sling compared with transobturator TVT-O ® for the treatment of stress urinary incontinence: long-term results. Int Urogynecol J, 2015 Feb; 26(2): 213-8. Published online July 17, 2014

Masata J, et al. [ICS Abs 6] Is the fixation of single incision tape (TVT-S) as good as a transobturator tape (TVT-O)? An ultrasound study, results from randomized trial. (2012)

Masata J, et al. [IUGA Abs OP 108] Randomized Prospective trial of a Comparison of the Efficacy of TVT-O and TVT Secur System in the Treatment of Stress Urinary Incontinent Women: Long-Term Results with a Minimum of Five Years Follow-Up. Int Urogynecol J (2015); 26(Suppl 1): S137-S138.

**Charles Hanes Materials List**

## Medical Literature

Masata J, et al. [IUGA Abs OP 108] Randomized prospective trial of a comparison of the efficacy of TVT-O and TVT Secur System in the treatment of stress urinary incontinent women: long-term results with a minimum of five years follow-up. Int Urogynecol J 2015; 26(Suppl 1): S137-138

Masata J, et al. Comparison of the efficacy of tension-free vaginal tape obturator (TVT-O) and single-incision tension-free vaginal tape (Ajust) in the treatment of female stress urinary incontinence. Int Urogynecol J, 2016 Oct; 27(10): 1497-505

Masata J, et al. Randomized trial to compare the efficacy of TVT-O and single incision tape AJUST in the treatment of stress urinary incontinent women - two year follow-up. Neurourol Urodyn 2015; 34(Suppl 3): S418-S420

Masata J, K Svabik, P Drahoradova, P Hubka, K Zvara, R El-Haddad and A Martan. Randomized prospective trial of a comparison of the efficacy of TVT-O and TVT secur system in the treatment of stress urinary incontinent women - Comparison of the long- and short-term results. Neurourol Urodyn 2011; 30(6): 805-806. [Meeting Abstract]

Masata J, Svabik K, Zvara K, Drahoradova P, El Haddad R, Hubka P, Martan A. Randomized trial of a comparison of the efficacy of TVT-O and single-incision tape TVT SECUR systems in the treatment of stress urinary incontinent women-2-year follow-up. Int Urogynecol J 2012; 23(10): 1403-1412

Masata J, Svabik K. A comparison of the incidence of early postoperative infections between patients using synthetic mesh and those undergoing traditional pelvic reconstructive surgical procedures. Prague Med Rep 2013; 114(2): 81-91

Masata. Randomized trial comparing the safety and peri-operative complications of transobturator introduced tension-free vaginal tape (TVT-O) and single-incision tape with ajustable length and anchoring mechanism (AJUST): Three month results. (2013)

Maslow K, Gupta C, Klippenstein P, Girouard L. Randomized clinical trial comparing TVT Secur system and trans vaginal obturator tape for the surgical management of stress urinary incontinence. Int Urogynecol J, 2014 Jul; 25(7): 909-14. Published online Jan 23, 2014

Mathias S. Chronic pelvic pain: prevalence, health-related quality of life, and economic correlates. Obstet Gynecol (1996); 87(3): 321-327

Mazouni C, et al. Urinary complications and sexual function after the tension-free vaginal tape procedure. Acta Obstet Gynecol Scand 2004; 83: 955-961

Mazzilli R. Sexual dysfunction in diabetic women: prevalence and differences in type 1 and type 2 diabetes mellitus. DMS&O:Targets and Therapy (2015) 8: 97-101

McCracken GR, et al. Five-Year Follow-Up Comparing Tension-Free Vaginal Tape and Colposuspension. Ulster Med J (2007); 76(3): 146-149.

McGuire E and Lytton B. Pubovaginal sling procedure for stress incontinence. J Urol 1978; 119: 82-84.

McKenna JB, Parkin K, Cheng Y, Moore KH.  Objective efficacy of the tension-free vaginal tape in obese/morbidly obese women versus non-obese women, at median five year follow up. Aust N Z J Obstet Gynaecol. 2016 Dec; 56(6): 628-632.

Meana M. [Ch. 11] Painful Intercourse: Genito-pelvic pain/penetration disorder. Hertlein's Systemic Sex Therapy, Second Edition (2009) 191-209.

Melendez Munoz J, Braverman M, Rosamilia A, Young N, Leitch A, Lee J. MiniArc vs TVT Abbrevo Midurethral Sling in Women with Stress Urinary Incontinence – an RCT – 6 and 12 month follow up. 2017; ICS Abs 718 https://www.ics.org/2017/abstract/718

Meschia M,  Pifarotti, P; Bernasconi, F; Baccichet, R; Magatti, F; Cortese, P; Caria, M; Bertozzi, R. Multicenter randomized trial of tension-free vaginal tape (TVT) and trans obturator in-out technique (TVT-O). Int Urogynecol J 2006; 17(Suppl 2): S92-S93

Charles Hanes Materials List

**Medical Literature**

| |
|---|
| Meschia M, Pifarotti P; Bernasconi F; Baccichet R; Magatti F; Cortese P; Caria M; Bertozzi R. Tension-free vaginal tape (TVT) and transobturator inout technique (TVT-O) for primary stress urinary incontinence: One-year results of a multi-center randomized trial. Urodinamica, 2007 June; 17(2): 120-121 |
| Meschia M, R Bertozzi, P Pifarotti, R Baccichet, F Bernasconi, E Guercio, F Magatti and G Minini. Peri-operative morbidity and early results of a randomised trial comparing TVT and TVT-O. Int Urogynecol J 2007; 18(11): 1257-61. |
| Meyer I, et al. Synthetic Graft Augmentation in Vaginal Prolapse Surgery: Long-Term Objective and Subjective Outcomes. J Minim Invasive Gynecol. 2016 May-Jun; 23(4): 614-21 |
| Meyer S, et al. A Comparative Study of Transvaginal Tape, Transobturator Tape Outside-in, and Transvaginal Tape-obturator Inside-out Surgical Procedures in the Treatment of Stress Urinary Incontinence. Fem Pelv Med Reconstr Surg, 2008 May 1; 14(3): 173-7 |
| Migliari R. Tension-Free Vaginal Mesh Repair for Anterior Vaginal Wall Prolapse. Eur Urol 2000; 38: 151-151 |
| Milanesi M, et al. Impact of preoperative patient' characteristics and flow rate of failure, early complications and voiding dysfunction after transobturator. Neurourol Urodyn 2017; 36(Supp 2): S82. [IUDS Abstract 49] |
| Milani AL, et al. Outcomes and predictors of failure of trocar-guided vaginal mesh surgery for pelvic organ prolapse. Am J Obstet Gynecol 2012; 206: 440.e1-8. |
| Miller D, et al. Prospective Clinical Assessment of the Transvaginal Mesh Technique for Treatment of Pelvic Organ Prolapse - 5-year results. Female Pelvic Med Reconstr Surg. 2011 May; 17(3): 139-43 |
| Millin T. The Ureter the Gynaecologist and the Urologist. Proc R  Soc Med. 1949; 42: 37-46. |
| Minkin M. Postmenopausal vaginal atrophy:evaluation of treatment with local estrogen therapy. IJWH (2013) 6: 281-288 |
| Moalli P. Tensile properties of five commonly used mid-urethral slings relative to the TVT. Int Urogynecol J (2008) 16: 655-663. DOI 10.1007/s00192 007 0499 1 |
| Moir JC. The gauze-hammock operation. (A modified Aldridge sling procedure). J Obstet Gynaecol Br Commonwlth 1968; 75: 1-9 |
| Montera R, et al. Anterior colporrhaphy plus inside-out tension-free vaginal tape for associated stress urinary incontinence and cystocele: 10-year follow up results. Neurourol Urodyn 2017; 1-8; doi:10.1002/nau.23439 |
| Montera R, et al. Anterior colporrhaphy plus inside-out tension-free vaginal tape for associated stress urinary incontinence and cystocele: 10-year follow up results. Neurourol Urodyn. 2018 Mar; 37(3): 1144-1151. |
| Montoya TI, et al. Sensory neuropathy following suspension of the vaginal apex to the proximal uterosacral ligaments. Int Urogynecol J 2012; 23: 1735-1740. |
| Moore J, et al. The use of tantalum mesh in cystocele with critical report of ten cases. Am J Obstet Gynecol 1955; 69: 1127-35 |
| Moore RD, Miklos JR. Vaginal mesh kits for pelvic organ prolapse, Friend or Foe: A comprehensive review. Sci World J (2009) 9: 163-189. |
| Morgan JE. A sling operation, using Marlex polypropylene mesh, for treatment of recurrent stress incontinence. Am J Obstet Gynec 1970; 106(3): 369-377 |
| Mostafa A, Agur W, Abdel-All M, Guerrero K, Lim C, Allam M, Youself M, N'Dow J, Abdel-Fattah M. Multicenter Prospective Randomized Study of Single-incision Mini-sling versus Tension-free Vaginal Tape-Obturator in management of female stress urinary incontinence. A minimum of 1-year follow-up. Urology (2013). |

**Charles Hanes Materials List**

Medical Literature

| |
|---|
| Mostafa A, Agur W, Abdel-All M, Guerrero K, Lim, C, Allam N, Yousef M, N'Dow J, Abdel-fattah M. A multicentre prospective randomised study of single-incision mini-sling (Ajust) versus tension-free vaginal tape-obturator (TVT-O) in the management of female stress urinary incontinence: pain profile and short-term outcomes. Eur J Obstet Gynecol Reprod Biol 2012; 165: 115-121. |
| Mostafa A, et al. Multicentre prospective randomised study of single-incision mid-urethral sling (SIMS- Ajust©) versus tension-free vaginal tape-obturator (TVT-OTM) in management of female stress urinary incontinence (SUI) : A minimum of one year follow-up. (2012) |
| Mostafa A, P Madhuvrata and M Abdel-Fattah. Preoperative urodynamic predictors of short-term voiding dysfunction following a transobturator tension-free vaginal tape procedure. Int J Gynecol Obstet 2011; 115(1): 49-52. |
| Mostafa A, W Agur, M Abdel-All, K Guerrero, M Allam, C Lim, M Yousef and M Abdel-Fattah. A multicentre randomised trial of single-incision mini-sling (Ajust) and tension-free vaginal tape-obturator (TVT-OTM) in management of female stress urinary incontinence. Neurourol Urodyn 2011; 30(6): 806-808. [Meeting Abstract] |
| Mueller E, et al. Randomized trial of urethral length measurement and retropubic TVT position. Neurourol Urodyn 2017; 36(Supp 1): S57-S58. [SUFU Abstract NM37] |
| Mueller, Kenton, et al. Outcomes in 450 women after minimally invasive abdominal sacrocolopexy for Pelvic Organ Prolapse. Female Pelvic Med Reconstr Surg 2016; 22: 267-271. |
| Munu I, et al. The early GVH experience with Surgisis biograft for pelvic organ prolapse repair. Brit J Obstet Gyn 2015; 122: 337-338 |
| Murphy M, Holzberg A, van Raalte H, Kohli N, Goldman HB, Lucente V; Pelvic Surgeons Network. Time to rethink: an evidence-based response from pelvic surgeons to the FDA Safety Communication: "UPDATE on Serious Complications Associated with Transvaginal Placement of Surgical Mesh for Pelvic Organ Prolapse". Int Urogynecol J. 2012 Jan; 23(1): 5-9. |
| Myers DL. Bariatric Surgery and Urinary Incontinence. JAMA Intern Med. 2015 Aug; 175(8): 1387-8 |
| Nazemi T. Complications of grafts used in female pelvic floor reconstruction: Mesh erosion and extrusion. Indian J Urol 2007; 23(2): 153-160. |
| Neuman M, et al.  A short-term follow-up comparison of two trans-obturator tape procedures. Gynecol Surg, 2007 Sep 1; 4(3): 175-8 |
| Neuman M, et al. Anterior needle guided mesh in advanced pelvic organ prolapse: apical fixation on sacrospinous ligaments. Eur J Obstet Gynecol Reprod Biol. 2014 Jan; 172: 120-3 |
| Neuman M, et al. Comparison of two inside-out transobturator suburethral sling techniques for stress incontinence: early postoperative thigh pain and 3-year outcomes. Int J Urol 2012; 19: 1103-1107 |
| Neuman M, et al. Transobturator vs single-incision suburethral mini-slings for treatment of female stress urinary incontinence. Early postoperative pain and 3-year followup. J Minim Invasive Gynecol 2011; 18: 769-773 |
| Neuman M. Tension-free vaginal tape obturator: midterm data on an operative procedure for the cure of female stress urinary incontinence performed on 100 patients. J Minim Invasive Gynecol, 2008 Jan 1; 15(1): 92-6 |
| Neuman M. The TVT procedure as Second-line Anti-Incontinence Surgery for TVT-Obturator Failure Patients. J Pelvic Med Surg 2006; 12(3): 161-163 |
| Nguyen J, et al. Reoperations after incontinence and prolapse surgeries using prosthetic implants. Obstet Gynecol 2012; 119: 539-546. |
| Nguyen J. Perioperative complications and reoperations after incontinence and prolapse surgeries using prosthetic implants. Obstet Gynecol. 2012 Mar; 119(3): 539-46. doi: 10.1097/AOG.0b013e3182479283 |

**Charles Hanes Materials List**

Medical Literature

Nicita G. A new operation for genitourinary prolapse. J Urol 1998; 160: 741-45

Nilsson CG, et al. Seventeen years' follow-up of the tension-free vaginal tape procedure for female stress urinary incontinence. Int Urogynecol J. 2013 Aug; 24(8): 1265-9; doi:10.1007/s00192-013-2090-2.

