# EXHIBIT A

| | |
|---|---|
| 2:14-cv-07903 | Jamie Michelle Howard v. Ethicon, et al. |
| 2:16-cv-04389 | Karmen Thornton v. Ethicon, et al. |