# EXHIBIT B

Bruce S. Kahn, M.D.

```
1              IN THE UNITED STATES DISTRICT COURT

2         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

3                    CHARLESTON DIVISION

4

5    IN RE: ETHICON INC., PELVIC )      Master File No.

                                        2:12-MD-02327

6    REPAIR SYSTEM PRODUCTS       )     MDL No. 2327

7    LIABILITY LITIGATION         )     JOSEPH R. GOODWIN

                                        U.S. DISTRICT JUDGE

8

9    THIS DOCUMENT RELATES TO     )

10   ALL WAVE 11 DEFENDANTS AND   )

11   SUBSEQUENT WAVE CASES AND    )

12   PLAINTIFFS                   )

13   _____ )

14

15

16      VIDEOTAPED DEPOSITION OF BRUCE S. KAHN, M.D.

17                  SAN DIEGO, CALIFORNIA

18                 THURSDAY, AUGUST 1, 2019

19                      11:04 A.M.

20

21

22

23

24   Reported by: Leslie A. Todd, CSR 5129
```

Bruce S. Kahn, M.D.

```
1           Q     It was your --

2           A     Around 200 is what -- so --

3           Q     Roughly about the first 200 of those

4    2,000?

5           A     Yes.

6           Q     If that math checks out.

7           A     That math checks.

8           Q     Doctor, can you explain to the jury --

9    we'll come back to that.

10                All right.  Doctor, so about 2000, 2004,

11   '05, the Gynecare TVT is the product -- your product

12   of choice in your practice for SUI.

13          A     Right, two -- no, that's not correct.  So

14   around 2000 when I started using it, 2000 until 2004,

15   2005.

16          Q     Right.  So I apologize if I said that

17   wrong.  From around 2002, 2004 or '05, your go-to

18   product for treatment of SUI was the Gynecare TVT.

19          A     That is correct.

20          Q     And roughly since that time, your main

21   product that you have implanted is the Boston

22   Scientific.

23          A     That's correct.

24          Q     Do you know what the product name is?
```

Bruce S. Kahn, M.D.

1    reduce the potential oxidative reaction with

2    ultraviolet light.

3              Santonox, S-A-N-T-O-N-O-X, 0.1 to 0.3

4    percent.  An anticoagulant to promote stability

5    during compounding and extrusion.

6              Procol, P-R-O-C-O-L, LA-10, 0.25 to 0.35

7    percent.  A lubricant to help reduce tissue drag and

8    promote tissue passage.

9              Last is CPC pigment, 0.55 percent max, a

10   colorant to enhance visibility.

11   BY MR. CLINTON:

12        Q    And when was it that you learned about

13   the additives that you just explained, Doctor?

14        A    Not until preparation for this case.

15        Q    And, I apologize, you said that was --

16        A    These cases.

17        Q    -- about a year ago when you were

18   approached or a year and a half?

19        A    A year and a half ago.

20        Q    Before you were approached, Doctor, about

21   a year and a half ago, you had not implanted the TVT

22   in about a 15-year period, is that right, 14, 15

23   years?

24              MR. KOOPMANN:  Object to form.

Bruce S. Kahn, M.D.

1             Go ahead.

2             THE WITNESS:  Closer to ten years.  2004,

3    2014 -- yeah, 15 years.  Okay.  I'm sorry.

4    BY MR. CLINTON:

5        Q    Yeah, I'm going to ask --

6        A    Time flies.

7        Q    Doctor, am I correct that you -- with the

8    exception of a little overlap in time when the

9    transition occurred, that you have not implanted a

10   TVT product in -- in the last ten years?

11       A    Yeah, there was a TVT secure product that

12   I had some experience with.  I'm not sure exactly

13   when that happened.

14       Q    But the TVT retropubic that your report

15   is on, you have not implanted one of those in at

16   least ten years?

17       A    That's correct.

18       Q    And possibly up to 13, 14, 15 years?

19       A    That's correct.

20       Q    Did you keep up with literature about the

21   TVT product after the time you stopped utilizing it

22   in your practice?

