**IN THE UNITED STATE DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISON**

IN RE: ETHICON, INC., PELVIC REPAIR                    MDL NO. 2327
SYSTEM PRODUCTS LIABILITY LITIGATION

_____

THIS DOCUMENT RELATES TO ALL CASES

_____

## NOTICE OF APPEAL

Notice is hereby given that Objector Bernstein Liebhard LLP appeals to the United States Court of Appeals for the Fourth Circuit from an Order and Memorandum Opinion entered and filed on July 25, 2019 in *Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, Docket No. 2:12-md-02327, Pretrial Order #342, Docket Entry No. 8453, allocating an award of common benefit fees/expenses and ordering disbursements.   Bernstein Liebhard LLP limits its Appeal to the arguments raised in the Appeal filed by the Anderson Law Offices and Benjamin H. Anderson filed on August 2, 2019 in *Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, Docket No. 2:12-md-02327, Docket Entry No. 8472, and will abide by any decision entered in that Appeal.

Dated: August 16, 2019                    By:   /s/ Daniel C. Burke_____
                                                Daniel C. Burke, Esq.
                                                **Bernstein Liebhard LLP**
                                                10 E. 40th Street
                                                New York, NY 10016
                                                Telephone: (212) 779-1414
                                                Facsimile: (212) 779-3218
                                                Email:  dburke@bernlieb.com

                                                *Attorney for Plaintiffs*

1