2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 16, 2019, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                           /s/ Daniel C. Burke
                                            Daniel C. Burke, Esq.