# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRIGNIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., <br> PELVIC REPAIR SYSTEMS <br> PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby withdraws Erin C. Burns as Counsel for Plaintiffs in MDL No. 2327, due to her departure from the law firm of NastLaw LLC. Attorneys from NastLaw will continue to represent Plaintiffs in all future proceedings for these matters in this Court.

Dated: August 19, 2019                                   Respectfully Submitted,

/s/ *Daniel N. Gallucci*
Daniel N. Gallucci
NastLaw LLC
1101 Market Street
Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: 215-923-9300
Facsimile: 215-923-9302
dgallucci@nastlaw.com