FILED: August 19, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1849 (L)
(2:10-md-02187)

_____

In re: C. R. BARD, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

       Appellants

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

       Appellee

_____

No. 19-1850
(2:12-md-02325)

_____

In re: AMERICAN MEDICAL SYSTEMS, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

       Appellants

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

------------------------

No. 19-1851
(2:12-md-02326)

------------------------

In re: BOSTON SCIENTIFIC CORPORATION, Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

    Appellants

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

------------------------

No. 19-1853
(2:12-md-02327)

------------------------

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

    Appellants

v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

------------------

No. 19-1855
(2:12-md-02387)

------------------

In re: COLOPLAST CORP., Pelvic Support Systems Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

      Appellants

v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

------------------

No. 19-1856
(2:13-md-02440)

------------------

In re: COOK MEDICAL INC., Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

      Appellants

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

          _____

           No. 19-1857
          (2:14-md-02511)
          _____

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

    Appellants

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

          _____

           No. 19-1892
          (2:12-md-02327)
          _____

In re: ETHICON, INCORPORATED, Pelvic Repair System Products Liability Litigation

------------------------------

BERNSTEIN LIEBHARD LLP

Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

Appellee

_____

O R D E R

_____

The court consolidates Case No. 19-1849(L) and Case No. 19-1892. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk