IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM                  MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

**ORDER**
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by the Boston Scientific Corporation defendant ("BSC") pursuant to the procedures established by Pretrial Order ("PTO") # 302 or 329. *See* PTO ##s 302 and/or 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF Nos. 6020 and/or 7576].

The BSC defendant has complied with the procedures set forth in PTO ##s 302 or 329, and the plaintiffs have not filed an opposition. It appearing to the court that the plaintiff(s) and the BSC defendant have jointly agreed to settle, and have settled their claims, the dismissal of BSC in each case identified on Exhibit A is appropriate.

The court **ORDERS** that:

1. the Motion to Dismiss with Prejudice is **GRANTED**;

2. the BSC defendant is **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A; and,

3. these civil actions are **DISMISSED** and **STRICKEN** from the docket and (b) any pending motions are **DENIED as moot**.

The court **DIRECTS** the Clerk to:

1. file a copy of this Order in each individual case on the attached Exhibit A; and,

2. send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 21, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

|    | Civil Action No. | Case Style | ECF No. of Motion |
|----|------------------|------------|-------------------|
| 1  | 2:12-cv-07145    | Caldwell et al v. Boston Scientific Corporation | 55 |
| 2  | 2:13-cv-00179    | Brown v. Boston Scientific Corporation | 19 |
| 3  | 2:13-cv-00732    | Disch et al v. Boston Scientific Corporation | 23 |
| 4  | 2:13-cv-07427    | Miller et al v. Boston Scientific Corporation | 19 |
| 5  | 2:13-cv-08676    | Glenn v. Boston Scientific Corporation | 21 |
| 6  | 2:13-cv-09867    | Dotson et al v. Boston Scientific Corporation | 20 |
| 7  | 2:13-cv-10398    | Wilson v. Boston Scientific Corporation | 18 |
| 8  | 2:13-cv-11574    | Smit et al v. Boston Scientific Corporation | 23 |
| 9  | 2:13-cv-21094    | Rice et al v. Boston Scientific Corporation | 20 |
| 10 | 2:13-cv-29126    | Rich et al v. Boston Scientific Corporation | 17 |
| 11 | 2:14-cv-12393    | Marquez et al v. Boston Scientific Corporation | 26 |
| 12 | 2:15-cv-03910    | Nielsen v. Boston Scientific Corporation | 25 |