**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:  ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | Cause No. 2:12-md-2327 |

## MOTION TO WITHDRAW AS COUNSEL

Douglas B King, James M. Boyers, and Jere Ann Rosebrock of the law firm of Wooden McLaughlin LLP (collectively "Wooden Lawyers") respectfully request that the Court enter an order approving withdrawal of their appearances as counsel on behalf of Defendants Cook Incorporated, Cook Medical Incorporated n/k/a Cook Medical LLC, and Cook Biotech Incorporated (collectively "Cook Defendants") in any and all cases associated with MDL 2327. Wooden Lawyers further respectfully request to be removed from the Court's electronic services list in MDL 2327. In support of this Motion, Wooden Lawyers state:

1.      Cook Defendants notified Wooden McLaughlin that they wished to terminate Wooden McLaughlin's representation of them in this matter.

2.      Cook Defendants notified Wooden McLaughlin that they had retained Faegre Baker Daniels as counsel in MDL 2327.

3.      Upon information and belief, Faegre Baker Daniels entered appearances of counsel for Cook Defendants in MDL 2327 cases in which Cook Defendants are named parties.

4.      Upon information and belief, Faegre Baker Daniels continues to represent Cook Defendants in MDL 2327.

WHEREFORE, Wooden Lawyers request that this Motion to Withdraw as Counsel be granted, that their appearances in this matter be withdrawn, and that they be removed from the Court's electronic service list for MDL 2327.

Respectfully submitted,

*/s/ Jere Ann Rosebrock*
Jere Ann Rosebrock, IN Bar # 26566-49
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204-4208
Tel: (317) 639-6151
Fax: (317) 639-6444
Jere.Rosebrock@WoodenLawyers.com

*Former Attorneys for Defendants Cook Incorporated, Cook Biotech Incorporated, and Cook Medical Incorporated n/k/a Cook Medical LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jere A. Rosebrock*
Jere A. Rosebrock, IN Bar # 26566-49

2576931-1 (9996-0104)