# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| THIS DOCUMENT RELATES TO ALL CASES | Cause No. 2:12-md-2327 |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter is before the court on the Motion to Withdraw as Counsel filed by Douglas B. King, James M. Boyers, and Jere A. Rosebrock of the firm Wooden McLaughlin LLP, and the court having read the Motion and being duly advised now grants the same.

It is hereby ORDERED that the Appearances of Douglas B. King, James M. Boyers, and Jere A. Rosebrock of the firm Wooden McLaughlin LLP on behalf of the Defendants Cook Incorporated, Cook Medical Incorporated n/k/a Cook Medical LLC, and Cook Biotech Incorporated are hereby withdrawn.

It is further ORDERED that Douglas B. King, James M. Boyers, and Jere A. Rosebrock be removed from the electronic services list for MDL 2327.

ENTER:

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2577510-1 (9996-0104)