**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 11 CASES LISTED IN EXHIBIT A OF DEFENSE NOTICE OF ADOPTION | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF
VLADIMIR IAKOVLEV, M.D. FOR WAVE 11**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert response filed in relation to Vladimir Iakovlev, M.D. for Ethicon Wave 4, Dkt. 3790. Plaintiffs respectfully request that the Court deny Defendants' motion, for the reasons expressed in the Wave 4 response briefing.

Dated: August 23, 2019

                    Respectfully submitted,

                    /s/  D. Renee Baggett
                    Bryan F. Aylstock, Esq.
                    Renee Baggett, Esq.
                    Aylstock, Witkin, Kreis and Overholtz, PLC
                    17 East Main Street, Suite 200
                    Pensacola, Florida  32563
                    (850) 202-1010
                    (850) 916-7449 (fax)
                    E-mail:  rbaggett@awkolaw.com

                    /s/ Thomas P. Cartmell
                    THOMAS P. CARTMELL
                    Wagstaff & Cartmell LLP
                    4740 Grand Avenue, Suite 300
                    Kansas City, MO 64112
                    816-701-1102
                    Fax 816-531-2372
                    tcartmell@wcllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com