# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABIILITY LITIGATION | MDL No. 2325 |
| IN RE: BOSTON SCIENTIFIC CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| IN RE: COLOPLAST CORP., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2387 |
| IN RE: COOK MEDICAL, INC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2440 |
| IN RE NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL No. 2511 |

*This Document Relates To All Cases*

## **NOTICE OF APPEAL**

Notice is served that Objector, Mazie Slater Katz & Freeman, LLC, seeks further review in the United States Court of Appeals for the Fourth Circuit of the Memorandum Opinion and

Order entered in each of the above-captioned actions on July 25, 2019, allocating an award of common benefit fees/expenses and ordering disbursements.

Dated: August 23, 2019

                                            Respectfully submitted,

                                            */s/ Adam M. Slater*
                                            Adam M. Slater
                                            Mazie Slater Katz & Freeman, LLC
                                            103 Eisenhower Parkway
                                            Roseland, New Jersey 07068
                                            (973) 228-9898
                                            (973) 228-0303 (fax)
                                            aslater@mazieslater.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2019, the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/ Adam M. Slater*
Adam M. Slater
Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
(973) 228-0303 (fax)
aslater@mazieslater.com