**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY            MDL 2327
LITIGATION
------------------------------------------------------
ETHICON WAVE 11 CASES LISTED IN
EXHIBIT A OF DEFENSE NOTICE OF            JOSEPH R. GOODWIN
ADOPTION                                  U.S. DISTRICT JUDGE

## <u>NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE<br>OF MICHAEL THOMAS MARGOLIS, M.D. FOR WAVE 11</u>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

response filed in relation to Michael Thomas Margolis, M.D., for Ethicon Wave 1, Dkt. 2169,

and Wave 3, Dkt. 2904. Plaintiffs respectfully request that the Court deny Defendants' motion,

for the reasons expressed in the Wave 1 and Wave 3 response briefing.

Dated: August 23, 2019                  Respectfully submitted,

/s/  D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 23, 2019, I electronically filed the foregoing document

with the Clerk of the court using CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com