**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR          Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                          MDL 2327
LITIGATION

--------------------------------------------------------
ETHICON WAVE 11 CASES LISTED IN
EXHIBIT A OF DEFENSE NOTICE OF                 JOSEPH R. GOODWIN
ADOPTION                                                       U.S. DISTRICT JUDGE

**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF
PEGGY PENCE, PH.D. FOR WAVE 11**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

response filed in relation to Peggy Pence, Ph.D., for Ethicon Wave 3, Dkt. 2949. Plaintiffs

respectfully request that the Court deny Defendants' motion, for the reasons expressed in the

Wave 3 response briefing.

Dated: August 26, 2019                            Respectfully submitted,

                                                              /s/  D. Renee Baggett
                                                              Renee Baggett, Esq.
                                                              Bryan F. Aylstock, Esq.
                                                              Aylstock, Witkin, Kreis and Overholtz, PLC
                                                              17 East Main Street, Suite 200
                                                              Pensacola, Florida  32563
                                                              (850) 202-1010
                                                              (850) 916-7449 (fax)
                                                              E-mail:  rbaggett@awkolaw.com

                                                              /s/ Thomas P. Cartmell
                                                              THOMAS P. CARTMELL
                                                              Wagstaff & Cartmell LLP
                                                              4740 Grand Avenue, Suite 300
                                                              Kansas City, MO 64112
                                                              816-701-1102
                                                              Fax 816-531-2372
                                                              tcartmell@wcllp.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 26, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com