IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| THIS DOCUMENT RELATES TO:<br><br>ETHICON WAVE 11 CASES LISTED IN PLAINTIFFS' EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE FOR
DEBRA FROMER, M.D. FOR WAVE 11**

Plaintiffs filed a Notice of Adoption (Doc. No. 8486) in the Wave 11 cases identified in Exhibit A to their Notice, adopting their Motion to Exclude or, in the Alternative, to Limit the Opinions and Testimony of Debra Fromer, M.D., in Wave 8 (Doc. No. 6898/6900). Defendants hereby adopt and incorporate by reference their prior *Daubert* response in Ethicon Wave 8, Doc. No. 7018 as their response for Wave 11. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 8 response briefing.

    Respectfully submitted,

    */s/ William M. Gage*
    William M. Gage (MS Bar #8691)
    Butler Snow LLP
    1020 Highland Colony Parkway
    Suite 1400 (39157)
    P.O. Box 6010
    Ridgeland, MS 39158-6010
    (601) 985-4561
    william.gage@butlersnow.com

    */s/ Susan M. Robinson*

Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

    I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

    */s/ William M. Gage*
    William M. Gage