# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| **IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **Master File No. 2:12-MD-02327** <br> **MDL 2327** |
| **THIS DOCUMENT RELATES TO:** <br><br> **ETHICON WAVE 11 CASES LISTED IN PLAINTIFFS' EXHIBIT A** | **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

## DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF NICOLE FLEISCHMANN, M.D. FOR WAVE 11

Plaintiffs filed a Notice of Adoption (Doc. No. 8482) in the Wave 11 cases identified in Exhibit A to their Notice, adopting their Motion to Exclude or, in the Alternative, to Limit the Opinions and Testimony of Nicole Fleischmann, M.D., Doc. No. 2050/2051/2230. Defendants hereby adopt and incorporate by reference their prior *Daubert* response in Ethicon Wave 1, Case No. 2:12-md-02327, Doc. No. 2159 as their response for Wave 11. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 1 response briefing.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage