# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 11 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING STEPHEN M. FACTOR, M.D., FOR WAVE 11

In Wave 11, Plaintiffs have adopted their Wave 1 briefing filed against Dr. Stephen M. Factor. [Dkt. 8480] (adopting Dkt. 2015 (motion) and Dkt. 2020 (memorandum)). In its Wave 1 ruling, the Court reserved ruling in part and denied Plaintiffs' motion in part. *In re: Ethicon Inc. Pelvic Repair Sys. Prod. Liab. Litig.*, No. 2327, 2016 WL 4944765, at *3 (S.D. W. Va. Aug. 26, 2016). For Wave 11, Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to Stephen M. Factor, M.D., for Ethicon Wave 1, Dkt. 2135.

For the reasons stated in Defendants' Wave 1 briefing [Dkt. 2135], Plaintiffs' motion should be denied in its entirety. Alternatively, the Court should reserve ruling in part and deny Plaintiffs' motion in part as it did in Wave 1.

Respectfully submitted,

*/s/ William M. Gage*

William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*s/ William M. Gage*
COUNSEL FOR DEFENDANTS

49101678.v1