# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------ | |
| This document applies to:<br><br>ETHICON WAVE 11 CASES LISTED IN PLAINTIFFS' EXHIBIT A (Doc. 8528) | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## ETHICON DEFENDANTS' NOTICE OF ADOPTION OF WAVE 3 *DAUBERT* RESPONSE REGARDING NICOLETTE SIGRID HORBACH, M.D., FOR WAVE 11

Plaintiffs filed a Notice of Adoption as to the opinion testimony of Nicolette Sigrid Horbach, M.D., in the Wave 11 cases identified in Exhibit A to their Notice. *See* Doc. 8528. In response, Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to the general causation opinions of Nicolette Horbach, M.D. for Ethicon Wave 3 (Dkt. 2907) as their response for Wave 11. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 3 response briefing.

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street

Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage
