# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ETHICON WAVE 11 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR RESPONSE IN OPPOSITION TO *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY OF MARSHALL SHOEMAKER, M.D. FOR WAVE 11

In response to Plaintiffs' notice adopting their prior Wave 5 *Daubert* motion as to Marshall Shoemaker, M.D. (Doc. No. 8510 (adopting Doc. Nos. 4328 – motion & 4329 - memorandum of law)), Defendants hereby adopt and incorporate by reference their *Daubert* response as to Marshall D. Shoemaker, M.D. for Ethicon Wave 5 (Doc. No. 4551). Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 5 response briefing.

This notice applies to the Wave 11 cases identified in Plaintiffs' Exhibit A.[1]

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
William.gage@butlersnow.com

---

[1] Defendants note that one of the cases listed in Plaintiffs' Exhibit A has been dismissed without prejudice and closed (Anthony, Deanna, Case No. 2:12-cv-06831). Another case listed in Plaintiffs' Exhibit A has been moved from Wave 11 to Wave 12 (Shea-Towers, Deborah & Brian, Case No. 2:13-cv-01540). No response is required in these matters at this time.

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*
William M. Gage

49002264.v1