# EXHIBIT D

## BRUCE S. KAHN, M.D., F.A.C.O.G.

| | |
|---|---|
| Department of Obstetrics & Gynecology | 3811 Valley Centre Drive |
| Scripps Clinic Medical Group | San Diego, CA 92130 |
| Telephone (858) 764-9080 | Facsimile (858) 764-9097 |

## UNDERGRADUATE MEDICAL EDUCATION

| | | |
|---|---|---|
| 1986-90 | Georgetown University School of Medicine | Washington, D.C |
| | **Doctor of Medicine Degree** | |
| 1985-86 | Georgetown University | Washington, DC |
| | **Master of Science Degree, Physiology** | |
| 1980-85 | University of California | Irvine, CA |
| | **Bachelor of Science Degree, Biology** | |

## GRADUATE MEDICAL EDUCATION

| | | |
|---|---|---|
| 1993-96 | Abington Memorial Hospital | Abington, PA |
| | **Resident, Department of Obstetrics & Gynecology** | |
| 1992-93 | Cedars-Sinai Medical Center | Los Angeles, CA |
| | **Intern, Department of Obstetrics & Gynecology** | |
| 1991-92 | George Washington University Medical Center | Washington, DC |
| | **Resident, Division of Radiation Oncology** | |
| 1990-91 | St. Joseph Hospital & Health Care Center | Chicago, IL |
| | **Intern, Department of Medicine** | |

## BOARD CERTIFICATION

| | | |
|---|---|---|
| 2013 | **Subspecialty Certification - Female Pelvic Medicine & Reconstructive Surgery** | |
| | American Board of Obstetrics and Gynecology | |
| 1999 | **Obstetrics & Gynecology Certification** | |
| | American Board of Obstetrics and Gynecology | |
| 1991 | **Diplomate - National Board of Medical Examiners** | |

## ACADEMIC APPOINTMENTS

| | | |
|---|---|---|
| 2016 - present | Uniformed Services University of the Health Sciences | Bethesda, MD |
| | **Adjunct Professor of Obstetrics & Gynecology** | |
| 2009 - 2016 | Uniformed Services University of the Health Sciences | Bethesda, MD |
| | **Adjunct Associate Professor of Obstetrics & Gynecology** | |
| 2003 - 2009 | Uniformed Services University of the Health Sciences | Bethesda, MD |
| | **Adjunct Assistant Professor of Obstetrics & Gynecology** | |
| 2000 - 2005 | University of California | San Diego, CA |
| | **Assistant Clinical Professor, Department of Reproductive Medicine** | |
| 1997 - 2000 | University of California | San Diego, CA |
| | **Clinical Instructor, Department of Reproductive Medicine** | |

## NON-ACADEMIC APPOINTMENTS

| | | |
|---|---|---|
| 2016- present | **AAGL Fellowship Finance Committee** | |
| 2013 – present | Scripps Clinic – Ambulatory Surgery Centers | San Diego, CA |
| | **Medical Advisory Committee** | |
| 2009 - present | Scripps Memorial Hospital La Jolla / Scripps Green Hospital | La Jolla, CA |
| | **Director, Scripps Fellowship in Minimally Invasive Gynecologic Surgery** | |
| 2008 - present | Scripps Memorial Hospital La Jolla | La Jolla, CA |
| | **Chairman, Graduate Medical Education** | |
| 2003 – present | Scripps Clinic Medical Group | La Jolla, CA |
| | **Director Post-Graduate Education in Obstetrics & Gynecology** | |
| 2011 - 2013 | Scripps Health Physician Leadership Academy | La Jolla, CA |
| 2003 - 2006 | Scripps Green Hospital | La Jolla, CA |
| | **Quality Review Committee** | |

19-Feb-19

# BRUCE S. KAHN, MD

| 1997 - 1998 | University of California San Diego | San Diego, CA |
|---|---|---|
| | **UCSD Primary Care Executive Committee** | |
| 1998 - 1999 | University of California San Diego | San Diego, CA |
| | **Director of Ambulatory Gynecology, Hillcrest** | |
| 1996 - 1998 | Naval Medical Center San Diego | San Diego, CA |
| | **Director, Chronic Pelvic Pain Clinic** | |
| 1996 - 1998 | Naval Medical Center San Diego | San Diego, CA |
| | **Staff Physician, Department of Obstetrics & Gynecology** | |
| | Director, Chronic Pelvic Pain Clinic | |

## MILITARY ACTIVITY

| 1998 - 2004 | Individual Ready Reserve - United States Naval Reserve | |
|---|---|---|
| 1996 - 1998 | Naval Medical Center | San Diego, CA |
| | **Staff Physician, Department of Obstetrics and Gynecology** | |
| | Lieutenant Commander, Medical Corps, United States Naval Reserve | |

## PROFESSIONAL SOCIETIES

| 2012 | American Urogynecologic Society |
|---|---|
| 2006 | American Association of Gynecologic Laparoscopists |
| 2000 | Fellow - American College of Obstetricians and Gynecologists |
| 1999 | Southwest Obstetrical & Gynecologic Society |
| 1998 | The International Pelvic Pain Society |
| 1997 | The International Society for the Study of Vulvovaginal Disease |
| 993 | Junior Fellow - American College of Obstetrics and Gynecology |

## HOSPITAL AFFILATIONS

| 1999-present | Scripps Green Hospital | La Jolla, CA |
|---|---|---|
| 1999-present | Scripps Memorial Hospital | La Jolla, CA |
| 1998-2006 | University of California San Diego Medical Center | San Diego, CA |
| 1998-2004 | Scripps Mercy Hospital | San Diego, CA |
| 1997-2000 | Kaiser Permanente Medical Center, | San Diego, CA |
| 1996-1998 | Naval Medical Center San Diego | San Diego, CA |

## OTHER PROFESSIONAL AND WORK EXPERIENCE

| 1994-96 | Medical College of Pennsylvania, Bucks County Campus | Philadelphia, PA |
|---|---|---|
| | **House Staff Physician (per diem), Department of Obstetrics & Gynecology** | |
| 1993 | Malibu Family Medical Center | Malibu, CA |
| | **Staff Physician, Family Medicine and Urgent Care Center** | |
| 1993 | Healthline Medical Group | Van Nuys, CA |
| | **Staff Physician, Family Medicine and Urgent Care Center** | |
| 1986-88 | The Micro Systems Group | Washington, DC |
| | **Computer Consultant** | |
| 1985-86 | Quality Health Management Systems | Irvine, CA |
| | **Computer System Research & Development** | |
| 1984-85. | U.C. Irvine School of Medicine | Irvine, CA |
| | **Computer Consultant** | |
| 1983-84 | U.C. Irvine, Department of Computer Science | Irvine, CA |
| | **Teaching Assistant** | |

