# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>Wave 11 |
| THIS DOCUMENT RELATES TO:<br><br>*Cases Listed in Plaintiffs' Exhibit A* | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR RESPONSES IN OPPOSITION TO *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY OF PETER JEPPSON, M.D.

In response to Plaintiffs' notice adopting their prior *Daubert* motions as to Peter Jeppson, M.D. (Doc. 8489 (adopting Docs. 8324 & 8325)), Defendants hereby adopt and incorporate by reference their prior responsive briefing (Doc. 8401) in opposition to the motion to exclude Dr. Jeppson's testimony. Defendants respectfully request that the Plaintiffs' motion be denied for the reasons stated in the prior briefing.

This notice applies to the Wave 11 cases identified in Plaintiffs' Exhibit A.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

#47664877