IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ETHICON WAVE 11 CASES | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR RESPONSES IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF KIMBERLY KENTON, M.D.**

Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon") submit this notice in response to Plaintiffs' Notice of Adoption of Prior *Daubert* Motion of Kimberly Kenton, M.D. for Wave 11, Doc. 8493. In their Notice of Adoption, Plaintiffs adopt and incorporate their *Daubert* motion filed against Kimberly Kenton for Ethicon Wave 1. *See* Doc. 2087 (motion) & Doc. 2088 (memorandum in support).[1]  Ethicon hereby adopts and incorporates by reference its Responses to Plaintiffs' *Daubert* motions filed against Kimberly Kenton, M.D., in Wave 1 (Doc. 2132) and Wave 3 (Doc. 2939). This response applies to the Wave 11 cases identified in Exhibit A to Plaintiffs' Notice of Adoption.

---

[1] On August 31, 2016, this Court issued a Memorandum Opinion and Order on Plaintiffs' Wave 1 Motion to Exclude the Expert Testimony of Kimberly Kenton, M.D. [ECF No. 2087], Doc. 2705 (Opinion and Order), which was adopted by the Court again in Wave 3 on July 20, 2017, in Wave 5 on July 27, 2018, in Wave 6 on July 30, 2018, and in Wave 7 on August 6, 2018, in its Orders Adopting Memorandum Opinion and Order, Doc. 4167, 6406, 6440, and 6521.

1

2

        Respectfully Submitted,

        */s/ William M. Gage*
        William M. Gage (MS Bar #8691)
        Butler Snow LLP
        1020 Highland Colony Parkway
        Suite 1400 (39157)
        P.O. Box 6010
        Ridgeland, MS 39158-6010
        (601) 985-4561
        william.gage@butlersnow.com

        */s/ Susan M. Robinson*
        Susan M. Robinson (W. Va. Bar #5169)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 24338
        (304) 414-1800
        srobinson@tcspllc.com

        Counsel for Defendants
        Ethicon, Inc. and Johnson & Johnson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 11 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

CERTIFICATE OF SERVICE

I, William M. Gage, certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com