# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| THIS DOCUMENT RELATES TO: Bain, April  *v. Ethicon, Inc., et al.*  *Case No.:* 2:16cv11420 | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**DEFENDANTS' DESIGNATION AND DISCLOSURE OF GENERAL AND CASE SPECIFIC EXPERT WITNESSES PURSUANT TO PRETRIAL ORDER**

Defendants Ethicon, Inc. and Johnson & Johnson, pursuant to Pretrial Order #328, hereby identify the following individuals as retained expert witnesses who may be called to testify at the trial of this case or otherwise present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence. A written report as provided in Federal Rule of Civil Procedure 26(a)(2) is attached for each retained expert witness.

**Retained Expert Witnesses**

| Name | Address | Specialty |
|---|---|---|
| Grimes, Cara | Westchester Medical Center 19 Bradhurst Avenue Suite 2700 South Hawthorne, NY 10532 | Urogynecology Case Specific and General |

| | | |
|---|---|---|
| Kavaler, Elizabeth | Total Urology Care of New York7 West 51st, 8th floor New York, NY 10019 | Urogynecology General |
| Lind, Lawrence | Hofstra University Medical School 865 Northern Blvd, Suite 202 Great Neck, NY 11021 | Urogynecology General |
| Wright, Thomas | 630 West 168th Street New York, NY 10032 | Pathology General |
| Maclean, Steve | Polymer Science 1700 Science Dr., Suite 200 Bowie, MD 20715 | Materials General |
| | | |

Defendants submit Timothy Ulatowski (Regulatory) as an alternative retained expert that the defense would have used in place of one of their Court limited five (5) retained experts, but for Judge Goodwin's ruling that FDA evidence is excluded. And, if that ruling is revisited or reversed, then Defendants reserve the right to substitute Mr. Ulatowski in as a retained expert. Defendants further reserve the right to rely on Mr. Ulatowski's opinions and testimony in a proffer of FDA evidence. Mr. Ulatowski's address is 1103 Arboroak Place, Herndon, VA 20170.

Defendants further reserve the right to modify and/or supplement this designation and/or the accompanying written reports to the extent necessary should additional information or experts be identified, designated, produced or withdrawn by Plaintiffs, and specifically in

response to deposition testimony of any expert designated by Plaintiff who is presented for deposition on or after discovery closes.

THIS, the 24th day of June, 2019.

            Respectfully submitted,

            ETHICON, INC. AND
            JOHNSON & JOHNSON


            */s/ Susan M. Robinson*
            Susan M. Robinson  (W. Va. Bar No. 5169)
            Thomas Combs & Spann, PLLC
            300 Summers Street, Suite 1380
            P.O. Box 3824
            Charleston, WV 23558-3824
            (304) 414-1800
            (304)414-1808


            */s/ William M. Gage*
            William M. Gage
            Butler Snow LLP
            1020 Highland Colony Parkway
            Suite 1400 (39157)
            P.O. Box 6010
            Ridgeland, MS 39158-6010
            (601) 985-4561