# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
|---|---|
| **THIS DOCUMENT RELATES TO:** Lopez, Eneida *v. Ethicon, Inc., et al.* *Case No.:* 2:17cv01669 | **JOSEPH R. GOODWIN U.S. DISTRICT JUDGE** |

## DEFENDANTS' DESIGNATION AND DISCLOSURE OF GENERAL AND CASE SPECIFIC EXPERT WITNESSES PURSUANT TO PRETRIAL ORDER

Defendants Ethicon, Inc. and Johnson & Johnson, pursuant to Pretrial Order #328, hereby identify the following individuals as retained expert witnesses who may be called to testify at the trial of this case or otherwise present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence. A written report as provided in Federal Rule of Civil Procedure 26(a)(2) is attached for each retained expert witness.

### Retained Expert Witnesses

| Name | Address | Specialty |
|---|---|---|
| Buchsbaum, Gunhilde | University of Rochester Medical Ctr 601 Elmwood Ave, Box 668 Rochester, NY 14642 | Urogynecology Case Specific |

| | | |
|---|---|---|
| Lind, Lawrence | Northwell Health-Hofstra University Medical School<br>865 Northern Blvd, Suite 202<br>Great Neck, NY 11021 | Urogynecology<br><br>General |
| Matthews, Catherine | Wake Forest Univ School of Medicine<br>1 Medical Center Boulevard<br>Winston, Salem, NC 27157 | Urogynecology<br><br>General |
| Horbach, Nicolette | Mid-Atlantic Pelvic Surgery Assoc.<br>3289 Woodburn Road, Suite 320<br>Annandale, VA 22003 | Urogynecology<br><br>General |
| Maclean, Steve | Polymer Science<br>1700 Science Dr., Suite 200<br>Bowie, MD 20715 | Materials<br><br>General |
| | | |

Defendants submit Timothy Ulatowski (Regulatory) as an alternative retained expert that the defense would have used in place of one of their Court limited five (5) retained experts, but for Judge Goodwin's ruling that FDA evidence is excluded. And, if that ruling is revisited or reversed, then Defendants reserve the right to substitute Mr. Ulatowski in as a retained expert. Defendants further reserve the right to rely on Mr. Ulatowski's opinions and testimony in a proffer of FDA evidence. Mr. Ulatowski's address is 1103 Arboroak Place, Herndon, VA 20170.

Defendants further reserve the right to modify and/or supplement this designation and/or the accompanying written reports to the extent necessary should additional information or experts be identified, designated, produced or withdrawn by Plaintiffs, and specifically in

2

response to deposition testimony of any expert designated by Plaintiff who is presented for deposition on or after discovery closes.

THIS, the 24th day of June, 2019.

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON

/s/ Susan M. Robinson
Susan M. Robinson  (W. Va. Bar No. 5169)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 23558-3824
(304) 414-1800
(304)414-1808


/s/ William M. Gage
William M. Gage
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561