# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| **THIS DOCUMENT RELATES TO:**<br>Oliver, Jean & Richard<br><br>*v. Ethicon, Inc., et al.*<br>*Case No.:* 2:18cv00972 | |

**DEFENDANTS' DESIGNATION AND DISCLOSURE OF GENERAL AND CASE SPECIFIC EXPERT WITNESSES PURSUANT TO PRETRIAL ORDER**

Defendants Ethicon, Inc. and Johnson & Johnson, pursuant to Pretrial Order #328, hereby identify the following individuals as retained expert witnesses who may be called to testify at the trial of this case or otherwise present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence. A written report as provided in Federal Rule of Civil Procedure 26(a)(2) is attached for each retained expert witness.

**Retained Expert Witnesses**

| Name | Address | Specialty |
|---|---|---|
| Richardson, Monica | Beth Israel Deaconess Medical Center<br>330 Brookline Avenue, Kirstein 3, Urogynecology<br>Boston, MA 02215 | Urogynecology<br>Case Specific |

| | | |
|---|---|---|
| Lind, Lawrence | Northwell Health-Hofstra University Medical School<br>865 Northern Blvd, Suite 202<br>Great Neck, NY 11021 | Urogynecology<br><br>General |
| Ulatowski, Tim | 1103 Arboroak Pl<br>Herndon, VA 20170 | Regulatory<br><br>General |
| Matthews, Catherine | Wake Forest Univ School of Medicine<br>1 Medical Center Boulevard<br>Winston, Salem, NC 27157 | Urogynecology<br><br>General |
| Maclean, Steve | Polymer Science<br>1700 Science Dr., Suite 200<br>Bowie, MD 20715 | Materials<br><br>General |
| | | |

Defendants reserve the right to modify and/or supplement this designation and/or the accompanying written reports to the extent necessary should additional information or experts be identified, designated, produced or withdrawn by Plaintiffs, and specifically in response to deposition testimony of any expert designated by Plaintiff who is presented for deposition on or after discovery closes.

THIS, the 24th day of June, 2019.

                                              Respectfully submitted,

                                              ETHICON, INC. AND
                                              JOHNSON & JOHNSON

                                              */s/ Susan M. Robinson*
                                              Susan M. Robinson  (W. Va. Bar No. 5169)

Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 23558-3824
(304) 414-1800
(304) 414-1808

*/s/ William M. Gage*
William M. Gage
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561

3