FILED: August 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1947
(2:12-md-02327)

_____

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

        Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

        Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:12-md-02327 |
| Date notice of appeal filed in originating court: | 08/23/2019 |
| Appellant | Mazie Slater Katz & Freeman, LLC |
| Appellate Case Number | 19-1947 |
| Case Manager | Taline Fischer<br>804-916-2704 |