# Exhibit 1

# Exhibit 1-A

## Betsy Williams

| | |
|---|---|
| **From:** | Betsy Williams <BWilliams@awkolaw.com> |
| **Sent:** | Thursday, August 22, 2019 11:39 AM |
| **To:** | Betsy Williams |
| **Cc:** | Betsy Williams |
| **Subject:** | FW: Re: TVM Ethicon Wave 6 – Webinar Scheduled Friday, June 23, 2017_PPTs – CONFIDENTIAL COMMUNICATION |

-----Original Message-----
**From:** Loerch, Kristen [mail to:Kristen.Loerch@KlineSpecter.com]
**Sent:** June 26, 2017 8:19 PM
**To:** Betsy Williams [mail to:BWilliams@awkolaw.com]
**Subject:** Re: TVM Ethicon Wave 6 – Webinar Scheduled Friday, June 23, 2017_PPTs – CONFIDENTIAL COMMUNICATION

thanks!!!!!

Sent from my iPhone

On Jun 26, 2017, at 5:36 PM, Betsy Williams BWilliams@awkolaw.com> wrote:

> Here is a link to the iTranscripts & Outlines subfolder in Dropbox:
> https://www.dropbox.com/$▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>
> You'll just need to look around a bit – I named the transcripts to reflect if it was an implanter or explanter and the product type.
>
> Thanks,
> Bets

| | |
|---|---|
| **Betsy D. Williams** | 17 E. Main Street, Suite 200 |
| Executive Assistant to Bryan Aylstock | Pensacola, FL 32502 |
| Aylstock, Witkin, Kreis & Overholtz | Phone: (850) 202-1010 |
| | Direct Dial: (850) 266-2971 |
| | Toll Free: (888) 255-AWKO (2956) |
| | Facsimile: (850) 916-7449 |
| | Email: bwilliams@awkolaw.com |

**From:** Loerch, Kristen [mailto:Kristen.Loerch@KlineSpecter.com]
**Sent:** Monday, June 26, 2017 3:00 PM
**To:** Betsy Williams
**Cc:** Loerch, Kristen

1

**Subject:** RE: TVM Ethicon Wave 6 – Webinar Scheduled Friday, June 23, 2017_PPTs – CONFIDENTIAL COMMUNICATION

Hi Betsy. I am looking for implanter/explanter deposition transcripts involving TVT-S. Any suggestions? Thanks  - Kristen

Kristen Loerch Sipala, Esquire
Kline & Specter, P.C.
kristen.loerch@klinespecter.com
Direct Dial: 215/772-0424
Fax: 215/735-0937

**From:** Betsy Williams [mailto:BWilliams@awkolaw.com]
**Sent:** Friday, June 23, 2017 4:54 PM
**Cc:** Renee Baggett; Bryan Aylstock; Nate Jones; Mary Liu; Daniel Thornburgh
**Subject:** RE: TVM Ethicon Wave 6 – Webinar Scheduled Friday, June 23, 2017_PPTs – CONFIDENTIAL COMMUNICATION

Thanks everyone for joining us today for the Wave 6 prep webinar.  We hope you found the information helpful and informative.  We appreciate your patience as we worked through some of the technical issues with the WebEx format.

As promised, here is a Dropbox link with the Powerpoints that were used today:

https://www.dropbox.com/█████████████████████████████████████

Feel free to let us know if you have any questions.

Thanks,
Bets

| **Betsy D. Williams** | 17 E. Main Street, Suite 200 |
| Executive Assistant to Bryan Aylstock | Pensacola, FL 32502 |
| Aylstock, Witkin, Kreis & Overholtz | Phone: (850) 202-1010 |
| | Direct Dial: (850) 266-2971 |
| | Toll Free: (888) 255-AWKO (2956) |
| | Facsimile: (850) 916-7449 |
| | Email: bwilliams@awkolaw.com |

**From:** Betsy Williams
**Sent:** Thursday, June 22, 2017 4:28 PM
**Cc:** Renee Baggett; Bryan Aylstock; Nate Jones; Mary Liu; Daniel Thornburgh
**Subject:** TVM Ethicon Wave 6 – Webinar Scheduled Friday, June 23, 2017 – CONFIDENTIAL COMMUNICATION

Good afternoon,

You are receiving this email because you expressed an interest in attending tomorrow's webinar regarding wave preparation. You should have received a separate email from Warren Price in our IT department with information on how to log in to tomorrow's webinar. Please let me know if you have not yet received that invitation.

Please note, if you are away from your computer and/or if you do not have speakers on your computer, you may also dial in to the number provided and listen while watching the presentations. If you do log in through your computer, please choose to disable your video due to the large number of folks who will be attending.

During the webinar, if you have any questions, please send them to Betsy Williams (bwilliams@awkolaw.com) with "Wave 6 Webinar Question" in the subject line. We will attempt to answer them during the webinar or at the end during the Q&A session, but if not, we will reach out to you separately to address any concerns you may have.

Attached for your review is the agenda for tomorrow's call (I am also pasting below for firms who may be having problems opening attachments). The WebEx invitation allotted 10 hours for the webinar, but we do not anticipate it lasting that long. We plan to work through lunch (so plan accordingly) and hope to be done by 3:00 p.m. central, at the latest.

Thanks,
Bryan, Renee, Tom

PLEASE REMEMBER THIS IS A PLAINTIFFS COMMUNICATION ONLY AND SHOULD NOT BE SHARED WITH DEFENSE OR OUTSIDE THIRD PARTIES.

## TVM ETHICON WAVE 6 FIRMS MEETING
## DEPO AND DISCOVERY PREP
### Friday, June 23, 2017, 9:00 a.m. central

**THE MATERIALS PROVIDED AND INFORMATION DISCUSSED AT THIS MEETING ARE BEING PROVIDED PURSUANT TO ETHICON MDL PRE-TRIAL ORDER 11 (PROTECTIVE ORDER) AND PRE-TRIAL 62 (PARTICIPATION AGREEMENT)**

I.    Opening Remarks (Renee Baggett and Bryan Aylstock)

II.    Brief Overview of Litigation & Ethicon Products

    a.  TVT-Secur Liability Story (Dan Thornburgh)

    b.  TVT, TVT-O, TVT-Abbrevo and Prosima Liability Story (Nate Jones)

    c.  Prolift and Prolift +M Liability Story (Bryan Aylstock)

III.   Case-Specific Discovery Requests (Nate Jones)

IV.   Treater Deposition Preparation (Nate Jones)

      a.  Implanter Depositions-TVT Products (Nate Jones)

      b.  Implanter Depositions-Prolift/Gynemesh (Nate Jones)

      c.  Explanter and Treater Depositions (Nate Jones)

      d.  Strategies for Getting Doctors on our Side (Nate Jones)

