FILED: August 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1943 (L)
(2:10-md-02187)

_____

In re: C.R. BARD, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

       Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

       Appellee

_____

No. 19-1944
(2:12-md-02325)

_____

In re: AMERICAN MEDICAL SYSTEMS, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

       Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

_____

No. 19-1945
(2:12-md-02326)

_____

In re: BOSTON SCIENTIFIC CORPORATION, Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

    Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

_____

No. 19-1947
(2:12-md-02327)

_____

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

      Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1948
(2:12-md-02387)
_____

In re: COLOPLAST CORP., Pelvic Support System Products Liability Litigation

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

      Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1949
(2:13-md-02440)
_____

In re: COOK MEDICAL, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

      Appellant

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1950
(2:14-md-02511)

_____

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

      Appellant

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

O R D E R

_____

The court consolidates Case No. 19-1943 and Case Nos. 19-1944, 19-1945, 19-1947, 19-1948, 19-1949 and 19-1950. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk