# Exhibit C

Bruce S. Kahn, M.D.

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

 3                     CHARLESTON DIVISION

 4

 5   IN RE: ETHICON INC., PELVIC  )    Master File No.
                                         2:12-MD-02327
 6   REPAIR SYSTEM PRODUCTS       )    MDL No. 2327

 7   LIABILITY LITIGATION         )    JOSEPH R. GOODWIN
                                         U.S. DISTRICT JUDGE
 8

 9   THIS DOCUMENT RELATES TO     )

10   ALL WAVE 11 DEFENDANTS AND   )

11   SUBSEQUENT WAVE CASES AND    )

12   PLAINTIFFS                   )

13   _____ )

14

15

16      VIDEOTAPED DEPOSITION OF BRUCE S. KAHN, M.D.

17                   SAN DIEGO, CALIFORNIA

18                 THURSDAY, AUGUST 1, 2019

19                       11:04 A.M.

20

21

22

23

24   Reported by: Leslie A. Todd, CSR 5129
```

 1      A    Yes.

 2      Q    "The risks associated with the use of the
 3   TVT device are present with other stress
 4   incontinence surgeries, such as the Burch procedure
 5   or autologous -- autologous fascial sling
 6   procedures."

 7           Did I read that right?

 8      A    Yes.

 9      Q    The next sentence:  "The risk of mesh
10   exposure or erosion is arguably unique to mesh-based
11   surgeries, but suture exposures or graft exposures
12   can occur with non-mesh-based procedures too."

13           Did I read that right?

14      A    Yes.

15      Q    Why are -- why is mesh exposure or
16   mesh erosion arguably unique to mesh-based
17   surgeries?

18      A    It -- because it's mesh.  You know,
19   mesh -- when you talk about a mesh exposure, it's
20   mesh.  But you're correct, and it's -- exposures can
21   happen of other slings, and I was differentiating out
22   synthetic mesh, which is -- you can have exposure of
23   an autologous graft for sure.

24           So mesh -- you know, synthetic mesh

Bruce S. Kahn, M.D.

1  erosion is unique.  That's all I was -- there's
2  nothing -- there's nothing deep there.  Simply that
3  it's mesh that's unique to it, but you can have
4  exposures of other things too.
5       Q    Or a suture?
6       A    A suture, yeah.
7       Q    Does the -- in your mind, does the risk
8  of a suture exposure present the same concern as the
9  risk of a TVT mesh exposure?
10      A    Regarding what concerns?  I mean --
11      Q    Meaning are they -- is an exposure of a
12 suture as significant as a exposure of a TVT
13 product?
14      A    Yeah, I had one happen actually, a suture
15 exposure, a Prolene suture -- mesh exposure after
16 a sacro- -- it was not too long ago actually.  So a
17 procedure called a sacrospinous ligament fixation.
18 It's a prolapse procedure.  And had a woman who had
19 an exposure of her suture, and we had to go back and,
20 you know, basically had to take that suture out.  And
21 it's the same sort of thing.  So...
22           MR. KOOPMANN:  Your time is up, Counsel.
23           MR. CLINTON:  There we go.  All right.
24           THE VIDEOGRAPHER:  Okay.