## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2327

## ORDER

Pending is Lana C. Keeton's Motion for Recusal of Judge Joseph R. Goodwin, filed August 23, 2019. [ECF No. 8580]. The court finds that the Motion is entirely without merit and **ORDERS** that the same is **DENIED**.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 11, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE