FILED: September 23, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1849 (L)
(2:10-md-02187)

_____

In re: C. R. BARD, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

      Appellants

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1850
(2:12-md-02325)

_____

In re: AMERICAN MEDICAL SYSTEMS, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

      Appellants

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

 Appellee

_____

No. 19-1851
(2:12-md-02326)
_____

In re: BOSTON SCIENTIFIC CORPORATION, Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

 Appellants

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

 Appellee

_____

No. 19-1853
(2:12-md-02327)
_____

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

 Appellants

v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

------------------

No. 19-1855
(2:12-md-02387)

------------------

In re: COLOPLAST CORP., Pelvic Support Systems Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

    Appellants

v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

------------------

No. 19-1856
(2:13-md-02440)

------------------

In re: COOK MEDICAL INC., Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

    Appellants

   v.

COMMON BENEFIT FEE AND COST COMMITTEE

       Appellee

_____

No. 19-1857
(2:14-md-02511)

_____

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

       Appellants

   v.

COMMON BENEFIT FEE AND COST COMMITTEE

       Appellee

_____

No. 19-1892
(2:12-md-02327)

_____

In re: ETHICON, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

BERNSTEIN LIEBHARD LLP

Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

Appellee

_____

O R D E R

_____

Upon review of submissions relative to the motions to dismiss and the motion for stay pending appeal, the Court grants the motions to dismiss and denies the motion for stay pending appeal.

Entered at the direction of Judge Agee with the concurrence of Judge King and Judge Diaz.

For the Court

/s/ Patricia S. Connor, Clerk