FILED: September 23, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1849 (L)
(2:10-md-02187)

_____

In re: C. R. BARD, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

      Appellants

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1850
(2:12-md-02325)

_____

In re: AMERICAN MEDICAL SYSTEMS, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

      Appellants

v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

———————————

No. 19-1851
(2:12-md-02326)

———————————

In re: BOSTON SCIENTIFIC CORPORATION, Pelvic Repair System Products Liability Litigation

------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

      Appellants

v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

———————————

No. 19-1853
(2:12-md-02327)

———————————

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

        Appellants

v.

COMMON BENEFIT FEE AND COST COMMITTEE

        Appellee

_____

No. 19-1855
(2:12-md-02387)
_____

In re: COLOPLAST CORP., Pelvic Support Systems Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

        Appellants

v.

COMMON BENEFIT FEE AND COST COMMITTEE

        Appellee

_____

No. 19-1856
(2:13-md-02440)
_____

In re: COOK MEDICAL INC., Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

   Appellants

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

   Appellee

_____

No. 19-1857
(2:14-md-02511)
_____

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

   Appellants

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

   Appellee

_____

No. 19-1892
(2:12-md-02327)
_____

In re: ETHICON, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

BERNSTEIN LIEBHARD LLP

    Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

_____

J U D G M E N T

_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                        /s/ PATRICIA S. CONNOR, CLERK