# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
    PELVIC REPAIR SYSTEMS
      PRODUCTS LIABILITY LITIGATION             MDL NO. 2327

---

THIS DOCUMENT RELATES TO

MILDRED KLOESS,

                      Plaintiff,

v.                                           Civil Action No. 2:13-cv-27362

ETHICON, INC.,
ETHICON, LLC
JOHNSON & JOHNSON,

                      Defendants.

## ORDER TO DISMISS DEFENDANTS WITHOUT PREJUDICE
## (PURSUANT TO PTO NO. 293 AS AMENDED BY PTO NO. 298 – NON-REVISION GYNECARE PRODUCTS)

Pursuant to Pretrial Order No. 293 as Amended by PTO No. 298 (hereinafter collectively referred to as the "Non-Revision PTOs"), the plaintiff has agreed to dismiss Ethicon, Inc., Johnson & Johnson and Ethicon, LLC[1] (hereinafter referred to as the "Ethicon defendants") without prejudice. The plaintiff has filed an Election Form electing to "[d]ismiss [their] presently pending

---

[1] As used herein, "Ethicon Defendants" refers collectively to Johnson & Johnson, Ethicon LLC, Ethicon, Inc., as well as any of its former or present parent companies, subsidiaries, affiliated companies, directors, officers, design surgeons, employees, distributors, detail representatives named in an action pending in MDL No. 2327.

case without prejudice subject to the waiver provisions" in the Non-Revision PTOs.  **Dismissal without prejudice applies to the Ethicon defendants only.**

The court **ORDERS** that the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** pursuant to the provisions of the Non-Revision PTOs and, because the Ethicon defendants are the only remaining defendants, the case is **STRICKEN** from the active docket.

The court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2327 and in this civil action, and to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 24, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE