# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

In re: ETHICON, INC.
PELVIC REPAIR SYSTEM                                                MDL: 2327
PRODUCTS LIABILITY LITIGATION

This Document Relates to All Cases

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Plaintiffs move to have the following attorneys withdrawn as counsel in MDL 2327 and all affected member cases related to MDL 2327, as listed on the attached Exhibit A:

- Christina A. Humphrey
- Marcus J. Bradley
- Kiley L. Grombacher
- Craig S. Pynes

These attorneys are no longer associated as attorneys with Marlin & Saltzman, LLP.  Attorneys at Marlin & Saltzman, LLP, including Alan S. Lazar, will continue to represent Plaintiffs in this MDL.

Respectfully submitted,

 s/ Alan S. Lazar
Alan S. Lazar
Marlin & Saltzman, LLP
29800 Agoura Road, Suite 210
Agoura Hills, CA  91301
Telephone:  (818) 991-8080
Facsimile:   (818) 991-8081
alazar@marlinsaltzman.com

# EXHIBIT A

|   | Case No. | Name |
|---|---|---|
| 1 | 2:12-cv-09496 | Baker v. Ethicon, Inc. et al. |
| 2 | 2:13-cv-14886 | Boomhower et al. v. Ethicon, Inc. et al. |
| 3 | 2:13-cv-01947 | Britt et al. v. Ethicon, Inc. et al. |
| 4 | 2:14-cv-00386 | Brown v. Ethicon, Inc. et al. |
| 5 | 2:13-cv-19305 | Buchholz v. Ethicon, Inc. et al. |
| 6 | 2:13-cv-01937 | Bush et al. v. Ethicon, Inc. et al. |
| 7 | 2:13-cv-11240 | Chavez et al. v. Ethicon, Inc. et al. |
| 8 | 2:13-cv-19299 | Crowe v. Ethicon, Inc. et al. |
| 9 | 2:13-cv-19143 | Dealba et al. v. Ethicon, Inc. et al. |
| 10 | 2:14-cv-14081 | Epstein-Clark et al. v. Ethicon, Inc. et al. |
| 11 | 2:14-cv-29513 | Frietze et al. v. Ethicon, Inc. et al. |
| 12 | 2:13-cv-01942 | Garcia et al. v. Ethicon, Inc. et al. |
| 13 | 2:13-cv-04844 | Gonzalez et al. v. Ethicon, Inc. et al. |
| 14 | 2:13-cv-20166 | Greenwell v. Ethicon, Inc. et al. |
| 15 | 2:13-cv-28247 | Grundel et al. v. Ethicon, Inc. et al. |
| 16 | 2:13-cv-04826 | Gurrola et al. v. Ethicon, Inc. et al. |
| 17 | 2:13-cv-19177 | Hagler et al. v. Ethicon, Inc. et al. |
| 18 | 2:14-cv-21296 | Haymart et al. v. Ethicon, Inc. et al. |
| 19 | 2:14-cv-18418 | Henderson et al. v. Ethicon, Inc. et al. |
| 20 | 2:12-cv-05839 | Hervey et al. v. Ethicon, Inc., et al. |
| 21 | 2:12-cv-07873 | Hogge et al. v. Ethicon, Inc. et al. |
| 22 | 2:12-cv-09490 | Marston et al. v. Ethicon, Inc. et al. |
| 23 | 2:14-cv-00354 | Martin v. Ethicon, Inc. et al. |
| 24 | 2:13-cv-10804 | Martinez et al. v. Ethicon, Inc. et al. |
| 25 | 2:13-cv-14913 | Mattox v. Ethicon, Inc. et al. |
| 26 | 2:15-cv-14436 | Mejia et al. v. Ethicon, Inc. et al. |
| 27 | 2:14-cv-27841 | Miller et al. v. Ethicon, Inc. et al. |

| 28 | 2:13-cv-01950 | Morreira v. Ethicon, Inc. et al. |
|----|---------------|----------------------------------|
| 29 | 2:12-cv-09486 | Postil v. Ethicon, Inc. et al. |
| 30 | 2:14-cv-14089 | Reyna et al. v. Ethicon, Inc. et al. |
| 31 | 2:15-cv-14756 | Reynolds v. Ethicon, Inc. et al. |
| 32 | 2:14-cv-14097 | Rocha v. Ethicon, Inc. |
| 33 | 2:15-cv-07505 | Sexton et al. v. Ethicon, Inc. et al. |
| 34 | 2:13-cv-20168 | Siefkas et al. v. Ethicon, Inc. et al. |
| 35 | 2:14-cv-14101 | Solano et al. v. Ethicon, Inc. et al. |
| 36 | 2:13-cv-19313 | Stricklin et al. v. Ethicon, Inc. et al. |
| 37 | 2:14-cv-21299 | Tidler et al. v. Ethicon, Inc. et al. |
| 38 | 2:14-cv-00374 | Vasquez v. Ethicon, Inc. et al. |
| 39 | 2:14-cv-01060 | Vigil et al. v. Ethicon, Inc. et al. |