# Exhibit "2"



BLASINGAME • BURCH • GARRARD & ASHLEY, P.C.
Attorneys at Law

W. SEABORN ASHLEY 1947–2001
J. RALPH BEAIRD 1925–2014
GARY B. BLASINGAME of counsel
E. DAVISON BURCH of counsel
LEANNA B. PITTARD of counsel
HENRY G. GARRARD III
ANDREW J. HILL III
THOMAS H. ROGERS JR.
MICHAEL A. MORRIS
JAMES B. MATTHEWS III
RICHARD W. SCHMIDT
EVAN W. JONES
GEORGE W. BROWN III
DAVID A. DISMUKE
MOLLY K. TALLEY
JOSH B. WAGES
ROBERT S. HUESTIS
THOMAS F. HOLLINGSWORTH III
ALVIN L. BRIDGES
LEE S. ATKINSON
MICHAEL RUPPERSBURG
PATRICK H. GARRARD
SARA E. SCHRAMM
THOMAS J. JEFFORDS
HALEY C. ROBISON
ALEXANDRA K. HUGHES

P.O. Box 832
Athens, Georgia 30603
440 College Avenue, Suite 320
Athens, Georgia 30601
Phone 706.354.4000
Fax 706.353.0673

1021 Parkside Commons, Suite 104
Greensboro, Georgia 30642
Phone 706.453.7139
Fax 706.453.7842

PLEASE REPLY TO ATHENS ADDRESS

**Henry G. Garrard, III**
**Email address: hgarrard@bbga.com**

September 26, 2019

**VIA EMAIL**
Mr. Lee B. Balefsky - Lee.Balefsky@klinespecter.com
Kline & Specter
1525 Locust Street
Philadelphia, PA 19102

Mr. William M. Gage - William.Gage@butlersnow.com
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157

Mr. Gayle Malone, Jr. - Gayle.Malone@butlersnow.com
Butler Snow LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201

Re: *Beltz, et al v. Ethicon*, Philadelphia Court of Common pleas, June Term, 2013, Case No. 03835

Dear Lee, William and Gayle :

On behalf of the Executive Committee in the Ethicon pelvic mesh MDL (MDL 2327) and as Chairman of the FCC, I am in receipt of a letter dated September 13, 2019 from Lee B. Balefsky on behalf of Kline & Specter informing us that Kline & Specter and Ethicon have not paid the 5% assessment into the Common Benefit when the Judgment in the *Beltz* case was satisfied by Ethicon. According to the letter $138,217.17 was not paid into the Common Benefit Fund but was instead placed into an escrow account controlled by Kline and Spector. This non-payment of the Court-ordered 5% assessment into the Common Benefit Fund is in violation of Ethicon PTO's 62 and 134.

Please pay this money into the Common benefit Fund within five (5) business days from the date of this letter and notify me in writing that it has been paid. If the assessment is not paid within that time, we will be forced to make a motion in the District Court against both Kline & Specter and Ethicon to enforce payment of the funds pursuant to the terms of the MDL Court orders.

With kindest regards, I am

Very truly yours,

Henry G. Garrard, III
As Coordinating Co Lead
of all TVM MDLs and as
Chairman of the FCC