# Exhibit "3"

**KLINE & SPECTER, P.C.**
ATTORNEYS AT LAW

1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

Lee B. Balefsky, Esquire
Direct Dial (215) 772-0420

215-772-1000
800-597-9585
FAX: 215-735-0937

**Henry Garrard, Esquire**
**Blasingame Burch Garrard & Ashley, P.C.**
**440 College Avenue, Suite 320**
**Athens, GA 30601**

September 26, 2019

*RE:  5% Fee Assessment*
*Beltz, et al v. Ethicon, Phila. Court of Common Pleas, June Term 2013, Case No. 03835*

Dear Mr. Garrard:

We are in receipt of your letter dated September 26, 2019 requesting immediate payment to the Common Benefit Fund with regard to the above-captioned pelvic mesh case. As of this writing, Judge Goodwin has yet to rule on Kline & Specter's August 20, 2019 Motion to Set an End Date for Common Benefit Assessments.

A ruling on this motion would affect whether the above-named matter would be subject to the 5% common benefit fee assessment. As stated in our previous letter dated September 13, 2019, we are waiting for a ruling on this issue before making payment to the Common Benefit Fund. The money will be held in an escrow account until the motion has been ruled on.

Very truly yours,

*LEE B. BALEFSKY*

CC: William M. Gage, Esquire
     Gayle Malone, Jr., Esquire