# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                                 MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

**ORDER**
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendant Boston Scientific Corporation ("BSC") pursuant to the procedures established by Pretrial Order ("PTO") # 329. *See* PTO # 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 7576].

The BSC defendant has complied with the procedures set forth in PTO # 329, and the plaintiffs have not filed an opposition. There are no other defendants remaining in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendant's Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in the individual cases listed on the attached Exhibit A. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 4, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

|    | Civil Action No. | Case Style | ECF No. of Motion |
|----|------------------|------------|-------------------|
| 1  | 2:12-cv-00484    | Stallman, et al. v. Boston Scientific Corporation | 58 |
| 2  | 2:12-cv-01635    | Helton, et al. v. Boston Scientific Corporation | 38 |
| 3  | 2:12-cv-03044    | LaMarca, et al. v. Boston Scientific Corporation | 27 |
| 4  | 2:12-cv-04004    | Wynn, et al v. Boston Scientific Corporation | 18 |
| 5  | 2:13-cv-00007    | Osborne v. Boston Scientific Corporation | 21 |
| 6  | 2:13-cv-00222    | Fenceroy et al v. Boston Scientific Corporation | 26 |
| 7  | 2:13-cv-00826    | Timmerman v. Boston Scientific Corporation | 22 |
| 8  | 2:13-cv-01705    | Chavis v. Boston Scientific Corporation | 20 |
| 9  | 2:13-cv-03313    | Hurst, et al. v. Boston Scientific Corporation | 16 |
| 10 | 2:13-cv-05889    | Massey, et al. v. Boston Scientific Corporation | 19 |
| 11 | 2:12-cv-01568    | Wilson, et al. v Boston Scientific Corporation | 41 |
| 12 | 2:13-cv-13338    | Clay, et al. v. Boston Scientific Corporation | 23 |