FILED: October 9, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1943 (L)
(2:10-md-02187)
_____

In re: C.R. BARD, INCORPORATED, Pelvic Repair System Products Liability Litigation

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

   Appellant

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

   Appellee

_____

No. 19-1944
(2:12-md-02325)
_____

In re: AMERICAN MEDICAL SYSTEMS, INCORPORATED, Pelvic Repair System Products Liability Litigation

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

   Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

------------------

No. 19-1945
(2:12-md-02326)

------------------

In re: BOSTON SCIENTIFIC CORPORATION, Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

    Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

------------------

No. 19-1947
(2:12-md-02327)

------------------

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

    Appellant

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

   Appellee

_____

No. 19-1948
(2:12-md-02387)

_____

In re: COLOPLAST CORP., Pelvic Support System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

   Appellant

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

   Appellee

_____

No. 19-1949
(2:13-md-02440)

_____

In re: COOK MEDICAL, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

   Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

———————————

No. 19-1950
(2:14-md-02511)

———————————

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

    Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

———————————

O R D E R

———————————

    Upon review of submissions relative to the motion to dismiss, the Court grants the motion.

    Entered at the direction of Judge Agee with the concurrence of Judge King and Judge Diaz.

For the Court

/s/ Patricia S. Connor, Clerk