FILED: October 9, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 19-1943 (L)
(2:10-md-02187)

———————————

In re: C.R. BARD, INCORPORATED, Pelvic Repair System Products Liability Litigation

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

   Appellant

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

   Appellee

———————————

No. 19-1944
(2:12-md-02325)

———————————

In re: AMERICAN MEDICAL SYSTEMS, INCORPORATED, Pelvic Repair System Products Liability Litigation

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

        Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

        Appellee

_____

No. 19-1945
(2:12-md-02326)
_____

In re: BOSTON SCIENTIFIC CORPORATION, Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

        Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

        Appellee

_____

No. 19-1947
(2:12-md-02327)
_____

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

      Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1948
(2:12-md-02387)

_____

In re: COLOPLAST CORP., Pelvic Support System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

      Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1949
(2:13-md-02440)

_____

In re: COOK MEDICAL, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

      Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1950
(2:14-md-02511)
_____

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

      Appellant

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

J U D G M E N T
_____

In accordance with the decision of this court, these appeals are dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK