## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                          MDL 2327

_____

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED
EXHIBITS A-C:

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel

hereby stipulate and agree that Boston Scientific Corporation is dismissed without prejudice from

the actions listed on the attached Exhibit A, each party to bear its own costs.  These cases have no

other active defendants so these cases should be removed from the active docket.


Dated: October 11, 2019                                      Respectfully submitted,


By: */s/ Jon A. Strongman*                      By*: /s/ Michael A. Tanenbaum*
Jon A. Strongman – MO Bar #53995          Michael A. Tanenbaum
SHOOK, HARDY & BACON L.L.P.                James H. Keale
2555 Grand Boulevard                              TANENBAUM KEALE
Kansas City, Missouri 64108                       One Newark Center, 16th Floor
Telephone: 816.474.6550                           1085 Raymond Boulevard
Facsimile: 816.421.5547                            Newark, NJ 07102
Email: jstrongman@shb.com                        Telephone: 973.242.0002
                                                            Facsimile: 973.242.8099
                                                            Email: mtanenbaum@tktrial.com
**COUNSEL FOR DEFENDANT**                   Email: jkeale@tktrial.com
**BOSTON SCIENTIFIC CORPORATION**

                                                            **COUNSEL FOR DEFENDANT**
                                                            **BOSTON SCIENTIFIC CORPORATION**


4846-6163-5993 v1

By: *Bryan F. Aylstock*
Bryan F. Aylstock
AYLSTOCK WITKIN KREIS &
OVERHOLTZ
Suite 200
17 East Main Street
Pensacola, FL 32502
850/202-1010
850/916-7449 (fax)
baylstock@awkolaw.com

**COUNSEL FOR PLAINTIFF(S)**

By: *Piper L. Morrison*
Piper L. Morrison
SKIKOS CRAWFORD SKIKOS & JOSEPH
11th Floor
625 Market Street
San Francisco, CA 94015
415/546-7300
415/546-7301 (fax)
pmorrison@skikoscrawford.com

**COUNSEL FOR PLAINTIFF(S)**

By: *Seth S. Webb*
Seth S. Webb
BROWN & CROUPPEN
Suite 1600
211 North Broadway
St. Louis, MO 63102
314/421-0216
314/421-4061 (fax)
sethw@getbc.com

**COUNSEL FOR PLAINTIFF(S)**

By: *Philip Bohrer*
Philip Bohrer
BOHRER LAW FIRM
Suite B
8712 Jefferson Highway
Baton Rouge, LA 70809
225/925-5297
225/231-7000 (fax)
phil@bohrerlaw.com

**COUNSEL FOR PLAINTIFF(S)**

By: *Les Weisbrod*
Les Weisbrod
MILLER WEISBROD
Suite 300
11551 Forest Central Drive
Dallas, TX 75243
214/987-0005
214/987-2545 (fax)
lweisbrod@millerweisbrod.com

**COUNSEL FOR PLAINTIFF(S)**

4846-6163-5993 v1

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, I electronically filed the foregoing with the

Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF

participants registered to receive service in the member cases.


By: */s/ Jon A. Strongman*
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION**

4846-6163-5993 v1

## EXHIBIT A – AYLSTOCK WITKIN KREIS & OVERHOLTZ

| CASE NUMBER | CASE NAME |
|---|---|
| 14-cv-07419 | CARROTTO, Doris H. vs. Boston Scientific Corporation |
| 14-cv-07652 | CORNELL, Susan Fran vs. oston Scientific Corporation |
| 14-cv-07936 | ROGERS, Rosalie A. vs. Boston Scientific Corporation |
| 14-cv-08704 | HERNANDEZ, Elizabeth vs. Boston Scientific Corporation |
| 14-cv-09016 | BERRY, Theila Mae vs. Boston Scientific Corporation |
| 14-cv-09129 | RIEMAN, Jennifer Jane vs. Boston Scientific Corporation |

## EXHIBIT B – BOHRER LAW FIRM and SKIKOS CRAWFORD SKIKOS & JOSEPH and MILLER WEISBROD

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-33640 | LONG, Rebecca and Larry Long vs. Boston Scientific Corporation |

## EXHIBIT C – BROWN & CROUPPEN

| CASE NUMBER | CASE NAME |
|---|---|
| 16-cv-04731 | SWEENEY, Susan and Jammie Sweeney vs. Boston Scientific Corporation |

4846-6163-5993 v1