IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

---

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION

---

MDL NO. 2327

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion to Enforce Court-Ordered Common Benefit Assessment Against Kline & Specter and Ethicon, Inc. and Kline & Specter's Response thereto, it is hereby ORDERED and DECREED that the Motion is DENIED.

BY THE COURT:

_____
Joseph R. Goodwin, J.