# EXHIBIT A

## KLINE & SPECTER, P.C.
ATTORNEYS AT LAW

1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

Lee B. Balefsky, Esquire
Direct Dial (215) 772-0420

215-772-1000
800-597-9585
FAX: 215-735-0937

Henry Garrard, Esquire
Blasingame Burch Garrard & Ashley, P.C.
440 College Avenue, Suite 320
Athens, GA 30601

September 13, 2019

RE: *5% Fee Assessment*
*Beltz, et al v. Ethicon, Phila. Court of Common Pleas, June Term 2013, Case No. 03835*

Dear Mr. Garrard:

The above-captioned pelvic mesh case was tried to a jury verdict in Philadelphia County. A final judgment of $2,764,341.35 was entered and paid by Ethicon on September 9, 2019. Kline & Specter has placed 5 percent of the total ($138,217.17) in escrow pending our Motion to Set an End Date for Common Benefit Assessment filed with the Court on August 20, 2019.

Very truly yours,

LEE B. BALEFSKY

CC: William L. Carr, Esquire