FILED: October 15, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1849 (L)
(2:10-md-02187)
_____

In re: C. R. BARD, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

        Appellants

v.

COMMON BENEFIT FEE AND COST COMMITTEE

        Appellee

_____

No. 19-1850
(2:12-md-02325)
_____

In re: AMERICAN MEDICAL SYSTEMS, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

       Appellants

v.

COMMON BENEFIT FEE AND COST COMMITTEE

       Appellee

------------------------

No. 19-1851
(2:12-md-02326)

------------------------

In re: BOSTON SCIENTIFIC CORPORATION, Pelvic Repair System Products Liability Litigation

------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

       Appellants

v.

COMMON BENEFIT FEE AND COST COMMITTEE

       Appellee

------------------------

No. 19-1853
(2:12-md-02327)

------------------------

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

 Appellants

v.

COMMON BENEFIT FEE AND COST COMMITTEE

 Appellee

_____

No. 19-1855
(2:12-md-02387)
_____

In re: COLOPLAST CORP., Pelvic Support Systems Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

 Appellants

v.

COMMON BENEFIT FEE AND COST COMMITTEE

 Appellee

_____

No. 19-1856
(2:13-md-02440)
_____

In re: COOK MEDICAL INC., Pelvic Repair System Products Liability Litigation

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

      Appellants

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

------------------

No. 19-1857
(2:14-md-02511)

------------------

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

-------------------------------

ANDERSON LAW OFFICES; BENJAMIN H. ANDERSON

      Appellants

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

------------------

No. 19-1892
(2:12-md-02327)

------------------

In re: ETHICON, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

BERNSTEIN LIEBHARD LLP

    Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

    Appellee

_____

## M A N D A T E
_____

The judgment of this court, entered 09/23/2019, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*