# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBITS ATTACHED HERETO

**ORDER**

(Dismissing Defendant Boston Scientific Corporation. from Certain Cases without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 8683], is a Joint Motion to Dismiss Defendant Boston Scientific Corporation without Prejudice filed by plaintiffs, identified on the attached Exhibits A-C, and Boston Scientific Corporation. ("BSC") seeking dismissal of BSC from these actions, without prejudice, because all claims between them have been compromised and settled, including all claims, counterclaims, crossclaims and third-party claims.  There are no remaining defendants. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss BSC without Prejudice is **GRANTED** and the cases on Exhibit A are dismissed and **STRICKEN** from the active docket, and any pending motions are **DENIED as moot**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-C.

ENTER: October 15, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A – AYLSTOCK WITKIN KREIS & OVERHOLTZ

| CASE NUMBER | CASE NAME |
|---|---|
| 14-cv-07419 | CARROTTO, Doris H. vs. Boston Scientific Corporation |
| 14-cv-07652 | CORNELL, Susan Fran vs. oston Scientific Corporation |
| 14-cv-07936 | ROGERS, Rosalie A. vs. Boston Scientific Corporation |
| 14-cv-08704 | HERNANDEZ, Elizabeth vs. Boston Scientific Corporation |
| 14-cv-09016 | BERRY, Theila Mae vs. Boston Scientific Corporation |
| 14-cv-09129 | RIEMAN, Jennifer Jane vs. Boston Scientific Corporation |

**EXHIBIT B – BOHRER LAW FIRM and SKIKOS CRAWFORD SKIKOS & JOSEPH and MILLER WEISBROD**

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-33640 | LONG, Rebecca and Larry Long vs. Boston Scientific Corporation |

4846-6163-5993 v1

## EXHIBIT C – BROWN & CROUPPEN

| CASE NUMBER | CASE NAME |
|---|---|
| 16-cv-04731 | SWEENEY, Susan and Jammie Sweeney vs. Boston Scientific Corporation |

4846-6163-5993 v1