# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **MDL No. 2187** |
| **IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **MDL No. 2325** |
| **IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **MDL No. 2326** |
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **MDL No. 2327** |
| **IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **MDL No. 2387** |
| **IN RE: COOK MEDICAL, INC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | **MDL No. 2440** |
| **IN RE: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION** | **MDL No. 2511** |

*THIS DOCUMENT RELATES TO ALL CASES*
_____

## SMITH, COCHRAN & HICKS, PLLC'S REPORT AND NOTICE OF COMPLIANCE WITH THE ALLOCATION ORDER AND JUDGMENT ORDER (RE: ALLOCATION ORDER)

COMES NOW, the Court appointed accounting firm of Smith, Cochran & Hicks, PLLC, ("SCH") and makes and files this Report and Notice of Compliance with the Court's Memorandum

Opinion entered July 25, 2019 (the "Allocation Order"), and the Court's corresponding Judgement Order entered August 2, 2019 (the "Allocation Judgment").

SCH hereby reports that it disbursed the singular common benefit fund in accordance with the Allocation Order and the corresponding Allocation Judgment including the payment of expenses, assessments, and fees as awarded in the Allocation Order and the corresponding Allocation Judgment.

Dated: October 16, 2019

John S. Jenkins, CPA
Smith, Cochran & Hicks, PLLC
3510 MacCorkle Avenue SE
Charleston, WV 25304

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2019, a true and correct copy of the foregoing **SMITH, COCHRAN & HICKS, PLLC'S REPORT AND NOTICE OF COMPLIANCE WITH THE ALLOCATION ORDER AND JUDGMENT ORDER (RE: ALLOCATION ORDER)** was served *via* electronic mail with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF counsel of record.

>  */s/ Henry G. Garrard, III*
>  Henry G. Garrard, III
>  Chairman
>  The Common Benefit Fee and Cost Committee