# EXHIBIT 1

| | |
|---|---|
| **From:** | Carr, William L. <William.Carr@dbr.com> |
| **Sent:** | Thursday, September 12, 2019 11:46 AM |
| **To:** | Becker, Chip |
| **Cc:** | Alicia Hickok |
| **Subject:** | RE: Beltz |

Chip,

As Ethicon remitted the full amount of the judgment, we assume your firm will send the 5% Common Benefit Fund assessment directly to the Fund. Please send proof of payment to Valerie Moore at Butler Snow (Valerie.moore@butlersnow.com) so that Ethicon can comply with its Fund reporting obligations.

Thanks,
William

-----Original Message-----
From: Becker, Chip <chip.becker@klinespecter.com>
Sent: Tuesday, September 10, 2019 11:58 AM
To: Carr, William L. <William.Carr@dbr.com>
Subject: Beltz

We got it! Thanks William.

************************************
Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Dorothy Bolinsky, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
************************************
This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
************************************