IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
     PELVIC REPAIR SYSTEM          MDL NO. 2327
     PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

**ORDER**
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendant's Motion to Dismiss with Prejudice filed by defendant Boston Scientific Corporation ("BSC") pursuant to the procedures established by Pretrial Order ("PTO") # 302 or PTO # 329. *See* PTO ##s 302 and 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF Nos. 6020 or 7576].

The BSC defendant has complied with the procedures set forth in PTO # 302 and/or # 329, and the plaintiffs have not filed an opposition. Defendant has informed the court that no other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendant's Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 18, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

|   | Civil Action No. | Case Style | ECF No. of Motion |
|---|---|---|---|
| 1 | 2:13-cv-12837 | ANTHONY, Kay and Richard Anthony vs. Boston Scientific Corporation | 19 |
| 2 | 2:15-cv-09543 | ARNOLD, Jacqueline vs. Boston Scientific Corporation | 19 |
| 3 | 2:16-cv-07545 | AVILES, Monica vs. Boston Scientific Corporation | 14 |
| 4 | 2:14-cv-23146 | BAGGETTE, Marcy vs. Boston Scientific Corporation | 14 |
| 5 | 2:16-cv-04483 | BAKER, Daisy vs. Boston Scientific Corporation | 15 |
| 6 | 2:14-cv-03865 | BAKER, Debra and Samuel Baker vs. Boston Scientific Corporation | 16 |
| 7 | 2:15-cv-06745 | BARR-ROWE, Katharine vs. Boston Scientific Corporation | 14 |
| 8 | 2:15-cv-04484 | BARROW, Kathy vs. Boston Scientific Corporation | 17 |
| 9 | 2:15-cv-14879 | BEN, Pamela vs. Boston Scientific Corporation | 15 |
| 10 | 2:14-cv-17078 | BENNETT, Pamela and Don Bennett vs. Boston Scientific Corporation | 12 |
| 11 | 2:16-cv-02142 | BILLS, Corinna and John Bills vs. Boston Scientific Corporation | 16 |
| 12 | 2:14-cv-22546 | BLAIR, Diane vs. Boston Scientific Corporation | 14 |
| 13 | 2:14-cv-15812 | BLAIR, Shirley and James Blair vs. Boston Scientific Corporation | 15 |
| 14 | 2:14-cv-10358 | BLOMENKAMP, Colleen and Joel Blomenkamp vs. Boston Scientific Corporation | 19 |
| 15 | 2:16-cv-07101 | BORUCKI, Mary Katherine vs. Boston Scientific Corporation | 14 |
| 16 | 2:15-cv-08020 | BRAWLEY, Teresa Ann vs. Boston Scientific Corporation | 16 |
| 17 | 2:16-cv-09991 | BROTHERS, Dorothy vs. Boston Scientific Corporation | 14 |
| 18 | 2:13-cv-33527 | BUDGE, Charlotte and Donald Budge vs. Boston Scientific Corporation | 15 |
| 19 | 2:16-cv-08549 | BURDEN, Debi vs. Boston Scientific Corporation | 16 |
| 20 | 2:15-cv-08731 | BURTON, Cathy vs. Boston Scientific Corporation | 15 |
| 21 | 2:13-cv-31903 | CHRISTIAN, Kari vs. Boston Scientific Corporation | 19 |
| 22 | 2:13-cv-18573 | CLARK, Stacey vs. Boston Scientific Corporation | 18 |
| 23 | 2:14-cv-28461 | COPELAND, Patricia vs. Boston Scientific Corporation | 17 |
| 24 | 2:14-cv-20700 | CORNELISON, Lisa vs. Boston Scientific Corporation | 17 |
| 25 | 2:14-cv-23049 | DAVIS, Bonnie Jane vs. Boston Scientific Corporation | 24 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| 26 | 2:16-cv-07774 | DAVIS, Denise and Gregory Davis vs. Boston Scientific Corporation | 14 |
