IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY
LITIGATION                                              MDL No. 2327
-------------------------------------------------
THIS DOCUMENT RELATES TO
ETHICON WAVE 12 CASES

### DEFENDANTS' NOTICE OF FILING JOINT VENUE RECOMMENDATIONS

Defendants Ethicon, Inc., Ethicon LLC and Johnson & Johnson hereby give notice of filing Joint Venue Recommendations for Wave 11 MDL cases.

Dated: October 18, 2019

                                                          Respectfully submitted,

                                                          */s/ William M. Gage*
                                                          William M. Gage (MS Bar #8691)
                                                          Butler Snow LLP
                                                          1020 Highland Colony Parkway
                                                          Suite 1400 (39157)
                                                          P.O. Box 6010
                                                          Ridgeland, MS 39158-6010
                                                          (601) 985-4561
                                                          william.gage@butlersnow.com

                                                          */s/ Susan M. Robinson*
                                                          Susan M. Robinson (W. Va. Bar #5169)
                                                          Thomas Combs & Spann PLLC
                                                          300 Summers Street
                                                          Suite 1380 (25301)
                                                          P.O. Box 3824
                                                          Charleston, WV 24338
                                                          (304) 414-1800
                                                          srobinson@tcspllc.com

                                                          *Counsel for the Ethicon Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY
LITIGATION                                    MDL No. 2327

\-------------------------------------------------
THIS DOCUMENT RELATES TO
ETHICON WAVE 12 CASES

| AGREED | | | |
|---|---|---|---|
| LAST NAME | FIRST NAME | CASE NUMBER | RECOMMENDATION |
| Acosta | Margaret Carolyn Moose | 2:17cv02702 | USDC Central District of California Eastern Division |
| Alford | Doris Elaine Smith | 2:13cv14009 | USDC for the Eastern District of Texas, Sherman Division |
| Amelong | Cynthia Ann Brooks McGarity | 2:13cv20784 | USDC for the Eastern District of Missouri |
| Banda | Betty J. Quinonez | 2:15cv15404 | USDC for the Western District of Texas, Austin Division |
| Barone | Deborah Lin Brown | 2:12cv06802 | USDC for the Southern District of Texas, Houston Division |
| Barrera, Deceased | Evelyn Moore | 2:13cv12057 | USDC for the Western District of Texas, San Antonio Division |
| Bauer | Danna A. Anderson | 2:14cv08564 | USDC for District of Minnesota, St. Paul Division |
| Bentley | Katie Nicole LaFaire | 2:16cv00230 | USDC for the Southern District of Illinois, Benton Division |
| Bettis | Adrea Willene Bay | 2:13cv20911 | USDC for the Western District of Missouri |
| Blake | Wendy D. | 2:17cv01896 | USDC for the District of Maine, Portland |
| Boland | Anneliese Hunt Pflueger Turner | 2:13cv32778 | USDC for the Western District of Missouri, Central Division |
| Bond | Cathy Lynn Landrum Roberts | 2:13cv10501 | USDC for the Northern District of Georgia, Gainesville Division |
| Boomhower | Paula Belleville | 2:13cv14886 | USDC Central District of California Western Division |
| Britt | Judy A. | 2:13cv01947 | USDC Central District of California Eastern Division |

