IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:  ETHICON, INC.,
     PELVIC REPAIR SYSTEM           MDL NO. 2327
     PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

**ORDER**
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by the Boston Scientific Corporation defendant ("BSC") pursuant to the procedures established by Pretrial Order ("PTO") # 329. *See* PTO # 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 7576].

The BSC defendant has complied with the procedures set forth in PTO # 329, and the plaintiffs have not filed an opposition. It appearing to the court that the plaintiffs and the BSC defendant have jointly agreed to settle, and have settled their claims, the dismissal of BSC in each case identified on Exhibit A is appropriate.

The court **ORDERS** that:

    1. the Motion to Dismiss with Prejudice is **GRANTED**;

    2. the BSC defendant is **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A; and,

    3. if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED as moot**.

The court **DIRECTS** the Clerk to:

    1. dismiss the BSC defendant from the individual civil actions with prejudice;

2. if no other defendants remain in an individual action, then (a) strike the action from the docket and (b) close the case;

3. file a copy of this Order in each individual case on the attached Exhibit A; and,

4. send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 22, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

|   | Civil | Case Name | ECF No. of Motion |
|---|---|---|---|
| 1 | 2:13-cv-31941 | CARTNER, Tiffany Diane and Joshua Harold Cartner vs. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation | 35 |
| 2 | 2:14-cv-08064 | CRAWFORD, Anna L. and Bobby D. Crawford vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 20 |
| 3 | 2:13-cv-22134 | DEMASI, Ashlea vs. Ethicon, Inc., Ethicon, LLC., Johnson & Johnson, Boston Scientific Corporation | 25 |
| 4 | 2:13-cv-12993 | LIVINGSTON, Cindy vs. Boston Scientific Corporation | 16 |
| 5 | 2:13-cv-27605 | SMITH, Shirley vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 16 |
| 6 | 2:13-cv-20147 | STRICKLAND, Tara and Chris Strickland vs. Ethicon, Inc., Johnson & Johnson, Boston Scientific Corporation | 20 |
| 7 | 2:16-cv-09049 | WALKER, Terrie vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 43 |
| 8 | 2:15-cv-09764 | WEIL, Linda vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation | 19 |