**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                        MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

**ORDER**
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendant's Motion to Dismiss with Prejudice filed by defendant Boston Scientific Corporation ("BSC") pursuant to the procedures established by Pretrial Order ("PTO") # 302 or PTO # 329. *See* PTO ##s 302 and 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF Nos. 6020 or 7576].

The BSC defendant has complied with the procedures set forth in PTO # 302 and/or # 329, and the plaintiffs have not filed an opposition. Other defendants remain. It appearing to the court that the plaintiff(s) and the BSC defendant have jointly agreed to settle, and have settled their claims, the dismissal of BSC in each case identified on Exhibit A is appropriate.

The court **ORDERS** that:

1. the Motion to Dismiss with Prejudice is **GRANTED**;

2. the BSC defendant is **DISMISSED WITH PREJUDICE** from the actions listed on the attached Exhibit A; and,

3. if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED as moot**.

The court **DIRECTS** the Clerk to:

1. dismiss the BSC defendant from the individual civil action(s) with prejudice;

2. if no other defendants remain in an individual action, then (a) strike the action from the docket and (b) close the case;

3. file a copy of this Order in each individual case on the attached Exhibit A; and,

4. send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 22, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

|   | **Civil Action No.** | **Case Style** | **ECF No. of Motion** |
|---|---|---|---|
| 1 | 2:16-cv-10077 | BURNETT, Cynthia D. vs. Boston Scientific Corporation | 16 |
| 2 | 2:14-cv-19620 | GERLETTI, Carol and Marvin John Gerletti vs. Boston Scientific Corporation | 27 |
| 3 | 2:14-cv-23673 | WILDER, Barbara vs. Boston Scientific Corporation | 16 |