FILED: October 23, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1943 (L)
(2:10-md-02187)

_____

In re: C.R. BARD, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

       Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

       Appellee

_____

No. 19-1944
(2:12-md-02325)

_____

In re: AMERICAN MEDICAL SYSTEMS, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

  Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

  Appellee

_____

No. 19-1945
(2:12-md-02326)

_____

In re: BOSTON SCIENTIFIC CORPORATION, Pelvic Repair System Products Liability Litigation

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

  Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

  Appellee

_____

No. 19-1947
(2:12-md-02327)

_____

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

 Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

 Appellee

_____

No. 19-1948
(2:12-md-02387)
_____

In re: COLOPLAST CORP., Pelvic Support System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

 Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

 Appellee

_____

No. 19-1949
(2:13-md-02440)
_____

In re: COOK MEDICAL, INC., Pelvic Repair System Products Liability Litigation

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

      Appellant

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

No. 19-1950
(2:14-md-02511)

_____

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

      Appellant

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing

or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court.

*/s/Patricia S. Connor, Clerk*