# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------ | |
| ETHICON WAVE 12 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF AHMET BEDESTANI, M.D. FOR WAVE 12

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion, memorandum and reply brief filed in relation to Ahmet Bedestani, MD for Ethicon in Wave 8 Dkt. 6884 (motion), Dkt. 6888 (memorandum in support) and Dkt. 7154 (reply). Plaintiffs respectfully request that the Court exclude Ahmet Bedestani's testimony, for the reasons expressed in the Wave 8 briefing. This notice applies to the following Wave 12 cases identified in Exhibit A attached hereto.

Dated: October 28, 2019                Respectfully submitted,
                                       D. Renee Baggett
                                       Renee Baggett, Esq.
                                       Bryan F. Aylstock, Esq.
                                       Aylstock, Witkin, Kreis and Overholtz, PLC
                                       17 East Main Street, Suite 200
                                       Pensacola, Florida  32563
                                       (850) 202-1010
                                       (850) 916-7449 (fax)
                                       E-mail:  rbaggett@awkolaw.com

        /s/ Thomas P. Cartmell
        THOMAS P. CARTMELL
        Wagstaff & Cartmell LLP
        4740 Grand Avenue, Suite 300
        Kansas City, MO 64112
        816-701-1102
        Fax 816-531-2372
        tcartmell@wcllp.com

# EXHIBIT A

| Mallow, Dawna | 2:16-cv-08013 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com