**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR        Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY             MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 12 CASES LISTED IN
EXHIBIT A                                JOSEPH R. GOODWIN
                                            U.S. DISTRICT JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF PETER JEPPSON, M.D. FOR WAVE 12

       Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion filed against Peter Jeppson for Ethicon Waves 9 and 10, Dkt. 8324 (motion), 8325

(memorandum in support).  Plaintiffs respectfully request that the Court exclude Peter Jeppson's

testimony, for the reasons expressed in the Waves 9 and 10 briefing.  This notice applies to the

following Wave 12 cases identified in Exhibit A attached hereto.

Dated: October 28, 2019            Respectfully submitted,

                               /s/  D. Renee Baggett
                               Bryan F. Aylstock, Esq.
                               Renee Baggett, Esq.
                               Aylstock, Witkin, Kreis and Overholtz, PLC
                               17 East Main Street, Suite 200
                               Pensacola, Florida  32563
                               (850) 202-1010
                               (850) 916-7449 (fax)
                               E-mail:  rbaggett@awkolaw.com

                               /s/ Thomas P. Cartmell
                               THOMAS P. CARTMELL
                               Wagstaff & Cartmell LLP
                               4740 Grand Avenue, Suite 300
                               Kansas City, MO 64112
                               816-701-1102
                               Fax 816-531-2372
                               tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Bloom, Lynne | 2:17-cv-01960 |
| Blue, Lynette | 2:15-cv-14036 |
| Bryant, Clara Coleen | 2:16-cv-00231 |
| Burkhart, Lisa | 2:16-cv-07230 |
| Casey, Michelle M. | 2:17-cv-04072 |
| Fryer, Charles Russell as Executor of the Estate of Robin Fryer, Deceased | 2:15-cv-04194 |
| Jones, Jimmie | 2:13-cv-15410 |
| Kole, Kim | 2:18-cv-00291 |
| Reynolds, Barbara | 2:15-cv-14756 |
| Romero, Linda | 2:13-cv-01294 |
| Stratton, Margaret | 2:13-cv-10846 |
| Townsend, Tamara J. | 2:13-cv-26725 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com