**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY            MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 12 CASES LISTED IN
EXHIBIT A                                       JOSEPH R. GOODWIN
                                             U.S. DISTRICT JUDGE

## <u>NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF<br>KIMBERLY KENTON, M.D. FOR WAVE 12</u>

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion, memorandum and reply brief filed in relation to Kimberly Kenton for Ethicon Wave 1,

Dkt. 2087 (motion), Dkt. 2088 (memorandum in support) and Dkt. 2244 (reply).  Plaintiffs

respectfully request that the Court exclude Kimberly Kenton's testimony, for the reasons

expressed in the Wave 1 briefing.  This notice applies to the following Wave 12 cases identified

in Exhibit A attached hereto.

Dated: October 28, 2019            Respectfully submitted,

                                /s/  D. Renee Baggett
                                Renee Baggett, Esq.
                                Bryan F. Aylstock, Esq.
                                Aylstock, Witkin, Kreis and Overholtz, PLC
                                17 East Main Street, Suite 200
                                Pensacola, Florida  32563
                                (850) 202-1010
                                (850) 916-7449 (fax)
                                E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Arrington, Cheryl | 2:16-cv-11702 |
| Ashbrook, Iretta Lynn | 2:13-cv-10672 |
| Bauer, Danna | 2:14-cv-08564 |
| Bentley, Katie | 2:16-cv-00230 |
| Burgoyne, Janet | 2:14-cv-28620 |
| Dockery, Deborah | 2:17-cv-00707 |
| Drake, Janet | 2:12-cv-08575 |
| Duncan, Michelle R. | 2:17-cv-01898 |
| Foster, Kimberly Fromm | 2:14-cv-02945 |
| Gale, Sharon B. | 2:17-cv-01951 |
| Heindl, Susan | 2:13-cv-27654 |
| Martin, Connie | 2:12-cv-08784 |
| May-Wirauch, Brandi | 2:15-cv-12478 |
| Miller, Laura Lynn | 2:13-cv-23376 |
| Nowland, Carolyn | 2:15-cv-07707 |
| Prasuhn, Debbie | 2:13-cv-22632 |
| Schmitz, Kimberly | 2:13-cv-16595 |
| Smith, Cherita | 2:13-cv-15670 |
| Trout, Julie | 2:15-cv-04923 |
| Wilder, Marbeth | 2:14-cv-25604 |
| Wolfert, Jill | 2:13-cv-22636 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com