# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ---------------------------------------------------- | |
| ETHICON WAVE 12 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF STEVEN MACLEAN, PH.D. FOR WAVE 12

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion, memorandum and reply filed in relation to Steven MacLean for Ethicon Waves 1 and 3, Dkts. 2205 and 2825 (motions), 2206 and 2826 (memorandums in support), 2297 and 3053 (reply briefs). Plaintiffs respectfully request that the Court exclude Steven MacLean's testimony, for the reasons expressed in the Waves 1 and 3 briefing. This notice applies to the following Wave 12 cases identified in Exhibit A attached hereto.

Dated: October 29, 2019

Respectfully submitted,
/s/ D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Acosta, Margaret | 2:17-cv-02702 |
| Baker, Judy | 2:12-cv-09496 |
| Bauer, Danna | 2:14-cv-08564 |
| Blake, Wendy | 2:17-cv-01896 |
| Bloom, Lynne | 2:17-cv-01960 |
| Britt, Judy | 2:13-cv-01947 |
| Brown, Paula | 2:14-cv-00386 |
| Bucholz, Diana | 2:13-cv-19305 |
| Burkhart, Lisa | 2:16-cv-07230 |
| Bush, Teresa | 2:13-cv-01937 |
| Cameron, Angela | 2:13-cv-22420 |
| Campbell, Valerie | 2:15-cv-03395 |
| Carrier, Barbara | 2:14-cv-22652 |
| Carter, Tamara | 2:12-cv-01661 |
| Cayer, Diane | 2:12-cv-09976 |
| Cloutier, Deborah | 2:15-cv-11930 |
| Crow, Natalie | 2:14-cv-12908 |
| Dealba, Circe | 2:13-cv-19143 |
| Doddato, Samantha D. | 2:17-cv-01897 |
| Duncan, Michelle R. | 2:17-cv-01898 |
| Ekici, Gulfinaz | 2:17-cv-01948 |
| Elkey, Brenda | 2:15-cv-16421 |
| Ellis, Margo | 2:12-cv-09097 |
| Enborg, Terri | 2:13-cv-18734 |
| Francis, Nancy S. | 2:17-cv-01949 |
| Frietz, Nadine | 2:14-cv-29513 |
| Gale, Sharon B. | 2:17-cv-01951 |
| Garcia, Nina | 2:13-cv-01942 |
| Getter, Dianne, Deceased | 2:13-cv-07222 |
| Granda, Jennifer L. | 2:17-cv-01952 |
| Greenwell, Shirley | 2:13-cv-20166 |
| Hagler, Penney | 2:13-cv-19177 |
| Haymart, Jennifer | 2:14-cv-21296 |
| Heatherman, Christine | 2:12-cv-09245 |
| Henderson, Karan | 2:14-cv-18418 |

| | |
|---|---|
| Hicks, Susan | 2:17-cv-01971 |
| Hogge, Vivian | 2:12-cv-07873 |
| Hunt, Angela L. | 2:17-cv-01956 |
| King, Kathryn | 2:17-cv-02161 |
| Kirby, Sherry | 2:16-cv-00238 |
| Kole, Kim | 2:18-cv-00291 |
| Lawler, Mary L. | 2:14-cv-19721 |
| Leavitt, Jacinta | 2:14-cv-01655 |
| Lewis, Nancy E. | 2:14-cv-14666 |
| Lopez, Irma | 2:13-cv-16036 |
| Luna, Patricia | 2:17-cv-01809 |
| Mallow, Dawna | 2:16-cv-08013 |
| Marston, Susan | 2:12-cv-09490 |
| Martinez, Nohemi | 2:13-cv-10804 |
| Mattox, Kristine | 2:13-cv-14913 |
| McBroom, Amanda | 2:15-cv-03043 |
| McGathey, Elizabeth | 2:12-cv-01538 |
| Miller, Laura Lynn | 2:13-cv-23376 |
| Miller, Madelien | 2:14-cv-27841 |
| Modesitt, Pauletta | 2:17-cv-01612 |
| Moe, Debra | 2:13-cv-26408 |
| Morreira, Delia | 2:13-cv-01950 |
| Murray, Lori | 2:15-cv-07928 |
| Norris, Doreta S. | 2:13-cv-11269 |
| Parsons, Julie A. | 2:16-cv-08737 |
| Phillips, Patricia | 2:17-cv-01893 |
| Postil, Victoria | 2:12-cv-09486 |
| Price, Renie | 2:16-cv-12548 |
| Rodriguez, Judy | 2:15-cv-09979 |
| Romero, Linda | 2:13-cv-01294 |
| Rothenberger, Leiann | 2:17-cv-01625 |
| Rusciano, Susan | 2:13-cv-13073 |
| Schmalz, Tammy Lyne | 2:16-cv-11039 |
| Sexton, Kathy | 2:15-cv-07505 |
| Siefkas, Patricia Hughes | 2:13-cv-20168 |
| Skinner, Brenda Diane | 2:15-cv-07789 |
| Smith, Tabitha | 2:13-cv-21957 |
| Solano, Josie | 2:14-cv-14101 |

| Stimers, Dayna | 2:15-cv-00659 |
|---|---|
| Tidler, Dorothy Pauline | 2:14-cv-21299 |
| Townsend, Tamara J. | 2:13-cv-26725 |
| Valencia, Jasmine | 2:12-cv-05475 |
| Vargas, Belinda | 2:13-cv-15722 |
| Zyph, Cleo | 2:16-cv-12024 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com