## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY      MDL 2327
LITIGATION

\-------------------------------------------------------

ETHICON WAVE 12 CASES LISTED IN
EXHIBIT A         JOSEPH R. GOODWIN
        U.S. DISTRICT JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
## BRIAN PARKER, M.D. FOR WAVE 12

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion, memorandum and reply brief filed in relation to Brian Parker for Ethicon Wave 4, Dkt. 3672

(motion), Dkt. 3674 (memorandum in support) and Dkt. 3858 (reply).  Plaintiffs respectfully request

that the Court exclude Brian Parker's testimony, for the reasons expressed in the Wave 4 briefing.

This notice applies to the following Wave 12 cases identified in Exhibit A attached hereto.

Dated: October 29, 2019        Respectfully submitted,

       /s/  D. Renee Baggett
       Renee Baggett, Esq.
       Bryan F. Aylstock, Esq.
       Aylstock, Witkin, Kreis and Overholtz, PLC
       17 East Main Street, Suite 200
       Pensacola, Florida  32563
       (850) 202-1010
       (850) 916-7449 (fax)
       E-mail:  rbaggett@awkolaw.com

       /s/ Thomas P. Cartmell
       THOMAS P. CARTMELL
       Wagstaff & Cartmell LLP
       4740 Grand Avenue, Suite 300
       Kansas City, MO 64112
       816-701-1102
       Fax 816-531-2372
       tcartmell@wcllp.com

1

# EXHIBIT A

| | |
|---|---|
| Arrington, Cheryl | 2:16-cv-11702 |
| Cayer, Diane | 2:12-cv-09976 |
| Hunt, Barbara | 2:17-cv-02945 |
| Jones, Jimmie | 2:13-cv-15410 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com