EXHIBIT A

| Burger, Frances D. | 2:13-cv-20907 |