IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                          MDL NO. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

**O R D E R**

Pending before the court is a Motion for Change of Firm Name and Firm Address, filed on July 11, 2017, in *In re: Ethicon, Inc.,* 2:12-md-2327 ("MDL 2327") [ECF No. 4121]. In the motion, Jonathan R. Mencel formerly of the Law Offices of Charles H. Johnson, now associated with McSweeney / Langevin, LLC, requests an order updating his firm name and address in MDL 2327 and in each individual case in which attorney Jonathan R. Mencel appears. No objections have been filed.

The court **ORDERS** that the Motion for Change of Firm Name and Firm Address is **GRANTED**.

The court **DIRECTS** the Clerk to update Jonathan R. Mencel's firm name and address, as set forth in the Motion, in MDL 2327 and in each individual member case pending as of July 11, 2017, associated with MDL 2327 in which Jonathan R. Mencel appears. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 29, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE