# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 12 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF JAIME L. SEPULVEDA-TORO, M.D. FOR WAVE 12

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion, memorandum and reply brief filed in relation to Jaime L. Sepulveda-Toro for Ethicon Wave 1, Dkt. 2014 (motion), Dkt. 2018 (memorandum in support) and Dkt. 2225 (reply). Plaintiffs respectfully request that the Court exclude Jaime L. Sepulveda-Toro's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Wave 12 cases identified in Exhibit A attached hereto.

Dated: October 29, 2019

Respectfully submitted,

/s/ D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida 32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail: rbaggett@awkolaw.com

1

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Alford, Doris | 2:13-cv-14009 |
| Burris, Tina | 2:14-cv-24320 |
| Carbon, Ediany | 2:12-cv-04269 |
| Cayer, Diane | 2:12-cv-09976 |
| Coker, Mary | 2:15-cv-11324 |
| Cooper, Janis M. | 2:12-cv-06593 |
| Ellerbee, Ovis | 2:15-cv-08276 |
| Ferrer, Brooke | 2:12-cv-04591 |
| Graham, Tammy | 2:12-cv-06054 |
| Hunt, Barbara | 2:17-cv-02945 |
| Jackson, Doris Chappell | 2:12-cv-00265 |
| Kinard, Deborah | 2:13-cv-09247 |
| Kirby, Sherry | 2:16-cv-00238 |
| Longoria, Delores | 2:13-cv-00129 |
| McGathey, Elizabeth | 2:12-cv-01538 |
| Nugnes, Darleen | 2:14-cv-24207 |
| Perrywinkle, Rayne | 2:13-cv-28452 |
| Pitlyk, Denise | 2:14-cv-31208 |
| Raney, Kimberly | 2:13-cv-10010 |
| Shea-Towers, Deborah | 2:13-cv-01540 |
| Smith, Barbara D. | 2:13-cv-20902 |
| Tedder, Judy L. | 2:13-cv-00097 |
| Thomson-Roy, Jeannae M. | 2:12-cv-04586 |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
rbaggett@awkolaw.com