**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR          Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                          MDL 2327
LITIGATION
---------------------------------------------------------
ETHICON WAVE 12 CASES LISTED IN
EXHIBIT A                                                         JOSEPH R. GOODWIN
                                                                        U.S. DISTRICT JUDGE

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF**
**EDWARD STANFORD, M.D. FOR WAVE 12**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion and memorandum filed in relation to Edward Stanford, MD for Ethicon Election Wave re

PTO 298 Dkt. 7349 (inadvertently styled Wave 8).  Plaintiffs respectfully request that the Court

exclude Edward Stanford's testimony, for the reasons expressed in the Election Wave re PTO

298 briefing.  This notice applies to the following Wave 12 cases identified in Exhibit A attached

hereto.

Dated: October 29, 2019                          Respectfully submitted,

                                                                 /s/  D. Renee Baggett
                                                                 Renee Baggett, Esq.
                                                                 Bryan F. Aylstock, Esq.
                                                                 Aylstock, Witkin, Kreis and Overholtz, PLC
                                                                 17 East Main Street, Suite 200
                                                                 Pensacola, Florida  32563
                                                                 (850) 202-1010
                                                                 (850) 916-7449 (fax)
                                                                 E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Acosta, Margaret | 2:17-cv-02702 |
| Baker, Judy | 2:12-cv-09496 |
| Bloom, Lynne | 2:17-cv-01960 |
| Boomhower, Paula | 2:13-cv-14886 |
| Britt, Judy | 2:13-cv-01947 |
| Bush, Teresa | 2:13-cv-01937 |
| Chavez, Maria Bertha | 2:13-cv-11240 |
| Cloutier, Deborah | 2:15-cv-11930 |
| Crow, Natalie | 2:14-cv-12908 |
| Dealba, Circe | 2:13-cv-19143 |
| Enborg, Terri | 2:13-cv-18734 |
| Epstein-Clark, Linda | 2:14-cv-14081 |
| Freeman, Terri | 2:13-cv-24578 |
| Frietz, Nadine | 2:14-cv-29513 |
| Getter, Dianne, Deceased | 2:13-cv-07222 |
| Greenwell, Shirley | 2:13-cv-20166 |
| Grundel, Sharon | 2:13-cv-28247 |
| Hagler, Penney | 2:13-cv-19177 |
| Haymart, Jennifer | 2:14-cv-21296 |
| Henderson, Karan | 2:14-cv-18418 |
| Hervey, Susan, Personal Representative of Estate of Georgia Hervey, deceased | 2:12-cv-05839 |
| Hogge, Vivian | 2:12-cv-07873 |
| Kole, Kim | 2:18-cv-00291 |
| Lopez, Irma | 2:13-cv-16036 |
| Marston, Susan | 2:12-cv-09490 |
| Martin, Cheryl | 2:14-cv-00354 |
| Martinez, Nohemi | 2:13-cv-10804 |
| Mattox, Kristine | 2:13-cv-14913 |
| McBroom, Amanda | 2:15-cv-03043 |
| Mejia, Patricia | 2:15-cv-14436 |
| Moe, Debra | 2:13-cv-26408 |
| Morreira, Delia | 2:13-cv-01950 |
| Munoz, Silvia | 2:17-cv-04361 |
| Pearson, Phyllis | 2:13-cv-03168 |
| Postil, Victoria | 2:12-cv-09486 |

| | |
|---|---|
| Price, Renie | 2:16-cv-12548 |
| Reyna, Kathy | 2:14-cv-14089 |
| Siefkas, Patricia Hughes | 2:13-cv-20168 |
| Skinner, Brenda Diane | 2:15-cv-07789 |
| Smith, Tabitha | 2:13-cv-21957 |
| Solano, Josie | 2:14-cv-14101 |
| Tidler, Dorothy Pauline | 2:14-cv-21299 |
| Valencia, Jasmine | 2:12-cv-05475 |
| Vigil, Hortencia | 2:14-cv-01060 |
| Webb, Kelly J. | 2:13-cv-03083 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2019, I electronically filed the foregoing document

with the Clerk of the court using CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


/s/ D. Renee Baggett_____
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com