**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY MDL 2327
LITIGATION
------------------------------------------------------
ETHICON WAVE 12 CASES LISTED IN
EXHIBIT A       JOSEPH R. GOODWIN
          U.S. DISTRICT JUDGE

<u>**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
JANET E. TOMEZSKO, M.D. FOR WAVE 12**</u>

   Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion and memorandum filed in relation to Janet E. Tomezsko for Ethicon Wave 2, Dkt. 2435

(motion), Dkt. 2440 (memorandum in support).  Plaintiffs respectfully request that the Court

exclude Janet E. Tomezsko's testimony, for the reasons expressed in the Wave 2 briefing.  This

notice applies to the following Wave 12 cases identified in Exhibit A attached hereto.

Dated: October 29, 2019    Respectfully submitted,

         /s/  D. Renee Baggett
         Renee Baggett, Esq.
         Bryan F. Aylstock, Esq.
         Aylstock, Witkin, Kreis and Overholtz, PLC
         17 East Main Street, Suite 200
         Pensacola, Florida  32563
         (850) 202-1010
         (850) 916-7449 (fax)
         E-mail:  rbaggett@awkolaw.com

         /s/ Thomas P. Cartmell
         THOMAS P. CARTMELL
         Wagstaff & Cartmell LLP
         4740 Grand Avenue, Suite 300
         Kansas City, MO 64112
         816-701-1102
         Fax 816-531-2372
         tcartmell@wcllp.com

1

# EXHIBIT A

| | |
|---|---|
| Bettis, Adrea | 2:13-cv-20911 |
| Dorgan, Madenna K. | 2:12-cv-03159 |
| Martin, Connie | 2:12-cv-08784 |
| Prasuhn, Debbie | 2:13-cv-22632 |
| Stimers, Dayna | 2:15-cv-00659 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
Renee Baggett, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com