**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR                Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY                                        MDL 2327
LITIGATION
--------------------------------------------------------
ETHICON WAVE 12 CASES LISTED IN
EXHIBIT A                                                                    JOSEPH R. GOODWIN
                                                                                    U.S. DISTRICT JUDGE

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF**
**MICHAEL P. WOODS, M.D. FOR WAVE 12**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion, memorandum and reply brief filed in relation to Michael P. Woods for Ethicon Wave 1,

Dkt. 2041 (motion), Dkt. 2043 (memorandum in support), Dkt. 2234 (reply); and, the reply brief

filed in Ethicon Wave 3, Dkt. 3051 (reply).  Plaintiffs respectfully request that the Court exclude

Michael P. Woods' testimony, for the reasons expressed in the Wave 1 and 3 briefing.  This

notice applies to the following the Wave 12 cases identified in Exhibit A attached hereto.

Dated: October 29, 2019                             Respectfully submitted,
                                                                    /s/  D. Renee Baggett
                                                                    Renee Baggett, Esq.
                                                                    Bryan F. Aylstock, Esq.
                                                                    Aylstock, Witkin, Kreis and Overholtz, PLC
                                                                    17 East Main Street, Suite 200
                                                                    Pensacola, Florida  32563
                                                                    (850) 202-1010
                                                                    (850) 916-7449 (fax)
                                                                    E-mail:  rbaggett@awkolaw.com

                                                                    /s/ Thomas P. Cartmell
                                                                    THOMAS P. CARTMELL
                                                                    Wagstaff & Cartmell LLP
                                                                    4740 Grand Avenue, Suite 300
                                                                    Kansas City, MO 64112
                                                                    816-701-1102
                                                                    Fax 816-531-2372
                                                                    tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Bettis, Adrea | 2:13-cv-20911 |
| Boland, Anneliese | 2:13-cv-32278 |
| Burgoyne, Janet | 2:14-cv-28620 |
| Chockley, Bonnie | 2:16-cv-05701 |
| Dorgan, Madenna K. | 2:12-cv-03159 |
| Drake, Janet | 2:12-cv-08575 |
| Foster, Kimberly Fromm | 2:14-cv-02945 |
| Hanifl, Julie | 2:16-cv-05175 |
| Martin, Teresa | 2:13-cv-22047 |
| Slusser, Aimee | 2:13-cv-12013 |
| Smith, Cherita | 2:13-cv-15670 |
| Tucker, Brenda | 2:13-cv-16593 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2019, I electronically filed the foregoing document

with the Clerk of the court using CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com