# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** | |
| **THIS DOCUMENT RELATES TO:** | |
| *Baker, et al. v. Ethicon, Inc., et al.*<br>    Civil Case No. 2:12-cv-09496 | **Master File No. 2:12-MD-02327**<br>**MDL 2327** |
| *Boomhower, et al. v. Ethicon, Inc., et al.*<br>    Civil Case No. 2:13-cv-14886 | |
| *Britt, et al. v. Ethicon, Inc., et al.*<br>    Civil Case No. 2:13-cv-01947 | **WAVE 12** |
| *Brown, et al. v. Ethicon, Inc., et al.*<br>    Civil Case No. 2:14-cv-00386 | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |
| *Buchholz, et al. v. Ethicon, Inc., et al.*<br>    Civil Case No. 2:13-cv-19305 | |
| *Bush, et al. v. Ethicon, Inc., et al.*<br>    Civil Case No. 2:13-cv-01937 | |
| *Chavez, et al. v. Ethicon, Inc., et al.*<br>    Civil Case No. 2:13-cv-11240 | |
| *Dealba, et al. v. Ethicon, Inc., et al.*<br>    Civil Case No. 2:13-cv-19143 | |
| *Epstein-Clark, et al. v. Ethicon, Inc., et al.*<br>    Civil Case No. 2:14-cv-14081 | |
| *Frietze, et al. v. Ethicon, Inc., et al.*<br>    Civil Case No. 2:14-cv-29513 | |
| *Garcia, et al. v. Ethicon, Inc., et al.*<br>    Civil Case No. 2:13-cv-01942 | |
| *Greenwell, et al. v. Ethicon, Inc., et al.*<br>    Civil Case No. 2:13-cv-20166 | |
| *Grundel, et al. v. Ethicon, Inc., et al.*<br>    Civil Case No. 2:13-cv-28247 | |
| *Gurrola, et al. v. Ethicon, Inc., et al.*<br>    Civil Case No. 2:13-cv-04826 | |
| *Hagler, et al. v. Ethicon, Inc., et al.* | |

| | |
|---|---|
| Civil Case No. 2:13-cv-19177 | |
| *Haymart, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:14-cv-21296 | |
| *Henderson, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:14-cv-18418 | |
| *Hervey, et al. v. Ethicon, Inc. et al.*<br>Civil Case No. 2:12-cv-05839 | |
| *Hogge, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:12-cv-07873 | |
| *Marston, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:12-cv-09490 | |
| *Martin, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:14-cv-00354 | |
| *Martinez, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:13-cv-10804 | |
| *Mattox, et al. v. Ethicon, Inc., et al.*<br>Civil Case No 2:13-cv-14913 | |
| *Mejia, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:15-cv-14436 | |
| *Miller, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:14-cv-27841 | |
| *Morreira, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:13-cv-01950 | |
| *Postil v, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:12-cv-09486 | |
| *Reyna, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:14-cv-14089 | |
| *Reynolds, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:15-cv-14756 | |
| *Sexton, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:15-cv-07505 | |
| *Siefkas, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:13-cv-20168 | |
| *Solano, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:14-cv-14101 | |
| *Tidler, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:14-cv-21299 | |
| *Vasquez, et al. v. Ethicon, Inc., et al.* | |

| | |
|---|---|
| Civil Case No. 2:14-cv-00374<br>*Vigil, et al. v. Ethicon, Inc., et al.*<br>Civil Case No. 2:14-cv-01060 | |

## ETHICON DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO AMEND REMAINING PTO # 337 SCHEDULING DEADLINES

On October 30, 2019, the firm representing Plaintiffs in the above-referenced cases requested to extend the remaining deadlines in Pretrial Order No. 337 (Wave 12 Scheduling Order) by one week due to the natural disaster affecting that firm and its staff. The Ethicon Defendants have no objection to the requested extension under the circumstances.

Defendants propose that the remaining deadlines—which pertain to Dispositive and Daubert motions, responses and replies—be adjusted as follows. The proposed revision to PTO 337 for these cases is consistent with Plaintiffs' request for a one-week extension, with the exception of the reply deadlines. As proposed below, the reply deadlines are proposed to extend an additional week, given the Thanksgiving holiday the week before.

### REVISED SCHEDULING ORDER:

Dispositive Motions: November 8, 2019

Dispositive Motion Responses: November 22, 2019

Dispositive Motion Replies: December 6, 2019

-and-

Daubert Motions: November 11, 2019

Daubert Motion Responses: November 25, 2019

Daubert Motion Replies: December 9, 2019

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*
William M. Gage