## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2327
THIS DOCUMENT RELATES TO THE CASES ON
EXHIBIT A

## ORDER
### (Extension of PTO # 337 Deadlines in Certain Cases)

Pending is Plaintiffs' Motion to Amend Remaining PTO # 337 Scheduling Deadlines, filed

on October 30, 2019. [ECF No. 8764]. In the Motion, plaintiffs seek a one-week extension of the

remaining deadlines in Pretrial Order ("PTO") # 337 for the cases on Exhibit A because of severe

weather conditions in California.   Defendants have no objection. [ECF No. 8765]. The court

**ORDERS** that plaintiffs' Motion is **GRANTED**, and the deadlines in PTO # 337 are extended as

follows for the cases on Exhibit A only:

| | |
|---|---|
| Filing of dispositive motions. | 11/18/2019 |
| Response to dispositive motions. | 12/02/2019 |
| Reply to response to dispositive motions. | 12/09/2019 |
| Filing of *Daubert* motions. | 11/18/2019 |
| Responses to *Daubert* motions. | 12/02/2019 |
| Reply to response to *Daubert* motions. | 12/09/2019 |

The Court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in each

individual case on Exhibit A and to send a copy to counsel of record and any unrepresented party.

ENTER: October 31, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

| | |
|---|---|
| *Baker, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:12-cv-09496 |
| *Boomhower, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:13-cv-14886 |
| *Britt, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:13-cv-01947 |
| *Brown, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:14-cv-00386 |
| *Buchholz, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:13-cv-19305 |
| *Bush, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:13-cv-01937 |
| *Chavez, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:13-cv-11240 |
| *Dealba, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:13-cv-19143 |
| *Epstein-Clark, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:14-cv-14081 |
| *Frietze, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:14-cv-29513 |
| *Garcia, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:13-cv-01942 |
| *Greenwell, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:13-cv-20166 |
| *Grundel, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:13-cv-28247 |
| *Gurrola, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:13-cv-04826 |
| *Hagler, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:13-cv-19177 |
| *Haymart, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:14-cv-21296 |
| *Henderson, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:14-cv-18418 |
| *Hervey, et al. v. Ethicon, Inc. et al.* | Civil Case No. 2:12-cv-05839 |
| *Hogge, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:12-cv-07873 |
| *Marston, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:12-cv-09490 |
| *Martin, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:14-cv-00354 |
| *Martinez, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:13-cv-10804 |
| *Mattox, et al. v. Ethicon, Inc., et al.* | Civil Case No 2:13-cv-14913 |
| *Mejia, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:15-cv-14436 |
| *Miller, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:14-cv-27841 |
| *Morreira, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:13-cv-01950 |
| Postil v, et al. v. Ethicon, Inc., et al. | Civil Case No. 2:12-cv-09486 |
| *Reyna, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:14-cv-14089 |
| *Reynolds, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:15-cv-14756 |
| *Sexton, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:15-cv-07505 |
| *Siefkas, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:13-cv-20168 |
| *Solano, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:14-cv-14101 |
| *Tidler, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:14-cv-21299 |
| *Vasquez, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:14-cv-00374 |
| *Vigil, et al. v. Ethicon, Inc., et al.* | Civil Case No. 2:14-cv-01060 |