# EXHIBIT A

**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE NEERAJ KOHLI, M.D., FOR ETHICON WAVE 12**

**List of Applicable Cases**

| Case Name | Case Number | Product(s) |
|---|---|---|
| Parsons, Julie A. | 2:16-cv-08737 | TVT-O |
| Rondot, Charlotte | 2:13-cv-15143 | Prolene Soft TVT-O |
| Smith, Tabitha & Nickolas | 2:13-cv-21957 | Prolift +M TVT-O |
| Wolfert, Jill & Mike | 2:13-cv-22636 | Prolift +M TVT-O |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Kohli as a general expert.**

1