# EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE DONALD OSTERGARD, M.D. FOR ETHICON WAVE 12 (PTO 337)

| | | |
|---|---|---|
| 1. | Acosta, Margaret & Rudolph | 2:17cv02702 |
| 2. | Baker, Judy, Deceased | 2:12cv09496 |
| 3. | Bloom, Lynne & Richard | 2:17cv01960 |
| 4. | Blue, Lynette | 2:15cv14036 |
| 5. | Carrier, Barbara | 2:14cv22652 |
| 6. | Cloutier, Deborah | 2:15cv11930 |
| 7. | Crowe, Betty | 2:13cv19299 |
| 8. | Dealba, Circe | 2:13cv19143 |
| 9. | Epstein-Clark, Linda & Joseph | 2:14cv14081 |
| 10. | Greenwell, Shirley | 2:13cv20166 |
| 11. | Hagler, Penney & Richard | 2:13cv19177 |
| 12. | Kole, Kim | 2:18cv00291 |
| 13. | Longoria, Delores & Lorenzo | 2:13cv00129 |
| 14. | Mallow, Dawna | 2:16cv08013 |
| 15. | Marston, Susan & Dale | 2:12cv09490 |
| 16. | Martin, Teresa & Larry | 2:13cv22047 |
| 17. | McBroom, Amanda | 2:15cv03043 |
| 18. | McClurg, Janice & David | 2:13cv22040 |
| 19. | Modesitt, Pauletta | 2:17cv01612 |
| 20. | Price, Renie | 2:16cv12548 |

| | | |
|---|---|---|
| 21. | Reyna, Kathy & Victor, Jr. | 2:14cv14089 |
| 22. | Rondot, Charlotte | 2:13cv15143 |
| 23. | Solano, Josie & Dennis | 2:14cv14101 |
| 24. | Vigil, Hortencia & Pablo | 2:14cv01060 |
| 25. | Webb, Kelly J. | 2:13cv03083 |
| 26. | Zyph, Cleo | 2:16cv12024 |