IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC      Master File No. 2:12-MD-02327
REPAIR SYSTEMS PRODUCTS              MDL 2327
LIABILITY LITIGATION

-------------------------------------------------

THIS DOCUMENT APPLIES TO:     JOSEPH R. GOODWIN U.S. DISTRICT JUDGE

ETHICON WAVE 12 CASE LISTED IN
EXHIBIT A

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE ANNE M. WEBER, M.D., FOR ETHICON WAVE 12

Come now Defendants Ethicon, Inc. and Johnson & Johnson and hereby adopt and incorporate by reference the Ethicon Wave 4 *Daubert* briefing to exclude the opinions of Anne M. Weber, M.D., for Ethicon Wave 12, Case No. 2:12-MD-02327, Dkt. 3599 (motion), 3601 (memorandum in support), and 3812 (reply). Defendants respectfully request that the Court exclude Dr. Weber's testimony, for the reasons expressed in the Wave 4 briefing. This notice applies to the Ethicon Wave 12 case identified in Exhibit A attached hereto.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

1

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

50013038.v1