**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE ALAN GARELY, M.D. FOR ETHICON WAVE 12**

1.  Rutherford, Jamie & Steven          2:12cv02959