**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT*
MOTION TO EXCLUDE ANNE WILSON FOR ETHICON WAVE 12 (PTO 337)**

| | | |
|---|---|---|
| 1. | Banda, Betty | 2:15cv15404 |
| 2. | Barrera, Evelyn & Valdemar, Deceased | 2:13cv12057 |
| 3. | Bentley, Katie | 2:16cv00230 |
| 4. | Bettis, Adrea & Robert | 2:13cv20911 |
| 5. | Boland, Anneliese | 2:13cv32778 |
| 6. | Brown, Wanda | 2:13cv11267 |
| 7. | Burger, Frances D. | 2:13cv20907 |
| 8. | Carbon, Ediany & Albert | 2:12cv04269 |
| 9. | Carver, Donna | 2:12cv04164 |
| 10. | Cayer, Diane & Paul | 2:12cv09976 |
| 11. | Coker, Mary | 2:15cv11324 |
| 12. | Coleman, Deborah J. | 2:13cv13630 |
| 13. | Crow, Natalie | 2:14cv12908 |
| 14. | Drake, Janet & Kyle | 2:12cv08575 |
| 15. | Ferrer, Brooke | 2:12cv04591 |
| 16. | Heindl, Susan & Edward | 2:13cv27654 |
| 17. | Jude, Jennifer L. | 2:13cv03084 |
| 18. | Lambert, Evelyn & John D. | 2:13cv04824 |
| 19. | Lewis, Nancy E. & Leroy | 2:14cv14666 |
| 20. | Martin, Connie | 2:12cv08784 |

2

| | | |
|---|---|---|
| 21. | May-Weirauch, Brandi | 2:15cv12478 |
| 22. | Nelson, Linda & Bobby | 2:12cv08135 |
| 23. | Norris, Doreta S. & Mark | 2:13cv11269 |
| 24. | Nowland, Carolyn & Rick | 2:15cv07707 |
| 25. | Prasuhn, Debbie | 2:13cv22632 |
| 26. | Romero, Linda | 2:13cv01294 |
| 27. | Schmitz, Kimberly & Kevin | 2:13cv16595 |
| 28. | Slusser, Aimee | 2:13cv12013 |
| 29. | Smith, Cherita | 2:13cv15670 |
| 30. | Trout, Julie & David | 2:15cv04923 |
| 31. | Tucker, Brenda & Mark | 2:13cv16593 |
| 32. | Vargas, Belinda & Joseph | 2:13cv15722 |