**EXHIBIT A TO DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE GENERAL CAUSATION EXPERT OPINIONS OF DR. KONSTANTIN WALMSLEY FOR ETHICON WAVE 12 (PTO 328)**

| Newman, Cynthia | 2:14-cv-24066 |
|---|---|
| Raney, Kimberly | 2:13-cv-10010 |