**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE BOBBY SHULL M.D., FOR ETHICON WAVE 12**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Luckett-Epps, Seba | Prolift +M | 2:13cv04870 | Ethicon MDL 2327 |
| Shea-Towers, Deborah & Brian | TVT-O | 2:13cv01540 | Ethicon MDL 2327 |
| Hooper, Linda F. | Prolift +M | 2:13cv01686 | Ethicon MDL 2327 |
| Kieffaber, Carolyn M. & Thomas M. | Prolift | 2:12cv08464 | Ethicon MDL 2327 |
| Kirby, Sherry & Clifford S. | Prosima/TVT Exact | 2:16cv00238 | Ethicon MDL 2327 |
| Malcolm, Alicia | Prolift +M | 2:15cv01630 | Ethicon MDL 2327 |
| McCall, Jeanette | Prolift +M | 2:13cv32824 | Ethicon MDL 2327 |
| Rutherford, Jamie & Steven | Prolift +M | 2:12cv02959 | Ethicon MDL 2327 |
| Smith, Tabitha & Nickolas | Prolift +M; TVT-O | 2:13cv21957 | Ethicon MDL 2327 |
| Wolfert, Jill & Mike | TVT-O; Prolift +M | 2:13cv22636 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Shull as a general expert.**