**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT*　MOTION TO EXCLUDE DIONYSIOS VERONIKIS, M.D., FOR ETHICON WAVE 12 (PTO 337)**

| | | |
|---|---|---|
| 1. | Acosta, Margaret & Rudolph | 2:17cv02702 |
| 2. | Alford, Doris | 2:13cv14009 |
| 3. | Amelong, Cynthia & John | 2:13cv20784 |
| 4. | Banda, Betty | 2:15cv15404 |
| 5. | Barrera, Evelyn & Valdemar, Deceased | 2:13cv12057 |
| 6. | Bettis, Adrea & Robert | 2:13cv20911 |
| 7. | Bloom, Lynne & Richard | 2:17cv01960 |
| 8. | Brown, Wanda | 2:13cv11267 |
| 9. | Bryant, Clara Coleen | 2:16cv00231 |
| 10. | Burger, Frances D. | 2:13cv20907 |
| 11. | Carver, Donna | 2:12cv04164 |
| 12. | Coleman, Deborah J. | 2:13cv13630 |
| 13. | Drake, Janet & Kyle | 2:12cv08575 |
| 14. | Duhon, Wanda & Jerry | 2:13cv13621 |
| 15. | Ekici, Gulfinaz | 2:17cv01948 |
| 16. | Gutierrez, Wanda & Ramiro | 2:13cv15716 |
| 17. | Heindl, Susan & Edward | 2:13cv27654 |
| 18. | Hines, Cynthia D. & James | 2:13cv-4932 |

| | | |
|---|---|---|
| 19. | Hughes, Sherri & Donald | 2:13cv20904 |
| 20. | Kinard, Deborah & John | 2:13cv09247 |
| 21. | Lambert, Evelyn & John D. | 2:13cv13305 |
| 22. | Martin, Connie | 2:12cv08784 |
| 23. | McClurg, Janice & David | 2:13cv22040 |
| 24. | Munoz, Silvia & Jose | 2:17cv04361 |
| 25. | Munsterman, Linda & Ardell | 2:13cv13305 |
| 26. | Nelson, Linda & Bobby | 2:12cv08135 |
| 27. | Nugnes, Darleen | 2:14cv24207 |
| 28. | Prasuhn, Debbie | 2:13cv22632 |
| 29. | Schmalz, Tammy Lyne | 2:16cv11039 |
| 30. | Schmitz, Kimberly & Kevin | 2:13cv16595 |
| 31. | Schultz, Nettie & Gordon, Deceased | 2:13cv22632 |
| 32. | Slusser, Aimee | 2:13cv12013 |
| 33. | Stratton, Margaret | 2:13cv10846 |
| 34. | Tucker, Brenda & Mark | 2:13cv16593 |
| 35. | Webb, Kelly J. | 2:13cv03083 |