**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE BRUCE ROSENZWEIG M.D., FOR ETHICON WAVE 12**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Ashbrook, Iretta Lynn & James | TVT | 2:13cv10672 | Ethicon MDL 2327 |
| Munoz, Silvia & Jose | TVT-O | 2:17cv04361 | Ethicon MDL 2327 |
| Raney, Kimberly | TVT Secur | 2:13cv10010 | Ethicon MDL 2327 |
| Barton, Juanita & James Scott Dean | TVT-O | 2:13cv20332 | Ethicon MDL 2327 |
| Bauer, Danna A. & Gregory Thomas | TVT-O | 2:14cv08564 | Ethicon MDL 2327 |
| Blake, Wendy D. | TVT | 2:17cv01896 | Ethicon MDL 2327 |
| Boomhower, Paula & Richard | TVT | 2:13cv14886 | Ethicon MDL 2327 |
| Brown, Paula & James | TVT-Secur | 2:14cv00386 | Ethicon MDL 2327 |
| Buchholz, Diana & Timothy | TVT-Secur | 2:13cv19305 | Ethicon MDL 2327 |
| Burgoyne, Janet & Danny | TVT | 2:14cv28620 | Ethicon MDL 2327 |
| Bush, Teresa | TVT | 2:13cv01937 | Ethicon MDL 2327 |
| Campbell, Valerie & Jon K., Sr. | TVT Exact | 2:15cv03395 | Ethicon MDL 2327 |
| Carrier, Barbara | TVT | 2:14cv22652 | Ethicon MDL 2327 |
| Carter, Tamara & David | Prolift;TVT | 2:12cv01661 | Ethicon MDL 2327 |
| Casey, Michelle M. | TVT | 2:17cv04072 | Ethicon MDL 2327 |
| Cayer, Diane & Paul | TVT-Secur/TVT-O | 2:12cv09976 | Ethicon MDL 2327 |
| Chavez, Maria Bertha & Fausto | TVT-O; TVT | 2:13cv11240 | Ethicon MDL 2327 |
| Chockley, Bonnie & Jeff | TVT-O | 2:16cv05701 | Ethicon MDL 2327 |
| Chrysler, Marion | TVT | 2:12cv02060 | Ethicon MDL 2327 |
| Cloutier, Deborah | Prolene | 2:15cv11930 | Ethicon MDL 2327 |

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Clowe, Paula C. & Audie L. Pope | TVT | 2:12cv06893 | Ethicon MDL 2327 |
| Dice, Denese & Terry | Prosima/TVT-Abbrevo | 2:13cv03184 | Ethicon MDL 2327 |
| Dockery, Deborah & Trey | TVT-O; TVT | 2:17cv00707 | Ethicon MDL 2327 |
| Doddato, Samantha D. | TVT | 2:17cv01897 | Ethicon MDL 2327 |
| Dorgan, Madenna K. & Richard | TVT | 2:12cv03159 | Ethicon MDL 2327 |
| Duncan, Michelle R. | TVT-O | 2:17cv01898 | Ethicon MDL 2327 |
| Ellerbee, Ovis & James | TVT-O | 2:15cv08276 | Ethicon MDL 2327 |
| Ellis, Margo & Beau | TVT | 2:12cv09097 | Ethicon MDL 2327 |
| Enborg, Terri & Christopher | TVT | 2:13cv18734 | Ethicon MDL 2327 |
| England, Teresa | TVT-O; Prolift | 2:15cv06967 | Ethicon MDL 2327 |
| Fielder, Frances M. & Joseph | TVT-Exact | 2:13cv22056 | Ethicon MDL 2327 |
| Foster, Kimberly Fromm & Keith | TVT | 2:14cv02945 | Ethicon MDL 2327 |
| Francis, Nancy S. | TVT | 2:17cv01949 | Ethicon MDL 2327 |
| Franklin, Lisa | TVT | 2:15cv11810 | Ethicon MDL 2327 |
| Frietze, Nadine & Lyndon | TVT | 2:14cv29513 | Ethicon MDL 2327 |
| Fryer, Robin & Charles | TVT Abbrevo;Ultrapro | 2:15cv04194 | Ethicon MDL 2327 |
| Gale, Sharon B. | TVT Exact | 2:17cv01951 | Ethicon MDL 2327 |
| Garcia, Nina & Ismel | TVT | 2:13cv01942 | Ethicon MDL 2327 |
| Goulette, Laurine V. | Prolift;TVT-Secur | 2:13cv01776 | Ethicon MDL 2327 |
| Granda, Jennifer L. | TVT | 2:17cv01952 | Ethicon MDL 2327 |
| Graves, Tina & Horace E. | Prolift; TVT | 2:12cv07177 | Ethicon MDL 2327 |
| Green, Janice | TVT | 2:12cv02148 | Ethicon MDL 2327 |
| Grundel, Sharon & Alan | TVT | 2:13cv28247 | Ethicon MDL 2327 |

