# EXHIBIT A

JORDI EXHIBIT A

| Case Name | Case No. |
|---|---|
| Barone, Deborah | 2:12cv06802 |
| Chockley, Bonnie & Jeff | 2:16cv05701 |
| Lewis, Nancy E. & Leroy | 2:14cv14666 |