**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE DANIEL ELLIOTT, M.D., FOR ETHICON WAVE 12**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Barone, Deborah | TVT-O; Prolift | 2:12cv06802 | Ethicon MDL 2327 |
| Graham, Tammy | TVT Secur | 2:12cv06054 | Ethicon MDL 2327 |
| Shea-Towers, Deborah & Brian | TVT-O | 2:13cv01540 | Ethicon MDL 2327 |
| Barton, Juanita & James Scott Dean | TVT-O | 2:13cv20332 | Ethicon MDL 2327 |
| Bauer, Danna A. & Gregory Thomas | TVT-O | 2:14cv08564 | Ethicon MDL 2327 |
| Burgoyne, Janet & Danny | TVT | 2:14cv28620 | Ethicon MDL 2327 |
| Burton, Rebecca & Jeffrey | Prolift | 2:14cv15094 | Ethicon MDL 2327 |
| Bush, Teresa | TVT | 2:13cv01937 | Ethicon MDL 2327 |
| Carter, Tamara & David | Prolift;TVT | 2:12cv01661 | Ethicon MDL 2327 |
| Casey, Michelle M. | TVT | 2:17cv04072 | Ethicon MDL 2327 |
| Chockley, Bonnie & Jeff | TVT-O | 2:16cv05701 | Ethicon MDL 2327 |
| Chrysler, Marion | TVT | 2:12cv02060 | Ethicon MDL 2327 |
| Clowe, Paula C. & Audie L. Pope | TVT | 2:12cv06893 | Ethicon MDL 2327 |
| Dorgan, Madenna K. & Richard | TVT | 2:12cv03159 | Ethicon MDL 2327 |
| Ellerbee, Ovis & James | TVT-O | 2:15cv08276 | Ethicon MDL 2327 |
| Ellis, Margo & Beau | TVT | 2:12cv09097 | Ethicon MDL 2327 |
| Foster, Kimberly Fromm & Keith | TVT | 2:14cv02945 | Ethicon MDL 2327 |
| Freeman, Terri & Earl | Prolift +M | 2:13cv24578 | Ethicon MDL 2327 |
| Frietze, Nadine & Lyndon | TVT | 2:14cv29513 | Ethicon MDL 2327 |
| Goulette, Laurine V. | Prolift;TVT-Secur | 2:13cv01776 | Ethicon MDL 2327 |

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Green, Janice | TVT | 2:12cv02148 | Ethicon MDL 2327 |
| Grundel, Sharon & Alan | TVT | 2:13cv28247 | Ethicon MDL 2327 |
| Haymart, Jennifer & Jess | TVT | 2:14cv21296 | Ethicon MDL 2327 |
| Heatherman, Christine & Terry Weaver | TVT | 2:12cv09245 | Ethicon MDL 2327 |
| Hogge, Vivian & Randy | TVT | 2:12cv07873 | Ethicon MDL 2327 |
| Hunt, Barbara | TVT-S | 2:17cv02945 | Ethicon MDL 2327 |
| Jackson, Doris Chappell | Prolift | 2:12cv00265 | Ethicon MDL 2327 |
| Jones, Elizabeth | Prolift/TVT-O | 2:16cv05286 | Ethicon MDL 2327 |
| Jones, Jimmie & Robert | TVT Secur | 2:13cv15410 | Ethicon MDL 2327 |
| Kieffaber, Carolyn M. & Thomas M. | Prolift | 2:12cv08464 | Ethicon MDL 2327 |
| Lewis, Nancy E. & Leroy | Prolift; TVT | 2:14cv14666 | Ethicon MDL 2327 |
| Martin, Cheryl | TVT | 2:14cv00354 | Ethicon MDL 2327 |
| Martinez, Nohemi | TVT | 2:13cv10804 | Ethicon MDL 2327 |
| Mason, Robin & James | TVT-O | 2:13cv20337 | Ethicon MDL 2327 |
| Mattox, Kristine | TVT | 2:13cv14913 | Ethicon MDL 2327 |
| Mejia, Patricia | TVT-O | 2:15cv14436 | Ethicon MDL 2327 |
| Miller, Madelien & George | TVT | 2:14cv27841 | Ethicon MDL 2327 |
| Morreira, Delia | TVT | 2:13cv01950 | Ethicon MDL 2327 |
| Pitlyk, Denise & William | TVT-S | 2:14cv31208 | Ethicon MDL 2327 |
| Postil, Victoria | TVT | 2:12cv09486 | Ethicon MDL 2327 |
| Ratliff, Juanita | Prolift | 2:15cv00541 | Ethicon MDL 2327 |
| Reynolds, Barbara | TVT | 2:15cv14756 | Ethicon MDL 2327 |

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Romero, Linda | TVT | 2:13cv01294 | Ethicon MDL 2327 |
| Ruberti, Debra | TVT-O | 2:13cv01463 | Ethicon MDL 2327 |
| Sexton, Kathy & Garry | TVT | 2:15cv07505 | Ethicon MDL 2327 |
| Siefkas, Patricia Hughes & Jon | Prolift | 2:13cv20168 | Ethicon MDL 2327 |
| Skinner, Brenda Diane & Chad | Prolift | 2:15cv07789 | Ethicon MDL 2327 |
| Tedder, Judy L. | TVT-Secur;TVT | 2:13cv00097 | Ethicon MDL 2327 |
| Tidler, Dorothy Pauline & Max | TVT | 2:14cv21299 | Ethicon MDL 2327 |
| Vasquez, Tami | TVT | 2:14cv00374 | Ethicon MDL 2327 |
| Vigneau, Christine | TVT | 2:17cv04364 | Ethicon MDL 2327 |
| Wilder, Marbeth | TVT-O | 2:14cv25604 | Ethicon MDL 2327 |
| Wingard, Kelly & Kenneth | Prolift | 2:13cv23113 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Elliott as a general expert.**