# EXHIBIT A

KlINGE EXHIBIT A

| Case Name | Case No. |
|---|---|
| Acosta, Margaret & Rudolph | 2:17cv02702 |
| Barone, Deborah | 2:12cv06802 |
| Bloom, Lynne & Richard | 2:17cv01960 |
| Burke, Lora | 2:15cv12902 |
| Burton, Rebecca & Jeffrey | 2:14cv15094 |
| Carter, Tamara & David | 2:12cv01661 |
| Chrysler, Marion | 2:12cv02060 |
| Freeman, Terri & Earl | 2:13cv24578 |
| Goulette, Laurine V. | 2:13cv01776 |
| Henderson, Karan & Willie | 2:14cv18418 |
| Jackson, Doris Chappell | 2:12cv00265 |
| Kieffaber, Carolyn M. & Thomas M. | 2:12cv08464 |
| Kole, Kim | 2:18cv00291 |
| Lawler, Mary L. & James | 2:14cv19721 |
| Lewis, Nancy E. & Leroy | 2:14cv14666 |
| McGathey, Elizabeth M. | 2:12cv01538 |
| Moe, Debra & Gregory | 2:13cv26408 |
| Murray, Lori | 2:15cv07928 |
| Newman, Cynthia | 2:14cv24066 |
| Parsons, Julie A. | 2:16cv08737 |
| Raney, Kimberly | 2:13cv10010 |
| Ratliff, Juanita | 2:15cv00541 |
| Romero, Linda | 2:13cv01294 |
| Schmalz, Tammy Lyne | 2:16cv11039 |
| Siefkas, Patricia Hughes & Jon | 2:13cv20168 |
| Skinner, Brenda Diane & Chad | 2:15cv07789 |
| Thomson-Roy, Jeannae M. | 2:12cv04586 |
| Townsend, Tamara J. | 2:13cv26725 |
| Tucker, Dawn & Mark | 2:16cv09071 |
| Wingard, Kelly & Kenneth | 2:13cv23113 |