**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE JERRY BLAIVAS M.D., FOR ETHICON WAVE 12**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Barone, Deborah | TVT-O; Prolift | 2:12cv06802 | Ethicon MDL 2327 |
| Bauer, Danna A. & Gregory Thomas | TVT-O | 2:14cv08564 | Ethicon MDL 2327 |
| Boland, Anneliese | TVT-Secur | 2:13cv32778 | Ethicon MDL 2327 |
| Bond, Cathy Lynn | TVT; Prolift | 2:13cv10501 | Ethicon MDL 2327 |
| Britt, Judy & Edwin | Proceed | 2:13cv01947 | Ethicon MDL 2327 |
| Burgoyne, Janet & Danny | TVT | 2:14cv28620 | Ethicon MDL 2327 |
| Burris, Tina | Prolift | 2:14cv24320 | Ethicon MDL 2327 |
| Bush, Teresa | TVT | 2:13cv01937 | Ethicon MDL 2327 |
| Carbon, Ediany & Albert | Prolift; TVT-S | 2:12cv04269 | Ethicon MDL 2327 |
| Casey, Michelle M. | TVT | 2:17cv04072 | Ethicon MDL 2327 |
| Clowe, Paula C. & Audie L. Pope | TVT | 2:12cv06893 | Ethicon MDL 2327 |
| Cooper, Janis M. | Prolift | 2:12cv06593 | Ethicon MDL 2327 |
| Cuttrell, Judy | Prolift | 2:14cv17303 | Ethicon MDL 2327 |
| Daugherty, Marie | Prolift | 2:13cv01325 | Ethicon MDL 2327 |
| Doddato, Samantha D. | TVT | 2:17cv01897 | Ethicon MDL 2327 |
| Dorgan, Madenna K. & Richard | TVT | 2:12cv03159 | Ethicon MDL 2327 |
| Ferrer, Brooke | Prolift; TVT-S | 2:12cv04591 | Ethicon MDL 2327 |
| Fielder, Frances M. & Joseph | TVT-Exact | 2:13cv22056 | Ethicon MDL 2327 |
| Foster, Kimberly Fromm & Keith | TVT | 2:14cv02945 | Ethicon MDL 2327 |
| Franklin, Lisa | TVT | 2:15cv11810 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Frietze, Nadine & Lyndon | TVT | 2:14cv29513 | Ethicon MDL 2327 |
| Gale, Sharon B. | TVT Exact | 2:17cv01951 | Ethicon MDL 2327 |
| Gilstrap, Patricia | Prolift | 2:16cv00236 | Ethicon MDL 2327 |
| Graves, Tina & Horace E. | Prolift; TVT | 2:12cv07177 | Ethicon MDL 2327 |
| Green, Janice | TVT | 2:12cv02148 | Ethicon MDL 2327 |
| Grundel, Sharon & Alan | TVT | 2:13cv28247 | Ethicon MDL 2327 |
| Gurrola, Klaudia & Frank | Prolift | 2:13cv04826 | Ethicon MDL 2327 |
| Hanifl, Julie & William | TVT-Exact | 2:16cv05175 | Ethicon MDL 2327 |
| Haymart, Jennifer & Jess | TVT | 2:14cv21296 | Ethicon MDL 2327 |
| Heuerman, Rebecca & Timothy | Prolift; TVT | 2:13cv13962 | Ethicon MDL 2327 |
| Hogge, Vivian & Randy | TVT | 2:12cv07873 | Ethicon MDL 2327 |
| Hunt, Angela L. | TVT Abbrevo | 2:17cv01956 | Ethicon MDL 2327 |
| Jones, Jimmie & Robert | TVT Secur | 2:13cv15410 | Ethicon MDL 2327 |
| King, Kathryn | TVT Exact | 2:17cv02161 | Ethicon MDL 2327 |
| Lewis, Nancy E. & Leroy | Prolift; TVT | 2:14cv14666 | Ethicon MDL 2327 |
| Martin, Cheryl | TVT | 2:14cv00354 | Ethicon MDL 2327 |
| Martinez, Nohemi | TVT | 2:13cv10804 | Ethicon MDL 2327 |
| Mattox, Kristine | TVT | 2:13cv14913 | Ethicon MDL 2327 |
| Mejia, Patricia | TVT-O | 2:15cv14436 | Ethicon MDL 2327 |
| Miller, Laura Lynn & Carl F. | TVT | 2:13cv23376 | Ethicon MDL 2327 |
| Miller, Madelien & George | TVT | 2:14cv27841 | Ethicon MDL 2327 |
| Mobley, Tasha & Douglass Daniels | TVT Exact | 2:15cv14159 | Ethicon MDL 2327 |
| Morreira, Delia | TVT | 2:13cv01950 | Ethicon MDL 2327 |
| Murray, Lori | TVT Exact | 2:15cv07928 | Ethicon MDL 2327 |

| | | | |
|---|---|---|---|
| Ornelas, Herminia | TVT | 2:17cv02854 | Ethicon MDL 2327 |
| Parsons, Julie A. | TVT | 2:16cv08737 | Ethicon MDL 2327 |
| Pelham, Sandra J. | Prolift | 2:13cv08384 | Ethicon MDL 2327 |
| Perrywinkle, Rayne | Prolift | 2:13cv28452 | Ethicon MDL 2327 |
| Postil, Victoria | TVT | 2:12cv09486 | Ethicon MDL 2327 |
| Reynolds, Barbara | TVT | 2:15cv14756 | Ethicon MDL 2327 |
| Rodriguez, Judy | TVT | 2:15cv09979 | Ethicon MDL 2327 |
| Rothenberger, Leiann | TVT | 2:17cv01625 | Ethicon MDL 2327 |
| Rusciano, Susan | TVT | 2:13cv13073 | Ethicon MDL 2327 |
| Schmalz, Tammy Lyne | TVT | 2:16cv11039 | Ethicon MDL 2327 |
| Sexton, Chastity | TVT | 2:15cv08952 | Ethicon MDL 2327 |
| Sexton, Kathy & Garry | TVT | 2:15cv07505 | Ethicon MDL 2327 |
| Smith, Barbara D. & Tony M. | TVT/Prolift | 2:13cv20902 | Ethicon MDL 2327 |
| Tedder, Judy L. | TVT-Secur;TVT | 2:13cv00097 | Ethicon MDL 2327 |
| Tidler, Dorothy Pauline & Max | TVT | 2:14cv21299 | Ethicon MDL 2327 |
| Townsend, Tamara J. | TVT Abbrevo | 2:13cv26725 | Ethicon MDL 2327 |
| Valencia, Jasmine | TVT | 2:12cv05475 | Ethicon MDL 2327 |
| Vargas, Belinda & Joseph | TVT-Secur | 2:13cv15722 | Ethicon MDL 2327 |
| Vasquez, Tami | TVT | 2:14cv00374 | Ethicon MDL 2327 |
| Vigneau, Christine | TVT | 2:17cv04364 | Ethicon MDL 2327 |

\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Blaivas as a general expert.