**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY            MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 12 CASES LISTED IN      JOSEPH R. GOODWIN
EXHIBIT A                                    U.S. DISTRICT JUDGE

<u>**NOTICE OF ADOPTION OF ETHICON'S MOTION TO EXCLUDE THE OPINIONS**</u>
<u>**AND TESTIMONY OF DR. JIMMY W. MAYS FILED IN WAVE 4**</u>

Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon") adopt and incorporate by reference Ethicon's Motion to Exclude the Opinions and Testimony of Dr. Jimmy W. Mays [Dkt. #3642], Ethicon's Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Dr. Jimmy W. Mays [Dkt. #3647], and Ethicon's Reply [Dkt. #3847] previously filed in Wave 4.[1] Ethicon respectfully requests that the Court exclude Dr. Mays' testimony in the Wave 12 cases identified in Exhibit A for the reasons expressed in the Wave 4 briefing adopted and incorporated herein.

Dated: November 1, 2019

Respectfully submitted,

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

---

[1] Although Dr. Mays has filed a new report beginning with Wave 5, this report is substantively the same with respect to the opinions challenged in Ethicon's Wave 4 Motion, and Ethicon's arguments in that Motion apply equally to the Wave 5 report.

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com