# EXHIBIT A

MAYS EXHIBIT A

| Case Name | Case No. |
|---|---|
| Alford, Doris | 2:13cv14009 |
| Amelong, Cynthia & John | 2:13cv20784 |
| Baker, Judy | 2:12cv09496 |
| Banda, Betty | 2:15cv15404 |
| Barrera, Evelyn & Valdemar | 2:13cv12057 |
| Bauer, Danna A. & Gregory Thomas | 2:14cv08564 |
| Bentley, Katie | 2:16cv00230 |
| Bettis, Adrea & Robert | 2:13cv20911 |
| Bond, Cathy Lynn | 2:13cv10501 |
| Boomhower, Paula & Richard | 2:13cv14886 |
| Britt, Judy & Edwin | 2:13cv01947 |
| Brown, Paula & James | 2:14cv00386 |
| Brown, Wanda | 2:13cv11267 |
| Bryant, Clara Coleen | 2:16cv00231 |
| Buchholz, Diana & Timothy | 2:13cv19305 |
| Burger, Frances D. | 2:13cv20907 |
| Burris, Tina | 2:14cv24320 |
| Carbon, Ediany & Albert | 2:12cv04269 |
| Carrier, Barbara | 2:14cv22652 |
| Carver, Donna | 2:12cv04164 |
| Chavez, Maria Bertha & Fausto | 2:13cv11240 |
| Cloutier, Deborah | 2:15cv11930 |
| Coker, Mary | 2:15cv11324 |
| Coleman, Deborah J. | 2:13cv13630 |
| Cooper, Janis M. | 2:12cv06593 |
| Crow, Natalie | 2:14cv12908 |
| Crowe, Betty | 2:13cv19299 |
| Cuttrell, Judy | 2:14cv17303 |
| Daugherty, Marie | 2:13cv01325 |
| Dealba, Circe | 2:13cv19143 |
| Drake, Janet & Kyle | 2:12cv08575 |
| Duhon, Wanda & Jerry | 2:13cv13621 |
| Epstein-Clark, Linda & Joseph Peter | 2:14cv14081 |
| Ferrer, Brooke | 2:12cv04591 |
| Fielder, Frances M. & Joseph | 2:13cv22056 |
| Garcia, Nina & Ismel | 2:13cv01942 |
| Gilstrap, Patricia | 2:16cv00236 |
| Graves, Tina & Horace E. | 2:12cv07177 |
| Green, Janice | 2:12cv02148 |
| Greenwell, Shirley | 2:13cv20166 |
| Gutierrez, Wanda & Ramiro | 2:13cv15716 |
| Hagler, Penney & Richard | 2:13cv19177 |
| Hanifl, Julie & William | 2:16cv05175 |
| Heindl, Susan & Edward | 2:13cv27654 |
| Henderson, Karan & Willie | 2:14cv18418 |

MAYS EXHIBIT A

| Case Name | Case No. |
|---|---|
| Hervey, Susan, Personal Representative of the Estate of Hervey, Georgia, deceased | 2:12cv05839 |
| Heuerman, Rebecca & Timothy | 2:13cv13962 |
| Hines, Cynthia D. & James | 2:13cv04832 |
| Hooper, Linda F. | 2:13cv01686 |
| Hughes, Sherri & Donald | 2:13cv20904 |
| Jude, Jennifer L. | 2:13cv03084 |
| Kinard, Deborah & John | 2:13cv09247 |
| King, Kathryn | 2:17cv02161 |
| Kirby, Sherry & Clifford S. | 2:16cv00238 |
| Lambert, Evelyn & John D. | 2:13cv04824 |
| Luckett-Epps, Seba | 2:13cv04870 |
| Malcolm, Alicia | 2:15cv01630 |
| Mallow, Dawna | 2:16cv08013 |
| Marston, Susan & Dale | 2:12cv09490 |
| Martin, Connie | 2:12cv08784 |
| Martin, Teresa & Larry | 2:13cv22047 |
| May-Weirauch, Brandi | 2:15cv12478 |
| McCall, Jeanette | 2:13cv32824 |
| McClurg, Janice & David | 2:13cv22040 |
| Miller, Laura Lynn & Carl F. | 2:13cv23376 |
| Mobley, Tasha & Douglass Daniels | 2:15cv14159 |
| Munoz, Silvia & Jose | 2:17cv04361 |
| Munsterman, Linda & Ardell | 2:13cv13305 |
| Murray, Lori | 2:15cv07928 |
| Nelson, Linda & Bobby | 2:12cv08135 |
| Norris, Doreta S. & Mark | 2:13cv11269 |
| Nowland, Carolyn & Rick | 2:15cv07707 |
| Nugnes, Darleen | 2:14cv24207 |
| Pelham, Sandra J. | 2:13cv08384 |
| Perrywinkle, Rayne | 2:13cv28452 |
| Prasuhn, Debbie | 2:13cv22632 |
| Price, Renie | 2:16cv12548 |
| Raney, Kimberly | 2:13cv10010 |
| Reyna, Kathy & Victor, Jr. | 2:14cv14089 |
| Rodriguez, Judy | 2:15cv09979 |
| Romero, Linda | 2:13cv01294 |
| Rondot, Charlotte | 2:13cv15143 |
| Rusciano, Susan | 2:13cv13073 |
| Schmitz, Kimberly & Kevin | 2:13cv16595 |
| Schultz, Nettie & Gordon | 2:13cv21986 |
| Sexton, Chastity | 2:15cv08952 |
| Slusser, Aimee | 2:13cv12013 |
| Smith, Barbara D. & Tony M. | 2:13cv20902 |
| Smith, Cherita | 2:13cv15670 |
| Solano, Josie & Dennis | 2:14cv14101 |

MAYS EXHIBIT A

| Case Name | Case No. |
|---|---|
| Stratton, Margaret | 2:13cv10846 |
| Trout, Julie & David | 2:15cv04923 |
| Tucker, Brenda & Mark | 2:13cv16593 |
| Valencia, Jasmine | 2:12cv05475 |
| Vigil, Hortencia & Pablo | 2:14cv01060 |
| Webb, Kelly J. | 2:13cv03083 |
| Zyph, Cleo | 2:16cv12024 |