# EXHIBIT A

PRIDDY EXHIBIT A

| Case Name | Case No. |
| --- | --- |
| Baker, Judy | 2:12cv09496 |
| Blake, Wendy D. | 2:17cv01896 |
| Burgoyne, Janet & Danny | 2:14cv28620 |
| Burton, Rebecca & Jeffrey | 2:14cv15094 |
| Carrier, Barbara | 2:14cv22652 |
| Casey, Michelle M. | 2:17cv04072 |
| Cloutier, Deborah | 2:15cv11930 |
| Crowe, Betty | 2:13cv19299 |
| Dealba, Circe | 2:13cv19143 |
| Doddato, Samantha D. | 2:17cv01897 |
| Dorgan, Madenna K. & Richard | 2:12cv03159 |
| Duncan, Michelle R. | 2:17cv01898 |
| Ekici, Gulfinaz | 2:17cv01948 |
| Ellerbee, Ovis & James | 2:15cv08276 |
| Epstein-Clark, Linda & Joseph Peter | 2:14cv14081 |
| Fielder, Frances M. & Joseph | 2:13cv22056 |
| Foster, Kimberly Fromm & Keith | 2:14cv02945 |
| Francis, Nancy S. | 2:17cv01949 |
| Franklin, Lisa | 2:15cv11810 |
| Fryer, Robin & Charles | 2:15cv04194 |
| Gale, Sharon B. | 2:17cv01951 |
| Granda, Jennifer L. | 2:17cv01952 |
| Greenwell, Shirley | 2:13cv20166 |
| Hagler, Penney & Richard | 2:13cv19177 |
| Hanifl, Julie & William | 2:16cv05175 |
| Hervey, Susan, Personal Representative of the Estate of Hervey, Georgia, deceased | 2:12cv05839 |
| Hicks, Susan | 2:17cv01971 |
| Hunt, Angela L. | 2:17cv01956 |
| Kirby, Sherry & Clifford S. | 2:16cv00238 |
| Luckett-Epps, Seba | 2:13cv04870 |
| Luna, Patricia | 2:17cv01809 |
| Malcolm, Alicia | 2:15cv01630 |
| Marston, Susan & Dale | 2:12cv09490 |
| Martin, Teresa & Larry | 2:13cv22047 |
| McCall, Jeanette | 2:13cv32824 |
| McClurg, Janice & David | 2:13cv22040 |
| Mobley, Tasha & Douglass Daniels | 2:15cv14159 |
| Modesitt, Pauletta | 2:17cv01612 |
| Murray, Lori | 2:15cv07928 |
| Penn, Teresa | 2:17cv01818 |
| Phillips, Patricia | 2:17cv01893 |
| Reyna, Kathy & Victor, Jr. | 2:14cv14089 |
| Rondot, Charlotte | 2:13cv15143 |
| Rothenberger, Leiann | 2:17cv01625 |

PRIDDY EXHIBIT A

| Case Name | Case No. |
| --- | --- |
| Rusciano, Susan | 2:13cv13073 |
| Sexton, Chastity | 2:15cv08952 |
| Smith, Tabitha & Nickolas | 2:13cv21957 |
| Solano, Josie & Dennis | 2:14cv14101 |
| Vigil, Hortencia & Pablo | 2:14cv01060 |
| Vigneau, Christine | 2:17cv04364 |
| Webb, Kelly J. | 2:13cv03083 |
| Wilder, Marbeth | 2:14cv25604 |
| Wolfert, Jill & Mike | 2:13cv22636 |