# EXHIBIT A

MICHAELS EXHIBIT A

| Case Name | Case No. |
| --- | --- |
| Alford, Doris | 2:13cv14009 |
| Amelong, Cynthia & John | 2:13cv20784 |
| Baker, Judy | 2:12cv09496 |
| Barone, Deborah | 2:12cv06802 |
| Blake, Wendy D. | 2:17cv01896 |
| Britt, Judy & Edwin | 2:13cv01947 |
| Bryant, Clara Coleen | 2:16cv00231 |
| Carter, Tamara & David | 2:12cv01661 |
| Chockley, Bonnie & Jeff | 2:16cv05701 |
| Chrysler, Marion | 2:12cv02060 |
| Cloutier, Deborah | 2:15cv11930 |
| Crowe, Betty | 2:13cv19299 |
| Dealba, Circe | 2:13cv19143 |
| Dice, Denese & Terry | 2:13cv03184 |
| Doddato, Samantha D. | 2:17cv01897 |
| Duhon, Wanda & Jerry | 2:13cv13621 |
| Duncan, Michelle R. | 2:17cv01898 |
| Ekici, Gulfinaz | 2:17cv01948 |
| Epstein-Clark, Linda & Joseph Peter | 2:14cv14081 |
| Francis, Nancy S. | 2:17cv01949 |
| Freeman, Terri & Earl | 2:13cv24578 |
| Fryer, Robin & Charles | 2:15cv04194 |
| Gale, Sharon B. | 2:17cv01951 |
| Granda, Jennifer L. | 2:17cv01952 |
| Greenwell, Shirley | 2:13cv20166 |
| Gurrola, Klaudia & Frank | 2:13cv04826 |
| Gutierrez, Wanda & Ramiro | 2:13cv15716 |
| Hagler, Penney & Richard | 2:13cv19177 |
| Henderson, Karan & Willie | 2:14cv18418 |
| Hervey, Susan, Personal Representative of the Estate of Hervey, Georgia, deceased | 2:12cv05839 |
| Hicks, Susan | 2:17cv01971 |
| Hunt, Angela L. | 2:17cv01956 |
| Kirby, Sherry & Clifford S. | 2:16cv00238 |
| Luna, Patricia | 2:17cv01809 |
| Marston, Susan & Dale | 2:12cv09490 |
| Martin, Teresa & Larry | 2:13cv22047 |
| Modesitt, Pauletta | 2:17cv01612 |
| Munsterman, Linda & Ardell | 2:13cv13305 |
| Nugnes, Darleen | 2:14cv24207 |
| Penn, Teresa | 2:17cv01818 |
| Phillips, Patricia | 2:17cv01893 |
| Price, Renie | 2:16cv12548 |
| Reyna, Kathy & Victor, Jr. | 2:14cv14089 |
| Rondot, Charlotte | 2:13cv15143 |

MICHAELS EXHIBIT A

| Case Name | Case No. |
| --- | --- |
| Rothenberger, Leiann | 2:17cv01625 |
| Schultz, Nettie & Gordon | 2:13cv21986 |
| Shea-Towers, Deborah & Brian | 2:13cv01540 |
| Solano, Josie & Dennis | 2:14cv14101 |
| Townsend, Tamara J. | 2:13cv26725 |
| Tucker, Dawn & Mark | 2:16cv09071 |
| Vigil, Hortencia & Pablo | 2:14cv01060 |
| Zyph, Cleo | 2:16cv12024 |