**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE RALPH ZIPPER FOR ETHICON WAVE 12**

1. Moe, Debra & Gregory – 2:13-cv-26408
2. Boomhower, Paula & Richard – 2:13-cv-14886
3. Brown, Paula & James – 2:14-cv-00386
4. Buchholz, Diana & Timothy – 2:13-cv-19305
5. Burton, Rebecca & Jeffrey – 2;14-cv-15094
6. Chavez, Maria Bertha & Fausto – 2:13-cv-11240
7. Garcia, Nina & Ismel – 2:13-cv-01942
8. Green, Janice – 2:12-cv-02148
9. Hooper, Linda F. – 2:13-cv-01686
10. Hunt, Barbara – 2:17-cv-02945
11. Jackson, Doris Chappell – 2:12-cv-00265
12. Kieffaber, Carolyn M. & Thomas M. – 2:12-cv-08464
13. Pitlyk, Denise & William – 2:14-cv-31208
14. Ratiff, Juanita – 2:15-cv-00541
15. Tedder, Judy L. – 2:13-cv-00097
16. Tucker, Dawn & Mark – 2:16-cv-09071
17. Wingard, Kelly & Kenneth – 2:13-cv-23113