**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE MICHAEL MARGOLIS FOR ETHICON WAVE 12**

1. Munoz, Silvia & Jose – 2:17-cv-04361
2. Bentley, Katie – 2:16-cv-00230
3. Burgoyne, Janet & Danny – 2:14-cv-28620
4. Burke, Lora – 2:15-cv-12902
5. Casey, Michelle M. – 2:17-cv-04072
6. Coker, Mary – 2:15-cv-11324
7. Crow, Natalie – 2:14-cv-12908
8. Dorgan, Madenna K & Richard – 2:12-cv-03159
9. Ellis, Margo & Beau – 2:12-cv-09097
10. Franklin, Lisa – 2:15-cv-11810
11. Hanifl, Julie & William – 2:16-cv-05175
12. Hines, Cynthis D. & James – 2:13-cv-04832
13. Hughes, Sherri & Donald – 2:13-cv-20904
14. Jude, Jennifer L. – 2:13-cv-03084
15. Kinard, Deborah & John – 2:13-cv-09247
16. May-Weirauch, Brandi – 2:15-cv-12478
17. Norris, Doreta S. & Mark – 2:13-cv-11269
18. Nowland, Carolyn & Rick – 2:15-cv-07707
19. Rusciano, Susan – 2:13-cv-13073
20. Schmalz, Tammy Lyne – 2:16-cv-11039
21. Smith, Cherita – 2:13-cv-15670
22. Stratton, Margaret – 2:13-cv-10846
23. Trout, Julie & David – 2:15-cv-04923
24. Valencia, Jasmine – 2:12-cv-05475
25. Wilder, Marbeth – 2:14-cv-25604