# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------ | |
| WAVE 12 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT MOTIONS AND REPLY BRIEFINGS REGARDING ABBAS SHOBEIRI, M.D., FOR WAVE 12

Come now, Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon"), and hereby move to exclude certain general opinions of one of Plaintiffs' experts, Dr. Abbas Shobeiri. Defendants adopt and incorporate by reference the *Daubert* motion filed against Dr. Shobeiri for Ethicon Wave 1, Dkt. Nos. 2073 (motion), 2077 (memorandum in support), and supporting Reply brief, Dkt. 2219, as well as their supplemental memorandum of law filed in Ethicon Wave 3 cases, Dkt. Nos. 2764 and 2767, which addresses the Court's Wave 1 ruling with respect to Dr. Shobeiri. *See* Order, Dkt.. No. 2685.

Ethicon respectfully requests that the Court exclude Dr. Shobeiri's testimony, for the reasons expressed in the Wave 1 and 3 briefings. This notice applies to the Wave 12 cases identified in Exhibit A attached hereto.

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010

1

Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

**Error! Unknown document property name.**

## **CERTIFICATE OF SERVICE**

      I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                      */s/ William M. Gage*

                                      William M. Gage