**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT*
MOTION TO EXCLUDE ABBAS SHOBIERI FOR ETHICON WAVE 12**

1. Moe, Debra & Gregory – 2:13-cv-26408
2. Bond, Cathy Lynn – 2:13-cv-10501
3. Heatherman, Christine & Terry Weaver – 2:12-cv-09245
4. Jones, Elizabeth – 2:16-cv-05286
5. Wilder, Marbeth – 2:14-cv-25604
6. Wingard, Kelly & Kenneth – 2:13-cv-23113