**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE JOHN MIKLOS FOR ETHICON WAVE 12**

1. Graham, Tammy – 2:12-cv-06064
2. Boland, Anneliese – 2:13-cv-32778
3. Boomhower, Paula & Richard – 2:13-cv-14886
4. Brown, Paula & James – 2:14-cv-00386
5. Buchholz, Diana & Timothy – 2:13-cv-19305
6. Chavez, Maria Bertha & Fausto – 2:13-cv-11240
7. Garcia, Nina & Ismel – 2:13-cv-01942
8. Jackson, Doris Chappell – 2:12-cv-00265
9. Vargas, Belinda & Joseph – 2:13-cv-15722