**EXHIBIT A TO DEFENDANTS' MOTION TO EXCLUDE
SUZANNE PARISIAN, M.D. [WAVE 12]**

Pursuant to the third Amended Docket Control Order, Defendants submit the following list of cases applicable to Defendants' Motion to Exclude Suzanne Parisian, M.D., in Wave 12 where Dr. Parisian is named as a general retained regulatory expert.[1]

**List of Applicable Cases**

Dr. Parisian has submitted an expert report in MDL 2327 for two products: the Prolift + M and the TVT Secur. *See* Pl. General Retained Regulatory Experts, Wave 12. Defendants therefore adopt their prior briefing in the following cases, only to the extent that the TVT Secur or Prolift + M is at issue:

| Plaintiff's Last Name | Plaintiff's First Name(s) | Docket No. | Product(s) |
|---|---|---|---|
| Hicks | Susan | 2:17-cv-1971 | TVT-SECUR, TVT-EXACT* |
| Hunt | Barbara | 2:17-cv-2945 | TVT-SECUR |
| McCall | Jeanette | 2:13-cv-32824 | Prolift + M (Advantage – Boston Scientific – dismissed) |
| Pitlyk | Denise | 2:14-cv-31208 | TVT-SECUR |
| Raney | Kimberly | 2:13-cv-10010 | TVT-SECUR (Obtryx – Boston Scientific – dismissed) |
| Tucker | Dawn | 2:16-cv-9071 | TVT-SECUR |

---

[1] Plaintiffs' designation states that they recognize the Fourth Circuit's affirmance of this Court's exclusion of evidence of compliance with the 510(k) process and "reserve the right to designate" Dr. Parisian "[i]n the event of a contrary ruling." Pl. Expert Disclosure at p. 4. Ethicon understands this to mean that Dr. Parisian is not designated at all if no FDA evidence is admitted, even though this is potentially inconsistent with Dr. Parisian's current disclaimer of reliance on FDA regulations. In addition, Ethicon notes that this "reservation of right to designate" in some instances puts Plaintiffs' number of experts over the allotted five.

2

To the extent the above cases do not involve the TVT Secur or Prolift + M (indicated with an * above as related to other Ethicon products), and in all the following case, Dr. Parisian has been designated as an expert but has not served an expert report.  Thus, she may not render any opinion as to those products:

| Plaintiff's Last Name | Plaintiff's First Name(s) | Docket No. | Product(s) |
|---|---|---|---|
| Ornelas | Herminia | 2:17-cv-2854 | TVT |

2