# EXHIBIT 3

Niall T.M. Galloway, M.D.

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON
Master File No. 2:12-MD-02327
MDL 2327

_____

IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION
JOSEPH R. GOODWIN | U.S. DISTRICT JUDGE

_____

THIS DOCUMENT RELATES TO THE FOLLOWING CASES
IN WAVE 1 OF MDL 200:

Alina Fitzgerald, et al. v. Ethicon, Inc., et al.
Civil Action No. 2:12-cv-01371
Mary Shelton, et al. v. Ethicon, Inc., et al.
Civil Action No. 2:12-cv-01707

Donna Bihlmeyer, et al. v. Ethicon, Inc., et al.
Civil Action No. 2:12-cv-02159
Karen Swanson, et al. v. Ethicon, Inc., et al.
Civil Action No. 2:12-cv-01709

Margaret Carroll v. Ethicon, Inc., et al.
Civil Action No. 2:12-cv-02026
Marilyn Muir, et al. v. Ethicon, Inc., et al.
Civil Action No. 2:12-cv-01706

Myra Heuer v. Ethicon, Inc., et al.
Civil Action No. 2:12-cv-01796

_____

DEPOSITION OF
NIALL T. M. GALLOWAY, M.D.

Atlanta, Georgia

Thursday, June 9, 2016

Court Reporter:  Michelle M. Boudreaux, RPR

Niall T.M. Galloway, M.D.

```
                                                        Page 2

 1

 2

 3

 4

 5

 6                          June 9, 2016

 7                          1:49 p.m.

 8

 9

10            Deposition of NIALL T. M. GALLOWAY, MD,

11       held at the Emory Clinic, 1365 Clifton Road,

12       Building B, Suite 1400, Atlanta, Georgia,

13       pursuant to Agreement before Michelle M.

14       Boudreaux, a Registered Professional Reporter

15       in the State of Georgia.

16

17

18

19

20

21

22

23

24
```

Niall T.M. Galloway, M.D.

Page 3

```
 1                  APPEARANCES OF COUNSEL
 2
 3   On behalf of the Plaintiffs:
 4        P. LEIGH O'DELL, ESQ.
          Beasley, Allen, Crow, Methvin,
 5        Portis & Miles, P.C.
          218 Commerce Street
 6        Post Office Box 4160
          Montgomery, Alabama 36104
 7        334.269.2343
          leigh.odell@beasleyallen.com
 8
 9   On behalf of the Defendants:
10        CAMALA E. CAPODICE, ESQ.
          Irwin Fritchie Urquhart & Moore, LLC
11        400 Poydras Street, Suite 2700
          New Orleans, Louisiana 70130
12        504.310.2100
          ccapodice@irwinllc.com
13
14   Also Present:  Alyssa Gele
15
16
17
18
19
20
21
22
23
24
```

Niall T.M. Galloway, M.D.

Page 96

1    previously.  Does that mean that there are additional

2    incisions made where you remove the fascia?

3         A    That can be possible in certain cases if you

4    choose to harvest the fascia from a second site.  It is

5    our practice, typically, to use the same wound and to

6    harvest the fascia within the surgical field, and so

7    there's no need for a second incision.

8         Q    You do have to dissect the fascia, though,

9    out of the abdomen before you place it?

10        A    You need to dissect the fascia and you also

11   need to dissect around the urethra in order to place

12   the sling.

13        Q    How quickly are patients generally discharged

14   from the hospital after having an autologous fascial

15   sling?

16        A    Typically on the third day.

17        Q    Doctor, do you hold yourself out as a

18   biomaterials expert?

19        A    No.

20        Q    And you don't hold yourself out as a

21   bioengineering expert?

22        A    No.

23        Q    Have you had any experience whatsoever with

24   mesh manufacturing?

Niall T.M. Galloway, M.D.

Page 97

1      A    No.

2      Q    Have you ever reviewed the manufacturing

3  documents that are relevant to this case, the products

4  at issue in this case, I should say?

5      A    I have read those documents that are referred

6  to in my report, the MSDS, for example.

7      Q    You don't hold yourself out as a regulatory

8  expert, do you?

9      A    No.

10     Q    Have you ever reviewed the regulatory file

11  for either the TVT-O or the Prolift devices?

12     A    No, I have not.

13     Q    Do you have any experience in testing medical

14  devices?

15          MS. O'DELL:  I would just -- I'll let

16          you go, Cami, but these are questions that

17          are outside the scope of his report and I

18          would object to it.

19          THE WITNESS:  Your question again,

20          please?

21     Q    (By Ms. Capodice)  Have you ever done any

22  testing on medical devices?

23     A    Yes, I have, but not that relate to

24  Ms. Bihlmeyer.

Niall T.M. Galloway, M.D.

Page 112

1                C E R T I F I C A T E .

2

3    STATE OF GEORGIA

4    COUNTY OF COBB

5

6                I, MICHELLE M. BOUDREAUX, do hereby certify

7    that NIALL T. M. GALLOWAY, M.D., the witness whose

8    deposition is hereinbefore set forth, was duly sworn by

9    me and that such deposition is a true record of the

10   testimony given by such witness.

11

12               I further certify that I am not related to

13   any of the parties to this action by blood or marriage

14   and that I am in no way interested in the outcome of

15   this matter.

16

17               IN WITNESS WHEREOF, I have hereunto set my

18   hand this 14th day of June 2016.

19

20               _____

                 MICHELLE M. BOUDREAUX, RPR

21

22

23

24