Case 2:12-md-02327   Document 8789-4   Filed 11/01/19   Page 1 of 5 PageID #: 209057

# EXHIBIT 4

Niall Galloway, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION


| | |
|---|---|
| IN RE: ETHICON, INC.,<br>PELVIC REPAIR SYSTEM<br>PRODUCTS LIABILITY LITIGATION | Master File No.<br>2:12-MD-02327<br>MDL NO. 2327 |
| THIS DOCUMENT RELATES TO THE<br>FOLLOWING CASES IN THE WAVE 1<br>OF MDL 200: | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

--------------------------------
 WENDY HAGANS,

           Plaintiffs,
                                    CIVIL ACTION NO.
 vs.
                                    2:12-cv-00783
 ETHICON, INC., ET AL.,

           Defendants.


(Caption continued on Page 2)




DEPOSITION OF

NIALL GALLOWAY, MD



March 4, 2016

9:08 a.m.


230 Peachtree Street, N.W.
Suite 2260
Atlanta, Georgia


Michelle K. Layton, RMR, CCR-B-2737


Golkow Technologies, Inc. - 1.877.370.DEPS

Page 2

1    IN THE UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
2              CHARLESTON DIVISION
3    IN RE: ETHICON, INC.,    Master File No.
     PELVIC REPAIR SYSTEM     2:12-MD-02327
4    PRODUCTS LIABILITY LITIGATION   MDL NO. 2327
     THIS DOCUMENT RELATES TO THE
5    FOLLOWING CASES IN THE WAVE 1   JOSEPH R. GOODWIN
     OF MDL 200:              U.S. DISTRICT JUDGE
6    -----------------------------
7    Margaret Stubblefield v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-00842
8
     Beth Harter, et al. v. Ethicon, Inc., et al.
9    Civil Action No. 2:12-cv-00737
10   Mary Holzerland, et al. V. Ethicon, Inc.
     Civil Action No. 2:12-cv-00875
11
     Wendy Hagans v. Ethicon, Inc., et al.
12   Civil Action No. 2:12-cv-00783
13   Lois Durham, et al. v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-00760
14
     Carey Beth Cole, et al. v. Ethicon, Inc., et al.
15   Civil Action No. 2:12-cv-00483
16   Angela Morrison, et al. v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-00800
17
     Melissa Clayton, et al. v. Ethicon, Inc., et al.
18   Civil Action No. 2:12-cv-00489
19   Tina Morrow, et al. v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-00378
20
     Charlene Taylor v. Ethicon, Inc., et al.
21   Civil Action No. 2:12-cv-00376
22   Dina Bennett v. Ethicon, Inc., et al.
     Civil Action No. 2:12-cv-00497
23
     Jackie Frye v. Ethicon, Inc., et al.
24   Civil Action No. 2:12-cv-01004

Page 3

1            APPEARANCES OF COUNSEL
2
3    On behalf of Plaintiff Wendy Hagans:
4       P. LEIGH O'DELL, ESQUIRE
        Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
5       218 Commerce Street
        Post Office Box 4160
6       Montgomery, Alabama 36103-4160
        334-269-2343
7       leigh.odell@BeasleyAllen.com
8
9
10   On behalf of the Defendants:
11      CHRISTOPHER S. BERDY, ESQUIRE
        Butler Snow, LLP
12      One Federal Place, Suite 1000
        1819 Fifth Avenue North
13      Birmingham, Alabama 35203
        205-297-2207
14      chris.berdy@butlersnow.com
15
16
17
18
19
20
21
22
23
24

Page 4

1                 I N D E X
2    DEPOSITION OF NIALL GALLOWAY, MD
3
                                              Page
4
     EXAMINATION BY MR. BERDY                   6
5
     EXAMINATION BY MS. O'DELL                 114
6
7
8
9
10
11
              E X H I B I T S
12       (Attached to Original Transcript)
13
         DEFENDANT'S EXHIBITS INDEX
14
15   Number     Description           Page
16   Exhibit 1  Notice to Take Deposition    7
17   Exhibit 1A Notebook containing Dr. Niall 8
               Galloway's Expert Report,
18             Depositions reviewed, and
               Medical Records
19
     Exhibit 2  Curriculum Vitae, Revised    9
20             October 2012
21   Exhibit 3  IME Report of Dr. Niall Galloway 48
22
23
24

Page 5

1    DEPOSITION OF NIALL GALLOWAY, MD
2              March 4, 2016
3         NIALL GALLOWAY, MD
4    having been first duly sworn, was examined and
5    testified as follows:
6              EXAMINATION
7    BY MR. BERDY:
8        Q.  State your name for the record,
9    please.
10       A.  Niall, N-i-a-l-l, Thomas McLaren
11   Galloway.
12       Q.  Dr. Galloway, my name is Chris
13   Berdy, and we met just a few moments ago. And
14   I represent Johnson & Johnson and Ethicon,
15   Inc., in a lawsuit that's been brought by a
16   woman named Wendy Hagans. Do you understand
17   that?
18       A.  Yes, I do.
19       Q.  And I understand that you are here
20   today to offer some opinions in connection
21   with Ms. Hagans' lawsuit; is that correct?
22       A.  That's correct.
23       Q.  And I understand you've offered a
24   lengthy report in this case that includes both

