# EXHIBIT A

**EXHIBIT A TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN GENERAL OPINIONS OF NIALL GALLOWAY, M.D., FOR WAVE 12**

**List of Applicable Cases**

| Case Name | Case Number | Product(s) |
|---|---|---|
| Acosta, Margaret | 2:17-cv-02702 | Gynemesh PS |
| Carbon, Ediany | 2:12-cv-04269 | Prolift TVT-Secur |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Galloway as a general expert.**