# EXHIBIT A

GUELCHER EXHIBIT A

| Case Name | Case No. |
| --- | --- |
| Barton, Juanita & James Scott Dean | 2:13cv20332 |
| Bush, Teresa | 2:13cv01937 |
| Campbell, Valerie & Jon K., Sr. | 2:15cv03395 |
| Cayer, Diane & Paul | 2:12cv09976 |
| Dice, Denese & Terry | 2:13cv03184 |
| Dockery, Deborah & Trey | 2:17cv00707 |
| Ellis, Margo & Beau | 2:12cv09097 |
| Enborg, Terri & Christopher | 2:13cv18734 |
| Frietze, Nadine & Lyndon | 2:14cv29513 |
| Graham, Tammy | 2:12cv06054 |
| Grundel, Sharon & Alan | 2:13cv28247 |
| Gurrola, Klaudia & Frank | 2:13cv04826 |
| Haymart, Jennifer & Jess | 2:14cv21296 |
| Heatherman, Christine & Terry Weaver | 2:12cv09245 |
| Hogge, Vivian & Randy | 2:12cv07873 |
| Hooper, Linda F. | 2:13cv01686 |
| Jones, Elizabeth | 2:16cv05286 |
| Jones, Jimmie & Robert | 2:13cv15410 |
| Kieffaber, Carolyn M. & Thomas M. | 2:12cv08464 |
| Leavitt, Jacinta & Paul | 2:14cv01655 |
| Lewis, Nancy E. & Leroy | 2:14cv14666 |
| Martin, Cheryl | 2:14cv00354 |
| Martinez, Nohemi | 2:13cv10804 |
| Mason, Robin & James Eric | 2:13cv20337 |
| Mattox, Kristine | 2:13cv14913 |
| McBroom, Amanda | 2:15cv03043 |
| Mejia, Patricia | 2:15cv14436 |
| Miller, Madelien & George | 2:14cv27841 |
| Morreira, Delia | 2:13cv01950 |
| Ornelas, Herminia | 2:17cv02854 |
| Pearson, Phyllis | 2:13cv03168 |
| Postil, Victoria | 2:12cv09486 |
| Reynolds, Barbara | 2:15cv14756 |
| Sexton, Chastity | 2:15cv08952 |
| Sexton, Kathy & Garry | 2:15cv07505 |
| Shea-Towers, Deborah & Brian | 2:13cv01540 |
| Skinner, Brenda Diane & Chad | 2:15cv07789 |
| Stimers, Dayna A. | 2:15cv00659 |
| Tedder, Judy L. | 2:13cv00097 |
| Tidler, Dorothy Pauline & Max | 2:14cv21299 |
| Townsend, Tamara J. | 2:13cv26725 |
| Vasquez, Tami | 2:14cv00374 |