## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY      MDL 2327
LITIGATION
------------------------------------------------------
ETHICON WAVE 12 CASES LISTED IN
EXHIBIT A      JOSEPH R. GOODWIN
     U.S. DISTRICT JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
## SHELBY THAMES FOR WAVE 12

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motions, memorandums and reply briefs filed in relation to Shelby Thames for Ethicon Waves 1, 2, 3

and 10: Dkts. 2039, 2455, 2839 and 8071 (motions); 2042, 2458, 2841 and 8073 (memorandums in

support); and 2247, 2621, and 3037 (reply briefs).  Plaintiffs respectfully request that the Court

exclude Shelby Thames' testimony, for the reasons expressed in the Waves 1, 2 and 3 briefing.  This

notice applies to the following Wave 12 cases identified in Exhibit A attached hereto.

Dated: November 4, 2019      Respectfully submitted,

     /s/  D. Renee Baggett
     Renee Baggett, Esq.
     Bryan F. Aylstock, Esq.
     Aylstock, Witkin, Kreis and Overholtz, PLC
     17 East Main Street, Suite 200
     Pensacola, Florida  32563
     (850) 202-1010
     (850) 916-7449 (fax)
     E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Alford, Doris | 2:13-cv-14009 |
| Amelong, Cynthia | 2:13-cv-20784 |
| Arrington, Cheryl | 2:16-cv-11702 |
| Ashbrook, Iretta Lynn | 2:13-cv-10672 |
| Banda, Betty | 2:15-cv-15404 |
| Barone, Deborah | 2:12-cv-06802 |
| Barrera, Evelyn, deceased | 2:13-cv-12057 |
| Bentley, Katie | 2:16-cv-00230 |
| Bettis, Adrea | 2:13-cv-20911 |
| Blue, Lynette | 2:15-cv-14036 |
| Boland, Anneliese | 2:13-cv-32278 |
| Bond, Cathy Lynn | 2:13-cv-10501 |
| Boomhower, Paula | 2:13-cv-14886 |
| Brown, Wanda | 2:13-cv-11267 |
| Bryant, Clara Coleen | 2:16-cv-00231 |
| Burger, Frances  D. | 2:13-cv-20907 |
| Burgoyne, Janet | 2:14-cv-28620 |
| Burke, Lora | 2:15-cv-12902 |
| Burris, Tina | 2:14-cv-24320 |
| Burton, Rebecca | 2:14-cv-15094 |
| Carbon, Ediany | 2:12-cv-04269 |
| Carver, Donna | 2:12-cv-04164 |
| Casey, Michelle M. | 2:17-cv-04072 |
| Chavez, Maria Bertha | 2:13-cv-11240 |
| Chockley, Bonnie | 2:16-cv-05701 |
| Chrysler, Marion | 2:12-cv-02060 |
| Clowe, Paula Carole | 2:12-cv-06893 |
| Coker, Mary | 2:15-cv-11324 |
| Coleman, Deborah J. | 2:13-cv-13630 |
| Cooper, Janis M. | 2:12-cv-06593 |
| Cuttrell, Judy | 2:14-cv-17303 |
| Daugherty, Marie | 2:13-cv-01325 |
| Dice, Denese | 2:13-cv-03184 |
| Dockery, Deborah | 2:17-cv-00707 |
| Dorgan, Madenna K. | 2:12-cv-03159 |
| Drake, Janet | 2:12-cv-08575 |

