# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC      PAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of West Virginia.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of West Virginia with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 04, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

John W. Nichols
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| WVS | 2 | 13−14388 | CAC | 5 | 13−00345 | Cooper et al v. Siddighi et al |
| WVS | 2 | 13−14106 | GAM | 5 | 13−00045 | Sitten et al v. W. L. Gore & Associates, Inc. |
| WVS | 2 | 13−02511 | INN | 3 | 12−00369 | George v. Johnson & Johnson et al |
| WVS | 2 | 12−01790 | KYE | 5 | 12−00153 | Cutter et al v. Ethicon, Inc. et al |
| WVS | 2 | 13−12710 | KYW | 3 | 13−00467 | Golden v. Ethicon, Inc. et al |
| WVS | 2 | 15−11999 | MD | 8 | 15−01188 | Sullivan v. Calvert Memorial Hospital et al |
| WVS | 2 | 14−15434 | NH | 1 | 14−00149 | Selleck v. Atrium Medical Corporation |
| WVS | 2 | 14−17995 | TXS | 2 | 14−00178 | Trevino et al v. Vega et al |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2327
                                                        CHIEF JUDGE JOHNSTON

_____

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

**ORDER AND SUGGESTION OF REMAND**
**FOR CASES ON EXHIBIT A**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the Court suggests that the actions on Exhibit A be remanded to the United States District Courts from which they came as identified on Exhibit A. The individual cases on Exhibit A were transferred by the Judicial Panel on Multidistrict Litigation ("JPML") and are related to MDL 2327 ("Ethicon MDL"), 2:12-md-2327, one of seven MDLs assigned to Judge Joseph R. Goodwin by the JPML. The seven MDLs combined totaled over 100,000 cases since inception.

During the pendency of this MDL litigation, Judge Goodwin developed a conflict in certain cases assigned to him, including those on Exhibit A. As a result, the JPML reassigned the cases on Exhibit A to me. Of the approximately 183 cases assigned to me, 39 remain. Of the remaining 39 cases, 3 are listed on Exhibit A and are ready to be remanded to the appropriate jurisdiction. In particular, the time to conduct discovery is complete in the cases on Exhibit A, and the parties have had time to file dispositive and _Daubert_ motions, responses and replies. For the convenience of the parties and in order to promote the final resolution of these cases, it appears to the court that

the cases would be more expeditiously concluded in the District Court from which they came. *Upon remand, I urge the receiving court to immediately set these cases for trial without reopening discovery.*

On or before **October 29, 2019 (7 days from the date of this order)**, the parties are **ORDERED** to confer and to file *in the individual cases on Exhibit A*, all documents from the main MDL that the parties jointly deem relevant to constitute an appropriate record for the receiving court to consider.  When filing the documents from the main MDL, the parties are directed to use the CM/ECF event entitled "Designation of Record for MDL Transfers" (available under Civil > Other Filings > Other Documents).  When completing the event, the "Main Document" should be the list of joint designations from the main MDL, and the "Attachments" should be each individual document on the joint designation list with the "Description" being the ECF number and a brief description of the document (*i.e.* ECF 96 – Defendant's Motion for Summary Judgment).

The Court **ORDERS** that upon receipt and filing of an order to remand from the Clerk of the JPML (hereinafter the "Transfer Date"), the Clerk of this Court, pursuant to 28 U.S.C. § 1407, shall remand the cases on Exhibit A to the appropriate District Courts.  If the cases on Exhibit A remain pending on the Transfer Date, they must be remanded, and the parties shall bear the consequences in the receiving court of any failure to prepare an appropriate record as directed in this order.  The parties and the receiving court are advised that all Pretrial Orders entered in this matter are available for review on the Court's website at www.wvsd.uscourts.gov/MDL/2327/orders.html and the master docket sheet can be found on this Court's CM/ECF at 2:12-md-2327.  *Finally, the Court advises the parties that while the docket of the individual cases will be remanded to the receiving court, it is the parties' responsibility to*

*follow the receiving court's procedure for identifying any individual motions that remain pending and in need of ruling.*

On the Transfer Date, the Clerk is hereby **DIRECTED** to use the appropriate function in CM/ECF to extract the member cases listed on Exhibit A that remain pending and remand each member case to the appropriate District Court listed on Exhibit A. After remand of the cases on Exhibit A, the Clerk is **DIRECTED** to formally close the cases and strike it from the docket of this court.

