IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 12 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**DEFENDANTS' MOTION TO EXCLUDE
GENERAL OPINIONS OF LENNOX HOYTE, M.D.**

Defendants Ethicon, Inc., Ethicon LLC, and Johnson & Johnson (collectively "Ethicon") hereby move to preclude Dr. Lennox Hoyte from providing general opinions in the cases set forth in Exhibit A hereto. As grounds for this motion, Ethicon submits that, although Dr. Hoyte's case-specific reports include general opinions, Dr. Hoyte has conceded that he intends to limit his opinions to case-specific matters.

In support of this motion, Ethicon incorporates by reference its accompanying memorandum of law and relies on the following exhibits:

1. Listing of cases in Wave 12 in which Dr. Hoyte has been designated to provide opinions, filed herewith as Exhibit A;

2. Dr. Hoyte's report in the *Iretta Lynn Ashbrook* case, Case No. 2:13-cv-10672, filed herewith as Exhibit B;

3. Dr. Hoyte's report in the *Teresa England* case, Case No. 2:15-cv-06967, filed herewith as Exhibit C;

4. Dr. Hoyte's report in the *Barbara Hunt*, Case No. 2:17-cv-02945, filed herewith as Exhibit D;

5. Dr. Hoyte's October 22, 2019 deposition in the *England* case, filed herewith as Exhibit E; and

6. Dr. Hoyte's October 22, 2019 deposition in the *Ashbrook* case, filed herewith as Exhibit F.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for Defendants Ethicon, Inc. and Johnson & Johnson*

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

49819889.v1