**EXHIBIT A TO DEFENDANTS' MOTION TO EXCLUDE
GENERAL OPINIONS OF LENNOX HOYTE, M.D.**

1. Ashbrook , Iretta Lynn – 2:13-cv-10672
2. England, Teresa – 2:15-cv-06967
3. Hunt, Barbara – 2:17-cv-02945
4. Ellerbee, Ovis & James – 2:15-cv-08276
5. Longoria, Delores & Lorenzo – 2:13-cv-00129
6. Messina, Carol & James – 2:17-cv-02851