**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br>------------------------------------------------------<br>THIS DOCUMENT RELATES TO:<br><br>Cases Listed in Exhibit A | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>WAVE 12<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION FOR**
**BRIAN RAYBON, M.D.**

Defendants hereby adopt and incorporate by reference the *Daubert* motion and supporting briefs filed against Brian Raybon, M.D., for Ethicon Wave 1. Doc. 2115 (motion); Doc. 2116 (memorandum in support); Doc. 2264 (reply in support). Dr. Raybon's Wave 1 report ostensibly pertained to Prolift and not Gynemesh PS, but that report did extensively reference Gynemesh PS. The report Dr. Raybon submitted for Wave 12, which pertains to both Prolift and Gynemesh PS explicitly, is virtually the same as his Prolift report; it merely adds a few paragraphs specifically describing Gynemesh PS and its history. Thus, the arguments raised in Wave 1 are equally applicable to his largely identical Wave 12 report. Defendants respectfully request that the Court exclude Dr. Raybon's testimony for the reasons expressed in the Wave 1 briefing. This notice applies to the Wave 12 cases identified in Exhibit A attached here.

Respectfully submitted,

/s/ William M. Gage
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010

Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

50073105.v1