**EXHIBIT A**

Moe, Debra & Gregory - 2:13cv26408

Munoz, Silvia & Jose - 2:17cv04361

Acosta, Margaret & Rudolph - 2:17cv02702

Barton, Juanita & James Scott Dean - 2:13cv20332

Britt, Judy & Edwin - 2:13cv01947

Burton, Rebecca & Jeffrey - 2:14cv15094

Carter, Tamara & David - 2:12cv01661

Clowe, Paula Carole & Audie L. Pope - 2:12cv06893

Ellerbee, Ovis & James - 2:15cv08276

Ellis, Margo & Beau - 2:12cv09097

Heatherman, Christine & Terry Weaver - 2:12cv09245

Henderson, Karan & Willie - 2:14cv18418

Hooper, Linda F. - 2:13cv01686

Jones, Elizabeth - 2:16cv05286

Jones, Jimmie & Robert - 2:13cv15410

Lawler, Mary L. & James - 2:14cv19721

Mason, Robin & James - 2:13cv20337

Pitlyk, Denise & William - 2:14cv31208

Ratliff, Juanita - 2:15cv00541

Rutherford, Jamie & Steven - 2:12cv02959

Siefkas, Patricia Hughes & Jon - 2:13cv20168

Wingard, Kelly & Kenneth - 2:13cv23113