**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS                                          MDL NO. 2327
PRODUCTS LIABILITY LITIGATION

_____

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

**ALL BOSTON SCIENTIFIC CASES PENDING IN WAVES 11 AND 12 IN MDL 2327**
_____

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF**
**DR. STEPHEN BADYLAK**

For all Boston Scientific Corporation cases pending in Waves 11 and 12 of the ETHICON,

INC. MDL 2327 (Case No. 2:12-md-2327), Plaintiffs identified on Exhibit "A" hereby adopt and

incorporate by reference the Motion and Reply to Exclude Dr. Stephen Badylak from Boston

Scientific Wave 3. *See* Boston Scientific MDL 2326 ECF No. 4826 (Mot. and Memo.); *see also*

Boston Scientific MDL 2326 ECF No. 5033 (Reply).  Plaintiffs respectfully request that the Court

exclude Dr. Badylak's testimony for the reasons previously set forth.

DATED: November 4, 2019

                                        Respectfully submitted,

                                        By:     /s/ Clayton A. Clark
                                                Clayton A. Clark
                                                Co-Lead Counsel for Plaintiffs in
                                                MDL No. 2326
                                                cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

                                        By:     /s/ Aimee Wagstaff
                                                Aimee Wagstaff
                                                Co-Lead Counsel for Plaintiffs in

MDL No. 2326
aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


By:      /s/ *W. Michael Moreland*
            W. Michael Moreland

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217