# Exhibit A

# EXHIBIT A
## Dr. Steven Little - Motion to Exclude

|    | Case Style | Cause No. |
|----|------------|-----------|
| 1. | *Rebecca Edmondson, et al vs. Ethicon Inc., et al* | **2:15-cv-07583** |
| 2. | *Sandra Garcia, et al vs. Ethicon Inc., et al* | **2:13-cv-18881** |
| 3. | *Dianne Getter vs. Ethicon Inc., et al* | **2:13-cv-7222** |
| 4. | *Elizabeth Holaway vs. Ethicon Inc., et al* | **2:15-cv-04302** |
| 5. | *Irma Lopez, et al vs. Ethicon Inc., et al* | **2:13-cv-16036** |
| 6. | Jean Savov, et al *vs. Ethicon Inc., et al* | **2:13-cv-16436** |