IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS                                              MDL NO. 2327
PRODUCTS LIABILITY LITIGATION

_____

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

ALL BOSTON SCIENTIFIC CASES PENDING IN WAVES 11 AND 12 OF MDL 2327
_____

NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
DR. STEPHEN SPEIGELBERG

For all Boston Scientific Corporation cases pending in Waves 11 and 12 of the ETHICON, INC. MDL 2327 (Case No. 2:12-md-2327), Plaintiffs hereby adopt and incorporate by reference the Motion and Reply to Exclude Dr. Stephen H. Spiegelberg from Boston Scientific Wave 4. *See* Boston Scientific MDL 2326 ECF No. 7004 (Mot. and Memo.); *see also* Boston Scientific MDL 2326 ECF No. 7160 (Reply). Plaintiffs respectfully request that the Court exclude Dr. Spiegelberg's testimony for the reasons previously set forth.

DATED: November 4, 2019

                                      Respectfully submitted,

                              By:    /s/ *Clayton A. Clark*
                                      Clayton A. Clark
                                      Co-Lead Counsel for Plaintiffs in
                                      MDL No. 2326
                                      cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

                              By:    /s/ *Aimee Wagstaff*
                                      Aimee Wagstaff
                                      Co-Lead Counsel for Plaintiffs in

MDL No. 2326  
aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

# CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ *W. Michael Moreland*
W. Michael Moreland

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217