# Exhibit **A**

**EXHIBIT A**
**Jennifer Anger, M.D., M.P.H. Motion to Exclude**
**Advantage and Advantage Fit**

|  | Case Style | Cause No. |
|---|---|---|
| **1.** | *Jean Savov, et al vs. Ethicon Inc., et al* | **2:13-cv-16436** |