IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS                                                              MDL NO. 2327
PRODUCTS LIABILITY LITIGATION

_____

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

ALL BOSTON SCIENTIFIC CASES PENDING IN WAVE 12 OF MDL 2327
_____

### NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
### DR. RICARDO CARABALLO

For all Boston Scientific Corporation cases pending in Wave 12 of the ETHICON, INC. MDL 2327 (Case No. 2:12-md-2327), Plaintiff(s) hereby adopt and incorporate by reference the Motion and Reply to Exclude Dr. Ricardo Caraballo from Boston Scientific Wave 3. *See* Boston Scientific Corp. MDL 2326 ECF No. 4831 (Mot. and Memo.); *see also* Boston Scientific Corp. MDL 2326 ECF No. 5029 (Reply). Plaintiffs respectfully request that the Court exclude Dr. Caraballo's testimony for the reasons previously set forth.

DATED: November 4, 2019

                 Respectfully submitted,

                By:  /s/ *Clayton A. Clark*
                   Clayton A. Clark
                   Co-Lead Counsel for Plaintiffs in
                   MDL No. 2326
                   cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

                By:  /s/ *Aimee Wagstaff*
                   Aimee Wagstaff
                   Co-Lead Counsel for Plaintiffs in

- 2 -

        MDL No. 2326
        aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    By:    /s/ *W. Michael Moreland*
            W. Michael Moreland

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217