# Exhibit A

# EXHIBIT A
### Dr. Ricardo Caraballo - Motion to Exclude
### Advantage and Advantage Fit

|  | Case Style | Cause No. |
|---|---|---|
| **1.** | *Jean Savov, et al vs. Ethicon Inc., et al* | **2:13-cv-16436** |