IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS                              MDL NO. 2327
PRODUCTS LIABILITY LITIGATION

_____

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

ALL BOSTON SCIENTIFIC CASES PENDING IN WAVES 11 AND 12 OF MDL 2327
_____

### NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
### DR. PETER ROSENBLATT

For all Boston Scientific Corporation cases pending in Waves 11 and 12 of the ETHICON, INC. MDL 2327 (Case No. 2:12-md-2327), Plaintiffs hereby adopt and incorporate by reference the Motion and Reply to Exclude Dr. Peter Rosenblatt from Boston Scientific Wave 3. *See* Boston Scientific MDL 2326 ECF No. 4833 (Mot. and Memo.); *see also* Boston Scientific MDL 2326 ECF No. 5039 (Reply).  Plaintiffs respectfully request that the Court exclude Dr. Rosenblatt's testimony for the reasons previously set forth.

DATED: November 4, 2019

                                              Respectfully submitted,

                                    By:    /s/ *Clayton A. Clark*
                                                    Clayton A. Clark
                                                    Co-Lead Counsel for Plaintiffs in
                                                    MDL No. 2326
                                                    cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

                                    By:    /s/ *Aimee Wagstaff*
                                                    Aimee Wagstaff
                                                    Co-Lead Counsel for Plaintiffs in

- 2 -

MDL No. 2326
aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:   /s/ *W. Michael Moreland*
W. Michael Moreland

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217