# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS                                          MDL NO. 2327
PRODUCTS LIABILITY LITIGATION

_____

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

**ALL BOSTON SCIENTIFIC CASES PENDING IN WAVES 11 AND 12 OF MDL 2327**
_____

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
## DR. LONNY GREEN

For all Boston Scientific Corporation cases pending in Waves 11 and 12 of the ETHICON, INC. MDL 2327 (Case No. 2:12-md-2327), Plaintiffs hereby adopt and incorporate by reference the Motion and Reply to Exclude Dr. Lonny Green from Boston Scientific Waves 1 and 2. *See* Boston Scientific Corp. MDL 2326 ECF No. 1010 (Mot. and Memo.); and the Reply briefing for Dr. Lonny Green, M.D. from a prior wave case: Pls.' Reply in Supp. Mot. Limit Ops. & Test. of Dr. Lonny Green, M.D., *Fowler v. Boston Scientific Corp.*, No. 2:13-cv-03932 (S.D.W. Va. March 3, 2015), ECF No. 92. Plaintiffs respectfully request that the Court exclude Dr. Green's testimony for the reasons previously set forth.

DATED: November 4, 2019

                                                Respectfully submitted,

                              By:    /s/ *Clayton A. Clark*
                                          Clayton A. Clark
                                          Co-Lead Counsel for Plaintiffs in
                                          MDL No. 2326
                                          cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400

Facsimile (713) 759-1217

           By:  /s/ *Aimee Wagstaff*
                Aimee Wagstaff
                Co-Lead Counsel for Plaintiffs in
                MDL No. 2326
                aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

  I hereby certify that on November 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

           By:  /s/ *W. Michael Moreland*
                W. Michael Moreland

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217