UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

**ORDER VACATING CONDITIONAL REMAND ORDER**

A conditional remand order was filed in the actions on the attached schedule on October 25, 2019, pursuant to a suggestion of remand from the transferee judge. In the absence of any known opposition, the conditional remand order was finalized with respect to these actions on November 4, 2019. The Panel has now been informed that the actions on the attached schedule have been dismissed in various orders filed by the Southern District of West Virginia.

IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on October 25, 2019, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                              MDL No. 2327

SCHEDULE A

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| WVS | 2 | 13–14388 | CAC | 5 | 13–00345 | Cooper et al v. Crisell |
| WVS | 2 | 13–14106 | GAM | 5 | 13–00045 | Sitten et al v. W. L. Gore & Associates, Inc. |
| WVS | 2 | 14–15434 | NH | 1 | 14–00149 | Selleck v. Atrium Medical Corporation |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 11/4/2019 at 4:30 PM EST and filed on 11/4/2019

**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** 3636

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (4 in CAC/5:13-cv-00345, 26 in GAM/5:13-cv-00045, [3633] in MDL No. 2327, 6 in NH/1:14-cv-00149)**

**IT IS THEREFORE ORDERED that the CRO filed on 10/25/19, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 11/4/2019.**

**Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, NH/1:14-cv-00149 (LAH)**

**Case Name:** Sitten et al v. W. L. Gore & Associates, Inc.
**Case Number:** GAM/5:13-cv-00045
**Filer:**
**WARNING: CASE CLOSED on 10/30/2019**
**Document Number:** 29

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (4 in CAC/5:13-cv-00345, 26 in GAM/5:13-cv-00045, [3633] in MDL No. 2327, 6 in NH/1:14-cv-00149)**

**IT IS THEREFORE ORDERED that the CRO filed on 10/25/19, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 11/4/2019.**

**Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, NH/1:14-cv-00149 (LAH)**

| | |
|---|---|
| **Case Name:** | Cooper et al v. Crisell |
| **Case Number:** | CAC/5:13-cv-00345 |
| **Filer:** | |

**WARNING: CASE CLOSED on 10/30/2019**

**Document Number:** 7

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (4 in CAC/5:13-cv-00345, 26 in GAM/5:13-cv-00045, [3633] in MDL No. 2327, 6 in NH/1:14-cv-00149)**

**IT IS THEREFORE ORDERED that the CRO filed on 10/25/19, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 11/4/2019.**

**Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, NH/1:14-cv-00149 (LAH)**

| | |
|---|---|
| **Case Name:** | Selleck v. Atrium Medical Corporation |
| **Case Number:** | NH/1:14-cv-00149 |
| **Filer:** | |

**WARNING: CASE CLOSED on 10/31/2019**

**Document Number:** 9

**Docket Text:**
**ORDER VACATING CONDITIONAL REMAND ORDER (4 in CAC/5:13-cv-00345, 26 in GAM/5:13-cv-00045, [3633] in MDL No. 2327, 6 in NH/1:14-cv-00149)**

**IT IS THEREFORE ORDERED that the CRO filed on 10/25/19, is VACATED insofar as it relates to this action.**

**Signed by Clerk of the Panel John W. Nichols on 11/4/2019.**

**Associated Cases: MDL No. 2327, CAC/5:13-cv-00345, GAM/5:13-cv-00045, NH/1:14-cv-00149 (LAH)**

MDL No. 2327 Notice has been electronically mailed to:

Carl N Frankovitch     carln@facslaw.com

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F Bell, Jr    hfbell@belllaw.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr    PAUL@GREENEKETCHUM.COM, lora@greeneketchum.com

Marc E. Williams    marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**GAM/5:13-cv-00045 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Douglas B King    doug.king@woodenmclaughlin.com, gayle.williams@woodenmclaughlin.com, marcee.voss@woodenmclaughlin.com

James M. Boyers    jboyers@woodmclaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Lori Gail Cohen    cohenl@gtlaw.com, bennettd@gtlaw.com, gablel@gtlaw.com

Kendall C. Dunson    kendall.dunson@beasleyallen.com

Wesley Chadwick Cook    chad.cook@beasleyallen.com, ellen.royal@beasleyallen.com, tabitha.dean@beasleyallen.com

David B. Byrne, III    david.byrne@beasleyallen.com

Christiana C. Jacxsens    jacxsensc@gtlaw.com

Ivan A. Gustafson    iagustafson@ewhlaw.com

P. Leigh O'Dell    leigh.odell@beasleyallen.com, melisa.bruner@beasleyallen.com

Andy D. Birchfield, Jr    Andy.Birchfield@BeasleyAllen.com, kelli.alfreds@beasleyallen.com, lasonya.lucas@beasleyallen.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Francis M. McDonald, Jr    fmcdonald@mtwlegal.com

Paul Stokely Rosenblatt     paul.rosenblatt@butlersnow.com

Evan C. Holden     holdene@gtlaw.com

**GAM/5:13-cv-00045 Notice will not be electronically mailed to:**

**CAC/5:13-cv-00345 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Barbara R. Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Tim K Goss     tim@freeseandgoss.com, kevin@freeseandgoss.com, peter@freeseandgoss.com, tbanno@freeseandgoss.com

Christopher Carl Cannon     ccannon@ljdfa.com

Joshua J. Wes     joshua.wes@tuckerellis.com

Peter De La Cerda     peter@freeseandgoss.com

Stewart Richard Albertson     stewart@aldavlaw.com

Stephanie Rae Hanning     shanning@schmidvoiles.com, cdean@schmidvoiles.com

Marissa Ann Warren     mwarren@ljdfa.com

David Stanley     dstanley@reedsmith.com, aswenson@reedsmith.com, dbernal@reedsmith.com, ebuhr@reedsmith.com, gmunoz@reedsmith.com, mmandell@reedsmith.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Docket-LAX@tuckerellis.com, elena.holguin@tuckerellis.com, estella.licon@tuckerellis.com, joshua.wes@tuckerellis.com, nicholas.janizeh@tuckerellis.com

Robert B. Fessinger     rfessinger@sdhmidvoiles.com

Kyle A. Cruse     kcruse@schmidvoiles.com

**CAC/5:13-cv-00345 Notice will not be electronically mailed to:**

**NH/1:14-cv-00149 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Hugh Joseph Turner, Jr     hugh.turner@akerman.com, ENJOLIQUE.AYTCH@AKERMAN.COM, grace.veniero@akerman.com

Leslie C. Nixon     lcnixon56@gmail.com

Barbara R. Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

Alexandra V. Boone     aboone@millerweisbrod.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Les Weisbrod     lweisbrod@millerweisbrod.com, aboone@millerweisbrod.com, lboling@millerweisbrod.com, mtrull@millerweisbrod.com, tnguyen@millerweisbrod.com

Luke H Metzler     lmetzler@millerweisbrod.com

**NH/1:14-cv-00149 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=11/4/2019] [FileNumber=949526-0]

[2d26a78bfdb798f5494a238fa4db931db8f86e5f1b2c7b388291764d3f8d34ff2145d
bddc00aba1e1dd63b5f0f37c06c121292cb21e9d7936c51dbb4a20c80e4]]