**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC       **Master File No. 2:12-MD-02327**
REPAIR SYSTEMS PRODUCTS       **MDL 2327**
LIABILITY LITIGATION

-------------------------------------------------------

                              **JOSEPH R. GOODWIN U.S. DISTRICT**

**THIS DOCUMENT APPLIES TO:**              **JUDGE**

**ETHICON WAVE 12 CASE LISTED IN**
**EXHIBIT A**

### NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE
### ANNE M. WEBER, M.D., FOR ETHICON WAVE 12

       Come now Defendants Ethicon, Inc. and Johnson & Johnson and hereby adopt and

incorporate by reference the Ethicon Wave 4 *Daubert* briefing to exclude the opinions of Anne

M. Weber, M.D., for Ethicon Wave 12, Case No. 2:12-MD-02327, Dkt. 3599 (motion), 3601

(memorandum in support), and 3812 (reply).  Defendants respectfully request that the Court

exclude Dr. Weber's testimony, for the reasons expressed in the Wave 4 briefing.  This notice

applies to the Ethicon Wave 12 case identified in Exhibit A attached hereto.


                     Respectfully submitted,


                     */s/ William M. Gage*
                     William M. Gage (MS Bar #8691)
                     Butler Snow LLP
                     1020 Highland Colony Parkway
                     Suite 1400 (39157)
                     P.O. Box 6010
                     Ridgeland, MS 39158-6010
                     (601) 985-4561
                     william.gage@butlersnow.com

1

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com


COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

50013038.v1

3