# EXHIBIT A

**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE PEGGY PENCE, PH.D., FOR ETHICON WAVE 12**

**List of Applicable Cases**

| Case Name | Case Number | Product(s) |
| --- | --- | --- |
| Acosta, Margaret & Rudolph | 2:17-cv-02702 | Gynemesh PS |
| Banda, Betty | 2:15-cv-15404 | TVT |
| Barone, Deborah | 2:12-cv-06802 | Prolift TVT-O |
| Barrera, Evelyn, deceased & Valdemar | 2:13-cv-12057 | TVT |
| Barton, Juanita & James Scott Dean | 2:13-cv-20332 | TVT-O |
| Bauer, Danna A. & Gregory Thomas | 2:14-cv-08564 | TVT-O |
| Bentley, Katie | 2:16-cv-00230 | TVT-O |
| Blake, Wendy D. | 2:17-cv-01896 | TVT |
| Blue, Lynette | 2:15-cv-14036 | Artisyn |
| Bond, Cathy Lynn | 2:13-cv-10501 | Prolift TVT-O |
| Britt, Judy & Edwin | 2:13-cv-01947 | Proceed |
| Brown, Wanda | 2:13-cv-11267 | TVT |
| Burger, Frances D. | 2:13-cv-20907 | TVT |
| Burgoyne, Janet & Danny | 2:14-cv-28620 | TVT |

1

| | | |
|---|---|---|
| Burris, Tina | 2:14-cv-24320 | Prolift<br>TVT Secur |
| Burton, Rebecca & Jeffrey | 2:14-cv-15094 | Prolift |
| Bush, Teresa & Kevin | 2:13-cv-01937 | TVT-O |
| Carrier, Barbara | 2:14-cv-22652 | Prolene TVT |
| Carter, Tamara & David | 2:12-cv-01661 | Prolift TVT |
| Carver, Donna | 2:12-cv-04164 | TVT |
| Casey, Michelle M. | 2:17-cv-04072 | TVT |
| Chrysler, Marion | 2:12-cv-02060 | TVT |
| Clowe, Paula Carole & Audie L. Pope | 2:12-cv-06893 | TVT |
| Coker, Mary | 2:15-cv-11324 | TVT-O |
| Coleman, Deborah J. | 2:13-cv-13630 | TVT |
| Cooper, Janis M. | 2:12-cv-06593 | Gynemesh PS |
| Crow, Natalie | 2:14-cv-12908 | TVT Abbrevo<br>TVT-O |
| Cuttrell, Judy | 2:14-cv-17303 | Prolift |
| Daugherty, Marie, deceased | 2:13-cv-01325 | Prolift |
| Dice, Denese & Terry | 2:13-cv-03184 | Prosima<br>TVT Abbrevo |
| Dockery, Deborah & Trey | 2:17-cv-00707 | TVT<br>TVT-O |

| | | |
|---|---|---|
| Dorgan, Madenna K. & Richard | 2:12-cv-03159 | TVT |
| Drake, Janet & Kyle | 2:12-cv-08575 | TVT |
| Duncan, Michelle R. | 2:17-cv-01898 | TVT-O |
| Ekici, Gulfinaz | 2:17-cv-01948 | TVT Abbrevo |
| Ellerbee, Ovis & James | 2:15-cv-08276 | Prolift<br>TVT-O |
| Ellis, Margo & Beau | 2:12-cv-09097 | TVT |
| Enborg, Terri & Christopher | 2:13-cv-18734 | TVT |
| Foster, Kimberly Fromm & Keith | 2:14-cv-02945 | TVT |
| Francis, Nancy S. | 2:17-cv-01949 | TVT |
| Franklin, Lisa | 2:15-cv-11810 | TVT |
| Freeman, Terri & Earl | 2:13-cv-24578 | Prolift +M<br>TVT-O |
| Frietze, Nadine & Lyndon | 2:14-cv-29513 | TVT<br>TVT Abbrevo |
| Gilstrap, Patricia | 2:16-cv-00236 | Prolift |
| Granda, Jennifer L. | 2:17-cv-01952 | TVT |
| Graves, Tina & Horace E. | 2:12-cv-07177 | Prolift<br>TVT |
| Green, Janice | 2:12-cv-02148 | TVT |
| Grundel, Sharon & Alan | 2:13-cv-28247 | TVT |

