**EXHIBIT A**
**TO NOTICE OF FILING PREVIOUSLY-FILED WAVE 12 DAUBERT MOTION**
**<u>RELATED TO EXPERT'S GENERAL OPINIONS IN GENERAL DOCKET</u>**

1. Terri and Earl Freeman      No. 2:13-cv-24578