**EXHIBIT 1**
**TO MOTION TO EXCLUDE CDRTAIN OPINIONS OF RICHARD BERCIK, M.D.**

1.       Terri and Earl Freeman       No. 2:13-cv-24578