# EXHIBIT B

# CURRICULUM VITAE

## BIOGRAPHICAL:

**NAME:**    Richard S. Bercik, M.D.

**ADDRESS:**    Yale School of Medicine
Department of OB/GYN
333 Cedar Street- FMB
329
PO BOX 208063
New Haven CT 06520-8063

**TELEPHONE:**    203-785-6927  fax 203-785-2909
E mail: Richard.bercik@yale.edu

## EDUCATION:

09/1975- 05/1979    Georgetown University, Washington, DC.
**BS, Biology**. *Cum laude.*

09/1979- 05/1983    University of Medicine and Dentistry- New Jersey
Medical School. Newark, NJ. **M.D.**

07/1983- 07/1987    New York University Medical Center and Bellevue
Hospital. New York, NY. Department of Obstetrics and
Gynecology. **Resident and Chief Resident.**

## LICENSURE AND CERTIFICATION:

12/2017    STATE OF CALIFORNIA, Medical License  #G153202

06/2013    Certified, Female Pelvic Medicine and Reconstructive Surgery

11/2002    STATE OF CONNECTICUT, Medical License #

040946

12/1998    Recertified, ABOG. #87221, (annual MOC up to date)

03/1994    STATE OF FLORIDA, Medical License # 65614

12/1989    Certified, Obstetrics and Gynecology. ABOG #25784

12/1985    STATE OF NEW JERSEY, Medical License # MA46792



PENGAD 800-631-6989  DEFENDANT'S EXHIBIT 7  10-1-19 SE

12/1984                STATE OF NEW YORK, Medical License # 159799-1
-2-

## ACADEMIC APPOINTMENTS:

06/2003- present       **Assistant Professor, Obstetrics and Gynecology**
                       Yale School of Medicine, New Haven, CT.

07/2013- present       **Assistant Professor, Urology**
                       Yale School of Medicine, New Haven, CT.

12/1998- 05/2003       **Assistant Professor, Obstetrics and Gynecology**
                       New York University School of Medicine, NYC, NY.

08/1996- 12/1998       **Clinical Instructor, Obstetrics and Gynecology**, New
                       York  University School of Medicine, NYC, NY.

12/1990- 06/1994       **Clinical Instructor, Gynecologic Surgery,** New York
                       University School of Medicine, NYC, NY.

07/1984- 06/1987       **Teaching Assistant**, New York University School of
                       Medicine, NYC, NY.

## PROFESSIONAL EXPERIENCES:

07/2013-present        **Director, Urogynecology**.  Bridgeport
Hospital,
                       Bridgeport, CT.

07/2004-11/2011        **Division Chief, Urogynecology and Reconstructive Pelvic**
                       **Surgery;** Yale School of Medicine, Department of Obstetrics
and                    Gynecology. New Haven, CT.

06/2003-07/2004        **Associate Director and Practice Director, Urogynecology**
and                    **Reconstructive Pelvic Surgery;** Yale School of Medicine,
                       Department of Obstetrics and Gynecology. New Haven, CT.

06/2003-present        **Attending Physician,** Yale New Haven Hospital,
                       New Haven, CT

06/2003-10/2007        **Director, Women's Center;** Yale New Haven Hospital,
                       New Haven, CT.

04/1999-05/2003        **Director and Chief of Service, Obstetrics**
                       **and Gynecology;** Bellevue Hospital, NYC,
                       NY.

12/1998-05/2003        **Co-director, Urogynecology /Pelvic Reconstructive**
                       **Surgery Clinic;** Bellevue Hospital, NYC, NY.

| 12/1998-05/2003 | **Director, Gynecology**; Bellevue Hospital, NYC, NYC |

-3-

## PROFESSIONAL EXPERIENCES: (continued)

| 07/1996- 12/1998 | **Attending Physician**, Gouverneur Diagnostic and Treatment Center, Department of OB/GYN. NYC, NY |
| 07/1994- 06/1996 | Private practice in Kissimmee, FL. |
| 12/1990- 06/1994 | **Attending Physician**, Bellevue Hospital Center, NYC, NY. Department of OB/GYN |
| 04/1990- 03/1993 **OB/GYN** | **Assistant Director of OB/GYN Education. Director, Division of Family Practice Residency.** Overlook Hospital, Summit, NJ. |
| 01/1989-06/1989 Center, | **Director, OB/GYN Clinic**; Elizabeth General Medical Elizabeth, NJ. |
| 07/1987- 06/1994 | Private practice in Linden, NJ. |

