# EXHIBIT C

Richard S. Bercik, M.D.

```
1        IN THE UNITED STATES DISTRICT COURT FOR THE COURT
                SOUTHERN DISTRICT OF WEST VIRGINIA
2                     CHARLESTON DIVISION
3
     Master File No. 2:12-MD-02327
4    MDL No. 2327
     Case No. 2:13-CV-24578
5
     - - - - - - - - - - - - - - - - -X
6    IN RE:  ETHICON, INC. PELVIC      :
     REPAIR SYSTEM PRODUCTS            :
7    LIABILITY LITIGATION,             :
                                       :
8    - - - - - - - - - - - - - - - - -X
     THIS DOCUMENT RELATES TO:         :
9    TERRI FREEMAN, ET AL.,            :
                     PLAINTIFFS        :
10                                     :
     VS                                :
11                                     :
     ETHICON, INC., ET AL.,            :
12                   DEFENDANTS        :
     - - - - - - - - - - - - - - - - -X
13
14
15
16           Teleconference deposition of RICHARD S.
     BERCIK, M.D. taken at the Trumbull Marriott Merritt
17   Parkway, 180 Hawley Lane, Trumbull, Connecticut,
     before San Edwards, RPR, a Professional Shorthand
18   Reporter and Notary Public, in and for the State of
     Connecticut on October 1, 2019, at 1:20 p.m.
19
20
21
22
23
24
```

Richard S. Bercik, M.D.

---

**Page 2**

1  A P P E A R A N C E S :
2  ON BEHALF OF THE PLAINTIFFS:
   ALEX BARLOW, ESQ.
3  SHRADER & ASSOCIATES, L.L.P.
   3900 Essex Lane, #390
4  Houston, Texas 77027
   t: 713-338-9094; f: 713-571-9605
5  barlow@shraderlaw.com
6
7  ON BEHALF OF THE DEFENDANTS:
   ROBIN SHAH, ESQ.  (via videoconference)
8  SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
   4 Times Square
9  New York, New York 10036
   t: 212-735-3000; f: 212-735-2000
10 robin.shah@skadden.com
11
12
13 ALSO PRESENT:
   BRIAN CAPOUCH, VIDEOGRAPHER
14
15
16
17
18
19
20
21
22
23
24

---

**Page 4**

1   (Whereupon, Defendant's Exhibit No.
2  1, Notice Of Deposition, was marked
3  for identification.)
4   (Whereupon, Defendant's Exhibit No.
5  2, Dr. Richard Bercik's  Report, was
6  marked for identification.)
7   (Whereupon, Defendant's Exhibit No.
8  3, Reliance List, was marked for
9  identification.)
10  (Whereupon, Defendant's Exhibit No.
11 4, Terri Freeman's Deposition
12 Transcript With Exhibits, was marked
13 for identification.)
14  (Whereupon, Defendant's Exhibit No.
15 5, Dr. Thomas Easter's Deposition
16 Transcript With Exhibits, was marked
17 for identification.)
18  (Whereupon, Defendant's Exhibit No.
19 6, Dr. Daniel Elliott's Deposition
20 Transcript With Exhibits, was marked
21 for identification.)
22  (Whereupon, Defendant's Exhibit No.
23 7, Dr. Bercik's Curriculum Vitae, was
24 marked for identification.)

---

**Page 3**

1     S T I P U L A T I O N S
2      IT IS HEREBY STIPULATED AND AGREED by and
3  between counsel representing the parties that each
4  party reserves the right to make specific objections
5  at the trial of the case to each and every question
6  asked and of the answers given thereto by the
7  deponent, reserving the right to move to strike out
8  where applicable, except as to such objections as
9  are directed to the form of the question.
10     IT IS FURTHER STIPULATED AND AGREED by and
11 between counsel representing the respective parties
12 that proof of the official authority of the Notary
13 Public before whom this deposition is taken is
14 waived.
15     IT IS FURTHER STIPULATED AND AGREED by and
16 between counsel representing the respective parties
17 that the reading and signing of this deposition by
18 the deponent is waived.
19     IT IS FURTHER STIPULATED AND AGREED by and
20 between counsel representing parties that all
21 defects, if any, as to the notice of the taking of
22 the deposition are waived.
23     Filing of the Notice of Deposition with
24 the original transcript is waived.

---

**Page 5**

1   (Whereupon, Defendant's Exhibit No.
2  8, $4000.00 Check to Dr. Richard
3  Bercik, was marked for
4  identification.)
5   (Whereupon, Defendant's Exhibit No.
6  9, Addition to Reliance List, was
7  marked for identification.)
8     THE VIDEOGRAPHER:  Good afternoon.
9  We are now on the record.  The time is
10 1:23 p.m.  The date is October 1st,
11 2019.
12    We are located in Trumbull,
13 Connecticut, for the videotape deposition
14 of Dr. Richard Bercik in the matter of
15 Terri Freeman versus Ethicon,
16 Incorporated, et al.  My name is Brian
17 Capouch.  I'm the videographer for Golkow
18 Litigation Services.
19    Counsel, please introduce yourselves
20 for the record, after which our court
21 reporter, San Edwards, will swear in the
22 witness.
23    MR. BARLOW:  Alex Barlow for the
24 Freemans.

---

Richard S. Bercik, M.D.

---

Page 6

1    THE VIDEOGRAPHER:  And on the
2  phone --
3    MS. SHAH:  Robin Shah on behalf of
4  Ethicon and Johnson & Johnson.
5    THE VIDEOGRAPHER:  Okay.  Thank you
6  very much.
7    Would you swear in the witness,
8  please?
9
10    RICHARD BERCIK, M.D.,
11  practicing at 333 Cedar Street, New Haven,
12  Connecticut, 06520, having first been duly sworn,
13  deposed and testified as follows:
14
15    MS. SHAH:  I'm sorry.  Can we go off
16  the record for one second?
17    THE VIDEOGRAPHER:  Okay.  Off the
18  record.  The time is 1:25.
19    (Whereupon, there was a recess taken
20    from 1:21 p.m. to 1:38 p.m.)
21    (Whereupon, the videographer leaves
22    the deposition.)
23
24

---

Page 7

1    DIRECT EXAMINATION
2
3  BY MS. SHAH:
4    Q    Doctor, can you just go ahead and please
5  state your full name for the record?
6    A    Sure.  It's Richard S. Bercik, M.D.
7    Q    And my name is Robin Shah, and I am here
8  on behalf of Ethicon and Johnson & Johnson.
9    And you understand that we're here today
10  in connection with Terri Freeman's lawsuit against
11  Johnson & Johnson?
12    A    Yes, ma'am.
13    Q    And Doctor, I know you've been deposed
14  before and you understand the rules.  So I'll just
15  ask you that we try not to interrupt each other as
16  much as possible so the court reporter can get a
17  clean record.  Okay?
18    A    Sure.
19    Q    Okay.  And we've marked as Exhibit 1 your
20  Notice of Deposition, and I know you've brought
21  several materials with you today that we'll, kind
22  of, walk through during the course of the
23  description.
24    And Dr. Bercik, you've been retained as

---

Page 8

1  the case-specific expert in this case.  Correct?
2    MR. BARLOW:  He -- he's got specific
3    and general opinions.  But it's all in
4    the report you have.
5    MS. SHAH:  Okay.
6  BY MS. SHAH:
7    Q    Have you been retained as both a general
8  expert and a case-specific expert, Dr. Bercik?
9    A    My understanding is I was retained as an
10  expert.  I've given opinions that do -- that are
11  general and some that are case-specific.
12    Q    Okay.  And when were you retained as an
13  expert in Ms. Freeman's case?
14    A    I don't remember the exact date.  I --
15  I'm sure -- I'm sure that the -- Counsel has the
16  E-mails related to that.  But I don't remember the
17  exact date.  It was earlier this year.
18    Q    Okay.  And when did you submit your
19  report in this case?
20    I was looking through, and I -- I didn't
21  see a -- a date.  I'm not trying to trick you.
22    A    No.  I apologize for that.  I can -- I
23  can tell you in one second.
24    Q    Sure.

---

Page 9

1    A    Well, I thought I could.  Hold on.  I'm
2  sorry about that.
3    I believe it was August -- either
4  August 15th or August 16th, 2019.
5    Q    All right.  Great.  And what did you do
6  to prepare your report, Dr. Bercik?
7    A    I reviewed the items on the reliance
8  list.  I think I have that there for you in Exhibit
9  3.  The medical records.
10    I also, from that, use my experience and
11  my knowledge of the literature and the literature
12  that I've used and -- some of which is I revised --
13  on that reliance list to form my opinions.
14    Q    And we marked our report as Exhibit 2
15  and then, your -- your updated report, I believe I
16  had some corrections to it or an addendum as Exhibit
17  9.
18    And other than typographical errors,
19  Doctor, are there any substantive corrections that
20  you've made to your report?
21    A    I -- I think I added one -- just a -- I
22  wouldn't call it substantive.  It was just adding a
23  word on page 13 --
24    Q    Okay.

---

Richard S. Bercik, M.D.

Page 10

1    A    -- paragraph 7.
2        This is in the office visit of 7/9/18 --
3    Q    Uh-huh.
4    A    -- the -- the first line. It reads,
5    "Since last visit, she saw OB-GYN Dr. Grisales who
6    also..." And after the word "also" should be
7    inserted the word "recommended."
8    Q    Okay. Got it. Anything else --
9    A    Page 9.
10   Q    -- of a non-typographical-typographical
11   nature? Uh-huh?
12   A    The third paragraph on the third line
13   toward the end of that sentence, it says, "The" --
14   and this is written as "The bas-fond and
15   trigone..."
16        And that phrase of "bas-fond" should
17   simply say "base," b-a-s-e. So that sentence should
18   read, "The base and trigone were normal."
19   Q    Okay. Anything else?
20   A    I think that's it for -- for
21   corrections.
22   Q    Okay. And Doctor, is there anything that
23   you would have liked to do or review to prepare your
24   report that you were not able to do or review?

