# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:  ETHICON, INC.
     PELVIC REPAIR SYSTEM                         MDL NO. 2327
     PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

**ORDER**
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon defendants") pursuant to the procedures established by Pretrial Order ("PTO") # 329. *See* PTO # 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF No. 7576].

The Ethicon defendants have complied with the procedures set forth in PTO # 329, and the plaintiffs have not filed an opposition. Defendants have informed the court that no other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in the individual cases listed on the attached Exhibit A. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  November 8, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

|    | Civil Action No. | Plaintiffs' Name | ECF No. of Motion |
|----|------------------|------------------|-------------------|
| 1  | 2:15-cv-16305 | Crawford, Teresa | 18 |
| 2  | 2:12-cv-08834 | Tyler, Julia & Jan | 21 |
| 3  | 2:13-cv-23929 | Skillern, Florence | 18 |
| 4  | 2:13-cv-06420 | Schucker, Georgettea | 22 |
| 5  | 2:13-cv-18053 | Tafoya, Laurie | 15 |
| 6  | 2:16-cv-00743 | Kumar, Donna | 13 |
| 7  | 2:16-cv-00744 | Jagwandan, Ellen | 23 |
| 8  | 2:17-cv-01903 | Ward, Betty | 14 |
| 9  | 2:13-cv-15899 | Brasher, Frances & Clifford | 23 |
| 10 | 2:18-cv-00272 | Stubbins, Patricia & Timothy | 5 |
| 11 | 2:13-cv-31705 | Peschang, Sandra L. | 22 |
| 12 | 2:14-cv-21064 | Carlson, Carolyn | 13 |
| 13 | 2:13-cv-15054 | Garcia, Elizabeth & David | 18 |
| 14 | 2:13-cv-04172 | Exler, Leona & Larry | 16 |
| 15 | 2:14-cv-14534 | Riccio, Dorothy & Antonio | 15 |
| 16 | 2:16-cv-05707 | Simonson, Terry & James | 11 |
| 17 | 2:14-cv-21053 | McGinnis, Tina & Tim Harwood | 18 |
| 18 | 2:13-cv-10729 | Mims, Lena J. & Olney W. | 21 |
| 19 | 2:16-cv-02054 | Christensen, Ann | 18 |
| 20 | 2:15-cv-12993 | Johnson, Gillian | 17 |
| 21 | 2:15-cv-07481 | Rapp, Vivian & Randy | 18 |
| 22 | 2:13-cv-06487 | Pigg, Lillian & Charles | 16 |
| 23 | 2:14-cv-05521 | Welch, Malaya & James | 13 |
| 24 | 2:13-cv-07059 | Goodyear, Deborah & Donald | 16 |
| 25 | 2:13-cv-20448 | Hackett, Tina & Jimmy | 27 |
| 26 | 2:12-cv-04045 | Ernst, Phyllis J. & Gerald | 40 |
| 27 | 2:15-cv-02643 | Rice, Shirley & Kenneth | 14 |
| 28 | 2:12-cv-05258 | Spada, Jamie | 59 |
| 29 | 2:13-cv-02942 | Matchett, Rhonda & David | 16 |
| 30 | 2:13-cv-07114 | Harrell, Emma & James | 16 |
| 31 | 2:14-cv-29631 | Staab, Ruth & Maurice | 18 |
| 32 | 2:14-cv-22519 | Ramsey, Patricia & Michael | 23 |
| 33 | 2:13-cv-27358 | Diamond, Dorinda & Ricky L. Carney | 14 |
| 34 | 2:12-cv-07282 | Nunan, Karen L. & Timothy | 31 |
| 35 | 2:16-cv-00845 | McKenney, Linda & Kristopher | 13 |
| 36 | 2:13-cv-31762 | Smith, Theresa & Gregg | 21 |
| 37 | 2:15-cv-04541 | Bryan, Laura | 13 |
| 38 | 2:14-cv-18712 | Bishop, Kimberly | 15 |
| 39 | 2:17-cv-02058 | Proffitt, Etta & Ralph | 15 |
| 40 | 2:13-cv-27944 | Winkler, Opal & Jerry | 27 |
| 41 | 2:15-cv-00818 | Bushfield, Nora Kalb & John | 20 |
| 42 | 2:17-cv-02919 | Garner, Carla | 16 |

# EXHIBIT A

|    | Civil Action No. | Plaintiffs' Name | ECF No. of Motion |
|----|------------------|------------------|-------------------|
| 43 | 2:13-cv-12613 | Starkey, Deborah | 18 |
| 44 | 2:17-cv-03240 | Tracy, Brenda | 22 |
| 45 | 2:17-cv-00995 | Bowman, Tami & Richard | 16 |
| 46 | 2:13-cv-19133 | Armstrong, Berta | 32 |
| 47 | 2:13-cv-15824 | Willson, Janet & Rick | 18 |
| 48 | 2:13-cv-01185 | Lovewell, Tina & James | 24 |
| 49 | 2:13-cv-27087 | Collins, Cindy | 19 |
| 50 | 2:17-cv-02842 | Allcon, Nella Sue | 14 |
| 51 | 2:17-cv-04496 | Miller, Marty | 21 |
| 52 | 2:14-cv-28475 | Elliott, Dora J. | 12 |
| 53 | 2:13-cv-20905 | Lee, Linda N. & Gregory M. | 14 |
| 54 | 2:13-cv-27216 | Pierce, Deanna & Bruce | 14 |
| 55 | 2:13-cv-28382 | Wycough, Jan | 27 |
| 56 | 2:15-cv-12937 | Radford, Janolther | 23 |
| 57 | 2:13-cv-15293 | Westerberg, Donna Cecilia & Donald Gilbert | 33 |
| 58 | 2:13-cv-11062 | Combs, Donna Kay | 20 |
| 59 | 2:13-cv-24539 | Richards, Katrina M. & Brandon E. | 36 |
| 60 | 2:12-cv-09493 | Jeran, Meryl & Gary | 34 |
| 61 | 2:15-cv-03124 | Turner, Angela S. | 13 |
| 62 | 2:16-cv-06919 | Spurlock-Gebhard, Deanie Jo | 12 |
| 63 | 2:16-cv-06885 | Franz, Charlsa | 12 |
| 64 | 2:16-cv-09488 | Griffin, Vida | 61 |
| 65 | 2:16-cv-04968 | Hecht, Pamela & Daniel | 25 |
| 66 | 2:12-cv-03976 | Howard, Ella Jean & John Aubrey, Sr. | 77 |
| 67 | 2:17-cv-04021 | Williamson, Tabatha Sue | 26 |