IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ETHICON WAVE 12 CASES | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF WAVE 4 *DAUBERT* RESPONSE REGARDING BRIAN PARKER, M.D. FOR WAVE 12**

Defendants Ethicon, Inc. and Johnson & Johnson (collectively, "Ethicon") submit this notice in response to Plaintiffs' Notice of Adoption of Prior *Daubert* Motion of Brian Parker, M.D. for Wave 12, Doc. 8734. In their Notice of Adoption, Plaintiffs adopt and incorporate their *Daubert* motion filed against Brian Parker for Ethicon Wave 4. *See* Doc. 3672 (motion) & Doc. 3674 (memorandum in support).[1] Ethicon hereby adopts and incorporates by reference its Response to Plaintiffs' *Daubert* motion filed against Brain Parker, M.D., in Wave 4 (Doc. 3747). This response applies to the Wave 12 cases identified in Exhibit A to Plaintiffs' Notice of Adoption.

---

[1] On July 19, 2018, this Court issued a Memorandum Opinion and Order on Plaintiffs' Wave 4 Motion to Exclude the Testimony of Brian Parker, M.D. [ECF No. 3672], Doc. 6239 (Opinion and Order), which was adopted by the Court again in Wave 5 on July 25, 2018, in its Order Adopting Memorandum Opinion and Order, Doc. 6330.

1

Respectfully Submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants
Ethicon, Inc. and Johnson & Johnson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327 |
| THIS DOCUMENT RELATES TO ETHICON WAVE 12 CASES | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## CERTIFICATE OF SERVICE

I, William M. Gage, certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

> /s/ *William M. Gage*
> William M. Gage (MS Bar #8691)
> Butler Snow LLP
> 1020 Highland Colony Parkway
> Suite 1400 (39157)
> P.O. Box 6010
> Ridgeland, MS 39158-6010
> (601) 985-4561
> william.gage@butlersnow.com

50137888.v1