# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,                        MDL No. 2327
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES TO

*ALL WAVE 13 CASES*

## CERTIFICATE OF SERVICE

Defendant Boston Scientific Corporation hereby gives notice that on the 7th day of November, 2019, a true and correct copy of Boston Scientific Corporation's Rule 26 Designation and Disclosure of Expert Witnesses was served via Electronic Mail to counsel of record.

Respectfully submitted,

By: */s/ Jon A. Strongman*
Eric M. Anielak
Jon A. Strongman
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
eanielak@shb.com
jstrongman@shb.com

**ATTORNEYS FOR DEFENDANT BOSTON SCIENTIFIC CORPORATION**

4829-4643-6262 v1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

                                  */s/ Jon A. Strongman*
                                  Jon A. Strongman

                                  **ATTORNEYS FOR DEFENDANT BOSTON SCIENTIFIC CORPORATION**

4829-4643-6262 v1