# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE:  ETHICON, INC. § | | MDL 2327 |
| PELVIC REPAIR SYSTEMS § | | Master File No. 2:12-MD-02327 |
| PRODUCTS LIABILITY LITIGATION § | | |
| _____ § | | Judge Joseph R. Goodwin |
| § | | |
| THIS DOCUMENT RELATES TO § | | |
| § | | |
| *ALL WAVE 13 CASES* § | | |
| § | | |
| *Cheryl Poole v. Ethicon, Inc., et al.,* § | | |
| CASE No. 2:12-cv-01978 § | | |

## CERTIFICATE OF SERVICE

Defendants Duc B. Le, M.D., Niraj Patel, M.D. and Fort Bend Ob-Gyn, LLP, hereby give notice that on the 7th day of November 2019, a true and correct copy of "Defendants Duc B. Le, M.D.'s, Niraj Patel, M.D.'s and Fort Bend OB/GYN, LLP's Designation and Disclosure of General and Case-Specific Expert Witnesses" was served via Electronic Mail to counsel of record.

Respectfully submitted,

SCOTT, CLAWATER & HOUSTON, LLP

/s/ *Sam A. Houston*

Sam A. Houston
State Bar No. 10059550
2727 Allen Parkway, Suite 500
Houston, Texas 77019
Phone: (713) 650-6600
Fax: (713) 579-1599
shouston@schlawyers.com
**ATTORNEY FOR DEFENDANTS,**
**FORT BEND OB-GYN, LLP,**
**DUC B. LE, MD, AND NIRAJ PATEL, MD**

1

(741222)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of November 2019, I electronically served the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

/s/ *Sam A. Houston*

Sam A. Houston

(741222)