# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 12 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING MARIA ABADI, M.D., FOR WAVE 12

In Wave 12, Plaintiffs have adopted their Wave 1 briefing filed against Dr. Abadi. [Dkt. 8702] (adopting Dkt. 1992 (motion) and Dkt. 1993 (memorandum)).

For Wave 12, Defendants hereby adopt and incorporate by reference their Response to Plaintiffs' Motion to Exclude the Opinions and Testimony of Maria Abadi, M.D. filed in Ethicon Wave 3, Dkt. 2934.

For the reasons stated in Defendants' Wave 3 briefing [Dkt. 2934], Plaintiffs' motion should be denied in its entirety.

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ *Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

      I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                            */s/ William M. Gage*
                                            William M. Gage

50156545.v1