# SUPPLEMENTAL EXHIBIT QQ

IAKOVLEV EXHIBIT A

| Case Name | Case No. |
| --- | --- |
| Alford, Doris | 2:13cv14009 |
| Amelong, Cynthia & John | 2:13cv20784 |
| Banda, Betty | 2:15cv15404 |
| Barrera, Evelyn & Valdemar | 2:13cv12057 |
| Bentley, Katie | 2:16cv00230 |
| Bettis, Adrea & Robert | 2:13cv20911 |
| Bloom, Lynne & Richard | 2:17cv01960 |
| Blue, Lynette | 2:15cv14036 |
| Boland, Anneliese | 2:13cv32778 |
| Bond, Cathy Lynn | 2:13cv10501 |
| Brown, Wanda | 2:13cv11267 |
| Bryant, Clara Coleen | 2:16cv00231 |
| Burger, Frances D. | 2:13cv20907 |
| Burke, Lora | 2:15cv12902 |
| Campbell, Valerie & Jon K., Sr. | 2:15cv03395 |
| Carbon, Ediany & Albert | 2:12cv04269 |
| Carver, Donna | 2:12cv04164 |
| Clowe, Paula Carole & Audie L. Pope | 2:12cv06893 |
| Coker, Mary | 2:15cv11324 |
| Coleman, Deborah J. | 2:13cv13630 |
| Cooper, Janis M. | 2:12cv06593 |
| Crow, Natalie | 2:14cv12908 |
| Cuttrell, Judy | 2:14cv17303 |
| Daugherty, Marie | 2:13cv01325 |
| Drake, Janet & Kyle | 2:12cv08575 |
| Duhon, Wanda & Jerry | 2:13cv13621 |
| Enborg, Terri & Christopher | 2:13cv18734 |
| Ferrer, Brooke | 2:12cv04591 |
| Fielder, Frances M. & Joseph | 2:13cv22056 |
| Gilstrap, Patricia | 2:16cv00236 |
| Goulette, Laurine V. | 2:13cv01776 |
| Graham, Tammy | 2:12cv06054 |
| Graves, Tina & Horace E. | 2:12cv07177 |
| Gutierrez, Wanda & Ramiro | 2:13cv15716 |
| Heindl, Susan & Edward | 2:13cv27654 |
| Heuerman, Rebecca & Timothy | 2:13cv13962 |
| Hines, Cynthia D. & James | 2:13cv04832 |
| Hughes, Sherri & Donald | 2:13cv20904 |
| Jude, Jennifer L. | 2:13cv03084 |
| Kinard, Deborah & John | 2:13cv09247 |
| King, Kathryn | 2:17-cv-02161 |
| Kole, Kim | 2:18cv00291 |
| Lambert, Evelyn & John D. | 2:13cv04824 |
| Lawler, Mary L. & James | 2:14cv19721 |
| Leavitt, Jacinta & Paul | 2:14cv01655 |
| Lewis, Nancy E. & Leroy | 2:14cv14666 |

IAKOVLEV EXHIBIT A

| Case Name | Case No. |
|---|---|
| Longoria, Delores & Lorenzo | 2:13cv00129 |
| Luckett-Epps, Seba | 2:13cv04870 |
| Malcolm, Alicia | 2:15cv01630 |
| Martin, Connie | 2:12cv08784 |
| May-Weirauch, Brandi | 2:15cv12478 |
| McBroom, Amanda | 2:15cv03043 |
| McCall, Jeanette | 2:13cv32824 |
| McClurg, Janice & David | 2:13cv22040 |
| McGathey, Elizabeth M. | 2:12cv01538 |
| Miller, Laura Lynn & Carl F. | 2:13cv23376 |
| Munsterman, Linda & Ardell | 2:13cv13305 |
| Nelson, Linda & Bobby | 2:12cv08135 |
| Norris, Doreta S. & Mark | 2:13cv11269 |
| Nowland, Carolyn & Rick | 2:15cv07707 |
| Nugnes, Darleen | 2:14cv24207 |
| Pearson, Phyllis | 2:13cv03168 |
| Pelham, Sandra J. | 2:13cv08384 |
| Perrywinkle, Rayne | 2:13cv28452 |
| Prasuhn, Debbie | 2:13cv22632 |
| Rodriguez, Judy | 2:15cv09979 |
| Ruberti, Debra | 2:13cv01463 |
| Schmitz, Kimberly & Kevin | 2:13cv16595 |
| Schultz, Nettie & Gordon | 2:13cv21986 |
| Slusser, Aimee | 2:13cv12013 |
| Smith, Barbara D. & Tony M. | 2:13cv20902 |
| Smith, Cherita | 2:13cv15670 |
| Smith, Tabitha & Nickolas | 2:13cv21957 |
| Stimers, Dayna A. | 2:15cv00659 |
| Stratton, Margaret | 2:13cv10846 |
| Thomson-Roy, Jeannae M. | 2:12cv04586 |
| Trout, Julie & David | 2:15cv04923 |
| Tucker, Brenda & Mark | 2:13cv16593 |
| Valencia, Jasmine | 2:12cv05475 |
| Vargas, Belinda & Joseph | 2:13cv15722 |
| Webb, Kelly J. | 2:13cv03083 |
| Wolfert, Jill & Mike | 2:13cv22636 |