# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ------------------------------------------------------- | |
| ETHICON WAVE 12 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSES REGARDING E. STANTON SHOEMAKER, M.D. FOR WAVE 12

Plaintiffs filed a Notice of Adoption [Dkt. 8749] in the Wave 12 cases identified in Exhibit A to their Notice adopting their *Daubert* Motion to Preclude Testimony of Defense Expert E. Stanton Shoemaker, M.D. [Dkt. 2104] and Supporting Memorandum [Dkt. 2105] from Ethicon Wave 1. Defendants hereby adopt and incorporate by reference their Wave 1 *Daubert* response filed in relation to E. Stanton Shoemaker, M.D. [Dkt. 2239] and Wave 3, [Dkt. 2923]. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 1 and 3 response briefing.

Dated: November 12, 2019

                                                      Respectfully submitted,

                                                      */s/ Susan M. Robinson*
                                                      Susan M. Robinson (W.Va. Bar #5169)
                                                      Thomas Combs & Spann PLLC
                                                      300 Summers Street
                                                      Suite 1380 (25301)
                                                      P.O. Box 3824
                                                      Charleston, WV 25338
                                                      (304) 414-1807
                                                      srobinson@tcspllc.com

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com