**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR       Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY               MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 12 CASES LISTED IN
EXHIBIT A OF DEFENSE NOTICE OF          JOSEPH R. GOODWIN
ADOPTION                                 U.S. DISTRICT JUDGE

**<u>NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF
BOBBY SHULL, M.D. FOR WAVE 12</u>**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

response filed in relation to Bobby Shull, M.D., for Ethicon Wave 5, Dkt. 4554. Plaintiffs

respectfully request that the Court deny Defendants' motion, for the reasons expressed in the

Wave 5 response briefing.

Dated: November 12, 2019             Respectfully submitted,

                                     /s/  D. Renee Baggett
                                     Renee Baggett, Esq.
                                     Bryan F. Aylstock, Esq.
                                     Aylstock, Witkin, Kreis and Overholtz, PLC
                                     17 East Main Street, Suite 200
                                     Pensacola, Florida  32563
                                     (850) 202-1010
                                     (850) 916-7449 (fax)
                                     E-mail:  rbaggett@awkolaw.com

                                     /s/ Thomas P. Cartmell
                                     THOMAS P. CARTMELL
                                     Wagstaff & Cartmell LLP
                                     4740 Grand Avenue, Suite 300
                                     Kansas City, MO 64112
                                     816-701-1102
                                     Fax 816-531-2372
                                     tcartmell@wcllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com