# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ──────────────────────────────<br>ETHICON WAVE 12 CASES LISTED IN EXHIBIT A OF DEFENSE NOTICE OF ADOPTION | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF DIONYSIOS K. VERONIKIS, M.D. FOR WAVE 12

Come now, the Plaintiffs, and hereby adopt and incorporate by reference the *Daubert* response filed in relation to Dionysios K. Veronikis, M.D., for Ethicon Wave 3, Dkt. 2890 and Ethicon Wave 8, Dkt. 6964. Plaintiffs respectfully request that the Court deny Defendants' motion, for the reasons expressed in the Wave 3 and Wave 8 response briefing.

As to Ethicon's additional argument that any opinions about alternative procedures should be excluded, this Court should not make that determination in adjudicating a general *Daubert* motion. Defendants are presenting an issue of relevance under Rule 401, and such issues should be determined within the context of specific cases and state law. Alternative procedures do have relevance to key issues in the case under the laws of many states. *See Herrera-Nevarez by Springer v. Ethicon, Inc.*, No. 12 C 2404, 2017 WL 3381718, at *7 (N.D. Ill. Aug. 6, 2017) (allowing Dr. Elliott's testimony about alternative procedures under the risk-utility test employed by Illinois courts).

Dated: November 12, 2019					Respectfully submitted,

/s/  D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com