UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>Wave 12 |
| THIS DOCUMENT RELATES TO:<br><br>*Wave 12 cases listed on Plaintiffs' Exhibit A* | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSES REGARDING JOHN WAGNER, M.D. FOR WAVE 12

Plaintiffs filed a Notice of Adoption (Dkt. 8756) in the Wave 12 cases identified in Exhibit A to their Notice, adopting their Motion to Exclude Certain Opinions and Testimony of John Wagner, M.D. in Ethicon Waves 4 and 6, including the Wave 4 motion (Dkt. 3617), memorandum (Dkt. 3618), reply (Dkt. 3851), and Wave 6 motion (Dkt. 4876), memorandum (Dkt. 4879), and reply (Dkt. 5044). Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to John Wagner, M.D. for Ethicon Waves 4 and 6, Dkt. 3731 and 4920. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Waves 4 and 6 response briefing.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561

william.gage@butlersnow.com

*/s/ Susan M. Robinson* _____
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800

srobinson@tcspllc.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

50164140.v1