FILED: November 13, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1943 (L)
(2:10-md-02187)
_____

In re: C.R. BARD, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

   Appellant

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

   Appellee

_____

No. 19-1944
(2:12-md-02325)
_____

In re: AMERICAN MEDICAL SYSTEMS, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

  Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

  Appellee

_____

No. 19-1945
(2:12-md-02326)

_____

In re: BOSTON SCIENTIFIC CORPORATION, Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

  Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

  Appellee

_____

No. 19-1947
(2:12-md-02327)

_____

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

       Appellant

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

       Appellee

_____

No. 19-1948
(2:12-md-02387)
_____

In re: COLOPLAST CORP., Pelvic Support System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

       Appellant

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

       Appellee

_____

No. 19-1949
(2:13-md-02440)
_____

In re: COOK MEDICAL, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

   Appellant

 v.

COMMON BENEFIT FEE AND COST COMMITTEE

   Appellee

_____

No. 19-1950
(2:14-md-02511)
_____

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

-------------------------------

MAZIE SLATER KATZ & FREEMAN, LLC

   Appellant

COMMON BENEFIT FEE AND COST COMMITTEE

   Appellee

_____

M A N D A T E
_____

The judgment of this court, entered 10/09/2019, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

<u>*/s/Patricia S. Connor, Clerk*</u>