# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>**Wave 12** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Wave 12 cases listed on Plaintiffs' Exhibit A* | **JOSEPH R. GOODWIN**<br>**U.S. DISTRICT JUDGE** |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSES
## REGARDING BRIAN N. SCHWARTZ, M.D. FOR WAVE 12

Plaintiffs filed a Notice of Adoption [Dkt. 8745] in the Wave 12 cases identified in Exhibit A to their Notice, adopting their Motion to Exclude Certain Opinions and Testimony of Brian N. Schwartz, M.D. and Supporting Memorandum from Ethicon Wave 1, Dkt. 2089 (motion), 2090 (memorandum in support), and 2233 (reply). Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to Brian N. Schwartz, M.D. for Ethicon Wave 1, Dkt. 2141. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 1 response briefing.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561

william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800

srobinson@tcspllc.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

50163926.v1