# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| **IN RE:  ETHICON, INC.** | § | **MDL 2327** |
| **PELVIC REPAIR SYSTEMS** | § | **Master File No. 2:12-MD-02327** |
| **PRODUCTS LIABILITY LITIGATION** | § | |
| _____ | § | **Judge Joseph R. Goodwin** |
| | § | |
| **THIS DOCUMENT RELATES TO** | § | |
| | § | |
| *ALL WAVE 13 CASES* | § | |
| | § | |
| *Cheryl Poole v. Ethicon, Inc., et al.,* | § | |
| **CASE No. 2:12-cv-01978** | § | |

## CERTIFICATE OF SERVICE

Defendants Duc B. Le, M.D., Niraj Patel, M.D. and Fort Bend Ob-Gyn, LLP, hereby give notice that on the 14th day of November 2019, a true and correct copy of "Defendants Duc B. Le, M.D.'s, Niraj Patel, M.D.'s and Fort Bend OB/GYN, LLP's Supplemental Disclosure of Experts" was served via Electronic Mail to counsel of record.

Respectfully submitted,

SCOTT, CLAWATER & HOUSTON, LLP

/s/ *Sam A. Houston*

Sam A. Houston
State Bar No. 10059550
2727 Allen Parkway, Suite 500
Houston, Texas 77019
Phone:  (713) 650-6600
Fax:  (713) 579-1599
shouston@schlawyers.com
**ATTORNEY FOR DEFENDANTS,**
**FORT BEND OB-GYN, LLP,**
**DUC B. LE, MD, AND NIRAJ PATEL, MD**

1

(741457)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of November 2019, I electronically served the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

/s/ *Sam A. Houston*

Sam A. Houston

(741457)