## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY            MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 12 CASES LISTED IN
EXHIBIT A TO PLAINTIFFS' NOTICE OF    JOSEPH R. GOODWIN U.S. DISTRICT
ADOPTION                                        JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF
## AHMET BEDESTANI, M.D. FOR WAVE 12

Come now the Defendants, and hereby adopt and incorporate by reference the *Daubert*

response filed as to Ahmet Bedestani, M.D. for Ethicon Wave 8, Dkt. [6995]. Defendants

respectfully request that the Court deny Plaintiffs' motion, for the reasons expressed in the Wave

8 response briefing.  This notice applies to the Wave 12 cases identified in Plaintiffs' Exhibit A.

Respectfully submitted,

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## **CERTIFICATE OF SERVICE**

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage