# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 12 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSES OF HARRY JOHNSON, JR., M.D. FOR WAVE 12

Defendants adopt and incorporate by reference the *Daubert* responses filed as to Harry Johnson, Jr., M.D. for Ethicon Wave 3 (Dkt. [3295]) and Wave 4 (Dkt. [3781]). Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 3 and 4 response briefing and as stated in the Court's Memorandum Opinion and Order (*Daubert* Motion re: Harry Johnson, Jr., M.D.) [Dkt. 4169].

Respectfully submitted,

ETHICON, INC. AND
JOHNSON & JOHNSON

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824

Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants
Ethicon, Inc. and Johnson & Johnson

## **CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

41178350.v1