IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------<br>ETHICON WAVE 12 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE REGARDING PETER ROSENBLATT, M.D. FOR WAVE 12

Plaintiffs filed a Notice of Adoption [Dkt. 8739] in the Wave 12 cases identified in Exhibit A to their Notice, adopting their Motion to Exclude Certain Opinions and Testimony of Peter Rosenblatt, M.D. and Supporting Memorandum from Ethicon Wave 2. Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to Peter Rosenblatt, M.D. for Ethicon Wave 2, Doc. No. 2535. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 2 response briefing and as stated in the Court's Memorandum Opinion and Order (*Daubert* Motion re: Peter L. Rosenblatt, M.D.) [Dkt. 3553].

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*

        Susan M. Robinson (W. Va. Bar #5169)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 24338
        (304) 414-1800
        srobinson@tcspllc.com


        COUNSEL FOR DEFENDANTS
        ETHICON, INC. AND JOHNSON & JOHNSON


## **CERTIFICATE OF SERVICE**

     I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

        */s/ William M. Gage*
        William M. Gage