**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC., PELVIC                          MDL NO.  2327
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:
_____

Pending Wave 13 Cases That Are Identified

On Exhibit A

_____

**JOINT SUBMISSION CONCERNING PROPOSED REMAND JURISDICTIONS**

Pursuant to Pretrial Order No. 341 § C(1), Plaintiffs and Defendant C. R. Bard, Inc. ("Bard") hereby jointly provide Exhibit A, which identifies the remand jurisdiction proposed or otherwise agreed to by each Plaintiff in pending Wave 13 cases in MDL 2327.  Subject to the reservations below, Bard at this time does not object to the remand jurisdiction proposed by any Plaintiff.

Bard prepared Exhibit A based, in large part, on the proposed remand jurisdiction identified in each Plaintiff's Short Form Complaint and/or subsequent communications with counsel for certain Plaintiffs. The form and content of Exhibit A was approved by counsel on behalf Plaintiffs' Leadership.  Plaintiffs' Leadership, however, neither endorses nor rejects the proposed remand jurisdiction in any given case, and the attorneys representing each individual Plaintiff bear sole responsibility for the proposed remand jurisdiction identified in that Plaintiff's Short Form Complaint.

Bard's stance towards the venue proposed by Plaintiffs is based on currently-available information that was provided, in large part, by Plaintiffs or their attorneys.  Bard thus reserves

the right to object to venue at a later time based on subsequently discovered information concerning a Plaintiff's residence state or implant state, particularly if such information is materially different from the information provided to Bard to date.[1]

Dated: November 15, 2019

**BLASINGAME, BURCH, GARRARD**
**& ASHLEY**


/s/ Josh Wages
Henry G. Garrard, III, Esq.
Josh B. Wages, Esq.
440 College Avenue, Suite 320
Athens, Georgia 30603
(706) 354-5119
HGG@bbgbalaw.com
JBW@bbgbalaw.com

*On Behalf of Plaintiffs' Leadership*

**GREENBERG TRAURIG, LLP**


/s/ Lori Cohen
Lori G. Cohen
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com

Michael K. Brown
**REED SMITH LLP**
335 South Grand Avenue, Suite 2900
Los Angeles, California 90071
(213) 457-8000
(213) 457-8080 (facsimile)
mkbrown@reedsmith.com

*Attorneys for Defendant C. R. Bard, Inc.*

---

[1]       To avoid doubt, this paragraph is submitted solely by and on behalf of Bard.

# EXHIBIT A

**EXHIBIT A: BARD'S POSITION ON PLAINTIFFS' PROPOSED REMAND JURISDICTIONS IN WAVE 13 CASES**

November 15, 2019

| PLAINTIFF | CAFN | PLAINTIFF'S LAW FIRM(S) | PLAINTIFF'S STATE OF RESIDENCE | VENUE PROPOSED BY PLAINTIFF OR WHERE CASE WAS FILED | OBJECTION BY BARD | ALTERNATIVE REMAND JURISDICTION PROPOSED BY BARD |
|---|---|---|---|---|---|---|
| Madsen, Veronica | 2:16-cv-11633 | Tor Hoerman Law, LLC | IL | N.D. Ill., Eastern Div. | | |
| Pizzitola, Tammy | 2:13-cv-00249 | Dalimonte Rueb Martin \| Baughman | TX | S.D. Tex., Houston Div. | | |