# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY
LITIGATION                                          MDL No. 2327

-----------------------------------------------
THIS DOCUMENT RELATES TO
ETHICON WAVE 13 CASES

## DEFENDANTS' NOTICE OF FILING JOINT VENUE RECOMMENDATIONS

Defendants Ethicon, Inc., Ethicon LLC and Johnson & Johnson hereby give notice of filing Joint Venue Recommendations for Wave 13 MDL cases.

Dated: November 15, 2019

                              Respectfully submitted,

                              */s/ William M. Gage*
                              William M. Gage (MS Bar #8691)
                              Butler Snow LLP
                              1020 Highland Colony Parkway
                              Suite 1400 (39157)
                              P.O. Box 6010
                              Ridgeland, MS 39158-6010
                              (601) 985-4561
                              william.gage@butlersnow.com

                              */s/ Susan M. Robinson*
                              Susan M. Robinson (W. Va. Bar #5169)
                              Thomas Combs & Spann PLLC
                              300 Summers Street
                              Suite 1380 (25301)
                              P.O. Box 3824
                              Charleston, WV 24338
                              (304) 414-1800
                              srobinson@tcspllc.com

                              *Counsel for the Ethicon Defendants*

**CERTIFICATE OF SERVICE**

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ *William M. Gage*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY
LITIGATION  MDL No. 2327

-----------------------------------------------
THIS DOCUMENT RELATES TO
ETHICON WAVE 13 CASES

| AGREED | | | |
|---|---|---|---|
| LAST NAME | FIRST NAME | CASE NUMBER | RECOMMENDATION |
| Bowers | Joanne Marion Skojec | 2:19cv00164 | USDC for the Northern District of New York, Binghamton Division |
| Davidson | Nancy Sue Barnes | 2:15cv01436 | USDC for the Eastern District of Arkansas, Western Division |
| Gonzalez | Diana A. | 2:18cv01295 | USDC for the Northern District of California |
| Hall | Phyllis Kay Wickizer | 2:18cv01146 | USDC for the Northern District of Indiana, South Bend Division |
| Harrington | Jill Watkins Caparelli | 2:19cv00299 | USDC for the Middle District of Florida, Tampa Division |
| Larson | Naomi Jean Maness | 2:14cv22872 | USDC for the District of Minnesota, Minneapolis Division |
| Parks | Donna Gale Raulston | 2:14cv10221 | USDC for the Southern District of California |
| Pizzitola | Tammy Ruth | 2:13cv00249 | USDC for the Southern District of Texas, Houston Division |
| Rocha | Alize Adriana Chana Ortiz-Reyes | 2:14cv14097 | USDC for the Central District of California, Western Division |
| Sobie | Pamela K. Bee Patuszynski | 2:12cv04789 | USDC for the Northern District of Illinois, Eastern Division |
| Sutton | Cassandra A. McPherson Compion | 2:13cv16175 | USDC for the Eastern District Missouri, St. Louis Division |
| Westerfield | Debra Louise Lewis | 2:14cv09748 | USDC for the Central District of California, Western Division |

| | | | |
|---|---|---|---|
| Cobos | Esperanza Buitron | 2:17cv01986 | USDC for the Southern District of Texas, Brownsville Division |
| Dempsey | Stacey Lynn Crittendon Beach | 2:17cv01987 | USDC for the Western District of Kentucky, Louisville Division |
| Macknis | Rita A. | 2:16cv10467 | USDC for the Eastern District of Pennsylvania |
| Snyder | Deborah S. | 2:16cv04193 | USDC for the Western District of Kentucky, Louisville Division |

| DISPUTED | | | | |
|---|---|---|---|---|
| LAST NAME | FIRST NAME | CASE NUMBER | DEFENSE RECOMMENDATION | PLAINTIFF RECOMMENDATION |
| Batson | Deborah G. Piatt | 2:14cv06455 | USDC for the Middle District of Florida, Fort Myers Division | USDC for the Southern District of Florida, West Palm Beach Division (where implantation occurred) |
| Renteria | Marie | 2:18cv01550 | USDC for the Southern District of California | USDC for the Central District of California |
| Risley | Debra K. Vancura Burns | 2:13cv05338 | Ethicon Defendants: USDC for the Northern District of Indiana, South Bend Division; Boston Scientific Defendant: USDC for the Eastern District of California | USDC for the Eastern District of Pennsylvania |
| Turner | Christie | 2:18cv01551 | USDC for the Northern District of Alabama, Eastern Division | USDC for the Middle District of Alabama |

| UNRESOLVED | | | | |
|---|---|---|---|---|
| LAST NAME | FIRST NAME | CASE NUMBER | DEFENSE RECOMMENDATION | PLAINTIFFS' LIAISON STATEMENT |
| Lim | Deserie Michelle Baker Chaney Franklin | 2:13cv06974 | USDC for the Southern District of Mississippi, Northern Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Torres | Eda | 2:16cv01835 | USDC for the Southern District of Florida, Miami Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue |

4

| | | | | is correct or not for this Plaintiff. |
|---|---|---|---|---|
| Furtado | Sylvia Irene Howarth | 2:15cv12667 | USDC for Massachusetts, Boston Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Watts | Kathyrn Louise Henderson | 2:16cv06001 | USDC for the Western District of KY | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Brown | Katrina | 2:16cv08237 | USDC for the Southern District of Ohio, Columbus Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Copeland | Ramona | 2:17cv00846 | United States District Court for the Southern District of Indiana | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Wood | Lena F. | 2:13cv12166 | Boston Scientific Defendant: USDC for the Eastern District of Texas | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |
| Holm | Julie Ann | 2:15cv07038 | USDC for the District of Minnesota, St. Paul Division | Leadership has been unable to verify agreement nor proposed venue and does not represent that this venue is correct or not for this Plaintiff. |