# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| ------------------------------------------------------ | |
| ETHICON WAVE 12 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR RESPONSE IN OPPOSITION TO *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY OF BRUCE S. KAHN, M.D. FOR WAVE 12

In response to Plaintiffs' notice adopting their prior Wave 11 *Daubert* motion, memorandum, and reply as to Bruce S. Kahn, M.D. (ECF Doc. No. 8723 (adopting ECF Doc. Nos. 8565 – motion; 8566 – memorandum in support; and 8660 - reply)), Defendants hereby adopt and incorporate by reference their *Daubert* response as to Bruce S. Kahn, M.D. for Ethicon Wave 11 (Doc. No. 8643).  Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 11 response briefing.

This notice applies to the Wave 12 cases identified in Plaintiffs' Exhibit A.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

      I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                               */s/ William M. Gage*
                                               William M. Gage

50122467.v1