The motion to withdraw is GRANTED; it is further ORDERED that motion(s) 8675 is/are DENIED as MOOT.

ENTER: 11/20/19

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,                                    MDL No. 2327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

_____

### NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE COURT-ORDERED COMMON BENEFIT ASSESSMENT AGAINST KLINE & SPECTER AND ETHICON, INC.

COMES NOW, the Plaintiffs' Common Benefit Fee and Cost Committee ("FCC"), and hereby gives notice of withdrawal of its Motion to Enforce Court-Ordered Common Benefit Assessment against Kline & Specter and Ethicon, Inc. relative to *Beltz, et al. v. Ethicon*, Phila. Court of Common Pleas, June Term 2013, Case No. 0385. (ECF No. 8675).

After the FCC's Motion to Enforce was filed and fully briefed, the Court entered its Memorandum Opinion and Order denying Kline & Specter's Motion to Set an End Date for Common Benefit Assessments. (ECF No. 8809). Thereafter, the Court-ordered assessment relative to the *Beltz* case at issue in the FCC's Motion was deposited by Kline & Specter into the MDL 2327 Common Benefit Fund.

Based thereon, the FCC notifies the Court that the Motion to Enforce Court-Ordered Common Benefit Assessment is hereby withdrawn.

Dated: November 20, 2019

                                          Respectfully submitted,
                                          THE COMMON BENEFIT FEE AND
                                          COST COMMITTEE

                                          */s/ Henry Garrard*
                                          Henry G. Garrard, III
                                          Blasingame, Burch, Garrard & Ashley, PC
                                          440 College Ave., Ste. 320
                                          Athens, GA 30601

706-354-4000
706-549-3545 (fax)
hgarrard@bbga.com

Renee Baggett
Aylstock Witkin Kreis & Overholtz
Suite 200
17 East Main Street
Pensacola, FL 32502
850-202-1010
805-916-7449 (fax)
RBaggett@awkolaw.com

Riley L. Burnett, Jr.
Burnett Law Firm
3737 Buffalo Speedway, Suite 1850
Houston, TX 77098
832-413-4410
832-900-2120 (fax)
rburnett@rburnettlaw.com

Thomas P. Cartmell
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100
816-531-2372 (fax)
tcartmell@wagstaffcartmell.com

Clayton A. Clark
Clark, Love & Hutson, GP
440 Louisiana St., Ste. 1600
Houston, TX 77002
713-757-1400
713-759-1217 (fax)
cclark@triallawfirm.com

Yvonne Flaherty
Lockridge Grindal Nauen
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401
612-339-6900
612-339-0981 (fax)

ymflaherty@locklaw.com

Carl N. Frankovitch
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062
304-723-4400
304-723-5892 (fax)
carln@facslaw.com

Joseph F. Rice
Motley Rice, LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9000
843-216-9450 (fax)
jrice@motleyrice.com

William H. McKee, Jr.
3041 Knotty Pine Drive
Pensacola, FL 32505
304-546-2347
bmckee@suddenlink.net

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2019, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE COURT-ORDERED COMMON BENEFIT ASSESSMENT AGAINST KLINE & SPECTER AND ETHICON, INC.** was served *via* electronic mail with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF counsel of record.

                                                */s/ Henry G. Garrard, III*
                                                Henry G. Garrard, III
                                                Chairman
                                                The Common Benefit Fee and Cost Committee