IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM PRODUCTS
    LIABILITY LITIGATION

MDL NO. 2327

THIS DOCUMENT RELATES TO ALL CASES
ASSIGNED TO JUDGE GOODWIN

## ORDER

Pending before the court is Edward A. Wallace of Wexler Wallace LLP and Michael H. Bowman's Motion to Change Attorney Information and Withdraw as Counsel filed on July 19, 2017 [ECF No. 4149]. In the Motion, Edward A. Wallace and Michael H. Bowman request that Michael H. Bowman be withdrawn as counsel in both MDL 2327 and in each member case associated with MDL 2327 in which Michael H. Bowman appears along with Edward A. Wallace, and/or Mark R. Miller, Timothy E. Jackson, Corey G. Lorenz and Tania E. Yusaf.

It is **ORDERED** that the Motion to Change Attorney Information and Withdraw as Counsel is **GRANTED**.

The court **DIRECTS** the Clerk to withdraw Michael H. Bowman as counsel of record, both on the main master docket and in each individual member case in MDL 2327 pending as of July 19, 2017 in which he appears with Edward A. Wallace, and/or Mark R. Miller, Timothy E. Jackson, Corey G. Lorenz and Tania E. Yusaf.

The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 26, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE