IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 WAVE 12 |
| *Robin Mason, et al v. Ethicon LLC and Johnson & Johnson* Case No. 2:13-cv-20337 | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF BRIAN RAYBON, M.D.

Plaintiffs, Robin Mason and James Mason, file this response in opposition out of an abundance of caution. Plaintiffs designated Dr. Raybon as a general expert in the above-referenced case.

In response to Defendants' notice adopting their prior *Daubert* Motion for Brian Raybon M.D. (Docs 2115, 2116 and 2264). Plaintiffs hereby adopt and incorporate by reference their prior responsive briefing (Doc 2201 and 2687) in opposition to the motion to exclude his testimony. Plaintiffs respectfully request that the Defendants' motion be denied for the reasons stated in the prior briefing.

Dated: November 25, 2019

Respectfully Submitted,

*/s/ Charles E. Soechting, Jr.*
Charles E. Soechting, Jr.
TX Bar No. 24044333
SIMON GREENSTONE PANATIER LLC
1201 Elm Street, Suite 3400
Dallas, Texas 75270
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
csoechting@sgptrial.com

COUNSEL FOR PLAINTIFFS

1

## **CERTIFICATION OF SERVICE**

I hereby certify that on November 25, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

>  */s/ Charles E. Soechting, Jr.*
>  Charles E. Soechting, Jr.