IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>WAVE 12 |
| *Robin Mason, et al v. Ethicon LLC and Johnson & Johnson*<br>Case No. 2:13-cv-20337 | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE GENERAL OPINIONS OF DANIEL ELLIOTT, M.D.

Plaintiffs, Robin Mason and James Mason, file this response in opposition out of an abundance of caution. Plaintiffs designated Dr. Elliott as a general expert in the above-referenced case.

In response to Defendants' notice adopting their prior Motion to Exclude the Opinions and Testimony of Daniel Elliott, M.D. (Doc 8778 (adopting 8080 and 8081)). Plaintiffs hereby adopt and incorporate by reference their prior responsive briefing (Doc 2952 and 8247) in opposition to the motion to exclude his testimony. Plaintiffs respectfully request that the Defendants' motion be denied for the reasons stated in the prior briefing.

Dated: November 25, 2019     Respectfully Submitted,

*/s/ Charles E. Soechting, Jr.*
Charles E. Soechting, Jr.
TX Bar No. 24044333
SIMON GREENSTONE PANATIER LLC
1201 Elm Street, Suite 3400
Dallas, Texas 75270
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
csoechting@sgptrial.com

COUNSEL FOR PLAINTIFFS

1

## **CERTIFICATION OF SERVICE**

I hereby certify that on November 25, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

<u>/s/ Charles E. Soechting, Jr.</u>
Charles E. Soechting, Jr.
