IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>WAVE 12<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| *Robin Mason, et al v. Ethicon LLC and Johnson & Johnson*<br>Case No. 2:13-cv-20337 | |

## MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF SCOTT A. GUELCHER, PH.D.

Plaintiffs, Robin Mason and James Mason, file this response in opposition out of an abundance of caution. Plaintiffs designated Dr. Guelcher as a general expert in the above-referenced case.

In response to Defendants' notice adopting their prior Motion to Exclude the Opinions and Testimony of Scott A. Guelcher, Ph.D. (Docs 4573, 4574 and 4692). Plaintiffs hereby adopt and incorporate by reference their prior responsive briefing (Doc 2164 and 2937) in opposition to the motion to exclude his testimony. Plaintiffs respectfully request that the Defendants' motion be denied for the reasons stated in the prior briefing.

Dated: November 25, 2019          Respectfully Submitted,

                                                     */s/ Charles E. Soechting, Jr.*
                                                     Charles E. Soechting, Jr.
                                                     TX Bar No. 24044333
                                                     SIMON GREENSTONE PANATIER LLC
                                                     1201 Elm Street, Suite 3400
                                                     Dallas, Texas 75270
                                                     Telephone: (214) 276-7680
                                                     Facsimile: (214) 276-7699
                                                     csoechting@sgptrial.com

                                                     COUNSEL FOR PLAINTIFFS

## **CERTIFICATION OF SERVICE**

I hereby certify that on November 25, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

*/s/ Charles E. Soechting, Jr.*
Charles E. Soechting, Jr.
