IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEMS                                MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO THE
CASES ON EXHIBIT A

**O R D E R**

In each of the cases listed on Exhibit A, the plaintiffs filed a Complaint, Short Form Complaint or Amended Short Form Complaint naming Ethicon, Inc., Ethicon LLC and/or Johnson & Johnson (collectively "Ethicon") and another MDL defendant. The cases on the attached exhibit currently reside in *In re: Ethicon Inc.*, 2:12-md-2327 ("MDL 2327") and have had the Ethicon, defendants dismissed from these actions. The cases on Exhibit A have Boston Scientific Corporation as a remaining defendant. Therefore, the court **ORDERS** that the cases on Exhibit A be transferred to *In re: Boston Scientific Corp.*, 2:12-md-2326.

The court **DIRECTS** the Clerk to disassociate the civil actions on Exhibit A as member cases in MDL 2327 and re-associate them with MDL 2326. The court further **DIRECTS** the Clerk to file a copy of this Order in MDL 2327 and in each individual case listed in the Exhibit, and to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: December 6, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A
## Transfer from 2327 to 2326

|    | Civil Action No. | Case Style |
|----|------------------|------------|
| 1  | 2:10-cv-01343    | Pack et al v. Boston Scientific Corporation |
| 2  | 2:12-cv-05179    | Henry v. Boston Scientific et al |
| 3  | 2:12-cv-05620    | Maynard v. C. R. Bard, Inc. et al |
| 4  | 2:12-cv-06342    | Breaux et al v. Boston Scientific Corporation |
| 5  | 2:12-cv-08391    | Howard v. Boston Scientific Corporation |
| 6  | 2:12-cv-09681    | Seaman et al v. Boston Scientific Corporation |
| 7  | 2:13-cv-02392    | McGregor et al v. Boston Scientific Corporation |
| 8  | 2:13-cv-06518    | Dudley et al v. Boston Scientific Corporation |
| 9  | 2:13-cv-12166    | Wood v. Boston Scientific Corporation |
| 10 | 2:13-cv-12172    | Cucuzella et al v. Boston Scientific Corporation |
| 11 | 2:13-cv-16436    | Savov et al v. Boston Scientific Corporation |
| 12 | 2:13-cv-18881    | Garcia et al v. Boston Scientific Corporation |
| 13 | 2:13-cv-21854    | Powers v. Boston Scientific Corporation |
| 14 | 2:13-cv-22831    | Oliver et al v. Boston Scientific Corporation |
| 15 | 2:13-cv-25649    | Evans et al v. Boston Scientific Corporation |
| 16 | 2:15-cv-02413    | LeMay v. Boston Scientific Corporation |
| 17 | 2:15-cv-02535    | Beckman et al v. Boston Scientific Corporation |
| 18 | 2:15-cv-04302    | Holaway v. Boston Scientific Corporation |
| 19 | 2:15-cv-07583    | Edmondson et al v. Boston Scientific Corporation |
| 20 | 2:15-cv-11337    | Mazza v. Boston Scientific Corporation |
| 21 | 2:15-cv-12274    | Klein v. Boston Scientific Corporation |
| 22 | 2:15-cv-13135    | Brosie et al v. Boston Scientific Corporation |
| 23 | 2:15-cv-14554    | Brennan et al v. Boston Scientific Corporation |
| 24 | 2:17-cv-01091    | Mays v. Boston Scientific Corporation |