# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 13 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF JUAN CARLOS FELIX, M.D. FOR WAVE 13

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion, memorandum and reply brief filed in relation to Juan Carlos Felix for Ethicon Wave 1, Dkt. 2063 (motion), Dkt. 2069 (memorandum in support) and Dkt. 2255 (reply). Plaintiffs respectfully request that the Court exclude Juan Carlos Felix's testimony, for the reasons expressed in the Wave 1 briefing. This notice applies to the following Wave 13 cases identified in Exhibit A attached hereto.

Dated: December 11, 2019                    Respectfully submitted,

/s/  D. Renee Baggett
Renee Baggett, Esq.
Bryan F. Aylstock, Esq.
Aylstock, Witkin, Kreis and Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, Florida  32563
(850) 202-1010
(850) 916-7449 (fax)
E-mail:  rbaggett@awkolaw.com

1

                                                     /s/ Thomas P. Cartmell
                                                     THOMAS P. CARTMELL
                                                     Wagstaff & Cartmell LLP
                                                     4740 Grand Avenue, Suite 300
                                                     Kansas City, MO 64112
                                                     816-701-1102
                                                     Fax 816-531-2372
                                                     tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Campbell, Joan & Richard T. | 14cv28490 |
| Cobos, Esperanza & Elijeo | 17cv01986 |
| Dempsey, Stacey | 17cv01987 |
| Manes, Barbara & Richard | 14cv28384 |
| Pizzitola, Tammy | 13cv00249 |
| Poole, Cheryl & Kenneth | 12cv01978 |
| Sobie, Pamela & Raymond | 12cv04789 |
| Torres, Eda & Alberto | 16cv01835 |
| Walters, Bessie, deceased | 14cv17181 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com