**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR       Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY            MDL 2327
LITIGATION

--------------------------------------------------------
ETHICON WAVE 13 CASES LISTED IN
EXHIBIT A                            JOSEPH R. GOODWIN
                                     U.S. DISTRICT JUDGE

<u>**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
STEVEN GOLDWASSER, M.D. FOR WAVE 13**</u>

       Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion, memorandum and reply brief filed in relation to Steven Goldwasser for Ethicon Wave 4,

Dkt.  3677 (motion), Dkt. 3678 (memorandum in support), Dkt. 3864 (reply) and Ethicon Wave

5, Dkt. 4365 (motion) and Dkt. 4372 (memorandum in support).  Plaintiffs respectfully request

that the Court exclude Steven Goldwasser's testimony, for the reasons expressed in the Wave 4

and 5 briefing.  This notice applies to the following Wave 13 cases identified in Exhibit A

attached hereto.

Dated: December 11, 2019          Respectfully submitted,

                              /s/  D. Renee Baggett
                              Renee Baggett, Esq.
                              Bryan F. Aylstock, Esq.
                              Aylstock, Witkin, Kreis and Overholtz, PLC
                              17 East Main Street, Suite 200
                              Pensacola, Florida  32563
                              (850) 202-1010
                              (850) 916-7449 (fax)
                              E-mail:  rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| Batson, Deborah G. | 14cv06455 |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com