# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 13 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
## HARRY JOHNSON, M.D. FOR WAVE 13

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion and memorandum filed in relation to Harry Johnson for Ethicon Waves 3 and 4, Dkts. 3273 and 3650 (motions); Dkts. 3274 and 3661 (memorandums in support); and reply brief for Ethicon Wave 3 (Dkt. 3307). Plaintiffs respectfully request that the Court exclude Harry Johnson's testimony, for the reasons expressed in the Waves 3 and 4 briefing. This notice applies to the following Wave 13 cases identified in Exhibit A attached hereto.

Dated: December 11, 2019
                                             Respectfully submitted,

                                             /s/ D. Renee Baggett
                                             Renee Baggett, Esq.
                                             Bryan F. Aylstock, Esq.
                                             Aylstock, Witkin, Kreis and Overholtz, PLC
                                             17 East Main Street, Suite 200
                                             Pensacola, Florida 32563
                                             (850) 202-1010
                                             (850) 916-7449 (fax)
                                             E-mail: rbaggett@awkolaw.com

/s/ Thomas P. Cartmell
THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1102
Fax 816-531-2372
tcartmell@wcllp.com

# EXHIBIT A

| | |
|---|---|
| Wallin, Patricia | 14cv29136 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com