**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR       Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY              MDL 2327
LITIGATION

--------------------------------------------------------

ETHICON WAVE 13 CASES LISTED IN
EXHIBIT A                                  JOSEPH R. GOODWIN
                                           U.S. DISTRICT JUDGE

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF CATHERINE MATTHEWS, M.D. FOR WAVE 13

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert

motion and memorandum filed in relation to Catherine Matthews for Ethicon Wave 8, Dkt. 6887

(motion) and Dkt. 6897 (memorandum in support). Plaintiffs respectfully request that the Court

exclude Catherine Matthews' testimony, for the reasons expressed in the Wave 8 briefing. This

notice applies to the following Wave 13 cases identified in Exhibit A attached hereto.

Dated: December 11, 2019            Respectfully submitted,

                                   /s/  D. Renee Baggett
                                   Bryan F. Aylstock, Esq.
                                   Renee Baggett, Esq.
                                   Aylstock, Witkin, Kreis and Overholtz, PLC
                                   17 East Main Street, Suite 200
                                   Pensacola, Florida  32563
                                   (850) 202-1010
                                   (850) 916-7449 (fax)
                                   E-mail:  rbaggett@awkolaw.com

                                   /s/ Thomas P. Cartmell
                                   THOMAS P. CARTMELL
                                   Wagstaff & Cartmell LLP
                                   4740 Grand Avenue, Suite 300
                                   Kansas City, MO 64112
                                   816-701-1102
                                   Fax 816-531-2372
                                   tcartmell@wcllp.com

1

# EXHIBIT A

| | |
|---|---|
| Davis, Peggy A. | 14cv29146 |
| Dimico-Wilson, Cynthina & John Kelly | 14cv28545 |
| Furtado, Sylvia Irene | 15cv12667 |
| Holm, Julie Ann | 15cv07038 |
| Macknis, Rita & Michael | 16cv10467 |
| Snyder, Deborah S. | 16cv04193 |
| Watts, Kathryn | 16cv06001 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett
D. RENEE BAGGETT
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com

3