**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------- | |
| ETHICON WAVE 13 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
MICHAEL P. WOODS, M.D. FOR WAVE 13**

Comes now, the Plaintiffs, and hereby adopt and incorporate by reference the Daubert motion, memorandum and reply brief filed in relation to Michael P. Woods for Ethicon Wave 1, Dkt. 2041 (motion), Dkt. 2043 (memorandum in support), Dkt. 2234 (reply); and, the reply brief filed in Ethicon Wave 3, Dkt. 3051 (reply).  Plaintiffs respectfully request that the Court exclude Michael P. Woods' testimony, for the reasons expressed in the Wave 1 and 3 briefing.  This notice applies to the following the Wave 13 cases identified in Exhibit A attached hereto.

Dated: December 12, 2019        Respectfully submitted,
          /s/  D. Renee Baggett                                                       
          Renee Baggett, Esq.
          Bryan F. Aylstock, Esq.
          Aylstock, Witkin, Kreis and Overholtz, PLC
          17 East Main Street, Suite 200
          Pensacola, Florida  32563
          (850) 202-1010
          (850) 916-7449 (fax)
          E-mail:  rbaggett@awkolaw.com

          /s/ Thomas P. Cartmell                                                    
          THOMAS P. CARTMELL
          Wagstaff & Cartmell LLP
          4740 Grand Avenue, Suite 300
          Kansas City, MO 64112
          816-701-1102
          Fax 816-531-2372
          tcartmell@wcllp.com

1

# EXHIBIT A

| McCoy, Joyce | 14cv28536 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ D. Renee Baggett_____
D. Renee Baggett
Aylstock, Witkin, Kreis and Overholtz, PLC
17 E. Main Street, Suite 200
Pensacola, FL 32563
850-202-1010
850-916-7449
Rbaggett@awkolaw.com