# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS                                    MDL NO. 2327
PRODUCTS LIABILITY LITIGATION

_____

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

**ALL BOSTON SCIENTIFIC CASES PENDING IN WAVE 13 OF MDL 2327**
_____

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
## DR. JENNIFER ANGER

For all Boston Scientific Corporation cases pending in Wave 13 of the ETHICON, INC. MDL 2327 (Case No. 2:12-md-2327), (identified in Exhibit "A" attached hereto) Plaintiff(s) hereby adopt and incorporate by reference the Motion and Reply to Exclude Dr. Jennifer Anger from Boston Scientific Wave 4. *See* Boston Scientific MDL 2326 ECF No. 7003 (Mot. and Memo.); *see also* Boston Scientific MDL 2326 ECF No. 7173 (Reply).  Plaintiffs respectfully request that the Court exclude Dr. Anger's testimony for the reasons previously set forth.

DATED: December 13, 2019

                                                Respectfully submitted,

                                 By:    /s/ *Clayton A. Clark*
                                             Clayton A. Clark
                                             Co-Lead Counsel for Plaintiffs in
                                             MDL No. 2326
                                             cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

By: /s/ *Aimee Wagstaff*
Aimee Wagstaff
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ *W. Michael Moreland*
W. Michael Moreland

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

- 2 -