# Exhibit A

# EXHIBIT A
## Jennifer Anger, M.D., M.P.H. Motion to Exclude
## Advantage, Advantage Fit and Lynx

|  | Case Style | Cause No. |
|---|---|---|
| **1.** | *Nancy Davidson, et al vs. Boston Scientific Corp., et al* | **2:15-cv-01436** |