# Exhibit A

**EXHIBIT A**
**Stephen F. Badylak, D.V.M., Ph.D. M.D. - Motion to Exclude**

|  | **Case Style** | **Cause No.** |
|---|---|---|
| **1.** | *Nancy Davidson, et al vs. Boston Scientific Corp., et al* | **2:15-cv-01436** |