# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS                                           MDL NO. 2327
PRODUCTS LIABILITY LITIGATION

_____

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

**ALL BOSTON SCIENTIFIC CASES PENDING IN WAVE 13 OF MDL 2327**
_____

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
## DR. RICARDO CARABALLO FOR WAVE CASES

      For all Boston Scientific Corporation cases pending in Wave 13 of the ETHICON, INC. MDL 2327 (Case No. 2:12-md-2327) identified in Exhibit "A" attached hereto, Plaintiffs hereby adopt and incorporate by reference the Motion and Reply to Exclude Dr. Ricardo Caraballo from Boston Scientific Wave 3.  *See* ECF No. 4831 (Mot. and Memo.); *see also* ECF No. 5029 (Reply). Plaintiffs respectfully request that the Court exclude Dr. Caraballo's testimony for the reasons previously set forth.

DATED: December 13, 2019

                                                        Respectfully submitted,

                                      By:   /s/ *Clayton A. Clark*
                                               Clayton A. Clark
                                               Co-Lead Counsel for Plaintiffs in
                                               MDL No. 2326
                                               cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

By: /s/ *Aimee Wagstaff*
Aimee Wagstaff
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ *W. Michael Moreland*
W. Michael Moreland

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217