# Exhibit **A**

# EXHIBIT A

**Ricardo Caraballo, M.D. F.A.C.O.G.  - Motion to Exclude
Advantage and Advantage Fit Sling**

|  | Case Style | Cause No. |
|---|---|---|
| **1.** | *Nancy Davidson, et al vs. Boston Scientific Corp., et al* | **2:15-cv-01436** |