# Exhibit A

# EXHIBIT A
## Dr. Steven Little - Motion to Exclude

|    | Case Style | Cause No. |
|----|------------|-----------|
| 1. | *Nancy Davidson, et al vs. Boston Scientific Corp., et al* | **2:15-cv-01436** |