IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS                                              MDL NO. 2327
PRODUCTS LIABILITY LITIGATION

_____

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

ALL BOSTON SCIENTIFIC CASES PENDING IN WAVE 13 OF MDL 2327
_____

NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION OF
**STEPHEN H. SPIEGELBERG, PH.D.**

For all Boston Scientific Corporation cases pending in Wave 13 of the ETHICON, INC. MDL 2327 (Case No. 2:12-md-2327), (identified in Exhibit "A" attached hereto) Plaintiff(s), hereby adopt and incorporate by reference the Motion and Reply to Exclude Dr. Stephen H. Spiegelberg from Boston Scientific Wave 4. *See* ECF No. 7004 (Mot. and Memo.); *see also* ECF No. 7160 (Reply). Plaintiffs respectfully request that the Court exclude Dr. Spiegelberg's testimony for the reasons previously set forth.

DATED:  December 13, 2019

                                              Respectfully submitted,

                                      By:       /s/ *Clayton A. Clark*
                                                Clayton A. Clark
                                                Co-Lead Counsel for Plaintiffs in
                                                MDL No. 2326
                                                cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

|  |  |
|---|---|
|  | By:   /s/ *Aimee Wagstaff* |
|  | Aimee Wagstaff |
|  | Co-Lead Counsel for Plaintiffs in |
|  | MDL No. 2326 |
|  | aimee.wagstaff@andruswagstaff.com |

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

|  |  |
|---|---|
|  | By:   /s/ *W. Michael Moreland* |
|  | W. Michael Moreland |

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217