# Exhibit A

**EXHIBIT A**
**Dr. Stephen Spiegelberg - Motion to Exclude**

|  | Case Style | Cause No. |
|---|---|---|
| **1.** | *Nancy Davidson, et al vs. Boston Scientific Corp., et al* | **2:15-cv-01436** |