# EXHIBIT A

SCOTT GUELCHER EXHIBIT A

| Name | Case Number |
|---|---|
| Labiche, Tammie & Mitchell | 2:12cv06198 |
| Parks, Donna & Delbert | 2:14cv10221 |
| Poole, Cheryl & Kenneth | 2:12cv01978 |
| Risley, Debra & Bruce | 2:13cv05338 |
| Rocha, Alize | 2:14cv14097 |
| Snyder, Deborah S. | 2:16cv04193 |