# EXHIBIT A

HOWARD JORDI EXHIBIT A

| Name | Case Number |
|---|---|
| Lim, Deserie | 2:13cv06974 |
|  |  |
|  |  |
|  |  |