# EXHIBIT A

UWE KLINGE EXHIBIT A

| Name | Case Number |
|---|---|
| Batson, Deborah G. | 2:14cv06455 |
| Bayer, Carol & Richard | 2:14cv28503 |
| Campbell, Joan & Richard T. | 2:14cv28490 |
| Dicomo-Wilson, Cynthia & John Kelly | 2:14cv28545 |
| Furtado, Syliva Irene | 2:15cv12667 |
| Grover, Michelle & Robert | 2:14cv28383 |
| Hall, Phyllis K. & Patrick | 2:18cv01146 |
| Larson, Naomi & Mark | 2:14cv22872 |
| Manes, Barbara & Richard | 2:14cv28384 |
| McCoy, Joyce | 2:14cv28536 |
| Perez, Marinet & Edward | 2:13cv30047 |
| Pizzitola, Tammy | 2:13cv00249 |
| Risley, Debra & Bruce | 2:13cv05338 |
| Russell, Cynthia & Jeffery | 2:14cv28532 |
| Schulte, Tamara & Timothy | 2:14cv28515 |
| Staigmiller, Marlene | 2:14cv28539 |
| Torres, Eda & Alberto | 2:16cv01835 |
| Wallin, Patricia | 2:14cv29136 |
| Walters, Bessie | 2:14cv17181 |
| Westerfield, Debra | 2:14cv09748 |