# EXHIBIT A

JIMMY MAYS EXHIBIT A

| Name | Case Number |
| --- | --- |
| Batson, Deborah G. | 2:14cv06455 |
| Breen, Susan | 2:18cv01275 |
| Bunch, Evelyn | 2:14cv31166 |
| Cobos, Esperanza & Elijeo | 2:17cv01986 |
| Davidson, Nancy S. & Michael A. | 2:15cv01436 |
| Dempsey, Stacey | 2:17cv01987 |
| Holm, Julie Ann | 2:15cv07038 |
| Macknis, Rita & Michael | 2:16cv10467 |
| Parks, Donna & Delbert | 2:14cv10221 |
| Poole, Cheryl & Kenneth | 2:12cv01978 |
| Renteria, Marie | 2:18cv01550 |
| Schillachi, Mary | 2:13cv21483 |
| Snyder, Deborah S | 2:16cv04193 |
| Turner, Christie | 2:18cv01551 |
| Westerfield, Debra | 2:14cv09748 |