# EXHIBIT A

DUANE PRIDDY EXHIBIT A

| Name | Case Number |
|---|---|
| Holm, Julie Ann | 2:15cv07038 |
| Snyder, Deborah S. | 2:16cv04193 |
| Westerfield, Debra | 2:14cv09748 |