# EXHIBIT A

PAUL MICHAELS EXHIBIT A

| Name | Case Number |
|---|---|
| Breen, Susan | 2:18cv01275 |
| Furtado, Syliva Irene | 2:15cv12667 |
| Holm, Julie Ann | 2:15cv07038 |
| Poole, Cheryl & Kenneth | 2:12cv01978 |
| Renteria, Marie | 2:18cv01550 |
| Turner, Christie | 2:18cv01551 |