# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| ETHICON WAVE 13 CASES LISTED IN EXHIBIT A | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF ETHICON'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF VLADIMIR IAKOVLEV, M.D. FILED IN WAVE 12

Defendants Ethicon, Inc. and Johnson & Johnson ("Ethicon") adopt and incorporate by reference Ethicon's Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev [Dkt. #8804], Ethicon's Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Dr. Vladimir Iakovlev [Dkt. #8805], and Ethicon's Reply [Dkt. #8322] previously filed in Wave 10. Ethicon respectfully requests that the Court exclude Dr. Iakovlev's testimony in the Wave 13 cases identified in Exhibit A for the reasons expressed in the Wave 12 briefing adopted and incorporated here.

Dated: December 16, 2019

Respectfully submitted,

/s/ Susan M. Robinson
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

  I hereby certify that on December 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                 */s/ Susan M. Robinson*
                 Susan M. Robinson (W.Va. Bar #5169)
                 Thomas Combs & Spann PLLC
                 300 Summers Street
                 Suite 1380 (25301)
                 P.O. Box 3824
                 Charleston, WV 25338
                 (304) 414-1807
                 srobinson@tcspllc.com