# EXHIBIT A

Vladimir Iakovlev Exhibit A

| Name | Case Number |
|---|---|
| Campbell, Joan & Richard T. | 2:14cv28490 |
| Cobos, Esperanza & Elijeo | 2:17cv01986 |
| Dempsey, Stacey | 2:17cv01987 |
| Dicomo-Wilson, Cynthia & John Kelly | 2:14cv28545 |
| Grover, Michelle & Robert | 2:14cv28383 |
| Lim, Deserie | 2:13cv06974 |
| Macknis, Rita & Michael | 2:16cv10467 |
| Manes, Barbara & Richard | 2:14cv28384 |
| Perez, Marinet & Edward | 2:13cv30047 |
| Pizzitola, Tammy | 2:13cv00249 |
| Russell, Cynthia & Jeffery | 2:14cv28532 |
| Schulte, Tamara & Timothy | 2:14cv28515 |
| Sobie, Pamela & Raymond | 2:12cv04789 |
| Staigmiller, Marlene | 2:14cv28539 |
| Torres, Eda & Alberto | 2:16cv01835 |
| Walters, Bessie | 2:14cv17181 |