UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>Wave 13<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |
| **THIS DOCUMENT RELATES TO:**<br><br>*Phyllis K. Hall and Patrick Hall v. Ethicon Inc., et al.* (Case No. 2:18-cv-01146)<br><br>*Naomi Larson and Mark Larson v. Ethicon Inc., et al.* (Case No. 2:14-cv-22872) | |

## NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY OF BRIAN RAYBON, M.D.

Plaintiffs designated Brian Raybon, M.D., as a general causation expert and served his prior Wave 12 Prolift and Gynemesh PS report. Just as in Wave 12, Defendants hereby adopt and incorporate by reference their prior *Daubert* motion and briefing (Docs. 2115, 2116, 2264). Defendants' respectfully request that Dr. Raybon's general opinion testimony be excluded and/or limited for the reasons stated in that prior briefing.

This notice applies to the Wave 13 cases identified above.

                Respectfully submitted,

                */s/ William M. Gage*
                William M. Gage (MS Bar No. 8691)
                Butler Snow LLP
                1020 Highland Colony Parkway
                Suite 1400 (39157)
                P.O. Box 6010
                Ridgeland, MS 39158-6010
                (601) 985-4561
                william.gage@butlersnow.com

                */s/ Susan M. Robinson*
                Susan M. Robinson (W. Va. Bar No. 5169)
                Thomas Combs & Spann PLLC

300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants

**CERTIFICATE OF SERVICE**

      I certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            */s/ William M. Gage*
                                            William M. Gage

#47664877