**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE RALPH ZIPPER, M.D. FOR ETHICON WAVE 13**

1. Davidson, Nancy S. & Michael A – 2:15-cv-01436