**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE JOHN MIKLOS, M.D. FOR ETHICON WAVE 13**

1. Sutton, Cassandra & Robert – 2:13-cv-16175