## EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE MICHAEL MARGOLIS FOR ETHICON WAVE 13

1. LaBiche, Tammie & Mitchell – 2:12-cv-06198
2. Perez, Marinet & Edward – 2:13-cv-30047