**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE JERRY BLAIVAS M.D., FOR ETHICON WAVE 13**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Batson, Deborah G. | Prolift Anterior TVT x2 | 2:14cv06455 | Ethicon MDL 2327 |
| Breen, Susan | TVT Exact | 2:18cv01275 | Ethicon MDL 2327 |
| Bunch, Evelyn | TVT Secur | 2:14cv31166 | Ethicon MDL 2327 |
| Renteria, Marie | TVT Exact | 2:18cv01550 | Ethicon MDL 2327 |
| Rocha, Alize | TVT Obturator | 2:14cv14097 | Ethicon MDL 2327 |
| Schillachi, Mary | Prolift TVT Secur | 2:13cv21483 | Ethicon MDL 2327 |
| Snyder, Deborah S. | Ultrapro | 2:16cv04193 | Ethicon MDL 2327 |
| Sutton, Cassandra & Robert | TVT Abbrevo; TVT Exact; TVT Secur | 2:13cv16175 | Ethicon MDL 2327 |
| Torres, Eda & Alberto | TVT Abbrevo | 2:16cv01835 | Ethicon MDL 2327 |
| Turner, Christie | TVT | 2:18cv01551 | Ethicon MDL 2327 |

\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Blaivas as a general expert.