**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE DANIEL ELLIOTT, M.D., FOR ETHICON WAVE 13**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Batson, Deborah G. | Prolift Anterior<br>TVT x2 | 2:14cv06455 | Ethicon MDL 2327 |
| Bayer, Carol & Richard | Prolift Posterior<br>TVT Obturator | 2:14cv28503 | Ethicon MDL 2327 |
| Bunch, Evelyn | TVT Secur | 2:14cv31166 | Ethicon MDL 2327 |
| Hall, Phyllis K. & Patrick | Prolift | 2:18cv01146 | Ethicon MDL 2327 |
| Labiche, Tammie & Mitchell | TVT Secur | 2:12cv06198 | Ethicon MDL 2327 |
| Larson, Naomi & Mark | Prolift | 2:14cv22872 | Ethicon MDL 2327 |
| Lim, Deserie | TVT Obturator | 2:13cv06974 | Ethicon MDL 2327 |
| McCoy, Joyce | Prolift Total<br>TVT | 2:14cv28536 | Ethicon MDL 2327 |
| Pizzitola, Tammy | Prolift +M Total<br>TVT Obturator | 2:13cv00249 | Ethicon MDL 2327 |
| Rocha, Alize | TVT Obturator | 2:14cv14097 | Ethicon MDL 2327 |
| Schillachi, Mary | Prolift<br>TVT Secur | 2:13cv21483 | Ethicon MDL 2327 |
| Staigmiller, Marlene | Prolift Anterior | 2:14cv28539 | Ethicon MDL 2327 |
| Sutton, Cassandra & Robert | TVT Abbrevo<br>TVT Exact<br>TVT Secur | 2:13cv16175 | Ethicon MDL 2327 |
| Wallin, Patricia | Prolift Anterior<br>TVT | 2:14cv29136 | Ethicon MDL 2327 |
| Walters, Bessie | Prolift Anterior | 2:14cv17181 | Ethicon MDL 2327 |

* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Elliott as a general expert.