**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT*
MOTION TO EXCLUDE BRUCE ROSENZWEIG M.D., FOR ETHICON WAVE 13**

**List of Applicable Cases**

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Bayer, Carol & Richard | Prolift Posterior TVT Obturator | 2:14cv28503 | Ethicon MDL 2327 |
| Bunch, Evelyn | TVT Secur | 2:14cv31166 | Ethicon MDL 2327 |
| Cobos, Esperanza & Elijeo | TVT Obturator | 2:17cv01986 | Ethicon MDL 2327 |
| Davidson, Nancy S. & Michael A. | Prolift Total | 2:15cv01436 | Ethicon MDL 2327 |
| Dempsey, Stacey | TVT | 2:17cv01987 | Ethicon MDL 2327 |
| Dicomo-Wilson, Cynthia & John Kelly | TVT | 2:14cv28545 | Ethicon MDL 2327 |
| Furtado, Syliva Irene | TVT | 2:15cv12667 | Ethicon MDL 2327 |
| Grover, Michelle & Robert | TVT Obturator | 2:14cv28383 | Ethicon MDL 2327 |
| Labiche, Tammie & Mitchell | TVT Secur | 2:12cv06198 | Ethicon MDL 2327 |
| Macknis, Rita & Michael | TVT | 2:16cv10467 | Ethicon MDL 2327 |
| Manes, Barbara & Richard | Prosima | 2:14cv28384 | Ethicon MDL 2327 |
| McCoy, Joyce | Prolift Total TVT | 2:14cv28536 | Ethicon MDL 2327 |
| Perez, Marinet & Edward | TVT | 2:13cv30047 | Ethicon MDL 2327 |
| Pizzitola, Tammy | Prolift +M Total TVT Obturator | 2:13cv00249 | Ethicon MDL 2327 |
| Poole, Cheryl & Kenneth | Prosima | 2:12cv01978 | Ethicon MDL 2327 |
| Risley, Debra & Bruce | TVT | 2:13cv05338 | Ethicon MDL 2327 |
| Rocha, Alize | TVT Obturator | 2:14cv14097 | Ethicon MDL 2327 |
| Russell, Cynthia & Jeffery | TVT Obturator | 2:14cv28532 | Ethicon MDL 2327 |

| Case Name | Product(s) | Case Number | MDL Proceeding |
|---|---|---|---|
| Schillachi, Mary | Prolift<br>TVT Secur | 2:13cv21483 | Ethicon MDL 2327 |
| Schulte, Tamara & Timothy | TVT Obturator | 2:14cv28515 | Ethicon MDL 2327 |
| Sutton, Cassandra & Robert | TVT Abbrevo<br>TVT Exact<br>TVT Secur | 2:13cv16175 | Ethicon MDL 2327 |
| Torres, Eda & Alberto | TVT Abbrevo | 2:16cv01835 | Ethicon MDL 2327 |
| Wallin, Patricia | Prolift Anterior<br>TVT | 2:14cv29136 | Ethicon MDL 2327 |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Rosenzweig as a general expert.**