**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION TO EXCLUDE PEGGY PENCE, PH.D., FOR ETHICON WAVE 13**

**List of Applicable Cases**

| Case Name | Case No. | Product(s) |
|---|---|---|
| Batson, Deborah G. | 2:14-cv-06455 | Prolift; TVT |
| Bayer, Carol & Richard | 2:14-cv-28503 | Prolift; TVT-O |
| Campbell, Joan & Richard T. | 2:14-cv-28490 | Gynemesh PS |
| Cobos, Esperanza & Elijeo | 2:17-cv-01986 | TVT-O |
| Davidson, Nancy S. & Michael A. | 2:15-cv-01436 | Prolift |
| Dempsey, Stacey | 2:17-cv-01987 | TVT |
| Dicomo-Wilson, Cynthia & John Kelly | 2:14-cv-28545 | TVT |
| Grover, Michelle & Robert | 2:14-cv-28383 | TVT-O |
| Hall, Phyllis K. & Patrick | 2:18-cv-01146 | Prolift |
| Labiche, Tammie & Mitchell | 2:12-cv-06198 | TVT Secur |
| Larson, Naomi & Mark | 2:14-cv-22872 | Prolift |
| Macknis, Rita & Michael | 2:16-cv-10467 | TVT |
| Manes, Barbara & Richard | 2:14-cv-28384 | Prosima |
| McCoy, Joyce | 2:14-cv-28536 | Prolift; TVT |
| Pizzitola, Tammy | 2:13-cv-00249 | Prolift +M; TVT-O |
| Risley, Debra & Bruce | 2:13-cv-05338 | TVT |
| Rocha, Alize | 2:14-cv-14097 | TVT-O |
| Russell, Cynthia & Jeffery | 2:14-cv-28532 | TVT-O |
| Schulte, Tamara & Timothy | 2:14-cv-28515 | TVT-O |

1

2

| | | |
|---|---|---|
| Staigmiller, Marlene (Deceased) | 2:14-cv-28539 | Prolift |
| Wallin, Patricia | 2:14-cv-29136 | Prolift; TVT |
| Walters, Bessie, deceased | 2:14-cv-17181 | Prolift |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Pence as a general expert.**