# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Phyllis K. & Patrick Hall v. Ethicon, Inc., et al. | 2:18cv01146 |
| Naomi Larson, et al. v. Ethicon, Inc., et al. | 2:14cv22872 |
| Deborah S. Snyder v. Ethicon, Inc., et al. | 2:16cv04193 |