**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE ANNE WILSON FOR WAVE 13**

**List of Applicable Cases**

| Case Name | Case Number | Product(s) |
|---|---|---|
| Sutton, Cassandra & Robert | 2:13-cv-16175 | TVT; TVT Abbrevo; TVT Exact; TVT Secur |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Ms. Wilson as a general expert.**