**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE DONALD R. OSTERGARD, M.D. FOR WAVE 13**

**List of Applicable Cases**

| Case Name | Case Number | Product(s) |
|---|---|---|
| Campbell, Joan & Richard T. | 2:14-cv-28490 | Gynemesh PS |
| Holm, Julie Ann | 2:15-cv-07038 | Prolene |
| Parks, Donna & Delbert, deceased | 2:14-cv-10221 | Gynemesh PS |
| Sobie, Pamela & Raymond | 2:12-cv-04789 | Mersilene |
| Westerfield, Debra | 2:14-cv-09748 | Prolene Soft |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Ostergard as a general expert.**