**EXHIBIT A TO DEFENDANTS' NOTICE OF ADOPTION OF PRIOR *DAUBERT* MOTION CHALLENGING THE GENERAL-CAUSATION OPINIONS OF DIONYSIOS K. VERONIKIS, M.D., FOR WAVE 13**

**List of Applicable Cases**

| Case Name | Case Number | Product(s) |
|---|---|---|
| Parks, Donna & Delbert, deceased | 2:14-cv-10221 | Gynemesh PS |
| Bunch, Evelyn | 2:14-cv-31166 | TVT Secur |
| Schillachi, Mary | 2:13-cv-21483 | Prolift; TVT Secur |

**\* Defendants reserve the right to supplement this list should any other plaintiff designate Dr. Veronikis as a general expert.**