# EXHIBIT A

| Case Name | MDL Case # |
|---|---|
| MARTINEZ, Amber vs. Boston Scientific Corporation | 13-cv-32407 |
| RISELY, Debra, et al. vs. Ethicon Inc., et al. | 13-cv-05338 |