IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE ETHICON, INC.,
PELVIC REPAIR SYSTEM PRODUCTS     MDL No. 2327
LIABILITY LITIGATION
THIS DOCUMENT RELATES TO

ETHICON, INC., WAVE 13 CASES LISTED IN EXHIBIT A

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE BRUCE ROSENZWEIG, MD.

Defendant Boston Scientific Corporation adopts and incorporates by reference its prior *Daubert* motion to exclude the opinions of Bruce Rosenzweig, M.D.., and memorandum in support. Boston Scientific Corp., Pelvic Repair Systems Product Liability Litigation MDL No 2326 [ECF No. 8084]. Boston Scientific respectfully requests that the Court exclude Bruce Rosenzweig M.D.'s testimony, for the reasons expressed in the incorporated briefing. This notice applies to Ethicon Wave 13 cases identified in **Exhibit A**.

Dated: December 20, 2019 Respectfully submitted,

By: /s/ Eric M. Anielak
Jon A. Strongman
Eric M. Anielak
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
jstrongman@shb.com
eanielak@shb.com

**ATTORNEYS FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2019 I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: December 20, 2019

                                      Respectfully submitted,

                                      /s/ Eric M. Anielak
                                      Eric M. Anielak

                                      **ATTORNEY FOR DEFENDANT**
                                      **BOSTON SCIENTIFIC CORPORATION**