IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO | MDL No. 2327 |

ETHICON, INC., WAVE 13 CASES LISTED IN EXHIBIT A

## NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE SCOTT GUELCHER, Ph.D.

Defendant Boston Scientific Corporation adopts and incorporates by reference its prior *Daubert* motion to exclude the opinions of Scott Guelcher, Ph.D., and memorandum in support. Martha Carlson v. Boston Scientific Corporation [ECF No. 52]. Boston Scientific respectfully requests that the Court exclude Scott Guelcher Ph.D.'s testimony, for the reasons expressed in the incorporated briefing. This notice applies to the Ethicon Wave 13 cases identified in **Exhibit A**.

Dated:  December 20, 2019 Respectfully submitted,

By: /s/ Eric M. Anielak
Jon A. Strongman
Eric M. Anielak
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
jstrongman@shb.com
eanielak@shb.com

**ATTORNEYS FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2019, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: December 20, 2019

Respectfully submitted,

/s/ Eric M. Anielak
Eric M. Anielak

**ATTORNEY FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION**