# EXHIBIT A

4813-2021-8799 v1

**Exhibit A – Scott Guelcher, PhD – BSC**

| Case Name | MDL Case # |
|---|---|
| RISLEY, Debra, et al., vs. Ethicon Inc., et al. | 13-cv-05338 |