# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

December 20, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Anderson Law Offices, et al.
           v. Common Benefit Fee and Cost Committee
           No. 19-791
           (Your No. 19-1849, 19-1850, 19-1851, 19-1853, 19-1855, 19-1856,
           19-1857, 19-1892)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 18, 2019 and placed on the docket December 20, 2019 as No. 19-791.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst