**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

---

THIS DOCUMENT APPLIES TO:
ALL BOSTON SCIENTIFIC CORP. CASES PENDING IN WAVE 13 OF MDL 2327
(ECF No. 9000)

---

**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF**
**DR. SCOTT GUELCHER**

Plaintiffs hereby adopt and incorporate by reference Plaintiff's Response to Defendant's Motion to Exclude the Opinions and Testimony of Dr. Scott Guelcher, Ph.D. from *Carlson v. Boston Scientific Corporation*, Case No. 2:13-cv-05475. *See* ECF No. 74. Plaintiffs respectfully request that the Court deny Defendant's motion for the reasons expressed in the incorporated response briefing.

DATED: January 2, 2020

Respectfully submitted,

By: /s/ *Clayton A. Clark*
Clayton A. Clark
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

By: /s/ *Aimee Wagstaff*
Aimee Wagstaff
Co-Lead Counsel for Plaintiffs in
MDL No. 2326
aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2020 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ *W. Michael Moreland*
W. Michael Moreland

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217