**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS                                                           MDL NO. 2327
PRODUCTS LIABILITY LITIGATION
_____

THIS DOCUMENT APPLIES TO:
ALL BOSTON SCIENTIFIC CORP. CASES PENDING IN WAVE 13 OF MDL 2327 AND LISTED IN EXHIBIT A OF DEFENSE NOTICE OF ADOPTION
(ECF No. 8997)
_____

**NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSE OF
DR. PEGGY PENCE**

Plaintiffs hereby adopt and incorporate by reference Plaintiffs' Response in Opposition to Defendant Boston Scientific Corporation's Motion to Exclude the Opinions and Testimony of Peggy Pence, Ph.D. from Boston Scientific Wave 3. (*See* 2:12-md-2326 Boston Scientific Corp. MDL 2326 ECF No. 4968.) Plaintiffs respectfully request that the Court deny Defendant's motion for the reasons expressed in the Wave 3 response briefing.

DATED:  January 2, 2020

                                                        Respectfully submitted,

                                                By:     /s/ *Clayton A. Clark*
                                                        Clayton A. Clark
                                                        Co-Lead Counsel for Plaintiffs in
                                                        MDL No. 2326
                                                        cclark@triallawfirm.com

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

                                                By:     /s/ *Aimee Wagstaff*
                                                        Aimee Wagstaff
                                                        Co-Lead Counsel for Plaintiffs in
                                                        MDL No. 2326
                                                        aimee.wagstaff@andruswagstaff.com

**ANDRUS WAGSTAFF, P.C.**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2020 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:    /s/ *W. Michael Moreland*
       W. Michael Moreland

**CLARK, LOVE & HUTSON, PLLC**
440 Louisiana St., Ste. 1600
Houston, Texas 77002
Telephone (713) 757-1400
Facsimile (713) 759-1217

- 2 -