# EXHIBIT 2

1               IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
2                      CHARLESTON DIVISION
                        MDL No. 2326
3

    _____
4

    IN RE:  BOSTON SCIENTIFIC CORP.,
5   PELVIC REPAIR SYSTEM
    PRODUCTS LIABILITY LITIGATION
6   THIS DOCUMENT RELATES TO:
    ALL WAVE 4 IN MDL NO. 2326
7

    _____
8

9

10

11

12

                    VIDEOTAPED DEPOSITION OF
13                  BRUCE A. ROSENZWEIG, M.D.
14                     Chicago, Illinois
                  Thursday, August 30, 2018
15

16

17

18

19

20

21

22

23              GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com

Bruce A. Rosenzweig, M.D.

1            The videotaped deposition of BRUCE A.

2    ROSENZWEIG, M.D., taken pursuant to the Federal

3    Rules of Civil Procedure of the United States

4    District Courts pertaining to the taking of

5    depositions, taken before Marianne Nee, a

6    Certified Shorthand Reporter of the State of

7    Illinois, CSR License No. 084-002341, taken at

8    161 North Clark Street, Suite 3050, Chicago,

9    Illinois, on Thursday, August 30, 2018,

10   commencing at 9:04 a.m.

11

12

13                        *  *  *

14

15

16

17

18

19

20

21

22

23

24

Bruce A. Rosenzweig, M.D.

```
 1            A P P E A R A N C E S:
 2   ON BEHALF OF THE MDL PLAINTIFFS:
 3        CLARK LOVE HUTSON
         440 Louisiana Street
 4        Suite 1600
         Houston, Texas  77002
 5        BY:  SHELLEY HUTSON, ESQUIRE
         (713) 757-1400
 6        shutson@triallawfirm.com
 7            and
 8        PERDUE and KIDD
         777 Post Oak Boulevard
 9        Suite 450
         Houston, Texas 77056
10        BY:  JIM M. PERDUE, JR., ESQUIRE
         (713) 520-2500
11        jperduejr@perdueandkidd.com
12   ON BEHALF OF VARIOUS PLAINTIFFS:
13        MOLL LAW GROUP
         70 West Madison Street
14        14th Floor
         Chicago, Illinois  60602
15        BY:  KEN MOLL, ESQUIRE
         (312) 462-1700
16        kmoll@molllawgroup.com
17   ON BEHALF OF THE DEFENDANT BOSTON SCIENTIFIC
     CORPORATION:
18
         SHOOK HARDY & BACON LLP
19        2555 Grand Boulevard
         Kansas City, Missouri  64108-2613
20        BY:  ANDREA J. STEELE, ESQUIRE
         (816) 559-2447
21        asteele@shb.com
22
     ALSO PRESENT:
23
         ANTHONY MICHELETTO, Videographer
24        Golkow Litigation Services
```

Bruce A. Rosenzweig, M.D.

```
1           T A B L E   O F   C O N T E N T S
2   WITNESS                                        PAGE
3   BRUCE A. ROSENZWEIG, M.D.
4     By Ms. Steele                                 7
5
                    E X H I B I T S
6
    NUMBER                 DESCRIPTION          MARKED
7
                    Rosenzweig Deposition Exhibits
8
    Exhibit 1    Amended Notice of                5
9                Videotape Deposition Duces
                 Tecum of Dr. Bruce
10               Rosenzweig
11  Exhibit 2    General Expert Rule 26           5
                 Report of Bruce A.
12               Rosenzweig, M.D.
13  Exhibit 3    Exhibit A, Rosenzweig CV         5
14  Exhibit 4    Exhibit B, Rosenzweig            5
                 testimony 2009 to present
15
    Exhibit 5    Exhibit C - Reliance             5
16               Material for all Boston
                 Scientific Corporation
17               products
18  Exhibit 6    General Expert Rule 26           12
                 Report of Bruce A.
19               Rosenzweig, M.D.
20  Exhibit 7    Bruce Rosenzweig, M.D.'s         15
                 General Expert Report
21
22
                        * * *
23
24
```

Bruce A. Rosenzweig, M.D.

```
 1              P R O C E E D I N G S:

 2                      *  *  *

 3                      (Exhibit 1 was marked for

 4                      identification.)

 5                      (Exhibit 2 was marked for

 6                      identification.)

 7                      (Exhibit 3 was marked for

 8                      identification.)

 9                      (Exhibit 4 was marked for

10                      identification.)

11                      (Exhibit 5 was marked for

12                      identification.)

13              THE VIDEOGRAPHER:  We are now on the

14      record.  My name is Anthony Micheletto.  I'm the

15      videographer with Golkow Litigation Services.

16              Today's date is August 30, 2018.  The

17      time is 9:04 a.m. as indicated on the video

18      screen.  This video deposition is being held in

19      Chicago, Illinois in the matter of In Re:

20      Boston Scientific Corporation, Pelvic Repair

21      System, Product Liabilities Litigation in the

22      United States District Court in the Southern

23      District of West Virginia, Charleston Division.

24              Our deponent is Bruce Rosenzweig, M.D.
```

Bruce A. Rosenzweig, M.D.

1   Will counsel please identify yourselves for the

2   video record?

3           MS. HUTSON:  My name is Shelley Hutson

4   from Clark Love & Hutson.  I represent the

5   plaintiff in the Boston Scientific MDL.

6           Are you going to introduce yourself for

7   the record, Jim?  You probably ought to.

8           MR. PERDUE:  I guess, with the

9   permission of counsel.  There won't be two at a

10  time, I can promise you that.  Jim Perdue, also

11  for the plaintiffs in the MDL.

12          MR. MOLL:  Ken Moll from Moll Law

13  Group, representing various plaintiffs.

14          MS. STEELE:  Andrea Steele, Shook Hardy

15  & Bacon, representing the defendant Boston

16  Scientific.

17          THE VIDEOGRAPHER:  Our court reporter

18  today is Marianne Nee.  Please swear in the

19  doctor.

20                  (Witness sworn.)

21           BRUCE A. ROSENZWEIG, M.D.,

22  called as a witness herein, having been first

23  duly sworn, was examined and testified as

24  follows:

Bruce A. Rosenzweig, M.D.

1                    EXAMINATION

2   BY MS. STEELE:

3       Q.   Good morning, Dr. Rosenzweig.

4       A.   Yes, ma'am.

5       Q.   How are you this morning?

6       A.   Fine.  Thank you.  And yourself?

7       Q.   Good.  Can you state your full name for

8   the record, please?

9       A.   Bruce Allen Rosenzweig.

10      Q.   And can you state your current business

11  address for the record?

12      A.   1725 West Harrison Street, Suite 358

13  here in Chicago.

14      Q.   And you've given various depositions in

15  the past, so you're familiar with how this will

16  go today; is that right?

17      A.   Yes, ma'am.

18      Q.   And probably most importantly, if at

19  any time I use a scientific or medical term

20  incorrectly or my question is not understood,

21  please let me know and I'll rephrase my

22  question.  Okay?

23      A.   Yes.

24      Q.   And what did you do to prepare for your

Bruce A. Rosenzweig, M.D.

1    deposition?

2        A.    I reviewed my general causation report

3    that was filed June 4, 2018.  I reviewed some

4    literature, some of my older reports and

5    testimonies.

6        Q.    And what literature did you review?

7        A.    Literature that is cited in my report

8    and also other literature that is part of my

9    reliance list.

10       Q.    Did you conduct any additional

11   literature searches before your deposition?

12       A.    No, ma'am.

13       Q.    Did you review any literature that's

14   not either cited in the body of your report or

15   in the reliance list attached to your report?

16       A.    Not that I specifically recall.

17       Q.    Were there certain categories of

18   literature you wanted to review before your

19   deposition?

20       A.    No.

21       Q.    And it's your understanding that this

22   deposition will just cover your general

23   causation opinions offered in your June 2018

24   report?

Bruce A. Rosenzweig, M.D.

1     A.    Correct.

2     Q.    Today we won't be covering the

3  case-specific opinions you've offered regarding

4  various plaintiffs in the Boston Scientific MDL.

5     A.    Correct.

6     Q.    And do you recall what prior testimony

7  you reviewed before your deposition today?

8     A.    Not that I specifically recall but, as

9  you know, I gave general causation testimony on

10  the Obtryx in the consolidated trial in West

11  Virginia.  I gave a general causation deposition

12  on Advantage, Advantage Fit and Lynx.  If I

13  remember correctly, that was November of 2014.

14          I also gave a general causation

15  deposition on Solyx and then trial testimony on

16  Solyx, and then recently, last year in September

17  I gave general causation testimony on the Lynx

18  device in state court in Delaware.

19     Q.    Thank you.  Did you perform any

20  research using the FDA MAUDE database in

21  preparation?

22     A.    No.

23     Q.    Did you review any Boston Scientific

24  internal documents or labeling?

Bruce A. Rosenzweig, M.D.

1      A.   I probably looked at the Instructions

2 For Use for the various devices we're going to

3 discuss today.

4      Q.   Did you speak with anyone in

5 preparation for your deposition?

6      A.   Yes.

7      Q.   Who did you speak with?

8      A.   Ms. Hutson and Mr. Perdue.

9      Q.   And for approximately how long did you

10 meet?

11      A.   Four or five hours.

12      Q.   Have -- since your last general cause

13 deposition, have you given -- have you spoken

14 with any other retained experts for plaintiffs

15 in the Boston Scientific litigation?

16      A.   And which general causation deposition

17 are you talking about?

18      Q.   Since your last one in the MDL, so

19 approximately late 2014.

20      A.   And which again are you talking about,

21 the Solyx or the Advantage?

22      Q.   Regarding the Advantage.

23      A.   No.

24      Q.   Have you spoken with any retained

Bruce A. Rosenzweig, M.D.

1    experts regarding Solyx?

2        A.   No.

3        Q.   Just generally in the last two to three

4    years have you spoken regarding your opinions

5    with any other retained experts for plaintiffs?

6        A.   No.

7        Q.   So you haven't discussed any testing to

8    be conducted with other experts?

9        A.   No.  I make it a point not to talk to

10   the other experts in the MDL.

11       Q.   I'm going to hand you what's been

12   marked as Exhibit 1 to your deposition.

13       A.   Yes.

14       Q.   And do you recognize Exhibit 1?

15       A.   Yes.

16       Q.   And this is the notice of deposition,

17   and if you turn to the second page, Exhibit A --

18       A.   Yes.

19       Q.   -- did you bring any documents

20   responsive to this notice with you today?

21       A.   I brought a copy of my report.  The

22   testimony history and my CV are up to date as of

23   when it was filed on the 4th of June 2018.

24       Q.   Did you bring any invoices with you

Bruce A. Rosenzweig, M.D.

1    today?

2        A.   No, I did not.  I do not keep invoices,

3    but I'm sure Ms. Hutson would make those

4    available.

5            MS. STEELE:  We just request you make

6    those available.

7            MS. HUTSON:  And we will.

8    BY MS. STEELE:

9        Q.   And the copy of your expert report that

10   you brought with you today, does it contain any

11   notes or markings?

12       A.   It just has highlights to allow me to

13   quickly and expeditiously get to portions of my

14   report to help make things run smoothly today.

15       Q.   And I'll mark that as Exhibit 6 to your

16   deposition.

17       A.   Yes.  You mean my report?

18       Q.   The report that you brought with you

19   today.

20       A.   Excellent.

21                    (Exhibit 6 was marked for

22                     identification.)

23   BY MS. STEELE:

24       Q.   And you can keep it with you.

Bruce A. Rosenzweig, M.D.

1      A.   Thank you.

2      Q.   Is Exhibit 2 I previously marked a

3   clean copy of your expert report --

4      A.   Yes, ma'am.

5      Q.   -- filed on June 4, 2018?

6      A.   Yes, ma'am.

7      Q.   I'll hand you Exhibit 3 which is

8   Exhibit A which is -- if you can identify what

9   Exhibit A is for the record.

10     A.   This is my curriculum vitae.

11     Q.   And that is current?

12     A.   Yes.  I haven't updated it in a few

13  years.  There is nothing much to update.

14     Q.   And I'll hand you what's been

15  previously marked as Rosenzweig Exhibit 4 which

16  is Exhibit B attached to your expert report.

17     A.   Yes.

18     Q.   And can you identify what Exhibit 4

19  which is Exhibit B to your report is?

20     A.   This is my testimony history.

21     Q.   And that is up to date as of June 2018?

22     A.   Actually I think there is just one

23  Boston deposition that I thought was done before

24  that, but it must have been done after that and

Bruce A. Rosenzweig, M.D.

1    that was a case-specific deposition, Ferraro or

2    Fajardo.

3         Q.   Fardo?

4         A.   No.  Fajardo.  It is the one that the

5    trial is next week in Connecticut.

6         Q.   And are you scheduled to go to

7    Connecticut next week?

8         A.   Yes, ma'am.

9         Q.   Which day?

10        A.   I think Wednesday.  Are you going to be

11   there, too?

12        Q.   We'll see.

13        A.   Unless you guys decide to settle over

14   the weekend, make everybody's life easier.

15        Q.   That's above most of our pay grades.

16             And I'm going to hand you what has been

17   previously marked as Exhibit 5 which is Exhibit

18   C to your expert report.

19        A.   Yes.

20        Q.   And can you identify what Exhibit 5 is?

21        A.   This is a reliance list of the

22   literature and internal documents that I've

23   reviewed.

24             ///

Bruce A. Rosenzweig, M.D.

```
 1                    (Exhibit 7 was marked for
 2                     identification.)
 3   BY MS. STEELE:
 4       Q.   I'll mark as Exhibit 7 and hand you
 5   what has been marked as Exhibit 7.  And is that
 6   a copy of your previous general causation report
 7   in Wave 1 and 2 regarding Advantage, Advantage
 8   Fit and Lynx?
 9       A.   Correct.
10       Q.   And have any of the opinions expressed
11   in Exhibit 7 changed since 2014 or have they
12   only been supplemented?
13       A.   They have only been supplemented.
14   Again, what I try to do with this report since
15   -- in anticipation of one of your future
16   questions, yes, I do stand by all my prior
17   testimony that I've given in my general
18   causation opinions, both for the Obtryx, the
19   Solyx, the Advantage, the Advantage Fit, and the
20   Lynx.
21       Q.   I want to talk about how you went about
22   preparing your supplemental report that was
23   marked as Exhibit 2 from Exhibit 7 and various
24   other general reports that you filed before.
```

Bruce A. Rosenzweig, M.D.

1          When were you first asked to update

2     your report for Wave 4?

3          A.   The spring of 2018.

4          Q.   And what steps did you undergo to

5     update your report?

6          A.   Add specific information about the

7     Solyx, the Obtryx and the Prefyx and the

8     Pinnacle and Uphold to the basics of the report

9     that was already filed for Advantage, Advantage

10    Fit and Lynx.

11         Q.   Your expert report from June 2018 does

12    not contain any specific opinions regarding the

13    Uphold Lite product; is that correct?

14         A.   Correct.

15         Q.   Your expert report served in June 2018

16    does not contain any expert opinions regarding

17    the Boston Scientific Upsylon product, correct?

18         A.   Correct.

19         Q.   Your expert report served in June of

20    2018 does not contain any specific opinions

21    regarding Polyform sheet mesh, correct?

22         A.   Correct.

23         Q.   In preparing your June 2018 expert

24    report, were you given additional materials to

Bruce A. Rosenzweig, M.D.

1    review from plaintiffs' counsel?

2         A.    Not that I specifically recall.

3         Q.    And I think one of the main additions

4    to your report is commentary on deposition

5    testimony given by Janice Connor in 2015?

6         A.    That -- probably, yeah.  Let me just

7    check the date.  Yes.

8         Q.    And had you reviewed that prior to

9    updating your report or did you review it in the

10   course of updating your 2018 report?

11        A.    No.  I had reviewed it prior to.

12        Q.    Did you conduct any additional

13   literature searches?

14        A.    Specifically for this?

15        Q.    Specifically to update this report.

16        A.    No.

17        Q.    This is the first report that you've

18   authored with general opinions regarding the

19   Uphold and Pinnacle devices; is that correct?

20        A.    Correct.

21        Q.    Did you conduct literature searches

22   regarding Uphold and Pinnacle?

23        A.    Specifically for this report, no.  I

24   had done that prior.

Bruce A. Rosenzweig, M.D.

```
1        Q.   Are you currently in private practice?

2        A.   Yes, ma'am.

3        Q.   And is that the same private practice

4   you've operated for the last 15, 20 years?

5        A.   About 15 years, actually 16 years, yes.

6        Q.   How many employees do you have?

7        A.   I have three employees right now.

8        Q.   Who are the three employees and what

9   are their roles?

10       A.   One is my nurse, one is my secretary,

11  and one is my wife who runs her own weight loss

12  clinic.

13       Q.   How many days a week do you currently

14  perform surgery?

15       A.   A day and a half a week.

16       Q.   When is the last time you performed

17  surgery?

18       A.   Well, I've been out on family medical

19  leave for the last month.  As you know, this

20  deposition was scheduled earlier in the month.

21  My wife had surgery, so I've been taking time,

22  since she can't really do very much with her arm

23  being in a sling, but I did a minor case two

24  weeks ago.  Before that it was in August, July.
```

Bruce A. Rosenzweig, M.D.

1    Q.   How many days a week do you see

2  patients in the office?

3    A.   Two days a week.

4    Q.   How often do you remove polypropylene

5  mesh products?

6    A.   The last one I did was a Boston

7  Scientific Advantage and that was in July.  It

8  was a retropubic removal, so I think I've done

9  maybe four or five this year.

10    Q.   In 2018 you performed four to five mesh

11  removals in total?

12    A.   Correct.

13    Q.   And for the one that you performed in

14  July that was a Boston Scientific Advantage

15  product, how did you know that it was a Boston

16  Scientific Advantage?

17    A.   I had her prior medical records.

18    Q.   Was it a complete sling removal or just

19  a partial excision?

