IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------------<br>ETHICON WAVE 13 CASES LISTED IN EXHIBIT A TO PLAINTIFFS' NOTICE OF ADOPTION | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

### NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSES REGARDING E. STANTON SHOEMAKER, M.D. FOR WAVE 13

Plaintiffs filed a Notice of Adoption [Dkt. 8954] in the Wave 13 cases identified in Exhibit A to their Notice adopting their *Daubert* Motion to Preclude Testimony of Defense Expert E. Stanton Shoemaker, M.D. [Dkt. 2104] and Supporting Memorandum [Dkt. 2105] from Ethicon Wave 1. Defendants hereby adopt and incorporate by reference their Wave 1 *Daubert* response filed in relation to E. Stanton Shoemaker, M.D. [Dkt. 2239] and Wave 3, [Dkt. 2923]. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 1 and 3 response briefing.

Dated: January 2, 2020

                                              Respectfully submitted,

                                              */s/ Susan M. Robinson*
                                              Susan M. Robinson (W.Va. Bar #5169)
                                              Thomas Combs & Spann PLLC
                                              300 Summers Street
                                              Suite 1380 (25301)
                                              P.O. Box 3824
                                              Charleston, WV 25338
                                              (304) 414-1807
                                              srobinson@tcspllc.com

/s/ *William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4561
William.Gage@butlersnow.com

COUNSEL FOR DEFENDANTS
ETHICON, INC. AND JOHNSON & JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

/s/ *Susan M. Robinson*
Susan M. Robinson (W.Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 25338
(304) 414-1807
srobinson@tcspllc.com