**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

IN RE: ETHICON, INC. PELVIC REPAIR      Master File No. 2:12-MD-02327
SYSTEMS PRODUCTS LIABILITY           MDL 2327
LITIGATION
-------------------------------------------------------
ETHICON WAVE 13 CASES LISTED IN
EXHIBIT A TO PLAINTIFFS' NOTICE      JOSEPH R. GOODWIN U.S. DISTRICT
OF ADOPTION                                          JUDGE

**<u>NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSES OF
HARRY JOHNSON, JR., M.D. FOR WAVE 13</u>**

        Defendants adopt and incorporate by reference the *Daubert* responses filed as to Harry

Johnson, Jr., M.D. for Ethicon Wave 3 (Dkt. [3295]) and Wave 4 (Dkt. [3781]). Defendants

respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave

3 and 4 response briefing and as stated in the Court's Memorandum Opinion and Order (*Daubert*

Motion re: Harry Johnson, Jr., M.D.) [Dkt. 4169].

                     Respectfully submitted,

                     ETHICON, INC. AND
                     JOHNSON & JOHNSON

                     */s/ William M. Gage*
                     William M. Gage (MS Bar #8691)
                     Butler Snow LLP
                     1020 Highland Colony Parkway
                     Suite 1400 (39157)
                     P.O. Box 6010
                     Ridgeland, MS 39158-6010
                     (601) 985-4561
                     william.gage@butlersnow.com

                     */s/ Susan M. Robinson*
                     Susan M. Robinson (W. Va. Bar #5169)
                     Thomas Combs & Spann PLLC
                     300 Summers Street
                     Suite 1380 (25301)
                     P.O. Box 3824

Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

Counsel for Defendants
Ethicon, Inc. and Johnson & Johnson

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed this document with the clerk of the court

using the CM/ECF system, which will send notification of this filing to CM/ECF participants

registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

41178350.v1