IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ETHICON WAVE 13 CASES LISTED IN PLAINTIFFS' EXHIBIT A | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR *DAUBERT* RESPONSE REGARDING MICHAEL P. WOODS, M.D. FOR WAVE 13

Defendants Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon") hereby respond to Plaintiffs' Notice of Adoption of Prior *Daubert* Motion of Michael P. Woods, M.D. for Wave 13, Dkt. 8963. In their Notice of Adoption, Plaintiffs adopt and incorporate their *Daubert* motion filed against Michael Woods for Ethicon Wave 1 and the reply filed in Wave 3. *See* Doc. 2041 (motion), Doc. 2043 (memorandum in support), and Doc. 3051 (reply). Ethicon adopts and incorporates by reference the *Daubert* response in relation to Dr. Michael P. Woods filed by Ethicon in Wave 3, Dkt. 2927. Ethicon respectfully requests that the Court deny Plaintiffs' motion, for the reasons expressed in its Wave 3 response briefing. This response applies to the Wave 13 cases identified in Exhibit A to Plaintiffs' Notice of Adoption.

Respectfully submitted,

/s/ *William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

        */s/ Susan M. Robinson*
        Susan M. Robinson (W. Va. Bar No. 5169)
        Thomas Combs & Spann PLLC
        300 Summers Street
        Suite 1380 (25301)
        P.O. Box 3824
        Charleston, WV 24338
        (304) 414-1800
        srobinson@tcspllc.com

        COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

        */s/ William M. Gage*
        William M. Gage

50684790.v1