**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327 |
| -------------------------------------------------- | |
| This document applies to:<br><br>ETHICON WAVE 13 CASES LISTED IN PLAINTIFFS' EXHIBIT A (Doc. 8934) | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**ETHICON DEFENDANTS' NOTICE OF ADOPTION OF WAVE 3 *DAUBERT*
RESPONSE REGARDING NICOLETTE SIGRID HORBACH, M.D., FOR WAVE 13**

Plaintiffs filed a Notice of Adoption as to the opinion testimony of Nicolette Sigrid Horbach, M.D., in the Wave 13 cases identified in Exhibit A to their Notice. *See* Doc. 8934. In response, Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to the general causation opinions of Nicolette Horbach, M.D. for Ethicon Wave 3 (Dkt. 2907) as their response for Wave 13. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 3 response briefing.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar No. 8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar No. 5169)
Thomas Combs & Spann PLLC
300 Summers Street

Suite 1380 (25301)  
P.O. Box 3824  
Charleston, WV 24338  
(304) 414-1800  
srobinson@tcspllc.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

<i>/s/ William M. Gage</i>  
William M. Gage