IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| IN RE ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL 2327<br><br>Wave 13 |
| THIS DOCUMENT RELATES TO:<br><br>*Cases Listed in Plaintiffs' Exhibit A* | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

**NOTICE OF ADOPTION OF PRIOR RESPONSES IN OPPOSITION TO *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY OF SHELBY THAMES, M.D.**

In response to Plaintiffs' notice adopting their prior *Daubert* motions as to Shelby Thames, M.D. (Doc. 8958 (adopting Docs. 2039, 2455, 2839, 8071, 2042, 2458, 2841, 8073, 2247, 2621, 3037)), Defendants hereby adopt and incorporate by reference their prior responsive briefing (Docs. 2187, 2553, 2957) in opposition to the motion to exclude this testimony. Defendants respectfully request that the Plaintiffs' motion be denied for the reasons stated in the prior briefing.

This notice applies to the Wave 13 cases identified in Plaintiffs' Exhibit A.

                                            Respectfully submitted,

                                            /s/ *William M. Gage*
                                            William M. Gage (MS Bar No. 8691)
                                            Butler Snow LLP
                                            1020 Highland Colony Parkway
                                            Suite 1400 (39157)
                                            P.O. Box 6010
                                            Ridgeland, MS 39158-6010
                                            (601) 985-4561
                                            william.gage@butlersnow.com

                                            /s/ *Susan M. Robinson*
                                            Susan M. Robinson (W. Va. Bar No. 5169)

Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

**COUNSEL FOR DEFENDANTS ETHICON, INC., AND JOHNSON & JOHNSON**

**CERTIFICATE OF SERVICE**

      I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

      /s/ *William M. Gage*
      COUNSEL FOR DEFENDANTS