# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>**Wave 13** |
| THIS DOCUMENT RELATES TO:<br><br>*Wave 13 cases listed on Plaintiffs' Exhibit A* | JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## NOTICE OF ADOPTION OF PRIOR DAUBERT RESPONSES REGARDING SCOTT SERELS, M.D. FOR WAVE 13

Plaintiffs filed a Notice of Adoption [Dkt. 8952] in the Wave 13 cases identified in Exhibit A to their Notice, adopting their Motion to Exclude Certain Opinions and Testimony of Scott Serels, M.D. and Supporting Memorandum from Ethicon Wave 1, Dkt. 2112 (motion), 2113 (memorandum in support), and 2268 (reply). Defendants hereby adopt and incorporate by reference the *Daubert* response filed in relation to Scott Serels, M.D. for Ethicon Wave 1, Dkt. 2226. The Court previously overruled many of Plaintiffs' objections to Dr. Serels's testimony, Dkt. 2689. Defendants respectfully request that the Court deny Plaintiffs' motion for the reasons expressed in the Wave 1 response briefing.

Respectfully submitted,

*/s/ William M. Gage*
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561

william.gage@butlersnow.com

*/s/ Susan M. Robinson*
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800

srobinson@tcspllc.com

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ William M. Gage*
William M. Gage

50699643.v1