# Exhibit 1

CURRICULUM VITAE

STACEY J. WALLACH, M.D.

DATE:                     December 16, 2018

WORK ADDRESS:             University of California, Davis School of Medicine
                          Department of Obstetrics & Gynecology
                          4860 Y Street, Suite 2500
                          Sacramento, California  95817
                          (916) 734-6900

EDUCATION:

08/87-07/91               ScB, Brown University, Providence, Rhode Island. Major: Biological
                          Science

08/91-06/95               M.D., State University of New York at Stony Brook School of Medicine,
                          Stony Brook, New York

09/15-6/18                M.B.A, UC Davis Graduate School of Management, Davis California


POSTGRADUATE TRAINING:

07/1995 – 06/1996         Intern, Dept of Obstetrics & Gynecology
                          New York University, New York City, New York,

07/1996 – 06/1998         Resident, Dept of Obstetrics & Gynecology
                          New York University, New York City, New York,

07/1998 – 06/1999         Chief Resident, Dept of Obstetrics & Gynecology
                          New York University, New York City, New York,

07/1999 – 06/2002         Fellow, Urogynecology and Pelvic Reconstructive Surgery
                          Department of Obstetrics & Gynecology
                          Long Beach Memorial Medical Center, Long Beach, California,
                          UC Irvine Medical Center, Irvine, California

LICENSURE:
                          California #A68624-Active
                          New York #205395-Inactive
                          California X-Ray Supervisor and Operator Permit
                          Physician Assistant Supervisor license- Inactive

CERTIFICATION:

Subspecialty Certification Female Pelvic Medicine and Reconstructive Surgery
Original Certification Date:  June 21, 2013

Diplomate- American Board of Obstetrics and Gynecology Certification Date: January 2004

PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| Summer 1992 | Medical Student, Family medicine clinic, Salyersville, Kentucky |
| Summer 1994 | Medical Student, Family medicine clinic, Yakima, Washington |
| 1995 – 1999 | Teaching Assistant, Obstetrics and Gynecology, New York University, New York |
| 1999 – 2002 | Clinical Instructor, Obstetrics and Gynecology, Urogynecology, University of California, Irvine, California |
| 2002 – 2007 | Assistant Professor, Obstetrics and Gynecology, Urogynecology, University of California Davis, Sacramento, California |
| 2007 - 2012 | Associate Professor, Obstetrics and Gynecology, Urogynecology, University of California, Davis, Sacramento, California |
| 2012-present | Professor, Obstetrics and Gynecology, Urogynecology, University of California, Davis, Sacramento, California |
| 2014 – Current Basic | Board examiner, American Board of Obstetrics and Gynecology,  2013 Examination, Gynecology |
| 2016 - 2017 | Interim Perioperative Medical Director, University of California, Davis, Sacramento, California |

PROFESSIONAL ORGANIZATIONS:

American College of Obstetrics and Gynecology (ACOG)
American Medical Association (AMA)
American Urogynecologic Society (AUGS)

Association of Professors of Gynecology and Obstetrics (APGO)
California Medical Association (CMA)
International Organization for Women and Development, Inc (IOWD)
International Society for the Study of Women's Sexual Health (ISSWSH)
International Urogynecological Association (IUGA)
International Continence Society (ICS)
Northern California Obstetrical and Gynecological Society (NorCal)
Sacramento Urogynecologic Society (SUGS)
Society of Gynecologist Surgeons (SGS)

**COMMITTEE ASSIGNMENTS:**

### Department of Ob/Gyn

| | |
|---|---|
| 2002-2012 | <u>Member,</u> OB/GYN teaching committee |
| 2003-Present | <u>Faculty Interviewer</u>, OBGYN Residency Program |
| 2003-Present | <u>Director,</u> Urogynecology and Pelvic Reconstructive Services |
| 2007-2010 | <u>Member,</u> Work / Life Balance Task Force |
| 2007-2010 | <u>Lead,</u> Retention and Recruitment Task Force |
| 2007-2012 | <u>Member,</u> Minimally Invasive Task Force |
| 2008-2010 | <u>Member,</u> Electronic Medical Record |
| 2008-2009 | <u>Member,</u> OB/GYN Faculty Retreat Design Team |
| 2010-2015 | <u>Member,</u> Block Council |
| 2014-2017 | <u>Member,</u> Dept. of OB/Gyn Clinical Competency Committee |
| 2015-present | <u>Member,</u> Dept. of Ob/Gyn Steering Committee |
| 2017 | <u>Member,</u> Dept. of Ob/Gyn Retreat Planning Committee |
| 2017-present | <u>Director</u>, Dept. of Ob/Gyn Surgical Services |

### UC Davis School of Medicine

| | |
|---|---|
| 2004-2012 | <u>Advisor,</u> Bowe / Rouleaux College |
| 2004-2007 | <u>Faculty Elected Surgical Representative,</u> 4th Year Curriculum Oversight Committee, |
| 2005-2007 | <u>Appointed Member,</u> Special Studies Modules Steering Committee |
| 2006-2011 | <u>Faculty Interviewer,</u> Medical School Admission committee |
| 2007-2009 | <u>Elected Vice Chair,</u> 4th Year Curriculum Oversight Committee, |
| 2007-2014 | <u>Co-Instructor of Record</u>, The Shifa Clinic, 4th Year Medical Student Primary Care Experience Elective (FAP434-010) |
| 2009-2015 | <u>Elected Chair, 4</u>[th] Year Curriculum Oversight Committee |
| 2009-2015 | <u>Appointed Member</u>, Block Council |

| 2009-2015 | Co-Instructor of Record, Intro to Dentistry, 4th Year Medical Student Elective (MDS470) |
| 2010-2015 | Appointed Member, Committee on Education Policy |
| 2011-2013 | Appointed Member, LCME (Liaison Committee on Medical Education) Oversight Task Force |
| 2011-2013 | Appointed Member, Graduation Competencies Committee |
| 2012- 2015 | Appointed Member, Education Council Committee |
| 2012- 2014 | Appointed Member, Med School Quality Improvement Curriculum Committee |
| 2013 – 2014 | Appointed Member, LCME Self-Study Task Force and Education Sub-Committee |
| 2016-2017 | Appointed Member, Family and Community Medicine Department Chair Search Committee |

