# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.
    PELVIC REPAIR SYSTEM                              MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

### ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss with Prejudice filed by defendants Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively, "the Ethicon defendants") pursuant to the procedures established by Pretrial Order ("PTO") # 302 or PTO # 329. *See* PTO ##s 302 and 329, *In re: Ethicon, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("Ethicon MDL 2327") [ECF Nos. 6020 or 7576].

The Ethicon defendants have complied with the procedures set forth in PTO # 302 and/or # 329, and the plaintiffs have not filed an opposition. Defendants have informed the court that no other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in Ethicon MDL 2327, and in the individual cases listed on the attached Exhibit A. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 7, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

|   | Civil Action No. | Plaintiff(s)' Name | ECF No. of Motion |
|---|---|---|---|
| 1 | 2:13-cv-27774 | Satterfield, Deborah & Theodore | 17 |
| 2 | 2:13-cv-24397 | Shorter, Serap & Jerry | 16 |
| 3 | 2:16-cv-06847 | Brum-Wright, Donna J. | 13 |
| 4 | 2:17-cv-02782 | Janes, Stephanie | 14 |
| 5 | 2:14-cv-20823 | Allocca, Nancy & Kenneth Alden | 21 |
| 6 | 2:14-cv-09406 | Plascencia, Martha G. & Ramiro | 19 |
| 7 | 2:16-cv-03041 | Dehart, Beverly D. | 18 |
| 8 | 2:15-cv-13454 | Holmes, Lynn & Stacy Johnson | 17 |
| 9 | 2:14-cv-05226 | Lopez, Raquel & Sammy Arenas | 19 |
| 10 | 2:14-cv-16217 | Devine, Laurie Shannon & William Eugene | 18 |
| 11 | 2:14-cv-16938 | Keymel, Alania | 20 |
| 12 | 2:15-cv-16053 | Snyder, Shelley & Robert E. | 18 |
| 13 | 2:14-cv-05221 | Lemonds, Barbara | 19 |
| 14 | 2:16-cv-04301 | Mays, Mary | 17 |
| 15 | 2:13-cv-20331 | Smith, Camille & James | 19 |
| 16 | 2:13-cv-20433 | Benningfield, Holly & Donald | 19 |
| 17 | 2:14-cv-05581 | Charles, Shirley & Jack J. | 19 |
| 18 | 2:13-cv-26615 | Septer, Lucinda S. | 19 |
| 19 | 2:14-cv-16883 | Alequin, Virginia & Carlos, Jr. | 21 |
| 20 | 2:13-cv-22943 | Ballerino, Patricia | 20 |
| 21 | 2:14-cv-09322 | Barman, Scheryl | 21 |
| 22 | 2:14-cv-05523 | Beasley, Earnestine | 19 |
| 23 | 2:14-cv-16251 | Arnold, Sharon & Donald Lee | 19 |
| 24 | 2:14-cv-05965 | Adams, Beatriz & Oliver B. | 19 |
| 25 | 2:14-cv-10440 | Maddox, Pamela | 18 |
| 26 | 2:12-cv-06917 | Sterba, Clarice & William | 24 |
| 27 | 2:12-cv-04535 | Pulliam, Shannon & Kenneth | 29 |
| 28 | 2:12-cv-06107 | Toole, Mary & Daylon | 29 |
| 29 | 2:16-cv-07674 | DuBose, Katherine & Myron | 16 |
| 30 | 2:15-cv-08322 | Schollmeier, Sheila & Mark | 13 |
| 31 | 2:15-cv-08321 | Kuhns, Michelle | 13 |
| 32 | 2:15-cv-07766 | Freiberger, Robyn & Dave | 13 |
| 33 | 2:17-cv-02300 | Kellar, Kitty & Albert | 20 |
| 34 | 2:15-cv-12773 | Durham, Ann | 16 |
| 35 | 2:14-cv-27353 | McGown, Michelle & Mike | 19 |
| 36 | 2:16-cv-05504 | Woodward, Elizabeth | 16 |
| 37 | 2:13-cv-11770 | Brown, Mary L. | 34 |
| 38 | 2:16-cv-03980 | Zamora, Michelle | 17 |
| 39 | 2:16-cv-10800 | Gill, Shaunna | 18 |
| 40 | 2:14-cv-15557 | Borbely, Kimberly & Brian | 29 |
| 41 | 2:12-cv-02973 | Correa, Lydia & Jose | 40 |
| 42 | 2:13-cv-09608 | Hirkich, Mirzeta | 19 |
| 43 | 2:13-cv-19087 | Zona, Elizabeth | 42 |
| 44 | 2:14-cv-03646 | Patel, Savitaben & Vinod | 35 |

