# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., <br> PELVIC REPAIR SYSTEM <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |

**THIS DOCUMENT RELATES TO THE FOLLOWING CASES:**

| | |
|---|---|
| **TAMMY PIZZITOLA,** <br> v. <br> **C. R. BARD, INC., ET AL.,** | 2:13-cv-00249 |

## DEFENDANT C. R. BARD, INC.'S NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE CERTAIN GENERAL OPINIONS OF BRUCE ROSENZWEIG, M.D.

To the extent Dr. Rosenzweig is relying upon the general causation opinions and testimony that he proffered in the Bard MDL 2187 in forming his opinions in *Pizzitola v. C. R. Bard, Inc., et al.,* Case No. 2:13-cv-00249, Defendant C. R. Bard, Inc. ("Bard") adopts and incorporates by reference the following *Daubert* briefing previously filed in MDL 2817:

1. Defendant C. R. Bard, Inc.'s Motion to Exclude or Limit Certain Opinions and Testimony of Dr. Bruce Rosenzweig filed on August 15, 2019 (attached hereto as Exhibit A);

2. Defendant C. R. Bard, Inc.'s Memorandum of Law in Support of Motion to Exclude or Limit Certain Opinions and Testimony of Dr. Bruce Rosenzweig filed on August 15, 2019 (attached hereto as Exhibit B); and

3. Defendant C. R. Bard, Inc.'s Reply in Support of its Motion to Exclude or Limit Certain Opinions and Testimony of Dr. Bruce Rosenzweig filed on Sept. 13, 2019 (attached hereto as Exhibit C).

Bard respectfully requests that the Court exclude Dr. Bruce Rosenzweig's testimony, for the reasons expressed in Exhibits A-C. This notice applies to *Pizzitola v. C. R. Bard, Inc., et al.,* Case No. 2:13-cv-00249.

Dated: January 10, 2020

Respectfully submitted,

/s/ *Mildred Segura*
Michael K. Brown
Mildred Segura
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
(213) 457-8000
mkbrown@reedsmith.com
msegura@reedsmith.com

Daniel C. Kirby
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
(312) 207-1000
dkirby@reedsmith.com

Lori G. Cohen
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
(678) 553-2100
CohenL@gtlaw.com

*Attorneys for Defendant C. R. Bard, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                               */s/ Mildred Segura*
                                                               Mildred Segura