IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
      PELVIC REPAIR SYSTEM                                  MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

Pending before the court is *Lana C. Keeton Motion for Leave to File a Reply Brief in Support of Objections to the Recommended Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses and Held Costs by the Court Appointed External Review Specialist*, filed on April 16, 2019 ("Keeton Motion") [ECF No. 7850].

For reasons appearing to the court, the court **ORDERS** that the Keeton Motion is **DENIED as moot.**

The Clerk is **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 23, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE