## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2187 |
| IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2326 |
| IN RE: COLOPLAST CORP. PELVIC SUPPORT SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL No. 2387 |
| IN RE: AMERICAN MEDICIAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABLIITY LITIGATION | MDL No. 2325 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| IN RE: COOK MEDICAL, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2440 |

### ORDER GRANTING MOTION TO WITHDRAW THE APPEARANCE OF MICHELLE L. TIGER, ESQUIRE FOR MDL No. 2327

The Court, having considered Plaintiffs' Motion to Withdraw the Appearance of Michelle L.Tiger, now finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the appearance of Michelle L. Tiger is hereby withdrawn.

_____
J.

Date:

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF WEST VIRGINIA

_____

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2187 |
| IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2326 |
| IN RE: COLOPLAST CORP. PELVIC SUPPORT SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL No. 2387 |
| IN RE: AMERICAN MEDICIAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABLIITY LITIGATION | MDL No. 2325 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| IN RE: COOK MEDICAL, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2440 |

_____

**MOTION TO WITHDRAW APPEARANCE AS COUNSEL OF RECORD**

Pursuant to F.R.C.P. 74, undersigned counsel respectfully request that this Court allow Michelle L. Tiger of the law firm of Youman & Caputo, LLC. to withdraw as counsel for Plaintiff in any of the above proceedings filed before January 1, 2017, and further request that Attorney Tiger be removed from receiving notification of filings through the CM/ECF system for this matter. Attorney Tiger is no longer associated with Kline & Specter and the above-described cases remain with her former firm.

Upon information and belief, Kline & Specter continues as counsel for Plaintiff and thus should continue to receive notification of filings through the CM/ECF system for these matters.

WHEREFORE, Plaintiff respectfully requests that Michelle L. Tiger of the law firm of Youman & Caputo be withdrawn as counsel and removed from receiving notification of filings through the CM/ECF system.  Plaintiff further requests that Kline & Specter continue to receive notification of filings through the CM/ECF system.

                Respectfully submitted,

                /s/ Michelle L. Tiger_____
                MICHELLE L. TIGER
                YOUMAN & CAPUTO, LLC
                3803 West Chester Pike, Suite 150
                Newtown Square, PA 19073
                (215) 302-1999
                Mtiger@youmancaputo.com

Dated:   1/24/20

**CERTIFICATE OF SERVICE**

      I, Karen A. Kane, Legal Assistant to Michelle L. Tiger, Esquire, hereby certify that on January 24, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to CM/ECF participants registered to receive service in this matter.

      /s/ Karen A. Kane
      Karen A. Kane, Legal Assistant to
      MICHELLE L. TIGER