# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON INC,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2327

---

THIS DOCUMENT RELATES TO THE CIVIL ACTION NOS. LISTED ON THE ATTACHED EXHIBITS A:

## JOINT MOTION TO DISMISS DEFENDANT
## BOSTON SCIENTIFIC CORPORATION WITH PREJUDICE

Plaintiffs in these cases (listed on the attached Exhibits) and Defendant Boston Scientific Corporation ("BSC") advise the Court that they have compromised and settled all claims between them in these actions, including all counterclaims, cross-claims and third-party claims. Accordingly, Plaintiffs and BSC jointly move the Court to dismiss BSC as a Defendant in these actions with prejudice and terminate BSC from the docket of the Court in these actions, each party to bear its own costs. Other defendants remain in these actions and plaintiff(s) will continue to prosecute their actions against them.

Dated: January 29, 2020                                         Respectfully submitted,

By: */s/ Jon A. Strongman*                                      By: */s/ Michael A. Tanenbaum*
Jon A. Strongman – MO Bar #53995                                TANENBAUM KEALE
SHOOK, HARDY & BACON L.L.P.                                     One Newark Center, 16th Floor
2555 Grand Boulevard                                            1085 Raymond Boulevard
Kansas City, Missouri 64108                                     Newark, NJ 07102
Telephone: 816.474.6550                                         973-242-0002
Facsimile: 816.421.5547                                         Fax: 973-242-8099
Email: jstrongman@shb.com                                       Email: mtanenbaum@tktrial.com
**COUNSEL FOR DEFENDANT**                                       **COUNSEL FOR DEFENDANT**
**BOSTON SCIENTIFIC CORPORATION**                               **BOSTON SCIENTIFIC CORPORATION**

4819-2469-3683 v1

By: */s/ Lee B. Balefsky*
Lee B. Balefsky
KLINE & SPECTER
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
215/772-1000
Fax: 215/735-0960
Email: Lee.Balefsky@Klinespecter.com
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2020, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

By: <u>*/s/ Jon A. Strongman*</u>
Jon A. Strongman – MO Bar #: 53995
SHOOK, HARDY & BACON L.L.P.

**COUNSEL FOR DEFENDANT
BOSTON SCIENTIFIC CORPORATION**

## EXHIBIT A

| CASE NUMBER | CASE NAME |
|---|---|
| 14-cv-27262 | DENT, Angela vs. Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson |
| 15-cv-07523 | FINLEY, Linda vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 13-cv-04726 | FORTUNA, Irene vs. Boston Scientific Corporation, Ethicon LLC |
| 13-cv-30196 | LOPEZ, Rosemary vs. Ethicon, Inc., Ethicon, LLP, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-27260 | MELTON, Sheila and Bobby Melton vs. Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson, |
| 14-cv-30122 | O'FALLON, Celia and Dennis O'Fallon vs. Boston Scientific Corporation, Ethicon, Inc. |
| 14-cv-29254 | VITALE, Carol and William Vitale vs. Boston Scientific Corporation, Ethicon, Johnson & Johnson |

4819-2469-3683 v1