IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO.  2:12-md-2327 |

**THIS DOCUMENT RELATES TO**:

*Tammy Pizzitola v. Ethicon, Inc., et al.*            Case No. 2:13-cv-00249

**DEFENDANT C. R. BARD, INC.'S REPLY IN SUPPORT OF NOTICE OF ADOPTION OF PRIOR DAUBERT MOTION TO EXCLUDE <u>CERTAIN GENERAL OPINIONS OF BRUCE ROSENZWEIG, M.D.</u>**

Defendant C. R. Bard, Inc. ("Bard") hereby submits its Reply in Support of Notice of Adoption of Prior Daubert Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D.  In further support of its Notice, Bard states as follows:

On January 10, 2020, Bard filed its Notice of Adoption of Prior Daubert Motion to Exclude Certain General Opinions of Bruce Rosenzweig, M.D.  *See* ECF No. 9075.  Pursuant to Local Rule 7.1, Plaintiff was required to file her response to the Notice on or before January 24, 2020.  *See* L.R. 7.1(a)(7).  Plaintiff failed to do so.  In addition, Plaintiff did not seek an extension of time to file a response to Bard's Motion.

Bard respectfully requests that the Court exclude Dr. Bruce Rosenzweig's testimony, for the reasons expressed in Exhibits A-C to its Notice (ECF No. 9075-1 through 9075-3). This Reply applies to *Pizzitola v. C. R. Bard, Inc., et al.,* Case No. 2:13-cv-00249.

Dated: January 31, 2020 Respectfully submitted,

/s/ *Mildred S. Segura*
Michael K. Brown
Mildred S. Segura
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
(213) 457-8000
mkbrown@reedsmith.com
msegura@reedsmith.com

Daniel C. Kirby
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
(312) 207-1000
dkirby@reedsmith.com

Lori G. Cohen
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
(678) 553-2100
CohenL@gtlaw.com

*Attorneys for Defendant C. R. Bard, Inc.*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                     */s/ Mildred S. Segura*
                                     Mildred S. Segura