# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 6, 2020

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Mazie Slater Katz & Freeman, LLC
           v. Common Benefit Fee and Cost Committee
           No. 19-984
           (Your No. 19-1943, 19-1944, 19-1945, 19-1947, 19-1948 19-1949,
           19-1950)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on February 3, 2020 and placed on the docket February 6, 2020 as No. 19-984.

                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Lisa Nesbitt
                        Case Analyst