**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibits A - K, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2).  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Sindhu S. Daniel
Sindhu S. Daniel
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
(214) 521-3605
sdaniel@baronbudd.com


/s/ Mathew Coveney
Mathew Coveney
Coveney Law
1075 Main Street
3rd Floor
Waltham, MA 02451

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com


/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

(508) 449-4228
mcoveney@unitedlawteam.com

/s/ Matthew R. McCarley
Matthew R. McCarley
Fears Nachawati
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
mccarley@fnlawfirm.com

/s/ Jacob A. Flint
Jacob A. Flint
Flint Law Firm
P.O. Box 930
Glen Carbon, IL 62034
(618) 205-2017
jflint@flintlaw.com

/s/ Charles W. Miller
Charles W. Miller
Heygood Orr & Pearson
2331 West Northwest Highway
Dallas, TX 75220
(214) 237-9001
charles@hop-law.com

/s/ Curtis Brooks Cutter
Curtis Brooks Cutter
Kershaw Cutter & Ratinoff
401 Watt Avenue
Sacramento, CA 95864
(916) 290-9400
bcutter@kcrlegal.com

/s/ Zachary P. Lowe
Zachary P. Lowe
Lowe Law Group
6028 South Ridgeline Drive
Suite 203
Ogden, UT 84405
(801) 791-3801
lowezachary@gmail.com

/s/ Donald A. Migliori
Donald A. Migliori

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

2

Motley Rice
321 South Main Street
Suite 200
Providence, RI 02903
(401) 457-7700
dmigliori@motleyrice.com

<u>/s/ Alonzo J. Holloway</u>
Alonzo J. Holloway
Richardson Patrick Westbrick & Brickman
P.O. Box 1368
Barnwell, SC 29812
(803) 541-7850
aholloway@rpwb.com

<u>/s/ Amy Collignon Gunn</u>
Amy Collignon Gunn
The Simon Law Firm
800 Market Street
Suite 1700
St. Louis, MO 63101
(314) 241-2929
agunn@simonlawpc.com

<u>/s/ Erin M. Wood</u>
Erin M. Wood
Waters & Kraus
3141 Hood Street
Suite 700
Dallas, TX 75219
(214) 357-6244
ewood@waterskraus.com

*Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

      I certify that on this date I electronically filed this document with the clerk of the court

using the CM/ECF system, which will send notification of this filing to CM/ECF participants

registered to receive service in this MDL.


                                     <u>/s/ William M. Gage</u>

**EXHIBIT A**
**(Baron & Budd)**

| Civil Action No. | Case Style |
|---|---|
| 2:17cv01897 | Samantha D. Doddato v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01949 | Nancy S. Francis v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01951 | Sharon B. Gale v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01952 | Jennifer L. Granda v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01971 | Susan Hicks v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01956 | Angela L. Hunt v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01809 | Patricia Luna v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01612 | Pauletta Modesitt v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01893 | Patricia Phillips v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01625 | Leiann Rothenberger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv16417 | Rosemary Gordon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15cv03982 | Marlene Ocasio and Marcos Ocasio v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01898 | Michelle R. Duncan v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01818 | Teresa Penn v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Coveney Law)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:16cv08737 | Julie A. Parsons v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT C**
**(Fears Nachawati)**

| Civil Action No. | Case Style |
|---|---|
| 2:13cv13462 | Lori J. Jack v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16cv00505 | Theresa McGuffie v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv33280 | Kathryn Quashnock and James Quashnock v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16cv00360 | Maria Zapata v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT D**
**(Flint Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13cv24846 | Kari Poole and Ted Poole v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT E**
**(Heygood Orr & Pearson)**

| Civil Action No. | Case Style |
|---|---|
| 2:16cv05701 | Bonnie Chockley and Jeff Chockley v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT F**
**(Kershaw Cutter & Ratinoff)**

| Civil Action No. | Case Style |
|---|---|
| 2:16cv07230 | Lisa Burkhart v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02161 | Kathryn King v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT G**
**(Lowe Law Group)**

| Civil Action No. | Case Style |
|---|---|
| 2:14cv29458 | Carrie Ellen Deforest and Dwight Deforest v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT H**
**(Motley Rice)**

| Civil Action No. | Case Style |
|---|---|
| 2:12cv09515 | Amanda Ann Baldwin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15cv02095 | Tina Comouche and Douglas Comouche v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv03834 | Sandra Elliott and John Elliott v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv01146 | Monica Freitas and Kenneth Freitas v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv29117 | Susanna B. Garver v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26057 | Elizabeth McCormack and Mark McCormack v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT I**
**(Richardson Patrick Westbrick & Brickman)**

| Civil Action No. | Case Style |
|---|---|
| 2:14cv28907 | Emily H. Bowers and Albert B. Bowers, Jr. v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT J**
**(The Simon law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:16cv00231 | Clara Coleen Bryant v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv13630 | Deborah J. Coleman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv12908 | Natalie Crow v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv07177 | Tina Graves and Horace E. Graves v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv27654 | Susan Heindl and Edward Heindl v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv22047 | Teresa Martin and Larry Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv22040 | Janice McClurg and David McClurg v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15cv07707 | Carolyn Nowland and Rick Nowland v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv08384 | Sandra J. Pelham v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv22632 | Debbie Prasuhn v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv20902 | Barbara D. Smith and Tony M. Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv15670 | Cherita Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15cv04923 | Julie Trout and David Trout v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv22636 | Jill Wolfert and Mike Wolfert v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv20784 | Cynthia Amelong and John Amelong v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16cv00230 | Katie Bentley v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv32778 | Anneliese Boland v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv10501 | Cathy Lynn Bond v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv20907 | Frances D. Burger v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12cv06593 | Janis M. Cooper v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv15716 | Wanda Gutierrez and Ramiro Gutierrez v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv08784 | Connie Martin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv32824 | Jeanette McCall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv28452 | Rayne Perrywinkle v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv21957 | Tabitha Smith and Nickolas Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv10846 | Margaret Stratton v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv15722 | Belinda Vargas and Joseph Vargas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT K**
**(Waters & Kraus)**

| Civil Action No. | Case Style |
|---|---|
| 2:13cv32357 | Peggy J. Gipson and Frank Gipson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv09107 | Hedy Miller and Robert Miller v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |