IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION           MDL 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 9091], is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified on the attached Exhibit(s) A-K , and Johnson & Johnson, Ethicon, Inc., and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants in these action without prejudice.  After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss without Prejudice is **GRANTED**. Ethicon is the only remaining defendant, therefore, it is further **ORDERED** that the action(s) listed on the attached Exhibit(s) A-K are **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual case(s) at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual case(s) listed on the attached Exhibit(s) A-K.

ENTER: February 11, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A
# (Baron & Budd)

| Civil Action No. | Case Style |
|---|---|
| 2:17cv01897 | Samantha D. Doddato v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01949 | Nancy S. Francis v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01951 | Sharon B. Gale v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01952 | Jennifer L. Granda v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01971 | Susan Hicks v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01956 | Angela L. Hunt v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01809 | Patricia Luna v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01612 | Pauletta Modesitt v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01893 | Patricia Phillips v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01625 | Leiann Rothenberger v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv16417 | Rosemary Gordon v. Ethicon, Inc.; Johnson & Johnson |
| 2:15cv03982 | Marlene Ocasio and Marcos Ocasio v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01898 | Michelle R. Duncan v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv01818 | Teresa Penn v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Coveney Law)**

| Civil Action No. | Case Style |
|---|---|
| 2:16cv08737 | Julie A. Parsons v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT C
## (Fears Nachawati)

| Civil Action No. | Case Style |
|---|---|
| 2:13cv13462 | Lori J. Jack v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16cv00505 | Theresa McGuffie v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv33280 | Kathryn Quashnock and James Quashnock v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16cv00360 | Maria Zapata v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT D**
**(Flint Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13cv24846 | Kari Poole and Ted Poole v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT E**
**(Heygood Orr & Pearson)**

| Civil Action No. | Case Style |
|---|---|
| 2:16cv05701 | Bonnie Chockley and Jeff Chockley v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT F**
**(Kershaw Cutter & Ratinoff)**

| Civil Action No. | Case Style |
|---|---|
| 2:16cv07230 | Lisa Burkhart v. Ethicon, Inc.; Johnson & Johnson |
| 2:17cv02161 | Kathryn King v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT G
# (Lowe Law Group)

| Civil Action No. | Case Style |
|---|---|
| 2:14cv29458 | Carrie Ellen Deforest and Dwight Deforest v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT H
# (Motley Rice)

| Civil Action No. | Case Style |
|---|---|
| 2:12cv09515 | Amanda Ann Baldwin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15cv02095 | Tina Comouche and Douglas Comouche v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv03834 | Sandra Elliott and John Elliott v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv01146 | Monica Freitas and Kenneth Freitas v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv29117 | Susanna B. Garver v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv26057 | Elizabeth McCormack and Mark McCormack v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT I**
**(Richardson Patrick Westbrick & Brickman)**

| Civil Action No. | Case Style |
|---|---|
| 2:14cv28907 | Emily H. Bowers and Albert B. Bowers, Jr. v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT J
### (The Simon law Firm)

| Civil Action No. | Case Style |
|---|---|
| 2:16cv00231 | Clara Coleen Bryant v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv13630 | Deborah J. Coleman v. Ethicon, Inc.; Johnson & Johnson |
| 2:14cv12908 | Natalie Crow v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv07177 | Tina Graves and Horace E. Graves v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv27654 | Susan Heindl and Edward Heindl v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv22047 | Teresa Martin and Larry Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv22040 | Janice McClurg and David McClurg v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15cv07707 | Carolyn Nowland and Rick Nowland v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv08384 | Sandra J. Pelham v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv22632 | Debbie Prasuhn v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv20902 | Barbara D. Smith and Tony M. Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv15670 | Cherita Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15cv04923 | Julie Trout and David Trout v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv22636 | Jill Wolfert and Mike Wolfert v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv20784 | Cynthia Amelong and John Amelong v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:16cv00230 | Katie Bentley v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv32778 | Anneliese Boland v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv10501 | Cathy Lynn Bond v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv20907 | Frances D. Burger v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:12cv06593 | Janis M. Cooper v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv15716 | Wanda Gutierrez and Ramiro Gutierrez v. Ethicon, Inc.; Johnson & Johnson |
| 2:12cv08784 | Connie Martin v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv32824 | Jeanette McCall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv28452 | Rayne Perrywinkle v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv21957 | Tabitha Smith and Nickolas Smith v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv10846 | Margaret Stratton v. Ethicon, Inc.; Johnson & Johnson |
| 2:13cv15722 | Belinda Vargas and Joseph Vargas v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

Case 2:12-md-02327 Document 9092 Filed 02/11/20 Page 12 of 12 PageID #: 214330

## EXHIBIT K
## (Waters & Kraus)

| Civil Action No. | Case Style |
|---|---|
| 2:13cv32357 | Peggy J. Gipson and Frank Gipson v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13cv09107 | Hedy Miller and Robert Miller v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |