IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

_____

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

ORDER
(Dismissing Defendant Boston Scientific Corporation with Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 9087], is a Joint Motion to

Dismiss Defendant Boston Scientific Corporation with Prejudice filed by plaintiffs,

identified on the attached Exhibit A, and Boston Scientific Corporation also known

as Boston Scientific Corp. (hereinafter referred to as "BSC") seeking dismissal of BSC

from these actions with prejudice because all claims between them have been

compromised and settled, including all claims, counterclaims, cross-claims and third

party claims. Other defendants remain in these actions and plaintiffs will continue

to prosecute these actions against them. After careful consideration, it is **ORDERED**

that the Joint Motion to Dismiss BSC with Prejudice is **GRANTED**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and

in the individual cases listed on the attached Exhibit A.

ENTER: February 13, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| CASE NUMBER | CASE NAME |
| --- | --- |
| 14-cv-27262 | DENT, Angela vs. Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson |
| 15-cv-07523 | FINLEY, Linda vs. Ethicon, Inc., Johnson & Johnson, and Boston Scientific Corporation |
| 13-cv-04726 | FORTUNA, Irene vs. Boston Scientific Corporation, Ethicon LLC |
| 13-cv-30196 | LOPEZ, Rosemary vs. Ethicon, Inc., Ethicon, LLP, Johnson & Johnson, Boston Scientific Corporation |
| 14-cv-27260 | MELTON, Sheila and Bobby Melton vs. Boston Scientific Corporation, Ethicon, Inc., Johnson & Johnson, |
| 14-cv-30122 | O'FALLON, Celia and Dennis O'Fallon vs. Boston Scientific Corporation, Ethicon, Inc. |
| 14-cv-29254 | VITALE, Carol and William Vitale vs. Boston Scientific Corporation, Ethicon, Johnson & Johnson |

4819-2469-3683 v1