IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON INC.,                            MDL NO.  2:12-cv-02327
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO**:

*Tammy Pizzitola v. C. R. Bard, Inc., et al.*    Case No. 2:13-cv-00249

**DEFENDANT C. R. BARD, INC.'S REPLY IN SUPPORT OF ITS MOTION
TO EXCLUDE OR LIMIT CERTAIN OPINIONS AND TESTIMONY
OF KEITH REEVES, M.D.**

Defendant C. R. Bard, Inc. ("Bard") hereby submits its Reply in Support of its Motion to Exclude or Limit Certain Opinions and Testimony of Keith Reeves, M.D. (the "Motion"). In support of its Motion, Bard respectfully shows the Court as follows:

On January 23, 2020, Bard filed its Motion. *See* ECF No. 9080. Pursuant to the scheduling order entered in *Pizzitola v. C. R. Bard, Inc., et al.,* Case No. 2:13-cv-00249 (*see* ECF No. 93) and Local Rule 7.1, Plaintiffs were required to file their response to the Motion on or before February 6, 2020. *See* L.R. 7.1(a)(7). Plaintiffs failed to do so. In addition, Plaintiffs did not seek an extension of time from either the Court or Bard to file their response to the Motion.

Bard respectfully requests the Court exclude or limit Dr. Keith Reeves's opinions and testimony for the reasons expressed in the Motion and its accompanying memorandum. This Reply applies to *Pizzitola v. C. R. Bard, Inc., et al.,* Case No. 2:13-cv-00249, which adopted the general causation report of Dr. Reeves.

- 1 -

Dated: February 13, 2020

Respectfully submitted,

 /s/ *Mildred Segura*
Michael K. Brown
Mildred Segura
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
(213) 457-8000
mkbrown@reedsmith.com
msegura@reedsmith.com

Daniel C. Kirby
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
(312) 207-1000
dkirby@reedsmith.com

Lori G. Cohen
GREENBERG TAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
(678) 553-2100
CohenL@gtlaw.com

*Attorneys for Defendant C. R. Bard, Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                */s/ Mildred Segura*
                                                Mildred Segura