# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 24, 2020

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re: Anderson Law Offices, et al.
        v. Common Benefit Fee and Cost Committee
        No. 19-791
        (Your No. 19-1849, 19-1850, 19-1851, 19-1853, 19-1855)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk