# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of West Virginia.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of West Virginia with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 04, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| WVS | 2 | 14–27260 | PAE | 2 | 14–05415 | Melton et al v. Boston Scientific Corporation et al |
| WVS | 2 | 14–27261 | PAE | 2 | 14–05416 | Holt et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–27262 | PAE | 2 | 14–05424 | Dent v. Boston Scientific Corporation et al |
| WVS | 2 | 14–28533 | PAE | 2 | 14–06028 | Metcalf v. Ethicon, Inc. et al |
| WVS | 2 | 14–28538 | PAE | 2 | 14–06106 | Gerbino et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–28542 | PAE | 2 | 14–06110 | Baca v. Ethicon, Inc. et al |
| WVS | 2 | 14–29091 | PAE | 2 | 14–06211 | Suarez et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–29096 | PAE | 2 | 14–06216 | Washburn et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–29125 | PAE | 2 | 14–06221 | Hunt et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–29126 | PAE | 2 | 14–06222 | McLaughlin v. Ethicon, Inc. et al |
| WVS | 2 | 14–29124 | PAE | 2 | 14–06223 | Harhart v. Ethicon, Inc. et al |
| WVS | 2 | 14–29129 | PAE | 2 | 14–06225 | Pearson et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–29128 | PAE | 2 | 14–06243 | Jacobson v. Ethicon, Inc. et al |
| WVS | 2 | 14–29138 | PAE | 2 | 14–06244 | Shannon v. Ethicon, Inc. et al |
| WVS | 2 | 14–29133 | PAE | 2 | 14–06245 | Dunn v. Ethicon, Inc. et al |
| WVS | 2 | 14–29174 | PAE | 2 | 14–06246 | Kelley et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–29141 | PAE | 2 | 14–06248 | Buttino et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–30122 | PAE | 2 | 14–06327 | O'Fallon et al v. Boston Scientific Corporation et al |
| WVS | 2 | 14–30125 | PAE | 2 | 14–06388 | Peterson et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–30128 | PAE | 2 | 14–06419 | Gulley et al v. Johnson & Johnson et al |
| WVS | 2 | 14–29254 | PAE | 2 | 14–06444 | Vitale et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–30849 | PAE | 2 | 14–06930 | Sellers et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–30883 | PAE | 2 | 14–06933 | Dombroski v. Ethicon, Inc. et al |
| WVS | 2 | 15–00911 | PAE | 2 | 14–07211 | Eldreth et al v. Ethicon, Inc. et al |
| WVS | 2 | 15–00928 | PAE | 2 | 14–07212 | Spadafore et al v. Ethicon, Inc. et al |
| WVS | 2 | 15–00932 | PAE | 2 | 14–07214 | Toliver v. Ethicon, Inc. et al |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

### ORDER AND SUGGESTION OF REMAND

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that the cases on Exhibit A be remanded to the United States District Courts from which they came, as identified on Exhibit A. The cases were transferred by the Judicial Panel on Multidistrict Litigation ("JPML") and are related to MDL 2327 ("Ethicon MDL"), 2:12-md-2327, one of seven MDLs assigned to me by the JPML. The seven MDLs combined totaled over 100,000 cases since inception.

Of the approximately 39,616 cases originally filed in or transferred to the Ethicon MDL, 873 remain. Of the remaining 873 cases, 27 are listed on Exhibit A and are ready to be remanded to the jurisdictions from which they came. In particular, the time to conduct discovery is complete in the cases on Exhibit A, and the parties have had time to file dispositive and *Daubert* motions, responses and replies. For the convenience of the parties and in order to promote the final resolution of these cases, it appears to the court that the cases would be more expeditiously concluded in the venues from which they arise. ***Upon remand, I urge the receiving court to immediately set these cases for trial without reopening discovery. Further discovery will only***

*result in unjust delay. Extensive development of these cases over a period of years has made such further action completely unnecessary.*

On or before **February 28, 2020 (7 days from the date of this order)**, the parties are **ORDERED** to confer and to file *in their individual case*, all documents from the main MDL that the parties jointly deem relevant to constitute an appropriate record for the receiving court to consider. When filing the documents from the main MDL, the parties are directed to use the CM/ECF event entitled "Designation of Record for MDL Transfers" (available under Civil > Other Filings > Other Documents). When completing the event, the "Main Document" should be the list of joint designations from the main MDL, and the "Attachments" should be each individual document on the joint designation list with the "Description" being the ECF number and a brief description of the document (i.e. ECF 96 – Defendant's Motion for Summary Judgment).

