**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBIT ATTACHED HERETO | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiffs, whose cases are listed on the attached Exhibit A, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2).  No other defendants remain.  Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket.  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Alan S. Lazar
Alan S. Lazar
Marlin & Saltzman
29229 Canwood Street
Suite 208
Agoura Hills, CA 91301
(818) 991-8080
alazar@marlinsaltzman.com

*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824

Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

**EXHIBIT A**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-09496 | Judy Baker v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14886 | Paula Boomhower and Richard Boomhower v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01947 | Judy Britt and Edwin Britt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-00386 | Paula Brown and James Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19305 | Diana Buchholz v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01937 | Teresa Bush v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11240 | Maria Bertha Chavez and Fausto Chavez v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19143 | Circe Dealba v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14081 | Linda Epstein-Clark and Joseph Peter Clark v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29513 | Nadine Frietze and Lyndon Frietze v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01942 | Nina Garcia and Ismel Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20166 | Shirley Greenwell v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28247 | Sharon Grundel and Alan Grundel v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-04826 | Klaudia Gurrola and Frank Gurrola v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19177 | Penney Hagler and Richard Hagler v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21296 | Jennifer Haymart and Jess Haymart v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18418 | Karen Henderson and Willie Henderson v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05839 | Susan Hervey, Personal Representative of the Estate of Georgia Hervey, deceased v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07873 | Vivian Hogge and Randy Hogge v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09490 | Susan Marston v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-00354 | Cheryl Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10804 | Nohemi Martinez v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14913 | Kristine Mattox v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14436 | Patricia Mejia v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27841 | Madelien Miller and George Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01950 | Delia Morreira v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09486 | Victoria Postil v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14089 | Kathy Reyna and Victor Reyna, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14097 | Alize Rocha v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-20168 | Patricia Hughes Siefkas and Jon Siefkas v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07505 | Kathy Sexton and Garry Sexton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14101 | Josie Solano and Dennis Solano v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19313 | Richard Stricklin, Successor in Interest for the Estate of Tona Stricklin, deceased v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-21299 | Dorothy Pauline Tidler and Max Tidler v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-00374 | Tami Vasquez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-01060 | Hortencia Vigil and Pablo Vigil v. Ethicon, Inc.; Johnson & Johnson |