## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION         MDL 2327

---

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

**ORDER**
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 9107], is a Joint Motion to Dismiss without Prejudice filed by plaintiffs, identified on the attached Exhibit A, and Johnson & Johnson, Ethicon, Inc., and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants in these action without prejudice.  After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss without Prejudice is **GRANTED**.  Ethicon is the only remaining defendant, therefore, it is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibit A.

ENTER:  April 7, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-09496 | Judy Baker v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14886 | Paula Boomhower and Richard Boomhower v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01947 | Judy Britt and Edwin Britt v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-00386 | Paula Brown and James Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19305 | Diana Buchholz v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01937 | Teresa Bush v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-11240 | Maria Bertha Chavez and Fausto Chavez v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19143 | Circe Dealba v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14081 | Linda Epstein-Clark and Joseph Peter Clark v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-29513 | Nadine Frietze and Lyndon Frietze v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01942 | Nina Garcia and Ismel Garcia v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20166 | Shirley Greenwell v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-28247 | Sharon Grundel and Alan Grundel v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-04826 | Klaudia Gurrola and Frank Gurrola v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19177 | Penney Hagler and Richard Hagler v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21296 | Jennifer Haymart and Jess Haymart v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-18418 | Karen Henderson and Willie Henderson v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-05839 | Susan Hervey, Personal Representative of the Estate of Georgia Hervey, deceased v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-07873 | Vivian Hogge and Randy Hogge v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09490 | Susan Marston v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-00354 | Cheryl Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-10804 | Nohemi Martinez v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14913 | Kristine Mattox v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-14436 | Patricia Mejia v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-27841 | Madelien Miller and George Miller v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-01950 | Delia Morreira v. Ethicon, Inc.; Johnson & Johnson |
| 2:12-cv-09486 | Victoria Postil v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14089 | Kathy Reyna and Victor Reyna, Jr. v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14097 | Alize Rocha v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

| | |
|---|---|
| 2:13-cv-20168 | Patricia Hughes Siefkas and Jon Siefkas v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-07505 | Kathy Sexton and Garry Sexton v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-14101 | Josie Solano and Dennis Solano v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-19313 | Richard Stricklin, Successor in Interest for the Estate of Tona Stricklin, deceased v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-21299 | Dorothy Pauline Tidler and Max Tidler v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-00374 | Tami Vasquez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-01060 | Hortencia Vigil and Pablo Vigil v. Ethicon, Inc.; Johnson & Johnson |