# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 20, 2020

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Mazie Slater Katz & Freeman, LLC
v. Common Benefit Fee and Cost Committee
No. 19-984
(Your No. 19-1943, 19-1944, 19-1945, 19-1947, 19-1948 19-1949, 19-1950)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk