**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

---------------------------------------------------------
IN RE: C.R. BARD, INC., PELVIC REPAIR                         MDL No. 2187
SYSTEM PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------
IN RE: AMERICAN MEDICAL SYSTEMS, INC.                     MDL No. 2325
PELVIC REPAIR SYSTEMS PRODUCTS
LIABIILITY LITIGATION
---------------------------------------------------------
IN RE: BOSTON SCIENTIFIC CORP., PELVIC                       MDL No. 2326
REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------
IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM              MDL No. 2327
PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------
IN RE: COLOPLAST CORP., PELVIC REPAIR                       MDL No. 2387
SYSTEM PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------
IN RE: COOK MEDICAL, INC, PELVIC REPAIR                    MDL No. 2440
SYSTEM PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------
IN RE NEOMEDIC PELVIC REPAIR SYSTEM                        MDL No. 2511
PRODUCT LIABILITY LITIGATION
---------------------------------------------------------
*This Document Relates To All Cases*
---------------------------------------------------------

# Motion for Entry of Order

COME NOW, the undersigned, and respectfully request the entry of an Order permitting the substitution of FARRELL LAW as the recipient of all future residual fees in the place of GREENE KETCHUM FARRELL BAILEY & TWEEL, LLP, as set forth in the Final Written Recommendation, with the External Review Specialist's Recommended Allocation for distribution of the common benefit fund. [ECF Nos. 7051, 7051-1]. In support of the motion, the undersigned stipulate as follows:

1.      This Court entered an Allocation Order in each of the transvaginal mesh ("TVM") cases referenced above which adopts and incorporates the FCC's Final Written

Recommendation regarding the common benefit fund. [ECF Nos. 7051, 7051-1] (filed March 12, 2019).

2.      The FCC's Final Written Recommendation includes a recommendation of attorney fees awarded to GREENE KETCHUM FARRELL BAILEY & TWEEL, LLP, from the common benefit fund. [ECF Nos. 7051 at p. 55, 7051-1 at Exhibit 1].

3.      Since that time, Mr. Farrell has amicably dissociated with GREENE KETCHUM FARRELL BAILEY & TWEEL, LLP, effective January 31, 2020, and formed FARRELL LAW. Under the terms of the dissociation agreement, all residual TVM fees are to be paid directly to FARRELL LAW.

4.      This substitution will authorize direct transfer of future residual fees to FARRELL LAW and promote the further dissociation of Mr. Farrell from his former partnership. By signing this motion, each and every former partner of GREENE KETCHUM FARRELL BAILEY & TWEEL, LLP, consents to this substitution.

**WHEREFORE**, the undersigned respectfully request this Honorable Court enter an order authorizing the substitution of "**FARRELL LAW**" for "Greene Ketchum Farrell Bailey & Tweel, LLP" for all residual fees arising from the common benefit fund.

Filed this 23rd day of April, 2020.

/s/ Paul T. Farrell, Jr.
Paul T. Farrell, Jr. (WVSB No. 7443)
**FARRELL LAW**
P.O. Box 1180
Huntington, WV 25714-1180
422 Ninth Street, 3rd Floor
Huntington, West Virginia 25701
office: 304.523.7285
cell:   304.654.8281
paul@farrell.law

/s/ Bert Ketchum
Bert Ketchum (WVSB No. 6618)
Lawrence J. Tweel (WVSB No. 3825)
Larry A. Bailey (WVSB No. No. 221)
GREENE, KETCHUM, BAILEY & TWEEL LLP
PO Box 2389
Huntington, WV  25724-2389
Office:    (304) 525-9115
Toll free:  (800) 479-0053
Fax:       (304) 529-3284
bert@greeneketchum.com

## **CERTIFICATE OF SERVICE**

The undersigned affirms that a copy of this motion has been electronically sent to, and approved by, the following on **April 23, 2020**:

Bert Ketchum
GREENE, KETCHUM, BAILEY & TWEEL  LLP
bert@greeneketchum.com

Lawrence J. Tweel
GREENE, KETCHUM, BAILEY & TWEEL  LLP
larry@greeneketchum.com

Larry A. Bailey
GREENE, KETCHUM, BAILEY & TWEEL  LLP
pete@greeneketchum.com

and further certifies that on this 23rd day of April, 2020, he electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

*/s/ Paul T. Farrell, Jr.*
Paul T. Farrell, Jr., Esq. (WVSB No. 7443)
**FARRELL LAW**
P.O. Box 1180
Huntington, WV 25714-1180
422 Ninth Street, 3rd Floor
Huntington, West Virginia 25701
office: 304.523.7285
cell:    304.654.8281
email:  paul@farrell.law