IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                                    MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO
THE CASES ON EXHIBIT A

## SHOW CAUSE ORDER

In the cases on Exhibit A, only the unserved defendants identified on Exhibit A remain. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the court **ORDERS** that the plaintiffs in each of the cases on Exhibit A show cause in her individual case on or before **May 19, 2020,** why her case should not be dismissed without prejudice as to the remaining defendants. Prior to the above deadline, the plaintiffs on Exhibit A may move to dismiss the remaining defendants in her case and close the case, thereby relieving her of the obligation to show cause.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: May 5, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| Case Number | Case Name | Remaining Unserved Defendants |
|---|---|---|
| 2:13-cv-32203 | McGee v. Johnson & Johnson, *et al.* | Johnson & Johnson, Ethicon, Inc., Ethicon LLC |
| 2:14-cv-14985 | Redden, *et al.* v. Johnson & Johnson, *et al.* | Johnson & Johnson, Ethicon, Inc., Ethicon LLC |
| 2:15-cv-05836 | Ratcliff v. Johnson & Johnson, *et al.* | Johnson & Johnson, Ethicon, Inc. |
| 2:15-cv-16300 | Fitzsimmons, *et al.* v. Johnson & Johnson | Johnson & Johnson |
| 2:12-cv-01894 | Minix v. Ethicon Women's Health and Urology, *et al.* | Ethicon Women's Health and Urology, Gynecare |