# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO THE CASES ON THE EXHIBITS ATTACHED HERETO | Master File No. 2:12-MD-02327<br>MDL No. 2327<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs, whose cases are listed on the attached Exhibits A - K, and Defendants, Johnson & Johnson, Ethicon, Inc. and/or Ethicon LLC (collectively, the "Ethicon Defendants"), jointly move to dismiss without prejudice all claims against the Ethicon Defendants, pursuant to Fed. R. Civ. P. 41(a)(2). No other defendants remain. Therefore, the Ethicon Defendants respectfully request the Court close this case and strike it from the docket. Each party shall bear her or its own costs.

Respectfully submitted,

/s/ William J. Doyle, II
William J. Doyle, II
Doyle Lowther
4400 NE 77th Avenue
Vancouver, WA 98862
(360) 818-9320
bill@doylelowther.com

/s/ Matthew R. McCarley
Matthew R. McCarley
Fears Nachawati
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
mccarley@fnlawfirm.com

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)

/s/ Jacob A. Flint
Jacob A. Flint
Flint Law Firm
P.O. Box 930
Glen Carbon, IL 62034
(618) 205-2017
jflint@flintlaw.com

/s/ Gregory F. Coleman
Gregory F. Coleman
Greg Coleman Law
550 West Main
Suite 600
Knoxville, TN 37902
(865) 247-0080
greg@gregcolemanlaw.com

/s/ Sean Michael Cleary
Sean Michael Cleary
Law Offices of Sean M. Cleary
19 West Flagler Street
Suite 618
Miami, FL 33130
(305) 416-9805
sean@clearypa.com

/s/ Elizabeth A. Peterson
Elizabeth A. Peterson
Lockridge Grindal Nauen
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
eapeterson@locklaw.com

/s/ Dennis A. Costigan
Dennis A. Costigan
Motley Rice
55 Cedar Street
Suite 100
Providence, RI 02903
(401) 457-7700
dcostigan@motleyrice.com

P.O. Box 3824
Charleston, WV 24338
(304) 414-1800
srobinson@tcspllc.com
*Counsel for the Ethicon Defendants*

/s/ Alyson Oliver
Alyson Oliver
Oliver Law Group
950 West University Drive
Suite 200
Rochester, MI 48307
(248) 327-6556
aoliver@oliverlg.com

/s/ Amy Collignon Gunn
Amy Collignon Gunn
The Simon Law Firm
800 Market Street
Suite 1700
St. Louis, MO 63101
(314) 241-2929
agunn@simonlawpc.com

/s/ Marilyn T. McGoldrick
Marilyn T. McGoldrick
Thornton Law Firm
100 Summer Street
30th Floor
Boston, MA 02110
(617) 720-1333
mmcgoldrick@tenlaw.com

/s/ Erin M. Wood
Erin M. Wood
Leslie C. MacLean
Waters & Kraus
3141 Hood Street
Suite 700
Dallas, TX 75219
(214) 357-6244
ewood@waterskraus.com
lmaclean@waterskraus.com

*Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

<u>/s/ William M. Gage</u>

## EXHIBIT A
### (Doyle Lowther)

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-04790 | Sarah Reeves v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26868 | Lanell Munsee and Blain Munsee v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT B
### (Fears Nachawati)

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-09986 | Julie A. Parsons v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT C
## (Flint Law Firm)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-27618 | Melissa Roberts v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02833 | Rebecca Payne v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06293 | Linda Bryce and William J. Bryce v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08070 | Rose Marie Bushway and Charles Bushway v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00894 | Doris Ullendorff and Ken Gorfinkle v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT D**
**(Greg Coleman Law)**

| Civil Action No. | Case Style |
|---|---|
| 2:18-cv-00584 | Geraldine Bunt v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT E**
**(Law Offices of Sean M. Cleary)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-13188 | Maria Anaya v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT F**
**(Lockridge Grindal Nauen)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-29016 | Victoria Slaikeu and Kevin Slaikeu v. Ethicon, Inc.; Johnson & Johnson |

## EXHIBIT G
### (Motley Rice)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-09239 | Cynthia Donall and David Donall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-00839 | Phyllis S. Simmons v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-00707 | Deborah Dockery and Trey Dockery v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02854 | Herminia Ornelas v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT H**
**(Oliver Law Group)**

| Civil Action No. | Case Style |
| --- | --- |
| 2:12-cv-03180 | Sherrill West v. Ethicon, Inc.; Johnson & Johnson |

# EXHIBIT I
## (The Simon Law Firm)

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-08575 | Janet Drake and Kyle Drake v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-01325 | Josephine Cross, as Personal Representative of the Estate of Marie Daugherty, deceased v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03083 | Kelly J. Webb v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03084 | Jennifer L. Jude v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12013 | Aimee Slusser v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-12057 | Evelyn Barrera and Valdemar Barrera v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14009 | Doris Alford v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15143 | Charlotte Rondot v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16595 | Kimberly Schmitz and Kevin Schmitz v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20904 | Sherri Hughes and Donald Hughes v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20911 | Andrea Bettis and Robert Bettis v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21986 | Nettie Schultz and Gordon Schultz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-01630 | Alicia Malcolm v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15404 | Betty Banda v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00236 | Patricia Gilstrap v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00238 | Sherry Kirby and Clifford S. Kirby v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT J**
**(Thornton Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-05877 | Carol Olsen and William Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

**EXHIBIT K**
**(Waters & Kraus)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-18148 | Kayleen Martin and Kye Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-21913 | Evangelina Jimenez and Thomas Jimenez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21856 | Linda V. Gibson v. Ethicon, Inc.; Johnson & Johnson |