## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                   MDL 2327

_____

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

### ORDER
(Dismissing Cases without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 9123], is a Joint Motion to Dismiss without Prejudice filed by plaintiffs, identified on the attached Exhibits A-K , and Johnson & Johnson, Ethicon, Inc., and/or Ethicon, LLC (collectively referred to as "Ethicon"). The Motion seeks an order granting dismissal of the Ethicon defendants in these action without prejudice. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss without Prejudice is **GRANTED**. Ethicon is the only remaining defendant, therefore, it is further **ORDERED** that the actions listed on the attached Exhibits A-K are **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2327 and in the individual cases listed on the attached Exhibits A-K.

ENTER:  May 15, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**
**(Doyle Lowther)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-04790 | Sarah Reeves v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-26868 | Lanell Munsee and Blain Munsee v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT B**
**(Fears Nachawati)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-09986 | Julie A. Parsons v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT C**
**(Flint Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-27618 | Melissa Roberts v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-02833 | Rebecca Payne v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-06293 | Linda Bryce and William J. Bryce v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-08070 | Rose Marie Bushway and Charles Bushway v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00894 | Doris Ullendorff and Ken Gorfinkle v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT D**
**(Greg Coleman Law)**

| Civil Action No. | Case Style |
|---|---|
| 2:18-cv-00584 | Geraldine Bunt v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT E**
**(Law Offices of Sean M. Cleary)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-13188 | Maria Anaya v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

9

**EXHIBIT F**
**(Lockridge Grindal Nauen)**

| Civil Action No. | Case Style |
|---|---|
| 2:14-cv-29016 | Victoria Slaikeu and Kevin Slaikeu v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT G**
**(Motley Rice)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-09239 | Cynthia Donall and David Donall v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:14-cv-00839 | Phyllis S. Simmons v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:17-cv-00707 | Deborah Dockery and Trey Dockery v. Ethicon, Inc.; Johnson & Johnson |
| 2:17-cv-02854 | Herminia Ornelas v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT H**
**(Oliver Law Group)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-03180 | Sherrill West v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT I**
**(The Simon Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:12-cv-08575 | Janet Drake and Kyle Drake v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-01325 | Josephine Cross, as Personal Representative of the Estate of Marie Daugherty, deceased v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-03083 | Kelly J. Webb v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-03084 | Jennifer L. Jude v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-12013 | Aimee Slusser v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-12057 | Evelyn Barrera and Valdemar Barrera v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-14009 | Doris Alford v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-15143 | Charlotte Rondot v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-16595 | Kimberly Schmitz and Kevin Schmitz v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20904 | Sherri Hughes and Donald Hughes v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-20911 | Andrea Bettis and Robert Bettis v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:13-cv-21986 | Nettie Schultz and Gordon Schultz v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |
| 2:15-cv-01630 | Alicia Malcolm v. Ethicon, Inc.; Johnson & Johnson |
| 2:15-cv-15404 | Betty Banda v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00236 | Patricia Gilstrap v. Ethicon, Inc.; Johnson & Johnson |
| 2:16-cv-00238 | Sherry Kirby and Clifford S. Kirby v. Ethicon, Inc.; Johnson & Johnson |

**EXHIBIT J**
**(Thornton Law Firm)**

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-05877 | Carol Olsen and William Smith v. Ethicon, Inc.; Ethicon, LLC; Johnson & Johnson |

14

## EXHIBIT K
## (Waters & Kraus)

| Civil Action No. | Case Style |
|---|---|
| 2:13-cv-18148 | Kayleen Martin and Kye Martin v. Ethicon, Inc.; Johnson & Johnson |
| 2:13-cv-21913 | Evangelina Jimenez and Thomas Jimenez v. Ethicon, Inc.; Johnson & Johnson |
| 2:14-cv-21856 | Linda V. Gibson v. Ethicon, Inc.; Johnson & Johnson |