**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of West Virginia.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of West Virginia with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**     MDL No. 2327

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| WVS | 2 | 15–04163 | FLM | 3 | 14–01465 | Hudspeth v. Ethicon, Inc. et al |
| WVS | 2 | 12–03738 | TNE | 2 | 12–00270 | Orr et al v. Ethicon, Inc. et al |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                        MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

**ORDER AND SUGGESTION OF REMAND**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that the cases on Exhibit A be remanded to the United States District Courts from which they came, as identified on Exhibit A. The cases were transferred by the Judicial Panel on Multidistrict Litigation ("JPML") and are related to MDL 2327 ("Ethicon MDL"), 2:12-md-2327, one of seven MDLs assigned to me by the JPML. The seven MDLs combined totaled over 100,000 cases since inception.

Of the approximately 39,616 cases originally filed in or transferred to the Ethicon MDL, 498 remain. Of the remaining 498 cases, 2 are listed on Exhibit A and are ready to be remanded to the jurisdictions from which they came. In particular, the time to conduct discovery is complete in the cases on Exhibit A, and the parties have had time to file dispositive and *Daubert* motions, responses and replies. For the convenience of the parties and in order to promote the final resolution of these cases, it appears to the court that the cases would be more expeditiously concluded in the venues from which they arise. ***Upon remand, I urge the receiving court to immediately set these cases for trial without reopening discovery. Further discovery will only***

*result in unjust delay. Extensive development of these cases over a period of years has made such further action completely unnecessary.*

On or before **May 21, 2020 (7 days from the date of this order)**, the parties are **ORDERED** to confer and to file *in their individual case*, all documents from the main MDL that the parties jointly deem relevant to constitute an appropriate record for the receiving court to consider. When filing the documents from the main MDL, the parties are directed to use the CM/ECF event entitled "Designation of Record for MDL Transfers" (available under Civil > Other Filings > Other Documents). When completing the event, the "Main Document" should be the list of joint designations from the main MDL, and the "Attachments" should be each individual document on the joint designation list with the "Description" being the ECF number and a brief description of the document (i.e. ECF 96 – Defendant's Motion for Summary Judgment).

The court **ORDERS** that upon receipt and filing of an order to remand from the Clerk of the JPML (hereinafter the "Transfer Date"), the Clerk of this court, pursuant to 28 U.S.C. § 1407, shall remand the cases to the jurisdictions identified on Exhibit A. If the cases remain pending on the Transfer Date, they must be remanded, and the parties shall bear the consequences in the receiving court of any failure to prepare an appropriate record as directed in this order. The parties and the receiving court are advised that all Pretrial Orders entered in this matter are available for review on the court's website at www.wvsd.uscourts.gov/MDL/2327/orders.html and the master docket sheet can be found on this court's CM/ECF at 2:12-md-2327. *Finally, the court advises the parties that while the docket of these individual cases will be remanded to the receiving court, it is the parties' responsibility to follow the receiving court's procedure for identifying any individual motions that remain pending and in need of ruling.*

On the Transfer Date, the Clerk is hereby **DIRECTED** to use the appropriate function in CM/ECF to extract the cases on Exhibit A and remand them to the jurisdictions identified on Exhibit A. After remand of the cases, the Clerk is **DIRECTED** to formally dismiss the cases and strike them from the docket of this court.

The court further **DIRECTS** that a copy of this Order and Suggestion of Remand and Exhibit A be filed in the cases on Exhibit A and sent to the Clerk of the MDL Panel and counsel of record or any unrepresented party.

ENTER: May 14, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

| Civil Action No. | Case Style | Remand Venue |
|---|---|---|
| 2:15-cv-04163 | Hudspeth v. Ethicon, Inc. et al | Middle District of Florida |
| 2:12-cv-03738 | Orr et al v. Ethicon, Inc. et al | Eastern District of Tennessee |

## Tina Smith

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, May 27, 2020 10:29 AM
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation CRO Final Minute Order (Clerks)

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/27/2020 at 10:29 AM EDT and filed on 5/27/2020
**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/27/2020. Please see pleading (5 in FLM/3:14-cv-01465, [3662] in MDL No. 2327, 8 in TNE/2:12-cv-00270).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 5/27/2020.**

**Associated Cases: MDL No. 2327, FLM/3:14-cv-01465, TNE/2:12-cv-00270 (LH)**

**Case Name:** Hudspeth v. Ethicon, Inc. et al

1

**Case Number:**     FLM/3:14-cv-01465

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/27/2020. Please see pleading (5 in FLM/3:14-cv-01465, [3662] in MDL No. 2327, 8 in TNE/2:12-cv-00270).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virgina with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 5/27/2020.**

**Associated Cases: MDL No. 2327, FLM/3:14-cv-01465, TNE/2:12-cv-00270 (LH)**

**Case Name:**     Orr et al v. Ethicon, Inc. et al

**Case Number:**     TNE/2:12-cv-00270

**Filer:**

**Document Number:** No document attached

**Docket Text:**

***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 5/27/2020. Please see pleading (5 in FLM/3:14-cv-01465, [3662] in MDL No. 2327, 8 in TNE/2:12-cv-00270).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such**

pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virgina with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 5/27/2020.

