# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

### (SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of West Virginia.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of West Virginia with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jun 04, 2020**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION**                    MDL No. 2327

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| WVS | 2 | 12–02060 | MOW | 4 | 12–00668 | Chrysler v. Ethicon, Inc. et al |
| WVS | 2 | 14–17181 | PAE | 2 | 14–02618 | Bishop et al v. Johnson & Johnson et al |
| WVS | 2 | 14–28490 | PAE | 2 | 14–06015 | Campbell et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–28503 | PAE | 2 | 14–06019 | Bayer et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–28383 | PAE | 2 | 14–06021 | Grover et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–28384 | PAE | 2 | 14–06022 | Manes et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–28515 | PAE | 2 | 14–06025 | Schulte et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–28532 | PAE | 2 | 14–06027 | Russell et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–28536 | PAE | 2 | 14–06104 | McCoy v. Ethicon, Inc. et al |
| WVS | 2 | 14–28545 | PAE | 2 | 14–06107 | Dicomo–Wilson et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–29089 | PAE | 2 | 14–06214 | Wheeler et al v. Ethicon, Inc. et al |
| WVS | 2 | 14–29146 | PAE | 2 | 14–06385 | Davis v. Ethicon, Inc. et al |
| WVS | 2 | 14–29136 | PAE | 2 | 14–06458 | Wallin v. Ethicon, Inc. et al |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                             MDL 2327

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

**ORDER AND SUGGESTION OF REMAND**

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that the cases on Exhibit A be remanded to the United States District Courts from which they came, as identified on Exhibit A. The cases were transferred by the Judicial Panel on Multidistrict Litigation ("JPML") and are related to MDL 2327 ("Ethicon MDL"), 2:12-md-2327, one of seven MDLs assigned to me by the JPML. The seven MDLs combined totaled over 100,000 cases since inception.

Of the approximately 39,616 cases originally filed in or transferred to the Ethicon MDL, 498 remain. Of the remaining 498 cases, 13 are listed on Exhibit A and are ready to be remanded to the jurisdictions from which they came. In particular, the time to conduct discovery is complete in the cases on Exhibit A, and the parties have had time to file dispositive and *Daubert* motions, responses and replies. For the convenience of the parties and in order to promote the final resolution of these cases, it appears to the court that the cases would be more expeditiously concluded in the venues from which they arise. ***Upon remand, I urge the receiving court to immediately set these cases for trial without reopening discovery. Further discovery will only***

*result in unjust delay. Extensive development of these cases over a period of years has made such further action completely unnecessary.*

On or before **May 29, 2020 (7 days from the date of this order)**, the parties are **ORDERED** to confer and to file *in their individual case*, all documents from the main MDL that the parties jointly deem relevant to constitute an appropriate record for the receiving court to consider. When filing the documents from the main MDL, the parties are directed to use the CM/ECF event entitled "Designation of Record for MDL Transfers" (available under Civil > Other Filings > Other Documents). When completing the event, the "Main Document" should be the list of joint designations from the main MDL, and the "Attachments" should be each individual document on the joint designation list with the "Description" being the ECF number and a brief description of the document (i.e. ECF 96 – Defendant's Motion for Summary Judgment).

The court **ORDERS** that upon receipt and filing of an order to remand from the Clerk of the JPML (hereinafter the "Transfer Date"), the Clerk of this court, pursuant to 28 U.S.C. § 1407, shall remand the cases to the jurisdictions identified on Exhibit A. If the cases remain pending on the Transfer Date, they must be remanded, and the parties shall bear the consequences in the receiving court of any failure to prepare an appropriate record as directed in this order. The parties and the receiving court are advised that all Pretrial Orders entered in this matter are available for review on the court's website at www.wvsd.uscourts.gov/MDL/2327/orders.html and the master docket sheet can be found on this court's CM/ECF at 2:12-md-2327. *Finally, the court advises the parties that while the docket of these individual cases will be remanded to the receiving court, it is the parties' responsibility to follow the receiving court's procedure for identifying any individual motions that remain pending and in need of ruling.*

On the Transfer Date, the Clerk is hereby **DIRECTED** to use the appropriate function in CM/ECF to extract the cases on Exhibit A and remand them to the jurisdictions identified on Exhibit A. After remand of the cases, the Clerk is **DIRECTED** to formally dismiss the cases and strike them from the docket of this court.

The court further **DIRECTS** that a copy of this Order and Suggestion of Remand and Exhibit A be filed in the cases on Exhibit A and sent to the Clerk of the MDL Panel and counsel of record or any unrepresented party.

