**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE:  ETHICON, INC.
       PELVIC REPAIR SYSTEM              MDL NO. 2327
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO THE
CASES LISTED ON EXHIBIT A

**SHOW CAUSE ORDER**

      Ethicon, Inc. and Johnson & Johnson remains as an unserved defendants in the cases listed on Exhibit A. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the court **ORDERS** that the plaintiffs in each of the cases on Exhibit A show cause in her individual case on or before **June 18, 2020,** why her case should not be dismissed without prejudice as to the remaining defendants, Ethicon, Inc. and Johnson & Johnson. Prior to the above deadline, the plaintiffs on Exhibit A may move to dismiss the remaining defendants and close the case, thereby relieving her of the obligation to show cause.

      The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

      ENTER: June 4, 2020

      JOSEPH R. GOODWIN
      UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:18-cv-00273 | Zelmat v. Ethicon, Inc., et al. |
| 2:18-cv-00265 | Rodriguez v. Ethicon, Inc., et al. |