**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                        MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

**TRANSFER ORDER**
**FOR CASES ON EXHIBIT A**

On June 17, 2020, I entered an Order and Suggestion of Remand remanding 37 cases listed

on the exhibit attached to the Order [ECF No. 9144].  For reasons appearing to the court, the court

**ORDERS** that the June 17, 2020, Order and Suggestion of Remand at ECF No. 9144 is

**VACATED**.

The individual cases on Exhibit A were directly filed in the United States District Court

for the Southern District of West Virginia and are related to MDL 2327 ("Ethicon MDL"), 2:12-

md-2327, one of seven MDLs assigned to me by the Judicial Panel on Multidistrict Litigation and

totaling over 100,000 cases since inception. Of the approximately 39,616 cases originally filed in

or transferred to the Ethicon MDL, 338 remain. Of the remaining 338 cases, 37 are listed on Exhibit

A and are ready to be transferred to the appropriate jurisdiction. In particular, the time to conduct

discovery is complete in the cases on Exhibit A, and the parties have had time to file dispositive

and *Daubert* motions, responses, and replies. For the convenience of the parties and in order to

promote the final resolution of these cases, it appears to the court that the cases would be more

expeditiously concluded in the venues from which they arise. The parties have indicated

collectively to the court or the court has determined that proper venue resides in the United States

District Courts identified in Exhibit A. *Upon transfer, I urge the receiving court to immediately set these cases for trial without reopening discovery. Further discovery will only result in unjust delay. Extensive development of these cases over a period of years has made such further action completely unnecessary.*

Accordingly, pursuant to 28 U.S.C. § 1404(a), it is **ORDERED** that on **July 1, 2020** (14 days after the entry of the order) (hereinafter the "Transfer Date") the cases identified on Exhibit A that are *still pending* shall be transferred to the United States District Courts identified on Exhibit A. On or before **June 30, 2020** (13 days after the date of entry of the order), the parties are **ORDERED** to confer and to file in each individual member case identified in Exhibit A, all documents from the main MDL that the parties jointly deem relevant to constitute an appropriate record for the receiving court to consider. When filing the documents from the main MDL, the parties are directed to use the CM/ECF event entitled "Designation of Record for MDL Transfers" (available under Civil > Other Filings > Other Documents). When completing the event, the "Main Document" should be the list of joint designations from the main MDL, and the "Attachments" should be each individual document on the joint designation list with the "Description" being the ECF number and a brief description of the document (i.e. ECF 96 – Joint Stipulation of Experts). All cases on Exhibit A that are pending on the Transfer Date shall be transferred, and the parties shall bear the consequences in the receiving court of any failure to prepare an appropriate record as directed in this order. The parties and the receiving court are advised that all Pretrial Orders entered in this matter are available for review on the court's website at www.wvsd.uscourts.gov/MDL/2327/orders.html and the master docket sheet can be found on this court's CM/ECF at 2:12-md-2327. *Finally, the court advises the parties that while the docket of the individual case will transfer to the receiving court, it is the parties' responsibility to follow the*

2

*receiving court's procedure for identifying any individual motions that remain pending and in need of ruling.*

On the Transfer Date, the Clerk is hereby **DIRECTED** to use the appropriate function in CM/ECF to extract each member case listed on Exhibit A that remains pending and transfer it to the corresponding United States District Court listed on Exhibit A. After transfer of each member case listed in Exhibit A that is not dismissed prior to the Transfer Date, the Clerk is **DIRECTED** to formally close the case and strike it from the docket of this court.

The court further **DIRECTS** that a copy of this order and Exhibit A be filed in every case listed on Exhibit A and sent to counsel of record or any unrepresented party for the cases listed on Exhibit A.

ENTER: June 17, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| | Civil Action No. | Last Name | First Name | Venue |
|---|---|---|---|---|
| 1 | 2:17-cv-02702 | Acosta | Margaret Carolyn Moose | CD CA |
| 2 | 2:14-cv-15094 | Burton | Rebecca Becky Jo Chaney | ED KY |
| 3 | 2:12-cv-01661 | Carter | Tamara Lynn LeMaire Davis | D NV |
| 4 | 2:17-cv-04072 | Casey | Michelle Marie McEneny | D CO |
| 5 | 2:12-cv-03159 | Dorgan | Madenna Katherine Asher Saunders | SD MO |
| 6 | 2:15-cv-08276 | Ellerbee | Ovis Lee Turner | MDL FL |
| 7 | 2:12-cv-09097 | Ellis | Margo Sloan | WD WA |
| 8 | 2:15-cv-06967 | England | Teresa Lynn Taylor Jefferson | MD TN |
| 9 | 2:14-cv-02945 | Foster | Kimberly Kimm Jo Fromm | WD MO |
| 10 | 2:14-cv-17367 | Fuller | Maribeth Pallen | ED AR |
| 11 | 2:12-cv-02148 | Green | Janice Lanell Darby | ED TX |
| 12 | 2:16-cv-05175 | Hanifl | Julie Mayabb | WD MO |
| 13 | 2:12-cv-09245 | Heatherman | Christine Sharon Masson | D CO |
| 14 | 2:13-cv-01686 | Hooper | Linda Faye Sherman Moses Harris Daniel | ED TN |
| 15 | 2:16-cv-05286 | Jones | Elizabeth Winter Simpson | MD GA |
| 16 | 2:13-cv-15410 | Jones | Jimmie Darlene Simons | ED TX |
| 17 | 2:14-cv-22872 | Larson | Naomi Jean Maness | D MN |
| 18 | 2:17-cv-02851 | Messina | Carol Ann Phillips | MD FL |
| 19 | 2:13-cv-26408 | Moe | Debra Ann Bevens | D MN |
| 20 | 2:17-cv-04361 | Munoz | Silvia Gonzalez | CD CA |
| 21 | 2:15-cv-07928 | Murray | Lori Kristine Sanchez Mielzarek | WD WA |
| 22 | 2:14-cv-31208 | Pitlyk | Denise Pallardy | ED MO |
| 23 | 2:15-cv-00541 | Ratliff | Juanita Harmon | ED TN |
| 24 | 2:13-cv-01294 | Romero | Linda Jean Bernstein Lovett | D NM |
| 25 | 2:15-cv-08952 | Sexton | Chastity Dawn Minton Buckler | ED KY |
| 26 | 2:13-cv-15857 | Shostrom | Leah Kate Ronaele Proctor | D CO |
| 27 | 2:17-cv-04364 | Vigneau | Christine Marie Schultz Ballou | ED VA |
| 28 | 2:13-cv-10672 | Ashbrook | Iretta Lynn Engle | ED KY |
| 29 | 2:14-cv-24320 | Burris | Tina Louise Augustus | ND OH |
| 30 | 2:17-cv-02945 | Hunt | Barbara L. Fritz Hufnagel | MD FL |
| 31 | 2:14-cv-14666 | Lewis | Nancy Earsul Toby | ED MI |
| 32 | 2:13-cv-13073 | Rusciano | Susan Rupp | SD NY |
| 33 | 2:13-cv-00097 | Tedder | Judy Lee Coy Boyd | ND FL |
| 34 | 2:14-cv-25604 | Wilder | Marbeth Nadine Davis Sweitzen | ED TN |
| 35 | 2:15-cv-07038 | Holm | Julie Ann | D MN |
| 36 | 2:13-cv-23903 | Meindertsma | Jeanne Marie Ormond | WD TX |
| 37 | 2:15-cv-14159 | Mobley | Tasha Lorene Daniels | WD TX |