IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                       MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO THE
CASES LISTED ON EXHIBIT A

## MEMORANDUM OPINION AND ORDER

On June 4, 2020, I entered an order directing plaintiffs in each case on Exhibit A to show cause on or before June 18, 2020, why her case should not be dismissed without prejudice as to the remaining defendants, Ethicon, Inc. and Johnson & Johnson pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not shown cause. The court **ORDERS** that each plaintiffs' cases listed on Exhibit A must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendants within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party in the cases on Exhibit A.

ENTER: June 19, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:18-cv-00273 | Zelmat v. Ethicon, Inc., et al. |
| 2:18-cv-00265 | Rodriguez v. Ethicon, Inc., et al. |