# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                  MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO THE
CASES LISTED ON EXHIBIT A

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order entered today, the court **ORDERS** that judgment be entered in favor of the remaining defendants, and that each case on Exhibit A be dismissed without prejudice and stricken from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party in the cases on Exhibit A.

ENTER: June 19, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:18-cv-00273 | Zelmat v. Ethicon, Inc., et al. |
| 2:18-cv-00265 | Rodriguez v. Ethicon, Inc., et al. |