**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**


IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                              MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

### SHOW CAUSE ORDER

It appears to the court that the *pro se* plaintiffs in the cases on Exhibit A no longer wish to pursue their individual cases. Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation, C.R. Bard, Inc., Sofradim Production SAS and/or Tissue Sciences Laboratories Limited are the remaining served or unserved defendants in the cases on Exhibit A.  In all of the cases, plaintiffs' counsel was granted leave to withdraw, often because counsel was terminated by plaintiff or had been unable to contact a plaintiff despite multiple attempts. In some cases, the *pro se* plaintiffs have not provided the court with a current address. The *pro se* plaintiffs in the cases on Exhibit A have engaged in no activity since their counsel withdrew. In the cases on Exhibit A, the plaintiffs have either failed to (1) comply with a scheduling order, (2) respond to a dispositive motion from defendants, (3) appear for their deposition, (4) complete a Plaintiff Profile Form or Plaintiff Fact Sheet, and/or (5) provide expert disclosures.

Accordingly, the court **ORDERS** that the plaintiffs in the cases on Exhibit A show cause on or before **July 24, 2020**, as to why the remaining defendants in her case on Exhibit A should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure. If the plaintiffs on Exhibit A do not respond by showing good cause for failure to prosecute by filing a responsive pleading in her

individual case, the cases on Exhibit A will be dismissed without prejudice. Again, any response must be filed in the plaintiff's individual case.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and each plaintiff on Exhibit A at her address and to post a copy of this Order on the court's website for thirty (30) days.

ENTER:  June 24, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| Case Name | Case Number |
|---|---|
| Renee Bruce v. Ethicon, Inc., et al. | 2:13-cv-19973 |
| Doris Chelala v. Ethicon, Inc., et al. | 2:13-cv-20086 |
| Sara Marsh v. Ethicon, Inc., et al. | 2:13-cv-03073 |
| Eloise Martinez v. Ethicon, Inc., et al. | 2:13-cv-32341 |