**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL 2327 |

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

**MEMORANDUM OPINION AND ORDER**

On June 10, 2020, I entered an order directing plaintiffs on Exhibit A to show cause in their individual cases on or before July 10, 2020, why their individual cases should not be dismissed as to defendants, Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure. The Order was sent to the plaintiffs on Exhibit A at their last known address and posted on the court's website.

Plaintiffs have failed to respond to the Show Cause Order. Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure and after weighing the factors identified in *Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989), the court finds that the plaintiffs on Exhibit A have failed to prosecute their cases and the court **ORDERS** that the defendants Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson are dismissed without prejudice. There are no remaining defendants in these cases on Exhibit A and therefor, the court further **ORDERS** that the cases on Exhibit A are **DISMISSED** and **STRICKEN** from the court's active docket. All pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and each plaintiff on Exhibit A at her address.

                                      ENTER: July 13, 2020

                                      JOSEPH R. GOODWIN
                                      UNITED STATES DISTRICT JUDGE

EXHIBIT A

| MDL Case No. | Last Name | First Name |
| --- | --- | --- |
| 2:13-cv-01239 | Allen | Barbara D. |
| 2:12-cv-07930 | Harvey | Brenda |
| 2:12-cv-06315 | Higgins | Helen J. |
| 2:13-cv-19692 | Bart | Melissa |
| 2:15-cv-08439 | Murrah | Sandra Lynette |
| 2:16-cv-08237 | Brown | Katrina |
| 2:17-cv-00846 | Copeland | Ramona |
| 2:17-cv-01123 | Laughlin | Robyn J. |
| 2:15-cv-16096 | Mathis | Alisa |
| 2:17-cv-00913 | Radun | Elizabeth |