# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order entered today in the cases on Exhibit A, the court **ORDERS** that judgment be entered in favor of the remaining defendants in each case on Exhibit A, Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson, and that the cases on Exhibit A be dismissed and stricken from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and each plaintiff on Exhibit A at her address.

ENTER: July 13, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

| MDL Case No. | Last Name | First Name |
| --- | --- | --- |
| 2:13-cv-01239 | Allen | Barbara D. |
| 2:12-cv-07930 | Harvey | Brenda |
| 2:12-cv-06315 | Higgins | Helen J. |
| 2:13-cv-19692 | Bart | Melissa |
| 2:15-cv-08439 | Murrah | Sandra Lynette |
| 2:16-cv-08237 | Brown | Katrina |
| 2:17-cv-00846 | Copeland | Ramona |
| 2:17-cv-01123 | Laughlin | Robyn J. |
| 2:15-cv-16096 | Mathis | Alisa |
| 2:17-cv-00913 | Radun | Elizabeth |