# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## SHOW CAUSE ORDER

It appears to the court that the *pro se* plaintiffs in the cases on Exhibit A no longer wish to pursue their individual cases. Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson are the remaining defendants in each of the cases on Exhibit A. In all of the cases, plaintiffs' counsel was granted leave to withdraw and, thereafter, in all cases except one, no activity occurred on the part of the *pro se* plaintiffs. In some cases, the plaintiffs have not provided the court with a current address. In each of the cases on Exhibit A, the plaintiffs have either failed to (1) comply with a scheduling order, (2) respond to a dispositive motion from defendants, (3) appear for their deposition, (4) complete a Plaintiff Profile Form or Plaintiff Fact Sheet, and/or (5) provide expert disclosures.

Accordingly, the court **ORDERS** that the plaintiffs in the cases on Exhibit A show cause on or before **August 13, 2020**, as to why Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure. If the plaintiffs on Exhibit A do not respond by showing good cause for failure to prosecute by filing a responsive pleading in her individual case, the cases on Exhibit A will be dismissed without prejudice. Any response must be filed in the plaintiff's individual case.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and each plaintiff on Exhibit A at her address and to post a copy of this Order on the court's website for thirty (30) days.

ENTER: July 14, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

|   | Case No. | Last Name | First Name |
|---|---|---|---|
| 1 | 2:16-cv-08000 | Fischer | Roberta Patricia |
| 2 | 2:13-cv-31447 | Galloway | Tanya M. |
| 3 | 2:17-cv-00881 | Harris | Judy A. |
| 4 | 2:15-cv-07870 | Jones | Terry Ann |