# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                   MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order entered today in the cases on Exhibit A, the court **ORDERS** that judgment be entered in favor of the remaining defendants in each case on Exhibit A, Ethicon, Inc., Ethicon, LLC, Johnson & Johnson, Boston Scientific Corporation, C.R. Bard, Inc., Sofradim Production SAS and/or Tissue Sciences Laboratories Limited, and that the cases on Exhibit A be dismissed and stricken from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and each plaintiff on Exhibit A at her address.

ENTER:   July 27, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| Case Name | Case Number |
|---|---|
| Renee Bruce v. Ethicon, Inc., et al. | 2:13-cv-19973 |
| Doris Chelala v. Ethicon, Inc., et al. | 2:13-cv-20086 |
| Sara Marsh v. Ethicon, Inc., et al. | 2:13-cv-03073 |
| Eloise Martinez v. Ethicon, Inc., et al. | 2:13-cv-32341 |