# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                             MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order entered today in the cases on Exhibit A, the court **ORDERS** that judgment be entered in favor of the remaining defendants in each case on Exhibit A, Ethicon, Inc. and Johnson & Johnson, and that the cases on Exhibit A be dismissed and stricken from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and each plaintiff on Exhibit A at her address.

ENTER: August 14, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

|   | Case No. | Last Name | First Name |
|---|---|---|---|
| 1 | 2:16-cv-08000 | Fischer | Roberta Patricia |
| 2 | 2:13-cv-31447 | Galloway | Tanya M. |
| 3 | 2:17-cv-00881 | Harris | Judy A. |
| 4 | 2:15-cv-07870 | Jones | Terry Ann |