

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC. PELVIC REPAIR SYSTEM PRODCUTS LIABILITY LITGATION | MDL NO. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2325 |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2326 |
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2327 |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL NO. 2387 |
| IN RE: COOK MEDICAL, INC, PELVIC REPAIR LIABILITY LITIGATION | MDL NO. 2440 |
| IN RE: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL NO. 2511 |

**THIS DOCUMENT RELATES TO ALL CASES**

LANA C. KEETON NOTICE OF APPEAL
OF DOCKET ENTRY 9162 –and- ALL RELATED ORDERS DENYING KEETON'S
DOCKET ENTRY 9161 "NOTICE OF APPEAL" IN ALL 7 MDL'S
Pursuant to Rule 4. As of Right.

Judge Joseph R. Goodwin, in his official capacity as United States Federal Judge for the

Southern District of West Virginia, Charlotte, West Virginia, has committed the following:

1) Ignored the Rule of Law
2) Ignored Supreme Court Precedence
3) Made False Statements

4) Denied the Right to Due Process under the 5th / 14th Amendments to the United States Constitution
5) Committed Public Corruption through concealment, conspiracy, collusion with other officers of the court through allocation of unearned common benefit monies depriving Lana C. Keeton of any monies whatsoever that were rightfully earned over the period of a decade but unpaid to Keeton.
6) Committed Court Abuse of Process, a cause of action in tort arising from one party making, misusing or perversion of regularly issued court process (civil or criminal) not justified by the underlying legal action.
7) Committed Abuse of Power, in the form of "malfeasance in office" or "official misconduct," the commission of an unlawful act, done in an official capacity, which affects the performance of official duties.
8) Committed Abusive power and control. (Abusive power and control *(also controlling behavior, coercive control and sharp power)* is the way that an abusive person gains and maintains power and control over another person, as a victim, in order to subject that person to psychological, physical, sexual, or financial abuse.)

Judge Joseph R. Goodwin's actions listed above are a pattern and practice in his rulings in the 7 Pelvic Mesh Litigations that are the subject of this Notice of Appeal. This Notice of Appeal is timely filed on October 17, 2020 by placing it in the United States Postal Service via Express Mail delivery.

Dated: October 17, 2020            Yours truly,

Miami Beach, Florida 33139         *LANA C. KEETON*
                                   LANA C. KEETON
                                   Plaintiff Pro Se
                                   901 Pennsylvania Avenue, Suite 3-423
                                   Miami Beach, FL 33139
                                   305-342-8002 cell phone
                                   305-671-9331 phone
                                   Lana@LanaKeeton.com

                                   By:  *LANA C. KEETON*
                                   Lana C. Keeton, Plaintiff Pro Se


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via United States Postal Service Express Mail this 17th day of October 2020 on all counsel or parties of record by filing it with the Clerk of the Court.

                                   *LANA C. KEETON*
                                   LANA C. KEETON
                                   Plaintiff Pro Se
                                   901 Pennsylvania Avenue, Suite 3-423
                                   Miami Beach, FL 33139
                                   305-342-8002 cell phone
                                   305-671-9331 phone
                                   Lana@LanaKeeton.com

                                   By: *LANA C. KEETON*
                                   Lana C. Keeton, Plaintiff Pro Se

