```
CORRECTED

Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR018211
Cashier ID: msmith
Transaction Date: 10/21/2020
Payer Name: LANA KEETON
---------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: LANA KEETON
 Case/Party: D-WVS-2-12-MD-002327-001
 Amount:         $505.00
---------------------------------------
CREDIT CARD
 Amt Tendered:   $505.00
---------------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

Notice of appeal regarding MDL 2327
Ethicon, Inc.


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check.
```