FILED: October 27, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2158
(2:12-md-02327)

_____

In re: ETHICON, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

LANA C. KEETON

      Party-in-Interest - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:12-md-02327 |
| Date notice of appeal filed in originating court: | 10/20/2020 |
| Appellant(s) | Lana C. Keeton |
| Appellate Case Number | 20-2158 |
| Case Manager | Michael Radday<br>804-916-2702 |