FILED:  October 29, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2139 (L)
(2:10-md-02187)
_____

In re: C.R. BARD, INCORPORATED, Pelvic Repair System Products Liability
Litigation

------------------------------

LANA C. KEETON

  Party-in-Interest - Appellant

_____

No. 20-2149
(2:12-md-02325)
_____

In re: AMERICAN MEDICAL SYSTEMS, INCORPORATED, Pelvic Repair
System Products Liability Litigation

------------------------------

LANA C. KEETON

  Party-in-Interest - Appellant

_____

No. 20-2155
(2:12-md-02326)
_____

In re: BOSTON SCIENTIFIC CORPORATION, Pelvic Repair System Products Liability Litigation

------------------------------

LANA C. KEETON

      Party-in-Interest - Appellant

_____

No. 20-2158
(2:12-md-02327)
_____

In re: ETHICON, INCORPORATED, Pelvic Repair System Products Liability Litigation

------------------------------

LANA C. KEETON

      Party-in-Interest - Appellant

_____

No. 20-2161
(2:12-md-02387)
_____

In re: COLOPLAST CORP., Pelvic Support System Products Liability Litigation

------------------------------

LANA C. KEETON

      Party-in-Interest - Appellant

_____

No. 20-2164
(2:13-md-02440)
_____

In re: COOK MEDICAL INC., Pelvic Repair System Products Liability Litigation

------------------------------

` LANA C. KEETON

      Party-in-Interest - Appellant


_____

No. 20-2170
(2:14-md-02511)
_____

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION

------------------------------

LANA C. KEETON

      Party-in-Interest - Appellant


_____

O R D E R
_____

The court consolidates case numbers 20-2149, 20-2155, 20-2158, 20-2161,

20-2164, and 20-2170 with lead case number 20-2139.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk