# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
### OFFICE OF THE CLERK
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

November 4, 2020

_____

PARTIAL RECORD REQUEST

_____

No. 20-2158,    In re: Ethicon, Inc v. n
            2:12-md-02327

TO:      Rory L. Perry II

Please transmit to this office a partial record in the above-referenced case, consisting of the following:

**Pleadings 7733-9167**

This supersedes our previous request of 10/29/2020.  If there is any problem with transmission of the partial record, please notify me.

Michael Radday, Deputy Clerk
804-916-2702