# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                             MDL 2327

―――――――――――――――――――――――――――

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## SHOW CAUSE ORDER

The cases on Exhibit A originally named plaintiff and her spouse. Recently, the court dismissed the named female plaintiffs in the cases on Exhibit A because they are deceased and no proper substitution was made pursuant to Rule 25 of the Federal Rules of Civil Procedure and Pretrial Order Number 308. In the cases on Exhibit A, the following defendants remain, as indicated on Exhibit A: Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson. In the cases on Exhibit A, the docket suggests that the remaining plaintiff spouses have not complied with all of the important deadlines contained in the applicable Docket Control Orders.

It appears to the court that plaintiffs on Exhibit A no longer wishes to pursue their cases. The court **ORDERS** that plaintiffs on Exhibit A show cause on or before **December 9, 2020**, as to why Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson should not be dismissed without prejudice for plaintiffs' failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure. If plaintiffs on Exhibit A do not respond to this show cause order with a showing of good cause in their individual case, the case will be dismissed without prejudice.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party in the cases on Exhibit A.

ENTER: November 9, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| MDL Case No. | Last Name | Defendants Named |
|---|---|---|
| 2:12-cv-02991 | Grizzle | Ethicon, Inc., Johnson & Johnson |
| 2:12-cv-03394 | Patterson | Ethicon, Inc., Johnson & Johnson |
| 2:12-cv-04987 | Jenkins | Ethicon, Inc., Ethicon, LLC, Johnson & Johnson |
| 2:13-cv-05886 | Buntgen | Ethicon, Inc., Ethicon, LLC, Johnson & Johnson |
| 2:13-cv-23019 | Garcia | Ethicon, Inc., Ethicon, LLC, Johnson & Johnson |
| 2:13-cv-26358 | Green | Ethicon, Inc., Ethicon, LLC, Johnson & Johnson |
| 2:13-cv-33443 | Rasa | Ethicon, Inc., Ethicon, LLC, Johnson & Johnson |
| 2:14-cv-00059 | Holland | Ethicon, Inc., Johnson & Johnson |
| 2:14-cv-02952 | Champion | Ethicon, Inc., Johnson & Johnson |
| 2:15-cv-04412 | Spradley | Ethicon, Inc., Johnson & Johnson |