IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## SHOW CAUSE ORDER

In the cases on Exhibit A, the following defendants remain: Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson (collectively "Ethicon defendants") or C.R. Bard, Inc., as indicated on Exhibit A. The plaintiffs in the cases on Exhibit A are all represented by counsel. Subsequent to the entry of Pretrial Orders containing scheduling deadlines, the parties appear not to have complied with any scheduling deadlines.

It appears to the court that the Exhibit A plaintiffs no longer wish to pursue their actions. The court **ORDERS** that plaintiffs on Exhibit A show cause in their individual cases on or before **December 16, 2020**, as to why the Ethicon defendants or C.R. Bard, Inc., as indicated on Exhibit A, should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure. If plaintiffs do not respond to this show cause order with a showing of good cause in their individual case, their case will be dismissed without prejudice.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party in the cases on Exhibit A.

ENTER: November 16, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| Case Number | Case Name | Remaining Defendant (s) |
|---|---|---|
| 2:15-cv-11585 | Phillips v. Johnson & Johnson, et al. | Johnson & Johnson, Ethicon, Inc., Ethicon, LLC |
| 2:15-cv-12005 | Rickerson, et al. v. Johnson & Johnson, et al. | Johnson & Johnson, Ethicon, Inc. |
| 2:15-cv-12541 | Cruz v. Ethicon, Inc., et al. | Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-07731 | Coffman v. C.R. Bard, Inc. | C.R. Bard, Inc. |
| 2:18-cv-00893 | Diaz, et al. v. Ethicon, Inc. | Ethicon, Inc. |
| 2:18-cv-00318 | Dunagan v. Ethicon, Inc., et al. | Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-07137 | Shreve v. Johnson & Johnson, et al. | Johnson & Johnson, Ethicon, Inc. |