IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

**SHOW CAUSE ORDER**

In the cases on Exhibit A, the following defendants remain: Ethicon, Inc. and Johnson & Johnson (collectively "Ethicon defendants"). The plaintiffs in the cases on Exhibit A are all represented by counsel who have moved to withdraw because plaintiffs failed to communicate with them despite multiple attempts. The court has not ruled on these motions to withdraw. Presumably because of plaintiffs' lack of contact with their counsel, plaintiffs appear not to have engaged in any activity or complied with all of the important deadlines in applicable Pretrial Orders, such as appearing for their deposition, producing a plaintiff fact sheet, responding to discovery and/or disclosing experts.

It appears to the court that despite plaintiffs' counsel's efforts, the Exhibit A plaintiffs themselves no longer wish to pursue their actions. The court **ORDERS** that plaintiffs on Exhibit A show cause in their individual cases on or before **December 16, 2020**, as to why the Ethicon defendants should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure. If plaintiffs do not respond to this show cause order with a showing of good cause in their individual case, their case will be dismissed without prejudice.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party in the cases on Exhibit A.

ENTER: November 16, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| Case Number | Case Name | Remaining Defendant(s) |
|---|---|---|
| 2:18-cv-00318 | Dunagan v. Ethicon, Inc., et al. | Ethicon, Inc., Johnson & Johnson |
| 2:15-cv-03328 | Rodriguez v. Ethicon, Inc., et al. | Ethicon, Inc., Johnson & Johnson |