# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

November 19, 2020

_____

## SUPPLEMENTAL RECORD REQUEST
_____

No. 20-2158,   <u>In re: Ethicon, Inc. v. n</u>
2:12-md-02327

TO:   Rory L. Perry II

By notice dated 11/04/2020, we requested the following:

11/04/2020   7   PARTIAL RECORD (pleadings 7733-9167) requested from Clerk of Court. Due: 11/09/2020 [20-2158] Michael Radday [Entered: 11/04/2020 11:47 AM]

We have received the following:

11/18/2020   13   (PARTIAL) ASSEMBLED ELECTRONIC RECORD docketed (pleadings 7733-7960 [part 1], 7901-8000 [part 2], 8001-8050 [part 3], 8051-8070 [part 4], 8071-8075 [part 5], 8076-8100 [part 6], 8101-8200 [part 7], 8201-8500 [part 8], 8701-8900 [part 10], 8901-9000 [part 11]. 9001-9167 [part 12]. Originating case number: 2:12-md-02327. Record in folder? Yes. Record reviewed? Yes. PSR included? N/A. NOTE: not received: pleadings 8501-8700 [part 9?] [20-2158] Michael Radday [Entered: 11/18/2020 02:19 PM]

Please transmit to this office a supplemental record in the above-referenced case, consisting of the following:

**Pleadings 8501-8700**

If there is any problem with transmission of the supplemental record, please notify me.

Michael Radday, Deputy Clerk
804-916-2702