**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

**MEMORANADUM OPINION AND ORDER**

On October 23, 2020, I entered an order directing plaintiffs on Exhibit A to show cause on or before November 23, 2020, why their cases should not be dismissed as to Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson (collectively "Ethicon defendants") for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure.

Plaintiffs in the cases on Exhibit A have not shown good cause. The court **ORDERS**, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure and after weighing the factors identified in *Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989), that the Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson, as indicated on Exhibit A, are dismissed without prejudice. No defendants remain, and the court **DIRECTS** the Clerk to dismiss the cases on Exhibit A and strike them from the active docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party in the cases on Exhibit A.

ENTER: November 23, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| Case Number | Last Name | First Name | Defendants Named |
|---|---|---|---|
| 2:13-cv-05132 | Majzel | Nina | Ethicon, Inc., Johnson & Johnson |
| 2:14-cv-00480 | Lomax | Esther Beatriz | Ethicon, Inc., Ethicon, LLC, Johnson & Johnson |