IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order entered today in the cases on Exhibit A, the court **ORDERS** that judgment be entered in favor of the remaining defendant(s), Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson, as indicated on Exhibit A, and that the cases on Exhibit A be dismissed without prejudice and stricken from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party in the cases on Exhibit A.

ENTER: November 23, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| Case Number | Last Name | First Name | Defendants Named |
|---|---|---|---|
| 2:13-cv-05132 | Majzel | Nina | Ethicon, Inc., Johnson & Johnson |
| 2:14-cv-00480 | Lomax | Esther Beatriz | Ethicon, Inc., Ethicon, LLC, Johnson & Johnson |