IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL 2327

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order entered today in the cases on Exhibit A, the court **ORDERS** that judgment be entered in favor of the remaining defendant(s), Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson, as indicated on Exhibit A, and that the cases on Exhibit A be dismissed without prejudice and stricken from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party in the cases on Exhibit A.

ENTER: November 23, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| Case Number | Case Name | Defendants Named |
| --- | --- | --- |
| 2:13-cv-13818 | Clanton | Ethicon, Inc., Ethicon, LLC Johnson & Johnson |
| 2:13-cv-15778 | Gomez | Ethicon, Inc., Ethicon, LLC Johnson & Johnson |
| 2:13-cv-18733 | Ayala | Ethicon, Inc., Ethicon, LLC Johnson & Johnson |