IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON DIVISION**

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION         MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

**MEMORANADUM OPINION AND ORDER**

On November 9, 2020, I entered an order directing plaintiffs on Exhibit A to show cause on or before December 9, 2020, why their cases should not be dismissed as to Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure.

Plaintiffs identified on Exhibit A have not responded to the Shown Cause Order. The court **ORDERS**, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure and after weighing the factors identified in *Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989), that Ethicon, Inc., Ethicon, LLC and/or and Johnson & Johnson, as indicated on Exhibit A, are dismissed without prejudice. No defendants remain, and the court **DIRECTS** the Clerk to dismiss the case on Exhibit A and strike them from the active docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party in the cases on Exhibit A.

ENTER: December 10, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| MDL Case No. | Last Name | Defendants Named |
|---|---|---|
| 2:12-cv-02991 | Grizzle | Ethicon, Inc., Johnson & Johnson |
| 2:12-cv-04987 | Jenkins | Ethicon, Inc., Ethicon, LLC, Johnson & Johnson |
| 2:14-cv-02952 | Champion | Ethicon, Inc., Johnson & Johnson |