IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION   MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order entered today and the recent Memorandum Opinion and Order dismissing the female plaintiffs in the cases identified on Exhibit A, the court **ORDERS** that judgment be entered in favor of the remaining defendants, Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson, as indicated on Exhibit A, and that the cases on Exhibit A be dismissed without prejudice and stricken from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party in the cases on Exhibit A.

ENTER: December 10, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| MDL Case No. | Last Name | Defendants Named |
|---|---|---|
| 2:12-cv-02991 | Grizzle | Ethicon, Inc., Johnson & Johnson |
| 2:12-cv-04987 | Jenkins | Ethicon, Inc., Ethicon, LLC, Johnson & Johnson |
| 2:14-cv-02952 | Champion | Ethicon, Inc., Johnson & Johnson |