UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                    MDL No. 2327

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of West Virginia.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of West Virginia with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 11, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: ETHICON, INC., PELVIC REPAIR**
**SYSTEM PRODUCTS LIABILITY LITIGATION**                            MDL No. 2327

## SCHEDULE FOR CRO

| **TRANSFEREE** | | | **TRANSFEROR** | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| WVS | 2 | 13–32948 | CAC | 2 | 13–06285 | Roberts v. Johnson & Johnson et al |
| WVS | 2 | 14–14777 | KS | 2 | 14–02130 | Davis v. Johnson & Johnson et al |
| WVS | 2 | 12–06198 | TXS | 4 | 12–02584 | Labiche et al v. Johnson & Johnson et al |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DIANA ROBERTS,

    Plaintiff,

v.            Civil Action Number 2:13-cv-32948

JOHNSON & JOHNSON, et al.,

    Defendants.

## ORDER AND SUGGESTION OF REMAND

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that this case be remanded to the United States District Court from which it came, the Central District of California. The case was transferred by the Judicial Panel on Multidistrict Litigation ("JPML") and are related to MDL 2327 ("Ethicon MDL"), 2:12-md-2327, one of seven MDLs assigned to me by the JPML. The seven MDLs combined totaled over 100,000 cases since inception.

Of the approximately 39,616 cases originally filed in or transferred to the Ethicon MDL, only a handful remain. Of the remaining cases, this case is ready to be remanded to the jurisdictions from which it came. The time to conduct discovery is complete, and the parties have had time to file dispositive and *Daubert* motions, responses and replies.

For the convenience of the parties and in order to promote the final resolution of these cases, it appears to the court that the case would be more expeditiously concluded in the venue from which it arose. ***Upon remand, I urge the receiving court to immediately set this case for***

*trial without reopening discovery. Further discovery will only result in unjust delay. Extensive development of this cases over a period of years has made such further action completely unnecessary.*

On or before **December 9, 2020 (7 days from the date of this order)**, the parties are **ORDERED** to confer and to file all documents from the main MDL that the parties jointly deem relevant to constitute an appropriate record for the receiving court to consider. When filing the documents from the main MDL, the parties are directed to use the CM/ECF event entitled "Designation of Record for MDL Transfers" (available under Civil > Other Filings > Other Documents). When completing the event, the "Main Document" should be the list of joint designations from the main MDL, and the "Attachments" should be each individual document on the joint designation list with the "Description" being the ECF number and a brief description of the document (i.e. ECF 96 – Defendant's Motion for Summary Judgment).

The court **ORDERS** that upon receipt and filing of an order to remand from the Clerk of the JPML (hereinafter the "Transfer Date"), the Clerk of this court, pursuant to 28 U.S.C. § 1407, shall remand the case to the Central District of California. The case must be remanded, and the parties shall bear the consequences in the receiving court of any failure to prepare an appropriate record as directed in this order. The parties and the receiving court are advised that all Pretrial Orders entered in this matter are available for review on the court's website at www.wvsd.uscourts.gov/MDL/2327/orders.html, and the master docket sheet can be found on this court's CM/ECF at 2:12-md-2327. *Finally, the court advises the parties that while the docket of these individual cases will be remanded to the receiving court, it is the parties' responsibility to*

*follow the receiving court's procedure for identifying any individual motions that remain pending and in need of ruling.*

On the Transfer Date, the Clerk is hereby **DIRECTED** to use the appropriate function in CM/ECF to extract this case and remand it to the Central District of California. After remand of the case, the Clerk is **DIRECTED** to formally dismiss the case and strike it from the docket of this court.

The court further **DIRECTS** that a copy of this Order and Suggestion of Remand be filed in this case and sent to the Clerk of the MDL Panel and counsel of record or any unrepresented party.

ENTER: December 2, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## ORDER AND SUGGESTION OF REMAND

Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation promulgated thereunder, specifically Rule 10.1(b), the court suggests that the cases on Exhibit A be remanded to the United States District Courts from which they came, as identified on Exhibit A. The cases were transferred by the Judicial Panel on Multidistrict Litigation ("JPML") and are related to MDL 2327 ("Ethicon MDL"), 2:12-md-2327, one of seven MDLs assigned to me by the JPML. The seven MDLs combined totaled over 100,000 cases since inception.

Of the approximately 39,616 cases originally filed in or transferred to the Ethicon MDL, only a handful remain. Of the remaining cases, 2 are listed on Exhibit A and are ready to be remanded to the jurisdictions from which they came. In both cases, the time to conduct discovery is complete and the parties have had time to file dispositive and *Daubert* motions, responses and replies.

