IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                              MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order entered today in the cases on Exhibit A, the court **ORDERS** that judgment be entered in favor of the remaining defendant(s), Ethicon, Inc. and Johnson & Johnson, as indicated on Exhibit A, and that the cases on Exhibit A be dismissed without prejudice and stricken from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party in the cases on Exhibit A.

ENTER:  December 17, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| Case Number | Case Name | Remaining Defendant(s) |
|---|---|---|
| 2:18-cv-00318 | Dunagan v. Ethicon, Inc., et al. | Ethicon, Inc., Johnson & Johnson |
| 2:15-cv-03328 | Rodriguez v. Ethicon, Inc., et al. | Ethicon, Inc., Johnson & Johnson |