# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                                    MDL 2327

---

THIS DOCUMENT RELATES TO CASES
IDENTIFIED ON EXHIBIT A

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order entered today in the cases on Exhibit A, the court **ORDERS** that judgment be entered in favor of the remaining defendant(s), Ethicon, Inc., Ethicon, LLC and/or Johnson & Johnson or C.R. Bard, Inc., as indicated on Exhibit A, and that the cases on Exhibit A be dismissed without prejudice and stricken from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party in the cases on Exhibit A.

ENTER: December 17, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Exhibit A

| Case Number | Case Name | Remaining Defendant (s) |
|---|---|---|
| 2:15-cv-11585 | Phillips v. Johnson & Johnson, et al. | Johnson & Johnson, Ethicon, Inc., Ethicon, LLC |
| 2:15-cv-12541 | Cruz v. Ethicon, Inc., et al. | Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-07731 | Coffman v. C.R. Bard, Inc. | C.R. Bard, Inc. |
| 2:18-cv-00893 | Diaz, et al. v. Ethicon, Inc. | Ethicon, Inc. |
| 2:18-cv-00318 | Dunagan v. Ethicon, Inc., et al. | Johnson & Johnson, Ethicon, Inc. |
| 2:16-cv-07137 | Shreve v. Johnson & Johnson, et al. | Johnson & Johnson, Ethicon, Inc. |