# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                         MDL 2327

## ORDER

The court **ORDERS** that the following motions referred to the undersigned are **DENIED** as moot: ECF Numbers 1020, 1099, 1441, and 1658.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: December 21, 2020

Cheryl A. Eifert
United States Magistrate Judge