IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.,
      PELVIC REPAIR SYSTEM           MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) are Defendants' Motions to Dismiss with Prejudice filed by defendants (1) Boston Scientific Corporation ("BSC"); (2) **Tissue Science Laboratories Limited and C.R. Bard, Inc.; or (3)** Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC pursuant to the procedures established by Pretrial Order ("PTO") # 329.

As stated in PTO # 329, the court established certain procedures to prompt dismissals of settled cases. Under these procedures, the court directed the defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendant(s) have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the court also mandated that the defendant(s) file a declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

Defendants have complied with these directives and procedures, and the plaintiffs have not filed an opposition. No other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle, and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motions to Dismiss with Prejudice, as indicated on Exhibit A, are **GRANTED.** The cases on Exhibit A have no remaining defendants and should remain closed.

The court **DIRECTS** the Clerk to file a copy of this order in the cases on Exhibit A and send a copy to counsel of record and any unrepresented party.

ENTER: December 29, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Civil Action Number | Case Name | ECF Number Corresponding to the Motion |
|---|---|---|
| 2:13-cv-26718 | Reece v. Ethicon, Inc. et al | 21 (Tissue Science Laboratories Limited, C.R. Bard, Inc.) 23 (Boston Scientific Corporation ("BSC") |
| 2:13-cv-26992 | Terry v. Ethicon, Inc. et al | 520 (BSC) |
| 2:13-cv-32531 | Teal et al v. Ethicon, Inc. et al | 18 (BSC) |
| 2:14-cv-14721 | Price et al v. Ethicon, Inc. et al | 16 (BSC) |
| 2:14-cv-23217 | Reiplinger v. Boston Scientific Corporation et al | 17 (Ethicon, Inc., Johnson & Johnson) |
| 2:14-cv-29047 | Milakovich v. Ethicon, Inc. et al | 10 (BSC) |
| 2:15-cv-07713 | Adams v. Ethicon, Inc. et al | 15 (BSC) |
| 2:16-cv-00406 | Lauer v. Ethicon, Inc. et al | 14 (BSC) |
| 2:16-cv-03977 | Azore v. Ethicon, Inc. et al | 16 (BSC) |