FILED: April 26, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 20-2139 (L)
(2:10-md-02187)

———————————

In re: C.R. BARD, INCORPORATED, Pelvic Repair System Products Liability
Litigation

------------------------------

LANA C. KEETON

       Party-in-Interest - Appellant

v.

C. R. BARD, INC.; C. R. BARD

       Defendants - Appellees

———————————

No. 20-2149
(2:12-md-02325)

———————————

In re: AMERICAN MEDICAL SYSTEMS, INCORPORATED, Pelvic Repair
System Products Liability Litigation

------------------------------

LANA C. KEETON

Party-in-Interest - Appellant

v.

AMERICAN MEDICAL SYSTEMS, INCORPORATED; AMERICAN
MEDICAL SYSTEMS

Defendants - Appellees

_____

No. 20-2155
(2:12-md-02326)

_____

In re: BOSTON SCIENTIFIC CORPORATION, Pelvic Repair System Products
Liability Litigation

-------------------------------

LANA C. KEETON

Party-in-Interest - Appellant

v.

BOSTON SCIENTIFIC CORPORATION; BOSTON SCIENTIFIC, INC.;
BOSTON SCIENTIFIC MIAMI CORPORATION; BOSTON SCIENTIFIC
SALES, INC.; BOSTON SCIENTIFIC CORP

Defendants - Appellees

_____

No. 20-2158
(2:12-md-02327)

_____

In re: ETHICON, INCORPORATED, Pelvic Repair System Products Liability Litigation

------------------------------

LANA C. KEETON

       Party-in-Interest - Appellant

v.

ETHICON, INC.; JOHNSON & JOHNSON

       Defendants - Appellees

_____

No. 20-2161
(2:12-md-02387)
_____

In re: COLOPLAST CORP., Pelvic Support System Products Liability Litigation

------------------------------

LANA C. KEETON

       Party-in-Interest - Appellant

v.

COLOPLAST CORP.; COLOPLAST CORPORATION; COLOPLAST

       Defendants - Appellees

_____

No. 20-2164
(2:13-md-02440)
_____

In re: COOK MEDICAL INC., Pelvic Repair System Products Liability Litigation

------------------------------

` LANA C. KEETON

       Party-in-Interest - Appellant

v.

COOK MEDICAL, INC.; COOK MEDICAL INCORPORATED

       Defendants - Appellees

-------------------------

No. 20-2170
(2:14-md-02511)

-------------------------

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

------------------------------

LANA C. KEETON

       Party-in-Interest - Appellant

v.

NEOMEDIC, INC.; NEOMEDIC INTERNATIONAL SL; NEOMEDIC INTERNATIONAL

       Defendants - Appellees

-------------------------

J U D G M E N T

-------------------------

In accordance with the decision of this court, these appeals are dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK