FILED: May 18, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2139 (L)
(2:10-md-02187)

_____

In re: C.R. BARD, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

LANA C. KEETON

        Party-in-Interest - Appellant

v.

C. R. BARD, INC.; C. R. BARD

        Defendants - Appellees

_____

No. 20-2149
(2:12-md-02325)

_____

In re: AMERICAN MEDICAL SYSTEMS, INCORPORATED, Pelvic Repair System Products Liability Litigation

-------------------------------

LANA C. KEETON

       Party-in-Interest - Appellant

v.

AMERICAN MEDICAL SYSTEMS, INCORPORATED; AMERICAN MEDICAL SYSTEMS

       Defendants - Appellees

------------------------

No. 20-2155
(2:12-md-02326)

------------------------

In re: BOSTON SCIENTIFIC CORPORATION, Pelvic Repair System Products Liability Litigation

-------------------------------

LANA C. KEETON

       Party-in-Interest - Appellant

v.

BOSTON SCIENTIFIC CORPORATION; BOSTON SCIENTIFIC, INC.; BOSTON SCIENTIFIC MIAMI CORPORATION; BOSTON SCIENTIFIC SALES, INC.; BOSTON SCIENTIFIC CORP

       Defendants - Appellees

------------------------

No. 20-2158
(2:12-md-02327)

------------------------

In re: ETHICON, INCORPORATED, Pelvic Repair System Products Liability Litigation

------------------------------

LANA C. KEETON

    Party-in-Interest - Appellant

v.

ETHICON, INC.; JOHNSON & JOHNSON

    Defendants - Appellees

_____

No. 20-2161
(2:12-md-02387)

_____

In re: COLOPLAST CORP., Pelvic Support System Products Liability Litigation

------------------------------

LANA C. KEETON

    Party-in-Interest - Appellant

v.

COLOPLAST CORP.; COLOPLAST CORPORATION; COLOPLAST

    Defendants - Appellees

_____

No. 20-2164
(2:13-md-02440)

_____

In re: COOK MEDICAL INC., Pelvic Repair System Products Liability Litigation

-------------------------------

` LANA C. KEETON

       Party-in-Interest - Appellant

v.

COOK MEDICAL, INC.; COOK MEDICAL INCORPORATED

       Defendants - Appellees

_____

No. 20-2170
(2:14-md-02511)

_____

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION

-------------------------------

LANA C. KEETON

       Party-in-Interest - Appellant

v.

NEOMEDIC, INC.; NEOMEDIC INTERNATIONAL SL; NEOMEDIC INTERNATIONAL

       Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered April 26, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*