IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR ) | |
| SYSTEM PRODUCTS LIABILITY LITIGATION ) | |
| ) | MDL NO. 2327 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |

## MOTION TO SEAL DKT. NO. 9214

By this motion, McSweeney/Langevin, LLC ("Claimants' Counsel") respectfully move the Court to maintain under seal the Unopposed Motion by Certain Plaintiffs for Etnry of a Qualified Protective Order [Dkt. No. 9214] in order to protect any potential personal information inadvertently available due to a clerical error involving the attempted redactions in Dkt. No. 9214-1.

Under Federal Rule of Civil Procedure 5.2(a)(2), filings may only include the year of an individual's birth.  Claimant's Counsel attempted to include a list of individuals and their year of birth however, out of an abundance of caution, Claimant's Counsel submits another protected and redacted copy.  Therefore, Dkt. No. 9214 should be maintained under seal to protect the individuals personal information and to allow Claimant's Counsel to file another appropriately redacted version.

WHEREFORE, the Claimant's Counsel respectfully urge the Court to enter an order granting the Motion to Seal and maintaining under seal Unopposed Motion by Certain Plaintiffs for Etnry of a Qualified Protective Order [Dkt. No. 9214].

2

DATED: June 9, 2022                              Respectfully submitted,

                                                  */s/ David M. Langevin*
                                                  **David M. Langevin, Esq.**
                                                  **McSweeney Langevin**
                                                  2116 Second Avenue South
                                                  Minneapolis, MN 55106
                                                  Telephone: (612) 746-4646
                                                  Facsimile:  (612) 454-2678
                                                  dave@westrikeback.com
                                                  **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2022, a copy of the foregoing **MOTION TO SEAL DKT. NO. 9214** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                  */s/ David M. Langevin*