IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

| | |
|---|---|
| IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |
| | MDL NO. 2327 |
| THIS DOCUMENT RELATES TO: | |

**ORDER GRANTING MOTION TO SEAL DKT. NO. 9214**

THIS CAUSE is before the Court on Motion to Seal Dkt. No. 9214. Having reviewed the motion, the record and otherwise being duly advised, it is hereby:

ORDERED AND ADJUDGED that:

1. The Motion is granted.

2. The referenced Unopposed Motion by Certain Plaintiffs for Etnry of a Qualified Protective Order [Dkt. No. 9214] shall be maintained by the clerk under seal.

3. Within two business days of entry of this Order, Claimant's Counsel shall file a properly redacted version of the Unopposed Motion by Certain Plaintiffs for Entry of a Qualified Protective Order [Dkt. No. 9214]

DONE and ORDERED on June 10, 2022.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

1