IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2187 |
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2325 |
| IN RE: BOSTON SCIENTIFIC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |
| IN RE: COLOPLAST PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2387 |
| IN RE: COOK MEDICAL, INC, PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2440 |
| IN RE: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCT LIABILITY LITIGATION | MDL No. 2511 |

*THIS DOCUMENT RELATES TO ALL CASES*

**COMMON BENEFIT FEE AND COST COMMITTEE'S RESPONSE AND STATEMENT OF NO OBJECTION TO RECOMMENDED ALLOCATION OF COMMON BENEFIT FEES AND THE REIMBURSEMENT OF SHARED EXPENSES BY THE COURT APPOINTED EXTERNAL REVIEW SPECIALIST FOR THE PERIOD OF DECEMBER 21, 2016, THROUGH DECEMBER 30, 2020**

COMES NOW, the Common Benefit Fee and Cost Committee ("FCC") and responds and states that the FCC has no objection to the Recommended Allocation of Common Benefit Fees and the Reimbursement of Shared Expenses by the Court Appointed External Review Specialist for the Period of December 21, 2016, Through December 30, 2020, (the "Recommended Allocation"), delivered by the External Review Specialist.

Along with Participating Counsel, the FCC received the Recommended Allocation of the Honorable Daniel J. Stack, Retired, as External Review Specialist and reviewed and considered the contents thereof including the amounts recommended for allocation to each Participating Counsel.[1][2] The FCC states that upon its consideration of the Recommended Allocation, the FCC has no objection to the Recommended Allocation.

This 12th day of July, 2022.

Respectfully submitted,

THE COMMON BENEFIT FEE AND COST COMMITTEE

By:     */s/ Henry G. Garrard, III*
        Henry G. Garrard, III
        hgarrard@bbga.com
        Chairman of the Fee &
        Compensation Committee

BLASINGAME, BURCH, GARRARD & ASHLEY
P.O. Box 832
Athens, GA 30603
706-354-4000

---

[1] The FCC was established by Order of the Court as follows: Bard MDL 2187 PTO 207, AMS MDL 2325 PTO 204, BSC MDL 2326 PTO 136, Ethicon MDL 2327 PTO 211, Cook MDL 2440 PTO 71, Coloplast MDL 2387 PTO 85, Neomedic MDL 2511 PTO 23. The Honorable Daniel J. Stack, Retired, was appointed by Order of the Court entered October 13, 2017, as follows: Bard MDL 2187 Doc. No. 4663, AMS MDL 2325 Doc. No 5112, BSC MDL 2326 Doc No. 4422, Ethicon MDL 2327 Doc. No. 4783, Cook MDL 2440 Doc. No. 592, Coloplast MDL 2387 Doc. No. 1572, Neomedic MDL 2511 Doc. No. 177.

[2] "Participating Counsel" has the same definition as that set forth in the Agreed Order Regarding Management of Timekeeping, Cost Reimbursement and Related Common Benefit Issues, to wit: "'Participating Counsel' are counsel who subsequently desire to be considered for common benefit compensation…."

<table>
<tr><td>

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
17 East Main Street, Suite 200
Pensacola, FL 32502
850-202-1010




BURNETT LAW FIRM
3737 Buffalo Speedway, Suite 1850
Houston, TX 77098
832-413-4410




WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100




CLARK, LOVE & HUTSON, G.P.
440 Louisiana Street, Suite 1600
Houston, TX 77002
713-757-1400




LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S., Suite 2200
Minneapolis MN  55401
612-339-6900




FRANKOVITCH, ANETAKIS, SIMON,
DECAPIO & PEARL, LLP
337 Penco Road
Weirton, WV 26062
304-723-4400

</td><td>

*/s/ Renee Baggett*
Renee Baggett
RBaggett@awkolaw.com



*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr**.**
rburnett@rburnettlaw.com




*/s/ Thomas P. Cartmell*
Thomas P. Cartmell
tcartmell@wcllp.com





*/s/ Clayton A. Clark*
Clayton A. Clark
CClark@triallawfirm.com





*/s/ Yvonne M. Flaherty*
Yvonne M. Flaherty
ymflaherty@locklaw.com





*/s/ Carl N. Frankovitch*
Carl N. Frankovitch
carl@facslaw.com

</td></tr>
</table>

3

|  |  |
|---|---|
|  | ***/s/ Joseph F. Rice*** |
|  | Joseph F. Rice |
|  | jrice@motleyrice.com |
| MOTLEY RICE LLC |  |
| 28 Bridgeside Blvd. |  |
| Mt. Pleasant, SC 29464 |  |
| 843-216-9000 |  |
|  |  |
|  | ***/s/ William H. McKee, Jr*** |
|  | William H. McKee, Jr |
|  | bmckee@suddenlink.net |
| 3041 Knotty Pine Dr. |  |
| Pensacola, FL 32505 |  |
| 304-546-2347 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2022, I electronically filed the **COMMON BENEFIT FEE AND COST COMMITTEE'S RESPONSE AND STATEMENT OF NO OBJECTION TO RECOMMENDED ALLOCATION OF COMMON BENEFIT FEES AND THE REIMBURSEMENT OF SHARED EXPENSES BY THE COURT APPOINTED EXTERNAL REVIEW SPECIALIST FOR THE PERIOD OF DECEMBER 21, 2016, THROUGH DECEMBER 30, 2020** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:  */s/ Henry G. Garrard, III*

BLASINGAME, BURCH, GARRARD & ASHLEY
P.O. Box 832
Athens, GA 30603
706-354-4000