# EXHIBIT F



**BLASINGAME ‧ BURCH ‧ GARRARD & ASHLEY, P.C.**
Attorneys at Law

W. SEABORN ASHLEY
1947–2001

J. RALPH BEAIRD
1925–2014

GARY B. BLASINGAME
E. DAVISON BURCH
THOMAS H. ROGERS JR.
MICHAEL A. MORRIS

*Of counsel*

HENRY G. GARRARD III
ANDREW J. HILL III
JAMES B. MATTHEWS III
RICHARD W. SCHMIDT
EVAN W. JONES
GEORGE W. BROWN III
DAVID A. DISMUKE
MOLLY K. TALLEY
JOSH B. WAGES
ROBERT S. HUESTIS
THOMAS F. HOLLINGSWORTH III
ALVIN L. BRIDGES
SARA E. SCHRAMM
LEE S. ATKINSON
MICHAEL RUPPERSBURG
THOMAS J. JEFFORDS
LEANNA B. PITTARD
CHARLES W. RUFFIN
ALEXANDRA K. HUGHES
AMY S. BEMENT
W. BLAKE OGDEN
CAROLINE J. HARVEY
TYLER C. MATHIS

Henry G. Garrard, III
hgarrard@bbga.com

**_Sent Via E-Mail_**
Kline & Specter, PC
Lee.Balefsky@KlineSpecter.com; danielle.serad@klinespecter.com

RE:   Transvaginal Mesh MDL Common Benefit Fee and Cost Committee

Dear Counsel:

I am writing to you on behalf of the Common Benefit Fee and Cost Committee appointed by the Honorable Joseph R. Goodwin with regard to MDL Nos. 2187, 2325, 2326, 2327, 2387, 2440, and 2511 (the "FCC"). At this time, the FCC has completed its Initial Review of your fee and expense submissions for the period of December 22, 2016, through December 30, 2020. Further, the FCC received your final time and expense submission as accompanied by your affidavit in accordance with the Protocol established by the Court.

At the time the FCC delivered its initial review, your firm submitted 24,678.77 hours of time for consideration as common benefit. The FCC's initial review identified 24,675.77 hours on Exhibit A as not being common benefit, and 0.00 hours on Exhibit B as having questions regarding common benefit at that time.

After review and consideration of your Affidavit and revisions or comments in Exhibits A and B delivered by your firm, the FCC has determined that 48.60 hours identified on Exhibit A and 0.00 hours on Exhibit B will be eligible for consideration as common benefit, thereby increasing your hours for consideration by the FCC as common benefit by a total of 48.60 hours. **The FCC, after its review, now identifies a total of 51.60 hours for consideration as common benefit time.** Your Exhibit A and B reflecting those hours eligible for consideration after the FCC considered your input are included herewith. Please understand that the number of hours under consideration as common benefit is only one part of the evaluation process in regard to an award ultimately recommended to the Court. In the Fee Committee Protocol there are multiple other factors the FCC is obligated to consider. Your Affidavit is helpful to the FCC in that regard.

PLEASE REPLY TO
ATHENS ADDRESS

ATHENS
440 College Avenue
Suite 320
Athens, GA 30601
Phone 706.354.4000
Fax 706.353.0673

GREENSBORO
1021 Parkside Commons
Suite 104
Greensboro, GA 30642
Phone 706.453.7139
Fax 706.453.7842

ATLANTA
1201 W. Peachtree Street
Suite 2313
Atlanta, GA 30309
Phone 205.414.7009

BIRMINGHAM
2100 Southbridge Parkway
Suite 650
Birmingham, AL 35209
Phone 205.414.7009

Additionally, your firm submitted $243,360.84 in out-of-pocket expenses for consideration as common benefit. The FCC's initial review identified $0.00 in expenses for potential reimbursement as compensable Common Benefit expenses as reflected in Exhibit D delivered to you.

After review and consideration of your Affidavit and revisions or comments in Exhibit D delivered by your firm, the FCC has determined that $0.00 identified on Exhibit D will be eligible for consideration as common benefit. **The FCC, after its review, now identifies a total of $0.00 for consideration as common benefit expense.** Your Exhibit D reflecting those out-of-pocket expenses eligible for consideration after the FCC considered your input are included herewith.

Generally, the FCC is not recognizing as Common Benefit, expenses incurred in individual cases nor expenses identified on Exhibit E to the letter of July 26, 2021, sent to you. Individual case expenses, including Wave cases, in normal practice are charged to the individual case at settlement. The approach to what will be recognized as common benefit expense is being applied to all firms.

**If you do not wish to further challenge the FCC's findings with regard to your hours and expenses set forth in the preceding paragraphs as recognized by the FCC as common benefit, you need take no further action.  In accordance with the Fee Committee Protocol, if you wish to be heard by the FCC on the number of hours and the amount of expense to be considered by the FCC you must notify the FCC on or before Friday, November 19, 2021, via email to the FCC Chairperson Henry Garrard at hgarrard@bbga.com.** Upon timely notice to the FCC, you will be contacted regarding the timing of your meeting with the FCC. The FCC anticipates that your meeting with the FCC will take place, in person, in Atlanta, Georgia on December 8th or December 9th.

Thank you for your prompt attention to the matters addressed herein.

Very truly yours,

*[signature]*

Henry G. Garrard, III
Chairperson

*[signature]* by HGG with permission
Renee Baggett

*[signature]* by HGG with permission
Riley L. Burnett, Jr.

*[signature]* by HGG with permission
Thomas P. Cartmell

*[signature]* by HGG with permission
Clayton A. Clark

*[signature]* by HGG with permission
Yvonne M. Flaherty

*[signature]* by HGG with permission
Carl N. Frankovitch

*[signature]* by HGG with permission
William H. McKee, Jr.

*[signature]* by HGG with permission
Joseph F. Rice