Exhibit 6

FILED:  July 15, 2019

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————————

No. 19-1224 (L)
(2:12-md-02327)

———————————————

In re: ETHICON, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

KLINE & SPECTER, P.C.

          Appellant

  v.

COMMON BENEFIT FEE AND COST COMMITTEE

          Appellee

———————————————

No. 19-1225
(2:10-md-02187)

———————————————

In re: C. R. BARD, INC., Pelvic Repair System Products Liability Litigation

-------------------------------

KLINE & SPECTER, P.C.

          Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

―――――――――――

No. 19-1226
(2:12-md-02326)

―――――――――――

In re: BOSTON SCIENTIFIC CORP., Pelvic Repair System Products Liability
Litigation

------------------------------

KLINE & SPECTER, P.C.

      Appellant

v.

COMMON BENEFIT FEE AND COST COMMITTEE

      Appellee

―――――――――――

No. 19-1227
(2:12-md-02325)

―――――――――――

In re: AMERICAN MEDICAL SYSTEMS, INC., Pelvic Repair System Products
Liability Litigation

------------------------------

KLINE & SPECTER, P.C.

       Appellant


  v.


COMMON BENEFIT FEE AND COST COMMITTEE

       Appellee

_____

No. 19-1228
(2:14-md-02511)
_____

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION

------------------------------

KLINE & SPECTER, P.C.

       Appellant


  v.


COMMON BENEFIT FEE AND COST COMMITTEE

       Appellee

_____

No. 19-1229
(2:12-md-02387)
_____

In re: COLOPLAST CORP., Pelvic Support Systems Products Liability Litigation

------------------------------

KLINE & SPECTER, P.C.

                    Appellant


    v.


COMMON BENEFIT FEE AND COST COMMITTEE

                    Appellee


_____

No. 19-1230
(2:13-md-02440)
_____

In re: COOK MEDICAL, INC., Pelvic Repair System Products Liability Litigation

------------------------------

KLINE & SPECTER, P.C.

                    Appellant


    v.


COMMON BENEFIT FEE AND COST COMMITTEE

Appellee

———————————————

O R D E R

———————————————

The court denies the petition for rehearing and rehearing en banc. No judge

requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Keenan, Judge Diaz, and Senior

Judge Duncan.

For the Court

/s/ Patricia S. Connor, Clerk