Nilsson CG, et al. Eleven years prospective follow-up of the tension-free vaginal tape procedure for treatment of stress urinary incontinence. Int Urogynecol J (2008); 19(8): 1043-1047. doi:10.1007/s00192-008-0666-z

Nilsson CG, et al. Seven-Year Follow-up of the Tension-Free Vaginal Tape Procedure for Treatment of Urinary Incontinence. Obstet Gynecol (2004); 104(6): 1259-1262. doi:10.1097/01.aog.0000146639.62563.e5

Novara G, Artibani W, Barber MD, Chapple CR, Costantini E, Ficarra V, Hilton P, Nilsson CG, Waltregny D. Updated systematic review and meta-analysis of the comparative data on colposuspensions, pubovaginal slings, and midurethral tapes in the surgical treatment of female stress urinary incontinence. Eur Urol. 2010 Aug; 58(2): 218-38. doi:10.1016/j.eururo.2010.04.022

Novara G, et al. Complication Rates of Tension-Free Midurethral Slings in the Treatment of Female Stress Urinary Incontinence: A Systematic Review and Meta-Analysis of Randomized Controlled Trials Comparing Tension-Free Midurethral Tapes to Other Surgical Procedures and Different Devices. Eur Urol (2008); 53(2): 288-309. doi:10.1016/j.eururo.2007.10.073

Nygaard I, Barber MD, Burgio KL, Kenton K, Meikle S, Schaffer J, Spino C, Whitehead WE, Wu J, Brody DJ. Pelvic Floor Disorders Network. Prevalence of Symptomatic Pelvic Floor Disorders in US Women. JAMA. 2008 Sep 17; 300(11): 1311-6.

Nygaard IE, et al. Abdominal sacrocolpopexy: a comprehensive review. Obstet Gynecol 2004; 104: 805-823.

Nygaard, et al. Long-term Outcomes Following Abdominal Sacrocolpopexy for Pelvic Organ Prolapse. JAMA 2013; 309(19): 2016-2024.

O'Boyle CJ, O'Sullivan OE, Shabana H, Boyce M, O'Reilly BA. The Effect of Bariatric Surgery on Urinary Incontinence in Women. Obes Surg. 2016 Jul; 26(7): 1471-8.

Ogah J, Cody J D, et al. SUMARY Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women. The Cochrane Collaboration (2009).

Ogah J, Cody JD, et al. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women. The Cochrane Collaboration (2009); doi:10.1002/14651858.cd006375.pub2

Ogah J, Cody JD, Rogerson L. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women. Cochrane Review 2009, Issue 4: 1-198.

Ogah JA. Retropubic or transobturator mid-urethral slings for intrinsic sphincter deficiency-related stress urinary incontinence in women: a systematic review and meta-analysis. Int Urogynecol J 2016; 27: 19-28

Ogah J, et al. Minimally invasive synthetic suburethral sling operations for stress urinary incontinence in women: A short version Cochrane review. Neurourol Urodyn (2011); 30(3): 284-291. doi:10.1002/nau.20980

Ohno MS, Richardson ML, Sokol ER. Abdominal sacral colpopexy versus sacrospinous ligament fixation: a cost-effectiveness analysis. Int Urogynecol J 2016; 27(2): 233-7.

Oliveira Ld, M Girão, M Sartori, R Castro and E Fonseca. Comparison of retro pubic TVT, pre pubic TVT and TVT transobturator in surgical treatment of women with stress urinary incontinence. Int Urogynecol J 2007; 18(Suppl. 1): S180-S181. [Meeting Abstract]

Oliveira R, F Botelho, P Silva, A Resende, C Silva, P Dinis and F Cruz. Exploratory study assessing efficacy and complications of TVT-O, TVT-Secur, and Mini-Arc: results at 12-month follow-up. Eur Urol 2011; 59(6): 940-4.

### Charles Hanes Materials List

**Medical Literature**

Olivera L, et al. A retrospective study comparing outcome and complications of two minimally invasive surgical treatment for female stress. Neurourol Urodyn 2017; 36(Supp 2): S78-S79. [IUDS Abstract 67]

Olsson I, et al. Long-term efficacy of the tension-free vaginal tape procedure for the treatment of urinary incontinence. Int Urogynecol J (2010); 21(6): 679-683. doi:10.1007/s00192-009-1083-7

O'Rourke PJ. Sling Techniques in the Treatment of Genuine Stress Incontinence. BJOG 2000; 107(2): 147-156.

Osborn DJ, Strain M, Gomelsky A, Rothschild J, Dmochowski R. Obesity and Female Stress Urinary Incontinence. Urology. 2013 Oct; 82(4): 759-63.

Oskay, et al. A study on urogenital complaints of postmenopausal women aged 50 and over. Acta Obstet Gynecol Scand 2005; 84: 72

O'Sullivan DC, Chilton CP, Munson KW. Should Stamey colposuspenion be our primary surgery for stress incontinence? Br J Urol. 1995 Apr; 75(4): 457-60.

O'Sullivan, Matthews, O'Reilly. Sacrocolpopexy: is there a consistent surgical technique? Int Urogynecol J (2016) 27: 747-750.

Padilla-Fernandez B, et al. Results of the surgical correction of urinary stress incontinence according to the type of transobturator tape utilized. Arch Ital Urol Androl. 2013 Sep 26; 85(3): 149-53

Palma F, et al. Vaginal atrophy of women in postmenopause. Results from a multicentric observational study: The AGATA study. Maturitas 2016; 83: 40-4.

Palmas AMS, et al. PDE-5 inhibitors and clitoral blood flow after tension free vaginal tape-obturator. EAU Abstract. (http://www.uroweb.org/events/abstracts-online/?id=108&no_cache=1&AID=30690)

Palmas AMS, et al. PDE-5 inhibitors and clitoral blood flow after tension free vaginal tape-obturator. Eur Urol Supp 2011; 10(2): 44. EAU Abstract 51

Palva K, K Rinne, P Aukee, A Kivela, E Laurikainen, T Takala, A Valpas and CG Nilsson. A randomized trial comparing tension-free vaginal tape with tension-free vaginal tape-obturator: 36-month results. Int Urogynecol J 2010; 21(9): 1049-55.

Pan, et al. A systematic review and meta-analysis of conventional laparoscopic sacrocolpopexy versus robot-assisted laparoscopic sacrocolpopexy. Int J Gynecol Obstet 132 (2016) 284-291.

Pandit L. Postmenopausal vaginal atrophy and atrophic vaginitis. Am J Med Sci (1997); 314(4): 228-231

Paraiso M, et al. Rectocele repair: A randomized trial of three surgical techniques including graft augmentation. Am J Obstet Gynecol 2006; 195: 1762-71.

Paraiso MF, et al. Pelvic support defects and visceral and sexual function in women treated with sacrospinous ligament suspension and pelvic reconstruction. Am J Obstet Gynecol. 1996; 175: 1423-30

Paraiso MF, Walters MD, Karram MM, Barber MD. Laparoscopic Burch colposuspension versus tension-free vaginal tape: a randomized trial. Obstet Gynecol. 2004 Dec; 104(6): 1249-58

Paraiso MF, Walters MD, Rackley RR, Melek S, Hugney C. Laparoscopic and abdominal sacral colpopexies: a comparative cohort study. Am J Obstet Gynecol 2005; 192: 1752-1758.

Pardo J, et al. Lower tract urinary injuries associated to mid-urethral slings for stress urinary correction surgery. Int Urogynecol J 2010; 22(Suppl 2): S1628-S1629. IUGA Abstract 1172.

Park YJ, Kim DY. Randomized Controlled Study of MONARC® vs. Tension-free Vaginal Tape Obturator in the treatment of female urinary incontinence. Comparison of 3-year cure rates. Korean J Urol 2012; 53(4): 258-262. Published online April 18, 2012

## Charles Hanes Materials List

**Medical Literature**

Pastore AL, et al. Evaluation of Sexual Function and Quality of Life in Women Treated for Stress Urinary Incontinence: Tension-Free Transobturator Suburethral Tape Versus Single-Incision Sling. J Women's Health 2016; 25(4): 355-9

Pecheux O, Cosson M, et al. [P349 8.5 yr fu] Long-term (8.5 years) analysis of the type and rate of reoperation after transvaginal mesh repair (Prolift) in 349 patients. Eur J Obstet Gynecol Reprod Biol (2019); 232: 33-39.

Penalver M, et al. Should sacrospinous ligament fixation for the management of pelvic support defects be part of a residency program procedure? The University of Miami experience. Am J Obstet Gynecol 1998; 178: 326-9

Pereira I, et al. Incontinence surgery in obese women: comparative analysis of short- and long-term outcomes with a transobturator sling. Int Urogynecol J, 2016 Feb; 27(2): 247-253. https://doi.org/10.1007/s00192-015-2820-8

Petros P. Creating a gold standard surgical device: scientific discoveries leading to TVT and beyond. Int Urogynecol J (2015); DOI 10.1007/s00192-015-2639-3

Phillips N. Female sexual dysfunction: evaluation and treatment. Am Fam Phys (2000); 62(1): 127-136

Pifarotti P, et al. 6 years follow-up after TVT and TVT-O continence procedures to treat urinary stress incontinence. Int Urogynecol J 2011; 22(suppl 1): S58.  [IUGA Abstract Presentation 057]

Pigne A, et al. Comparison at short follow-up of the changes in the voiding phase induced by sub-urethral tapes using a mathematical micturition model. Curr Urol 2009; 3(4): 179-84. doi: 10.1159/000253380

Poad D and Arnold E. Sexual function after pelvic surgery in women. Aust NZ J Obstet Gynaecol 1994; 34(4): 471-474.

Popov A, et al. Functional Outcome of Laparoscopic and Robot-assisted Sacrocolpopexy. Gynecol Surg 2015; 12(Suppl 1): S98. [ESGE Abstract ES24-0106]

Popov A, et al. Laparoscopic Hysterectomy Among Obese Patients. Gynecol Surg (2015); 12(Suppl 1): S399. [GE Abstract ES24-0252]

Pradhan A, et al. Effectiveness of midurethral slings in recurrent stress urinary incontinence: a systematic review and meta-analysis. Int Urogynecol J 2012; 23: 831-41

Prien-Larsen JC, et al. Long-term outcomes of TVT and IVS operations for treatment of female stress urinary incontinence: monofilament vs. multifilament polypropylene tape. Int Urogynecol J (2009); 20(6): 703-709. doi:10.1007/s00192-009-0844-7

Pukall C, et al,  In: Goldstein I, Meston CM, Davis S, Traish A, eds. Women's Sexual Function and Dysfunction: Study, Diagnosis and Treatment. London: Taylor &. Prancis, 2005

Pulliam S, et al. Use of synthetic mesh in pelvic reconstructive surgery: a survey of attitudes and practice patterns of urogynecologists. Int Urogynecol J 2007; 18: 1405-1408.

Pushkar D, et al. Complications of mid-urethral slings for treatment of stress urinary incontinence. Int J Gynecol Obstet 2011; 113: 54-57

Pushkar D, et al. Mini-invasive operations for correction of urinary incontinence in females. Urologiia 01 Jul 2011(4): 16-20

Qatawneh A, et al. Transvaginal cystocele repair using tension-free polypropylene mesh as the time of sacrospinous colpopexy for advanced uterovaginal prolapse: a prospective randomised study. Gynecol Surg (2013) 10: 79-85.