23       A    Yes.  In the sense that I continued to

24   read about the treatment of stress urinary

Bruce S. Kahn, M.D.

1    receiving any payment from Boston Scientific.

2    It's -- I'm excited about the research I do, so I

3    will often talk about research I'm doing.

4              But actually that research on their sling

5    is -- it's completed and we're just writing it up at

6    this point.  So it's not -- the work I'm doing now is

7    simply writing, and, you know, so -- does that answer

8    your question?

9         Q    I'm not sure.

10        A    You want to try it again?

11        Q    Not really.  Your --

12        A    I'm trying.

13        Q    Are you?

14        A    I don't quite get it, you know.

15        Q    So, Doctor, the research that you did --

16   so the reliance list, we talked about the documents

17   you had, documents that were provided to you, and

18   documents that you went and found on your own.

19   Literature research, things like that.  That's fair?

20        A    (The witness nods.)

21        Q    What did you do to perform your own

22   research?

23        A    Starting with internet-based searches,

24   looking for whatever topic I'm trying to look at

Bruce S. Kahn, M.D.

```
 1   with -- you know, in the realm of TVTs, whether it be

 2   complications or -- I honestly had to learn a lot

 3   about -- in reviewing some of the plaintiffs' expert

 4   reports, a lot of that information was new

 5   information, and I wanted to go out and see if there

 6   was anything, you know, to these things about

 7   degradation and fraying.

 8              And, you know, this was all kind of

 9   things that I hadn't really heard much about in the

10   past, and I hadn't had any clinical problems

11   regarding them.  So I did spend a fair amount of time

12   seeing -- searching out to see what there was that I

13   could find, you know, anything out there that I'm

14   kind of missing.  That would be a good example of

15   something.  So mostly internet searches.  And then

16   when I would -- you know, go find -- look for the

17   article and see if there was anything there.

18              But I -- I can't remember any specifics

19   for you, but that's the basic mechanism.  It was

20   basically using an internet search.

21        Q    You mentioned a few topics that you --

22   that were somewhat new to you in reading the

23   plaintiffs' expert reports, and you identified

24   degradation and fraying.  Is that right?
```

Bruce S. Kahn, M.D.

```
1         A    Correct.

2         Q    Are there other subjects that you -- that

3    were somewhat new to you that you had to go and dive

4    into research?

5         A    I'm blanking on some of the terms they

6    used at this point, but there were several terms that

7    have been thrown around.

8         Q    Roping and curling?

9         A    That sounds familiar.

10        Q    In your research about these subjects,

11   such as degradation, fraying, would you ask Ethicon

12   to -- to provide you internal documents about these

13   subjects?

14        A    They were provided to me, and I didn't

15   ask them for additional stuff, but I reviewed a lot

16   of internal documents related to that.

17        Q    They were provided to you?

18        A    Correct.

19        Q    Did you ask about what type of

20   information was being provided to you?

21        A    I don't understand your question.

22        Q    So documents were being provided to you

23   about these subjects.  Were you asking -- did you

24   ever ask, Do I have everything on this?
```

Bruce S. Kahn, M.D.

1    going to have impact -- reasonably associated impact.

2    Okay?

3           So if someone had a concern about

4    fraying, I understand that, and I read through a lot

5    of that material.  But when it comes to clinical

6    care, there -- the literature doesn't show there's

7    any -- anything to it.  From my perspective, in my

8    opinion, I don't think that the -- that whole fraying

9    argument, there's just nothing to it when it comes to

10   clinical -- clinical application.

11   BY MR. CLINTON:

12        Q    Have you ever done any studies on the

13   fraying of mesh or polypropylene, Doctor?

14        A    I guess you could say I've done a pretty

15   good study for 20, 25 years with my own patients, and

16   I have not found that to be a problem.

17           MR. CLINTON:  Object to form.

18   BY MR. CLINTON:

19        Q    Doctor, have you ever conducted a study

20   specifically geared at looking at fraying of mesh or

21   polypropylene?