# BRUCE S. KAHN, MD

## HONORS AND AWARDS

| | | |
|---|---|---|
| 2014 | **Vodafone Americas Foundation - Wireless Innovations Project - 1st Place** | |
| | http://vodafone-us.com/wireless-innovation-project/current-competition/2014-winners/mobileoct/ | |
| 2013 | **Top Obstetrician/Gynecologist in San Diego** | |
| 2011-13 | **Leading Physicians of the World** | |
| 2009-10 | **Best Doctors in America®** | |
| 2009-10 | **Patients' Choice Award**, American Registry | |
| 2008 -10 | **Marquis Who's Who in America®** | |
| 2004-2006 | International Interstitial Cystitis Patient Network Foundation | |
| | **Medical Advisory Board** | |
| 2001 | Naval Medical Center / Scripps Clinic | San Diego, CA |
| | **Resident Teaching Award** | |
| 1994, 95 | Abington Memorial Hospital | Abington, PA |
| | **Resident Teaching Award** | |
| 1987-1989 | Georgetown University | Washington, DC |
| | **Buckby Medical Scholarship (Sigma Chi)** | |
| 1983 | University of California | Irvine, CA |
| | **President's Undergraduate Research Fellowship** | |

## PEER REVIEW ACTIVITIES

| | |
|---|---|
| 2014-present | Editorial Board for **Obstetrics & Gynecology International Journal** |
| 2011-present | Reviewer for the journal: **Journal of Minimally Invasive Gynecology** |
| 2010-present | Reviewer for the journal: **Journal of Sexual Medicine** |
| 2008-present | Reviewer for the journal: **Journal of Women's Health** |
| 2003-present | Reviewer for the journal: **Obstetrics & Gynecology** |
| 2006 | Reviewer for the journal: **Hospital Physician** |

## LICENSURE

| | |
|---|---|
| 1992 - present | California |
| 1993 -96 | Pennsylvania |

## CORPORATE AFFILIATIONS

| | | |
|---|---|---|
| 2017  present | Acquinox | Research Support |
| 2016 – present | Cooper Surgical | Consultant |
| 2015 - present | Urigen | Research Support |
| 2014 - present | Mobile ODT | Advisory Board |
| 2013- present | Boston Scientific | Research Support |
| 2013- present | Abbvie Pharmaceuticals | Research Support |
| 2014 | Bayer | Advisory Board |
| 2013 | Shionogi Pharmaceuticals | Speaker |
| 2011- 2013 | Omniguide | Consultant |
| 2008- 2012 | Warner Chilcott | Speaker |
| 2010 -2012 | Johnson & Johnson | Research Support |
| 2008- 2011 | Gyrus ACMI | Research Support/ consultant |
| 2010 | Karl Storz | Fellowship Support |
| 2010 | Pfizer | Speaker |
| 2003-2009 | Boston Scientific | Speaker / preceptor |
| 2001-2009 | Ortho McNeil Pharmaceutical | Research Support / advisory board / speaker |
| 2007-2008 | Bayer Healthcare (Berlex) | Research Support |
| 2007-2008 | Urigen | Research Support |

19-Feb-19

# BRUCE S. KAHN, MD

| 2007-2008 | BD Tri-Path | Research Support |
| 2006-2007 | Astellas | Research support |
| 2000-2002 | Berlex Pharmaceutical | Consultant / speaker |
| 2001-2003 | Eli Lilly & Co. | Consultant / speaker |
| 2002-2003 | Organon | Advisory board |
| 2001-2003 | Wyeth Pharmaceutical | Research support  / speaker |
| 2000-2002 | Pfizer | Research support / speaker |

## RESEARCH EXPERIENCE

2017    The LEADERSHIP 301 Trial: A 12-Week, Randomized, Multi-Center, Double-Blind, Placebo-Controlled, 3-Arm, Parallel-Group, Phase 3 Trial to Evaluate the Efficacy and Safety of 2 Doses of AQX-1125 Targeting the SHIP1 Pathway in Subjects with Interstitial Cystitis/Bladder Pain Syndrome Followed by 14 or 40-Week Extension Periods

2016    A Pilot Evaluation of a Multi-Spectral Smart-Phone Based Cervical Imaging Device for the Detection of Cervical Dysplasia.

2016    Preemptive oral versus intravenous acetaminophen for postoperative pain in minimally invasive gynecologic surgery: A Double-Blind Randomized Control Trial. **Principal Investigator.**

2016    A Phase 2a, Biphasic Adaptive Design Randomized, Double-Blind, Placebo-Controlled Multi-Center Single Dose Study to Evaluate the Safety and Effectiveness of URG101 Compared with the Individual Components Lidocaine and Heparin in Subjects with Interstitial Cystitis/Bladder Pain Syndrome, **Site Principal Investigator.**

2015    Image Comparison and Usability Study of a Mobile Colposcope (eSmartScope) vs. a Standard Colposcope for Directing Cervical Biopsies in Women with Abnormal Pap Smears: A non-Inferiority Trial

2015    A Double-blind, Randomized, Controlled Trial Comparing the Safety and Efficacy of AMDC-USR with Placebo in Female Subjects with Stress Urinary Incontinence, **Clinical Events Committee (CEC**) **Member**.

2014    Cellphone based mobile colposcope for the evaluation of women with abnormal cervical cancer screening, **Principal Investigator**.

2014    A Pilot Evaluation of a Smart-Phone based cervical imaging device compared with a standard colposcope for the detection of cervical dysplasia, **Principal Investigator**.

2013    A Prospective, Non-Randomized, Parallel Cohort, Multi-center Study of the Solyx™ Single Incision Sling System vs. the Obtryx™ II Sling System for the Treatment of Women with Stress Urinary Incontinence, **Site Principal Investigator**

2013    A Prospective, Non-Randomized, Parallel Cohort, Multi-center Study of Uphold LITE vs. Native Tissue for the Treatment of Women with Anterior/Apical Pelvic Organ Prolapse, **Site Principal Investigator**

2013    A Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Safety and Efficacy of Elagolix in Subjects with Moderate to Severe Endometriosis-Associated Pain. **Site Principal Investigator**