V.     Pathology cross exam- General & Specific (Dan Thornburgh)

VI.    Handling Pathology Specimens (Dan Thornburgh)

VII.   Daubert and Trial Briefing (Mary Liu)

VIII.  Plaintiff Deposition Preparation (Mary Liu)

IX.    Sales Representative Deposition Preparation (Mary Liu and Brad Bradford)

X.     Case-Specific Expert Deposition Overview (Renee Baggett)

XI.    Lessons Learned So Far (Bryan Aylstock and Brad Bradford)

XII.   Questions and Closing Remarks (Renee Baggett and Bryan Aylstock)

| **Betsy D. Williams on behalf of Bryan Aylstock, Renee Baggett and Tom Cartmell** Executive Assistant to Bryan Aylstock Aylstock, Witkin, Kreis & Overholtz | 17 E. Main Street, Suite 200 Pensacola, FL 32502 Phone: (850) 202-1010 Direct Dial: (850) 266-2971 Toll Free: (888) 255-AWKO (2956) Facsimile: (850) 916-7449 Email: bwilliams@awkolaw.com |
|---|---|

| **Betsy D. Williams** Executive Assistant to Bryan Aylstock Aylstock, Witkin, Kreis & Overholtz | 17 E. Main Street, Suite 200 Pensacola, FL 32502 Phone: (850) 202-1010 Direct Dial: (850) 266-2971 Toll Free: (888) 255-AWKO (2956) Facsimile: (850) 916-7449 Email: bwilliams@awkolaw.com |
|---|---|

This electronic message and/or its attachments contain legally privileged and confidential information

intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

# Exhibit 1-B

-----Original Message-----
From: Baldwin, Kila B. [mail to:kila.baldwin@klinespecter.com]
Sent: April 30, 2018 2:42 PM
To: Jeff Kuntz [mail to:jkuntz@wcllp.com],Robertson, Elia [mail
to:Elia.Robertson@KlineSpecter.com],Bryan Aylstock [mail to:BAylstock@awkolaw.com]
CC: Daniel Thornburgh [mail to:DThornburgh@awkolaw.com],Ben Anderson [mail
to:ben@andersonlawoffices.net],Christy Hurt [mail to:CHurt@awkolaw.com],Tom P. Cartmell [mail
to:tcartmell@wcllp.com],Andrew N. Faes [mail to:afaes@wcllp.com],Cindy McGaughey [mail
to:cmcgaughey@wcllp.com]
Subject: RE: Designations

Thank you so much Jeff!

From: Jeff Kuntz
Sent: Monday, April 30, 2018 3:03 PM
To: Robertson, Elia ; Bryan Aylstock
Cc: Baldwin, Kila B. ; Daniel Thornburgh ; Ben Anderson ; Christy Hurt ; Tom P. Cartmell ; Andrew N. Faes
; Cindy McGaughey
Subject: RE: Designations

Yes. Andy or Cindy, can you send them hearings with Eifert for Huskey and Mullins.

From: Robertson, Elia [mailto:elia.robertson@klinespecter.com]
Sent: Monday, April 30, 2018 11:20 AM
To: Jeff Kuntz; Bryan Aylstock
Cc: Baldwin, Kila B.; Daniel Thornburgh; Ben Anderson; Christy Hurt; Tom P. Cartmell
Subject: RE: Designations

Jeff,

Do you also happen to have, or know where Kila and I could find, previous Eifert dep designation hearing
transcripts? We're trying to get an idea of how Eifert has previously ruled. Thanks!

From: Jeff Kuntz jkuntz@wcllp.com>
Sent: Saturday, April 28, 2018 10:12 AM
To: Bryan Aylstock BAylstock@awkolaw.com>
Cc: Baldwin, Kila B. kila.baldwin@klinespecter.com>; Daniel Thornburgh DThornburgh@awkolaw.com>;
Ben Anderson Ben@andersonlawoffices.net>; Robertson, Elia elia.robertson@klinespecter.com>;
Christy Hurt CHurt@awkolaw.com>; Tom P. Cartmell tcartmell@wcllp.com>
Subject: Re: Designations

I sent. And Mullins to because they are a little more updated and cleaned up for TVT-R.

Jeffrey M. Kuntz
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
(816) 701-1124

Fax (816) 531-2372
jkuntz@wcllp.com
http://www.wagstaffcartmell.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (816) 701-1124.

On Apr 28, 2018, at 9:09 AM, Bryan Aylstock BAylstock@awkolaw.com> wrote:

That would be husky. Kuntz should have

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Baldwin, Kila B." kila.baldwin@klinespecter.com>
Date: 4/28/18 8:25 AM (GMT-06:00)
To: Bryan Aylstock BAylstock@awkolaw.com>
Cc: Daniel Thornburgh DThornburgh@awkolaw.com>, Ben Anderson Ben@andersonlawoffices.net>,
"Robertson, Elia" elia.robertson@klinespecter.com>, Christy Hurt CHurt@awkolaw.com>
Subject: Re: Designations

Yes, Ethicon LCM TVTO.

Kila Baldwin
Sent from my iPad

On Apr 27, 2018, at 3:50 PM, Bryan Aylstock BAylstock@awkolaw.com> wrote:

What kind of case? Ethicon? We have transcripts from Eifert we can share.

**From:** Baldwin, Kila B. [mailto:kila.baldwin@klinespecter.com]
**Sent:** Friday, April 27, 2018 2:16 PM
**To:** Daniel Thornburgh DThornburgh@awkolaw.com>; Bryan Aylstock BAylstock@awkolaw.com>; Ben Anderson Ben@andersonlawoffices.net>
**Cc:** Robertson, Elia elia.robertson@klinespecter.com>
**Subject:** Designations

Do any of you have or know where I could find rulings on deposition designations that have been made previously in the MDL? Our hearing is next Friday. Thanks!

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

# Exhibit 1-C

**From:** Nate Jones
**Sent:** Friday, May 11, 2018 3:01 PM
**To:** 'Kristen.Loerch@KlineSpecter.com' <Kristen.Loerch@KlineSpecter.com>
**Subject:** RE: TVM MDL – Information Request – CONFIDENTIAL COMMUNICATION

Here you go!!! Good luck!!!


1. Rosenblatt
https://wcllp.box.com/█████████████████████9 (recent deposition where he says he has
worked for all mesh companies as a consultant for decades and been paid at least hundreds of
thousands of dollars by them; the exhibits are his consultant agreements; he also talks about Coloplast
Altis sling being softer than Obtryx)
https://wcllp.box.com/█████████████████████ (poster on Pinnacle where he says it sucks)

2. Badylak
https://wcllp.box.com/████████████████         https://wcllp.box.com/████████████
█████████████  https://wcllp.box.com/█████████████         (trial testimony)
https://wcllp.box.com/██████████████████ (badylak trial cross prep materials – this
should be helpful all materials grouped by folder and invidual articles et that stood are also separated
out and highlighted)
https://wcllp.box.com██████████████████████ (prep materials)


3. Spiegelberg
https://wcllp.box.com/██████████████████████
https://wcllp.box.com/██████████████████


4. Brauer
https://wcllp.box.com██████████████████████


**From:** Aylstock Witkin Kreis & Overholtz PLLC [mailto:bwilliams@awkolaw.com]
**Sent:** Friday, May 11, 2018 9:48 AM
**To:** Nate Jones
**Subject:** TVM MDL – Information Request – CONFIDENTIAL COMMUNICATION


YOU ARE RECEIVING THIS COMMUNICATION AS PART OF AN EMAIL LIST FOR FIRMS INVOLVED IN THE
TVM LITIGATION.  PLEASE REVIEW AND DISREGARD IF THE SPECIFIC TOPIC(S) DOES NOT APPLY TO YOU
OR YOUR TVM CLIENTS.