| 27 | 2:14-cv-00163 | DAVIS, Glenda vs. Boston Scientific Corporation | 11 |
| 28 | 2:16-cv-03563 | DREW, Kimberly vs. Boston Scientific Corporation | 17 |
| 29 | 2:15-cv-08429 | DYMERETS, Tatiana and Naum Dymerets vs. Boston Scientific Corporation | 16 |
| 30 | 2:15-cv-08245 | ENDSLEY, Laurie vs. Boston Scientific Corporation | 18 |
| 31 | 2:15-cv-09504 | EVANS, Andrea vs. Boston Scientific Corporation | 14 |
| 32 | 2:17-cv-02918 | GARZA, Ramona vs. Boston Scientific Corporation | 13 |
| 33 | 2:14-cv-11075 | GERBER, Susan and Joseph Gerber vs. Boston Scientific Corporation | 23 |
| 34 | 2:15-cv-09002 | GILLISS, Shirley vs. Boston Scientific Corporation | 14 |
| 35 | 2:15-cv-08894 | GIMENEZ, Cynthia vs. Boston Scientific Corporation | 16 |
| 36 | 2:15-cv-14901 | GOODMAN, Eunice and Danny Goodman vs. Boston Scientific Corporation | 15 |
| 37 | 2:16-cv-11506 | GUZMAN, Alicia vs. Boston Scientific Corporation | 20 |
| 38 | 2:15-cv-08492 | HALEY, Siri and Lawrence Haley vs. Boston Scientific Corporation | 17 |
| 39 | 2:16-cv-10097 | HARKEY, Mae vs. Boston Scientific Corporation | 12 |
| 40 | 2:12-cv-05714 | HARPER, Karen and Donald Harper vs. Boston Scientific Corporation | 38 |
| 41 | 2:12-cv-05706 | HARTHCOCK, Connie vs. Boston Scientific Corporation | 35 |
| 42 | 2:14-cv-12764 | HEYWOOD, Mercedes and Horace Heywood vs. Boston Scientific Corporation | 11 |
| 43 | 2:16-cv-03605 | HOLT, Sharon D. and Burns Holt vs. Boston Scientific Corporation | 15 |
| 44 | 2:15-cv-11900 | HOOKER, Deanne and John Hooker vs. Boston Scientific Corporation | 14 |
| 45 | 2:14-cv-04751 | HUFF, Margaret vs. Boston Scientific Corporation | 17 |
| 46 | 2:17-cv-00835 | HURST, Corinne vs. Boston Scientific Corporation | 14 |
| 47 | 2:14-cv-25212 | KELLER, Suzanne vs. Boston Scientific Corporation | 9 |
| 48 | 2:16-cv-12536 | KESSLER, Karyn L. vs. Boston Scientific Corporation | 17 |
| 49 | 2:13-cv-06188 | KOCH, Mary K. vs. Boston Scientific Corporation | 20 |
| 50 | 2:14-cv-00457 | KOENIGSTEIN, Willie Ruth and Gunter H. Koenigstein vs. Boston Scientific Corporation | 15 |
| 51 | 2:14-cv-12449 | LAMPEL, Joan and Frederick Lampel vs. Boston Scientific Corporation | 15 |
| 52 | 2:16-cv-11559 | LICHTEBERGER, Virginia vs. Boston Scientific Corporation | 16 |
| 53 | 2:14-cv-30588 | LONG, Shirley and Kenneth Long vs. Boston Scientific Corporation | 15 |
| 54 | 2:14-cv-17108 | LOPEZ, Mary vs. Boston Scientific Corporation | 20 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| 55 | 2:14-cv-04529 | MANCIL, Lavarie and William Mancil vs. Boston Scientific Corporation | 23 |
| 56 | 2:12-cv-03042 | MAY, Pamala and Ricky May vs. Boston Scientific Corporation | 28 |
| 57 | 2:16-cv-10727 | MAYES, Julia vs. Boston Scientific Corporation | 17 |
| 58 | 2:15-cv-04505 | MCCORMICK, Venita vs. Boston Scientific Corporation | 18 |
| 59 | 2:15-cv-09071 | MEADOWS, Elizabeth vs. Boston Scientific Corporation | 21 |
| 60 | 2:16-cv-03455 | MORRIS, Carmen vs. Boston Scientific Corporation | 17 |
| 61 | 2:13-cv-19060 | MORRISON, Christy Lynn vs. Boston Scientific Corporation | 22 |
| 62 | 2:14-cv-31487 | NICHOLS, Jean I. and Frank Nichols vs. Boston Scientific Corporation | 16 |