3

| | | | |
|---|---|---|---|
| Brown | Paula | 2:14cv00386 | USDC Central District of California Western Division |
| Brown | Wanda Camp | 2:13cv11267 | USDC for the Northern District of Alabama, Southern Division |
| Bryant | Clara Coleen Clark | 2:16cv00231 | USDC for the Eastern District of Missouri |
| Buchholz | Diana K. Cotey Demeusy | 2:13cv19305 | USDC for the Eastern District of California Fresno Division |
| Burgoyne | Janet Louise Knotts | 2:14cv28620 | USDC for the Northern District of West Virginia, Charleston Division |
| Burke | Lora Anne Fleeman | 2:15cv12902 | USDC for the Eastern District of Tennessee, Knoxville Division |
| Burton | Rebecca Becky Jo Chaney | 2:14cv15094 | USDC for the Eastern District of Kentucky, Lexington Division |
| Bush | Teresa Terri Cobian | 2:13cv01937 | USDC for the Central District of California, Western Division |
| Carrier | Barbara Ann | 2:14cv22652 | USDC District of Maryland Northern Division |
| Carter | Tamara Lynn LeMaire Davis | 2:12cv01661 | USDC for the District Court of Nevada |
| Casey | Michelle Marie McEneny | 2:17cv04072 | USDC for the District of Colorado |
| Chavez | Maria Bertha Rodriguez | 2:13cv11240 | USDC for the Central District of California, Southern Division |
| Chockley | Bonnie Sue Stanek Hof | 2:16cv05701 | USDC for the District of Kansas, Topeka Division |
| Cloutier | Deborah Clark | 2:15cv11930 | USDC for the Central District of California, Western Division |
| Coker | Mary Lou Miller | 2:15cv11324 | USDC for the Middle District of Florida, Tampa Division |
| Cooper | Janis Marie Gilley | 2:12cv06593 | USDC of Oklahoma – Eastern District |
| Crow | Natalie Rose Porter Lawson | 2:14cv12908 | USDC for the Western District of Washington, Tacoma Division |
| Cuttrell | Judy Lynn Phillips | 2:14cv17303 | USDC for the Western District of Missouri, Springfield Division |
| Daugherty, deceased | Marie Ann Seiber | 2:13cv01325 | USDC for the Eastern District of Tennessee |
| Dealba | Circe | 2:13cv19143 | USDC for the Central District of California, Western Division or Southern Division |
| Doddato | Samantha Dawn | 2:17cv01897 | USDC for the District of Delaware |
| Dorgan | Madenna Katherine Asher Saunders | 2:12cv03159 | USDC for the Western District of Missouri |

| | | | |
|---|---|---|---|
| Duhon | Wanda J. Morris | 2:13cv13621 | USDC for the Southern District of Texas, Houston Division |
| Duncan | Michelle Renee' Hurd | 2:17cv01898 | USDC for the Middle District of Florida, Orlando Division |
| Edmonson | Rebecca and Ted | 15cv07583 (Boston Scientific) | USDC for the Western District of Missouri |
| Ekici | Gulfinaz Kara | 2:17cv01948 | USDC for the Southern District of New York |
| Ellerbee | Ovis Lee Turner | 2:15cv08276 | USDC for the Middle District of Florida, Tampa Division |
| Ellis | Margo Sloan | 2:12cv09097 | USDC for the Western District of Washington, Tacoma Division |
| England | Teresa Lynn Taylor Jefferson | 2:15cv06967 | USDC for the Middle District of Tennessee, Nashville Division |
| Epstein-Clark | Linda Louise | 2:14cv14081 | USDC for the Central District of California, Western Division |
| Fielder | Frances Marie Reznak | 2:13cv22056 | USDC for the Eastern District of Missouri |
| Foster | Kimberly Kimm Jo Fromm | 2:14cv02945 | USDC for the Western District of Missouri, Western Division |
| Francis | Nancy S. Beck | 2:17cv01949 | USDC for the Eastern District of Michigan |
| Freeman | Terri Theresa Janette Russo | 2:13cv24578 | USDC for the Central District of California, Eastern Division |
| Frietze | Nadine Marie Aguirre | 2:14cv29513 | USDC for the Central District of California, Eastern Division |
| Fryer, Deceased | Robin Lee Paine | 2:15cv04194 | USDC for the Northern District of Texas, Fort Worth Division |
| Gale | Sharon Gail Becker Silsby | 2:17cv01951 | USDC for the District of Arizona, Phoenix Division |
| Garcia | Nina June Rossetti Ortiz | 2:13cv01942 | USDC for the Eastern District of California, Fresno Division |
| Gilstrap | Patricia Ann Barwick Laughlan | 2:16cv00236 | USDC for the District of Missouri, Western Division |
| Graham | Tammy Stallings James | 2:12cv06054 | USDC for the Northern District of Georgia, Rome Division |
| Granda | Jennifer Lynn | 2:17cv01952 | USDC for the Eastern District of Missouri, St. Louis Division |
| Graves | Tina Lee Jenkins | 2:12cv07177 | USDC for the Middle District of North Carolina |
| Green | Janice Lanell Darby | 2:12cv02148 | USDC for the Eastern District of Texas, Sherman Division |
| Greenwell | Shirley A. Overton | 2:13cv20166 | USDC Central District of California Western Division |
| Grundel | Sharon L. Peek Gray Clantra | 2:13cv28247 | USDC Eastern District of California Sacramento Division |