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Gurrola, Klaudia & Frank | Prolift | 2:13cv04826 | Ethicon MDL 2327 |
| Hanifl, Julie & William | TVT-Exact | 2:16cv05175 | Ethicon MDL 2327 |
| Haymart, Jennifer & Jess | TVT | 2:14cv21296 | Ethicon MDL 2327 |
| Heatherman, Christine & Terry Weaver | TVT | 2:12cv09245 | Ethicon MDL 2327 |
| Heuerman, Rebecca & Timothy | Prolift; TVT | 2:13cv13962 | Ethicon MDL 2327 |
| Hicks, Susan | TVT Secur/TVT Exact | 2:17cv01971 | Ethicon MDL 2327 |
| Hogge, Vivian & Randy | TVT | 2:12cv07873 | Ethicon MDL 2327 |
| Hunt, Angela L. | TVT Abbrevo | 2:17cv01956 | Ethicon MDL 2327 |
| Hunt, Barbara | TVT-S | 2:17cv02945 | Ethicon MDL 2327 |
| Jones, Elizabeth | Prolift/TVT-O | 2:16cv05286 | Ethicon MDL 2327 |
| Jones, Jimmie & Robert | TVT Secur | 2:13cv15410 | Ethicon MDL 2327 |
| King, Kathryn | TVT Exact | 2:17cv02161 | Ethicon MDL 2327 |
| Kirby, Sherry & Clifford S. | Prosima/TVT Exact | 2:16cv00238 | Ethicon MDL 2327 |
| Lawler, Mary L. & James | Prolift/TVT-O | 2:14cv19721 | Ethicon MDL 2327 |
| Leavitt, Jacinta & Paul | TVT | 2:14cv01655 | Ethicon MDL 2327 |
| Lewis, Nancy E. & Leroy | Prolift; TVT | 2:14cv14666 | Ethicon MDL 2327 |
| Luna, Patricia | TVT; TVT Exact | 2:17cv01809 | Ethicon MDL 2327 |
| Martin, Cheryl | TVT | 2:14cv00354 | Ethicon MDL 2327 |
| Martinez, Nohemi | TVT | 2:13cv10804 | Ethicon MDL 2327 |
| Mason, Robin & James | TVT-O | 2:13cv20337 | Ethicon MDL 2327 |
| Mattox, Kristine | TVT | 2:13cv14913 | Ethicon MDL 2327 |
| McBroom, Amanda | Prolift;TVT-Secur | 2:15cv03043 | Ethicon MDL 2327 |

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| McGathey, Elizabeth M. | TVT;Prolift | 2:12cv01538 | Ethicon MDL 2327 |
| Mejia, Patricia | TVT-O | 2:15cv14436 | Ethicon MDL 2327 |
| Messina, Carol & James | TVT Abbrevo | 2:17cv02851 | Ethicon MDL 2327 |
| Miller, Laura Lynn & Carl F. | TVT | 2:13cv23376 | Ethicon MDL 2327 |
| Miller, Madelien & George | TVT | 2:14cv27841 | Ethicon MDL 2327 |
| Mobley, Tasha & Douglass Daniels | TVT Exact | 2:15cv14159 | Ethicon MDL 2327 |
| Morreira, Delia | TVT | 2:13cv01950 | Ethicon MDL 2327 |
| Murray, Lori | TVT Exact | 2:15cv07928 | Ethicon MDL 2327 |
| Newman, Cynthia | TVT | 2:14cv24066 | Ethicon MDL 2327 |
| Ornelas, Herminia | TVT | 2:17cv02854 | Ethicon MDL 2327 |
| Pearson, Phyllis | TVT | 2:13cv03168 | Ethicon MDL 2327 |
| Penn, Teresa | TVT | 2:17cv01818 | Ethicon MDL 2327 |
| Phillips, Patricia | TVT | 2:17cv01893 | Ethicon MDL 2327 |
| Pitlyk, Denise & William | TVT-S | 2:14cv31208 | Ethicon MDL 2327 |
| Postil, Victoria | TVT | 2:12cv09486 | Ethicon MDL 2327 |
| Ratliff, Juanita | Prolift | 2:15cv00541 | Ethicon MDL 2327 |
| Reynolds, Barbara | TVT | 2:15cv14756 | Ethicon MDL 2327 |
| Rodriguez, Judy | TVT | 2:15cv09979 | Ethicon MDL 2327 |
| Romero, Linda | TVT | 2:13cv01294 | Ethicon MDL 2327 |
| Rothenberger, Leiann | TVT | 2:17cv01625 | Ethicon MDL 2327 |
| Ruberti, Debra | TVT-O | 2:13cv01463 | Ethicon MDL 2327 |
| Rusciano, Susan | TVT | 2:13cv13073 | Ethicon MDL 2327 |
| Sexton, Chastity | TVT | 2:15cv08952 | Ethicon MDL 2327 |

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Sexton, Kathy & Garry | TVT | 2:15cv07505 | Ethicon MDL 2327 |
| Skinner, Brenda Diane & Chad | Prolift | 2:15cv07789 | Ethicon MDL 2327 |
| Smith, Barbara D. & Tony M. | TVT;Prolift | 2:13cv20902 | Ethicon MDL 2327 |
| Stimers, Dayna A. | TVT Exact | 2:15cv00659 | Ethicon MDL 2327 |
| Tedder, Judy L. | TVT-Secur;TVT | 2:13cv00097 | Ethicon MDL 2327 |
| Thomson-Roy, Jeannae M. | TVT-O | 2:12cv04586 | Ethicon MDL 2327 |
| Tidler, Dorothy Pauline & Max | TVT | 2:14cv21299 | Ethicon MDL 2327 |
| Townsend, Tamara J. | TVT Abbrevo | 2:13cv26725 | Ethicon MDL 2327 |
| Tucker, Dawn & Mark | TVT Secur | 2:16cv09071 | Ethicon MDL 2327 |
| Vasquez, Tami | TVT | 2:14cv00374 | Ethicon MDL 2327 |
| Vigneau, Christine | TVT | 2:17cv04364 | Ethicon MDL 2327 |
| Wilder, Marbeth | TVT-O | 2:14cv25604 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Rosenzweig as a general expert.**