Page 98

1  tissues. And that tension is -- part of the
2  reason for that tension is contraction of the
3  material.
4      Q. But you determine that contraction
5  and shrinkage only after having removed the
6  mesh from a patient, correct?
7      MS. O'DELL: Object to the form.
8      A. Having now done this hundreds of
9  times, knowing what this mesh feels like, I
10 would bet my firstborn child that when that
11 mesh is divided in the midline, it will spring
12 apart. And that implies that there is tension
13 in the mesh. And that tension, if it was
14 first put in tension-free, which we believe it
15 was, that tension is likely to be due to
16 contraction of the material.
17     Q. (By Mr. Berdy) You mentioned here
18 nerve entrapment?
19     A. Yes.
20     Q. Did you determine that Ms. Hagans
21 had nerve entrapment?
22     A. I do not have pathological evidence
23 for that.
24     Q. You used the word "deformation"

Page 99

1  here. Is that in reference to the mesh?
2      A. Yes.
3      Q. Did you determine that the mesh was
4  deformed?
5      A. The mesh is deforming the native
6  tissues; it is elevating the bladder neck to
7  an abnormal position; and it is causing
8  thickening and induration and associated
9  tenderness.
10     Q. You used the word "degradation"
11 here. Is that in reference to the mesh?
12     A. Yes.
13     Q. Did you determine that the mesh had
14 degraded in Ms. Hagans?
15     A. I have no histological or electron
16 microscopy evidence, but polypropylene mesh is
17 known to deteriorate and degenerate within the
18 body, and all of the studies of mesh explants
19 that have been recorded in the literature
20 record the patterns of degeneration and
21 disintegration that occur.
22     And this lady's pattern of symptoms
23 is consistent with that being a likely factor.
24     Q. To the extent, if we assume that

Page 100

1  degradation can occur in vivo, the only way to
2  determine whether mesh is actually degraded is
3  through a pathological examination of the
4  explanted mesh, correct?
5      MS. O'DELL: Object to the form.
6      A. Yes, that's correct.
7      Q. (By Mr. Berdy) And you certainly
8  didn't take any tissue samples of Ms. Hagans,
9  correct?
10     A. We did not.
11     Q. So we're not able to determine --
12 you were not able to determine whether there
13 was actual mesh degradation in Ms. Hagans
14 based on your examination of her, correct?
15     MS. O'DELL: Object to the form.
16     A. No, that's correct.
17     Q. (By Mr. Berdy) Let's move on to the
18 "Differential Diagnosis" section. Can you
19 describe for us what a differential diagnosis
20 is and why you conducted one in connection
21 with your opinions in this case?
22     A. Yes. A differential diagnosis is
23 part of the typical process of medical
24 management, where we look to what is the

Page 101

1  likely cause and what are the other possible
2  causes that might contribute to a patient's
3  symptoms or findings.
4      Q. And in the case of Ms. Hagans, you
5  conducted a differential diagnosis to
6  determine whether other medical and
7  surgical -- the other medical and surgical
8  histories that she reported to you had any
9  bearing on the symptoms that she was
10 presenting with?
11     A. That is correct.
12     Q. And did you make an attempt to
13 consider her entire surgical and medical
14 history that she reported to you and that you
15 discerned from her medical records in
16 conducting your differential diagnosis?
17     A. Yes, I did.
18     Q. And do you believe that your
19 differential diagnosis, in putting all of
20 those different conditions into that bucket,
21 was complete and accurate?
22     A. I believe so.
23     Q. And in ruling out certain
24 conditions, I want to walk through those.

26 (Pages 98 to 101)

Niall Galloway, M.D.

Page 122

1 or not a smoker today, would that impact the
2 opinions in this case?
3  A. No.
4      MS. O'DELL: I have nothing further.
5      MR. BERDY: Okay.
6      MS. O'DELL: We're off the record.
7      (Pursuant to Rule 30(e) of the
8  Federal Rules of Civil Procedure and/or
9  O.C.G.A. 9-11-30(e), neither a party nor
10 the deponent having requested right of
11 review of the deposition, the reading and
12 signing of the deposition is waived.)
13     (Deposition concluded at 11:27 a.m.)
14          - - -

Page 123

1  STATE OF GEORGIA:
2  COUNTY OF FULTON:
3
4      I hereby certify that the foregoing
5  transcript was reported, as stated in the
6  caption, and the questions and answers thereto
7  were reduced to typewriting under my
8  direction; that the foregoing pages represent
9  a true, complete, and correct transcript of
10 the evidence given upon said hearing, and I
11 further certify that I am not of kin or
12 counsel to the parties in the case; am not in
13 the employ of counsel for any of said parties;
14 nor am I in any way interested in the result
15 of said case.
16
17
18
19
20         MICHELLE K. LAYTON, RMR
21         Certified Court Reporter
22         Certificate No. B-2737
23
24

Page 124

1  LAWYER'S NOTES
2  PAGE  LINE
3  ___  ___  _____
4  ___  ___  _____
5  ___  ___  _____
6  ___  ___  _____
7  ___  ___  _____
8  ___  ___  _____
9  ___  ___  _____
10 ___  ___  _____
11 ___  ___  _____
12 ___  ___  _____
13 ___  ___  _____
14 ___  ___  _____
15 ___  ___  _____
16 ___  ___  _____
17 ___  ___  _____
18 ___  ___  _____
19 ___  ___  _____
20 ___  ___  _____
21 ___  ___  _____
22 ___  ___  _____
23 ___  ___  _____
24 ___  ___  _____

32 (Pages 122 to 124)