| | |
|---|---|
| Duhon, Wanda | 2:13-cv-13621 |
| Ellerbee, Ovis | 2:15-cv-08276 |
| England, Teresa | 2:15-cv-06967 |
| Epstein-Clark, Linda | 2:14-cv-14081 |
| Ferrer, Brooke | 2:12-cv-04591 |
| Fielder, Frances M. | 2:13-cv-22056 |
| Foster, Kimberly Fromm | 2:14-cv-02945 |
| Franklin, Lisa | 2:15-cv-11810 |
| Freeman, Terri | 2:13-cv-24578 |
| Fryer, Charles Russell as Executor of the Estate of Robin Fryer, Deceased | 2:15-cv-04194 |
| Gilstrap, Patricia | 2:16-cv-00236 |
| Graham, Tammy | 2:12-cv-06054 |
| Graves, Tina | 2:12-cv-07177 |
| Green, Janice | 2:12-cv-02148 |
| Grundel, Sharon | 2:13-cv-28247 |
| Gurrola, Klaudia | 2:13-cv-04826 |
| Gutierrez, Wanda | 2:13-cv-15716 |
| Hanifl, Julie | 2:16-cv-05175 |
| Heindl, Susan | 2:13-cv-27654 |
| Hervey, Susan, Personal Representative of Estate of Georgia Hervey, deceased | 2:12-cv-05839 |
| Heuerman, Rebecca | 2:13-cv-13962 |
| Hines, Cynthia D. | 2:13-cv-04832 |
| Hooper, Linda F. | 2:13-cv-01686 |
| Hughes, Sherri | 2:13-cv-20904 |
| Hunt, Barbara | 2:17-cv-02945 |
| Jackson, Doris Chappell | 2:12-cv-00265 |
| Jones, Elizabeth | 2:16-cv-05286 |
| Jones, Jimmie | 2:13-cv-15410 |
| Jude, Jennifer L. | 2:13-cv-03084 |
| Kieffaber, Carolyn M. | 2:12-cv-08464 |
| Kinard, Deborah | 2:13-cv-09247 |
| Lambert, Evelyn | 2:13-cv-04824 |
| Longoria, Delores | 2:13-cv-00129 |
| Luckett-Epps, Seba | 2:13-cv-04870 |
| Malcolm, Alicia | 2:15-cv-01630 |
| Martin, Cheryl | 2:14-cv-00354 |

| | |
|---|---|
| Martin, Connie | 2:12-cv-08784 |
| Martin, Teresa | 2:13-cv-22047 |
| May-Wirauch, Brandi | 2:15-cv-12478 |
| McCall, Jeanette | 2:13-cv-32824 |
| McClurg, Janice | 2:13-cv-22040 |
| Mejia, Patricia | 2:15-cv-14436 |
| Messina, Carol | 2:17-cv-02851 |
| Mobley, Tasha | 2:15-cv-14159 |
| Munsterman, Linda | 2:13-cv-13305 |
| Munoz, Silvia | 2:17-cv-04361 |
| Nelson, Linda | 2:12-cv-08135 |
| Newman, Cynthia | 2:14-cv-24066 |
| Nowland, Carolyn | 2:15-cv-07707 |
| Nugnes, Darleen | 2:14-cv-24207 |
| Pearson, Phyllis | 2:13-cv-03168 |
| Pelham, Sandra J. | 2:13-cv-08384 |
| Penn, Teresa | 2:17-cv-01818 |
| Perrywinkle, Rayne | 2:13-cv-28452 |
| Pitlyk, Denise | 2:14-cv-31208 |
| Prasuhn, Debbie | 2:13-cv-22632 |
| Raney, Kimberly | 2:13-cv-10010 |
| Ratliff, Juanita | 2:15-cv-00541 |
| Reyna, Kathy | 2:14-cv-14089 |
| Reynolds, Barbara | 2:15-cv-14756 |
| Rondot, Charlotte | 2:13-cv-15143 |
| Ruberti, Debra | 2:13-cv-01463 |
| Rutherford, Jamie | 2:12-cv-02959 |
| Saylor, Barbara | 2:14-cv-18321 |
| Schmitz, Kimberly | 2:13-cv-16595 |
| Schultz, Nettie | 2:13-cv-21986 |
| Sexton, Chastity | 2:15-cv-08952 |
| Shea-Towers, Deborah | 2:13-cv-01540 |
| Slusser, Aimee | 2:13-cv-12013 |
| Smith, Barbara D. | 2:13-cv-20902 |
| Smith, Cherita | 2:13-cv-15670 |
| Smith, Haley | 2:13-cv-08511 |
| Stratton, Margaret | 2:13-cv-10846 |
| Tedder, Judy L. | 2:13-cv-00097 |
| Thomson-Roy, Jeannae M. | 2:12-cv-04586 |

| | |
|---|---|
| Trout, Julie | 2:15-cv-04923 |
| Tucker, Brenda | 2:13-cv-16593 |
| Tucker, Dawn | 2:16-cv-09071 |
| Vasquez, Tami | 2:14-cv-00374 |
| Vigil, Hortencia | 2:14-cv-01060 |
| Vigneau, Christine | 2:17-cv-04364 |
| Webb, Kelly J. | 2:13-cv-03083 |
| Wilder, Marbeth | 2:14-cv-25604 |
| Wingard, Kelly | 2:13-cv-23113 |
| Wolfert, Jill | 2:13-cv-22636 |
| Yarbrough, Suzanne | 2:13-cv-11274 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 4, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com