**IT IS SO ORDERED.**

The court further **DIRECTS** that a copy of this Order and Suggestion of Remand and Exhibit A be filed in every case listed on Exhibit A and sent to the Clerk of the MDL Panel and counsel of record or any unrepresented party for the cases listed on Exhibit A.

ENTER:        October 22, 2019

THOMAS E. JOHNSTON, CHIEF JUDGE

**EXHIBIT A**

|   | Civil Action No. | Case Style | Transfer Court |
|---|---|---|---|
| 1 | 2:13-cv-02511 | George v. Johnson & Johnson et al | Indiana, Northern District |
| 2 | 2:12-cv-01790 | Cutter et al v. Ethicon, Inc. et al | Kentucky, Eastern District |
| 3 | 2:13-cv-12710 | Golden v. Ethicon, Inc. et al | Kentucky, Western District |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                          MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## ORDER AND SUGGESTION OF REMAND
## FOR CASES ON EXHIBIT A

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that the actions on Exhibit A be remanded to the United States District Courts from which they came as identified on Exhibit A. The individual cases on Exhibit A were transferred by the Judicial Panel on Multidistrict Litigation ("JPML") and are related to MDL 2327 ("Ethicon MDL"), 2:12-md-2327, one of seven MDLs assigned to me by the JPML. The seven MDLs combined totaled over 100,000 cases since inception. Of the approximately 39,616 cases originally filed in or transferred to the Ethicon MDL, 1,474 remain. Of the remaining 1,474 cases, 5 are listed on Exhibit A and are ready to be transferred to the appropriate jurisdiction. In particular, no MDL defendants remain in these cases. Moreover, the time to conduct discovery is complete in the cases on Exhibit A. For the convenience of the parties and in order to promote the final resolution of these cases, it appears to the court that the cases would be more expeditiously concluded in the District Court from which they came.

***Upon remand, I urge the receiving court to immediately set these cases for trial without reopening discovery.***

On or before **October 29, 2019 (7 days from the date of this order)**, the parties are **ORDERED** to confer and to file *in the individual cases on Exhibit A*, all documents from the main MDL that the parties jointly deem relevant to constitute an appropriate record for the receiving court to consider. When filing the documents from the main MDL, the parties are directed to use the CM/ECF event entitled "Designation of Record for MDL Transfers" (available under Civil > Other Filings > Other Documents). When completing the event, the "Main Document" should be the list of joint designations from the main MDL, and the "Attachments" should be each individual document on the joint designation list with the "Description" being the ECF number and a brief description of the document (i.e. ECF 96 – Defendant's Motion for Summary Judgment).

The court **ORDERS** that upon receipt and filing of an order to remand from the Clerk of the JPML (hereinafter the "Transfer Date"), the Clerk of this court, pursuant to 28 U.S.C. § 1407, shall remand the cases on Exhibit A to the appropriate District Courts. If the cases on Exhibit A remain pending on the Transfer Date, they must be remanded, and the parties shall bear the consequences in the receiving court of any failure to prepare an appropriate record as directed in this order. The parties and the receiving court are advised that all Pretrial Orders entered in this matter are available for review on the court's website at www.wvsd.uscourts.gov/MDL/2327/orders.html and the master docket sheet can be found on this court's CM/ECF at 2:12-md-2327. *Finally, the court advises the parties that while the docket of the individual cases will be remanded to the receiving court, it is the parties' responsibility to follow the receiving court's procedure for identifying any individual motions that remain pending and in need of ruling.*

On the Transfer Date, the Clerk is hereby **DIRECTED** to use the appropriate function in CM/ECF to extract the member cases listed on Exhibit A that remain pending and remand each

2

member case to the appropriate District Court listed on Exhibit A. After remand of the cases on Exhibit A, the Clerk is **DIRECTED** to formally close the cases and strike it from the docket of this court.

The court further **DIRECTS** that a copy of this Order and Suggestion of Remand and Exhibit A be filed in every case listed on Exhibit A and sent to the Clerk of the MDL Panel and counsel of record or any unrepresented party for the cases listed on Exhibit A.