| | | |
|---|---|---|
| Hanifl, Julie & William | 2:16-cv-05175 | TVT Exact |
| Haymart, Jennifer & Jess | 2:14-cv-21296 | TVT |
| Heatherman, Christine & Terry Weaver | 2:12-cv-09245 | TVT |
| Heindl, Susan & Edward | 2:13-cv-27654 | TVT |
| Heuerman, Rebecca & Timothy | 2:13-cv-13962 | Prolift TVT |
| Hogge, Vivian & Randy | 2:12-cv-07873 | TVT |
| Hooper, Linda F. | 2:13-cv-01686 | Prolift +M |
| Jackson, Doris Chappell | 2:12-cv-00265 | Prolift |
| Jones, Elizabeth | 2:16-cv-05286 | Prolift +M TVT-O |
| Jones, Jimmie & Robert | 2:13-cv-15410 | TVT Secur |
| Jude, Jennifer L. | 2:13-cv-03084 | TVT-O |
| Kieffaber, Carolyn M. & Thomas M. | 2:12-cv-08464 | Prolift |
| Lambert, Evelyn & John D. | 2:13-cv-04824 | TVT |
| Leavitt, Jacinta & Paul | 2:14-cv-01655 | TVT |
| Luna, Patricia | 2:17-cv-01809 | TVT Exact TVT-O |
| Mallow, Dawna | 2:16-cv-08013 | Prosima |
| Martin, Cheryl | 2:14-cv-00354 | TVT-O |

| | | |
|---|---|---|
| Martin, Connie | 2:12-cv-08784 | TVT |
| Martinez, Nohemi & Juan Osorio | 2:13-cv-10804 | TVT Exact |
| Mason, Robin & James | 2:13-cv-20337 | TVT-O |
| Mattox, Kristine | 2:13-cv-14913 | TVT |
| May-Weirauch, Brandi | 2:15-cv-12478 | TVT-O |
| McBroom, Amanda | 2:15-cv-03043 | Prolift<br>TVT Secur |
| Mejia, Patricia & Joel | 2:15-cv-14436 | TVT-O |
| Messina, Carol & James | 2:17-cv-02851 | TVT Abbrevo |
| Miller, Laura Lynn & Carl F. | 2:13-cv-23376 | TVT-O |
| Miller, Madelien & George | 2:14-cv-27841 | TVT |
| Mobley, Tasha & Douglass Daniels | 2:15-cv-14159 | TVT Exact |
| Moe, Debra & Gregory | 2:13-cv-26408 | Prolift |
| Morreira, Delia | 2:13-cv-01950 | TVT |
| Munoz, Silvia & Jose | 2:17-cv-04361 | Gynemesh PS<br>TVT-O |
| Murray, Lori | 2:15-cv-07928 | TVT Exact |
| Nelson, Linda & Bobby | 2:12-cv-08135 | TVT |
| Newman, Cynthia | 2:14-cv-24066 | TVT |

| | | |
|---|---|---|
| Norris, Doreta S. & Mark | 2:13-cv-11269 | TVT-O |
| Nowland, Carolyn & Rick | 2:15-cv-07707 | TVT-O |
| Pearson, Phyllis | 2:13-cv-03168 | TVT |
| Pelham, Sandra J. | 2:13-cv-08384 | Prolift |
| Penn, Teresa | 2:17-cv-01818 | TVT Abbrevo |
| Perrywinkle, Rayne | 2:13-cv-28452 | Prolift |
| Phillips, Patricia | 2:17-cv-01893 | TVT |
| Postil, Victoria | 2:12-cv-09486 | TVT |
| Prasuhn, Debbie | 2:13-cv-22632 | TVT |
| Price, Renie | 2:16-cv-12548 | Prolene |
| Ratliff, Juanita | 2:15-cv-00541 | Prolift |
| Reynolds, Barbara | 2:15-cv-14756 | TVT |
| Rodriguez, Judy | 2:15-cv-09979 | TVT-O |
| Romero, Linda | 2:13-cv-01294 | TVT |
| Rusciano, Susan | 2:13-cv-13073 | TVT Exact |
| Schmitz, Kimberly & Kevin | 2:13-cv-16595 | TVT<br>TVT-O |
| Sexton, Chastity | 2:15-cv-08952 | TVT Exact |

| | | |
|---|---|---|
| Sexton, Kathy & Garry | 2:15-cv-07505 | TVT |
| Siefkas, Patricia Hughes & Jon | 2:13-cv-20168 | Prolift |
| Slusser, Aimee | 2:13-cv-12013 | TVT |
| Smith, Barbara D. & Tony M. | 2:13-cv-20902 | Prolift<br>TVT |
| Smith, Cherita | 2:13-cv-15670 | TVT-O |
| Stimers, Dayna A. | 2:15-cv-00659 | TVT Exact |
| Tedder, Judy L. | 2:13-cv-00097 | TVT-O<br>TVT Secur |
| Tidler, Dorothy Pauline & Max | 2:14-cv-21299 | TVT |
| Trout, Julie & David | 2:15-cv-04923 | TVT-O |
| Tucker, Brenda & Mark | 2:13-cv-16593 | TVT |
| Vasquez, Tami | 2:14-cv-00374 | TVT |
| Vigneau, Christine | 2:17-cv-04364 | TVT |
| Wilder, Marbeth | 2:14-cv-25604 | TVT-O |
| Wingard, Kelly & Kenneth | 2:13-cv-23113 | Prolift |
| Zyph, Cleo | 2:16-cv-12024 | Prolene |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Pence as a general expert.**