## HONORS AND AWARDS:

| 05/1979 | Phi Beta Kappa, Washington, D.C. chapter. |
| 05/1979 | Rhodes Scholar Candidate, Georgetown |
| University 06/1994 | Outstanding Faculty Teaching Award, NYU OB/GYN Residency Program |
| 06/2005 | CREOG National Faculty Award, Yale School of Medicine |
| 06/2007 School | Nathan Kase Award-Outstanding OB/GYN Faculty; Yale of Medicine |
| 06/2014 | Outstanding Surgical Educator Award, Bridgeport Hospital |
| 06/2016 | APGO Excellence in Teaching Award, Bridgeport Hospital |
| 04/2018 | Best Doctors in Connecticut- Connecticut Magazine |
| 06/2018 | APGO Excellence in Teaching Award, Bridgeport Hospital |
| 06/2019 | Excellence in Gynecologic Surgical Teaching, Bridgeport Hospital |

-4-

## PROFESSIONAL SERVICE

2017- present          Editorial Consultant. **Journal of Urology**

## PROFESSIONAL ASSOCIATIONS:

American College of Obstetrics and Gynecology
American Urogynecology Society
Connecticut Medical Society
New Haven Obstetric Society
Yale Obstetrics and Gynecology Society
Bellevue Obstetrics and Gynecology Society

## NATIONAL COMMITTEE APPOINTMENTS

2001-2002          NICHD-Review Committee for RFA HD-00-012,
                             *Epidemiologic Research on Pelvic Floor*
*Disorders*

## HOSPITAL COMMITTEE APPOINTMENTS:

2010- present          Robotic Surgery Committee. Yale New Haven Hospital

2007-2010          Credentials Committee, Yale Medical Group

2005-2011          Clinic Chiefs Committee, Yale School of Medicine

                             CME Advisory Committee. Yale School of

                             Medicine

2005-2008          Credentials Committee, Yale- New Haven Hospital

2003-2016          Operating Room Committee, Yale-New Haven Hospital

2003-2008          Primary Care Center Management, Yale-New Haven Hospital

2001-2003          Medical Board, **Secretary,** Bellevue Hospital Center

                             Clinical Program Growth Committee, Bellevue Hospital
          Center

2000-2003          Medical Errors Reduction Committee, Bellevue Hospital

Center HIPPA Implementation Committee, Bellevue Hospital

-5-

## PUBLICATIONS:

Urologic and Pelvic Floor Health Problems. Chapter 29. In I. M. Alexander, V. Johnson-Mallard, E. A. Kostas-Polston, C. Ingram, & N. F. Woods, Eds., *Women's Health Care in Advanced Practice Nursing, 2nd Ed* (pp. 537 – 560). New York, NY: Springer Publishing Co. Bercik, R. S., & Richmond, C. F. (2016).

Cost-effectiveness of percutaneous tibial nerve stimulation versus extended-release tolterodine for overactive bladder. Chen HW, Bercik RS, Werner EF, Thung SF . J Urol. 2011 Nov 16

One-year objective and functional outcomes of a randomized clinical trial of vaginal mesh for prolapse. Sokol AI, Iglesia CB, Kudish BI, Gutman RE, Shveiky D, Bercik R, Sokol ER Am J Obstet Gynecol. 2011 Aug 11

Ischiorectal Abscess and Ischiorectal-Vaginal Fistula as Delayed Complications of Posterior Intravaginal Slingplasty. Chen HC, Guess MK, Connell KA, Bercik RS J Reprod Med . Vol 54 No 10, 645-648  2009 Oct

HOXA11 Promotes Fibroblast Proliferation and Regulates p53 in Uterosacral Ligaments. Connell KA, Guess M, Chen H, Lynch T, Bercik R, Taylor H. Reprod Sci. 2009 Apr 16.

HOXA11 is critical for development and maintenance of uterosacral ligaments and deficient in pelvic prolapse. Connell KA, Guess MK, Chen H, Andikyan V, Bercik R, Taylor HS. J Clin Invest. 2008 Mar;118(3):1050-5.

Anterior Intravaginal Slingplasty Tunneller Device for Stress Incontinence and Posterior Intravaginal Slingplasty for Apical Vault Prolapse: A 2-Year Prospective Multicenter Study . Vardy M, Brodman M, Olivera C, Zhou H, Flisser A, Bercik R.. Am. J. OB GYN Vol 197, No 1. July 2007.