Page 11

1    A    No. At the time that I repaired --
2    pre- -- prepared the report -- excuse me -- I don't
3    think depositions had been done. So they were not
4    part of the -- this.
5        I got -- you know, when -- when they --
6    when I get those, I will review them. But I have
7    not. That's the only thing I could think of.
8    Q    And so, Doctor, you mentioned that to
9    date, you have not reviewed any depositions in this
10   case. Is that correct?
11   A    That is correct. No.
12   Q    And -- so that would include
13   Ms. Freeman's deposition and Dr. Easter's deposition
14   testimony? You've not reviewed those?
15   A    That is correct. I haven't seen any
16   depositions -- haven't reviewed any depositions in
17   this case.
18   Q    Were you aware, Doctor, that Dr. Daniel
19   Elliott is also serving as expert for plaintiffs in
20   this case?
21   A    I became aware of that yesterday, I
22   think.
23   Q    Have you report -- have you reviewed
24   Dr. Elliott's report or his deposition testimony?

Page 12

1    A    I have not.
2    Q    And prior to being retained as an
3    expert, Dr. Bercik, did you serve as one of
4    Ms. Freeman's treating physicians?
5    A    No.
6    Q    And in between being retained as an
7    expert and submitting your report, did you ever
8    perform an independent medical examination on
9    Ms. Freeman?
10   A    I have not.
11   Q    Have you performed an independent medical
12   examination on Ms. Freeman since submitting your
13   report?
14   A    No, I have not.
15   Q    And as we sit here today, do you have any
16   plans to perform an independent medical examination
17   on Ms. Freeman in the future?
18   A    Not to my knowledge.
19   Q    And, Doctor, you've mentioned that you've
20   reviewed medical records.
21        Have you spoken with any of Ms. Freeman's
22   doctors regarding her treatment?
23   A    No, ma'am.
24   Q    Have you ever met with or spoken with

Page 13

1    Ms. Freeman?
2    A    I have not.
3    Q    It'd be easier today, Doctor, to offer
4    your opinion on her medical condition. Correct?
5    A    Correct.
6    Q    And, Doctor, you're being paid for your
7    work as an expert in this case. Is that correct?
8    A    Yes, ma'am.
9    Q    And how many hours have you spent on this
10   case so far?
11   A    I don't know exactly. But at this --
12   somewhere in the range of 20 to 25.
13   Q    And I have your fee schedule. I believe
14   you charge $4,000 as the initial retainer. Is that
15   right?
16   A    Yes, ma'am.
17   Q    And we marked as Exhibit 8 the check from
18   plaintiff's counsel for $4,000. Is that for your
19   initial retainer?
20   A    Yes.
21   Q    And your schedule says that's for up to
22   five hours and your initial verbal report. Is that
23   right?
24   A    Correct.

Richard S. Bercik, M.D.

Page 14

1    Q    And what do you mean by "initial verbal
2  report"?
3    A    So that's in cases where somebody may be
4  asking me to simply review records and to tell them
5  if I think that -- that there is a reasonable action
6  based on what I've looked at.
7         That doesn't pertain to this case where I
8  was asked from the beginning to write a written
9  report.
10   Q    Understood.
11        And so -- and then, for each additional
12 hour beyond the five hours, you charge $800 an
13 hour.  Is that right?
14   A    That is correct.
15   Q    So you said 20 to 25 hours.  And now,
16 I'll do some math here.
17        So it was 4,000 for the first five
18 hours, and then, 800 for, let's say, an additional
19 15 hours.  So that's's about 16,000 or so total?
20   A    Yeah.  That sounds about right.
21   Q    And then, you're also being paid for your
22 time at this deposition.  Right?
23   A    Yes.
24   Q    And that's separate from the payment that

Page 15

1  we just discussed?
2    A    Yes, ma'am.
3    Q    And, Doctor, you'll be paid, let's see,
4  $4,000 for today's deposition?
5    A    That's correct.
6    Q    And if this case proceeds to trial, how
7  much will you be paid for your testimony at trial?
8    A    Well, basically, it's the same.  Whether
9  the testimony is deposition or trial, the fee is the
10 same.
11        And it's really just based upon how
12 many -- how much time is taken away from my
13 practice.  So I can't predict.  But generally, it's
14 at least a day.
15   Q    And it's -- and you charge $8,000 for a
16 full day?
17   A    Yes, ma'am.
18   Q    And 4,000 for a half day?
19   A    That's correct.
20   Q    And we have Exhibit 3, which is your
21 reliance list that we discussed and your prior
22 testimony list?
23   A    Yes.  I have that.
24   Q    And, Doctor, is that -- okay.  Great.

Page 16

1         And is that an up-to-date list of your
2  prior testimony, Dr. Bercik?
3    A    I believe so.
4    Q    Okay.  And --
5    A    The last --
6    Q    -- and, Doctor --
7    A    -- date -- the --
8    Q    -- you have --
9    A    -- last day --
10   Q    -- your --
11   A    -- the last date is June of this -- the
12 last date is June of this year.  And I don't -- I
13 don't think I've done any -- anything since then.
14 So -- yeah.
15   Q    All right.
16   A    This looks --
17   Q    And, Doctor --
18   A    -- this looks --
19   Q    -- this -- this --
20   A    -- up-to-date.
21   Q    Okay.  Great.
22        And you have served as an expert for
23 plaintiffs in four other pelvic mesh cases against
24 Ethicon.  Is that right?

Page 17

1    A    Hon- -- honestly, I don't know exactly
2  how many other were Ethicon cases or not.  I
3  haven't -- I haven't added them up.
4    Q    Sure.
5         I was just looking at this list, and I
6  saw Blockus, Hrymoc, Lemay, and Farrell.  You were a
7  plaintiff's expert in those four cases.  Is that
8  right?
9    A    Could -- I'm sorry.  Could you repeat
10 them?  It -- there was -- it garbled a little bit
11 there.
12   Q    Oh, sure.
13        On the second page, we have Blockus v.
14 Ethicon, Hrymoc v. Ethicon, and Lemay v. Johnson &
15 Johnson, where you were an expert for the
16 plaintiffs?
17   A    Yes.  That is correct.
18   Q    And then, on the -- and then, on the
19 third page at the top there, there's also Farrell
20 v. Johnson & Johnson.
21        Were you an expert for the plaintiff?
22   A    Yes, I was.
23   Q    And I can represent to you that although
24 they say "Johnson & Johnson," they were also against

Richard S. Bercik, M.D.

Page 18

1 Ethicon.
2       And so those were the four cases that I
3 mentioned where you were a plaintiff expert in cases
4 against Ethicon?
5    A    Correct.  Thanks for clarifying that.
6    Q    And, Doctor -- sure.
7       And, Doctor, it looks like you've also
8 served as an expert for plaintiff in, let's say,
9 roughly 20 cases against Boston Scientific and
10 Bard.  Does that sound about right?
11    A    Again, I haven't added them up.  But I
12 guess, that -- that sounds about right.
13    Q    Now, have you ever served as an expert on
14 behalf of defendants in a case involving a pelvic
15 mesh device?
16    A    No.  I've never been approached by any of
17 the firms to act in that regard.
18    Q    And the cases involving Boston Scientific
19 and Bard, did those cases involve pelvic mesh
20 devices used for stress incontinence or pelvic organ
21 prolapse?
22    A    Yes, they did.
23    Q    And, Doctor, have you ever declined to
24 testify on behalf of plaintiffs in a case involving

Page 19

1 pelvic mesh?
2    A    Certainly.
3       And I think I've -- I've -- this has
4 come up in prior depositions.  I have a -- there's
5 cases I reviewed which I did decline to act as an
6 expert.
7    Q    And why did you decline to act as an
8 expert in certain cases?
9    A    Generally, because I thought the
10 evidence was not present to make a decision that
11 the injuries that the plaintiffs had were due to
12 the mesh product, or because the -- it was my
13 opinion that they did not have significant
14 injuries.
15    Q    And as far as you can remember, Doctor,
16 have you ever declined to act as a plaintiff's
17 expert in a case against Ethicon?
18    A    I don't offhand recall.
19    Q    And you have also testified, Doctor, in
20 prior Ethicon cases as the implanting physician.  Is
21 that correct?
22    A    I have.
23    Q    Meaning, cases where -- where you,
24 yourself, have implanted an Ethicon mesh device in

Page 20

1 your patients?
2    A    Correct.
3    Q    And then, just turning to your reliance
4 list, Doctor -- we talked about this a little bit
5 earlier.
6       But I just wanted to ask you whether
7 you've reviewed Ms. Freeman's complaint in this
8 case.
9    A    Is that the form that is called the PFS?
10    Q    No.  It's a little different.  It would
11 be just called the "Short Form Complaint."
12    A    I don't recall -- I -- I think I -- I did
13 review something called the "PFS."
14    Q    Okay.
15    A    I -- I guess that's the Plaintiff Fact
16 Sheet.  I just brought that up.  The plaintiff's
17 second amended Plaintiff Fact Sheet.
18       I did re- -- review that.  I did not
19 review a complaint that I recall or that I have on
20 my list.
21    Q    And have you reviewed the reports of any
22 of defendants' experts?
23    A    I have not.
24    Q    And then, Doctor, your reliance list at

Page 21

1 the end references, let's see, one, two, three,
2 four, five, six internal Ethicon company documents
3 that you reviewed.  Correct?
4    A    Yes.
5    Q    And did you receive those documents from
6 plaintiff's counsel?
7    A    No, I did not.
8       I think these are documents I had from
9 prior cases in -- that I've been involved with.
10    Q    And in the prior cases, did you receive
11 the documents from plaintiff's counsel in those
12 cases?
13    A    Some of them, I sure -- I'm -- I'm sure I
14 did.  But I'm not sure they all came from that --
15 that source.
16    Q    Okay.  We can put Exhibit 3 aside.
17       Doctor, before we discuss Ms. Freeman's
18 medical history, I'd just like to set the stage.
19       Ms. Freeman was implanted with the TVT-O
20 and the Prolift+M anterior and posterior April 8th,
21 2010, by Dr. Thomas Easter in Upland, California.
22 Correct?
23    A    April 8th or April 9th.  I -- I have it
24 as April 9th.  Maybe I have that date incorrect.