20    A.   She had two prior vaginal removals, and

21  so we went in to take out the rest through a

22  retropubic removal.  So as best I could, it was

23  a complete removal.

24         I don't think in many instances or the

Bruce A. Rosenzweig, M.D.

1    majority of instances you can ever get out all

2    the mesh, particularly when it comes out

3    piecemeal.

4        Q.   For your treatment of patients with

5    stress urinary incontinence, is the laparoscopic

6    Burch still your primary procedure?

7        A.   I have never testified that the

8    laparoscopic Burch is my primary procedure.

9        Q.   Is open Burch your primary procedure?

10       A.   Correct.

11       Q.   Are there any circumstances under which

12   a polypropylene midurethral sling would be

13   appropriate to implant into a patient with

14   stress urinary incontinence?

15       A.   I do not implant polypropylene

16   midurethral slings for stress urinary

17   incontinence.

18       Q.   Would you refer a patient, if

19   appropriate, for placement of a polypropylene

20   midurethral sling to treat her stress urinary

21   incontinence?

22       A.   If a patient wants a polypropylene

23   midurethral sling to treat her stress urinary

24   incontinence and I've discussed with them the

Bruce A. Rosenzweig, M.D.

1    risks and benefits, I would refer that patient

2    off to a physician to place a polypropylene

3    midurethral sling.

4        Q.   Who would you refer her to?

5        A.   There is a urogynecologist at Rush.

6    There are urologists, urogynecologists at Rush

7    who would implant a polypropylene midurethral

8    sling in the appropriate patient.

9        Q.   Do you know what manufacturers of

10   polypropylene midurethral slings are currently

11   being implanted at Rush?

12       A.   If I recall, we only have Ethicon

13   products.

14       Q.   Do you discuss the option of a

15   polypropylene midurethral sling with all of your

16   patients who are seeking surgical treatment for

17   stress urinary incontinence?

18       A.   I discuss that as a treatment option.

19   I discuss with them the risks and benefits.  I

20   discuss with them why I don't use polypropylene

21   midurethral slings because of the risks far

22   outweighing the benefits.  I discuss with them,

23   as I discussed in my report, that polypropylene

24   is an inappropriate material to place in a

Bruce A. Rosenzweig, M.D.

1    woman's pelvis for all the reasons that I've

2    stated in my general causation report.

3        Q.   Have you made any efforts to stop the

4    implantation of polypropylene midurethral slings

5    at Rush Hospital?

6        A.   I do not implant midurethral slings,

7    polypropylene midurethral slings, so in my

8    practice, yes.

9        Q.   Have you made any efforts in the

10   practices of your colleagues at Rush to stop the

11   implantation of polypropylene midurethral

12   slings?

13       A.   I discuss the risks of polypropylene

14   placed in the female pelvis as a treatment for

15   stress urinary incontinence with the doctors

16   that I work with, residents, fellows, and I have

17   not petitioned to have midurethral slings

18   removed.  I just discuss my opinions about and

19   the facts about polypropylene products, one of

20   them is to treat stress urinary incontinence,

21   with my colleagues at Rush.

22       Q.   Is it reasonable for your colleagues at

23   Rush to implant polypropylene midurethral

24   slings?

Bruce A. Rosenzweig, M.D.

1     A.   It is not outside the standard of care.

2  However, as more data is being discussed and

3  documented in the medical literature, I find

4  that more physicians have become less likely to

5  implant polypropylene midurethral slings in

6  patients.

7     Q.   And what is that impression based on?

8     A.   Well, No. 1, if you look at the country

9  of Scotland has banned polypropylene products.

10  England has a one-year hold on midurethral

11  slings.  Australia and New Zealand has banned --

12  New Zealand has banned polypropylene products.

13  New Zealand, there are certain polypropylene

14  products that are no longer available.

15     Q.   In the United States the use of

16  polypropylene midurethral slings has not been

17  banned, correct?

18     A.   Correct.

19     Q.   All of the major medical societies for

20  the fields of urology, gynecology and

21  urogynecology continue to support the use of

22  polypropylene midurethral slings in appropriate

23  patients, correct?

24          MS. HUTSON:  Object to the form.

Bruce A. Rosenzweig, M.D.

1   BY THE WITNESS:

2       A.    As of the last position statements that

3   I saw, but again, I would disagree that it is

4   the worldwide gold standard because of the

5   testimony I just gave about where polypropylene

6   midurethral slings are no longer available.

7           Therefore, it can't be a worldwide gold

8   standard if it's not available worldwide.

9   BY MS. STEELE:

10      Q.    I want to transition to the use of

11  polypropylene mesh transvaginally for the

12  treatment of pelvic organ prolapse.

13      A.    Okay.

14      Q.    Do surgeons at Rush currently implant

15  polypropylene mesh transvaginally for the

16  treatment of pelvic organ prolapse?

17      A.    Are you talking about kits or as an

18  inlay?

19      Q.    Either.

20      A.    I'm not aware that we have

21  polypropylene kits, armed polypropylene kits or

22  unarmed polypropylene kits for the treatment of

23  pelvic organ prolapse at Rush.

24      Q.    Are surgeons at Rush currently

Bruce A. Rosenzweig, M.D.

1    implanting polypropylene sheet mesh that is cut

2    by the surgeon for the treatment of pelvic organ

3    prolapse transvaginally?

4         MS. HUTSON:  Object to form.

5    BY THE WITNESS:

6         A.   Not that I'm aware of.

7    BY MS. STEELE:

8         Q.   Are surgeons at Rush currently

9    implanting polypropylene mesh abdominally for

10   the treatment of pelvic organ prolapse?

11        A.   As an abdominal colposacropexy, I do

12   think that there are physicians that are using

13   polypropylene mesh in a sheath format to be used

14   to treat pelvic organ prolapses and abdominal

15   colposacropexy.

16        Q.   Do you know what manufacturer's sheet

17   mesh is being used?

18        A.   Not that I specifically recall.

19        Q.   Will polypropylene mesh that is

20   implanted via an abdominal sacrocolpopexy

21   degrade in the female pelvis?

22        A.   Yes.

23        Q.   Will polypropylene mesh that is

24   implanted via an abdominal sacrocolpopexy shrink

Bruce A. Rosenzweig, M.D.

1   or contract in the female pelvis?

2       A.   Yes.

3       Q.   Have -- and you do not currently

4   implant polypropylene mesh in the female pelvis

5   for any indication or via any route; is that

6   correct?

7       A.   Correct.  In fact, I don't use

8   polypropylene suture.

9       Q.   Is the use of transvaginal mesh,

10  whether in a sheet mesh or in a kit for the

11  treatment of pelvic organ prolapse, outside the

12  standard of care?

13          MS. HUTSON:  Object to the form.

14  BY THE WITNESS:

15      A.   Currently, because there are 522

16  studies going on to look at the safety and

17  efficacy of polypropylene kits in the treatment

18  of pelvic organ prolapse and because of the

19  recent FDA up-classing of the polypropylene kits

20  in the treatment of pelvic organ prolapse to a

21  Class III device, it is my opinion that the use

22  of it should be considered experimental and that

23  patients, if it is going to be used in them,

24  should be warned that this is an experimental

Bruce A. Rosenzweig, M.D.

1    product.

2         It should be used with that

3    understanding, that the safety and efficacy has

4    not been determined for the kits that are

5    currently still being used and being evaluated

6    under 522 studies.  It's my understanding that

7    those 522 studies have not been completed and,

8    therefore, the data is not available and,

9    therefore, the safety and efficacy has not been

10   confirmed.

11   Q.   Is a surgery or device that is

12   considered experimental outside the standard of

13   care?

14        MS. HUTSON:  Object to form.

15   BY THE WITNESS:

16   A.   If the patient understands that this is

17   -- the safety and efficacy of this device has

18   not been documented, that it is currently being

19   studied under a 522 protocol by the FDA, has

20   currently been up-classed from a Class II device

21   to a Class III device, and the patient

22   understands all of that and it's being used as

23   an experimental device, then it would be not

24   inappropriate to use that device.

Bruce A. Rosenzweig, M.D.

1    BY MS. STEELE:

2        Q.    And is that opinion true from the time

3    that the 522s were ordered?

4        A.    Well, yes.  I mean, that's why the 522s

5    were ordered is the FDA determined that the

6    safety and effectiveness of pelvic floor

7    prolapse devices, that the kits had not been

8    determined and, therefore, required any

9    manufacturer that wanted to continue to sell

10   their device to do 522 studies to prove the

11   safety and effectiveness.

12            In the meantime it was then up-classed

13   to a Class III device and many of the devices

14   had been withdrawn from the market because the

15   manufacturers did not want to do 522 studies.

16   So obviously there is a significant degree of

17   concern over the safety and efficacy of these

18   products.

19       Q.    Boston Scientific continues to market a

20   transvaginal mesh kit for the treatment of

21   pelvic organ prolapse, correct?

22       A.    Correct, Uphold Lite.

23       Q.    Boston Scientific did choose to conduct

24   a 522 study on the Uphold Lite, right?

Bruce A. Rosenzweig, M.D.

1    A.    Correct.  That's my understanding, that

2  sometime this fall the 522 study will be

3  concluded and that sometime in the near future

4  that data will be made available.

5    Q.    Prior to the 522 orders was the use of

6  polypropylene mesh transvaginally for the

7  treatment of pelvic organ prolapse within the

8  standard of care?

9         MS. HUTSON:  Object to the form.

10  BY THE WITNESS:

11    A.    While it was not outside the standard

12  of care, for many products there was no

13  long-term data.  There is no prospective

14  randomized control trials of greater than one

15  year.

16         When you look at the few studies that

17  have been done past one year, there is a -- the

18  Milani study on the Prolift device that showed a

19  42 percent erosion rate at five years for the

20  Prolift device.  It is very difficult with

21  one-year data on products in nonrandomized

22  control trials to be able to prove the safety

23  and effectiveness of a product.

24         ///

Bruce A. Rosenzweig, M.D.

1    BY MS. STEELE:

2        Q.    So prior to 2012 when the 522s were

3    ordered, the use of transvaginal mesh for the

4    treatment of pelvic organ prolapse was within

5    the standard of care, correct?

6            MS. HUTSON:   Object to the form.

7    BY THE WITNESS:

8        A.    It was not outside the standard of

9    care.

10   BY MS. STEELE:

11       Q.    Have you reviewed the study protocol

12   for the 522 study on the Uphold Lite device?

13       A.    Yes.   I reviewed that a while back.

14       Q.    And the Uphold Lite is made of Marlex

15   polypropylene?

16       A.    Correct.

17       Q.    Do you have any criticisms of the study

18   protocol that was approved for the Uphold Lite

19   522 study?

20       A.    No.

21       Q.    Do you have any criticisms -- first,

22   strike that.  Have you reviewed the protocol for

23   the postmarket study being conducted comparing

24   the Solyx single-incision sling to the Obtryx

Bruce A. Rosenzweig, M.D.

1    transobturator sling?

2        A.    Yes, I did review that study protocol.

3        Q.    Do you have any criticisms of that

4    study protocol for the Solyx and Obtryx?

5        A.    No, I have not, and it's my

6    understanding that that 522 study has been

7    completed.  However, the data has not been made

8    available yet, at least I haven't seen the data

9    made available yet.

10       Q.    Once the Solyx and Obtryx study data is

11   made available, what rate of cure would you need

12   to see to prove that the devices are effective?

13           MS. HUTSON:  Object to the form.

14   BY THE WITNESS:

15       A.    I don't understand your question.

16   BY MS. STEELE:

17       Q.    Once the 522 data from the Obtryx and

18   Solyx study is made publicly available, is a

19   cure rate of 80 percent acceptable?

20           MS. HUTSON:  Object to the form.

21   BY THE WITNESS:

22       A.    For demonstrating effectiveness?

23   BY MS. STEELE:

24       Q.    Effectiveness.

Bruce A. Rosenzweig, M.D.

1      A.    After the three years?

2      Q.    Correct.

3      A.    That would be the efficacy rate.  That

4  number would be then made available to patients

5  to give them the opportunity to decide is that

6  an efficacy that they would find acceptable.

7      Q.    What complication rate demonstrated

8  through the Obtryx and Solyx 522 study would

9  change your opinion regarding the safety of

10  those products?

11          MS. HUTSON:  Object to the form.

12  BY THE WITNESS:

13      A.    The literature on polypropylene, the

14  fact that polypropylene degrades, that

15  polypropylene contracts.  There was a systematic

16  review by Thomas in 2018 that showed that for

17  polypropylene products, the chronic inflammatory

18  reaction has not been shown to ever go away.

19          So we know that there is a chronic

20  foreign body reaction that never goes away, a

21  chronic inflammatory reaction that never goes

22  away, that the mesh degrades, the mesh

23  contracts, that the mesh -- there is no time

24  that there will ever be a resolution of the risk

Bruce A. Rosenzweig, M.D.

1    of having complications, complications of pelvic

2    pain, dyspareunia, urinary issues, recurrent

3    incontinence, overactive bladders, obstructed

4    voiding, mesh erosion, mesh exposure into the

5    vagina, erosion into the urinary tract.

6           There is no time that that would ever

7    be absolved in a patient from that occurring,

8    that removing mesh once it's been put in place

9    is impossible, that patients will have multiple

10   -- will need multiple revision surgeries that

11   might not resolve their problem.  So there is no

12   complication rate that is documented in this 522

13   study that will prove that this device is safe

14   and effective.

15   BY MS. STEELE:

16      Q.   So no matter what the study protocol

17   is, there is no study that could ever be

18   designed that would prove polypropylene mesh is

19   safe for placement in the female pelvis;

20   correct?

21          MS. HUTSON:  Object to the form.

22   BY THE WITNESS:

23      A.   A three-year study, it's still too

24   short.  Remember, this mesh is going to be

Bruce A. Rosenzweig, M.D.

1  placed for the lifetime of a woman, okay?  There

2  is data that complications show up ten, 15, 20

3  years after implantation.  So that a short-term

4  data -- three years is an intermediate term --

5  it just gives you a number of what this study

6  found.

7  BY MS. STEELE:

8     Q.   How much -- how long of a follow-up is

9  good enough?

10    A.   As I've stated in my report,

11  polypropylene is not an adequate material to be

12  placed in a female pelvis.  Polypropylene is

13  attacked by strong acids, peroxides that are

14  readily available in the pelvis.  Polypropylene

15  is not pure.  It contains a multitude of

16  additives that will leach out over time.

17         The polypropylene will degrade.  It

18  will contract.  It will have a chronic foreign

19  body and it will have a chronic inflammatory

20  reaction.  So all the opinions that are in my

21  general causation report about the Solyx and the

22  Obtryx device will not change based on the

23  results of the 522 study.

24    Q.   You've criticized Boston Scientific for

Bruce A. Rosenzweig, M.D.

1    not conducting studies on its polypropylene mesh

2    products, correct?

3        A.    Correct.

4        Q.    And you've criticized the reliability

5    of various studies that have been published in

6    the literature regarding Boston Scientific's

7    mesh products, right?

8        A.    They are as stated in my report, as

9    stated in my testimony, correct.

10       Q.    What study could Boston Scientific have

11   done that would have been good enough for it to

12   market its polypropylene mesh products?

13            MS. HUTSON:  Object to the form.

14   BY THE WITNESS:

15       A.    Well, again, doing this study is a

16   start, and it gives numbers that can be used to

17   counsel a patient about the risks associated

18   with these devices.  Again, there are other

19   risks such as the risk of mesh degradation, the

20   risk of mesh contraction, the risk of the

21   chronic foreign body reaction, the risk of

22   chronic inflammation, the risk that these will

23   never go away, that these can lead to multiple

24   complications that can never be treated, that

Bruce A. Rosenzweig, M.D.

1  even with treatment you will not resolve

2  complications.

3          That is what I talk about in my section

4  on Directions For Use.  So yes, doing

5  a study we'll be able to say, In three years we

6  found that the success rate of the Obtryx was 85

7  percent and the success of the Solyx was 72.5

8  percent, that the erosion rate -- which we know

9  from the Ross study from Obtryx, a five-year

10  study -- the erosion rate was nine percent, the

11  rate of pelvic pain was 15 percent, the rate of

12  abdominal -- excuse me -- the rate of groin pain

13  was 15 percent, the rate of abdominal pain was

14  40 percent.

15          That is important numbers to be able to

16  give to a patient to counsel the patient.  So

17  the 522 study is going to be one point, okay?

18  There are other points.  The only long-term

19  randomized control trial on Obtryx, on Advantage

20  is the Ross study.  It's the only good study

21  that's in the literature, and that shows that

22  there -- for the Advantage mesh, there is a 12

23  percent erosion rate.  When you add the Obtryx

24  with the Advantage arm, you get a 12 percent

Bruce A. Rosenzweig, M.D.

1    erosion rate.  That is a significant number.

2    BY MS. STEELE:

3        Q.    The Tarcan study has five-year

4    randomized data --

5        A.    Tarcan is not --

6            THE COURT REPORTER:  I'm sorry.  Can

7    you wait until she finishes?  Ask your question

8    again.

9    BY MS. STEELE:

10       Q.    The Tarcan study has five-year

11   randomized data?

12       A.    No, it does not.  The Tarcan took eight

13   years to do.  They only looked at a year and a

14   half's worth of data, and they state that the

15   reason why it took so long is they were spending

16   more of their time removing mesh than putting

17   mesh in.  Tarcan is not -- I've had a long

18   discussion with Mr. Adams about the Tarcan

19   study.

20       Q.    I believe you said it was an obscure

21   Turkish study?

22       A.    It was published in an obscure journal,

23   unlike the Ross study that was in peer-reviewed

24   journal.

Bruce A. Rosenzweig, M.D.

1      Q.    And the authors in the long-term Ross

2  article do not recommend doctors discontinue

3  using the Advantage or the Obtryx, correct?