**UC Davis Medical Center**

| 2004-2005 | Appointed Member, H*Work Task Force |
| 2005-Present | Appointed Member, Value Analysis Technology Assessment Committee |
| 2008-2011 | Appointed Member, In Patient Physician Champion (EMR) |
| 2011-2012 | Appointed Member, Energy Sealing Devices Technology Assessment Task Force |
| 2014-2017 | Chair, OR Value Analysis Team |
| June 2015 | Appointed Member, Ad Hoc committee to review staff member competency |
| 2016-2017 | Appointed Member, CEO Cabinet |
| 2016-2018 | Appointed Member, Infection Prevention Committee |
| 2016-2018 | Appointed Member, Quality and Safety Operations Committee |
| 2016-2017 | Appointed Member, Operating Room Committee |
| 2016-2017 | Appointed Member, Surgical Services Steering Committee |
| 2016-2017 | Appointed Member, Medication Security Task Force |
| 2016-2017 | Appointed Member, HICI (Health Information and Clinic Information) Oversight Committee Pre-Operative History and Physical Compliance Task-force |
| 2016-2017 | Appointed Member, Medical Center Operational Improvement Committee |
| 2016-2017 | Appointed Member, Sharps Safety Committee |
| 2016-2017 | Appointed Member, Hospital Master Plan Task Force |
| 2016-2017 | Appointed Member, Materials Management Project Executive Steering Committee |
| 2016-2017 | Appointed Member, Medical Staff Executive Committee |
| 2016-2017 | Appointed Member, Op Time and Anesthesia Steering Committee |
| 2016-2017 | Appointed Member, Medical Center Operational Improvement Committee |
| 2016-2017 | Appointed Member, OR Committee Huddle Subcommittee |
| 2016-2017 | Appointed Member, Patient Experience Steering Committee |
| 2016-2017 | Appointed Member, Professional Billing Operational and Compliance Workgroup |

| | |
|---|---|
| 2016-2017 | <u>Appointed Member</u>, Regulatory and Accreditation Committee |
| 2016-2017 | <u>Appointed Member</u>, Robotic Surgery Oversight Subcommittee |
| 2016-2017 | <u>Appointed Member</u>, Supply Chain Transformation Peri Op Workgroup |
| 2016-2017 | <u>Appointed Member</u>, Sustainability Committee |
| 2016-2017 | <u>Appointed Member</u>, Perioperative Throughput Management Action Team |
| 2016-2017 | <u>Appointed Member</u>, Perioperative Service Quality and Safety Committee |
| 2016-2017 | <u>Appointed Member</u>, Perioperative Services Medical Directors' Collaboration |
| 2016-2018 | <u>Appointed Member</u>, Perioperative Value Committee |
| 2016-2017 | <u>Appointed Member</u>, Medication Security Task Force |
| 2016-2017 | <u>Appointed Member</u>, Surgical Site Infection Workgroup |
| 2016-present | <u>Appointed Member</u>, Medical Officer of the Day Committee |
| 2016-2017 | <u>Appointed Member</u>, Supply and Services Opportunity and Analysis Review Committee |
| 2016-2017 | <u>Appointed Member</u>, Specimen Management Process Improvement Committee |
| 2016-2017 | <u>Appointed Member</u>, Stratecap-Imaging and Non-Imaging Capital Request Committee |

**State**

| | |
|---|---|
| 1992 – 1995 | <u>Board Member</u>, Suffolk County Medical Society |
| 1993 – 1994 | <u>Vice Chairperson</u>, Medical Society of the State of New York – Student Section |
| 1997 - 1998 | <u>Alternate Delegate</u>, Medical Society of the State of New York |
| 2010 – 2013 | <u>Vice Chair</u>, California Section I, District IX American Congress of Obstetricians and Gynecologists (ACOG) |
| 2011-2014 | <u>Chair</u>, Northern California Obstetrical & Gynecological Society (NorCal) |
| 2013 –2017 | <u>Chair</u>, California Section I, District IX American Congress of Obstetricians and Gynecologists (ACOG) |
| 2013-2014 | <u>Delegate</u>, Speciality Forum, California Medical Associated (CMA) elected by ACOG District IX |
| 2014 – 2017 | <u>Alternate Delegate,</u> Academic Practice Forum –California Medical Association, Medical Physician Members (CMA) |
| 2014 | <u>Member</u>, Reference Committee C – California Medical Association annual meeting |

**National**

| | |
|---|---|
| 1994 -1995 | <u>Vice Chair</u>, American Medical Association-Medical Student Section |

| | |
|---|---|
| 1994 – 1995 | Alternate Delegate, American Medical Association |
| 1996 – 1999 | Delegate, American Medical Association-Resident Physicians Section |
| 2006 | Moderator, American Urogynecologic Society (AUGS) 27th Annual Scientific Meeting, Session IV |
| 2007- 2008 | Appointed Member, AUGS Education Committee - Sub committee on Council of Resident Education in Obstetrics and Gynecology (CREOG) guidelines |
| 2007-2010 | Appointed Member, American Urogynecologic Society Public Relation Committee |
| 2009 | Moderator, American Urogynecologic Society (AUGS) 30th Annual Scientific Meeting, Session IV |
| 2011 - 2014 | Chair, American Urogynecologic Society Public Relation Committee |
| 2012 | Moderator, American Urogynecologic Society (AUGS) 33rd Annual Scientific Meeting, Session XII |
| 2014 – Current | Board examiner, American Board of Obstetrics and Gynecology (ABOG) Obstetrics and Gynecology General Examination |