# EXHIBIT A

|    | Civil Action No. | Plaintiff(s)' Name | ECF No. of Motion |
|----|------------------|--------------------|-------------------|
| 45 | 2:16-cv-10595 | Mann, Janet L. | 15 |
| 46 | 2:14-cv-16211 | Shook, Carol S. & Darrell L. | 15 |
| 47 | 2:13-cv-19097 | Edson, Cecilia A. & Steven | 14 |
| 48 | 2:13-cv-30187 | Matney, Doris A. | 21 |
| 49 | 2:13-cv-18482 | Leclaire, Jennifer | 22 |
| 50 | 2:15-cv-13813 | Clements, Michael, Individually, and on behalf of the Estate of Brenda Clements, deceased | 17 |
| 51 | 2:15-cv-12011 | Griffis, Mary A. | 18 |
| 52 | 2:12-cv-04575 | Nicholson, Lynda S. | 35 |
| 53 | 2:14-cv-26220 | Grady, Amanda C. & James M. | 17 |
| 54 | 2:14-cv-29095 | Temple, Anna | 14 |
| 55 | 2:14-cv-26716 | Spencer, Joyce | 19 |
| 56 | 2:15-cv-05243 | Battiste, Robin | 18 |
| 57 | 2:13-cv-16814 | Green, Stephanie & Eric Griffin | 15 |
| 58 | 2:13-cv-33679 | Klinefelter, Roxane | 20 |
| 59 | 2:14-cv-23126 | Quick, Betty Sue & Johnny | 24 |
| 60 | 2:14-cv-16937 | Hare, Ketrenia & David | 19 |
| 61 | 2:14-cv-21179 | Wicke, Mary A. & Thomas | 21 |
| 62 | 2:15-cv-09300 | Peterson, Amy | 18 |
| 63 | 2:15-cv-12842 | Luque, Amelia | 20 |
| 64 | 2:14-cv-23276 | Herron, Camilla T. | 21 |
| 65 | 2:16-cv-09923 | Heckman, Carrie | 17 |
| 66 | 2:16-cv-09276 | Jackson, Tammie & Michael | 20 |
| 67 | 2:15-cv-13741 | Kellams, Kathy & Steven | 19 |
| 68 | 2:15-cv-12127 | Duty, Virginia & Jesse H. | 18 |
| 69 | 2:13-cv-31715 | Jepperson, Laura | 12 |
| 70 | 2:14-cv-23361 | Steelman, Stephanie | 11 |
| 71 | 2:14-cv-10135 | Rackley, Shirley & Carl Edward | 19 |
| 72 | 2:17-cv-02159 | Kight, Karen | 14 |
| 73 | 2:14-cv-16950 | Stratton, Kathryn | 19 |
| 74 | 2:17-cv-03426 | Young, Jacqueline | 16 |
| 75 | 2:17-cv-04512 | Winstead, Billie | 9 |
| 76 | 2:14-cv-18705 | Wenger, Rebecca D. & Eric | 28 |
| 77 | 2:15-cv-15793 | Mills, Dana D. & Rocky | 16 |
| 78 | 2:14-cv-25569 | Nies, Suzanne & Shellie Anne | 15 |
| 79 | 2:13-cv-24715 | Nichols, Madge M. | 21 |
| 80 | 2:13-cv-24145 | Moustapha, Linda & Mohamed | 18 |
| 81 | 2:13-cv-15653 | Heidelberg, Linda & Ronald Espey | 16 |
| 82 | 2:16-cv-03976 | Austin, Doris | 14 |
| 83 | 2:13-cv-23100 | Nystrom, Amy | 20 |
| 84 | 2:16-cv-03253 | Billingsley, Sina | 27 |
| 85 | 2:13-cv-14274 | Markham, Kelly Ann & Joseph | 16 |
| 86 | 2:13-cv-24118 | Almaraz, Mary | 21 |
| 87 | 2:16-cv-12075 | Root, Eleanor & Joseph | 17 |

# EXHIBIT A

|    | Civil Action No. | Plaintiff(s)' Name | ECF No. of Motion |
|----|------------------|--------------------|-------------------|
| 88 | 2:13-cv-32366 | Beach, Carolyn & Wayne | 16 |
| 89 | 2:16-cv-05802 | Lucas, Vicki & Donnie | 19 |
| 90 | 2:12-cv-05830 | Geraty, Elaine G. | 25 |
| 91 | 2:13-cv-30170 | Damato, Elizabeth Louise & Michael | 19 |
| 92 | 2:15-cv-04441 | Long, Donna & Ernest | 33 |
| 93 | 2:14-cv-07458 | O'Hara, Mary Ann | 24 |
| 94 | 2:13-cv-00773 | Knight, Peggy J. | 41 |
| 95 | 2:15-cv-06966 | Syverson, JoAnn & Marcus | 21 |
| 96 | 2:16-cv-10106 | Humes, Elizabeth | 11 |
| 97 | 2:18-cv-00018 | Lyons, Heather | 17 |
| 98 | 2:16-cv-08215 | Luellen, Velma Louise | 18 |