The court **ORDERS** that upon receipt and filing of an order to remand from the Clerk of the JPML (hereinafter the "Transfer Date"), the Clerk of this court, pursuant to 28 U.S.C. § 1407, shall remand the cases to the jurisdictions identified on Exhibit A. If the cases remain pending on the Transfer Date, they must be remanded, and the parties shall bear the consequences in the receiving court of any failure to prepare an appropriate record as directed in this order. The parties and the receiving court are advised that all Pretrial Orders entered in this matter are available for review on the court's website at www.wvsd.uscourts.gov/MDL/2327/orders.html and the master docket sheet can be found on this court's CM/ECF at 2:12-md-2327. *Finally, the court advises the parties that while the docket of these individual cases will be remanded to the receiving court, it is the parties' responsibility to follow the receiving court's procedure for identifying any individual motions that remain pending and in need of ruling.*

2

On the Transfer Date, the Clerk is hereby **DIRECTED** to use the appropriate function in CM/ECF to extract the cases on Exhibit A and remand them to the jurisdictions identified on Exhibit A. After remand of the cases, the Clerk is **DIRECTED** to formally dismiss the cases and strike them from the docket of this court.

The court further **DIRECTS** that a copy of this Order and Suggestion of Remand and Exhibit A be filed in the cases on Exhibit A and sent to the Clerk of the MDL Panel and counsel of record or any unrepresented party.

ENTER: February 21, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

3

Exhibit A

Remand - Ethicon

|   | Civil Action No. | Case Style | Venue |
|---|---|---|---|
| 1 | 2:13-cv-07340 | Wilson v. Ethicon Women's Health and Urology et al | Kentucky -Western |
| 2 | 2:14-cv-27260 | Melton et al v. Boston Scientific Corporation et al | Pennsylvania - Eastern District |
| 3 | 2:14-cv-27261 | Holt et al v. Ethicon | Pennsylvania - Eastern District |
| 4 | 2:14-cv-27262 | Dent v. Boston Scientific Corporation et al | Pennsylvania - Eastern District |
| 5 | 2:14-cv-28533 | Metcalf v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 6 | 2:14-cv-28538 | Gerbino et al v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 7 | 2:14-cv-28542 | Baca v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 8 | 2:14-cv-29091 | Suarez et al v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 9 | 2:14-cv-29096 | Washburn et al v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 10 | 2:14-cv-29124 | Harhart v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 11 | 2:14-cv-29125 | Hunt et al v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 12 | 2:14-cv-29126 | McLaughlin v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 13 | 2:14-cv-29128 | Jacobson v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 14 | 2:14-cv-29129 | Pearson et al v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 15 | 2:14-cv-29133 | Dunn v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 16 | 2:14-cv-29138 | Shannon v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 17 | 2:14-cv-29141 | Buttino et al v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 18 | 2:14-cv-29174 | Kelley et al v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 19 | 2:14-cv-29254 | Vitale et al v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 20 | 2:14-cv-30122 | Fallon et al v. Ethicon, Inc. | Pennsylvania - Eastern District |
| 21 | 2:14-cv-30125 | Peterson et al v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 22 | 2:14-cv-30128 | Gulley et al v. Johnson & Johnson et al | Pennsylvania - Eastern District |
| 23 | 2:14-cv-30849 | Sellers et al v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 24 | 2:14-cv-30883 | Dombroski v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 25 | 2:15-cv-00911 | Eldreth et al v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 26 | 2:15-cv-00928 | Spadafore et al v. Ethicon, Inc. et al | Pennsylvania - Eastern District |
| 27 | 2:15-cv-00932 | Toliver v. Ethicon, Inc. et al | Pennsylvania - Eastern District |