Associated Cases: MDL No. 2327, FLM/3:14-cv-01465, TNE/2:12-cv-00270 (LH)

No public notice (electronic or otherwise) sent because the entry is private

## Tina Smith

**From:** JPMLCMECF@jpml.uscourts.gov
**Sent:** Wednesday, May 27, 2020 10:26 AM
**To:** JPMLCMDECF
**Subject:** Activity in Case MDL No. 2327 IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 5/27/2020 at 10:26 AM EDT and filed on 5/27/2020

**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** 3662

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (3 in FLM/3:14-cv-01465, [3659] in MDL No. 2327, 6 in TNE/2:12-cv-00270) ) - 2 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/27/2020.**

**(Attachments: # (1) Suggestion of Remand)**

**Associated Cases: MDL No. 2327, FLM/3:14-cv-01465, TNE/2:12-cv-00270 (LH)**

**Case Name:** Hudspeth v. Ethicon, Inc. et al
**Case Number:** FLM/3:14-cv-01465
**Filer:**
**Document Number:** 5

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (3 in FLM/3:14-cv-01465, [3659] in MDL No. 2327, 6 in TNE/2:12-cv-00270) ) - 2 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/27/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, FLM/3:14-cv-01465, TNE/2:12-cv-00270 (LH)**

| | |
|---|---|
| **Case Name:** | Orr et al v. Ethicon, Inc. et al |
| **Case Number:** | TNE/2:12-cv-00270 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (3 in FLM/3:14-cv-01465, [3659] in MDL No. 2327, 6 in TNE/2:12-cv-00270) ) - 2 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 5/27/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, FLM/3:14-cv-01465, TNE/2:12-cv-00270 (LH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carln@facslaw.com

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F Bell, Jr     hfbell@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@farrell.law, lora@farrell.law

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**FLM/3:14-cv-01465 Notice has been electronically mailed to:**

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com

Patricia Elaine Lowry     patricia.lowry@squirepb.com

Christy D. Jones (Terminated)     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Lori Gail Cohen     cohenl@gtlaw.com, bennettd@gtlaw.com, gablel@gtlaw.com

DAVID B. THOMAS (Terminated)     dthomas@tcspllc.com, rdavis@tcspllc.com

Scott William Anderson     sanderson@jdalegal.com

Gregory A. Anderson     gaanderson@asglaw.com

S. Eric Rumanek     eric.rumanek@troutmansanders.com

Charles S. Siegel     siegel@waterskraus.com

Halli Cohn     halli.cohn@troutman.com, jamisha.collins@troutman.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Andrew R. Kruppa     andrew.kruppa@squirepb.com

James G. T. Nealis, IV     jnealis@asglaw.com

Justin Benjamin Aronson     aronsonj@gtlaw.com

Leslie C MacLean     lmaclean@waterskraus.com

Janna Satz Nugent     nugentj@gtlaw.com

Rachel A. Gross     rgross@waterskraus.com

Caroline Dye Walker     caroline.walker@butlersnow.com

Erin M. Wood     ewood@waterskraus.com

**FLM/3:14-cv-01465 Notice will not be electronically mailed to:**

**TNE/2:12-cv-00270 Notice has been electronically mailed to:**

Patricia Elaine Lowry     patricia.lowry@squirepb.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

Christopher W Cantrell    chris@doyleapc.com

James Gerard Stranch, IV    gerards@bsjfirm.com, ecf-processor@bsjfirm.com, jennifers@bsjfirm.com

William J. Doyle, II    bill@doyleapc.com, bill@doylelowther.com

Philip J. Combs    pcombs@tcspllc.com

Kari L. Sutherland    kari.sutherland@butlersnow.com

John Lowther    john@doylelowther.com

Susan M. Robinson    srobinson@tcspllc.com

Andrew R. Kruppa    andrew.kruppa@squirepb.com

James R. Hail    jim@doylelowther.com

Susanna Moore Moldoveanu    susanna.moldoveanu@butlersnow.com, Susanna.Moldoveanu@butlersnow.com

Joshua C. Carpenter    joshua.carpenter@squirepb.com

A. La'Verne Edney    La'Verne.Edney@butlersnow.com

Margaret H. Loveman    margaret.loveman@butlersnow.com

**TNE/2:12-cv-00270 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/27/2020] [FileNumber=988338-0]
[47a2c1017e48f48ec24f1f5c7e25dfffadd45db77d2ed90c4f4cc9705b9f14393b5f1
986785f0379cb0179e9088b3611cd2e7581eeb817d534da2eb02a7e37af]]
**Document description:** Suggestion of Remand
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=5/27/2020] [FileNumber=988338-1]
[0652027ec6af3132467180f326055eb63123582a54c9357278cbe6f4a2001d1372005
5dac74a993995b7a2b917822298c2257829f2a3e2014458b85f63e62024]]