ENTER: May 22, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

|  | Civil Action No. | Last Name | First Name | Venue |
|---|---|---|---|---|
| 1 | 2:14-cv-28503 | Bayer | Carol Schluchebeir | Eastern District of Pennsylvania |
| 2 | 2:14-cv-28490 | Campbell | Joan C. Saloga | Eastern District of Pennsylvania |
| 3 | 2:14-cv-29146 | Davis | Peggy Ann Harris Pace | Eastern District of Pennsylvania |
| 4 | 2:14-cv-28545 | Dicomo-Wilson | Cynthia Ann Schultz | Eastern District of Pennsylvania |
| 5 | 2:14-cv-28383 | Grover | Michelle Maria | Eastern District of Pennsylvania |
| 6 | 2:14-cv-28384 | Manes | Barbara J. Hibbs | Eastern District of Pennsylvania |
| 7 | 2:14-cv-28536 | McCoy | Joyce Ann Earle Stuchal | Eastern District of Pennsylvania |
| 8 | 2:14-cv-28532 | Russell | Cynthia Marie Mickelson Quintana Franzen | Eastern District of Pennsylvania |
| 9 | 2:14-cv-28515 | Schulte | Tamara Joy Bowerman | Eastern District of Pennsylvania |
| 10 | 2:14-cv-29136 | Wallin | Patricia Elizabeth Peek | Eastern District of Pennsylvania |
| 11 | 2:14-cv-17181 | Walters, deceased Debra Bishop Independent Co-Executor of the Estate of Walters, Bessie, deceased | Bessie R. Black Nelson | Eastern District of Pennsylvania |
| 12 | 2:14-cv-29089 | Wheeler | Geraldine Rose Gozola | Eastern District of Pennsylvania |
| 13 | 2:12-cv-02060 | Chrysler | Marion Jane Frascatore Waldynski | Western District of Missouri |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 6/4/2020 at 10:01 AM EDT and filed on 6/4/2020
**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 6/4/2020. Please see pleading ([3671] in MDL No. 2327, 8 in MOW/4:12-cv-00668, 8 in PAE/2:14-cv-02618, 8 in PAE/2:14-cv-06015, 8 in PAE/2:14-cv-06019, 8 in PAE/2:14-cv-06021, 8 in PAE/2:14-cv-06022, 8 in PAE/2:14-cv-06025, 8 in PAE/2:14-cv-06027, 8 in PAE/2:14-cv-06104, 8 in PAE/2:14-cv-06107, 10 in PAE/2:14-cv-06214, 8 in PAE/2:14-cv-06385, 8 in PAE/2:14-cv-06458).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 6/4/2020.**

**Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

**Case Name:**       Schulte et al v. Ethicon, Inc. et al

**Case Number:**   PAE/2:14-cv-06025
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 6/4/2020. Please see pleading ( [3671] in MDL No. 2327, 8 in MOW/4:12-cv-00668, 8 in PAE/2:14-cv-02618, 8 in PAE/2:14-cv-06015, 8 in PAE/2:14-cv-06019, 8 in PAE/2:14-cv-06021, 8 in PAE/2:14-cv-06022, 8 in PAE/2:14-cv-06025, 8 in PAE/2:14-cv-06027, 8 in PAE/2:14-cv-06104, 8 in PAE/2:14-cv-06107, 10 in PAE/2:14-cv-06214, 8 in PAE/2:14-cv-06385, 8 in PAE/2:14-cv-06458).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 6/4/2020.**

**Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

**Case Name:**   Grover et al v. Ethicon, Inc. et al
**Case Number:**   PAE/2:14-cv-06021
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 6/4/2020. Please see pleading ( [3671] in MDL No. 2327, 8 in MOW/4:12-cv-00668, 8 in PAE/2:14-cv-02618, 8 in PAE/2:14-cv-06015, 8 in PAE/2:14-cv-06019, 8 in PAE/2:14-cv-06021, 8 in PAE/2:14-cv-06022, 8 in PAE/2:14-cv-06025, 8 in PAE/2:14-cv-06027, 8 in**

PAE/2:14-cv-06104, 8 in PAE/2:14-cv-06107, 10 in PAE/2:14-cv-06214, 8 in PAE/2:14-cv-06385, 8 in PAE/2:14-cv-06458).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 6/4/2020.

Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)

| | |
|---|---|
| **Case Name:** | Bayer et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06019 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 6/4/2020. Please see pleading ( [3671] in MDL No. 2327, 8 in MOW/4:12-cv-00668, 8 in PAE/2:14-cv-02618, 8 in PAE/2:14-cv-06015, 8 in PAE/2:14-cv-06019, 8 in PAE/2:14-cv-06021, 8 in PAE/2:14-cv-06022, 8 in PAE/2:14-cv-06025, 8 in PAE/2:14-cv-06027, 8 in PAE/2:14-cv-06104, 8 in PAE/2:14-cv-06107, 10 in PAE/2:14-cv-06214, 8 in PAE/2:14-cv-06385, 8 in PAE/2:14-cv-06458).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 6/4/2020.

Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)

**Case Name:**        Manes et al v. Ethicon, Inc. et al
**Case Number:**      PAE/2:14-cv-06022
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 6/4/2020. Please see pleading ( [3671] in MDL No. 2327, 8 in MOW/4:12-cv-00668, 8 in PAE/2:14-cv-02618, 8 in PAE/2:14-cv-06015, 8 in PAE/2:14-cv-06019, 8 in PAE/2:14-cv-06021, 8 in PAE/2:14-cv-06022, 8 in PAE/2:14-cv-06025, 8 in PAE/2:14-cv-06027, 8 in PAE/2:14-cv-06104, 8 in PAE/2:14-cv-06107, 10 in PAE/2:14-cv-06214, 8 in PAE/2:14-cv-06385, 8 in PAE/2:14-cv-06458).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 6/4/2020.

Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025,

**PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

**Case Name:**    Wallin v. Ethicon, Inc. et al
**Case Number:**  PAE/2:14-cv-06458
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 6/4/2020. Please see pleading ( [3671] in MDL No. 2327, 8 in MOW/4:12-cv-00668, 8 in PAE/2:14-cv-02618, 8 in PAE/2:14-cv-06015, 8 in PAE/2:14-cv-06019, 8 in PAE/2:14-cv-06021, 8 in PAE/2:14-cv-06022, 8 in PAE/2:14-cv-06025, 8 in PAE/2:14-cv-06027, 8 in PAE/2:14-cv-06104, 8 in PAE/2:14-cv-06107, 10 in PAE/2:14-cv-06214, 8 in PAE/2:14-cv-06385, 8 in PAE/2:14-cv-06458).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 6/4/2020.**

**Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

**Case Name:**    Davis v. Ethicon, Inc. et al
**Case Number:**  PAE/2:14-cv-06385
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 6/4/2020. Please see pleading ( [3671] in MDL No. 2327, 8 in MOW/4:12-cv-00668, 8 in PAE/2:14-cv-02618, 8 in PAE/2:14-cv-06015, 8 in PAE/2:14-cv-06019, 8 in PAE/2:14-cv-06021, 8 in PAE/2:14-cv-06022, 8 in PAE/2:14-cv-06025, 8 in PAE/2:14-cv-06027, 8 in PAE/2:14-cv-06104, 8 in PAE/2:14-cv-06107, 10 in PAE/2:14-cv-06214, 8 in PAE/2:14-cv-06385, 8 in PAE/2:14-cv-06458).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 6/4/2020.**

**Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

| | |
|---|---|
| **Case Name:** | Wheeler et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06214 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 6/4/2020. Please see pleading ( [3671] in MDL No. 2327, 8 in MOW/4:12-cv-00668, 8 in PAE/2:14-cv-02618, 8 in PAE/2:14-cv-06015, 8 in PAE/2:14-cv-06019, 8 in PAE/2:14-cv-06021, 8 in PAE/2:14-cv-06022, 8 in PAE/2:14-cv-06025, 8 in PAE/2:14-cv-06027, 8 in PAE/2:14-cv-06104, 8 in PAE/2:14-cv-06107, 10 in PAE/2:14-cv-06214, 8 in PAE/2:14-cv-06385, 8 in PAE/2:14-cv-06458).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on**

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 6/4/2020.

Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)

**Case Name:**     McCoy v. Ethicon, Inc. et al
**Case Number:**   PAE/2:14-cv-06104
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 6/4/2020. Please see pleading ( [3671] in MDL No. 2327, 8 in MOW/4:12-cv-00668, 8 in PAE/2:14-cv-02618, 8 in PAE/2:14-cv-06015, 8 in PAE/2:14-cv-06019, 8 in PAE/2:14-cv-06021, 8 in PAE/2:14-cv-06022, 8 in PAE/2:14-cv-06025, 8 in PAE/2:14-cv-06027, 8 in PAE/2:14-cv-06104, 8 in PAE/2:14-cv-06107, 10 in PAE/2:14-cv-06214, 8 in PAE/2:14-cv-06385, 8 in PAE/2:14-cv-06458).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 6/4/2020.

Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)

| | |
|---|---|
| Case Name: | Campbell et al v. Ethicon, Inc. et al |
| Case Number: | PAE/2:14-cv-06015 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 6/4/2020. Please see pleading ( [3671] in MDL No. 2327, 8 in MOW/4:12-cv-00668, 8 in PAE/2:14-cv-02618, 8 in PAE/2:14-cv-06015, 8 in PAE/2:14-cv-06019, 8 in PAE/2:14-cv-06021, 8 in PAE/2:14-cv-06022, 8 in PAE/2:14-cv-06025, 8 in PAE/2:14-cv-06027, 8 in PAE/2:14-cv-06104, 8 in PAE/2:14-cv-06107, 10 in PAE/2:14-cv-06214, 8 in PAE/2:14-cv-06385, 8 in PAE/2:14-cv-06458).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 6/4/2020.

Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)

| | |
|---|---|
| Case Name: | Bishop et al v. Johnson & Johnson et al |
| Case Number: | PAE/2:14-cv-02618 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 6/4/2020. Please see pleading ( [3671] in MDL No. 2327, 8 in MOW/4:12-cv-00668, 8 in PAE/2:14-cv-02618, 8 in PAE/2:14-cv-06015, 8 in PAE/2:14-cv-06019, 8 in PAE/2:14-cv-06021, 8 in PAE/2:14-cv-06022, 8 in PAE/2:14-cv-06025, 8 in PAE/2:14-cv-06027, 8 in PAE/2:14-cv-06104, 8 in PAE/2:14-cv-06107, 10 in PAE/2:14-cv-06214, 8 in PAE/2:14-cv-06385, 8 in PAE/2:14-cv-06458).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 6/4/2020.**

**Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

| | |
|---|---|
| **Case Name:** | Chrysler v. Ethicon, Inc. et al |
| **Case Number:** | MOW/4:12-cv-00668 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 6/4/2020. Please see pleading ( [3671] in MDL No. 2327, 8 in MOW/4:12-cv-00668, 8 in PAE/2:14-cv-02618, 8 in PAE/2:14-cv-06015, 8 in PAE/2:14-cv-06019, 8 in PAE/2:14-cv-06021, 8 in PAE/2:14-cv-06022, 8 in PAE/2:14-cv-06025, 8 in PAE/2:14-cv-06027, 8 in PAE/2:14-cv-06104, 8 in PAE/2:14-cv-06107, 10 in PAE/2:14-cv-06214, 8 in PAE/2:14-cv-06385, 8 in PAE/2:14-cv-06458).**

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 6/4/2020.

Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)

| | |
|---|---|
| Case Name: | Russell et al v. Ethicon, Inc. et al |
| Case Number: | PAE/2:14-cv-06027 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 6/4/2020. Please see pleading ( [3671] in MDL No. 2327, 8 in MOW/4:12-cv-00668, 8 in PAE/2:14-cv-02618, 8 in PAE/2:14-cv-06015, 8 in PAE/2:14-cv-06019, 8 in PAE/2:14-cv-06021, 8 in PAE/2:14-cv-06022, 8 in PAE/2:14-cv-06025, 8 in PAE/2:14-cv-06027, 8 in PAE/2:14-cv-06104, 8 in PAE/2:14-cv-06107, 10 in PAE/2:14-cv-06214, 8 in PAE/2:14-cv-06385, 8 in PAE/2:14-cv-06458).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to

furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 6/4/2020.

Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)

| | |
|---|---|
| **Case Name:** | Dicomo-Wilson et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06107 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 6/4/2020. Please see pleading ( [3671] in MDL No. 2327, 8 in MOW/4:12-cv-00668, 8 in PAE/2:14-cv-02618, 8 in PAE/2:14-cv-06015, 8 in PAE/2:14-cv-06019, 8 in PAE/2:14-cv-06021, 8 in PAE/2:14-cv-06022, 8 in PAE/2:14-cv-06025, 8 in PAE/2:14-cv-06027, 8 in PAE/2:14-cv-06104, 8 in PAE/2:14-cv-06107, 10 in PAE/2:14-cv-06214, 8 in PAE/2:14-cv-06385, 8 in PAE/2:14-cv-06458).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

Signed by Clerk of the Panel John W. Nichols on 6/4/2020.

Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)

F

**No public notice (electronic or otherwise) sent because the entry is private**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 6/4/2020 at 9:53 AM EDT and filed on 6/4/2020

**Case Name:**       IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:**     MDL No. 2327
**Filer:**
**Document Number:** 3671

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ([3663] in MDL No. 2327, 6 in MOW/4:12-cv-00668, 6 in PAE/2:14-cv-02618, 6 in PAE/2:14-cv-06015, 6 in PAE/2:14-cv-06019, 6 in PAE/2:14-cv-06021, 6 in PAE/2:14-cv-06022, 6 in PAE/2:14-cv-06025, 6 in PAE/2:14-cv-06027, 6 in PAE/2:14-cv-06104, 6 in PAE/2:14-cv-06107, 8 in PAE/2:14-cv-06214, 6 in PAE/2:14-cv-06385, 6 in PAE/2:14-cv-06458) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/4/2020.**

**(Attachments: # (1) Suggestion of Remand)**

**Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

**Case Name:**       Schulte et al v. Ethicon, Inc. et al
**Case Number:**     PAE/2:14-cv-06025
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3663] in MDL No. 2327, 6 in MOW/4:12-cv-00668, 6 in PAE/2:14-cv-02618, 6 in PAE/2:14-cv-06015, 6 in PAE/2:14-cv-06019, 6 in PAE/2:14-cv-06021, 6 in PAE/2:14-cv-06022, 6 in PAE/2:14-cv-06025, 6 in PAE/2:14-cv-06027, 6 in PAE/2:14-cv-06104, 6 in PAE/2:14-cv-06107, 8 in PAE/2:14-cv-**

06214, 6 in PAE/2:14-cv-06385, 6 in PAE/2:14-cv-06458) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 6/4/2020.