For the convenience of the parties and in order to promote the final resolution of these cases, it appears to the court that the cases would be more expeditiously concluded in the venues

from which they arise. *Upon remand, I urge the receiving court to immediately set these cases for trial without reopening discovery. Further discovery will only result in unjust delay. Extensive development of these cases over a period of years has made such further action completely unnecessary.*

On or before **December 9, 2020 (7 days from the date of this order)**, the parties are **ORDERED** to confer and to file *in their individual case*, all documents from the main MDL that the parties jointly deem relevant to constitute an appropriate record for the receiving court to consider. When filing the documents from the main MDL, the parties are directed to use the CM/ECF event entitled "Designation of Record for MDL Transfers" (available under Civil > Other Filings > Other Documents). When completing the event, the "Main Document" should be the list of joint designations from the main MDL, and the "Attachments" should be each individual document on the joint designation list with the "Description" being the ECF number and a brief description of the document (i.e. ECF 96 – Defendant's Motion for Summary Judgment).

The court **ORDERS** that upon receipt and filing of an order to remand from the Clerk of the JPML (hereinafter the "Transfer Date"), the Clerk of this court, pursuant to 28 U.S.C. § 1407, shall remand the cases to the jurisdictions identified on Exhibit A. The cases must be remanded, and the parties shall bear the consequences in the receiving court of any failure to prepare an appropriate record as directed in this order. The parties and the receiving court are advised that all Pretrial Orders entered in this matter are available for review on the court's website at www.wvsd.uscourts.gov/MDL/2327/orders.html, and the master docket sheet can be found on this court's CM/ECF at 2:12-md-2327. *Finally, the court advises the parties that while the docket of these individual cases will be remanded to the receiving court, it is the parties' responsibility to*

2

*follow the receiving court's procedure for identifying any individual motions that remain pending and in need of ruling.*

On the Transfer Date, the Clerk is hereby **DIRECTED** to use the appropriate function in CM/ECF to extract the cases on Exhibit A and remand them to the jurisdictions identified on Exhibit A. After remand of the cases, the Clerk is **DIRECTED** to formally dismiss the cases and strike them from the docket of this court.

The court further **DIRECTS** that a copy of this Order and Suggestion of Remand and Exhibit A be filed in the cases on Exhibit A and sent to the Clerk of the MDL Panel and counsel of record or any unrepresented party.

ENTER: December 2, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

|   | Case Number | Case Name | Venue |
|---|---|---|---|
| 1 | 2:12-cv-06198 | Labiche, et al. v. Johnson & Johnson, et al. | SD Texas |
| 2 | 2:14-cv-14777 | Davis v. Johnson & Johnson, et al. | D Kansas |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/11/2020 at 9:48 AM EST and filed on 12/11/2020
**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 12/11/2020. Please see pleading (18 in CAC/2:13-cv-06285, 8 in KS/2:14-cv-02130, [3698] in MDL No. 2327, 16 in TXS/4:12-cv-02584).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 12/11/2020.**

**Associated Cases: MDL No. 2327, CAC/2:13-cv-06285, KS/2:14-cv-02130, TXS/4:12-cv-02584 (LH)**

**Case Name:** Labiche et al v. Johnson & Johnson et al
**Case Number:** TXS/4:12-cv-02584
**Filer:**
**Document Number:** No document attached

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 12/11/2020. Please see pleading (18 in CAC/2:13-cv-06285, 8 in KS/2:14-cv-02130, [3698] in MDL No. 2327, 16 in TXS/4:12-cv-02584).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.**

**Signed by Clerk of the Panel John W. Nichols on 12/11/2020.**

**Associated Cases: MDL No. 2327, CAC/2:13-cv-06285, KS/2:14-cv-02130, TXS/4:12-cv-02584 (LH)**

**Case Name:** Davis v. Johnson & Johnson et al
**Case Number:** KS/2:14-cv-02130
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 12/11/2020. Please see pleading (18 in CAC/2:13-cv-06285, 8 in KS/2:14-cv-02130, [3698] in MDL No. 2327, 16 in TXS/4:12-cv-02584).**

**A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.**

**As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.**

**The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of**

such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

**Signed by Clerk of the Panel John W. Nichols on 12/11/2020.**

**Associated Cases: MDL No. 2327, CAC/2:13-cv-06285, KS/2:14-cv-02130, TXS/4:12-cv-02584 (LH)**

| | |
|---|---|
| **Case Name:** | Roberts v. Johnson & Johnson et al |
| **Case Number:** | CAC/2:13-cv-06285 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Remand Order Finalized on 12/11/2020. Please see pleading (18 in CAC/2:13-cv-06285, 8 in KS/2:14-cv-02130, [3698] in MDL No. 2327, 16 in TXS/4:12-cv-02584).