Qatawneh A. [Pop 114, 40 mo fu] Risk factors of surgical failure following sacrospinous colpopexy. Arch Gynecol Obstet (2013) 287: 1159-1165

**Charles Hanes Materials List**

Medical Literature

Quemener J, et al. Rate of re-interventions after transvaginal pelvic organ prolapse repair using partially absorbable mesh: 20 months median follow-up outcomes. Eur J Obstet Gynecol Reprod Biol 175 (2014): 194-198.

Rackley RR, et al. Tension-free Vaginal Tape and Percutaneous Vaginal Tape Sling Procedures. Techniques in Urology 2001; 7: 90-100.

Raders J, et al. Transobturator TVT (TVT-O) "Inside-to-Out" Suburethral Sling for the treatment of Stress Urinary Incontinence: Early U.S. Experience. Int Urogyn J 2005; 16(supp 2): S102

Rapp D, et al. Effect of Concurrent Prolapse Surgery on Stress Urinary Incontinence Outcomes After TVTO. Female Pelvic Med Reconstr Surg. 2017 Jul/Aug; 23(4): 244-249

Rardin CR, Erekson EA, Sung VW, Ward RM, Myers DL. Uterosacral Colpopexy at the time of vaginal hysterectomy. J Reprod Med, 2009 May; 54(5): 273-280.

Raz R. A controlled trial of intravaginal estriol in postmenopausal women with recurrent urinary tract infections. N Engl J Med (1993); 329(11): 753-756

Rechberger T, et al. A randomized comparison between monofilament and multifilament tapes for stress incontinence surgery. Int Urogynecol J (2003) 14: 432-436.

Reich A, et al. Long-term Results of the Tension-free Vaginal Tape Procedure in an Unselected Group: A 7-Year Follow-up Study. Urology (2011); 78(4): 774-777. doi:10.1016/j.urology.2011.06.009

Reisenauer C, Carey MP, et al. (published Prosima) Anatomic study of prolapse surgery with nonanchored mesh and a vaginal support device. Am J Obstet Gynecol 2010; 203: 590.e1-7.

Reisenauer C, Shiozawa T, Huebner M, Carey M. [IUGA Abs 150] Anatomical cadaver study of pelvic floor reconstruction using a new polypropylene implant vaginal repair system and a vaginal support device. Int Urogynecol J (2009); 20(Suppl 2): S200.

Reissing E. Pelvic floor muscle functioning in women with vulvar vestibulitis syndrome. J Psychosoma Obstet Gynecol, 2005 June; 26(2): 127-113

Ren Y. Mesh erosion after pelvic reconstructive surgeries. Saudi Med J 2010; 31(2): 180-4

Resende A, Oliveira R, Botelho F, Silva C, Dinis P, Cruz F. Mid-Term Follow-up of a Randomized Trial Comparing TVT-O, TVT-Secur, and Mini-Arc. Eur Urol Suppl 2011; 10(2): 244.

Resende A, Oliveira R, Botelho F, Silva C, Dinis P, Cruz F. Mid-Term Follow-up of a Randomized Trial Comparing TVT-O, TVT-Secur. and Mini-Arc. Eur Urol Suppl 2011; 10(2): 244. [Meeting Abstract]

Riachi L, Provost K. A new minimally invasive treatment option for stress urinary incontinence in women: TVT Abbrevo, a shorter sling with an inside-out transobturator approach. Surg Technol Int. 2013 Sep; 23: 176-80

Ricci P, et al. TVT in Women with Recurrent or Persistent Stress Urinary Incontinence after Failed Obturator Route Slings. J Minim Invasive Gynecol 2009; 16: S153. [Abstract 547]

Richardson ML, Elliott CS, Shaw JG, Comiter CV, Chen B, Sokol ER. To sling or not to sling at time of abdominal sacrocolpopexy: a cost-effectiveness analysis. J Urol 2013; 190(4): 1306-12.

Richter HE, Albo ME, Zyczynski HM, Kenton K, Norton PA, Sirls LT, Kraus SR, Chai TC, Lemack GE, Dandreo KJ, Varner RE, Menefee S, Ghetti C, Brubaker L, Nygaard I, Khandwala S, Rozanski TA, Johnson H, Schaffer J, Stoddard AM, Holley RL, Nager CW, Moalli P, Mueller E, Arisco AM, Corton M, Tennstedt S, Chang TD, Gormley EA, Litman HJ; Urinary Incontinence Treatment Network. Retropubic versus transobturator midurethral slings for stress incontinence. N Engl J Med. 2010 Jun 3; 362(22): 2066-76

Ridgeway B, et al. Small bowel obstruction after vaginal vault suspension: a series of three cases. Int Urogynecol J (2007) 18: 1237-1241.

Rinne K, Laurikainen E, Kivela A, Aukee P, Takala T, Valpas A, Nilsson CG. A randomized trial comparing TVT with TVT-O. 12 month results. Int Urogynecol J 2008; 19(8): 1049-1054. Published online  Mar 29, 2008

**Charles Hanes Materials List**

## Medical Literature

Ripoli A, et al. Pain after suburethral sling insertion for urinary stress incontinence: a prospective study comparing TVT-TO versus Altis single incision sling system. Neurourol Urodyn 2016; 35(Supp 3): S40-S41. [IUDS Abstract 40]

Riviere JG, et al. Sexual function in women after vaginal surgery with synthetic mesh material. Clin Exp Obstet Gynecol 2014; 41(3): 258-60

Roberts SR, et al. An audit of vaginal tape exposure rates following TVT-O sling procedures: a comparison of 3 tapes. BJOG 2018; 125(Suppl S3): 178. [RCOG Wrld Cong Abstract PEP7181]

Rodrigues CA, et al. Pelvic Floor 3D Ultrasound of Women with TVT, TVT-O, or TVT-S for Stress Urinary Incontinence at Three-year Follow-up. Rev Bras Ginecol Obstet. 2017 Sep; 39(9): 471-479

Rommens K, et al. Mid-urethral sling for female urinary incontinence. 5-years experience at a German Tertiary referral university center. (2011) ICS Abstract 872 (https://www.ics.org/2011/abstract/872)

Roth T. Diagnosis and treatment of delayed voiding and outlet obstruction after anti-incontinence surgery; a review. JPMS (2003); 9(6): 289-295

Roy P, et al. Effect of Concurrent Prolapse Surgery on Stress Urinary Incontinence Outcomes after TVT-O. Female Pelvic Med Reconstr Surg 2017; 23: 244-249

Roy P, et al. Efficacy and safety of the trans-obturator tape for female stress urinary incontinence. Int J Reprod Contrac Obstet Gynecol (2017); 6(6): 2427-2430. doi:10.18203/2320-1770.ijrcog20172325

Rudnicki M, et al. Adjustable mini-sling compared with conventional mid-urethral slings in women with urinary incontinence. A randomized controlled trial. Acta Obstet Gynecol Scand 2017; 96: 1347-1356

Rudnicki M. Biomesh (Pelvicol®) erosion following repair of anterior vaginal wall prolapse. Int Urogynecol J 2007; 18: 693-695.

Rusavy Z, et al. Are the same tapes really the same? Ultrasound study of laser cut and mechanically cut TVT-O post-operative behavior. Int Urogynecol J 2017; 28(Suppl 1): S283. [IUGA Abstract 025]

Rusavy Z, et al. Are the same tapes really the same? Ultrasound study of laser-cut and mechanically cut TVT-O post-operative behavior. Int Urogynecol J 2018; 29: 1335-1340

Rusavy Z. Are the same tapes really the same? Ultra sound study of laser-cut and mechanically cut TVT-O post-operative behavior. Int Urogynecol J (2017); DOI 10.1007/s00192-017-3516-z

Ryu JG, et al. Transobturator Tape for Female Stress Urinary Incontinence: Preoperative Valsalva Leak Point Pressure Is Not Related to Cure Rate or Quality of Life Improvement. Korean J Urol. 2014 Apr; 55(4): 265-9

Ryu KH, JS Shin, JK Du, MS Choo and KS Lee. Randomized trial of tension-free vaginal tape (TVT) vs. tension-free vaginal, tape obturator (TVT-O) in the surgical treatment of stress urinary incontinence: Comparison of operation related morbidity. Eur Urol Suppl 2005; 4(3): 15. [Meeting Abstract]

Salhi. Evaluation of sexual function and quality of life in women treated for stress urinary incontinence: tension-free transobturator suburethral tape vs. Single incision sling. Neurourol Urodyn, 2016 Jun; 35(Suppl 3): S49

Salvatore S, et al. Genital Prolapse and Stress Urinary Incontinence. A Patient Preference Approach. Int Urogynecol J 2009; 20(Suppl 3): S339-S340. Abstract 306.

Saracino GA, et al. TVT-O for female stress urinary incontinence recurring after previous surgical treatment. Subjective and objective results. Neurourol Urodyn, 2018 Jun; 37(Suppl e): S42-S44. [IUDS Abstract 31]

Sarlos D, Kots L, Ryu G, Schaer G. [Pop 99, 68 at fu, mean 60 mos fu] Long-term follow-up of laparoscopic sacrocolpopexy (Gynemesh). Int Urogynecol J 2014; DOI: 10.1007/s00192-014-2369-y.

**Charles Hanes Materials List**

**Medical Literature**

Sayer, et al. (Prosima Investigators) [IUGA Presentation 090] Medium-term clinical outcomes following surgical repair for vaginal prolapse with a tension-free mesh and vaginal support device. Int Urogynecol J (2011); 22(Suppl 1): S89-S90; DOI: 10.1007/s00192-011-1600-3.

Sayer, Hinoul, Gauld, et al. (Prosima) [IUJ] Medium-term clinical outcomes following surgical repair for vaginal prolapse with tension-free mesh and vaginal support device. Int Urogynecol J (2012) 23: 487-493.

Scheiner D, C Betschart, H Werder, D Fink and D Perucchini. Retropubic TVT Vs Transobturator Outside-in TOT and inside-out TVT-O - One-Year Results from Our Prospective Randomized Study. Neurourol Urodyn 2009; 28(7): 585-586. [Meeting Abstract]

Schettini M, et al. Abdominal sacral colpopexy with prolene  mesh. Int Urogynecol J Pelvic Floor Dysfunct 1999; 10: 295-299.

Schimpf M. Murphy (SGS). Graft and Mesh Use in Transvaginal Prolapse Repair. A Systematic Review.  Obstet Gynecol. 2016 Jul; 128(1): 81-91

Schimpf MO, Rahn DD, Wheeler TL, et al. Sling surgery for stress urinary incontinence in women: a systematic review and metaanalysis. Am J Obstet Gyneol 2014; 211: 71.e1-27.

Schimpf MO, et al. Sling Surgery for Stress urinary incontinence in Women: a systematic review and metaanalysis. Am J Obstet Gynecol (2014): 1.e1-1.e27

Schimpf, et al. Updated Systematic Review on Graft and Mesh use in Transvaginal Prolapse repair by the SGS Systematic Review Group. (2016)

Schimpf, Murphy, et al. Graft and Mesh Use in Transvaginal Prolapse Repair. A Systematic Review. Obstet Gynecol 2016; 0: 1-11; doi: 10.1097/AOG.000000000001451.

Schimpf, Murphy, et al. Supplemental Appendices. Graft and Mesh Use in Transvaginal Prolapse Repair: A systematic review. Obstet Gynecol 2016; 0: 1-11.

Schon Ybarra MA, Gutman RE, Rini D, Handa VL. Etiology of post-uterosacral suspension neuropathies. Int Urogynecol J Pelvic Floor Dysfunct 2009; 20: 1067-71.

Schumpelick L and Nyhus M. Meshes: Benefits and Risks Chapter 9 Gilbert, A., et al. Polypropylene: the Standard of Mesh Materials. 2004.

Schweitzer KJ, Cromheecke GJ, Milani AL, Eijndhoven HWV, Gietelink D, Hallenleben E, Van Der Vaart CH. A Randomized controlled trial comparing the TVT-O with the Ajust as primary surgical treatment of female stress urinary incontinence. Int Urogynecol J 2012; 23(Suppl 2): S77-S78

Seo JH, GN Kim, JY Kim, HJ Seo, JW Lee, WG Lee and DH Cho. Comparison between transobturator vaginal tape inside out and single incision sling system in the treatment of female stress urinary incontinence: Prospective randomized study. Neurourol Urodyn 2011; 30(6): 832. [Meeting Abstract]

Serati M, Bogani G, Braga A et al. Is there a learning curve for the TVT-O procedure? A prospective single-surgeon study of 372 consecutive cases. Eur J Obstet Gynecol Reprod Biol 2015; 186: 85-90

Serati M, Bogani G, et al. Robot-assisted Sacrocolpopexy for Pelvic Organ Prolapse: A Systematic Review and Meta-analysis of Comparative Studies. Eur Urol 66 (2014) 303-318.