22           MR. KOOPMANN:  Object to form.

23           THE WITNESS:  I have not.

24   BY MR. CLINTON:

Bruce S. Kahn, M.D.

```
1          Q    Doctor, have you ever --

2          A    But again, I want to go back to adding

3    that, you know, it's something that I've paid

4    attention to in my clinical care of patients, and it

5    just hasn't been an issue.

6          Q    Were you looking for fraying in the mesh

7    in 2000 when you began using the TVT product?

8          A    I was looking for how my patients were

9    doing and to seeing if there were problems.

10              MR. CLINTON:  I'm going to object to

11   form -- I mean, I object as nonresponsive.

12              MR. KOOPMANN:  Hold on.  Let him answer

13   the question, and then move to strike if you want to

14   move to strike and object as nonresponsive.

15   BY MR. CLINTON:

16         Q    You may continue, Doctor.

17              MR. KOOPMANN:  Thank you.

18   BY MR. CLINTON:

19         Q    We're getting into that area where I'm

20   asking questions and you're giving answers about

21   something -- something else.  So -- and I appreciate

22   you want to give a full and accurate answer.

23              Were you looking for fraying of the TVT

24   product when you began implanting it in 2000?
```

Bruce S. Kahn, M.D.

1   biocompatibility.  What research have you done

2   regarding the biocompatibility of the TVT product?

3               Strike that.

4               When did your research begin about the

5   biocompatibility of the TVT product?

6       A    Probably about the time I started

7   performing the TVT procedure back around 2000.

8       Q    And when you say that, are you

9   referencing your clinical experience?

10      A    Right.  Clinical experience and -- and

11  research and -- and attendance at meetings and, you

12  know, are we having problems with this implant in

13  patients.  So --

14      Q    Do you have any --

15      A    -- it goes back to the breadth and depth

16  of my -- you know, my clinical activity in general

17  going way back when.  So...

18      Q    Other than clinical experience in

19  implanting the mesh and monitoring patients who have

20  it implanted, do you have any training in the

21  biocompatibility of products implanted in the body?

22      A    Sure.  It really goes back to my -- my

23  experience, you know, as a physician, becoming a

24  physician.  While I don't do research on, you know,

Bruce S. Kahn, M.D.

1    the polymers, I -- I do research with patients.  I

2    take care of patients, clinical taking care of

3    patients.  And so you have to understand it really

4    goes hand in hand.  If you don't have an

5    understanding of biocompatibility of something you're

6    putting in a patient, if you're not following them

7    clinically, then it -- you wouldn't be performing

8    your duties as a physician well.

9         Q    So is your opinion about the

10   biocompatibility of TVT solely based on your

11   experience as a clinician?

12              MR. KOOPMANN:  Object to form.

13              THE WITNESS:  No.  Because in addition to

14   that, in developing my opinion here, I've been

15   provided a lot of additional information to -- and

16   found additional information on my own to develop the

17   opinions I've provided here.

18   BY MR. CLINTON:

19        Q    Have you ever performed your own research

20   on the biocompatibility of certain materials in the

21   body?

22        A    I performed my research in the form that

23   we discussed, that it's -- it's clinically -- I'm

24   taking care of patients every day.

Bruce S. Kahn, M.D.

1    So...

2         Q    Okay.  How about a synthetic foreign

3    body, like a -- like the TVT product compared to a

4    non-mesh product, is there anything unique that the

5    TVT product presents as a risk of dyspareunia?

6         A    I think it would be generally the same

7    type of risk.  Again, if you're -- even if you're

8    going to have an autologous, you know, it's still --

9    the body is going to have a reaction to placement of

10   something in there.  So I don't think so, no.

11        Q    The next sentence is:  "When pelvic pain,

12   vaginal pain, or dyspareunia occur following a TVT

13   surgery, it is not the result of an alleged defect in

14   the TVT device or any inherent characteristic of the

15   device."