# BRUCE S. KAHN, MD

| | |
|---|---|
| 2012 | Optimizing post-operative length of stay after hysterectomy, **Principal Investigator** |
| 2011 | Patient preference on route of hysterectomy, **Sub-investigator** |
| 2011 | A Phase IIa, Randomized, Double Blinded, Placebo Controlled Study Evaluating Safety, Tolerability and Efficacy of LiRIS in Women with Interstitial Cystitis Followed by an Open Label Extension", **Site Principal Investigator** |
| 2010 | "A Randomized, Double-Blind, Placebo-Controlled Study to Explore the Efficacy, Safety and Tolerability of JNJ-42160443 in Subjects with Interstitial Cystitis and/or Painful Bladder Syndrome." **Site Principal Investigator** |
| 2010 | "Trial of Intravesical Therapy for Interstitial Cystitis in Patients with Generalized Vulvodynia." **Principal Investigator** |
| 2009 | "Pivotal Clinical Trial to Determine the Safety and Effectiveness of Hyalobarrier for the Reduction of Postoperative Adhesions Following Laparoscopic Gynecological Surgery." **Site Principal Investigator** |
| 2009 | "Evaluation of CA125 and HE4 Assays to Estimate the Risk of Ovarian Cancer in Patients Presenting to a General Surgeon or Obstetrician/Gynecologist with an Adnexal Mass". **Site Principal Investigator** |
| 2009 | "C5A as an anti-HIV microbicidal candidate". **Sub–investigator** |
| 2008 | "Mulit-center, open-label, randomized study to assess the safety and contraceptive efficacy of two doses of the ultra-low dose levonorgestrel contraceptive intrauterine systems for a maximum of 3 years in women 18 to 35 years of age"**. Site Principal Investigator**. |
| 2007-08: | "Outpatient Laparoscopic Hysterectomy" **Principal Investigator** |
| 2007-08 | "A randomized, double-blind, placebo-controlled, multi-center cross-over study to investigate the pharmacodynamic profile of URG101 in subjects with pelvic pain of bladder origin". **Site Principal Investigator**. |
| 2007 | "Overactive Bladder Innovative Therapy "OrBIT" Trial". **Site Principal Investigator**. |
| 2006-07 | "Intended Use Study of the Sure-Path® Molecular Pap". **Site Principal Investigator**. |
| 2006-07 | "A Prospective, Multicenter, Open-Label Study to Evaluate the safety & Efficacy of the 28-day Oral Contraceptive CR-1021". **Site Principal Investigator**. |
| 2005-06 | "A Phase 2, Randomized, Double-Blind, Placebo-Controlled Study of YM672 in the Treatment of Painful Bladder Syndrome, Including Interstitial Cystitis". **Site Principal Investigator**. |
| 2005 | "Heparin Sulfate Proteoglycans and HIV Pathogenesis". **Sub-investigator**. |
| 2005 | "Phase I Clinical Protocol: A Prospective Study to Define the Mechanical Characteristics of the Omega 400™ Oviduct Illumination System. **Principal Investigator**. |
| 2004 | "The Incidence of Interstitial Cystitis in Patients with Vulvodynia as Detected by Intravesical Potassium Sensitivity. **Principal Investigator** |

# BRUCE S. KAHN, MD

2003-04    "A double-blind, placebo controlled trial of pentosan polysulfate 100 mg vs 300 mg per day for the treatment of interstitial cystitis."  **Site Principal Investigator**.

2002-04    "A double-blind, placebo- and active-controlled safety and efficacy study of bazedoxifene/ conjugated estrogens combinations in menopausal women".  **Site Principal Investigator**.

2002-03    "Cognitive Complaints in Early Menopause".  **Site Principal Investigator**.

2002-03    "A Study to Test the Effectiveness of Adept$^{TM}$ in the Resection of Adhesions after Laparoscopic surgery.  **Sub-investigator**.

2002    Clinical Study to Evaluate the Extent of Endometrial/Myometrial Freeze During Cryoablation of the Endometrium Using Ultrasound Visualization when Utilizing Her Option™ Uterine Cryoablation Therapy™ system in women  Undergoing Hysterectomy.  **Sub-investigator**.

2001-04    Identifying Bladder Origin Pelvic Pain/Interstitial Cystitis in Gynecologic Patients and their Treatment with Pentosan Polysulfate vs. Placebo".  **Site Principal Investigator**.

2001    Cognitive Complaints in Early Menopause Estrogen Trial (COGENT).  **Sub-investigator**.

2000-02    Gynecologic Presentation of Interstitial Cystitis as Detected by Intravesical Potassium Sensitivity".  **Site Principal Investigator**.

1997    "'Ms' – a Multi-Center Randomized Clinical Trial Comparing Medical and Surgical Treatment for Abnormal Uterine Bleeding in Pre-menopausal women." **Site Principal Investigator**.

1995    Mid-Trimester Abortion in a Community Teaching Hospital.  **Principal Investigator**.

## PUBLICATIONS

**Kahn, B**., Bernat, a., Cataldo, L., Bolton, F. Bar Am, K., Jacques, S., Levitz, D. Measuring blood content, oxygen saturation, and scattering in cervical tissues using multi-spectral imaging. Accepted for presentation at the 2017 ASCCP Annual Clinical Meeting

**Kahn, B.** Lombardi, T. "Interstitial cystitis: simplifying management." Contemporary Ob/Gyn, May 2016. http://contemporaryobgyn.modernmedicine.com/contemporary-obgyn/news/interstitial-cystitis-simplified-diagnosis-and-treatment

**Kahn, B**. "Urogynecologic Interventions." Audio-Digest Family Medicine. 64; 17, May, 2016, ISSN 0271-1362

Mink, JW, Boldon, FJ, Hummel, C, **Kahn, B**, Levitez, D. "Initial clinical testing of a multi-spectral imaging system built on a smartphone platform ", Proc. SPIE 9699, Optics and Biophotonics in Low-Resource Settings II, 96990R (March 7, 2016); doi:10.1117/12.2218693; http://dx.doi.org/10.1117/12.2218693

Madiedo, M, Contreras, Villalobos, O, **Kahn, B**, Safir, A, Levitz, D.  "Mobile colposcopy in urban and underserved suburban areas in Baja, California ", Proc. SPIE 9699, Optics and Biophotonics in Low-Resource Settings II, 96990I (March 11, 2016); doi:10.1117/12.2218697; http://dx.doi.org/10.1117/12.2218697

**Kahn, B**, Kass, AJ, Waalen, J, Levitz, D. "Cellphone based mobile colposcope for the evaluation of women with abnormal cervical cancer screening". Proceedings of SPIE, Photonics West BIOS, Optics and Biophotonics in Low-Resource Settings, Vol 9314, Mar 2015, ISBN: 9781628414042.

19-Feb-19

# BRUCE S. KAHN, MD

Tangchitnob, EP, Adelmen, MR**, Kahn, B**, "The Case of the undescribed uterine anomaly", AAGL
J Min Invasive Gyn, 20;6, S99, Nov 2013.  https://www.youtube.com/watch?v=GlPo1Ur5o0s

Adelman, MR, Tsai , LJ, Tangchitnog, EJ, **Kahn, B**. "Laser technology and applications in gynaecology"
J Obstet Gynaecol, April 2013, Vol. 33, No. 3 , Pages 225-231.

Tsai, LJ, **Kahn, B**, "34 Year-Old Woman with Chronic Pelvic Pain and Dense Omental Adhesions and
Adhesions of the Uterus to the Anterior Abdominal Wall". JMIG, 19: S122, Nov, 2012.
https://www.youtube.com/watch?v=rYp5BDRSAbM

Parsons CL, Zupkas P, Proctor J, Koziol J, Franklin A, Giesing D, Davis E, Lakin CM, **Kahn BS**, Garner W.
"Alkalinized Lidocaine and Heparin Provide Immediate Relief of Pain and Urgency in Patients with Interstitial
Cystitis."  J Sexual Med 2012; 9: 207-212.