Good morning,

Leadership once again needs your help to gather some information.

Kline & Specter is beginning a BSC trial in a couple weeks and was hoping to gather additional information on the following defense experts:

Peter Rosenblatt, MD/Harvard

Stephen Badylak, DVM, PhD, MD/University of Pittsburgh

Stephen Spiegelberg, PhD/Cambridge Polymer Group

Steven Little, PhD/University of Pittsburgh

Christine Brauer, Ph.D/Brauer Device Consultants, LLC

Matthew Davies, MD

Lonny Green, MD/Virginia Women's

After obtaining everything available through Golkow and TrialSmith, they were hoping folks would be willing to share any transcripts or reports to assist them with their trial prep. If you have any useful information to share, please reach out to Kristen Loerch (Kristen.Loerch@KlineSpecter.com).

Thanks,

Bryan Aylstock

PLEASE REMEMBER THIS IS A PLAINTIFFS COMMUNICATION ONLY AND SHOULD NOT BE SHARED WITH DEFENSE OR OUTSIDE THIRD PARTIES.

17 E. Main Street, Suite 200
Pensacola, FL 32502

**Betsy D. Williams on behalf of Bryan Aylstock**    Phone: (850) 202-1010

Executive Assistant to Bryan Aylstock    Direct Dial: (850) 266-2971
Aylstock, Witkin, Kreis & Overholtz

Toll Free: (888) 255-AWKO (2956)
Facsimile: (850) 916-7449
Email: bwilliams@awkolaw.com

POWERED BY PHPLIST

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.

# Exhibit 1-D

From: **Loerch, Kristen** kristen.loerch@klinespecter.com 
Subject: Re: Materials on BSC Experts for Trial
Date: May 12, 2018 at 6:38 AM
To: John Grinnan JGrinnan@TrialLawFirm.com
Cc: W. Michael Moreland MMoreland@TrialLawFirm.com, Scott Love SLove@TrialLawFirm.com

Many thanks!

Sent from my iPhone

On May 11, 2018, at 5:32 PM, John Grinnan <JGrinnan@TrialLawFirm.com> wrote:

Kristen,

Here is a link to materials on BSC experts that Clark, Love & Hutson compiled for Kline & Specter's
upcoming trial against BSC: https://clarklovehutsongp.box.com███████████████

If there is anything else Leadership can provide, please let me know – we are happy to help.

Regards,

John Grinnan


<image001.png>

John Grinnan
Clark, Love & Hutson, GP
440 Louisiana Street, Suite 1600 I Houston, Texas 77002
713-425-5321 (Telephone) I 713-759-1217 (Fax)
JGrinnan@TrialLawFirm.com I www.TrialLawFirm.com

Confidentiality Notice: This email and any files transmitted with it are confidential and may be protected by legal privilege. It is
intended solely for the use of the individual or entity to whom it is addressed. Please notify the sender immediately by e-mail if
you have received this message in error and delete all copies. If you are not the intended recipient you are notified that
disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Any
views or opinions presented in this email are solely those of the author and do not necessarily represent those of the firm.

**From:** Aylstock Witkin Kreis & Overholtz PLLC <bwilliams@awkolaw.com>
**Sent:** Friday, May 11, 2018 9:28 AM
**To:** John Grinnan <JGrinnan@TrialLawFirm.com>
**Subject:** TVM MDL -- Information Request – CONFIDENTIAL COMMUNICATION

YOU ARE RECEIVING THIS COMMUNICATION AS PART OF AN EMAIL LIST FOR FIRMS INVOLVED IN THE TVM LITIGATION. PLEASE REVIEW
AND DISREGARD IF THE SPECIFIC TOPIC(S) DOES NOT APPLY TO YOU OR YOUR TVM CLIENTS.


Good morning,

Leadership once again needs your help to gather some information.

Kline & Specter is beginning a BSC trial in a couple weeks and was hoping to gather additional information on the following defense experts:

Peter Rosenblatt, MD/Harvard

Stephen Badylak, DVM, PhD, MD/University of Pittsburgh

Stephen Spiegelberg, PhD/Cambridge Polymer Group

Steven Little, PhD/University of Pittsburgh

Christine Brauer, Ph.D/Brauer Device Consultants, LLC

Matthew Davies, MD

Lonny Green, MD/Virginia Women's

After obtaining everything available through Golkow and TrialSmith, they were hoping folks would be willing to share any transcripts or reports to assist
them with their trial prep. If you have any useful information to share, please reach out to Kristen Loerch (Kristen.Loerch@KlineSpecter.com).


Thanks,

Bryan Aylstock

PLEASE REMEMBER THIS IS A PLAINTIFFS COMMUNICATION ONLY AND SHOULD NOT BE SHARED WITH DEFENSE OR OUTSIDE THIRD PARTIES.

17 E. Main Street, Suite 200
Pensacola, FL 32502

**Betsy D. Williams on behalf of Bryan Aylstock** Phone: (850) 202-1010

Executive Assistant to Bryan Aylstock
Aylstock, Witkin, Kreis & Overholtz

Direct Dial: (850) 266-2971

Toll Free: (888) 255-AWKO (2956)
Facsimile: (850) 916-7449
Email: bwilliams@awkolaw.com

POWERED BY RIGHTSIGNATURE

This electronic message and/or its attachments contain legally privileged and confidential information intended only for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, disclosure, distribution, or copying of this transmission or its attachments is strictly prohibited. If you receive this communication in error, please immediately notify the sender by electronic mail, and delete this message, its attachments and all copies and backups.



**clarklovehutson**
A General Partnership of Attorneys and Counselors at Law

# Exhibit 1-E

**Amy Eskin**

| | |
|---|---|
| **From:** | Loerch, Kristen <kristen.loerch@klinespecter.com> |
| **Sent:** | Friday, April 26, 2019 9:02 AM |
| **To:** | Bessis, Marissa; Fitzpatrick, Fidelma; Wallace, Edward; Amy Eskin; Safier, Regan S.; Robertson, Elia; Coney, Lori; Balefsky, Lee |
| **Subject:** | RE: EXTERNAL-AMS DE |

THANK YOU!!!