| 63 | 2:15-cv-12352 | PAGE, Margaret vs. Boston Scientific Corporation | 15 |
| 64 | 2:15-cv-09064 | PARKER, Connie vs. Boston Scientific Corporation | 17 |
| 65 | 2:12-cv-08165 | PARKER, Teddy J. and Larry G. Parker vs. Boston Scientific Corporation | 29 |
| 66 | 2:13-cv-33038 | PAVUK, Pamela and Stephen Pavuk vs. Boston Scientific Corporation | 16 |
| 67 | 2:13-cv-20549 | PEABODY, Brenda vs. Boston Scientific Corporation | 13 |
| 68 | 2:13-cv-29228 | PETERSON, Denise and David Peterson vs. Boston Scientific Corporation | 15 |
| 69 | 2:15-cv-05834 | PHILLIPS, Rebecca vs. Boston Scientific Corporation | 21 |
| 70 | 2:14-cv-08598 | PITTMAN, Treva vs. Boston Scientific Corporation | 15 |
| 71 | 2:13-cv-20783 | PLANT, Kathy Sue vs. Boston Scientific Corporation | 24 |
| 72 | 2:13-cv-13401 | PRIEST, Estelle vs. Boston Scientific Corporation | 18 |
| 73 | 2:13-cv-28334 | RATHBUN, Audrey vs. Boston Scientific Corporation | 15 |
| 74 | 2:13-cv-19729 | RITCHIE, Amy C. vs. Boston Scientific Corporation | 20 |
| 75 | 2:14-cv-07476 | ROBELLO, Sylvia vs. Boston Scientific Corporation | 17 |
| 76 | 2:16-cv-04999 | ROSE, Michelle vs. Boston Scientific Corporation | 18 |
| 77 | 2:14-cv-12924 | RUDICIL, Kimberly vs. Boston Scientific Corporation | 18 |
| 78 | 2:13-cv-29574 | RUSHING, Cynthia vs. Boston Scientific Corporation | 17 |
| 79 | 2:14-cv-19968 | SARVER, Kimberly O. vs. Boston Scientific Corporation | 27 |
| 80 | 2:15-cv-14133 | SCHULER, Valentine F. vs. Boston Scientific Corporation | 56 |
| 81 | 2:15-cv-14996 | SENECHAL, Connie and Glenn Senechal vs. Boston Scientific Corporation | 16 |
| 82 | 2:16-cv-09570 | SHEPHERD, Frances vs. Boston Scientific Corporation | 12 |
| 83 | 2:14-cv-17402 | SHUTER, Dorothy and William M. Shuter vs. Boston Scientific Corporation | 21 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| 84 | 2:17-cv-03843 | SHUTT, Helen A. and Steve Shutt vs. Boston Scientific Corporation | 22 |
| 85 | 2:15-cv-16280 | SLATER, Karen vs. Boston Scientific Corporation | 15 |
| 86 | 2:14-cv-13456 | SMITH, Josephine C. vs. Boston Scientific Corporation | 17 |
| 87 | 2:14-cv-12811 | ST. CLAIR, Peggy vs. Boston Scientific Corporation | 11 |
| 88 | 2:14-cv-28240 | STEPHENS, Ylonda vs. Boston Scientific Corporation | 15 |
| 89 | 2:13-cv-19070 | STOKES, Linda Joyce vs. Boston Scientific Corporation | 21 |
| 90 | 2:15-cv-08261 | STREFLING, Dawn and Michael Strefling vs. Boston Scientific Corporation | 17 |
| 91 | 2:15-cv-12686 | TERRY, Debra Jean and Michael Terry vs. Boston Scientific Corporation | 13 |
| 92 | 2:15-cv-14898 | TROMBLY, Michelle and Larry Trombly vs. Boston Scientific Corporation | 17 |
| 93 | 2:16-cv-09490 | URBANIK, Sandra vs. Boston Scientific Corporation | 14 |
| 94 | 2:14-cv-11133 | VENABLE, Kathy and Lewis Smith vs. Boston Scientific Corporation | 21 |
| 95 | 2:15-cv-02531 | WALKER, Lizabeth and Jason Walker vs. Boston Scientific Corporation | 18 |
| 96 | 2:14-cv-09223 | WHITLEY, Rebecca and Johnny Whitley vs. Boston Scientific Corporation | 19 |
| 97 | 2:14-cv-18006 | WINTER, Deborah vs. Boston Scientific Corporation | 16 |
| 98 | 2:14-cv-20360 | WOLENSKY, Barbara vs. Boston Scientific Corporation | 20 |