| Gurrola | Klaudia Hernandez | 2:13cv04826 | USDC Eastern District of California Bakersfield Division |
|---|---|---|---|
| Gutierrez | Wanda Elaine Lay | 2:13cv15716 | USDC for the Eastern District of Missouri |
| Hagler | Penney June Thorpe | 2:13cv19177 | USDC for the Eastern District of California Bakersfield Division |
| Hanifl | Julie Mayabb | 2:16cv05175 | USDC for the Western District of Missouri |
| Haymart | Jennifer E. Oreb | 2:14cv21296 | USDC Eastern District of California, Sacramento Division |
| Heatherman | Christine Sharon Masson | 2:12cv09245 | USDC for the District of Colorado, Denver Division |
| Henderson | Karen Karan Lynn Lee Morrision | 2:14cv18418 | USDC for the District of Nevada, Northern Division |
| Heuerman | Rebecca Sue Wendt | 2:13cv13962 | USDC for the Southern District of Illinois |
| Hicks | Susan Lucille Hale Henschen | 2:17cv01971 | USDC for the Southern District of Ohio, Columbus Division |
| Hines | Cynthia D. Cindy Hudgins | 2:13cv04832 | USDC for the Eastern District of Missouri |
| Hogge | Vivian | 2:12cv07873 | USDC Eastern District of California, Sacramento Division |
| Hooper | Linda Faye Sherman Moses Harris Daniel | 2:13cv01686 | USDC of Tennessee – Eastern District, Chattanooga Division |
| Hughes | Sherri Lee Kilbournie Richardson | 2:13cv20904 | USDC for the Western District of North Carolina, Charlotte Division |
| Hunt | Angela Lynn Vander Clay | 2:17cv01956 | USDC for the Western District of Michigan, Grand Rapids Division |
| Jones | Elizabeth Winter Simpson | 2:16cv05286 | USDC for the Middle District of Georgia, Thomasville Division |
| Jones | Jimmie Darlene Simons | 2:13cv15410 | USDC for the Eastern District of Texas, Lufkin Division |
| Jude | Jennifer Lynn Moore | 2:13cv03084 | USDC for the Eastern District of Kentucky, Ashland Division |
| Kinard | Deborah Gail Maholm | 2:13cv09247 | USDC for the Western District of Texas, San Antonio Division |
| Kirby | Sherry Lorraine Scholes Sharman | 2:16cv00238 | USDC for the Southern District of Illinois, Benton Division |
| Kole | Kim Francis Nowell Butterfield Dauth | 2:18cv00291 | USDC for the District of Arizona |
| Longoria | Delores Orozco Cantu | 2:13cv00129 | USDC for the Middle District of Florida, Tampa Division |
| Lopez | Irma and Porfirio | 13cv16036 (Boston Scientific) | USDC for the Eastern District of California |