ENTER: October 22, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| Case Name | Case Number | Remand Jurisdiction |
|-----------|-------------|---------------------|
| Sitten | 2:13-cv-14106 | Middle District of Georgia |
| Selleck | 2:14-cv-15434 | District of New Hampshire |
| Trevino | 2:14-cv-17995 | Southern District of Texas |
| Sullivan | 2:15-cv-11999 | District of Maryland |
| Cooper | 2:13-cv-14388 | Central District of California |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 11/4/2019 at 9:42 AM EST and filed on 11/4/2019

**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**Case Number:** MDL No. 2327

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 11/4/19. Please see pleading (6 in CAC/5:13-cv-00345, 28 in GAM/5:13-cv-00045, 10 in INN/3:12-cv-00369, 11 in KYE/5:12-cv-00153, 9 in KYW/3:13-cv-00467, 19 in MD/8:15-cv-01188, [3635] in MDL No. 2327, 8 in NH/1:14-cv-00149, 8 in TXS/2:14-cv-00178).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 11/4/2019.**

**Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)**

**Case Name:** George v. Johnson & Johnson et al

**Case Number:** INN/3:12-cv-00369

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 11/4/19. Please see pleading (6 in CAC/5:13-cv-00345, 28 in GAM/5:13-cv-00045, 10 in INN/3:12-cv-00369, 11 in KYE/5:12-cv-00153, 9 in KYW/3:13-cv-00467, 19 in MD/8:15-cv-01188, [3635] in MDL No. 2327, 8 in NH/1:14-cv-00149, 8 in TXS/2:14-cv-00178).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 11/4/2019.**

**Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)**

| | |
|---|---|
| **Case Name:** | Cutter et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00153 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 11/4/19. Please see pleading (6 in CAC/5:13-cv-00345, 28 in GAM/5:13-cv-00045, 10 in INN/3:12-cv-00369, 11 in KYE/5:12-cv-00153, 9 in KYW/3:13-cv-00467, 19 in MD/8:15-cv-01188, [3635] in MDL No. 2327, 8 in NH/1:14-cv-00149, 8 in TXS/2:14-cv-00178).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party**

an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 11/4/2019.

Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:13-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)

| | |
|---|---|
| **Case Name:** | Golden v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:13-cv-00467 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 11/4/19. Please see pleading (6 in CAC/5:13-cv-00345, 28 in GAM/5:13-cv-00045, 10 in INN/3:12-cv-00369, 11 in KYE/5:12-cv-00153, 9 in KYW/3:13-cv-00467, 19 in MD/8:15-cv-01188, [3635] in MDL No. 2327, 8 in NH/1:14-cv-00149, 8 in TXS/2:14-cv-00178).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 11/4/2019.

Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:13-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149,

**TXS/2:14-cv-00178 (LAH)**

| | |
|---|---|
| **Case Name:** | Sitten et al v. W. L. Gore & Associates, Inc. |
| **Case Number:** | GAM/5:13-cv-00045 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 11/4/19. Please see pleading (6 in CAC/5:13-cv-00345, 28 in GAM/5:13-cv-00045, 10 in INN/3:12-cv-00369, 11 in KYE/5:12-cv-00153, 9 in KYW/3:13-cv-00467, 19 in MD/8:15-cv-01188, [3635] in MDL No. 2327, 8 in NH/1:14-cv-00149, 8 in TXS/2:14-cv-00178).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 11/4/2019.**

**Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)**

| | |
|---|---|
| **Case Name:** | Sullivan v. Calvert Memorial Hospital et al |
| **Case Number:** | MD/8:15-cv-01188 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 11/4/19. Please see pleading (6 in CAC/5:13-cv-00345, 28 in GAM/5:13-cv-00045, 10 in INN/3:12-cv-00369, 11 in KYE/5:12-cv-00153, 9 in KYW/3:13-cv-00467, 19 in MD/8:15-cv-01188, [3635] in MDL No. 2327, 8 in NH/1:14-cv-00149, 8 in TXS/2:14-cv-00178).**

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 11/4/2019.

Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)

| | |
|---|---|
| **Case Name:** | Cooper et al v. Siddighi et al |
| **Case Number:** | CAC/5:13-cv-00345 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 11/4/19. Please see pleading (6 in CAC/5:13-cv-00345, 28 in GAM/5:13-cv-00045, 10 in INN/3:12-cv-00369, 11 in KYE/5:12-cv-00153, 9 in KYW/3:13-cv-00467, 19 in MD/8:15-cv-01188, [3635] in MDL No. 2327, 8 in NH/1:14-cv-00149, 8 in TXS/2:14-cv-00178).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 11/4/2019.

Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)

**Case Name:**        Selleck v. Atrium Medical Corporation
**Case Number:**    NH/1:14-cv-00149
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 11/4/19. Please see pleading (6 in CAC/5:13-cv-00345, 28 in GAM/5:13-cv-00045, 10 in INN/3:12-cv-00369, 11 in KYE/5:12-cv-00153, 9 in KYW/3:13-cv-00467, 19 in MD/8:15-cv-01188, [3635] in MDL No. 2327, 8 in NH/1:14-cv-00149, 8 in TXS/2:14-cv-00178).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 11/4/2019.

Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)

**Case Name:**        Trevino et al v. Vega et al
**Case Number:**    TXS/2:14-cv-00178
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 11/4/19. Please see pleading (6 in CAC/5:13-cv-00345, 28 in GAM/5:13-cv-00045, 10 in INN/3:12-cv-00369, 11 in KYE/5:12-cv-00153, 9 in KYW/3:13-cv-00467, 19 in MD/8:15-cv-01188, [3635] in MDL No. 2327, 8 in NH/1:14-cv-00149, 8 in TXS/2:14-cv-00178).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 11/4/2019.**

**Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)**

No public notice (electronic or otherwise) sent because the entry is private

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 11/4/2019 at 9:33 AM EST and filed on 11/4/2019

**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** 3635

**Docket Text:**
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (4 in CAC/5:13-cv-00345, 26 in GAM/5:13-cv-00045, 8 in INN/3:12-cv-00369, 9 in KYE/5:12-cv-00153, 7 in KYW/3:13-cv-00467, 17 in MD/8:15-cv-01188, [3633] in MDL No. 2327, 6 in NH/1:14-cv-00149, 6 in TXS/2:14-cv-00178) ) - 8 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 11/4/2019.**

**(Attachments: # (1) Suggestion of Remands)**

**Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)**

**Case Name:**       George v. Johnson & Johnson et al
**Case Number:**     INN/3:12-cv-00369
**Filer:**
**Document Number:** 10

**Docket Text:**
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (4 in CAC/5:13-cv-00345, 26 in GAM/5:13-cv-00045, 8 in INN/3:12-cv-00369, 9 in KYE/5:12-cv-00153, 7 in KYW/3:13-cv-00467, 17 in MD/8:15-cv-01188, [3633] in MDL No. 2327, 6 in NH/1:14-cv-00149, 6 in TXS/2:14-cv-00178) ) - 8 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 11/4/2019.**

**(Attachments: # [1] Suggestion of Remands)**

**Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)**

| | |
|---|---|
| **Case Name:** | Cutter et al v. Ethicon, Inc. et al |
| **Case Number:** | KYE/5:12-cv-00153 |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (4 in CAC/5:13-cv-00345, 26 in GAM/5:13-cv-00045, 8 in INN/3:12-cv-00369, 9 in KYE/5:12-cv-00153, 7 in KYW/3:13-cv-00467, 17 in MD/8:15-cv-01188, [3633] in MDL No. 2327, 6 in NH/1:14-cv-00149, 6 in TXS/2:14-cv-00178) ) - 8 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/4/2019.**

**(Attachments: # [1] Suggestion of Remands)**

**Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)**

| | |
|---|---|
| **Case Name:** | Golden v. Ethicon, Inc. et al |
| **Case Number:** | KYW/3:13-cv-00467 |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (4 in CAC/5:13-cv-00345, 26 in GAM/5:13-cv-00045, 8 in INN/3:12-cv-00369, 9 in KYE/5:12-cv-00153, 7 in KYW/3:13-cv-00467, 17 in MD/8:15-cv-01188, [3633] in MDL No. 2327, 6 in NH/1:14-cv-00149, 6 in TXS/2:14-cv-00178) ) - 8 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/4/2019.**

**(Attachments: # [1] Suggestion of Remands)**

**Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)**

**Case Name:**      Sitten et al v. W. L. Gore & Associates, Inc.
**Case Number:**    GAM/5:13-cv-00045
**Filer:**
**Document Number:** 28

**Docket Text:**
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (4 in CAC/5:13-cv-00345, 26 in GAM/5:13-cv-00045, 8 in INN/3:12-cv-00369, 9 in KYE/5:12-cv-00153, 7 in KYW/3:13-cv-00467, 17 in MD/8:15-cv-01188, [3633] in MDL No. 2327, 6 in NH/1:14-cv-00149, 6 in TXS/2:14-cv-00178) ) - 8 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 11/4/2019.