Increased Rates of Chorioamnionitis with Extramaniotic Saline Infusion Method of Labor Induction. MacKenzie A, Levey K, Stephenson C, Bercik R, Funai E, Goldstein J. Obstetrics and Gynecology. Vol . 104, No. 4, April 2004

## ABSTRACTS/ POSTERS:

Assessment of OB/GYN Resident Knowledge and Comfort with Pelvic Floor Disorders. (Poster Presentation) Davis KM, Bercik RS. AUGS 2016

Outcomes of Revisions and Removals of Mesh Slings Placed for Urinary Incontinence. (Poster Presentation) Russo a, Andiman SE, Bercik RS. AUGS2016

-6-

## ABSTRACTS/ POSTERS: (continued)

Noninvasive Screening for Pudendal Neuropathy in Women with Overactive Bladder (Poster Presentation) Guess, MK, Nosseir SB, Bercik R, Connell KA AUGS 2008

Fibroblast Proliferation is Regulated by HOXA11: Molecular Implications for Pelvic Organ Prolapse. (Poster Presentation) Connell KA, Guess MK, Bercik R, Taylor HS. AUGS 2008

Techniques for Complete Excision of Vaginal Mesh Implants (Tip/Tricks) Bercik R. **Society Gynecologic Surgeons 37th Annual Meeting .** April 2011

## FUNDED RESEARCH

Restorelle Transvaginal Mesh versus Native Tissue Repair for Treatment of Pelvic Organ Prolapse. Restorelle 522 Study. **Principal Investigator.** 2016-present. (Coloplast)

Randomized Study to Compare the Tolerability & Efficacy of the Elidah Electrode for Mild-Moderate SUI in Women. **Principal Investigator.** 2017- 2018. ( Elidah , Inc.)

Harmony- Elevate Apical and Posterior 522 Study **Principal Investigator.** 2014-2016 ( AMS/ Astora)

Embrace- Elevate Apical and Apical 522 Study. **Principal Investigator.** 2014-2016 (AMS/ Astora)

IVS Tuneller Device for Stress Incontinence and Apical Vaginal Prolapse: A Multi- center Trial. **Secondary Investigator.** 2005-2006 (Tyco Healthcare/US Surgical)

Use of Medispectra Optical Detection System (ODS) as an Adjunct to Colposcopy in the Localization of Squamous Cell Precancerous Lesions. **Principal Investigator.** 2002- 2004. (MediSpectra)

Prospective, randomized study comparing the perioperative administration of Procrit with iron supplementation v. iron alone in patients undergoing abdominal hysterectomy or myomectomy for benign gynecologic disease. **Principal investigator**. (Ortho-Biotech) 1999-2000.

-7-

## INVITED PRESENTATIONS and LECTURES:

2017      Vaginal Hysterectomy. Grand Rounds. Department of OB/GYN.
Bridgeport Hospital. September 2017

2015      Uterine Preservation in Pelvic Organ Prolapse Surgery . Grand Rounds,
Department of Obstetrics and Gynecology, Danbury Hospital ,Danbury
CT

2013      Mesh Use in Prolapse Repair: Where are we Now?; Robert F. Porges,
MD Memorial Event, NYU School of Medicine

2011      Uterine Preservation in Prolapse Surgery . **Yale CME Course.**
*Fertility and Women's Health Seminar.* April 2011

2010      Female Urinary Incontinence in the Geriatric Patient. **Yale CME Course.**
*The Aging Population: Challenges in Health and Disease Symposium.*
Yale School of Medicine CME . New Haven , CT . October 2010

     Urogynecology in the Mid-Life . **Yale CME Course** . *Health and
Medicine for Women Conference ( **Co-Director**).* Yale School of
Medicine CME . New Haven, CT September 2010

     Mesh Augmentation for Prolapse Repairs **Grand Rounds**
Division of Urogynecology, Royal Adelaide Hospital, Adelaide
Australia June 2010

     Surgical Treatment of Urinary Incontinence **Surgical Workshop**
Visiting Professor, Finatropia Hospital , Bucharest , Romania April
2010

2009      Current Management of Urinary Incontinence . **Grand Rounds** .
Department of OB/GYN. Bridgeport Hospital. March 2009

2008      Innovations in Pelvic Organ Prolapse . **Yale CME Course** " A
Mini Symposium: Updates in Female Pelvic Floor Disorders: A
Multidisciplinary Approach". New Haven , CT. Feb 2008

2007      Anal Incontinence. **Grand Rounds**. Waterbury Hospital .
Waterbury,CT. Jan 2007

     New Techniques in Prolapse Repair. **Grand Rounds**. Bridgeport
Hospital. Bridgeport, CT. Feb 2007

2006      Intra-operative Gynecology for the General Surgeon. **Grand Rounds**.

Department of Surgery, Yale School of Medicine , March 2006

-8-

## INVITED PRESENTATIONS and LECTURES: (continued)

2005      Evaluation and Management of Vaginal Prolapse. **Grand Rounds.** Waterbury Hospital, Waterbury, CT. January 2005.