Richard S. Bercik, M.D.

Page 22

1   But it -- you're right.  It was that --
2   that April date in 2010.
3       Q    Okay.  And then, she had a couple
4   different surgeries to remove the mesh.  Correct?
5       A    Well, "a couple" means two.  I think she
6   actually had four or five.
7       Q    Fair enough.
8            She have had multiple surgeries to remove
9   the mesh.  Correct?
10      A    Yes.
11      Q    And to your knowledge, Doctor, does
12  Ms. Freeman have any mesh still inside her body?
13      A    To my knowledge, she does.
14      Q    And is that the Prolift+M mesh or the
15  TVT-O mesh?
16      A    Well, I think that it's possible that she
17  still has some of both of those meshes in --
18  portions of the TVT-O and portions of the Prolift.
19      Q    And, Doctor, your report mentions that
20  you are licensed to practice medicine in New York,
21  New Jersey, Florida, and Connecticut.
22           Are you also licensed to practice
23  medicine in California?
24      A    I am.

Page 23

1       Q    And have you previously implanted T- --
2   the TVT-O device in your patients?
3       A    You know, I may have tried it once.
4   I -- I can't definitively say I have.  I don't
5   recall if I tried it in a laboratory, or if I
6   actually tried it in an operating room.
7            But I've never -- to my knowledge, I
8   don't think I've implanted it in a patient.
9       Q    Have you ever implanted the Prolift+M
10  device?
11      A    I have.
12           Oh, I'm sorry.  No.  I have not.  I've
13  implanted the Prolift, but not the Prolift+M.
14      Q    Okay.  So is it fair to say, Doctor,
15  then, since Ms. Freeman had the TVT-O and the
16  Prolift+M, that you've performed the exact surgery
17  that Ms. Freeman had?
18      A    Well, actually, the Prolift+M is the
19  exact surgery.  It's just a different mesh.  But all
20  the procedures are the same as the Prolift.  I have
21  not done --
22      Q    As the Prolift?
23      A    Correct.
24           The only difference is the mesh use.

Page 24

1   The procedure is actually exactly the same, except
2   for the mesh that's used.  I have not -- I have not
3   performed the TVT-O, that I recall, in a patient.
4       Q    Sure.  And I just meant -- sure.  And I
5   just meant, then, that is it fair to say that you've
6   never performed a surgery with TVT-O and Prolift+M
7   at the same time?
8       A    I have not.
9       Q    Okay.  And then, Doctor, you should have
10  in front of you Exhibits 4, 5 and 6, which are
11  Ms. Freeman's deposition with exhibits, Dr. Easter's
12  deposition with exhibits, and Dr. Elliott's
13  deposition with exhibits, because I may be referring
14  to them from time to time.
15           You have those in front of you?
16      A    I do.
17      Q    Okay.  And, Doctor, I just want to turn
18  to Ms. Freeman's medical history before the mesh
19  implant in 2010.
20           Ms. Freeman was born in 1952.  Correct?
21      A    Yes.
22      Q    And she had the history of two vaginal
23  births in 1974 and 1976.  Correct?
24      A    I don't have that in front of me.  I will

Page 25

1   assume that you have those dates correct.  But she
2   did have two vaginal deliveries.
3       Q    And then, are you aware that she had a
4   total abdominal hysterectomy in 1976?
5       A    And -- and I'll represent to you,
6   Doctor, your report says "1979."  But Ms. Freeman
7   testified that she was 24.  And that's how I came up
8   with 1976, because we don't actually have the
9   records.
10      A    Correct.  And I got -- the "1979," I --
11  I -- I had gotten from one of her medical records.
12  But yeah, she had an abdominal hysterectomy and
13  removal of her tubes and ovaries somewhere between
14  1976 and 1979.
15      Q    Fair enough.
16           And would you with agree, Doctor, that
17  there's a risk of pelvic pain with a hysterectomy?
18      A    There is.  There was nothing in her
19  records that said that she -- showed that she had
20  pelvic pain from 1979 to prior to the implantation
21  of the Prolift.  But there's a risk for it.  Yes.
22      Q    And there's also a risk of pain with
23  intercourse with a hysterectomy?
24      A    My answer would be the same.  It is --

Richard S. Bercik, M.D.

Page 26

1  there is a risk. I didn't see any evidence in her
2  records that she had it after the hysterectomy was
3  performed or reference to it prior to the
4  implantation of the devices we were discussing.
5      Q   Can pelvic pain or pain with intercourse
6  that results from a hysterectomy start to manifest
7  itself years after the hysterectomy?
8      A   That's not my experience. My experience
9  is that when it occurs from those procedures, it is
10 caused -- occurs soon thereafter. So generally, if
11 there's -- it occurs years later.
12      To a degree of medical probability, it is
13 more likely from a new onset condition and not
14 from -- from the surgery that was a 20 years, 30
15 years prior.
16     Q   Are you aware of any medical literature
17 that shows that there can be chronic pain after
18 a -- a hysterectomy -- chronic pelvic pain?
19     A   I'm aware of medical literature that
20 talks about chronic pelvic pain after hysterectomy.
21     And I would say that the percentage of
22 those patients is far vastly that it occurs soon
23 after the procedure and not years later without some
24 other intervening factor.

Page 27

1      Q   And, Doctor, in 1976, or -- or let's
2  say, even 1979, Ms. Freeman would have been around
3  24 to 27 years old. Right?
4      A   Yes.
5      Q   In your experience, is 24 to 27 fairly
6  young to be having a hysterectomy?
7      A   There are a variety of reasons that
8  patients have hysterectomy. It is on the younger
9  range, certainly.
10     But I certainly have seen patients who
11 have had hysterectomies at that age or younger.
12     Q   And if you turn with me, Doctor, to
13 Exhibit 4, Ms. Freeman's deposition --
14     MR. BARLOW: What page?
15     I'm sorry, Robin.
16     MS. SHAH: Sure. It's page 75 and
17     76 in the -- in the small pages.
18     MR. BARLOW: Okay.
19     A   Okay.
20 BY MS. SHAH:
21     Q   Do you see at the bottom of page 75 the
22 question, "Why did you have a hysterectomy in
23 1976?"
24     A   I do.

Page 28

1      Q   And you're free to take a moment to
2  review the next page, Doctor.
3      Ms. Freeman testified she had a
4  hysterectomy due to severe cramping in her pelvic
5  area and heavy blood flow and varicose veins on her
6  uterus. Do you see that?
7      A   Just give me a moment.
8      Q   Yeah.
9      A   Yes, I do.
10     Q   Are varicose veins in the pelvic area
11 otherwise known as "pelvic congestion syndrome"?
12     A   No. Not necessarily. Patients have
13 varicose veins --
14     Q   What's the difference?
15     A   Well, the difference is that pelvic
16 congestion syndrome can occur without varicose
17 veins, and varicose veins can occur without pelvic
18 congestion syndrome. So they're not necessarily the
19 same. You can have the two together.
20     But pelvic congestion syndrome --
21     Q   Okay.
22     A   -- does not necessarily have -- there's
23 not necessarily varicosities present. And we see
24 many, many patients who have varicosities who have

Page 29

1  no pain.
2      Q   Can varicose veins on the uterus cause
3  pelvic pain?
4      A   It's possible.
5      Q   And, Doctor, does your report mention
6  her prior history with varicose veins in her
7  uterus?
8      A   It does not. And even now, thinking if
9  she had varicose veins in her uterus 30 years ago, I
10 don't think that has an effect on her pelvic pain
11 she had that was -- after the implantation of the
12 Prolift device -- Prolift+M and TVT-O device.
13     Q   But you would agree, Doctor, that, in
14 fact, in evaluating a patient's medical condition,
15 it's helpful to understand their full history?
16     A   I agree with that.
17     Q   And then, if you turn to page 60 to 61 in
18 Ms. Freeman's deposition -- let me know when you're
19 there.
20     A   Okay.
21     Q   All right. So Mrs. Freeman also
22 testified that she was diagnosed with
23 endometriosis. Do you see that?
24     A   Yeah. I'd just like to read that first.

Richard S. Bercik, M.D.

Page 30

1    Q    Sure.
2    A    I do see that.
3    Q    And she mentions that she believed she
4    was diagnosed around the time she was 23 or 24.
5    Correct?
6    A    That's what she says, probably.
7    Q    Right.
8         And does your report, Doctor, discuss
9    Ms. Freeman's endometriosis diagnosis?
10   A    No, it does not.
11   Q    And did you consider her diagnosis of
12   prior endometriosis when preparing your opinions in
13   this case?
14   A    No, I didn't.  And at this point,
15   knowing this diagnosis, it doesn't change my
16   opinion.
17   Q    And so, Doctor, after Ms. Freeman had her
18   hysterectomy, would you say she -- she would,
19   essentially, experience menopause?
20   A    I can't really answer that based on just
21   getting a chance to look at one or two pages of this
22   without looking at the medical records.
23        It's possible.  But I can't give a
24   probability of whether she did or didn't.

Page 31

1    Q    And do you recall reviewing in her
2    medical records that she was having symptoms of
3    menopause?
4    A    Yes.  At the point that -- when she was
5    seen by Dr. Easter, yes.
6    Q    Okay.  And then, Doctor, I believe you
7    did note in your report Ms. Freeman had to have a
8    cardiac ablation in 2006 because of her heart
9    arrhythmia.  Is that right?
10   A    Yes.  And again, that was based on what
11   was in the -- in the medical records I reviewed.
12   Q    And then, if you take a look, Doctor, at
13   Dr. Elliott's deposition -- so that would be
14   Exhibit 6 -- and I'd like you to flip to Exhibit 4
15   of Dr. Elliott's deposition.  It's sort of towards
16   the back.  There's not a great way for me to tell
17   you, but the exhibits have exhibit stickers on
18   them.
19        So just let me know when you find it.
20   A    Okay.
21        MR. BARLOW:  What is Exhibit 4?
22        I mean --
23        MS. SHAH:  It's a compilation of
24   medical records.