4      A.    I do not specifically recall their

5  recommendation.  I do recall that their first

6  study stated that the transobturator sling is at

7  a disadvantage to the retropubic sling because

8  of the data on palpable mesh, groin pain.  This

9  further showed the erosion rate associated with

10  it.

11          MS. HUTSON:  I'm going to give you a

12  lot of leeway, but these specific studies he has

13  testified about a number of times, and today is

14  supposed to be limited to new opinions.  I'm

15  going to give you some leeway, but I just wanted

16  to address that.

17  BY MS. STEELE:

18      Q.    Would the only study that you would not

19  have criticisms of to prove the safety and

20  effectiveness of Boston Scientific's

21  polypropylene mesh products be a lifetime

22  follow-up study that is prospective and

23  randomized?

24          MS. HUTSON:  Objection; form.

Bruce A. Rosenzweig, M.D.

1   BY THE WITNESS:

2      A.   A long-term prospective randomized

3   control trial gives very good data.  However,

4   you have to look at it with all of the other

5   data points that we have there; all the studies

6   that have looked at mesh degradation, the

7   studies that have looked at mesh contraction,

8   the studies that have looked at the chronic

9   foreign body reaction, chronic inflammatory

10  reaction, and the risks that are generated from

11  those or the complications that are generated

12  from those defects of the polypropylene mesh.

13  BY MS. STEELE:

14     Q.   So really no matter what study Boston

15  Scientific did before marketing its

16  polypropylene mesh products, the polypropylene

17  mesh products still will not be safe in your

18  opinion, right?

19          MS. HUTSON:  Object to the form.

20  BY THE WITNESS:

21     A.   The information that has come out since

22  these products have been on the market shows the

23  defects in the product, the design defects that

24  cause the harm that has been -- that I've

Bruce A. Rosenzweig, M.D.

1    discussed in my report.

2    BY MS. STEELE:

3        Q.    And I won't go into the details of the

4    studies with Costello and Clave on degradation,

5    but have you reviewed subsequent more recent

6    literature on degradation of polypropylene mesh?

7        A.    The first study was actually the Wang

8    study, and nobody really talks about that.  Wang

9    in 2004 looked at recurrent erosions and found

10   that those were associated with fragmented mesh.

11              In 2004 Wang -- and Wang is by far,

12   next to the Scandinavian group, one of the

13   largest -- was one of the largest users of

14   midurethral slings and found that those were

15   associated with fragmented mesh and stated that

16   mesh degrades and that this should be looked at

17   epidemiologically, so it really wasn't Clave.

18   And if you look back at -- you know,

19   polypropylene suture was first introduced in

20   1960.

21              By 1970s there were already reports of

22   problems with polypropylene suture.  There was

23   fragmentation, splitting, cracking of the

24   polypropylene suture which led to the Celene

Bruce A. Rosenzweig, M.D.

1    Mary study in 1998 that said that there had been

2    significant reports of problems with

3    polypropylene suture.

4         She did a study in an animal model

5    comparing polypropylene with PVDF and showed

6    that there was significant degradation of

7    polypropylene and no degradation in PVDF.

8         Now, there has been a significant

9    amount of literature recently with the Neal

10   study, the hydrology  studies, the Zimmern study,

11   and there are other studies that say that this

12   is not fragmentation of mesh.  This is just

13   absorbed protein or biofilm.  Biofilm is not a

14   good thing, as my report illustrates.

15        It's a polysaccharide  deposited by

16   bacteria.  So when you see biofilm, that tells

17   you that you have a subclinical infection.  So

18   there are a number of papers that describe the

19   degradation process, that describe the

20   degradation process of women with complications.

21   There are other studies that say that yes, there

22   is surface cracking but we attribute it to

23   something different.

24        Q.  Did you review the article by Dr. Timms

Bruce A. Rosenzweig, M.D.

1    and his colleagues?

2        A.    Yes.

3        Q.    Do you have criticisms of that article?

4        A.    Again, there are -- having explanted

5    350 polypropylene products, I have found the

6    mesh brittle, hardened and stiff.  That's what

7    happens with degradation.

8        Q.    So do you have criticisms of Dr. Timm's

9    article?

10           MS. HUTSON:  Form.

11   BY THE WITNESS:

12       A.    There are points in the literature.  If

13   you want to pull out the study in particular and

14   we can walk through the Material and Methods

15   section, we can walk through their conclusions,

16   then we can do that.

17   BY MS. STEELE:

18       Q.    So not any specific right now besides

19   his ultimate conclusion that it doesn't degrade?

20       A.    Correct.

21       Q.    How many hours did you spend preparing

22   your updated report?

23       A.    I don't specifically recall.

24       Q.    How many hours did you spend preparing

Bruce A. Rosenzweig, M.D.

1   for your deposition?

2       A.   Ten, 12 hours.

3       Q.   What is your current hourly rate for

4   review?

5       A.   750.  It has not changed since the last

6   time you saw a fee schedule.

7       Q.   And you consult with plaintiffs'

8   counsel to offer opinions regarding various mesh

9   manufacturers; is that right?

10      A.   In this litigation?

11      Q.   Yes.  The mesh -- various mesh

12  manufacturers in the pelvic mesh litigation.

13      A.   I also consult with the U.S. Attorney's

14  office and various Attorney Generals in the

15  United States on mesh issues.

16      Q.   What is the total amount of money that

17  you've been paid by plaintiffs against the

18  various manufacturers in the pelvic mesh

19  litigation?

20      A.   Are you talking about the U.S.

21  Attorneys, Attorney Generals?  Because I'm not

22  at liberty to discuss any of that information.

23      Q.   Just from plaintiffs.

24      A.   I do not have that number.

Bruce A. Rosenzweig, M.D.

1    Q.    I believe in 2015 you testified that

2  you had been paid approximately two and a half

3  million dollars; does that sound right?

4    A.    I don't specifically recall that

5  number.  If you have that testimony...

6    Q.    Since -- in 2018 how much have you been

7  paid by plaintiffs' attorneys in the mesh

8  litigation?

9    A.    That I don't know.

10    Q.    No estimate?

11    A.    I don't keep track.

12    Q.    In 2017 how much were you paid by

13  plaintiffs' attorneys in the pelvic mesh

14  litigation?

15    A.    I don't know.

16    Q.    Was it $10,000?

17    A.    No.

18    Q.    Was it $200,000?

19    A.    Probably more than that.

20    Q.    Was it more than $500,000?

21    A.    Possibly.

22    Q.    Was it a million dollars in 2017?

23    A.    That I don't know.

24    Q.    So if it's half a million, a million,

Bruce A. Rosenzweig, M.D.

1    you just don't know?

2        A.    Correct.

3        Q.    In 2017 what percentage of your income

4    was derived from litigation and consulting?

5        A.    Again, I don't think I can answer that

6    question.

7        Q.    Is it fair to say in 2017 you earned

8    somewhere between 500,000 and $1 million from

9    plaintiffs in the pelvic mesh litigation?

10       A.    Possible, yes.

11       Q.    Has that number been consistent over

12   the years since you first started consulting or

13   has it increased?

14       A.    It's been about consistent.

15       Q.    And you mentioned that you've removed

16   350 mesh products approximately?

17       A.    Correct.

18       Q.    And at times you're able to identify

19   what manufacturer the mesh product was from

20   because you have the records of the patient,

21   right?

22       A.    Correct.

23       Q.    And I believe you've already previously

24   testified about your experience removing Boston

Bruce A. Rosenzweig, M.D.

1    Scientific's three retropubic slings, so I want

2    to just ask you about the other products, okay?

3       A.   Yes.

4       Q.   Approximately how many Boston

5    Scientific Obtryx slings have you removed?

6       A.   I do not specifically recall the number

7    that I gave prior, so it would be more than

8    that.

9       Q.   Do you have a number total or not at

10   all?

11      A.   Whatever I testified to previously, it

12   would be more than that.  I don't know, 20

13   maybe, 15.

14      Q.   How many Boston Scientific Prefyx

15   slings have you removed?

16      A.   I think only one.

17      Q.   Do you recall the circumstances of that

18   case?

19      A.   No.

20      Q.   How many Boston Scientific Solyx slings

21   have you removed?

22      A.   Again, a handful.

23      Q.   How many Boston Scientific Uphold

24   devices have you removed?

Bruce A. Rosenzweig, M.D.

1       A.    A couple.

2       Q.    How many Boston Scientific Pinnacle

3    products have you removed?

4       A.    A couple, and, you know, like around a

5    half a dozen.  When I'm saying a couple, I'm

6    meaning about a half a dozen.

7       Q.    And I believe your 2014 report, feel

8    free to refer back to it, had -- you had removed

9    around 300 mesh products at that time?

10      A.    Correct.

11      Q.    So over the past about three, three and

12   a half years, you've removed an additional 50

13   mesh products?

14      A.    Around that ballpark.

15      Q.    So that's approximately once or twice a

16   month you perform a mesh removal?

17      A.    Correct.

18      Q.    And you've never implanted a Boston

19   Scientific Prefyx sling, correct?

20      A.    Correct.

21      Q.    You've never implanted a Boston

22   Scientific Solyx sling, correct?

23      A.    Correct.

24      Q.    You've never implanted a Boston

Bruce A. Rosenzweig, M.D.

1   Scientific Uphold, correct?

2       A.   Correct.

3       Q.   You've never implanted a Boston

4   Scientific Pinnacle, correct?

5       A.   Correct.

6       Q.   Have you ever used the Boston

7   Scientific Capio in any of its forms?

8       A.   Yes.

9       Q.   What Capio devices do you use and for

10  what procedure?

11      A.   I use the Capio device to do

12  sacrospinous ligament fixations.  I've used it

13  to do arcus tendineus suspensions.  I don't use

14  it for uterosacral ligament suspensions.

15      Q.   And to talk about your general care and

16  treatment of patients with pelvic organ

17  prolapse, what is your primary procedure to

18  treat anterior prolapses?

19      A.   Anterior colporrhaphy.

20      Q.   And what type of suture do you use?

21      A.   Absorbable suture, PDS, Monocryl.

22      Q.   What is your primary surgical procedure

23  to treat apical prolapse?

24      A.   Either uterosacral ligament suspension

Bruce A. Rosenzweig, M.D.

1   or sacrospinous ligament suspension.

2        Q.   And what is your primary procedure to

3   treat posterior?

4        A.   A posterior colporrhaphy.

5        Q.   How often do you perform surgery to

6   treat pelvic organ prolapse?

7        A.   Several times a month.

8        Q.   How often do you perform a repeat

9   procedure on a patient with pelvic organ

10  prolapse?

11           MS. HUTSON:   Object to form.

12  BY THE WITNESS:

13       A.   Several times a year.

14  BY MS. STEELE:

15       Q.   Do you tell patients a failure rate for

16  anterior repairs?

17       A.   I tell them that there is a study by

18  Lavelle that came out in 2016.  It said the rate

19  of anterior recurrence is 7.3 percent.  I also

20  quote the Denman study that came out in 2008

21  which is a ten-year follow-up of both stress

22  incontinence and prolapse surgery and the

23  recurrence -- the repeat surgery rate was 17

24  percent after ten years.

Bruce A. Rosenzweig, M.D.

1              Now, I also quote them that the

2    untreated compartment, there is a higher failure

3    rate in the untreated compartment, so that if

4    you do an anterior repair but you don't treat

5    the apical and posterior compartment, that there

6    can be as high as a 25 to 30 percent prolapse in

7    the secondary or untreated compartment.

8         Q.   And for an apical repair what

9    reoperation rate or recurrence rate -- those may

10   be two different -- do you cite or is it the

11   same numbers?

12        A.   I would put it all in a global.  I

13   mean, if someone has a site-specific defect,

14   then a site-specific repair would be indicated.

15   I think most of us feel that an apical repair is

16   indicated along with an anterior-posterior

17   defect unless it's a site-specific defect, and,

18   therefore, an apical repair would be done with

19   the anterior-posterior repair whether or not

20   it's done in conjunction with a hysterectomy or

21   if there has been a prior hysterectomy

22   performed.

23        Q.   For all three areas of compartments of

24   repair, do you cite that 7.3 to 17 percent?

Bruce A. Rosenzweig, M.D.

1     A.   Well, that was from a specific study.

2     Q.   Specific study?

3     A.   That was for anterior, but the Denman

4  study was for prolapse in general.  So if I was

5  going to be talking about prolapse in general, I

6  would say in ten years you have about a 15 to 20

7  percent chance of needing another surgery.

8     Q.   So for the prolapse repairs that you

9  perform not involving polypropylene mesh, you

10 counsel your patients that there is a 15 to 20

11 percent chance at ten years that they'll need

12 another surgery?

13          MS. HUTSON:  Object to the form.

14 BY THE WITNESS:

15    A.   Based on the literature, yes.

16 BY MS. STEELE:

17    Q.   Do you track your own recurrence rate,

18 failure rate?

19    A.   No.

20    Q.   And I believe your report discusses the

21 study by Abbott?

22    A.   Correct.

23    Q.   And that patients seek care at tertiary

24 centers and don't return to their original

Bruce A. Rosenzweig, M.D.

1    doctors is one of the --

2        A.   Abbott, Blandin both say that there is

3    a significant number of patients with mesh

4    complications, not just recurrence of symptoms,

5    but mesh complications dealing with pain,

6    dyspareunia, erosions, voiding dysfunction,

7    defecation disorders go to a secondary provider.

8        Q.   And you have never published your data

9    regarding your removal of polypropylene mesh,

10   correct?

11       A.   Correct.

12       Q.   And you've never performed any chemical

13   testing of polypropylene mesh, correct?

14       A.   In what respect?

15       Q.   You've observed mesh that you've

16   explanted?

17       A.   Correct.

18       Q.   Have you ever performed chemical

19   testing of the mesh such as scanning, electron

20   -- that's not chemical but --

21       A.   That's right.

22       Q.   -- have you conducted FTIR testing --

23       A.   That's not chemical.

24       Q.   -- or EDS?

Bruce A. Rosenzweig, M.D.

1      A.   That's not chemical.

2      Q.   You wouldn't consider those chemical

3   tests --

4      A.   No.

5      Q.   -- to determine the chemical

6   composition of the polypropylene?

7      A.   See, you're not -- when you're saying

8   to determine what has happened to it, has it

9   lost molecular weight, has it, you know, changed

10  its density at all, that's different from adding

11  a chemical to it to see how that reacts.

12          So when you say a chemical test, that

13  means taking like peroxide and putting it --

14     Q.   And adding --

15     A.   -- on it and seeing what happens.

16     Q.   Again, in vitro tests?

17     A.   Right.

18     Q.   So you've never conducted FTIR on

19  polypropylene mesh, correct?

20     A.   Correct.

21     Q.   And you've never conducted GPC on

22  polypropylene mesh?

23     A.   Correct.

24     Q.   You've never performed SCM on

Bruce A. Rosenzweig, M.D.

1    polypropylene mesh?

2        A.    My SCM machine has been in the shop for

3    awhile.

4        Q.    Maybe they could get it fixed for you.

5        A.    It's tough to find parts for them.

6        Q.    I believe it.  Have you ever conducted

7    EDS or XPS testing on explanted polypropylene

8    mesh?

9        A.    No.  But if you looked at my CV, you

10   will see that I did SCMs on latex condoms.

11       Q.    Do you agree that reasonable doctors

12   can use polypropylene mesh transvaginally for

13   the treatment of pelvic organ prolapse?

14            MS. HUTSON:  Objection; form.

15   BY THE WITNESS:

16       A.    In an experimental protocol, yes.

17   BY MS. STEELE:

18       Q.    We discussed the numbers for recurrence

19   or reoperation you counsel your patients on with

20   prolapse repair.

21            Do you counsel your patients undergoing

22   prolapse repair on the risk of pain?

23            MS. HUTSON:  Object to form.

24            ///

Bruce A. Rosenzweig, M.D.

1  BY THE WITNESS:

2      A.   Yes, in the postoperative period.

3  BY MS. STEELE:

4      Q.   Do you counsel them that there is a

5  chance of chronic pain?

6      A.   It is exceedingly rare to have chronic

7  pain after a pelvic organ prolapse procedure,

8  particularly if you -- with a posterior

9  colporrhaphy it was considered more of a

10  standard practice to do a levator plication, and

11  the data on levator plications in pain and

12  dyspareunia show that there was a high rate of

13  pain with levator plication with posterior

14  repair.

15          So unless there is a specific defect in

16  the levator muscles that's leading to an

17  invagination of the small bowel in between the

18  vagina and the rectum because of a levator

19  defect, then you would be repairing a levator

20  defect specifically, but that would not be a

21  general posterior repair.  So if you avoid the

22  levator plication in all patients that have just

23  a posterior defect, you will decrease the rate

24  of pain down to an exceedingly low level.

Bruce A. Rosenzweig, M.D.

1            So the studies found a four percent

2    postoperative dyspareunia rate when a levator

3    plication is not done.  And then if you have to

4    do a levator plication and you use a delayed

5    absorbable suture instead of what we thought

6    before as using a permanent suture, that further

7    decreases the rate.

8        Q.   Do you counsel your patients that there

9    is a risk of chronic pain following prolapse

10   repairs?

11       A.   There is an incredibly small risk of

12   chronic pain with prolapse repairs.

13       Q.   And you counsel your patients to that

14   effect?

15       A.   Correct.  What I also counsel my

16   patients about is that if they have pain

17   postoperatively and the pain continues, that is

18   the chronic pain.  But what they won't have is

19   healing up after their postoperative period and

20   then at a time one to two years later, because

21   of mesh contraction, degradation, chronic

22   foreign body reaction, chronic inflammatory

23   reaction, the new onset of pain that becomes

24   chronic.

Bruce A. Rosenzweig, M.D.