**International**

| | |
|---|---|
| 2005 | The International Organization for Women and Development, Inc., Niger – Volunteered time and surgical skills to teach local physician to correct vesicovaginal fistulas in Third World County |
| 2009 | IOWD – Volunteered time and surgical skills to teach Vietnamese physicians to teach urogynecologic procedures |

**EDITORIAL BOARDS:**

| | |
|---|---|
| 2005 | Reviewer, American Urogynecologic Society Annual Meeting |
| 2005-present | Reviewer, American Journal of Obstetrics and Gynecology |
| 2005-2015 | Reviewer, International Society for the Study of Women's Sexual Health Annual Meetings abstracts |
| 2007-2008 | Reviewer, CREOG / APGO Annual Meeting abstracts |
| 2007-2009 | Reviewer, American Urogynecologic Society Annual Meeting |
| 2011-2015 | Reviewer, American Urogynecologic Society Annual Meeting |

**AWARDS AND HONORS:**

Recipient, AMSA Health Promotion and Disease Prevention Grant, June 1992
- Worked in community clinic in Salyersville, KY

Recipient, AMA Outreach Award, December 1992

Recipient, AMA/Glaxco Achievement Award, December 1993

Recipient, Department of Obstetrics and Gynecology Clinical Investigative Research Paper Award, Resident Research Day, New York University, September 1998

Recipient, Selected for Early Career Women Faculty Professional Development Seminar, December 2004

Recipient, Department of Obstetrics and Gynecology Richard Oi Excellence in Teaching Award, University of California, Davis June 2007

Recipient, APGO Academic Scholars and Leaders Program, 2009 - 2011

Recipient, Department of Obstetrics and Gynecology, Clinical Faculty of the Year Award, University of California, Davis June 2012

Recipient ACOG Congressional Leadership Conference Scholarship, March 2013

Recipient, Department of Obstetrics and Gynecology Richard Oi Excellence in Teaching Award, University of California, Davis, June 2014

Recipient UC Davis Graduate School of Management Scholarship, June 2015

Member, Golden Key International Honour Society at University of California Davis, September 2016

Member, Beta Gamma Sigma Honor Society at University of California Davis, June 2018

**CURRENT RESEARCH**:

Clinical Findings in Patients with Sacral Tarlov Cysts.

Reoperation rates for Stress Urinary Incontinence and Pelvic Organ Prolapse in women undergoing a mid-urethral sling in academic centers within the United States.

**PUBLICATIONS:**

1.  1993    Hai CM, Watson C, Wallach SJ, Reyes V, Kim E, Xu J. Effects of substrate and inhibition of oxidative metabolism on contraction and myosin phosphorylation in ASM. American Journal of Physiology - Lung Cellular and Molecular Physiology 264:L553-L559, 1993.

2. 1998    Smilen SW, Saini J, <u>Wallach SJ</u>, Porges RF. The risk of cystocele after sacrospinous ligament fixation. <u>American Journal of Obstetrics and Gynecology</u>, Vol 179 (6): 1465-72.

3. 2009    <u>Wallach SJ.</u> Surgical Approach to High Obstructing Vaginal Septum Using an Introducer with Dilator. <u>Journal of Pelvic Medicine & Surgery,</u> Vol 15(2): 54.

4. 2010    <u>Wallach SJ.</u> Approach To The Giant Acrochordon.  <u>Journal of Pelvic Medicine & Surgery,</u> Vol 16 (2): 34.

5. 2011    Cherrytree I, Conwell J, Schrot R, <u>Wallach SJ</u>.  Urodynamic Findings in Patients with Symptomatic Tarlov Cysts. <u>Society of Gynecologic Surgeons Female Pelvic Medicine & Reconstructive Surgery,</u> Vol 17(2): S37-38

6. 2011    Schrot RJ, Cherrytree I, <u>Wallach SJ</u>.  Clinical Findings in Patients with Symptomatic Tarlov Cysts. <u>Society of Gynecologic Surgeons Female Pelvic Medicine & Reconstructive Surgery,</u> Vol 17(2): S39.

7. 2011    <u>Wallach SJ</u>, Schrot R.   Subjective Clinical Symptoms and Objective Urodynamic Findings in Female Patients with Symptomatic Tarlov Cysts.  <u>Female Pelvic Medicine & Reconstructive Surgery</u>, Vol 17(5):  S112-S.

8. 2012    Trifiro M, <u>Wallach SJ</u>.  Vestibulodynia (Vulvar Vestibulitis, Provoked Localized Vulvodynia). Journal of Sexual Medicine, Vol 9, (12): 3285-86.

9. 2018    Baker M, Wilson M, <u>Wallach S</u>.  Urogenital symptoms in women with Tarlov cysts. Journal of Obstetrics and Gynaecology Research 2018 Jul 5.

## CRITICAL
## COMMENTARIES: Books Reviewed and Book Chapters

1. 2000    Luesley DM, Barrasso R. Cancer and Pre-Cancer of the Cervix. London: Chapman and Hall Medical 1998. In: International Urogynecology Journal and Pelvic Floor Dysfunction, 11: 267.