**Tina Smith**

| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **Sent:** | Wednesday, March 04, 2020 9:17 AM |
| **To:** | JPMLCMDECF |
| **Subject:** | Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CRO Final Minute Order (Clerks) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 3/4/2020 at 9:17 AM EST and filed on 3/4/2020
**Case Name:**      IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**      MDL No. 2327
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ([3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded

and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

Associated Cases: MDL No. 2327 et al. (LH)

| | |
|---|---|
| **Case Name:** | Holt et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-05416 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

Associated Cases: MDL No. 2327 et al. (LH)

| | |
|---|---|
| **Case Name:** | Vitale et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06444 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**Associated Cases: MDL No. 2327 et al. (LH)**

| | |
|---|---|
| **Case Name:** | Buttino et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06248 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

Associated Cases: MDL No. 2327 et al. (LH)

**Case Name:**           Sellers et al v. Ethicon, Inc. et al
**Case Number:**         PAE/2:14-cv-06930
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded

and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:        Kelley et al v. Ethicon, Inc. et al
Case Number:     PAE/2:14-cv-06246
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:        Pearson et al v. Ethicon, Inc. et al
Case Number:     PAE/2:14-cv-06225
Filer:
Document Number: No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**Associated Cases: MDL No. 2327 et al. (LH)**

| | |
|---|---|
| **Case Name:** | Dombroski v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06933 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

Associated Cases: MDL No. 2327 et al. (LH)

**Case Name:** Gerbino et al v. Ethicon, Inc. et al
**Case Number:** PAE/2:14-cv-06106
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded

and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

Associated Cases: MDL No. 2327 et al. (LH)

| | |
|---|---|
| **Case Name:** | Eldreth et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-07211 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

Associated Cases: MDL No. 2327 et al. (LH)

| | |
|---|---|
| **Case Name:** | Metcalf v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06028 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**Associated Cases: MDL No. 2327 et al. (LH)**

| | |
|---|---|
| **Case Name:** | Suarez et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06211 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

Associated Cases: MDL No. 2327 et al. (LH)

**Case Name:** Gulley et al v. Johnson & Johnson et al
**Case Number:** PAE/2:14-cv-06419
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded

**and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:** McLaughlin v. Ethicon, Inc. et al
**Case Number:** PAE/2:14-cv-06222
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:** Baca v. Ethicon, Inc. et al
**Case Number:** PAE/2:14-cv-06110
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**       Toliver v. Ethicon, Inc. et al
**Case Number:**    PAE/2:14-cv-07214
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

Associated Cases: MDL No. 2327 et al. (LH)

**Case Name:** O'Fallon et al v. Boston Scientific Corporation et al
**Case Number:** PAE/2:14-cv-06327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded

and all necessary copies of any pleading or other matter filed to comply with the remand order.

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**Associated Cases: MDL No. 2327 et al. (LH)**

Case Name:          Peterson et al v. Ethicon, Inc. et al
Case Number:        PAE/2:14-cv-06388
Filer:
Document Number: No document attached

Docket Text:
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**Associated Cases: MDL No. 2327 et al. (LH)**

Case Name:          Dunn v. Ethicon, Inc. et al
Case Number:        PAE/2:14-cv-06245
Filer:
Document Number: No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**        Washburn et al v. Ethicon, Inc. et al
**Case Number:**    PAE/2:14-cv-06216
**Filer:**
**WARNING: CASE CLOSED on 11/19/2014**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

Associated Cases: MDL No. 2327 et al. (LH)

**Case Name:**     Harhart v. Ethicon, Inc. et al
**Case Number:**   PAE/2:14-cv-06223
**Filer:**
**Document Number:** No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded

and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:        Jacobson v. Ethicon, Inc. et al
Case Number:      PAE/2:14-cv-06243
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:        Spadafore et al v. Ethicon, Inc. et al
Case Number:      PAE/2:14-cv-07212
Filer:
Document Number: No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**      Melton et al v. Boston Scientific Corporation et al
**Case Number:**   PAE/2:14-cv-05415
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

Associated Cases: MDL No. 2327 et al. (LH)

| | |
|---|---|
| **Case Name:** | Dent v. Boston Scientific Corporation et al |
| **Case Number:** | PAE/2:14-cv-05424 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded

and all necessary copies of any pleading or other matter filed to comply with the remand order.