(Attachments: # [1] Suggestion of Remand)

Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)

**Case Name:**   Grover et al v. Ethicon, Inc. et al
**Case Number:**   PAE/2:14-cv-06021
**Filer:**
**Document Number:** 8

**Docket Text:**
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3663] in MDL No. 2327, 6 in MOW/4:12-cv-00668, 6 in PAE/2:14-cv-02618, 6 in PAE/2:14-cv-06015, 6 in PAE/2:14-cv-06019, 6 in PAE/2:14-cv-06021, 6 in PAE/2:14-cv-06022, 6 in PAE/2:14-cv-06025, 6 in PAE/2:14-cv-06027, 6 in PAE/2:14-cv-06104, 6 in PAE/2:14-cv-06107, 8 in PAE/2:14-cv-06214, 6 in PAE/2:14-cv-06385, 6 in PAE/2:14-cv-06458) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 6/4/2020.

(Attachments: # [1] Suggestion of Remand)

Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)

**Case Name:**   Bayer et al v. Ethicon, Inc. et al
**Case Number:**   PAE/2:14-cv-06019
**Filer:**
**Document Number:** 8

**Docket Text:**
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3663] in MDL No. 2327, 6 in MOW/4:12-cv-00668, 6 in PAE/2:14-cv-02618, 6 in PAE/2:14-cv-06015, 6 in PAE/2:14-cv-06019, 6 in PAE/2:14-cv-06021, 6 in PAE/2:14-cv-06022, 6 in PAE/2:14-cv-06025, 6 in PAE/2:14-cv-06027, 6 in PAE/2:14-cv-06104, 6 in PAE/2:14-cv-06107, 8 in PAE/2:14-cv-06214, 6 in PAE/2:14-cv-06385, 6 in PAE/2:14-cv-06458) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 6/4/2020.

(Attachments: # [1] Suggestion of Remand)

Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)

**Case Name:**      Manes et al v. Ethicon, Inc. et al
**Case Number:**    PAE/2:14-cv-06022
**Filer:**
**Document Number:** 8

**Docket Text:**
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3663] in MDL No. 2327, 6 in MOW/4:12-cv-00668, 6 in PAE/2:14-cv-02618, 6 in PAE/2:14-cv-06015, 6 in PAE/2:14-cv-06019, 6 in PAE/2:14-cv-06021, 6 in PAE/2:14-cv-06022, 6 in PAE/2:14-cv-06025, 6 in PAE/2:14-cv-06027, 6 in PAE/2:14-cv-06104, 6 in PAE/2:14-cv-06107, 8 in PAE/2:14-cv-06214, 6 in PAE/2:14-cv-06385, 6 in PAE/2:14-cv-06458) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 6/4/2020.

(Attachments: # [1] Suggestion of Remand)

Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)

**Case Name:**      Wallin v. Ethicon, Inc. et al
**Case Number:**    PAE/2:14-cv-06458
**Filer:**
**Document Number:** 8

**Docket Text:**
CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3663] in MDL No. 2327, 6 in MOW/4:12-cv-00668, 6 in PAE/2:14-cv-02618, 6 in PAE/2:14-cv-06015, 6 in PAE/2:14-cv-06019, 6 in PAE/2:14-cv-06021, 6 in PAE/2:14-cv-06022, 6 in PAE/2:14-cv-06025, 6 in PAE/2:14-cv-06027, 6 in PAE/2:14-cv-06104, 6 in PAE/2:14-cv-06107, 8 in PAE/2:14-cv-06214, 6 in PAE/2:14-cv-06385, 6 in PAE/2:14-cv-06458) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.

Signed by Clerk of the Panel John W. Nichols on 6/4/2020.

(Attachments: # [1] Suggestion of Remand)

Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025,

**PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

**Case Name:**    Davis v. Ethicon, Inc. et al
**Case Number:**    PAE/2:14-cv-06385
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3663] in MDL No. 2327, 6 in MOW/4:12-cv-00668, 6 in PAE/2:14-cv-02618, 6 in PAE/2:14-cv-06015, 6 in PAE/2:14-cv-06019, 6 in PAE/2:14-cv-06021, 6 in PAE/2:14-cv-06022, 6 in PAE/2:14-cv-06025, 6 in PAE/2:14-cv-06027, 6 in PAE/2:14-cv-06104, 6 in PAE/2:14-cv-06107, 8 in PAE/2:14-cv-06214, 6 in PAE/2:14-cv-06385, 6 in PAE/2:14-cv-06458 ) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

**Case Name:**    Wheeler et al v. Ethicon, Inc. et al
**Case Number:**    PAE/2:14-cv-06214
**Filer:**
**Document Number:** 10