A copy of the transferee court's Suggestion of Remand from the transferee court is attached to the Conditional Remand Order.

As stipulated in Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the remand. The 7-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The order was entered pursuant to 28 U.S.C. 1407(a) which provides that each action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred. Parties are to furnish S.D. West Virginia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to comply with the remand order.

**Signed by Clerk of the Panel John W. Nichols on 12/11/2020.**

**Associated Cases: MDL No. 2327, CAC/2:13-cv-06285, KS/2:14-cv-02130, TXS/4:12-cv-02584 (LH)**

No public notice (electronic or otherwise) sent because the entry is private

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/11/2020 at 9:38 AM EST and filed on 12/11/2020

**Case Name:** IN RE: Ethicon, Inc., Pelvic Repair System Products Liability Litigation
**Case Number:** MDL No. 2327
**Filer:**
**Document Number:** 3698

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (16 in CAC/2:13-cv-06285, 6 in KS/2:14-cv-02130, [3695] in MDL No. 2327, 14 in TXS/4:12-cv-02584) ) - 3 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/11/2020.**

**(Attachments: # (1) Suggestion of Remand)**

**Associated Cases: MDL No. 2327, CAC/2:13-cv-06285, KS/2:14-cv-02130, TXS/4:12-cv-02584 (LH)**

**Case Name:** Labiche et al v. Johnson & Johnson et al
**Case Number:** TXS/4:12-cv-02584
**Filer:**
**Document Number:** 16

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (16 in CAC/2:13-cv-06285, 6 in KS/2:14-cv-02130, [3695] in MDL No. 2327, 14 in TXS/4:12-cv-02584) ) - 3 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/11/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, CAC/2:13-cv-06285, KS/2:14-cv-02130, TXS/4:12-cv-**

**02584 (LH)**

| | |
|---|---|
| **Case Name:** | Davis v. Johnson & Johnson et al |
| **Case Number:** | KS/2:14-cv-02130 |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (16 in CAC/2:13-cv-06285, 6 in KS/2:14-cv-02130, [3695] in MDL No. 2327, 14 in TXS/4:12-cv-02584) ) - 3 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/11/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, CAC/2:13-cv-06285, KS/2:14-cv-02130, TXS/4:12-cv-02584 (LH)**

| | |
|---|---|
| **Case Name:** | Roberts v. Johnson & Johnson et al |
| **Case Number:** | CAC/2:13-cv-06285 |
| **Filer:** | |
| **Document Number:** | 18 |

**Docket Text:**
**CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (16 in CAC/2:13-cv-06285, 6 in KS/2:14-cv-02130, [3695] in MDL No. 2327, 14 in TXS/4:12-cv-02584) ) - 3 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 12/11/2020.**

**(Attachments: # [1] Suggestion of Remand)**

**Associated Cases: MDL No. 2327, CAC/2:13-cv-06285, KS/2:14-cv-02130, TXS/4:12-cv-02584 (LH)**


**MDL No. 2327 Notice has been electronically mailed to:**

Carl N Frankovitch     carln@facslaw.com

Michael J. Farrell     mjf@farrell3.com

Michael Bonasso     mbonasso@fsblaw.com, etaylor@fsblaw.com, mdl@fsblaw.com, nthompson@fsblaw.com

Harry F Bell, Jr     hfbell@belllaw.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Paul T. Farrell, Jr     paul@farrell.law, lora@farrell.law

Marc E. Williams     marc.williams@nelsonmullins.com

**MDL No. 2327 Notice will not be electronically mailed to:**

**TXS/4:12-cv-02584 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

Samuel A. Houston     shouston@schlawyers.com, cfreeman@sschlaw.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

Benjamin M Watson     ben.watson@butlersnow.com

Tim K Goss     tim@freeseandgoss.com, kevin@freeseandgoss.com, peter@freeseandgoss.com, tbanno@freeseandgoss.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Stephen Robert Lewis, Jr     slewis@lewisandwilliams.com

David Paul Matthews     dmatthews@dmlawfirm.com, DMatthews@TheMatthewsLawfirm.com, aharrison@thematthewslawfirm.com, dmatthews@thematthewslawfirm.com, lsantiago@thematthewslawfirm.com, msalazar@thematthewslawfirm.com