Serati M, et al. [TVTO 10 yr fu] Tension-free Vaginal Tape-Obturator for Treatment of Pure Urodynamic Stress Urinary Incontinence: Efficacy and Adverse Effects at 10-year Follow-up. Eur Urol. 2017 Apr; 71(4): 674-679

Serati M, et al. Transobturator vaginal tape for the treatment of stress urinary incontinence in elderly women without concomitant pelvic organ prolapse: is it effective and safe. Eur J Obstet Gynecol Reprod Biol. 2013 Jan; 166(1): 107-10

Serati M, et al. [Pop 191, 5 yr fu] TVT-O for the Treatment of Pure Urodynamic Stress Incontinence: Efficacy, Adverse Effects, and Prognostic Factors at 5-Year Follow-up. Eur Urol 2013; 63(5): 872-878. doi:10.1016/j.eururo.2012.12.022

Charles Hanes Materials List

**Medical Literature**

Serati M, et al. Tension-free Vaginal Tape for the Treatment of Urodynamic Stress Incontinence: Efficacy and Adverse Effects at 10-Year Follow-Up. Eur Urol (2012); 61(5): 939-946. doi:10.1016/j.eururo.2012.01.038

Serdinšek T, But I. Long-term results of two different trans-obturator techniques for surgical treatment of women with stress and mixed urinary incontinence: a 10-year randomised controlled study follow-up. Int Urogynecol J. 2019 Feb; 30(2): 257-263

Serdinšek T, et al. Long-term satisfaction rate of two different trans-obturator techniques for surgical treatment of women with urinary incontinence: a randomized study follow-up. Eur J Obstet Gynecol Reprod Biol (2017) 211: 200. doi:10.1016/j.ejogrb.2017.01.029

Sergouniotis F, et al. Urethral complications after tension-free vaginal tape procedures_ A surgical management case series. World J Nephrol, 2015 July 6; 4(3): 396-405

Shah D, et al. Broad Based Tension-free Synthetic sling for stress urinary incontinence: 5-Year outcome. J Urol 2003; 170: 849-851.

Shah SM, et al. Impact of vaginal surgery for stress urinary incontinence on female sexual function: is the use of polypropylene mesh detrimental? Urology. 2005 Feb; 65(2): 270-4.

Sharifiaghdas F, et al. Long-term results of tension-free vaginal tape and pubovaginal sling in the treatment of stress urinary incontinence in female patients. Clin Experim Obstet Gynecol (2017); doi:10.12891/ceog3209.2017

Shaw JS, et al. Incidence of Postoperative Thigh Pain after TVT Obturator and TVT Abbrevo. J Minim Invasive Gynecol 2014; 21: S52. [AAGL Abs 167]

Shaw JS, Jeppson PC, Rardin CR. Decreasing transobturator sling groin pain without decreasing efficacy using TVT-Abbrevo. Int Urogynecol J. 2015 Sep; 26(9): 1369-72

Shawki HED, Kamel HH, El-Moghazy DA, El-Adawy AR. [Abs 0217] The role of transobturator vaginal tape (TVT-O) and some traditional surgical interventions in the management of female genuine stress urinary incontinence - randomized controlled trial. Int J Gynecol Obstet 2012; 119(Suppl 3): S337.

Siddique SA, Gutman RE, Schon Ybarra MA, Rojas F, Handa VL. Relationship of the uterosacral ligament to the sacral plexus and to the pudendal nerve. Int Urogynecol J Pelvic Floor Dysfunct 2006; 17: 642-645.

Siddiqui NY, et al.  Perceptions about female urinary incontinence: a systematic review. Int Urogynecol J (2014) 25: 863-871.

Siddiqui, Olivera, et al. (SGS Review) Mesh sacrocolpopexy compared with native tissue vaginal repair. A systematic review and meta-analysis. Obstet Gynecol 2015; 125: 44-55.

Sikirica V, et al. [IUGA Abs 159] Responsiveness of the PFDI-20 and PFIQ-7, 12 months following vaginal prolapse repair augmented by mesh and a vaginal support device. Int Urogynecol J (2009); 20(Suppl 2): S207-S208.

Sikirica V, et al. Treatment outcomes of the Gynecare Prolift Pelvic Repair System: A Systematic Literature Review. Int Urogynecol J (2009); 20(Suppl 3): S260.

Singh R, Muscat K, Cornish A, Carey M. [Pop 116, 1 yr fu - RANZCOG Abs] Anatomic and functional outcomes of vaginal prolapse surgery using non-anchored mesh and a vaginal support device at 1 year following surgery. Aust NZ J Obstet Gynecol (2011) 51: 472-475.

Singh, Lim, Muscat, Carey. [ICS Abs 575] Anatomic, functional and ultrasound outcomes after vaginal prolapse surgery using non-anchored mesh. (2011)

Sirls L, et al. Factors Associated with Quality of Life in Women Undergoing Surgery for Stress Urinary Incontinence. J Urol 2010; 184: 2411-2415

**Charles Hanes Materials List**

Medical Literature

| |
|---|
| Slack M, Carey MP, Smith DJ, Robinson D. [IUGA Abs 574] Clinical experience of a novel vaginal support device and balloon used to simplify mesh augmented vaginal surgery for prolapse. Int Urogynecol J (2009); 20(Suppl 2): S80-S81. |
| Slack M, et al. [IUGA Abs 094] A new operation for vaginal prolapse repair using mesh and a vaginal support device: 1 year anatomic and functional results of an international multicentre study. Int Urogynecol J (2009); 20(Suppl 2): S157-S158. |
| Slack, Sayer, Hinoul, Urquhart, Al-Salihi. [ICS Abstract 560] A trocar-free procedure for vaginal prolapse repair using mesh and a vaginal support device - an observational registry. (2011) |
| Smilen S, Weber A. ACOG Practice Bulletin, Clinical Management Guidelines for Obstetrician-Gynecologists Number 79 February 2007 Pelvic Organ Prolapse. Obstet Gynecol 2007; 109(2, Part 1): 461-473. |
| Snyder T and Krantz K. Abdominal-retroperitoneal sacral colpopexy for the correction of vaginal prolapse. Obstet Gynecol 1991; 77: 944-949. |
| Soergel TM, et al. Poor surgical outcomes after fascia lata allograft slings. Int Urogynecol J Pelvic Floor Dysfunct 2001; 12(4): 247-53. |
| Sohn DW, et al. The Changes of Sexual Function after Mid-Urethra Sling Operation for Stress Urinary Incontinence. J Urol 2009 Apr; 181(4s): 545. |
| Sokol AI, Iglesia CB, et al. One-year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse. Am J Obstet Gynecol 2012; 206: 86.e1-9. |
| Sola V, et al. Our Experience with Seven Hundred Tapes of Three Different Generations under the Urethra: Comparing Results and Complications. Int Urogynecol J 2011; 22(Suppl 3): S1869-S1870. IUGA Abstract 325 |
| Sola V, et al. Six Hundred Meshes Under the Urethra in the Urinary Incontinence Surgical Treatment with Three Generations of Sub-Mid Urethral Tapes: Comparing Results. Int Urogynecol J 2010; 22(Suppl 2): S197-S1768 |
| Song P, et al. The efficacy and safety comparison of surgical treatments for stress urinary incontinence: A network meta-analysis. Neurourol Urodyn (2018); doi:10.1002/nau.23468 |
| Song PH, et al. The 7-year outcome of the tension-free vaginal tape procedure for treating female stress urinary incontinence. BJU Int (2009); 104(8): 1113-1117. doi:10.1111/j.1464-410x.2009.08504.x |
| Song PH, et al. The Long-Term Outcomes of the Tension-free Vaginal Tape Procedure for Treatment of Female Stress Urinary Incontinence: Data from Minimum 13 Years of Follow-Up. LUTS: Lower Urinary Tract Symptoms (2017) 9: 10-14. doi:10.1111/luts.12099 |
| Sorensen L. Wound healing and infection in surgery; The clinical impact of smoking and smoking cessation: a systematic review and meta-analysis. Arch Surg (2012); 147(4): 373-383. |
| Sorice P, et al. Patient-reported outcomes 1 year after midurethral sling operations. Neurourol Urodyn 2017; 36(Supp 2): S68-S69. [IUDS Abstract 58] |
| Sottner O, et al. Comparison of three different midurethral slings in the treatment of female urinary incontinence in institutionalized elderly patients. (2013) ICS Abstract 859 (https://www.ics.org/2013/abstract/859) |
| Sousa A, et al. Transobturator Slings for Female Stress Urinary Incontinence. Acta Med Port, 2014 Jul-Aug; 27(4): 422-427 |
| South M, et al. Surgical excision of eroded mesh after prior abdominal sacrocolpopexy. Am J Obstet Gynecol 2007; 197: 615.e1-615.e5. |
| Stanton SL, et al. Silastic sling for urethral sphincter incompetence in women. Br J Obstet Gynaecol. 1985 Jul; 92(7): 747-50 |
| Stanton SL. Stress incontinence, why and how operations work. Urol Clinic N Am (1985); 12(2): 279-284. |

**Charles Hanes Materials List**

**Medical Literature**

Stanton SL. Stress incontinence: why and how operations work. Clin Obstet Gynaecol 1985; 12: 369-77

Stav K, et al. Midurethral Sling Procedures for Stress Urinary Incontinence in Women for Over 80 Years. Neurourol Urodyn 2010; 29: 1262-1266

Steege J. Diagnosis and Management of Dyspareunia and Vaginismus. J Clin Prac Sex (1988); 4(7): 15-21

Steege J. Dyspareunia and Vaginismus. Clin Obstet Gynecol (1984); 27(3): 750-759

Stepanian AA, Miklos JR, Moore RD, Mattox TF, et al. Risk of mesh extrusion and other mesh-related complications after laparoscopic sacral colpopexy with or without concurrent laparoscopic-assisted vaginal hysterectomy: experience of 402 patients. J Minim Invasive Gynecol 2008; 15: 188-96 (Gynemesh n=238)

Subak LL, King WC, Belle SH, Chen JY, Courcoulas AP, Ebel FE, Flum DR, Khandelwala S, Pender JR, Pierson SK, Pories WJ, Steffen KJ, Strain GW, Wolfe BM, Huang AJ. Urinary Incontinence before and after bariatric surgery. JAMA Intern Med. 2015 Aug; 175(8): 1378-87.

Subak, Richter, et al. Weight loss to treat urinary incontinence in overweight and obese women. N Engl J Med 2009; 360: 481-490.

Sullivan E. Total Pelvic Mesh Repair: A ten-year experience. Dis Colon Rectum 2001; 44: 857-863.

Sun Y, Luo D, Yang L, Wei X, Tang C, Chen M, Shen H, Wei Q. The Efficiency and Safety of Tension-Free Vaginal Tape (TVT) Abbrevo Procedure Versus TVT Exact in the Normal Weight and Overweight Patients Affected by Stress Urinary Incontinence. Urology. 2017 Dec; 110: 63-69

Svabik K, et al. Randomized trial comparing vaginal mesh repair (Prolift Total) versus sacrospinous vaginal colpopexy (SSF) in the management of vaginal vault prolapse after hysterectomy for patients with levator ani avulsion injury - 6 years - follow-up. Int Urogynecol J 2016; 27(Suppl 1): S59-60

Svabik, et al. Comparison of vaginal mesh repair with sacrospinous vaginal colpopexy in the management of vaginal vault prolapse after hysterectomy in patients with levator ani avulsion: a randomized controlled trial. Ultrasound Obstet Gynecol (2014).

Svenningsen R, et al. Long-term follow-up of the retropubic tension-free vaginal tape procedure. Int Urogynecol J (2013); 24(8): 1271-1278. doi:10.1007/s00192-013-2058-2

Sweat SD, et al. Polypropylene mesh tape for stress urinary incontinence: complications of urethral erosion and outlet obstruction. J Urol 2002; 168: 144-146

Sze E and Karram M. Transvaginal repair of vault prolapse: A Review. Obstet Gynecol 1997; 89: 466-75.