16             Did I read that correctly?

17        A    You did.

18        Q    Okay.  So I see that broken down to two

19   parts.  That it's not the result of, A, alleged

20   defect in the TVT device or, B, any inherent

21   characteristic of the device.

22             Do I -- do I interpret that correctly?

23        A    I think that is a fair interpretation.

24        Q    Okay.  So breaking it down like that, one

Bruce S. Kahn, M.D.

1    could read this as when pelvic pain, vaginal pain, or

2    dyspareunia occur following a TVT surgery, it is not

3    the result of any inherent characteristic of the

4    device.

5         A    I think that's a fair statement.

6         Q    Okay.  Doctor, is it your opinion that a

7    TVT mesh implant -- that when pelvic pain, vaginal

8    pain or dyspareunia occur after a TVT implant, it has

9    nothing to do with any inherent characteristics of

10   that TVT device?

11        A    I think that's what I wrote.

12        Q    So the fact that there's a synthetic

13   piece of mesh, piece of polypropylene implanted in

14   the body, there's nothing -- no inherent

15   characteristics of that that present a risk of

16   dyspareunia?

17        A    I -- I don't think so.  I mean, I -- the

18   poly -- the Prolene mesh that's used in the TVT

19   device has been in use for 40, 50 years.  I've got a

20   couple of big pieces in my inguinal hernia here that

21   are -- well, the first one didn't work great.  After

22   20 years I had to have another piece put in.  So not

23   that that's caused dyspareunia up here, but, you

24   know, what -- again, I just don't see that there is

Bruce S. Kahn, M.D.

1    any reaction there.

2              Yes, dyspareunia happens after surgery,

3    no matter what it is.

4              But I think, to answer your question, I

5    don't think there's any inherent characteristic of

6    the device that would cause the dyspareunia.

7         Q    So, Doctor, is it your -- is it your

8    opinion that the risk of dyspareunia is the same

9    across all SUI surgeries, mesh or non-mesh?

10        A    I don't know if it's the same.  Actually,

11   it -- I think with some of the other procedures you

12   may have some increased risk.

13             But the -- the underlying statement there

14   is that pain is a risk of surgery, any vaginal

15   surgery, whether it be a sling or any other repair,

16   there is a risk of dyspareunia.

17        Q    And there's no inherent -- there's no

18   inherent characteristic of the TVT device that would

19   cause pelvic pain.

20        A    That is my opinion.

21        Q    There is no inherent characteristic of

22   the TVT device that causes vaginal pain.

23        A    That is my opinion.

24        Q    There is no inherent characteristic of

Bruce S. Kahn, M.D.

1    the TVT device that causes dyspareunia.

2         A    Did you just ask that question again?

3         Q    Vaginal pain and then I went to

4    dyspareunia.  Pelvic pain, vaginal pain, dyspareunia.

5         A    Yes.  That I --

6         Q    I mean I'll ask it so it's clean.

7              And, Doctor, there's -- it's your opinion

8    that there's no inherent characteristics of the TVT

9    device that cause dyspareunia?

10        A    That is true.

11        Q    Any --

12        A    That's my opinion.

13        Q    Any pelvic pain that occurs following a

14   TVT implant has nothing to do with the TVT product

15   itself.

16        A    Again, I think you can have pain develop

17   from any procedure that you have done in the vagina,

18   whether there's mesh used or not.

19        Q    If there is a TVT product implanted, not

20   talking about other products, in an instance where a

21   woman has a TVT product implanted, it's your

22   testimony there is nothing about that product and no

23   case that the TVT product causes the pelvic pain?