**Kahn, B**, Tsai, L "Should You Offer Outpatient Hysterectomy?" Contemporary OB/GYN 56:10, 49-55. Oct, 2011

Feng, C, Stevenson, D, **Kahn, B**, Higginbottom, P. "Methicillin-Resistant Staphylococcus aureus pelvic abscess
in a female after gynecologic pelvic surgery" Amer J Obstet Gynecol, accepted for pub, 2011

Tsai, L, **Kahn, B**, Glasser, M. "Bipolar Radiofrequency Compared With Thermal Balloon Endometrial
Ablation in the Office: A Randomized Controlled Trial", Letter to the Editor, Obstet Gynecol, 117: 1227-8,
May 2011

Jayne C, **Kahn B**, Moldwin, R, Whitmore K., Editors.   "Your Journey to Relief: Overcoming Interstitial Cystitis
and Painful Bladder Syndrome" Female Patient, Sep, 2010 (supp.).

**Kahn, B.** Interstitial Cystitis: More than Just a Bladder Problem. J of Women's Health 18(9): 1313-1314,
September 2009.

**Kahn B**,  Tatro C, Parsons CL, Willems JJ.  "The Incidence of Interstitial Cystitis in Patients with Vulvodynia as
Detected by Intravesical Potassium Sensitivity."  J of Sexual Medicine, Oct 20, 2009

**Kahn B**,  Banks S,  Byrd K,  Park S,  Willems JJ.  "Outpatient laparoscopic hysterectomy".  Submitted for
abstract presentation, AAGL November, 2008

Bobardt MD, Chatterji U, Selvarajah S, Van der Schueren B, David G, **Kahn B** and Gallay PA.   "Cell-Free HIV-
1 Transcytosis Through Primary Genital Epithelial Cells". J Virology, 81:395-405, 2007.

**Kahn B**, Stanford EJ, Mishell DR, Rosenberg MT and Wysocki S.  "Management of Patients with Interstitial
Cystitis or Chronic Pelvic Pain of Bladder Origin: A Consensus Report.   Cur Med Res Opin, Apr 2005; 21(4):
509–516

Parsons CL, Dell J, Stanford EJ, Bullen M, **Kahn B**, Willems JJ .  "The prevalence of interstitial cystitis in
gynecologic patients with pelvic pain, as detected by intravesical potassium sensitivity."  Am J Obstet Gynecol
Nov 2002;187:1395-400.

Parsons CL, Dell J, Stanford EJ, Bullen M, **Kahn B**, Waxwell T and Kozoil J. "Increased prevalence of interstitial
cystitis: Previously unrecognized urologic and gynecologic case  identified using a new symptom questionnaire
and intravesical potassium sensitivity."  Urology 60;573-578, 2002

Parsons CL, Stanford EJ, **Kahn B**, Sand PK. "Chronic Pelvic Pain: the Hidden Diagnosis – Tools for
Diagnosis & Treatment". The Female Patient. May 2002 (supp):12-17.

# BRUCE S. KAHN, MD

Parsons CL, Dell J, Stanford EJ, Bullen M, **Kahn B**, Willems, JJ. "Gynecologic Presentation of Interstitial Cystitis as Detected by Intravesical Potassium Sensitivity". Obstet Gynecol 2001;98:127-323.

Parsons CL, Dell J, Stanford EJ, Bullen M, **Kahn B**, Willems, JJ. The Prevalence of Interstitial Cystitis in Gynecologic Patients Presenting With Pelvic Pain", Poster Presentation, American Urogynecologic Society, 2001

**Kahn B,** Latta R. "Resident Training in Mid-trimester Dilatation and Evacuation at a Community Teaching Hospital." Accepted for Abstract Presentation, APGO/CREOG Annual Meeting, 1997.

Wechsler-Jentzsch K, Hüepfel H, Schmidt W, Wandl E, **Kahn B.** "Failure of Fractionated Radiotherapy to Reduce Bone Growth Arrest in Rats." Int. Journal of Radiation, Oncology & Biophysics, 26(3):427-31;1993

**Kahn B,** "The Effects of the Fetal Hormonal Environment on Sexual Development. "Masters Thesis Georgetown University School of Medicine, Department of Physiology, 1986.

## GRAND ROUNDS PRESENTATIONS:
Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis & Treatment"
**University of Utah** Salt Lake City, UT, March 17, 2016

"Controversies in Hysterectomy – Tissue Extraction"
**Naval Medical Center San Diego**, San Diego, CA. Feb 12, 2016.

"Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis & Treatment"
**Loma Linda University**, Loma Linda, CA, September 18, 2015

"What's New in Hormone Management & Menopause"
**Harbor UCLA Medical Center,** Torrance, CA. April 20, 2015

"What's New in Hormone Management & Menopause"
**Scripps Memorial Hosptial La Jolla,** La Jolla, CA. Mar 3, 2015.

"What's New in hormone Management & Menopause"
**Naval Medical Center San Diego**, San Diego, CA. Oct 3, 2014.

"Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis & Treatment"
**Walter Reed National Military Medical Center** Bethesda, MD, November 14, 2013

"Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis & Treatment"
**Naval Medical Center San Diego, San Diego**, CA, February 24, 2012

"Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis & Treatment",
**Georgetown University Medical Center**, Washington, DC, October 21, 2010

"Management of Adnexal Masses", Department of Obstetrics & Gynecology,
**Naval Medical Center San Diego**, CA Sep 10, 2010.

"Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis & Treatment"
**Scripps Green Hospital**, La Jolla, CA, April 23, 2009

"Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis & Treatment"
**Valley Presbyterian Medical Center,** Van Nuys, CA, April 14, 2009

# BRUCE S. KAHN, MD

"Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis & Treatment"
**Scripps Mercy Hospital & Medical Center**, San Diego, CA, March 10, 2009

"Sexually Transmitted Diseases: What's Hot & What's Not", Department of Pediatrics
**Tri-City Medical Center**, Vista CA, September 2, 2008

"Advances in Contraception: Essure in the Office", Department of Obstetrics & Gynecology
**Naval Medical Center San Diego,** San Diego, CA, Nov 3, 2006

"Chronic Pelvic Pain: Exploring Bladder Origins", Department of Obstetrics & Gynecology
**Olive View / UCLA Medical Center,** Sylmar, CA September 25, 2006

"Chronic Pelvic Pain: Exploring Bladder Origins", Department of Obstetrics & Gynecology
**Scripps Memorial Hospital La Jolla, La Jolla**, CA, November 22, 2005

"Advances in the Treatment of Abnormal Uterine Bleeding", Department of Obstetrics & Gynecology,
**Inland Valley Medical Center**, Wildomar, CA, November 17, 2005

"Chronic Pelvic Pain: Exploring Bladder Origins", Department of Obstetrics & Gynecology
**University of Nevada, Las Vegas**, Las Vegas, NV, Mar 29, 2005

"Chronic Pelvic Pain: Exploring Bladder Origins", Department of Obstetrics & Gynecology,
**Presbyterian Hospital of Dallas**, Dallas, TX, March 8, 2005.