**From:** Bessis, Marissa <mbessis@motleyrice.com>
**Sent:** Friday, April 26, 2019 11:58 AM
**To:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Loerch, Kristen <kristen.loerch@klinespecter.com>; Wallace, Edward <EAW@wexlerwallace.com>; Amy Eskin (aeskin@schneiderwallace.com) <aeskin@schneiderwallace.com>; Safier, Regan S. <regan.safier@klinespecter.com>; Robertson, Elia <elia.robertson@klinespecter.com>; Coney, Lori <lori.coney@klinespecter.com>; Balefsky, Lee <lee.balefsky@klinespecter.com>
**Subject:** RE: EXTERNAL-AMS DE

The sharefile has been created and is located here:

https://motleyrice.sharefile.com/██████████████

It is user-specific, so if someone else from your firm (other than those copied on this email) needs access, please send me their names and email addresses.

Thanks.

**Marissa Bessis** | Paralegal | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9283 | f. 843.416.5383 | mbessis@motleyrice.com

**From:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>
**Sent:** Friday, April 26, 2019 11:51 AM
**To:** Loerch, Kristen <kristen.loerch@klinespecter.com>; Wallace, Edward <EAW@wexlerwallace.com>; Amy Eskin (aeskin@schneiderwallace.com) <aeskin@schneiderwallace.com>; Safier, Regan S. <regan.safier@klinespecter.com>; Robertson, Elia <elia.robertson@klinespecter.com>; Coney, Lori <lori.coney@klinespecter.com>; Balefsky, Lee <lee.balefsky@klinespecter.com>
**Cc:** Bessis, Marissa <mbessis@motleyrice.com>
**Subject:** RE: EXTERNAL-AMS DE

Marissa – Can you send the Barba transcripts to this group? Thanks.

**Fidelma Fitzpatrick** | Attorney at Law | Motley Rice LLC
55 Cedar St., STE 100 | Providence, RI 02903
o. 401.457.7728  x7728 | f. 401.457.7708 | ffitzpatrick@motleyrice.com

1

**From:** Loerch, Kristen <kristen.loerch@klinespecter.com>
**Sent:** Wednesday, April 24, 2019 5:24 PM
**To:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Wallace, Edward <EAW@wexlerwallace.com>; Amy Eskin (aeskin@schneiderwallace.com) <aeskin@schneiderwallace.com>; Safier, Regan S. <regan.safier@klinespecter.com>; Loerch, Kristen <kristen.loerch@klinespecter.com>; Robertson, Elia <elia.robertson@klinespecter.com>; Coney, Lori <lori.coney@klinespecter.com>; Balefsky, Lee <lee.balefsky@klinespecter.com>
**Subject:** EXTERNAL-AMS DE

Fidelma and Ed – thanks for the chat today. Just sending this f/up email to confirm our to do list. I apologize for the length of the email. Thanks again! Kristen

**Amy** - Per Ed/Fidelma, you are the keeper of the list of attorneys handling active AMS cases. We were hoping you could provide this to us so that we could reach out; coordinate resources; etc.

**Amy** – It would be great if we could set up that video call with you.

**Ed/Fidelma** – you were going to send us the transcripts from the last mesh case before Judge Johnson. I don't recall the name

**Ed** – you will be following up with Barbara to find out if any case specific discovery was served in the AMS MDL which should have also been served in our cases and will send to us along with all other materials AMS produces in this litigation. Someone will also confirm with Crivella that the AMS documents are uploaded and available in an obvious location :

## Kline & Specter AMS DE clients:

Jyoti Bathija- 148915

Janice Berner- 177209

Yvonne Brustein- 170786

Susan Chatman- 174676

Elizabeth Clark- 133952

Cherri Davis- 170897

Suzanne Felde-142154

Ana Gluhic-Popvic- 142154

Joanne Hamilton- 173219

Constance Holden- 169494

Shirley Joyner- 170502

Phyllis Martinez- 318365

Debra Miller- 174015

Judy Odell- 172319

Michele Phillips- 174673

Phyllis Powell, Dec'd.- 322249

Lisa Roy- 141073

Melissa Touville- 163831

Susan Varga- 174533

**Kristen Loerch Sipala, Esquire**
**Kline & Specter, P.C.**
**1525 Locust Street, 19th Floor**
**Philadelphia, PA 19102**
**215-772-1000**
**Direct Dial: 215-772-0424**
**Fax: 215-735-0937**

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

# Exhibit 1-F

**Amy Eskin**

| | |
|---|---|
| **From:** | Amy Eskin |
| **Sent:** | Wednesday, May 15, 2019 1:12 PM |
| **To:** | Loerch, Kristen; Coney, Lori |
| **Cc:** | eaw@wexlerwallace.com; yflahertymflaherty@locklaw.com |
| **Subject:** | RE: AMS DE |

He is in AMS Sling and Pop folder/Experts/Plaintiff Sling Experts

 **SCHNEIDER WALLACE**
**COTTRELL KONECKY**
**WOTKYNS** ᴸᴸᴾ

**Amy Eskin**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main: (415) 421-7100
Direct Dial: (510) 740-2936
Fax: (415) 421-7105
www.schneiderwallace.com

**From:** Loerch, Kristen [mailto:kristen.loerch@klinespecter.com]
**Sent:** Wednesday, May 15, 2019 12:33 PM
**To:** Amy Eskin <aeskin@schneiderwallace.com>; Coney, Lori <lori.coney@klinespecter.com>
**Cc:** eaw@wexlerwallace.com; yflahertymflaherty@locklaw.com; Loerch, Kristen <kristen.loerch@klinespecter.com>
**Subject:** RE: AMS DE

I have the drop box and corporate depositions. He is not in the drop box unless he has another name or I am blind which is possible too. The only "Michael" deps I see in the drop box are Michael Ryan and Michael Beller...

**From:** Amy Eskin <aeskin@schneiderwallace.com>
**Sent:** Wednesday, May 15, 2019 3:26 PM
**To:** Loerch, Kristen <kristen.loerch@klinespecter.com>; Coney, Lori <lori.coney@klinespecter.com>
**Cc:** eaw@wexlerwallace.com; yflahertymflaherty@locklaw.com
**Subject:** RE: AMS DE

His depo is in the drop box. Let me know if you can't find it. I thought Ed and Yvonne would have insight into him as a witness in general

**From:** Loerch, Kristen [mailto:kristen.loerch@klinespecter.com]
**Sent:** Wednesday, May 15, 2019 12:25 PM
**To:** Amy Eskin <aeskin@schneiderwallace.com>; Coney, Lori <lori.coney@klinespecter.com>
**Cc:** eaw@wexlerwallace.com; yflahertymflaherty@locklaw.com; Loerch, Kristen <kristen.loerch@klinespecter.com>
**Subject:** RE: AMS DE

Thanks Amy – Ed/Yvonne – can you help. Amy suggested that Kalsher's deposition was a must read. Thank you! Kristen

**From:** Amy Eskin <aeskin@schneiderwallace.com>
**Sent:** Wednesday, May 15, 2019 3:22 PM

**To:** Loerch, Kristen <kristen.loerch@klinespecter.com>; Coney, Lori <lori.coney@klinespecter.com>
**Cc:** eaw@wexlerwallace.com; yflahertymflaherty@locklaw.com
**Subject:** RE: AMS DE