6

| | | | |
|---|---|---|---|
| Luckett-Epps | Seba | 2:13cv04870 | USDC for the Eastern District of Virginia |
| Luna | Patricia Emily Shattcross | 2:17cv01809 | USDC for the District of Arizona, Phoenix Division |
| Malcolm | Alicia D. Hudson Massoth | 2:15cv01630 | USDC for the Western District of Missouri, Southwestern Division |
| Mallow | Dawna Kay Davis | 2:16cv08013 | USDC New Jersey, Trenton Vicinage |
| Marston | Susan M. Guarinol Subias | 2:12cv09490 | USDC for the Western District of Washington, Seattle Division |
| Martin | Cheryl J. | 2:14cv00354 | USDC for the Central District of California, Eastern Division |
| Martin | Connie Joan Constance Holland | 2:12cv08784 | USDC for the Eastern District of Missouri |
| Martinez | Nohemi Osorio | 2:13cv10804 | USDC for the Central District of California, Western Division |
| Mason | Robin Lynn Arthur | 2:13cv20337 | USDC for the Northern District of Texas, Abilene Division |
| Mattox | Kristine Harmon McBride | 2:13cv14913 | USDC for the Eastern District of California, Sacramento Division |
| May-Weirauch | Brandi Lorain May Chambers | 2:15cv12478 | USDC for the Central District of Illinois, Peoria Division |
| McCall | Jeanette Ann Goodwin | 2:13cv32824 | USDC for the Western District of Missouri |
| McClurg | Janice Marie Park | 2:13cv22040 | USDC for the Western District of Missouri, St. Joseph Division |
| Mejia | Patricia E. Andrade | 2:15cv14436 | USDC for the Eastern District of Virginia, Newport News |
| Messina | Carol Ann Phillips | 2:17cv02851 | USDC for the Middle District of Florida, Orlando Division |
| Miller | Laura Lynn Perry | 2:13cv23376 | USDC for the District of Maryland |
| Miller | Madelien M. Hamel | 2:14cv27841 | USDC for the District of Connecticut, Hartford |
| Modesitt | Pauletta Faye Klingler | 2:17cv01612 | USDC for the District of Oregon, Portland Division |
| Moe | Debra | 2:13cv26408 | USDC for the District of Minnesota, St. Paul Division |
| Morreira | Delia Diane Martinez | 2:13cv01950 | USDC for the Eastern District of California, Sacramento Division |
| Munoz | Silvia Gonzalez | 2:17cv04361 | USDC for the Central District of California, Western Division |
| Munsterman | Linda Hoffman Jessee | 2:13cv13305 | USDC for the Central District of Illinois, Urbana |
| Murray | Lori Kristine Sanchez Mielzarek | 2:15cv07928 | USDC for the Western District of Washington, Seattle Division |