(Attachments: # [1] Suggestion of Remands)

Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)

**Case Name:**      Sullivan v. Calvert Memorial Hospital et al
**Case Number:**    MD/8:15-cv-01188
**Filer:**
**Document Number:** 19

**Docket Text:**
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (4 in CAC/5:13-cv-00345, 26 in GAM/5:13-cv-00045, 8 in INN/3:12-cv-00369, 9 in KYE/5:12-cv-00153, 7 in KYW/3:13-cv-00467, 17 in MD/8:15-cv-01188, [3633] in MDL No. 2327, 6 in NH/1:14-cv-00149, 6 in TXS/2:14-cv-00178) ) - 8 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 11/4/2019.

(Attachments: # [1] Suggestion of Remands)

Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)

**Case Name:**      Cooper et al v. Siddighi et al
**Case Number:**    CAC/5:13-cv-00345
**Filer:**
**Document Number:** 6

**Docket Text:**
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (4 in CAC/5:13-cv-00345, 26 in

GAM/5:13-cv-00045, 8 in INN/3:12-cv-00369, 9 in KYE/5:12-cv-00153, 7 in KYW/3:13-cv-00467, 17 in MD/8:15-cv-01188, [3633] in MDL No. 2327, 6 in NH/1:14-cv-00149, 6 in TXS/2:14-cv-00178) ) - 8 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 11/4/2019.**

**(Attachments: # [1] Suggestion of Remands)**

**Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)**

| | |
|---|---|
| **Case Name:** | Selleck v. Atrium Medical Corporation |
| **Case Number:** | NH/1:14-cv-00149 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (4 in CAC/5:13-cv-00345, 26 in GAM/5:13-cv-00045, 8 in INN/3:12-cv-00369, 9 in KYE/5:12-cv-00153, 7 in KYW/3:13-cv-00467, 17 in MD/8:15-cv-01188, [3633] in MDL No. 2327, 6 in NH/1:14-cv-00149, 6 in TXS/2:14-cv-00178) ) - 8 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/4/2019.**

**(Attachments: # [1] Suggestion of Remands)**

**Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)**

| | |
|---|---|
| **Case Name:** | Trevino et al v. Vega et al |
| **Case Number:** | TXS/2:14-cv-00178 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (4 in CAC/5:13-cv-00345, 26 in GAM/5:13-cv-00045, 8 in INN/3:12-cv-00369, 9 in KYE/5:12-cv-00153, 7 in KYW/3:13-cv-00467, 17 in MD/8:15-cv-01188, [3633] in MDL No. 2327, 6 in NH/1:14-cv-00149, 6 in TXS/2:14-cv-00178) ) - 8 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 11/4/2019.**

**(Attachments: # [1] Suggestion of Remands)**

Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, INN/3:12-cv-00369, KYE/5:12-cv-00153, KYW/3:13-cv-00467, MD/8:15-cv-01188, NH/1:14-cv-00149, TXS/2:14-cv-00178 (LAH)

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carln@facslaw.com

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F Bell, Jr     hfbell@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**INN/3:12-cv-00369 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Susan J. Pope     spope@fbtlaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Douglas D Small     dsmall@foleyandsmall.com, pwatson@foleyandsmall.com

Philip J. Combs     pcombs@tcspllc.com

Susan M. Robinson     srobinson@tcspllc.com

**INN/3:12-cv-00369 Notice will not be electronically mailed to:**

**KYE/5:12-cv-00153 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Susan J. Pope    spope@fbtlaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs    pcombs@tcspllc.com

Charles C. Adams, Jr    chuck.adams@herrenadams.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Geoffrey Thomas Moore    gtmoore@maherlawfirm.com

**KYE/5:12-cv-00153 Notice will not be electronically mailed to:**

**KYW/3:13-cv-00467 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Susan J. Pope    spope@fbtlaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Susan M. Robinson    srobinson@tcspllc.com

Kenneth H. Baker    khbakerlaw1500@aol.com

**KYW/3:13-cv-00467 Notice will not be electronically mailed to:**

**GAM/5:13-cv-00045 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Douglas B King     doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com,
marcee.voss@woodenmclaughlin.com

James M. Boyers     jboyers@woodmclaw.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

Lori Gail Cohen     cohenl@gtlaw.com, bennettd@gtlaw.com, gablel@gtlaw.com

Kendall C. Dunson     kendall.dunson@beasleyallen.com

Wesley Chadwick Cook     chad.cook@beasleyallen.com, ellen.royal@beasleyallen.com,
tabitha.dean@beasleyallen.com