Pubovaginal Slings; **Invited Speaker**, Richmond Obstetric and Gynecology Society, September 2005

2004      Urinary Incontinence: Update for the Primary Care Provider. **Invited Speaker** . Clinical Conference. Department of Medicine, Yale School of Medicine. September, 2004.

Urodynamic Evaluation. **Grand Rounds.** Department of OB/GYN, Bridgeport Hospital, Bridgeport ,CT. November 2004.

2003      Anal Incontinence. Grand Rounds. Department of OB/GYN, St. Raphael's Hospital, New Haven, CT. September 2003.

2002      Evaluation and Management of Female Urinary Incontinence: **Grand Rounds.** Department of Medicine. Gouverneur Hospital. May 2002

2001      Communication Skills in Obstetrics and Gynecology: Faculty Development Workshop. **Coordinator and Faculty.** Departments of Primary Care and Obstetrics and Gynecology. NYU School of Medicine. February 2001.

Legal Issues in Cervical Cytology. **Faculty; NYU CME Course.** Cervical Dysplasia: Update 2001. NYU School of Medicine. CME Department and Department of Obstetrics and Gynecology. March 2001.

2000      Breast Disease in the Obstetrician-Gynecologist Office. **Grand Rounds** Department of OB/GYN. Beekman Downtown Hospital. NYC, NY. January 2000.

Urodynamic Evaluation. **Elizabeth Blackwell Conference Guest Speaker.** Department of OB/GYN. Beekman Downtown Hospital. April 2000.

1999      Wounds: Creation to Closure. **Grand Rounds**. Department of OB/GYN, NYU Medical Center, March 1999.

-9-

## INVITED PRESENTATIONS and LECTURES: (continued)

1998    Vaginitis, A Simple Approach to Diagnosis and Management.
**Primary Care Faculty Skills Development Workshop**. Department
of Primary Medicine, NYU School of Medicine. July 1998. (Faculty).

Menopause and Hormone Replacement Therapy. **Primary Care
Faculty Skills Development Workshop**. Department of Primary
Medicine, NYU School of Medicine. July 1998.

1995    Risks and Benefits of Hormone Replacement Therapy: **American
College Of Osteopathic Family Physicians Annual Convention.**
Orlando, Fl. July, 1995

1993    Breast Cancer: Diagnosis and Triage. **Grand Rounds**, Department
of Family Practice, Overlook Hospital, Summit, NJ. January, 1993.

Management of PMS. **Grand Rounds**, Department of Family
Practice, Overlook Hospital, Summit, NJ. April, 93.

1992    Abnormal Pap Smear: Colposcopy II. **Grand Rounds**, Department of
Family Practice, Overlook Hospital, Summit, NJ. February, 1992.

Vaginal Hysterectomy: Volume Reduction Techniques. Department
of OB/GYN, NYU School of Medicine. September, 1992.

1991    Pediatric Gynecology. **Grand Rounds**, Department of
Pediatrics, Overlook Hospital, Summit, NJ. April, 1991.

The Abnormal Pap smear: Colposcopy I. **Grand Rounds**, Department
of Family Practice, Overlook Hospital, Summit, NJ. October, 1991.

1990    Urologic Injuries in Gynecologic Surgery. **Grand Rounds**, Department
of OB/GYN, Bellevue Medical Center, NYC, NY. August, 1990.

1989    Evaluation and Management of Stress Incontinence. **Grand
Rounds**, Department of OB/GYN, Elizabeth General Medical
Center, Elizabeth, NJ. September, 1989.

1988    Effects of Menopause on Sexuality. Human Sexuality Conference.
Alexian Brothers Hospital, Elizabeth, NJ. November, 1988.

1987    Vaginal Hysterectomy. **First International Vaginal Surgery
Conference.** St. Louis, Missouri. March, 1987. (Faculty )