Page 32

1         MR. BARLOW:  Okay.
2    A    Okay.  I have the page with the sticker.
3    BY MS. SHAH:
4    Q    Perfect.
5         And, Doctor, this is more just to refresh
6    your recollection, because I know that there are a
7    lot of records, 'cause I'm going to be asking about
8    some of the things in these records.
9         So the first one we have is Dr. Jenkins'
10   visit with Ms. Freeman from July 14th, 2009.
11        Would you agree with me, Doctor, that
12   Mrs. Freeman had a history of diarrhea prior to her
13   implant surgery in 2010?
14        MR. BARLOW:  Object to form.
15   A    Yes.
16   BY MS. SHAH:
17   Q    And then, if I stick with that record or
18   look at the record after it, Dr. Bercik, Ms. Freeman
19   was also diagnosed with colitis and gastroenteritis
20   in 2009.  Is that correct?
21   A    That is correct.
22   Q    And I realize this is not a your area of
23   expertise.
24        But can you tell us what colitis and

Page 33

1    gastroenteritis are?
2    A    They're basically conditions of the --
3    well, gastroenteri- -- they're very -- very general
4    con- -- terms.
5         Gastroenteritis means an inflammation of
6    the stomach and intestines.  And colitis refers to,
7    generally, an inflammation of the colon.
8    Q    Is it fair to say that both
9    gastroenteritis and colitis could cause abdominal
10   pain?
11   A    They can cause abdominal pain.  They
12   generally do not cause pelvic pain.  And they
13   certainly don't cause dyspareunia.  But abdominal
14   pain, they can cause.
15   Q    Thank you.  And I'll respectfully move to
16   strike the nonresponsive portion.
17        And then, her doctors also found several
18   diverticula in her colon.  Is that correct?
19   A    That is correct.
20   Q    Now, what exactly is diverticulosis?
21   A    So diverticulosis is simply the presence
22   of diverticula in the large intestine, which are
23   present probably in about 50 to 60 percent of women
24   over 50.

Richard S. Bercik, M.D.

Page 34

1    They're not the -- it -- it is not
2  this -- an inflammatory condition.  It's just the
3  presence of the diverticula.
4    Q    And in that second record, Doctor, from
5  July 23rd, 2009, from --
6    A    Which one?
7    Q    -- Ms. Freeman's visit with Dr. Hahn --
8    A    One moment.
9    Q    -- he notes --
10   A    One moment.
11   Q    -- a clinical --
12   A    One moment.
13   Q    -- history of -- I'm sorry?
14   A    One moment.
15   Q    Oh, sure.
16   A    July 29, did you say?  I'm sorry.
17   Q    July 23rd --
18   A    Oh, yup.
19   Q    -- 2009.  It's the second page of the
20  exhibit.
21   A    I see it.  July 22nd.  Yes.
22   Q    In that record, Dr. Hahn notes a clinical
23  history of abdominal pain.  Correct?
24       MR. BARLOW:  Object to form.

Page 35

1    A    Yes.  Abdominal pain along with the
2  nausea and the vomiting and the diarrhea you
3  mentioned.
4  BY MS. SHAH:
5    Q    And I just want to make sure we're
6  looking at the same thing, Doctor.  I think we
7  might -- we might be reading different things.
8       Because I'm looking at the record that
9  says "July 23rd, 2009" --
10   A    Well, the --
11   Q    -- towards the top.  It's the second page
12  of Exhibit 4.
13   A    Yeah.  The -- the record I'm looking at
14  says --
15   Q    It's --
16   A    -- the encounter date is July 22nd.  The
17  encounter was closed July 23rd, which was the date
18  it was signed.  But the encounter was July 22nd
19  based on this.
20       This is a record --
21   Q    And is --
22   A    -- it looks --
23   Q    -- where you're --
24   A    -- like it's --

Page 36

1    Q    -- looking --
2    A    -- probably Bates number Freeman
3  MDR00007.  It's cut off a little bit at the bottom,
4  but that's what it looks like.
5    Q    I'm looking at the page before that.
6    A    Okay.
7    Q    And this is the one --
8    A    So if --
9    Q    -- signed by --
10   A    -- the document --
11   Q    -- Dr. Hahn on July 23rd.  Do you see
12  that?
13   A    Right.  So I -- I'm just going --
14   Q    Okay.
15   A    -- to start from where the sticker is.
16  The first page is 7/14.  The second page looks like
17  from something from San Antonio Community Hospital.
18       The third page is then, I believe, the
19  encounter we're talking about -- July 22nd -- signed
20  on July 23rd, 2009.  Is that -- do I have that
21  right?
22   Q    I'm actually looking at the second -- I'm
23  looking at the second page -- the one from San
24  Antonio Hospital.

Page 37

1       MR. BARLOW:  With "VERIFIED
2       RADIOLOGY RESULTS" in the upper
3       right-hand corner?
4       MS. SHAH:  Yes.  That's the one.
5    A    Okay.  So you're looking at the X-ray
6  re- -- the --
7  BY MS. SHAH:
8    Q    And I'm just looking -- yes.  Well,
9  I'm -- I'm just looking at the clinical history
10  section.  But I got the sense that you may be
11  reading something different than I was reading.
12       But just so we have a clean record now
13  that we've gotten through all that, just, would you
14  agree with me, Doctor, that Dr. Hahn notes a
15  clinical history of abdominal pain and colitis and
16  Crohn's disease?
17       MR. BARLOW:  Object -- object to
18       form.
19   A    Yes.
20  BY MS. SHAH:
21   Q    And what is Crohn's disease?
22   A    Again, Crohn's disease is an inflammatory
23  condition of the intestine.
24   Q    And, Doctor, the inflammation from

Richard S. Bercik, M.D.

Page 38

1  Crohn's disease, can that lead to abdominal pain?
2      A    It can.
3      Q    And then, if you flip with me now to the
4  fourth page, the visit from August 6th, 2009 --
5      A    Yes.
6      Q    -- Ms. Freeman is also diagnosed with
7  irritable bowel syndrome.  Correct?
8      A    Yes.
9      Q    And what is irritable bowel syndrome?
10     A    It's the condition where patients have,
11  usually, some cramping, diarrhea with or without
12  constipation or sometimes constipation.
13           That's why it's called a syndrome and not
14  a disease.  It's just, basically, a -- a -- a
15  constellation of symptoms.
16     Q    And, Doctor, just taking the conditions
17  we just walked through in Dr. Elliott's Exhibit
18  4 -- so Ms. Freeman's history of diarrhea, colitis
19  gastroenteritis, diverticulosis, abdominal pain,
20  Crohn's disease, and irritable bowel syndrome, does
21  your report discuss her history with any of those
22  conditions?
23           MR. BARLOW:  Object to form.
24     A    Well, my report discusses those

Page 39

1  conditions as not being a reason for her to have an
2  increased dyspareunia.  That's in my report.
3  BY MS. SHAH:
4      Q    And I believe your report, Doctor, also
5  indicates that you believe that the mesh caused her
6  abdominal pain.  Is that correct?
7      A    I do think it caused some of her
8  abdominal -- her abdominal pain.  Yes.
9      Q    And did you consider any of these prior
10  conditions that she had as potential causes of her
11  abdominal pain?
12     A    I did.  And her abdominal pain that she
13  described after the mesh implant was not consistent
14  with these conditions.
15     Q    So, Doctor, you rule -- you ruled out
16  her prior abdominal pain and colitis and
17  gastroenteritis diverticulosis and Crohn's disease
18  and irritable bowel syndrome as causes of her
19  abdominal pain?
20     A    Well, again, diverticulosis generally
21  doesn't cause pain -- the presence of the
22  diverticula.  The other conditions, all of them, are
23           The other conditions, all of them, are
24  generally associated -- the pain is associated with

Page 40

1  diarrhea and/or severe constipation.
2           There are multiple evidence in the
3  record of her having abdominal pain without those.
4  So, yes, I -- I considered them and considered them
5  being all on the list as the cause of the abdominal
6  pain, which I was discussing in my report.
7      Q    And then, I believe, Doctor, you also
8  noted in your report she -- Ms. Freeman had her
9  gallbladder and her appendix removed prior to her
10  implant surgery in 2010.  Correct?
11     A    Correct.
12     Q    And then, you also note on January 28th
13  2010 --
14     A    I'm sorry.
15     Q    -- Ms. Freeman --
16     A    Could you --
17     Q    -- presented --
18     A    -- that -- that that -- I -- I'm sorry.  Could
19  you just repeat that, because --
20     Q    I'm sorry?
21     A    I wonder if you could repeat --
22     Q    Sure.
23     A    -- that.  It --
24     Q    You also --

Page 41

1      A    -- garbled for a second.  Did they --
2      Q    Oh, sure.
3           You also noted that on January 28th,
4  2010, Ms. Freeman presented to Dr. Easter with
5  vaginal prolapse?
6      A    Correct.
7      Q    And we have that record.  If you take a
8  look at Dr. Easter's deposition, it's Exhibit 11 to
9  Dr. Easter's deposition.
10     A    You're -- you're talking about Easter's
11  January 28th --
12     Q    Exhibit 5 --
13     A    -- 2010?
14     Q    -- Dr. Easter's deposition.
15     A    The January 28 --
16     Q    Yes.
17     A    -- 2010, note?
18     Q    Yes.
19     A    Okay.  'cause you're right.  Having these
20  all together like this --
21     Q    So it's --
22     A    -- is very hard to find it.
23     Q    Are you with me, Doctor?  Do you have
24  that note in front of you?

Richard S. Bercik, M.D.