1              That is the difference between native

2    tissue repairs for both prolapse and stress

3    incontinence and polypropylene mesh repairs,

4    that if there is pain in the postoperative

5    period that continues and in the very rare

6    occurrence becomes chronic, it was there since

7    the time of surgery.  Mesh is unique that you

8    can have that pain plus you can have pain that

9    starts a year, two years, five years after that

10   is due to the defects of the device that I

11   describe in my report.

12        Q.   Can you on clinical examination detect

13   mesh contracture?

14        A.   Yes.

15        Q.   What would the clinical findings be?

16             MS. HUTSON:  Object to the form.

17   BY THE WITNESS:

18        A.   Well, normally the -- or ideally there

19   is supposed to be tissue integration so that you

20   have fat blood vessels that grow through the

21   pores of the mesh, but what happens is because

22   of the chronic foreign body, chronic

23   inflammatory reaction, you get granulomas that

24   form around the individual fibers, and when they

Bruce A. Rosenzweig, M.D.

1   touch, that creates a scar plating.  And as the

2   mesh contracts, it becomes tense, firm, and

3   hard.

4        So yes, that is very demonstrable on

5   pelvic examination.  However, we've discussed

6   that in multiple case specific and general

7   causation reports -- depositions.

8   BY MS. STEELE:

9        Q.   Do you agree that Polyform is a Type I

10  polypropylene mesh?

11       A.   Of the old M classification that even

12  the International Urogynecology Society and --

13  or the International Urogynecology Association

14  and the International Continence Society has

15  said that was obsolete.  The Amid classification

16  which came out in 1998 was looking at pore size

17  as a -- in relationship to infection.  As

18  recently as 2013, 2012, IU and ICS came out and

19  said that M classification is obsolete.

20       Q.   Polyform is a Type 1 polypropylene mesh

21  according to the Amid classification, right?

22       A.   So we're talking about the Polyform in

23  Pinnacle and Uphold --

24       Q.   Right.

Bruce A. Rosenzweig, M.D.

1      A.   -- which has a pore size of 1.4 and it

2   has a mesh density of 40 or 45 grams per meter

3   squared.

4      Q.   Correct.

5      A.   So my answer to that question is it has

6   a pore size of 1.4 millimeters.

7      Q.   At the time the Pinnacle and Uphold

8   were launched on the market, they were

9   relatively higher weight than the competitor

10  meshes on the market, weren't they?

11         MS. HUTSON:   Object to the form.

12  BY THE WITNESS:

13     A.   The competitor mesh, Gynemesh PS has a

14  density of 45 grams per meter squared.  The

15  Apogee, Perigee has a density of approximately

16  50 grams per meter squared, so it is in the same

17  range of density in grams per meter squared as

18  the other meshes that were on the market.

19         Now, you know at the same time that the

20  Uphold and Pinnacle were on the market Prolift

21  Plus M was being introduced onto the market and

22  that had a density -- it had an absorbable

23  component which is the Monocryl, so it goes in

24  at 55 grams per meter squared, but within three

Bruce A. Rosenzweig, M.D.

1    months its density goes down to 28 grams per

2    meter squared because the Monocryl is absorbed.

3    The pore size goes to about 2.2 to about 3 to 5

4    millimeters after the dissolution of the

5    Monocryl component.

6    BY MS. STEELE:

7        Q.    No matter what the density of a

8    polypropylene mesh for the treatment of pelvic

9    organ prolapse is, you would find it defective,

10   correct?

11           MS. HUTSON:   Object to the form.

12   BY THE WITNESS:

13       A.    No.   Based on the work that was done by

14   the Moalli group, that heavier weight

15   smaller-pore mesh is stiffer, and stiffness is

16   one of the characteristics that leads to

17   complications.

18           So if you look at stiffness and

19   Ultrapro is less stiff than -- based on the

20   Shepherd data -- than all the other lightweight,

21   even Uphold Lite, it is less stiff than any of

22   the other lightweight mesh.   It is also less

23   stiff than Gynemesh PS.

24           Now, what they did is they took

Bruce A. Rosenzweig, M.D.

1    Ultrapro and put it in a baboon model and they

2    found out that because of the stiffness, stiffer

3    mesh causes more harm to the vaginal tissue

4    around it and the smooth muscle tissue around

5    it.  So then they went back and said, Well, what

6    is causing this harm?  And they found out that

7    stiffer mesh induces bad macrophages, the

8    proactive macrophages that release interleukins

9    and intercrines, and they do one of two things.

10         They either try to destroy the mesh but

11   indirectly destroy the tissue surrounding it

12   leading to erosion, or they try to encapsulate

13   the mesh by fibrosing the mesh which leads to

14   mesh encapsulation, scar plating and mesh

15   contraction.  Both will increase the degree of

16   degradation of the mesh.  So stiffer mesh, even

17   if it's the same weight, is bad compared to less

18   stiff mesh.

19   BY MS. STEELE:

20        Q.   Would you implant Ultrapro for the

21   treatment of stress urinary incontinence?

22        A.   I have said that it is a safer

23   alternative design to a midurethral sling for

24   the treatment of stress urinary incontinence.

Bruce A. Rosenzweig, M.D.

1      Q.   Would you implant Ultrapro for the

2  treatment of stress urinary incontinence?

3           MS. HUTSON:  Object to the form.

4  BY THE WITNESS:

5      A.   It's the same question you just asked

6  that I just answered.

7  BY MS. STEELE:

8      Q.   You believe it's safer but would you

9  implant it into your patients?

10          MS. HUTSON:  Object to the form.

11  BY THE WITNESS:

12     A.   My procedure of choice is the Burch

13  procedure.  It has long-term safety and efficacy

14  data.

15  BY MS. STEELE:

16     Q.   So the answer is no, you would not

17  implant it in your patient?

18          MS. HUTSON:  Objection; form, asked and

19  answered.  Go ahead.

20  BY THE WITNESS:

21     A.   As a midurethral sling?

22  BY MS. STEELE:

23     Q.   Correct.

24     A.   I would consider it as a pubovaginal

Bruce A. Rosenzweig, M.D.

1   sling, but I have not performed that.

2       Q.   And pubovaginal meaning you'd place it

3   at the bladder neck?

4       A.   Correct.

5       Q.   But you have not performed it?

6       A.   I have not used Ultrapro to perform a

7   pubovaginal sling.

8       Q.   Why wouldn't you use Ultrapro as a

9   midurethral sling?

10      A.   Because it's not available as a

11  midurethral sling.

12      Q.   Have you ever ordered Ultrapro to have

13  on hand at your hospital?

14      A.   I think we have Ultrapro available at

15  our hospital, yes.

16      Q.   Would you implant Ultrapro

17  transvaginally for the treatment of pelvic organ

18  prolapse?

19      A.   As an inlay?

20      Q.   Yes.

21           MS. HUTSON:  Object to the form.

22  BY THE WITNESS:

23      A.   I have not used that in a pelvic organ

24  prolapse procedure.  The ones that I feel need

Bruce A. Rosenzweig, M.D.

1    extra enhancement I've used biological material

2    such as SIS.

3    BY MS. STEELE:

4        Q.   Your report does not offer any opinions

5    regarding Boston Scientific's biological grafts

6    Xenform and Repliform, correct?

7        A.   Correct.

8        Q.   Will Ultrapro mesh undergo degradation

9    in the female pelvis?

10           MS. HUTSON:  Objection; form.

11   BY THE WITNESS:

12       A.   More likely than not, yes.

13   BY MS. STEELE:

14       Q.   Will Ultrapro mesh undergo contracture

15   in the female pelvis?

16       A.   More likely than not, yes.

17       Q.   Can Ultrapro cause chronic pelvic pain

18   if used in the female pelvis?

19       A.   More likely than not, yes.

20       Q.   Can Ultrapro cause dyspareunia if used

21   in the female pelvis?

22       A.   More likely than not, yes.

23       Q.   Can Ultrapro erode through the vaginal

24   tissue or into organs?

Bruce A. Rosenzweig, M.D.

1      A.   Yes.

2      Q.   Are there any long-term randomized

3  prospective clinical trials on the use of

4  Ultrapro for the treatment of stress urinary

5  incontinence?

6      A.   Yes.

7      Q.   Long-term prospective randomized?

8      A.   Three years, yes.

9      Q.   Three years is long-term data?

10     A.   Mid-term.

11     Q.   That's one study out of Scandinavia; is

12  that right?

13     A.   I don't think it was Scandinavia.  I

14  can't remember where it was from, but it was not

15  from the United States.

16     Q.   Have there been any long-term

17  randomized prospective clinical trials on the

18  use of Ultrapro for the treatment of pelvic

19  organ prolapse?

20     A.   Well, whether it was used as Prolift

21  Plus M but their -- not that I recall on their

22  long-term studies on Prolift Plus M.

23     Q.   Is the Prolift Plus M product

24  defective?

Bruce A. Rosenzweig, M.D.

```
1              MS. HUTSON:  Object to the form.
2    BY THE WITNESS:
3        A.   Yes.
4              MS. STEELE:  I want to take a quick
5    break.
6              MS. HUTSON:  Of course.
7              THE VIDEOGRAPHER:  We are off the
8    record at 10:24 a.m.
9                        (Recess had.)
10                       (Mr. Ken Moll left the
11                       deposition proceedings.)
12             THE VIDEOGRAPHER:  We are back on the
13   record at 10:33 a.m.
14   BY MS. STEELE:
15       Q.   I want to turn our attention to the
16   Prefyx device specifically.
17       A.   Yes.
18       Q.   And I believe your opinions regarding
19   Prefyx start on page 12 to 13 generally, and
20   then there is some discussion of it throughout
21   the rest of your report as well in connection
22   with your general discussions regarding
23   polypropylene mesh.
24             Do you have any specific criticisms of
```

Bruce A. Rosenzweig, M.D.

1    the Prefyx beyond the defects that you've

2    identified in your report regarding

3    polypropylene degradation, contracture,

4    shrinkage, infection and the long-term and

5    severe complications?

6        A.   That are not outlined in my report, no.

7        Q.   Your criticisms of the Prefyx are based

8    on the same opinions that you criticize Boston

9    Scientific's other polypropylene midurethral

10   slings; is that correct?

11       A.   And that there is a higher failure rate

12   associated with putting it in the prepubic space

13   as outlined in my report.

14       Q.   Do you have any other criticisms of the

15   prepubic placement of the Prefyx besides the

16   higher failure rate?

17           MS. HUTSON:   Object to the form.

18   BY THE WITNESS:

19       A.   Not specifically that's not outlined in

20   my report.

21   BY MS. STEELE:

22       Q.   And based on your review of the

23   literature and documents, what were the goals or

24   objectives that led to the development of the

Bruce A. Rosenzweig, M.D.

1  Prefyx?

2      A.    To avoid the retropubic space.

3      Q.    And by avoiding the retropubic space,

4  you decrease the risk of bladder and bowel

5  injury; is that right?

6      A.    Correct.

7      Q.    Do you agree that the use of the Capio

8  device to place the Pinnacle and Uphold made

9  polypropylene kit mesh procedures less invasive?

10          MS. HUTSON:  Object to the form.

11  BY THE WITNESS:

12      A.    It gave an option to make it an exit,

13  an armless procedure without -- excuse me --

14  longer arms that avoided exit points.

15  BY MS. STEELE:

16      Q.    Is the use of the Capio to place a

17  polypropylene mesh with arms less invasive than

18  the use of trocars to place polypropylene mesh

19  arms?

20          MS. HUTSON:  Object to form.

21  BY THE WITNESS:

22      A.    It is -- there is mesh -- with the use

23  of the Capio, attaching the mesh to the

24  sacrospinous ligament means that there is not

Bruce A. Rosenzweig, M.D.

1   mesh in the obturator space or in the

2   ischiorectal fossas.

3   BY MS. STEELE:

4       Q.   Are the Pinnacle and Uphold procedures

5   less invasive than the predecessor procedures?

6           MS. HUTSON:  Object to the form.

7   BY THE WITNESS:

8       A.   It's a different procedure and there is

9   mesh in different locations or it obviates mesh

10  in certain locations.

11  BY MS. STEELE:

12      Q.   Is it a benefit to obviate mesh in the

13  -- from the obturator space?

14      A.   If there is no mesh in the obturator

15  space or in the ischiorectal fossa, you have

16  mesh not traversing the obturator muscles or

17  adductor muscles, you are avoiding mesh in those

18  locations.

19      Q.   Do you believe that's a benefit of the

20  Uphold and Pinnacle devices?

21          MS. HUTSON:  Object to form.

22  BY THE WITNESS:

23      A.   Do I believe that it's a benefit?  It's

24  been touted as a benefit.  Do I believe that

Bruce A. Rosenzweig, M.D.

 1   that's a benefit?  Having mesh that is not in an

 2   area means that you don't develop -- you will

 3   not develop complications in that area.

 4   BY MS. STEELE:

 5       Q.   So if you don't have mesh in an area,

 6   you won't develop complications in that area,

 7   correct?

 8       A.   Correct.

 9            MS. HUTSON:  Object to the form.

10   BY MS. STEELE:

11       Q.   The use of the Capio allows the

12   Pinnacle and Uphold procedures to be performed

13   through a single vaginal incision, correct?

14       A.   Correct.

15       Q.   The predecessor kits, you also had

16   external exit points for the trocars, correct?

17       A.   Correct, until the Elevate came along.

18       Q.   Are you critical of doctors for using

19   the Pinnacle and Uphold to treat pelvic organ

20   prolapse today?

21            MS. HUTSON:  Object to the form.

22   BY MS. STEELE:

23       Q.   Not today but -- strike that.

24       A.   Okay.

Bruce A. Rosenzweig, M.D.

1    Q.   Are you critical of doctors for using

2  Boston Scientific Pinnacle or Uphold to treat

3  pelvic organ prolapse prior to 2013?

4         MS. HUTSON:   Object to the form.

5  BY THE WITNESS:

6    A.   I am not critical of physicians because

7  it would be difficult to impossible for all of

8  the information and risks associated with the

9  device to be understood and obtained by a given

10  physician because that information was not in

11  the Directions For Use.

12         The information about these devices,

13  the risks, the defects of the devices, the risks

14  of lifelong pain, dyspareunia, erosion, mesh

15  contraction, the difficulty or impossibility of

16  mesh removal, the frequency, severity,

17  treatability and permanency was not described in

18  the Instructions For Use.  It was not studied

19  prior to being placed on the market.  All the

20  things that I describe in my report.

21         So I can't be critical of doctors

22  because it would be virtually impossible for

23  them to have read the literature at that time or

24  even the literature today to be able to know

Bruce A. Rosenzweig, M.D.

1    what all the risks associated with these devices

2    were.  So no, I am not critical of an individual

3    doctor for implanting mesh before 2013.

4    BY MS. STEELE:

5        Q.   Do the Pinnacle Directions For Use warn

6    of the risk of mesh contracture?

7        A.   If you would like to pull out the

8    Directions For Use, we can go through each of

9    the items in the Directions For Use.  What's in

10   the Directions For Use is in the Directions For

11   Use.

12            If I recall, that the word

13   "contraction" is in the Instructions For Use.

14   That is not an adequate description to say that

15   the risk of mesh contraction is lifelong, that

16   when mesh contracts it draws nerves closer to

17   the mesh.

18            There are nerves that grow through the

19   mesh that are then injured by the mesh

20   contraction.  That mesh contraction will harden

21   the mesh.  That mesh contraction will degrade

22   the mesh, that it will put tension on the

23   vagina, it can change the vaginal topography to

24   make intercourse impossible.  So just saying

Bruce A. Rosenzweig, M.D.

1    "contraction" -- all of these words that are in

2    the Instructions For Use are words that are in

3    the Instructions For Use.

4         It doesn't give you indications of the

5    frequency, severity, treatability and permanency

6    of those events, so just saying "contraction" is

7    not adequate to describe what the risks are of

8    these devices, as I've stated in my report and

9    as I've testified to in prior depositions and

10   trials.

11   Q.   Have you ever attempted to construct a

12   DFU for the Boston Scientific polypropylene mesh

13   products that would be adequate in your opinion?

14        MS. HUTSON:   Object to form.

15   BY THE WITNESS:

16   A.   I can't remember if I was asked that

17   specific question, but yes, if we would want to

18   take out a piece of paper and a pencil, we can

19   take what is there.  We can add to that the

20   lifelong risk of dyspareunia, the lifelong risk

21   of mesh erosion, the lifelong risk of mesh

22   contraction, that if this occurs, that the

23   treatment -- even now after polypropylene mesh

24   products have been used for 20 years, there is

Bruce A. Rosenzweig, M.D.

1    no standard reproducible agreed upon method of

2    removal.

3            It is not for a doctor to use trial and

4    error to learn how to remove mesh.  It is not up

5    to a doctor to say, Oh, my gosh, look at this

6    complication that I have, which is why many

7    patients get sent to other doctors that have

8    gone through that trial and error process.

9            I mean, there are textbooks that say if

10   you have a bladder injury, a complication, this

11   is how you fix it.  If you have this injury,

12   this is how you fix it.  There is nothing like

13   that for treating mesh complications.  There is

14   nothing like that for removing mesh.  That is

15   incredibly important for doctors to know.

16           That is incredibly important to be in

17   the Directions For Use.  There needs to be a

18   range of the risk of mesh exposure.  Patients

19   don't want to know that, Well, it might be as

20   low as three percent or six percent or eight

21   percent, because this one study that was a

22   cohort study that only followed patients for a

23   year that might have only had a follow-up of 50

24   percent found that number.

Bruce A. Rosenzweig, M.D.

1          Patients want to know what is the

2     worst-case scenario.  What is the worst that

3     could happen?  That is why it is imperative to

4     put a range of frequencies in the Instructions

5     For Use.

6          The severity, how bad can this be?

7     Just saying dyspareunia doesn't tell you that

8     you might never be able to have vaginal

9     intercourse again.  That has to be in the

10    Instructions For Use.  Because yes, there are

11    for SUI 2,000 plus papers, for POP close to

12    1,000 papers.  Doctors don't have the

13    opportunity to read that.