2. 2001    Webb M. Mayo Clinic Manual of Pelvic Surgery. Philadelphia: Lippincott Williams & Wilkins 2000. In: International Urogynecology Journal and Pelvic Floor Dysfunction, 12: 412.

3. 2001    Lentz GM. Urogynecology. London: Arnold 2000. In: International Urogynecology Journal and Pelvic Floor Dysfunction, 12: 147.

4.  2001   <u>Wallach SJ</u>, Ostergard DR.: Clinical Applications in Urodynamics, D'Ancona CAL, Netto NR, (eds), In: Pelvic Anatomy, Brazil: Atheneu. pp. 125-138.

5.  2002   Gordon JD, Speroff L. Handbook for Clinical Endocrinology and Infertility. Philadelphia: Lippincott, Williams and Wilkins, 2002. In: International Urogynecology Journal and Pelvic Floor Dysfunction, 13: 339-2002.

6.  2003   <u>Wallach SJ,</u> Ostergard DR.: Female Pelvic Floor Pathology and Reconstructive Surgery, Nagata, Kondo A, (eds), In: Etiologies of Pelvic Organ Prolapse, Medical View, Tokyo. pp. 295-313.

7.  2005   <u>Wallach SJ,</u> Ostergard DR.: Urodynamic Assessment: Urethral Pressure Profilometry, Vasavada SP, Appell RA, Sand P, Raz S, (eds), In: Female Urology, Urogynecology and Voiding Dysfunction, Marcel-Dekker, New York. pp. 141-156.

8.  2014   Sahnnon, S :Pelvic Organ Prolapse; IC Patients Struggle with Mesh Complications In:  The IC Optimist published by The Interstitis Network, Vol 11, Issue 4; Fall 2014

## ABSTRACT PRESENTATIONS:

1.  2008   <u>Wallach, SJ</u>, Clendenen R, Xing G, Towner D, Perineal Laceration Trends in Early California Deliveries. Oral Presentation at 75th Annual Meeting of the Pacific Coast Obstetrical and Gynecological Society (PCOGS), Victoria, B.C. Canada

2.  2009   <u>Wallach SJ</u>. Surgical Approach to High Obstructing Vaginal Septum Using An Introducer with Dilator. Oral Presentation at the 35th Annual Scientific Meeting of the Society of Gynecologic Surgeons (SGS), New Orleans, LA

3.  2011   <u>Wallach SJ,</u> Ciotti MC, Vontver L.  Development of Resident Skills Module for Approaching A Patient With Complaints About Sexual Function.  Oral Presentation at 2011 Annual Meeting of the International Society for the Study of Women's Sexual Health (ISSWSH), Scottsdale, AZ

4.  2011   Cherrytree I, Conwell J, Schrot R, <u>Wallach SJ.</u> Symptom Profile in Women with Tarlov Cysts: A Case Series. Oral Presentation at the Collaborating with Clinical and Translational Science Awards (CTSA) to Advance Pain Research. National Institutes of Health, Bethesda, MD

5.  2011   Cherrytree I, Conwell J, Schrot R, <u>Wallach SJ</u>. Urodynamic Findings in Patients with Symptomatic Tarlov Cysts: Effect of Surgical Cyst Obliteration Oral Presentation at the Collaborating with Clinical and Translational Science Awards (CTSA) to Advance Pain Research. National Institutes of Health, Bethesda, MD

6.  2011   <u>Wallach SJ</u>, Schrot R.  Subjective Clinical Symptoms & Objective Urodynamic Findings in Female Patients with Symptomatic Tarlov Cysts.  Oral presentation at 2011 Annual Meeting of the International Continence Society (ICS)  Scientific Program , Scottish Exhibition and Conference Center (SECC) Glasgow, Scotland, UK

7.  2012   Parmar S, Tache V, Towner D. <u>Wallach, SJ.</u>  Recurrent Anal Sphincter Injury:  A population based study. Oral Presentation at the 32nd Annual Society of Maternal Fetal Medicine          (SMFM), Dallas, TX

8.  2015   Arunchula D, <u>Wallach, SJ.</u>  Low Cost High Fidelity Cystoscopy Model.  Oral Presentation at the 2015 Annual Meeting of the Council on Resident Education in Obstetrics and Gynecology & Association of Professors of Gynecology  and Obstetrics, (CREOG/APGO) Annual Meeting, San Antonio, TX

**POSTER PRESENTATIONS:**

1.  2010   <u>Wallach SJ.</u> Approach to the Giant Acrochordon.  Poster Presentation at the 36th Annual Scientific Meeting of the Society of Gynecologic Surgeons (SGS), Tucson, AZ

2.  2011   <u>Wallach SJ.</u> Clinical Findings in Patients with Symptomatic Tarlov Cysts.  Poster Presentation at the 2011 Annual Meeting of the  International Society for the Study of Women's Sexual Health (ISSWSH), Scottsdale, AZ

3.  2011   <u>Wallach SJ,</u> Ciotti MC, Vontver L.  Development and Impact of a Residents Skills Module for Evaluating Female Patients with Sexual Function Complaints.  Poster Presentation at the 2011 Annual Meeting of the Council on Resident Education in Obstetrics and Gynecology & Association of Professors of Gynecology  and Obstetrics, (CREOG/APGO) Annual Meeting, San Antonio, TX

4.  2011   Cherrytree I, Conwell J, Schrot R, <u>Wallach SJ</u>.  Urodynamic Findings in Patients with Symptomatic Tarlov Cysts. Poster Presentation at the 37th Annual Scientific Meeting of the Society of Gynecologic Surgeons (SGS), San Antonio, TX