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**Associated Cases: MDL No. 2327 et al. (LH)**

Case Name:      Shannon v. Ethicon, Inc. et al
Case Number:    PAE/2:14-cv-06244
Filer:
Document Number: No document attached

Docket Text:
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**Associated Cases: MDL No. 2327 et al. (LH)**

Case Name:      Hunt et al v. Ethicon, Inc. et al
Case Number:    PAE/2:14-cv-06221
Filer:
Document Number: No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 3/4/2020. Please see pleading ( [3657] in MDL No. 2327, 8 in PAE/2:14-cv-05415, 8 in PAE/2:14-cv-05416, 8 in PAE/2:14-cv-05424, 8 in PAE/2:14-cv-06028, 8 in PAE/2:14-cv-06106, 8 in PAE/2:14-cv-06110, 10 in PAE/2:14-cv-06211, 8 in PAE/2:14-cv-06216, 10 in PAE/2:14-cv-06221, 10 in PAE/2:14-cv-06222, 10 in PAE/2:14-cv-06223, 10 in PAE/2:14-cv-06225, 10 in PAE/2:14-cv-06243, 10 in PAE/2:14-cv-06244, 10 in PAE/2:14-cv-06245, 10 in PAE/2:14-cv-06246, 10 in PAE/2:14-cv-06248, 8 in PAE/2:14-cv-06327, 8 in PAE/2:14-cv-06388, 8 in PAE/2:14-cv-06419, 6 in PAE/2:14-cv-06444, 8 in PAE/2:14-cv-06930, 8 in PAE/2:14-cv-06933, 10 in PAE/2:14-cv-07211, 10 in PAE/2:14-cv-07212, 10 in PAE/2:14-cv-07214).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**Associated Cases: MDL No. 2327 et al. (LH)**

No public notice (electronic or otherwise) sent because the entry is private

## Tina Smith

| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **Sent:** | Wednesday, March 04, 2020 9:07 AM |
| **To:** | JPMLCMDECF |
| **Subject:** | Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 3/4/2020 at 9:06 AM EST and filed on 3/4/2020

| | |
|---|---|
| **Case Name:** | IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2327 |
| **Filer:** | |
| **Document Number:** | 3657 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ([3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214 ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # (1) Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

| | |
|---|---|
| **Case Name:** | Holt et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-05416 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**      Vitale et al v. Ethicon, Inc. et al
**Case Number:**    PAE/2:14-cv-06444
**Filer:**
**Document Number:** 6

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**      Buttino et al v. Ethicon, Inc. et al
**Case Number:**    PAE/2:14-cv-06248
**Filer:**
**Document Number:** 10

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-**

06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

(Attachments: # [1] Suggestion of Remand)

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:           Sellers et al v. Ethicon, Inc. et al
Case Number:         PAE/2:14-cv-06930
Filer:
Document Number: 8

Docket Text:
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

(Attachments: # [1] Suggestion of Remand)

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:           Pearson et al v. Ethicon, Inc. et al
Case Number:         PAE/2:14-cv-06225
Filer:
Document Number: 10

Docket Text:
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**     Gerbino et al v. Ethicon, Inc. et al
**Case Number:**   PAE/2:14-cv-06106
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**     Metcalf v. Ethicon, Inc. et al
**Case Number:**   PAE/2:14-cv-06028
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**     O'Fallon et al v. Boston Scientific Corporation et al
**Case Number:**   PAE/2:14-cv-06327

**Filer:**

**Document Number:** 8

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**     Peterson et al v. Ethicon, Inc. et al