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3663] in MDL No. 2327, 6 in MOW/4:12-cv-00668, 6 in PAE/2:14-cv-02618, 6 in PAE/2:14-cv-06015, 6 in PAE/2:14-cv-06019, 6 in PAE/2:14-cv-06021, 6 in PAE/2:14-cv-06022, 6 in PAE/2:14-cv-06025, 6 in PAE/2:14-cv-06027, 6 in PAE/2:14-cv-06104, 6 in PAE/2:14-cv-06107, 8 in PAE/2:14-cv-06214, 6 in PAE/2:14-cv-06385, 6 in PAE/2:14-cv-06458 ) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

**Case Name:**    McCoy v. Ethicon, Inc. et al

**Case Number:** PAE/2:14-cv-06104
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3663] in MDL No. 2327, 6 in MOW/4:12-cv-00668, 6 in PAE/2:14-cv-02618, 6 in PAE/2:14-cv-06015, 6 in PAE/2:14-cv-06019, 6 in PAE/2:14-cv-06021, 6 in PAE/2:14-cv-06022, 6 in PAE/2:14-cv-06025, 6 in PAE/2:14-cv-06027, 6 in PAE/2:14-cv-06104, 6 in PAE/2:14-cv-06107, 8 in PAE/2:14-cv-06214, 6 in PAE/2:14-cv-06385, 6 in PAE/2:14-cv-06458) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

**Case Name:** Campbell et al v. Ethicon, Inc. et al
**Case Number:** PAE/2:14-cv-06015
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3663] in MDL No. 2327, 6 in MOW/4:12-cv-00668, 6 in PAE/2:14-cv-02618, 6 in PAE/2:14-cv-06015, 6 in PAE/2:14-cv-06019, 6 in PAE/2:14-cv-06021, 6 in PAE/2:14-cv-06022, 6 in PAE/2:14-cv-06025, 6 in PAE/2:14-cv-06027, 6 in PAE/2:14-cv-06104, 6 in PAE/2:14-cv-06107, 8 in PAE/2:14-cv-06214, 6 in PAE/2:14-cv-06385, 6 in PAE/2:14-cv-06458) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

**Case Name:** Bishop et al v. Johnson & Johnson et al
**Case Number:** PAE/2:14-cv-02618
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3663] in MDL No. 2327, 6 in MOW/4:12-cv-00668, 6 in PAE/2:14-cv-02618, 6 in PAE/2:14-cv-06015, 6 in PAE/2:14-cv-06019, 6 in PAE/2:14-cv-06021, 6 in PAE/2:14-cv-06022, 6 in PAE/2:14-cv-06025, 6 in PAE/2:14-cv-06027, 6 in PAE/2:14-cv-06104, 6 in PAE/2:14-cv-06107, 8 in PAE/2:14-cv-06214, 6 in PAE/2:14-cv-06385, 6 in PAE/2:14-cv-06458) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

**Case Name:**   Chrysler v. Ethicon, Inc. et al
**Case Number:**   MOW/4:12-cv-00668
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3663] in MDL No. 2327, 6 in MOW/4:12-cv-00668, 6 in PAE/2:14-cv-02618, 6 in PAE/2:14-cv-06015, 6 in PAE/2:14-cv-06019, 6 in PAE/2z14-cv-06021, 6 in PAE/2:14-cv-06022, 6 in PAE/2:14-cv-06025, 6 in PAE/2:14-cv-06027, 6 in PAE/2:14-cv-06104, 6 in PAE/2:14-cv-06107, 8 in PAE/2:14-cv-06214, 6 in PAE/2:14-cv-06385, 6 in PAE/2:14-cv-06458) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

**Case Name:**   Russell et al v. Ethicon, Inc. et al
**Case Number:**   PAE/2:14-cv-06027
**Filer:**
**Document Number:** 8

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3663] in MDL No. 2327, 6 in MOW/4:12-cv-00668, 6 in PAE/2:14-cv-02618, 6 in PAE/2:14-cv-06015, 6 in PAE/2:14-cv-06019, 6 in PAE/2:14-cv-06021, 6 in PAE/2:14-cv-06022, 6 in PAE/2:14-cv-06025, 6 in**

**PAE/2:14-cv-06027, 6 in PAE/2:14-cv-06104, 6 in PAE/2:14-cv-06107, 8 in PAE/2:14-cv-06214, 6 in PAE/2:14-cv-06385, 6 in PAE/2:14-cv-06458) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/4/202p.`**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

| | |
|---|---|
| **Case Name:** | Dicomo-Wilson et al v. Ethicon, Inc. et al |
| **Case Number:** | PAE/2:14-cv-06107 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**