Howard Louis Close     close@wrightclosebarger.com

Peter De La Cerda     peter@freeseandgoss.com

Susan M. Robinson     srobinson@tcspllc.com

Tamara L. Banno     tbanno@freeseandgoss.com, Tbanno@tlb-law.com

Anita Modak-Truran     anita.modak-truran@butlersnow.com, Anita.Modak-Truran@butlersnow.com

Andrew Love     love@wrightclose.com

Kevin L. Edwards     kevin@freeseandgoss.com

Kasey M. Adams     Kasey.Adams@butlersnow.com

**TXS/4:12-cv-02584 Notice will not be electronically mailed to:**

Julie Rhoades
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098

**KS/2:14-cv-02130 Notice has been electronically mailed to:**

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com, catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William P. Ronan, III     wpr@theronanlawfirm.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Edward A Wallace     eaw@wexlerwallace.com, ecf@wexlerwallace.com

Susan M. Robinson     srobinson@tcspllc.com

Timothy Jackson     tej@wexlerwallace.com

Michelle Perkovic     mp@wexlerwallace.com

Theresa L. F. Levings     tlevings@badgerlevings.com

Lauren Kaplan     lck@wexlerwallace.com

**KS/2:14-cv-02130 Notice will not be electronically mailed to:**

**CAC/2:13-cv-06285 Notice has been electronically mailed to:**

Jason Aron Itkin     jitkin@arnolditkin.com, cmartinez@arnolditkin.com, kbrown@arnolditkin.com, nwexler@arnolditkin.com, valford@arnolditkin.com

Kurt B. Arnold     karnold@arnolditkin.com, jerickson@arnolditkin.com, kmcdonald@arnolditkin.com, nwexler@arnolditkin.com

Christy D. Jones     christy.jones@butlersnow.com, MDL200MotionFilings@butlersnow.com, MOMullan@RIKER.com, ashley.lampkin@butlersnow.com, brandy.pitts@butlersnow.com,

catherine.mason@butlersnow.com, ecf.notices@butlersnow.com, kcrawford@riker.com, mkabbash@riker.com

William M. Gage     william.gage@butlersnow.com, ashley.lampkin@butlersnow.com, brenda.jones@butlersnow.com, brian.jackson@butlersnow.com, catherine.mason@butlersnow.com, david.johnson@butlersnow.com, diane.wigley@butlersnow.com, ecf.notices@butlersnow.com, jackie.johnson@butlersnow.com

DAVID B. THOMAS     dthomas@tcspllc.com, rdavis@tcspllc.com

Noah M. Wexler     nwexler@arnolditkin.com, tpeebles@arnolditkin.com

Joshua J. Wes     joshua.wes@tuckerellis.com

Susan M. Robinson     srobinson@tcspllc.com

Micajah D. Boatright     cboatright@arnolditkin.com

Mark Christopher Sparks     mark@thefergusonlawfirm.com, aallen@thefergusonlawfirm.com, cferguson@thefergusonlawfirm.com, jleger@thefergusonlawfirm.com, tferguson@thefergusonlawfirm.com

Mollie Fleming Benedict     mollie.benedict@tuckerellis.com, Docket-LAX@tuckerellis.com, elena.holguin@tuckerellis.com, estella.licon@tuckerellis.com, joshua.wes@tuckerellis.com, justin.rice@tuckerellis.com, nicholas.janizeh@tuckerellis.com, peter.choate@tuckerellis.com

J. Steven Mostyn     jsmostyn@mostynlaw.com

Caroline L Maida     clmaida@mostynlaw.com

Kenneth Paul Conour     kenneth.conour@butlersnow.com

**CAC/2:13-cv-06285 Notice will not be electronically mailed to:**

Laura H. Dixon
BUTLER SNOW
P. O. Box 6010
Ridgeland, MS 39158-6010

Lauren H. Bragin
TUCKER ELLIS
42nd Floor
515 South Flower Street
Los Angeles, CA 90071

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/11/2020] [FileNumber=1030311-0
] [ccb6d7cbce91baea33399d0b9bae0377b06c09c8c10d44025ed9fccc6f57c21b8d7
b9e16367f018609d80a44cbe1497b1173b80d9c3e9f055949228f2635a23a]]
**Document description:** Suggestion of Remand
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=12/11/2020] [FileNumber=1030311-1
] [42a9ea2ce5638d649aa8d62b20bcce7bcd5aca11e015d9abd8e950994080a579769
1b7f7cb415ba0f58a965dd6af14f7848307ae17aa34694d0efe86804adace]]