Tahseen S. Effect of Transobturator Tape on Overactive Bladder Symptoms and Urge Urinary Incontinence in Women with Mixed Urinary Incontinence. Obstet Gynecol 2009 Mar; 113(3): 617-623

Takaes EB, Kreder KJ. Sacrocolpopexy: Surgical Technique, Outcomes, and Complications. Curr Urol Rep (2016) 17: 90.

Takeyama M, et al. A prospective study about trans-obturator-tape (TOT) procedures with the tape from the Gynecare TVT device and a C-shape tunneller-comparison between outside-in and inside-out procedures. ICS 2006: Abstract 489 (https://www.ics.org/2006/abstract/489)

Tamma A, et al. Retropubic versus transobturator tension-free vaginal tape (TVT vs TVT-O): Five-year results of the Austrian randomized trial. Neurourol Urodyn 2017; doi: 10.1002/nau.23298. Published online May 2, 2017

Tammaa A, Aigmueller T, Umek W, Hanzal E, Kropshofer S, Lang P, Bjelic-Radisic V, Riss PA, Tamussino K, Ralph G. Retropubic versus Transobturator TVT: Five-Year Results of the Austrian Trial. J Minim Invas Gynecol, 2014 Aug; 25(8): 1023-30. Published online May 13, 2014

**Charles Hanes Materials List**

**Medical Literature**

| |
|---|
| Tammaa A, et al. Retropubic versus transobturator tension-free vaginal tape (TVT vs TVT-O): Five-year results of the Austrian randomized trial. Neurourol Urodyn 2018; 37: 331-338 |
| Tammaa A, et al. Sonographic sling position and cure rate 10-years after TVT-O procedure. PLoS ONE (2019); 14(1): e0209668. https://doi.org/10.1371/journal.pone.0209668 |
| Tamussino K, A Tammaa, E Hanzal, W Umek, V Bjelic and D Koelle. TVT vs. TVT-O for Primary Stress Incontinence: A Randomized Clinical Trial. Int Urogynecol J (2008); 19(Suppl. 1): S20-S21. [Meeting Abstract] |
| Tamussino KF, et al; (Austrian registry) [Pop 2795-procedure related cs.] Tension-free vaginal tape operation: results of the Austrian registry. Obstet Gynecol 2001; 98: 732-6. |
| Tan PF, et al. Effectiveness and complication rates of tension-free vaginal tape. Transobturator tape, and tension-free vaginal tape-obturator in the treatment of female stress urinary incontinence in a medium- to long-term follow up. Saudi Med J. 2014 Jan; 35(1): 20-32. |
| Tang X, Zhu L, Liang S, Lang J. Outcome and sexual function after transobturator tape procedure versus tension-free vaginal tape Secur: a randomized controlled trial. Menopause, 2014 Jun; 21(6): 641-5 |
| Tate SB, et al. Randomized trial of fascia lata and poly-propylene mesh for abdominal sacrocolpopexy: 5-year follow-up. Int Urogynecol J 2011; 22: 137-143 |
| Teo R, P Moran, C Mayne and D Tincello. Randomised trial of tension-free vaginal tape and transobturator tape for the treatment of urodynamic stress incontinence in women. (2007) ICS: Abstract 283. [Meeting Abstract] |
| Teo R, P Moran, C Mayne and D Tincello. Randomized trial of tension-free vaginal tape and tension-free vaginal tape-obturator for urodynamic stress incontinence in women. J Urol 2011; 185(4): 1350-5. |
| Teo. Randomised trial of TVT and TVT-O for the treatment of urodynamic stress incontinence in women. (2008) |
| Thames S. Reply to "In vivo polypropylene mesh degradation is hardly a myth". Int Urogynecol J (2016); DOI 10.1007/s00192-016-3237-8 |
| Thames S. The myth: in vivo degradation of polypropylene based meshes. Int Urogynecol J (2016); DOI 10.1007/s00192-016-3131-4 |
| Thomas A, D Waltregny and J de Leval. One year results of a prospective randomized trial comparing the original inside-out transobturator (TVT-O) procedure and a modified version using a shortened tape and reduced dissection for the treatment of female stress urinary incontinence." Int Urogynecol J 2010; 21(Suppl. 1): S219-S220. [Meeting Abstract] |
| Thomas TN, et al. Surgical pain after transobturator versus retropubic midurethral sling - a secondary analysis of the TOMUS trial. Fem Pelv Med Reconstr Surg. 2016 Sept/Oct; 22( 5 Suppl 1): S4-S5. AUGS Abstract 8 |
| Thubert T, et al. Outcomes associated with the use of midurethral slings for stress incontinence surgery according to the type of hospitalization. Int J Gynecol Obstet 2015; 129: 123-127 |
| Timmons M and Addison W. Mesh Erosion after abdominal sacral colpopexy. J Pelv Surg 1997; 3(2): 75-80. |
| Timmons MC. Transabdominal sacral colpopexy. Oper Tech Gynecol Surg 1996; 1: 92-6 |
| Toglia MR, Fagan MJ. Suture erosion rates and long-term surgical outcomes in patients undergoing sacrospinous ligament suspension with braided polyester suture. Am J Obstet Gynecol 2008; 198(5): 600.e1-4. |
| Tommaselli GA, C Di Carlo, V Gargano, C Formisano, M Scala and C Nappi. Efficacy and safety of TVT-O and TVT-Secur in the treatment of female stress urinary incontinence: 1-year follow-up. Int Urogynecol J 2010; 21(10): 1211-7. |

**Charles Hanes Materials List**

Medical Literature

| |
|---|
| Tommaselli GA, D'Afiero A, Di Carlo C, Formisano C, Fabozzi A, Nappi C. Efficacy of a modified technique for TVT-O positioning: a twelve-month, randomized, single-blind, multicenter, non-inferiority study. Eur J Obstet Gynecol Reprod Biol 2013; 167(2): 225-229. Published online December 21, 2012 |
| Tommaselli GA, D'Afiero A, Di Carlo C, Formisano C, Fabozzi A, Nappi C. Tension-Free Vaginal Tape-O and -Secur for the Treatment of Stress Urinary Incontinence. A Thirty-Six-Month follow-up Single-blind Double-arm, Randomized study. J Minim Invas Gynecol, 2013 Mar/Apr; 20(2): 198-204. Published online Jan 23, 2013 |
| Tommaselli GA, D'Afiero A, Formisano C, Di Carlo C, Fabozzi A, Nappi C. Comparison of TVT-O and TVT-Abbrevo for the surgical management of female stress urinary incontinence. A 12-months preliminary study. Int J Gynecol Obstet 2012; 119(Suppl 3): S504 |
| Tommaselli GA, D'Afiero A, Formisano C, Di Carlo C, Fabozzi A, Nappi C. Efficacy and Safety of TVT-O and TVT-Secur in the Treatment of Female Stress Urinary Incontinence. Three Years Follow-Up. Int J Gynecol Obstet 2012; 119(Suppl 3): S503-S504 |
| Tommaselli GA, et al. [Pop 130, 36 mo fu; ICS Abs 187] Ultrasonographic evaluation of the positioning of TVT-O vs. TVT-Secur and their effect on the urethra: an ancillary analysis of a 36-months follow-up randomized study. (2013) |
| Tommaselli GA, et al. Effect of a modified surgical technique for the positioning of TVT-O on post-operative pain. Int Urogynecol J 2011; 22(Suppl 1): S110. [IUGA Abstract Presentation 110] |
| Tommaselli GA, et al. Effect of local Infiltration analgesia on post-operative pain following TVT-O: a double-blind, placebo-controlled randomized study. Arch Gynecol Obstet 2014 Aug; 290(2): 283-9 |
| Tommaselli GA, et al. Tension-free vaginal tape-obturator and tension-free vaginal tape-Secur for the treatment of stress urinary incontinence: a 5-year follow-up randomized study. Eur J Obstet Gynecol Reprod Biol (2015) Feb; 185: 151-5. doi: 10.1016/j.ejogrb.2014.12.012. Epub 2014 Dec 29. |
| Tommaselli GA, Formisano C, Di Carlo C, Fabozzi A, Nappi C. Effects of a modified technique for TVT-O positioning on postoperative pain. Single-blind randomized study. Int Urogynecol J 2012; 23(9): 1293-1299. Published online April 18, 2012 |
| Tommaselli GA, Napolitano V, Di Carlo C, Formisano C, Fabozzi A, Nappi C. Efficacy and safety of the trans-obturator TVT-Abbrevo device in normal weight compared to overweight patients affected by stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol. 2016 Feb; 197: 116-9 |
| Tommaselli GA, et al. Medium-term and long-term outcomes following placement of midurethral slings for stress urinary incontinence: a systematic review and metaanalysis. Int Urogynecol J (2015); 26(9): 1253-1268. doi:10.1007/s00192-015-2645-5 |
| Töz E, et al. Frequency of recurrent urinary tract infection in patients with pelvic organ prolapse. Res Rep Urol 2015; 7: 9-12 |
| Trabuco EC, et al. Two-year results of burch compared with midurethral sling with sacrocolpopexy: A randomized controlled Trial. Obstet Gynecol. 2018 Jan; 131(1): 31-38 |
| Trabuco EC, et al. Midurethral Slings for the Treatment of Stress Urinary Incontinence. Obstet Gynecol (2014) 123: 197S-198S. doi:10.1097/aog.0000000000000234 |
| Trivedi PH, et al. Urinary Incontinence Surgery and Medical Management Constantly Changing. J Minim Invas Gynecol 2014; 21: S178. [AAGL Abstract 573] |
| Tsai, et al. Factors that affect early recurrence after prolapse repair by a nonanchored vaginal mesh procedure. Taiwan J Obstet Gynecol 53 (2014) 337-342. |
| Tucker P. Prevalence of sexual dysfunction after risk-reducing salpingo-oophorectomy. Gynecol Oncol (2016) 14: 95-100 |

**Charles Hanes Materials List**

Medical Literature

Tunitsky-Bitton E, et al. Ultrasound Evaluation of Midurethral Sling Position and Correlation to Physical Examination and Patient Symptoms. Female Pelvic Med Reconstr Surg. 2015 Sep-Oct; 21(5): 263-8

Tununguntla H, et al. Female Sexual dysfunction Following Vaginal Surgery: A Review. J Urol 2006; 175: 439-446.

Ubertazzi EP, et al. (P72, 5 yr fu) Long-term outcomes of transvaginal mesh (TVM) In patients with pelvic organ prolapse: A 5-year follow-up. Eur J Obstet Gynecol Reprod Biol. 2018 Apr 14; 225: 90-99

Ubertazzi EP, et al. Transvaginal Mesh (TVM) Five Years Follow Up. A Retrospective Study from Latam. Int Urogynecol J (2015); 26(Suppl 1): S150-S151.

Ulmsten U, et al. A multicenter study of tension-free vaginal tape (TVT) for surgical treatment of stress urinary incontinence. Int Urogynecol J 1998; 9: 210-213.

Ulmsten U. An ambulatory surgical procedure under local anesthesia for treatment of female urinary incontinence. Int Urogyn J (1996) 7: 81-86

Ulrich D, et al. 10 Years Follow-Up after TVT-O Procedure for Stress Urinary Incontinence. Int Urogynecol J (2015); 26(Suppl 1): S146-S147.

Ulrich D, et al. Ten-Year Follow-up after Tension-Free Vaginal Tape-Obturator Procedure for Stress Urinary Incontinence. J Urol (2016); 196(4): 1201-1206. doi.org/10.1016/j.juro.2016.05.036

Unger C, Rizzo A, Ridgeway B. Indications and risk factors for midurethral sling revision. Int Urogynecol J (2015) DOI 10.1007/s00192-015-2769-7.

Unger CA, et al. Indications and risk factors for midurethral sling revision. Int Urogynecol J. 2016 Jan; 27(1): 117-22. doi: 10.1007/s00192-015-2769-7. [Epub 2015 Jul 2]

Unger CA, Walters MD, Ridgeway B, et al. Incidence of adverse events after uterosacral colpopexy for uterovaginal and posthysterectomy vault prolapse. Am J Obstet Gynecol 2015; 212: 603.e1-7.

Unger CA. An Update on the Use of Mesh in Pelvic Reconstructive Surgery. Curr Obstet Gynecol Rep (2016) 5: 131-138.