24        A    I don't think there's -- I'm going to

Bruce S. Kahn, M.D.

```
 1    just stick to my statement here.  I don't think

 2    there's any inherent characteristic of the device

 3    that would cause vaginal pain or dyspareunia.

 4         Q    Meaning that it's --

 5         A    Do you have anything specific you're

 6    trying to ask about with inherent characteristics of

 7    the device?

 8         Q    Well, just -- I want to make sure I'm --

 9    I'm not misinterpreting "inherent characteristic."

10              I mean the -- the TVT device, there's

11    nothing about the TVT device, the actual mesh product

12    implanted, there's nothing about that that causes

13    pelvic pain.

14         A    That I -- there's no inherent

15    characteristic that I know of that -- that is related

16    to that.  So if there's something else that you're --

17    characteristic you're interested in asking about --

18         Q    This is -- this is my -- this is my

19    chance to make sure I understand, and that the

20    country understands, your opinions that are in

21    your -- in your report.

22              Moving on to the next section, "Erosion

23    or Exposure."  It's going to be a similar line of

24    questioning, Doctor.
```

Bruce S. Kahn, M.D.

```
1              The first sentence reads:  "Mesh erosions

2   or exposures are not attributable to any alleged

3   defect in the TVT or any inherent characteristic in

4   the TVT device."

5              Did I read that correctly?

6              MR. KOOPMANN:  Object to form.

7              MR. CLINTON:  Did I not --

8              MR. KOOPMANN:  You almost did.

9              MR. CLINTON:  I will try it again.

10  BY MR. CLINTON:

11       Q    "Mesh erosions or exposures are not

12  attributable to an alleged defect in the TVT or any

13  inherent characteristic in the TVT device."

14             Did I read that correctly?

15       A    Yes.

16       Q    Okay.  Is it fair that this breaks down

17  the same way that the previous statement about pelvic

18  pain does, that it's not attributable to a defect or

19  any inherent characteristic of the device?

20             MR. KOOPMANN:  Object to form.

21             Go ahead.

22             THE WITNESS:  I would agree with that

23  statement.  That's what it says.

24  BY MR. CLINTON:
```

Bruce S. Kahn, M.D.

1        Q    Doctor, the TVT product can erode in the

2   body, right?

3        A    We're going back to our two definitions

4   of "erosion" versus "exposure."

5        Q    Yes, sir.  And the TVT product can erode.

6   There can be an erosion.

7        A    It's not that the TVT product erodes, but

8   erosion happens into -- usually erosion can occur

9   into a structure, a hollow structure such as the

10  bladder or urethra.

11       Q    So the TV --

12       A    So it wouldn't be the TVT.  It's not

13  erosion.  It's an erosion.  Not that the TVT device

14  is -- is eroding.

15       Q    Well, that's what --

16       A    It's not -- it's not disintegrating.

17  It's kind of what you say, it erodes.  That to me

18  means that you may be inferring that it's

19  disintegrating, and that's not the case.

20       Q    This is why we went over vocabulary

21  earlier so that when I --

22       A    All right.  Sorry.

23       Q    -- when I say "erosion" and you say

24  "erosion," we're on the same page.

Bruce S. Kahn, M.D.

```
1          A     I'm sorry.

2          Q     We agree that the TVT product can erode

3    into other areas of the body?

4          A     Erosions can occur.

5          Q     With the TV -- erosions can occur with

6    the TVT product, correct?

7          A     That's true.

8          Q     Okay.  And exposures can occur with the

9    TVT product?

10         A     That's true.

11         Q     Why do erosions occur, Doctor?

12               Strike that.

13               Doctor, what are some causes of erosion?

14         A     I think the most likely cause for

15   erosions is going to be based on placement of the

16   device, and is it placed too close to -- to the --

17   you know, to the inner part of the urethra or too

18   close to the bladder.

19               So you can often see this sometimes --

20   I've seen it -- I haven't seen it occur, but I've

21   actually -- in placing the TVT device, when you put

22   it in there, and I have had perforations of the

23   bladder that I've seen right away, and we replace it,

24   but sometimes you can put it so it's very superficial
```