"Chronic Pelvic Pain: Exploring Bladder Origins", Department of Obstetrics & Gynecology,
**California Pacific Medical Center**, San Francisco, CA, February 8, 2005.

"Chronic Pelvic Pain: Exploring Bladder Origins", Department of Obstetrics & Gynecology,
**Methodist Dallas Medical Center**, Dallas, TX, December 8, 2004.

"Chronic Pelvic Pain: Exploring Bladder Origins", Department of Obstetrics & Gynecology,
**Stanford University Medical Center**, Stanford, CA, October 18, 2004.

"Chronic Pelvic Pain: Exploring Bladder Origins", Department of Obstetrics & Gynecology,
**Santa Clara Valley Medical Center**, Santa Clara, CA, October 14, 2004.

"Chronic Pelvic Pain: Exploring Bladder Origins", Department of Obstetrics & Gynecology,
**Kern County Medical Center**, Bakersfield, CA, August 12, 2004

"Chronic Pelvic Pain: Exploring Bladder Origins", Department of Obstetrics & Gynecology,
**Kaiser Permanente Medical Center**, Los Angeles, CA, July 15, 2004

"Chronic Pelvic Pain: Exploring Bladder Origins", Department of Obstetrics & Gynecology,
**Harbor-UCLA Medical Center**, Los Angeles, CA, February 23, 2004

"Chronic Pelvic Pain: Exploring Bladder Origins", Department of Obstetrics & Gynecology,
**University of Arizona Medical Center**, Tucson, AZ, November 19, 2003

"Chronic Pelvic Pain: Exploring Bladder Origins", Department of Obstetrics & Gynecology,
**Temple University Medical Center**, Philadelphia, PA, October 29, 2003

"Modern Management of Abnormal Uterine Bleeding", Department of Medicine,
**Scripps Clinic & Research Institute**, La Jolla, CA, September 24, 2003

# BRUCE S. KAHN, MD

"Chronic Pelvic Pain: Exploring Bladder Origins", Department of Obstetrics & Gynecology,
**The Rotunda Hospital**, Dublin, Ireland, August 12, 2003

"Chronic Pelvic Pain: The Hidden Diagnosis", Department of Obstetrics & Gynecology,
**Long Beach Memorial Medical Center**, Long Beach, CA, July 7, 2003:

"Modern Management of Abnormal Uterine Bleeding", Department of Obstetrics & Gynecology,
**Kaiser Permanente Medical Center**, Fontana, CA, June 19, 2003

"Chronic Pelvic Pain: The Hidden Diagnosis", Department of Obstetrics & Gynecology,
**University of California Los Angeles Medical Center**, Los Angeles, CA, May 2, 2003

"Chronic Pelvic Pain: The Hidden Diagnosis", Department of Obstetrics & Gynecology,
**Abington Memorial Hospital**, Abington, PA, April 15, 2003

"Chronic Pelvic Pain: The Hidden Diagnosis", Department of Obstetrics & Gynecology,
**George Washington University Medical Center**, Washington, DC, April 16, 2003

"Modern Management of Abnormal Uterine Bleeding", Department of Medicine,
**Scripps Clinic & Research Institute**, La Jolla, CA, April 2, 2003

"Modern Management of Abnormal Uterine Bleeding", Department of Obstetrics & Gynecology,
**St. Joseph Medical Center**, Orange, CA, January 21, 2003

"Modern Management of Abnormal Uterine Bleeding", Department of Medicine,
**Mercy Hospital & Medical Center**, San Diego, CA, January 16, 2003

"Chronic Pelvic Pain: The Hidden Diagnosis", Department of Obstetrics & Gynecology,
**Cedars-Sinai Medical Center**, Los Angeles, CA, December 18, 2002

"Chronic Pelvic Pain: The Hidden Diagnosis", Department of Medicine,
**San Antonio Community Hospital**, Upland, CA, December 12, 2002

"Chronic Pelvic Pain: The Hidden Diagnosis", Department of Obstetrics & Gynecology,
**Georgetown University Medical Center**, Washington, DC, September 18, 2002

"Chronic Pelvic Pain: The Hidden Diagnosis", Department of Medicine,
**Fallbrook Community Hospital**, Fallbrook, CA, June 6, 2002

"Premenstrual Dysphoric Disorder: The Hidden Diagnosis", Department of Medicine,
**Scripps Clinic & Research Institute**, La Jolla, CA, May 1, 2002

 "Modern Management of Abnormal Uterine Bleeding", Department of Obstetrics & Gynecology,
**Kaiser Permanente Medical Center**, Gardena, CA April 15, 2002

"Modern Management of Abnormal Uterine Bleeding", Department of Obstetrics & Gynecology,
**Temple Hospital**, Los Angeles, CA, March 26, 2002

"Modern Management of Abnormal Uterine Bleeding", Department of Obstetrics & Gynecology,
**Naval Medical Center San Diego**, CA March 8, 2002

"Modern Management of Abnormal Uterine Bleeding", Department of Medicine,

# BRUCE S. KAHN, MD

**Hemet Community Hospital**, Hemet, CA, November 28, 2001

"Chronic Pelvic Pain: The Hidden Diagnosis", Department of Obstetrics & Gynecology,
**Fountain Valley Regional Medical Center**, Fountain Valley, CA, October 5, 2001

"Chronic Pelvic Pain: The Hidden Diagnosis", Department of Medicine,
**Bellflower Medical Center**, Bellflower, CA, July 15, 2001

"Modern Management of Abnormal Uterine Bleeding", Department of Medicine,
**Fallbrook Community Hospital**, Fallbrook, CA July 12 2001

"PMDD: The Hidden Diagnosis in Women's Healthcare", Department of Medicine,
**Orange Coast Memorial Medical Center**, Fountain Valley, CA June 21, 2001

"PMDD: The Hidden Diagnosis in Women's Healthcare", Department of Medicine,
**Saddleback Memorial Medical Center**, Laguna Hills, CA June 6, 2001

"PMDD: The Hidden Diagnosis in Women's Healthcare", Department of Medicine,
**Scripps Clinic & Research Institute**, La Jolla, CA, May 16, 2001

"PMDD: The Hidden Diagnosis in Women's Healthcare", Dept. of Medicine,
**Anaheim Memorial Medical Center**, Anaheim, CA, May 8, 2001

"PMDD: The Hidden Diagnosis in Women's Healthcare", Department of Obstetrics & Gynecology,
**Cedars-Sinai Medical Center**, Los Angeles, CA, April 18, 2001

"Chronic Pelvic Pain: Strategies for Diagnosis & Therapy", Department of Anesthesiology,
**University of California, San Diego Medical Center**, San Diego, CA, April 2000