Its Michael Kalsher. We withdrew him before trial. Ed Wallace and Yvonne Flaherty were primarily responsible for him in the first wave. they would know best. Copying them.
Thanks

**From:** Loerch, Kristen [mailto:kristen.loerch@klinespecter.com]
**Sent:** Wednesday, May 15, 2019 11:46 AM
**To:** Amy Eskin <aeskin@schneiderwallace.com>; Loerch, Kristen <kristen.loerch@klinespecter.com>; Coney, Lori <lori.coney@klinespecter.com>
**Subject:** AMS DE

Hey there Amy. You mentioned a failure to warn witness during our recent chat. I can't read my handwriting and am embarrassed to ask what the person's name is but I am going to ask anyway. I have Michael or Michelle Kalsher? Not even sure if I am remotely close. I do see a deposition for a Michelle Solari – is that who you were referring to by chance? Also attached is my list of AMS counsel who may still have cases. Can you pls combine with yours and send the full list to me so that I can send out an email to the group? Hope so and thanks! Kristen

**Kristen Loerch Sipala, Esquire**
**Kline & Specter, P.C.**
**1525 Locust Street, 19th Floor**
**Philadelphia, PA 19102**
**215-772-1000**
**Direct Dial: 215-772-0424**
**Fax: 215-735-0937**

Amy Eskin 2000 Powell Street, Suite 1400 Emeryville, California 94608 (415) 421-7100 (800) 689-0024 (415) 421-7105 www.schneiderwallace.com
Amy Eskin 2000 Powell Street, Suite 1400 Emeryville, California 94608 (415) 421-7100 (800) 689-0024 (415) 421-7105 www.schneiderwallace.com
Amy Eskin 2000 Powell Street, Suite 1400 Emeryville, California 94608 (415) 421-7100 (800) 689-0024 (415) 421-7105 www.schneiderwallace.com
Amy Eskin 2000 Powell Street, Suite 1400 Emeryville, California 94608 (415) 421-7100 (800) 689-0024 (415) 421-7105 www.schneiderwallace.com
Amy Eskin 2000 Powell Street, Suite 1400 Emeryville, California 94608 (415) 421-7100 (800) 689-0024 (415) 421-7105 www.schneiderwallace.com

2

# Exhibit 1-G

## Amy Eskin

| | |
|---|---|
| **From:** | Amy Eskin |
| **Sent:** | Wednesday, May 29, 2019 11:16 AM |
| **To:** | Loerch, Kristen; Fitzpatrick, Fidelma; Edward Wallace; Safier, Regan S.; Robertson, Elia; Coney, Lori |
| **Subject:** | RE: AMS - Dep of Dr. Rosenzweig |
| **Attachments:** | Rosenzweig 20181029 COD.PDF; ROSENZWEIG CT Kilgore.pdf; ROSENZWEIG CT Carter.pdf |

See attached

 **SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS** llp

**Amy Eskin**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main: (415) 421-7100
Direct Dial: (510) 740-2936
Fax: (415) 421-7105
www.schneiderwallace.com

**From:** Loerch, Kristen [mailto:kristen.loerch@klinespecter.com]
**Sent:** Wednesday, May 29, 2019 8:07 AM
**To:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Amy Eskin <aeskin@schneiderwallace.com>; Edward Wallace <eaw@wexlerwallace.com>; Loerch, Kristen <kristen.loerch@klinespecter.com>; Safier, Regan S. <regan.safier@klinespecter.com>; Robertson, Elia <elia.robertson@klinespecter.com>; Coney, Lori <lori.coney@klinespecter.com>
**Subject:** AMS - Dep of Dr. Rosenzweig

HI Fidelma. You presented Dr. Rosenzweig for deposition in carter on 1/18/16. Could you please send the exhibits to us. They weren't included in the drop box. If not, can you tell me who would be able to help. Thanks.

**Kristen Loerch Sipala, Esquire**
**Kline & Specter, P.C.**
**1525 Locust Street, 19th Floor**
**Philadelphia, PA 19102**
**215-772-1000**
**Direct Dial: 215-772-0424**
**Fax: 215-735-0937**

Amy Eskin 2000 Powell Street, Suite 1400 Emeryville, California 94608 (415) 421-7100 (800) 689-0024 (415) 421-7105 www.schneiderwallace.com

# Exhibit 1-H

## Amy Eskin

| | |
|---|---|
| **From:** | Loerch, Kristen <kristen.loerch@klinespecter.com> |
| **Sent:** | Wednesday, May 29, 2019 11:31 AM |
| **To:** | Amy Eskin |
| **Cc:** | Loerch, Kristen; Safier, Regan S. |
| **Subject:** | RE: AMS - Dep of Dr. Rosenzweig |

Hi – within the next couple of weeks is perfect.

**From:** Amy Eskin <aeskin@schneiderwallace.com>
**Sent:** Wednesday, May 29, 2019 2:30 PM
**To:** Loerch, Kristen <kristen.loerch@klinespecter.com>
**Subject:** RE: AMS - Dep of Dr. Rosenzweig

Is this super time sensitive? I am not available to track it doewn today



**Amy Eskin**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main: (415) 421-7100
Direct Dial: (510) 740-2936
Fax: (415) 421-7105
www.schneiderwallace.com

**From:** Loerch, Kristen [mailto:kristen.loerch@klinespecter.com]
**Sent:** Wednesday, May 29, 2019 11:26 AM
**To:** Amy Eskin <aeskin@schneiderwallace.com>; Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Edward Wallace <eaw@wexlerwallace.com>; Safier, Regan S. <regan.safier@klinespecter.com>; Robertson, Elia <elia.robertson@klinespecter.com>; Coney, Lori <lori.coney@klinespecter.com>
**Subject:** RE: AMS - Dep of Dr. Rosenzweig

Thanks Amy. I really really need the deposition exhibits. I have the depositions...Thank you. Kristen

**From:** Amy Eskin <aeskin@schneiderwallace.com>
**Sent:** Wednesday, May 29, 2019 2:16 PM
**To:** Loerch, Kristen <kristen.loerch@klinespecter.com>; Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Edward Wallace <eaw@wexlerwallace.com>; Safier, Regan S. <regan.safier@klinespecter.com>; Robertson, Elia <elia.robertson@klinespecter.com>; Coney, Lori <lori.coney@klinespecter.com>
**Subject:** RE: AMS - Dep of Dr. Rosenzweig

See attached



1

**Amy Eskin**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main: (415) 421-7100
Direct Dial: (510) 740-2936
Fax: (415) 421-7105
www.schneiderwallace.com

**From:** Loerch, Kristen [mailto:kristen.loerch@klinespecter.com]
**Sent:** Wednesday, May 29, 2019 8:07 AM
**To:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Amy Eskin <aeskin@schneiderwallace.com>; Edward Wallace <eaw@wexlerwallace.com>; Loerch, Kristen <kristen.loerch@klinespecter.com>; Safier, Regan S. <regan.safier@klinespecter.com>; Robertson, Elia <elia.robertson@klinespecter.com>; Coney, Lori <lori.coney@klinespecter.com>
**Subject:** AMS - Dep of Dr. Rosenzweig

HI Fidelma. You presented Dr. Rosenzweig for deposition in carter on 1/18/16. Could you please send the exhibits to us. They weren't included in the drop box. If not, can you tell me who would be able to help. Thanks.