| | | | |
|---|---|---|---|
| Nelson | Linda Nell Aucoin | 2:12cv08135 | USDC for the Western District of Louisiana, Shreveport Division |
| Newman | Cynthia Diane Frances | 2:14cv24066 | USDC of Tennessee, Middle District, Nashville Division |
| Norris | Doreta Smith Wilson | 2:13cv11269 | USDC for the Northern District of Georgia, Atlanta Division |
| Nowland | Carolyn Setzekorn Schwankhaus | 2:15cv07707 | USDC for the Southern District of Illinois, Benton Division |
| Parsons | Julie Ann | 2:16cv08737 | USDC for the District of Massachusetts |
| Pelham | Sandra J. Feeman | 2:13cv08384 | USDC for the Southern District of Texas, Houston Division |
| Penn | Teresa Dee Schroder | 2:17cv01818 | USDC for the Western District of Washington, Tacoma Division |
| Perrywinkle | Rayne Kimi Hoy | 2:13cv28452 | USDC for the Middle District of Florida, Jacksonville Division |
| Phillips | Patricia Jean Power Barthel | 2:17cv01893 | USDC for the District of Minnesota, St. Paul Division |
| Pitlyk | Denise Pallardy | 2:14cv31208 | USDC for the Eastern District of Missouri, St. Louis |
| Postil | Victoria Bernadine Darner | 2:12cv09486 | USDC for the Central District of California, Eastern Division |
| Prasuhn | Debbie Debra Kay Reid King | 2:13cv22632 | USDC for the Southern District of Illinois, East St. Louis Division |
| Price | Renie Masterson | 2:16cv12548 | USDC Central District of California |
| Ratliff | Juanita Harmon | 2:15cv00541 | USDC of Tennessee, Eastern District, Northeastern Division |
| Reyna | Kathy Cano | 2:14cv14089 | USDC for the Central District of California, Western Division |
| Reynolds | Barbara A. Plesant | 2:15cv14756 | USDC for the Eastern District of Texas, Sherman Division |
| Rodriguez | Judy Arias | 2:15cv09979 | USDC for the Southern District of New York |
| Romero | Linda Jean Bernstein Lovett | 2:13cv01294 | USDC New Mexico – Albuquerque Division |
| Rondot | Charlotte Rae | 2:13cv15143 | USDC for the Northern District of Indiana, South Bend Division |
| Rothenberger | Leiann M. Weast | 2:17cv01625 | USDC of Oregon, Portland Division |
| Ruberti | Debra Lorraine Alexander Holliday | 2:13cv01463 | USDC for the Middle District of Alabama, Northern Division |
| Saylor | Barbara Lea Howard | 2:14cv18321 | USDC for the Eastern District of Kentucky |
| Savo | Jean and Steven | 12cv16436 (Boston Scientific) | USDC for the Northern District of Illinois |

| | | | |
|---|---|---|---|
| Schmitz | Kimberly Clover Julius Jones | 2:13cv16595 | USDC for the Central District of Illinois |
| Schultz | Nettie Sue Weaver Kilpatrick | 2:13cv21986 | USDC for the Northern District of Indiana, Hammond Division |
| Sexton | Chastity Dawn Minton Buckler | 2:15cv08952 | USDC for the Eastern District of Kentucky, Lexington Division |
| Sexton | Kathy Ann Harrison Marshall | 2:15cv07505 | USDC for the Southern District of Ohio, Eastern Division |
| Shea-Towers | Deborah | 2:13cv01540 | USDC for the Eastern District of Virginia, Richmond Division |
| Siefkas | Patricia Hughes Berger | 2:13cv20168 | USDC for the Eastern District of California, Bakersfield Division |
| Skinner | Brenda Diane Atwood | 2:15cv07789 | USDC for the District Court of Utah |
| Slusser | Aimee Christine | 2:13cv12013 | USDC of Kansas, Topeka Division |
| Smith | Cherita Maria | 2:13cv15670 | USDC for the Northern District of Illinois, Eastern Division |
| Smith | Tabitha Garland Zlatich | 2:13cv21957 | USDC for the Eastern District of Washington |
| Solano | Josie Ruiz | 2:14cv14101 | USDC for the Central District of California, Southern Division |
| Stratton | Margaret Longsdorf Lanigan Boone | 2:13cv10846 | USDC for the Northern District of Texas, Dallas Division |
| Hervey, deceased | Georgia | 2:12cv05839 | USDC Central District of California, Western Division |
| Tidler | Dorothy Pauline Johnson | 2:14cv21299 | USDC for the Central District of California Western Division |
| Townsend | Tamara Joan | 2:13cv26725 | USDC Nevada, Las Vegas |
| Trout | Julie A. Frisch | 2:15cv04923 | USDC for the Eastern District of Missouri, St. Louis Division |
| Tucker | Brenda Kathleen Wilson | 2:13cv16593 | USDC for the District of Kansas, Kansas City Division |
| Tucker | Dawn Marie Kahsner | 2:16cv09071 | USDC for the Eastern District of Missouri, St. Louis Division |
| Vargas | Belinda Schneip | 2:13cv15722 | USDC for the District of Arizona, Phoenix Division |
| Vasquez | Tami Lynn Redfield | 2:14cv00374 | USDC of Washington, Yakima Division |
| Vigil | Hortencia Romana Velarde | 2:14cv01060 | USDC for the Northern District of California San Francisco Division |
| Vigneau | Christine Marie Schultz Ballou | 2:17cv04364 | USDC for the Eastern District of Virginia, Richmond Division |