David B. Byrne, III     david.byrne@beasleyallen.com

Christiana C. Jacxsens     jacxsensc@gtlaw.com

Ivan A. Gustafson     iagustafson@ewhlaw.com

P. Leigh O'Dell     leigh.odell@beasleyallen.com, melisa.bruner@beasleyallen.com

Andy D. Birchfield, Jr     Andy.Birchfield@BeasleyAllen.com, kelli.alfreds@beasleyallen.com,
lasonya.lucas@beasleyallen.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Francis M. McDonald, Jr     fmcdonald@mtwlegal.com

Paul Stokely Rosenblatt     paul.rosenblatt@butlersnow.com

Evan C. Holden     holdene@gtlaw.com

**GAM/5:13-cv-00045 Notice will not be electronically mailed to:**

**MD/8:15-cv-01188 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,

catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Bruce Robert Parker     brparker@venable.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs     pcombs@tcspllc.com

Shannon Beamer     sebeamer@venable.com

Susan M. Robinson     srobinson@tcspllc.com

Kimm Hudley Massey     masseylawfirm@gmail.com

Erica C. Mudd     emudd@adclawfirm.com

Andrew E Vernick     avernick@vernicklegal.com

Craig B Merkle     cbm@gdldlaw.com

Shannon Elizabeth Beamer     sebeamer@venable.com

Matthew J. Chalker     mchalker@vernicklegal.com

Shannon M. Madden     msm@gdldlaw.com

**MD/8:15-cv-01188 Notice will not be electronically mailed to:**

**CAC/5:13-cv-00345 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Barbara R. Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Christopher Carl Cannon     ccannon@ljdfa.com

Joshua J. Wes     joshua.wes@tuckerellis.com

Peter De La Cerda     peter@freeseandgoss.com

Stewart Richard Albertson     stewart@aldavlaw.com

Stephanie Rae Hanning     shanning@schmidvoiles.com, cdean@schmidvoiles.com

Marissa Ann Warren     mwarren@ljdfa.com

David Stanley     dstanley@reedsmith.com, aswenson@reedsmith.com, dbernal@reedsmith.com,
ebuhr@reedsmith.com, gmunoz@reedsmith.com, mmandell@reedsmith.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Docket-LAX@tuckerellis.com,
elena.holguin@tuckerellis.com, estella.licon@tuckerellis.com, joshua.wes@tuckerellis.com,
nicholas.janizeh@tuckerellis.com

Robert B. Fessinger     rfessinger@sdhmidvoiles.com

Kyle A. Cruse     kcruse@schmidvoiles.com

**CAC/5:13-cv-00345 Notice will not be electronically mailed to:**

**NH/1:14-cv-00149 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Hugh Joseph Turner, Jr     hugh.turner@akerman.com, ENJOLIQUE.AYTCH@AKERMAN.COM,
grace.veniero@akerman.com

Leslie C. Nixon     lcnixon56@gmail.com

Barbara R. Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

Alexandra V. Boone     aboone@millerweisbrod.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson      srobinson@tcspllc.com

Les Weisbrod      lweisbrod@millerweisbrod.com, aboone@millerweisbrod.com,
lboling@millerweisbrod.com, mtrull@millerweisbrod.com, tnguyen@millerweisbrod.com

Luke H Metzler      lmetzler@millerweisbrod.com

**NH/1:14-cv-00149 Notice will not be electronically mailed to:**

**TXS/2:14-cv-00178 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

William M. Gage      william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

Clayton A Clark      slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com,
twindham@triallawfirm.com

Scott A Love      slove@triallawfirm.com, bgreif@triallawfirm.com

DAVID B. THOMAS      dthomas@tcspllc.com, rdavis@tcspllc.com

William Michael Moreland      mmoreland@triallawfirm.com, bgreif@triallawfirm.com

Darrell Lee Barger      dbarger@hdbdlaw.com

Susan M. Robinson      srobinson@tcspllc.com

Angela T. Bongat      abongat@hdbdlaw.com

Dan Ballard      danballard@ballardsimmons.com

Wendy D. May      wmay@hdbdlaw.com

**TXS/2:14-cv-00178 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/4/2019] [FileNumber=949344-0]

[85f25323934b266e9fc9e9c694e0149e3ff9781c5fdd444600a6ca5d2e9b9fbb0128b
014560c2c7e356677d83b30692aa0ac9b3f09e3c4a01382158bd1913c27]]

**Document description:** Suggestion of Remand
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/4/2019] [FileNumber=949344-1]

[a118bf558146363618ff3a8a405daccf625d5cd7e28a8cf0890cb8b3055372065f047
368f48667c0e5edcfda6bfcf30dd9ba99916dc6cce74d2b3b8d2c0a0b89]]