Page 42

1    A    I'm not.
2    Q    Okay.
3    A    Because --
4    Q    It's -- it's Exhibit 11 to Dr. Easter's
5    deposition.  It's right before the pictures at the
6    end.
7         MR. BARLOW:  Here, let me see if I
8    can find it.
9         I got it.  Here you go.
10   A    Okay.
11   BY MS. SHAH:
12   Q    So at this point, Doctor, on
13   January 28th, 2010, Ms. Freeman had been
14   experiencing vaginal prolapse for three months.
15   Correct?
16   A    Correct.
17   Q    And what is vaginal prolapse?
18   A    Well, it's descent of the pelvic organs.
19   When we talk about vaginal prolapse, it's --
20   generally can be descent of the vagina, allowing
21   the bladder and/or rectum to move forward and to
22   descend out into the vagina or outside of the
23   vagina.
24        But it's basically descent of the

Page 43

1    vagina.
2    Q    And here, Ms. Freeman is describing a
3    bulge estimated to be the size of a lemon.
4    Correct?
5    A    Correct.
6    Q    And would the bulge be considered a
7    cystocele?
8    A    I'd have to look and see what the
9    examination was that date, because it can be any
10   variety of "-celes," shall we say?
11   Q    If you look at the bottom of --
12   A    He got --
13   Q    -- the second page there, Dr. Easter
14   mentioned under his assessment, "cystocele" --
15   A    And -- and --
16   Q    -- "rectocele, and enterocele"?
17   A    Yeah.  Right.
18        So it is not simply a cystocele.
19   It's -- it's all -- it's a cystocele, which is drop
20   of the bladder; a rectocele, which allows the rectum
21   to drop forward; an enterocele which allowing the
22   top of the vagina where the uterus had been to come
23   down.
24   Q    And those are three different forms of

Page 44

1    prolapse?
2    A    A -- a lot of us don't really consider
3    them to be different forms.  They're -- they're
4    different -- they're different areas that are
5    descending that's all the same prolapse, but
6    different areas that are descending.
7    Q    And so Ms. Freeman has three different
8    areas that are descending.  Right?
9    A    Correct.
10   Q    And would you consider Ms. Freeman's case
11   to be a severe form of prolapse?
12   A    Just give me a moment.
13   Q    Sure.
14   A    You know, we don't really use the term
15   "severe."  We don't use the terms the "mild,"
16   "moderate," "severe" when we talk about prolapse.
17        So that's why -- that's why I'm stopping
18   for a moment, because it's not a medical term that
19   we use.
20   Q    Fair enough.  And -- and usually, there
21   are degrees -- right? -- although I didn't see a
22   reference to degrees here.
23   A    Well, there's -- they -- we can -- we
24   talk about degrees or we talk about stages.  And I

Page 45

1    didn't see a reference to either one.  So
2    really even --
3    Q    So is --
4    A    -- even knowing --
5    Q    -- there --
6    A    -- the -- the size of it being lemon
7    size, I would be willing to --
8    Q    Uh-huh.
9    A    -- say that most likely, it's stage two
10   out of four, at least.  But it could be greater.
11        And we would not usually use, as I said,
12   the terms, like, "severe," "mild," or "moderate."
13   Q    Do you believe, Doctor, that Ms. Freeman
14   was an appropriate candidate for the surgical repair
15   for prolapse?
16   A    Based upon the description in the
17   records, she was.  Yes.
18   Q    And do you believe that Dr. Easter was
19   within the standard of care to recommend a Prolift+M
20   device to treat her prolapse?
21   A    Well, I think that, you know, there was
22   nothing -- and -- and I've answered that.  I'm not
23   really here to give standard-of-care questions.
24        I think he was within -- I think what he

Page 46

1 did was appropriate. I don't think that he was
2 violating the standard of care by performing either
3 one of those procedures. I think I've mentioned in
4 my report that the procedure was performed within
5 the standard of care, meaning, the procedures were
6 performed properly.
7    Q    So is it fair to say you believe, then,
8 that it was appropriate for Dr. Easter to recommend
9 the Prolift+M device to treat her prolapse?
10    A    Yes. And I think I've included that in
11 my -- my report.
12    Q    And, Doctor, as far as you're aware, did
13 her prolapse come back after the 2010 implant
14 surgery?
15    A    Not to my knowledge offhand. I'm just
16 briefly looking at my record.
17        Well, there was a posterior vaginal
18 repair performed by Dr. Siddighi, which would
19 indicate that she had at least a return of that
20 rectocele.
21    Q    Did her prolapse come back to the same
22 degree that she had prior to her surgery?
23    A    I would have to look into -- well, I
24 mean, first of all, I don't know if we know what

Page 47

1 degree she had prior to the surgery, based on the
2 fact that it wasn't given a grade or stage.
3    Q    Well, let me ask you this: You mentioned
4 that the rec- -- the posterior vaginal repair would
5 suggest that she may have had a return of the
6 rectocele.
7        Did you see any reference in her records
8 to a return of a cystocele or an enterocele?
9    A    Not that I recall.
10    Q    Doctor, I was asking you about whether it
11 was appropriate for Dr. Easter to recommend the
12 Prolift+M mesh.
13        Do you fault Dr. Easter for not
14 recommending another mesh device?
15    A    You know, the Prolift+M was a device
16 that was available on the market. It was a --
17 cleared and available on the market. So I don't
18 fault Dr. Easter for not recommending another
19 device.
20    Q    Do you fault Dr. Easter for not
21 recommending a non-mesh surgery to treat
22 Ms. Freeman's prolapse?
23    A    So I think it's important to take this
24 in the context of when Dr. Easter was caring for

Page 48

1 the patient.
2    Q    Sure.
3    A    And at that time --
4    Q    Right.
5    A    -- I would not have faulted him for
6 that.
7    Q    And why do you say "at that time," you
8 wouldn't have faulted him for it? And I'm assuming
9 you mean in 2010?
10    A    Correct.
11    Q    And why is it that you're saying in
12 2010, specifically, you would not have faulted him
13 for not recommending a non-mesh surgery?
14    A    Because I think that since that time, we
15 had developed -- we have certainly gotten much more
16 knowledge of the success rates and complication
17 rates of different mesh devices. And certainly, if
18 it was today, I would fault hum for using that
19 device.
20    Q    But back in 2010, you believe that mesh
21 was an appropriate option to treat Ms. Freeman's
22 prolapse?
23        MR. BARLOW: Object to form.
24    A    Yes. I said -- and I think I say he was

Page 49

1 not violating the standard of care, and she was an
2 appropriate candidate for that procedure.
3 BY MS. SHAH:
4    Q    Do you also believe, Doctor, that
5 Ms. Freeman was an appropriate surgical candidate
6 for treatment of her stress urinary incontinence
7 negligence?
8    A    Yes, I do.
9    Q    And do you believe that it was
10 appropriate for Dr. Easter to recommend the TVT-O
11 device to treat her stress urinary incontinence?
12    A    And I think my answer with regard to the
13 TVT-O was similar to the Prolift+M. It was a device
14 that had been cleared and available. It's -- was
15 not a deviation from the standard of care to use
16 that device at that time.
17    Q    And, Doctor, as far as you're aware, did
18 her stress incontinence come back after her 2010
19 surgery?
20    A    Well, she certainly did have urinary
21 incontinence after her -- after her sling had come
22 out. I don't recall it being specifically described
23 as "stress incontinence," however.
24    Q    Did you see any evidence in the records

Richard S. Bercik, M.D.

Page 50

1 of her having stress incontinence in between the
2 time that she had the TVT-O implanted and the TVT-O
3 sling taken out?
4    A    No.  As I recall, I did not see her
5 having stress incontinence during that interval.
6    Q    So all else aside, Doctor, would you
7 agree that the TVT-O helped her stress
8 incontinence?
9    A    Well, being very specific with regard to
10 just her stress incontinence, it did seem to help
11 that.
12    Q    Now, you do o- -- opine, Doctor, that
13 Ms. Freeman has experienced urge incontinence since
14 her implant surgery in 2010.  Is that correct?
15    A    Yes.
16    Q    And to clarify, Doctor, TVT-O is not
17 meant to treat urge incontinence.  Correct?
18    A    The TVT-O is not for treatment of urge
19 incontinence.
20    Q    Right.
21       And Prolift+M mesh is not intended to
22 treat urge incontinence.  Correct?
23    A    That is correct.
24    Q    Do you attribute Ms. Freeman's urge

Page 51

1 incontinence to the mesh product?
2    A    I believe that was one of my opinions.
3 I'm just going to go to that page in my report.
4       Page 23, I reference that and describe
5 why.  I -- I do say that her lower urinary tract
6 symptoms, including the urge incontinence and
7 urinary frequency are related to the Prolift+M and
8 the TVT-O.
9    Q    You do attribute Ms. Freeman's urge
10 incontinence to the mesh products?
11    A    To the mesh products and their subsequent
12 revision procedures that were medically indicated
13 and necessary.
14    Q    And then, Doctor, in your report, you
15 also mention that -- that Ms. Freeman was a
16 candidate for alternative procedures for treatment
17 of her prolapse and stress incontinence.
18       What are some of the alternative
19 procedures that you believe she was a candidate
20 for?
21    A    Well, based on review, certainly, she
22 was a candidate for a vaginal suspension and
23 anterior and posterior vaginal repair without the
24 use of mesh.  That could be done through a vaginal

Page 52

1 approach.
2       She would also be a candidate for an
3 abdominal approach repair without necessarily using
4 mesh material.
5    Q    Any other alternative procedures that you
6 believe she was a candidate for?
7    A    Well, I think that, you know, the -- when
8 we talk about abdominal approaches and vaginal
9 approaches, whether it be abdominal being with or
10 without laparoscopy, that pretty much covers all of
11 the surgical procedures that we do.  She
12 certainly --
13    Q    And, Doctor, does an anterior -- I'm
14 sorry?
15    A    No.  Go ahead.
16    Q    Doctor, does an anterior and posterior
17 repair without mesh still carry with it a potential
18 risk of pelvic pain?
19    A    There's a potential risk.  It is
20 significantly lower.  And you know, we're talking
21 about pain.
22       My experience, having done thousands of
23 these, is that the risk is significantly lower and
24 not of the severity and permanence that we see with

Page 53

1 the use of mesh material like the Prolift+M.
2    Q    But you agree there is a potential for
3 pelvic pain with an anterior or posterior repair,
4 even without mesh?
5    A    There is.
6    Q    And is there also a risk of pain with
7 intercourse with an anterior and posterior repair
8 without mesh?
9    A    Again, I think my answer would be very
10 similar, in that, yes, there is a risk.  But it is
11 significantly -- especially in my experience, the
12 percentages, specifically -- is much lower.
13       And the severity -- you don't see the
14 severity and chronicity that we see with the
15 patients who develop it with a mesh-based product
16 such like the TVT-O and the Prolift+M.
17    Q    Is there a risk with the vaginal repair
18 or abdominal repair without mesh?  Is -- let me
19 start over.
20       With respect to the vaginal repair or
21 abdominal repair without mesh, is there a risk that
22 those procedures may not cure the prolapse?
23    A    That exists -- that -- that -- that
24 exists with any procedure being performed for

Richard S. Bercik, M.D.