14         The manufacturer has that

15    responsibility to know that.  And particularly

16    for these devices, the vast majority of these

17    publications are abstracts presented at

18    meetings.  If you didn't go to the meeting, if

19    you didn't go, happen to see the journal that it

20    might have been published in, you wouldn't know

21    that abstract.  I have been criticized for not

22    knowing about an abstract that I couldn't find,

23    and I've been working on this for eight years,

24    okay?

Bruce A. Rosenzweig, M.D.

1          How is a doctor that is just seeing

2     patients every day supposed to find an Agrawal

3     2006 abstract or the Litwiller abstract or the

4     Rosenblatt Pinnacle abstract that has the

5     long-term follow-up of 27 months?  Which isn't

6     long term but that's what the title says.

7          How are you supposed to find those

8     abstracts?  It's very difficult to find them to

9     see what the, quote-unquote, literature says

10    unless it is a -- the full-length paper is

11    described.  So yes, that would be the way to put

12    together a Directions For Use with warnings,

13    adverse reactions, things like what are relative

14    contraindications?

15         We know smoking increases the risk of

16    erosion.  We know that vaginal atrophy, which

17    every women that hits a certain age is going to

18    develop menopause and the genitourinary symptoms

19    of menopause.

20         What about pretreatment with estrogen?

21    What about women that happen to be a little bit

22    bigger that have a greater risk of erosion?  So

23    why aren't all of those in the Instructions For

24    Use?  That I would put in the Instructions For

Bruce A. Rosenzweig, M.D.

1  Use these relative contraindications.  The

2  Withagen paper talked about women that have pain

3  syndromes, particularly pelvic pain syndromes.

4       Chip Butrick writes papers all the time

5  about women that have levator tension myalgia.

6  Those are women that are at increased risk from

7  slings and mesh to have postoperative pain

8  syndromes.  That should be in the Directions For

9  Use.  So yes, we could spend several days

10  putting together an adequate Directions For Use

11  that would have all of that information that's

12  in there.

13       I think I might have answered 12

14  questions in that one question.

15  BY MS. STEELE:

16     Q.   Thank you.

17     A.   I did, and I thought this might be a

18  good time to kind of get all those out.

19     Q.   Let it out, yeah.  Quick therapy

20  session.

21     A.   It is kind of like that.  That's what

22  these depositions are.

23     Q.   You agree that pelvic organ prolapse is

24  a serious condition that does not improve on its

Bruce A. Rosenzweig, M.D.

1    own?

2        A.   It's a compound question, okay?  Mostly

3    it's a quality of life issue, okay?

4            I published a paper years ago that

5    showed that even with worsening pelvic organ

6    prolapse, you don't characteristically have

7    obstructive voiding.  That is the exception.

8    Most women have the symptom of increasing

9    pressure in the vagina as the day goes on, so

10   while yes, it can be a -- it can lead to bowel

11   dysfunction, it can lead to urinary dysfunction,

12   it can lead to discomfort with intercourse

13   because there is this other thing there in the

14   vagina besides what is supposed to go in the

15   vagina during intercourse.  For most women it's

16   just a quality of life issue, I mean, the vast

17   majority.

18       Q.   So pelvic organ prolapse can affect a

19   women's quality of life, right?

20       A.   Correct.  Now, there -- yes, it can get

21   better on its own because what happens is that

22   as a woman ages, there can be more, you know,

23   atrophy and contraction of the vagina, and I

24   have seen women that as they get older, their

Bruce A. Rosenzweig, M.D.

1  prolapse does get better.  So yes, it can get

2  better.  That's why I wanted to divide up the

3  compound question.

4      Q.  How likely is it that a prolapse will

5  get better on its own as a woman ages?

6      A.  It is less likely than it staying the

7  same.

8      Q.  Can a prolapse get progressively worse

9  without treatment?

10     A.  Yes, but remember, you know,

11 Dr. Culligan wrote a really nice paper in 2005

12 about nonsurgical treatment of pelvic organ

13 prolapse and it -- we don't use our brethren in

14 orthopedic surgery in urogynecology.  You go to

15 an orthopedic surgeon, and what they're going to

16 tell is, If you keep doing what you did, you

17 know, to tear out your shoulder like my wife

18 did, strain your back like happened to me and

19 needing back surgery and things are kind of

20 getting worse again or blow out your knee,

21 you're going to continue to have problems.

22         We don't do a good enough job to get

23 the corollaries of prolapse like defecation

24 disorders.  We do a poor job of treating

Bruce A. Rosenzweig, M.D.

1    defecation disorders.  The more you strain, the

2    more likely you are to worsen your prolapse.

3    The more you lift heavy things, the more you do

4    not treat pulmonary dysfunction, the more likely

5    prolapse is to get worse.  And so physical

6    therapy is great to avoid worsening orthopedic

7    disorders.

8           Same thing with pelvic organ prolapse

9    because what you're doing is you're doing your

10   -- using your ancillary muscles instead of using

11   your pelvic floor muscles so that you're not

12   straining your pelvic floor muscles.  But if you

13   continue to do the things that, besides aging

14   and childbirth which develop the prolapse, if

15   you continue to do things that worsen the

16   prolapse, yes, it's going to get worse.

17          But if you modify behavior, yes, you

18   can keep prolapse at bay, and at the point where

19   prolapse becomes symptomatic when it hits the

20   hymen by -- you know, most -- Barbara's study,

21   Barbara Brubaker's study from 2008, you know,

22   prolapse hitting the hymen is where it starts to

23   become symptomatic.  So if you can keep it there

24   and keep it asymptomatic, you are effectively

Bruce A. Rosenzweig, M.D.

1    treating the prolapse.

2        Q.   So without behavioral modification, a

3    woman's prolapse can get progressively worse,

4    right?

5        A.   Yes.

6        Q.   Do you agree that pelvic organ prolapse

7    can have an impact on a woman's life?

8        A.   Quality of life, yes.

9        Q.   Do you agree that there are patients

10   that come into your office with pelvic organ

11   prolapse where no treatment is no longer an

12   option?

13       A.   Oh, there is always a treatment.

14   Pessary -- you know, 75 percent of women can be

15   fit with a pessary.  Dr. Culligan again wrote in

16   2004 that the vast majority of women can be

17   treated with a pessary.

18       Q.   Yeah.  I think we spoke past each

19   other.  When not treating the prolapse is no

20   longer -- strike that.

21            Do you agree that there is patients who

22   come in to you with pelvic organ prolapse where

23   no longer -- or not treating the prolapse is no

24   longer an option, just observing is no longer an

Bruce A. Rosenzweig, M.D.

1    option?

2        A.    Oh, so observation being the treatment,

3    that you move from that treatment to another

4    treatment, a more active treatment?

5        Q.    More active treatment.

6        A.    Yes.

7        Q.    Do you agree that there are patients

8    with pelvic organ prolapse where surgery is

9    necessary?

10       A.    Where surgery is an option, yes.  But

11   again, you know, quoting Dr. Culligan's study,

12   there was just a study this year that talked

13   about the metrics of prolapse surgery and

14   documenting that, you know, the patient had

15   treatment with physical therapy, and a pessary

16   prior to going to surgery is one of the quality

17   metrics that are being measured, and that that

18   means that those are things that should be

19   offered prior to surgery and encouraged because

20   again the vast majority of women can be fitted

21   with a pessary, and a pessary really is not an

22   inconvenient treatment for pelvic organ

23   prolapse.

24            It's like wearing a brace.  You take it

Bruce A. Rosenzweig, M.D.

1  off, you clean it off at the end of the day, and

2  when you're doing your activities that lead to

3  your symptoms, you put it back on again.

4      Q.  Do you agree that for some women

5  wearing a pessary is inconvenient?

6      A.  If they're not counseled appropriately,

7  if they're not fit appropriately, there are

8  woman that choose not to use it.

9      Q.  Pelvic organ prolapse can become so

10  severe that a women can have a bulge coming out

11  of her vagina outside her body, correct?

12      A.  Correct.

13      Q.  You agree that pelvic organ prolapse

14  can cause vaginal pressure?

15      A.  Correct.

16      Q.  Do you agree that pelvic organ prolapse

17  can cause pain for some women?

18      A.  Correct.

19      Q.  Do you agree that pelvic organ prolapse

20  can prevent a woman from engaging in sexual

21  intercourse?

22      A.  It can make sexual intercourse

23  uncomfortable.

24      Q.  Is there a stage of prolapse where a

Bruce A. Rosenzweig, M.D.

1    pessary is no longer an option?

2        A.    No.

3        Q.    Do you agree that pelvic organ prolapse

4    is something that doctors have struggled to

5    surgically fix for hundreds of years?

6        A.    I'm struggling with "struggle."  I

7    mean, every surgery is unique and every surgery

8    has difficulties.  Some -- even the most benign

9    and simple procedure can turn untoward and even

10   the most complex surgery you go in thinking,

11   It's going to be the worst day of my life in the

12   operating room, and you walk out going, Well,

13   that was pretty easy.  So surgery is unique.

14       Q.    Do you agree that the perfect surgery

15   to fix prolapse hasn't been found yet?

16       A.    I would definitely agree with that.

17       Q.    Do you agree that with every prolapse

18   surgery a women has to undergo, her risk of

19   recurrence increases?

20       A.    If she does not do the things that made

21   the prolapse worsen.  So if you continue to put

22   a stress on a fascial structure, that fascial

23   structure is going to give way.  So

24   unfortunately most people don't want to modify

Bruce A. Rosenzweig, M.D.

1    their behavior, and so they are going to

2    continue to expose themselves to that risk, but

3    they are -- with any treatment you're going to

4    have the risk that -- of recurrence.

5        Q.   So, for example, with the studies that

6    you discuss with your patients regarding

7    reoperation --

8        A.   Yes.

9        Q.   -- being somewhere in the range of 15

10   to 20 percent at ten years?

11       A.   Correct.

12       Q.   So if a women has a prolapse repair at

13   age 40, by age 50 she has a 15 to 20 percent

14   risk that her prolapse will have recurred; is

15   that right?

16       A.   Correct.

17       Q.   If she undergoes another surgery at age

18   50 to correct her prolapse, does her recurrence

19   rate then increase over the next ten-year

20   period?

21            MS. HUTSON:  Object to form.

22   BY THE WITNESS:

23       A.   The Denman study did not stratify out

24   primary versus recurrent procedures, but I think

Bruce A. Rosenzweig, M.D.

1  one would state or one would intuitively agree

2  that a repeat operation is going to be fraught

3  with a greater chance of recurrence.

4  BY MS. STEELE:

5      Q.   In what patients do you utilize a

6  biologic graft to reinforce the repair?

7          MS. HUTSON:   Object to form.

8  BY THE WITNESS:

9      A.   That would be on a case-specific basis

10  it would be done.  I would have to see the

11  patient in front of me.

12  BY MS. STEELE:

13      Q.   Is it based on -- for what other

14  case-specific factors?  Is it severity, is it

15  prolapse?

16      A.   It's the uniqueness of the prolapse.

17  One case that comes to mind of a woman that had

18  a bulge in her perineal body and it was a

19  separation of the rectal vaginal septum and a

20  dissection of the levator muscles, and the small

21  bowel was just bulging between the vagina and

22  the rectum and there was just -- it increased

23  the perineal body and there was a bulge of

24  tissue that came down and that was a unique case

Bruce A. Rosenzweig, M.D.

1    that the only way to support the structures was

2    by using an interposition of a biologic.

3        Q.   In how many surgeries per year do you

4    incorporate the use of a biologic graft?

5        A.   I haven't done one this year.  You

6    know, maybe one or two.

7        Q.   And we've discussed that levator

8    plication traditionally if used with a

9    nonabsorbable suturing material has an increased

10   risk of pain with intercourse compared to other

11   prolapse repairs, correct?

12          MS. HUTSON:  Object to the form.

13   BY THE WITNESS:

14       A.   Compared to not using a levator

15   plication for a posterior repair, and that is

16   from the time of surgery going forward.

17   BY MS. STEELE:

18       Q.   How often do you use the Capio device?

19       A.   A couple times a year to do a

20   sacrospinous ligament fixation.  It was like two

21   months ago -- we've been having a hard time

22   getting sutures for the Capio, and I was going

23   to do a sacrospinous fixation and we didn't have

24   suture.

Bruce A. Rosenzweig, M.D.

1      Q.    What sutures do you use with a Capio?

2      A.    Delayed absorbable, currently at the

3    hospital available or in what's been going on

4    for the last I think four months is

5    non-available.

6      Q.    And do you agree that options for

7    treatment are necessary because patients are

8    very different from one another?

9      A.    Options for treatments vary because

10   patients are different from one another?

11     Q.    Do you agree that options for treatment

12   are necessary because patients are different

13   from one another?

14     A.    Well, in a very broad sense, yes.  In a

15   very specific sense, no.  Horrible question so

16   I'm giving you a horrible answer.

17     Q.    Well, what -- so in some patients you

18   use a biologic graft, right?

19     A.    In a -- for a very specific defect, not

20   the typical defect.

21     Q.    For some patients you use only an

22   anterior colporrhaphy, right?

23     A.    As a site-specific repair for someone

24   that just has a site-specific defect, correct.

Bruce A. Rosenzweig, M.D.

 1      Q.   And for some patients you incorporate

 2  using a vault suspension?

 3      A.   Correct, because most patients would

 4  need a vault suspension at the same time of

 5  their repair.

 6      Q.   For some patients you do a levator

 7  plication with absorbable sutures?

 8      A.   I don't use a levator plication, no.

 9      Q.   At all?

10      A.   No, unless there is a specific levator

11  defect.  So that's not doing a posterior repair.

12  That's doing a levator defect repair.

13      Q.   How about for the treatment of stress

14  urinary incontinence?  There are different

15  options available because patients are different

16  and need different treatment?

17      A.   Correct, for a primary operation.

18  Burch for women that have recurrent severe

19  stress urinary incontinence, either an

20  injectable or a pubovaginal sling.  For

21  overactive bladders, medication.  I think for

22  stress urinary incontinence, pelvic floor

23  physical therapy, devices.  You know, everything

24  that is in my report are the litany of

Bruce A. Rosenzweig, M.D.

1    nonsurgical treatment.

2        Q.    And it's reasonable for doctors to use

3    biologic slings to treat stress urinary

4    incontinence?

5        A.    As a pubovaginal sling, yes.

6        Q.    And you've testified that it's

7    reasonable for a doctor to use a polypropylene

8    midurethral sling to treat stress urinary

9    incontinence?

10       A.    It is not outside the standard of care.

11            THE COURT REPORTER:  Was that an

12   objection?

13            MS. HUTSON:  Yes, to form.

14            THE COURT REPORTER:  Can you speak up

15   louder?

16            MS. HUTSON:  I'm letting the flow go.

17            THE COURT REPORTER:  But I have to hear

18   it.

19            MS. HUTSON:  I know.

20   BY MS. STEELE:

21       Q.    And so having all those different

22   treatment options for doctors and their patients

23   to choose from is a good thing, right?

24       A.    It's not a bad thing, correct.

Bruce A. Rosenzweig, M.D.

1    Q.   Did you review the Boston Scientific

2  documents that detail the development of the

3  Boston Scientific Pinnacle?

4    A.   Yes.

5    Q.   Did you review the Boston Scientific

6  documents that detail the development of the

7  Boston Scientific Uphold?

8    A.   Yes.

9    Q.   And for both of those devices, the

10  initial idea was brought to Boston Scientific by

11  surgeons, correct?

12    A.   Yes.  Dennis Miller --

13        MS. HUTSON:  Objection.

14  BY THE WITNESS:

15    A.   -- came up with the idea of Pinnacle

16  and Roger Goldberg Uphold.

17  BY MS. STEELE:

18    Q.   So Boston Scientific didn't come up

19  with the specific ideas for Pinnacle and Uphold;

20  they were brought to them by surgeons, right?

21        MS. HUTSON:  Object to the form.

22  BY THE WITNESS:

23    A.   Correct.

24        ///

Bruce A. Rosenzweig, M.D.

1    BY MS. STEELE:

2        Q.    And Boston Scientific did not first

3    come up with the idea of using polypropylene

4    mesh to treat pelvic organ prolapse, right?

5            MS. HUTSON:  Object to the form.

6    BY THE WITNESS:

7        A.    Correct.

8    BY MS. STEELE:

9        Q.    Surgeons had been using polypropylene

10   mesh to treat pelvic organ prolapse since the

11   1960s?

12       A.    In various embodiments, correct.

13       Q.    Ultimately doctors are trying to find

14   better solutions to treat their patients; do you

15   agree?

16       A.    They were looking for solutions.

17       Q.    Some doctors felt that native tissue

18   repairs had an unacceptably high failure rate

19   that's been reported in the literature, right?

20           MS. HUTSON:  Object to the form.

21   BY THE WITNESS:

22       A.    There -- if you look at the studies

23   that people have used to quote a recurrence rate

24   of 40 to 60 percent, there are some caveats

Bruce A. Rosenzweig, M.D.

1   about that that might not make it generalizable.

2   BY MS. STEELE:

3       Q.   So Boston Scientific first marketed the

4   Pinnacle device in 2008; is that your memory?

5       A.   That sounds about right, yes.

6       Q.   And the Uphold device was first

7   marketed in 2009?

8       A.   About that, correct.  I don't want to

9   spend time going to the exact notation in the

10  report.

11      Q.   And so for approximately 40 years

12  before Boston Scientific marketed a pelvic floor

13  repair kit using polypropylene mesh, surgeons

14  were implanting polypropylene mesh for the

15  treatment of pelvic organ prolapse, right?