5.  2011   Cherrytree I, Conwell J, Schrot R, <u>Wallach SJ</u>.  Clinical Findings in Patients with Symptomatic Tarlov Cysts. Poster Presentation at the 37th Annual Scientific Meeting of the Society of Gynecologic Surgeons (SGS), San Antonio, TX

6.  2011   Schrot R, Cherrytree I, <u>Wallach SJ</u>. Urodynamic Findings in Patients with Symptomatic Tarlov Cysts. Poster Presentation at the 2011 Annual Meeting of the Congress of Neurological Surgeons Annual Meeting, Washington DC

7.  2011   Schrot R,Cherrytree I, <u>Wallach SJ</u>.  Clinical Findings in Patients with Symptomatic Tarlov Cysts.  Poster Presentation at the 2011 Annual Meeting of the Congress of Neurological Surgeons Annual Meeting, Washington DC

8.  2011   Wallach SJ, Schrot R.  Subjective Clinical Symptoms and Objective Urodynamic Findings in Female Patients with Symptomatic Tarlov Cysts.  Poster Presentation at the 2011 Annual Meeting of the International Continence Society (ICS), Glasgow, UK

9.  2011   Wallach SJ, Schrot R.  Subjective Clinical Symptoms and Objective Urodynamic Findings in Female Patients with Symptomatic Tarlov Cysts.  Poster Presentation at the 32nd Annual Scientific Meeting of American Urogynecologic Society (AUGS), Providence, RI

10.  2012   Parmar S, Tache V, Towner D., Wallach, SJ.  Recurrent Anal Sphincter Injury:  A population based study. Poster Presentation at the 32nd Annual Society of Maternal Fetal Medicine       (SMFM), Dallas, TX

11. 2016   Baker M, Wallach, SJ. Clinical Findings in Patients with Sacral Tarlov Cysts. Poster Presentation at the 37th Annual Scientific Meeting of American Urogynecologic Society (AUGS), Denver, CO

12. 2017   Tach V, Wallach, SJ.  Implementing Patient Satisfaction Surveys to Assess OBGYN Resident Professionalism and Communication Skills.  Poster Presentation at the 2017 Annual Meeting of the Council on Resident Education in Obstetrics and Gynecology & Association of Professors of Gynecology  and Obstetrics, (CREOG/APGO) Annual Meeting,  Orlando, FL.

13. 2018   Cantrell A, Rothschild J, Wallach SJ, Kurzrock E.  Reoperation rates for Stress Urinary Incontinence and Pelvic Organ Prolapse in women undergoing a mid-urethral sling in academic centers within the United States. Poster Presentation at the 44th Annual Scientific Meeting of the Society of Gynecologic Surgeons (SGS), Orlando, FL

## AUDIO LECTURES:

1.  2011   Wallach SJ. "Management of Urinary Incontinence", Audio-Digest Vol 58 (19)

## INVITED LECTURES:

2003       "Etiology of Prolapse", Department of Obstetrics and Gynecology 20th Annual Postgraduate Course, Lake Tahoe, CA.

2003       "Defecatory Dysfunction-Fecal Incontinence and Constipation" Department of Obstetrics and Gynecology 20th Annual Postgraduate Course, Lake Tahoe, CA.

2003       "The Role of Androgen Replacement and Viagra in the Treatment of Female Sexual Dysfunction", 1st Annual Women's Health Conference, UC Davis Center for Women's Health, Sacramento, CA.

| | |
|---|---|
| 2004 | "Use of Androgens and Viagra in Female Sexual Dysfunction", Department of Obstetrics and Gynecology 21st Annual Postgraduate Course, Lake Tahoe, CA. |
| 2004 | "The Role of Androgen Replacement and Viagra in the Treatment of Female Sexual Dysfunction", Sutter Medical Center, Sacramento, CA. |
| 2004 | "Office Evaluation of Leaky Patient", 2nd Annual Women's Health Conference, UC Davis Center for Women's Health, Napa Valley, CA. |
| 2005 | "Sexual Dysfunction Workshop", 3rd Annual Women's Health Conference, UC Davis Center for Women's Health, Monterey Bay, CA. |
| 2005 | "Sexual Dysfunction: Recognition and Management", 3rd Annual Women's Health Conference, UC Davis Center for Women's Health, Monterey Bay, CA. |
| 2005 | Resident Day, " Approach to Female Sexual Dysfunction", Urology Department Resident Graduation Ceremony, UC Davis, Sacramento, CA. |
| 2006 | "Female Sexual Dysfunction: Diagnosis and Treatment", 4th Annual Women's Health Conference, UC Davis Center for Women's Health, Makena, Maui, HI. |
| 2006 | "Evaluation and Management of Incontinence", 4th Annual Women's Health Conference, UC Davis Center for Women's Health, Makena, Maui, HI. |
| 2006 | "Pelvic Floor Dysfunction" 4th Annual Women's Health Conference, UC Davis Center for Women's Health, Makena, Maui, HI. |
| 2006 | "Surgical Approaches to Pelvic Prolapse", 4th Annual Women's Health Conference, UC Davis Center for Women's Health, Makena, Maui, HI. |
| 2007 | "Sexuality and Aging", 5th Annual Women's Health Conference, UC Davis Center for Women's Health, Kohala Coast, Big Island, HI. |
| 2007 | "Pelvic Floor Disorders and Incontinence", 5th Annual Women's Health Conference, UC Davis Center for Women's Health, Kohala Coast, Big Island, HI. |
| 2007 | "Slings and Things", 5th Annual Women's Health Conference, UC Davis Center for Women's Health, Kohala Coast, Big Island, HI. |
| 2007 | "Sexuality across the Lifespan", Northern California Obstetrical & Gynecological Society, Sacramento, CA. |
| 2008 | "Evaluation and Management of Urinary Incontinence", 6th Annual Women's Health Conference, UC Davis Center for Women's Health, Monterey, CA |

2008            "Female Sexual Dysfunction", 6th Annual Women's Health Conference,
                UC Davis Center for Women's Health, Monterey, CA

2008            "Female Sexuality across the Life Cycle", Family Medicine Grand Rounds, UC Davis
                Medical Center, Sacramento, CA

2009            "Sexuality", 7th Annual Women's Health Conference, UC Davis Medical Center for
                Women's Health, South Lake Tahoe, CA

2009            "Urinary Incontinence", 7th Annual Women's Health Conference, UC Davis Medical
                Center for Women's Health, South Lake Tahoe, CA.