**Case Number:**     PAE/2:14-cv-06388

**Filer:**

**Document Number:** 8

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**     Washburn et al v. Ethicon, Inc. et al

**Case Number:**     PAE/2:14-cv-06216

**Filer:**

**WARNING: CASE CLOSED on 11/19/2014**

**Document Number:** 8

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-**

cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 6 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

(Attachments: # [1] Suggestion of Remand)

Associated Cases: MDL No. 2327 et al. (LH)

| | |
|---|---|
| **Case Name:** | Harhart v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06223 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 6 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

(Attachments: # [1] Suggestion of Remand)

Associated Cases: MDL No. 2327 et al. (LH)

| | |
|---|---|
| **Case Name:** | Jacobson v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06243 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 6 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in

PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

| | |
|---|---|
| **Case Name:** | Spadafore et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-07212 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

| | |
|---|---|
| **Case Name:** | Dent v. Boston Scientific Corporation et al |
| **Case Number:** | PAE/2:14-cv-05424 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

| | |
|---|---|
| **Case Name:** | Melton et al v. Boston Scientific Corporation et al |
| **Case Number:** | PAE/2:14-cv-05415 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

| | |
|---|---|
| **Case Name:** | Shannon v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06244 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

| | |
|---|---|
| **Case Name:** | Kelley et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06246 |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**     Dombroski v. Ethicon, Inc. et al
**Case Number:**   PAE/2:14-cv-06933
**Filer:**
**Document Number:** 8

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**     Eldreth et al v. Ethicon, Inc. et al
**Case Number:**   PAE/2:14-cv-07211
**Filer:**
**Document Number:** 10

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-**

06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

(Attachments: # [1] Suggestion of Remand)

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:      Suarez et al v. Ethicon, Inc. et al
Case Number:    PAE/2:14-cv-06211
Filer:
Document Number: 10

Docket Text:
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

(Attachments: # [1] Suggestion of Remand)

Associated Cases: MDL No. 2327 et al. (LH)

Case Name:      Gulley et al v. Johnson & Johnson et al
Case Number:    PAE/2:14-cv-06419
Filer:
Document Number: 8

Docket Text:
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 3/4/2020.

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**    McLaughlin v. Ethicon, Inc. et al
**Case Number:**    PAE/2:14-cv-06222
**Filer:**
**Document Number:** 10

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**    Baca v. Ethicon, Inc. et al
**Case Number:**    PAE/2:14-cv-06110
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**    Toliver v. Ethicon, Inc. et al
**Case Number:**    PAE/2:14-cv-07214

**Filer:**
**Document Number:** 10

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**        Dunn v. Ethicon, Inc. et al
**Case Number:**      PAE/2:14-cv-06245
**Filer:**
**Document Number:** 10

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214) ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

**Case Name:**        Hunt et al v. Ethicon, Inc. et al
**Case Number:**      PAE/2:14-cv-06221
**Filer:**
**Document Number:** 10

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3655] in MDL No. 2327, 6 in PAE/2:14-cv-05415, 6 in PAE/2:14-cv-05416, 6 in PAE/2:14-cv-05424, 6 in PAE/2:14-cv-06028, 6 in**

**PAE/2:14-cv-06106, 6 in PAE/2:14-cv-06110, 8 in PAE/2:14-cv-06211, 6 in PAE/2:14-cv-06216, 8 in PAE/2:14-cv-06221, 8 in PAE/2:14-cv-06222, 8 in PAE/2:14-cv-06223, 8 in PAE/2:14-cv-06225, 8 in PAE/2:14-cv-06243, 8 in PAE/2:14-cv-06244, 8 in PAE/2:14-cv-06245, 8 in PAE/2:14-cv-06246, 8 in PAE/2:14-cv-06248, 6 in PAE/2:14-cv-06327, 6 in PAE/2:14-cv-06388, 6 in PAE/2:14-cv-06419, 4 in PAE/2:14-cv-06444, 6 in PAE/2:14-cv-06930, 6 in PAE/2:14-cv-06933, 8 in PAE/2:14-cv-07211, 8 in PAE/2:14-cv-07212, 8 in PAE/2:14-cv-07214 ) - 26 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 3/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327 et al. (LH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carln@facslaw.com