**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. ( [3663] in MDL No. 2327, 6 in MOW/4:12-cv-00668, 6 in PAE/2:14-cv-02618, 6 in PAE/2:14-cv-06015, 6 in PAE/2:14-cv-06019, 6 in PAE/2:14-cv-06021, 6 in PAE/2:14-cv-06022, 6 in PAE/2:14-cv-06025, 6 in PAE/2:14-cv-06027, 6 in PAE/2:14-cv-06104, 6 in PAE/2:14-cv-06107, 8 in PAE/2:14-cv-06214, 6 in PAE/2:14-cv-06385, 6 in PAE/2:14-cv-06458) ) - 13 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 6/4/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, MOW/4:12-cv-00668, PAE/2:14-cv-02618, PAE/2:14-cv-06015, PAE/2:14-cv-06019, PAE/2:14-cv-06021, PAE/2:14-cv-06022, PAE/2:14-cv-06025, PAE/2:14-cv-06027, PAE/2:14-cv-06104, PAE/2:14-cv-06107, PAE/2:14-cv-06214, PAE/2:14-cv-06385, PAE/2:14-cv-06458 (LH)**

**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carln@facslaw.com

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F Bell, Jr     hfbell@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@farrell.law, lora@farrell.law

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06025 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

Michael B. Hewes     michael.hewes@butlersnow.com, atara.balanson@butlersnow.com,
janice.adkins@butlersnow.com, richelle.kidder@butlersnow.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

Clayton A Clark     slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com,
twindham@triallawfirm.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez     chris.gomez@klinespecter.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

MELISSA A GRAFF     melissa.graff@dbr.com

Susan M. Robinson     srobinson@tcspllc.com

Sarah Smyth O'Brien     sarah.obrien@butlersnow.com

**PAE/2:14-cv-06025 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06021 Notice has been electronically mailed to:**

Richard B. North, Jr     richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, maria.turner@nelsonmullins.com, mark.nash@nelsonmullins.com, miche.boles@nelsonmullins.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark     slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

Philip J. Combs     pcombs@tcspllc.com

MELISSA A GRAFF     melissa.graff@dbr.com

Susan M. Robinson     srobinson@tcspllc.com

Andrew P. Reeve     andrew.reeve@dbr.com

PRISCILLA E. JIMENEZ     priscilla.jimenez@klinespecter.com

**PAE/2:14-cv-06021 Notice will not be electronically mailed to:**

Deborah A. Moeller
Fredrickson & Bryron, P.A.
309 East Fifth Street
Suite 202A
Des Moines, IA 50309

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06019 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

Philip J. Combs     pcombs@tcspllc.com

MELISSA A GRAFF     melissa.graff@dbr.com

Susan M. Robinson     srobinson@tcspllc.com

**PAE/2:14-cv-06019 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06022 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR    jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy    kenneth.murphy@faegredrinker.com

Philip J. Combs    pcombs@tcspllc.com

MELISSA A GRAFF    melissa.graff@dbr.com

Susan M. Robinson    srobinson@tcspllc.com

Andrew P. Reeve    andrew.reeve@dbr.com

Ashley Nader Stubbs    ashley.stubbs@butlersnow.com

Andrew David Tharp    andrew.tharp@butlersnow.com

## PAE/2:14-cv-06022 Notice will not be electronically mailed to:

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

## PAE/2:14-cv-06458 Notice has been electronically mailed to:

Christy D. Jones    christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky    lee.balefsky@klinespecter.com

William M. Gage    william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark    slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

Benjamin M Watson    ben.watson@butlersnow.com

DAVID B. THOMAS    dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

William Barfield     bill@mcdonaldworley.com, linda@mcdonaldworley.com

Lee Adair Floyd     lee.floyd@butlersnow.com

**PAE/2:14-cv-06458 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06385 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

Clayton A Clark     slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com,
twindham@triallawfirm.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez     chris.gomez@klinespecter.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

Philip J. Combs     pcombs@tcspllc.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Andrew P. Reeve     andrew.reeve@dbr.com

William Barfield     bill@mcdonaldworley.com, linda@mcdonaldworley.com

Kasey Mitchell Adams     Kasey.Adams@butlersnow.com

Christopher Robert Cowan     chris.cowan@butlersnow.com

Katie A. Fillmore     katie.fillmore@butlersnow.com

**PAE/2:14-cv-06385 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06214 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

James C Barton, Jr     jim.barton@butlersnow.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

Clayton A Clark     slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com,
twindham@triallawfirm.com

Kim M Schmid     kim.schmid@bowmanandbrooke.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

Philip J. Combs     pcombs@tcspllc.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Andrew P. Reeve     andrew.reeve@dbr.com

Ashley Nader Stubbs     ashley.stubbs@butlersnow.com

**PAE/2:14-cv-06214 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06104 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

MELISSA A GRAFF     melissa.graff@dbr.com

Susan M. Robinson     srobinson@tcspllc.com

**PAE/2:14-cv-06104 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06015 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky      lee.balefsky@klinespecter.com