Unger CA. Gluteal and Posterior Thigh Pain in the Postoperative Period and the Need for Intervention After Sacrospinous Ligament Colpopexy. Female Pelvic Med Reconstr Surg, 2014 Jul-Aug; 20(4): 208-11

Utekar T, Thomas S, Almshwt M, Selvamani S. Studying the newer TVT-O Abbrevo tape in comparison with the standard TVT-O tape for management of stress urinary incontinence. Eur J Obstet Gynecol Reprod Biol 2016; 206:e117 [EUA Abstract]

Vaiyapuri GR, et al. A 3-year evaluation of the outcome of pelvic organ prolapse (POP) surgeries performed in 2006 at the KKWCH Hospital, using the Gynecare Prolift System. Int Urogynecol J (2011); 22(Suppl 3): S1908-S1909.

Valentim-Lourenço A, M Benoun, T Mascarenhas, F Cruz and L Moniz. TORP - Comparing the efficacy, execution and early complications of TVT and TVT-O. Int Urogynecol J 2008; 19(Suppl 1): S17-S18. [Meeting Abstract]

Valentim-Lourenço A, M Benoun, T Mascarenhas, F Cruz and L Moniz. TORP - Comparing the efficacy, execution and early complications of TVT and TVT-O. Int Urogynecol J 2008; 19(Suppl. 1): S17-S18.

Valpas A, et al. TVT versus laparoscopic mesh colposuspension: 5-year follow-up results of a randomized clinical trial. Int Urogynecol J (2014); doi:10.1007/s00192-014-2454-2.

Van der Doelen M, Withagen M, Vierhout M, Heesakkers J. Results of primary versus recurrent surgery to treat stress urinary incontinence in women. Int Urogynecol J. 2015 Jul; 26(7): 997-1005; DOI 10.1007/s00192-015-2627-7.

**Charles Hanes Materials List**

**Medical Literature**

van der Laak JA, et al. The effect of Replens on vaginal cytology in the treatment of postmenopausal atrophy: cytomorphology versus computerised cytometry. J Clin Pathol 2002; 55: 446-51

van der Ploeg, Roovers. [Pop 134, 12 mo fu; ICS Abs 210] Multicentre randomised trial of vaginal prolapse repair versus vaginal prolapse repair with a midurethral sling in patients with pelvic organ prolapse and co-existing stress urinary incontinence. (2013)

Van der Vaart CH, et al. Feasibility and patient satisfaction with pelvic organ prolapse and urinary incontinence day surgery. Int Urogynecol J 2007; 18: 531-536

Van der Velde, et al. Vaginismus, a component of a general defensive reaction. An investigation of pelvic floor muscle activity during exposure to emotion-inducing film excerpts in women with and without Vaginismus. Int Urogynecol J Pelvic Floor Dysfunct 2001; 12: 328-331

Van Drie, Hinoul, Gauld, et al. [Pop 121, median 29 mo fu, AUGS Abs 27] Medium-term clinical outcomes following surgical repair for vaginal prolapse with a tension-free mesh and vaginal support device. Female Pelvic Med Reconstr Surg 2011; 17(5, Suppl 2): S63-S64.

Van Rensburg JA, Jeffery ST. Sand Enbergh HA, Juul L, Steyn DW. [Pop 92, 1 yr fu; IUGA Abs OP 107] Single incision - needleless and inside out TVT-O. A multicentre clinical equivalent randomised trial with preliminary 6 months and one year outcome for stress urine continence. Int Urogynecol J 2015; 26(Suppl 1): S136-S137

Varela JE. Correlations between intra-abdominal pressure and obesity-related co-morbidities. Surgery for Obesity and Related Diseases 5 (2009) 524-528.

Verdeja A. Transvaginal sacrospinous colpopexy: Anatomic landmarks to be aware of to minimize complications. Am J Obstet Gynecol 1995; 173: 1468-9.

Vervest H, Jd Bruin and C Renes-Zeijl. Transobturator tape (TOT), inside-out or outside-in approaches: Does it matter. Int Urogynecol J 2005; 16(Suppl. 2): S69-S70. [Meeting Abstract]

Viereck V, Kuszka A, Rautenberg O, Wlazlak E, Surkont G, Hilgers R, Eberhard K, Kociszewski J. Do different vaginal tapes need different suburethral incisions - The one-half rule. Neurourol Urodyn. 2015 Nov; 34(8): 741-6. Published online Aug 30, 2014

Vilhena V, et al. Female stress urinary incontinence treatment with three different tapes - a seven year experience. Int Urogynecol J 2011; 22(Suppl 3): S1816. [IUGA Abstract 255]

Vincenzo LM, et al. Efficacy of TVT-O in obese patients. [SIUD Abstract] Neurourol Urodyn. 2010 Jun; 29(Issue S2): 94-95

Vissers D. The effect of non-surgical weight loss interventions on urinary incontinence in overweight women: a systematic review and meta analysis. ObesityReviews (2014) 15: 610-617.

Wai CY, et al. Patient Satisfaction After Midurethral Sling Surgery for Stress Urinary Incontinence. Obstet Gynecol 2013; 121: 1009-16

Waltregny D, de Leval J. New surgical technique for treatment of stress urinary incontinence TVT-ABBREVO from development to clinical experience. Surg Technol Int. 2012 Dec; 22: 149-57

Waltregny D, et al. Inside Out Transobturator Vaginal Tape for the Treatment of Female Stress Urinary Incontinence: Interim Results of a Prospective Study After a 1-Year Minimum Followup. J Urol 2006; 175: 2191-2195

Waltregny D, et al. Inside-out transobturator vaginal tape (TVT-O): One-year results of a prospective study. Eur Urol Suppl 2005; 4(3): 16

Waltregny, de Leval. [ICS Abs 254] Three year results of a prospective randomized trial comparing the original inside-out Transobturator TVT-O procedure with a modified version using a shortened tape and reduced dissection for the treatment of female stress urinary incontinence. (2012)

**Charles Hanes Materials List**

## Medical Literature

Wang AC, et al. A histologic and immunohistochemical analysis of defective vaginal healing after continence taping procedures: A prospective case-controlled pilot study. Am J Obstet Gynecol 2004; 191: 1868-74

Wang C, et al. Outcomes of Two Different Meshes for Treatment of POP with a Concomitant Midurethral Sling for SUI: a Retrospective Cohort Study at 2 Years Postoperatively. Int Arch Urol Complic 2015, 1:1

Wang F, et al. Prospective randomized trial of TVT and TOT as primary treatment for female stress urinary incontinence with or without pelvic organ prolapse in Southeast China. Arch Gynecol Obstet (2010) 281: 279-286.

Wang J, et al Urinary incontinence after surgical repair in patients with pelvic organ prolapse. Biomed Res 2014; 25(4): 588-591

Wang W, L Zhu and J Lang. Transobturator tape procedure versus tension-free vaginal tape for treatment of stress urinary incontinence. Int J Gynaecol Obstet 2009; 104(2): 113-6.

Ward K, et al. Multicentre Randomised trial of Tension-Free Vaginal Tape and Colposuspension for Primary Urodynamic Stress Incontinence: Five Year Follow Up. Neurourol Urodyn (2006); 25(6): 568-569.

Ward K, Hilton P; United Kingdom and Ireland Tension-free Vaginal Tape Trial Group. Prospective multicentre randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ. 2002 Jul 13; 325(7355): 67

Ward K. Prospective multicentre randomised trial of tension-free vaginal tape and colposuspension as primary treatment for stress incontinence. BMJ (2002) 325: 1-7

Ward KL, Hilton P; UK and Ireland TVT Trial Group. A prospective multicenter randomized trial of tension-free vaginal tape and colposuspension for primary urodynamic stress incontinence: two-year follow-up. Am J Obstet Gynecol. 2004 Feb; 190(2): 324-31

Watadani Y, Vogler SA, et al. [P27, 4-90 mos fu, med 29 mos] Sacrocolpopexy with rectopexy for pelvic floor prolapse improves bowel function and quality of life. Dis Colon Rectum 2013; 56: 1415-1422.

Weber A and Walters M. Anterior Vaginal Prolapse: Review of Anatomy and Techniques of surgical repair. Obstet Gynecol 1997; 89: 311-8.

Weber A, et al. Anterior colporrhaphy: A randomized trial of three surgical techniques. Am J Obstet Gynecol 2001; 185: 1299-306.

Weber AM, Walters MD, Piedmonte MA. Sexual function and vaginal anatomy in women before and after surgery for pelvic organ prolapse and urinary incontinence. Am J Obstet Gynecol, 2000 Jun; 182(6): 1610-1615.

Webster TM, Gerridzen RG. Urethral erosion following autologous rectus fascial pubovaginal sling. Can J Urol 2003; 10: 2068-69

Wei JT, et al; Pelvic Floor Disorders Network. A midurethral sling to reduce incontinence after vaginal prolapse repair. N Engl J Med. 2012; 366: 2358-67

Weintraub AY, et al. Prevalence and risk factors for urinary tract infection up to one year following midurethral sling incontinence surgery. Eur J Obstet Gynecol Reprod Biol 2018 Mar; 222: 146-150

Welk B. (Pop 60K) Removal or Revision of Vaginal Mesh Used for the Treatment of Stress Urinary Incontinence. JAMA Surg (2015); DOI: 10.1001/jamasurg.2015.2590.

Whitcomb EL, Lukacz ES, Lawrence JM, Nager CW, Luber KM.  Prevalence and degree of bother from pelvic floor disorders in obese women. Int Urogynecol J Pelvic Floor Dysfunct. 2009 Mar; 20(3): 289-94.

**Charles Hanes Materials List**

**Medical Literature**

Wieslander CK, Roshanravan SM, Wai CY, Schaffer JI, Corton MM. Uterosacral ligament suspension sutures: Anatomic relationships in unembalmed female cadavers. Am J Obstet Gynecol 2007; 197: 672.e1-6.

Williams TH, TeLinde RW. The sling operation for urinary incontinence using mersilene ribbon. Obstet Gynecol 1962; 19(2): 241-245; DOI 10.1016/0002-9378(70)90362-5

Withagen M, et al. [Pop 186 (Prolift 83), 1 yr fu] Trocar-guided mesh compared with conventional vaginal repair in recurrent prolapse.  A randomized controlled trial. Obstet Gynecol. 2011 Feb; 117(2 Pt 1): 242-50.

Withagen M, et al. Surgical treatment of vaginal vault prolapse. NJ Obstet Gynaecol 2007; 2(2): 3-8.

Withagen M. Which factors influenced the result of a tension free vaginal tape operation in a single teaching hospital? Acta Obstet Gynecol (2007) 86: 1136-1139

Woodruff J, et al. Treatment of dyspareunia and vaginal outlet distortions by perineoplasty. Obstet Gynecol 1981; 57: 750-754.

Wu JM, Matthews CA, et al. Lifetime Risk of Stress Urinary Incontinence or Pelvic Organ Prolapse Surgery. Obstet Gynecol 2014; 123: 1201-1206.

Xin X, Song Y, Xia Z. A comparison between adjustable single-incision sling and tension-free vaginal tape-obturator in treating stress urinary incontinence. Arch Obstet Gynecol (2016)

Xu Y, et al. Impact of the tension-free vaginal tape obturator procedure on sexual function in women with stress urinary incontinence. Int J Gyn Obstet 2011; 112: 187-189

Yang JM, et al. Correlation of morphological alterations and functional impairment of the tension-free vaginal tape obturator procedure. J Urol 2009 Jan; 181(1): 211-218

Yazdany T, et al. Suture complications in a teaching institution among patients undergoing uterosacral ligament suspension with permanent braided suture. Int Urogynecol J 2010; 21: 813-818. doi: 10.1007/s00192-010-1109-1

Zaccardi J, et al. The effect of pelvic floor re-education on comfort in women having surgery for incontinence. Fem Pelv Med Reconstr Surg. 2010 Sept/Oct; 16(5 Supp 2): S153. [AUGS Abs Poster 141]

Zhang Y, et al. Tension-free vaginal tape-obturator for the treatment of stress urinary incontinence: a 12-year prospective follow-up. BJU Int. 2018 Sep 24. doi: 10.1111/bju.14555.

Zhang Y, M Jiang, XW Tong, BZ Fan, HF Li and XL. Chen. The comparison of an inexpensive-modified transobturator vaginal tape versus TVT-O procedure for the surgical treatment of female stress urinary incontinence. Taiwan J Obstet Gynecol 2011; 50: 318-321.

Zhang Z, et al. Retropubic tension-free vaginal tape and inside-out transobturator tape: a long-term randomized trial. Int Urogynecol J (2015); 2(Suppl  1): S23-S174.

Zhang Z, et al. Retropubic tension-free vaginal tape and inside-out transobturator tape: a long-term randomized trial. Int Urogynecol J. 2016 Jan; 27(1): 103-11. doi: 10.1007/s00192-015-2798-2. Epub 2015 Aug 12.