Bruce S. Kahn, M.D.

```
1    under which the -- the mesh is exposed to in the body

2    with the sheath covering it are -- are very low

3    pressures, and they really shouldn't -- you know,

4    there's really no clinically significant fraying.

5              If you take a piece of -- I know, I've

6    taken these things apart.  Yeah, you can pull them

7    apart and they look crappy, they look horrible.  But

8    that's not how it is in the body.

9         Q    What about degradation of the mesh

10   product, do you have any opinion as to whether it

11   does or does not degrade inside the body?

12        A    I've seen some internal documents, and

13   the experts -- the plaintiffs' experts' opinions

14   about that and looked at that a little bit.  And I

15   think there is some -- while there was an argument

16   made that there was some degradation happening, what

17   it really turned out to be is that there was just a

18   coating that looked like fraying, but when the

19   coat- -- when the coating was taken off, that the

20   polypropylene itself or the Prolene itself really had

21   not degraded.  And so I don't think there's any

22   degradation that occurs.

23        Q    You --

24        A    I don't think this stuff disintegrates in
```

Bruce S. Kahn, M.D.

1    the body.

2         Q    And if you think it doesn't disintegrate

3    or degrade in the body, then I assume your opinion is

4    also that degradation doesn't cause any complications

5    with the mesh.

6         A    That is true.

7         Q    Okay.  But truly your opinion is that you

8    don't believe there's any degradation that occurs.

9         A    I don't think there's any clinically

10   significant issues with degradation.

11        Q    And instead, your opinion -- your belief

12   is that there's a -- a coating that forms on the

13   mesh.

14        A    That is the data I've reviewed.

15        Q    How much data did you review regarding

16   degradation?

17        A    Quite a bit, actually.  The report -- and

18   I can't cite them verbatim for you, but there was a

19   lot of -- I think I was provided with a lot of what

20   your experts -- what the plaintiffs' experts were

21   using in their arguments, and I looked at that data,

22   and I looked at what -- you know, some other

23   contrasting data to -- to counteract those arguments,

24   and it really appears that it doesn't degrade.

Bruce S. Kahn, M.D.

```
 1                    But let me just add, more importantly

 2      clinically, what happens to my patients, what happens

 3      to our patients that we take care of, I've been using

 4      this stuff for 20 years for treating urinary

 5      incontinence, and it just -- degradation is not a

 6      problem.  It's just not a clinical problem.

 7           Q    Before you began your work as an expert

 8      witness in this litigation, Doctor, had you

 9      researched degradation specifically?

10           A    To the point, again, clinically, are my

11      patients having any problems.  So that would be the

12      extent of my research with regard to degradation.

13           Q    I'm looking generally for any problems

14      that any patients experienced with the product.

15           A    This is my patients experience with,

16      patients experience in the literature, in studies, in

17      randomized trials, in meta-analyses, in systemic

18      reviews, is there anything in any of the literature

19      in my patients, my colleagues' patients, is there

20      anything that shows that degradation is a real

21      clinical issue, and the answer is no.

22           Q    Prior to your work beginning in this

23      litigation, Doctor, had you ever wondered to

24      yourself, does the mesh -- does the TVT mesh degrade
```

Bruce S. Kahn, M.D.

1    inside the body?

2         A    I hadn't ever worried about it because

3    it's Prolene suture, and my understanding that I was

4    taught as a resident was the Prolene suture is

5    permanent.

6         Q    And is it --

7         A    It's a permanent suture.

8         Q    And is it your opinion that the TVT

9    product presents the same risks that a Prolene suture

10   would, in terms of infection?

11        A    I'm not quite sure I understand your

12   question.

13        Q    Do you believe that the -- that a Prolene

14   suture presents the same risk that the TVT product

15   does in terms of risk of infection?

16        A    I think it would depend on where the

17   suture was or -- you know, so I'm not quite

18   comfortable --

19        Q    Used in a surgery for SUI.

20        A    Yeah, I'm --

21        Q    Do you have any opinion as to that?

22        A    No, I --

23        Q    Do you have any opinion as to whether a

24   Prolene suture versus a TVT product presents a risk