"SSRIs: Applications in Women's Healthcare", Department of Reproductive Medicine,
**University of California San Diego Medical Center**, San Diego, CA, November 17, 1999

## INVITED, POSTGRADUATE & CONTINUING MEDICAL EDUCATION LECTURES

**"Controversies in Minimally Invasive Hysterectomy Workshop."** 24th Annual Fall Conference on Issues in Women's Health, Symposia Medicus, Cancun, Mexico October 26-29, 2016

**"What's New in Hormone Management & Menopause."** 24th Annual Fall Conference on Issues in Women's Health, , Symposia Medicus, Cancun, Mexico October 26-29, 2016

**"Cervical Dysplasia & Pathology."** 24th Annual Fall Conference on Issues in Women's Health, , Symposia Medicus, Cancun, Mexico October 26-29, 2016

**"Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis & Treatment"** 24th Annual Fall Conference on Issues in Women's Health, , Symposia Medicus, Cancun, Mexico October 26-29, 2016

**"Minimally Invasive Surgery– Update on Tissue Extraction."** Attending Staff Skills Retreat & Exposition, Naval Medical Center San Diego, October 6 & 7, 2016.

**"Interstitial cystitis: Strategies for effective and efficient treatment"** Roundtable Discussion. American Urogynecologic Society 37th Annual Scientific Meeting, September 30, 2016. Denver, CO.

# BRUCE S. KAHN, MD

"**Getting the Support You Need in Pelvic Reconstructive Surgery",** AAGL Fellows' Boot Camp, July 23, 2016, Orlando, FL.

AAGL Global Hysterectomy Summit, **Lab Chair,** April 15-17, San Diego, CA

**"Moderator, Total Laparoscopic Hysterectomy for Large Uteri."** 44th AAGL Global Congress of Minimally Invasive Gynecology, November 17, 2015, Las Vegas, NV.

**"Moderator, Open Communications-Robotics."** 44th AAGL Global congress of Minimally Invasive Gynecology, November 17, 2015, Las Vegas, NV.

**"Management of Pelvic Pain: Roundtable Discussion".** 44th AAGL Global congress of Minimally Invasive Gynecology, November 15, 2015, Las Vegas, NV.

**"Chronic Pelvic Pain & Interstitial Cystitis – Roundtable Discussion."** American Urogynecologic Society 36th Annual Scientific Meeting, October 15, 2015. Seattle, WA.

"Urogynecological Interventions in the Primary Care Setting". **32nd Scripps Annual Primary Care Summer Conference** July 31-August 2, 2015, Coronado, CA.

11th AAGL International Congress on Minimally Invasive Gynecological Surgery in conjunction with the 15th Annual Meeting of the Israeli Society of Gynecologic Endoscopy – ISGE IL, June 16-19, 2015, **Moderator**.

"Cellphone based mobile colposcope for the evaluation of women with abnormal cervical cancer screening". **International Society for Optics & Biophotonics**, Photonics West BIOS, Optics and Biophotonics in Low-Resource Settings Conference Feb 7, 2015,

**Moderator, Plenary 5 – Urogynecology.** 43nd AAGL Global Conference**.** November 19, 2014, Vancouver, BC

**Urology Post Graduate Course - Lab Proctor** 43nd AAGL Global Conference**.** November 17, 2014, Vancouver, BC

Conference Co-Chairman, **22nd Annual Issues in Women's Health Conference**, *Symposia Medicus*, Maui, HI, November 5-8, 2014

"Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis and Treatment", **22nd Annual Issues in Women's Health Conference**, *Symposia Medicus*, Maui, HI, November 5, 2014

"Abnormal Uterine bleeding: Current Diagnosis & Management", **22nd Annual Issues in Women's Health Conference**, *Symposia Medicus*, Maui, HI, November 6, 2014

"What's New in hormone Management & Menopause", **22nd Annual Issues in Women's Health Conference**, *Symposia Medicus*, Maui, HI, November 6, 2014

"Protocols for Outpatient Hysterectomy and Office Based Procedures", **22nd Annual Issues in Women's Health Conference**, *Symposia Medicus*, Maui, HI, November 7, 2014

"Intersitial Cysititis: A round table discussion" **American Urogynecology Association** July 24, 2014

**"Master's Class in Minimally Invasive Techniques Utilizing CO2 Laser"** Omniguide CO2 Laser Masters Class**,** San Diego, CA, May 2, 2014.

# BRUCE S. KAHN, MD

"mPAP technology for Mobile OCT", **Vodafone Americas Foundation – Wireless Innovations Project 2014** Competition Finalist, Redwood City, CA,. April 2, 2014.

**Moderator, Plenary 5 – Urogynecology.** 42nd AAGL Global Conference**.** November 13, 2013, National Harbor, MD

**"Take the floor: Break free from PFDs".** Scripps Memorial Hospital La Jolla, CA.  November 11, 2013. Sponsored by a grant by the **American Urogynecologic society (AUGS).**

"**AAGL Hysteroscopy Workshop",** Course Director, Naval Medical Center San Diego, Department of Obstetrics & Gynecology, June 14, 2013, San Diego, CA.

"**AAGL Hysteroscopy Workshop",** Course Director, University of California San Diego, Department of Reproductive Medicine, February 20, 2013, San Diego, CA.

**Moderator, Plenary 6 – Pain Issues**. 41nd AAGL Global Conference**.** November 13, 2013, National Harbor, MD

"Contraception Update" **Issues in Women's Health Conference**, *Symposia Medicus*, Waimea, HI, November 2, 2012

"Abnormal Uterine Bleeding: Current Diagnosis & Management" **20th Annual Issues in Women's Health Conference**, *Symposia Medicus*, Waimea, HI, November 2, 2012

"Protocols for Outpatient Hysterectomy & Office Based Procedures" **20th Annual Issues in Women's Health Conference**, *Symposia Medicus*, Waimea, HI, November 1, 2012

"Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis and Treatment" **20th Annual  Issues in Women's Health Conference**, *Symposia Medicus*, Waimea, HI, October 31, 2012

"Update on Contraception" **20th Annual  Issues in Women's Health Conference**, *Symposia Medicus*, Waimea, HI, October 31, 2012

"Vulvodynia use of Bladder instillations, Botox and Sacral nerve Stimulation" **ASCCP Biennial Scientific Meeting**, San Francisco, CA. March, 2012

"Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis and Treatment**"  Annual Clinical Meeting of the American Academy of Pain Management**, Las Vegas, NV,  September 23, 2010

"Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis & Treatment"
**San Diego Academy of Family Physicians**, San Diego, CA June 27, 2009

"Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis and Treatment" Clinical Seminar presented at the **56th Annual Clinical Meeting of the American College of Obstetrician-Gynecologists**, New Orleans, LA May 2008

"Leading Patients on the Journey Toward Interstitial Cystitis Relief" **Moderator, Interstitial Cystitis National Advisory Board Meeting** (Ortho McNeil), Coral Gables, FL November 9, 2007

"Advances in the Treatment of Abnormal Uterine Bleeding**" Advances in Heath Care for Women Over 40 - Contemporary Forums**. Las Vegas, NV June 9, 2007

# BRUCE S. KAHN, MD

"New Office Treatments for Managing Bladder Problems" **Advances in Heath Care for Women Over 40 - Contemporary Forums**. Las Vegas, NV June 9, 2007

Chronic Pelvic Pain: Tools for Diagnosis & Treatment **Advances in Heath Care for Women Over 40 - Contemporary Forums**. Las Vegas, NV June 9, 2007

"Setting Patients on the Path to Interstitial Cystitis (IC) Relief." Clinical Insights on Interstitial Cystitis, **Moderator Regional Advisory Board Meeting** (Ortho McNeil), Phoenix, AZ, May 19, 2007.