**Kristen Loerch Sipala, Esquire**
**Kline & Specter, P.C.**
**1525 Locust Street, 19th Floor**
**Philadelphia, PA 19102**
**215-772-1000**
**Direct Dial: 215-772-0424**
**Fax: 215-735-0937**

Amy Eskin 2000 Powell Street, Suite 1400 Emeryville, California 94608 (415) 421-7100 (800) 689-0024 (415) 421-7105 www.schneiderwallace.com
Amy Eskin 2000 Powell Street, Suite 1400 Emeryville, California 94608 (415) 421-7100 (800) 689-0024 (415) 421-7105 www.schneiderwallace.com
Amy Eskin 2000 Powell Street, Suite 1400 Emeryville, California 94608 (415) 421-7100 (800) 689-0024 (415) 421-7105 www.schneiderwallace.com
Amy Eskin 2000 Powell Street, Suite 1400 Emeryville, California 94608 (415) 421-7100 (800) 689-0024 (415) 421-7105 www.schneiderwallace.com
Amy Eskin 2000 Powell Street, Suite 1400 Emeryville, California 94608 (415) 421-7100 (800) 689-0024 (415) 421-7105 www.schneiderwallace.com

# Exhibit 1-I

**From:** Loerch, Kristen <kristen.loerch@klinespecter.com>
**Sent:** Monday, June 03, 2019 11:46 AM
**To:** Jeff Kuntz <jkuntz@wcllp.com>; Balefsky, Lee <lee.balefsky@klinespecter.com>; Tom P. Cartmell <tcartmell@wcllp.com>; Nate Jones <njones@wcllp.com>; Diane K. Watkins <dwatkins@wcllp.com>; Safier, Regan S. <regan.safier@klinespecter.com>; Robertson, Elia <elia.robertson@klinespecter.com>; Coney, Lori <lori.coney@klinespecter.com>; Loerch, Kristen <kristen.loerch@klinespecter.com>
**Subject:** FW: Gluhic-Popovic v. AMS

Pls see defense expert reports just produced in our monarc case. Please read in the context of my initial email and thank you. Kristen

**From:** McCloskey, Kyle <KMcCloskey@ReedSmith.com>
**Sent:** Thursday, May 30, 2019 5:35 PM
**To:** Leoni, Rob <rleoni@mslde.com>; Balefsky, Lee <lee.balefsky@klinespecter.com>; Safier, Regan S. <regan.safier@klinespecter.com>; Robertson, Elia <elia.robertson@klinespecter.com>; rob.leoni@klinespecter.com
**Cc:** Ritch Rocks, Heather A. <hritchrocks@reedsmith.com>; Chadick, Stephanie Q <SChadick@reedsmith.com>
**Subject:** Gluhic-Popovic v. AMS

Good Afternoon.  Please find Defense Expert Disclosures and Reports in this matter.

Thanks
Kyle


**Kyle McCloskey**
**Senior Paralegal**
+1-215-851-8243
kmccloskey@reedsmith.com

Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA  19103
+1 215 851 8100
Fax +1 215 851 1420


* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

## Amy Eskin

| | |
|---|---|
| **From:** | Amy Eskin |
| **Sent:** | Thursday, June 6, 2019 7:12 AM |
| **To:** | 'Loerch, Kristen' |
| **Cc:** | Safier, Regan S.; Robertson, Elia; Coney, Lori |
| **Subject:** | RE: AMS DE |

Ok – I can get you the general depositions as MDL Leadership handled those. The motions as to Becker were filed in the Serrano case (I think I sent you the case number already?) I can try to find some of the lawyers who had the others like Juma as case specific experts. Is that what you are looking for? Im sorry if I am not understanding your question, maybe we should talk on the phone rather than by email. You can call my cell today if you lie ▮▮▮▮▮▮



**SCHNEIDER  WALLACE
COTTRELL  KONECKY
WOTKYNS** LLP

**Amy Eskin**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Direct line: (510) 740-2936
Telephone: (415) 421-7100
Toll Free:   (800) 689-0024
Facsimile:   (415) 421-7105
www.schneiderwallace.com

**From:** Loerch, Kristen <kristen.loerch@klinespecter.com>
**Sent:** Thursday, June 6, 2019 3:41 AM
**To:** Amy Eskin <aeskin@schneiderwallace.com>
**Cc:** Loerch, Kristen <kristen.loerch@klinespecter.com>; Safier, Regan S. <regan.safier@klinespecter.com>; Robertson, Elia <elia.robertson@klinespecter.com>; Coney, Lori <lori.coney@klinespecter.com>
**Subject:** RE: AMS DE

Morning Amy. You indicate below that you  'left the case specific depositions to case counsel and MDL leader ship handled the general expert depositions and Daubert motions.' It sure would be nice to get my hands on the motions and other general expert depositions. It would also be nice to get that list serve that you started for all AMS counsel. I could use the benefit of everyone's wisdom.

**From:** Amy Eskin <aeskin@schneiderwallace.com>
**Sent:** Wednesday, June 5, 2019 8:42 PM
**To:** Loerch, Kristen <kristen.loerch@klinespecter.com>
**Subject:** Re: AMS DE

It looked like two letter Ts on my iPhone sorry.
I don't know what you mean by put me in touch with MDL leader ship ?

Amy Eskin

1

Schneider Wallace
Direct: (510) 740-2936

On Jun 5, 2019, at 5:38 PM, Loerch, Kristen <kristen.loerch@klinespecter.com> wrote:

> Thank you Amy – I appreciate your help very much! Can you put me in touch with MDL leadership?
> Perhaps they can help me get a hold of the other transcripts and motions. PS –TT Is the symbol for
> plaintiff don't you remember it from last school? Old habits die hard for me I guess!