| | | | |
|---|---|---|---|
| Wingard | Kelly Ann | 2:13cv23113 | USDC for the Central District of Illinois, Springfield Division |
| Wolfert | Jill Schutte Brown | 2:13cv22636 | USDC for the Southern District of Illinois, Benton Division |
| Yarbrough | Suzanne Marie | 2:13cv11274 | USDC for the Southern District of Texas, Houston Division |
| Zyph | Cleo Fave Lorton | 2:16cv12024 | USDC for the District of Oregon, Pendleton Division |

| DISPUTED | | | | |
|---|---|---|---|---|
| LAST NAME | FIRST NAME | CASE NUMBER | DEFENSE RECOMMENDATION | PLAINTIFF RECOMMENDATION |
| Ashbrook | Iretta Lynn Engle | 2:13cv10672 | USDC for the Eastern District of Kentucky, London Division | USDC Eastern District of Kentucky, Lexington Division |
| Baker, Deceased | Judy Kay French | 2:12cv09496 | USDC for the Central District of California, Eastern Division | Central Dist. CA Western Division |
| Burger | Frances Dawn Thackston | 2:13cv20907 | USDC for the Middle District of North Carolina, Durham Division | USDC for the Eastern District of North Carolina |
| Burris | Tina Louise Augustus | 2:14cv24320 | USDC for the Northern District of Ohio | USDC New Jersey |
| Cameron | Angela Marcella Easter Holley | 2:13cv22420 | USDC for the Eastern District of Virginia, Norfolk Division | District of New Jersey, Trenton Division |
| Coleman | Deborah Joan Palmer | 2:13cv13630 | USDC for the Northern District of Alabama, Southern Division | USDC for the Northern District of Mississippi |
| Drake | Janet Lea Chesmore | 2:12cv08575 | USDC for the District of Nebraska | USDC for the Southern District of Iowa |
| Heindl | Susan Harvey Hardie | 2:13cv27654 | USDC for the Southern District of Ohio, Western Division | USDC for the Western District of Kentucky |
| Hunt | Barbara L. Fritz Hufnagel | 2:17cv02945 | USDC for the Middle District of Florida, Fort Myers Division | USDC of Florida Middle District at Tampa |
| Lambert | Evelyn Irene Fultz | 2:13cv04824 | USDC for the Eastern District of Tennessee, Northern Division | USDC for the Eastern District of Michigan |
| Lewis | Nancy Earsul Toby | 2:14cv14666 | USDC for the Eastern District of Michigan, Detroit Division | Northern Dist. MS Greenville Division |
| Martin | Teresa Cheryl Gorman | 2:13cv22047 | USDC for the Eastern District of California, Yosemite Division | USDC for the Eastern District of Missouri |
| Nugnes | Darleen Paula Pacheco | 2:14cv24207 | USDC for the District of Massachusetts, Eastern Division | Middle District of Florida without specifying a division |