Page 54

1 prolapse, including the mesh-based Prolift+M.
2    Q    So you would agree, Doctor, that even
3 surgeries without mesh carry with them a risk of
4 possibly not curing the prolapse?
5    A    When you say "not curing," I don't know
6 if you're referring to "lasting forever"?
7         You'll have to define what you mean by
8 "cure."
9    Q    Do they carry a risk with -- of not
10 making her prolapse go away?
11    A    Again, they carry that risk, and -- and
12 again, you say "not making the prolapse go away."
13 The risk of them having the prolapse occur, when you
14 say "not go away," to me, I interpret that as
15 meaning that they have the surgery and the prolapse
16 is still there, you know, two weeks later, three
17 weeks later.
18         There is a risk for that.  It is
19 extremely low.  If you mean "never coming back," I'm
20 not sure.  Could you -- you have to be a little
21 more, I think, specific --
22    Q    Sure.  Sure.
23    A    -- in what you're asking me, if you
24 could.

Page 55

1    Q    Sure.
2         Do you -- the abdominal and the vaginal
3 repairs without mesh carry with them a risk of
4 recurrence of the prolapse?
5    A    That's correct, as do pretty much every
6 surgery we do for prolapse.
7    Q    Because there's no surgery that you can
8 perform for prolapse that's completely risk-free.
9 Right?
10    A    I -- I don't know if you're asking me the
11 same question or a different question.
12         You're saying risk-free?
13    Q    Sure.
14         I'm just asking generally.  Is there any
15 surgery you can perform to treat prolapse or
16 incontinence that is completely free of risk?
17    A    No.  There's no surgery that you can
18 perform anywhere for anything that's completely free
19 of risk.
20    Q    Fair enough.
21    A    I can't cross the street completely
22 free --
23    Q    And, Doctor --
24    A    -- of risk.

Page 56

1    Q    -- I'm sorry?
2    A    I can't cross the street completely free
3 of risk.
4    Q    Doctor, turning to Ms. Freeman's actual
5 implant surgery in April, 2010, to your knowledge,
6 did Dr. Easter appropriately place the TVT-O
7 device?
8    A    Yes.  Based on the description in the
9 operative report, correct.
10    Q    And to your knowledge, did Dr. Easter
11 appropriately place the Prolift+M device anteriorly
12 and posteriorly?
13    A    Yes.  Again, based on the description in
14 the report and the steps that he took, I think I
15 have that in my report that he met the standard of
16 care.  So it was appropriate.
17    Q    And any complications with the
18 procedure, to your knowledge, after reviewing the
19 records?
20    A    Yeah.  I don't -- I don't know that I
21 would call it a "complication."  She did have some
22 mild inflammation of her incision that was treated
23 locally and, you know, in the office.
24         So I don't -- I don't think there was any

Page 57

1 complication that I saw during the procedure or in
2 the postoperative period.
3    Q    And the issue with her incision was
4 immediately after the surgery.  Is that right?
5    A    I'm sorry.  Could you say that again?
6    Q    The issue you mentioned with her
7 incision, that happened immediately after her
8 surgery?
9         MR. BARLOW:  Object to form.
10 BY MS. SHAH:
11    Q    Is that right?
12    A    Well, I'm not sure what you mean by
13 "immediately."  I mean, it wasn't -- she had the
14 surgery on the 9th, and I think she was seen two
15 weeks later and had a normal exam.
16         Maybe three weeks later, she had some
17 mild inflammation of the incision.  I don't know
18 if -- do you mean that -- if that -- I don't know if
19 you consider that "immediate" or not.  I'm not
20 sure.
21    Q    Fair enough.
22         But she was treated for pain at the
23 incision site a few weeks after her surgery?
24    A    Yes, ma'am.

Richard S. Bercik, M.D.

Page 58

1    Q    But other than that, you didn't note any
2  complications with the procedure?
3    A    Correct.
4    Q    And then, Doctor, according to your
5  report, you believe that the TVT-O and Prolift+M
6  mesh caused Ms. Freeman's vaginal pain and
7  dyspareunia, vaginal contraction and anatomic
8  distortion of the vagina, hypertonic pelvis floor
9  disorder/abdominal pain, voiding dysfunction, and
10 urinary frequency/urge incontinence/lower urinary
11 tract symptoms.
12       Is there anything I missed in terms of
13 injuries that you believe Ms. Freeman suffered as a
14 result of the TVT-O and Prolift plus mesh --
15   A    I don't believe so.
16   Q    Prolift -- Prolift+M mesh?
17   A    And basically, I think you just went
18 through the injuries that I listed on my report, and
19 I don't have any to add to that.
20   Q    And, Doctor, when you say that the TVT-O
21 and the Prolift+M mesh caused her injuries, do you
22 believe that they both caused all of the injuries?
23 Or do you believe that one of the products caused
24 some of the injuries and the other product caused

Page 59

1  other injuries?
2    A    So I think that the -- it might be
3  easiest for me to answer that question by briefly
4  just, kind of, going through each of the injuries
5  and -- and telling you what I think of -- just, in
6  terms of percentage -- contribution -- not
7  percentage of contribution, but contribution.  I'll
8  do it that way maybe.
9        So I think that the pel- -- pelvic pain
10 and -- and dyspareunia can be caused by both of the
11 devices.  I think that the --
12   Q    Okay.
13   A    -- vaginal contraction and anatomic
14 distortion is more caused by the Prolift+M.  The
15 hypertonic pelvic floor disorder, I have both
16 devices contributing -- can contribute to that.
17       Urinary retention and long-term voiding
18 disorder, more the TVT-O, only because when that was
19 removed, those symptoms improved.  However, as I put
20 in the record, the voiding disorder that she has and
21 per- -- persists, even after the sling has been
22 removed, is part and parcel also due to the multiple
23 procedures she had.
24       Not just the implantation, but also, the

Page 60

1  multiple pro- -- procedures that had been done as we
2  re- -- we'll call them "revision procedures," I
3  guess -- and the effects that they have on the -- on
4  the bladder.
5        With regard to urinary frequency and
6  lower urinary tract symptoms, I think a -- a lot of
7  that was related to the TVT-O.  But again, each of
8  those procedures -- revision procedures, I should
9  specifi- -- specify, carry a risk of causing urge
10 incontinence and lower urinary tract symptoms.
11       So I think pretty much all of them,
12 except -- well, the urinary retention that was
13 relieved by the release of the -- the removal of
14 the sling was more the sling.  But the voiding
15 disorder that persisted after that was -- is really
16 both.
17       I don't know if I answered that
18 question.  It was probably a little bit confusing.
19 I'm sorry.
20   Q    No.  That was helpful.
21       So I take it that, for the most part, you
22 believe that both contributed to the injuries with
23 the exception of urinary retention, which you
24 believe was caused by the TVT-O.  Is that a fair

Page 61

1  summary of what you said?
2    A    I think so.  But I -- I just want to --
3  you know, urinary retention, that was pretty obvious
4  by the elevated post void residual, as opposed to
5  the voiding disorder that does continue.  They're
6  related but separate.
7    Q    I -- I --
8    A    They're related but separate in this.
9        MR. BARLOW:  Robin, can we take a
10 break for a moment?
11       I need to make a phone call.
12       MS. SHAH:  Sure.
13       MR. BARLOW:  Thank you.
14       (Whereupon, there was a recess taken
15       from 2:40 p.m. to 2:43 p.m.)
16 BY MS. SHAH:
17   Q    Okay.  So, Doctor, I'd like to start with
18 the vaginal pain and dyspareunia that you mention in
19 your report.
20       We discussed earlier that Ms. Freeman
21 is, at this time after her implant surgery, post
22 menopausal.  Is that correct?
23   A    Yes.
24   Q    And can post menopausal women be at risk

Richard S. Bercik, M.D.

Page 62

1  for pain with intercourse?
2      A    They can.  There wasn't any evidence in
3  the record that she had significant pain prior to
4  her implant.  Even if she went through meno- -- if
5  she went through menopause normally, naturally, I
6  would suspect it to have occurred somewhere around
7  the age of 50, 51.
8          There was no evidence in the record that
9  she had any pain while she was in menopause before
10  she had the implant.  But the answer -- the short
11  answer to your question is, Yes.  Usually, it takes
12  somewhere between 10 to 15 years after menopause,
13  minimum, to start developing pain -- vaginal pain
14  from it.
15      Q    And Ms. Freeman had her hysterectomy
16  around, we said, 1976 or 1979.  Right?
17      A    Correct.
18      Q    So 10 to 15 years after would be, let's
19  say, in the 1990s?
20      A    Well, I'll just say this:  She had her
21  hysterectomy and, by report, had her ovaries
22  removed.
23          We don't know if -- we -- we don't have
24  the pathology from that, so we can't verify that.