16          MS. HUTSON:  Object to the form.

17  BY THE WITNESS:

18      A.   The first vaginal inlay was credited to

19  Julian in the late '90s.  Abdominal

20  colposacropexies had been performed for a longer

21  time than vaginal mesh, and then the TVM group

22  started first with an inlay, then attaching it

23  to the arcus tendineus linea pelvis and then

24  started it with armed mesh products in the late

Bruce A. Rosenzweig, M.D.

1   '90s.

2           So no.  Your statement, while there are

3   reports of mesh being used for abdominal

4   colposacropexies for a long time, vaginal mesh

5   is relatively recent.

6   BY MS. STEELE:

7       Q.   Ultimately the mesh, even implanted

8   abdominally, with the exception of site passage

9   infection, I think you've testified before that

10  passing the mesh through the vagina exposes it

11  to bacteria?

12      A.   Bacteria, peroxides.  There is -- okay.

13  There's a fundamental difference between

14  abdominal colposacropexies and vaginal placement

15  of mesh, all right?

16          So one is the root, two is the amount

17  of mesh that's actually passed through the

18  vagina, and three is the vector where the mesh

19  is attached, and that -- it makes it very

20  different.

21      Q.   So abdominal sacrocolpopexy mesh will

22  still degrade and it will still contract, right?

23      A.   Correct.  And if you look at Nygaard's

24  paper that looks at long-term follow-up, you

Bruce A. Rosenzweig, M.D.

1  have to continue to look at, you know, abdominal

2  colposacropexies because there is no time, even

3  with abdominal colposacropexies, where the

4  patient is free from complications.  But

5  remember, the mesh is in a space that the

6  contact with the vagina is much different than

7  transvaginal mesh where it is covering the

8  entire vagina.

9       So with abdominal colposacropexy mesh

10 you can either attach to the back wall of the

11 vagina, the front wall of the vagina or in a Y

12 shape, okay?  So you're only contacting the

13 apical part of the vagina, where transvaginal

14 mesh is contacting the whole anterior wall or

15 the whole posterior wall or the whole anterior

16 apical and posterior wall of the vagina.

17     Q.   And is the Uphold contacting the entire

18 interior wall?

19     A.   It is a smaller mesh, so it's

20 contacting the anterior -- the anterior apical

21 portion of the vagina.

22     Q.   So how much, what grade or percentage

23 of the Uphold is in contact with the vaginal

24 walls than you would see with an abdominal

Bruce A. Rosenzweig, M.D.

1    sacrocolpopexy?

2        A.    Not just the contact.  It's the vectors

3    that are also holding onto the mesh, okay?  So

4    with mesh that is being attached to two

5    different points in the lateral side of the

6    vagina, roping, deformation, contraction is

7    going to have a greater impact than when you do

8    it with an abdominal colposacropexy where

9    contraction is just going to pull the mesh up.

10       Q.    Even given those differences, you still

11   would not perform an abdominal sacrocolpopexy

12   with mesh, right?

13       A.    I currently do not.

14       Q.    Even if we just consider when companies

15   started marketing polypropylene mesh for the

16   treatment of pelvic organ prolapse implanted

17   transvaginally, there was several years of

18   clinical experience prior to Boston Scientific

19   marketing its pelvic floor repair kits, right?

20           MS. HUTSON:  Object to the form.

21   BY THE WITNESS:

22       A.    Correct.

23   BY MS. STEELE:

24       Q.    Do you have any criticisms of the use

Bruce A. Rosenzweig, M.D.

1    of the Capio?

2        A.    In what respect?

3        Q.    Do you have any criticisms of the Capio

4    device itself?

5        A.    No.  I've used the Capio and continue

6    to use the Capio.

7        Q.    And specifically as it's used with the

8    Boston Scientific Pinnacle and Uphold to attach

9    the fixation points for each of those devices,

10   do you have a criticism of the way that the

11   Capio is incorporated into the kit?

12            MS. HUTSON:  Object to the form.

13   BY THE WITNESS:

14       A.    Well, the Capio doesn't come with a

15   kit.  The Capio is a standalone device.

16   BY MS. STEELE:

17       Q.    Incorporated into the procedure.

18       A.    The Capio itself?

19       Q.    Yes, or the use of the Capio --

20       A.    I mean, all the Capio is is a

21   suture-passing device to pass it through a

22   fascial structure, so again, I have no problems

23   with the Capio.

24       Q.    Did you review the literature regarding

Bruce A. Rosenzweig, M.D.

1    the procedure that ultimately became the Uphold

2    that were published prior to the Uphold coming

3    on the market?

4           MS. HUTSON:  Object to the form.

5    BY THE WITNESS:

6       A.   The concept of the hysteropexy?

7    BY MS. STEELE:

8       Q.   The specific procedure --

9       A.   Or the anterior sacrospi --

10          THE COURT REPORTER:  Or the?

11   BY MS. STEELE:

12      Q.   The procedure that ultimately was

13   marketed as the Uphold procedure.

14          MS. HUTSON:  Object to the form.

15   BY THE WITNESS:

16      A.   So the anterior sacrospinous ligament

17   fixation and the hysteropexy --

18   BY MS. STEELE:

19      Q.   Using Polyform mesh.

20      A.   -- that Dr. Goldberg discussed?

21      Q.   Yes.  Did you review that literature?

22          MS. HUTSON:  Objection; form.

23   BY THE WITNESS:

24      A.   Yes.

Bruce A. Rosenzweig, M.D.

1    BY MS. STEELE:

2        Q.    Do you agree that prior to the Uphold

3    being put on the market, there was literature in

4    the form of abstracts regarding Dr. Goldberg's

5    procedure using Polyform mesh in the Capio?

6        A.    Yes.

7        Q.    Do you have any criticism of using the

8    sacrospinous ligament as a fixation point?

9        A.    There are risks associated with the

10   sacrospinous fixation.  There are a number of

11   nerves, the pudendal nerve, the levator ani

12   nerve, the sciatic nerve that are all in that

13   area.  There are actually several others that

14   are in different locations.

15           However, I still use the sacrospinous

16   ligament fixation which makes use of the

17   sacrospinous ligament.

18       Q.    Beyond the mesh that's used to pass the

19   legs around the sacrospinous ligament, do you

20   have any criticism of the Boston Scientific

21   Pinnacle or Uphold using the sacrospinous

22   ligament as a fixation point?

23           MS. HUTSON:  Object to form.

24           ///

Bruce A. Rosenzweig, M.D.

1    BY THE WITNESS:

2        A.    It's a suture that is being passed

3    through and underneath the sacrospinous ligament

4    that is then attached to the legs.  So it's not

5    the legs that are -- the Capio doesn't attach

6    the legs directly.  It's a suture-passing device

7    so -- but beside that caveat, can you repeat

8    your question?

9    BY MS. STEELE:

10       Q.    Do you have any criticism of the Boston

11   Scientific Uphold or Pinnacle using the

12   sacrospinous ligament as a fixation point?

13       A.    Again, there are risks associated with

14   the use of the sacrospinous ligament.  I still

15   use the sacrospinous ligament as an attachment

16   device for sacrospinous ligament fixations.

17       Q.    So no criticisms of the Uphold or

18   Pinnacle for using the sacrospinous ligament as

19   a fixation point, right?

20       A.    As an anatomic structure, no.

21       Q.    Do you have any criticisms of the

22   Boston Scientific Pinnacle for using the arcus

23   tendineus as a fixation point?

24            MS. HUTSON:  Objection; form.

Bruce A. Rosenzweig, M.D.

1   BY THE WITNESS:

2        A.   No.

3   BY MS. STEELE:

4        Q.   Do you agree that there are patients

5   who have benefitted from the use of

6   polypropylene mesh to treat pelvic organ

7   prolapse?

8             MS. HUTSON:   Object to the form.

9   BY THE WITNESS:

10       A.   I haven't seen that in my practice.

11  BY MS. STEELE:

12       Q.   Have you seen that reported in the

13  clinical literature?

14       A.   I have seen the clinical literature.

15       Q.   Have you seen anywhere in the clinical

16  literature reported where there are any patients

17  who have benefitted from the use of

18  polypropylene mesh used transvaginally to treat

19  pelvic organ prolapse?

20            MS. HUTSON:   Objection; form.

21  BY THE WITNESS:

22       A.   I have reviewed the efficacy rates for

23  pelvic organ prolapse treatment using

24  transvaginal polypropylene mesh.

Bruce A. Rosenzweig, M.D.

1   BY MS. STEELE:

2       Q.   And what is your opinion regarding the

3   efficacy rates of transvaginal polypropylene

4   mesh used for the treatment of pelvic organ

5   prolapse?

6            MS. HUTSON:   Objection; form.

7   BY THE WITNESS:

8       A.   It's not as good as everybody wishes it

9   had been.

10  BY MS. STEELE:

11      Q.   Do you think that the Boston Scientific

12  Pinnacle was effective in treating pelvic organ

13  prolapse?

14           MS. HUTSON:   Object to the form.

15  BY THE WITNESS:

16      A.   It has an efficacy rate, yes.

17  BY MS. STEELE:

18      Q.   What efficacy rate do you attribute to

19  the Boston Scientific Pinnacle?

20      A.   In the short term without long-term

21  data?

22      Q.   What efficacy rate?

23      A.   80 to 90 percent in the short term.

24  There are some that are higher.

Bruce A. Rosenzweig, M.D.

1    Q.   What efficacy rate do you attribute to

2  the Boston Scientific Uphold in the treatment of

3  pelvic organ prolapse?

4    A.   The same.

5    Q.   80, 90 percent?

6    A.   Hm-hmm.

7    Q.   What is the erosion rate of the

8  Pinnacle?

9        MS. HUTSON:  Objection; form.

10 BY THE WITNESS:

11   A.   It all depends on who you look at.  If

12 you look at Shapiro's 2009 or '10 abstract, 27

13 percent.  You can look at some of the other

14 studies that say it's around six percent.  So I

15 think the Jeffery study quoted about a 13

16 percent erosion rate.

17 BY MS. STEELE:

18   Q.   So the erosion rate with the Pinnacle

19 varies from study to study, right?

20   A.   Correct.

21   Q.   Similarly, the reoperation rate with

22 native tissue or traditional prolapse repair

23 varies from study to study, right?

24   A.   In the randomized control trials

Bruce A. Rosenzweig, M.D.

1    against mesh?

2        Q.    In the literature generally.

3        A.    Correct.

4        Q.    The -- strike that.  The risk of using

5    polypropylene mesh to treat pelvic organ

6    prolapse outweigh the benefits in all instances?

7              MS. HUTSON:  Objection; form.

8    BY THE WITNESS:

9        A.    Well, if you look at the most recent

10   Cochrane analysis by Mayer that the -- there is

11   an increased risk over native tissue repair of

12   reoperation or complications, stress

13   incontinence and recurrence.  So in general,

14   yes, the risks outweigh the benefits.

15   BY MS. STEELE:

16       Q.    Have you done any analysis of the

17   number of women who have benefitted from the use

18   of polypropylene mesh to treat pelvic organ

19   prolapse?

20             MS. HUTSON:  Objection; form.

21   BY THE WITNESS:

22       A.    I've quoted the most recent Cochrane

23   analysis.  If you look at the Stanford study, it

24   shows that there is no difference in efficacy

Bruce A. Rosenzweig, M.D.

1  between native tissue repair and mesh.  If you

2  look at the Goldman study, that says that the

3  gold standard for posterior colporrhaphy is

4  native tissue repair.  So besides reviewing the

5  literature and being in a clinical practice,

6  that is my review.

7  BY MS. STEELE:

8      Q.   Boston Scientific still markets

9  Polyform sheet mesh for the treatment of pelvic

10  organ prolapse, correct?

11     A.   As abdominal colposacropexy, yes, to

12  the best of my recollection.

13     Q.   If you turn to page 18 in your report,

14  I want to talk specifically about the sentence

15  that reads, "Polypropylene contains compounds

16  toxic to human tissue that leach out when

17  degradation occurs in the human pelvis,

18  enhancing the intensity of fibrosis and the

19  body's inflammatory reaction."

20     A.   I have that same thing highlighted.  I

21  must have read your mind.

22     Q.   It appears we have several of the same

23  things.

24     A.   Okay.

Bruce A. Rosenzweig, M.D.

1     Q.   So is your only basis for that

2  statement the Sternschuss article?

3     A.   No.   There is the Lithner article.

4  There is several other references that I think

5  are in my other general causation report that

6  describe the leachates that come out of

7  polypropylene.

8         Again, the polypropylene gets extruded,

9  and prior to the extrusion process to make it

10 into the single sheets it gets mixed up with a

11 variety of compounds that are proprietary to

12 Marlex or proprietary to prolene mesh from other

13 companies, and you guys don't tell us what that

14 is so --

15    Q.   Do you know?

16    A.   -- we don't know what antioxidants you

17 put in.   We don't know what colorizers and

18 plasticizers and stabilizers that are in there.

19        That's one of the problems, is that

20 there are all these other things that -- you

21 know, first of all, it was the late '80s or

22 early '90s when antioxidants were first added to

23 polypropylene because polypropylene was breaking

24 down and so you needed to add antioxidants in

Bruce A. Rosenzweig, M.D.

1    order to slow down the degradation process.

2            Now, when you're using it to like close

3    the abdomen and things scar and the suture

4    starts to break down, that's okay because the

5    abdomen is scarred, but when you're using it as

6    a support for stress urinary incontinence or for

7    pelvic organ prolapse and the degradation

8    process happens, it not only weakens the support

9    but also increases the surface area, increases

10   the fibrosis, increases the chronic foreign body

11   and chronic inflammatory reaction which then

12   leads to all the complications I talk about in

13   my general report.

14        Q.   Do you know the additives that are

15   incorporated into Marlex polypropylene?

16        A.   No, I do not.

17        Q.   Can you cite a study that discusses the

18   leaching of additives from Boston Scientific's

19   polypropylene mesh?

20        A.   Specifically from the Marlex?

21        Q.   Correct.

22        A.   There is a study by Winstanley found

23   fragmented polypropylene in lymph nodes.  Again,

24   the Lithner paper talks about plastics and

Bruce A. Rosenzweig, M.D.

1  additives in general and leaching out.

2  Specifically Marlex, no.  There is a paper on --

3  by Parente from prolene mesh but...

4      Q.   Have you reviewed the study with lead

5  author Talley with Drs. Guelcher, Dunn and

6  Nicola as coauthors?

7      A.   Yes, I have seen that study.

8      Q.   And you understand that's a study that

9  uses an in vitro test?

10     A.   In order to be able to completely and

11  accurately answer your question, I would need to

12  have the study in front of me.

13     Q.   Have you ever seen a study on

14  sterilized ready-to-implant Boston Scientific

15  polypropylene mesh made from Marlex resin where

16  there was a leaching of additives?

17          MS. HUTSON:   Objection; form.

18  BY THE WITNESS:

19     A.   I have not seen a study that looks

20  specifically at that.

21  BY MS. STEELE:

22     Q.   Can you tell me what toxic additive is

23  in a Marlex polypropylene used in Boston

24  Scientific's polypropylene mesh?

Bruce A. Rosenzweig, M.D.

1      A.   Again --

2           MS. HUTSON:   Objection; form.

3  BY THE WITNESS:

4      A.   -- antioxidants, stabilizers,

5  plasticizers are the general additives that are

6  placed in polypropylene.  Without having the

7  exact formula, which I think is proprietary and

8  you guys keep that under -- or Boston Scientific

9  keeps that under rack and key or lock and key, I

10  can't tell you what's in there.  But I can tell

11  you in general from looking at other studies

12  that I've quoted previously, that there are --

13  we know that antioxidants are in there.

14           I mean, that's all -- that's been

15  agreed to.  So that's one of the additives.

16  Antioxidants are not nontoxic.

17  BY MS. STEELE:

18      Q.   Are antioxidants toxic in any amount

19  when added to a polypropylene that's extruded

20  into a mesh?

21           MS. HUTSON:   Object to the form.

22  BY THE WITNESS:

23      A.   It has not been looked at long term in

24  humans in the pelvic floor, but I can tell you

Bruce A. Rosenzweig, M.D.

1    that when polypropylene was added, put

2    subcutaneously in a rat model, it led to

3    sarcomas from the International Agency for

4    Research on Cancer so -- and that there is a

5    growing number of cases of polypropylene-

6    associated cancer, so that's one of the

7    toxicities.

8            Now, I know that there have been -- you

9    know, there was a study from Mayo that looked at

10   epidemiologic data, didn't see an increase in

11   pelvic cancers associated with mesh, but they

12   only followed them out five years, and that's

13   too soon for there to be an increase in the risk

14   of cancers but there is a growing number of

15   cases of cancers being reported.

16           I had a case of a women that had

17   precancerous changes of her vagina associated

18   with an erosion that happened within three

19   months.

20   BY MS. STEELE:

21       Q.   Marlex polypropylene has been implanted

22   into the human body since the 19 -- late 1950s,

23   1960s; is that right?

24       A.   I wouldn't disagree with that.

Bruce A. Rosenzweig, M.D.

1    Q.   Has there been any report of widespread

2    cancer relating to the use of Marlex

3    polypropylene in the human body?

4         MS. HUTSON:   Object to the form.

5    BY THE WITNESS:

6    A.   Widespread, no.  There is growing

7    evidence of cases of polypropylene associated

8    with cancers with midurethral slings and POP

9    mesh.  Now, remember, early on mesh was used for

10   hernias in very sick patients, patients that had

11   suffered a significant trauma like war injuries.

12   That was the main group.

13        So their life expectancy and their

14   medical condition is not the same as putting it

15   in a 40-year-old healthy woman that is going to

16   live for another 45 years.  I think the average

17   female life expectancy right now is 85 years.

18   BY MS. STEELE:

19   Q.   Now, hernia mesh is used more

20   widespread, right, over the last 40, 50 years?

21   A.   More widespread since like the '90s.

22   So we're at the 20-year mark.  But you know when

23   other synthetic products were used such as

24   Dacron grafts, there are studies -- I'm blocking

Bruce A. Rosenzweig, M.D.