2010            "The Brain as a Sexual Organ", 8th Annual Women's Health Conference, UC Davis Medical
                Center for Women's Health, Napa, CA

2010            "The Brain As A Sexual Organ", 8th Annual Women's Health Conference, UC Davis
                Medical Center for Women's Health, Half Moon Bay, CA

2010            "Pelvic Floor Surgery", 8th Annual Women's Health Conference, UC Davis Medical Center
                for Women's Health, Half Moon Bay, CA

2010            "Female Sexual Dysfunction", 8th Annual Women's Health Conference, UC Davis Medical
                Center for Women's Health, Half Moon Bay, CA

2010            "Sex and the Brain", 4TH Annual Symposium, Northern California Obstetrical &
                Gynecological Society, Sacramento, CA

2011            "The Brain as a Sexual Organ", Women's Health Conference UC Davis Medical Center for
                Women's Health, Lake Tahoe, CA

2011            "Management of Urinary Incontinence", Women's Health Conference UC Davis Medical
                Center for Women's Health, Lake Tahoe, CA

2011            "The Brain as a Sexual Organ", Southern Obstetric & Gynecologic Annual Seminar,
                Asheville, NC

2011            "Evaluation and management of urinary incontinence", Southern Obstetric & Gynecologic
                Seminar, Asheville, NC

2012            "Update on Use of Mesh for Incontinence Procedures"  Annual Women's Health
                Conference, UC Davis Center for Women's Health, Napa, CA.

2013            "The Brain as a Sexual Organ", University of Illinois Department of Obstetrics and
                Gynecology Grand Rounds, Chicago, Il

| 2015 | "FPMRS: Current and Future", UC Davis Medical Center Dean's Symposium, Sacramento, CA. |
|---|---|
| 2017 | "Welcome Address", Scientific Network on Female Sexual Health and Cancer Meeting, Sacramento, CA. |

## UNIVERSITY COURSES AND LECTURES:

| 10/02/2002 | OB/GYN Didactic Lecture: "Wound Healing", Residents, UCDMC |
|---|---|
| 10/09/2002 | OB/GYN Didactic Lecture: "Basic Surgical Skills" Residents, UCDMC |
| 07/09/2003 | OB/GYN Didactic Lecture: "Gynecology Ultra Sound", Residents, UCDMC |
| 08/13/2003 | OB/GYN Workshop: "Anatomy Lab", Residents, UCDMC |
| 01/14/2004 | OB/GYN Case Interactive, "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
| 02/11/2004 | OB/GYN Seminar: "Teaching Surgical Skills", Residents, UCDMC |
| 03/10/2004 | OB/GYN Case Interactive: "Contraception and Infertility, STD's & Vaginitis, Abortion", 3 year Medical Students, UCDMC |
| 06/30/2004 | OB/GYN Didactic Lecture: "Pelvic Support", Residents, UCDMC |
| 07/14/2004 | OB/GYN Case Interactive, "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
| 08/11/2004 | OB/GYN Didactic Lecture: "Prolapse", Residents, UCDMC |
| 08/18/2004 | OB/GYN Didactic Lecture: "Surgical Skills: Suture and Incision", Residents, UCDMC |
| 09/15/2004 | OB/GYN Workshop: "Gynecare: Surgical Skills", Residents, UCDMC |
| 09/22/2004 | OB/GYN Didactic Lecture: "Urogynecology", Residents, UCDMC |
| 10/13/2004 | OB/GYN Workshop: "Episiotomy Surgical Skills", Residents, UCDMC |
| 11/10/2004 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |

| | |
|---|---|
| 11/17/2004 | OB/GYN Didactic Lecture: "Classification of Female Sexual Dysfunction" Residents, UCDMC |
| 12/15/2004 | OB/GYN Didactic Lecture: "CREOG Review Urogynecology Part I" Residents, UCDMC |
| 01/12/2005 | OB/GYN Didactic Lecture: "CREOG Review Urogynecology Part II" Residents, UCDMC |
| 05/11/2005 | OB/GYN Workshop: "Teaching Laparoscopy – Pig Lab", Residents, UCDMC |
| 08/10/2005 | OB/GYN Workshop: "Anatomy Part I: Clay Pelvis, Residents, UCDMC |
| 09/21/2005 | OB/GYN Workshop: "Pelvic Anatomy Part II: In the Anatomy Lab with Prosections", Residents, UCDMC |
| 10/12/2005 | OB/GYN Didactic Lecture: "Urinary Incontinence for the Generalist", Residents, UCDMC |
| 11/09/2005 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
| 02/01/2006 | Panel Discussion: "Overview of Career in Obstetrics and Gynecology", First year Medical Students, UCDMC |
| 02/15/2006 | OB/GYN Workshop: "Operative Hysteroscopy Surgical Skills", Residents, UCDMC |
| 03/22/2006 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
| 04/07/2006 | OB/GYN Didactic Lecture: "Female Sexual Function" 1st Year Medical Students OB240, Genetics course, UCDMC |
| 04/19/2006 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
| 07/19/2006 | OB/GYN Didactic Lecture: "Choice of Incision for Gynecologic Surgery", Residents, UCDMC |
| 07/12/2006 | OB/GYN Didactic Lecture: "Choice of Suture in Gynecologic Surgery", Residents, UCDMC |
| 08/02/2006 | OB/GYN Workshop: "Pelvic Anatomy: The bony pelvis, connective tissue, muscles & ligaments: Surgical Skill", Residents, UCDMC |
| 08/09/2006 | OB/GYN Didactic Lecture: "Ultrasound images in Gynecology", Residents, UCDMC |
| 08/16/2006 | OB/GYN Didactic Lecture: "Principle of Electrosurgery, Part I", Residents, UCDMC |