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F Bell, Jr     hfbell@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@farrell.law, lora@farrell.law

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:14-cv-05416 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Thomas R. Kline    Tom.Kline@Klinespecter.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Andrew P. Reeve    andrew.reeve@dbr.com

Joseph H. Blum    jblum@shb.com

Erin P. Loucks    eloucks@shb.com

PRISCILLA E. JIMENEZ    priscilla.jimenez@klinespecter.com

James H. Keale    jkeale@tktrial.com

Christopher D. Morris    chris.morris@butlersnow.com

**PAE/2:14-cv-05416 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06444 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

Barbara R. Binis    bbinis@reedsmith.com, kmccloskey@reedsmith.com

Louis W. Schack    lschack@reedsmith.com

Michael J. Farrell    mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg    EWL@farrell3.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

David J Duke    david.duke@bowmanandbrooke.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Andrew P. Reeve    andrew.reeve@dbr.com

Joseph H. Blum    jblum@shb.com

Erin P. Loucks    eloucks@shb.com

Ashley Nader Stubbs    ashley.stubbs@butlersnow.com

James H. Keale    jkeale@tktrial.com

**PAE/2:14-cv-06444 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06248 Notice has been electronically mailed to:**

Richard B. North, Jr    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez     chris.gomez@klinespecter.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

Melissa Foster Bird     melissa.fosterbird@nelsonmullins.com

Philip J. Combs     pcombs@tcspllc.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Andrew P. Reeve     andrew.reeve@dbr.com

Daniel R. Higginbotham     dhigginbotham@tcspllc.com

**PAE/2:14-cv-06248 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06930 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

James C Barton, Jr     jim.barton@butlersnow.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

SHANIN SPECTER     shanin.specter@klinespecter.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Thomas R. Kline     Tom.Kline@Klinespecter.com

Christopher A Gomez     chris.gomez@klinespecter.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Andrew P. Reeve     andrew.reeve@dbr.com

Charles L. Becker     charles.becker@klinespecter.com, tracy.leonardis@klinespecter.com

Ashley Nader Stubbs     ashley.stubbs@butlersnow.com

**PAE/2:14-cv-06930 Notice will not be electronically mailed to:**

Adam J. Spicer
King & Spalding LLP
1180 Peachtreet Street
Atlanta, GA 30309

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06225 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark     slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez     chris.gomez@klinespecter.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

Julie A. Callsen     julie.callsen@tuckerellis.com, jcallsen@tuckerellis.com, kristy.titus@tuckerellis.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Jennifer Steinmetz     jennifer.steinmetz@tuckerellis.com, Kristy.Titus@tuckerellis.com

**PAE/2:14-cv-06225 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06106 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark     slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

MELISSA A GRAFF     melissa.graff@dbr.com

Susan M. Robinson     srobinson@tcspllc.com

PRISCILLA E. JIMENEZ     priscilla.jimenez@klinespecter.com

Ashley Nader Stubbs     ashley.stubbs@butlersnow.com

Christopher D. Morris     chris.morris@butlersnow.com

Paul Stokely Rosenblatt     paul.rosenblatt@butlersnow.com

**PAE/2:14-cv-06106 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06028 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Su-Lyn Combs    su-lyn.combs@tuckerellis.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez    chris.gomez@klinespecter.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

MELISSA A GRAFF    melissa.graff@dbr.com

Susan M. Robinson    srobinson@tcspllc.com

**PAE/2:14-cv-06028 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06327 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark     slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

Philip J. Combs     pcombs@tcspllc.com

MELISSA A GRAFF     melissa.graff@dbr.com

Susan M. Robinson     srobinson@tcspllc.com

Joseph H. Blum     jblum@shb.com

Erin P. Loucks     eloucks@shb.com

James H. Keale     jkeale@tktrial.com

Christopher Dely     chris.dely@faegrebd.com

**PAE/2:14-cv-06327 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06388 Notice has been electronically mailed to:**