William M. Gage      william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

Clayton A Clark      slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com,
twindham@triallawfirm.com

DAVID B. THOMAS      dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez      chris.gomez@klinespecter.com

Kenneth A. Murphy      kenneth.murphy@faegredrinker.com

MELISSA A GRAFF      melissa.graff@dbr.com

Susan M. Robinson      srobinson@tcspllc.com

Andrew P. Reeve      andrew.reeve@dbr.com

**PAE/2:14-cv-06015 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-02618 Notice has been electronically mailed to:**

Christy D. Jones      christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,

catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

Barbara R. Binis     bbinis@reedsmith.com, kmccloskey@reedsmith.com

Louis W. Schack     lschack@reedsmith.com

Michael J. Farrell     mjf@farrell3.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Erik W. Legg     EWL@farrell3.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

MELISSA A GRAFF     melissa.graff@dbr.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

Andrew P. Reeve     andrew.reeve@dbr.com

Caroline Dye Walker     caroline.walker@butlersnow.com

Christopher Robert Cowan     chris.cowan@butlersnow.com

Katie A. Fillmore     katie.fillmore@butlersnow.com

**PAE/2:14-cv-02618 Notice will not be electronically mailed to:**

Alex G. Gross
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

MICHELLE L. TIGER
KLINE & SPECTER PC

1525 Locust Street
19th Floor
Philadelphia, PA 19102

Tracy G. Weiss
REED SMITH LLP
Three Logan Square
1717 Arch Street
Suite 3100
Philadelphia, PA 19103

V. AMANDA WITTS
TUCKER LAW GROUP LLC
One Penn Center
1617 John F Kennedy Boulevard
Suite 1700
Philadelphia, PA 19103-1830

**MOW/4:12-cv-00668 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com,
MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,
catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com,
mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com,
brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com,
david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com,
jackie.johnson@butlersnow.com

Danny L. Curtis     dcurtis@dannylcurtispc.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Philip J. Combs     pcombs@tcspllc.com

Kelly Strange Crawford     kcrawford@riker.com

Maha M. Kabbash     mkabbash@riker.com

Kari L. Sutherland     kari.sutherland@butlersnow.com

Susan M. Robinson     srobinson@tcspllc.com

**MOW/4:12-cv-00668 Notice will not be electronically mailed to:**

**PAE/2:14-cv-06027 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky     lee.balefsky@klinespecter.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark     slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR     jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez     chris.gomez@klinespecter.com

Kenneth A. Murphy     kenneth.murphy@faegredrinker.com

MELISSA A GRAFF     melissa.graff@dbr.com

Susan M. Robinson     srobinson@tcspllc.com

Andrew P. Reeve     andrew.reeve@dbr.com

Matthew P. Smith     matt.smith@butlersnow.com

E. Righton J. Lewis     righton.lewis@butlersnow.com

**PAE/2:14-cv-06027 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

**PAE/2:14-cv-06107 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Lee B Balefsky      lee.balefsky@klinespecter.com

William M. Gage      william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Clayton A Clark      slove@triallawfirm.com, dblack@triallawfirm.com, jblack@triallawfirm.com, twindham@triallawfirm.com

DAVID B. THOMAS      dthomas@tcspllc.com, rdavis@tcspllc.com

JOE H. TUCKER, JR      jtucker@tlgattorneys.com, FSewell@tlgattorneys.com

Christopher A Gomez      chris.gomez@klinespecter.com

Kenneth A. Murphy      kenneth.murphy@faegredrinker.com

Dustin B. Rawlin      dustin.rawlin@tuckerellis.com, brenda.sweet@tuckerellis.com, darlene.hudeck@tuckerellis.com, jennifer.steinmetz@tuckerellis.com

MELISSA A GRAFF      melissa.graff@dbr.com

Susan M. Robinson      srobinson@tcspllc.com

Andrew P. Reeve      andrew.reeve@dbr.com

Lee Adair Floyd      lee.floyd@butlersnow.com

Rockney Taveau      rock.taveau@butlersnow.com

**PAE/2:14-cv-06107 Notice will not be electronically mailed to:**

MICHELLE L. TIGER
KLINE & SPECTER PC
1525 Locust Street
19th Floor
Philadelphia, PA 19102

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/4/2020] [FileNumber=990379-0] [ a45670c7a00da2e680fac964820ffbf1517cef21d09f0d4bf83898554521e4a0745196 018bbfb2956c9c6b414345b52f483c767e7fc4853190aabfa7f113c2a6]]
**Document description:** Suggestion of Remand
**Original filename:**n/a

F

**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=6/4/2020] [FileNumber=990379-1] [
9f3db5b18cf5c9914411bed666ab93c5e68d8284b946cf0f07eb58178cc202b6929a44
aaa76bf84bb30c6479d244545d1bf7f5e1374860e74f5fc09b2b89806d]]