Zhu L, et al. [Pop 21, 18-60 mos, median 43.5 mo fu] Modified laparoscopic sacrocolpopexy with mesh for severe pelvic organ prolapse. Int J Gynecol Obstet 121 (2013) 170-172.

Zhu L, J Lang, N Hai and F Wong. Comparing vaginal tape and transobturator tape for the treatment of mild and moderate stress incontinence. Int J Gynaecol Obstet 2007; 99(1): 14-7.

Zhu L, Z Zhang. Retropubic tension-free vaginal tape and inside-out transobturator tape. A long-term randomized trial. Int Urogynecol J 2015; 26(Suppl 1): S79-S81

Zullo M A, F Plotti, M Calcagno, E Marullo, I Palaia, F Bellati, S Basile, L Muzii, R Angioli and PB Panici. One-year follow-up of tension-free vaginal tape (TVT) and trans-obturator suburethral tape from inside to outside (TVT-O) for surgical treatment of female stress urinary incontinence: a prospective randomised trial. Eur Urol 2007; 51(5): 1376-82; discussion 1383-4.

**Charles Hanes Materials List**

**Medical Literature**

| |
|---|
| Zyczynski H, et al. Sexual activity and function in women more than 2 years after midurethral sling placement. Am J Obstet Gynecol 2012; 207: 421.e1-6 |
| Zyczynski HM, et al. (Prosima Study investigators) One-year clinical outcomes after prolapse surgery with nonanchored mesh and vaginal support device. Am J Obstet Gynecol 2010; 203: 587.e1-8. |

**Charles Hanes Materials List**

**Production Materials**

| |
|---|
| 2001 TVT Surgeon's Monograph |
| 000001_4275674_d_Use of Gynemesh PS in Prolapse Surgery Power Point |
| 2003 Gynemesh PS Early Clinical Experience White Paper |
| 2003 Gynemesh PS white paper. Gynemesh PS Early Clinical Experience. |
| 2004 Gynemesh PS Study Poster - AUGS 2004 San Diego. Lucente V, Hale D, Miller D, Madigan J. A Clinical Assessment of Gynemesh PS for the Repair of Pelvic Organ Prolapse. |
| 2007 Prolift Prof Ed Slides |
| Clinical Evaluation Report - Gynemesh PS by Piet Hinoul - April 26, 2013 |
| ETH.MESH.00012009-089 - TVM Prospective Data (French Trial) - Exhibit 522 |
| ETH.MESH.00013529-534 - Prolift+M IFU |
| ETH.MESH.00018382 - Powerpoint GYNECARE GYNEMESH* PS Nonabsorbable PROLENE* Soft Mesh in the Treatment of Pelvic Organ Prolapse |
| ETH.MESH.00159266-369 - Gynemesh PS, Prolene Soft Mesh in the treatment of POP - Pelvic Floor Surgery and Anatomic Dissection Lab |
| ETH.MESH.00167104 - 2006 TVT Laser Cut Clinical Expert Report |
| ETH.MESH.00295355 (TVTE-338-10-7.12) - 2010 TVT-Exact Prof Ed |
| ETH.MESH.00308094 (2629_2006-07-12) - 2006 TVT-Secur |
| ETH.MESH.00354732 (TVTA-088-11-2.13) - 2011 TVT-Abbrevo |
| ETH.MESH.00369995 (2008-570) - 2008 TVT Family of Products Prof Ed |
| ETH.MESH.00369999 (2008-135) - 2008 TVT-Secur |
| ETH.MESH.00370421 (TVTO_0113-09-8.11) - TVT-O FDA Public Health Notice |
| ETH.MESH.00373310 (2003-712) - 2003 TVT Prof Ed |
| ETH.MESH.00393045-46 (2008-582) TVT-O Procedural Steps |
| ETH.MESH.00394849 - Gynemesh PS Panel Powerpoint - Drs. Robinson, Miller, Winkler, England |
| ETH.MESH.00395374-380 - 2001 June 22; Scientific Advisory Chicago Meeting re POP mesh includes Prolene Soft |
| ETH.MESH.00397674 (2002-275) - 2002 Minimizing & Managing TVT Complications Prof Ed |
| ETH.MESH.00520649-722 - 2006 US TVM 12 Month Clinical Report |
| ETH.MESH.00523617 (2007-4144) - 2007 TVT-Secur Critical Steps |
| ETH.MESH.00523942 (2005-1638) Waltregny TVT-O Summit |
| ETH.MESH.00637343 - 2004 ETHICON Product Development Process - Gynemesh PS |
| ETH.MESH.00747864-874 - Gynemesh PS DDSA Rev. |
| ETH.MESH.00747864-874 - Gynemesh PS DDSA Rev. 2 |
| ETH.MESH.00993273 (2091_2006-02-01) - 2006 TVT-O Summit Presentation by Raders and Lucente |
| ETH.MESH.01128679-98 (TVTS007) - 2007 TVT-Secur Procedural Steps |
| ETH.MESH.01222075 - 2006 Kammerer Memo |
| ETH.MESH.01261962 (2005-1819) - TVT-O Summit by Raders, Rogers, Lucente |
| ETH.MESH.02219584 - 2010 Scion PA Unmet Needs Exploratory Research |
| ETH.MESH.02330776 (TVTO-384-10-8.12) - TVT-O |
| ETH.MESH.02341398-410 - Prosima IFU |
| ETH.MESH.02341454-459 - Prolift 2007-2009 IFU |
| ETH.MESH.02341522-527 -  Prolift 2005-2007 IFU |
| ETH.MESH.02341658-664 - Prolift 2010-2012 IFU - Text Searchable |
| ETH.MESH.02341734-740 - Prolift 2009-2010 IFU |
| ETH.MESH.02342097 Prolene Soft IFU |
| ETH.MESH.02342101 Prolene Soft IFU |
| ETH.MESH.02342102 Prolene Mesh IFU |

**Charles Hanes Materials List**

**Production Materials**

| |
|---|
| ETH.MESH.02342152-54 Prolene Mesh IFU |
| ETH.MESH.02342194-196 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02342218-220 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02342250-252 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02342278-279 - Gynecare Gynemesh PS IFU (English Only) |
| ETH.MESH.02603812-821 - Dissection Techniques in Transvaginal Pelvic Organ Prolapse Repair with Synthetic Mesh |
| ETH.MESH.02616825-27 Prolene Soft IFU |
| ETH.MESH.03458123-38 - TVT Patient Brochure 3.19.08 |
| ETH.MESH.03460813-853 - Prolift Surgeons Resource Monograph 2007 |
| ETH.MESH.0370392 (3914_2007-08-22) - 2007 TVT-Secur |
| ETH.MESH.03715787-793 - Gynemesh PS CER (2002) - Weisberg |
| ETH.MESH.03751819 (2009-473) - 2009 The Science of What's Left Behind |
| ETH.MESH.03905968-975 - Prolift 2005 Brochure |
| ETH.MESH.03905976-991 - Prolift 2006 Brochure |
| ETH.MESH.03906001-020 - Prosima and Prolift+M |
| ETH.MESH.03906037-052 - Prolift 2008 Brochure |
| ETH.MESH.04046302 (TVT and TVT-O)(2005-1117) |
| ETH.MESH.04079609 (TVTA-401-10-8.12) - 2010 TVT-Abbrevo |
| ETH.MESH.04202101 (2008-448) |
| ETH.MESH.05222686-88 -  TVT IFU (4th version) 4.7.06-10.7.08 |
| ETH.MESH.05320909 (2008-135)(38 slides summit) - 2008 TVT-Secur |
| ETH.MESH.05795421 (2001-227) - 2001 TVT Prof Ed |
| ETH.MESH.05795537 (1998-218) - 1998 TVT Prof Ed |
| ETH.MESH.07201006 - Prolift Prof Ed 2007 Slide Deck |
| ETH.MESH.07246690-19 - Study Report - A systematic review of patient-years of experience in prospective randomized controlled trials (RCTs) in incontinence. |
| ETH.MESH.08003279-94 - TVT Patient Brochure 12.10.08 |
| ETH.MESH.08117473 - 2012 TVT-Exact Updated Prof Ed Slide Deck w Production Cover |
| ETH.MESH.08156958 (2002-310) - 2002 TVT Advanced Users Forum Presentation |
| ETH.MESH.08307644-45 - 4.05.2013 - Email from P. Hinoul to G. Callen re: RCT data (with attachments). |
| ETH.MESH.09100506 - Prolift Prof Ed 2005 Slide Deck |
| ETH.MESH.09744840-45 -  TVT Patient Brochure 2.14.13 |
| ETH.MESH.10027307-28 - Surgeon's Resource Monograph |
| ETH.MESH.10686760-771 - Gynemesh PS aFMEA 2013 |
| ETH.MESH.10686833-852 - Risk Management Report (RMR) for Gynemesh PS 2013 |
| ETH.MESH.11543641 - Powerpoint GYNECARE GYNEMESH* PS Nonabsorbable PROLENE* Soft Mesh Awareness Module |
| ETH.MESH.11543719 - Robinson Gynemesh PS Presentation Awareness Module 4.7.04 |
| ETH.MESH.22625140-45  - MDD CAPA # CAPA-003474 |
| ETH.MESH.22631022-29 -  Response to Section 39 Request, D-1, 1-1002 |
| ETH-02288-289 - Gangam N. Retroperitoneal hemorrhage after a vaginal mesh prolapse procedure. Obstet Gynecol 2007; 110: 463-4 |
| ETH-02411-412 - Abdel-fattah M, et al. How Common are tape erosions? A comparison of two versions of the transobturator tension free vaginal tape procedure. ABS 211 Int Urogynecol J 2006; 17(Suppl 2): S177 |

**Charles Hanes Materials List**

**Production Materials**

| |
|---|
| ETH-02421-422 - Nogueira B. Vaginal Erosions as Delayed complications of sling procedures. [ABS 229] Int Urogynecol J 2006; 17(Suppl 2): S187 |
| ETH-02794-799 - Collinet P, et al. Transvaginal mesh technique for pelvic organ prolapse repair: mesh exposure management and risk factors. Int Urogynecol J 2005; Epub Ahead of Print |
| ETH-02813-817 - de Tayrac R, et al. Long-term anatomical and functional assessment of trans-vaginal cystocele repair using a tension-free polypropylene mesh. Int Urogynecol J 2006; 17: 483-488 |
| ETH-02955-961 - Deffieux X, et al. Vaginal mesh erosion after transvaginal repair of cystocele using Gynemesh or Gynemesh-Soft in 138 women: a comparative study. Int Urogynecol J Epub Ahead of print 2005 |
| Gynecare Gynemesh PS IFU (English Only) LAB-0012266 Rev: 3, released 02.03.15. |
| Gynecare TVT IFU changes redlined, D-6, 1-20 |
| Gynemesh PS 510k Approval File [FDA] |
| Gynemesh PS white paper - Early Clinical Experience |
| K013718 GYNEMESH PS (Ethicon) Corrected SE Letter (07-Nov-2012) |
| May 2010 CER for Gynemesh PS signed by David Robinson |
| PS120046 A2 - 7.9.12 FDA Response to Ethicon re Gynemesh PS |
| TVT IFU (7th version) 2015 - Present - from Ethicon website. |

**Charles Hanes Materials List**

**Company Witness Depositions**

| |
|---|
| Hinoul, Piet - 01.15.2014 Deposition Testimony |
| Weisberg, Martin - 11.13.2015 Deposition Testimony |