 "Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis & Treatment" Clinical Seminar presented at the **55th Annual Clinical Meeting of the American College of Obstetricians and Gynecologists**, San Diego, CA, May 6, 2007

"Chronic Pelvic Pain & Interstitial Cystitis: Pearls on Diagnosis & Treatment" **Chicago Gynecologic Society**, Chicago, IL, Nov 15, 2006.

"Interstitial Cystitis – Pearls on Diagnosis & Treatment" Clinical Insights on Interstitial Cystitis**, Moderator, Regional Advisory Board Meeting** (Ortho McNeil), Salt Lake City, May 3, 2006.

"Interstitial Cystitis – Pearls on Diagnosis & Treatment" Clinical Insights on Interstitial Cystitis, **Moderator, Regional Advisory Board Meeting** (Ortho McNeil), Chicago, IL, April 28, 2006.

"Interstitial Cystitis – Pearls on Diagnosis & Treatment" Clinical Insights on Interstitial Cystitis, **Moderator, Regional Advisory Board Meeting** (Ortho McNeil), Atlanta, GA, April 21, 2006.

"Endometriosis & IC Are Related Disorders**." Moderator, Interstitial Cystitis National Advisory Board Meeting** (Ortho McNeil), Pheonix, AZ, February 4, 2006.

"Chronic Pelvic Pain: Exploring Bladder Origins", **Canadian Gynaecological Society Annual Meeting**, San Diego, CA, November 18, 2005.

"IC – An integrated Treatment Approach", **San Diego IC & Pelvic Pain Conference**, September 17, 2005, University of California San Diego Medical Center, San Diego, CA

"Chronic Pelvic Pain: Exploring Bladder Origins", **Las Vegas Gynecologic & Obstetric Society**, Mar 28, 2005.

"Bladder Matters: Clinical Insights on Urologic Health".  **Interstitial Cystitis National Faculty Development Meeting** (Ortho McNeil), Dallas, TX, January 28, 2005.

"IC - The Gynecologists Perspective" Bladder Matters: Clinical Insights on Urologic **Health Interstitial Cystitis National Advisory Board Meeting** (Ortho McNeil), San Diego, CA, November 20, 2004.

"The Incidence of Interstitial Cystitis in Patients with Vulvodynia as Detected by Intravesical Potassium". **Vulvodynia & Sexual Pain Disorders in Women: A State of the Art Conference**, Atlanta, GA, October 17, 2004.

"IC - The Gynecologists Perspective" Bladder Matters: Clinical Insights on Urologic Health. **Interstitial Cystitis Regional Advisory Board Meeting** (Ortho McNeil), Denver, CO, August 12, 2004.

"Chronic Pelvic Pain: Exploring Bladder Origins" **5th World Congress on  Controversies in Obstetrics, Gynecology & Infertility**, Las Vegas, NV, June 4, 2004:

# BRUCE S. KAHN, MD

"Bladder Matters: Clinical Insights on Urologic Health" **Interstitial Cystitis Regional Advisory Board** (Ortho McNeil), Kansas City, MO, April 23, 2004

"IC - The Gynecologists Perspective" Bladder Matters: Clinical Insights on Urologic Health. **Interstitial Cystitis Regional Advisory Board** (Ortho McNeil), Dallas, TX, March 4, 2004

"IC - The Gynecologists Perspective" Bladder Matters: Clinical Insights on Urologic Health. **Interstitial Cystitis Regional Advisory Board** (Ortho McNeil), Houston, TX, November 20, 2003

"IC - The Gynecologists Perspective" Bladder Matters: Clinical Insights on Urologic Health**. Interstitial Cystitis Regional Advisory Board** (Ortho McNeil), Costa Mesa, CA, September 30, 2003

"New Forms of Hormonal Contraception" Moderator **NuvaRing Regional Advisory Board Meeting** (Organon), La Jolla, CA, July 20, 2003

"Interstitial Cystitis" Changing Perspectives: A New Outlook on Gynecologic Disorders. **International Center for Postgraduate Medical Education** (ICPME), Chicago, IL, June 13, 2003

"Chronic Pelvic Pain: The Hidden Diagnosis" **American College of Nurse-Midwives, 48th Annual Meeting**, Palm Desert, CA, June 4, 2003

"IC - The Gynecologists Perspective" Bladder Matters: Clinical Insights on Urologic Health. **Interstitial Cystitis Regional Advisory Board** (Ortho McNeil), Newport Beach, CA, May 31, 2003

"Chronic Pelvic Pain: The Hidden Diagnosis" Changing Perspectives: A New Outlook on Gynecologic Disorders, **International Center for Postgraduate Medical Education** (ICPME), Los Angeles, CA, May 9, 2003

"IC - The Gynecologists Perspective" Bladder Matters: Clinical Insights on Urologic Health. **Interstitial Cystitis Regional Advisory Board** (Ortho McNeil), Houston, TX, April 19, 2003

"IC - The Gynecologists Perspective" Bladder Matters: Clinical Insights on Urologic Health**. Interstitial Cystitis National Advisory Board** (Ortho McNeil), San Francisco, CA, March 8, 2003

"Interstitial Cystitis" Changing Perspectives: A New Outlook on Gynecologic Disorders, **International Center for Postgraduate Medical Education** (ICPME), Vail, CO, Feb 9, 2003

"IC - The Gynecologists Perspective" Bladder Matters: Clinical Insights on Urologic Health. **Interstitial Cystitis National Speaker Training Meeting** (Ortho McNeil), Los Angeles, CA, February 2, 2003

"IC - The Gynecologists Perspective" Bladder Matters: Clinical Insights on Urologic Health. **Interstitial Cystitis National Advisory Board Meeting**, New York, NY, November 8, 2002

"CNS & Mood Disorders" **Therapeutic Options for Menopausal Health National Health Consultants Meeting** (Wyeth) Atlanta, GA, April 19, 2002

"IC - The Gynecologists Perspective" Bladder Matters: Clinical Insights on Urologic Health**. Interstitial Cystitis National Advisory Board Meeting**, Scottsdale, AZ, February 22, 2002

"Modern Management of Abnormal Uterine Bleeding" **Honolulu Obstetrical and Gynecological Society**, Honolulu, HI, August 30, 2001