> On Jun 5, 2019, at 8:23 PM, Amy Eskin <aeskin@schneiderwallace.com> wrote:

>> Kristen: thanks for your email.  Let me start by saying that it looks like all of the reports
>> you attached from Dr. Juma and Dr. Fagan and others (except Becker, Coad Kozak,
>> Badylak and Goldberg) are case specific reports.
>> I am sure that these cs experts were used as case specific experts in other waves but I
>> really have no way of knowing in which cases they were used because we left the case
>> specific depositions to case counsel and MDL leader ship handled the general expert
>> depositions and Daubert motions.
>> With respect to the general experts the only report I know from Dr. Kozak as a general
>> expert is the one that Bryan and Dan Thornburg deposed him on in the MDL which I
>> believe was sent to you. I would suggest that you compare the case specific report you
>> got in your two cases from Kozak with that one.
>> The MDL did not disclose an expert on the rationale for an MSDS; the MSDS story in the
>> AMS MDL is quite different than the MSDS story in say the Boston scientific MDL
>> And  although I haven't read Dr. Goldberg's report very closely I'm not even sure it's the
>> proper subject of expert testimony anyway. Finally I'm not sure what you mean by "TT
>> expert" In this regard.
>> Finally let me give some thought to the question you raise about Dr. Parisian. Dr. Becker
>> was deposed in 2013 regarding her opinions and we filed a Daubert motion but judge
>> Goodwin did not rule on it.  Subsequently as you know Judge goodwin ruled that FDA
>> testimony was inadmissible and the fourth circuit affirmed.
>> I understand that Judge Johnston has ruled that this evidence will be admissible in
>> Delaware. I will give some thought to your question and circle back with you.
>> Thanks


>> Amy Eskin


>> Schneider Wallace
>> Direct: (510) 740-2936

>> On Jun 3, 2019, at 9:36 AM, Loerch, Kristen <kristen.loerch@klinespecter.com> wrote:

>>> HI Amy, Ed and Fidelma. We received AMS reports in our two cases:
>>> Clark (elevate; mini-sling) and Gluhic Popovic (monarc). We are trying
>>> to figure out if the Kozak report dated 3/22/19 contains anything new
>>> but have nothing to compare it to. Ques: Can you please send to me all
>>> Kozak reports produced to date. There is a report from Goldberg dated
>>> 5/28/19 re: intended use of MSDS. This looks new. But I am not sure if

there is anything we are missing. <u>Ques:</u> Is it new and which TT expert would be used to rebut? I don't recall an expert that fits that bill.  There is a new report from **Becker** dated 5/30/19.  <u>Ques:</u> Is there an expert who will can rebut Becker? Parisian is retired and will not help.  I will send you the reports in the next 2 emails. Thank you. Kristen

Kristen Loerch Sipala, Esquire
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
215-772-1000
Direct Dial:  215-772-0424
Fax: 215-735-0937

# Exhibit 1-J

**From:**       Andrew N. Faes <afaes@wcllp.com>
**Sent:**       Monday, June 17, 2019 12:38 PM
**To:**         'Pasquarello, Philip'; Jeff Kuntz
**Cc:**         Cindy McGaughey
**Subject:**    RE: Salil Khandwala

Khandawala outline & docs

https://wcllp.box.com/█████████████████████████████

"commercial"

https://wcllp.box.com/█████████████████████████

---

**From:** Pasquarello, Philip [mailto:philip.pasquarello@klinespecter.com]
**Sent:** Monday, June 17, 2019 11:29 AM
**To:** Jeff Kuntz
**Cc:** Andrew N. Faes; Cindy McGaughey
**Subject:** Re: Salil Khandwala

Thank you all so much.

---

**From:** Jeff Kuntz <jkuntz@wcllp.com>
**Sent:** Monday, June 17, 2019 10:58:22 AM
**To:** Pasquarello, Philip
**Cc:** Andrew N. Faes; Cindy McGaughey
**Subject:** RE: Salil Khandwala

Thanks. No problem. Andy/Cindy—send Philip the folder on Khandwala with the video. Andy, send our final cross outlines and all the stuff.   Good luck.

---

**From:** Pasquarello, Philip [mailto:philip.pasquarello@klinespecter.com]
**Sent:** Monday, June 17, 2019 9:51 AM
**To:** Jeff Kuntz
**Subject:** Salil Khandwala

Jeff,

My name is Philip Pasquarello and I am an attorney at Kline and Specter in Philadelphia.  I am currently trying a Prolift case and Salil Khandwala is the general expert for Ethicon.  I read the transcript of your cross

1

examination in Kaiser (which was excellent) and was wondering where I might obtain the video from the commercial that Dr. Khandwala appeared in for Ethicon in 2007. I appreciate any assistance you can provide.

Phil

**Philip M. Pasquarello, Esq.**

**Kline & Specter, P.C.**

**1525 Locust Street, 19th Floor**

**Philadelphia, PA 19102**

**215.772.1364 (Direct Dial)**

**philip.pasquarello@klinespecter.com**

# Exhibit 1-K

**Amy Eskin**

| | |
|---|---|
| **From:** | Loerch, Kristen <kristen.loerch@klinespecter.com> |
| **Sent:** | Tuesday, June 18, 2019 1:18 PM |
| **To:** | Amy Eskin; Loerch, Kristen; Robertson, Elia; Safier, Regan S.; Coney, Lori |
| **Subject:** | AMS DE |

Hey there Amy! How are you ? Trying to locate the previously done dep cuts for trial. I see on the drop box you sent a folder called CORPORATE DEPOSITIONS > Annotated transcripts for sling trial cuts. It looks like there are dep cuts there. Are there other dep cuts for the POP products by chance? Thanks. Kristen

**Kristen Loerch Sipala, Esquire**
**Kline & Specter, P.C.**
**1525 Locust Street, 19th Floor**
**Philadelphia, PA 19102**
**215-772-1000**
**Direct Dial: 215-772-0424**
**Fax: 215-735-0937**

1

# Exhibit 1-L

**From:** Loerch, Kristen <kristen.loerch@klinespecter.com>
**Sent:** Thursday, June 20, 2019 9:14 AM
**To:** Jeff Kuntz <jkuntz@wcllp.com>; Tom P. Cartmell <tcartmell@wcllp.com>; Nate Jones
<njones@wcllp.com>; Diane K. Watkins <dwatkins@wcllp.com>; Safier, Regan S.
<regan.safier@klinespecter.com>; Robertson, Elia <elia.robertson@klinespecter.com>; Coney, Lori
<lori.coney@klinespecter.com>; Leoni, Rob <rleoni@mslde.com>
**Subject:** RE: AMS DE & Hargens

Hi everyone. How are you ? Hoping you can help. Was wondering if you could send your responses and MOLS to the Motions filed in Hargens against Guelcher; Iakovlev; Mays; Rosi. I sure would appreciate it. Thanks! Kristen

Kristen Loerch Sipala, Esquire
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
215-772-1000
Direct Dial: 215-772-0424
Fax: 215-735-0937

# Exhibit 1-M

**Amy Eskin**

| | |
|---|---|
| **From:** | Amy Eskin |
| **Sent:** | Tuesday, June 25, 2019 2:00 PM |
| **To:** | Loerch, Kristen |
| **Subject:** | RE: AMS DE |
| **Attachments:** | 092618dostergard (2).pdf |

 SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

**Amy Eskin**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main: (415) 421-7100
Direct Dial: (510) 740-2936
Fax: (415) 421-7105
www.schneiderwallace.com

**From:** Loerch, Kristen [mailto:kristen.loerch@klinespecter.com]
**Sent:** Tuesday, June 25, 2019 7:44 AM
**To:** Amy Eskin <aeskin@schneiderwallace.com>
**Cc:** Loerch, Kristen <kristen.loerch@klinespecter.com>
**Subject:** RE: AMS DE

Wonderful and thank you!