10

| LAST NAME | FIRST NAME | CASE NUMBER | | |
|---|---|---|---|---|
| Rusciano | Susan Rupp | 2:13cv13073 | USDC for the Southern District of New York | USDC of New Jersey - Newark |
| Smith | Barbara Denise Broxton | 2:13cv20902 | USDC for the Northern District of Alabama, Southern Division | USDC for the Northern District of Florida |
| Tedder | Judy Lee Coy Boyd | 2:13cv00097 | USDC Middle District of Florida Orlando Division | USDC of Florida, Northern District |
| Webb | Kelly Jean | 2:13cv03083 | USDC for the Southern District of California, San Diego Division | USDC for the Western District of Missouri |
| Wilder | Marbeth Nadine Davis Sweitzen | 2:14cv25604 | USDC for the Eastern District of Tennessee, Northeastern Division | USDC Eastern District of Tennessee, Northern Division |

| UNRESOLVED | | | | |
|---|---|---|---|---|
| LAST NAME | FIRST NAME | CASE NUMBER | DEFENSE RECOMMENDATION | PLAINTIFFS' LIAISON STATEMENT |
| Arrington | Cheryl Lee | 2:16cv11702 | USDC for the Eastern District of Virginia, Richmond Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Barton | Juanita S. Walker | 2:13cv20332 | USDC for the Northern District of Alabama, Northeastern Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Bloom | Lynne M. Gendler | 2:17cv01960 | USDC for the Eastern District of California, Fresno Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Blue | Lynette Marie Wylie | 2:15cv14036 | USDC for the Western District of Texas, El Paso Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Burkhart | Lisa Evoyne Gray | 2:16cv07230 | USDC Nevada, Southern District | Leadership has been unable to verify agreement nor proposed venue and does not |

| | | | | represent that this venue is correct or not for this Plaintiff. |
|---|---|---|---|---|
| Campbell | Valerie A. Lingo | 2:15cv03395 | USDC for the Southern District of Ohio, Western Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Carver | Donna Skelton | 2:12cv04164 | USDC for the Northern District of Alabama, Western Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Cayer | Diane Marie Houle Keniston Petro | 2:12cv09976 | USDS for the District of Connecticut, Silent Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Dice | Denese Frances Turgeon | 2:13cv03184 | USDC for the District of Kansas, Kansas City, Leavenworth Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Dockery | Deborah Ann Winegard | 2:17cv00707 | USDC for the Middle District of Tennessee, Eastern Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Enborg | Terri Kent | 2:13cv18734 | USDC for the Eastern District of California, Sacramento Division; or USDC for the Central District of California, Western Division; or USDC for the Northern District of California, San Jose Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Franklin | Lisa Jo Piazza Wood Petisca Broussard | 2:15cv11810 | USDC for the Eastern District of Texas, Beaumont Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue |

| | | | | |
|---|---|---|---|---|
| | | | | is correct or not for this Plaintiff. |
| Getter, (deceased per this site only, no death records found) | Dianne K. | 2:13cv07222 | USDC for the District of Nevada (Ethicon Defendants & Boston Scientific Corporation) | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| King | Kathryn D. Cooper Roach Zepeda | 2:17cv02161 | USDC for the Eastern District of Washington, Richland Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Lawler | Mary Lee Fought | 2:14cv19721 | USDC of Montana, Missoula Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Leavitt | Jacinta J. Gordon | 2:14cv01655 | USDC for the District of Vermont | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| McBroom | Amanda Frances Richardson | 2:15cv03043 | USDC for the District of Arizona, Phoenix Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Mobley | Tasha Lorene Daniels | 2:15cv14159 | USDC for the Western District of Texas, Waco Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Ornelas | Herminia | 2:17cv02854 | USDC for the District of Oregon, Portland Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |

| | | | | |
|---|---|---|---|---|
| Pearson | Phyllis Gwen Sexton | 2:13cv03168 | USDC of Oregon, Portland Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Raney | Kimberly Ann Pruneau | 2:13cv10010 | USDC for the Eastern District of Missouri, Eastern Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Smith, Deceased | Haley M. Carter | 2:13cv08511 | USDC for the Middle District of Georgia, Americus Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Stimers | Dayna A. Brimfield | 2:15cv00659 | USDC for the Middle District of Pennsylvania, Harrisburg Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Valencia | Jasmine Starr Riley | 2:12cv05475 | USDC for the District of Colorado | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |

44074609.v1