Page 63

1  And I didn't see anything that verified that she
2  actually went through surgical menopause at that
3  time.  So, yeah, she had her ova- -- her uterus
4  removed at that time.
5      Q    Well, your report, Doctor, mentions
6  her -- her -- her procedure on August 16th, 2010, to
7  have --
8      A    I'm -- I'm --
9      Q    -- hormone pellets --
10      A    -- sorry.  I'm --
11      Q    -- implanted.
12      A    -- sorry.  Say that again?
13      Q    Sure.
14          Your report references Ms. Freeman's
15  procedure from August, 2010, to have hormone pellets
16  implanted?
17      A    Yes.  When she was --
18      Q    And what --
19      A    -- and -- when she was in her 50s.  Yes.
20      Q    Right.
21          And -- and what -- and for what purpose
22  would hormone pellets be implanted?
23      A    Well, without the record, I can't
24  specifically answer.  I didn't see -- I didn't see

Page 64

1  which hormones it was.  I was not clear to me.
2          I -- I -- I would make an assumption.
3  But it's only assumption, and it can't be a -- a --
4  a definitive decla- -- declaration that it's for her
5  menopause.
6      Q    But your assumption would be that the
7  pellets were implanted for menopause?
8      A    Correct.  But without -- without -- I --
9  I didn't see where that was listed -- de- -- de- --
10  de- -- definitively listed, what the -- what the
11  hormone was, and -- so I can't say for sure.
12          I don't recall.  I'd have to look at the
13  record.  I don't recall if the record specified the
14  actual hormone.
15      Q    And, Doctor, just so we have a clean
16  record from the discussion before, you would agree
17  that a woman in her 50s who's post menopausal can be
18  at risk for pain with intercourse?
19      A    In her 50s, it's possible.  It's pretty
20  uncommon, if menopause occurred.
21          Well, it's -- it's -- it's possible, but
22  it's pretty uncommon.  I would agree with that.
23      Q    And, Doctor, on page 19 of your
24  report --

Page 65

1      A    Yes, ma'am.
2      Q    -- among the signs and symptoms of
3  conditions that -- that you note were not present,
4  you note that mesh erosion was not present.  Is that
5  correct?
6      A    Correct.  I didn't see any evidence in
7  the record of that.
8      Q    You would agree with me, Doctor, that
9  there's no evidence of erosion with respect to the
10  TVT-O or Prolift+M mesh that Mrs. Freeman was
11  implanted with?
12          MR. BARLOW:  Can you just -- excuse
13      me.  Object to form.
14          Are -- are you talking about a -- a
15      specific time frame or ever?
16          MS. SHAH:  Ever.  So let me ask it
17      again.
18          MR. BARLOW:  Okay.
19  BY MS. SHAH:
20      Q    Would you agree, Doctor, that there's no
21  evidence in Ms. Freeman's medical records -- in any
22  of her records -- that there was erosion of the
23  TVT-O mesh or Prolift+M mesh?
24      A    Yeah.  I didn't see any reference to mesh

Richard S. Bercik, M.D.

Page 66

1 erosion in the records I reviewed.
2 Q Did you see any evidence of mesh exposure
3 of the Prolift+M or TVT-O mesh?
4 A I did not. In the records I reviewed, I
5 did not.
6 Q And then, Doctor, you also note in your
7 report that Mrs. Freeman was diagnosed with vaginal
8 atrophy in 2013 -- is that correct? --
9 A That's correct.
10 Q -- on page 5, I believe?
11 I'm sorry?
12 A I said, "That is correct."
13 Q And what is vaginal atrophy?
14 A So I -- I think -- if you could -- would
15 you be kind enough to just point to me the date that
16 I had that, please?
17 Q Sure.
18 It was on page 5 -- February 6th,
19 2013 -- atrophic -- but in
20 A Great. Thank you very much.
21 Q -- atrophic vaginitis.
22 Sure.
23 A Yeah. So and -- and -- and -- and --
24 and -- and I just wanted to check that.

Page 67

1 Yeah. So she had -- and her exam was
2 consistent with that, which means, some thinning of
3 the vaginal wall.
4 Q And is the thinning of the vaginal wall
5 caused by decreased estrogen levels?
6 A It can be.
7 Q And do women with vaginal atrophy have a
8 greater chance of chronic vaginal infections and
9 urinary function problem?
10 A Women with vaginal atrophy -- that's a
11 general phrase. Because there are all certain --
12 certainly, there's different degrees of vaginal
13 atrophy.
14 I would have to say that women with
15 significant or severe vaginal atrophy, I would agree
16 with you that they are at the risk -- those risks of
17 increased -- mostly increased urinary tract
18 infections.
19 And I think the other thing you said was
20 vaginal discharge?
21 Q I said "chronic vaginal infections" and
22 "urinary function problems."
23 A I don't know about chronic vaginal
24 infections, per se. Because they -- although they

Page 68

1 call it vaginitis -- "atrophic vaginitis," it's not
2 an infection. So I -- I can't say I agree with
3 "chronic vaginal infections."
4 Q Okay.
5 A I would agree with the general term of
6 "urinary dysfunction."
7 Q Can vaginal atrophy also lead to painful
8 sexual intercourse?
9 A It can.
10 Q And does your report, Doctor, discuss
11 vaginal atrophy as a potential cause of Ms. Freeman
12 dyspareunia?
13 A No. Because when you take the evidence
14 that's in the record, she does not have pain that's
15 consistent with pain associated with atrophy, which
16 is more -- going to be more global throughout the
17 vagina.
18 She was identified, especially early
19 on -- well, not early on -- but in 2013, of having a
20 very specific location that Dr. Easter identified
21 that was painful associated with a specific finding
22 of -- of -- of -- of a band of tissue.
23 That's not what we see with vaginal
24 atrophy. So it was -- the -- the pain pattern and

Page 69

1 the examination of what was causing her pain and
2 dyspareunia was not consistent with dyspareunia from
3 vaginal atrophy.
4 Q And does your report, Doctor, explain how
5 you ruled out vaginal atrophy?
6 A Well, you rule it out by the
7 preponderance of the evidence that's in the record.
8 That's how it's ruled out. And my experience,
9 knowledge, having treated patients with these
10 conditions for 30 years.
11 People who have vaginal atrophy cannot
12 specifically locate the pain -- the location of
13 their pain. They will have global vaginal pain.
14 Q I appreciate that, and I appreciate the
15 explanation. I'm just asking if your report has
16 that explanation of how you ruled vaginal atrophy
17 out in it?
18 A Oh, I don't think I -- I don't think I
19 put that in the report. No. But we had a chance
20 here to talk about it.
21 Q And then, Doctor, I'd like to talk to you
22 about scarring. Is -- is it true that any surgery
23 in the vagina, regardless of whether mesh is used,
24 can cause scarring?

Richard S. Bercik, M.D.

Page 70

1    A    So, you know, the answer to that is,
2  Yes.  But when you say "scarring," that's a general
3  term.
4        Every operation --
5    Q    Uh-huh.
6    A    -- relies upon some scarring.  But is the
7  scarring normal?
8        Now, I can say it's snowing outside, and
9  it could just be a couple of flu- -- a couple of
10  flurries, or it could be a blizzard.
11       So just saying "snowing," doesn't --
12  it -- just doesn't tell you what it is.  And the
13  same as here with just saying, Can any surgery cause
14  scarring?
15       And yes, any surgery could -- every
16  surgery causes scarring, in fact.  The question is:
17  Is the scar- -- is the scarring normal or not?  In
18  this case, it was not.
19    Q    And, Doctor, going back to Ms. Freeman's
20  vaginal pain, would you agree that Ms. Freeman
21  continues to experience vaginal pain even after
22  having her Prolift+M mesh and TVT-O removed?
23    A    Yes.  And I think I did address that in
24  my report, that taking the mesh out and the multiple

Page 71

1  procedures that had been required to remove that
2  mesh also changes -- causes changes in the vaginal
3  wall that leads to the permanence, in this case, of
4  the pain that she has.
5        So, yes, it's true.  The mesh has been
6  removed and she still does have the vaginal pain
7  and dyspareunia.  But part of that is
8  attributable --
9    Q    And then --
10    A    I'm sorry.
11    Q    -- Doctor --
12    A    Part of that is attributable, not only to
13  the effect of those meshes on the vaginal tissue,
14  but also the effect of the required, medically
15  indicated and necessary revision procedures that she
16  has had performed.
17    Q    So it's your opinion that the revision
18  surgery themselves have also contributed to her
19  pelvic pain and painful intercourse?
20    A    Yes.  Those medically indicated and
21  required, necessary that -- revisions that she had
22  performed also can contribute to the vaginal pain
23  and dyspareunia.  Yes.
24    Q    And, Doctor, your report also mentions

Page 72

1  degradation of Prolift+M and TVT-O as a potential
2  cause of -- of pelvic pain and dyspareunia.
3        Did you see any evidence in the pathology
4  reports or any other records of mesh degradation of
5  Ms. Freeman's mesh?
6    A    So degradation is not something that
7  pathologists typically look for.  The hospital
8  pathologist is not looking for a degradation of the
9  mesh.
10       So no pathology report from any hospital
11  that has been -- that -- to my knowledge, has done
12  the examination required to find degradation in
13  material.
14       What we do know is that when those
15  examinations are performed on explanted
16  polypropylene materials is that greater than
17  50 percent of them will have evidence of
18  degradation.
19       So the answer is, yeah, the hospital
20  pathologist doesn't have it, because they don't look
21  for it.
22    Q    Who does look for it?
23    A    Usually, that's done as more of a -- a
24  research protocol because of the requirements that

Page 73

1  are the required -- the techniques that are required
2  to find it.
3    Q    So do you know, one way or another,
4  Doctor, if the Prolift+M mesh or the TVT-O mesh that
5  was implanted in Ms. Freeman degraded?
6        MR. BARLOW:  Object to form.
7    A    Well, I know -- I know that the
8  preponderance of the evidence is that more than
9  50 percent of them -- so to a medical probability,
10  it has.  That's what I know.
11  BY MS. SHAH:
12    Q    Fair enough.
13       But you cannot say with certainty that
14  the specific mesh that was implanted in Ms. Freeman
15  degraded.  Is that fair?
16    A    Well, when you use the word "certainty,"
17  I can't probably say that about very much of
18  anything.  So, you know, you're right.  That mesh
19  has not been looked at.
20       But when we talk about whether or not,
21  you know, more than -- the -- the majority of them
22  have degraded, the majority of them will have
23  degraded.  I can't say for sure in hers, 'cause I
24  don't believe it's been looked at.