1    on the name, but I think it's in my report or in

2    one of my earlier reports, of leiomyosarcomas

3    being associated with these Dacron grafts, so

4    synthetic material.

5          Now, Dacron might be more reactive than

6    polypropylene so it sets up a higher chronic

7    foreign body reaction, but it's the chronic

8    foreign body reaction that leads to in certain

9    situations tumor angiogenesis factor or tumor

10   genesis factors to be switched on.  Okay?  And

11   there is not a lot of research into why that

12   occurs in certain patients, but it will continue

13   to occur in women.  And if you look at just over

14   the last three years since this discussion has

15   been going on, there went from one case report

16   to 11 case reports of cancers associated with

17   mesh, and so that's Dietz, Goldman, Kwon.

18         I'm forgetting the study out of Asia on

19   urethral carcinoma, but there are a growing

20   number of cancers being reported with

21   polypropylene mesh, and that tells you about the

22   toxicity and the chronic foreign body reaction

23   that is associated with it.

24      Q.   So we've seen an increase up to 11 case

Bruce A. Rosenzweig, M.D.

```
 1   reports in the literature --

 2       A.   Correct.

 3       Q.   -- in patients who have mesh and also

 4   have --

 5       A.   Pelvic cancer associated with that

 6   mesh --

 7       Q.   How do you --

 8       A.   -- mesh.

 9       Q.   -- make the link between the mesh to

10   the cancer?

11           MS. HUTSON:  Object to form.

12   BY THE WITNESS:

13       A.   It's at the same site.

14   BY MS. STEELE:

15       Q.   That's enough epidemiological link for

16   you?

17           MS. HUTSON:  Object to the form.

18   BY THE WITNESS:

19       A.   Okay.  The epidemiological discussion

20   has been going on for chronic foreign bodies

21   leading to tumor genesis.  That has been going

22   on for years.

23           So foreign bodies and toxic substances

24   can lead to cancer, okay?  Think of
```

Bruce A. Rosenzweig, M.D.

1    mesotheliomas and asbestos, all right?  So we

2    know that happens.  Now we're starting to see --

3    because widespread use in the pelvis only

4    started 20 years ago and the length of time is

5    between 20 and 30 years which has been found in

6    other studies for tumor genesis.

7         So now we're starting to see more and

8    more case reports.  Again, I saw a case very

9    recently where, you know, Stage 2 vaginal

10   dysplasia in a woman that had a normal vagina

11   and then she ended up with an ulceration and

12   erosion, and when I freshened up the edges, sent

13   it off to pathology, it came back vaginal

14   intraepithelial neoplasia which is precancerous

15   changes.

16   BY MS. STEELE:

17        Q.   Just so whenever you use the word

18   "toxic" in your report or testimony, how do you

19   define toxic?

20        A.   Having a deleterious effect.

21        Q.   Your report does not contain any

22   opinions regarding polypropylene mesh

23   procurement from China, correct?

24        A.   No.

Bruce A. Rosenzweig, M.D.

1      Q.   It does not, right?

2      A.   It does not.

3      Q.   You're not offering any opinions

4  regarding resin procured from China, correct?

5      A.   I think there has been a lot of

6  opinions offered about that, but I did not put

7  that in this report.

8      Q.   Have you been in contact with any news

9  agencies regarding Boston Scientific's

10 procurement of resins from China?

11     A.   No.

12     Q.   I assume you viewed some news programs?

13     A.   I did not --

14          MS. HUTSON:   You don't have to answer

15 that.

16 BY THE WITNESS:

17     A.   I didn't have to to know about the

18 story.

19 BY MS. STEELE:

20     Q.   Can you always feel contracted mesh on

21 exam?

22     A.   Yes.  And by "you," you meant me?

23     Q.   You.

24     A.   Correct.

Bruce A. Rosenzweig, M.D.

1      Q.    Can trained urogynecologists always

2   feel contracted mesh on exam?

3           MS. HUTSON:   Object to the form.

4   BY THE WITNESS:

5      A.    Well, there are trained

6   urogynecologists who I've seen opine that mesh

7   does not contract when there is overwhelming

8   data that mesh does contract.  Some might say,

9   Well, it only contracts to a little bit.

10          But if you understand that mesh -- if

11  you don't think mesh contracts, obviously you're

12  not going to be able to feel it, right?

13  BY MS. STEELE:

14     Q.    Yeah.

15     A.    Okay.  So yes, trained pelvic floor

16  surgeons will be able to feel contracted mesh.

17  Now, it depends on -- they might describe it

18  differently.  They might just describe it as

19  banded.  They might describe it as taut, tense.

20  I mean, there are a variety of different

21  verbiages that describe the same thing.

22          Mesh should not be palpable.  Mesh

23  should not be banded.  Mesh should not be tense.

24     Q.    For a transobturator sling, even if it

Bruce A. Rosenzweig, M.D.

1    was implanted a month ago and hasn't undergone

2    significant contraction, you can still feel the

3    sling?

4           MS. HUTSON:  Object to the form.

5    BY THE WITNESS:

6        A.   You -- it should be -- if the true

7    process of fat and blood vessels growing through

8    the pores took place, it should be

9    indistinguishable from the surrounding

10   connective tissue.  That was the idea.  That's

11   the bill of goods we were sold.  That does not

12   happen.

13          So starting very soon after

14   implantation, once you move from the acute

15   inflammatory response to the chronic

16   inflammatory response to the chronic foreign

17   body response, you get granulomas surrounding

18   the individual fibers.  That then coalesces and

19   you get scar plating.

20          Now, can I borrow a sheet of paper?

21          MS. HUTSON:  Will this work?

22          THE WITNESS:  Yes.

23   BY THE WITNESS:

24       A.   So it's been said that the mesh does

Bruce A. Rosenzweig, M.D.

1    not contract because it doesn't have contractile

2    fibers, right?  It's the external forces that

3    cause it to contract.  The paper didn't have any

4    -- doesn't have contractile forces.  The

5    external forces of my hand caused it to

6    contract, but look at it now.  It's contracted.

7            So what it looks like when you go in to

8    take it out -- and I have described this in

9    numerous case-specific depositions -- it goes in

10   1 to 1.1 centimeters.  You take it out, it's 0.5

11   centimeters.  That's contracted, and yes, you

12   can feel that because it's scar plated, too.

13   BY MS. STEELE:

14       Q.  So you would expect a finding of

15   fibrotic bridging or excessive scarring for a

16   mesh that's been implanted for a number of

17   years?

18            MS. HUTSON:  Objection; form.

19   BY THE WITNESS:

20       A.  I said scar plating.  Now, excessive

21   scarring, yes, you can have that too because you

22   have this -- you know, particularly for POP

23   mesh, you have a wide area of mesh that's going

24   to undergo scarring.

Bruce A. Rosenzweig, M.D.

1    BY MS. STEELE:

2        Q.    And I believe you testified, and

3    correct me if I'm wrong, that you want to not be

4    able to feel the area of mesh with the tissue

5    ingrowth, have it feel different than the tissue

6    adjacent to the mesh; is that right?

7        A.    Correct.

8        Q.    But if the tissue around the mesh is

9    weakened and was no longer doing its function of

10   supporting the organs, wouldn't you want to be

11   able to feel the mesh because it's a stronger

12   tissue?

13           MS. HUTSON:   Objection; form.

14   BY THE WITNESS:

15       A.    Well, now you're talking about form and

16   function, okay?  So it should be -- you can't

17   feel the paraurethral ligaments that are

18   supporting the urethra.  You can't feel the

19   endopelvic fascia that's supporting the bladder,

20   the apex of the vagina or the posterior vaginal

21   wall.

22           Now, that theory about yes, weakened

23   connective tissue or separation of the arcus

24   tendineum with the pelvis creating prolapse or

Bruce A. Rosenzweig, M.D.

1    the loss of the pubourethral ligament, great

2    theories.  But no, you should not feel the mesh

3    unless it is -- because it should move with the

4    vagina, okay?  If it doesn't move with the

5    vagina, it's scar plated because of chronic

6    foreign body reaction.  It's going to contract,

7    it's going to degrade, it's going to deform,

8    it's going to rope and curl.

9            There is plenty of ultrasound studies.

10   There are at least half a dozen studies

11   documenting roping, curling, deformation of

12   midurethral slings.  We know that happens much

13   more frequently with POP mesh.  Even early TVM

14   studies described an 18 to 20 percent mesh

15   shrinkage and contraction rate.

16           So we know that it occurs.  So it will

17   -- if it -- if you had normal tissue ingrowth,

18   you should be able to push it and it will move.

19   But when you get scarification, it becomes

20   fixed.  It's also not supposed to be under

21   tension, and tension is what makes it much more

22   palpable.  The only reason why it has increased

23   the tension is because it contracted.

24           ///

Bruce A. Rosenzweig, M.D.

1  BY MS. STEELE:

2      Q.   On exam after an anterior colporrhaphy,

3  can you feel the scar from the anterior

4  incision?

5          MS. HUTSON:   Objection.

6  BY THE WITNESS:

7      A.   It would be a very thin line.  You

8  might see where the scar is, but for the rest of

9  the vaginal tissue, no, just a very thin line

10  where you made your initial incision.

11  BY MS. STEELE:

12     Q.   Now, turn to page 34, and looking at

13  the first paragraph regarding Boston

14  Scientific's experience with the Protegen.

15     A.   Yes.

16     Q.   And the Protegen was on the market for

17  approximately three years before it was

18  recalled; is that right?

19     A.   Correct.

20     Q.   And Boston Scientific's polypropylene

21  midurethral slings have been on the market for

22  over 15 years; is that right?

23     A.   The first Advantage sling appeared

24  2002, 2003, yes.

Bruce A. Rosenzweig, M.D.

1    Q.   So within three years Boston

2  Scientific, the medical community recognized

3  that there was an issue with the Protegen sling,

4  right?

5    A.   Correct.

6    Q.   And Boston Scientific acted and took

7  the Protegen off the market, right?

8    A.   Correct.

9    Q.   No organization -- strike that.  None

10  of the societies or organizations in the United

11  States for members of the urology, urogynecology

12  or gynecology field has stated Boston

13  Scientific's polypropylene midurethral slings

14  should be taken off the market, right?

15    A.   In the United States, yes.  We've

16  already discussed other places around the world.

17    Q.   The FDA has not instructed Boston

18  Scientific to remove its polypropylene

19  midurethral slings from the market, correct?

20    A.   At this time, no.

21    Q.   And that's after 15 years on the

22  market, right?

23    A.   Correct.

24    Q.   I want to turn to page 36 and I want to

Bruce A. Rosenzweig, M.D.

1    talk about the last sentence of the first

2    paragraph that starts with, "As of 2015."

3        A.    Yes.

4        Q.    And I think that there is similar --

5    that sentence is repeated in a few other

6    locations throughout your report regarding

7    Boston Scientific sponsoring studies?

8        A.    Yes.

9        Q.    How do you define "sponsored"?

10       A.    That the -- it's not an

11   investigator-initiated study or an

12   investigator-sponsored study where the

13   investigator goes to Boston Scientific and says,

14   Hey, I'd like to do a study.  Can I have some

15   money?

16            It would be one that Boston Scientific

17   would initiate, control, and carry out.

18       Q.    So as of 2015 Boston Scientific had not

19   sponsored a completed clinical trial other than

20   the registry that you discuss; is that correct?

21       A.    And the other studies that I talked

22   about for Advantage, Obtryx, Pinnacle and

23   Uphold.

24       Q.    Boston Scientific has funded studies

Bruce A. Rosenzweig, M.D.

1    regarding all of its polypropylene mesh

2    products, correct?

3        A.    Correct, as I describe in my report.

4        Q.    Is a Boston Scientific-sponsored study

5    reliable?

6             MS. HUTSON:   Object to the form.

7    BY THE WITNESS:

8        A.    If it's well done.

9    BY MS. STEELE:

10       Q.    Is it biased because Boston Scientific

11   sponsored it?

12            MS. HUTSON:   Object to the form.

13   BY THE WITNESS:

14       A.    If the sponsorship is disclosed, then

15   the reader can determine for themselves if there

16   is bias.  If they have a significant editorial

17   process on how the data is presented, then it

18   will be biased and that needs to be described.

19            Is, you know, are -- what is the

20   process of putting the data out?  Is there some

21   data that's being obfuscated?  Is there some

22   data that's being downplayed?  I mean, we know

23   that the vast majority of doctors read the

24   abstract.  Then a little bit less frequently

Bruce A. Rosenzweig, M.D.

1    they read the abstract and the conclusion.  And

2    most doctors, unlike myself, don't read the

3    whole paper.

4         So if you bury the lead in the body of

5    the paper, you don't put it in the abstract,

6    most doctors aren't going to see that.  So a

7    good paper will give all the information in the

8    abstract knowing that that's what most doctors

9    are going to read.

10   BY MS. STEELE:

11       Q.   And you've been critical of studies in

12   the past because Boston Scientific funded the

13   studies, correct?

14           MS. HUTSON:   Objection; form.

15   BY THE WITNESS:

16       A.   Critical?  I'm critical of the Costa

17   studies of the registry and I describe that in

18   my report, what is critical about those.  I'm

19   critical of the fact that studies are only

20   presented as abstracts and some of them aren't

21   even presented as abstracts -- they're just used

22   as promotional material by Boston Scientific --

23   because the degree of editorial vigor is not the

24   same for getting an abstract accepted and

Bruce A. Rosenzweig, M.D.

1    presented and therefore published as a

2    full-bodied study in a peer-reviewed journal.

3           So those are some of the reasons I'm

4    critical, but I have described in my report what

5    I'm critical of.

6    BY MS. STEELE:

7        Q.   Are you critical of the 2015 Ross

8    article involving Obtryx and Advantage?

9           MS. HUTSON:   Object to the form.

10   BY THE WITNESS:

11       A.   No.   Again, I described that -- that's

12   a good prospective randomized controlled trial

13   with long-term five-year data that's not good.

14   BY MS. STEELE:

15       Q.   And Boston Scientific funded that

16   study, right?

17       A.   Yes.

18       Q.   Boston Scientific is currently

19   sponsoring a mesh versus non-mesh study for

20   pelvic organ prolapse, right?

21       A.   The 522 study, correct.

22       Q.   And Boston Scientific is also currently

23   sponsoring a biologic versus no graft --

24       A.   Correct.

Bruce A. Rosenzweig, M.D.

 1      Q.    -- study, correct?

 2      A.    Correct.

 3      Q.    On page 37 the first paragraph details

 4   some information from a deposition of Janice

 5   Connor in 2015; is that right?

 6      A.    Correct.

 7      Q.    Did you independently search out these

 8   studies or articles?

 9      A.    Well, I know the Obtryx studies because

10   we discussed that in West Virginia.  I know the

11   Advantage and the Lynx studies because we have

12   described them in previous depositions and at

13   trial last year.  I know the Solyx studies

14   because of the trial.

15          I -- as you probably know, I was an

16   expert in the Flores case that settled right

17   before it was going to go to trial, and that

18   involved Uphold, Pinnacle, and I think Solyx.

19   So for that I did an independent review of the

20   literature.

21          As you probably know, I was supposed to

22   do a de bene esse two or three months ago that

23   got cancelled the day before because the patient

24   underwent another surgery.  That was on

Bruce A. Rosenzweig, M.D.

1    Advantage Fit, but the thought was to do every

2    -- all the other products.

3          So I did another review of the

4    literature to make sure that I had everything

5    for that.  So for this I had already done all

6    the reviews.  But it goes to show, I bet there

7    is some stuff that I can't find.  And again,

8    that's the problem with saying that doctors out

9    there in the community who aren't preparing for

10   trials and depositions and de bene esses and

11   trying to find every piece of literature so that

12   I can sit there and say, Yes, I looked at

13   everything, and I still can't find everything.

14         That shows you that doctors don't know

15   everything about these products.  So you can't

16   say that doctors have all the literature

17   available and all they have to do is go out and

18   look at the literature like as in the

19   Instructions For Use, because most of the

20   literature doctors can't find.

21   Q.   So the Directions For Use contain a

22   summary of every article that has ever been

23   published on the device?

24         MS. HUTSON:  Object to the form.

Bruce A. Rosenzweig, M.D.

1   BY THE WITNESS:

2       A.   No.   It should contain the frequency,

3   severity, treatability, and permanency.

4   BY MS. STEELE:

5       Q.   I want to look at -- it states that,

6   "Although randomized controlled trials represent

7   the gold standard of clinical testing, BSC did

8   not test the Advantage, Advantage Fit, Lynx,

9   Obtryx, Prefyx, and Solyx products in RCTs, nor

10  does any data from RCTs on the products

11  otherwise exist in the medical or scientific

12  literature."

13          Did I read that correctly?

14      A.   Yes.   We talked about the Ross study.

15      Q.   So that sentence is incorrect?

16      A.   We talked about the Ross study.

17      Q.   And that was published in 2015?

18      A.   Correct, and that's Advantage Obtryx.

19      Q.   And your report was submitted in 2018,

20  right?

21      A.   Correct.

22      Q.   And you don't have I believe -- you

23  don't discuss the data presented in the

24  long-term Ross study in your report, correct?

Bruce A. Rosenzweig, M.D.

1           MS. HUTSON:   Object to the form.

2    BY THE WITNESS:

3        A.   No, because I've testified about it and

4    we're talking about it now.

5    BY MS. STEELE:

6        Q.   Well, I think as of the trial in

7    Delaware last fall, you weren't aware of the

8    long-term Ross study during that trial?

9           MS. HUTSON:   Object to the form.

10   BY THE WITNESS:

11       A.   I had it.   That trial was the day

12   before my wife had a hysterectomy for what we

13   were worried about were precancerous changes.

14   So obviously you're catching me on a much better

15   day.