08/23/2006    OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary
              Incontinence, Menopause", Third year Medical Student, UCDMC

09/13/2006    OB/GYN Didactic Lecture: "Treatment of Female Sexual Function", Residents, UCDMC

09/20/2006    OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
              Menopause", Third year Medical Student, UCDMC

09/27/2006    OB/GYN Didactic Lecture: "Principle of Electrosurgery Part II", Residents, UCDMC

11/08/2006    OB/GYN Didactic Lecture: "Urogynecology Surgical Update", Residents, UCDMC

11/01/2006    OB/GYN Workshop: "Hysteroscopy, Cystoscopy, LEEP: Surgical Skills", Residents,
              UCDMC

12/06/2006    OB/GYN Workshop: "Episiotomy repair: Surgical Skills", Residents, UCDMC

12/13/2006    OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
              Menopause", Medical Students, UCDMC

01/10/2007    OB/GYN Didactic Lecture: "CREOG Review Urogynecology" Residents, UCDMC

02/07/2007    OB/GYN Workshop: "Episiotomy repair: Surgical Skills", Residents, UCDMC

02/21/2007    OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
              Menopause", Third year Medical Student, UCDMC

04/04/2007    OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
              Menopause", Third year Medical Student, UCDMC

04/06/2007    OB/GYN Didactic Lecture: "Sexual response cycle", First Year Medical Students, IMD 405,
              MERN course, UCDMC

04/25/2007    OB/GYN Workshop: "Episiotomy repair: Surgical Skills", Residents, UCDMC

05/02/2007    OB/GYN Didactic Lecture: "Urogynecology Surgical Update" Residents, UCDMC

06/06/2007    OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
              Menopause", Third year Medical Student, UCDMC

08/08/2007    OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
              Menopause", Third year Medical Student, UCDMC

10/10/2007    OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
              Menopause", Third year Medical Student, UCDMC

11/07/2007     OB/GYN Didactic Lecture: "CREOG Review of Urogynecology",
               Residents, UCDMC

11/14/2007     OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
               Menopause", Third year Medical Student, UCDMC

01/09/2008     OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
               Menopause", Third year Medical Student, UCDMC

03/12/2008     OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
               Menopause", Third year Medical Student, UCDMC

04/04/2008     OB/GYN Didactic Lecture: "Sexual Response Cycle", First Year Medical Students, IMD
               405, MERN Course, UCDMC

04/16/2008     OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
               Menopause", Third year Medical Student, UCDMC

05/14/2008     OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
               Menopause", Third year Medical Student, UCDMC

07/09/2008     OB/GYN Seminar: "Anatomy Teaching Session", FLEX Resident, UCDMC

07/16/2008     OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
               Menopause", Third year Medical Student, UCDMC

09/10/2008     OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
               Menopause", Third year Medical Student, UCDMC

10/08/2008     OB/GYN Workshop: "Knot tying/Suture Lab", Third year Medical Student, UCDMC

11/05/2008     OB/GYN Didactic Lecture: "Female Sexual Dysfunction" Residents, UCDMC

11/12/2008     OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
               Menopause", Third year Medical Student, UCDMC

12/03/2008     OB/GYN Didactic Lecture: "CREOG Review of Urogynecology", Residents, UCDMC

02/11/2009     OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
               Menopause", Third year Medical Student, UCDMC

04/01/2009     OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
               Menopause", Third year Medical Student, UCDMC

04/08/2009     OB/GYN Didactic Lecture: "Sexual Response Cycle", First year Medical Students, IMD
               405, MERN Course, UCDMC

04/17/2009       OB/GYN Small Group Lecture: "Pregnancy and Labor", First Year Medical Students, IMD
405 MERN Course, UCDMC

05/13/2009       OB/GYN Case Interactive: "Contraception and Infertility, STD's and Vaginitis, Abortion",
Third year Medical Student, UCDMC

06/03/2009       OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
Menopause", Third year Medical Student, UCDMC

07/15/2009       OB/GYN Case Interactive, "Female Sexual Dysfunction, Urinary Incontinence,
Menopause", Third year Medical Student, UCDMC

8/31/2009       OB/GYN Workshop:  "Breast and Pelvic Orientation"

09/16/2009       OB/GYN Case Interactive, "Female Sexual Dysfunction, Urinary Incontinence,
Menopause", Third year Medical Student, UCDMC

11/18/2009       OB/GYN Case Interactive, "Female Sexual Dysfunction, Urinary Incontinence,
Menopause", Third year Medical Student, UCDMC

12/02/2009       OB/GYN Didactic Lecture: "CREOG Review of Urogynecology", Residents, UCDMC

02/03/2010       OB/GYN Case Interactive, "Female Sexual Dysfunction, Urinary Incontinence,
Menopause", Third year Medical Student, UCDMC

03/31/2010       OB/GYN Case Interactive, "Female Sexual Dysfunction, Urinary Incontinence,
Menopause", Third year Medical Student, UCDMC