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark     slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

Benjamin M Watson     ben.watson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez     chris.gomez@klinespecter.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

Lana K. Varney     lvarney@kslaw.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Cassandra Lee Matos     cmatos@reedsmith.com

Amy L. Barrette     amy.barrette@nortonrosefulbright.com

Kasey Mitchell Adams     Kasey.Adams@butlersnow.com

**PAE/2:14-cv-06388 Notice will not be electronically mailed to:**

Jana M. Landon
STRADLEY RONON STEVENS & YOUNG LLP
2600 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7098

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06216 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Anita Modak-Truran    anita.modak-truran@butlersnow.com, Anita.Modak-Truran@butlersnow.com

Christian E. Piccolo    christian.piccolo@dbr.com

Christopher D. Morris    chris.morris@butlersnow.com

**PAE/2:14-cv-06216 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06223 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Andrew P. Reeve    andrew.reeve@dbr.com

PRISCILLA E. JIMENEZ    priscilla.jimenez@klinespecter.com

Molly E. Flynn    molly.flynn@faegredrinker.com

Rebecca L. Trela    rebecca.trela@dbr.com

**PAE/2:14-cv-06223 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06243 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

Philip J. Combs    pcombs@tcspllc.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Daniel R. Higginbotham    dhigginbotham@tcspllc.com

PRISCILLA E. JIMENEZ    priscilla.jimenez@klinespecter.com

**PAE/2:14-cv-06243 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-07212 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

Jeffrey Royal Johnson    jeff@jrjohnsonmediation.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Jordan N Walker    Jordan.Walker@butlersnow.com

Caroline Dye Walker    caroline.walker@butlersnow.com

**PAE/2:14-cv-07212 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-05424 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,

ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

James C Barton, Jr     jim.barton@butlersnow.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman     jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Thomas R. Kline     Tom.Kline@Klinespecter.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

Michael A Tanenbaum     mtanenbaum@tktrial.com, marian.krushinsky@sdma.com

MELISSA A GRAFF     melissa.graff@dbr.com

Susan M. Robinson     srobinson@tcspllc.com

Andrew P. Reeve     andrew.reeve@dbr.com

Joseph H. Blum     jblum@shb.com

Erin P. Loucks     eloucks@shb.com

Ashley Nader Stubbs     ashley.stubbs@butlersnow.com

A. La'Verne Edney     La'Verne.Edney@butlersnow.com

**PAE/2:14-cv-05424 Notice will not be electronically mailed to:**

Adam J. Spicer
King & Spalding LLP
1180 Peachtreet Street
Atlanta, GA 30309

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-05415 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com, reickbush@shb.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

Philip J. Combs    pcombs@tcspllc.com

MELISSA A GRAFF    melissa.graff@dbr.com

Susan M. Robinson    srobinson@tcspllc.com

Andrew P. Reeve    andrew.reeve@dbr.com

Joseph H. Blum    jblum@shb.com

Kevin Lloyd Morrow    kevin.morrow@faegredrinker.com

Daniel R. Higginbotham    dhigginbotham@tcspllc.com

Erin P. Loucks    eloucks@shb.com

PRISCILLA E. JIMENEZ    priscilla.jimenez@klinespecter.com

James H. Keale    jkeale@tktrial.com

**PAE/2:14-cv-05415 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06244 Notice has been electronically mailed to:**

Richard B. North, Jr    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

JOSEPH E. O'NEIL    joneil@campbelltriallawyers.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

FRANCIS X. MANNING    fmanning@stradley.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

John J. O'Donnell    jodonnell@campbelltriallawyers.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez    chris.gomez@klinespecter.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

Philip J. Combs    pcombs@tcspllc.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Andrew P. Reeve    andrew.reeve@dbr.com

Cassandra Lee Matos    cmatos@reedsmith.com

Julia M. Rafferty    jrafferty@campbelltriallawyers.com

**PAE/2:14-cv-06244 Notice will not be electronically mailed to:**

Jana M. Landon
STRADLEY RONON STEVENS & YOUNG LLP
2600 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7098