**Charles Hanes Materials List**

## Other Materials

| |
|---|
| 2008 FDA Public Health Notification: Serious complications associated with transvaginal placment of surgical mesh in repair of pelvic organ prolapse and stress urinary incontinence. |
| 2011 IUGA Patient Brochure - Vaginal Repair with Mesh Patient Brochure |
| 2012 ABOG and ABU Guide to Learning in Female Pelvic Medicine and Recontructive Surgery. |
| 2012 ABOG Guide to Learning in Female Pelvic Medicine and Reconstructive Surgery |
| 2012 AUA Guidelines - Guideline for the Surgical Management of Female Stress Urinary Incontinence: 2009 Update - Appendices A11 and A16 |
| 2013 AUA Position Statement on the Use of Vaginal Mesh for the Surgical Treatment of Stress Urinary Incontinence. |
| 2013 AUGS Guidelines for Privileging and Credentialing Physicians for Sacrocolpopexy for Pelvic Organ Prolapse |
| 2013 FDA Statement regarding Considerations about Surgical Mesh for SUI |
| 2014 IUGA Position Statement on Mid-Urethral Slings for Stress Urinary Incontinence |
| 2015 ACOG Practice Bulletin #155 Summary - Urinary Incontinence in Women, 1120-1122 |
| 2016 AUGS, SUFU, ACOG, SGS, AAGL, NAFC,WHF, Position Statement - Mesh Midurethral Slings for Stress Urinary Incontinence |
| 2016 August - ICS IUGA ACOG AUGS AUA SUFU - Groups reaffirm position on use of vaginal mesh for surgical treatment of stress urinary incontinence |
| 2016 IUGA Patient Brochure on Midurethral Sling Procedures for Stress Incontinence |
| 2017 ACOG, AUGS - Committee Opinion on Complications in Gynecologic Surgery, 1-6, Management of Mesh and Graft Complications in Gynecologic Surgery. |
| 2017 AUA, SUFU Guideline - Surgical Treatment of Female Stress Urinary Incontinence, 1-33 |
| 2018 AUGS, SUFU, AAGL, ACOG, NAFC, SGS, Position Statement - Mesh Midurethrethral Slings for Stress Urinary Incontinence |
| 2018 July - IUGA Global Statement in support of MUS for SUI |
| 2018 RANZCOG Position Statement on SUI and POP |
| ACGME Program Requirements for Graduate Medical Education in Female Pelvic Medicine and Reconstructive Surgery |
| ACOG Practice Bulletin Summary Urinary Incontinence in Women.  Replaces Practice Bulletin Number 63, June 2005. 2015; 126( 5) |
| American Urogynecologic Society Board of Directors. Position statement on restriction of surgical options for pelvic floor disorders: the American Urogynecologic Society Board of Directors. Female Pelvic Med Reconstr Surg. 2013 Jul-Aug; 19(4): 199-201 |
| AUA. Position Statement on the Use of Vaginal Mesh for the Repair of Pelvic Organ Prolapse. November 2011; reaffirmed October 2016 and October 2018 |
| AUGS Residency Guidelines |
| AUGS Resident Learning Objectives |
| AUGS/SUFU Mesh Midurethral slings for stress urinary incontinence. 2014, Updated 2016. |
| Code of Federal Regulations Title 21, as of 4/1/15. 21CFR801.109 |
| Committee on Practice Bulletins-Gynecology, American Urogynecologic Society. Practice Bulletin No. 185: Pelvic Organ Prolapse. Obstet Gynecol. 2017 Nov; 130(5): e234-e250. |

**Charles Hanes Materials List**

MDL Wave Cases

| Expert Reports |
|---|
| Blaivas, Jerry (Prolift General) - 01.17.2017 |
| Blaivas, Jerry (TVT Abbrevo General) - 01.17.2017 |
| Blaivas, Jerry (TVT Exact General) - 01.17.2017 |
| Blaivas, Jerry (TVT-O General) - 01.17.2017 |
| Elliott, Daniel (Prolift General) |
| Elliott, Daniel (TVT-O General) - 05.22.2017 |
| Guelcher, Scott (General) |
| Guelcher, Scott (Wave 5 General) |
| Iakovlev, Vladimir (General) - 01.29.2016 |
| Iakovlev, Vladimir (Wave 10 General) - 02.20.2019 |
| Iakovlev, Vladimir (Wave 10 General) - 02.20.2019 |
| Klinge, Uwe (POP General) - 11.17.2015 |
| Klinge, Uwe (TVT General) - 11.16.2015 |
| Margolis, Michael (TVT General) - 05.21.2017 |
| Mays, Jimmy (General) - 05.22.2017 |
| MDL Wave 9 and 10 Plaintiff General Reports |
| Ostergard, Donald (General) - 05.19.2017 |
| Pence, Peggy (General TVT) - 10.14.2013 |
| Pence, Peggy (General TVT-O) - 7.17.2014 |
| Pence, Peggy (Notice of Adoption of Prior Reports) - 2.01.2016 |
| Pence, Peggy (Prolift General) - 07.17.2014 |
| Pence, Peggy (Supplemental General TVT & TVT-O) - 3.2.2016 |
| Pence, Peggy (Supplemental General TVT-O) - 4.24.2015 |
| Priddy, Duane (General) |
| Rosenzweig, Bruce (Prosima General) - 05.22.2017 |
| Rosenzweig, Bruce (TVT Abbrevo General) - 05.22.2017 |
| Rosenzweig, Bruce (TVT Exact General) - 05.22.2017 |
| Rosenzweig, Bruce (TVT General) - 05.22.2017 |
| Rosenzweig, Bruce (TVT General) - 06.09.2014 |
| Rosenzweig, Bruce (TVT General) - 08.24.2015 |
| Rosenzweig, Bruce (TVT General) - 10.14.2013 |
| Rosenzweig, Bruce (TVT Supplemental General) - 01.06.2017 |
| Rosenzweig, Bruce (TVT, TVT-O Notice of Adoption of Prior Reports) - 12.15.2015 |
| Rosenzweig, Bruce (TVT-O General) - 02.21.2014 |
| Rosenzweig, Bruce (TVT-O General) - 04.24.2015 |
| Rosenzweig, Bruce (TVT-O General) - 05.22.2017 |
| Shull, Bob (Prolift/Prolift +M General) - 02.01.2016 |
| Zipper, Ralph (Prolift General) - 01.31.2016 |
| Zipper, Ralph (TVT-S General) - 07.27.2017 |

# CURRICULUM VITAE

# Charles R. Hanes II, M.D.

**BUSINESS ADDRESS:**

Urogynecology of Southern Alabama
3 Mobile Infirmary Circle
Suite 401
Mobile, AL 36607

**PROFESSIONAL LICENSURE:**

Alabama Medical Licensure Commission 2004
   License # 00008180

**EDUCATION:**

Vanderbilt University
Nashville, Tennessee         1963-1967

Tulane University Medical School
New Orleans, Louisiana      1967-1971

**POSTGRADUATE TRAINING:**

Vanderbilt University - Nashville, Tennessee
   General Surgery      1971-1973
Emory University - Atlanta, Georgia
   Residency, Ob-Gyn    1975-1978

**POSTGRADUATE COURSES:**

Update Pelvic and Vaginal Surgery   1998
American Urogynecology Advanced Pelvic
   Anatomy      1998
American Urogynecology Society Pelvic Surgery  1998
Advanced Pelvic Surgery      1999
CITI Course - Protection of Human Research Subjects,
   Principle Investigator Training   2004

**CERTIFICATIONS:**

American Board of Obstetrics and Gynecology - Voluntary
   Annual Recertification   1998-Present
Board certification - Female pelvic medicine and
   reconstructive surgery   2013-Present

**PROFESSIONAL EXPERIENCE:**

Private Practice, Ob-Gyn, Mobile, AL   1979-2000
Medical Director, The Continence Center Of Mobile
   Mobile Ob-Gyn, P.C.   2001-2007
President Providence Hosp. Med. Staff   1990-1992
Director, Urogyneclogy of Southern
   Alabama      2007-present
Clinical Adjunct Assistant Professor, Dept. Ob-Gyn,
   Univ. of South Alabama   2003-present

**PROFESSIONAL EXPERIENCE CONTINUED:**

Preceptor for Ethicon Women's Health and Urology
Medical Staff - Providence Hospital, Springhill Medical
    Center, Mobile Infirmary Medical Center, The
    University of South Alabama
Private Practice-Birmingham, Alabama  1978-1979

**MILITARY SERVICE:**         General Medical Officer U.S. Army    1973-1975

**PROFESSIONAL ORGANIZATIONS:**

Fellow, American College of Obstetrics &
    Gynecology         1981-present
Member of American Urogynecology Society
         1997-Present
Mobile County Medical Society    1979-Present
Medical Association of The State of Alabama
         1978-Present
Member Society Gynecologic Surgeons
         2005-Present

**OTHER:**         The Best Doctors in America    2003-present

**VOLUNTEER/COMMUNITY EXPERIENCE:**

Volunteer Physician, Victory Health Clinic
Medical Director,  Sav-A-Life

**PUBLICATIONS:**

29th Annual Scientific Meeting Society of Gynecologic Surgeons, 2003
"TVT Pilot Study- A modified Technique to Improve Voiding Dysfunction",
C.R. Hanes II, M.D.

Journal of Pelvic Medicine & Surgery, Volume 11, Number 2, pg. 72, March/April 2005:
"Enhanced Preservation of Vaginal Length and Vault Support: A Byproduct of Anterior
Compartment Repair Using a Synthetic Mesh Graft",
C.R. Hanes II, M.D. and M.S. Mulekar PhD,
Providence Hospital & Mobile Ob-Gyn, P.C., Mobile, AL

C.R Hanes, F.H. Long. Vaginal Sacral Colpopexy. Female Pelvic Med Reconstr Surg. 2009;
15(2):66.

Charles R. Hanes II. Natural Orifice Sacral Colpopexy. OBG Manag. November 2016; 28(11).

C.R. Hanes. Vaginal Sacral Colpopexy: A Natural Orifice Approach To A Gold Standard
Procedure. Female Pelvic Med Reconstr Surg. 2017; 23(5), 875.

CR Hanes, II. Vaginal Sacral Colpopexy: A Natural Orifice Approach To A Gold Standard
Procedure. JMIG. 2018; 25(1), 47-52.

**PRESENTATIONS:**
03/25/2004 - Grand Rounds - University of South Alabama Medical Center, Department of Ob-Gyn, Mobile, AL - "Paravaginal Defects Associated with Vaginal Vault Prolapse: Do they always need to be repaired?"

04/29/2004 - Mobile Bay Ob-Gyn Society, Mobile, AL - "The Surgical Management of Female Stress Urinary Incontinence"

31st Annual Scientific Meeting Society of Gynecologic Surgeons Meeting, 2005
 "Enhanced Preservation of Vaginal Length and Vault Support: A Byproduct of Anterior Compartment Repair Using a Synthetic Mesh Graft"

2014 Joint Meeting of the Alabama and Mississippi Section ACOG, 5/8/14
"Vaginal Sacral Colpopexy"

41st Annual Scientific Meeting Society of Gynecologic Surgeons Meeting, 03/24/2015
Academic Roundtable, "Natural Orifice Sacral Colpopexy

10/15/2015 – American Urogynecologic Society Meeting - Academic Roundtable, "Natural Orifice Sacral Colpopexy

26th University of South Alabama Obstetrics and Gynecology Conference, 4/20/17
"Apical Suspension: The Foundation for Success and Durability in Pelvic Reconstructive Surgery"

**POSTER PRESENTATIONS:**
35th Annual Scientific Meeting Society of Gynecologic Surgeons, 3/30/2009:
"Vaginal Sacral Colpoopexy",
C.R. Hanes II, M.D., F. H. Long, M.D., M.S. Mulekar, PhD

42nd Annual Scientific Meeting Society of Gynecologic Surgeons Meeting, Palm Springs, CA, April, 2016. Natural Orifice Sacral Colpopexy

44th AAGL Global Congress on Minimally Invasive Gynecology, 11/15/15
Virtual Poster, "Natural Orifice Sacral Colpopexy: A New Approach To A Time-Honored Procedure"

**VIDEO PRESENTATIONS:**
44th AAGL Global Congress on Minimally Invasive Gynecology, 11/15/15
"Natural Orifice Sacral Colpopexy"

42nd Annual Scientific Meeting Society of Gynecologic Surgeons, April 2016
"Natural Orifice Sacral Colpopexy"
C.R. Hanes II, M.D.

**RESEARCH EXPERIENCE:**
**Principle Investigator:**
"TVT- A Modified Technique to Improve Voiding Dysfunction", C.R. Hanes, II

"Anterior and Apical Compartment Repair Using a Single Piece of Graft in the Anterior Vaginal Wall - A Descriptive Study" Gynecare

Open-Label, Quality of Life, Post Marketing Trial, Comparing Detrol vs. Ditropan 5 mg. and Ditropan 10 mg.   Pharmacia

A Phase 4 Open-Label "Multicenter Assessment of Transdermal Therapy in Overactive Bladder with Oxybutynin TDS (Oxytrol) MATRIX", Watson Laboratories

"TVT and TVTO: A Comparison of Postoperative Voiding Dysfunction. A Comparative Study to show that the TVTO procedure has a lower incidence of voiding dysfunction than the TVT procedure when performed with identical tensioning techniques." Gynecare

Open-Label Phase 4 "SECURE: SANCTURA Study to Evaluate Control of Urinary Systems Resulting From Overactive Bladder" Odyssey Pharmaceuticals, Inc.