# BRUCE S. KAHN, MD

"New Forms of Hormonal Contraception" **National Faculty Development Meeting** (Berlex), Chicago, IL April 27, 2001

"Update on Transdermal Technology**" Climara Faculty Update Meeting** (Berlex), Las Vegas, NV, February 26, 2001

"Sexually Transmitted Diseases: What's Hot & What's Not". **Scripps Clinic Coronado Summer Conference on Primary Care Medicine**, San Diego, CA, August 21, 2000

"Hot Topics in HRT" **Scripps Clinic Coronado Summer Conference on Primary Care Medicine**, San Diego, Calif., August 21, 2000

"CNS & Mood Disorders" Therapeutic **Options for Menopausal Health National Health Consultants Meeting** (Wyeth) Scottsdale, AZ, May 6, 2000

## MEDIA PRESENTATIONS
**WIP Winner MobileODT Brings Cervical Cancer Screenings to Global Communities**
http://vodafone-us.com/2016/08/wip-winner-mobileodt-brings-cervical-cancer-screenings-global-communities/

**"Local Doctors Back Teens' Use of IUDs". NBC San Diego, Sep 29, 2014,**
http://www.nbcsandiego.com/news/local/Local-Doctors-Back-Teens-Use-of-IUDs-277524761.html

**"Startup Turns Smartphone into Cervical Cancer Detector".  Digits: Tech News and Analysis form the Wall Street Journal, June 2, 2014.** http://blogs.wsj.com/digits/2014/06/02/startup-turns-smartphone-into-cervical-cancer-detector/

**"Scripps, partners win $300K for cervical cancer diagnostic tool".**  The Daily Transcript, May 30, 2014. http://www.sddt.com/Health/article.cfm?SourceCode=20140530czc&_t=Scripps+partners+win+300K+for+cervical+cancer+diagnostic+tool#.U4oMkdDInlc

**"MobileOCT wins prize for cancer screening program - Israeli start-up uses mobile tech to help community organizations in California battle a dread women's disease**". Times of Israel, May 29, 2014. http://www.timesofisrael.com/mobileoct-wins-prize-for-cancer-screening-program/.

**"Wireless Innovation Project Competition Awards Change-Makers in the Mobile Space".**  Triple Pundit, May 29, 2014. http://www.triplepundit.com/2014/05/wireless-innovation-project-competition-awards-change-makers-mobile-space/.

**"Belly Button" Hysterectomy Now a Reality",** Carmel Valley News, April 24, 2014

**"Nearly a quarter of all women experience pelvic floor disorders",** San Diego Union-Tribune, Sep 26, 2013, http://www.utsandiego.com/news/2013/Sep/26/pelvic-floor-disorder-treatments/

"**Military and Civilian Hospitals Collaborate to Improve Care**", San Diego Business Journal, May 28, 2012, http://www.sdbj.com/news/2012/may/28/military-and-civilian-hospitals-collaborate-improv/

**"Outpatient Hysterectomy Becoming More Common",** Carmel Valley News, p23, Nov 23, 2011

**"The Pill & Libido"** XETV Channel 6 San Diego, May 17, 2010

"**Graduate Medical Education: A Day in the Life of GME",** Inside Scripps, September 2009, pg 7

# BRUCE S. KAHN, MD

Multiple references in:, "**Secret Suffering: Women's Sexual Pain and its Effect on their Relationships**", By Susan Bilheimer and Robert Echenberg, MD, 2009, pgs:11,13, 24-27, 33,107-8,125-7.

"**New nerve stimulation treatment works for overactive bladder symptoms**", Carmel Valley News/Del Mar Village Voice, November 6, 2008

"**Exciting New Treatment for Overactive Bladder**" KGTV-10, San Diego, CA  September 26, 2007
www.10news.com/video/14214326/index.html?taf=sand

"**Managing chronic pelvic pain highlights clinical seminar**",  ACM News, 5th Annual Clinical Meeting, May 5-9, 2007

"**New contraceptive puts spring in women's step**"  KGTV-!0, San Diego, Feb 17, 2006,
http://www.10news.com/health/7160799/detail.html

"**Dr. Bruce Kahn: Tailoring Medicine to Meet Patient's Needs**" http://www.uterus1.com/hero/Uterushero.cfm/6/1
December 30, 2004

"**Physician oversight woes not a problem of money**", San Diego Union Tribune, November 10, 2004

"**Avoid Hysterectomy: Talk with Your Doctor About New Treatment Options**", Carmel Valley News, San Diego, CA, August 13, 2004

"**Unique dual laparoscopic surgical procedure**", Medical Procedure News, July 24, 2004

"**Scripps Clinic Performs Unique Dual Laparoscopic Surgical Procedure**", Daily Business Report May 26, 2004

"**IC - The Gynecologists Perspective**" Interstitial Cystitis Network Guest Lectures, http://www.ic-network.com/guestlectures/kahn.html, November 23, 2003

 "**Pelvic Pain: Could the Bladder Be Involved?**" KGTV-10, San Diego, CA, May 17, 2002

"**New procedure - Laparoscopic Supracervical Hysterectomy - offers women a dramatic alternative to total abdominal hysterectomy** ", KGTV-10, San Diego, CA, November 28, 2000

 "**New Medication Offers Substantial Help for Women Suffering From Premenstrual Dysphoric Disorder (PMDD)**", KGTV-10, September 17, 1999

"**So You're Going to Have a Baby: Let's Do It Right**" UCSD-TV, San Diego, CA, March 6, 1999

"**Abnormal Vaginal Bleeding**."  On-line publication: www.emergencyroom.net, 1999

"**Pathologic Causes of Abnormal Uterine Bleeding**"  http://health.ucsd.edu/ClinicalResources/aubt.pdf, September, 1999

"**Abnormal Uterine bleeding – Reproductive Age Women**", http://health.ucsd.edu/ClinicalResources/aub.pdf, September, 1999

## COMMUNITY SERVICE

| 2008-2014 | Georgetown University Alumni Admissions Committee | Washington, DC |
| 2004- 2012 | North Shore Girls Softball League | San Diego, CA |

# BRUCE S. KAHN, MD

**Coach / Coordinator**

| | | |
|---|---|---|
| 2007-2008 | Ocean Air Elementary School<br>**Founder & Chairman – "The Dads' Club"** | San Diego, CA |
| 2003–2007 | Del Mar Little League<br>**Coach** | San Diego, CA |
| 1998-2007 | St. Vincent de Paul Village Medical Clinic<br>**Volunteer Physician** | San Diego, CA |
| 2005 | Del Mar Union School District<br>**Volunteer of the Year** | San Diego, CA |
| 2002-2006 | Torrey Hills Elementary School<br>**Founder & Chairman – "The Dads' Club"** | San Diego, CA |
| 2001-2002 | Del Mar Hills Elementary School<br>**Founder & Chairman – "The Dads' Club"** | San Diego, CA |