**From:** Amy Eskin <aeskin@schneiderwallace.com>
**Sent:** Tuesday, June 25, 2019 10:39 AM
**To:** Loerch, Kristen <kristen.loerch@klinespecter.com>
**Subject:** Re: AMS DE

You figured it out
Yes the wave list
I found one depo
I will send shortly

Amy Eskin

Schneider Wallace
Direct: (510) 740-2936

On Jun 25, 2019, at 6:20 AM, Loerch, Kristen <kristen.loerch@klinespecter.com> wrote:

> Hello everyone. Amy Eskin was kind enough to provide your contact info. Our Firm is actively pursuing
> cases against AMS in Delaware state court. We try the first case in December.  We are looking for

1

transcripts and are hoping you could send our way any transcripts you have on Dr. Osterguard
- particularly those taken in any AMS case. Thanks very much. Kristen

Kristen Loerch Sipala, Esquire
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
215-772-1000
Direct Dial: 215-772-0424
Fax: 215-735-0937

# Exhibit 1-N

## Karen Schroeder

| | |
|---|---|
| **From:** | Karen Schroeder |
| **Sent:** | Tuesday, August 27, 2019 3:47 PM |
| **To:** | Riley Burnett |
| **Subject:** | FW: General expert deposition of Dr. Bruce Rosenzweig |

**From:** Karen Schroeder
**Sent:** Friday, June 28, 2019 2:43 PM
**To:** Goodall, Jonathan <jonathan.goodall@klinespecter.com>
**Subject:** RE: General expert deposition of Dr. Bruce Rosenzweig

I will invite you to the dropbox link.

Karen

**From:** Goodall, Jonathan <jonathan.goodall@klinespecter.com>
**Sent:** Friday, June 28, 2019 2:01 PM
**To:** Karen Schroeder <Karen.Schroeder@rburnettlaw.com>
**Subject:** General expert deposition of Dr. Bruce Rosenzweig

Please forward a copy of Dr. Rosenzweig's general expert deposition taken for the Coloplast MDL in late April.

Thank you,

Jon Goodall, Esq.
Kline & Specter, P.C.

# Exhibit 1-O

**Karen Schroeder**

| | |
|---|---|
| **From:** | Karen Schroeder |
| **Sent:** | Tuesday, August 27, 2019 2:54 PM |
| **To:** | Riley Burnett |
| **Subject:** | Fwd: Recent depositions |

Karen Beyea-Schroeder

**From:** Karen Schroeder
**Sent:** Wednesday, August 14, 2019 3:22:36 PM
**To:** Goodall, Jonathan <jonathan.goodall@klinespecter.com>
**Subject:** RE: Recent depositions

Same dropboxes. All experts are in the one. All employee transcripts are also in the other.

**From:** Goodall, Jonathan <jonathan.goodall@klinespecter.com>
**Sent:** Wednesday, August 14, 2019 2:51 PM
**To:** Karen Schroeder <Karen.Schroeder@rburnettlaw.com>
**Subject:** Recent depositions

I was wondering if any transcripts of Coloplast employees or experts have come in since your last Dropbox of 6.28.19?

Thank you,

Jon Goodall, Esq.
Kline & Specter, P.C.

1

# Exhibit 1-P

**Karen Schroeder**

| | |
|---|---|
| **From:** | Karen Schroeder |
| **Sent:** | Tuesday, August 27, 2019 2:53 PM |
| **To:** | Riley Burnett |
| **Subject:** | Fwd: Cloud Nine access |

Karen Beyea-Schroeder

**From:** Kyle Taylor <ktaylor@cloudnine.com>
**Sent:** Thursday, August 15, 2019 12:31:19 PM
**To:** Karen Schroeder <Karen.Schroeder@rburnettlaw.com>; Goodall, Jonathan <jonathan.goodall@klinespecter.com>
**Subject:** RE: Cloud Nine access

Hi Jonathan,

You have been enrolled in the MDL database. I noticed that you already have a CloudNine account so the database will be available the next time you log in. Please let me know if you have any trouble accessing the database.

Thanks,
**Kyle Taylor**
**Direct:** 713.814.9016 | **Mobile:** 480.282.0415
CloudNine | cloudnine.com/support

This communication (including any attachments) is intended for the use of the intended recipient(s) only and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Karen Schroeder <Karen.Schroeder@rburnettlaw.com>
**Sent:** Thursday, August 15, 2019 9:04 AM
**To:** Goodall, Jonathan <jonathan.goodall@klinespecter.com>
**Cc:** Kyle Taylor <ktaylor@cloudnine.com>; Kyle Taylor <ktaylor@cloudnine.com>
**Subject:** Re: Cloud Nine access

*** External Email ***
Kyle

Can you please get Jonathan access?

Thanks

Karen Beyea-Schroeder

**From:** Goodall, Jonathan <jonathan.goodall@klinespecter.com>
**Sent:** Thursday, August 15, 2019 10:57:13 AM
**To:** Karen Schroeder <Karen.Schroeder@rburnettlaw.com>
**Subject:** Cloud Nine access

How does Kline & Specter go about regaining access to the MDL 2387 docs on Cloud Nine? I've signed the PTO already -just need to know instructions on regaining access.

Thank you,

Jon Goodall, Esq.
Kline & Specter, P.C.

# Exhibit 1-Q

**Karen Schroeder**

| | |
|---|---|
| **From:** | Karen Schroeder |
| **Sent:** | Wednesday, August 28, 2019 12:49 PM |
| **To:** | Riley Burnett |
| **Subject:** | FW: Recent depositions |

**From:** Goodall, Jonathan <jonathan.goodall@klinespecter.com>
**Sent:** Wednesday, August 28, 2019 12:48 PM
**To:** Karen Schroeder <Karen.Schroeder@rburnettlaw.com>
**Cc:** Gomez, Christopher <chris.gomez@klinespecter.com>
**Subject:** RE: Recent depositions

Much obliged!

**From:** Karen Schroeder <Karen.Schroeder@rburnettlaw.com>
**Sent:** Wednesday, August 28, 2019 1:46 PM
**To:** Goodall, Jonathan <jonathan.goodall@klinespecter.com>
**Cc:** Gomez, Christopher <chris.gomez@klinespecter.com>
**Subject:** RE: Recent depositions

Do you still have access the to dropbox as I do put them all in there. We don't have Looms and Aagaard yet as we only took those Friday and Monday.

Here is the link again:

https://www.dropbox.com/█████████████████████

This has all of the hot docs, depositions, etc.

Karen

**From:** Goodall, Jonathan <jonathan.goodall@klinespecter.com>
**Sent:** Wednesday, August 28, 2019 12:39 PM
**To:** Karen Schroeder <Karen.Schroeder@rburnettlaw.com>
**Cc:** Gomez, Christopher <chris.gomez@klinespecter.com>
**Subject:** Recent depositions

Can you pass along the recent deposition transcripts of Hovard and Looms, and any other deps taken since you sent me the last tranche of deps?

Thank you,

Jon Goodall, Esq.
Kline & Specter, P.C.

1