Richard S. Bercik, M.D.

Page 74

1    Q    And you, yourself, haven't looked at any
2  of Ms. Freeman's explanted mesh.  Is that right?
3    A    I've just looked at some pictures of it.
4  That's it.
5    Q    And, Doctor, did any of Ms. Freeman's
6  doctors diagnose her with hypertonic pelvic floor
7  disorder?
8    A    I -- the physical therapist who treated
9  her had documented her having hypertonic pelvic
10  floor.  I don't know that they use that
11  terminology, but it's a terminology that -- there
12  are a variety of different diagnoses that are used
13  to really describe the same thing.
14        It can be muscle tightness.  It can be
15  levator spasm.  It can be hypertonic pelvic floor
16  disorder.  Nobody used that specific terminology, I
17  believe.  The physical therapist certainly did
18  identify levator spasm and pelvic muscle tightness.
19    Q    Could Ms. Freeman's vaginal atrophy have
20  caused her hypertonic pelvic floor disorder?
21    A    Well, it is possible that vaginal atrophy
22  that severe is causing significant dyspareunia,
23  which I don't believe it is in this case, can use
24  hypertonic pelvic floor disorder.

Page 75

1        However, she was not really diagnosed
2  with this until it was probably she --
3  Dr. Siddighi's note was probably the first one that
4  identified -- well, actually, Dr. Easter identified
5  pelvic floor muscle spasm, also.  But Dr. Siddighi
6  and Dr. Kim also identified it.
7        And that would have been, if we look in
8  at the notes, several years subsequent to that note
9  you -- you had asked me about earlier with atrophic
10  vaginitis.
11        So the answer is, yes --
12    Q    Okay.  Doctor --
13    A    -- yes, it can, but it probably did not,
14  based on the -- based upon the preponderance of the
15  evidence and to a degree of medical probability.
16    Q    And then, Doctor, I believe you
17  mentioned earlier that you -- you believe that
18  Ms. Freeman's mesh caused her abdominal pain.  Is
19  that right?
20    A    Well, the -- I'm not talking about her
21  upper abdominal pain.  I'm not talking about her
22  having -- having GERD.  I'm not talking of her --
23  about her having GI discomfort.  And we talked a
24  little bit about that earlier.

Page 76

1        But hypertonic pelvic floor does cause
2  lower abdominal pain and pelvic pain.  And I think
3  her left-sided pelvic pain and her -- what she
4  described as difficulty with walking, standing, and
5  performing some routine activities of daily living,
6  is really something that the -- is consistent with
7  hypertonic pelvic floor pain, which also includes
8  the muscles of the lower anterior abdominal wall
9  and -- and lower back.
10        But specifically, the muscles.  I'm not
11  talking about her SI -- in her SI joints.  So yeah,
12  I do think that the abdominal pain --
13    Q    So --
14    A    -- that she has on the left side,
15  especially the lower abdominal pain that she has, is
16  partly contributed to by the -- is a -- the
17  hypertonic pelvic floor is a significant
18  contributing factor to those -- to that sort of
19  pain.
20    Q    So, Doctor, you do not attribute upper
21  abdominal pain, her GERD, or her GI discomfort to
22  the mesh.  Is that correct?
23    A    I don't.
24    Q    And, Doctor, are you -- are you

Page 77

1  attributing any bowel problems Ms. Freeman may have
2  with the mesh?
3    A    I do think that some of her defecatory
4  disorder -- and I'm not so much talking about
5  constipation, which is different than difficulty
6  with defecation.
7        I'm talking about her -- her difficulty
8  she had, at times, having a bowel movement.  Not --
9  I'm not talking about the frequency of the bowel
10  movement, which is what constipation is.  But I --
11  that's about the only GI symptom that I would
12  attribute it -- to her hypertonic pelvic floor.
13    Q    So what GI symptoms are you attributing
14  to the mesh?
15    A    I think some of her difficulty with
16  defecation is what I've ruled -- is the one I'm
17  talking about.
18    Q    Doctor, do you have Dr. Elliott's
19  transcript in front of you, Exhibit 6?
20    A    I do.
21    Q    Can you turn with me to page 4 of Dr.
22  Elliott's deposition -- again, in the small pages?
23        Let me know when you're there.
24    A    Yup.

Richard S. Bercik, M.D.

Page 78

1    Q    And if you could just take a moment and
2 read the first question and answer on page 42 to
3 yourself.
4    A    Okay.
5    Q    You see there, Doctor, that Dr. Elliott
6 testified that he does not attribute any of
7 Ms. Freeman's bowel problems to the mesh?
8    A    Well --
9         MR. BARLOW:  Object to form.
10   A    -- I'm not going to -- I'm not going to
11 answer this question.  I haven't had a chance to
12 review this transcript at all.  And so I'm not going
13 to take a -- I -- I can't answer something that's
14 just taken out of context, one page.
15        I'd be happy to answer questions with
16 regard to it once I've read the transcript.  I -- I
17 would also just comment that he first says -- he
18 doesn't say that.  He was asked that question, but
19 that's not what he said.
20        He said, "That's a very generalized
21 statement."  And he said he would agree that
22 irritable bowel and bowel irregularities would not
23 be linked to the presence of the mesh.
24        I don't know what else he said in the

Page 79

1 rest of this deposition, so I can only repeat what
2 he answered and just leave it at that.
3    Q    Do you agree, Dr. Bercik, that irritable
4 bowel and bowel irregularities would not be
5 logically linked to the presence of the mesh?
6    A    "Bowel irregularities" is a very general
7 statement.  I mean, defecatory disorder would fall
8 in the category of bowel irregularities.
9         I would agree that irritable -- irritable
10 bowel syndrome of things like diarrhea and the
11 upper -- upper abdominal pain -- and again,
12 irritable bowel syndrome can cause constipation is
13 not the same as defecatory disorders.
14        And that's why, you know, I can't answer
15 this question with regards to -- irri- -- ir- --
16 ir- -- bowel irregularities -- burping is -- can be
17 considered a bowel irregularity if you do it too
18 much.
19        So it's kind of a general -- it's kind of
20 a general term.  But I would agree that I don't
21 think that --
22   Q    And so --
23   A    I -- I --
24   Q    -- and, Doctor --

Page 80

1    A    -- I -- I would agree with what I said
2 earlier.
3         I don't think that her diarrhea, I don't
4 think her upper abdominal pain, I don't think her
5 GERD symptoms, I don't think the frequency of her
6 bowel movement is necessarily -- is related to the
7 mesh or the surgeries that have been done to treat
8 complications associated with the mesh.
9    Q    Okay.  And, Doctor, am I correct that
10 your report does not attribute any back pain
11 Ms. Freeman may have experienced to the mesh?
12   A    I did not.
13   Q    And just so we're clear, Doctor, you do
14 not attribute any back pain she may have had to the
15 mesh?
16   A    If we -- if we're considering that the
17 buttock is not part of the back, I would agree with
18 you.
19   Q    Okay.  Doctor, are you attributing any
20 urinary tract infections Ms. Freeman has had to the
21 mesh?
22   A    So I'm not contributing specifically
23 infections to her mesh.  No.
24        MS. SHAH:  Thank you, Doctor.  I

Page 81

1 believe that's all I have.
2         MR. BARLOW:  We will reserve our
3 questions for the time of trial.  Thank
4 you, Robin.
5         MS. SHAH:  Thank you all.  Thank you
6 everyone.
7         (Whereupon, the deposition was
8         concluded at 3:07 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 82

1          INDEX OF EXAMINATION
2                          PAGE
3   DIRECT EXAMINATION BY MS. SHAH          7
4
5            INDEX OF EXHIBITS
6   DEFENDANT'S                    PAGE
7   No. 1, Notice Of Deposition          4
8   No. 2, Dr. Richard Bercik's  Report      4
9   No. 3, Reliance List              4
10  No. 4, Terri Freeman's Deposition
11      Transcript With Exhibits          4
12  No. 5, Dr. Thomas Easter's Deposition
13      Transcript With Exhibits          4
14  No. 6, Dr. Daniel Elliott's Deposition
15      Transcript With Exhibits          4
16  No. 7, Dr. Bercik's Curriculum Vitae      4
17  No. 8, $4000.00 Check to Dr. Richard
18      Bercik          5
19  No. 9, Addition to Reliance List        5
20
21  (Reporter's Note:  Original exhibits forwarded to
22  Golkow Litigation Services for production.)
23
24

Page 83

1          C E R T I F I C A T E
2      I hereby certify that I am a Notary Public,
3   in and for the State of Connecticut, duly
4   commissioned and qualified to administer oaths.
5      I further certify that the deponent named in
6   the foregoing deposition was by me duly sworn, and
7   thereupon testified as appears in the foregoing
8   deposition; that said deposition was taken by me
9   stenographically in the presence of counsel and
10  reduced to typewriting under my direction, and the
11  foregoing is a true and accurate transcript of the
12  testimony.
13      I further certify that I am neither of
14  counsel nor attorney to either of the parties to
15  said suit, nor am I an employee of either party to
16  said suit, nor of either counsel in said suit, nor
17  am I interested in the outcome of said cause.
18      Witness my hand and seal as Notary Public
19  this _____ day of _____ , 2019.
20
21      _____
22          San Edwards
23          Notary Public
24  My commission expires:  11/30/2021