16   BY MS. STEELE:

17       Q.   And the next paragraph starts with the

18   sentence, "By contrast, other manufacturers of

19   midurethral slings rely on hundreds of published

20   studies, articles and trials to establish the

21   effectiveness of the products.   In my

22   experience, it is exceedingly unusual to have

23   such a limited body of medical and scientific

24   literature to support the safety and

Bruce A. Rosenzweig, M.D.

1   effectiveness of a permanently implantable

2   medical device."

3       A.   Correct.

4       Q.   And you've testified that for all those

5   manufacturers who are marketing midurethral

6   slings, no matter how much literature is

7   available on those slings, all of those slings

8   are defective, right?

9           MS. HUTSON:   Object to the form.

10  BY THE WITNESS:

11      A.   Well, the majority of the other

12  manufacturers or the studies on other

13  manufacturers are short term with small numbers,

14  so even the meta-analysis have said that the

15  quality of literature is moderate at best and

16  that the number -- there are only prospective

17  randomized controlled trials out to five years.

18          There is some ten-year cohort studies,

19  but most of those rely on phone interviews to

20  get the data on patients.   And the Nielsen

21  study -- I've testified about this -- is a very

22  flawed study.

23  BY MS. STEELE:

24      Q.   So even with the hundreds of published

Bruce A. Rosenzweig, M.D.

1    studies, articles and trials, and you have your

2    criticisms or limitations for each of those, for

3    all of the other manufacturers of midurethral

4    slings, you've testified or you hold the opinion

5    that those slings are defective, correct?

6         MS. HUTSON:  Object to the form.

7    BY THE WITNESS:

8         A.   Polypropylene is an inappropriate

9    material to be used as a midurethral sling or a

10   pelvic organ prolapse device to treat stress

11   urinary incontinence or pelvic organ prolapse

12   for the reasons I have described in my report.

13   BY MS. STEELE:

14        Q.   If you turn to page 41, regarding the

15   Uphold you state in the middle of the first full

16   paragraph that, "For the Uphold, only four

17   full-length, peer-reviewed articles on the

18   Uphold existed in the medical literature as of

19   2015," right?

20        A.   Yes.

21        Q.   Have you done any literature search for

22   any other full-length, peer-reviewed articles on

23   Uphold since 2015?

24        A.   There is the Altman Uphold Lite study

Bruce A. Rosenzweig, M.D.

1   that came out 2016, the Gutman study that came

2   out in 2017.

3       Q.   Are you familiar with the Letouzey

4   study that involved Uphold?

5       A.   Yes.

6       Q.   So if -- there is actually five

7   full-length published studies that include data

8   on the Uphold products, right?

9            MS. HUTSON:   Object to the form.

10  BY THE WITNESS:

11      A.   We would have to pull those out because

12  I think the Letouzey is a combination of

13  Pinnacle and Uphold so it's not pure data.  What

14  I'm talking about is pure.  Just like the

15  Gynemesh PS versus Polyform mesh, there was a

16  mixture of Uphold and Pinnacle.  So, you know,

17  if you're mixing products, it's not a pure

18  study.

19  BY MS. STEELE:

20      Q.   And in your report you don't lay out

21  any of the specific data regarding Uphold,

22  correct?

23           MS. HUTSON:   Object to form.

24        ///

Bruce A. Rosenzweig, M.D.

1    BY THE WITNESS:

2        A.   Correct.  It's all in the studies.

3    BY MS. STEELE:

4        Q.   And in your footnotes you identify the

5    four as Larouche, Jirschele, Rivaux and Vu?

6        A.   Yes.

7        Q.   And I think you have a criticism of Vu

8    that there was inadequate disclosure?

9        A.   Correct.

10       Q.   Do you have criticisms of Larouche,

11   Jirschele and Rivaux?

12       A.   I don't specifically recall the

13   conflict of interest.  To be able to completely

14   and accurately answer that question, I would

15   need to have the study.

16            MS. STEELE:  Can we take a quick break?

17            MS. HUTSON:  Sure.

18            THE VIDEOGRAPHER:  We are off the

19   record at 12:04 p.m.

20                    (Recess had.)

21            THE VIDEOGRAPHER:  We are back on the

22   record at 12:22 p.m.

23   BY MS. STEELE:

24       Q.   After the implantable Boston Scientific

Bruce A. Rosenzweig, M.D.

1    polypropylene mesh, how soon after does a scar

2    plate form?

3              MS. HUTSON:   Object to the form.

4    BY THE WITNESS:

5        A.   I've been asked that at previous

6    depositions and trials, and I'll stand by my

7    prior statements.

8    BY MS. STEELE:

9        Q.   And if that testimony was specific to a

10   different device than the Boston Scientific

11   mesh, would that correlate to the Boston

12   Scientific mesh as well?

13             MS. HUTSON:   Object to the form.

14   BY THE WITNESS:

15       A.   Yes.

16   BY MS. STEELE:

17       Q.   Does shrinkage and contracture begin

18   immediately?

19       A.   Shrinkage and contracture starts when

20   the chronic foreign body reaction starts,

21   because what happens is you get fibrosis around

22   the individual fibers.  That fibrosis touches,

23   it then creates a scar over the top of it.  So

24   the chronic foreign body reaction usually starts

Bruce A. Rosenzweig, M.D.

 1    anywhere from seven to ten days after

 2    implantation.

 3        Q.    And can that shrinkage and contracture

 4    cause symptoms immediately --

 5        A.    Immediately --

 6        Q.    -- once it begins?

 7            MS. HUTSON:   Object to form.

 8    BY THE WITNESS:

 9        A.    Well, yes.

10    BY MS. STEELE:

11        Q.    Is it your opinion that shrinkage and

12    contracture of the polypropylene mesh causes

13    pelvic floor muscle spasm or can cause pelvic

14    floor muscle spasm?

15        A.    Yes.

16        Q.    When a patient comes into your office

17    with pelvic floor muscle spasm, what are the

18    other potential causes for pelvic floor muscle

19    spasm?

20            MS. HUTSON:   Object to form.

21    BY THE WITNESS:

22        A.    Trauma, overuse, psychological

23    dysfunction.

24        ///

Bruce A. Rosenzweig, M.D.

1   BY MS. STEELE:

2      Q.   Any others?

3      A.   There are probably more but they would

4   fall into the category of trauma or overuse.

5      Q.   And for trauma, can you explain what

6   you mean by trauma?

7      A.   Childbirth, surgical trauma, an

8   accident.

9      Q.   Does accident include such as a car

10  accident?

11     A.   If there is a pelvic fracture, yes.

12     Q.   Overuse of the pelvic floor muscles,

13  what circumstances constitute overuse?

14     A.   Well, someone that -- the pelvic floor

15  acts as a stabilizer for the upper and lower

16  body, so if there is any kind of asymmetry, it's

17  going to put stress on the pelvic floor muscles.

18     Q.   So anything that would make you use one

19  side of your pelvic floor more than the other?

20     A.   That could be one of the overuse

21  injuries, yes.

22     Q.   And does that include -- overuse cannot

23  be just someone who's on their feet all day

24  moving a lot?

Bruce A. Rosenzweig, M.D.

```
 1              MS. HUTSON:  Object to the form.

 2    BY THE WITNESS:

 3        A.   There would be specific activities, not

 4    just from standing all day.

 5    BY MS. STEELE:

 6        Q.   What are some of those certain

 7    activities?

 8        A.   Activities that cause your pelvis to

 9    stabilize.

10        Q.   Such as standing, squatting, sitting?

11        A.   No.  More like sports activities, but

12    someone that, you know, stood during activities

13    would, you know -- I would not exclude that.

14    That would not be outside the realm of

15    possibilities.

16        Q.   Can chronic untreated urinary tract

17    infection cause pelvic floor muscle spasm?

18        A.   Unlikely.  Chronic cystitis could.

19        Q.   Can any pelvic surgery fall into the

20    category of trauma and cause or contribute to

21    pelvic floor muscle spasm?

22              MS. HUTSON:  Object to the form.

23    BY THE WITNESS:

24        A.   If retractors are used and specifically
```

1    injure one of the pelvic floor muscles, yes.

2    Just in and of itself, no.

3    BY MS. STEELE:

4        Q.   Do you have any other trial settings on

5    your calendar?

6        A.   No.  I have depositions that I can't

7    talk about, but there you go talking about it.

8        Q.   I think we can all assume that you'll

9    be giving more depositions in the near future.

10           As far as lightweight mesh --

11       A.   And by "lightweight" we're defining

12   that as less than 35 grams per meter squared?

13       Q.   Yes, so less than 35, and I believe

14   Boston Scientific's Uphold Lite mesh falls into

15   that category.

16       A.   Yes, it does.  It's around 30 grams per

17   meter squared.

18       Q.   You do not implant the Boston

19   Scientific Uphold Lite mesh, correct?

20       A.   Correct.

21       Q.   Is it your opinion that the Boston

22   Scientific Uphold Lite is not defective?

23           MS. HUTSON:  Object to the form.

24       ///

Bruce A. Rosenzweig, M.D.

1    BY THE WITNESS:

2         A.    I don't have any opinions about the

3    Uphold Lite.  I was not asked to provide

4    opinions about the Uphold Lite and, therefore, I

5    don't have opinions about the Uphold Lite

6    because I was not asked to have opinions.

7    BY MS. STEELE:

8         Q.    Would a Boston Scientific midurethral

9    sling comprised of 30 grams per meter squared

10   mesh be defective?

11             MS. HUTSON:  Object to the form.

12   BY THE WITNESS:

13        A.    As I stated before, the -- when

14   Shepherd looked at all the lightweight meshes

15   and found Ultrapro to be the least stiff, and

16   because it has a dissolvable Monocryl component,

17   I have testified that it leaves the lowest

18   fingerprint of polypropylene.

19             So even though polypropylene is an

20   inadequate or a -- what's the term that I use --

21   inappropriate material to be placed in the

22   pelvis, with Ultrapro you have a lower amount

23   and might be below the level that would cause

24   significant complications.

Bruce A. Rosenzweig, M.D.

1          So as an example, there are poisons in

2     just about everything, but it is below that

3     minimal level that is toxic, meaning causing

4     injury.  So that even though it does contain

5     poisons, it's not toxic.  And for the

6     information that I have on Ultrapro, in general

7     it is not toxic, as I've stated in prior

8     depositions.

9     BY MS. STEELE:

10         Q.    Do you have any intention of

11    incorporating Ultrapro into your treatment of

12    patients in the future?

13         A.    No.

14         Q.    Ultrapro, once you implant it,

15    ultimately it's 28 grams per meter squared; is

16    that correct?

17         A.    Correct.

18         Q.    So Boston Scientific's light mesh is

19    approximately two grams per meter squared

20    heavier than Ultrapro?

21         A.    Correct, but it is stiffer, and I would

22    direct you to the Shepherd study on mesh

23    stiffness.

24         Q.    Are you offering an opinion regarding

Bruce A. Rosenzweig, M.D.

1   blue mesh versus clear mesh?

2       A.   There are opinions in my report

3   regarding blue mesh, that blue mesh enables you

4   to find the demarcation point easier, though not

5   easily.  It's easier to find blue mesh than it

6   is to find clear mesh when you're trying to do a

7   removal procedure.

8       Q.   Is that the limits of your opinions

9   regarding blue mesh?

10      A.   Correct.  People have looked at -- I

11  think it's cyanoethylene which is the dye that

12  makes the mesh blue.  I don't have any opinion

13  about its toxicity, but there is another

14  additive that goes into blue polypropylene.

15      Q.   And you've not conducted any testing to

16  determine the toxicity of Boston Scientific's

17  polypropylene mesh, correct?

18          MS. HUTSON:  Object to the form.

19  BY THE WITNESS:

20      A.   The blue mesh or the clear mesh?

21  BY MS. STEELE:

22      Q.   Either mesh.

23          MS. HUTSON:  Form.

24      ///

Bruce A. Rosenzweig, M.D.

1    BY THE WITNESS:

2        A.    The toxicity directly, no.  Research,

3    yes.

4    BY MS. STEELE:

5        Q.    And your research is the articles that

6    we've discussed?

7        A.    Correct.

8        Q.    And do you look at the path reports --

9    strike that.  When you remove mesh, do you send

10   it for a pathology review?

11       A.    Yes.

12       Q.    And do you review the pathology reports

13   once the pathologist performs his examination?

14       A.    Yes, which is how I found out that my

15   recent patient had vaginal intraepithelial

16   neoplasia.

17       Q.    And do you recall what device that

18   patient had?

19       A.    A TVT obturator.

20       Q.    Have you reviewed pathology reports

21   from Boston Scientific mesh that you have

22   explanted that showed toxicity?

23            MS. HUTSON:  Object to the form.

24            ///

Bruce A. Rosenzweig, M.D.

1  BY THE WITNESS:

2     A.   I cannot specifically recall all of the

3  path reports from all of the mesh that I've

4  removed that has been looked at.

5  BY MS. STEELE:

6     Q.   Do you recall any pathology report for

7  Boston Scientific mesh that you removed that

8  indicated there was precancerous or cancerous

9  cells present?

10          MS. HUTSON:   Object to the form.

11  BY THE WITNESS:

12     A.   Not that I specifically recall.

13  BY MS. STEELE:

14     Q.   Do you agree that just because a

15  surgery has risks does not mean that that

16  surgery is unreasonable?

17     A.   I agree with that.

18     Q.   Do you agree that just because there

19  are risks does not make a medical device

20  defective?

21     A.   Correct.

22     Q.   And do you agree that just because

23  there are risks, that does not make a medical

24  device unreasonable for use?

Bruce A. Rosenzweig, M.D.

1      A.    Correct.

2            MS. STEELE:  Do you have any questions?

3            MS. HUTSON:  I do not.  I'll reserve.

4            MS. STEELE:  Let me take one last

5      glance.  We may be done.

6            THE WITNESS:  Ms. Hutson has to rush to

7      the airport.  And by "rush" I mean crawl.

8            MS. HUTSON:  Hobble.  I will hobble.

9      BY MS. STEELE:

10      Q.    So the Pinnacle and the Uphold, besides

11     the use of polypropylene mesh and that it's

12     placed transvaginally, are there any other

13     specific criticisms of those two devices that

14     you have?

15           MS. HUTSON:  Object to the form.

16     BY THE WITNESS:

17      A.    Aside from what's in my report and what

18     we discussed in this deposition, no.

19           MS. STEELE:  No further questions.

20           MS. HUTSON:  Okay.

21           THE VIDEOGRAPHER:  We are off the

22     record at 12:38 p.m.  This concludes the

23     videotaped deposition of Bruce Rosenzweig, M.D.

24           FURTHER DEPONENT SAITH NOT.

Bruce A. Rosenzweig, M.D.

```
 1      CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

 2

 3           I, MARIANNE NEE, a Certified Shorthand
     Reporter of the State of Illinois, C.S.R. No.
 4   084-002341, do hereby certify:

 5           That previous to the commencement of
     the examination of the witness, the witness was
 6   duly sworn to testify the whole truth concerning
     the matters herein;

 7

             That the foregoing deposition
 8   transcript was reported stenographically by me
     and thereafter reduced to typewriting under my
 9   personal direction;

10           That the reading and signing of said
     deposition was reserved by counsel for the
11   respective parties and the witness;

12           That the foregoing constitutes a true
     record of the proceedings had and testimony
13   taken, to the best of my abilities;

14           That I am not a relative, employee,
     attorney or counsel, nor a relative or employee
15   of such attorney or counsel for any of the
     parties hereto, nor interested directly or
16   indirectly in the outcome of this action.
     SIGNED THIS 3rd DAY of SEPTEMBER, 2018.

17

18

19                     _____

                       Marianne Nee, CSR, RPR, RDR
20                     Illinois Certified Shorthand
                       Reporter No. 084-002341.

21

22

23

24
```

Bruce A. Rosenzweig, M.D.

1           INSTRUCTIONS TO WITNESS

2

3           Please read your deposition over

4    carefully and make any necessary corrections.

5    You should state the reason in the appropriate

6    space on the errata sheet for any corrections

7    that are made.

8           After doing so, please sign the errata

9    sheet and date it.  You are signing same subject

10   to the changes you have noted on the errata

11   sheet, which will be attached to your

12   deposition.

13          It is imperative that you return the

14   original errata sheet to the deposing attorney

15   within thirty (30) days of receipt of the

16   deposition transcript by you.  If you fail to do

17   so, the deposition transcript may be deemed to

18   be accurate and may be used in court.

19

20

21

22

23

24

Bruce A. Rosenzweig, M.D.

```
1              E R R A T A

2   I wish to make the following changes, for the

3   following reasons:

4   PAGE LINE

5   ____ ____ CHANGE:_____

6            REASON:_____

7   ____ ____ CHANGE:_____

8            REASON:_____

9   ____ ____ CHANGE:_____

10           REASON:_____

11  ____ ____ CHANGE:_____

12           REASON:_____

13  ____ ____ CHANGE:_____

14           REASON:_____

15  ____ ____ CHANGE:_____

16           REASON:_____

17  ____ ____ CHANGE:_____

18           REASON:_____

19  ____ ____ CHANGE:_____

20           REASON:_____

21  ____ ____ CHANGE:_____

22           REASON:_____

23  ____ ____ CHANGE:_____

24           REASON:_____
```

Bruce A. Rosenzweig, M.D.

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3          I, BRUCE A. ROSENZWEIG, M.D., do hereby

 4   certify that I have read the foregoing pages,

 5   and that the same is a correct transcription of

 6   the answers given by me to the questions therein

 7   propounded, except for the corrections or

 8   changes in form or substance, if any, noted in

 9   the attached Errata Sheet.

10

11

12

13   _____

14    BRUCE A. ROSENZWEIG, M.D.              DATE

15

16

17

18   Subscribed and sworn

     to before me this_____

19   day of_____20_____.

     My commission expires:_____

20

21   _____

     Notary Public

22

23

24
```