04/02/2010       OB/GYN Didactic Lecture: "Sexual Response Cycle", First Year Medical Students, IMD
405 MERN Course, UCDMC

04/21/2010       OB/GYN Small Group Lecture: "Pregnancy and Labor", First Year Medical Students, IMD
405 MERN Course, UCDMC

05/26/2010       OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
Menopause", Third year Medical Student, UCDMC

08/11/2010       OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
Menopause", Third year Medical Student, UCDMC

09/08/2010       OB/GYN Workshop: "Pelvic Anatomy Surgical Skills Lab", Residents UCDMC

10/06/2010       OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence,
Menopause", Third year Medical Student, UCDMC

| | |
|---|---|
| 12/01/2010 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
| 12/01/2010 | OB/GYN  Didactic Lecture: "CREOG Review of Urogynecology" Residents, UCDMC |
| 01/12/2011 | OB/GYN Case Interactive: "CREOG Jeopardy Review" Residents, UCDMC |
| 01/26/2011 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
| 03/30/2011 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
| 04/01/2011 | OB/GYN Didactic Lecture: "Sexual Response Cycle", First Year Medical Students, IMD 405 MERN Course, UCDMC |
| 04/14/2011 | Surgery Workshop: "Clinically Oriented Anatomy Special Studies Module:  The Pelvis and Perineum Lab", Fourth Year Medical Students, SUR493, UC Davis Medical School |
| 07/27/2011 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
| 08/02/2011 | Urology Didactic Lecture: "Prolapse and the POPQ", Urology Residents, UCDMC |
| 10/05/2011 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
| 01/25/2012 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
| 3/14/2012 | Surgery Workshop: "Clinically Oriented Anatomy Special Studies Module:  The Pelvis and Perineum Lab", Fourth Year Medical Students, SUR493, UC Davis Medical School |
| 3/21/2012 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
| 5/9/2012 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Third year Medical Student, OB430 OB/Gyn Clerkship  UCD Medical School |
| 06/01/2012 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, OB430 OB/Gyn Clerkship UC Davis Medical School |
| 7/25/2012 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |

| | |
|---|---|
| 08/01/2012 | OB/GYN Workshop: "The Clay Pelvis Lab", OB/GYN Residents, UCDMC |
| 10/10/2012 | OB/GYN Anatomy Lab:  Cadaver Lab Workshop, Residents UCDMC |
| 11/14/2012 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
| 1/30/2013 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
| 2/13/2013 | OB/GYN Journal Club: "Postoperative pain and Recovery", Residents UCDMC |
| 2/13/2013 | OB/Gyn Journal Club:  "Prevention of Post Laparoscopic Shoulder and Upper Abdominal Pain", Residents UCDMC |
| 3/3/2013 | Seminar:  "Poly-Cyctic Ovarian Syndrome", First year medical students, Case Interactive, UCDMC |
| 03/08/2013 | Surgery Workshop: "Clinically Oriented Anatomy Special Studies Module:  The Pelvis and Perineum Lab", Fourth Year Medical Students, SUR493, UC Davis Medical School |
| 3/27/2013 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
| 04/05/2013 | OB/GYN Didactic Lecture: "Let's Talk About Sex", First Year Medical Students, IMD 405 MERN Course, UC Davis Medical School |
| 7/17/2013 | OB/GYN Didactic Lecture: Pessary Fittings, Residents UCDMC |
| 10/28/2013 | Family and Community Medicine Didactic Lecture: Practicing Medicine in Sub-Sahara Africa |
| 10/30/2013 | OB/GYN Workshop:  "Everything you need to know about sutures "Residents UCMC |
| 4/09/2014 | Lab: "4th Degree laceration repairs", Residents, UCDMC |
| 6/11/2014 | OB/GYN Didactic Lecture: "Urodynamics", Residents, UCDMC |
| 2/11/2015 | OB/GYN Didactic Lecture: "Let's Talk About Sex", Residents, UCMC |
| 8/12/2015 | OB/GYN Workshop: "The Clay Pelvis Lab", OB/GYN Residents, UCDMC |
| 1/27/2016 | OB/GYN Case Interactive: "GYN Cumulative Exams" |
| 8/29/2016 | OB/GYN Workshop:  "Breast and Pelvic Orientation" |

| 3/22/2017 | OB/GYN Case Interactive: "Female Sexual Dysfunction, Urinary Incontinence, Menopause", Third year Medical Student, UCDMC |
|---|---|
| 8/28/2017 | OB/GYN Workshop:  "Breast and Pelvic Orientation" |

**COMMUNITY SERVICE**

| 1995 – 1999 | <u>Interviewer</u>, Brown University, New York, New York |
|---|---|
| 2000 – 2002 | <u>Medical Director</u>, Women to Women, National council of Alcohol and Drug Dependency Long Beach, California |
| 2003 - Present | <u>Interviewer</u>, Brown University, Sacramento, California |

**MENTORSHIP**

| 2007 - 2011 | Alexandra McPencow, resident |
|---|---|
| 2007- 2009 | Rebecca Clendenin, medical student |
| | Christine Kim, resident |
| | Jennifer Conwell, resident |
| 2010- 2012 | Ingrid Cherrytree, resident |
| 2011 -2012 | Sima Parmar, fellow |
| 2012- 2013 | Michael Trifiro, resident |
| 2014-2016 | Divya Arunachalam, resident |
| 2014-2018 | Molly Baker, resident |
| 2015-present | Nancy West, attending |
| 2015-present | Jennifer Ozeir, attending |
| 2016-present | Veronique Tache, attending |
| 2016-2018 | Alex Cantrell- Urology Resident |