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street

19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06246 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

Samuel W Silver     ssilver@schnader.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark     slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

William R. Stuart, III     wstuart@sillscummis.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

Philip J. Combs     pcombs@tcspllc.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Daniel R. Higginbotham     dhigginbotham@tcspllc.com

PRISCILLA E. JIMENEZ     priscilla.jimenez@klinespecter.com

**PAE/2:14-cv-06246 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06933 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,

ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez    chris.gomez@klinespecter.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Andrew P. Reeve    andrew.reeve@dbr.com

**PAE/2:14-cv-06933 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-07211 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

**PAE/2:14-cv-07211 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06211 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez    chris.gomez@klinespecter.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Christopher D. Morris    chris.morris@butlersnow.com

**PAE/2:14-cv-06211 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor

Philadelphia, PA 19102

**PAE/2:14-cv-06419 Notice has been electronically mailed to:**

Richard B. North, Jr    richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

Barbara R. Binis    bbinis@reedsmith.com, kmccloskey@reedsmith.com

Louis W. Schack    lschack@reedsmith.com

Michael J. Farrell    mjf@farrell3.com

Michael Bonasso    mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com,
brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com,
diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg    EWL@farrell3.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Jon A. Strongman    jstrongman@shb.com, Records-BSC-Mesh-WSSUploads@shb.com, abyard@shb.com,
reickbush@shb.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

Philip J. Combs    pcombs@tcspllc.com

MELISSA A GRAFF    melissa.graff@dbr.com

Susan M. Robinson    srobinson@tcspllc.com

Cassandra Lee Matos    cmatos@reedsmith.com

Joseph H. Blum    jblum@shb.com

Erin P. Loucks    eloucks@shb.com

PRISCILLA E. JIMENEZ    priscilla.jimenez@klinespecter.com

**PAE/2:14-cv-06419 Notice will not be electronically mailed to:**

Jana M. Landon
STRADLEY RONON STEVENS & YOUNG LLP

2600 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7098

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06222 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com,
brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com,
diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com,
twindham@triallawfirm.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

Philip J. Combs    pcombs@tcspllc.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kelly Strange Crawford    kcrawford@riker.com

Maha M. Kabbash    mkabbash@riker.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Diana Katz Gerstel    dgerstel@riker.com

**PAE/2:14-cv-06222 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06110 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Benjamin M Watson     ben.watson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Anita Modak-Truran     anita.modak-truran@butlersnow.com, Anita.Modak-Truran@butlersnow.com

**PAE/2:14-cv-06110 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-07214 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

James C Barton, Jr     jim.barton@butlersnow.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

Philip J. Combs    pcombs@tcspllc.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

**PAE/2:14-cv-07214 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06245 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez    chris.gomez@klinespecter.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Daniel R. Higginbotham    dhigginbotham@tcspllc.com

**PAE/2:14-cv-06245 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06221 Notice has been electronically mailed to:**

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com,
ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com,
ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com,
brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com,
diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com,
twindham@triallawfirm.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

MELISSA A GRAFF    melissa.graff@dbr.com

Kelly Strange Crawford    kcrawford@riker.com

Maha M. Kabbash    mkabbash@riker.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

Susan M. Robinson    srobinson@tcspllc.com

Andrew P. Reeve    andrew.reeve@dbr.com

PRISCILLA E. JIMENEZ    priscilla.jimenez@klinespecter.com

**PAE/2:14-cv-06221 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/4/2020] [FileNumber=973439-0] [
b7d7f713e213a279b8411b9d9fa1f29d71cfe49693de0497db068910b8404d006b72b1
12310bcaf1bca8f61b0fff242aac8f4607f86b14942908f59ad956dae6]]
**Document description:** Suggestion of Remand
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=3/4/2020] [FileNumber=973439-1] [
25fb02456ec82b8f496229fcb1d459f15a8b8790b822b90cdf712afaf355367352dd6e
219bc43031b7d7520ef857bee4084463f998524a47e231b7487edd112a]]